## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: September 29, 2013 |
| | | Hearing Deadline: to be scheduled, if necessary |

### SEVENTY FIRST MONTHLY FEE APPLICATION OF
### NORTON ROSE FULBRIGHT CANADA LLP[2]
### FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM
### JANUARY 1, 2013 through JANUARY 31, 2013

| | |
|---|---|
| Name of Applicant: | Norton Rose Fulbright Canada LLP ("NR") |
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered and effective as of December 18, 2006 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2013 to January 31, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $2,822.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $35.93 |

This is a:    X  monthly         ___ interim         ___final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Ogilvy Renault LLP joined the Norton Rose Group on June 1, 2011 to continue as Norton Rose OR LLP. On January 1, 2012 Macleod Dixon joined Norton Rose Group and as such Norton Rose OR LLP and Macleod Dixon have changed their names to continue as Norton Rose Canada LLP. On June 1, 2013 Jurowski Fulbright joined Norton Rose Canada LLP and as such Norton Rose Canada LLP and Jurowski Fulbright have changed their names to continue as Norton Rose Fulbright Canada LLP.

- 2 -

The total time expended for preparation of this fee application is approximately two (2) hours and the corresponding estimated compensation requested is approximately $500.00[3]. This is NR's monthly application for interim compensation of services for the interim fee period January 1, 2013 to January 31, 2013 (the "Fee Period").

**PRIOR APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 03/16/07 | 10/17/06-01/31/07 | $102,612.50 | $665.48 | $82,090.00 | $665.48 |
| 04/24/07 | 02/01/07-02/28/07 | $45,825.50 | $328.67 | n/a | $328.67 |
| 05/10/07[5] | 02/01/07-02/28/07 | $97.50 | $0.00 | $36,738.40 | n/a |
| 05/10/07 | 03/01/07-03/31/07 | $57,662.00 | $5,125.70 | $46,129.60 | $5,125.70 |
| 06/08/07 | 04/01/07-04/30/07 | $47,014.00 | $1,540.51 | $37,611.20 | $1,540.51 |
| 06/27/07 | 05/01/07-05/31/07 | $21,853.00 | $296.98 | $17,482.40 | $296.98 |
| 08/03/07 | 06/01/07-06/30/07 | $34,799.00 | $2,223.81 | $27,839.20 | $2,223.81 |
| 08/28/07 | 07/01/07-07/31/07 | $85,426.50 | $206.43 | $68,341.20 | $206.43 |
| 09/24/07 | 08/01/07-08/31/07 | $74,819.50 | $335.00 | $59,855.60 | $335.00 |
| 11/08/07 | 09/01/07-09/30/07 | $104,938.00 | $104,661.80 | $83,950.40 | $104,661.80 |
| 11/20/07 | 10/01/07-10/31/07 | $87,103.50 | $488.03 | $69,682.80 | $488.03 |
| 01/11/08 | 11/01/07-11/30/07 | $77,944.00 | $6,166.86 | $62,355.20 | $6,166.86 |
| 01/28/08 | 12/01/07-12/31/07 | $8,348.50 | $99.93 | $6,678.80 | $99.93 |
| 02/28/08 | 01/01/08-01/31/08 | $10,198.50 | $88.70 | $8,158.80 | $88.70 |
| 04/01/08 | 02/01/08-02/29/08 | $24,299.50 | $449.80 | $19,439.60 | $449.80 |
| 04/24/08 | 03/01/08-03/31/08 | $45,098.50 | $1,296.53 | $36,078.80 | $1,296.53 |
| 05/15/08 | 04/01/08-04/30/08 | $50,569.50 | $2,757.72 | $40,455.60 | $2,757.72 |
| 06/20/08 | 05/01/08-05/31/08 | $87,505.50 | $1,965.87 | $70,004.40 | $1,965.87 |
| 07/31/08 | 06/01/08-06/30/08 | $64,835.50 | $316.78 | $51,868.40 | $316.78 |
| 08/26/08 | 07/01/08-07/31/08 | $56,187.00 | $76.66 | $44,949.60 | $76.66 |
| 09/22/08 | 08/01/08-08/31/08 | $107,954.50 | $573.95 | $86,363.60 | $573.95 |
| 10/31/08 | 09/01/08-09/30/08 | $223,082.00 | $3,009.77 | $178,465.60 | $3,009.77 |

---

[3] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in NR's subsequent fee applications.
[4] The "Approved Fees" amount represents 80% of the fees requested by NR.
[5] This application was filed as a "corrected" second monthly fee application to replace and correct errors related to the amount of compensation sought pursuant to the original second monthly fee application (the "Original Second Monthly") filed on April 24, 2007. The corrected second monthly fee application requests an additional $97.50 on top of what was requested in the Original Second Monthly.

