## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM DECEMBER 1, 2012 THROUGH DECEMBER 31, 2012 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## DECEMBER 2012 FEES FOR MR. KENNEDY AND MR. CORCORAN

| Date | Hours | Description |
|---|---|---|
| 12/03 | 20.0 | Week One - Meeting with client and consultants; Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Participate in LAA conference call with client. |
| 12/10 | 20.0 | Week Two - Follow-up meeting with client; Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Participate in LAA conference call with client. |
| 12/17 | 20.0 | Week Three - Meeting with client; Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Participate in LAA conference call with client. |

## DECEMBER, 2012 EXPENSES FOR MR. KENNEDY AND MR. CORCORAN

| W.R. Grace Expenses | | |
|---|---|---|
| Client #2850487-000001 | | |
| Itemized and summarized through 12/31/2012 | | |
| Description | Date | Amount |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |