IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM JANUARY 1, 2013 THROUGH JANUARY 31, 2013
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Appendix B

# JANUARY, 2013 FEES FOR MR. KENNEDY AND MR. CORCORAN

| Date | Hours | Description |
|------|-------|-------------|
| 1/03 | 5.0 | Week One - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Participate in LAA conference call with client. |
| 1/07 | 5.0 | Week Two - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Participate in LAA conference call with client. |
| 1/14 | 15.0 | Week Three - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Meeting with Senate staff; Telephone conference with client regarding China issues; Participate in LAA conference call with client. |
| 1/21 | 20.0 | Week Four - Monitor on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Prepare and present information to client regarding NIOSH; participate in LAA conference call with client. |
| 1/28 | 15.0 | Week Five - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Update/debrief with client regarding NASA/DOE and NIOSH meetings. |

## JANUARY, 2013 EXPENSES FOR MR. KENNEDY AND MR. CORCORAN

| W.R. Grace Expenses | | |
|---|---|---|
| Client #2850487-000001 | | |
| Itemized and summarized through 1/31/2013 | | |
| Description | Date | Amount |
| Cabfare to/from Hill meeting | 01/14/13 | 18.00 |
| Total | | 18.00 |

01 / 15 / 13
Date

## BDBC&B
## TRANSACTION RECORD/CHECK REQUEST

☒ Yes ☐ No    Is the payee a law firm or an attorney? If yes, Form W-9 must be attached or on file. If not, the check will not be processed.

MARK 'X' THROUGH TYPE

| FIRM CHECK REQUEST | TRUST CHECK REQUEST | ~~PETTY CASH REQUEST~~ | NON-CASH TRANSACTION |
|---|---|---|---|

**CHARGE TO:**

- Firm Expense Type: _____

- Client ID# 2 8 5 0 4 8 7 — 0 0 0 0 0 1  $_____
- Client ID# _____ — _____ $_____
- Client ID# _____ — _____ $_____
- Client ID# _____ — _____ $_____
- Client ID# _____ — _____ $_____
- Client ID# _____ — _____ $_____
- Client ID# _____ — _____ $_____

Payee: J. Keith Kennedy                           Amount $ 18.00

Description/Purpose: Cabfare to/from Hill meeting - 01/14/13

| REQUESTED BY: | APPROVED BY: |
|---|---|
| JKK          010038 | |
| Initials     ID# | |

**SPECIAL INSTRUCTIONS FROM SENDER:**

---

**HUNTER FAN USE ONLY**

Phase: _____    Type Code: _____

Return Check To
_____
Office Location

**Taxi Cab Receipts**    WR Grace

DATE: 1-14-13    TIME: _____

TRIP ORIGIN: BABC

DESTINATION: HSOB

FARE: $9.00    SIGNATURE: KK

**TAXICAB RECEIPT**    WR Grace

Time: _____
Date: 1-14-13

Origin of trip: HSOB

Destination: BABC

Fare: $9.00    Sign: KK