IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

### FEE DETAIL FOR  BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MARCH 1, 2013 THROUGH MARCH 31, 2013 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## MARCH 2013 FEES FOR MR. KENNEDY AND MR. CORCORAN

| Date | Hours | Description |
|---|---|---|
| 03/04 | 15.0 | Week One - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Participate in LAA conference call with client. |
| 03/11 | 20.0 | Week Two - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Track House Appropriations - E&W Subcommittee Hearing; Meeting with House Appropriations - Interior Subcommittee Staff; Participate in LAA conference call with client. |
| 03/18 | 10.0 | Week Three - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Participate in LAA conference call with client. |
| 03/25 | 15.0 | Week Four - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Meetings with EPA staff; Participate in LAA conference call with client. |

## MARCH 2013 EXPENSES FOR MR. KENNEDY AND MR. CORCORAN

| W.R. Grace Expenses | | |
|---|---|---|
| Client #2850487-000001 | | |
| Itemized and summarized through 03/31/13 | | |
| | | |
| Description | Date | Amount |
| Travel: Mr. Corcoran | 02/21/13 | $275.64 |
| 2/21/13 - Meeting with client | | |
| in Maryland | | |
| | | |
| Travel: Mr. Corcoran | 1/22-24/13 | $720.65 |
| Meeting with client in Maryland | . | |
| 1/22-24/13 | | |
| | | |
| Cabfare: Mr, Kennedy | 03/13/13 | $20.00 |
| to/from Hill Committee Hearing | | |
| | | |
| Cabfare: Mr. Kennedy | 03/15/13 | $20.00 |
| to/from Hill Meeting | | |
| | | |
| Total | | $1036.29 |

03   / 04   / 13
_____**Date**_____

## BDBC&B
## TRANSACTION RECORD/CHECK REQUEST

☐ Yes   ☑ No      Is the payee a law firm or an attorney? If yes, Form W-9
must be attached or on file. If not, the check will not be
processed.

### MARK 'X' THROUGH TYPE

| ~~FIRM CHECK REQUEST~~ | TRUST CHECK REQUEST | PETTY CASH REQUEST | NON-CASH TRANSACTION |
|---|---|---|---|

**CHARGE TO:**

- Firm Expense Type: _____

| - Client ID# | 2 | 8 | 5 | 0 | 4 | 8 | 7 | — | 0 | 0 | 0 | 0 | 0 | 1 | $_____ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |

Payee: William Corcoran _____    Amount $ 275.64

Description/Purpose: Client Meeting - 02/21/13 - Client HQ
Hotel: $118.65; Rental Car: $121.61; Airport Parking: $30.00; Dinner: $6.03

| REQUESTED BY: | | APPROVED BY: |
|---|---|---|
| JK | 010038 | |
| **Initials** | **ID#** | |

**SPECIAL INSTRUCTIONS FROM SENDER:**
Mr. Bill Corcoran - 14 Holly Grove Road - Bluffton, SC  29909

---

**HUNTER FAN USE ONLY**

Phase:_____    Type Code: _____

---

**Return Check To**

---

**Office Location**

Sheraton Columbia Hotel
10207 Wincopin Circle
Columbia, MD  21044
United States
Tel: 410-730-3900 Fax: 410-730-1290

William Corcoran                    Page Number :  1         Invoice Nbr: 108127
Wr Grace/sp                         Guest Number:  410303     Arrive Date: 20-FEB-13 15:52
                                    Folio ID     : EX-A       Depart Date: 21-FEB-13
                                    No. Of Guest:  1
                                    Room Number :  409
Email: Has Not Been Asked For       Room Rate    :  105.00
       Email                        Club Account:

                               Information Invoice

Tax ID:
Sheraton Columbia  21-FEB-13   04:49   LHOWARD

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 20-FEB-13 | RT409 | Room Charge | 105.00 | |
| 20-FEB-13 | RT409 | Maryland Tax | 6.30 | |
| 20-FEB-13 | RT409 | Occupancy Tax | 7.35 | |
| 21-FEB-13 | VI | Visa | -118.65 | |
| | | ** Total | 118.65 | -118.65 |
| | | *** Balance | 0:00 | |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

or 1-80.

