IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM APRIL 1, 2013 THROUGH APRIL 30, 2013 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhem Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Appendix B

## APRIL 2013 FEES FOR MR. KENNEDY AND MR. CORCORAN

| Date | Hours | Description |
| --- | --- | --- |
| 04/01 | 15.0 | Week One - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Participate in LAA conference call with client. |
| 04/08 | 10.0 | Week Two - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Participate in LAA conference call with client. |
| 04/15 | 15.0 | Week Three - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Participate in LAA conference call with client. |
| 04/22 | 20.0 | Week Four - Monitor and report on legislative and regulatory developments affecting IRIS, rare earth, alternative fuels and refineries, TSCA confidential business information, asbestos trust legislation, Superfund and Clean Air Act issues, EPA appropriations and the EPA study of Libby asbestos; Meeting with Senate Interior Appropriations staff; Participate in LAA conference call with client. |

## APRIL 2013 EXPENSES FOR MR. KENNEDY AND MR. CORCORAN

| W.R. Grace Expenses | | |
|---|---|---|
| Client #2850487-000001 | | |
| Itemized and summarized through 04/30/13 | | |
| Description | Date | Amount |
| Travel - Mr. Corcoran Meeting in Washington with the EPA | 3/26-27/13 | $303.90 |
| Photo Reproduction Charge (8 Pages) | 04/18/13 | $1.60 |
| Total | | $305.50 |

04 / 16 / 13
Date

## BDBC&B
## TRANSACTION RECORD/CHECK REQUEST

☑ Yes  ☐ No     Is the payee a law firm or an attorney? If yes, Form W-9 must be attached or on file. If not, the check will not be processed.

MARK 'X' THROUGH TYPE

| ~~FIRM CHECK REQUEST~~ | TRUST CHECK REQUEST | PETTY CASH REQUEST | NON-CASH TRANSACTION |
|---|---|---|---|

**CHARGE TO:**

- Firm Expense Type: _____

- Client ID# | 2 | 8 | 5 | 0 | 4 | 8 | 7 | — | 0 | 0 | 0 | 0 | 0 | 1 | $_____
- Client ID# | | | | | | | | — | | | | | | | $_____
- Client ID# | | | | | | | | — | | | | | | | $_____
- Client ID# | | | | | | | | — | | | | | | | $_____
- Client ID# | | | | | | | | — | | | | | | | $_____
- Client ID# | | | | | | | | — | | | | | | | $_____
- Client ID# | | | | | | | | — | | | | | | | $_____

Payee: William M. Corcoran                                   Amount $ 303.90

Description/Purpose: Hotel - Meeting in Washington with the EPA - 03/26-27/13

REQUESTED BY:
JKK      010038
Initials    ID#

APPROVED BY:

**SPECIAL INSTRUCTIONS FROM SENDER:**
Please send check to: Bill Corcoran - 14 Holly Grove Road - Bluffton, SC 29909

**HUNTER FAN USE ONLY**

Phase: _____      Type Code: _____

Return Check To

Office Location



**Hyatt Regency Crystal City**
2799 Jefferson Davis Highway
Arlington, VA 22202
Telephone: 703-418-1234
Fax: 703-418-1289
www.crystalcity.hyatt.com

## INVOICE

| | |
|---|---|
| Payee | Bill Corcoran |
| | 14 Holly Grove Rd |
| | Okatie SC 299093102 |
| | United States |

Membership   GP   514905455W
Bonus Code
Confirmation No.   2019374601
Group Name

| | |
|---|---|
| Room No. | 0647 |
| Arrival | 03-26-13 |
| Departure | 03-27-13 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio | 521939 |
| Invoice | |

| Date | Description | | | Charges | Credits |
|---|---|---|---|---|---|
| 03-26-13 | Refrigerator Rental | | | 25.00 | |
| 03-26-13 | Parking Valet | 13081 | | 27.00 | |
| 03-26-13 | Guest Room | | | 229.00 | |
| 03-26-13 | State Occupancy Tax - 5.0% | | | 11.45 | |
| 03-26-13 | County Occupancy Tax - 5% | | | 11.45 | |
| 03-27-13 | American Express | XXXXXXXXXXX1005 | XX/XX | | 303.90 |

Your Gold Passport account will be credited for this stay.

**Total**   303.90   303.90

**Balance**   0.00

---

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing the Hyatt Regency Crystal City, we trust you had a wonderful stay. If you have any questions or comments regarding your stay, please contact our Guest Relations Department at Jeff.Conrade@Hyatt.com.

Please direct any billing inquiries/concerns to:
Email: Na.CustomerService@Hyatt.com
Phone: 1-888-552-7410

For future reservations please visit us at www.hyatt.com
Try our Automated Kiosk for easy check-in and check-out, located on the Lobby Level next to the Front Desk.