IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Reference No. 30612** |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 30612

The undersigned hereby certifies that, the information contained below is true and correct:

1. On May 8, 2013, the undersigned filed the *Thirty-Sixth Quarterly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David T. Austern, PI Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of January 1, 2013 through March 31, 2013* (the "Application"), filed with the Court on October 31, 2012, and entered on the Court's docket as Docket No. 30612.

2. The deadline for objection to the Application was September 6, 2013. The undersigned received a telephone call from the Fee Auditor's office regarding a mathematical error in the amount of $49.50 for a time entry on January 17, 2013. The undersigned has agreed to a reduction in its fees from $12,198.00 to $12,148.50. This change is listed in the *Fee Auditor's Combined Final Report Regarding Those Fee Applications with the De Minimis or No Fee or Expense Issues for the Forty-Eighth Interim Period* [Docket No. 31080].

3. No other response, answer or objection was received the Application.

WHEREFORE, the undersigned requests that the Court enter an Order granting Phillips, Goldman & Spence, P.A. its fees in the amount of $12,148.50 and costs in the amount of $1,034.51 for a total due of $13,183.01.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ JCP

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
*Co-counsel to David T. Austern,
Future Claimants' Representative*

Dated: September 11, 2013