

August 30, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   240361

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH July 31, 2013

### CLIENT SUMMARY

**BALANCE AS OF- 07/31/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $460.00 | $395.50 | $855.50 |
| **.15539 -** 03 - Creditors Committee | $2,070.00 | $0.00 | $2,070.00 |
| **.15543 -** 07 - Applicant's Fee Application | $953.00 | $0.00 | $953.00 |
| **.15546 -** 10 - Travel | $1,926.25 | $0.00 | $1,926.25 |
| **.15554 -** 18 - Plan & Disclosure Statement | $862.50 | $0.00 | $862.50 |
| *Client Total* | *$6,271.75* | *$395.50* | *$6,667.25* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Sakalo, Jay M | 11.80 | $411.76 | $4,858.75 |
| Snyder, Jeffrey I | 0.60 | $445.00 | $267.00 |
| Donaire, Gloria | 2.00 | $230.00 | $460.00 |
| Flores, Luisa M | 2.80 | $245.00 | $686.00 |
| | | | |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | | ***$6,271.75*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Fares, Mileage, Parking | $91.75 |
| Long Distance Telephone | $2.28 |
| Long Distance Telephone-Outside Services | $20.77 |
| Pacer - Online Services | $271.40 |
| Copies | $9.30 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | ***$395.50*** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$6,667.25** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE:  01- Case Administration

| | | | | |
|---|---|---|---|---|
| 07/02/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/03/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/08/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/09/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/10/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/11/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/12/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/15/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/16/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/17/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/18/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/19/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/22/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/23/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/24/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/25/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/26/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/29/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/30/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/31/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                                                        **$460.00**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| | | |
|---|---|---:|
| 06/17/13 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 135703; DATE: 6/23/2013  -  Clients-15537 | 91.75 |
| 06/20/13 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 14175465; DATE: 6/30/2013  -  Account#306300 | 20.77 |
| 06/30/13 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q22013; DATE: 7/3/2013  -  Account#BILSUM | 271.40 |
| 07/24/13 | Long Distance Telephone (302)252-2927; 3 Mins. | 2.28 |
| 07/08/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/11/13 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 07/15/13 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 07/17/13 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 07/18/13 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 07/18/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 07/19/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/19/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/19/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/19/13 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 07/19/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/19/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/19/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/19/13 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 07/26/13 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/26/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/26/13 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 07/26/13 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**          **$395.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 2.00 | $230.00 | $460.00 |
| *TOTAL* | *2.00* | | *$460.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Fares, Mileage, Parking | $91.75 |
| Long Distance Telephone | $2.28 |

MIAMI 3845496.1 74817/15537


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Long Distance Telephone-Outside Services | $20.77 |
| Pacer - Online Services | $271.40 |
| Copies | $9.30 |
| ***TOTAL*** | ***$395.50*** |

**CURRENT BALANCE DUE THIS MATTER**                                    **$855.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE:  03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 06/05/13 | JMS | 0.20 | 115.00 | Email to Committee regarding reassignment of case to Judge Carey. |
| 06/18/13 | JMS | 0.20 | 115.00 | Email to Committee regarding Third Circuit argument. |
| 06/19/13 | JMS | 0.20 | 115.00 | Telephone conference with E. Westbrook regarding Third Circuit argument. |
| 06/20/13 | JMS | 2.00 | 1,150.00 | Telephone call with E. Westbrook regarding recap of oral argument (.4); prepare for and hold telephone conference with committee members (1.2); telephone call with D. Speights regarding questions about arguments raised at 3rd Circuit (.4). |
| 07/24/13 | JMS | 0.80 | 460.00 | Emails to and from committee regarding upcoming hearing and status of pending matters (.6); emails with L. Flores regarding same (.2). |
| 07/26/13 | JMS | 0.20 | 115.00 | Email exchange with E. Westbrook regarding hearing on August 1. |

**PROFESSIONAL SERVICES**                                                            **$2,070.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 3.60 | $575.00 | $2,070.00 |
| *TOTAL* | *3.60* | | *$2,070.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                  **$2,070.00**

**Atty – SLB**
**Client No.: 74817/15543**

**RE:  07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 07/01/13 | LMF | 0.60 | 147.00 | Attend to edits to statement of fees for month of May 2013 (.2); prepare notice and summary and submit to local counsel for filing (.4). |
| 07/11/13 | JIS | 0.20 | 89.00 | Review and revise June 2013 prebill |
| 07/18/13 | LMF | 0.80 | 196.00 | Prepare summary and notice for June fees and send to local counsel for filing and service (.4); start working on quarterly fee application for second quarter (.4). |
| 07/19/13 | LMF | 1.40 | 343.00 | Continue working on Quarterly application |
| 07/24/13 | JIS | 0.40 | 178.00 | Review and revise quarterly fee application |

**PROFESSIONAL SERVICES**                                                                 **$953.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.60 | $445.00 | $267.00 |
| Flores, Luisa M | 2.80 | $245.00 | $686.00 |
| *TOTAL* | *3.40* | | *$953.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                      **$953.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

**RE:  10 - Travel**

| 06/17/13 | JMS | 2.20 | 632.50 | Non-working travel to Philadelphia. |
| 06/18/13 | JMS | 4.50 | 1,293.75 | Non-working return travel to Miami. |

**PROFESSIONAL SERVICES**                                          **$1,926.25**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 6.70 | $287.50 | $1,926.25 |
| *TOTAL* | *6.70* | | *$1,926.25* |

**CURRENT BALANCE DUE THIS MATTER**                              **$1,926.25**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE:  18 - Plan & Disclosure Statement**

| 07/25/13 | JMS | 1.50 | 862.50 | Review 3rd Circuit opinion on Garlock appeal and email to Committee regarding same (.8);  follow up emails with Committee members thereon (.7). |
|---|---|---|---|---|

**PROFESSIONAL SERVICES**                                                                 **$862.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.50 | $575.00 | $862.50 |
| *TOTAL* | *1.50* | | *$862.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                 **$862.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP