## **EXHIBIT A**

DM3\2654284.1

**SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM APRIL 1, 2013 THROUGH JUNE 30, 2013**

**ASSET DISPOSITION (TASK CODE NO. 002)**

Applicant reviewed the debtor's quarterly report of asset sales.

**CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant reviewed hearing agendas and docket regarding agenda items. Applicant also reviewed Third Circuit Court of Appeals dockets.

**EMPLOYMENT APPLICATIONS (OTHERS) (TASK CODE NO. 010)**

Applicant reviewed the amended interim order regarding the appointment of Frankel.

**FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and filed its fee applications.

**FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan and Capstone Advisory Group.

**LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 016)**

Applicant reviewed the status report regarding the Chakarian litigation.

**PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)**

Applicant reviewed pleadings and dockets relating to appeals filed in connection with confirmation of the plan and attended oral argument in the Third Circuit.

**OTHER (TASK CODE NO. 025)**

Applicant reviewed and retrieved miscellaneous pleadings and memos in connection with plan compensation issues, settlement fund, Third Circuit appeal, and confidential reports to Committee.