**<u>EXHIBIT B</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., <u>et al.</u>, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: June 19, 2013 at 4:00 p.m.**<br>**Hearing date: To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED THIRTY FIFTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM APRIL 1, 2013 THROUGH APRIL 30, 2013</u>**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **April 1, 2013 through April 30, 2013** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$7,101.60 (80% of $8,877.00)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$603.33** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred thirty fifth monthly fee application of Duane Morris LLP.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | 12/30/03 | | | | |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 - 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

|  | | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
|  | 10/31/05 | | | | |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as  January 1, 2008 through February 29, 2008.

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09-11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09-12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | $4,103.60 | $217.30 |
| December 28, 2011 | 11/1/11 – 11/30/11 | $5,805.50 | $218.32 | $4,644.40 | $218.32 |
| February 3, 2012 | 12/1/11 – 12/31/11 | $4,064.00 | $120.44 | $3,251.20 | $120.44 |
| March 20, 2012 | 1/1/12 – 1/31/12 | $8,483.00 | $360.63 | $6,786.40 | $360.63 |
| March 20, 2012 | 2/1/12 – 2/29/12 | $5,789.00 | $454.05 | $4,631.20 | $454.05 |
| April 23, 2012 | 3/1/12 – 3/31/12 | $5,563.50 | $10.30 | $4,450.40 | $10.30 |
| June 19, 2012 | 4/1/12 – 4/30/12 | $4,326.50 | $0.00 | $3,461.20 | $0.00 |
| July 30, 2012 | 5/1/12 – 5/31/12 | $3,101.50 | $514.22 | $2,481.20 | $514.22 |
| July 30, 2012 | 6/1/12 – 6/30/12 | $10,687.00 | $239.60 | $8,549.60 | $239.60 |
| August 30, 2012 | 7/1/12 – 7/31/12 | $6,114.50 | $0.00 | $4,891.60 | $0.00 |
| October 25, 2012 | 8/1/12 – 8/31/12 | $3,790.00 | $435.55 | $3,032.00 | $435.55 |
| November 6, 2012 | 9/1/12 – 9/30/12 | $4,630.50 | $0.00 | $3,704.40 | $0.00 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 29, 2012 | 10/1/12 – 10/31/12 | $7,846.00 | $533.95 | $6,276.80 | $533.95 |
| January 8, 2013 | 11/1/12 – 11/30/12 | $4,272.00 | $21.55 | $3,417.60 | $21.55 |
| January 28, 2013 | 12/1/12 – 12/31/12 | $11,810.50 | $792.77 | $9,448.40 | $792.77 |
| March 29, 2013 | 1/1/13 – 1/31/13 | $21,391.50 | $75.20 | $17,113.20 | $75.20 |
| March 29, 2013 | 2/1/13 – 2/28/13 | $3,313.50 | $10.20 | $2,650.80 | $3,313.50 |
| May 7, 2013 | 3/1/13 – 3/31/13 | $4,675.50 | $39.02 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William S. Katchen | Of Counsel/41 years | $915.00 | 7.60 | $6,954.00 |
| Michael R. Lastowski | Partner/25 years | $795.00 | 0.80 | $636.00 |
| Stephanie Lenkiewicz | Paralegal | $195.00 | 6.60 | $1,287.00 |
| **Total** | | | **15.00** | **$8,877.00** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (02) | 0.10 | $79.50 |
| Case Administration (04) | 0.80 | $216.00 |
| Fee Application (Applicant) (12) | 3.70 | $781.50 |
| Fee Application (Others) (13) | 2.30 | $448.50 |
| Litigation and Litigation Consulting (16) | 0.10 | $79.50 |
| Plan and Disclosure Statement (17) | 0.40 | $318.00 |
| Other (25) | 7.60 | $6,954.00 |
| **TOTAL** | **15.00** | **$8,877.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Overnight Mail | Federal Express | $21.91 |
| Printing & Duplicating | Parcels | $550.12 |
| Federal Docket Costs | Pacer | $15.90 |
| Printing & Duplicating | Internal | $15.40 |
| **TOTAL** | | **$ 603.33** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period April 1, 2013 through April 30, 2013, an interim allowance be made to Duane Morris LLP, as set forth in the invoice attached hereto as Exhibit A, for compensation in the amount of $7,101.60 (80% of allowed fees totaling $8,877.00) and reimbursement of expenses in the amount of $603.33, and for such other and further relief as this Court may deem just and proper.

Dated: May 30, 2013
　　　　Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:　(302) 657-4900
Facsimile:　(302) 657-4901
E-mail:　　　mlastowski@duanemorris.com
　　　　　　rwriley@duanemorris.com

- and –

William S. Katchen
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:　(973) 424-2000
Facsimile:　(973) 424-2001
E-mail:　　　wskatchen@duanemorris.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of  W. R. Grace & Co., et al.*

**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

May 07, 2013


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017



W.R. GRACE & CO.

