IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related to Docket No. 30969** |

**CERTIFICATION OF NO OBJECTION REGARDING
THE INTERIM APPLICATION OF CHARTER OAK FINANCIAL
CONSULTANTS, LLC FOR APPROVAL AND ALLOWANCE OF
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF
APRIL 1, 2013 THROUGH JUNE 30, 2013 (DOCKET NO. 30969)**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Charter Oak Financial Consultants, LLC, submitted on August 14, 2013 an interim application ("Application") [Docket No. 30969] for services rendered and reimbursement of expenses incurred as Financial Advisor to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{D0273054.1 }

2.  Objections to the Application were to be filed and served on or before September 3, 2013 at 4:00 p.m. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

Dated: September 11, 2013

          CHARTER OAK FINANCIAL
          CONSULTANTS, LLC

          Bradley Rapp
          430 Center Avenue
          Mamaroneck, NY 10543

          Financial Advisor for the Official
          Committee of Asbestos Personal Injury
          Claimants
               - and -

          CAMPBELL & LEVINE, LLC

          */s/ Mark T. Hurford*
          Mark T. Hurford (I.D. #3299)
          Kathleen Campbell Davis (I.D. #4229)
          222 Delaware Avenue, Suite 1620
          Wilmington, DE 19899
          (302) 426-1900

          *Counsel for the Official Committee*
          *of Asbestos Personal Injury Claimants*