**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


September 10, 2013

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11418


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/1/2013 | WHS | Prepare for and attend hearing by telephone | 0.40 | 134.00 |
| | BSR | Review of Duane Morris' quarterly and monthly fee applications for the 48th interim period (Jan-Mar 2013) | 0.30 | 93.00 |
| | AL | Research Pacer re hearing agenda and signed fee order (.4) | 0.40 | 32.00 |
| | AL | Update database with Kramer's May electronic detail (.1); Rich's July electronic detail (.1) and fee application (.2); Casner's June electronic detail (.1); BMC's June electronic detail (.2) | 0.70 | 56.00 |
| | WHS | Detailed eview of, and revisions to, omnibus final report 35Q 11.12-1.13 | 0.40 | 134.00 |
| 8/2/2013 | AL | update database with Casner's June electronic detail (.1); PWC's May CNO (.1); Grant's June electronic detail (.2) | 0.40 | 32.00 |
| 8/5/2013 | BSR | receive, review, and respond to email from Karen Harvey at The Hogan Firm re amount due the firm | 0.20 | 62.00 |
| 8/8/2013 | JAW | Detailed review of Higgins June 2013 fee application (0.20); draft summary regarding same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Capstone June 2013 fee application (0.10); draft summary regarding same (0.10) | 0.20 | 35.00 |
| | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| | JAW | Detailed review of Judge Sanders July 2013 fee application (0.10); draft summary regarding same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Judge Sanders May 2013 fee application (0.10); draft summary regarding same (0.10) | 0.20 | 35.00 |

W.R. Grace & Co. Page 2

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/8/2013 | JAW | Detailed review of Foley Hoag June 2013 fee application (0.20); draft summary regarding same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Stroock June 2013 fee application (0.20); draft summary regarding same (0.20) | 0.40 | 70.00 |
| | JAW | Detailed review of Saul Ewing June 2013 fee application (0.20); draft summary regarding same (0.20) | 0.40 | 70.00 |
| | JAW | Detailed review of Lauzon May 2013 fee application (0.20); draft summary regarding same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Scarfone May 2013 fee application (0.20); draft summary regarding same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Ferry Joseph May 2013 fee application (0.20); draft summary regarding same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Hogan Firm May 2013 fee application (0.20); draft summary regarding same (0.10) | 0.30 | 52.50 |
| | AL | Update database with Grant's February fee application (.2); Woodcock's June fee application (.2); Beveridge's June fee application (.2) | 0.60 | 48.00 |
| | BSR | Review of Pachulski's Feb. and March 2013 monthly fee applications and fee and expense summaries re same | 0.50 | 155.00 |
| | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Sanders' May (.1) Lauzon's May (.2) Scarfone's May (.1) Ferry's May (.1) Hogan's May (.2) Capston's June (.2) Foley's June (.2) Higgins' June (.1) Stroock's June (.2) and Sanders' July (.1) fee and expense summaries | 1.60 | 128.00 |
| 8/9/2013 | AL | update database with Pachulski's April through June electronic detail (.2); PWC's April through June electronic detail (.1) | 0.30 | 24.00 |
| | AL | Research re expenses of WHSA for the month of July 2013 (.5); draft of WHSA's July fee application (1.6); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 2.40 | 192.00 |
| 8/12/2013 | BSR | Compile and review responses of various applicants to initial reports and email inquiries for the 48th interim period | 2.80 | 868.00 |
| | BSR | Research docket for pertinent filings (.4); email to Anthony Lopez and James Wehrmann re review of Roger Frankel's monthly fee applications (.1) | 0.50 | 155.00 |
| | AL | update database with Phillip's April through June electronic detail (.2); Lauzon's June electronic detail (.2); Scarfone's June electronic detail (.1); Hogan's June electronic detail (.1) | 0.60 | 48.00 |

