**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the month of July 2013**

**Professional Profiles**
**W.R. Grace & Co. Time**
**For the month of July 2013**

| Name of Professional | Position with the Firm | Number of | Project | Hourly Bill | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | 1106.17 | 1.0 | 1,106.17 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1106.17 | 5.0 | 5,530.85 |
| Mary B Perrotta | Audit Director | 20+ | Integrated Audit | 886.46 | 0.5 | 443.23 |
| Jennifer A James | Tax Director | 20+ | Integrated Audit | 857.26 | 2.0 | 1,714.52 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 19.0 | 15,901.67 |
| Nicole S. Berman | Audit Director | 12 | Integrated Audit | 793.75 | 2.5 | 1,984.38 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 781.05 | 2.5 | 1,952.63 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 723.90 | 21.0 | 15,201.90 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 620.13 | 12.2 | 7,565.59 |
| James C Horvath | Tax Manager | 11 | Integrated Audit | 596.90 | 3.4 | 2,029.46 |
| Marcela Cortes | Audit Manager | 11 | Integrated Audit | 539.75 | 1.5 | 809.63 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 505.46 | 108.5 | 54,842.41 |
| David C Sands | Audit Director | 11 | Integrated Audit | 459.74 | 0.5 | 229.87 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | 435.63 | 21.5 | 9,366.05 |
| Todd S. Chesla | Tax Manager | 8 | Integrated Audit | 435.63 | 5.7 | 2,483.09 |
| Elizabeth Sama | Tax Manager | 7 | Integrated Audit | 333.13 | 22.0 | 7,328.86 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 2.0 | 665.48 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | 325.12 | 125.0 | 40,640.00 |
| Daniel James Burke | Tax Manager | 8 | Integrated Audit | 317.75 | 33.7 | 10,708.18 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 270.51 | 114.0 | 30,838.14 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 254.00 | 139.5 | 35,433.00 |
| Alfiya Galieva | Audit Experienced Associate | 2 | Integrated Audit | 196.85 | 1.0 | 196.85 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 138.5 | 26,208.36 |
| Ian Matthew Thomas | Audit Associate | 1 | Integrated Audit | 189.23 | 136.5 | 25,829.90 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 123.5 | 21,644.61 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 174.25 | 22.8 | 3,972.90 |
| Anabel De la Rosa | Tax Associate | 1 | Integrated Audit | 174.25 | 17.6 | 3,066.80 |
| Ankit K Bajaj | Project Specialist | 1 | Integrated Audit | 123.60 | 0.8 | 98.88 |
| Ishu Singhania | Project Specialist | 1 | Integrated Audit | 123.60 | 0.3 | 37.08 |
| Ripan Debnath | Project Specialist | 1 | Integrated Audit | 123.60 | 1.2 | 148.32 |
| Shilpi Agarwal | Project Specialist | 1 | Integrated Audit | 123.60 | 2.5 | 309.00 |
| Shubham Khetawat | Project Specialist | 1 | Integrated Audit | 123.60 | 2.0 | 247.20 |
| Belen Ramirez | Project Specialist | 1 | Integrated Audit | 120.00 | 0.8 | 96.00 |
| Brian David Detwiler | Project Specialist | 1 | Integrated Audit | 120.00 | 4.3 | 516.00 |
| Carina Centeno | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Chandini Priyanka Sarna | Project Specialist | 1 | Integrated Audit | 120.00 | 0.5 | 60.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 120.00 | 10.7 | 1,284.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | 120.00 | 4.0 | 480.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 120.00 | 4.3 | 516.00 |

{02411:PLDG:10155541.DOC}

| | | | | | | |
|---|---|---|---|---|---|---|
| Fiorella de Paola | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | 300.00 |
| Florencia Bonacci | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Giuliana Marinelli | Project Specialist | 1 | Integrated Audit | 120.00 | 4.0 | 480.00 |
| Gregory Charles Hartley | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Hernan Hlace | Project Specialist | 1 | Integrated Audit | 120.00 | 11.5 | 1,380.00 |
| Ignacio Sosa Claps | Project Specialist | 1 | Integrated Audit | 120.00 | 5.0 | 600.00 |
| Juan Ignacio Beccuti | Project Specialist | 1 | Integrated Audit | 120.00 | 3.5 | 420.00 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 120.00 | 4.0 | 480.00 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | 120.00 | 6.5 | 780.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 120.00 | 4.0 | 480.00 |
| Todd A Brown | Project Specialist | 1 | Integrated Audit | 120.00 | 0.8 | 96.00 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | 120.00 | 3.3 | 396.00 |
| John Michael Fitzsimmons | Process Specialist | 1 | Integrated Audit | 120.00 | 9.3 | 1,116.00 |
| Danielle Beauchamp | Audit Intern | 1 | Integrated Audit | 63.50 | 32.0 | 2,032.00 |
| Nicholas August Keninitz | Audit Intern | 1 | Integrated Audit | 63.50 | 7.5 | 476.25 |
| Arjun Majumdar | Project Specialist | 1 | Integrated Audit | 57.16 | 0.5 | 28.58 |
| Pratik Kanodia | Project Specialist | 1 | Integrated Audit | 57.13 | 0.1 | 5.71 |
| | | | | **Total** | 1213.8 | 341,157.55 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| | | | |
|---|---|---|---|
| **Totals** | **3.3** | | **862.97** |

{02411:PLDG:10155541.DOC}

## Summary of PwC's Fees By Project Category:
## For the month of July 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim  Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 3.3 | $862.97 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,213.8 | $341,157.55 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,217.1 | $342,020.52 |

{02411:PLDG:10155541.DOC}

## Expense Summary
## For the month of July 2013

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 4,967.47 |
| Lodging | N/A | $934.10 |
| Sundry | N/A | $0.00 |
| Business Meals | N/A | $243.78 |
| TOTAL: | | $ 6,145.35 |

{02411:PLDG:10155541.DOC}