# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended July 2013**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Tom E. Smith | 7/29/13 | Audit Partner | 762.40 | Mileage in excess of daily commute (78.4 miles - 8.4 normal commute miles = 70 miles everyday excess * 0 .565 per mile = 39.56). |
| | 7/18/13 | Audit Partner | 39.56 | Roundtrip airfare from Houston to Dulles for travel to Grace site in Columbia, MD. |
| Drew Levy | 7/1/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 7/2/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 7/3/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 7/15/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 7/16/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 7/17/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 7/18/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 7/19/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 7/21/2013 - 7/25/13 | Audit Experienced Associate | 15.82 | Mileage in excess of daily commute (32 miles roundtrip to airport - 4 miles roundtrip normal commute to the office = 28 miles every day excess * .565 = 15.82). |
| | 7/21/13 | Audit Experienced Associate | 10.25 | Travel dinner for D. Levy during travel to client site in Albany, OR. |
| | 7/21/2013 - 7/25/13 | Audit Experienced Associate | 666.84 | Roundtrip airfare to Portland, OR for travel to Grace site in Albany OR. |
| | 7/21/2013 - 7/25/13 | Audit Experienced Associate | 346.81 | Expense for rental car and fuel during travel to Grace site in Albany OR. |
| | 7/22/13 | Audit Experienced Associate | 5.00 | Travel breakfast for D. Levy during travel to client site in Albany, OR. |
| | 7/23/13 | Audit Experienced Associate | 30.20 | Travel dinner for D. Levy during travel to client site in Albany, OR. |
| | 7/24/13 | Audit Experienced Associate | 18.50 | Travel dinner for D. Levy during travel to client site in Albany, OR. |
| | 7/25/13 | Audit Experienced Associate | 4.50 | Travel breakfast for D. Levy during travel to client site in Albany, OR. |
| | 7/25/13 | Audit Experienced Associate | 48.00 | Parking at BWI airport during travel to Grace site in Albany OR. |
| | 7/21/2013 - 7/24/2013 | Audit Experienced Associate | 340.56 | Nightly rate @113.52 per night for 3 nights at Doubletree during travel to Grace site in Albany, OR. |
| | 7/21/2013 - 7/24/2013 | Audit Experienced Associate | 34.08 | Hotel Taxes @11.36 per night for 3 nights at Doubletree during travel to Grace site in Albany, OR. |
| | 7/25/13 | Audit Experienced Associate | 148.00 | Nightly rate @ $148.00 per night for 1 night at Hilton Garden Inn during travel to Grace site in Albany, OR. |
| | 7/25/13 | Audit Experienced Associate | 21.46 | Hotel Taxes @ $21.46 per night for 1 night at Hilton Garden Inn during travel to Grace site in Albany, OR. |
| | 7/26/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 7/29/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 7/30/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 7/31/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| Eric Meyer | 7/9/13 | Tax Experienced Associate | 55.38 | Mileage in excess of daily commute (98 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 98 miles every day excess * .565 = 55.38). |
| | 7/9/13 | Tax Experienced Associate | 4.00 | SunPass tolls during commute to client (Fluctuate depending on traffic). |
| Anabel De la Rosa | 7/11/13 | Tax Experienced Associate | 57.64 | Mileage in excess of daily commute (102 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 102 miles every day excess * .565 = 57.64). |
| Ian Thomas | 7/12/13 | Audit Associate | 354.30 | Roundtrip coach flight to Nashville, TN from Baltimore, MD for travel to client site in Mt. Pleasant, TN. |
| | 7/22/13 | Audit Associate | 200.30 | Roundtrip coach flight to Boston, MA from Baltimore, MD for travel to client site in Cambridge, MA. |
| | 7/29/13 | Audit Associate | 5.54 | Breakfast for 1 (I. Thomas, PwC), while away at client site in Mt. Pleasant, TN. |
| | 7/29/13 | Audit Associate | 25.73 | Dinner for 1 (I. Thomas, PwC), while away at client site in Mt. Pleasant, TN. |
| | 7/30/13 | Audit Associate | 3.92 | Breakfast for 1 (I. Thomas, PwC), while away at client site in Mt. Pleasant, TN. |
| | 7/30/13 | Audit Associate | 135.00 | Cost to change time of departure for flight from Nashville, TN to Baltimore, MD. |
| | 7/30/13 | Audit Associate | 29.69 | Dinner for 1 (I. Thomas, PwC), while away at client site in Mt. Pleasant, TN. |
| | 7/31/13 | Audit Associate | 137.29 | Cost for rental car and fuel from 7/29 - 7/31 while traveling at client site in Mt. Pleasant, TN. |
| | 7/31/13 | Audit Associate | 36.00 | Parking expense at Baltimore Washington International Airport for 3 days during travel to Mt. Pleasant, TN. |
| | 7/31/13 | Audit Associate | 5.67 | Travel breakfast for I. Thomas, PwC, while traveling from client site in Mt. Pleasant, TN to Baltimore, MD. |
| | 7/31/13 | Audit Associate | 332.64 | Nightly rate @ $166.32 per night for 2 nights at hotel during travel to client site in Mt. Pleasant, TN. |
| | 7/31/13 | Audit Associate | 57.36 | Hotel Taxes @ $28.68 per night for 2 nights at hotel during travel to client site in Mt. Pleasant, TN. |
| Adam Wilkinson | 7/11/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/12/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/15/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/16/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/17/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/18/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/19/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/22/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/23/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/24/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |

| | Date | Role | Amount | Description |
|---|---|---|---:|---|
| | 7/25/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/26/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/29/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/30/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/31/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/1/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/2/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 7/29/13 | Audit Experienced Associate | 409.05 | Airfare from Dulles Airport (Virginia) to Chicago Midway (Chicago Illinois) for travel to client sites in Chicago, IL for SOX 404 testing. |
| **Katherine Matheson** | 7/1/2013 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile = 36.16). |
| | 7/2/2013 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile = 36.16). |
| | 7/9/2013 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile = 36.16). |
| | 7/10/2013 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile = 36.16). |
| | 7/11/2013 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile = 36.16). |
| | 7/15/2013 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile = 36.16). |
| | 7/17/2013 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile = 36.16). |
| | 7/18/2013 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile = 36.16). |
| | 7/22/2013 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile = 36.16). |
| | 7/23/2013 | Audit Senior Manager | 40.68 | Mileage in excess of daily commute, includes colleague pick-up (86 miles - 14 normal commute miles * rate 0 .565 per mile = 40.68). |
| | 7/24/2013 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile = 36.16). |
| | 7/29/2013 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile = 36.16). |
| | 7/31/2013 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile = 36.16). |
| **Daniel Burke** | 7/9/13 | Tax Manager | 300.80 | Roundtrip airfare to Ft. Lauderdale, FL for travel to Grace site in Boca Raton, FL. |
| | 7/9/13 | Tax Manager | 20.00 | Parking at Tampa Airport for travel to Grace site in Boca Raton, FL. |
| | 7/9/13 | Tax Manager | 5.14 | Travel breakfast for D. Burke during travel to Grace site in Boca Raton, FL. |
| | 7/9/13 | Tax Manager | 15.64 | Travel dinner for D. Burke during travel to Grace site in Boca Raton, FL. |
| | 7/9/13 | Tax Manager | 47.52 | Expense for rental car and fuel during travel to Grace site in Boca Raton, FL. |

**Total**
$ 6,145.35