# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **12th** day **September, 2013,** a copy of the foregoing *One Hundred and Twenty Sixth Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2013* was served on the following in the manner indicated.

W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: David B. Siegel, Senior Vice President and General Counsel
VIA U.S. MAIL/E-MAIL IN PDF FORMAT TO
william.sparks@grace.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
VIA E-MAIL IN PDF FORMAT TO
 ljones@pszjlaw.com

Neil Glassman, Esq.
Kathryn Sallie, Esq.
Bayard
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT TO
nglassman@bayardlaw.com

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
VIA E-MAIL IN PDF FORMAT TO
mlastowski@duanemorris.com

Douglas Bacon Esq.
Carol Hennessey, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
VIA E-MAIL IN PDF FORMAT TO
douglas.bacon@lw.com and
carol.hennessey@lw.com

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT TO
ttacconelli@ferryjoseph.com

Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801
VIA E-MAIL IN PDF FORMAT TO
mhurford@camlev.com

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington DE 19801
VIA E-MAIL IN PDF FORMAT TO
tcurrier@saul.com.

Frank J. Perch, Esq.  
Office of the United States Trustee  
844 King Street, Suite 2311  
Wilmington, DE 19801  
VIA U.S. MAIL  

James Kapp, Esquire  
Deanna Boll, Esq.  
Kirkland & Ellis  
200 East Randolph Drive  
Chicago, IL 60601  
VIA E-MAIL IN PDF FORMAT TO  
dboll@kirkland.com  

Lewis Kruger, Esq.  
Stroock & Stroock & Lavan LLP  
180 Maiden Lane  
New York, NY 10038-4982  
VIA E-MAIL IN PDF FORMAT TO  
akrieger@stroock.com  
rserrette@stroock.com  

Scott L. Baena, Esq.  
Bilzin, Sumberg, Dunn, Baena,  
Price & Axelrod, LLP  
First Union Financial Center  
200 South Biscayne Blvd, Suite 2500  
Miami, FL 33131  
VIA E-MAIL IN PDF FORMAT TO  
jsakalo@bilzin.com  

Warren H. Smith  
Warren H. Smith & Associates  
Republic Center  
325 North Saint Paul Street  
Dallas, TX  75201  
VIA U.S. MAIL/E-MAIL IN AN  
ELECTRONIC FORMAT TO  
feeaudit@whsmithlaw.com  

Elihu Inselbuch, Esq.  
Caplin & Drysdale  
399 Park Avenue, 36th Floor  
New York, NY 10022  
VIA E-MAIL IN PDF FORMAT TO  
pvnl@capdale.com  

Janet S. Baer, Esq.  
Baer Higgins Fruchtman LLC  
111 East Wacker Drive  
Suite 2800  
Chicago, IL 60601  
312-836-4022  
VIA E-MAIL IN PDF FORMAT TO  
Email: jbaer@bhflaw.net  

Philip Bentley, Esq.  
Kramer, Levin, Naftalis &  
Frankel, LLP  
919 Third Avenue  
New York, NY 10022  
VIA E-MAIL IN PDF FORMAT TO  
pbentley@kramerlevin.com  

Michael A. Berman  
Securities & Exchange Commission  
Office of General Counsel-Bankruptcy  
100 F. Street NE  
Washington, DC 20549  
VIA FIRST CLASS MAIL  

/s/Kathleen M. Miller  
Kathleen M. Miller (DE ID No. 2898)  

02411:PLDG:10213474.WPD