**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the month of July 2013**

**Professional Profiles**
**W.R. Grace & Co. Time Tracking – IRS Audit**
**For the month of July 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Tamara S Moravia-Israel | Tax Partner | 20+ | Tax Consulting-IRS Controversy | 730.00 | 0.9 | $ 657.00 |
| Ligia Lynn Machado | Tax Partner | 20+ | Tax Consulting-IRS Controversy | 700.00 | 1.4 | $ 980.00 |
| Daniel J. Wiles | Tax Managing Director | 20+ | Tax Consulting-IRS Controversy | 675.00 | 2.8 | $ 1,890.00 |
| Gregory L Dunn | Senior Managing Director | 10 | Tax Consulting-IRS Controversy | 675.00 | 0.4 | $ 270.00 |
| Michael A Urban | Senior Managing Director | 10 | Tax Consulting-IRS Controversy | 675.00 | 2.8 | $ 1,890.00 |
| Garth R Gunter | Director | 10 | Tax Consulting-IRS Controversy | 615.00 | 2.7 | $ 1,660.50 |
| Kathy A Gale | Director | 10 | Tax Consulting-IRS Controversy | 615.00 | 1.5 | $ 922.50 |
| Alexandra M Bond | Tax Partner | 20+ | Tax Consulting-IRS Controversy | 605.00 | 2.6 | $ 1,573.00 |
| | | | | Total | 15.1 | $ 9,843 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court**

| Totals | 0.5 | | $ 87.13 |
|---|---|---|---|

**Summary of PwC's Fees By Project Category:**
**For the month of July 2013**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection** | | |

{02411:PLDG:10155550.DOCX}

| | | |
|---|---|---|
| & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | **0.5** | **$87.13** |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | **15.1** | **$9,843.00** |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | | |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| **TOTAL:** | **15.6** | **$9,930.13** |

{02411:PLDG:10155550.DOCX}

**Expense Summary**
**July 2013**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $0.00 |
| **Lodging** | N/A | $0.00 |
| **Sundry** | N/A | $0.00 |
| **Business Meals** | N/A | $0.00 |
| **TOTAL:** | | $ 0.00 |

{02411:PLDG:10155550.DOCX}