# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of July 2013**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Anabel De La Rosa** | | | | |
| 8/3/2013 | 0.5 | Fee application preparation | $ 174.25 | $ 87.13 |
| | **0.5** | | | |
| | **0.5** | Total Grace Fee Application Charged Hours | | **$ 87.13** |

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Tamara S Moravia-Israel | Tax Partner | 20+ | Tax Consulting-IRS Controversy | 730.00 | 0.9 | $ 657.00 |
| Ligia Lynn Machado | Tax Partner | 20+ | Tax Consulting-IRS Controversy | 700.00 | 1.4 | $ 980.00 |
| Daniel J. Wiles | Tax Managing Director | 20+ | Tax Consulting-IRS Controversy | 675.00 | 2.8 | $ 1,890.00 |
| Gregory L Dunn | Senior Managing Director | 10 | Tax Consulting-IRS Controversy | 675.00 | 0.4 | $ 270.00 |
| Michael A Urban | Senior Managing Director | 10 | Tax Consulting-IRS Controversy | 675.00 | 2.8 | $ 1,890.00 |
| Garth R Gunter | Director | 10 | Tax Consulting-IRS Controversy | 615.00 | 2.7 | $ 1,660.50 |
| Kathy A Gale | Director | 10 | Tax Consulting-IRS Controversy | 615.00 | 1.5 | $ 922.50 |
| Alexandra M Bond | Tax Partner | 20+ | Tax Consulting-IRS Controversy | 605.00 | 2.6 | $ 1,573.00 |
| | | | | **Total** | **15.1** | **$ 9,843.00** |