**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the period of December 2012 through August 2013**

Professional Profiles
W.R. Grace & Co. Time Tracking - Darex Audit
For the period December 2012 through August 2013

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Jill McCormack | Audit Partner | 20+ | $ 658.05 | 3.5 | $ 2,303.18 |
| Alexandra M Bond | Tax Partner | 20+ | $ 647.35 | 4.5 | $ 2,913.08 |
| Russell D Moore | Audit Partner | 20+ | $ 609.90 | 6.6 | $ 4,025.34 |
| Javier Irizarry | Audit Partner | 20+ | $ 585.29 | 1.5 | $ 877.94 |
| Marcela Cortes | Audit Manager | 11 | $ 454.76 | 0.5 | $ 227.38 |
| Alexandra L Schmidt | Audit Manager | 7 | $ 235.94 | 79.0 | $ 18,639.26 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | $ 210.79 | 5.5 | $ 1,159.35 |
| Sara L Balthazor | Audit Senior Associate | 4 | $ 199.67 | 178.4 | $ 35,621.13 |
| Liza Serra | Audit Manager | 7 | $ 199.02 | 2.2 | $ 437.84 |
| Ian Matthew Thomas | Audit Associate | 1 | $ 124.98 | 182.4 | $ 22,796.35 |
| | | | **Total** | **464.1** | **$ 89,000.85** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| **Totals** | **1.5** | | | | **$ 299.51** |

{02411:PLDG:10155541.DOC}

**Summary of PwC's Fees By Project Category:**
**For the period of December 2012 through August 2013**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 1.5 | 299.51 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay | | |

{02411:PLDG:10155541.DOC}

| | | |
|---|---|---|
| Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 464.1 | 89,000.85 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 464.1 | $ 89,300.36 |

## Expense Summary
## For the period of December 2012 through August 2013

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 0.00 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $0.00 |
| Business Meals | N/A | $0.00 |
| TOTAL: | | $ 0.00 |

{02411:PLDG:10155541.DOC}