# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the period ended August 2013**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Sara Balthazor** | | | | |
| 8/31/2013 | 1.5 | Fee application preparation | $ 199.67 | $ 299.51 |
| | 1.5 | | | |
| | 1.5 | Total Grace Fee Application Charged Hours | | $ **299.51** |

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the period ended August 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Jill McCormack | Audit Partner | 20+ | $ 658.05 | 3.5 | $ 2,303.18 |
| Alexandra M Bond | Tax Partner | 20+ | $ 647.35 | 4.5 | $ 2,913.08 |
| Russell D Moore | Audit Partner | 20+ | $ 609.90 | 6.6 | $ 4,025.34 |
| Javier Irizarry | Audit Partner | 20+ | $ 585.29 | 1.5 | $ 877.94 |
| Marcela Cortes | Audit Manager | 11 | $ 454.76 | 0.5 | $ 227.38 |
| Alexandra L Schmidt | Audit Manager | 7 | $ 235.94 | 79.0 | $ 18,639.26 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | $ 210.79 | 5.5 | $ 1,159.35 |
| Sara L Balthazor | Audit Senior Associate | 4 | $ 199.67 | 178.4 | $ 35,621.13 |
| Liza Serra | Audit Manager | 7 | $ 199.02 | 2.2 | $ 437.84 |
| Ian Matthew Thomas | Audit Associate | 1 | $ 124.98 | 182.4 | $ 22,796.35 |
| | | | **Total** | **464.1** | **$ 89,000.85** |