**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 30973 |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 30973
(FOURTEENTH QUARTERLY APPLICATION OF LAUZON BÉLANGER
LESPÉRANCE FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE
CANADIAN ZAI CLAIMANTS FOR THE INTERIM FEE PERIOD
FROM APRIL 1, 2013, THROUGH JUNE 30, 2013)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fourteenth Quarterly Application of Lauzon Bélanger for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Interim Fee Period from April 1, 2013, through June 30, 2013, (the "Application").   The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.   Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, September 5, 2013.

Dated: September 12, 2013          Respectfully submitted,

                    By:   */s/ Daniel K. Hogan*
                          Daniel K. Hogan (DE Bar No. 2814)
                          THE HOGAN FIRM
                          1311 Delaware Avenue
                          Wilmington, Delaware 19806
                          Telephone: 302.656.7540
                          Facsimile: 302.656.7599
                          Email: dkhogan@dkhogan.com
                          **Counsel to the Representative Counsel for the Canadian ZAI Claimants**