**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 30975 |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 30975
(FOURTEENTH QUARTERLY APPLICATION OF THE HOGAN FIRM
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE REPRESENTATIVE COUNSEL FOR THE
CANADIAN ZAI CLAIMANTS FOR THE INTERIM FEE PERIOD
FROM APRIL 1, 2013, THROUGH JUNE 30, 2013)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fourteenth Quarterly Application of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Interim Period From April 1, 2013, through June 30, 2013 (the "Application").   The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.   Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, September 5, 2013.

Dated: September 12, 2013         Respectfully submitted,

By:   */s/ Daniel K. Hogan*
         Daniel K. Hogan (DE Bar No. 2814)
         THE HOGAN FIRM
         1311 Delaware Avenue
         Wilmington, Delaware 19806
         Telephone: 302.656.7540
         Facsimile: 302.656.7599
         Email: dkhogan@dkhogan.com
         **Counsel to the Representative Counsel As Special
         Counsel for the Canadian ZAI Claimants**