IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: September 9, 2013, at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING THE
ONE HUNDRED AND FORTY-FIFTH MONTHLY APPLICATION OF PACHULSKI
STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES, AS CO-COUNSEL
TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2013
THROUGH APRIL 30, 2013 (DOCKET NO. 30985)**

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to the *One Hundred and Forty-Fifth Monthly*

*Application of Pachulski Stang Ziehl & Jones LLP* ("PSZJ") *for Compensation for Services*

*Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from*

*April 1, 2013 through April 30, 2013* (the "Application"). The undersigned further certifies that

he has caused the Court's docket in this case to be reviewed and no answer, objection or other

responsive pleading to the Application appears thereon. Pursuant to the Application, objections

to the Application were to be filed and served no later than September 9, 2013.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

are authorized to pay PSZJ $34,434.80, which represents 80% of the fees ($43,043.50), and

$15,052.63, which represents 100% of the expenses requested in the Application for the period

April 1, 2013 through April 30, 2013, upon the filing of this Certification and without the need

for entry of a Court order approving the Application.


Dated:  September ___, 2013          KIRKLAND & ELLIS LLP
                                     John Donley
                                     Adam Paul
                                     300 North LaSalle
                                     Chicago, Illinois 60654
                                     Telephone:    (312) 861-2000
                                     Facsimile:    (312) 861-2200


                                     and

                                     PACHULSKI STANG ZIEHL & JONES LLP

                                     _____
                                     Laura Davis Jones (Bar No. 2436)
                                     James E. O'Neill (Bar No. 4042)
                                     919 N. Market Street, 17th Floor
                                     P.O. Box 8705
                                     Wilmington, Delaware 19899-8705
                                     Telephone:    (302) 652-4100
                                     Facsimile:    (302) 652-4400


                                     Co-Counsel to Debtors and Debtors-in-Possession

DOCS_DE:182572.13 91100/001