# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____

In re:                                  )          **Chapter 11**
                                         )
**W.R. GRACE & CO., et al.,**            )          **Case No. 01-1139 (KJC)**
                                         )
           **Debtors.**                  )          Objection Deadline: October 3, 2013 at 4:00 p.m.
_____)      Hearing: December 18, 2013 at 11:00 a.m.


**COVER SHEET TO THIRTIETH QUARTERLY APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FORMER ASBESTOS PI FUTURE CLAIMANTS'
REPRESENTATIVE FOR COMPENSATION AND
REIMBURSEMENTOF EXPENSES FOR THE PERIOD
APRIL 1, 2013 THROUGH MAY 15, 2013**


Name of Applicant:                    Orrick, Herrington & Sutcliffe LLP


Authorized to Provide Professional
Services to:                          David T. Austern, Former Asbestos PI
                                      Future Claimants' Representative
                                      (the "FCR")[1]


Date of Retention:                    As of February 6, 2006 (pursuant to this Court's
                                      Order entered May 8, 2006)


Period for which compensation is
sought:                               April 1, 2013 through May 15, 2013

_____

[1] Mr. Austern died on May 16, 2013. This Application covers work performed and expenses incurred on behalf of Mr. Austern from April 1, 2013 through May 15, 2013. Effective as of May 16, 2013, Roger Frankel was appointed as the successor FCR [Dkt. No. 30756] and Orrick was authorized to represent Mr. Frankel in that capacity [Dkt. No. 30902].

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:            $ 151,218.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:             $    2,735.14

This is an:     __X__    interim    ____    monthly    ____    final application.

## PRIOR QUARTERLY APPLICATIONS FILED

Orrick was retained effective February 6, 2006, pursuant to this Court's Order entered May 8, 2006.  Orrick has previously filed the following quarterly fee applications:

| Quarterly Period | Fees | Expenses | Total Fees and Expenses |
|---|---|---|---|
| First Quarterly Period February 6-March 31, 2006 | $206,292.25 | $7,501.32 | $213,793.57 |
| Second Quarterly Period April 1-June 30, 2006 | $456,045.25 | $14,568.92 | $470,614.17 |
| Third Quarterly Period July 1-September 30, 2006 | $558,019.75 | $25,651.67 | $583,671.42 |
| Fourth Quarterly Period Oct 1-December 31, 2006 | $841,070.00 | $98,378.95 | $939,448.95 |
| Fifth Quarterly Period January 1-March 31, 2007 | $1,098,668.00 | $57,670.14 | $1,156,338.14 |
| Sixth Quarterly Period April 1-June 30, 2007 | $1,021,931.50 | $168,071.15 | $1,190,002.65 |
| Seventh Quarterly Period July 1-September 30, 2007 | $1,318,928.25 | $506,330.27 | $1,825,258.52 |
| Eighth Quarterly Period Oct 1-December 31, 2007 | $2,577,801.25 | $276,906.50 | $2,854,707.75 |
| Ninth Quarterly Period January 1-March 31, 2008 | $2,834,348.75 | $436,062.97 | $3,270,411.72 |
| Tenth Quarterly Period April l-June 30, 2008 | $1,060,594.00 | $96,239.02 | $1,156,833.02 |
| Eleventh Quarterly Period July 1-September 30, 2008 | $1,205,058.75 | $69,698.64 | $1,274,757.39 |
| Twelfth Quarterly Period October 1-December 31, 2008 | $1,133,553.25 | $95,017.93 | $1,228,571.18 |
| Thirteenth Quarterly Period January 1-March 31, 2009 | $1,497,820.75 | $56,151.13 | $1,553,971.88 |
| Fourteenth Quarterly Period April 1-June 30, 2009 | $1,300,578.75 | $44,857.50 | $1,345,436.25 |
| Fifteenth Quarterly Period July 1-September 30, 2009 | $1,674,330.00 | $57,526.76 | $1,731,856.76 |
| Sixteenth Quarterly Period October 1-December 31, 2009 | $1,091,059.75 | $45,541.09 | $1,136,600.84 |
| Seventeenth Quarterly Period January 1-March 31, 2010 | $949,778.00 | $30,135.35 | $979,913.35 |
| Eighteenth Quarterly Period April 1-June 1, 2010 | $640,112.00 | $13,586.57 | $653,698.57 |
| Nineteenth Quarterly Period July 1-September 30, 2010 | $321,026.50 | $4,390.47 | $325,416.97 |
| Twentieth Quarterly Period October 1-December 31, 2010 | $303,224.75 | $3,984.67 | $307,209.42 |
| Twenty-First Quarterly Period January 1-March 31, 2011 | $480,146.25 | $14,901.02 | $495,057.27 |
| Twenty-Second  Quarterly Period April 1-June 30, 2011 | $711,762.00 | $6,450.32 | $718,212.32 |
| Twenty-Third Quarterly Period July 1-Sept 30, 2011 | $486,275.25 | $7,381.60 | $493,656.85 |
| Twenty-Fourth Quarterly Period Oct 1-Dec 31, 2012 | $202,189.50 | $2,772.72 | $204,962.22 |
| Twenty-Fifth Quarterly Period Jan 1-March 31, 2012 | $462,548.25 | $7,444.37 | $469,992.62 |
| Twenty-Sixth Quarterly Period April 1-June 30, 2012 | $433,129.75 | $5,928.97 | $439,058.72 |
| Twenty-Seventh Quarterly Period July 1-Sept 30, 2012 | $553,578.25 | $6,165.47 | $559,743.72 |
| Twenty-Eighth Quarterly Period Oct 1-Dec 31, 2012 | $382,951.50 | $4,642.92 | $387,594.42 |
| Twenty-Ninth Quarterly Period Jan 1-Mar 31, 2013 | $293,944.50 | $632.05 | $294,576.55 |

