**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (KJC) |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection: October 3, 2013 at 4:00 p.m. |
| | ) | Hearing: December 18, 2013 at 11:00 a.m. |

**COVER SHEET TO FIFTEENTH QUARTERLY INTERIM FEE APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, AS FINANCIAL ADVISOR TO DAVID T. AUSTERN, FORMER ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2013 THROUGH MARCH 31, 2013**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Former Asbestos PI Future Claimants' Representative[1] |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | January 1, 2013 – March 31, 2013 |

---

[1] Mr. Austern died on May 16, 2013. This Application covers the time period from January 1-March 31, 2013. On May 24, 2013, the Debtors filed a motion seeking the appointment of Roger Frankel as the successor FCR [Dkt. No. 30671]. On May 29, 2013, the Court entered an interim order [Dkt. No. 30681], which was amended on May 30, 2013 [Dkt. No. 30689], and became final by its terms on June 14, 2013 [Dkt. No. 30756], appointing Roger Frankel as the successor FCR *nunc pro tunc* to May 16, 2013. On June 10, 2013, Mr. Frankel, the successor FCR, filed an application with the Court seeking authority to employ Lincoln as his financial advisor *nunc pro tunc* to May 16, 2013 [Dkt. No. 30734], which application was granted by the Court on July 31, 2013 [Dkt. No. 30903].

1

**Amount of Compensation sought as actual, reasonable and necessary:**   $70,000.00

**Amount of Expense Reimbursement sought as actual, reasonable and necessary:**   $361.64

**This is a** ___ monthly   **x** interim   ___ final application

### COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

January 1, 2013 – March 31, 2013

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 96.0 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **96.0** | **NA** |

### EXPENSE SUMMARY (Exhibit B, Expense Detail)

January 1, 2013 – March 31, 2013

| Expense Category | Total |
|---|---|
| Telephone | $361.64 |
| **TOTAL** | **$361.64** |

---

[2] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.