# EXHIBIT A

**WR Grace**
**January 2013 Time - Joe Radecki, ManagingDirector**

| Day/Date | Action | Time |
|---|---|---|
| Wed 2 | Review docket and analysis | 0.2 |
|  | Complete fee app, time records, draft | 1.5 |
| Thu 3 | Review docket and analysis | 0.1 |
| Fri 4 | Review docket and analysis | 0.2 |
| Mon 7 | Review docket and analysis | 0.2 |
| Tue 8 | Review docket and analysis | 0.2 |
| Wed 9 | Review docket and analysis | 0.2 |
| Thu 10 | Review docket and analysis | 0.2 |
| Mon 14 | Review docket and analysis | 0.2 |
| Tue 15 | Review docket and analysis | 0.2 |
| Wed 16 | Review docket and analysis | 0.2 |
| Thu 17 | Review Amendment to DIP facility | 0.7 |
|  | Review docket and analysis | 0.2 |
| Fri 18 | Review docket and analysis | 0.3 |
| Tue 22 | Review docket and analysis | 0.2 |
| Wed 23 | Review docket and analysis | 0.2 |
| Thu 24 | Review 4Q charge related to debt and warrants | 0.2 |
|  | Review docket and analysis | 0.2 |
| Fri 25 | Review press realted to 4Q charge and analysis for stock px | 1.0 |
|  | Review docket and analysis | 0.2 |
| Mon 28 | Review docket and analysis | 0.2 |
| Tue 29 | Review/analysis of 8-K | 0.8 |
|  | Review docket and analysis | 0.2 |
| Wed 30 | Review docket and analysis | 0.2 |
| Thu 31 | Review docket and analysis | 0.2 |
|  | TOTAL HOURS | 8.2 |

**WR Grace**
**January 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Wed 2 | Fee application preparation | 0.4 |
|  | Review docket and analysis | 0.3 |
| Fri 4 | Review docket and analysis | 0.2 |
| Tue 8 | Review docket and analysis | 0.2 |
| Thu 10 | Review information for fee auditor | 0.5 |
| Fri 11 | Review docket and analysis | 0.4 |
| Wed 16 | Review docket and analysis | 0.4 |
| Tue 22 | Review docket and analysis | 0.3 |
| Fri 25 | Review Grace news re: DIP amount and asbestos book liability | 0.2 |
|  | Review docket and analysis | 0.2 |
| Tue 29 | Review Grace 8-k | 0.2 |
| Thu 31 | Review docket and analysis | 0.3 |
|  | TOTAL TIME (hrs) | 3.6 |

**WR Grace**
**January 2013 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Thu 3 | Review docket and analysis | 0.2 |
|  | Review November 2012 monthly financial report | 1.2 |
| Tue 8 | Review docket and analysis | 0.3 |
| Tue 15 | Review docket and analysis | 0.4 |
| Fri 11 | Review docket and analysis | 0.4 |
| Thu 17 | Review docket and analysis | 0.5 |
| Tue 22 | Review docket and analysis | 0.6 |
| Wed 23 | Review Grace and industry news | 1.2 |
|  | TOTAL TIME (hrs) | 4.8 |

**WR Grace**
**January 2013 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Wed 2 | Fee application preparation | 1.0 |
| Fri 4 | Review docket and analysis | 0.3 |
| Tue 8 | Review docket and analysis | 0.3 |
| Tue 29 | Review Grace 8-k | 1.0 |
| Thu 31 | Review docket and analysis | 0.3 |
| | TOTAL TIME (hrs) | 2.9 |

# EXHIBIT A

**WR Grace**
**February 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Review docket and analysis | 0.3 |
| Mon 4 | Review docket and analysis | 0.2 |
| Tue 5 | Review docket and analysis | 0.2 |
| Wed 6 | Earnings call and psot-call analysis | 1.0 |
|  | Review earnings info/release | 0.2 |
|  | Review docket and analysis | 0.2 |
| Thu 7 | Review press/research on earnings | 1.0 |
|  | Call w/Blackstone re 2013 budget | 0.5 |
|  | Review docket and analysis | 0.2 |
| Fri 8 | Review docket and analysis | 0.2 |
| Tue 12 | Review docket and analysis | 0.2 |
| Wed 13 | Comm w/OHS (RW, DF) re Defined benefit pension motion | 1.2 |
|  | Review order on Arc refinancing | 0.8 |
|  | Review docket and analysis | 0.2 |
| Thu 14 | Call w/Blackstone re 2013 budget | 0.4 |
|  | Review docket and analysis | 0.2 |
| Thu 21 | Review pension info for Debtor's motion | 0.5 |
|  | Grace 4Q and FY financial update for FCR | 1.0 |
|  | Review dockets Feb 15-20 and analysis | 1.0 |
| Fri 22 | Review docket and analysis | 0.2 |
| Mon 25 | Review docket and analysis | 0.2 |
| Tue 26 | Review docket and analysis | 0.2 |
| Wed 27 | Review/analysis 10-K | 3.0 |
|  | Review docket and analysis | 0.2 |
| Thu 28 | Review docket and analysis | 0.2 |
|  | TOTAL HOURS | 13.5 |

