# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (January 1, 2013 – March 31, 2013)**
(Dates Represent Posting Date of Expense)

January 2013
Telephone                                             $   182.53

February 2013
Telephone                                             $   100.25

March 2013
Telephone                                             $   78.86

**TOTAL EXPENSES:**                                   **$ 361.64**