**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                   )

**In re:**                                           )        **Chapter 11**

                                                   )

**W.R. GRACE & CO., et al.,**            )        **Case No. 01-1139 (JKF)**

                                                 )

                    **Debtors.**            )
_____)

## **VERIFICATION**

**DISTRICT OF COLUMBIA, TO WIT:**

      Roger Frankel, after being duly sworn according to law, deposes and says:

      1.      I am the Asbestos Personal Injury Future Claimants' Representative appointed by the Court in these cases, effective as of May 16, 2013.

      2.      I personally performed the work as set forth in this Application.

      3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, as amended, dated April 17, 2002, and I believe the Application to be in compliance therewith.


                                            */S/ ROGER FRANKEL*
                                            Roger Frankel

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 13TH DAY OF SEPTEMBER 2013

*/S/ AMY E. BENNETT*
Notary Public

My commission expires: 10/16/2014