Case 01-01139-AMC    Doc 31132    Filed 09/13/13    Page 1 of 17

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: October 3, 2013 |

**SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF August 31, 2013**

Name *of Applicant*: **Kaye Scholer LLP**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention as Special Counsel for Intellectual Property **2010**  **Retention Order entered April 7,**

Period for which compensation and reimbursement is sought    **August 1, 2013- August 31, 2013**

Amount of Compensation sought as actual, reasonable and necessary:    **$7,525.34**

Amount of Expense Reimbursement sought    **$0.00**

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of August 2013. This is the eighth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2013 calendar year. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 12/01/2012-01/31/2013 | February 14, 2013 | $7,149.66 | $0.00 |
| 02/01/2013-02/28/2013 | April 1, 2013 | $1,907.75 | $0.00 |
| 03/01/2013-03/31/2013 | April 24, 2013 | $1,661.21 | $0.00 |
| 04/01/2013-04/30/2013 | May 16, 2013 | $2,048.63 | $0.20 |
| 05/01/2013-05/31/2013 | June 24, 2013 | $2,841.08 | $0.00 |
| 06/01/2013-06/30/2013 | August 2, 2013 | $3,475.04 | $0.00 |
| 07/01/2013-07/31/2013 | August 30, 2013 | $1,267.92 | $0.30 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 12.82 | $7,525.34 |

Total Fees: $7,525.34

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $7,525.34 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (August 1, 2013-August 31, 2013), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Dated: September 13, 2013

Respectfully submitted

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com



# KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co.-Conn
Legal Department
7500 Grace Drive
Columbia, Maryland 21044
Attn: Robert A. Maggio, Esq.

September 11, 2013

**RE: Special Counsel**
**Our File Number:63812/0108**
**Client Reference: 100071**

Invoice#: 747548

PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 08/16/2013 | Rynkiewicz, John P | 0.92 |
| | Review and work on capture of 20% hold back in billings; review prior bills and partial payments regarding same. | |
| 08/20/2013 | Rynkiewicz, John P | 0.67 |
| | Billings, review and fee application work. | |
| 08/30/2013 | Rynkiewicz, John P | 1.25 |
| | Review bills, send to Pachulsky firm for court filing; emails; work on fee application and 20% balance payment. | |

Total Hours.................  2.84

Fees through 08/31/2013....................    $1,667.08

\*------------------------------TIME AND FEE SUMMARY------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 2.84 | $1,667.08 |
| Fees through 08/31/2013............... | | 2.84 | $1,667.08 |

KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                    September 11, 2013

RE: Special Counsel                                            Invoice#: 747548
Our File Number: 63812/0108
Client Reference: 100071                                       PAGE:  2

*---------------------------OUTSTANDING BALANCE---------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 94.12 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 161.03 |
| 693784 | 02/08/2012 | 38.74 |
| 697372 | 03/19/2012 | 245.37 |
| 699312 | 04/11/2012 | 58.70 |
| 704036 | 05/31/2012 | 78.66 |
| 705642 | 06/18/2012 | 88.05 |
| 710015 | 07/31/2012 | 126.69 |
| 710886 | 08/09/2012 | 106.83 |
| 713793 | 09/14/2012 | 137.36 |
| 716235 | 10/08/2012 | 205.45 |
| 720486 | 11/13/2012 | 88.05 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn                                September 11, 2013

RE: Special Counsel                                        Invoice#: 747548
Our File Number: 63812/0108
Client Reference: 100071                                   PAGE:   3

| Invoice# | Date | Amount |
|---|---|---|
| 722819 | 12/10/2012 | 117.40 |
| 728712 | 02/13/2013 | 695.00 |
| 731957 | 03/25/2013 | 97.44 |
| 734501 | 04/16/2013 | 97.44 |
| 737557 | 05/13/2013 | 136.14 |
| 739839 | 06/14/2013 | 234.80 |
| 743725 | 07/31/2013 | 980.29 |
| 746119 | 08/27/2013 | 1,268.22 |
| Prior Balance Due............................................................... | | $8,750.75 |

| | |
|---|---|
| Fees this Invoice............................................................... | $1,667.08 |
| Total Due this Invoice....................................................... | $1,667.08 |
| Prior Balance Due (from above)....................................... | 8,750.75 |
| **TOTAL DUE**................................................................ | **$10,417.83** |

