# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THE FORTY NINTH MONTHLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**JULY 1, 2013 THROUGH JULY 31, 2013**
**[RE: DOCKET NO. 31014]**

On August 26, 2013, Saul Ewing LLP ("Saul Ewing"), co-counsel to the Official Committee of Equity Security Holders, filed its Forty Ninth Monthly Fee Application for Compensation and Reimbursement of Expenses [Docket No. 31014] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Time) on September 16, 2013. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated May 3, 2001, the Debtors are authorized to pay Saul Ewing $6,578.00 which represents eighty percent (80%) of the total fees ($8,222.50), and $169.46, which represents 100% of the expenses requested in the Application upon the filing

WILM 597794

of this Certification and without the need for entry of a Court order approving the Application.

          **SAUL EWING LLP**

By:   /s/ Teresa K.D. Currier
      Teresa K.D. Currier (No. 3080)
      222 Delaware Avenue
      P.O. Box 1266
      Wilmington, DE 19899
      (302) 421-6800

*Co-Counsel to the Official Committee of Equity Security Holders*

Dated: September 18, 2013

WILM 597794