# EXHIBIT A

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

August 27, 2013
Client/Matter #  01246-015172
Invoice # 155749
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/13 in Connection With:

<u>IRIS</u>

| | | | | |
|---|---|---|---|---|
| 07/02/13 | P. Marks | C300 | 1.30 | Review comments from experts re scientific issue. |
| 07/02/13 | J. Lanham | C300 | 2.00 | FOIA related activities. |
| 07/03/13 | P. Marks | C300 | 1.10 | Conference with L. Duff, H. Feichko, R. Finke and J. Lanham re strategy for seeking data and potential FOIA appeal(s). |
| 07/03/13 | P. Marks | C300 | 2.00 | Conference with L. Duff, H. Feichko and R. Finke and some sidebar conversations re consultants and science issues. |
| 07/03/13 | J. Lanham | C300 | 1.50 | Conference with client re FOIA issues and follow-up tasks re same. |
| 07/08/13 | P. Marks | C300 | 0.80 | Review and evaluate emails from client and consultants. |
| 07/09/13 | K. Bourdeau | C300 | 0.50 | Communications with P. Marks re recent developments and preparation for meeting. |
| 07/09/13 | P. Marks | C300 | 0.90 | Review information and email to consultant re scientific question. |
| 07/09/13 | P. Marks | C300 | 3.20 | Prepare for and telephone conference with client and consultants re possible presentation to EPA, and follow-up telephone conferences with H. Feichko and L. Duff and communications with K. Bourdeau re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155749
August 27, 2013
PAGE  2

| 07/10/13 | K. Bourdeau | C300 | 1.50 | Brief review of background documents in preparation for conference call and participate in conference call. |
|---|---|---|---|---|
| 07/10/13 | P. Marks | C300 | 5.30 | Prepare documents and handouts and telephone conference with client team re same for potential EPA meeting. |
| 07/11/13 | K. Bourdeau | C300 | 0.50 | Participate in status/strategy call. |
| 07/11/13 | P. Marks | C300 | 0.50 | Telephone conference with H. Feichko and technical consultant. |
| 07/11/13 | P. Marks | C300 | 0.90 | Telephone conference with H. Feichko and J. Rollins. |
| 07/11/13 | P. Marks | C300 | 0.50 | Weekly team telephone conference. |
| 07/11/13 | P. Marks | C300 | 0.50 | Emails and telephone conferences with L. Duff, H. Feichko and J. Lanham re FOIA issues. |
| 07/15/13 | P. Marks | C300 | 1.00 | Address FOIA issues with J. Lanham and client. |
| 07/15/13 | J. Lanham | C300 | 0.90 | FOIA related activities and communications with Agencies. |
| 07/16/13 | K. Bourdeau | C300 | 0.30 | Review recent developments and e-mail to P. Marks re same. |
| 07/16/13 | P. Marks | C300 | 0.70 | Evaluate FOIA issues and conference with J. Lanham re responses to Agency and narrowing request to try to expedite receipt of documents. |
| 07/16/13 | J. Lanham | C300 | 1.10 | FOIA related activities and communications with Agency re same. |
| 07/17/13 | P. Marks | C300 | 0.80 | Team email review and follow-up communications. |
| 07/18/13 | P. Marks | C300 | 1.50 | Telephone conference with expert pulmonologist and emails to client team re experts and scheduling. |
| 07/18/13 | P. Marks | C300 | 0.50 | Telephone conferences with H. Feichko re meeting preparation. |
| 07/19/13 | P. Marks | C300 | 1.80 | Prepare for and conduct telephone conference with consultants, L. Duff and H. Feichko re EPA presentation planning and identification of preparation tasks. |
| 07/19/13 | P. Marks | C300 | 0.40 | Communications with experts. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155749
August 27, 2013
PAGE  3

| 07/19/13 | P. Marks | C300 | 0.40 | FOIA issues. |
|---|---|---|---|---|
| 07/19/13 | J. Lanham | C300 | 4.30 | Prepare FOIA complaint. |
| 07/22/13 | P. Marks | C300 | 3.70 | Prepare meeting strategy and multiple communications with experts re same. |
| 07/22/13 | P. Marks | C300 | 0.30 | Direct team re FOIA litigation preparation. |
| 07/22/13 | D. Barker | C300 | 1.40 | Confer with P. Marks re FOIA complaint strategy, filing and timing and review correspondence and draft complaint. |
| 07/22/13 | J. Lanham | C300 | 3.00 | Prepare FOIA complaint and review documents produced in response to different FOIA request. |
| 07/23/13 | P. Marks | C300 | 3.20 | Telephone conference with expert and Grace team re EPA meeting and evaluate same. |
| 07/23/13 | D. Barker | C300 | 0.60 | Coordinate with G. Ecolino on preparation for filing. |
| 07/23/13 | D. Barker | C300 | 2.20 | Revise FOIA complaint and conference with P. Marks and J. Lanham re underlying facts. |
| 07/23/13 | J. Lanham | C300 | 2.00 | Prepare FOIA complaint. |
| 07/23/13 | G. Ecolino | C300 | 2.00 | Confer re tasks to prepare and file brief, and perform directed tasks. |
| 07/24/13 | P. Marks | C300 | 3.40 | Multiple telephone conferences with client and experts re preparation for meeting with EPA. |
| 07/24/13 | P. Marks | C300 | 1.00 | Evaluate information from experts. |
| 07/24/13 | G. Ecolino | C300 | 3.20 | Prepare filing checklist, prepare forms for filing, |
| 07/25/13 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks re FOIA appeal and strategy for EPA meeting. |
| 07/25/13 | K. Bourdeau | C300 | 0.50 | Participate in Grace strategy call. |
| 07/25/13 | P. Marks | C300 | 0.30 | Review comments re FOIA complaint. |
| 07/25/13 | P. Marks | C300 | 0.50 | Team call. |
| 07/25/13 | P. Marks | C300 | 0.50 | Telephone conference with K. Bourdeau re strategy. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155749
August 27, 2013
PAGE  4

