# EXHIBIT B

(Petition)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

August 27, 2013  
Client/Matter #  01246-015504  
Invoice # 155747  
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/13 in Connection With:

**Petition**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 07/01/13 | K. Bourdeau | C300 | 1.00 | Review (R. Finke) comments and prepare notes re same. |
| 07/01/13 | P. Marks | C300 | 1.30 | Assess R. Finke and consultant input re draft. |
| 07/02/13 | K. Bourdeau | C300 | 1.50 | Conferences with P. Marks re issues and comments related to draft petition and review L. Duff comments re same. |
| 07/02/13 | P. Marks | C300 | 1.70 | Telephone conference with K. Bourdeau to prepare for client meeting and evaluate client comments. |
| 07/03/13 | K. Bourdeau | C300 | 1.50 | Prepare for and participate in meeting with client re strategy. |
| 07/03/13 | P. Marks | C300 | 4.40 | Prepare for and conference with L. Duff, H. Feichko, R. Finke and K. Bourdeau (for a portion of meeting) re petition. |
| 07/10/13 | P. Marks | C300 | 3.20 | Prepare petition with input from client team. |
| 07/11/13 | K. Bourdeau | C300 | 0.80 | Participate in conference call with client (re strategy on requests for correction associated with petition). |
| 07/11/13 | P. Marks | C300 | 2.30 | Prepare petition and supervise staff re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155747
August 27, 2013
PAGE   2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 07/11/13 | P. Marks | C300 | 0.80 | Telephone conference with H. Feichko, L. Duff, R. Finke and K. Bourdeau re corrective measures portion of petition and preparation for client meeting re petition. |
| 07/12/13 | K. Bourdeau | C300 | 1.30 | Participate in call with client and P. Marks re strategy and follow-up with P. Marks re same. |
| 07/12/13 | P. Marks | C300 | 0.80 | Telephone conference with client team and K. Bourdeau re whether to pursue petition and feedback on content of same. |
| 07/12/13 | P. Marks | C300 | 0.50 | Follow-up telephone conference with L. Duff and H. Feichko re logistics. |
| 07/12/13 | P. Marks | C300 | 1.80 | Research re legal question and coordinate with K. Bourdeau re same. |
| 07/13/13 | K. Bourdeau | C300 | 0.30 | Internal communications re background documents on legislative history. |
| 07/15/13 | K. Bourdeau | C300 | 1.00 | E-mail exchanges re information relevant to preparation of petition and research re same. |
| 07/15/13 | P. Marks | C300 | 1.20 | Direct T. Horch re petition attachment preparation and follow-up tasks re same. |
| 07/15/13 | T. Horch | C300 | 5.00 | Review petition, listing of exhibits and supportive information, and meeting with P. Marks to discuss project. |
| 07/16/13 | D. Paul | C300 | 0.50 | Review petition, exhibits and reference materials with T. Horch. |
| 07/16/13 | T. Horch | C300 | 4.50 | Review petition, listing of exhibits and supportive documents and compile documents. |
| 07/22/13 | T. Horch | C300 | 4.00 | Compile documents. |
| 07/23/13 | T. Horch | C300 | 2.00 | Compile documents. |
| 07/29/13 | P. Marks | C300 | 0.20 | Conference with T. Horch re tasks to prepare petition and research documents re same. |
| 07/29/13 | T. Horch | C300 | 5.00 | Review, proof, cite check information in petition. |
| 07/30/13 | D. Paul | C300 | 0.50 | Review petition, exhibits and reference materials with T. Horch. |
| 07/30/13 | T. Horch | C300 | 5.00 | Review, proof, cite check information in petition. |

BEVERIDGE & DIAMOND, P.C.                                         INVOICE # 155747
                                                                  August 27, 2013
                                                                  PAGE   3


07/30/13    T. Horch        C300            1.00   Review, proof, cite check information in
                                                   petition.


                                                   Total Hours :         53.10

                                                   Total Fees :     $21,106.50

BEVERIDGE & DIAMOND, P.C.
INVOICE # 155747
August 27, 2013
PAGE  4

Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 7.40 | $750.00 | $5,550.00 |
| P. Marks | 18.20 | $545.00 | $9,919.00 |
| D. Paul | 1.00 | $205.00 | $205.00 |
| T. Horch | 26.50 | $205.00 | $5,432.50 |
| Total Fees : | | | $21,106.50 |
| 10% Discount : | | | (2,110.65) |
| Total Fees Due : | | | $18,995.85 |

Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 53.10 | $21,106.50 |
| Total | 53.10 | $21,106.50 |
| Total Fees : | 53.10 | $21,106.50 |
| 10% Discount : | | (2,110.65) |
| Total Fees Due : | | $18,995.85 |

Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $2.00 |
| E105 | Telephone | $4.80 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155747
August 27, 2013
PAGE   5

| | | |
|---|---|---:|
| E110 | Out-of-town Travel | $114.00 |

|  |  |
|---:|---:|
| **Total Disbursements :** | $120.80 |
| **TOTAL DUE :** | $19,116.65 |