# EXHIBIT C

(Curtis Bay Air)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

August 27, 2013
Client/Matter #  01246-015577
Invoice # 155748
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/13 in Connection With:

**Curtis Bay Air**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 07/01/13 | L. McAfee | C300 | 0.30 | Emails and telephone conferences re project issue. |
| 07/01/13 | L. McAfee | C300 | 1.50 | Review and research project permitting issue. |
| 07/02/13 | L. McAfee | C300 | 1.00 | Communications with consultant, client re project permitting. |
| 07/02/13 | L. McAfee | C300 | 1.50 | Legal research re project permitting. |
| 07/02/13 | L. McAfee | C300 | 0.30 | Review and revise summary for MDE. |
| 07/02/13 | T. Horch | L140 | 1.50 | Research as directed by L. McAfee. |
| 07/03/13 | L. McAfee | C300 | 1.00 | Review and revise submissions to MDE. |
| 07/10/13 | L. McAfee | C300 | 3.00 | Review materials re air issue and team call and follow-up tasks re same. |
| 07/12/13 | L. McAfee | C300 | 3.00 | Site meeting and emails. |
| 07/15/13 | L. McAfee | C300 | 0.50 | Emails and review and revise report. |
| 07/16/13 | L. McAfee | C300 | 0.50 | Work on project issues and documentation with team. |
| 07/17/13 | L. McAfee | C300 | 5.00 | Air issues meeting. |
| 07/24/13 | L. McAfee | C300 | 0.80 | Emails with team re project and permitting issues. |

BEVERIDGE & DIAMOND, P.C.                                          INVOICE # 155748
                                                                   August 27, 2013
                                                                   PAGE   2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 07/25/13 | L. McAfee | C300 | 2.00 | Team meeting re project review. |
| 07/29/13 | L. McAfee | C300 | 0.30 | Review and revise project correspondence. |

**Total Hours :**     22.20

**Total Fees :**    $11,382.00

BEVERIDGE & DIAMOND, P.C.                                          INVOICE # 155748
                                                                   August 27, 2013
                                                                   PAGE   2

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155748
August 27, 2013
PAGE   3

Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 20.70 | $535.00 | $11,074.50 |
| T. Horch | 1.50 | $205.00 | $307.50 |
|  | Total Fees : |  | $11,382.00 |
|  | 10% Discount : |  | (1,138.20) |
|  | Total Fees Due : |  | $10,243.80 |

Summary by Task Codes :

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| C300 |  | 20.70 | $11,074.50 |
| Total |  | 20.70 | $11,074.50 |
| L100 |  |  |  |
| L140 |  | 1.50 | $307.50 |
| Total L100 |  | 1.50 | $307.50 |
|  | Total Fees : | 22.20 | $11,382.00 |
|  | 10% Discount : |  | (1,138.20) |
|  | Total Fees Due : |  | $10,243.80 |

Summary by Disbursement Codes :

**TOTAL DUE :**    $10,243.80