# EXHIBIT D

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                          August 27, 2013
Attn: Lydia B. Duff, Esq.                         Client/Matter #  01246-012629
7500 Grace Drive                                  Invoice # 155745
Columbia, MD  21044                               Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/13 in Connection With:

**Bankruptcy Fee Application**
**100035**

| | | | | |
|---|---|---|---|---|
| 07/17/13 | P. Marks | L190 | 0.30 | Billing issues and review auditor's report. |
| 07/22/13 | P. Marks | L190 | 0.50 | Prepare petition. |
| 07/25/13 | P. Marks | L190 | 0.30 | Prepare fee application. |

Total Hours :          1.10

Total Fees :       $599.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155745
August 27, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.10 | $545.00 | $599.50 |
| | | Total Fees : | $599.50 |
| | | 10% Discount : | (59.95) |
| | | Total Fees Due : | $539.55 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L190 | 1.10 | $599.50 |
| Total L100 | 1.10 | $599.50 |
| Total Fees : | 1.10 | $599.50 |
| 10% Discount : | | (59.95) |
| Total Fees Due : | | $539.55 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $6.10 |
| E108 | Postage | $4.96 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155745
August 27, 2013
PAGE   3

---

| | |
|---|---|
| Total Disbursements : | $11.06 |
| TOTAL DUE : | $550.61 |