# EXHIBIT E

(Trivalent Chromium)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

August 27, 2013
Client/Matter #  01246-014988
Invoice # 155746
Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/13 in Connection With:

**Trivalent Chromium**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 07/02/13 | P. Marks | C300 | 0.30 | Telephone conference with Maryland Department of Environment (MDE). |
| 07/08/13 | P. Marks | C300 | 0.30 | Follow-up with MDE. |
| 07/17/13 | P. Marks | C300 | 0.30 | Telephone conference with MDE re status. |
| 07/22/13 | P. Marks | C300 | 1.20 | Telephone conference with E. Hammerberg (MDE) re questions about petition and evaluate same. |
| 07/22/13 | P. Marks | C300 | 0.30 | Prepare email to client re developments. |
| 07/23/13 | L. Selba | C300 | 0.30 | Review communications re E. Hammerberg comments. |

Total Hours :       2.70

Total Fees :   $1,405.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155746
August 27, 2013
PAGE 2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.40 | $545.00 | $1,308.00 |
| L. Selba | 0.30 | $325.00 | $97.50 |
|  |  | Total Fees : | $1,405.50 |
|  |  | 10% Discount : | (140.55) |
|  |  | Total Fees Due : | $1,264.95 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 2.70 | $1,405.50 |
| Total | 2.70 | $1,405.50 |
| Total Fees : | 2.70 | $1,405.50 |
| 10% Discount : |  | (140.55) |
| Total Fees Due : |  | $1,264.95 |

## Summary by Disbursement Codes :

**TOTAL DUE :**     $1,264.95