# ATTACHMENT 1

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                    May 23, 2013
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015172
7500 Grace Drive                                     Invoice # 154173
Columbia, MD  21044                                  Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/13 in Connection With:

**IRIS**

| | | | | |
|---|---|---|---|---|
| 04/07/13 | P. Marks | C300 | 1.20 | Review emails and developments. |
| 04/09/13 | K. Bourdeau | C300 | 0.30 | Review minutes of last group call and results of recent meetings. |
| 04/10/13 | P. Marks | C300 | 1.10 | Telephone conference with L. Duff re tasks and issues and assess same. |
| 04/11/13 | K. Bourdeau | C300 | 0.20 | Review of EPA response to letter and communications with P. Marks re same. |
| 04/11/13 | K. Bourdeau | C300 | 0.80 | Participation in Grace team call. |
| 04/11/13 | K. Bourdeau | C300 | 0.30 | Follow-up communications with P. Marks and E. Wolk re materials from meetings. |
| 04/11/13 | P. Marks | C300 | 0.80 | Biweekly conference call with team. |
| 04/11/13 | P. Marks | C300 | 0.80 | Telephone conference with L. Duff re issues and planning for technical meeting. |
| 04/12/13 | K. Bourdeau | C300 | 0.20 | Internal communications re materials and prepare email to L. Duff and S. Levin transmitting same. |
| 04/12/13 | K. Bourdeau | C300 | 1.10 | Review draft outline of topics to be covered in meeting and provide comments to P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154173
May 23, 2013
PAGE  2

| 04/13/13 | K. Bourdeau | C300 | 0.50 | Communications with Grace team and P. Marks re approach to, and issues to be addressed in, preparation for meeting. |
|---|---|---|---|---|
| 04/15/13 | K. Bourdeau | C300 | 0.30 | Communications with E. Wolk re materials to send to L. Duff and work on transmittal letter re same. |
| 04/15/13 | P. Marks | C300 | 0.90 | Assess issues and plans for consultant meeting. |
| 04/15/13 | P. Marks | C300 | 1.40 | Evaluate response to data availability inquiry and coordinate with L. Duff, and prepare response to same. |
| 04/15/13 | E. Wolk | P280 | 1.80 | As directed by K. Bourdeau, prepare documents and send to L. Duff. |
| 04/16/13 | P. Marks | C300 | 0.90 | Prepare email related to FOIA issues. |
| 04/16/13 | P. Marks | C300 | 0.30 | Communications re planning for expert meeting. |
| 04/17/13 | P. Marks | C300 | 1.90 | Telephone conference with L. Duff and S. Levin re meeting planning and follow-up assessment re same. |
| 04/17/13 | J. Lanham | C300 | 0.50 | Follow-up activities re FOIA. |
| 04/18/13 | K. Bourdeau | C300 | 1.30 | Participate in team conference call and communications with P. Marks re status, various action items. |
| 04/18/13 | P. Marks | C300 | 3.40 | Conference with S. Levin re analyzing scientific issues and structuring meeting re same. |
| 04/18/13 | P. Marks | C300 | 1.00 | Weekly team telephone conference. |
| 04/18/13 | P. Marks | C300 | 0.40 | Follow-up emails in preparation for science meeting. |
| 04/19/13 | P. Marks | C300 | 1.50 | Review new developments re FOIA and EPA reports and emails to team re same. |
| 04/20/13 | K. Bourdeau | C300 | 1.80 | E-mail exchanges re EPA report and review same. |
| 04/20/13 | P. Marks | C300 | 3.10 | Review and analyze new EPA report, prepare key comments re same and share with K. Bourdeau. |
| 04/21/13 | K. Bourdeau | C300 | 1.50 | Finalize comments on report and transmit same to P. Marks. |

BEVERIDGE & DIAMOND, P.C.

| 04/21/13 | P. Marks | C300 | 2.10 | Coordinate with L. Duff and K. Bourdeau and prepare email and follow-up emails to team re developments. |
| 04/21/13 | P. Marks | C300 | 0.70 | Research re EPA procedures. |
| 04/22/13 | K. Bourdeau | C300 | 1.00 | Various e-mail exchanges. |
| 04/22/13 | P. Marks | C300 | 0.70 | Telephone conference with L. Duff re EPA report. |
| 04/22/13 | P. Marks | C300 | 1.00 | Telephone conference with L. Duff and R. Medler re studies cited in EPA report. |
| 04/22/13 | P. Marks | C300 | 1.20 | Research related to new EPA report. |
| 04/22/13 | P. Marks | C300 | 0.30 | Correspondence with J. Goodman re technical issue. |
| 04/22/13 | J. Lanham | C300 | 1.50 | Follow-up communications re data request and research re procedures to challenge FOIA determination. |
| 04/23/13 | K. Bourdeau | C300 | 0.50 | E-mail communications relevant to issues posed by report and preparation for meeting. |
| 04/23/13 | P. Marks | C300 | 1.60 | Research re EPA procedures. |
| 04/23/13 | P. Marks | C300 | 1.80 | Telephone conferences with consultant re future guidance re scientific issues and follow-up coordination with client team re same. |
| 04/23/13 | J. Lanham | C300 | 1.00 | Research and prepare email correspondence. |
| 04/24/13 | P. Marks | C300 | 1.00 | Telephone conference with S. Levin re planning for science meeting. |
| 04/24/13 | P. Marks | C300 | 4.70 | Evaluate EPA guidance re assessment procedures. |
| 04/25/13 | K. Bourdeau | C300 | 1.30 | Participate in Grace team conference call and follow-up with P. Marks re status, various action items and path forward. |
| 04/25/13 | K. Bourdeau | C300 | 0.20 | Review EPA responses to report and related documents and e-mail communications with P. Marks re issues posed by same. |
| 04/25/13 | P. Marks | C300 | 0.40 | Research (including conversations with colleagues) re EPA procedure. |
| 04/25/13 | P. Marks | C300 | 4.50 | Evaluate EPA assessment process guidance documents and NAS materials re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154173
May 23, 2013
PAGE  4

