# ATTACHMENT 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: August 26, 2013 |

*8/28/13 - 31030*

## NINETY-SECOND MONTHLY APPLICATION OF
## BEVERIDGE & DIAMOND, P.C.
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES
## AS COUNSEL TO THE DEBTORS FOR THE
## PERIOD FROM JUNE 1, 2013 THROUGH JUNE 30, 2013

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2013 through June 30, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $46,882.80 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,192.15 |

This is a:    __XX__ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 – 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 – 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 – 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 – 9/30/06 | $16,988.75 | $287.83 | $16,988.75 | $287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 – 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $15,246.00 | $ 75.86 | $15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $2,778.00 | $ 36.85 | $2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $24,367.50 | $11.00 | $24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $82.97 | $ 10,250.00 | $82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $23.86 | $ 3,476.00 | $23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $19.20 | $ 24,234.00 | $19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $18.28 | $ 20,113.50 | $18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/17/10 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | $65,693.98 | $276.11 |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | $67,685.32 | $7,598.67 |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | $ 100,573.94 | $ 56.90 |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | $126,281.50 | $358.82 |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | $ 86,536.12 | $ 279.07 |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | $118,060.38 | $ 471.15 |
| 12/6/12 | 10/1/12 – 10/31/12 | $ 73,142.76 | $ 2,866.15 | $ 73,142.76 | $ 2,866.15 |
| 1/15/13 | 11/1/12 – 11/30/12 | $65,594.62 | $ 3,333.31 | $65,594.62 | $ 3,333.31 |
| 2/4/13 | 12/1/12 – 12/31/12 | $ 51,747.70 | $ 84.79 | $ 51,747.70 | $ 84.79 |
| 5/21/13 | 1/1/13 – 1/31/13 (Amended) | $ 72,915.30 | $ 370.59 | Pending | Pending |
| 3/22/13 | 2/1/13 – 2/28/13 | $ 56,287.35 | $ 378.50 | Pending | Pending |
| 5/7/13 | 3/1/13 – 3/31/13 | $ 52,251.30 | $1,406.51 | Pending | Pending |
| 6/6/13 | 4/1/13 – 4/30/13 | $ 57,437.55 | $ 278.04 | Pending | Pending |
| 7/12/13 | 5/1/13 – 5/31/13 | $53,474.85 | $ 26.82 | Pending | Pending |

### B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $545.00 | 50.10 | $27,304.50 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $750.00 | 9.00 | $6,750.00 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $365.00 | 32.60 | $11,899.00 |
| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | $535.00 | 10.60 | $5,671.00 |
| K. Russell LaMotte | Principal; Joined Firm 2006; Member DC Bar since 2006 | $525.00 | .50 | $262.50 |
| Tracy Horch | Paralegal | $205.00 | 1.00 | $205.00 |

|  |  |
|---|---|
| Fees: | $ 52,092.00 |
| Less 10% Discount: | ($5,209.20) |
| Total Fees: | $ 46,882.80 |
| Total Hours: | 103.80 |
| Blended Rate: | $ 452.00 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 103.80 | $46,882.80 |

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | @ 0.10 per page | $7.40 |
| Postage | | $2.58 |
| Long Distance Telephone | | $56.47 |
| Travel Meals | | $5.81 |
| Out of Town Travel | Amtrak tickets for travel to Washington DC for meeting ($133.00) and parking ($30.00) | $163.00 |
| Meals | Meals during client meetings in Washington DC (May 13 lunch $351.79 for 17 people; May 14 breakfast $173.92 for 17 people; May 14 lunch $431.18 for 17 people) | $956.89 |

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

June 1, 2013 through June 30, 2013, an interim allowance be made to Beveridge & Diamond,

P.C. for compensation in the amount of $46,882.80 and actual and necessary expenses in the

amount of $1,192.15 for a total allowance of $48,074.95 and payment of $37,506.24 (80% of the

allowed fees) and reimbursement of $1,192.15 (100% of the allowed expenses) be authorized for

a total payment of $38,698.39 and for such other and further relief as this Court may deem just

and proper.

Dated:  July 29, 2013

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:   410-230-1389
Counsel for Debtors and Debtors in Possession

<u>VERIFICATION</u>

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as

counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the

Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and

correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the

Local Bankruptcy Rules for the District of Delaware, and submit that the Application

substantially complies with such rules.

_____

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 29th day of July, 2013.

