# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**
c/o Lauzon Belanger Lesperance
Attention: Careen Hannouche
286 Rue St. Paul
Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 8/5/2013
**File Number:** ZAI/WRG 060124-01
**Invoice Number:** 21455

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/2013 | KEH | E-mail correspondence from/to 'Careen Hannouche' re: wire transfer from Grace on June 11th in the amount of $1 626.26; review and update Grace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 07/09/2013 | KEH | E-mail correspondence with Cindy Yates regarding payment for January and/or February fee applications. | 0.10 | 195.00 | 19.50 |
| 07/09/2013 | KEH | E-mail correspondence with 'Cindy Yates' to inquire re: payments from WRGrace to include in fee application - no payment received. | 0.20 | 195.00 | 39.00 |
| 07/09/2013 | DKH | Reviewed status of fee applications for Scarfone Hawkins, LBL and the Hogan Firm. Reviewed docket and our spreadsheet for discrepancies. | 1.20 | 400.00 | 480.00 |
| 07/17/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Received and reviewed Fee Auditor's Report Amended Combined Final Report Regarding Those Fee Applications With No Fee or Expense Issues for the Forty-Seventh Interim Period. | 0.50 | 400.00 | 200.00 |
| 07/18/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents re: Certificate of No Objection (No Order Required) Regarding the Thirteenth Quarterly Compensation Application of The Hogan Firm as Counsel to the Canadian ZAI Claimants (related document(s) [30710]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 07/18/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Certificate of No Objection (No Order Required) Regarding the Thirteenth Quarterly Compensation Application of Lauzon Belanger Lesperance as Counsel to the Canadian ZAI Claimants (related document(s)[30714]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |

| 8/5/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 | |
|---|---|---|---|---|---|---|
| 07/18/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Certificate of No Objection (No Order Required) Regarding the Thirteenth Quarterly Compensation Application of Scarfone Hawkins LLP as Counsel to the Canadian ZAI Claimants (related document(s)[30713]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 07/18/2013 | KEH | | Email to Digital Legal transmitting the Certificate of No Objection Regarding the 13th Quarterly Application of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance, for hand delivery upon the U.S. Trustee. | 0.10 | 195.00 | 19.50 |
| 07/18/2013 | KEH | | Email to service parties transmitting, for service, the Certificate of No Objection Regarding the 13th Quarterly Application of The Hogan Firm [Docket No. 30841], Scarfone Hawkins LLP [Docket No. 30842], and Lauzon Belanger Lesperance [Docket No. 30843]. | 0.10 | 195.00 | 19.50 |
| 07/18/2013 | DKH | | Reviewed docket and draft of Certificate of No Objection (No Order Required) Regarding the Thirteenth Quarterly Compensation Application of Lauzon Belanger Lesperance as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 07/18/2013 | DKH | | Reviewed docket and draft of Certificate of No Objection (No Order Required) Regarding the Thirteenth Quarterly Compensation Application of Scarfone Hawkins LLP as Counsel to the Canadian ZAI Claimants | 0.40 | 400.00 | 160.00 |
| 07/18/2013 | DKH | | Reviewed docket and draft of the Certificate of No Objection (No Order Required) Regarding the Thirteenth Quarterly Compensation Application of The Hogan Firm as Counsel to the Canadian ZAI Claimants . | 0.40 | 400.00 | 160.00 |
| 07/19/2013 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Invoice for the fee application for June 1, 2013 – June 30, 2013. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 07/22/2013 | LNC | | Calculated project codes for The Hogan Firm's May time statement. | 1.00 | 195.00 | 195.00 |
| 07/22/2013 | LNC | | Calculated project codes on Lauzon Belanger Lesperance May time statement | 0.30 | 195.00 | 58.50 |
| 07/22/2013 | LNC | | Calculated project codes on Scarfone Hawkins May time statement | 0.30 | 195.00 | 58.50 |
| 07/22/2013 | DKH | | E-mail correspondence with Ashlee White about my understanding of how a further appeal might work in the event that the Third Circuit Court dismisses the appeals by the Crown, the State of Montana, Anderson Memorial, Garlock and certain lenders under the pre-petition credit facilities. | 0.30 | 400.00 | 120.00 |
| 07/22/2013 | DKH | | Reviewed Grace's motion seeking an extension of the stay order under the CCAA proceedings in Canada. | 0.80 | 400.00 | 320.00 |
| 07/23/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Seventh Period Filed by W.R. Grace & Co., et al.. (Attachments: # (1) Exhibit 1). | 0.90 | 400.00 | 360.00 |
| 07/23/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Certification of Counsel Regarding Forty-Seventh Quarter Project Category Summary Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 07/23/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Debtors' Forty-Eighth Quarterly Report of Asset Sales From April 1, 2013 Through June 30, 2013 in Accordance With That Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets (related document(s)[833]) Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |

