# EXHIBIT A

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
July 31, 2013
OUR FILE NO: 05L121

**Scarfone Hawkins LLP**
BARRISTERS AND SOLICITORS
ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

H.S.T. REGISTRATION NO. **873984314 RT – 0001**

---

**CANADIAN ZAI MONTHLY FEE APPLICATION**
**(July 1, 2013 – July 31, 2013)**

---

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07 /02/13 | receipt of and respond to class member inquiries, etc., re status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 07 /05/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 07 /09/13 | receipt of and respond to class member inquiries, etc., re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 07 /15/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 07 /15/13 | receipt of and respond to class member inquiries | DT | $575.00 | 0.25 | $143.75 |
| 07 /16/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 07 /17/13 | receipt of and respond to class member inquiries re: US Appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 07 /18/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 07 /18/13 | receipt Lauren Campbell email | DT | $575.00 | 0.10 | $57.50 |
| 07 /19/13 | receipt Vasuda Sinha email, review Grace motion record re: extension order, email to Vasuda, discuss with Matt Moloci | DT | $575.00 | 0.75 | $431.25 |
| 07 /19/13 | letter to Dan Hogan re: further US appeals procedure, etc. | DT | $575.00 | 0.25 | $143.75 |
| 07 /22/13 | receipt of and respond to class member inquiries re status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |

| | | | | | |
|---|---|---|---|---|---|
| 07 /23/13 | receipt of and respond to class member inquiry re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.10 | $57.50 |
| 07 /24/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 07 /25/13 | emails to and from Dan Hogan re: status of appeals | DT | $575.00 | 0.10 | $57.50 |
| 07 /29/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 07 /30/13 | receipt of and respond to class member inquiries re status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 07 /30/13 | receipt of and respond to class member inquiries | DT | $575.00 | 0.25 | $143.75 |
| 07 /31/13 | receipt of and respond to class members inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 07 /31/13 | review dockets for period July 1, 2013 to July 31, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of July 1, 2013 to July 31, 2013 | LC | $150.00 | 2.00 | $300.00 |
| | | | **SUB-TOTAL** | **6.80** | **$3,060.00** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON<br>25 years - 1988 | DT | 4.80 | $575.00 | $2,760.00 | $358.80 |
| LAW CLERK<br>Cindy Yates<br>31 years - 1982 | CY | 2.00 | $150.00 | $300.00 | $39.00 |
| **SUB-TOTAL:** | | **6.80** | | **$3,060.00** | **$397.80** |
| **TOTAL FEES AND TAXES:** | | | | | **$3,457.80** |

THIS IS OUR FEE APPLICATION,
Per:

**SCARFONE HAWKINS LLP**
E. & O.E.

***Del. Bankr. LR 2016-2(e)(iii) allows for $.10 per page for photocopies.**