# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE

AVOCATS · ATTORNEYS

September 4, 2013

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file:  222

### CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
### (July 1st 2013 to July 31st 2013)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**OUR FEES:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2013-07-09 | CH | Letter and email to case management judge Sophie Picard re: update on stay proceedings CCAA; | 0.42 | $285.00 | $119.70 |
| 2013-07-09 | CH | Email to Mr. Gagné (Attorney General of Canada) re: inquiry as to Justice Picard's letter; | 0.25 | $285.00 | $71.25 |
| 2013-07-11 | CH | Letter to David Thompson re: portion of The Hogan Firm's fees; | 0.33 | $285.00 | $94.05 |
| 2013-07-11 | CH | Telephone conversation with Albanie Morin (Québec consumer association) re: inquiry on status of file and questions on claims process; | 0.42 | $285.00 | $119.70 |
| 2013-07-23 | CH | Telephone conversation with a class member re: status of the file; | 0.50 | $285.00 | $142.50 |
| 2013-07-23 | CH | Review of May and June time statements; | 0.33 | $285.00 | $94.05 |
| 2013-07-23 | CH | Email to Lauren Campbell re: May and June time statements; | 0.17 | $285.00 | $48.45 |
| 2013-07-25 | CH | Review of 39th Monthly Fee Application; | 0.25 | $285.00 | $71.25 |
| 2013-07-31 | CH | Review of email from Karen Harvey to Grace Accounts payable re: payment Hogan Firm March application; | 0.17 | $285.00 | $48.45 |

|  |  | **OUR FEES :** | **2.84** |  | **809.40** |
|---|---|---|---|---|---|

- 2 -

TIME SUMMARY BY LAWYER

CH        285.00      2.84           $ 809.40

| | | |
|---|---|---|
| **TOTAL FEES** | | **$ 809.40** |
| | | |
| G.S.T. 5% | | 40.47 |
| Q.S.T. 9.975 % | | 80.74 |
| | | |
| **TOTAL** | | **$    930.61** |

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001