**NO ORDER REQUIRED**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 9/23/2013; 4:00 pm ET |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 31055
(60th MONTHLY FEE APPLICATION OF COUNSEL FOR THE PD FCR)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Sixtieth Interim Monthly Fee Application of Alan

B. Rich, counsel to Judge Alexander M. Sanders, Jr., Property Damages Future Claims

Representative (the "Applicant") for the period August 1, 2013 to August 31, 2013 (the

"Application"). The undersigned further certifies that he caused the review of the Court's docket

in this case and no answer, objection or other responsive pleading to the Application appears

thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and

served no later than 4:00 p.m., ET, September 23, 2013.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, upon the

filing of this certification and without the need for entry of a Court order approving the

Application, the Debtors are authorized to pay the Applicant $8,220.00 (which is 80% of the total

fee incurred of $10,275.00), plus 100% of the expenses incurred, $30.00, a total of

**$8,250.00.**

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Tel: (214) 744-5100
Fax: (214) 744-5101
arich@alanrichlaw.com

COUNSEL TO JUDGE ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of September, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____