# Exhibit A

# EXHIBIT A

## W.R. Grace – 48th Interim Period (January 1, 2013 – March 31, 2013)
### Fee and Expense Chart with Recommendations

| ANDERSON KILL P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30633 | TOTAL: | $392,374.50 | $124.41 | $392,131.50 | $124.41 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30897 | TOTAL: | $181,453.95 | $2,155.60 | $181,453.95 | $2,155.60 |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30626 | TOTAL: | $12,013.45 | $512.41 | $11,046.24 | $512.41 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30715 | TOTAL: | $125,000.00 | $77.32 | $125,000.00 | $77.32 |

| BMC GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30789 | TOTAL: | $107,535.50 | $4,766.24 | $107,516.00 | $4,766.24 |

| CAMPBELL & LEVINE, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30631 | TOTAL: | $41,560.50 | $3,851.39 | $41,521.50 | $3,851.39 |

1

| CAPLIN & DRYSDALE, CHARTERED | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30632 | TOTAL: | $240,922.00 | $1,816.44 | $240,922.00 | $1,816.44 |

| CAPSTONE ADVISORY GROUP, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30649 | TOTAL: | $134,650.00 | $287.38 | $134,650.00 | $287.38 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30638 | TOTAL: | $38,263.00 | $37,985.12 | $38,263.00 | $37,985.12 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30634 | TOTAL: | $52,313.50 | $39.10 | $52,313.50 | $39.10 |

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30893 | TOTAL: | $29,380.50 | $124.42 | $29,380.50 | $124.42 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30651 | TOTAL: | $20,510.00 | $3,273.78 | $20,510.00 | $3,273.78 |

| FOLEY HOAG LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30625 | TOTAL: | $18,025.60 | $43.82 | $18,025.60 | $43.82 |

2

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30851 | TOTAL: | $10,950.00 | $8,674.52 | $10,950.00 | $8,674.52 |

| LAW OFFICES OF ROGER J. HIGGINS, LLC ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30642 | TOTAL: | $203,537.50 | $1,956.30 | $202,682.00 | $1,880.81 |

| THE HOGAN FIRM ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30710 | TOTAL: | $24,754.00 | $1,661.24 | $24,754.00 | $1,661.24 |

| KIRKLAND & ELLIS LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30759 | TOTAL: | $1,587,846.00 | $59,992.66 | $1,587,846.00 | $59,992.66 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30648 | TOTAL: | $137,895.50 | $6,557.86 | $137,895.50 | $6,557.86 |

| LAUZON BÉLANGER LESPÉRANCE ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30714 | TOTAL: | CDN $2,379.75 | CDN $363.67 | CDN $2,379.75 | CDN $363.67 |

3

| LEGAL ANALYSIS SYSTEMS, INC. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30635 TOTAL: | $1,362.00 | $0.00 | $1,362.00 | $0.00 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31044 TOTAL: | $293,944.50 | $632.05 | $293,944.50 | $632.05 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30829 TOTAL: | $110,216.50 | $54,658.77 | $110,216.50 | $54,658.77 |

| PHILLIPS, GOLDMAN & SPENCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30612 TOTAL: | $12,198.00 | $1,034.51 | $12,148.50 | $1,034.51 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30630 TOTAL: | $666,951.60 | $25,876.46 | $666,951.60 | $25,876.46 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30636 TOTAL: | $32,574.00 | $756.93 | $32,574.00 | $756.93 |

| RICH, ALAN B. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30586 TOTAL: | $63,350.00 | $738.15 | $63,350.00 | $738.15 |

4

| HON. ALEXANDER M. SANDERS, JR. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30584 | TOTAL: | $8,235.00 | $0.00 | $8,235.00 | $0.00 |

| SAUL EWING LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30653 | TOTAL: | $34,060.00 | $444.30 | $34,060.00 | $444.30 |

| SCARFONE HAWKINS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30713 | TOTAL: | CDN $6,420.00 | CDN $834.60 | CDN $6,420.00 | CDN $834.60 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30640 | TOTAL: | $112,726.00 | $1,149.18 | $112,726.00 | $1,149.18 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30652 | TOTAL: | $43,028.00 | $485.63 | $42,293.00 | $485.63 |

| WOODCOCK WASHBURN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30647 | TOTAL: | $20,046.00 | $898.15 | $20,046.00 | $898.15 |