# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# AUGUST 1, 2013 THROUGH
# AUGUST 31, 2013

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

September 19, 2013

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   108077

Re:  W. R. Grace & Co.
     Roger Frankel
Case No.:  01-01139 (RLB)

              Subtotal for FEES only:  08/31/13      $2,640.00
              Subtotal for COSTS only: 08/31/13        $869.77
                                                   -------------
     CURRENT PERIOD FEES AND COSTS:    08/31/13      $3,509.77
                                                   -------------

************************************************************

       Please send remittance copy with payment.  Thank you.

************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

September 19, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   108077

Re:  W. R. Grace & Co.
     Roger Frankel

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 9.9 | 2,062.50 |
| CASE ADMINISTRATION | 0.2 | 33.00 |
| LITIGATION | 0.9 | 445.50 |
| PLAN AND DISCLOSURE STATEMENT | 0.2 | 99.00 |
| Subtotal for FEES only: 08/31/13 | 11.2 | $2,640.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 495.00 | JCP | 2.40 | 2.40 | 1,188.00 | 0.00 | 0.00 |
| 165.00 | TLB | 0.40 | 0.40 | 66.00 | 0.00 | 0.00 |
| 165.00 | CAH | 8.40 | 8.40 | 1,386.00 | 0.00 | 0.00 |
| Totals | | 11.20 | 11.20 | 2,640.00 | 0.00 | 0.00 |

```
  Sorts:  Grouping code             (Paginate)
          Client code
          Actual employee code      (Subtotal)
          Transaction date

  Ranges:
       Include "Client code" from WRG to WRG
       Exclude "Billable $" from 0.00 to 0.00
       Include "Invoice Number" from 108077 to 108077

                                        Act   Trans                                              Billable        Billable  Gr
Cl code Grouping code description       Emp   Date     Transaction description                      Hours         Dollars  Cd

WRG     CASE ADMINISTRATION             CAH   08/01/13 Update docket to system.                       0.10           16.50 Ca

WRG     CASE ADMINISTRATION             CAH   08/28/13 Update docket to system.                       0.10           16.50
                                                                                                    ------         -------
                                                                                                      0.20           33.00
                                                                                                    ------         -------
                                                                                                      0.20           33.00
                                                                                                    ------         -------

Total records this group:   2
```

|         |                           | Act | Trans    |                                                                                                                                                                                                                                                          | Billable | Billable | Gr  |
| Cl code | Grouping code description | Emp | Date     | Transaction description                                                                                                                                                                                                                                  | Hours    | Dollars  | Cd  |
| WRG     | LITIGATION                | JCP | 08/01/13 | Phone conference with Judge Carey and all counsel re: Status Conference.                                                                                                                                                                                 | 0.20     | 99.00    | Li  |
| WRG     | LITIGATION                | JCP | 08/05/13 | Review of Debtors' Motion for Order Authorizing Debtors to Participate in Auction; review of proposed Order.                                                                                                                                             | 0.20     | 99.00    |     |
| WRG     | LITIGATION                | JCP | 08/06/13 | Review of Notice of Change on Firm name of counsel for Personal Injury Committee; memorandum to file re: same.                                                                                                                                           | 0.10     | 49.50    |     |
| WRG     | LITIGATION                | JCP | 08/27/13 | Review of Agenda for 8/29/13 Hearing; conference with paralegal re; signing up Court Call for 8/29/13 teleconference with Judge Carey; review of confirmation from Court Call re: same; memorandum to file re: same; review of Amended Agenda canceling 8/29/13 Hearing. | 0.30     | 148.50   |     |
| WRG     | LITIGATION                | JCP | 08/28/13 | Review of Order scheduling Omnibus Hearing dates; calendar same.                                                                                                                                                                                         | 0.10     | 49.50    |     |
|         |                           |     |          |                                                                                                                                                                                                                                                          | ------   | --------  |     |
|         |                           |     |          |                                                                                                                                                                                                                                                          | 0.90     | 445.50   |     |
|         |                           |     |          |                                                                                                                                                                                                                                                          | ------   | --------  |     |
|         |                           |     |          |                                                                                                                                                                                                                                                          | 0.90     | 445.50   |     |
|         |                           |     |          |                                                                                                                                                                                                                                                          | ------   | --------  |     |

