# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## AUGUST 1, 2013 THROUGH
## AUGUST 31, 2013

Phillips, Goldman & Spence, P.A.


                                                        Page   2


                                          September 19, 2013


Orrick, Herrington & Sutcliffe, LLP


                                          File   WRG-AUS/JCP
                                Invoice number   108077


Re:  W. R. Grace & Co.
     Roger Frankel


         COSTS ADVANCED

06/13/13  Photocopies                                      9.00
08/01/13  On-line docket research                          8.00
08/12/13  Postage                                          1.98
08/21/13  Check No.: 52430 - Reliable Wilmington -
          Mailing Service.                               850.79
                                                     - - - - - - - - - - - - -
              Subtotal for COSTS only: 08/31/13        $869.77
                                                     - - - - - - - - - - - - -