## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on September 25, 2013, I caused the *Fourth Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants for Compensation and Reimbursement of Expenses for the Period of August 1, 2013 to August 31, 2013*, be served upon those persons shown below via email and the Court's ecf system.

*Email: ljones@pszjlaw.com*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski Stang Ziehl & Jones LLP

*Email: vdimaio@parcelsinc.com*
Parcels, Inc.

*Email: richard.shepacarter@usdoj.gov*
Office of the United States Trustee

*Email: feeaudit@whsmithlaw.com* and *bruhlander@whsmithlaw.com*
Bobbi Ruhlander
Warren H. Smith & Associates

*E-mail: richard.finke@grace.com*
David B. Siegel
W.R. Grace & Co.

*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil B. Glassman, Esquire
The Bayard Firm

*E-mail: mhurford@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: tcurrier@saul.com*
(Local Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP

*E-mail: jdonley@kirkland.com; apaul@kirkland.com*
(Counsel to Debtor)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered

*E-mail: lkruger@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
David Heller, Esquire
Carol Hennessey, Esquire
Latham & Watkins

*E-mail: tmayer@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP

*Email: rhiggins@rogerhigginslaw.com*
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC

*Email: mjoseph@ferryjoseph.com*
Michael B. Joseph, Esquire
Ferry, Joseph & Pierce, P.A.

*Email: dfelder@orrick.com; rwyron@orrick.com*
Debra Felder, Esquire
Richard Wyron, Esquire
Orrick Herrington & Sutcliffe, LLP

Email: *rfrankel@orrick.com*
Roger Frankel, Esquire
Orrick Herrington & Sutcliffe, LLP

Under penalty of perjury, I certify the foregoing to be true and correct.

_____
CELESTE A. HARTMAN