Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com



| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2206860 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 09/09/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA 22902 | |

Re: Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 48.00 |
| Docket Entries | 71.40 |
| Federal Express | 51.48 |
| CURRENT EXPENSES | 170.88 |

| | |
|---|---:|
| **TOTAL AMOUNT OF THIS INVOICE** | 170.88 |
| **NET AMOUNT OF THIS INVOICE** | 170.88 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2206857 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 09/09/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00001 |
| Charlottesville, VA 22902 | |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/02/13 | TKD | Review Debtors Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition | 0.4 | 260.00 |
| | | TOTAL HOURS | 0.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 0.4 at | $650.00 = | 260.00 |

CURRENT FEES                                                                 260.00

**TOTAL AMOUNT OF THIS INVOICE**                                              260.00

**NET AMOUNT OF THIS INVOICE**                                                260.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



| | | Federal Identification Number: 23-1416352 |
| --- | --- | --- |
| | | Accounting Phone: 215-972-7708 |
| | | www.saul.com |

| | |
| --- | --- |
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2206858 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 09/09/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00004 |
| Charlottesville, VA 22902 | |

Re:  Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/13:

| Date | Tkpr | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 08/01/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/02/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 08/05/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 08/06/13 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 08/07/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/08/13 | TKD | Review all pleadings and share with team | 0.5 | 325.00 |
| 08/09/13 | TKD | Review all pleadings and share with team | 0.4 | 260.00 |
| 08/13/13 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 08/14/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/15/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 08/16/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 08/19/13 | TKD | Review all case filings | 0.5 | 325.00 |
| 08/19/13 | TBB | Forward ECf filings to team | 0.1 | 19.50 |
| 08/20/13 | TKD | Review all case filings | 0.4 | 260.00 |
| 08/20/13 | TBB | Forward ECf filings to team. | 0.2 | 39.00 |
| 08/21/13 | TKD | Review all case filings | 0.4 | 260.00 |
| 08/21/13 | TBB | Forward ECF filings to team. | 0.2 | 39.00 |
| 08/22/13 | TKD | Review all case filings | 0.4 | 260.00 |
| 08/22/13 | TBB | Forward ECF filing to team. | 0.2 | 39.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00004  
09/09/13

Case 01-01139-AMC Doc 31166-2 Filed 09/26/13 Page 4 of 12

WR Grace - Official Committee of Equity Security Holders  
Case Administration

Invoice Number 2206858  
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/23/13 | TKD | Review all case filings | 0.5 | 325.00 |
| 08/23/13 | TBB | Forward ECF filings to team. | 0.2 | 39.00 |
| 08/26/13 | TKD | Reconfirm/check on hearings for upcoming dates | 0.3 | 195.00 |
| 08/26/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 08/27/13 | TKD | Reviewed all case filings and share with team | 0.4 | 260.00 |
| 08/30/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| | | TOTAL HOURS | 10.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 0.9 | at | $195.00 | = | 175.50 |
| Teresa K.D. Currier | 9.1 | at | $650.00 | = | 5,915.00 |

CURRENT FEES     6,090.50

**TOTAL AMOUNT OF THIS INVOICE**     6,090.50

**NET AMOUNT OF THIS INVOICE**     6,090.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace – Official Committee of Equity Security Holders | Invoice Number  2206859 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date  09/09/13 |
| Peninsula Capital Advisors LLC | Client Number  359022 |
| 404B East Main Street | Matter Number  00008 |
| Charlottesville, VA  22902 | |

Re:  Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/13 | TKD | Prepare for committee call | 0.4 | 260.00 |
| 08/01/13 | TKD | Attend committee call | 1.2 | 780.00 |
| | | TOTAL HOURS | 1.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.6 | at | $650.00 | = | 1,040.00 |

CURRENT FEES ............................................................. 1,040.00

**TOTAL AMOUNT OF THIS INVOICE** ............................. 1,040.00

**NET AMOUNT OF THIS INVOICE** ............................... 1,040.00



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2206861 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 09/09/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re:  Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/14/13 | TBB | Draft Saul Ewing's Seventeenth Quarterly fee Application. | 0.8 | 156.00 |
| 08/14/13 | TBB | File and swerve Saul Ewing's Seventeenth Quarterly fee Application. | 0.8 | 156.00 |
| 08/22/13 | TKD | Review CNO for Saul and approve for filing | 0.2 | 130.00 |
| 08/22/13 | TBB | Draft CNO to Saul Ewing's Forty Eighth Monthly Fee Application. | 0.4 | 78.00 |
| 08/22/13 | TBB | File and serve Saul Ewing's CNO. | 0.8 | 156.00 |
| 08/26/13 | TBB | Draft Saul Ewing's forty ninth monthly fee application | 0.5 | 97.50 |
| 08/26/13 | TBB | File and serve Saul Ewing's forty ninth monthly fee application | 0.8 | 156.00 |
| 08/26/13 | TBB | Calendar dates. | 0.1 | 19.50 |
| | | TOTAL HOURS | 4.4 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 4.2 | at | $195.00 | = | 819.00 |
| Teresa K.D. Currier | 0.2 | at | $650.00 | = | 130.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
09/09/13

