# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

**Canadian ZAI Claimants**  
c/o Lauzon Belanger Lesperance  
Attention: Careen Hannouche  
286 Rue St. Paul  
Quest bureau 100 Montreal QC H2Y 2A3  

Date:              9/10/2013  
File Number:       ZAI/WRG 060124-01  
Invoice Number:    21546  

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01  

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/2013 | DKH | Attended the Omnibus hearing telephonically. | 0.40 | 400.00 | 160.00 |
| 08/01/2013 | DKH | E-mail correspondence with Finke, Richard that the Hogan Firm and Scarfone Hawkins fee applications for January and February 2013 were inadvertently set aside and, therefore, not processed by Grace's Accounts Payable function. The fee applications have been located and this morning I approved them for payment, which should be issued shortly. | 0.20 | 400.00 | 80.00 |
| 08/01/2013 | DKH | WRGrace Hearing - Telephonic/CourtCall Appearance scheduled. | 0.60 | 400.00 | 240.00 |
| 08/02/2013 | KEH | E-mail correspondence from Grace Accounts Payable transmitting payments for THF's January and February 2013 fee applications; revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 08/02/2013 | KEH | E-mail correspondence from/to 'Cindy Yates' regarding what payments are expected from WRGrace - January, February & March 2013. | 0.20 | 195.00 | 39.00 |
| 08/02/2013 | KEH | E-mail correspondence to 'Cindy Yates';Careen Hannouche with inquiry re: payments received from WRG so we may update the fee applications. | 0.10 | 195.00 | 19.50 |
| 08/02/2013 | DKH | E-mail correspondence with DEBdb_ECF_Repl @deb.uscourts.gov. Reviewed Motion to Authorize [Motion for Entry of a Protective Order Authorizing the Debtors to File Under Seal Their Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition] (related document(s) [30914]) Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |

| 9/10/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 | |
|---|---|---|---|---|---|---|
| 08/02/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Motion to Authorize [Debtors Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition] [Filed Under Seal] Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 08/02/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Post-Confirmation Report [Office of the United States Trustee - Region 3 Post-Confirmation Quarterly Summary Report] Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 08/02/2013 | KEH | | Email from Cindy Yates transmitting Scarfone Hawkins' statement for the period June 1 - June 30, 2013; save to file. | 0.10 | 195.00 | 19.50 |
| 08/02/2013 | KEH | | Email to Digital Legal transmitting, for hand delivery upon the U.S. Trustee, the 37th Monthly Fee Applications of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/05/2013 | KEH | | E-mail correspondence from Bobbi Ruhlander, re: agree that the amount of holdback due THF for that quarter is $4,478.00; due 80% of your fees for the quarter ($21,602.00) plus 100% of your expenses ($416.09), for a total of $22,018.09. The amount of your 20% fee holdback would ordinarily have been $5,400.50. However, we recommended a $922.50 fee reduction, so that would have reduced the fee holdback due you to $4,478.00; review and revise WRGrace payment spreadsheet to correspond. | 0.40 | 195.00 | 78.00 |
| 08/05/2013 | KEH | | E-mail correspondence from Careen Hannouche re: payment received on August 2nd in the amount of 641.21$; determine how to apply payment and revise WRGrace spreadsheet to show same - for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 08/05/2013 | KEH | | E-mail correspondence from Grace Accounts Payable transmitting Remittance Advice for October 2012 & December 2012 holdback - revise WRG payment spreadsheet (for fee applications) and try to determine amounts for each (less $992.50) | 0.50 | 195.00 | 97.50 |
| 08/05/2013 | KEH | | E-mail correspondence to Bobbi Ruhlander, re: telephone call with Jason Day at WRGrace - checking on the balance due for the last quarter of 2012; two deductions, $553.50 & $369.00, were taken against the December application and October was paid - still owed for November 2012 in the amount of $1,876.90; total for the quarter should be $4,478.00 - figures do not correspond w/WRG. | 0.20 | 195.00 | 39.00 |
| 08/05/2013 | KEH | | E-mail correspondence with Payable-NA, Accounts re: Remittance Advice in the amount of $2,601.10 - shows payment for October and December 2012 (holdback). Please clarify - according to our records, the total holdback for October and December should be $2,970.10, as follows: October requested fees $1,873.50; Fee Auditor reduction $553.50 = $1,320.00<br>December requested fees $1,650.10; No reduction<br>TOTAL $2,970.10 / A shortage of $369.00<br>Also due $1,507.90 for November holdback. ($1,876.90 Requested; $369.00 Fee Auditor reduction). | 0.30 | 195.00 | 58.50 |
| 08/05/2013 | DKH | | Met with Karen Harvey to review application for last quarter of 2012 and the holdback. Reviewed spreadsheet and compared against Fee Examiner figures. | 0.40 | 400.00 | 160.00 |
| 08/05/2013 | KEH | | Telephone call from Jason Day at WRGrace regarding application of payment for deposit on 8/6/2013 in the amount of $2,601.10. Review WRGrace payment spreadsheet. | 0.30 | 195.00 | 58.50 |
| 08/06/2013 | KEH | | Review email correspondence from Cindy Yates to Grace Accounts Payable; review WRGrace payment spreadsheet for amounts due to Scarfone Hawkins for their fee applications. | 0.30 | 195.00 | 58.50 |

| 9/10/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
|---|---|---|---|---|---|---|
| 08/08/2013 | KEH | | E-mail correspondence from Grace Accounts Payable transmitting Remittance Advice for The Hogan Firm's November 2012 Holdback; review same and revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.20 | 195.00 | 39.00 |
| 08/09/2013 | GP | | Calculated project codes for The Hogan Firm's June time statement. | 1.00 | 195.00 | 195.00 |
| 08/09/2013 | GP | | Calculated project codes on Lauzon Belanger Lesperance's June time statement. | 0.30 | 195.00 | 58.50 |
| 08/09/2013 | GP | | Calculated project codes on Scarfone Hawkins June time statement. | 0.30 | 195.00 | 58.50 |
| 08/09/2013 | GP | | Drafted the 40th Monthly Fee Application for Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 08/09/2013 | GP | | Drafted the 40th Monthly Fee Application for Scarfone Hawkins. | 1.30 | 195.00 | 253.50 |
| 08/09/2013 | GP | | Drafted the 40th Monthly Fee Application for The Hogan Firm. | 1.30 | 195.00 | 253.50 |
| 08/12/2013 | GP | | Email correspondence with Careen Hannouche, re: draft of LBL's 40th Monthly Fee Application for review. Receipt of signed Certification. | 0.20 | 195.00 | 39.00 |
| 08/12/2013 | KEH | | E-mail correspondence with Careen Hannouche, re: payment received on 8/2/13, $641.21, was for LBL's March 2013 fee application (80% fees plus expenses). Please check to see if you have received any of your holdback for the last quarter of 2012. You are due the following:<br>October $133.95; November $192.64; December $127.31; Total $453.90 | 0.30 | 195.00 | 58.50 |
| 08/12/2013 | KEH | | E-mail correspondence with Cindy Yates - confirmation that ours, Scarfone Hawkins and WRGrace's numbers are the same for SH. | 0.10 | 195.00 | 19.50 |
| 08/12/2013 | GP | | Email correspondence with Cindy Yates transmitting SH's 40th Monthly Fee Application for review. | 0.20 | 195.00 | 39.00 |
| 08/12/2013 | DKH | | Received and reviewed Scarfone Hawkins LLP Monthly Fee Statement for July 1, 2013 – July 31, 2013. | 0.40 | 400.00 | 160.00 |
| 08/12/2013 | KEH | | Review various emails regarding Scarfone Hawkins payments due from WRGrace; review WRGrace spreadsheet for amounts due to SH: $1,615.87 is payment for March, 2013 (80%: $1,390.00 Fees; and $225.87 Expenses); $4,354.73 is for January and February 2013 (80% fees plus expenses); still due to Scarfone Hawkins: October, 2012 holdback $315.75 and December $326.25; Total due $642.00 in holdback for 2012 - E-mail to Cindy Yates, Marisa Guzman and Jason Day with breakdown. | 0.70 | 195.00 | 136.50 |
| 08/12/2013 | DKH | | Reviewed and revised draft of LBL's 40th monthly fee application. | 0.80 | 400.00 | 320.00 |
| 08/12/2013 | DKH | | Reviewed and revised Sh's 40th Monthly fee application. | 0.80 | 400.00 | 320.00 |
| 08/12/2013 | DKH | | Reviewed and revised the Hogan Firm's 40th Monthly Fee Application and signed certification. | 0.90 | 400.00 | 360.00 |
| 08/13/2013 | KEH | | E-mail correspondence from Careen Hannouche re: $438.90 payment received on August 7th; revise WRGrace payment spreadsheet for use with fee applications. | 0.20 | 195.00 | 39.00 |
| 08/13/2013 | KEH | | E-mail correspondence from DEBdb_ECF_Reply@deb.uscourts.gov - review receipt & documents, re: Monthly Application for Compensation (Fortieth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2013 to June 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 9/3/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 08/13/2013 | KEH | | E-mail correspondence to 'Careen Hannouche' re: payment of $438.90 $15.00 short - will show on November since it was short when 80% was paid. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | KEH | | E-mail correspondence to Careen Hannouche, re: payment for the last quarter of 2012? It should be a payment of $453.90 | 0.10 | 195.00 | 19.50 |

| 9/10/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 08/13/2013 | DKH | | E-mail correspondence with Careen Hannouche transmitting the signed certification for the 40th Monthly Application. | 0.20 | 400.00 | 80.00 |
| 08/13/2013 | DKH | | E-mail correspondence with Cindy Yates transmitting the Certification executed by David Thompson; reviewed same. | 0.30 | 400.00 | 120.00 |
| 08/13/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Fortieth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2013 to June 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 9/3/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 08/13/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Fortieth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period June 1, 2013 to June 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 9/3/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 08/13/2013 | GP | | Email correspondence with Digital Legal transmitting the 40th Monthly Fee Applications for hand delivery. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | | Email correspondence with the fee auditor transmitting the 40th Monthly Fee Application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | | Email correspondence with the fee auditor transmitting the 40th Monthly Fee Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | | Email correspondence with the fee auditor transmitting the 40th Monthly Fee Application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | | Email correspondence with the service parties transmitting the 40th Monthly Fee Application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | | Email correspondence with the service parties transmitting the 40th Monthly Fee Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | | Email correspondence with the service parties transmitting the 40th Monthly Fee Application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | | Prepared for and filed the 40th Monthly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 08/13/2013 | GP | | Prepared for and filed the 40th Monthly Fee Application for Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 08/13/2013 | GP | | Prepared for and filed the 40th Monthly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 08/14/2013 | GP | | Drafted the 14th Quarterly Fee Application of Lauzon Belanger Lesperance. | 1.50 | 195.00 | 292.50 |
| 08/14/2013 | GP | | Drafted the 14th Quarterly Fee Application of Scarfone Hawkins. | 1.50 | 195.00 | 292.50 |
| 08/14/2013 | GP | | Drafted the 14th Quarterly Fee Application of The Hogan Firm. | 1.50 | 195.00 | 292.50 |
| 08/14/2013 | GP | | Email correspondence with Careen Hannouche transmitting the 14th Quarterly Fee Application of Lauzon Belanger Lesperance. Receipt of signed Certification. | 0.20 | 195.00 | 39.00 |
| 08/14/2013 | DKH | | E-mail correspondence with Careen Hannouche transmitting the signed certification for the LBL 14th Quarterly Application. | 0.20 | 400.00 | 80.00 |
| 08/14/2013 | GP | | Email correspondence with Cindy Yates transmitting the 14th Quarterly Fee Application of Scarfone Hawkins. Receipt of signed Certification. | 0.20 | 195.00 | 39.00 |
| 08/14/2013 | DKH | | E-mail correspondence with Cindy Yates transmitting the Certification executed by David Thompson. | 0.10 | 400.00 | 40.00 |
| 08/14/2013 | DKH | | Reviewed and revised draft Quarterly Fee App for LBL April 2013-June 2013. | 0.90 | 400.00 | 360.00 |
| 08/14/2013 | DKH | | Reviewed and revised draft Quarterly Fee App for Scarfone Hawkins for April 2013-June 2013 period. | 0.90 | 400.00 | 360.00 |
| 08/14/2013 | DKH | | Reviewed and revised draft Quarterly Fee App for The Hogan Firm for the period of April 2013-June 2013. | 1.00 | 400.00 | 400.00 |
| 08/15/2013 | GP | | Drafted and filed Lauzon Belanger Lesperance's 14th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |

| 9/10/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:5 |
|---|---|---|---|---|---|---|
| 08/15/2013 | GP | | Drafted and filed Scarfone Hawkins's 14th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/15/2013 | GP | | Drafted and filed The Hogan Firm's 14th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/15/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Fourteenth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2013 to June 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 9/5/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Notice # (6) Proposed Form of Order # (7) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 08/15/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Fourteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period April 1, 2013 to June 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 9/5/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Notice # (6) Proposed Form of Order # (7) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 08/15/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt/documents, re: Quarterly Application for Compensation (Fourteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2013 to June 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 9/5/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Notice # (6) Proposed Form of Order # (7) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 08/15/2013 | GP | | Email correspondence with Digital Legal transmitting the 14th Quarterly Fee Application Notice of Lauzon Belanger Lesperance for hand delivery. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | | Email correspondence with Digital Legal transmitting the 14th Quarterly Fee Application Notice of Scarfone Hawkins for hand delivery. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | | Email correspondence with Digital Legal transmitting the 14th Quarterly Fee Application Notice of The Hogan Firm for hand delivery. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | | Email correspondence with service parties transmitting the 14th Quarterly Fee Application Notice of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | | Email correspondence with service parties transmitting the 14th Quarterly Fee Application Notice of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | | Email correspondence with service parties transmitting the 14th Quarterly Fee Application Notice of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | | Email correspondence with the fee auditor transmitting the 14th Quarterly Fee Application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | | Email correspondence with the fee auditor transmitting the 14th Quarterly Fee Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | | Email correspondence with the fee auditor transmitting the 14th Quarterly Fee Application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 08/23/2013 | GP | | Drafted the Certificate of No Objection for Lauzon Belanger Lesperance's 38th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/23/2013 | GP | | Drafted the Certificate of No Objection for Scarfone Hawkin's 38th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/23/2013 | GP | | Drafted the Certificate of No Objection for The Hogan Firm's 38th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |

| 9/10/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:6 | |
|---|---|---|---|---|---|---|
| 08/23/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Thirty-Eighth Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 08/23/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Thirty-Eighth Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 08/23/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Thirty-Eighth Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 08/23/2013 | GP | | Email to Digital Legal transmitting the Certificate of No Objection regarding the 38th Monthly Fee Application of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/23/2013 | GP | | Email to service parties transmitting the Certificate of No Objection regarding the 38th Monthly Fee Application of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/23/2013 | GP | | Prepared for and filed the Certificate of No Objection to Lauzon Belanger Lesperance's 38th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/23/2013 | GP | | Prepared for and filed the Certificate of No Objection to Scarfone Hawkin's 38th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/23/2013 | GP | | Prepared for and filed the Certificate of No Objection to The Hogan Firm's 38th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/23/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Thirty-Eighth Monthly Fee Application as Counsel to the Canadian ZAI Claimants as well as docket for objections. | 0.30 | 400.00 | 120.00 |
| 08/23/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of Scarfone Hawkin's Thirty-Eighth Monthly Fee Application as Counsel to the Canadian ZAI Claimants as well as docket for objections. | 0.30 | 400.00 | 120.00 |
| 08/23/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of The Hogan Firm's Thirty-Eighth Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants as well as docket for objections. | 0.30 | 400.00 | 120.00 |
| 08/26/2013 | GP | | Drafted the Certificate of No Objection for Lauzon Belanger Lesperance's 39th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/26/2013 | GP | | Drafted the Certificate of No Objection for Scarfone Hawkin's 39th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/26/2013 | GP | | Drafted the Certificate of No Objection for The Hogan Firm's 39th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/26/2013 | GP | | Email to Digital Legal transmitting the Certificate of No Objection regarding the 39th Monthly Fee Application of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/26/2013 | GP | | Email to service parties transmitting the Certificate of No Objection regarding the 39th Monthly Fee Application of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/26/2013 | GP | | Prepared for and filed the Certificate of No Objection for Lauzon Belanger Lesperance's 39th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/26/2013 | GP | | Prepared for and filed the Certificate of No Objection for Scarfone Hawkin's 39th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |

| 9/10/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:7 | |
|---|---|---|---|---|---|---|
| 08/26/2013 | GP | | Prepared for and filed the Certificate of No Objection for The Hogan Firm's 39th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/27/2013 | KEH | | E-mail correspondence from Grace Accounts Payable transmitting Payment Advice for The Hogan Firm's April fee application; review WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 08/27/2013 | GP | | Email correspondence with Careen Hannouche, re: July invoice for Lauzon Belanger Lesperance's 41st fee application. | 0.20 | 195.00 | 39.00 |
| 08/27/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Order (FILED UNDER SEAL) Authorizing, But not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition. | 0.30 | 400.00 | 120.00 |
| 08/27/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 8/29/2013 at 10:00 AM. | 0.30 | 400.00 | 120.00 |
| 08/27/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Amended HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. (related document(s) [31021]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 8/29/2013 at 10:00 AM. | 0.30 | 400.00 | 120.00 |
| 08/27/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Certification of Counsel Regarding Omnibus Hearing Dates. Filed by W.R. Grace & Co., et al. | 0.20 | 400.00 | 80.00 |
| 08/27/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Order (PROTECTIVE) Authorizing the Debtors to File Under Seal Their Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition. (related document(s)[30915]) Order Signed on 8/27/2013. | 0.30 | 400.00 | 120.00 |
| 08/28/2013 | KEH | | E-mail correspondence with Cindy Yates, re: today received via wire transfer in the amount of $2,224.46 from Grace in payment of SH's monthly fee application for April, 2013; revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 08/28/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Order Scheduling Omnibus Hearings. | 0.30 | 400.00 | 120.00 |
| 08/29/2013 | KEH | | E-mail correspondence with 'Careen Hannouche', re: status of outstanding payments from WRGrace for LBL's fee applications. | 0.10 | 195.00 | 19.50 |
| 08/30/2013 | KEH | | E-mail correspondence with Grace Accounts Payable, re Remittance Advice for The Hogan Firm's May 2013 fee application; revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| | | | **Total Fees** | **37.80** | | **$9,790.00** |

| 9/10/2013 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:8 |
|---|---|---|---|

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 08/14/2013 | Digital Legal - 40th Mo Appl Invoice# 75954 | 10.15 |
| 08/14/2013 | Photocopies of 40th Monthly Fee App | 8.00 |
| 08/14/2013 | Postage- 40th Monthly Fee App to Auditor | 4.20 |
| 08/16/2013 | Digital Legal, LLC THF 14th QTR | 842.76 |
| 08/16/2013 | Photocopies of 14th Quarterly to Fee Auditor | 18.00 |
| 08/16/2013 | Postage- 14th Quarterly to Fee Auditor | 8.19 |
| 08/23/2013 | Digital Legal, LLC - 38th Monthly Fee App | 7.75 |
| 08/29/2013 | Digital Legal, LLC - 39th Monthly Fee App | 8.00 |

**Total Expenses**     $907.05

**TOTAL NEW CHARGES**     $10,697.05

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 7,021.30 |
| Payments | -7,021.30 |
| Current Fees | 9,790.00 |
| Current Expenses | 907.05 |
| **AMOUNT DUE AND OWING TO DATE** | **$10,697.05** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH; Please call 302.656.7540 if you have any questions or concerns.**

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 8/13/2013 | 997 2253 | Payment on Account | 7,021.30 |