# EXHIBIT A

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
August 31, 2013
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS
ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

H.S.T. REGISTRATION NO.  873984314 RT – 0001

### CANADIAN ZAI MONTHLY FEE APPLICATION
### (August 1, 2013 – August 31, 2013)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/01/13 | receipt class member inquiry re status of settlement and US appeals | DT | $575.00 | 0.35 | $201.25 |
| 08/02/13 | memos to and from Cindy Yates re: Grace emails and follow-ups | DT | $575.00 | 0.15 | $86.25 |
| 08/05/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement, memo to Matt Moloci | DT | $575.00 | 0.25 | $143.75 |
| 08/05/13 | receipt and review Vasuda Sinha email and order of Morawetz, J. extending stay of Grace action, receipt Matt Moloci email | DT | $575.00 | 0.25 | $143.75 |
| 08/07/13 | receipt of and respond to various class member inquiries re status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 08/09/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 08/12/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 08/12/13 | memo to Cindy Yates re reconciliation of wire transfers received from Grace | DT | $575.00 | 0.10 | $57.50 |
| 08/13/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 08/14/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 08/15/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 08/20/13 | receipt of and respond to various class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |

| 08/30/13 | review dockets for period August, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of August, 2013 | LC | $150.00 | 2.00 | $300.00 |
|---|---|---|---|---|---|
| | | | SUB-TOTAL | 4.85 | $1,938.75 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON<br>25 years - 1988 | DT | 2.85 | $575.00 | $1,638.75 | $213.04 |
| LAW CLERK<br>Cindy Yates<br>31 years - 1982 | CY | 2.00 | $150.00 | $300.00 | $39.00 |
| SUB-TOTAL: | | 4.85 | | $1,938.75 | $252.04 |
| TOTAL FEES AND TAXES: | | | | | $2,190.79 |

THIS IS OUR FEE APPLICATION,
Per:



**SCARFONE HAWKINS LLP**
E. & O.E.

*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.