**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: October 16, 2013 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTY-FIFTH MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, FORMER ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>MAY 1, 2013 THROUGH MAY 15, 2013</u>**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Former Asbestos PI Future Claimants' Representative[1] |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | May 1, 2013 – May 15, 2013 |
| 100% of Compensation sought as actual, reasonable and necessary: | $11,000.00 |

---

[1] Mr. Austern died on May 16, 2013. Accordingly, this Application covers the time period from May 1 – May 15, 2013. On May 24, 2013, the Debtors filed a motion seeking the appointment of Roger Frankel as the successor FCR [Dkt. No. 30671]. On May 29, 2013, the Court entered an interim order [Dkt. No. 30681], which was amended on May 30, 2013 [Dkt. No. 30689], and which became final by its terms on June 14, 2013 [Dkt. No. 30756], appointing Roger Frankel as the successor FCR *nunc pro tunc* to May 16, 2013. On June 5, 2013, Mr. Frankel, the successor FCR, filed an application with the Court seeking authority to employ Lincoln as his financial advisor *nunc pro tunc* to May 16, 2013 [Dkt. No. 30718], which was granted by Order dated July 31, 2013 [Dkt. No. 30902].

| | | |
|---|---|---|
| 80% of Compensation sought as actual, reasonable and necessary: | $8,800.00 | |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $38.09 | |

This is a   __x__ monthly         __ interim         ___ final application

### LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM MAY 1, 2013 THROUGH MAY 15, 2013

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 3.5 | $11,000.00 |
| Jason Solganick | Director | NA | 2.9 | |
| Claire Burke | Associate | NA | 7.1 | |
| Andrew Choi | Analyst | NA | 0.3 | |
| Grand Total: | | | **13.8** | **$11,000.00** |
| Blended Rate: | | | 13.8 | $797.10 |

### COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

**May 1, 2013 – May 15, 2013**

| **Project Category** | **Total Hours** | **Total Fees[2]** |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **13.8** | **NA** |

---

2    Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Communication $38.09
**TOTAL Out-of-Pocket Expenses:** $38.09

        LINCOLN PARTNERS ADVISORS LLC

By:*/S/ JASON SOLGANICK*
    Jason Solganick
    Director
    360 Madison Ave, 21st Floor
    New York, NY 10017
    Telephone: (212) 277-8115

Dated: September 19, 2013