# EXHIBIT A

**WR Grace**
**May 1-15, 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| 1-May | Review docket and analysis | 0.2 |
| 2-May | Review docket and analysis | 0.2 |
| 3-May | Review new financial filings, 8-K | 1.0 |
| 6-May | Review docket and analysis | 0.2 |
| 7-May | Review docket and analysis | 0.2 |
| 8-May | Review docket and analysis | 0.2 |
| 9-May | Review docket and analysis | 0.2 |
| 10-May | Review docket and analysis | 0.2 |
| 13-May | Review docket and analysis | 0.2 |
| 14-May | Review docket and analysis | 0.2 |
| 15-May | Comm w/OHS (RW) re FCR | 0.5 |
| 15-May | Review docket and analysis | 0.2 |
| | TOTAL HOURS (hrs) | 3.5 |

**WR Grace**
**May 1-15, 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| May 1 | Review docket and analysis | 0.3 |
| | Fee application preparation | 0.4 |
| May 3 | Review Grace 8-K and analysis | 1.3 |
| May 6 | Review docket and analysis | 0.4 |
| May 10 | Review docket and analysis | 0.3 |
| May 14 | Review docket and analysis | 0.2 |
| | TOTAL TIME (hrs) | 2.9 |

**WR Grace**
**May 1-15, 2013 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review docket and analysis | 0.5 |
|  | Fee application preparation | 0.4 |
| Thu 2 | Review Sealed Air results | 3.0 |
| Fri 3 | Review March 2013 monthly report | 2.1 |
| Tue 7 | Review docket and analysis | 0.6 |
| Thu 9 | Review docket and analysis | 0.5 |
|  | TOTAL TIME (hrs) | 7.1 |

**WR Grace**
**May 1-15, 2013 Time -  Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Review docket and analysis | 0.3 |
|  | TOTAL TIME (hrs) | 0.3 |