# EXHIBIT B

**W.R. Grace**
**Detail of expenses (May 1, 2013 – May 15, 2013)**

Miscellaneous
Copies, Phone and Transportation $38.09
**Total Miscellaneous:** **$38.09**

**TOTAL EXPENSES:** **$38.09**