# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS · ATTORNEYS

September 12, 2013

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file: 222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
### (August 1st 2013 to August 31st 2013)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**OUR FEES:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2013-08-05 | CH | Email to Karen Harvey re: confirmation of payment for purposes of preparing fee applications; | 0.25 | $285.00 | $71.25 |
| 2013-08-06 | CH | Review of email and order and endorsement of Justice Morawetz extending the stay in the CCAA; | 0.42 | $285.00 | $119.70 |
| 2013-08-06 | CH | Letter to Justice Corriveau re: update on the extension of the stay (Justice Morawetz's Order) | 0.42 | $285.00 | $119.70 |
| 2013-08-07 | CH | Letter to David Thompson re: portion of The Hogan Firm fees; | 0.33 | $285.00 | $94.05 |
| 2013-08-09 | CH | Email to a class member re: update status of the file; | 0.25 | $285.00 | $71.25 |
| 2013-08-13 | CH | Review of 40th Monthly Application; | 0.33 | $285.00 | $94.05 |
| 2013-08-13 | CH | Email to Gabrielle Palagruto (The Hogan Firm) re: error in 40th monthly application; | 0.17 | $285.00 | $48.45 |
| 2013-08-13 | CH | Review of corrected 40th Monthly Fee application; | 0.17 | $285.00 | $48.45 |
| 2013-08-13 | CH | Email to Gabrielle Palagruto re: signed certification 40th monthly application; | 0.25 | $285.00 | $71.25 |
| 2013-08-13 | CH | Email to Karen Harvey re: confirmation of payment from Grace for purposes of preparing fee applications; | 0.25 | $285.00 | $71.25 |
| | | **OUR FEES :** | **2.84** | | **809.40** |

TIME SUMMARY BY LAWYER

CH   285.00   2.84   $ 809.40

| | |
|---|---:|
| **TOTAL FEES** | $ 809.40 |

**DISBURSEMENTS**

| | | |
|---|---|---:|
| Fax | 0.50 | |
| Photocopies | 9.80 | |
| **TOTAL DISBURSEMENTS** | | $ 10.30 |
| **SUB-TOTAL** | | $ 819.70 |
| G.S.T. 5% | | 40.99 |
| Q.S.T. 9.975 % | | 81.77 |
| **TOTAL** | | $ 942.46 |

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001