IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-1139 (KJC) |
|  | ) Jointly Administered |
| Debtors. | ) |
|  | ) Objection Date: October 16, 2013 at 4:00 p.m. |
|  | ) Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FIRST MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 16, 2013 THROUGH MAY 31, 2013**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative[1] |
| Date of Retention: | As of May 16, 2013 (pursuant to this Court's Order entered on July 31, 2013) |
| Period for which compensation and reimbursement is sought: | May 16, 2013 – May 31, 2013 |
| 100% of Compensation sought as actual, reasonable and necessary: | $14,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $11,200.00 |

---

[1] On May 29, 2013, the Court entered an interim order [Dkt. No. 30681] appointing Roger Frankel as the successor FCR *nunc pro tunc* to May 16, 2013. The interim order was amended on May 30, 2013 [Dkt. No. 30689], and became final by its terms on June 14, 2013 [Dkt. No. 30756]. On June 5, 2013, Mr. Frankel, as successor FCR, filed an application with the Court seeking authority to employ Lincoln as his financial advisor *nunc pro tunc* to May 16, 2013 [Dkt. No. 30718], which application was granted by the Court on July 31, 2013 [Dkt. No. 30902].

| | |
|---|---|
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $38.10 |

This is a  __x__ monthly         __ interim          ___ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM MAY 16, 2013 THROUGH MAY 31, 2013**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 9.8 | $11,000.00 |
| Jason Solganick | Director | NA | 5.2 | |
| Claire Burke | Associate | NA | 1.1 | |
| Andrew Choi | Analyst | NA | 0.6 | |
| Grand Total: | | | **16.7** | **$14,000.00** |
| Blended Rate: | | | 16.7 | $838.32 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**May 16, 2013 – May 31, 2013**

| **Project Category** | **Total Hours** | **Total Fees[2]** |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **16.7** | **NA** |

---

2    Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

| | |
|---|---|
| Communication | $38.10 |
| **TOTAL Out-of-Pocket Expenses:** | $38.10 |

                LINCOLN PARTNERS ADVISORS LLC

                By:*/S/ JASON SOLGANICK*
                    Jason Solganick
                    Director
                    360 Madison Ave, 21st Floor
                    New York, NY 10017
                    Telephone: (212) 277-8115

Dated: September 19, 2013