# EXHIBIT A

**WR Grace**
**May 16-31, 2013  Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| 16-May | Comm w/OHS (RW) re FCR | 0.5 |
| 16-May | Review docket and analysis | 0.2 |
| 17-May | Comm w/OHS (RW) re FCR | 1.7 |
| 17-May | Review docket and analysis | 0.2 |
| 20-May | Comm w/OHS (RW) re FCR, continuity plan | 1.4 |
| 20-May | Review docket and analysis | 0.2 |
| 21-May | Review docket and analysis | 0.2 |
| 22-May | Review docket and analysis | 0.2 |
| 23-May | Review docket and analysis | 0.2 |
| 24-May | Review docket and analysis (FCR motion) | 0.6 |
| 28-May | Review new research pick up at GS | 0.6 |
| 28-May | Review docket and analysis | 0.2 |
| 29-May | Comm w/OHS (RW) re order appointing replacement FCR | 1.0 |
| 29-May | Review FCR order | 0.4 |
| 29-May | Review docket and analysis | 0.2 |
| 30-May | Review docket and analysis | 0.2 |
| 31-May | Comm w/OHS (RW) re amended order appointing replacement FCR | 1.3 |
| 31-May | Review Amneded FCR order | 0.3 |
| 31-May | Review docket and analysis | 0.2 |
|  | TOTAL HOURS (hrs) | 9.8 |

**WR Grace**
**May 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| May 17 | Review docket and analysis | 0.3 |
| May 22 | Discussions w/ Orrick re: FCR | 0.1 |
|  | Preparation of retention application | 1.6 |
| May 23 | Conference call w/ Orrick re: retention issues | 0.3 |
|  | Preparation of retention application | 0.5 |
| May 24 | Internal call re: retention issues | 0.3 |
|  | Review documents re: FCR | 0.5 |
| May 27 | Review docket and analysis | 0.5 |
| May 29 | Review fee auditor report | 0.3 |
|  | Review FCR order | 0.2 |
| May 31 | Review docket and analysis | 0.4 |
|  | Review amended FCR order | 0.2 |
|  | TOTAL TIME (hrs) | 5.2 |

**WR Grace**
**May 2013 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Fri 24 | Review docket and analysis | 0.6 |
| Fri 31 | Review amended interim order | 0.5 |
|  | TOTAL TIME (hrs) | 1.1 |

**WR Grace**
**May 16-31, 2013 Time -  Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Fri 24 | Review docket and analysis | 0.3 |
| Wed 29 | Review docket and analysis | 0.3 |
|  | TOTAL TIME (hrs) | 0.6 |