# EXHIBIT B

**W.R. Grace**
**Detail of expenses (May 16, 2013 – May 31, 2013)**

Miscellaneous
Copies, Phone and Transportation $38.10
**Total Miscellaneous:** **$38.10**

**TOTAL EXPENSES:** **$38.10**