**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (KJC) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Objection Date: October 16, 2013 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO SECOND MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>JUNE 1, 2013 THROUGH JUNE 30, 2013</u>**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative |
| Date of Retention: | As of May 16, 2013 (pursuant to this Court's Order entered July 31, 2016) |
| Period for which compensation and reimbursement is sought: | June 1, 2013 – June 30, 2013 |
| 100% of Compensation sought as actual, reasonable and necessary: | $65,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $52,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $114.78 |

This is a   <u>x</u> monthly        __ interim        ___ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JUNE 1, 2013 THROUGH JUNE 30, 2013**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 22.6 | $65,000.00 |
| Jason Solganick | Director | NA | 26.0 | |
| Claire Burke | Associate | NA | 7.5 | |
| Sam Jackson | Associate | NA | 24.5 | |
| Andrew Choi | Analyst | NA | 7.5 | |
| Adam Karmali | Analyst | NA | 9.3 | |
| Grand Total: | | | **97.4** | **$65,000.00** |
| Blended Rate: | | | 97.4 | $667.35 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**June 1, 2013 – June 30, 2013**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **97.4** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

Communication  $114.78
**TOTAL Out-of-Pocket Expenses:**  **$114.78**

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

                    LINCOLN PARTNERS ADVISORS LLC

                    By:*/S/ JASON SOLGANICK*
                        Jason Solganick
                        Director
                        360 Madison Ave, 21st Floor
                        New York, NY 10017
                        Telephone: (212) 277-8115

Dated: September 5, 2013