# EXHIBIT A

**WR Grace**
**June 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| 3-Jun | Working travel to Wash, DC | 4.0 |
| 3-Jun | Discussion at OHS re all topics | 1.0 |
| 3-Jun | Working travel from Wash, DC | 4.0 |
| 4-Jun | Review docket and analysis | 0.2 |
| 5-Jun | Comm w/OHS (DF) re new employment app, declarations | 0.6 |
| 5-Jun | Review docket and analysis (order for OHS) | 0.5 |
| 6-Jun | Comm w/OHS (DF) re new employment app, declarations | 1.0 |
| 6-Jun | Review docket and analysis | 0.2 |
| 7-Jun | Comm w/OHS (DF) re new employment app, declarations | 1.3 |
| 7-Jun | Review docket and analysis | 0.2 |
| 10-Jun | Final edit and file new employment app and declaration | 0.4 |
| 10-Jun | Review docket and analysis (LI application, dec) | 1.1 |
| 11-Jun | Review docket and analysis | 0.2 |
| 12-Jun | Review docket and analysis | 0.2 |
| 13-Jun | Review docket and analysis | 0.2 |
| 14-Jun | Comm w/OHS (RW) re scheduling | 0.4 |
| 14-Jun | Review docket and analysis | 0.2 |
| 17-Jun | Comm w/OHS (RW) re CNO to FCR order | 0.3 |
| 17-Jun | Review docket and analysis | 0.2 |
| 18-Jun | Review docket and analysis | 0.2 |
| 19-Jun | Review docket and analysis | 0.2 |
| 20-Jun | Comm w/FCR, OHS (RW, RF) re scheduling, cancellation | 0.4 |
| 20-Jun | Review docket and analysis | 0.2 |
| 21-Jun | Comm w/FCR re scheduling, financial results | 0.4 |
| 21-Jun | Review docket and analysis | 0.2 |
| 24-Jun | Comm w/FCR re scheduling, financial results | 0.5 |
| 24-Jun | Review docket and analysis (transcript of oral argument) | 3.0 |
| 25-Jun | Comm w/FCR, OHS (RW, RF) re scheduling | 0.5 |
| 25-Jun | Review docket and analysis | 0.2 |
| 26-Jun | Review docket and analysis | 0.2 |
| 27-Jun | Review docket and analysis | 0.2 |
| 28-Jun | Review docket and analysis | 0.2 |
| | TOTAL HOURS | 22.6 |

**WR Grace**
**June 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| June 3 | Review docket and analysis | 0.2 |
| June 6 | Preparation of retention documents | 3.3 |
| June 7 | Preparation of retention documents | 1.7 |
| June 10 | Preparation of retention documents | 1.2 |
|  | Review docket and analysis | 0.4 |
| June 14 | Review docket and analysis | 0.3 |
| June 17 | Preparation of presentation to the FCR | 4.0 |
| June 18 | Preparation of presentation to the FCR | 3.0 |
| June 19 | Preparation of presentation to the FCR | 2.5 |
|  | Review docket and analysis | 0.3 |
| June 20 | Preparation of presentation to the FCR | 3.0 |
| June 21 | Preparation of presentation to the FCR | 2.5 |
| June 24 | Review hearing transcript | 1.2 |
| June 25 | Preparation of presentation to the FCR | 2.0 |
|  | Review docket and analysis | 0.4 |
|  | TOTAL TIME (hrs) | 26.0 |

**WR Grace**
**June 2013 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 5 | Review April 2013 monthly report | 4.0 |
|  | Review docket and analysis | 1.0 |
| Fri 7 | Preparation of FCR update presentation | 0.7 |
| Mon 10 | Review docket and analysis | 0.8 |
| Wed 19 | Review docket and analysis | 0.5 |
| Tue 25 | Review docket and analysis | 0.5 |
|  | TOTAL TIME (hrs) | 7.5 |

**WR Grace**
**June 2013 Time - Samuel Jackson, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Wed 5 | Review April 2013 monthly report | 4.0 |
| | Review docket and analysis | 1.0 |
| Fri 7 | Preparation of FCR update presentation | 0.7 |
| Mon 10 | Preparation of FCR update presentation | 3.0 |
| | Review docket and analysis | 0.8 |
| Tues 11 | Preparation of FCR update presentation | 2.0 |
| Wed 12 | Preparation of FCR update presentation | 2.5 |
| Thurs 13 | Preparation of FCR update presentation | 3.0 |
| Fri 14 | Preparation of FCR update presentation | 1.0 |
| Mon 17 | Preparation of FCR update presentation | 1.0 |
| Tues 18 | Preparation of FCR update presentation | 2.0 |
| Wed 19 | Review docket and analysis | 0.5 |
| Thurs 20 | Preparation of FCR update presentation | 2.5 |
| Tue 25 | Review docket and analysis | 0.5 |
| | TOTAL TIME (hrs) | 24.5 |

**WR Grace**
**June 2013 Time - Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Thu 6 | Draft/edit FCR semi-annual financial presentation | 1.0 |
| Wed 12 | Draft/edit FCR semi-annual financial presentation | 2.0 |
| Mon 17 | Draft/edit FCR semi-annual financial presentation | 2.0 |
| Thu 20 | Draft/edit FCR semi-annual financial presentation | 1.5 |
| Wed 26 | Prepare fee application | 1.0 |
| | TOTAL TIME (hrs) | 7.5 |

**WR Grace**
**June 2013 Time - Adam Karmali, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| 13-Jun | Preparation of presentation to the FCR | 2.0 |
| 14-Jun | Preparation of presentation to the FCR | 1.0 |
| 15-Jun | Preparation of presentation to the FCR | 0.8 |
| 16-Jun | Preparation of presentation to the FCR | 1.3 |
| 17-Jun | Preparation of presentation to the FCR | 2.0 |
| 19-Jun | Preparation of presentation to the FCR | 0.5 |
| 20-Jun | Preparation of presentation to the FCR | 1.2 |
| 28-Jun | Review docket and analysis | 0.5 |
|  | TOTAL TIME (hrs) | 9.3 |

# EXHIBIT B

### W.R. Grace
### Detail of expenses (June 1, 2013 – June 30, 2013)

Miscellaneous
Copies, Phone and Transportation                                      $114.78
**Total Miscellaneous:**                                              **$114.78**

**TOTAL EXPENSES:**                                                   **$114.78**