# EXHIBIT B

**W.R. Grace**
**Detail of expenses (June 1, 2013 – June 30, 2013)**

Miscellaneous
Copies, Phone and Transportation                                    $114.78
**Total Miscellaneous:**                                          **$114.78**

**TOTAL EXPENSES:**                                               **$114.78**