# EXHIBIT A

**WR Grace**
**July 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| 1-Jul | Review docket and analysis | 0.2 |
| 2-Jul | Review docket and analysis | 0.2 |
| 3-Jul | Comm w/BX (AS) re new NDA | 0.5 |
| 3-Jul | Review docket and analysis | 0.3 |
| 3-Jul | Discussion with General Counsel on new NDA request | 1.0 |
| 8-Jul | Working travel to Wash, DC | 4.0 |
| 8-Jul | Semi-annual financial presentation to FCR | 3.0 |
| 8-Jul | Working travel from Wash, DC | 4.5 |
| 8-Jul | Review docket and analysis | 0.2 |
| 9-Jul | Comm w/OHS (DF) re reassignment of JFK cases | 0.4 |
| 9-Jul | Review docket and analysis | 0.2 |
| 10-Jul | Review docket and analysis | 0.2 |
| 11-Jul | Review of new Lantern materials from BX | 1.0 |
| 11-Jul | Review docket and analysis | 0.2 |
| 12-Jul | Review docket and analysis | 0.2 |
| 15-Jul | Review docket and analysis | 0.2 |
| 16-Jul | Comms w/OHS (RW, RF) re Lantern | 1.0 |
| 16-Jul | Comms w/BX (AS) re Lantern valuation, valuation deck, analysis | 2.0 |
| 16-Jul | Review docket and analysis | 0.2 |
| 17-Jul | Lantern acquisition presentation and review of deck | 1.1 |
| 17-Jul | Comm w/FCR re Lantern | 0.8 |
| 17-Jul | Review docket and analysis | 0.2 |
| 18-Jul | Comm w/OHS (RW) re Lantern | 0.7 |
| 18-Jul | Review docket and analysis | 0.2 |
| 19-Jul | Comm w/OHS (RW, DF) re Lantern deal, motions | 1.7 |
| 19-Jul | Review docket and analysis | 0.2 |
| 20-Jul | Comm w/OHS (RW) re Lantern | 0.4 |
| 22-Jul | Comm w/FCR re Lantern | 1.2 |
| 22-Jul | Review docket and analysis | 0.2 |
| 23-Jul | Grace call on Lantern, prep and analysis | 1.5 |
| 23-Jul | Comm w/OHS (RW) re Lantern, asbestos claims, PD FCRs position | 1.7 |
| 23-Jul | Review docket and analysis | 0.2 |
| 24-Jul | Comm w/BX (JOC) re Lantern due diligence | ,4 |
| 24-Jul | Review and analysis of 8-K | 0.7 |
| 24-Jul | Review docket and analysis | 0.2 |
| 25-Jul | Review Garlock appeal decision | 1.7 |
| 25-Jul | Review and analysis of earnings call | 3.0 |
| 26-Jul | Review LA plant closure | 0.4 |
| 29-Jul | Review docket and analysis (docket 7-25-29) | 1.0 |
| 31-Jul | Comm w/OHS (DF) re motion entered on Lincoln Advisors | 0.3 |
| | TOTAL HOURS | 36.9 |

**WR Grace**
**July 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| July 1 | Review docket and analysis | 0.3 |
| July 2 | Preparation of presentation to the FCR | 2.5 |
| July 3 | Preparation of presentation to the FCR | 2.0 |
| July 5 | Review docket and analysis | 0.3 |
| July 8 | Presentation to the FCR (Washington, DC) | 1.0 |
|  | Working travel to Washington DC | 3.0 |
|  | Non-working travel to Washington DC | 7.0 |
| July 10 | Review docket and analysis | 0.4 |
| July 17 | Review docket and analysis | 0.3 |
|  | Review fee auditor report | 0.3 |
| July 22 | Review docket and analysis | 0.2 |
| July 24 | Review Third Circuit opinion | 0.3 |
| July 25 | Review docket and analysis | 0.3 |
|  | Review Grace 8-k and analysis | 0.8 |
| July 30 | Review docket and analysis | 0.4 |
|  | TOTAL TIME (hrs) | 19.1 |

**WR Grace**
**July 2013 Time - Samuel Jackson, Associate**

| Day/Date | Action | Time |
|---|---|---|
| 2-Jul | Review docket and analysis | 0.5 |
| 3-Jul | Review docket and analysis | 0.5 |
|  | Preparation of FCR update presentation | 3.0 |
| 5-Jul | Preparation of FCR update presentation | 2.0 |
| 6-Jul | Preparation of FCR update presentation | 2.0 |
| 8-Jul | Presentation to the FCR (Washington, DC) | 1.0 |
|  | Working travel to Washington DC | 3.0 |
|  | Non-working travel to Washington DC | 7.0 |
| 9-Jul | Review docket and analysis | 1.0 |
| 12-Jul | Review docket and analysis | 1.5 |
| 16-Jul | Project Lantern call / analysis | 2.5 |
| 17-Jul | Project Lantern analysis | 1.0 |
| 18-Jul | Review docket and analysis | 0.5 |
| 23-Jul | Review docket and analysis | 0.5 |
| 28-Jul | Review docket and analysis | 0.5 |
|  | TOTAL TIME (hrs) | 26.5 |

**WR Grace**
**July 2013 Time - Adam Karmali, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| 2-Jul | Review docket and analysis | 0.3 |
| 3-Jul | Review docket and analysis | 0.6 |
| 3-Jul | Preparation of presentation to the FCR | 2.0 |
| 5-Jul | Preparation of presentation to the FCR | 0.9 |
| 6-Jul | Preparation of presentation to the FCR | 1.3 |
| 8-Jul | Presentation to the FCR (Washington, DC) | 1.0 |
|  | Working travel to Washington DC | 3.0 |
|  | Non-working travel to Washington DC | 7.0 |
| 9-Jul | Review docket and analysis | 1.0 |
| 12-Jul | Review docket and analysis | 1.2 |
| 16-Jul | Project Lantern | 1.2 |
| 17-Jul | Project Lantern | 1.0 |
| 18-Jul | Review docket and analysis | 0.6 |
| 23-Jul | Review docket and analysis | 0.4 |
| 28-Jul | Review docket and analysis | 1.0 |
|  | TOTAL TIME (hrs) | 22.5 |