# EXHIBIT B

### W.R. Grace
### Detail of expenses (July 1, 2013 – July 31, 2013)

July 8, 2013 Trip to Washington, DC for Meeting with FCR[1]

Radecki
- Airfare — $882.80
- Cab from DCA to Orrick — $22.00
- Cab from Orrick to DCA — $20.00
- Parking at LGA airport — $33.00

Solganick
- Airfare — $682.80
- Cab from DCA to Orrick — $21.00

Jackson
- Airfare — $682.80
- Cab from NY to LGA — $38.00

Karmali
- Airfare — $607.80

**Total for July 8, 2013 Trip to Washington DC**     **$2,990.20**

Miscellaneous
- Copies — $89.50
- Phone — $128.75
- PACER documents — $15.30

**Total Miscellaneous:**     **$223.55**

**TOTAL EXPENSES:**

**$3,223.75**

---

[1] All airfare is economy class, roundtrip from LaGuardia Airport (LGA) to Reagan National Airport (DCA).