IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                      )
In re:                                )    Chapter 11
                                      )
W.R. GRACE & CO., et al.,             )    Case No. 01-1139 (KJC)
                                      )
         Debtors.                     )
_____)

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1. I am the Asbestos Personal Injury Future Claimants' Representative appointed by the Court in these cases, effective as of May 16, 2013.

2. I personally performed the work as set forth in the attached Exhibit A.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

                              */S/ ROGER FRANKEL*
                              ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 26th DAY OF SEPTEMBER, 2013

*/S/ MARILYN TOLEDO*
Notary Public

My commission expires: March 30, 2014