EXHIBIT A

ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE INVOICES FOR THE TIME PERIOD AUGUST 1-31, 2013



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Roger Frankel, Future Claimants' Representative
for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC  20005

September 13, 2013
Client No. 29500
Invoice No. 1438147

Orrick Contact:  Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through August 31, 2013 in connection with the matters described on the attached pages: | $ | 24,825.25 |
| DISBURSEMENTS as per attached pages: | | 199.70 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **25,024.95** |

Matter(s):  29500/3, 4, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$158,881.56
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006<br>Reference: 29500/ Invoice: 1438147 | *ACH & Wire Transfers:*<br>***ABA Number 121000248***<br>***SWIFT CODE:  WFBIUS6S***<br>***Account Number: 4123701088***<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA  94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 29500/ Invoice: 1438147*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn:  Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL  60143<br>(213) 614-3248<br>Reference: 29500/ Invoice: 1438147 |


ORRICK

Roger Frankel, Future Claimants' Representative  
for W.R. Grace  
c/o Orrick, Herrington & Sutcliffe LLP  
1152 15th Street, NW  
Washington, DC  20005

September 13, 2013  
Client No. 29500  
Invoice No. 1438147

Orrick Contact:  Roger Frankel

For Legal Services Rendered Through August 31, 2013 in Connection With:

**Matter:  3 - Compensation of FCR**

| | | | | | |
|---|---|---|---|---|---|
| 08/07/13 | R. Frankel | Review FCR interim application and invoice. | | | 0.50 |
| 08/26/13 | R. Frankel | Review invoice for July time and notice of application for monthly comp (.3); series of e-mails with D. Fullem regarding same (.2). | | | 0.50 |

|  | Total Hours | 1.00 |  |
|---|---|---|---|
|  | Total For Services |  | $995.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 1.00 | 995.00 | 995.00 |
| Total All Timekeepers | 1.00 | $995.00 | $995.00 |

**Total For This Matter**          $995.00


ORRICK

Roger Frankel, Future Claimants' Representative - 29500  
page 2

September 13, 2013  
Invoice No. 1438147

For Legal Services Rendered Through August 31, 2013 in Connection With:

**Matter:  4 - Litigation**

| | | | |
|---|---|---|---|
| 08/01/13 | R. Frankel | Telephone conference with potential expert regarding possible engagement in Chapter 11 case. | 0.30 |
| 08/01/13 | R. Frankel | Review resume materials from potential expert. | 0.40 |
| 08/01/13 | R. Frankel | Review 8-K, follow-up discussion presentation (1.2); e-mails with Lincoln regarding same (.2). | 1.40 |
| 08/01/13 | R. Frankel | Attend telephonic court status hearing. | 0.40 |
| 08/02/13 | R. Frankel | Review as-filed motion to file 363 motion under seal and related order. | 1.10 |
| 08/02/13 | R. Frankel | Review final motion to enter into Project Lantern auction. | 0.80 |
| 08/02/13 | R. Frankel | Review portions of 10-Q filed by Grace. | 0.90 |
| 08/05/13 | R. Frankel | Review presentation from Lincoln, memo regarding post-effective date. | 0.80 |
| 08/05/13 | R. Frankel | Review presentations from Lincoln regarding 2nd quarter financial results for Grace and Sealed Air. | 1.30 |
| 08/07/13 | R. Frankel | Review and consider Garlock motion to extend time to seek rehearing en banc (.8); e-mails regarding same (.3). | 1.10 |
| 08/07/13 | R. Frankel | Review Effective Date checklist from M. Wallace. | 0.60 |
| 08/08/13 | R. Frankel | Review further information, qualifications of potential expert. | 0.60 |
| 08/09/13 | R. Frankel | Confer with P. Mahaley regarding status of insurance assets. | 0.30 |
| 08/18/13 | R. Frankel | Review F. Festa presentation. | 0.80 |
| 08/19/13 | R. Frankel | Review plan, TDP, disclosure regarding setting of initial payment percentage (1.3); confer with R. Wyron regarding same and Project Lantern (.4). | 1.70 |
| 08/20/13 | R. Frankel | Read and consider Garlock petition for rehearing (1.4); prepare notes regarding same (.3). | 1.70 |
| 08/20/13 | R. Frankel | Telephone conference with J. Donley, A. Paul, P. Lockwood, R. Wyron (.5); notes regarding same (.1). | 0.60 |
| 08/21/13 | R. Frankel | Telephone conference with H. Huge regarding status of confirmation proceedings. | 0.30 |
| 08/23/13 | R. Frankel | Telephone conference with R. Wyron regarding Project Lantern (.3); review draft order approving 363 process (.5). | 0.80 |
| 08/27/13 | R. Frankel | Telephone conferences with R. Wyron regarding status of insurance settlements (.3); notes regarding same (.1); review agenda for 8/29 hearing (.2). | 0.60 |
| 08/27/13 | R. Frankel | Review unredacted order regarding 363 authorization by J. Carey. | 0.30 |



Roger Frankel, Future Claimants' Representative - 29500  
page 3

September 13, 2013  
Invoice No. 1438147

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/28/13 | R. Frankel | Confer with R. Wyron regarding Project Lantern, meeting with T. Wyant. | 0.30 |
| 08/28/13 | R. Frankel | Confer with T. Wyant regarding claims estimation and payment percentage (2.1); prepare notes regarding same (.3). | 2.40 |
| 08/29/13 | R. Frankel | Review P. Mahaley e-mail regarding St. Katherine's Ins. Co., Horkovich letter and analysis. | 0.30 |
| 08/29/13 | R. Frankel | Review P. Mahaley e-mail regarding Home Ins., Horkovich letter to Home and analysis. | 0.60 |
| 08/30/13 | R. Frankel | Review, consider proposed confy agreement with plan proponents regarding Effective Date issues (.7); review conditions to Effective Date in plan (.5). | 1.20 |

|  |  |  |
|---|---|---|
| Total Hours | 21.60 |  |
| Total For Services |  | $21,492.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 21.60 | 995.00 | 21,492.00 |
| Total All Timekeepers | 21.60 | $995.00 | $21,492.00 |

Disbursements  
    Travel Expense, Air Fare      196.50  
    Total Disbursements      $196.50

**Total For This Matter**      **$21,688.50**


ORRICK

Roger Frankel, Futures Claimants' Representative - 29500  
page 4

September 13, 2013  
Invoice No. 1438147

For Legal Services Rendered Through August 31, 2013 in Connection With:

**Matter: 7 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/26/13 | R. Frankel | Travel to NY for meeting with T. Wyant. | 3.10 |

Total Hours 3.10  
Total For Services $1,542.25

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 3.10 | 497.50 | 1,542.25 |
| Total All Timekeepers | 3.10 | $497.50 | $1,542.25 |

**Total For This Matter**     **$1,542.25**


ORRICK

Roger Frankel, Futures Claimants' Representative - 29500  
page 5

September 13, 2013  
Invoice No. 1438147

For Legal Services Rendered Through August 31, 2013 in Connection With:

**Matter:  8 - Compensation of Professionals – Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/06/13 | R. Frankel | Review Phillips' applications for interim compensation. | 0.40 |
| 08/07/13 | R. Frankel | Review Orrick's June invoice. | 0.40 |

Total Hours  0.80  
Total For Services  $796.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 0.80 | 995.00 | 796.00 |
| Total All Timekeepers | 0.80 | $995.00 | $796.00 |

Disbursements  
   Document Reproduction                   3.20  
                    Total Disbursements            $3.20

**Total For This Matter**          **$799.20**

\* \* \* COMBINED TOTALS \* \* \*

Total Hours  26.50  
Total Fees, all Matters  $24,825.25  
Total Disbursements, all Matters  $199.70  
Total Amount Due  $25,024.95