# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# AUGUST 1-31, 2013



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Roger Frankel, Successor Futures Claimants'
Representative for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

September 6, 2013
Client No. 17367
Invoice No. 1438157

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through August 31, 2013 in connection with the matters described on the attached pages: | $ | 30,326.50 |
| DISBURSEMENTS as per attached pages: | | 1,741.74 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **32,068.24** |

Matter(s): 17367/11, 12, 13, 15, 7, 8

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$204,475.60
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* <br> *Lockbox #774619* <br> *4619 Solutions Center* <br> *Chicago, IL 60677-4006* <br> *Reference: 17367/ Invoice: 1438157* | ***ACH & Wire Transfers:*** <br> ***ABA Number 121000248*** <br> ***SWIFT CODE:  WFBIUS6S*** <br> ***Account Number: 4123701088*** <br> *Wells Fargo* <br> *420 Montgomery Street* <br> *San Francisco, CA 94104* <br> *Account of* <br> *Orrick, Herrington & Sutcliffe LLP* <br> *Reference: 17367/ Invoice: 1438157* <br> *E.I.N. 94-2952627* | *Orrick, Herrington & Sutcliffe LLP* <br> *c/o Wells Fargo* <br> *Attn:  Lockbox #774619* <br> *350 East Devon Avenue* <br> *Itasca, IL 60143* <br> *(213) 614-3248* <br> *Reference: 17367/ Invoice: 1438157* |



ORRICK

Roger Frankel, Successor Future Claimants'
Representative for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

September 6, 2013
Client No. 17367
Invoice No. 1438157

Orrick Contact: Roger Frankel

For Legal Services Rendered Through August 31, 2013 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 08/26/13 | R. Wyron | Telephone conference with P. Mahaley regarding insurance settlement strategy. | 0.30 |
| 08/27/13 | R. Wyron | Conference with P. Mahaley regarding strategy on insurance settlements. | 0.20 |
| 08/28/13 | P. Mahaley | Make recommendations to R. Frankel and R. Wyron regarding proposed insurance settlement demands. | 0.80 |
| 08/28/13 | R. Wyron | Review proposals and information from P. Mahaley regarding demands for settlements and follow up. | 0.40 |

|  | | |
|---|---|---|
| Total Hours | 1.70 | |
| Total For Services | | $1,319.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 0.80 | 665.00 | 532.00 |
| Richard H. Wyron | 0.90 | 875.00 | 787.50 |
| Total All Timekeepers | 1.70 | $776.18 | $1,319.50 |

**Total For This Matter**                 **$1,319.50**



ORRICK

Roger Frankel, Successor Future Claimants' - 17367                              September 6, 2013
page 2                                                                          Invoice No. 1438157

For Legal Services Rendered Through August 31, 2013 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 08/01/13 | D. Felder | Telephonic participation in status conference before Judge Carey (.2); follow-up telephone conference with M. Hurford (.1); conference with M. Wallace regarding indemnity issues and follow-up regarding same (.5). | 0.80 |
| 08/01/13 | M. Wallace | Discuss indemnity agreement provisions with D. Felder; review order and research Plan for drafting issues. | 0.30 |
| 08/01/13 | R. Wyron | Attend status conference (.3); review e-mails regarding Lantern and respond (.2). | 0.50 |
| 08/02/13 | D. Fullem | Review as-filed Project Lantern pleadings. | 0.20 |
| 08/04/13 | M. Wallace | Research form of indemnity agreement. | 0.30 |
| 08/05/13 | D. Fullem | Review recently filed pleadings. | 0.20 |
| 08/05/13 | D. Felder | Review final as-filed Project Lantern motion and motion to file under seal and follow-up regarding same (1.0); review e-mail correspondence and attachment from Lincoln regarding financial issues (.5). | 1.50 |
| 08/05/13 | M. Wallace | Review motion and plan provisions regarding indemnity to Trust. | 0.90 |
| 08/05/13 | M. Wallace | Begin drafting indemnity agreement, including reviewing and incorporating relevant plan terms. | 1.20 |
| 08/07/13 | D. Felder | E-mail correspondence with R. Frankel and R. Wyron regarding Garlock's motion for extension of time to file motion for rehearing en banc and review same. | 0.50 |
| 08/08/13 | D. Fullem | Review Garlock Third Circuit pleadings. | 0.20 |
| 08/08/13 | M. Wallace | Draft, proof, edit and finalize indemnity agreement for internal review. | 2.10 |
| 08/12/13 | D. Fullem | Review Third Circuit appeal docket. | 0.20 |
| 08/12/13 | D. Felder | Review Garlock's motion for extension of time to file petition for rehearing and order granting same (.3); e-mail correspondence with R. Frankel and R. Wyron regarding same (.1). | 0.40 |
| 08/13/13 | D. Fullem | Review Garlock appeal filings. | 0.20 |
| 08/14/13 | D. Fullem | Review Third Circuit pleadings and circulate same. | 0.20 |
| 08/15/13 | D. Fullem | Review recently filed pleadings in appeal. | 0.20 |
| 08/15/13 | D. Felder | Telephone conference with J. Radecki regarding status. | 0.20 |
| 08/16/13 | D. Fullem | Review recently filed pleadings in bankruptcy case and appeal and e-mail to Orrick team re same. | 0.20 |



ORRICK

Roger Frankel, Successor Future Claimants' - 17367                    September 6, 2013
page 3                                                               Invoice No. 1438157

| 08/19/13 | D. Fullem | Review e-mail from D. Felder regarding Garlock appeal petition for rehearing in Grace District Court case. | 0.20 |
|---|---|---|---|
| 08/19/13 | D. Fullem | Review recently filed pleadings and e-mail to R. Frankel, R. Wyron and D. Felder re same. | 0.20 |
| 08/19/13 | D. Felder | Review disclosure statement and e-mail correspondence with R. Frankel regarding same (.3); e-mail correspondence with D. Fullem regarding recently filed pleadings and review same (.4). | 0.70 |
| 08/19/13 | R. Wyron | Review open items list (.2); review T. Wyant materials (.3); confer with R. Frankel re status and follow-up (.3); follow-up re Lantern and respond to emails re same (.2). | 1.00 |
| 08/20/13 | D. Felder | Review Garlock's petition for rehearing and e-mail to R. Frankel and R. Wyron regarding same (1.4); note issues regarding same (.6). | 2.00 |
| 08/20/13 | R. Wyron | Update call with Grace and ACC counsel (.7); review Lantern timing and pleadings (.2). | 0.90 |
| 08/23/13 | D. Fullem | Review recently filed pleadings and e-mail to R. Frankel, R. Wyron and D. Felder regarding same. | 0.20 |
| 08/26/13 | D. Fullem | Review Grace docket for status of 8/29 hearing (.2); review and respond to e-mail from D. Felder regarding same (.4); coordinate CourtCall telephonic appearances for R. Frankel, R. Wyron, D. Felder and J. Radecki (.2). | 0.80 |
| 08/28/13 | D. Fullem | Review omnibus hearing schedule. | 0.20 |
| 08/28/13 | D. Fullem | Review e-mails regarding cancellation of hearing on August 29; update parties regarding same. | 0.40 |
| 08/28/13 | D. Felder | E-mail correspondence with J. O'Neill regarding August 29 hearing and follow-up regarding same (.3); review order approving Project Lantern motion (.3); e-mail correspondence regarding same and follow-up (.3). | 0.90 |
| 08/28/13 | D. Felder | Review recently filed pleadings regarding omnibus hearings and e-mail correspondence with D. Fullem regarding same (.3); review local rules and orders regarding filing deadlines and objection dates and follow-up regarding same (.8). | 1.10 |
| 08/28/13 | R. Wyron | Review materials on estimation expert (.6); meet with estimation expert and follow-up (2.3). | 2.90 |
| 08/29/13 | D. Fullem | Review Project Lantern orders. | 0.20 |
| 08/29/13 | R. Wyron | Call from A. Paul regarding Sealed Air and e-mails regarding same. | 0.40 |



O R R I C K

Roger Frankel, Successor Future Claimants' - 17367
page 4

September 6, 2013
Invoice No. 1438157

| | | Total Hours | 22.40 | |
| | | Total For Services | | $14,830.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 8.10 | 650.00 | 5,265.00 |
| Debra O. Fullem | 3.80 | 270.00 | 1,026.00 |
| Mary A. Wallace | 4.80 | 740.00 | 3,552.00 |
| Richard H. Wyron | 5.70 | 875.00 | 4,987.50 |
| Total All Timekeepers | 22.40 | $662.08 | $14,830.50 |

Disbursements
    Document Reproduction             0.20
    Other Business Meals            22.80
    Outside Services              581.40
    Westlaw Research            566.74

                    Total Disbursements        $1,171.14

**Total For This Matter**        **$16,001.64**



ORRICK

Roger Frankel, Successor Future Claimants' - 17367
page 5

September 6, 2013
Invoice No. 1438157

For Legal Services Rendered Through August 31, 2013 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 08/05/13 | D. Felder | Review FCR's June fee application and e-mail to D. Fullem regarding same. | 0.70 |
| 08/07/13 | D. Fullem | Review FCR's July prebill. | 0.80 |
| 08/08/13 | D. Fullem | Coordinate finalizing, filing, serving of FCR's June fee application. | 0.50 |
| 08/08/13 | D. Felder | Review FCR's July prebill. | 0.70 |
| 08/12/13 | R. Wyron | Review July prebill for FCR. | 0.30 |
| 08/19/13 | D. Fullem | Review various fee application filings by other professionals. | 0.20 |
| 08/21/13 | D. Fullem | Review recently filed fee applications. | 0.20 |
| 08/22/13 | D. Fullem | Review FCR July invoice; prepare July fee application. | 1.00 |
| 08/26/13 | D. Fullem | Review, revise, finalize, file and serve FCR's July fee application. | 0.50 |
| 08/28/13 | D. Fullem | Review status of other professional fee applications. | 0.40 |
| 08/28/13 | D. Felder | Review FCR's July fee application and e-mail correspondence with D. Fullem regarding same. | 0.60 |
| 08/29/13 | D. Fullem | Prepare CNO and COS for FCR's June monthly fee application. | 0.50 |
| 08/29/13 | D. Felder | Review CNO for FCR's June fee application and e-mail correspondence with D. Fullem and R. Wyron regarding same. | 0.50 |
| 08/30/13 | D. Fullem | Coordinate filing/serving of FCR's CNO for June fee application. | 0.20 |

Total Hours                 7.10
Total For Services                                  $3,048.50

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 2.50 | 650.00 | 1,625.00 |
| Debra O. Fullem | 4.30 | 270.00 | 1,161.00 |
| Richard H. Wyron | 0.30 | 875.00 | 262.50 |
| Total All Timekeepers | 7.10 | $429.37 | $3,048.50 |



ORRICK

Roger Frankel, Successor Future Claimants' - 17367
page 6

September 6, 2013
Invoice No. 1438157

Disbursements
    Document Reproduction               4.00
    Outside Services                          6.60
                    Total  Disbursements             $10.60

**Total For This Matter**       **$3,059.10**



ORRICK

Roger Frankel, Successor Future Claimants' - 17367                    September 6, 2013
page 7                                                                Invoice No. 1438157

For Legal Services Rendered Through August 31, 2013 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 08/27/13 | D. Fullem | Review, research and reply to R. Frankel and R. Wyron's e-mails relating to disclosure issues. | 1.00 |
| 08/27/13 | R. Wyron | Review disclosure question and follow up. | 0.20 |

|  |  |
|---|---|
| Total Hours | 1.20 |
| Total For Services | $445.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra  O. Fullem | 1.00 | 270.00 | 270.00 |
| Richard  H. Wyron | 0.20 | 875.00 | 175.00 |
| Total All Timekeepers | 1.20 | $370.83 | $445.00 |

**Total For This Matter**                    **$445.00**



ORRICK

Roger Frankel, Successor Future Claimants' - 17367
page 8

September 6, 2013
Invoice No. 1438157

For Legal Services Rendered Through August 31, 2013 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| Date | Professional | Description | Hours |
|------|-------------|-------------|-------|
| 08/01/13 | D. Fullem | Review May 16-31, 2013 and June 1-30, 2013 invoices (.4); prepare first and second monthly fee applications for Orrick (1.2); e-mail to D. Felder and R. Wyron for review/comment (.2); prepare edits thereto (.4). | 2.20 |
| 08/01/13 | D. Felder | Review and revise Orrick's May 16-31 and June 2013 fee applications and e-mail correspondence to D. Fullem regarding same. | 0.80 |
| 08/05/13 | D. Fullem | Review status of fee applications and payments to date. | 0.30 |
| 08/06/13 | D. Fullem | Review/revise/finalize Orrick May 16-31 and June 1-30 fee applications. | 1.00 |
| 08/07/13 | D. Fullem | Review Orrick's July prebill. | 1.00 |
| 08/08/13 | D. Fullem | Prepare e-mail to R. Wyron with Orrick's first and second fee applications for review/comment/approval. | 0.40 |
| 08/08/13 | D. Felder | Review Orrick's July prebill. | 0.80 |
| 08/12/13 | D. Fullem | Review status of fee applications filed/payments received. | 0.50 |
| 08/12/13 | R. Wyron | Review July prebill. | 0.40 |
| 08/14/13 | D. Fullem | Review, revise May and June fee applications for R. Wyron approval/signature. | 0.40 |
| 08/16/13 | D. Fullem | Coordinate finalizing, filing, serving of Orrick's May 16-31 and June 1-30 monthly fee applications. | 1.00 |
| 08/19/13 | D. Fullem | Review e-mail from D. Felder regarding June fee application; coordinate with local counsel regarding same. | 0.20 |
| 08/19/13 | D. Fullem | Review status of fee application filings; payments on same; update charts. | 0.50 |
| 08/20/13 | D. Fullem | Review recently filed fee applications. | 0.20 |
| 08/22/13 | D. Fullem | Review July invoice; prepare draft of July fee application. | 1.00 |
| 08/22/13 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding status of Jan-Mar quarterly fee application. | 0.20 |
| 08/26/13 | D. Fullem | Review e-mail from B. Ruhlander regarding questions on expense items from Jan-Mar 2013 time period. | 0.20 |
| 08/26/13 | D. Fullem | Review, revise, finalize, file and serve Orrick's July fee application. | 0.50 |
| 08/26/13 | R. Wyron | Review fee applications. | 0.30 |
| 08/27/13 | D. Fullem | Prepare draft of quarterly fee application for Jan-Mar 2013. | 2.00 |



ORRICK

Roger Frankel, Successor Future Claimants' - 17367
page 9

September 6, 2013
Invoice No. 1438157

| | | | |
|---|---|---|---|
| 08/27/13 | D. Fullem | Prepare draft response to B. Ruhlander regarding questions on expense items from Jan-Mar 2013 time period; e-mail to R. Wyron for review/comment/approval. | 0.80 |
| 08/27/13 | R. Wyron | Review fee auditor inquiry and respond (.1); review billing questions and follow up (.3). | 0.40 |
| 08/28/13 | D. Fullem | Review/revise quarterly fee application for the period January 1-March 31, 2013. | 1.30 |
| 08/28/13 | D. Felder | Review July fee application and e-mail correspondence with D. Fullem regarding same. | 0.80 |
| 08/28/13 | D. Felder | Review and revise Orrick's quarterly fee application for January-March 2013 and e-mail correspondence with D. Fullem regarding same (1.0); e-mail correspondence with J. O'Neill regarding objection deadline regarding same and follow-up regarding same (.3); review e-mail correspondence from Fee Auditor and D. Fullem regarding expense details and e-mail with D. Fullem regarding same (.5). | 1.80 |
| 08/29/13 | D. Fullem | Confer with R. Wyron and D. Felder regarding edits to and finalizing of quarterly fee application. | 1.00 |
| 08/29/13 | D. Felder | Review and revise Orrick's quarterly fee application and e-mail correspondence with D. Fullem and R. Wyron regarding same. | 1.20 |
| 08/29/13 | R. Wyron | Review quarterly fee application and follow-up (.4); respond to e-mails regarding fee questions (.2). | 0.60 |
| 08/30/13 | D. Fullem | Coordinate filing/serving of Orrick's quarterly for Jan-Mar 2013 time period. | 0.20 |
| 08/30/13 | R. Wyron | Review quarterly fee application (.3); review and revise fee statement (.1). | 0.40 |

|  |  |  |
|---|---|---|
| Total Hours | 22.40 | |
| Total For Services | | $9,370.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 5.40 | 650.00 | 3,510.00 |
| Debra O. Fullem | 14.90 | 270.00 | 4,023.00 |
| Richard H. Wyron | 2.10 | 875.00 | 1,837.50 |
| Total All Timekeepers | 22.40 | $418.33 | $9,370.50 |



ORRICK

Roger Frankel, Successor Future Claimants' - 17367                    September 6, 2013
page 10                                                              Invoice No. 1438157

Disbursements
    Document Reproduction                    263.80
    Outside Services                          11.80
    Postage                                  284.40
                        Total  Disbursements                        $560.00


                        **Total For This Matter**                   **$9,930.50**



**ORRICK**

Roger Frankel, Successor Future Claimants' - 17367
page 11

September 6, 2013
Invoice No. 1438157

For Legal Services Rendered Through August 31, 2013 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 08/28/13 | R. Wyron | Travel to NY for meeting with potential expert and return to DC. | 3.00 |

| | | |
|---|---|---|
| Total Hours | 3.00 | |
| Total For Services | | $1,312.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Richard  H. Wyron | 3.00 | 437.50 | 1,312.50 |
| Total All Timekeepers | 3.00 | $437.50 | $1,312.50 |

**Total For This Matter**                         **$1,312.50**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 57.80 | |
| Total Fees, all Matters | | $30,326.50 |
| Total Disbursements, all Matters | | $1,741.74 |
| Total Amount Due | | $32,068.24 |