**EXHIBIT A**

# Blackstone Advisory Partners L.P.

September 3, 2013

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Fee for the period of April 1, 2013 through April 30, 2013: | $ | 75,000.00 |
| Less: Payment Received | | (60,000.00) |
| **Total Amount Due**[1] | **$** | **15,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 612**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**APRIL 1, 2013 THROUGH APRIL 30, 2013**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 29.2 |
| Adam Schlesinger | Associate | 23.8 |
| Benjamin Jaffe | Analyst | 50.5 |
| **Total** | | **103.5** |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
APRIL 1, 2013 THROUGH APRIL 30, 2013

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/01/13 | 0.4 | Business Analysis | Conference call with management and counsel regarding business matter |
| Jamie O'Connell | 04/01/13 | 0.3 | Business Analysis | Call regarding business matter |
| Jamie O'Connell | 04/01/13 | 0.2 | Business Analysis | Follow-up calls regarding business matter |
| Adam Schlesinger | 04/02/13 | 0.2 | Business Analysis | Call with counsel regarding business matter |
| Benjamin Jaffe | 04/02/13 | 2.0 | Business Analysis | Review of company investor relations materials |
| Jamie O'Connell | 04/02/13 | 0.3 | Business Analysis | Call with counsel regarding business matter |
| Jamie O'Connell | 04/02/13 | 0.2 | Business Analysis | Call regarding business matter |
| Jamie O'Connell | 04/02/13 | 0.3 | Business Analysis | Subsequent calls with counsel regarding business matter |
| Jamie O'Connell | 04/02/13 | 0.5 | Business Analysis | Review materials and provide commentary |
| Adam Schlesinger | 04/03/13 | 0.6 | Business Analysis | Review materials |
| Benjamin Jaffe | 04/03/13 | 3.0 | Business Analysis | Preparation of materials regarding a business matter |
| Jamie O'Connell | 04/03/13 | 0.3 | Business Analysis | Review materials and provide commentary |
| Adam Schlesinger | 04/04/13 | 1.0 | Business Analysis | Review management presentation |
| Benjamin Jaffe | 04/04/13 | 1.5 | Business Analysis | Review of company investor relations materials |
| Benjamin Jaffe | 04/04/13 | 1.5 | Business Analysis | Review of presentation materials regarding a business matter |
| Jamie O'Connell | 04/04/13 | 0.2 | Business Analysis | Correspondence regarding management meeting |
| Benjamin Jaffe | 04/05/13 | 3.0 | Business Analysis | Preparation of materials regarding a business matter |
| Jamie O'Connell | 04/05/13 | 0.7 | Business Analysis | Review draft materials, provide comments and correspondence to management |
| Jamie O'Connell | 04/05/13 | 0.7 | Business Analysis | Conference call with management and counsel regarding business matter |
| Adam Schlesinger | 04/06/13 | 0.5 | Business Analysis | Review management presentation |
| Benjamin Jaffe | 04/06/13 | 3.5 | Business Analysis | Preparation of materials regarding a business matter |
| Benjamin Jaffe | 04/07/13 | 1.5 | Business Analysis | Review of presentation materials regarding a business matter |
| Jamie O'Connell | 04/07/13 | 1.6 | Business Analysis | Drafting related to business matter |
| Adam Schlesinger | 04/08/13 | 1.5 | Business Analysis | Review management presentation |
| Adam Schlesinger | 04/08/13 | 0.5 | Business Analysis | Drafting and correspondence related to business matter |
| Benjamin Jaffe | 04/08/13 | 2.5 | Business Analysis | Preparation of materials regarding a business matter |
| Jamie O'Connell | 04/08/13 | 0.4 | Business Analysis | Drafting and correspondence related to business matter |
| Adam Schlesinger | 04/09/13 | 0.5 | Business Analysis | Update business analysis |
| Benjamin Jaffe | 04/09/13 | 0.5 | Business Analysis | Preparation of materials regarding a business matter |
| Jamie O'Connell | 04/09/13 | 0.2 | Business Analysis | Call with management regarding business matter |
| Jamie O'Connell | 04/09/13 | 0.6 | Business Analysis | Multiple correspondences regarding business matter |
| Adam Schlesinger | 04/10/13 | 0.7 | Business Analysis | Review earnings release |
| Jamie O'Connell | 04/10/13 | 1.0 | Business Analysis | Calls with financial advisors regarding business matter |
| Jamie O'Connell | 04/10/13 | 0.7 | Business Analysis | Correspondence to management and counsel regarding business matter |
| Adam Schlesinger | 04/11/13 | 0.6 | Business Analysis | Update business analysis |
| Benjamin Jaffe | 04/11/13 | 2.5 | Business Analysis | Preparation of materials regarding a business matter |
| Adam Schlesinger | 04/12/13 | 1.0 | Business Analysis | Review management presentation |
| Benjamin Jaffe | 04/12/13 | 3.5 | Business Analysis | Preparation of materials regarding a business matter |
| Jamie O'Connell | 04/12/13 | 1.0 | Business Analysis | Calls regarding business matter and related correspondence |
| Benjamin Jaffe | 04/14/13 | 2.0 | Business Analysis | Preparation of materials regarding a business matter |
| Benjamin Jaffe | 04/15/13 | 3.5 | Business Analysis | Preparation of materials regarding a business matter |
| Adam Schlesinger | 04/16/13 | 2.5 | Business Analysis | Review management presentation |
| Benjamin Jaffe | 04/16/13 | 2.0 | Business Analysis | Preparation of materials regarding a business matter |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2013 THROUGH APRIL 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/16/13 | 1.8 | Business Analysis | Calls and correspondence regarding business matter |
| Adam Schlesinger | 04/19/13 | 0.5 | Business Analysis | Call with management and counsel regarding business matter |
| Adam Schlesinger | 04/19/13 | 0.3 | Business Analysis | Call regarding business matter |
| Benjamin Jaffe | 04/19/13 | 0.5 | Business Analysis | Call with management and counsel regarding business matter |
| Benjamin Jaffe | 04/19/13 | 2.0 | Business Analysis | Preparation of materials regarding a business matter |
| Jamie O'Connell | 04/19/13 | 0.5 | Business Analysis | Call with management and counsel regarding business matter |
| Jamie O'Connell | 04/19/13 | 0.4 | Business Analysis | Subsequent calls regarding business matter |
| Jamie O'Connell | 04/19/13 | 0.4 | Business Analysis | Drafting materials related to business matter |
| Jamie O'Connell | 04/19/13 | 0.3 | Business Analysis | Call regarding business matter |
| Jamie O'Connell | 04/20/13 | 0.4 | Business Analysis | Correspondence regarding business matter |
| Adam Schlesinger | 04/21/13 | 0.5 | Business Analysis | Review management presentation |
| Benjamin Jaffe | 04/21/13 | 1.0 | Business Analysis | Conference call with counsel and review and comment on draft materials |
| Benjamin Jaffe | 04/21/13 | 1.5 | Business Analysis | Preparation of materials regarding a business matter |
| Jamie O'Connell | 04/21/13 | 1.0 | Business Analysis | Conference call with counsel and review and comment on draft materials |
| Benjamin Jaffe | 04/22/13 | 2.0 | Business Analysis | Preparation of materials regarding a business matter |
| Jamie O'Connell | 04/22/13 | 1.5 | Business Analysis | Calls with management and counsel and related emails regarding business matter |
| Adam Schlesinger | 04/23/13 | 1.0 | Business Analysis | Conference call with management regarding business matter |
| Adam Schlesinger | 04/23/13 | 1.5 | Business Analysis | Calls with counsel and financial advisors regarding business matter |
| Benjamin Jaffe | 04/23/13 | 1.0 | Business Analysis | Conference call with management regarding business matter |
| Benjamin Jaffe | 04/23/13 | 1.5 | Business Analysis | Preparation of materials regarding a business matter |
| Jamie O'Connell | 04/23/13 | 1.0 | Business Analysis | Conference call with management regarding business matter |
| Jamie O'Connell | 04/23/13 | 1.8 | Business Analysis | Calls with counsel and financial advisors regarding business matter; related correspondence |
| Adam Schlesinger | 04/24/13 | 0.5 | Business Analysis | Meeting with B. Jaffe to discuss a business matter |
| Benjamin Jaffe | 04/24/13 | 0.5 | Business Analysis | Meeting with A. Schlesinger to discuss a business matter |
| Benjamin Jaffe | 04/24/13 | 2.0 | Business Analysis | Preparation of materials regarding a business matter |
| Jamie O'Connell | 04/24/13 | 1.1 | Business Analysis | Calls with counsel and financial advisors regarding business matter; related correspondence |
| Jamie O'Connell | 04/24/13 | 0.5 | Business Analysis | Financial analysis regarding business matter |
| Benjamin Jaffe | 04/25/13 | 0.5 | Business Analysis | Conference call with management regarding financing matter (did not attend entire call) |
| Jamie O'Connell | 04/25/13 | 0.3 | Business Analysis | Correspondence to management and counsel regarding business matter |
| Jamie O'Connell | 04/25/13 | 1.0 | Business Analysis | Calls with financial advisors, management and counsel regarding business matter |
| Jamie O'Connell | 04/25/13 | 1.1 | Business Analysis | Conference call with management regarding financing matter |
| Adam Schlesinger | 04/26/13 | 1.2 | Business Analysis | Calls with management, counsel and financial advisors regarding business matter |
| Jamie O'Connell | 04/26/13 | 3.0 | Business Analysis | Calls with management, counsel and financial advisors regarding business matter |
| Jamie O'Connell | 04/26/13 | 0.5 | Business Analysis | Correspondence regarding business matter |
| Adam Schlesinger | 04/29/13 | 0.5 | Business Analysis | Meeting with B. Jaffe to discuss a business matter |
| Adam Schlesinger | 04/29/13 | 1.1 | Business Analysis | Meeting with J. O'Connell to review draft declaration and related calls |
| Adam Schlesinger | 04/29/13 | 0.7 | Business Analysis | Conference call with management and counsel regarding business matter |
| Benjamin Jaffe | 04/29/13 | 0.5 | Business Analysis | Meeting with A. Schlesinger to discuss a business matter |
| Benjamin Jaffe | 04/29/13 | 0.5 | Business Analysis | Research regarding a business matter |
| Jamie O'Connell | 04/29/13 | 0.3 | Business Analysis | Call with management regarding business matter |
| Jamie O'Connell | 04/29/13 | 0.2 | Business Analysis | Call with counsel regarding business matter |
| Jamie O'Connell | 04/29/13 | 0.7 | Business Analysis | Conference call with management and counsel regarding business matter |
| Jamie O'Connell | 04/29/13 | 1.1 | Business Analysis | Meeting with A. Schlesinger to review draft declaration and related calls |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2013 THROUGH APRIL 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/30/13 | 0.2 | Business Analysis | Call with management regarding business matter |
| Jamie O'Connell | 04/30/13 | 0.5 | Business Analysis | Conference call with management regarding financing matter |
| | | 92.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2013 THROUGH APRIL 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 04/03/13 | 0.5 | Case Administration | Review draft filing |
| Adam Schlesinger | 04/15/13 | 1.0 | Case Administration | Review draft filing |
| Adam Schlesinger | 04/22/13 | 2.0 | Case Administration | Review draft filing |
| | | 3.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2013 THROUGH APRIL 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 04/10/13 | 2.5 | Claims Analysis Objection/Resolution | Claims analysis |
| Benjamin Jaffe | 04/26/13 | 0.2 | Claims Analysis Objection/Resolution | Call with management regarding claims analysis |
| Benjamin Jaffe | 04/26/13 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis |
| | | 3.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2013 THROUGH APRIL 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 04/02/13 | 0.4 | Committee | Call with committee regarding business matter |
| Adam Schlesinger | 04/02/13 | 2.5 | Committee | Committee information request |
| | | 2.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2013 THROUGH APRIL 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 04/29/13 | 0.8 | Fee Application | Draft fee application |
| | | 0.8 | | |

# Blackstone Advisory Partners L.P.

September 3, 2013

Mr. Fred Festa
Chairman, Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Fee for the period of May 1, 2013 through May 31, 2013: | $ | 50,000.00 |
| Monthly Fee for the period of June 1, 2013 through June 30, 2013: | | 75,000.00 |
| Out-of-pocket expenses processed for the period through April 30, 2013: [1] | | |
|     Publishing Services | $    583.33 | 583.33 |
| **Total Amount Due** | $ | **125,583.33** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice No. 989**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**

|  | GL Detail Apr-13 | | Total Expenses | |
|---|---|---|---|---|
| Publishing Services | $ | 583.33 | $ | 583.33 |
| **Total Expenses** | $ | 583.33 | $ | 583.33 |
| **Publishing Services** | | | $ | 583.33 |
| **Total Expenses** | | | $ | 583.33 |

W. R. Grace & Co.
Detail of Expenses Processed
Through April 30, 2013
Invoice No. 989

**Publishing Services**

| | | | | |
|---|---|---|---|---|
| Jaffe (preparation of materials for meetings) | 04/07/13 | 583.33 | | |
| **Subtotal - Publishing Services** | | | $ | 583.33 |
| **Total Expenses** | | | $ | 583.33 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MAY 1, 2013 THROUGH MAY 31, 2013**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 1.8 |
| Adam Schlesinger | Associate | 13.3 |
| Benjamin Jaffe | Analyst | 49.0 |
| | **Total** | **64.1** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2013 THROUGH MAY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/02/13 | 3.0 | Business Analysis | Drafting of presentation regarding business matter |
| Benjamin Jaffe | 05/02/13 | 4.5 | Business Analysis | Drafting of presentation regarding business matter |
| Adam Schlesinger | 05/07/13 | 2.0 | Business Analysis | Drafting of presentation regarding business matter |
| Benjamin Jaffe | 05/07/13 | 2.0 | Business Analysis | Drafting of presentation regarding business matter |
| Adam Schlesinger | 05/10/13 | 2.0 | Business Analysis | Drafting of presentation regarding business matter |
| Benjamin Jaffe | 05/10/13 | 5.0 | Business Analysis | Drafting of presentation regarding business matter |
| Jamie O'Connell | 05/10/13 | 1.3 | Business Analysis | Drafting of presentation regarding business matter |
| Jamie O'Connell | 05/16/13 | 0.1 | Business Analysis | Correspondence with management regarding financial matter |
| | | 19.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2013 THROUGH MAY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/10/13 | 0.5 | Case Administration | Review draft motion |
| | | 0.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2013 THROUGH MAY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/20/13 | 0.6 | Claims Analysis Objection/Resolution | Review claims analysis |
| Benjamin Jaffe | 05/20/13 | 6.0 | Claims Analysis Objection/Resolution | Claim analysis |
| Benjamin Jaffe | 05/21/13 | 4.0 | Claims Analysis Objection/Resolution | Claim analysis |
| Benjamin Jaffe | 05/22/13 | 3.0 | Claims Analysis Objection/Resolution | Claim analysis |
| Benjamin Jaffe | 05/23/13 | 2.0 | Claims Analysis Objection/Resolution | Claim analysis |
| Benjamin Jaffe | 05/24/13 | 1.0 | Claims Analysis Objection/Resolution | Claim analysis |
| Benjamin Jaffe | 05/25/13 | 2.0 | Claims Analysis Objection/Resolution | Claim analysis |
| Benjamin Jaffe | 05/28/13 | 6.0 | Claims Analysis Objection/Resolution | Claim analysis |
| Adam Schlesinger | 05/29/13 | 2.0 | Claims Analysis Objection/Resolution | Review claims analysis |
| Adam Schlesinger | 05/29/13 | 1.0 | Claims Analysis Objection/Resolution | Call to discuss claims analysis |
| Benjamin Jaffe | 05/29/13 | 3.0 | Claims Analysis Objection/Resolution | Claim analysis |
| Benjamin Jaffe | 05/29/13 | 1.0 | Claims Analysis Objection/Resolution | Call to discuss claims analysis |
| Benjamin Jaffe | 05/30/13 | 3.0 | Claims Analysis Objection/Resolution | Claim analysis |
| Benjamin Jaffe | 05/31/13 | 5.0 | Claims Analysis Objection/Resolution | Claim analysis |
| | | 39.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2013 THROUGH MAY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/14/13 | 0.2 | Committee | Call with financial advisor |
| Jamie O'Connell | 05/16/13 | 0.2 | Committee | Call with management regarding creditor matter |
| | | 0.4 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2013 THROUGH MAY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/15/13 | 0.3 | Fee Applications | Call regarding draft fee application |
| Benjamin Jaffe | 05/15/13 | 1.0 | Fee Applications | Draft fee application |
| Adam Schlesinger | 05/20/13 | 0.4 | Fee Applications | Review draft fee application |
| | | 1.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2013 THROUGH MAY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 05/23/13 | 1.0 | Financing | Review business presentation |
| Adam Schlesinger | 05/29/13 | 0.5 | Financing | Call with management regarding business matter |
| Benjamin Jaffe | 05/29/13 | 0.5 | Financing | Call with management regarding business matter |
| | | 2.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 1, 2013 THROUGH JUNE 30, 2013**

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 15.5 |
| Adam Schlesinger | Associate | 23.1 |
| Benjamin Jaffe | Analyst | 44.7 |
| Daniel Bernstein | Analyst | 13.2 |
| **Total** | | **96.5** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2013 THROUGH JUNE 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 06/05/13 | 2.5 | Business Analysis | Meeting with management regarding various matters (did not attend entire meeting) |
| Benjamin Jaffe | 06/05/13 | 5.0 | Business Analysis | Meeting with management regarding various matters |
| Jamie O'Connell | 06/05/13 | 5.0 | Business Analysis | Meeting with management regarding various matters |
| Jamie O'Connell | 06/26/13 | 0.5 | Business Analysis | Correspondence with management regarding business matter |
| | | 13.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2013 THROUGH JUNE 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 06/03/13 | 1.5 | Case Administration | Review analysis regarding appeal matter |
| Benjamin Jaffe | 06/03/13 | 6.0 | Case Administration | Preparation of analysis regarding appeal matter |
| Adam Schlesinger | 06/04/13 | 1.0 | Case Administration | Review analysis regarding appeal matter |
| Benjamin Jaffe | 06/04/13 | 6.5 | Case Administration | Preparation of analysis regarding appeal matter |
| Jamie O'Connell | 06/04/13 | 0.5 | Case Administration | Call with General Counsel regarding various matters |
| Adam Schlesinger | 06/05/13 | 0.5 | Case Administration | Review analysis regarding appeal matter |
| Benjamin Jaffe | 06/05/13 | 2.0 | Case Administration | Preparation of analysis regarding appeal matter |
| Adam Schlesinger | 06/07/13 | 2.0 | Case Administration | Review analysis regarding appeal matter |
| Adam Schlesinger | 06/07/13 | 0.5 | Case Administration | Conference call with management and counsel regarding appeal matter |
| Benjamin Jaffe | 06/07/13 | 6.5 | Case Administration | Preparation of analysis regarding appeal matter |
| Benjamin Jaffe | 06/07/13 | 0.5 | Case Administration | Conference call with management and counsel regarding appeal matter |
| Jamie O'Connell | 06/07/13 | 0.5 | Case Administration | Conference call with management and counsel regarding appeal matter |
| Adam Schlesinger | 06/09/13 | 0.4 | Case Administration | Review analysis regarding appeal matter |
| Daniel Bernstein | 06/10/13 | 1.0 | Case Administration | Preparation of analysis regarding appeal matter |
| Adam Schlesinger | 06/11/13 | 3.0 | Case Administration | Review analysis regarding appeal matter |
| Adam Schlesinger | 06/11/13 | 1.0 | Case Administration | Calls with counsel and management regarding appeal matter |
| Benjamin Jaffe | 06/11/13 | 3.0 | Case Administration | Preparation of analysis regarding appeal matter |
| Benjamin Jaffe | 06/11/13 | 2.0 | Case Administration | Review of analysis regarding appeal matter |
| Benjamin Jaffe | 06/11/13 | 1.0 | Case Administration | Calls with counsel and management regarding appeal matter |
| Daniel Bernstein | 06/11/13 | 1.0 | Case Administration | Calls with counsel and management regarding appeal matter |
| Daniel Bernstein | 06/11/13 | 5.0 | Case Administration | Review of analysis regarding appeal matter |
| Jamie O'Connell | 06/11/13 | 1.0 | Case Administration | Calls with counsel and management regarding appeal matter |
| Adam Schlesinger | 06/14/13 | 1.3 | Case Administration | Review analysis regarding appeal matter |
| Benjamin Jaffe | 06/14/13 | 2.5 | Case Administration | Preparation of analysis regarding appeal matter |
| Adam Schlesinger | 06/21/13 | 0.5 | Case Administration | Call with General Counsel regarding various matters |
| Daniel Bernstein | 06/21/13 | 1.5 | Case Administration | Review of analysis regarding claim matter |
| Jamie O'Connell | 06/21/13 | 0.5 | Case Administration | Call with General Counsel regarding various matters |
| Adam Schlesinger | 06/27/13 | 0.8 | Case Administration | Calls with counsel regarding appeal matter |
| Daniel Bernstein | 06/27/13 | 0.8 | Case Administration | Calls with counsel regarding appeal matter |
| Jamie O'Connell | 06/27/13 | 0.8 | Case Administration | Calls with counsel regarding appeal matter |
| | | 55.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2013 THROUGH JUNE 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 06/19/13 | 2.0 | Claims Analysis Objection/Resolution | Review claims analysis |
| Daniel Bernstein | 06/23/13 | 2.5 | Claims Analysis Objection/Resolution | Claims analysis and preparation |
| Adam Schlesinger | 06/24/13 | 0.7 | Claims Analysis Objection/Resolution | Call with counsel and claims agent regarding claims |
| Benjamin Jaffe | 06/24/13 | 0.7 | Claims Analysis Objection/Resolution | Call with counsel and claims agent regarding claims |
| Daniel Bernstein | 06/24/13 | 0.7 | Claims Analysis Objection/Resolution | Call with counsel and claims agent regarding claims |
| Adam Schlesinger | 06/27/13 | 1.5 | Claims Analysis Objection/Resolution | Review claims analyses |
| | | 8.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2013 THROUGH JUNE 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Jaffe | 06/10/13 | 1.0 | Fee Applications | Draft fee preparation |
| Benjamin Jaffe | 06/13/13 | 1.0 | Fee Applications | Review draft fee analysis |
| Adam Schlesinger | 06/15/13 | 0.2 | Fee Applications | Review draft fee application |
| | | 2.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2013 THROUGH JUNE 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 06/25/13 | 0.7 | Financing | Conference call with management regarding exit financing workstreams |
| Daniel Bernstein | 06/25/13 | 0.7 | Financing | Conference call with management regarding exit financing workstreams |
| Jamie O'Connell | 06/25/13 | 0.7 | Financing | Conference call with management regarding exit financing workstreams |
| | | 2.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2013 THROUGH JUNE 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 06/17/13 | 3.0 | Hearings | Attend Third Circuit hearing |
| Benjamin Jaffe | 06/17/13 | 3.0 | Hearings | Attend Third Circuit hearing |
| Jamie O'Connell | 06/17/13 | 3.0 | Hearings | Attend Third Circuit hearing |
| | | 9.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2013 THROUGH JUNE 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 06/17/13 | 1.0 | Non-Working Travel Time | Travel from NYC to Philadelphia to attend hearing |
| Adam Schlesinger | 06/17/13 | 1.0 | Non-Working Travel Time | Travel from Philadelphia to NYC following hearing |
| Benjamin Jaffe | 06/17/13 | 1.0 | Non-Working Travel Time | Travel from NYC to Philadelphia to attend hearing |
| Benjamin Jaffe | 06/17/13 | 1.0 | Non-Working Travel Time | Travel from NYC to Philadelphia to attend hearing |
| Jamie O'Connell | 06/17/13 | 1.5 | Non-Working Travel Time | Travel from residence to Philadelphia |
| Jamie O'Connell | 06/17/13 | 1.5 | Non-Working Travel Time | Travel from Philadelphia to residence |
| | | 7.0 | | |