IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. Grace & Co., *et al.*

    Debtors.

Case No. 01-01139 (KJC)

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

PLEASE TAKE NOTICE that, pursuant to Rule 83.7 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Matthew B. Harvey hereby withdraws his appearance as counsel to Garlock Sealing Technologies LLC in the above-captioned case. The undersigned further requests that the Clerk of the United States District Court for the Delaware remove him from the electronic and paper noticing matrix for the above-captioned case.

All other current counsel of record will continue to represent Garlock Sealing Technologies LLC and are not intended to be affected by this notice.

Dated: September 27, 2013
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Matthew B. Harvey (DE Bar No. 5186)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

7606890.1