# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**AUGUST 1, 2013 - AUGUST 31, 2013**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.4 | $   294.00 |
| 0013 | Business Operations | 0.9 | 661.50 |
| 0014 | Case Administration | 2.9 | 895.50 |
| 0018 | Fee Application, Applicant | 9.9 | 3,670.00 |
| 0020 | Fee Application, Others | 3.0 | 660.00 |
| 0037 | Hearings | 0.5 | 367.50 |
|  |  |  |  |
|  | **Total** | **17.6** | **$  6,548.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | September 10, 2013 |
| INVOICE NO. | 602166 |
| CLIENT | W R Grace & Co. |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through August 31, 2013, including:

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) 699843 0009 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2013 | Review corresp. from A. Paul re: filing of Project Lantern Motion. | Wildes, D. | 0.1 |
| 08/02/2013 | Review Debtors' filed motion to approve Project Lantern and review final as filed Motion to Seal and proposed orders. | Wildes, D. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.4 | $ 735 | $ 294.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 294.00 |
| TOTAL FOR THIS MATTER | $ 294.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Business Operations<br>699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/13/2013 | Emails Liam re: review of draft report to Committee re: Grace's 2nd Quarter 2013 business performance (.1); begin review same (.1). | Wildes, D. | 0.2 |
| 08/14/2013 | Review and mark-up draft report to Committee re: Grace's 2nd Quarter 2013 business performance (.5); emails Liam re: comments (.1). | Wildes, D. | 0.6 |
| 08/15/2013 | Further emails Liam re: comments to Report to Committee re: 2nd quarter business performance. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.9 | $ 735 | $ 661.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 661.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 661.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration | |
| | 699843 0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2013 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.1 |
| 08/02/2013 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 08/02/2013 | Review Debtors Post-Confirmation Report. | Wildes, D. | 0.2 |
| 08/07/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 08/08/2013 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 08/12/2013 | Review case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 08/14/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 08/19/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 08/23/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 08/26/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 08/27/2013 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.3 |
| 08/27/2013 | Review hearing agenda (.1); emails Mohamed and KP re: same and re: telephonic participation (.1); review COC re: Omnibus hearing Dates and conf. Mohamed re: same and re: re-noticing application (.1). | Wildes, D. | 0.3 |
| 08/29/2013 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 2.4 | $ 220 | $ 528.00 |
| Wildes, Denise K. | 0.5 | 735 | 367.50 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 895.50 | |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | $ 895.50 | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant 699843 0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/06/2013 | Review July fee detail. | Magzamen, M. | 0.4 |
| 08/07/2013 | Prepare draft of SSL's 49th quarterly fee application for attorney review. | Mohamed, D. | 1.8 |
| 08/09/2013 | Continue drafting SSL's forty-ninth quarterly fee application for attorney review. | Mohamed, D. | 0.9 |
| 08/09/2013 | Review corresp. from Mohamed re: draft of 49th quartlery fee application. | Wildes, D. | 0.1 |
| 08/12/2013 | Review, revise and fill in narrative summary re: draft 49th quartlery fee application (2.0); t/c and emails Mohamed re: same (.1). | Wildes, D. | 2.1 |
| 08/15/2013 | Finalize SSL's 49th quarterly fee application for filing (.5); prepare notice and CoS re: same and forward to local counsel for filing (.4); prepare and effectuate service re: fee application (.5). | Mohamed, D. | 1.4 |
| 08/15/2013 | Review final version of 49th quarterly w/ exhibits. | Wildes, D. | 0.2 |
| 08/22/2013 | Review revised fee detail and prepare draft of SSL's 148th monthly fee application for attorney review. | Mohamed, D. | 0.7 |
| 08/26/2013 | Revise draft of SSL's 148th monthly fee application. | Mohamed, D. | 0.5 |
| 08/26/2013 | Review monthly fee application and edit same. | Wildes, D. | 0.2 |
| 08/27/2013 | Review revised monthly fee application (.1); conf. Mohamed re: filing same (.1). | Wildes, D. | 0.2 |
| 08/28/2013 | Finalize SSL's 148th monthly fee application for filing (.5); prepare notice and CoS re: same (.3). | Mohamed, D. | 0.8 |
| 08/29/2013 | Forward SSL's 148th monthly fee application to local counsel for filing (.2); prepare and effectuate service re: same (.4). | Mohamed, D. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Magzamen, Michael | 0.4 | $ 345 | $ 138.00 |
| Mohamed, David | 6.7 | 220 | 1,474.00 |
| Wildes, Denise K. | 2.8 | 735 | 2,058.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,670.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,670.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others | |
| | 699843  0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/16/2013 | Review and finalize Capstone's 38th quarterly fee application for filing (.6); prepare notice and CoS re: same and forward to local counsel for filing (.4); prepare and effectuate service re: fee application (.5). | Mohamed, D. | 1.5 |
| 08/28/2013 | Review and finalize Capstone's 114th monthly fee application for filing (.6); prepare notice and CoS re: same (.3). | Mohamed, D. | 0.9 |
| 08/29/2013 | Forward Capstone's 114th monthly fee application to local counsel for filing (.2); prepare and effectuate service re: same (.4). | Mohamed, D. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 3.0 | $ 220 | $ 660.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 660.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 660.00 |
|---|---|

# STROOCK

| RE | Expenses<br>699843 0024 | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 0.00 |

### MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 82.94 |
|---|---|
| O/S Information Services | 203.70 |
| TOTAL DISBURSEMENTS/CHARGES | $ 286.64 |
| TOTAL FOR THIS MATTER | $ 286.64 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Hearings | | |
| | 699843 0037 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2013 | Participate in telephonic court hearing. | Wildes, D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.5 | $ 735 | $ 367.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 367.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 367.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,548.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 286.64 |
| TOTAL BILL | $ 6,835.14 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM