# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**AUGUST 1, 2013 - AUGUST 31, 2013**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Associates** | | | |
| Wildes, Denise | 5.1 | $ 735 | $ 3,748.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.4 | 345 | 138.00 |
| Mohamed, David | 12.1 | 220 | 2,662.00 |
| | | | |
| **Total** | **17.6** | | **$ 6,548.50** |