# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**AUGUST 1, 2013 - AUGUST 31, 2013**

| Outside Messenger Service | $ | 82.94 |
|---|---|---|
| O/S Information Services | | 203.70 |
| | | |
| **Total** | **$** | **286.64** |

# STROOCK

## **DISBURSEMENT REGISTER**

| | |
|---|---|
| DATE | September 10, 2013 |
| INVOICE NO. | 602166 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR DISBUSRSMENT INCURRED in the captioned matter for the period through August 31, 2013, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 07/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827313 08.03.13 Tracking #: 1Z10X8270197133703 Shipment Date: 07/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.04 |
| 07/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827313 08.03.13 Tracking #: 1Z10X8270199215291 Shipment Date: 07/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.04 |
| 07/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827313 08.03.13 Tracking #: 1Z10X8270799085484 Shipment Date: 07/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.41 |
| 08/15/2013 | Vendor: United Parcel Service Invoice #: 00000010X827333 08.17.13 Tracking #: 1Z10X8270192181045 Shipment Date: 08/15/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 12.12 |
| 08/15/2013 | Vendor: United Parcel Service Invoice #: 00000010X827333 08.17.13 Tracking #: 1Z10X8270193545436 Shipment Date: 08/15/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 12.12 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/15/2013 | Vendor: United Parcel Service Invoice #: 00000010X827343 08.24.13 Tracking #: 1Z10X8270298922222 Shipment Date: 08/15/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 11.60 |
| 08/16/2013 | Vendor: United Parcel Service Invoice #: 00000010X827343 08.24.13 Tracking #: 1Z10X8270195124342 Shipment Date: 08/16/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.08 |
| 08/16/2013 | Vendor: United Parcel Service Invoice #: 00000010X827343 08.24.13 Tracking #: 1Z10X8270196231537 Shipment Date: 08/16/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.08 |
| 08/16/2013 | Vendor: United Parcel Service Invoice #: 00000010X827343 08.24.13 Tracking #: 1Z10X8270797151325 Shipment Date: 08/16/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.45 |

**Outside Messenger Service Total**     **82.94**

**O/S Information Services**

| 08/05/2013 | Pacer Search Service on 4/1/2013 | 203.70 |
|---|---|---|

**O/S Information Services Total**     **203.70**

BILL DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 82.94 |
|---|---|
| O/S Information Services | 203.70 |

| TOTAL DISBURSEMENTS/CHARGES | $ 286.64 |
|---|---|

# STROOCK

PAGE: 3

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.