IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 10/21/2013; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE SIXTY-FIRST MONTHLY INTERIM
PERIOD FROM SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | September 1, 2013 through September 30, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $11,100.00   [80% of $13,875.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n):    ☒Monthly    ☐Interim    ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
| --- | --- | --- | --- | --- | --- |
| 5/1/2013 | 4/1/2013 to 4/30/2013 | $10,024.00 | $26.50 | Paid | Paid |
| 6/3/2013 | 5/1/2013 to 5/31/2013 | $18,704.00 | $1,289.82 | Paid | Paid |
| 7/1/2013 | 6/1/2013 to 6/30/2013 | $34,980.00 | $3,478.25 | Paid | Paid |
| 8/1/2013 | 7/1/2013 to 7/31/2013 | $11,940.00 | $287.83 | Paid | Paid |
| 9/3/2013 | 8/1/2013 to 8/31/2013 | $8,220.00 | $30.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 28 years, and his billing rate is $750 per hour. In this Application period Mr. Rich billed 18.5 hours,[2] for a total amount billed of $13,875.00, of which 80% is currently sought, in the amount of $11,100.00. No expenses were incurred for this period. The total sought in this Application is $11,100.00.

As stated above, this is the Sixty-First application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $1,125.00 will be requested in a future application.

//
//
//
//
//

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 16.2 | $12,150.00 |
| Fee Application Matters | 2.3 | $1,725.00 |
| TOTAL | 18.5 | $13,875.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
|  |  |
| TOTAL | $0.00 |

[*Remainder of this page intentionally blank*]

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

    Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

    I certify that on the 1st day of October, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (September, 2013)

**Client**

Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 9/2/2013 | Email from K. Hill re bills | 0.1 |
| 9/3/2013 | Review Certificate of No Objection re 146th Fee Application of Local Counsel to the Property Damage Committee | 0.1 |
| 9/3/2013 | Review Certificate of No Objection re 145th Fee Application of Local Counsel to the Property Damage Committee | 0.1 |
| 9/3/2013 | Review Certificate of No Objection re 144th Fee Application of Counsel to the Property Damage Committee | 0.1 |
| 9/3/2013 | Review Certificate of No Objection re 143th Fee Application of Local Counsel to the Property Damage Committee | 0.1 |
| 9/3/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/3/2013 | Prepare, file and serve 60th Monthly Fee Application and Notice of Filing same | 1.5 |

| Date | Description | Hours |
|---|---|---|
| 9/4/2013 | Review Opinion of the Third Circuit in the Anderson Memorial Hospital Appeal | 1.5 |
| 9/4/2013 | Review the Judgment of the Third Circuit in the Anderson Memorial Hospital Appeal | 0.1 |
| 9/4/2013 | Review Opinion of the Third Circuit in the Montana and Canada Appeal | 1.3 |
| 9/4/2013 | Review the Judgment of the Third Circuit in the Canada and Montana Appeal | 0.1 |
| 9/4/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/4/2013 | Review Notice from Third Circuit re amendment to AMH opinion | 0.1 |
| 9/4/2013 | Review Amended Anderson Memorial Hospital Third Circuit opinion | 0.1 |
| 9/4/2013 | Emails with client re opinions | 0.1 |
| 9/4/2013 | Emails with J. Donley re opinions | 0.1 |
| 9/4/2013 | Emails with PD Trustee re status | 0.1 |
| 9/4/2013 | Review Notice from Third Circuit re amendment to Montana/Canada opinion | 0.1 |
| 9/4/2013 | Review Amended Montana/Canada Third Circuit opinion | 0.1 |
| 9/5/2013 | Review Order from Third Circuit Denying Garlock Rehearing Motions | 0.1 |
| 9/5/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/5/2013 | Email from client re April bill | 0.1 |
| 9/5/2013 | Review 147th Monthly Fee Application of Local Counsel to the Property Damage Committee | 0.1 |
| 9/6/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/6/2013 | Emails with client re April bill | 0.1 |
| 9/6/2013 | Review Fee Auditor's Report for the 48th Quarter | 0.4 |
| 9/6/2013 | Review Fee Auditor's Report re PD Committee Counsel for the 48th Quarter | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 9/7/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/9/2013 | Emails with client and Grace re fee issue | 0.1 |
| 9/9/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/9/2013 | Review Corrected Final Fee Auditors' Report for the 48th Quarter | 0.1 |
| 9/10/2013 | Review Miscellaneous Pleadings received today | 0.3 |
| 9/10/2013 | Emails with client and Grace re fee issue | 0.1 |
| 9/10/2013 | Review Quarterly Fee Application of counsel to the Property Damage Committee | 0.2 |
| 9/10/2013 | Review Quarterly Fee Application of local counsel to the Property Damage Committee | 0.2 |
| 9/11/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/11/2013 | Review Monthly Fee Application of counsel to the Property Damage Committee | 0.1 |
| 9/11/2013 | Review Certification of Counsel re Fee Application of PI FCR | 0.1 |
| 9/11/2013 | Review Certificate of No Objection to the 40th monthly fee application of the Hogan Firm, Canadian ZAI Claimants' counsel | 0.1 |
| 9/11/2013 | Review Certificate of No Objection to the 40th monthly fee application of Scarfone Hawkins, Canadian ZAI Claimants' counsel | 0.1 |
| 9/11/2013 | Review Certificate of No Objection to the 40th monthly fee application of Lauzon, Canadian ZAI Claimants' counsel | 0.1 |
| 9/12/2013 | Emails with client re status | 0.1 |
| 9/12/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/13/2013 | Review Certificate of No Objection Regarding the 14th Quarterly Application of The Hogan Firm | 0.1 |
| 9/13/2013 | Review Certificate of No Objection Regarding the 14th Quarterly Application of Scarfone Hawkins | 0.1 |

| | | |
|---|---|---|
| 9/13/2013 | Review Certificate of No Objection Regarding the 14th Quarterly Application of Lauzon Belanger Lesperance | 0.1 |
| 9/13/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/13/2013 | Review Mandate and related materials from Third Circuit in Garlock appeal | 0.3 |
| 9/13/2013 | Review United States District Court filings re Garlock appeal mandate | 0.1 |
| 9/13/2013 | Review Letter to Court of Appeals with AMR case from Bank Lender Group | 1.0 |
| 9/15/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/16/2013 | Emails with client re Section 6.3 of PD Trust agreement issues and drafting related document | 0.3 |
| 9/16/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/16/2013 | Review Letter to Court of Appeals with AMR case from Debtors | 0.2 |
| 9/17/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/18/2013 | Review Claims Register | 2.0 |
| 9/18/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/18/2013 | Review Montana and Canada motion to extend time to file Third Circuit rehearing motion | 0.1 |
| 9/19/2013 | Review Certification of Counsel re 48th Quarterly Fee Categories | 0.3 |
| 9/19/2013 | Review Certification of Counsel re 48th Quarterly Fee Applications | 0.2 |
| 9/19/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/19/2013 | Emails to and from Fee Auditor re 49th Quarterly Fee Application | 0.1 |
| 9/20/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/20/2013 | Emails with Fee Auditor re 49th Quarterly Fee Application | 0.2 |
| 9/23/2013 | Prepare, file and serve CNO for 60th Monthly Fee Application | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 9/23/2013 | Review Agenda for September Omnibus hearing | 0.1 |
| 9/23/2013 | Review 41st Monthly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |
| 9/23/2013 | Review 41st Monthly Fee Application of Lauzon Belanger, Canadian ZAI counsel | 0.1 |
| 9/23/2013 | Review 41st Monthly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 9/23/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/24/2013 | Review Order on 48th Quarterly Fee Applications | 0.2 |
| 9/24/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/24/2013 | Email to R. Higgins re fee Order | 0.1 |
| 9/24/2013 | Review Amended Agenda re Omnibus hearing | 0.1 |
| 9/25/2013 | Email to client re Quarterly Fee Order | 0.1 |
| 9/25/2013 | Conference with client re status in Third Circuit | 0.1 |
| 9/25/2013 | Review Order from USDC terminating Civil Action 09-421 | 0.1 |
| 9/25/2013 | Review Order from USDC terminating Civil Action 10-611 | 0.1 |
| 9/25/2013 | Review Order from USDC terminating Civil Action 09-419 | 0.1 |
| 9/25/2013 | Review Order from USDC terminating Civil Action 09-382 | 0.1 |
| 9/25/2013 | Review Order from Third Circuit Granting Montana Rehearing extension motion | 0.1 |
| 9/25/2013 | Correspondence from client re PD Trust issues | 0.1 |
| 9/26/2013 | Review Mandate of Third Circuit in Anderson Memorial Hospital appeal | 0.2 |
| 9/26/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/26/2013 | Review Mandate of Third Circuit in appeal of Canada | 0.2 |

| | | |
|---|---|---|
| 9/26/2013 | Review 42nd Monthly Fee Application of Lauzon Belanger Lesperance, Canadian ZAI counsel | 0.1 |
| 9/26/2013 | Review 42nd Monthly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |
| 9/26/2013 | Review 42nd Monthly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 9/27/2013 | Review Notice of Withdrawal of Appearance as Counsel and Request for Removal from Electronic and Paper Noticing Matrix Re: Matthew B. Harvey of Garlock | 0.1 |
| 9/27/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/28/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/30/2013 | Review Miscellaneous Pleadings received today | 0.1 |

Total:   18.5 hours @ $750/hour = $13,875.00

<u>Expenses</u>:   None

Total Fees and Expenses Due:  $13,875.00