<u>**EXHIBIT A**</u>

**August 2013 Fee Detail**

**Matter 3**                                    **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/21/2013 | Analyze issues re proposed business transaction (.70); telephone conference with J. McFarland re same (.30). | 1.00 | $475 | $475.00 |
| RJH | 8/22/2013 | Analyze proposed overseas business transaction (.40); telephone conference with J. McFarland re same (.30); exchange correspondence with various parties re same (.30). | 1.00 | $475 | $475.00 |
| RJH | 8/23/2013 | Legal analysis re proposed overseas business transaction (.80); exchange correspondence with J. McFarland, B. Chiu, A. Asif and others re same (.40). | 1.20 | $475 | $570.00 |
| RJH | 8/30/2013 | Analyze issues re Monitor bankruptcy (.50); draft correspondence to R. Finke re same (.40). | .90 | $475 | $427.50 |
| Total | | | 4.10 | | $1,947.50 |

**Matter 4**                                    **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/8/2013 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 8/12/2013 | Respond to creditor inquiries (.70). | .70 | $475 | $332.50 |
| RJH | 8/23/2013 | Telephone conference with M. Thiel re request for declaration regarding custodianship of certain records (.30). | .30 | $475 | $142.50 |
| RJH | 8/26/2013 | Analyze issues re Vest Supply matter (.40); telephone conference with R. Finke re same and other matters (.50); exchange correspondence with M. Theil re same (.30). | 1.20 | $475 | $570.00 |
| RJH | 8/27/2013 | Telephone conference with R. Finke re Vest Supply declaration (.20); exchange correspondence with various parties re same (.30). | .50 | $475 | $237.50 |
| RJH | 8/28/2013 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| RJH | 8/29/2013 | Respond to creditor inquiries (.40). | .40 | $475 | $190.00 |
| RJH | 8/29/2013 | Revise general task list (.70); exchange correspondence with various parties re Covidien claim transfer (.40). | 1.10 | $475 | $522.50 |
|  |  |  | 5.00 |  | $2,375.00 |

2

**Matter 6**                         **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/1/2013 | Telephone conference with R. Finke re Hanmar/Hankin (.40); review and analyze client documents re same (.50); review and analyze issues re Home Insurance (.30); analyze issues re Covidien claim transfer (.90); Legal analysis re Home Insurance claim (.50); exchange correspondence with various parties re same (.30). | 2.90 | $475 | $997.50 |
| RJH | 8/5/2013 | Analyze issues re Covidien claim transfer issue (.40); exchange correspondence re same (.20); analyze open claims issues (.30). | .90 | $475 | $427.50 |
| RJH | 8/6/2013 | Analyze Nelson claim (1.00); analyze issues re claim transfer (.30); draft and exchange correspondence re same (.60); telephone conference with L. Gardner re same (.30); draft form of consent re same (.80). | 3.00 | $475 | $1,425.00 |
| RJH | 8/8/2013 | Telephone conference with R. Finke re various open claims matters (.50). | .50 | $475 | $237.50 |
| RJH | 8/12/2013 | Revise and send letter to J. Carignan re Hanmar/Hankin (1.00); revise and circulate for execution the form of consent re proposed claim transfer (.60); exchange correspondence with L. Duff et al. re same (.30); analyze issues re Akzo Nobel (1.30); exchange correspondence with various parties and attend to execution of Sukenik stipulation (.80); exchange correspondence with V. Finkelstein re various open claims (.20). | 4.20 | $475 | $1,995.00 |
| RJH | 8/13/2013 | Legal research re client query regarding claims classification (.40); telephone conference with R. Finke re same (.30); legal research re Akzo Nobel claim (.80); draft correspondence to L. Burick re same (.30). | 1.80 | $475 | $855.00 |
| RJH | 8/16/2013 | Analyze issues re Nelson claim (.50); exchange correspondence with R. Finke re same (.30). | .80 | $475 | $380.00 |
| RJH | 8/19/2013 | Analyze issues re pending claims trades (.70); correspond with various parties re same (.40). | 1.10 | $475 | $522.50 |
| RJH | 8/21/2013 | Analyze issues re Novak (.40); telephone conference with H. Feichko re same and other issues (.40); analyze issues re potential claims transfers (.40); exchange correspondence with various parties re same (.30); telephone conference with J. Cohen re same (.50); legal research re Anthony Jew and German American claims (1.00); telephone conference with V. Finkelstein re same (.40). | 3.40 | $475 | $1,615.00 |
| RJH | 8/22/2013 | Analyze Nelson claim (2.00); legal research re same (1.50); draft objection re same (.30); legal analysis re e Anthony Jew and German American claims (.80). | 4.60 | $475 | $2,185.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/23/2013 | Legal analysis re Nelson claim (2.50); telephone conference with H. Feichko re same (.30); exchange correspondence with various parties re same (.60); draft claim objection re same (3.00); analyse claims transfer issues and exchange correspondence with various parties re same (.30). | 6.70 | $475 | $3,182.50 |
| RJH | 8/26/2013 | Draft correspondence with L. Duff re Covidien claim transfer issue (.50); analyze issues re Nelson claim (1.00); draft objection re same (4.00); telephone conference with R. Finke re same and Home Insurance claim (.50); analyze issues re Home Insurance claim (.80). | 6.80 | $475 | $3,230.00 |
| RJH | 8/27/2013 | Legal research re Nelson claim (2.00); draft and revise objection re same (3.00); legal research re Home Insurance Company claim (1.00); exchange correspondence with M. Araki re same (.20); exchange correspondence with various parties re Sukenik stipulation (.40); prepare execution document re same (.50); analyze issues re interest calculation for same (.30); analyze issues re Akzo Nobel (.30). | 7.70 | $475 | $3,657.50 |
| RJH | 8/28/2013 | Telephone conference with R. Finke re Nelson claim and other issues (.60); revise objection to same (2.00); analyze issues re Home Insurance claim (.80); exchange correspondence with various parties re same (.40); draft correspondence to M. Shelnitz re Covidien claim transfer issue (.50). | 4.30 | $475 | $2,042.50 |
| RJH | 8/29/2013 | Analyze open claims (.90); revise claims task list (.40). | 1.30 | $475 | $617.50 |
| Total | | | 50.00 | | $23,370.00 |

**Matter 10**                                        **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/21/2013 | Analyze issues re disinterestedness affidavits (.20). | .20 | $475 | $95.00 |
| Total | | | 0.20 | | $ 95.00 |

**Matter 11**                                    **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 8/1/2013 | Prepare quarterly fee application for filing (.50). | .50 | $475 | $237.50 |
| RJH | 8/6/2013 | Exchange correspondence with B. Ruhlander re RJH 2d Quarter fee application (.40). | .40 | $475 | $190.00 |
| RJH | 8/27/2013 | Prepare July fee application (1.70). | 1.70 | $475 | $807.50 |
| RJH | 8/28/2013 | Prepare July fee application for filing (.30). | .30 | $475 | $142.50 |
| Total | | | 2.90 | | $1,377.50 |

**Matter 12**                                    **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/1/2013 | Review and analyze Grant Thornton fee application (.40); exchange correspondence with M. Abraham re same (.20). | .60 | $475 | $285.00 |
| RJH | 8/6/2013 | Review Grant Thornton February fee application and exchange correspondence with M. Abrahams re same (.50). | .50 | $475 | $237.50 |
| RJH | 8/28/2013 | Telephone conference with R. Finke re Venable fee application issues (.30); consider issues re same (.20). | .20 | $475 | $95.00 |
| Total | | | 1.30 | | $ 617.50 |

**Matter 14**                                         **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/1/2013 | Prepare for and participate in status hearing (.70). | .70 | $475 | $332.50 |
| RJH | 8/22/2013 | Review and analyze draft 8/29 hearing agenda (.30). | .30 | $475 | $142.50 |
| RJH | 8/26/2013 | Exchange correspondence with various parties re 8/29 hearing (.40). | .40 | $475 | $190.00 |
| RJH | 8/27/2013 | Telephone conference with J. O'Neill re 8/29 hearing (.20); attend to matters and respond to correspondence re same (.30). | .50 | $475 | $237.50 |
| RJH | 8/29/2013 | Telephone conference with J. O'Neill re upcoming hearing dates (.30). | .30 | $475 | $142.50 |
| Total | | | 2.20 | | $1,045.00 |

8

**Matter 15**                              **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/8/2013 | Attend to matters re Norfolk Southern (.20). | .20 | $475 | $95.00 |
| RJH | 8/26/2013 | Telephone conference with D. Baldwin re Norfolk Southern (.30); draft correspondence to J. Hughes re same (.20). | .50 | $475 | $237.50 |
| Total | | | 0.70 | | $ 332.50 |

Matter 16                                      **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 8/1/2013 | Analyze allowed claims exhibit issues (1.50); telephone conference with M. Araki re same (.30); prepare estimates summary (3.50). | 5.30 | $475 | $2,517.50 |
| RJH | 8/5/2013 | Prepare claim estimates summary (2.50). | 2.50 | $475 | $1,187.50 |
| RJH | 8/6/2013 | Analyze allowed claims exhibit issues (.70); prepare estimates summary (3.00). | 3.70 | $475 | $1,757.50 |
| RJH | 8/13/2013 | Prepare for and participate in conference call with counsel for plan proponents re case status (.60); telephone conference with J. Gettleman re exit financing (.30). | .90 | $475 | $427.50 |
| RJH | 8/14/2013 | Analyze issues re effective date planning (.50); exchange correspondence with M. Jones re same (.20). | .70 | $475 | $332.50 |
| RJH | 8/21/2013 | Review and analyze Garlock petition for rehearing en banc (.50); prepare ffor telephone conference with M. Jones re effective date planning (.50); participate in same (.50). | 1.50 | $475 | $712.50 |
| RJH | 8/29/2013 | Telephone conference with J. Gettleman re effective date issues (.40). | .40 | $475 | $190.00 |
| Total | | | 15.00 | | $7,125.00 |