**EXHIBIT B**

**August 2013 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Facsimile | $15.00 |
| Online research | $475.00 |
| Total: | **$ 490.00** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|:---:|:---:|:---:|
| none | $0.00 | NA |
| Total | **$ 0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|:---:|:---:|---|
| 9/15/13 | $475.00 | Lexis Nexis - Grace charges for August |
| 9/6/13 | $15.00 | Fax and other charges for August |
| Total | **$ 490.00** | |

Total July 2013 Expenses:  $ 490.00