## EXHIBIT C

**Signed Statement of Work**



# W.R. Grace & Co.
# Statement of Work for 2012 Research and Development ("R&D") Tax Credit and Domestic Production Activities Deduction ("DPAD" or "Section 199") Study

This Statement of Work ("Statement of Work") dated March 6, 2013 becomes a part of and is subject to the terms and conditions of the Agreement dated June 8, 2012 between W.R. Grace & Co. and Subsidiaries ("Client," "Company," or "you") and Grant Thornton LLP ("Grant Thornton," "Firm," or "we"). Any capitalized terms that are not defined in this Statement of Work shall have the meanings in the Agreement.

The purpose of this Statement of Work is to describe the scope of services ("Services") the Company is requesting Grant Thornton to perform, and to set forth the agreed fee, timing and other matters related to the Services.

**The services we will provide**
R&D Tax Credit

The Services we will provide under this Statement of Work consist of assisting the Company in identifying, computing, and documenting available Federal and state R&D tax credits by performing an R&D tax credit study ("Study") for the tax year ending December 31, 2012. As part of the Study, Grant Thornton will analyze any acquisitions for any additional qualified expenses.

The Study will involve the calculation and project documentation of the 2012 Qualified Research Expenditures ("QREs"), which includes, but is not limited to the following: 2 site visits (Davison and Construction); wage, supply, and contractor QRE substantiation; documentation review; project write-ups; and additional project interviews, if necessary. Accordingly, the Study consists of the detailed fieldwork needed to assist the Company in computing the R&D tax credit for tax purposes only and preparing a report of findings for Company review and approval. Additionally, the Study will include analysis of any acquisitions/dispositions for the Study Period. Company management will be responsible for making any decisions on taking further courses of action with respect to our findings or advice.

The examination of R&D credit issues is coordinated by the IRS on a national level. As a result the IRS often is aggressive in disallowing R&D credits claimed especially when the quality of the underlying Company documentation is poor. We will perform our R&D services in accordance with applicable professional standards. However, you understand and acknowledge that the results of the R&D services are subject to challenge and should not be viewed by you as a representation, warranty, or guarantee that the IRS, a state tax authority, or the courts will concur with our conclusions.

Statement of Work – NonSEC Tax Consulting 10/01/2012

Grant Thornton LLP
U.S. member firm of Grant Thornton International Ltd.

 **GrantThornton**

2

Section 199

The Services we will provide under this Statement of Work consist of assisting the Company in identifying, computing, and documenting the available IRC Section 199 deduction ("Study") for the tax years ending December 31, 2010 and 2012. The Study will involve creating a detailed model based upon the existing trial balance and gross margin report information available for each entity that is included in the expanded affiliated group. As part of this analysis, Grant Thornton will calculate the Company's domestic production gross receipts, the direct and indirect costs to be allocated to each entity, the resulting qualified production activities income for each entity, and the resulting overall Section 199 deduction.

The Study consists of the detailed fieldwork needed to assist the Company in computing the Section 199 deduction for tax purposes only and preparing a report of findings for Company review and approval. Company management will be responsible for making any decisions on taking further courses of action with respect to our findings or advice.

**Delivering the services**
We will discuss with you an appropriate timeline for providing the Services listed above, including an agreed upon timeframe for completion. We will provide the Company with a request for information required to complete the Services based on the mutually agreed timeline.

Limitations
Our responsibility under this Statement of Work extends only to Services we expressly agree to provide herein. Our responsibility does not include, for example, studies, detailed research or analysis not specifically set forth in this Statement of Work. If such items arise or you request additional Services we will provide you a fee estimate and a new Statement of Work before we invest significant professional time.

Use of GT Affiliate

Appropriate use of technology and resources is an important aspect of serving you. In our tax return preparation and tax consulting processes, we use the technology and resources of the GT US Shared Services Center India Private Limited (GTSSC), an affiliate of Grant Thornton located in Bangalore, India to provide assistance in providing tax services. GTSSC's address is 66/2, B Wing, 5th Floor Embassy Prime, CV Raman Nagar, Bangalore - 560 075.

The Firm's contract with GTSSC requires them to maintain the confidentiality of any tax return information provided to them in connection with providing tax services.

Professional and regulatory standards require us to obtain your written consent prior to providing your tax return information to GTSSC. Your authorization includes only prior year(s) and current year information in the possession of Grant Thornton that is necessary for the purpose of providing the Services covered by this Statement of Work.

Statement of Work – NonSEC Tax Consulting 10/01/2012

Grant Thornton LLP
U.S. member firm of Grant Thornton International Ltd.

 Grant Thornton

3

If you do not specify the duration of your consent, your consent is valid for one year or the time period necessary to complete the services under this Statement of Work, if longer. If you wish, you may limit the amount, type, or scope of tax return information disclosed by letting us know in writing. If you choose to limit our use of GTSSC in providing tax services, we may need to discuss with you the impact such limitation may have on the performance of our Services.

To acknowledge your consent to the disclosure of your tax return information to GTSSC, please sign this Statement of Work.

**Fees and payment terms**
Our fees for the Services (both R&D and Section 199) under the Statement of Work will be based on our hourly rates for this type of work. Based on our experience and the information received to date, we anticipate that the fees will range from $145,000 – $165,000. Also, Grant may be required to calculate the base period and current year qualified research expenditures related to the Company's acquired/disposed entities. The Company will pay Grant a fee ranging from $5,000 to $15,000 per entity for these services, upon approval from management. Therefore, it must be understood that it is neither a maximum nor a fixed fee quotation.

We will discuss with you circumstances that require us to do additional work which may include, but are not limited to, work to satisfy our obligations under applicable professional standards including additional fact gathering, analysis and preparation of disclosure forms, unforeseen scope changes including additional state returns or previously unidentified transactions or tax positions requiring analysis, and late or incomplete client provided information. If it appears that the stated fee will be exceeded, we will consult with you before continuing with the engagement.

In addition, we will bill for our expenses, which includes three percent to the extent allowed under the provisions of the Bankruptcy Court to cover items such as copies, postage, supplies, computer and technology usage, software licensing, research and library databases and similar expense items. Our billings are payable within 60 days of receipt.

**Entire agreement**
This Statement of Work represents the parties' entire understanding with respect to the Services in this document. This Statement of Work does not modify or amend the Agreement. In the event of a conflict between this Statement of Work, Attachment A – Standard Grant Thornton LLP Terms and Conditions, and any other exhibit or attachment included in the Agreement, the terms of the Attachment A shall govern.

Statement of Work – NonSEC Tax Consulting 10/01/2012

Grant Thornton LLP
U.S. member firm of Grant Thornton International Ltd.

 Grant Thornton

4

**Agreed and accepted**
The undersigned hereby agree to the terms and conditions as set forth above and authorizes Grant Thornton to provide your tax return information to the GT US Shared Services Center India Private Limited (SSC) solely for them to assist in providing the services covered by this Statement of Work.

**W.R. GRACE & CO.**

By: *[signature]* _____  Date: 3/6/2013
Don Teichen, Director of Tax

**GRANT THORNTON LLP**

*[signature: Mark A. Margulies]*
_____  Date: _____
Mark Margulies, Partner

Statement of Work – NonSEC Tax Consulting 10/01/2012

Grant Thornton LLP
U.S. member firm of Grant Thornton International Ltd.