# EXHIBIT "A"

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                    August 1, 2013 to August 31, 2013

Inv   #:            48607

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 3.40 | 1,225.00 |
| B18 | Fee Applications, Others - | 1.10 | 213.00 |
| B25 | Fee Applications, Applicant - | 2.50 | 476.00 |
| B37 | Hearings - | 0.40 | 152.00 |
| | **Total** | **7.40** | **$2,066.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 310.00 | 0.80 | 248.00 |
| Theodore J. Tacconelli | 380.00 | 3.60 | 1,368.00 |
| Legal Assistant - KC | 150.00 | 3.00 | 450.00 |
| **Total** | | **7.40** | **$2,066.00** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-01-13 | *Hearings* - attend Bankruptcy Court | 0.30 | TJT |
| Aug-03-13 | *Case Administration* - Review Order grating 47th Interim Period Quarterly Fees | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Post Confirmation Quarterly report | 0.20 | TJT |
| | *Case Administration* - Review Debtor's Motion to File Motion for Authorization to Participate in Competitive Auction Under Seal | 0.20 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Aug-05-13 | *Case Administration* - Review Debtor's Motion to Authorize Debtors to Participate in Competitive Auction with attachments | 0.60 | TJT |
| Aug-06-13 | *Case Administration* - Review Notice of Change of Firm Name re: Anderson Kill | 0.10 | TJT |
| Aug-10-13 | *Case Administration* - review five miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Aug-16-13 | *Case Administration* - Discussion with TJT and T. Markey re: case status, review and respond to same | 0.20 | KC |
| | *Fee Applications, Applicant* -   Begin preparation of FJP quarterly fee app for April, May, June 2013 | 0.30 | KC |
| Aug-17-13 | *Case Administration* - review four miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| Aug-20-13 | *Case Administration* - Review Request for Removal from Service List by Neurocrete Products | 0.10 | TJT |
| Aug-21-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Aug-23-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Aug-24-13 | *Case Administration* - Review Affidavit re: Baker Hostetler | 0.10 | TJT |
| Aug-25-13 | *Case Administration* - review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Aug-27-13 | *Case Administration* - Review notice of agenda re: 8.29.2013 hearing | 0.10 | LLC |
| | *Case Administration* - Review amended notice of agenda re: 8.29 hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Trade emails with KC re: status of Bilzin's 49th quarterly fee app | 0.10 | LLC |
| | *Case Administration* - review Certificate of No Objection filed by Debtors re: Debtor's Motion for Protective Order | 0.10 | TJT |
| | *Case Administration* - review Certificate of No Objection filed by Debtors re: Debtor's Motion for Authority to Participate in Competitive Auction | 0.10 | TJT |
| | *Case Administration* - Review Agenda for 8/29 hearing | 0.10 | TJT |
| | Fee Applications, Others - E-mail to MAG, LLC re: status of Bilzin Quarterly fee app for April- June 2013, e-mail from MAG re: same | 0.20 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's May 2013 fee application | 0.10 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's June 2013 fee application | 0.10 | KC |
| | *Fee Applications, Others* - Draft CNO to Bilzin's May 2013 fee application | 0.20 | KC |
| | *Fee Applications, Others* - Draft CNO to Bilzin's June 2013 fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to May 2013 fee application | 0.10 | KC |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | *Fee Applications, Applicant* - Review docket for objections to June 2013 fee application | 0.10 | KC |
| Aug-28-13 | *Case Administration* - Review order scheduling omnibus hearing dates and forward same to KC | 0.10 | LLC |
| | *Hearings* - Review Amended Agenda for 8/29 Hearing | 0.10 | TJT |
| | *Fee Applications, Applicant* - Draft CNO to May 2013 monthly fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft CNO to June 2013 monthly fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft, review and revise bill for July 2013 fee application; to TJT for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Continued draft of 49th quarterly fee app for April-June 2013 | 0.80 | KC |
| Aug-29-13 | *Case Administration* - review correspondence from J. Sakalo re: 2013 omnibus hearing dates | 0.10 | TJT |
| Aug-30-13 | *Fee Applications, Others* - Review CNO re: Bilzin May 2013 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin June 2013 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: June 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: May 2013 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce July prebill | 0.30 | TJT |
| Aug-31-13 | *Case Administration* - Review order scheduling two Omnibus hearing dates | 0.10 | TJT |
| | *Case Administration* - memo to K. Callahan re: two new Omnibus hearing dates | 0.10 | TJT |
| | *Case Administration* - review three miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - review order granting Debtor's Motion for Protective Order | 0.10 | TJT |
| | *Case Administration* - review order granting Debtor's Motion re: Competitive Auction | 0.10 | TJT |
| | Totals | 7.40 | |

**Total Fees & Disbursements** $2,066.00