

September 26, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  241781

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH August 31, 2013

**CLIENT SUMMARY**

**BALANCE AS OF- 08/31/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| **.15537 -** 01- Case Administration | $736.00 | $503.80 | $1,239.80 |
| **.15538 -** 02 - Debtors' Business Operations | $4,515.00 | $0.00 | $4,515.00 |
| **.15543 -** 07 - Applicant's Fee Application | $207.00 | $0.00 | $207.00 |
| **.15544 -** 08 - Hearings | $1,218.50 | $0.00 | $1,218.50 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $752.50 | $0.00 | $752.50 |
| *Client Total* | ***$7,429.00*** | ***$503.80*** | ***$7,932.80*** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593                                            www.bilzin.com

Case 01-01139-AMC    Doc 31202-2    Filed 10/04/13    Page 2 of 8

Page 2

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---:|---:|---:|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 3.30 | $725.00 | $2,392.50 |
| Sakalo, Jay M | 5.90 | $575.00 | $3,392.50 |
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Donaire, Gloria | 2.20 | $230.00 | $506.00 |
| Flores, Luisa M | 4.10 | $245.00 | $1,004.50 |
| | | **TOTAL PROFESSIONAL FEES THIS PERIOD** | ***$7,429.00*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---:|
| Airfare | $503.80 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$503.80*** |

| **TOTAL BALANCE DUE THIS PERIOD** | **$7,932.80** |
|---|---:|

MIAMI 3881073.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 08/01/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/02/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/05/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/09/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/12/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/13/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/15/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/16/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/19/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/20/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/21/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/22/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/23/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/26/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/27/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/28/13 | JMS | 0.10 | 57.50 | Review agenda canceling hearing and email to S. Baena thereon. |
| 08/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/29/13 | JMS | 0.30 | 172.50 | Review order scheduling omnibus hearings and email to Committee regarding same. |
| 08/29/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/30/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES** $736.00

MIAMI 3881073.1 74817/15537



**COSTS ADVANCED**

| | | |
|---|---|---|
| 07/24/13 | Airfare VENDOR: JAY M. SAKALO INVOICE#: 0400390008071222 DATE: 8/7/2013 WR Grace Trip 8/1/13 08/01/2013 - 08/01/2013 | 503.80 |

**TOTAL COSTS ADVANCED** $503.80

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $575.00 | $230.00 |
| Donaire, Gloria | 2.20 | $230.00 | $506.00 |
| **TOTAL** | **2.60** | | **$736.00** |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Airfare | $503.80 |
| **TOTAL** | **$503.80** |

**CURRENT BALANCE DUE THIS MATTER** $1,239.80

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/08/13 | JMS | 0.30 | 172.50 | Review confidentiality agreement for Project Lantern and email to R. Higgins regarding same. |
| 07/11/13 | SLB | 0.40 | 290.00 | Attention to Project Lantern materials. |
| 07/11/13 | JMS | 0.80 | 460.00 | Review Project Lantern presentation materials. |
| 07/17/13 | SLB | 1.60 | 1,160.00 | Telephone conference with debtor and financial advisors regarding project Lantern (1.0); email memo to committee regarding same (.4); email from and to T. Brandi regarding same (.2). |
| 07/17/13 | JMS | 1.70 | 977.50 | Prepare for and participate in Project Lantern call with Debtors, et al. (1.3); emails with committee members regarding same (.4). |
| 07/19/13 | JMS | 0.60 | 345.00 | Review draft Project Lantern sale motion. |
| 07/22/13 | JMS | 0.20 | 115.00 | Email exchange with A. Paul regarding Project Lantern. |
| 07/29/13 | SLB | 0.20 | 145.00 | Attention to revised project Lantern motion. |
| 07/29/13 | JMS | 0.30 | 172.50 | Review revised draft of Project Lantern motion. |
| 07/31/13 | JMS | 0.20 | 115.00 | Review further revised version of Project Lantern motion. |
| 08/01/13 | SLB | 0.30 | 217.50 | (July 31, 2013) Review latest draft of Project Lantern motion and email regarding approval thereof. |
| 08/02/13 | JMS | 0.60 | 345.00 | Review Project Lantern filed motions. |

**PROFESSIONAL SERVICES** $4,515.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.50 | $725.00 | $1,812.50 |
| Sakalo, Jay M | 4.70 | $575.00 | $2,702.50 |
| **TOTAL** | **7.20** | | **$4,515.00** |

**CURRENT BALANCE DUE THIS MATTER** $4,515.00



Atty – SLB  
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 08/01/13 | LMF | 0.30 | 73.50 | Finalize quarterly fee application for Bilzin Sumberg and submit to local counsel for filing. |
| 08/08/13 | JIS | 0.30 | 133.50 | Review and revise July prebill |

**PROFESSIONAL SERVICES** $207.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Flores, Luisa M | 0.30 | $245.00 | $73.50 |
| **TOTAL** | **0.60** | | **$207.00** |

**CURRENT BALANCE DUE THIS MATTER** $207.00

Atty – SLB  
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 07/24/13 | LMF | 0.80 | 196.00 | Research procedures for telephone appearances with new Judge and attend to emails regarding appearances and make arrangements for appearances. |
| 07/25/13 | LMF | 0.80 | 196.00 | Attend to court call confirmations and updates for attorneys (.4); send out confirmations received (.3); follow up with D. Speights regarding attendance (.1). |
| 07/26/13 | LMF | 0.80 | 196.00 | Review agenda of matters scheduled for hearing on August 1, 2013 and compile documents in preparation for hearing on same. |
| 07/30/13 | LMF | 0.20 | 49.00 | Make arrangements for Jay Sakalo to appear at omnibus hearing via telephone. |
| 08/01/13 | JMS | 0.50 | 287.50 | Attend omnibus hearing. |
| 08/21/13 | LMF | 0.80 | 196.00 | Review to confirm cancelation of previously scheduled omnibus hearing (3); advise attorney of scheduled hearing and compile documents (.2); meet with docketing regarding updates to all canceled hearings previously scheduled by Judge Fitzgerald and update new hearing dates scheduled by Judge Carey (.3). |
| 08/26/13 | LMF | 0.20 | 49.00 | Arrange for J. Sakalo to appear by telephone at hearing on August 29, 2013. |
| 08/28/13 | LMF | 0.20 | 49.00 | Attend to cancellation of telephone appearance at hearing. |

**PROFESSIONAL SERVICES** $1,218.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $575.00 | $287.50 |
| Flores, Luisa M | 3.80 | $245.00 | $931.00 |
| *TOTAL* | *4.30* | | *$1,218.50* |

**CURRENT BALANCE DUE THIS MATTER** $1,218.50

Atty – SLB  
Client No.: 74817/15545

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 07/18/13 | SLB | 0.80 | 580.00 | Emails from and to T. Brandi regarding delays in PD payments due to delays in confirmation of plan. |
| 08/22/13 | JMS | 0.30 | 172.50 | Telephone conference with D. Speights regarding historical position on "Frenville" claims. |

**PROFESSIONAL SERVICES** $752.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.80 | $725.00 | $580.00 |
| Sakalo, Jay M | 0.30 | $575.00 | $172.50 |
| *TOTAL* | *1.10* | | *$752.50* |

**CURRENT BALANCE DUE THIS MATTER** $752.50