**CERTIFICATE OF SERVICE**

    I, Lisa L. Coggins, Esquire, hereby certify that on this 4th day of October, 2013, I caused one copy of the foregoing *Certification of No Objection Regarding Docket No. 31103* to be served upon the following parties in the manner indicated:

    SEE ATTACHED SERVICE LIST

    Upon penalty of perjury I declare that the foregoing is true and correct.

                                               /s/ Lisa L. Coggins
                                              Lisa L. Coggins (No. 4234)