- 3 -

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 11/18/08 | 10/01/08-10/31/08 | $46,804.00 | $566.87 | $37,448.20 | $566.87 |
| 01/06/09 | 11/01/08-11/30/08 | $18,141.00 | $293.58 | $14,512.80 | $293.58 |
| 01/29/09 | 12/01/08-12/31/08 | $5,222.00 | $101.31 | $4,177.00 | $101.31 |
| 02/19/09 | 01/01/09-01/31/09 | $7,232.00 | $34.48 | $5,785.60 | $34.48 |
| 03/19/09 | 02/01/09-02/28/09 | $20,934.00 | $217.02 | $16,747.20 | $217.02 |
| 04/16/09 | 03/01/09-03/31/09 | $29,166.00 | $674.25 | $23,332.80 | $674.25 |
| 06/02/09 | 04/01/09-04/30/09 | $18,798.50 | $37.33 | $15,038.80 | $37.33 |
| 06/16/09 | 05/01/09-05/31/09 | $5,743.00 | $28.75 | $4,594.40 | $28.75 |
| 07/22/09 | 06/01/09-06/30/09 | $8,340.50 | $145.70 | $6,672.40 | $145.70 |
| 08/21/09 | 07/01/09-07/31/09 | $15,320.52 | $200.52 | $12,256.42 | $200.52 |
| 09/23/09 | 08/01/09-08/31/09 | $3,558.00 | $57.51 | $2,846.40 | $57.51 |
| 10/26/09 | 09/01/09-09/30/09 | $32,965.50 | $926.42 | $26,372.40 | $926.42 |
| 12/02/09 | 10/01/09-10/31/09 | $50,301.50 | $485.51 | $40,241.20 | $485.51 |
| 12/17/09 | 11/01/09-11/30/09 | $29,593.50 | $214.69 | $23,674.80 | $214.69 |
| 02/02/10 | 12/01/09-12/31/09 | $80,158.50 | $535.59 | $64,126.80 | $535.59 |
| 02/23/10 | 01/01/10-01/31/10 | $80,809.50 | $556.77 | $64,647.60 | $556.77 |
| 03/31/10 | 02/01/10-02/28/10 | $96,649.00 | $3,072.97 | $77,319.20 | $3,072.97 |
| 04/28/10 | 03/01/10-03/31/10 | $9,870.50 | $199.07 | $7,824.40 | $199.07 |
| 06/02/10 | 04/01/10-04/30/10 | $2,585.00 | $65.10 | $2,068.00 | $65.10 |
| 07/07/10 | 05/01/10-05/31/10 | $1,876.50 | $74.52 | $1,501.20 | $74.52 |
| 08/06/10 | 06/01/10-06/30/10 | $505.00 | $30.81 | $404.00 | $30.81 |
| 09/07/10 | 07/01/10-07/31/10 | $7,259.00 | $30.67 | $5,807.20 | $30.67 |
| 10/13/10 | 08/01/10-08/31/10 | $4,319.50 | $219.33 | $3,455.60 | $219.33 |
| 11/01/10 | 09/01/10-09/30/10 | $715.50 | $30.49 | $572.40 | $30.49 |
| 12/07/10 | 10/01/10-10/31/10 | $1,019.50 | $30.67 | $1,019.50 | $30.67 |
| 01/04/11 | 11/01/10-11/30/10 | $1,774.50 | $61.62 | $1,774.50 | $61.62 |
| 02/02/11 | 12/01/10-12/31/10 | $7,476.50 | $109.54 | $7,476.50 | $109.54 |
| 03/07/11 | 01/01/11-01/31/11 | $16,190.00 | $265.67 | $16,190.00 | $265.67 |
| 04/07/11 | 02/01/11-02/28/11 | $10,759.00 | $84.93 | $10,759.00 | $84.93 |
| 04/26/11 | 03/01/11-03/31/11 | $38,163.00 | $409.84 | $38,163.00 | $409.84 |
| 05/18/11 | 04/01/11-04/30/11 | $37,330.00 | $630.97 | $37,330.00 | $630.97 |
| 06/13/11 | 05/01/11-05/31/11 | $1,789.00 | $0.00 | $1,789.00 | $0.00 |
| 7/20/2011 | 06/01/11-06/30/11 | $803.00 | $34.60 | $803.00 | $34.60 |
| 08/22/2001 | 07/01/11--07/31/11 | $1,894.00 | $169.88 | $1,894.00 | $169.88 |
| 09/29/2011 | 08/01/11-08/31/11 | $10,965.00 | $211.22 | $10,965.00 | $211.22 |

- 4 -

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 10/24/2011 | 09/01/11-09/30/11 | $2,014.00 | $76.19 | $2,014.00 | $76.19 |
| 11/11/2011 | 10/01/11-10/31/11 | $1,692.00 | $47.27 | $1,353.60 | $47.27 |
| 12/21/2011 | 11/01/11-11/30/11 | $2,068.00 | $101.73 | $1,654.40 | $101.73 |
| 01/30/2012 | 12/01/11-12/31/11 | $705.00 | $34.96 | $564.00 | $34.96 |
| 03/07/2012 | 01/01/12-01/31/12 | $6,276.50 | $0.00 | $5,01.20 | $0.00 |
| 03/15/2012 | 02/01/12-02/29/12 | $9,475.00 | $279.00 | $7,580.00 | $279.00 |
| 05/07/2012 | 03/01/11-03/31/11 | $985.00 | $104.09 | $788.00 | $104.09 |
| 06/05/2012 | 04/01/11-04/30/11 | $1,934.00 | $0.00 | $1,547.20 | $0.00 |
| 06/22/2012 | 05/01/12-05/31/12 | $2,787.00 | $72.48 | $2,229.60 | $72.48 |
| 09/22/2012 | 06/01/12-06/30/12 | $975.00 | $36.24 | $780.00 | $36.24 |
| 11/28/2012 | 07/01/12-08/31/12 | $8,175.50 | $235.94 | $6,540.40 | $235.94 |
| 12/21/2012 | 10/01/12-10/31/12 | $735.50 | $23.94 | $588.40 | $23.94 |
| 06/13/2012 | 11/01/12-11/30/12 | $75.00 | $60.00 | $45.33 | $45.33 |
| 07/11/2012 | 12/01/12-12/31/12 | $2,487.37 | $1,989.89 | 0.00 | 0.00 |

## NR PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed[6] | Compensation |
|---|---|---|---|---|
| Ian Ness | Partner, Year of Call to the Ontario Bar - 1984 | 900.00 | 2.4 hrs | $2,160.00 |
| Vasuda Sinha | Associate, Year of Call to the Ontario Bar – 2008 | $245.00 | 0.5 hrs | 122.50 |
| Vasuda Sinha | Associate, Year of Call to the Ontario Bar – 2008 | $410.00 | 0.8 hrs | $328.00 |
| Lisa Hagglund | Litigation Law Clerk | $260.00 | 0.20 hrs | $52.00 |
| Catherine Ma | Litigation Law Clerk | $200.00 | 0.80 hrs | $160.00 |

Total Fees:       $2,822.50
Total Hours:      4.7 hrs
Blended Rate:     $600.53

## TASK CODE SUMMARY

---

[6] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

- 5 -

| | Project Category | Billed Hours | Fees Requested |
|---|---|---|---|
| 0001 | Chapter 11 Proceedings, General Matters | 4.7 | $2,822.50 |
| Total | | 4.7 | $2,822.50 |

## EXPENSE SUMMARY

Invoice No. 1228995 (Chapter 11 Proceedings, General Matters – File No. 01016442-0001)

| Description | Timekeeper | Amount |
|---|---|---|
| Courier Services | | $35.93 |

| Expense Category | Total Expenses |
|---|---|
| Courier Services | $35.93 |
| Total | $35.93 |

WHEREFORE, NR respectfully requests that (a) an allowance be made to it, as fully described above for (i) 80% of the amount of $2,822.50 for reasonable and necessary professional services that NR has rendered to the Debtors during the Fee Period; and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by NR during the Fee Period, $35.93 (b) fees are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

Dated: September 9 2013

NORTON ROSE FULBRIGHT CANADA LLP

Vasuda Sinha  LSUC#: 55005B
Suite 2300, 79 Wellington Street West
Toronto-Dominion Centre, TD South Tower
Toronto, Ontario, Canada  M5K 1H1
Telephone: (416) 216-3921
Facsimile: (416) 216-3930

Special Counsel for the Debtors and Debtors in Possession

## VERIFICATION

PROVINCE OF ONTARIO :

CITY OF TORONTO :

Vasuda Sinha, after being duly sworn according to law, deposes and says:

(a) I am an associate with the law firm of Norton Rose Fulbright Canada LLP ("NR").

(b) I am familiar with the legal services rendered by NR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of NR.

(c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl & Jones LLP that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before me this __ day of September, 2013.

_____
A Commissioner for Taking Affidavits

_____
Vasuda Sinha

Lisa Maria Hagglund, a Commissioner, etc.,
Province of Ontario, for Norton Rose Fulbright Canada LLP /
S.E.N.C.R.L., s.r.l., Barristers and Solicitors.
Expires June 1, 2016.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[7] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: September 29, 2013**

**Hearing Deadline: to be scheduled, if necessary**

FEE DETAIL FOR NORTON ROSE FULBRIGHT CANADA LLP'S SEVENTY FIRST MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JANUARY 1, 2013 THROUGH JANUARY 31, 2013

---

[7] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# NORTON ROSE

**INVOICE**

| | |
|---|---|
| Invoice Number: | 1235642 |
| Date: | February 12, 2013 |
| Client: | W.R. GRACE & CO. |
| RE: | Chapter 11 Proceedings, General Matters |
| Matter No: | 01016442-0001 |
| | 100035 |

Barristers & Solicitors / Patent & Trade-mark Agents

Norton Rose Canada LLP
TD Waterhouse Tower, Suite 2300
Toronto-Dominion Centre
79 Wellington Street West, P.O. Box 128
Toronto, Ontario M5K 1H1 CANADA

T : +1 416.360.8511
F : +1 416.360.8277
toronto@nortonrose.com
nortonrose.com

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044
U.S.A.

GST: R111340006

Attention:   Richard C. Finke
             Assistant General Counsel-Litigation

| | |
|---|---:|
| For professional services rendered and disbursements incurred for the period ending January 31, 2013. | |
| FEES | 2,822.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 35.93 |
| NET | 2,858.43 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE IN CANADIAN DOLLARS | $2,858.43 |
| TOTAL IN US FUNDS | $2,858.43 |

Payable upon receipt

Banking Information for wire transfer
RBC Financial Group, Main Branch, Royal Bank Plaza
Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
Swift Code # ROYCCAT2
Include invoice number on transfer order

# NORTON ROSE

W.R. GRACE & CO.                                                01016442-0001

RE:     Chapter 11 Proceedings, General Matters

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 15/1/13 | Catherine Ma | Email to Commercial List regarding availability of court for stay extension motion. Preparing draft hearing request form. | 0.20 | 40.00 |
| 18/1/13 | Vasuda Sinha | Office discussions regarding correspondence from M. Moloci. | 0.50 | 122.50 |
| 18/1/13 | Ian A. Ness | Considering matters and discussing with O. Pasparakis. | 0.50 | 450.00 |
| 21/1/13 | Vasuda Sinha | Addressing issues regarding stay extension. | 0.80 | 328.00 |
| 21/1/13 | Ian A. Ness | Reviewing U.S. Plan. Reviewing Information Officer Report and related materials. Discussing with V. Sinha. | 1.50 | 1,350.00 |
| 21/1/13 | Lisa Hagglund | Follow up with US counsel for copy of filing. | 0.20 | 52.00 |
| 22/1/13 | Ian A. Ness | Considering plan documents and response from Grace. Attempting to discuss issues with plaintiff representative counsel. | 0.40 | 360.00 |
| 23/1/13 | Catherine Ma | Finalizing and arranging for scheduling of stay extension with Commercial List on February 22, 2013. | 0.50 | 100.00 |
| 24/1/13 | Catherine Ma | Email from Commercial List regarding February 22 stay extension motion date. Email to V. Sinha regarding same. | 0.10 | 20.00 |
| | | **TOTAL FEES** | | **CAD $2,822.50** |

## DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Courier service | 35.93 |
| **TOTAL** | **CAD $35.93** |

INVOICE: 1235642