Enter access code:   01840

THANK YOU FOR CHOOSING
## HERTZ

BWI-THURGOOD MARSHALL AP
RES: F7491708253 /000106/ C

## RR 541314712                  #01
## WILLIAM
## CORCORAN

INITIAL CHARGES
RENT RT$ 40.00 /DAY  @ 2 /DAYS  $    80.00
SUBTOTAL                      T$    80.00

CHARGES ADDED DURING RENTAL
LDW        INCLUDED IN CRL   RATE
LIS             DECLINED
PAI, PEC        DECLINED
PERS            DECLINED
FUEL & SVC $4.32GL/TANK CAP 17.0  $   9.18

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY       T$    9.01
CFC & TFC                     T$   10.70
VEHICLE LICENSE COST RECOVERY T$    1.12
TAX 11.500% ON      100.83    $   11.60
## TOTAL AMT DUE             $  121.61
PAID BY    AMX   XXXXXXXXXXX1005

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01894 / 1543776 12 CAMRY 2.5L    S
LICENSE:FL 180LHC
FUEL:  FULL   8/8 OUT  7/8 IN
MILES CHECKIN:   41416
MILES @ RENTAL: 41305
MILES DRIVEN:     111
CDP:   28488 -GRACE CORPORATE

RENTED:  BWI-THURGOOD MARSHALL AP
RENTAL:  02/20/13  15:20
RETURN:  02/21/13  17:21
RETURNED: BWI-THURGOOD MARSHALL AP
COMPLETED BY: 4812 /WDBAL11

PLAN IN:    CRL   RATE CLASS: C
PLAN OUT:   CRL

* * * A MESSAGE FROM HERTZ * * *

SKIP THE COUNTER, AND EARN FREE DAYS,
FREE WEEKS, AND MORE! JOIN HERTZ GOLD
PLUS REWARDSÜ - OUR FREE LOYALTY
PROGRAM. ENROLL ON HERTZ.COM TODAY!

**WE LOOK FORWARD TO YOUR NEXT VISIT!**

Save up to $25

---

INSERT
THIS END UP

CHARLESTON INTL.
AIRPORT
RECEIPT        H40
DECK PARKING
RECEIPT        H40
ENTRY TIME:
02/20/13        11:16
EXIT TIME:
02/21/13        21:00
PARK-DUR.: HRS:MIN
1:09:44
COMPUTED    $ 30.00

South Carolina Statute 53-3-1970 - It is
unlawful for any person who is not handi-
capped or who is not transporting a
handicapped person to exercise the
parking privileges granted handicapped
person.

---



THANK YOU FOR CHOOSING MCDONALDS
FOR COMMENTS CALL: 443-394-8141
FOR EMPLOYMENT GO TO WEBSITE:
www.mcmaryland.com/31398
SOUTHWEST TERMINAL
LINTHICUM , MD
21240
I I I THANK YOU I I I
TEL# 410  684-6756 Store# 31398

KS# 1              Feb 21 '13 (Thu) 17:45

MFY SIDE 2  KVS Order 13

QTY ITEM                          TOTAL
 1 STH STYLE CKN MEAL             5.69
 1 MED DIET COKE

Subtotal                          5.69
Tax                               0.34
Take-Out Total                    6.03

Cashless                          6.03
Change                            0.00

MER# 51145002
CARD ISSUER          ACCOUNT#
Amex SALE         ************1005
AUTHORIZATION CODE - 505232 SEQ# 278128

MCDONALDS # 31398

03 / 12 / 13
_____
Date

## BDBC&B
## TRANSACTION RECORD/CHECK REQUEST

☑ Yes ☐ No          Is the payee a law firm or an attorney?  If yes, Form W-9
                    must be attached or on file.  If not, the check will not be
                    processed.

### MARK 'X' THROUGH TYPE

| FIRM CHECK REQUEST | TRUST CHECK REQUEST | PETTY CASH REQUEST | NON-CASH TRANSACTION |
|---|---|---|---|

## CHARGE TO:

- Firm Expense Type: _____

| - Client ID# | 2 | 8 | 5 | 0 | 4 | 8 | 7 | — | 0 | 0 | 0 | 0 | 0 | 1 | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |

Payee: William Corcoran _____    Amount $ 720.65

Description/Purpose: Travel Expenses - Mtg. at W.R. Grace in Maryland - 01/22-24/13
Airfare: $221.80; Hotel: $239.42; Rental Car: 112.43; Mileage: 178 @ 55.5 - $98.79
Lunch: $9.21; Cabfare: $39.00 (no receipt)

| REQUESTED BY: | | APPROVED BY: |
|---|---|---|
| JKK | 010038 | |
| Initials | ID# | |

SPECIAL INSTRUCTIONS FROM SENDER:
Please send check to:  William Corcoran - 14 Holly Grove Road - Bluffton, SC  29909

### HUNTER FAN USE ONLY

Phase:_____    Type Code: _____

_____
Return Check To

_____
Office Location

## Davis, Janet

| | |
|---|---|
| **From:** | Southwest Airlines [SouthwestAirlines@luv.southwest.com] |
| **Sent:** | Monday, January 07, 2013 3:24 PM |
| **To:** | Corcoran, William |
| **Subject:** | Southwest Airlines EarlyBird Confirmation - G628PH |

**My Account | View My Itinerary Online**



| Check Flight Status | Special Offers | Hotel Deals | Car Deals | Travel Tools |
|---|---|---|---|---|

## Ready for takeoff!



Thanks for purchasing EarlyBird Check-In for your Baltimore trip! Conveniently print your boarding pass with your pre-assigned boarding position anytime within 24 hours of departure. We'll see you onboard!

**Upcoming Trip:** 01/22/13 - Baltimore

**EarlyBird Check-In™**

## Confirmation Number: G628PH

| Passenger | Departure/Arrival | Flight | Date |
|---|---|---|---|
| William Corcoran | Depart **Charleston, SC (CHS)** on Southwest Airlines at **12:15 PM**<br><br>Arrive in **Baltimore, MD (BWI)** at **1:40 PM** | #232 | **Tue Jan 22**<br>**Travel Time**<br>**1 h 25 m** |
| William Corcoran | Depart **Baltimore, MD (BWI)** on Southwest Airlines at **1:15 PM**<br><br>Arrive in **Charleston, SC (CHS)** at **2:50 PM** | #1441 | **Thu Jan 24**<br>**Travel Time**<br>**1 h 35 m** |

Price: $10.00 per person, one-way
**Total Cost: $20.00**

## Cost and Payment Summary

**Payment Information**
Cardholder: William Corcoran
Payment Type: VISA
Account # XXXXXXXXXXXXX-7598
Payment Amount: $20.00

**EarlyBird Check-In is non-refundable. Some exclusions may apply.

1

**Davis, Janet**

| | |
|---|---|
| **From:** | Southwest Airlines [SouthwestAirlines@luv.southwest.com] |
| **Sent:** | Monday, January 07, 2013 3:29 PM |
| **To:** | Corcoran, William |
| **Subject:** | Southwest Airlines Confirmation-CORCORAN/WILLIAM MICHAEL-Confirmation: G628PH |

You're all set for your trip!

 **SOUTHWEST**

<u>My Account</u> | <u>View My Itinerary Online</u>

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |
|---|---|---|---|---|---|

## Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 01/22/13 - Baltimore

 **AIR Itinerary**

## AIR Confirmation: G628PH

Confirmation Date: 01/7/2013

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| CORCORAN/WILLIAM MICHAEL | 00000414256076 | 5262489618492 | Jan 7, 2014 | 1079 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Jan 22 | 232 | Depart **CHARLESTON SC (CHS)** at **12:15 PM**<br>Arrive in **BALTIMORE WASHNTN (BWI)** at **1:40 PM**<br>Travel Time 1 hrs 25 mins<br><u>Wanna Get Away</u> |
| Thu Jan 24 | 1441 | Depart **BALTIMORE WASHNTN (BWI)** at **1:15 PM**<br>Arrive in **CHARLESTON SC (CHS)** at **2:50 PM**<br>Travel Time 1 hrs 35 mins<br><u>Wanna Get Away</u> |

Air Cost: 201.80

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free. size and weight limits apply.

Fare Rule(s): 5262489618492: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

**Budget.**
SAVE UP TO 30%
or more, plus earn up to
2400 Rapid Rewards Points
BOOK NOW

EARLYBIRD CHECK-IN
$10
Get It Now

Find a Hotel
See ratings, photos and
rates for over 40,000 hotels.
**Book a Hotel ➡**


Rent Some Wheels

1

CHS WN BWI83.72SXNCNNR WN CHS83.72SXNCNNR 167.44 END ZPCHSBWI
XFCHS4.5BWI4.5 AY5.00$CHS2.50 BWI2.50

Explore your destination on the perfect set of wheels.

**Rent a Car** ➡

## Important Check-In Reminder

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.



**CLICK 'N SAVE**

Get the best travel deals straight to your inbox.

Sign Up Now



**ALL-NEW RAPID REWARDS**

 Go to Boarding School ➡

 Get EarlyBird Check -In™ Details ➡

## Cost and Payment Summary

✈ AIR - G628PH

| | | |
|---|---|---|
| Base Fare | $ 167.44 | **Payment Information** |
| Excise Taxes | $ 12.56 | Payment Type: Visa XXXXXXXXXXXX7598 |
| Segment Fee | $ 7.80 | Date: Jan 7, 2013 |
| Passenger Facility Charge | $ 9.00 | Payment Amount: $201.80 |
| September 11th Security Fee | $ 5.00 | |
| **Total Air Cost** | **$ 201.80** | |

 **Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or email.

**Subscribe Now** ➡

 **DING**

Get exclusive travel deals straight to your desktop or iPhone.

**Download DING!** ➡

### Useful Tools
Check-In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

### Know Before You Go
In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

### Special Travel Needs
Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

Sheraton Columbia Hotel
10207 Wincopin Circle
Columbia, MD  21044
United States
Tel: 410-730-3900 Fax: 410-730-1290

William Corcoran          Page Number :  1        Invoice Nbr: 1000022665
Wr Grace/sp               Guest Number:  405751   Arrive Date: 22-JAN-13 14:30
                          Folio ID    :  EX-A     Depart Date: 24-JAN-13
                          No. Of Guest:  1
                          Room Number :  317
Email: Will Not Give Email Room Rate   :  105.00
       Address            Club Account:

---

Information Invoice

Tax ID:
Sheraton Columbia  24-JAN-13  04:56  LHOWARD

---

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 22-JAN-13 | RT317 | Room Charge | 105.00 | |
| 22-JAN-13 | RT317 | Maryland Tax | 6.30 | |
| 22-JAN-13 | RT317 | Occupancy Tax | 7.35 | |
| 23-JAN-13 | 218613 | Tax Other | 0.12 | |
| 23-JAN-13 | 218613 | Sundry Shop | 2.00 | |
| 23-JAN-13 | RT317 | Room Charge | 105.00 | |
| 23-JAN-13 | RT317 | Maryland Tax | 6.30 | |
| 23-JAN-13 | RT317 | Occupancy Tax | 7.35 | |
| 24-JAN-13 | VI | Visa | -239.42 | |
| | | ** Total | 239.42 | -239.42 |
| | | *** Balance | 0.00 | |

Sheraton Columbia Hotel
10207 Wincopin Circle
Columbia, MD  21044
United States
Tel: 410-730-3900 Fax: 410-730-1290

William Corcoran          Page Number :  2          Invoice Nbr: 1000022665
Wr Grace/sp               Guest Number:  405751      Arrive Date: 22-JAN-13 14:30
                          Folio ID    :  EX-A        Depart Date: 24-JAN-13
                          No. Of Guest:  1
                          Room Number :  317
Email: Will Not Give Email   Room Rate   :  105.00
        Address              Club Account:

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.


Let's do this again! Start planning your next vacation at Sheraton Resorts.
Make new memories on a relaxing vacation or fun-filled family getaway at
breathtaking resorts around the globe. Explore more than 60 resort location
at www.sheraton.com/resorts


As a Starwood Preferred Guest, you could have earned 424 Starpoints for this
visit. Please provide your member number or enroll today.

    Tell us about your stay. www.sheraton.com/reviews

BWI-THURGOOD MARSHALL AP
RES: F7212902204 /CRL   / C

RR 377166764                    #01
WILLIAM
CORCORAN

INITIAL CHARGES
RENT RT$  40.00 /DAY  @ 2 /DAYS   $   80.00
SUBTOTAL                          T$   80.00

CHARGES ADDED DURING RENTAL
LDW        INCLUDED IN CRL   RATE
LIS             DECLINED
PAI, PEC        DECLINED
PERS            DECLINED

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY       T$    9.01
CFC & TFC                     T$   10.70
VEHICLE LICENSE COST RECOVERY I$    1.12
TAX 11.500% ON    100.83      $    11.60
**TOTAL AMT DUE          $ 112.43**
PAID BY   VISA  XXXXXXXXXXXX7598

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:02194 / 1952191 12 N/L AVENGER PZS
LICENSE:AZ AVY9291
FUEL: FULL   8/8 OUT 8/8 IN
MILES CHECKIN:  27826
MILES @ RENTAL: 27729
MILES DRIVEN:       97
CDP:    28488 -GRACE CORPORATE

RENTED:   BWI-THURGOOD MARSHALL AP
RENTAL:   01/22 / 13  14:00
RETURN:   01/24 / 13  10:04
RETURNED: BWI-THURGOOD MARSHALL AP
COMPLETED BY: 2063 /WDBAL11

PLAN IN:     CRL /  RATE CLASS: C
PLAN OUT:    CRL /

Save up to $25 on your next rental
       by taking a brief survey:

       hertzsurvey.com
       or 1-800-278-1595

Enter access code:   01840

THANK YOU FOR CHOOSING
       HERTZ

---

Garden . A-B Concourse
PWI Airport Baltimore MD

1761 Diamond

Chk 355                    1024      0RA   Gsr

1 Chic Bac                          6
1 Combo with
/XXXXXXXXXX7598
Visa

                                    6.68
Sales Tax                           0.53
Payment                             9.21

Thank You for choosing
    Great Foods Quiznos
    Store # 8345

Order # 355

03 / 14 / 13
_____
    **Date**

## BDBC&B
## TRANSACTION RECORD/CHECK REQUEST

☑ Yes   ☐ No      Is the payee a law firm or an attorney?  If yes, Form W-9
                   must be attached or on file.  If not, the check will not be
                   processed.

### MARK 'X' THROUGH TYPE

| FIRM CHECK REQUEST | TRUST CHECK REQUEST | ~~PETTY CASH REQUEST~~ | NON-CASH TRANSACTION |
|---|---|---|---|

**CHARGE TO:**

- Firm Expense Type: _____

| - Client ID# | 2 | 8 | 5 | 0 | 4 | 8 | 7 | — | 0 | 0 | 0 | 0 | 0 | 1 | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |
| - Client ID# | | | | | | | | — | | | | | | | $_____ |

**Payee:** J. Keith Kennedy                                    **Amount** $ 20.00

**Description/Purpose:** Cabfare to/from Hill meeting - 03/13/13

| REQUESTED BY: | | APPROVED BY: |
|---|---|---|
| JKK | 010038 | |
| Initials | ID# | |

**SPECIAL INSTRUCTIONS FROM SENDER:**

---

**HUNTER FAN USE ONLY**

Phase:_____      Type Code: _____

---

**Return Check To**

---

**Office Location**

WR *Grace*

**TAXICAB RECEIPT**

Time: 3-13-13

Date: _____

Origin of trip: BABC

Destination: RHOB

Fare: $10 00          Sign: KK

WR *Grace*

**TAXICAB RECEIPT**

Time: 3-13-13

Date: _____

Origin of trip: HSOB

Destination: BABC

Fare: 10          Sign: _____

03 / 19 / 13
_____
Date

**BDBC&B**
**TRANSACTION RECORD/CHECK REQUEST**

☑ Yes  ☐ No        Is the payee a law firm or an attorney?  If yes, Form W-9
                   must be attached or on file.  If not, the check will not be
                   processed.

**MARK 'X' THROUGH TYPE**

| FIRM CHECK REQUEST | TRUST CHECK REQUEST | PETTY CASH REQUEST | NON-CASH TRANSACTION |
|---|---|---|---|

**CHARGE TO:**

- Firm Expense Type: _____

- Client ID# | 2 | 8 | 5 | 0 | 4 | 8 | 7 | — | 0 | 0 | 0 | 0 | 0 | 1 | $_____

- Client ID# | | | | | | | | — | | | | | | | $_____

- Client ID# | | | | | | | | — | | | | | | | $_____

- Client ID# | | | | | | | | — | | | | | | | $_____

- Client ID# | | | | | | | | — | | | | | | | $_____

- Client ID# | | | | | | | | — | | | | | | | $_____

- Client ID# | | | | | | | | — | | | | | | | $_____

Payee: J. Keith Kennedy _____          Amount $ 20.00 ____

Description/Purpose: Cabfare to/from client meeting - 03/15/13 _____

_____

_____

| REQUESTED BY: | | APPROVED BY: |
|---|---|---|
| JKK | 010038 | |
| Initials | ID# | |

**SPECIAL INSTRUCTIONS FROM SENDER:**

---

**HUNTER FAN USE ONLY**

Phase:_____        Type Code: _____

---

Return Check To

---

Office Location

J.R Grace

**TAXICAB RECEIPT**

Time: _____

Date: _3-15-13_

Origin of trip: _BABC_

Destination: _600 Maryland SW_

Fare: _$10 00_    Sign: _KK_

WR Grace

**TAXICAB RECEIPT**

Time: _____

Date: _____

Origin of trip: _600 Maryland SW_

Destination: _BABC_

Fare: _10 00_    Sign: _KK_