File# K0248-00001          Invoice# 1858584          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 0.80 | hrs. at | $795.00 | /hr. = | $636.00 |
| WS KATCHEN | OF COUNSEL | 7.60 | hrs. at | $915.00 | /hr. = | $6,954.00 |
| S LENKIEWICZ | PARALEGAL | 6.60 | hrs. at | $195.00 | /hr. = | $1,287.00 |
| | | | | | | $8,877.00 |



DISBURSEMENTS
OVERNIGHT MAIL                                          $21.91
PACER FEDERAL DOCKET COSTS                             $15.90
PRINTING & DUPLICATING                                 $15.40
PRINTING & DUPLICATING - EXTERNAL          $550.12
TOTAL DISBURSEMENTS                                    $603.33

Duane Morris
May 07, 2013
Page 2

File # K0248-00001                                    INVOICE# 1858584
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 4/25/2013 002 | MR LASTOWSKI | REVIEW DEBTOR'S QUARTERLY REPORT OF ASSET SALES | 0.10 | $79.50 |
| | | Code Total | 0.10 | $79.50 |

Duane Morris
May 07, 2013
Page 3

File # K0248-00001                                          INVOICE# 1858584
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 4/2/2013 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET AND RECENTLY FILED PLEADINGS | 0.70 | $136.50 |
| 4/22/2013 004 | MR LASTOWSKI | REVIEW NOTICE OF CANCELLATION OF HEARING | 0.10 | $79.50 |
| | | Code Total | 0.80 | $216.00 |

Duane Morris
May 07, 2013
Page 4

File # K0248-00001                                        INVOICE# 1858584
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|-----------|------------|---|-------|-------|
| 4/11/2013 012 | MR LASTOWSKI | INQUIRY FROM FEE AUDITOR | 0.10 | $79.50 |
| 4/11/2013 012 | S LENKIEWICZ | REVIEW INVOICES RE QUARTERLY FEE APPLICATION AND PREPARE SPREADSHEET RE SAME | 0.70 | $136.50 |
| 4/12/2013 012 | S LENKIEWICZ | REVIEW EMAIL FROM FEE AUDITOR RE ERROR IN DUANE MORRIS' NOVEMBER 2012 MONTHLY FEE APPLICATION (.1); PREPARE NOTICE OF WITHDRAWAL RE SAME (.2); EFILE SAME (.2); PREPARE CORRECTED COPY OF NOVEMBER 2012 FEE APPLICATION AND EFILE SAME (.3); EMAIL TO B. RUHLANDER ATTACHING CORRECTED COPY OF NOVEMBER 2012 FEE APPLICATION (.1) | 0.90 | $175.50 |
| 4/12/2013 012 | S LENKIEWICZ | PREPARE NOTICE OF DUANE MORRIS 47TH QUARTERLY FEE APPLICATION (.2); PREPARE DUANE MORRIS 47TH QUARTERLY FEE APPLICATION AND EXHIBITS TO SAME (.5); PREPARE CERTIFICATE OF SERVICE RE SAME (.2); REVISE APPLICATION AND FINALIZE FOR EFILING (.2); EFILE 47TH QUARTERLY FEE APPLICATION (.3); COORDINATE SERVICE OF SAME (.2); FORWARD AS-FILED COPY OF FEE APPLICATION TO B. RUHLANDER (.1) | 1.70 | $331.50 |
| 4/22/2013 012 | S LENKIEWICZ | REVIEW DUANE MORRIS INVOICE FOR MARCH 2013 AND PREPARE SAME AS EXHIBIT FOR EFILING | 0.30 | $58.50 |
| | | Code Total | 3.70 | $781.50 |

Duane Morris
May 07, 2013
Page 5

File # K0248-00001                                               INVOICE# 1858584
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 4/9/2013 013 | S LENKIEWICZ | PREPARE CNO RE CAPSTONE'S 108TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 4/9/2013 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 109TH MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE NOTICE, APPLICATION, EXHIBITS AND COS RE CAPSTONE'S 109TH MONTHLY FEE APPLICATION (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 4/22/2013 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL'S 143RD MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION REGARDING SSL'S 143RD MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 4/29/2013 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL'S 144TH MONTHLY FEE APPLICATION FOR EFILING (.2); FINALIZE APPLICATION AND EXHIBITS AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| | | Code Total | 2.30 | $448.50 |

Duane Morris
May 07, 2013
Page 6

File # K0248-00001                                    INVOICE# 1858584
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 4/25/2013 016 | MR LASTOWSKI | REVIEW DEBTOR'S NOTICE OF SETTLEMENTS | 0.10 | $79.50 |
| | | Code Total | 0.10 | $79.50 |

Duane Morris
May 07, 2013
Page 7

File # K0248-00001                                                    INVOICE# 1858584
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|-----------|------------|---|-------|-------|
| 4/17/2013 017 | MR LASTOWSKI | REVIEW STATUS OF APPELLATE FILINGS | 0.30 | $238.50 |
| 4/18/2013 017 | MR LASTOWSKI | REVIEW THIRD CIRCUIT"S NOTICE OF ORAL ARGUMENT | 0.10 | $79.50 |
| | | Code Total | 0.40 | $318.00 |

Duane Morris
May 07, 2013
Page 8

File # K0248-00001                                                      INVOICE# 1858584
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 4/1/2013 025 | WS KATCHEN | ADVISING CREDITORS ON APPEAL | 0.30 | $274.50 |
| 4/3/2013 025 | WS KATCHEN | REVIEW CAPSTONE REPORT TO COMMITTEE - LONG TERM INCENTIVE PROGRAM. | 0.20 | $183.00 |
| 4/4/2013 025 | WS KATCHEN | REVIEW CAPSTONE MEMO TO COMMITTEE ON CONFIDENTIAL TRANSACTION ("REDS"). | 0.20 | $183.00 |
| 4/5/2013 025 | WS KATCHEN | ATTENTION TO APPEAL ISSUE RAISED BY AMICI CURIAE | 1.20 | $1,098.00 |
| 4/8/2013 025 | WS KATCHEN | REVIEW ORDER GRANTING ACCESS TO GARLOCK SEALING (.3); PREPARE FOR CONFERENCE AMICI ON APPEAL FROM CONFIRMATION (.9) | 1.20 | $1,098.00 |
| 4/9/2013 025 | WS KATCHEN | ADDITIONAL RESEARCH ON APPEAL ISSUE (.9); REVIEW APPEAL BRIEFS ON POINT IN GGP LTD. PARTNERSHIP (2D. CIR.) PREPARE FOR CONFERENCE AMICI (.5). | 1.40 | $1,281.00 |
| 4/9/2013 025 | WS KATCHEN | ATTENTION TO APPEAL ISSUE FOLLOWING GEN GROWTH ANALYSIS. | 0.60 | $549.00 |
| 4/15/2013 025 | WS KATCHEN | REVIEW CITINGS (.2); REVIEW COMBINED ORDER (.2); REVIEW SETTLEMENT STIPULATION USG (.2). | 0.60 | $549.00 |
| 4/16/2013 025 | WS KATCHEN | REVIEW COMMITTEE MEMO FROM STROOK. | 0.30 | $274.50 |
| 4/22/2013 025 | WS KATCHEN | REVIEW STROOK MEMO TO COMMITTEE REGARDING COLUMBUS MARYLAND PROPERTY SALE. | 0.20 | $183.00 |
| 4/22/2013 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO SELL AND AGREEMENT OF SALE | 0.30 | $274.50 |
| 4/22/2013 025 | WS KATCHEN | REVIEW ORDER E-DISCOVERY SPECIAL MATTER | 0.10 | $91.50 |
| 4/22/2013 025 | WS KATCHEN | REVIEW DECLARATION REGARDING SECTION 363. | 0.10 | $91.50 |
| 4/26/2013 025 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS (.5); PREPARE MEMO TO STROOK ON ABOVE (.2); EMAIL RESPONSE TO STROOK (.1); EMAIL ON ABOVE (.1) | 0.90 | $823.50 |
| | | Code Total | 7.60 | $6,954.00 |
| | | TOTAL SERVICES | 15.00 | $8,877.00 |

Duane Morris
May 07, 2013
Page 9

File # K0248-00001                                          INVOICE# 1858584
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 04/30/2013 | PRINTING & DUPLICATING - EXTERNAL | 550.12 |
| | Total: | $550.12 |
| | | |
| 04/12/2013 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITHASSOCIATES - ROCKWALL, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #799511897434) | 12.05 |
| 04/12/2013 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #799515028118) | 9.86 |
| | Total: | $21.91 |
| | | |
| 04/30/2013 | PACER FEDERAL DOCKET COSTS | 15.90 |
| | Total: | $15.90 |
| | | |
| 04/30/2013 | PRINTING & DUPLICATING | 15.40 |
| | Total: | $15.40 |
| | | |
| | TOTAL DISBURSEMENTS | $603.33 |

Duane Morris
May 07, 2013
Page 10

File # K0248-00001                                      INVOICE# 1858584
     W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 0.80 | 795.00 | $636.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 7.60 | 915.00 | $6,954.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 6.60 | 195.00 | $1,287.00 |
| | | | 15.00 | | $8,877.00 |