W.R. Grace & Co.                                                                                                               Page    3

|  |  | Hours | Amount |
|---|---|---|---|
| 8/12/2013 AL | Receive and review email from W. Smith re approval of WHSA's July fee application (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of fee application (.4); prepare same for service (.1) | 1.10 | 88.00 |
| 8/13/2013 JAW | Proofread Warren H. Smith's July 2013 fee statement and Notice of Filing (0.50); e-mail to A. Lopez regarding revisions needed to same (0.10) | 0.60 | 105.00 |
| JAW | Review revisions to Warren H. Smith's July 2013 fee statement (0.10); e-mail to A. Lopez confirming revsions made (0.10) | 0.20 | 35.00 |
| BSR | Draft omnibus final report for the 48th interim period | 2.50 | 775.00 |
| 8/14/2013 BSR | Exchange emails with James Wehrmann re files for preparation of project category spreadsheet for the 48th interim period | 0.10 | 31.00 |
| BSR | Continue drafting omnibus final report for the 48th interim period | 3.00 | 930.00 |
| 8/15/2013 JAW | Detailed review of Grant Thornton January 2013 fee application (0.10); draft summary regarding same (0.10) | 0.20 | 35.00 |
| JAW | Detailed review of Grant Thornton February 2013 fee application (0.10); draft summary regarding same (0.20) | 0.30 | 52.50 |
| JAW | Detailed review of PwC - IRS Audit Project May 2013 fee application (0.20); draft summary regarding same (0.10) | 0.30 | 52.50 |
| JAW | Detailed review of Casner June 2013 fee application (0.20); draft summary regarding same (0.10) | 0.30 | 52.50 |
| JAW | Detailed review of BMC Group June 2013 fee application (0.70); draft summary regarding same (0.10) | 0.80 | 140.00 |
| JAW | Detailed review of Woodcock June 2013 fee application (0.20); draft summary regarding same (0.20) | 0.40 | 70.00 |
| JAW | Detailed review of Bilzin June 2013 fee application (0.20); draft summary regarding same (0.20) | 0.40 | 70.00 |
| JAW | Detailed review of Ferry Joseph June 2013 fee application (0.20); draft summary regarding same (0.10) | 0.30 | 52.50 |
| JAW | Detailed review of Kramer June 2013 fee application (0.50); draft summary regarding same (1.00) | 1.50 | 262.50 |
| JAW | Detailed review of Reed Smith June 2013 fee application (0.20); draft summary regarding same (0.10) | 0.30 | 52.50 |
| JAW | Detailed review of Beveridge June 2013 fee application (0.40); draft summary regarding same (0.10) | 0.50 | 87.50 |

W.R. Grace & Co.                                                                                                   Page     4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/15/2013 | JAW | Detailed review of PwC June 2013 fee application (0.30); draft summary regarding same (0.10) | 0.40 | 70.00 |
|  | BSR | Review of Kaye Scholer's April 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Stroock's June 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | AL | update database with Lauzon's June electronic detail (.1); Hawkin's April through June electronic detail (.2); Stroock's April through June electronic detail (.2) | 0.50 | 40.00 |
|  | AL | Research re WHSA's fees and expenses for the month of April through June in preparation of drafting interim fee application (.9); begin draft of interim fee application (.4); update database with same (.2) | 1.50 | 120.00 |
|  | AL | Update database with Phillips' April through June fee application (.2); PWC's April through June fee application (.2) | 0.40 | 32.00 |
|  | BSR | Continue drafting omnibus final report for the 48th interim period | 0.60 | 186.00 |
|  | BSR | Draft fee and expense recommendation exhibit for the 48th interim period fee order | 1.30 | 403.00 |
|  | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
|  | BSR | Conference with James Wehrmann re files to be used for preparation of project category spreadsheet | 0.10 | 31.00 |
|  | BSR | Review of May and July 2013 monthly fee applications of the Hon. Alexander Sanders, Jr., as well as fee and expense summaries re same | 0.20 | 62.00 |
|  | BSR | Review of Capstone's June 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Saul Ewing's June 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Scarfone Hawkins' May 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Lauzon Belanger Lesperance's May 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of Kramer Levin's April 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
|  | BSR | Review of The Hogan Firm's May 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |

W.R. Grace & Co. Page 5

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/15/2013 | BSR | Review of the June 2013 monthly fee application of The Law Offices of Roger Higgins, as well as fee and expense summary re same | 0.30 | 93.00 |
| | BSR | Review of Foley Hoag's June 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
| | BSR | Review of Ferry Joseph's May 2013 monthly fee application and fee and expense summary re same | 0.20 | 62.00 |
| 8/16/2013 | AL | update database with Phillips' May (.1) and June (.1) electronic detail; Beveridge's June electronic detail (.2); AKO's June electronic detail (.1); Caplin's June electronic detail (.2); Charter's June electronic detail (.2) Campbell's June electronic detail (.1); HIggin's April through June electronic detail (.2) | 1.20 | 96.00 |
| | JAW | Review of 48th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Anderson (0.4), Beveridge (0.4), Bilzin (0.3); Blackstone (0.3), BMC (0.5) Campbell (0.4), Caplin (0.4), Capstone (0.3), Casner (0.3), Charter Oak (0.3), Duane Morris (0.4), Ferry (0.4), Foley (0.4), Fragomen (0.3); Higgins (0.3); Hogan (0.3); Kirkland (0.4) (6.1) | 6.10 | 1,067.50 |
| | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
| 8/19/2013 | JAW | Review of 48th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants: Kramer (0.3), Lauzon (0.3), LAS (0.3); Pachulski (0.4), Phillips (0.4); Reed (0.4); PWC (0.3); Rich (0.3); Sanders (0.2); Saul (0.3); Scarfone (0.3); Norton (0.2); Orrick (0.2); W. Smith (0.2); Stroock (0.3); Woodcock (0.3); Lincoln (0.2); and Towers (0.2) (5.1) | 5.10 | 892.50 |
| | JAW | Detailed review of Kirkland's May 2013 fee application (4.2); draft summary of same (0.5) | 4.70 | 822.50 |
| | AL | update database with Orrick's June electronic detail (.1); Orrick's May electronic detail (.1); Frankel's June electronic detail (.2); Capstone's April through June electronic detail (.2); Blackstone's April through June electronic detail (.2); receive and review email from J. Wehrmann re summaries (.1); update database with Grant's January (.1) Grant's February (.1) PWC's May (.2) Beveridge's June (.1) Bilzin's June (.2) BMC's June (.1) Casner's June (.2) Ferry's June (.2) Kramer's June (.2) PWC's June (.1) Reed's June (.1) Ewing's June (.1) and Woodcock's June (.2) fee and expense summaries | 2.80 | 224.00 |
| | AL | Update database with PWC's May fee application (.2); PWC's June fee application (.2); Ferry's June fee application (.2); Bilzin's June fee application (.2); BMC's June fee application (.2); Casner's June fee application (.2); Reed's June fee application (.2); Kramer's June fee | 2.00 | 160.00 |

W.R. Grace & Co.                                                                Page 6

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | application (.2); Grant's January fee application (.2); Beveridge's January through March fee application (.2) | | |
| 8/20/2013 | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Capstone 47th interim (0.3); draft final fee chart for 47th interim for Capstone reflecting same (0.1). | 0.40 | 70.00 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Caplin 47th interim (0.3); draft final fee chart for 47th interim for Caplin reflecting same (0.1). | 0.40 | 70.00 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Casner 47th interim (0.2); draft final fee chart for 47th interim for Casner reflecting same (0.1). | 0.30 | 52.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Charter Oak 47th interim (0.2); draft final fee chart for 47th interim for Casner reflecting same (0.1). | 0.30 | 52.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Duane Morris 47th interim (0.2); draft final fee chart for 47th interim for Duane Morris reflecting same (0.1). | 0.30 | 52.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Ferry 47th interim (0.3); draft final fee chart for 47th interim for Ferry reflecting same (0.1). | 0.40 | 70.00 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Campbell 47th interim (0.3); draft final fee chart for 47th interim for Campbell reflecting same (0.1). | 0.40 | 70.00 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Foley 47th interim (0.3); draft final fee chart for 47th interim for Foley reflecting same (0.1). | 0.40 | 70.00 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: BMC 47th interim (0.3); draft final fee chart for 47th interim for BMC reflecting same (0.1). | 0.40 | 70.00 |
| | JAW | Detailed review of Charter Oak's June 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |

W.R. Grace & Co.                                                Page 7

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/20/2013 | JAW | Detailed review of Campbell's June 2013 fee application (0.5); draft summary of same (0.1) | 0.60 | 105.00 |
| | JAW | Detailed review of Anderson's June 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
| | JAW | Detailed review of Caplin's June 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Anderson's 47th interim (0.3); draft final fee chart for 47th interim for Anderson reflecting same (0.1). | 0.40 | 70.00 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Beveridge 47th interim (0.3); draft final fee chart for 47th interim for Beveridge reflecting same (0.1). | 0.40 | 70.00 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Bilzin 47th interim (0.3); draft final fee chart for 47th interim for Beveridge reflecting same (0.1). | 0.40 | 70.00 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Blackstone 47th interim (0.2); draft final fee chart for 47th interim for Beveridge reflecting same (0.1). | 0.30 | 52.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Fragoman 47th interim (0.2); draft final fee chart for 47th interim for Fragoman reflecting same (0.1). | 0.30 | 52.50 |
| 8/21/2013 | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Pachulski 47th interim (0.2); draft final fee chart for 47th interim for Pachulski reflecting same (0.1). | 0.30 | 52.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Towers 47th interim (0.2); draft final fee chart for 47th interim for Towers reflecting same (0.1). | 0.30 | 52.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Stroock 47th interim (0.2); draft final fee chart for 47th interim for Stroock reflecting same (0.1). | 0.30 | 52.50 |

W.R. Grace & Co.  Page  8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/21/2013 | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Scarfone 47th interim (0.2); draft final fee chart for 47th interim for Scarfone reflecting same (0.1). | 0.30 | 52.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Saul 47th interim (0.2); draft final fee chart for 47th interim for Saul reflecting same (0.1). | 0.30 | 52.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Sanders 47th interim (0.2); draft final fee chart for 47th interim for Sanders reflecting same (0.1). | 0.30 | 52.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Reed 47th interim (0.2); draft final fee chart for 47th interim for Reed reflecting same (0.1). | 0.30 | 52.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: PwC 47th interim (0.2); draft final fee chart for 47th interim for PwC reflecting same (0.1). | 0.30 | 52.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Phillips 47th interim (0.2); draft final fee chart for 47th interim for Phillips reflecting same (0.1). | 0.30 | 52.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Norton 45th interim (0.2); draft final fee chart for 45th interim for Norton reflecting same (0.1). | 0.30 | 52.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Orrick 47th interim (0.3); draft final fee chart for 47th interim for Orrick reflecting same (0.1). | 0.40 | 70.00 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Lincoln 47th interim (0.2); draft final fee chart for 47th interim for Lincoln reflecting same (0.1). | 0.30 | 52.50 |
|  | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: LAS 47th interim (0.1); draft final fee chart for 47th interim for LAS reflecting same (0.1). | 0.20 | 35.00 |

W.R. Grace & Co. Page 9

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/21/2013 | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Lauzon 47th interim (0.2); draft final fee chart for 47th interim for Lauzon reflecting same (0.1). | 0.30 | 52.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Kramer 47th interim (0.2); draft final fee chart for 47th interim for Kramer reflecting same (0.1). | 0.30 | 52.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Hogan 47th interim (0.3); draft final fee chart for 47th interim for Hogan reflecting same (0.2). | 0.50 | 87.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Kirkland 47th interim (0.2); draft final fee chart for 47th interim for Kirkland reflecting same (0.1). | 0.30 | 52.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Higgins 47th interim (0.2); draft final fee chart for 47th interim for Higgins reflecting same (0.1). | 0.30 | 52.50 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Grant 47th interim (0.3); draft final fee chart for 47th interim for Grant reflecting same (0.2). | 0.40 | 70.00 |
| | JAW | Research PACER for docket numbers of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Woodcock 47th interim (0.2); draft final fee chart for 47th interim for Woodcock reflecting same (0.1). | 0.30 | 52.50 |
| | AL | receive and review email from J. Wehrmann re summaries (.1); update database with K&E's May (.2) AKO's June (.1) Campbell's June (.1) Caplin's June (.2) and Charter's June (.2) fee and expense summaries; update database with Kramer's April through June interim electronic detail (.1) | 1.00 | 80.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for the 47th inteirm fee applicaton periods for the following - Anderson (0.3), Baker (0.1), Beveridge (0.3) Bilzin (0.3); BMC (0.3); Blackstone (0.3); and Bowe (0.1). | 1.70 | 297.50 |
| | JAW | E-mail to A. Lopez forwarding summaries prepared (0.1) | 0.10 | 17.50 |
| 8/22/2013 | AL | update database with Ewing's May CNO | 0.10 | 8.00 |
| | BSR | Review of Orrick's March 2013 monthly fee application and fee summary re same | 0.30 | 93.00 |

W.R. Grace & Co.                                                                                  Page 10

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/22/2013 | BSR | Review of Blackstone's April 2013 monthly fee application | 0.20 | 62.00 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for the 47th inteirm fee applicaton periods for the following - Buchanon (0.1); Campbell (0.3), Caplin (0.3); Capstone (0.3); Casner (0.3); CBBG (0.1); Charter (0.3); CIBC (0.1); Conway (0.1); Austern (0.1); DeLoitte FAS (0.1); DeLoitte Tax (0.1); Deloitte & Touche (0.1); Dies (0.1); Duane Morris (0.3); Duff (0.1); Elzufon (0.1); Ferry (0.3); Foley (0.3); Forman (0.1); Fragoman (0.3); Grant (0.3); FTI (0.1); Goodman (0.1); Hamilton (0.1); Higgins (0.3); Hilsoft (0.1); Hogan (0.3); Holme (0.1); Karl Hill (0.1); Kirkland (0.3); Klett (0.1); Kramer (0.3); Lauzon (0.3); LAS (0.2); Latham (0.1); Lawson (0.1); LECG (0.1); Lexecon (0.1); Lincoln (0.3); Lukins (0.1); Morrison (0.1); Nelson (0.1); Norris (0.1); Norton Rose (0.3); Orrick (0.3); Pachulski (0.3); PD Committee (0.1); Phillips (0.3); PI Committee (0.1); Piper (0.1); Pitney (0.1); and Protiviti (0.1) | 9.40 | 1,645.00 |
| | BSR | Research docket for pertinent filings | 0.10 | 31.00 |
| | BSR | Receive and review email from James Wehrmann re recently completed fee and expense summaries | 0.10 | 31.00 |
| | AL | Update database with Pachulski's April fee application (.2); Deloitte Tax January fee application (.2); Deloitte Tax March fee application (.2); Deloitte Tax February fee application (.2); Deloitte Tax April fee application (.2); Lauzon's January fee application (.2); Hogan's June fee application (.2); Scarfone's June fee application (.2); Blackstone's May through June fee application (.2) | 1.80 | 144.00 |
| 8/23/2013 | JAW | Detailed review of DeLoitte Tax April 2013 fee application (0.6); draft summary of same (0.1). | 0.70 | 122.50 |
| | JAW | Detailed review of DeLoitte Tax January 2013 fee application (0.5); draft summary of same (0.1). | 0.60 | 105.00 |
| | JAW | Detailed review of DeLoitte Tax March 2013 fee application (0.8); draft summary of same (0.4). | 1.20 | 210.00 |
| | JAW | Detailed review of DeLoitte Tax February 2013 fee application (0.6); draft summary of same (0.3). | 0.90 | 157.50 |
| | JAW | Draft prior period paragraphs in preparation for drafting final final reports for the 47th inteirm fee applicaton periods for the following - PwC (0.2); PwC Advisary (0.1); PwC COP (0.1); PwC Darex P.R. (0.1); PwC GRP (0.1); PwC SSP (0.1); Reed (0.2); Rich (0.2); Richardson (0.1); Sanders (0.2); Saul (0.2); Scarfone (0.3); Scott Law (0.1); Socha (0.1); Steptoe (0.1); Stroock (0.3); Sullivan (0.1); Swidler (0.1); Tersigini (0.1); Towers (0.1); Tre Angeli (0.1); Venable (0.1); Watchell (0.1); Wallace (0.1); and Woodcock (0.3) | 3.60 | 630.00 |

W.R. Grace & Co. Page 11

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/23/2013 | AL | update database with Woodcock's July electronic detail (.1); Hogan's May CNO (.1); Scarfone's May CNO (.1); Lauzon's May CNO (.1); Kramer's July electronic detail (.2) | 0.60 | 48.00 |
| 8/26/2013 | AL | Update database with Foley's April through June fee application (.2); Casner's June fee application (.2); Charter's June fee application (.2); AKO's June fee application (.2); Caplin's June fee application (.2); Campbell's June fee application (.2); K&E's May fee application (.2); Ewing's April through June fee application (.2); Higgins' April through June fee application (.2) | 1.80 | 144.00 |
| | BSR | Receive and review email from Jamie O'Neill re proposed fee hearing dates and email to Warren Smith re same | 0.20 | 62.00 |
| | JAW | Detailed review of Scarfone June 2013 fee application (0.1); draft summary of same (0.1). | 0.20 | 35.00 |
| | BSR | Email to Rick Wyron and Debra Felder with questions re Orrick's expenses for the 48th interim period (.3); review and respond to email from Debra Fullem re status of Orrick's quarterly application for the 48th interim period (.1) | 0.40 | 124.00 |
| | JAW | Detailed review of Blackstone May 1, 2013 to June 30, 2013 fee application (0.2); draft summary of same (0.2). | 0.40 | 70.00 |
| | JAW | Detailed review of Hogan June 2013 fee application (0.1); draft summary of same (0.1). | 0.20 | 35.00 |
| | JAW | Detailed review of Lauzon June 2013 fee application (0.1); draft summary of same (0.1). | 0.20 | 35.00 |
| | JAW | Detailed review of Pachulski April 2013 fee application (0.5); draft summary of same (0.1). | 0.60 | 105.00 |
| | AL | update database with Hogan's June CNO (.1); Scarfone's June CNO (.1); Lauzon's June CNO (.1); Ewing's July electronic detail (.2); Frankel's July electronic detail (.2); Orrick's July electronic detail (.1) | 0.80 | 64.00 |
| 8/27/2013 | JAW | E-mail to A. Lopez forwarding summaries prepared (0.1) | 0.10 | 17.50 |
| | JAW | E-mail to B. Ruhlander forwarding 48th project category spreadsheet (0.1) | 0.10 | 17.50 |
| | WHS | Receive and review agenda | 0.10 | 33.50 |
| | WHS | Receive and review amended agenda | 0.10 | 33.50 |
| | BSR | E-mail to Jamie O'Neill re proposed hearing dates | 0.10 | 31.00 |
| | AL | receive and review email from J. Wehrmann re summaries (.1); update database with Deloitte Tax January (.2) Deloitte Tax February (.1) Deloitte Tax March (.1) Deloitte Tax April (.2) Pachulski's April (.2) Hogan's June (.1) Lauzon's June (.1) and Scarfone's June (.2) fee and expense summaries | 1.30 | 104.00 |

W.R. Grace & Co. Page 12

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/27/2013 | BSR | E-mails (2) to Jay Sakalo inquiring as to response to our email inquiry (48Q) | 0.10 | 31.00 |
| | BSR | receive, review, and respond to email from James Wehrmann re project category spreadsheet | 0.10 | 31.00 |
| | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
| | BSR | Draft final report re Bilzin Sumberg's 48th interim fee application | 0.80 | 248.00 |
| 8/28/2013 | BSR | Exchange emails with Warren Smith re final report for Bilzin Sumberg's 48th quarterly fee application (.1); review revisions made by Warren Smith to final report (.1); email final report to Jay Sakalo (.1) | 0.30 | 93.00 |
| | AL | Update database with Phillips' April through June fee application (.2); Kramer's July fee application (.2); Woodcock's July fee application (.2); Ewing's July fee application (.2) | 0.80 | 64.00 |
| | AL | Update database with Campbell's April through June fee application (.2); AKO's April through June fee application (.2); Caplin's April through June fee application (.2); Charter's April through June fee application (.2); Capstone's April through June fee application (.2); Kramer's April through June fee application (.2); Casner's April through June fee application (.2); Stroock's April through June fee application (.2); Reed's April through June fee application (.2); Lauzon's April through June fee application (.2); Hogan's April through June fee application (.2); Scarfone's April through June fee application (.2) | 2.40 | 192.00 |
| | WHS | Detailed review of, and revisions to, FR Bilzin 48Q 1-3.13 | 0.30 | 100.50 |
| | AL | receive and review email from B. Ruhlander re Bilzin's 48th Interim Final Report (.1); update database with same (.2); draft email to W. Smith re approval (.1) | 0.40 | 32.00 |
| | AL | receive and review email from W. Smith re approval of Bilzin's 48th Interim Final Report (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of final report (.3); prepare same for service (.1) | 1.00 | 80.00 |
| 8/29/2013 | BSR | Receive and review order setting omnibus hearings (.2); email to Warren Smith and Anthony Lopez re same (.1) | 0.30 | 93.00 |
| | BSR | Continue drafting omnibus final report for the 48th interim period | 0.30 | 93.00 |
| | BSR | Review of Campbell & Levine's 48th quarterly fee application, monthly fee applications for January through March 2013, and fee and expense summaries re same (.8); email to Mark Hurford re same (.3) | 1.10 | 341.00 |
| | AL | update database with Casner's July electronic detail (.1); Pachulski's May and June CNO's (.2); Foley's July electronic detail (.1); Higgins' July electronic detail (.2) | 0.60 | 48.00 |

W.R. Grace & Co.     Page 13

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/29/2013 | AL | Update database with Foley's July fee application (.2); Higgins' July fee application (.2) | 0.40 | 32.00 |
| 8/30/2013 | AL | update database with K&E's June electronic detail (.1); Capstone's July electronic detail (.1); Stroock's July electronic detail (.2); receive and review email from B. Ruhlander re hearing dates (.1); update database with same (.2); draft email to W. Smith re same (.1) | 0.80 | 64.00 |
| | AL | Update database with K&E's June fee application (.2); Casner's July fee application (.2) | 0.40 | 32.00 |
| | JAW | Detailed review of Woodcock's July 2013 fee application (0.1); draft summary of same (0.2) | 0.30 | 52.50 |
| | JAW | Detailed review of Saul's July 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
| | JAW | Detailed review of Kramer's July 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
| | JAW | Detailed review of Phillip's April 1, 2013 - June 30, 2013 interim fee application (0.8); draft summary of same (0.1) | 0.90 | 157.50 |
| | AL | Update database with Woodcock's April through June fee application | 0.20 | 16.00 |
| | | **For professional services rendered** | **111.90** | **$19,433.50** |

Additional Charges :

| | | |
|---|---|---:|
| 8/30/2013 | Third party copies & document prep/setup. | 133.99 |
| | Copying cost | 28.40 |
| | FedEx | 114.50 |
| | Third party copies & document prep/setup. | 115.40 |
| | **Total additional charges** | **$392.29** |
| | **Total amount of this bill** | **$19,825.79** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 30.90 | 80.00 | $2,472.00 |
| Bobbi S. Ruhlander | 19.10 | 310.00 | $5,921.00 |
| James A. Wehrmann | 60.60 | 175.00 | $10,605.00 |
| Warren H Smith | 1.30 | 335.00 | $435.50 |