## COMPENSATION SUMMARY
## APRIL 1, 2013 THROUGH MAY 15, 2013

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Roger Frankel | Partner, 29 years in position; 41 years relevant experience; 1971, Restructuring | $995 | 85.30 | $83,878.50[2] |
| Peri Mahaley | Of Counsel, 20 years in position; 33 years relevant experience; 1979, Insurance | $665 | .60 | $399.00 |
| Mary A. Wallace | Of counsel, 9 years in position; 24 years relevant experience; 1989, Restructuring | $740 | 3.80 | $2,812.00 |
| Richard H. Wyron | Partner, 23 years in position; 33 years relevant experience; 1979, Restructuring | $875 | 28.50 | $24,937.50 |
| Debra L. Felder | Associate, 10 years in position; 10 years relevant experience; 2002, Restructuring | $650 | 47.50 | $30,875.00 |
| Debra O. Fullem | Bankruptcy Research Specialist | $270 | 30.80 | $8,316.00 |
| **TOTAL** | | | **196.50** | **$151,218.00** |
| **Blended Rate: $769.56** | | | | |

---

[2]    Please note that this amount reflects a reduction for non-working travel in the amount of $995.00.

## COMPENSATION BY PROJECT CATEGORY
## APRIL 1, 2013 THROUGH MAY 15, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation of Professionals-Orrick | 20.60 | $7,972.50 |
| Compensation of Professionals-Others | 8.10 | $2,643.00 |
| Insurance | 4.40 | $3,820.00 |
| Litigation | 150.10 | $126,122.50 |
| Retention of Professionals-Other | 11.30 | $9,665.00 |
| Travel (Non-Working) | 2.00 | $995.00 |
| **TOTAL** | **196.50** | **$151,218.00** |

## EXPENSE SUMMARY
## APRIL 1, 2013 THROUGH MAY 15, 2013

| Expense Category | Total Expense |
|---|---|
| CourtCall | $51.00 |
| Duplicating | $622.60 |
| Express Delivery | $14.65 |
| Pacer | $323.90 |
| Postage | $274.80 |
| Taxi | $44.78 |
| Travel – Air<br>(Round-trip coach class travel by R. Frankel from<br>Washington, DC to New York, NY on March 28, 2013) | $835.80 |
| Westlaw | $567.61 |
| **TOTAL** | **$2,735.14** |

4

Orrick's Client Charges and Disbursements Policy effective January 1, 2013, are as follows:

      a.     **_Duplicating_** -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 10¢ per page in order to comply with the Local Rules of this Court.  This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

      b.     **_Long Distance Telephone and Facsimile Charges_** – Orrick does not charge clients for long distance telephone calls.  Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill.  Out-going facsimile transmissions are charged at $1.00 per page, and there is no charge for incoming facsimiles.

      c.     **_Messenger and Courier Service_** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

      d.     **_Overtime_** -- It is Orrick's practice to allow staff and certain paraprofessionals in its Washington D.C. office working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge of up to $7.50.  It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime.  Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances.   Orrick generally utilizes secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case.  Thus, certain charges may be incurred by secretaries for overtime. (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

      e.     **_Computerized Research_** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so.  Use of fee based internet research services is charged at Orrick's cost.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: September 13, 2013          By:_/S/ RICHARD H. WYRON_
                  Roger Frankel, admitted _pro hac vice_
                  Richard H. Wyron, admitted _pro hac vice_
                  Debra L. Felder, admitted _pro hac vice_
                  1152 15th Street, NW
                  Washington, DC  20005
                  (202) 339-8400

                  _Counsel to David T. Austern,_
                  _Former Asbestos PI Future Claimants' Representative_