**WR Grace**
**February 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 5 | Review docket and analysis | 0.3 |
| Fri 8 | Review docket and analysis | 0.3 |
| Mon 11 | Review pension motion | 0.4 |
| Wed 13 | Review Grace 8-k (Investor Presentation) and analysis | 1.5 |
| Thu 14 | Review docket and analysis | 0.2 |
|  | Preparation of memo re: 4Q and 2012 results | 2.0 |
| Fri 15 | Review Grace 8-k | 0.2 |
| Mon 18 | Preparation of memo re: 4Q and 2012 results | 2.5 |
| Tue 19 | Review docket and analysis | 0.2 |
|  | Preparation of memo re: 4Q and 2012 results | 1.4 |
| Fri 22 | Review docket and analysis | 0.3 |
| Wed 27 | Review docket and analysis | 0.3 |
|  | TOTAL TIME (hrs) | 9.6 |

**WR Grace**
**February 2013 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 11 | Review Grace 8-k (Investor Presentation), December 2012 monthly report and analysis | 6.1 |
| Tue 12 | Preparation of memo re: 4Q and 2012 results | 3.0 |
|  | Review docket and analysis | 0.3 |
| Wed 13 | Preparation of memo re: 4Q and 2012 results | 2.5 |
| Thu 14 | Preparation of memo re: 4Q and 2012 results | 3.0 |
| Fri 15 | Preparation of memo re: 4Q and 2012 results | 0.8 |
|  | Review post-confirmation December 2012 monthly report | 0.5 |
| Mon 18 | Preparation of memo re: 4Q and 2012 results | 1.0 |
|  | TOTAL TIME (hrs) | 17.2 |

**WR Grace**
**February 2013 Time -  Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tue 5 | Review docket and analysis | 0.3 |
| Wed 13 | Review Grace 8-k | 2.0 |
| Tue 19 | Preparation of memo re: 4Q and 2012 results | 1.0 |
| Fri 22 | Review docket and analysis | 0.3 |
| Wed 27 | Review docket and analysis | 0.3 |
|  | TOTAL TIME (hrs) | 3.9 |

# EXHIBIT A

**WR Grace**
**March 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Review docket and analysis | 0.2 |
| Mon 4 | Review docket and analysis | 0.2 |
|  | Review and analyze Molycorp financials, Grace venture | 3.0 |
| Tue 5 | Review docket and analysis | 0.2 |
| Wed 6 | Review Opinion reversing Bankruptcy Orders on 2019 motion of GST | 1.3 |
| Thu 7 | Review docket and analysis | 0.2 |
| Fri 8 | Review docket and analysis | 0.2 |
| Mon11 | Review Order on Grace retirement plan contributions | 0.3 |
|  | Review docket and analysis | 0.2 |
| Tue 12 | Review docket and analysis | 0.2 |
| Wed 13 | Review docket and analysis | 0.2 |
|  | review press releases and analysis - asbestos claim transparency bill | 3.0 |
| Thu 14 | Review press on cancellation of rare-earth surcharges | 0.4 |
|  | Review docket and analysis | 0.2 |
| Fri 15 | Compile fee data for Jan-Feb fee apps and transmit | 2.0 |
|  | Discuss structure of Grace financial review | 0.7 |
|  | Review docket and analysis | 0.2 |
| Mon 18 | Review and analyze Grace LTIP motion | 0.9 |
|  | Review corrected Order on 2019s | 0.4 |
|  | Review docket and analysis | 0.2 |
| Tue 19 | Review docket and analysis | 0.2 |
| Wed 20 | Review docket and analysis | 0.2 |
| Wed 21 | Review docket and analysis | 0.2 |
| Thu 22 | Review docket and analysis | 0.2 |
| Fri 23 | Review docket and analysis | 0.2 |
| Mon 26 | Review release date for Grace 1Q financials | 0.3 |
| Tue 27 | Review draft Protocol for 2019 production | 0.6 |
|  | Review docket and analysis | 0.2 |
| Wed 28 | Review docket and analysis | 0.2 |
| Thu 29 | Review docket and analysis | 0.2 |
|  | TOTAL HOURS | 16.7 |

**WR Grace**
**March 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 4 | Review docket and analysis | 0.3 |
| Thu 7 | Review fee auditor report | 0.3 |
| Fri 8 | Review docket and analysis | 0.2 |
| Mon 11 | Fee application prep | 0.4 |
| Wed 13 | Review docket and analysis | 0.3 |
| Fri 15 | Review docket and analysis | 0.2 |
|  | Review news re: pricing actions | 0.3 |
| Mon 18 | Review LTIP materials | 1.2 |
|  | Review order re: access to information | 0.7 |
| Tue 19 | Review docket and analysis | 0.2 |
| Fri 22 | Review docket and analysis | 0.3 |
| Wed 27 | Review materials re: acquisition | 0.4 |
|  | Review news re: patent infringement lawsuit | 0.3 |
| Thu 28 | Prepare update for FCR re: acquisition | 0.3 |
|  | TOTAL TIME (hrs) | 5.4 |

**WR Grace**
**March 2013 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 4 | Review January 2013 monthly report | 1.8 |
| Wed 6 | Review docket and analysis | 0.5 |
| Tue 12 | Review docket and analysis | 0.4 |
| Mon 18 | Review docket and analysis | 0.5 |
| Wed 20 | Review docket and analysis | 0.6 |
| Wed 27 | Review docket and analysis | 0.5 |
|  | Review REDS acquisition briefing | 2.0 |
| Thu 28 | Review news re: patent infringement lawsuit | 0.5 |
|  | TOTAL TIME (hrs) | 6.8 |

**WR Grace**
**March 2013 Time -  Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Mon 4 | Review January 2013 monthly report | 1.5 |
| Wed 6 | Review docket and analysis | 0.3 |
| Wed 20 | Review docket and analysis | 0.3 |
| Wed 27 | Review docket and analysis | 0.3 |
|  | Review REDS acquisition briefing | 1.0 |
|  | TOTAL TIME (hrs) | 3.4 |