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
   153 East 53rd Street
   New York, New York 10022
   Attention: Marsha Burnett
   Telephone: 212.559.3787

   ABA Routing Number: 021000089
   Bank Identification Code/SWIFT Code: CITIUS33
   Account Name: Kaye Scholer LLP
   Account Number: 9981494431

   RE: W.R. Grace Trademarks
   Our File Number: 63812/0108
   Invoice Number: 747548
   Total Amount Due: $10,417.83

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



**KAYE SCHOLER LLP**

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co-Conn.
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

September 11, 2013

**RE:** General
**Our File Number:** 63812/0001
**Client Reference:** 100062

**Invoice#:** 747545

**PAGE:** 1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 08/08/2013 | Rynkiewicz, John P<br>Overview of trademark matters. | 0.83 |
| 08/19/2013 | Rynkiewicz, John P<br>GRACE mark review, search USPTO records and level of protection for client's GRACE mark. | 1.58 |
| | Total Hours................ | 2.41 |
| | Fees through 08/31/2013................ $1,414.67 | |

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 2.41 | $1,414.67 |
| Fees through 08/31/2013............... | | 2.41 | $1,414.67 |

**KAYE SCHOLER**LLP

TO:   W.R. Grace & Co-Conn.                                            September 11, 2013

RE: General                                                             Invoice#: 747545
Our File Number: 63812/0001
Client Reference: 100062                                                PAGE:   2

*------------------------------OUTSTANDING BALANCE------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 1,587.66 |
| 693780 | 02/08/2012 | 1,242.09 |
| 697370 | 03/19/2012 | 528.30 |
| 699311 | 04/11/2012 | 478.99 |
| 705645 | 06/18/2012 | 302.89 |
| 710014 | 07/31/2012 | 117.50 |
| 710887 | 08/09/2012 | 225.41 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**KAYE SCHOLER** LLP

TO:   W.R. Grace & Co-Conn.                                September 11, 2013

RE: General                                                 **Invoice#: 747545**
Our File Number: 63812/0001
Client Reference: 100062                                    PAGE:  3

| Invoice# | Date | Amount |
|---|---|---|
| 713798 | 09/14/2012 | 253.58 |
| 716233 | 10/08/2012 | 282.93 |
| 720485 | 11/13/2012 | 176.10 |
| 722803 | 12/10/2012 | 372.16 |
| 728711 | 02/13/2013 | 685.61 |
| 731956 | 03/25/2013 | 284.11 |
| 734500 | 04/16/2013 | 234.80 |
| 737555 | 05/13/2013 | 273.58 |
| 739834 | 06/14/2013 | 333.42 |
| 743721 | 07/31/2013 | 2,494.75 |

Prior Balance Due.................................................................... $32,806.08

Fees this Invoice...................................................................... $1,414.67
Total Due this Invoice.............................................................. $1,414.67
Prior Balance Due (from above).............................................. 32,806.08
**TOTAL DUE**........................................................................ **$34,220.75**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
   153 East 53rd Street
   New York, New York 10022
   Attention: Marsha Burnett
   Telephone: 212.559.3787

   ABA Routing Number: 021000089
   Bank Identification Code/SWIFT Code: CITIUS33
   Account Name: Kaye Scholer LLP
   Account Number: 9981494431

   RE: W.R. Grace Trademarks
   Our File Number: 63812/0001
   Invoice Number: 747545
   Total Amount Due: $34,220.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



KAYE SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

September 11, 2013

**RE:** Davison FCC
**Our File Number:** 63812/3002
**Client Reference:** 100075

Invoice#: 747550

PAGE:   1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013**

|            |                                                                                                                                                                                         | Hours |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 08/08/2013 | Rynkiewicz, John P                                                                                                                                                                      | 0.83  |
|            | Multiple emails from Grace; review ACHIEVE, SYNCH and CHOICE marks, issues and availability prior to ordering full searches.                                                            |       |
| 08/12/2013 | Rynkiewicz, John P                                                                                                                                                                      | 0.75  |
|            | Emails to/from Grace regarding multiple FCC trademark searches; advise regarding status; continue searches and review of SYNCH mark.                                                    |       |
| 08/13/2013 | Rynkiewicz, John P                                                                                                                                                                      | 2.25  |
|            | Complete preliminary clearance searches of USPTO for ACHIEVE, CHOICE and SYNCH; additional research regarding SYNCH; assemble third party marks and prepare three preliminary screening opinions for C. Cross. |       |
| 08/27/2013 | Rynkiewicz, John P                                                                                                                                                                      | 0.25  |
|            | Review Grace ordered ACHIEVE US and Int'l searches from Corsearch; emails.                                                                                                              |       |
| 08/30/2013 | Rynkiewicz, John P                                                                                                                                                                      | 0.33  |
|            | Review Corsearch communications, prior emails regarding ACHIEVE issues.                                                                                                                 |       |

Total Hours.................  4.41

Fees through 08/31/2013......................................  $2,588.67


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate     | Hours | Fees       |
|--------------------|----------|-------|------------|
| Rynkiewicz, John P | $587.00  | 4.41  | $2,588.67  |
| Fees through 08/31/2013 |      | 4.41  | $2,588.67  |

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co-Conn.                                September 11, 2013

RE: Davison FCC                                            Invoice#: 747550
Our File Number: 63812/3002
Client Reference: 100075                                   PAGE:   2

| | |
|---|---|
| Fees this Invoice………………………………………………………… | $2,588.67 |
| **Total Due this Invoice**………………………………………………… | **$2,588.67** |

**Please remit payment within thirty (30) days.**



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 747550
Total Amount Due: $2,588.67

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn.  
7500 Grace Drive  
Columbia, Maryland 21044  
Attn: Robert A. Maggio, Chief Patent Counsel

September 11, 2013

**RE:** Davison Polyolefins  
**Our File Number:** 63812/3003  
**Client Reference:** 100076

Invoice#: 747551

PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

| | | Hours |
|---|---|---|
| 08/28/2013 | Rynkiewicz, John P | 0.58 |
| | Phone conf with C. Cross regarding Poly deal, due diligence and related issues; preliminary review. | |
| 08/29/2013 | Rynkiewicz, John P | 1.75 |
| | Emails, review documents, issues in Project Lantern due diligence. | |
| 08/30/2013 | Rynkiewicz, John P | 0.83 |
| | Emails to/from Grace; preliminary review of SPA regarding Project Lantern. | |
| | Total Hours................ | 3.16 |
| | Fees through 08/31/2013................................ | $1,854.92 |

\*--------------------------TIME AND FEE SUMMARY--------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 3.16 | $1,854.92 |
| Fees through 08/31/2013............... | | 3.16 | $1,854.92 |

# KAYE SCHOLER LLP

TO:   W.R. Grace & Co.-Conn.                                    September 11, 2013

RE: Davison Polyolefins                                         **Invoice#:** 747551
Our File Number: 63812/3003
Client Reference: 100076                                        PAGE:   2

---

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647697 | 10/18/2010 | $47.63 |
| 697378 | 03/19/2012 | 38.74 |
| 716237 | 10/08/2012 | 420.29 |
| Prior Balance Due............................................................. | | $506.66 |

| | |
|---|---|
| Fees this Invoice............................................................. | $1,854.92 |
| Total Due this Invoice..................................................... | $1,854.92 |
| Prior Balance Due (from above)....................................... | 506.66 |
| **TOTAL DUE**................................................................. | **$2,361.58** |

**Please remit payment within thirty (30) days.**



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3003
Invoice Number: 747551
Total Amount Due: $2,361.58

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.