| 07/25/13 | P. Marks | C300 | 3.10 | Evaluate issues and prepare for meeting and emails re same. |
|----------|----------|------|------|-------------------------------------------------------------|
| 07/25/13 | D. Barker | C300 | 1.10 | Review papers and forms for filing with FOIA complaint, review client comments, and follow-up with G. Ecolino re same. |
| 07/25/13 | J. Lanham | C300 | 0.50 | Review comments re complaint and communications re same. |
| 07/25/13 | G. Ecolino | C300 | 2.00 | Finalize and prepare message re forms to attach to brief, prepare forms, and review and manage file. |
| 07/26/13 | P. Marks | C300 | 3.20 | Prepare for EPA meeting and telephone conferences with H. Feichko and L. Duff re same. |
| 07/26/13 | P. Marks | C300 | 0.90 | Evaluate edits to FOIA complaint and telephone conference with client team, D. Barker and J. Lanham re same. |
| 07/26/13 | P. Marks | C300 | 1.00 | Prepare FOIA complaint. |
| 07/26/13 | D. Barker | C300 | 1.70 | Prepare for and participate in call with client team on FOIA complaint facts and strategy for motion, and revise complaint. |
| 07/26/13 | J. Lanham | C300 | 2.50 | Telephone conference with client re litigation strategy, complaint and summary judgment, and follow-up research and communications re same. |
| 07/26/13 | G. Ecolino | C300 | 1.50 | Complaint filing tasks. |
| 07/27/13 | P. Marks | C300 | 5.80 | Prepare for meeting and review background information re same. |
| 07/27/13 | J. Lanham | C300 | 0.20 | Prepare complaint and prepare email re same. |
| 07/28/13 | P. Marks | C300 | 1.90 | Prepare meeting materials. |
| 07/28/13 | D. Barker | C300 | 0.40 | Revise complaint. |
| 07/29/13 | P. Marks | C300 | 3.30 | Telephone conference with W. Corcoran and H. Feichko re strategy and revise memorandum re same. |
| 07/29/13 | P. Marks | C300 | 0.50 | Address FOIA appeal issues and timing. |
| 07/29/13 | D. Barker | C300 | 2.30 | Finalize and file complaint; follow up with client team re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155749
August 27, 2013
PAGE  5

| | | | | |
|---|---|---|---|---|
| 07/29/13 | M. Grissler | C300 | 2.00 | Assist in preparation and filing of FOIA complaint. |
| 07/30/13 | P. Marks | C300 | 4.00 | Prepare for and conference with consultant and Grace team, and follow-up with H. Feichko re meeting planning at Grace offices. |
| 07/30/13 | P. Marks | C300 | 0.50 | Telephone conference with consultant re talking points and suggested meeting approach. |
| 07/30/13 | D. Barker | C300 | 2.40 | Follow-up re service of complaint and legal research and prepare motion. |
| 07/30/13 | G. Ecolino | C300 | 3.50 | Compile materials in preparation to file brief. |
| 07/31/13 | K. Bourdeau | C300 | 1.00 | Review and prepare communications re developments by EPA. |
| 07/31/13 | P. Marks | C300 | 3.10 | Telephone conferences with various consultants and clients re meeting preparation and prepare materials re same. |
| 07/31/13 | P. Marks | C300 | 0.80 | Review and evaluate reform information. |
| 07/31/13 | D. Barker | C300 | 2.20 | Research and outline issues for FOIA action timing and requirements for motion and  file affidavits of service. |
| 07/31/13 | J. Lanham | C300 | 0.20 | Prepare information for petition. |
| 07/31/13 | G. Ecolino | C300 | 2.50 | Litigation support tasks, including docket management and preparation of service related documents. |

Total Hours :          119.10

Total Fees :      $55,509.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155749
August 27, 2013
PAGE  6

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 4.80 | $750.00 | $3,600.00 |
| P. Marks | 65.10 | $545.00 | $35,479.50 |
| D. Barker | 14.30 | $445.00 | $6,363.50 |
| J. Lanham | 18.20 | $365.00 | $6,643.00 |
| G. Ecolino | 14.70 | $205.00 | $3,013.50 |
| M. Grissler | 2.00 | $205.00 | $410.00 |

| | | |
|---|---|---|
| Total Fees : | | $55,509.50 |
| 10% Discount : | | (5,550.95) |
| Total Fees Due : | | $49,958.55 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 119.10 | $55,509.50 |
| Total | 119.10 | $55,509.50 |

| | | |
|---|---|---|
| Total Fees : | 119.10 | $55,509.50 |
| 10% Discount : | | (5,550.95) |
| Total Fees Due : | | $49,958.55 |

## Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| 002 | Postage | $0.46 |
| E101 | Copying | $0.20 |

BEVERIDGE & DIAMOND, P.C.

| E105 | Telephone | $19.72 |
| E111 | Meals | $25.29 |

**Total Disbursements :**          $45.67

**TOTAL DUE :**          $50,004.22