| 04/25/13 | P. Marks | C300 | 1.00 | Weekly team conference call. |
| 04/26/13 | K. Bourdeau | C300 | 1.00 | Review notes of meeting (at request of P. Marks) and prepare summary of same on topics of interest. |
| 04/26/13 | P. Marks | C300 | 3.10 | Evaluate EPA guidance as it pertains to key issues. |
| 04/27/13 | K. Bourdeau | C300 | 0.30 | E-mail communications with P. Marks re status and path forward. |
| 04/29/13 | P. Marks | C300 | 1.70 | Review draft manuscript and telephone conference with client re same. |
| 04/30/13 | P. Marks | C300 | 1.40 | Telephone conference with L. Duff, H. Feichko and S. Levin re meeting preparation and consultant issues and plan follow-up re same. |
| 04/30/13 | P. Marks | C300 | 0.30 | Direct preparation of logistics for team meeting. |
| 04/30/13 | P. Marks | C300 | 0.30 | Email to consultant re issues. |

Total Hours :          63.90

Total Fees :     $36,256.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154173
May 23, 2013
PAGE   5

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 12.60 | $750.00 | $9,450.00 |
| P. Marks | 46.50 | $545.00 | $25,342.50 |
| J. Lanham | 3.00 | $365.00 | $1,095.00 |
| E. Wolk | 1.80 | $205.00 | $369.00 |

|  |  |  |
|---|---|---|
| Total Fees : |  | $36,256.50 |
| 10% Discount : |  | (3,625.65) |
| Total Fees Due : |  | $32,630.85 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 62.10 | $35,887.50 |
| P280 | 1.80 | $369.00 |
| Total | 63.90 | $36,256.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 63.90 | $36,256.50 |
| 10% Discount : |  | (3,625.65) |
| Total Fees Due : |  | $32,630.85 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E105 | Telephone | $7.50 |
| E109 | Local Travel | $53.00 |

BEVERIDGE & DIAMOND, P.C.

| E110 | Out-of-town Travel | $149.00 |
| E111 | Meals | $15.85 |

**Total Disbursements :**          $225.35

**TOTAL DUE :**          $32,856.20

# EXHIBIT B

## (Petition)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          May 23, 2013
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015504
7500 Grace Drive                           Invoice # 154174
Columbia, MD  21044                        Federal ID# 52-1247549

─────────────────────────────────────────────────────────────────

For Legal Services Rendered Through 04/30/13 in Connection With:

**Petition**

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 04/15/13 | P. Marks | C300 | 2.60 | Prepare draft. |
| 04/17/13 | P. Marks | C300 | 1.50 | Prepare and update aspects of petition. |
| 04/22/13 | P. Marks | C300 | 1.40 | Prepare document. |
| 04/24/13 | P. Marks | C300 | 1.70 | Prepare petition. |
| 04/25/13 | P. Marks | C300 | 2.60 | Prepare petition. |
| 04/26/13 | P. Marks | C300 | 2.20 | Edit petition and add guidance information. |
| 04/27/13 | P. Marks | C300 | 0.50 | Additional review and revision of section 3 of petition, and send to client with explanatory email. |
| 04/28/13 | K. Bourdeau | C300 | 0.80 | Brief review of revised draft petition prepared by P. Marks and communications with P. Marks re same. |
| 04/29/13 | K. Bourdeau | C300 | 0.30 | Communications with P. Marks re petition. |

Total Hours :          13.60

Total Fees :        $7,637.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154174
May 23, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 1.10 | $750.00 | $825.00 |
| P. Marks | 12.50 | $545.00 | $6,812.50 |
| | | Total Fees : | $7,637.50 |
| | | 10% Discount : | (763.75) |
| | | Total Fees Due : | $6,873.75 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 13.60 | $7,637.50 |
| Total | 13.60 | $7,637.50 |
| Total Fees : | 13.60 | $7,637.50 |
| 10% Discount : | | (763.75) |
| Total Fees Due : | | $6,873.75 |

**Summary by Disbursement Codes :**

|  |  |
|---|---|
| **TOTAL DUE :** | **$6,873.75** |

# EXHIBIT C

## (Curtis Bay Air)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                        May 23, 2013
Attn: Lydia B. Duff, Esq.                Client/Matter #  01246-015577
7500 Grace Drive                         Invoice # 154175
Columbia, MD  21044                      Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/13 in Connection With:

**Curtis Bay Air**

| | | | | |
|---|---|---|---|---|
| 04/05/13 | L. McAfee | C300 | 5.50 | Site meeting to discuss air issues. |
| 04/11/13 | P. Marks | C300 | 0.60 | Conferences with L. McAfee and L. Duff re air regulations. |
| 04/11/13 | L. McAfee | C300 | 0.50 | Discussion with P. Marks re air issues; research re same. |
| 04/16/13 | L. McAfee | C300 | 1.00 | Draft memorandum re project exemption. |
| 04/16/13 | L. McAfee | C300 | 3.00 | Site visit. |
| 04/16/13 | L. McAfee | C300 | 0.50 | Review materials from Zephyr. |
| 04/24/13 | L. McAfee | C300 | 2.00 | Telephone conference with L. Duff and B. O'Connell re various air issues. |
| 04/24/13 | L. McAfee | C300 | 0.50 | Prepare PowerPoint for May 7 meeting. |
| 04/24/13 | L. McAfee | C300 | 1.00 | Review project documentation. |
| 04/25/13 | L. McAfee | C300 | 1.00 | Review project documents and obtain and review additional information. |
| 04/26/13 | L. McAfee | C300 | 3.00 | Telephone conferences re air issues. |
| 04/26/13 | L. McAfee | C300 | 2.00 | Legal and factual research re air issues. |
| 04/27/13 | L. McAfee | C300 | 0.30 | Email L. Duff re air issues. |

BEVERIDGE & DIAMOND, P.C.

| 04/29/13 | L. McAfee | C300 | 4.00 | Air issues research. |
| 04/29/13 | L. McAfee | C300 | 0.30 | Telephone conference with L. Duff re air issues. |

Total Hours :        25.20

Total Fees :      $13,488.00

BEVERIDGE & DIAMOND, P.C.

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.60 | $545.00 | $327.00 |
| L. McAfee | 24.60 | $535.00 | $13,161.00 |
|  |  | Total Fees : | $13,488.00 |
|  |  | 10% Discount : | (1,348.80) |
|  |  | Total Fees Due : | $12,139.20 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 25.20 | $13,488.00 |
| Total | 25.20 | $13,488.00 |
| Total Fees : | 25.20 | $13,488.00 |
| 10% Discount : |  | (1,348.80) |
| Total Fees Due : |  | $12,139.20 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| 017 | Documents/Publications | $44.35 |
|  | Total Disbursements : | $44.35 |
|  | TOTAL DUE : | $12,183.55 |

# EXHIBIT D

## (General Regulatory/Compliance Issues)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn.                    May 23, 2013
Attn: Lydia B. Duff, Esq.                     Client/Matter #  01246-012100
7500 Grace Drive                              Invoice # 154172
Columbia, MD  21044                           Federal ID# 52-1247549

For Legal Services Rendered Through 04/30/13 in Connection With:

**General Regulatory/Compliance Issues**
**100042**

| | | | | |
|---|---|---|---|---|
| 04/04/13 | A. Goldberg | C300 | 0.50 | Telephone conference with L. Duff re RCRA regulatory issue. |
| 04/11/13 | A. Goldberg | C300 | 4.00 | Telephone conference with L. Duff, et al., re potential requirement for waste streams and research and analysis re same. |
| 04/12/13 | A. Goldberg | C300 | 3.50 | Research and prepare extended e-mail re potential requirements for generation and management of materials. |
| 04/15/13 | A. Goldberg | C300 | 2.30 | Finalize and send to L. Duff extended e-mail re potential issues in California. |

Total Hours :          10.30

Total Fees :        $6,437.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 154172
May 23, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 10.30 | $625.00 | $6,437.50 |

|  |  |  |
|---|---|---|
| Total Fees : | | $6,437.50 |
| 10% Discount : | | (643.75) |
| Total Fees Due : | | $5,793.75 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 10.30 | $6,437.50 |
| Total | 10.30 | $6,437.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 10.30 | $6,437.50 |
| 10% Discount : | | (643.75) |
| Total Fees Due : | | $5,793.75 |

**Summary by Disbursement Codes :**

|  |  |
|---|---|
| TOTAL DUE : | $5,793.75 |

# EXHIBIT E

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                    May 23, 2013
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 154176
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 04/30/13 in Connection With:

PLEASE REMIT PAYMENT TO :     BEVERIDGE & DIAMOND, P.C.
                              SUITE 700
                              1350 I STREET, N.W.
                              WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application
100035

Disbursements:

|             |        |
|-------------|--------|
| Copying     | 4.90   |
| Postage     | 3.44   |

Total Disbursements :        $8.34

TOTAL DUE :        $8.34