_____

Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2017

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: August 26, 2013 |


FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JUNE 1, 2013 THROUGH JUNE 30,  2013

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (IRIS)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000


W. R. Grace & Co.                           July 25, 2013
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-015172
7500 Grace Drive                            Invoice # 155203
Columbia, MD  21044                         Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/13 in Connection With:

<u>IRIS</u>

| | | | | |
|---|---|---|---|---|
| 06/02/13 | P. Marks | C300 | 0.90 | Prepare for meeting and edit summary document re same. |
| 06/03/13 | P. Marks | C300 | 1.30 | Participate in scientific call re statistics. |
| 06/03/13 | P. Marks | C300 | 0.40 | Review H. Feichko comments re edits to summary. |
| 06/03/13 | J. Lanham | C300 | 0.30 | Email communications with P. Marks and J. Charles re data requests. |
| 06/05/13 | P. Marks | C300 | 1.80 | Evaluation of FOIA legal issues, provide summary to client re same and status, and direct J. Lanham re same. |
| 06/05/13 | J. Lanham | C300 | 2.00 | Telephone conference with P. Marks re outstanding FOIA requests and FOIA litigation procedures, research re same, and prepare FOIA request to EPA. |
| 06/06/13 | K. Bourdeau | C300 | 0.70 | Participate in team conference call. |
| 06/06/13 | K. Bourdeau | C300 | 0.80 | Brief review of summary of conclusions/findings from meeting and begin review of and preparation of comments of consultant critique of assessment. |
| 06/06/13 | P. Marks | C300 | 0.70 | Weekly telephone conference with team and follow-up telephone conference with L. Duff re planning. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155203
July 25, 2013
PAGE  2

| | | | | |
|---|---|---|---|---|
| 06/06/13 | J. Lanham | C300 | 0.30 | Telephone conference re requests for additional data. |
| 06/07/13 | K. Bourdeau | C300 | 0.30 | E-mail communications re action items. |
| 06/07/13 | P. Marks | C300 | 0.70 | Telephone conferences with H. Feichko re study issues. |
| 06/07/13 | P. Marks | C300 | 0.70 | Telephone conference with research agency and J. Lanham re FOIA and follow-up evaluation re same. |
| 06/07/13 | P. Marks | C300 | 0.40 | Prepare agenda for strategy meeting. |
| 06/07/13 | P. Marks | C300 | 1.60 | Conference with Grace and PNG re strategy and tasks and follow-up telephone conference with L. Duff. |
| 06/07/13 | J. Lanham | C300 | 0.50 | Telephone conference with P. Marks and research agency re request for additional data. |
| 06/09/13 | P. Marks | C300 | 0.90 | Add backup information to summary of issues and send to consultant. |
| 06/10/13 | K. Bourdeau | C300 | 0.50 | Review new developments re reform and communications with P. Marks re same. |
| 06/10/13 | K. Bourdeau | C300 | 2.00 | Finalize review and preparation of comments on consultant critique of assessment. |
| 06/10/13 | P. Marks | C300 | 1.00 | Review case and telephone conference with L. Duff and H. Feichko re same. |
| 06/10/13 | P. Marks | C300 | 0.80 | Gather information for consultant re science meeting. |
| 06/10/13 | P. Marks | C300 | 0.50 | Review FOIA related research and direct paralegal re follow-up. |
| 06/10/13 | P. Marks | C300 | 0.30 | Coordinate with client and consultants re EPA meeting. |
| 06/10/13 | J. Lanham | C300 | 2.00 | Research re FOIA issues. |
| 06/11/13 | K. Bourdeau | C300 | 0.50 | Review recent developments and communications with Grace team re same. |
| 06/11/13 | P. Marks | C300 | 1.00 | Emails and communications re studies and evaluate same. |
| 06/11/13 | P. Marks | C300 | 0.60 | Prepare FOIA requests and coordinate with J. Lanham re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155203
July 25, 2013
PAGE  3

| 06/11/13 | J. Lanham | C300 | 6.50 | Research case law, prepare FOIA requests and prepare FACA request and follow-up communications with CDC and P. Marks re same. |
|---|---|---|---|---|
| 06/12/13 | K. Bourdeau | C300 | 1.30 | Further review of draft paper and communications with P. Marks re various action items. |
| 06/12/13 | P. Marks | C300 | 0.70 | Prepare supplemental FOIA and FACA requests and send to client. |
| 06/12/13 | P. Marks | C300 | 1.40 | Review correspondence re FOIA, evaluate same and legal issues, and communications with client re same. |
| 06/12/13 | P. Marks | C300 | 1.30 | Review documents and prepare comments re same. |
| 06/13/13 | K. Bourdeau | C300 | 0.80 | Conference with P. Marks re tasks. |
| 06/13/13 | P. Marks | C300 | 0.80 | Telephone conference with K. Bourdeau re comments. |
| 06/13/13 | P. Marks | C300 | 2.80 | Evaluate FOIA litigation, conference with J. Lanham and K. Bourdeau (by telephone) re same, and prepare litigation proposal to client re same. |
| 06/13/13 | P. Marks | C300 | 1.50 | Telephone conference with team re research and FOIA issues and emails re same. |
| 06/13/13 | P. Marks | C300 | 3.40 | Prepare comments re document. |
| 06/13/13 | J. Lanham | C300 | 4.00 | Prepare FACA and FOIA requests and related research and conference with P. Marks re FOIA litigation. |
| 06/14/13 | K. Bourdeau | C300 | 0.50 | Communications with P. Marks re tasks. |
| 06/14/13 | P. Marks | C300 | 0.50 | Emails and telephone conference with K. Bourdeau re coordination. |
| 06/17/13 | P. Marks | C300 | 0.70 | Emails to client related to tasks. |
| 06/17/13 | P. Marks | C300 | 0.30 | Telephone conference with L. Duff re tasks. |
| 06/17/13 | P. Marks | C300 | 0.40 | Telephone conferences with H. Feichko re document. |
| 06/17/13 | P. Marks | C300 | 0.80 | Conference with J. Lanham re FOIA request and review material re same. |

BEVERIDGE & DIAMOND, P.C.                          INVOICE # 155203
                                                   July 25, 2013
                                                   PAGE  4


| 06/17/13 | J. Lanham | C300 | 2.00 | Prepare and file FOIA requests to EPA and CDC and FACA request to EPA SAB and prepare email correspondence to University of Cincinnati. |
|---|---|---|---|---|
| 06/18/13 | P. Marks | C300 | 1.80 | Prepare for and conduct telephone conference with H. Feichko and consultant. |
| 06/18/13 | P. Marks | C300 | 0.80 | Telephone conference with H. Feichko and different consultant re feedback on analysis. |
| 06/18/13 | P. Marks | C300 | 0.90 | Telephone conference with H. Feichko (and R. Finke for part of call) re consultants and scientific issues. |
| 06/18/13 | P. Marks | C300 | 0.30 | Review FACA and FOIA correspondence. |
| 06/18/13 | J. Lanham | C300 | 0.30 | Telephone conference with EPA re FACA request and email correspondence to P. Marks re same. |
| 06/19/13 | P. Marks | C300 | 0.70 | Address consultant and study issues. |
| 06/19/13 | P. Marks | C300 | 1.70 | Review comments and information re science points. |
| 06/20/13 | P. Marks | C300 | 0.30 | Emails with client team re tasks. |
| 06/24/13 | P. Marks | C300 | 1.20 | Prepare for and conduct telephone conference with H. Feichko and R. Finke re preparation for consultant meeting. |
| 06/24/13 | P. Marks | C300 | 2.10 | Telephone conference with consultants and clients, including follow-up telephone conferences with H. Feichko and R. Finke. |
| 06/25/13 | P. Marks | C300 | 1.40 | Review information from consultants re science issues. |
| 06/25/13 | J. Lanham | C300 | 2.20 | Research and prepare spreadsheets. |
| 06/26/13 | P. Marks | C300 | 1.50 | Review FOIA research, conference with J. Lanham re same and conference with client re same. |
| 06/26/13 | P. Marks | C300 | 0.80 | Review consultant information re scientific issues. |
| 06/26/13 | P. Marks | C300 | 2.40 | Prepare for and conduct telephone conference with R. Finke, H. Feichko, consultant and researchers re scientific research and follow-up telephone conferences re same. |
| 06/26/13 | J. Lanham | C300 | 6.50 | Research and prepare spreadsheet and email correspondence. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155203
July 25, 2013
PAGE  5

| 06/27/13 | K. Bourdeau | C300 | 0.50 | Participate in client update call and prepare e-mail communications re recent developments. |
| 06/27/13 | P. Marks | C300 | 1.10 | Prepare for and telephone conference with H. Feichko, R. Finke and J. Lanham re FOIA litigation. |
| 06/27/13 | P. Marks | C300 | 0.50 | Weekly update call. |
| 06/27/13 | P. Marks | C300 | 0.70 | Follow-up telephone conference and email with H. Feichko re tasks. |
| 06/27/13 | J. Lanham | C300 | 6.00 | Research re FOIA litigation and factual background. |
| 06/28/13 | T. Horch | L140 | 1.00 | Research for a study per J. Lanham. |

**Total Hours :**        87.90

**Total Fees :**     $43,317.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155203
July 25, 2013
PAGE  6

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 7.90 | $750.00 | $5,925.00 |
| P. Marks | 46.40 | $545.00 | $25,288.00 |
| J. Lanham | 32.60 | $365.00 | $11,899.00 |
| T. Horch | 1.00 | $205.00 | $205.00 |

|  |  |
|---|---|
| Total Fees : | $43,317.00 |
| 10% Discount : | (4,331.70) |
| Total Fees Due : | $38,985.30 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 86.90 | $43,112.00 |
| Total | 86.90 | $43,112.00 |
| L100 |  |  |
| L140 | 1.00 | $205.00 |
| Total L100 | 1.00 | $205.00 |

|  |  |  |
|---|---|---|
| Total Fees : | 87.90 | $43,317.00 |
| 10% Discount : |  | (4,331.70) |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155203
July 25, 2013
PAGE  7

**Total Fees Due :**                              **$38,985.30**

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---:|
| 043 | Travel Meals | $5.81 |
| E105 | Telephone | $56.47 |
| E110 | Out-of-town Travel | $163.00 |
| E111 | Meals | $956.89 |

**Total Disbursements :**            **$1,182.17**

**TOTAL DUE :**            **$40,167.47**

# EXHIBIT B

## (Petition)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                           July 25, 2013
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-015504
7500 Grace Drive                            Invoice # 155204
Columbia, MD  21044                         Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/13 in Connection With:

**Petition**

| 06/11/13 | P. Marks | C300 | 0.50 | Coordinate with client re petition preparation and scheduling to discuss. |
| 06/11/13 | P. Marks | C300 | 0.50 | Emails to client re petition and study tasks. |
| 06/26/13 | K. Bourdeau | C300 | 0.30 | E-mail communications re petition issues. |
| 06/30/13 | K. Bourdeau | C300 | 0.80 | Evaluate J. Goodman comments on draft petition and portion of petition requesting correction. |

Total Hours :          2.10

Total Fees :      $1,370.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155204
July 25, 2013
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 1.10 | $750.00 | $825.00 |
| P. Marks | 1.00 | $545.00 | $545.00 |

|  |  |  |
|---|---|---|
| Total Fees : |  | $1,370.00 |
| 10% Discount : |  | (137.00) |
| Total Fees Due : |  | $1,233.00 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 2.10 | $1,370.00 |
| Total | 2.10 | $1,370.00 |

| | | |
|---|---|---|
| Total Fees : | 2.10 | $1,370.00 |
| 10% Discount : | | (137.00) |
| Total Fees Due : | | $1,233.00 |

## Summary by Disbursement Codes :

|  |  |
|---|---|
| TOTAL DUE : | $1,233.00 |

# EXHIBIT C

## (Curtis Bay Air)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                    July 25, 2013
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015577
7500 Grace Drive                                     Invoice # 155205
Columbia, MD  21044                                  Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/13 in Connection With:

<u>**Curtis Bay Air**</u>

| | | | | |
|---|---|---|---|---|
| 06/04/13 | L. McAfee | C300 | 0.50 | Emails and research re project issues. |
| 06/05/13 | L. McAfee | C300 | 0.50 | Communications with R. Brower re project issue. |
| 06/11/13 | L. McAfee | C300 | 5.00 | Title V meeting. |
| 06/14/13 | L. McAfee | C300 | 2.00 | Site meeting. |
| 06/20/13 | L. McAfee | C300 | 0.50 | Project emails and review. |
| 06/28/13 | L. McAfee | C300 | 1.50 | Team meeting to discuss projects. |

                              Total Hours :        10.00

                              Total Fees :     $5,350.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155205
July 25, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 10.00 | $535.00 | $5,350.00 |

|  |  |
|---|---|
| Total Fees : | $5,350.00 |
| 10% Discount : | (535.00) |
| Total Fees Due : | $4,815.00 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 10.00 | $5,350.00 |
| Total | 10.00 | $5,350.00 |

|  |  |  |
|---|---|---|
| Total Fees : | 10.00 | $5,350.00 |
| 10% Discount : |  | (535.00) |
| Total Fees Due : |  | $4,815.00 |

**Summary by Disbursement Codes :**

|  |  |
|---|---|
| TOTAL DUE : | $4,815.00 |

# EXHIBIT D

## (General Regulatory/Compliance Issues)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                    July 25, 2013
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012100
7500 Grace Drive                            Invoice # 155200
Columbia, MD  21044                         Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/13 in Connection With:

**General Regulatory/Compliance Issues**
**100042**

| 06/06/13 | L. McAfee | C300 | 0.30 | Revise and analyze air regulatory memorandum. |
|---|---|---|---|---|
| 06/06/13 | K. LaMotte | C300 | 0.50 | Discuss conflict minerals with L. Duff. |
| 06/28/13 | L. McAfee | C300 | 0.30 | Discussion with client re air regulatory and permitting issues. |

Total Hours :        1.10

Total Fees :      $583.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155200
July 25, 2013
PAGE  2

## Time Summary :

|              | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|--------------|-----------------|-------------|
| L. McAfee    | 0.60         | $535.00         | $321.00     |
| K. LaMotte   | 0.50         | $525.00         | $262.50     |

| | | |
|---|---|---|
| Total Fees : | | $583.50 |
| 10% Discount : | | (58.35) |
| Total Fees Due : | | $525.15 |

## Summary by Task Codes :

| CODE  | Hours | Bill Amount |
|-------|-------|-------------|
| C300  | 1.10  | $583.50     |
| Total | 1.10  | $583.50     |

| | | |
|---|---|---|
| Total Fees : | 1.10 | $583.50 |
| 10% Discount : | | (58.35) |
| Total Fees Due : | | $525.15 |

## Summary by Disbursement Codes :

| | |
|---|---|
| TOTAL DUE : | $525.15 |

# EXHIBIT E

**(Bankruptcy Fee Application)**

## LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 700
### 1350 I STREET, N.W.
### WASHINGTON D.C. 20005-3311
### (202) 789-6000

W. R. Grace & Co. - Conn                        July 25, 2013
Attn: Lydia B. Duff, Esq.                       Client/Matter #  01246-012629
7500 Grace Drive                                Invoice # 155201
Columbia, MD  21044                             Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/13 in Connection With:


**Bankruptcy Fee Application**
**100035**


06/25/13   P. Marks        C300        0.40  Address petition and billing issues.


                                  Total Hours :        0.40

                                  Total Fees :      $218.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155201
July 25, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.40 | $545.00 | $218.00 |
| | | Total Fees : | $218.00 |
| | | 10% Discount : | (21.80) |
| | | Total Fees Due : | $196.20 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 0.40 | $218.00 |
| Total | 0.40 | $218.00 |
| Total Fees : | 0.40 | $218.00 |
| 10% Discount : | | (21.80) |
| Total Fees Due : | | $196.20 |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $7.40 |
| E108 | Postage | $2.58 |
| | Total Disbursements : | $9.98 |
| | TOTAL DUE : | $206.18 |

# EXHIBIT F

## (Trivalent Chromium)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 25, 2013
Client/Matter #  01246-014988
Invoice # 155202
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/13 in Connection With:


**Trivalent Chromium**


| 06/03/13 | P. Marks | C300 | 0.20 | Call E. Hammerberg (MDE) and call L. Duff re status of petition. |
|---|---|---|---|---|
| 06/05/13 | P. Marks | C300 | 0.30 | Telephone conference with MDE re petition. |
| 06/13/13 | P. Marks | C300 | 0.50 | Communications with MDE and emails to Grace team re same. |
| 06/18/13 | P. Marks | C300 | 0.30 | Telephone conference with MDE and emails to client re same. |
| 06/20/13 | P. Marks | C300 | 0.20 | Telephone conference with MDE. |
| 06/20/13 | P. Marks | C300 | 0.20 | Telephone conference with MDE re status of petition decision. |
| 06/25/13 | P. Marks | C300 | 0.30 | Contact with MDE re status. |
| 06/28/13 | P. Marks | C300 | 0.30 | Telephone conference with MDE and email to client re same. |


Total Hours :          2.30

Total Fees :      $1,253.50

BEVERIDGE & DIAMOND, P.C.

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.30 | $545.00 | $1,253.50 |
|  | Total Fees : | | $1,253.50 |
|  | 10% Discount : | | (125.35) |
|  | Total Fees Due : | | $1,128.15 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 2.30 | $1,253.50 |
| Total | 2.30 | $1,253.50 |
| Total Fees : | 2.30 | $1,253.50 |
| 10% Discount : | | (125.35) |
| Total Fees Due : | | $1,128.15 |

**Summary by Disbursement Codes :**

|  | | |
|---|---|---|
| **TOTAL DUE :** | | **$1,128.15** |