| 8/5/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
|---|---|---|---|---|---|---|
| 07/23/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Debtors' Forty-Eighth Quarterly Report of Settlements From April 1, 2013 Through June 30, 2013 In Accordance With That Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By Or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding [Related to Docket No. 833] Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 07/23/2013 | LNC | | Prepared the 39th Monthly Fee Application for Lauzon Belanger Lesperance | 1.30 | 195.00 | 253.50 |
| 07/23/2013 | LNC | | Prepared the 39th Monthly Fee Application for Scarfone Hawkins | 1.30 | 195.00 | 253.50 |
| 07/23/2013 | LNC | | Prepared the 39th Monthly Fee Application for The Hogan Firm | 1.30 | 195.00 | 253.50 |
| 07/25/2013 | DKH | | E-mail correspondence with Ashlee White (David Thompson) that I am in the process of reviewing the status of the appeal and I will shed some light on the matter for you once my review is complete. | 0.20 | 400.00 | 80.00 |
| 07/25/2013 | DKH | | E-mail correspondence with Ashlee White concerning status of appeals. | 0.10 | 400.00 | 40.00 |
| 07/25/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 8/1/2013 at 11:00 AM. | 0.30 | 400.00 | 120.00 |
| 07/25/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Thirty-Seventh Monthly Fee Application as Counsel to the Canadian ZAI Claimants (related document(s) [30670]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 07/25/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkins' Thirty-Seventh Monthly Fee Application as Counsel to the Canadian ZAI Claimants (related document(s)[30669]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 07/25/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Thirty-Seventh Monthly Fee Application as Counsel to the Canadian ZAI Claimants (related document(s)[30668]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 07/25/2013 | KEH | | Email to service parties transmitting, for service, the Certificate of No Objection Regarding the 37th Monthly Fee Application of The Hogan Firm [Docket No. 30871], Scarfone Hawkins [Docket No. 30872], and Lauzon Belanger Lesperance [Docket No. 30873]. | 0.10 | 195.00 | 19.50 |
| 07/25/2013 | DKH | | Reviewed docket and draft of Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Thirty-Seventh Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 07/25/2013 | DKH | | Reviewed docket and draft of Certificate of No Objection (No Order Required) of Scarfone Hawkins' Thirty-Seventh Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |
| 07/25/2013 | DKH | | Reviewed docket and draft of the Certificate of No Objection (No Order Required) of The Hogan Firm's Thirty-Seventh Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.40 | 400.00 | 160.00 |

| 8/5/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 07/26/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Monthly Application for Compensation (Thirty-Ninth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2013 to May 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 8/19/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 07/26/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Monthly Application for Compensation (Thirty-Ninth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period May 1, 2013 to May 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 8/19/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 07/26/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt and documents, re: Monthly Application for Compensation (Thirty-Ninth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2013 to May 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 8/19/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 07/26/2013 | GP | | Email correspondence with Digital Legal, LLC transmitting the 39th monthly applications for hand delivery. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Email correspondence with the fee auditor transmitting the 39th monthly fee application for Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Email correspondence with the fee auditor transmitting the 39th monthly fee application for Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Email correspondence with the fee auditor transmitting the 39th monthly fee application for The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Email correspondence with the service parties transmitting the 39th Monthly fee application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Email correspondence with the service parties transmitting the 39th Monthly fee application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Email correspondence with the service parties transmitting the 39th Monthly fee application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Prepared for and filed the 39th Monthly fee application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 07/26/2013 | GP | | Prepared for and filed the 39th Monthly fee application for Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 07/26/2013 | GP | | Prepared for and filed the 39th Monthly fee application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 07/26/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Thirty-Ninth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2013 to May 31, 2013. | 0.80 | 400.00 | 320.00 |
| 07/26/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Thirty-Ninth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2013 to May 31, 2013. | 0.80 | 400.00 | 320.00 |
| 07/26/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Thirty-Ninth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period May 1, 2013 to May 31, 2013. | 0.90 | 400.00 | 360.00 |
| 07/30/2013 | DKH | | Reviewed reservation for telephonic court appearance on August 1, 2013. | 0.20 | 400.00 | 80.00 |
| 07/30/2013 | KEH | | Schedule CourtCall appearance for Daniel Hogan at hearing on August 1, 2013 at 11:00 A.M.; receive confirmation and email to Daniel Hogan. | 0.20 | 195.00 | 39.00 |
| 07/31/2013 | KEH | | E-mail correspondence with Cindy Yates at Scarfone Hawkins re: payments for January and February fee applications. | 0.10 | 195.00 | 19.50 |

| 8/5/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
|---|---|---|---|---|---|---|
| 07/31/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Retrieved and reviewed Order Authorizing the Retention and Employment of Lincoln Partners Advisors, LLC as Financial Advisor to Roger Frankel, the Successor Legal Representative for Future Asbestos Personal Injury Claimants, Nunc Pro Tunc to May 16, 2013. | 0.30 | 400.00 | 120.00 |
| 07/31/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Order Approving Quarterly Fee Applications for the Forty-Seventh Period. | 0.40 | 400.00 | 160.00 |
| 07/31/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Order Authorizing the Retention and Employment of Phillips, Goldman & Spence, P.A. as Delaware Co-Counsel to Roger Frankel, the Successor Legal Representative for Future Asbestos Personal Injury Claimants, Nunc Pro Tunc to May 16, 2013. | 0.20 | 400.00 | 80.00 |
| 07/31/2013 | DKH | | E-mail correspondence withDEBdb_ECF_Reply @deb.uscourts.gov. Retrieved and reviewed Order Authorizing the Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Bankruptcy Counsel to Roger Frankel, the Successor Legal Representative for Future Asbestos Personal Injury Claimants, Nunc Pro Tunc to May 16, 2013. | 0.30 | 400.00 | 120.00 |
| 07/31/2013 | KEH | | Reconcile WRGrace payment spreadsheet with Fee Auditor's Amended Combined Final Report for the 47th Interim Period; and 47th Quarter Project Category Summary. | 0.50 | 195.00 | 97.50 |
| 07/31/2013 | KEH | | Review payment received from WRGrace and post to Grace payment spreadsheet (for use in preparation of fee applications); review emails for receipt of previous payments to determine if payments were missed for January and February 2013; email to Grace accounts inquiring about missed payments. | 0.50 | 195.00 | 97.50 |
| | | | **Total Fees** | **23.10** | | **$6,964.50** |

### Expenses

| 07/22/2013 | Digital Legal, LLC- Hand Delivery of the 13th Quarterly Certificate of No Objection. | 6.80 | |
|---|---|---|---|
| 07/25/2013 | Digital Legal - CNO 37th Monthly | 7.10 | |
| 07/26/2013 | Postage - Monthly fee applications | 4.20 | |
| 07/31/2013 | Digital Legal-39th Mo Appl- Invoice 75610 | 10.50 | |
| 07/31/2013 | Photocopies - Fee Applications & CNOs | 28.20 | |
| | **Total Expenses** | | **$56.80** |

**TOTAL NEW CHARGES**     **$7,021.30**

### STATEMENT OF ACCOUNT

| Prior Balance | 5,460.50 |
|---|---|
| Payments | -5,460.50 |
| Current Fees | 6,964.50 |
| Current Expenses | 56.80 |
| **AMOUNT DUE AND OWING TO DATE** | **$7,021.30** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH; Please call 302.656.7540 if you have any questions or concerns.**

| 8/5/2013 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:6 |

## Payments

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 7/16/2013 | 997 2244 | Payment on Account | 5,460.50 |