Total records this group:    5

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/01/13 | Complete May 17 to 31 fee application for Phillips, Goldman & Spence and forward to John C. Phillips, Jr. for review and execution | 0.40 | 66.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/01/13 | Draft June 2013 fee application for Phillips, Goldman & Spence and forward to John C. Phillips, Jr. for review and execution | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/02/13 | Draft 37th quarterly fee application for Phillips, Goldman & Spence as counsel to both FCR and Successor FCR | 2.80 | 462.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/06/13 | Review of and revise May and June fee applications for Phillips, Goldman & Spence. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/06/13 | Scan, OCR and file first and second monthly fee applications for Phillips, Goldman & Spence as counsel to R. Frankel, Successor FCR. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/06/13 | Complete quarterly fee application and forward to John C. Phillips, Jr. to review. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/07/13 | Review of and revise quarterly fee application as per John C. Phillips, Jr.. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/08/13 | Review of e-mail from D. Fullem and download; download and file June fee application for R. Frankel as FCR. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/09/13 | Research payment of 20% fees on quarterly approved applications. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/12/13 | Scan and OCR Phillips, Goldman & Spence quarterly fee application and file; combine label and serve same. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/15/13 | Review of e-mail from D. Fullem; exchange of 3 e-mails regarding filings. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/21/13 | Draft Phillips, Goldman & Spence July fee application. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/26/13 | Scan, OCR and file and serve Phillips, Goldman & Spence third monthly fee application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/28/13 | Draft Certificate of No Objection for Phillips, Goldman & Spence May and June monthly fee applications as counsel to to R. Frankel. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/29/13 | Review of and revise June Certificate of No Objection; scan, file and serve May and June Certificate of No Objection for Phillips, Goldman & Spence fee applications. | 0.40 | 66.00 | |
| | | | | | 8.20 | 1,353.00 | |

```
                                          Act   Trans                                                              Billable    Billable Gr
Cl code Grouping code description         Emp   Date     Transaction description                                    Hours     Dollars  Cd

WRG     FEE/EMPLOYMENT APPLICATIONS       JCP   08/06/13 Review of, revise and execute 1st Interim Fee Application    0.70      346.50 fa
                                                         (.2); review of, revise and execute 2nd Interim Fee
                                                         Application (.2); review of, revise and execute 37th
                                                         Quarterly Fee Application (.2); conference with Celeste A.
                                                         Hartman re: revisions to all 3 applications (.1).

WRG     FEE/EMPLOYMENT APPLICATIONS       JCP   08/21/13 Review of, revise and execute Phillips, Goldman & Spence     0.30      148.50
                                                         3rd Interim Fee Application; conference with Celeste A.
                                                         Hartman re: same.

WRG     FEE/EMPLOYMENT APPLICATIONS       JCP   08/28/13 Review of and execute Certificate of No Objection re:        0.10       49.50
                                                         Phillips, Goldman & Spence 1st Interim Fee Application
                                                         (5/17/13-5/31/13).

WRG     FEE/EMPLOYMENT APPLICATIONS       JCP   08/29/13 Review of, revise and execute Certificate of No Objection    0.20       99.00
                                                         for Phillips, Goldman & Spence 2nd Interim Fee
                                                         Application; conference with Celeste A. Hartman re: same.
                                                                                                                     ------    --------
                                                                                                                      1.30      643.50
                                                                                                                     ------    --------

WRG     FEE/EMPLOYMENT APPLICATIONS       TLB   08/16/13 E-file First Monthly Application for Orrick Herrington &     0.20       33.00
                                                         Sutcliffe for Compensation for Services Rendered and
                                                         Reimbursement as Bankruptcy Counsel to Roger Frankel,
                                                         Asbestos PI Future Claimants' Representative (5/16/13 -
                                                         5/31/13); e-file Second Monthly Application for Orrick
                                                         Herrington & Sutcliffe for Compensation for Services
                                                         Rendered and Reimbursement as Bankruptcy Counsel to Roger
                                                         Frankel, Asbestos PI Future Claimants' Representative
                                                         (6/1/13 -6/30/13).

WRG     FEE/EMPLOYMENT APPLICATIONS       TLB   08/30/13 E-file CNO re: Second Monthly Interim Application for        0.20       33.00
                                                         Compensation for Services Rendered and Reimbursement of
                                                         Expenses of Roger Frankel, Asbestos PI Future Claimants'
                                                         Representative, for the period from June 1, 2013 through
                                                         June 30, 2013; e-file Quarterly Application for
                                                         Compensation [Twenty-Ninth Quarterly Interim] of Orrick,
                                                         Herrington & Sutcliffe LLP, Bankruptcy Counsel to David T.
                                                         Austern, Former Asbestos PI Future Claimants'
                                                         Representative, for Compensation and Reimbursement of
                                                         Expenses Incurred for the period January 1, 2013 to March
                                                         31, 2013.
                                                                                                                     ------    --------
                                                                                                                      0.40       66.00
                                                                                                                     ------    --------
                                                                                                                      9.90    2,062.50
                                                                                                                     ------    --------


Total records this group:   21
```

```
                                         Act  Trans                                                             Billable      Billable  Gr
Cl code  Grouping code description       Emp  Date     Transaction description                                     Hours       Dollars  Cd

WRG      PLAN AND DISCLOSURE             JCP  08/08/13 Review of Garlock's Motion to Extend Time to File Petition    0.10         49.50  ps
         STATEMENT                                     for Re-hearing and Re-Hearing En Banc.

WRG      PLAN AND DISCLOSURE             JCP  08/10/13 Review of Order Granting Garlock's Motion to Extend Time      0.10         49.50
         STATEMENT                                     to File Petition for Re-Hearing.
                                                                                                                  -------      -------
                                                                                                                     0.20        99.00
                                                                                                                  -------      -------
                                                                                                                     0.20        99.00
                                                                                                                  -------      ----------

Total records this group:  2

                                                                                                                  -------      ----------
                                                                                                                    11.20      2,640.00
                                                                                                                  =======      ==========

30 records printed.
```