Case 01-01139-AMC    Doc 31166-2    Filed 09/26/13    Page 7 of 12

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Applicant

Invoice Number 2206861
Page 2

|  |  |
|---|---:|
| CURRENT FEES | 949.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 949.00 |
| **NET AMOUNT OF THIS INVOICE** | 949.00 |



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2206862 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 09/09/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/13 | TKD | Review Kramer fee app and notice for filing | 0.3 | 195.00 |
| 08/01/13 | TBB | Draft Notice to Kramer Levin's one hundred and forty second monthly fee application. | 0.2 | 39.00 |
| 08/01/13 | TBB | File and serve Kramer Levin's one hundred and forty second monthly fee application. | 0.8 | 156.00 |
| 08/01/13 | TBB | Calendar dates. | 0.1 | 19.50 |
| 08/20/13 | TBB | Draft Notice to Kramer Levin's Forty Fifth Quarterly Fee Application. | 0.2 | 39.00 |
| 08/20/13 | TBB | File and serve Kramer Levin's Forty Fifth Quarterly Fee Application. | 0.8 | 156.00 |
| 08/20/13 | TBB | E-mails with D. Blabely re: Fee Application. | 0.1 | 19.50 |
| 08/22/13 | TKD | Review CNO for Kramer and approve for filing | 0.2 | 130.00 |
| 08/22/13 | TBB | Draft Notice to Kramer Levin's One Hundred and Forty Third Monthly Fee Application. | 0.2 | 39.00 |
| 08/22/13 | TBB | File and serve Kramer Levin's fee application. | 0.8 | 156.00 |
| 08/26/13 | TBB | Draft CNO to Kramer Levin's One Hundred and Forty Second Monthly Fee Application. | 0.2 | 39.00 |
| 08/26/13 | TBB | File and serve CNO to Kramer Levin's One Hundred and Forty Second Monthly Fee Application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 4.7 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2206862 |
| 00016 | Holders | Page 2 |
| 09/09/13 | Fee Applications/Others | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 4.2 | at | $195.00 | = | 819.00 |
| Teresa K.D. Currier | 0.5 | at | $650.00 | = | 325.00 |

|  |  |
|---|---|
| CURRENT FEES | 1,144.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,144.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,144.00 |

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number 2206863
Invoice Date 09/09/13
Client Number 359022
Matter Number 00017

Re: Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/13 | TKD | Attend Grace telephonic hearing on status before Judge Carey | 0.4 | 260.00 |
| 08/25/13 | TKD | Review docket to determine if omnibus hearing is tomorrow; communications with David Blabey and with Jamie ONeill re same | 0.4 | 260.00 |
| 08/27/13 | TKD | Review Agenda and communicate with David Blabey about court coverage | 0.3 | 195.00 |
| 08/27/13 | TKD | Review agenda for hearing and communicate with Phil Bentley about hearing | 0.4 | 260.00 |
|  |  | TOTAL HOURS | 1.5 |  |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.5 | at | $650.00 | = | 975.00 |

CURRENT FEES                                                                 975.00

**TOTAL AMOUNT OF THIS INVOICE**                                              975.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00017
09/09/13

Case 01-01139-AMC   Doc 31166-2   Filed 09/26/13   Page 11 of 12

WR Grace - Official Committee of Equity Security
Holders
Hearings

Invoice Number 2206863
Page 2

**NET AMOUNT OF THIS INVOICE**     975.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2206864 |
| Invoice Date | 09/09/13 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re: Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/07/13 | TKD | Review Garlock motion to the Third Circuit | 0.4 | 260.00 |
| 08/20/13 | TKD | Review Garlock Petition for Rehearing | 0.2 | 130.00 |
| 08/21/13 | TKD | Review Garlock Addendum to filing | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.8 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.8 | at | $650.00 | = | 520.00 |

CURRENT FEES    520.00

TOTAL AMOUNT OF THIS INVOICE    520.00

NET AMOUNT OF THIS INVOICE    520.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP