**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                08/31/2013
Wilmington  DE                                              ACCOUNT NO:        3000-01D
                                                            STATEMENT NO:            107

Asset Analysis and Recovery

PREVIOUS BALANCE                                                        $171.60

08/09/2013        Payment - Thank you. (October, 2012 - 20% Fees)          -39.00

BALANCE DUE                                                            $132.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2013
ACCOUNT NO:      3000-02D
STATEMENT NO:            147

Asset Disposition

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $271.30 |
| 08/13/2013 | Payment - Thank you. (May, 2013 - 80% Fees) | -31.20 |
| BALANCE DUE | | $240.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2013

ACCOUNT NO:      3000-03D
STATEMENT NO:            131

Business Operations

PREVIOUS BALANCE                                                               $1,326.00

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/05/2013 |  |  |  |  |
|  | MTH | Reviewing Debtors' Motion re Auction | 0.80 | 312.00 |
| 08/27/2013 |  |  |  |  |
|  | MTH | Review correspondence from JON re order filed under seal | 0.10 | 39.00 |
| 08/28/2013 |  |  |  |  |
|  | MTH | Reviewing orders entered re Under Seal Motion | 0.20 | 78.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 1.10 | 429.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.10 | $390.00 | $429.00 |

TOTAL CURRENT WORK                                                               429.00

BALANCE DUE                                                               $1,755.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2013
ACCOUNT NO:        3000-04D
STATEMENT NO:              147

Case Administration

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $887.67 |
| 08/02/2013 | | | |
| MTH | Reviewing post-confirmation report | 0.30 | 117.00 |
| | FOR CURRENT SERVICES RENDERED | 0.30 | 117.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $390.00 | $117.00 |

TOTAL CURRENT WORK                                                            117.00

BALANCE DUE                                                              $1,004.67

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2013
ACCOUNT NO:    3000-05D
STATEMENT NO:    147

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                          $2,321.60

BALANCE DUE                                                              $2,321.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                         08/31/2013
Wilmington  DE                                              ACCOUNT NO:        3000-06D
                                                            STATEMENT NO:              147

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                -$186.90

08/07/2013    Payment - Thank you.  (December, 2012 - 20% Fees)                    -7.80
08/09/2013    Payment - Thank you. (October, 2012 - 20% Fees)                      -7.80
08/13/2013    Payment - Thank you. (May, 2013 - 80% Fees)                         -93.60
              TOTAL PAYMENTS                                                     -109.20

              CREDIT BALANCE                                                    -$296.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                  08/31/2013
Wilmington  DE                                ACCOUNT NO:        3000-07D
                                              STATEMENT NO:            147

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                      $12,126.66

|  |  | HOURS |  |
|---|---|---|---|
| **08/01/2013** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **08/02/2013** | | | |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| PEM | Review weekly recommendation memorandum re: pending case motions and matters and ACC matters. | 0.10 | 47.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memo; reviewing correspondence from SMC to Committee re same. | 0.40 | 156.00 |
| **08/04/2013** | | | |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **08/05/2013** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **08/06/2013** | | | |
| TS | Correspondence with AP re: AKO Notice of Name Change (.2); Address filing and service of same (.2) | 0.40 | 44.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

W.R. Grace

|  |  | ACCOUNT NO: | 3000-07D |
|---|---|---|---|
|  |  | STATEMENT NO: | 147 |

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review daily memo |  | 0.10 | 39.00 |
| MTH | Reviewing and signing Notice of Name Change for Anderson Kill |  | 0.20 | 78.00 |
| **08/07/2013** |  |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| **08/08/2013** |  |  |  |  |
| PEM | Review memo re: pleadings filed. |  | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| **08/09/2013** |  |  |  |  |
| MK | Review committee events calendar and update attorney case calendar. |  | 0.10 | 15.50 |
| DAC | Review counsel's weekly memos |  | 0.20 | 104.00 |
| SMB | Review recently filed pleading and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum |  | 0.20 | 22.00 |
| PEM | Review weekly recommendation memorandum. |  | 0.10 | 47.00 |
| MTH | Review daily memo |  | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memo; reviewing correspondence from SMC to Committee re same |  | 0.50 | 195.00 |
| **08/12/2013** |  |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| **08/13/2013** |  |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| PEM | Review memo re: pleadings filed. |  | 0.10 | 47.00 |
| **08/14/2013** |  |  |  |  |
| SMB | Review recently filed pleadings and electronic notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| **08/15/2013** |  |  |  |  |
| PEM | Review memo re: pleadings filed. |  | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic notices; draft and distribute daily memo |  | 0.20 | 22.00 |
| **08/16/2013** |  |  |  |  |
| MK | Review committee events calendar. |  | 0.10 | 15.50 |
| DAC | Review counsel's weekly memo |  | 0.20 | 104.00 |

Page: 3
08/31/2013
ACCOUNT NO:        3000-07D
STATEMENT NO:             147

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | PEM | Review weekly recommendation memorandum. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| 08/19/2013 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo for 8/19 | 0.10 | 39.00 |
| | MTH | Review daily memo for 8/16 | 0.10 | 39.00 |
| | MTH | Review daily memo for 8/15 | 0.10 | 39.00 |
| | MTH | Review daily memo for 8/14 | 0.10 | 39.00 |
| | MTH | Review daily memo for 8/13 | 0.10 | 39.00 |
| 08/20/2013 | | | | |
| | PEM | Review memorandum re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 08/21/2013 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 08/22/2013 | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 08/23/2013 | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | PEM | Review recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | MTH | Prepare weekly recommendation memo; reviewing correspondence from SMC to Committee re same | 0.50 | 195.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 08/26/2013 | | | | |
| | SMB | Review recently filed pleading and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review daily memo | 0.10 | 39.00 |
| **08/27/2013** | | | | |
| | SMB | Review recently filed pleading and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Coordinate logistics for hearing on September 29, 2013 at 10:00 a.m.; e-mail confirmation of same to Peter Lockwood | 0.20 | 22.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **08/28/2013** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Telephone conference with FJ re status of bankruptcy | 0.20 | 78.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **08/29/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **08/30/2013** | | | | |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters | 0.10 | 47.00 |
| | MTH | Prepare weekly recommendation memo; reviewing correspondence from SMC to Committee re same | 0.40 | 156.00 |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | | FOR CURRENT SERVICES RENDERED | 13.30 | 3,567.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.00 | $520.00 | $520.00 |
| Philip E. Milch | 1.30 | 470.00 | 611.00 |
| Michele Kennedy | 0.50 | 155.00 | 77.50 |
| Santae M. Boyd | 5.80 | 110.00 | 638.00 |
| Mark T. Hurford | 4.30 | 390.00 | 1,677.00 |
| Timothy Simpson | 0.40 | 110.00 | 44.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 3,567.50 |

| | | |
|---|---|---|
| 08/07/2013 | Payment - Thank you.  (December, 2012 - 20% Fees) | -516.90 |
| 08/09/2013 | Payment - Thank you. (October, 2012 - 20% Fees) | -604.30 |
| 08/09/2013 | Payment - Thank you. (November, 2012 - 20% Fees) | -694.50 |
| 08/13/2013 | Payment - Thank you. (May, 2013 - 80% Fees) | -2,989.20 |
| | TOTAL PAYMENTS | -4,804.90 |
| | BALANCE DUE | $10,889.26 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                                        |                    |          |
|----------------------------------------|--------------------|----------|
|                                        | Page: 1            |          |
| W.R. Grace                             | 08/31/2013         |          |
| Wilmington  DE                         | ACCOUNT NO:        | 3000-08D |
|                                        | STATEMENT NO:      | 146      |

Employee Benefits/Pension

PREVIOUS BALANCE                                                   -$664.30

CREDIT BALANCE                                                     -$664.30

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 08/31/2013 |
| Wilmington  DE | ACCOUNT NO: | 3000-10D |
|  | STATEMENT NO: | 147 |

Employment Applications, Others

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,950.30 |

| | | | HOURS | |
|---|---|---|---|---|
| 08/01/2013 | | | | |
| MTH | Reviewing Orders entered re FCR professionals | | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.10 | 39.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $390.00 | $39.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 39.00 |

| | | |
|---|---|---|
| 08/13/2013 | Payment - Thank you. (May, 2013 - 80% Fees) | -187.20 |

| | |
|---|---|
| BALANCE DUE | $1,802.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-11D |
|  | STATEMENT NO:            145 |

Expenses

| | PREVIOUS BALANCE | $5,817.68 |
|---|---|---|

| | | |
|---|---|---|
| 08/01/2013 | Court Call - Attorney  MTH - Hearing date 8/1/2013 | 30.00 |
| 08/01/2013 | Court Call - Attorney  Peter Lockwood - Hearing date 8/1/2013 | 30.00 |
| 08/01/2013 | Pacer charges for the month of July | 19.40 |
| 08/05/2013 | Parcels - hand delivery - Hotel Du Pont (July 30,2013) | 7.50 |
| 08/05/2013 | Parcels - copy/service - Certificates of No Objection to June Fee Applications | 51.00 |
| 08/06/2013 | Parcels - copy/service -  Notice of Name Change | 172.02 |
| 08/06/2013 | Parcels - copy/service -  Monthly  Fee Applications (4) | 361.60 |
| 08/14/2013 | Parcels - copy/ service - Interim Fee Applications (April - June 2013) | 707.40 |
| 08/14/2013 | Parcels - copy/ service - Notice of Service of Interim Fee Applications (April - June 2013) | 971.46 |
| 08/30/2013 | Printing - August 2013 | 88.70 |
| 08/30/2013 | Scanning - August 2013 | 3.10 |
| | TOTAL EXPENSES | 2,442.18 |
| | TOTAL CURRENT WORK | 2,442.18 |
| | | |
| 08/13/2013 | Payment - Thank you. (May, 2013 - 100% Expenses) | -2,809.67 |
| | | |
| | BALANCE DUE | $5,450.19 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2013
ACCOUNT NO:       3000-12D
STATEMENT NO:              145

Fee Applications, Applicant

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $3,917.20 |
| 08/02/2013 | | | | |
| | TS | Prepare Certificate of No Objection re: C&L May fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | MTH | Reviewing docket and reviewing and signing CNO for C&L May fee application | 0.20 | 78.00 |
| 08/06/2013 | | | | |
| | TS | Review e-mail from DS re: June bill (.1); Prepare C&L June fee application (.3); Finalize and e-file application (.3) | 0.70 | 77.00 |
| 08/09/2013 | | | | |
| | TS | Review C&L pre-bill for July | 0.20 | 22.00 |
| 08/12/2013 | | | | |
| | TS | Draft interim fee application of C&L | 0.40 | 44.00 |
| 08/14/2013 | | | | |
| | KCD | Review and sign C&L interim application | 0.30 | 117.00 |
| | TS | Finalize and e-file interim fee application of C&L | 0.30 | 33.00 |
| 08/29/2013 | | | | |
| | MTH | Review correspondence from BR re inquiry re 49th Interim | 0.10 | 39.00 |
| 08/30/2013 | | | | |
| | MTH | Various correspondence with SMC re inquiry from fee auditor; discussion re same | 0.20 | 78.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.80 | 532.00 |

W.R. Grace

Fee Applications, Applicant

## RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $390.00 | $195.00 |
| Kathleen Campbell Davis | 0.30 | 390.00 | 117.00 |
| Timothy Simpson | 2.00 | 110.00 | 220.00 |
| | | | |
| TOTAL CURRENT WORK | | | 532.00 |

| | | |
|---|---|---|
| 08/07/2013 | Payment - Thank you.  (December, 2012 - 20% Fees) | -83.20 |
| 08/09/2013 | Payment - Thank you. (October, 2012 - 20% Fees) | -98.00 |
| 08/09/2013 | Payment - Thank you. (November, 2012 - 20% Fees) | -263.40 |
| 08/13/2013 | Payment - Thank you. (May, 2013 - 80% Fees) | -620.80 |
| | TOTAL PAYMENTS | -1,065.40 |
| | BALANCE DUE | $3,383.80 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                                08/31/2013
Wilmington  DE                                              ACCOUNT NO:        3000-13D
                                                            STATEMENT NO:              132

Fee Applications, Others

PREVIOUS BALANCE                                                                  $16,368.30

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/01/2013 |  |  |  |  |
|  | MTH | Reviewing Order entered re fee applications | 0.10 | 39.00 |
|  | MTH | Review correspondence from TBB re Kramer Levin 142nd fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from GS re invoice for June services | 0.10 | 39.00 |
|  | MTH | Review correspondence from DP re BMC fee application and Casner fee application | 0.10 | 39.00 |
| 08/02/2013 |  |  |  |  |
|  | SMB | Review June 2013 application of Ferry, Joseph & Pearce, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2013 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2013 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2013 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2013 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2013 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2013 application of The Law Offices of Roger Higgins LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2013 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2013 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review May 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2013 application of Pricewaterhousecoopers LLP (.1); |  |  |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2013 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2013 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2013 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2013 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review June 2013 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2013 application of Judge Alexander Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2013 application of Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review June 2013 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review e-mail from GS re: Charter Oak June bill (.1); Prepare Charter Oak June fee application (.3) | 0.40 | 44.00 |
| TS | Prepare Certificate of No Objection re: C&D May fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| TS | Prepare Certificate of No Objection re: AKO May fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| TS | Prepare Certificate of No Objection re: Charter Oak May fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| MTH | Reviewing docket and reviewing and signing CNO for AKO May fee application | 0.30 | 117.00 |
| MTH | Reviewing docket and reviewing and signing CNO for C&D May fee application | 0.20 | 78.00 |
| MTH | Reviewing docket and reviewing and signing CNO for Charter Oak May fee application | 0.20 | 78.00 |
| MTH | Review correspondence from TS re e-mail service of CNO's to Grace | 0.10 | 39.00 |
| MTH | Review correspondence from GS re revised fee application for June | 0.10 | 39.00 |
| MTH | Review correspondence from TS to ACC professionals re responses to fee application and responses to same | 0.10 | 39.00 |
| **08/05/2013** | | | |
| MTH | Review correspondence from YS re CNO for PWC May monthly | 0.10 | 39.00 |
| MTH | Review correspondence from MS re Grant Thorton fee application for January 2013 | 0.10 | 39.00 |
| **08/06/2013** | | | |
| TS | Review e-mail from EB re: C&D June fee application (.1); Update C&D June fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| TS | Review e-mail from AP re: AKO June fee application (.1); Update AKO June fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |

Page: 3
W.R. Grace                                                                                                08/31/2013
                                                                        ACCOUNT NO:        3000-13D
                                                                        STATEMENT NO:              132
Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| TS | Finalize and e-file Charter Oak June fee application | | 0.30 | 33.00 |
| MTH | Reviewing June 2013 Charter Oak fee application for filing and service | | 0.20 | 78.00 |
| MTH | Reviewing June 2013 Anderson Kill fee application for filing and service | | 0.20 | 78.00 |
| MTH | Reviewing June 2013 C&D fee application for filing and service | | 0.20 | 78.00 |
| MTH | Various correspondence re AKO fee application | | 0.10 | 39.00 |
| MTH | Review correspondence from CH re PG&S fee application for May 2013, PG&S fee application for June 2013 | | 0.10 | 39.00 |
| MTH | Review correspondence from MS re B&D fee application | | 0.10 | 39.00 |
| MTH | Review correspondence from TS to service parties re fee applications; reviewing correspondence from TS to fee auditor re fee applications | | 0.10 | 39.00 |

08/07/2013

| TS | Draft Charter Oak interim fee application | | 0.50 | 55.00 |
|---|---|---|---|---|

08/09/2013

| SMB | Review June 2013 application of Roger Frankel (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
|---|---|---|---|---|
| SMB | Review April through June 2013 application of The Law Office of Roger J. Higgins LLC (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review January 2013 application of Grant Thornton LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review May 2013 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review June 2013 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review June 2013 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review February 2013 Grant Thornton LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review June 2013 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |

08/12/2013

| TS | Correspondence with GS re: Charter Oak interim fee application | | 0.10 | 11.00 |
|---|---|---|---|---|

08/14/2013

| KCD | Review C&D interim; sign COS re: same | | 0.30 | 117.00 |
|---|---|---|---|---|
| KCD | Review AKO interim; sign COS re: same | | 0.30 | 117.00 |
| KCD | Review Charter Oak interim; sign COS re: same | | 0.20 | 78.00 |
| TS | Review e-mail from EB re: C&D interim fee application (.1); Update C&D interim fee application (.2); Finalize and e-file application (.3) | | 0.60 | 66.00 |
| TS | Review e-mail from AP re: AKO interim fee application (.1); Update AKO interim fee application (.2); Finalize and e-file application (.3) | | 0.60 | 66.00 |

08/16/2013

| SMB | Review April through June 2013 application of Foley Hoag LLP (.1); | | | |
|---|---|---|---|---|

W.R. Grace

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | | update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2013 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2013 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2013 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2013 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2013 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2013 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2013 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review January through March 2013 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2013 application of Scarfone Hawkins (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2013 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2013 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 08/19/2013 | | | | |
| | MTH | Review correspondence from DF re Orrick second monthly fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from D.M. re Capstone fee application (Interim for April through June) | 0.10 | 39.00 |
| | MTH | Review correspondence from KF re Blackstone fee application for May through June | 0.10 | 39.00 |
| | MTH | Review correspondence from KF re K&E fee application for May | 0.10 | 39.00 |
| | MTH | Review correspondence from TBB re Saul Ewing fee application for April through June | 0.10 | 39.00 |
| | MTH | Review correspondence from D.M. re Stroock interim fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from GP (x3) re three fee applications for counsel to Canadian ZAI claimants | 0.10 | 39.00 |
| 08/20/2013 | | | | |
| | MTH | Review correspondence from TBB re Kramer Levin fee application | 0.10 | 39.00 |
| 08/22/2013 | | | | |
| | MTH | Review correspondence from TBB re CNO for Saul Ewing and Kramer Levin monthly fee application | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| **08/23/2013** |  |  |  |
| SMB | Review April through June 2013 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2013 application of Pachulski Stang Ziehl & Jones (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April 2013 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March 2013 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January 2013 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2013 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May through June 2013 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review June 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2013 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2013 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2013 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through June 2013 application of Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2013 application of Kramer Levin Naftalis & Frankel (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from Woodcock fee application | 0.10 | 39.00 |
| MTH | Review correspondence from GP re three CNO's filed for Canadian ZAI counsel | 0.10 | 39.00 |
| **08/26/2013** |  |  |  |
| MTH | Review correspondence from TBB re CNO for Kramer and Saul Ewing monthly fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DF re FCR's fee application | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Orrick fee application for July 2013 | 0.10 | 39.00 |
| MTH | Review correspondence from TS to DR re monthly fee application | 0.10 | 39.00 |
| MTH | Review correspondence from GP re three CNO's filed for counsel to Canadian claimants | 0.10 | 39.00 |
| MTH | Review correspondence from CH re July monthly for PG&S | 0.10 | 39.00 |

Page: 6
08/31/2013

W.R. Grace

| | | ACCOUNT NO: | 3000-13D |
| --- | --- | --- | --- |
| | | STATEMENT NO: | 132 |

Fee Applications, Others

| | | | HOURS | |
| --- | --- | --- | --- | --- |
| 08/27/2013 | | | | |
| | MTH | Review correspondence from EB re draft fee application | 0.10 | 39.00 |
| 08/28/2013 | | | | |
| | MTH | Review correspondence from DP re Foley Hoag fee application for July 2013 | 0.10 | 39.00 |
| | MTH | Review correspondence from DP re Higgins fee application for July 2013 | 0.10 | 39.00 |
| | MTH | Correspondence with DF re Interim Fee applications; correspondence with TS and discussion with TS re same | 0.40 | 156.00 |
| 08/29/2013 | | | | |
| | MTH | Review correspondence from CH re two CNO's filed | 0.10 | 39.00 |
| | MTH | Review correspondence from MS re Casner fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from DP re K&E fee application for June 2013 | 0.10 | 39.00 |
| 08/30/2013 | | | | |
| | SMB | Review July 2013 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2013 application of The Law Offices of Roger Higgins LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2013 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2013 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2013 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2013 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | | FOR CURRENT SERVICES RENDERED | 23.20 | 4,260.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| --- | --- | --- | --- |
| Santae M. Boyd | 12.20 | $110.00 | $1,342.00 |
| Mark T. Hurford | 5.30 | 390.00 | 2,067.00 |
| Kathleen Campbell Davis | 0.80 | 390.00 | 312.00 |
| Timothy Simpson | 4.90 | 110.00 | 539.00 |

| | | |
| --- | --- | --- |
| TOTAL CURRENT WORK | | 4,260.00 |

| | | |
| --- | --- | --- |
| 08/07/2013 | Payment - Thank you.  (December, 2012 - 20% Fees) | -590.00 |
| 08/09/2013 | Payment - Thank you. (October, 2012 - 20% Fees) | -332.20 |
| 08/09/2013 | Payment - Thank you. (November, 2012 - 20% Fees) | -1,058.80 |
| 08/13/2013 | Payment - Thank you. (May, 2013 - 80% Fees) | -4,027.20 |

W.R. Grace

ACCOUNT NO:      3000-13D
STATEMENT NO:            132

Fee Applications, Others

TOTAL PAYMENTS                                        -6,008.20

BALANCE DUE                                         $14,620.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2013
ACCOUNT NO:          3000-14D
STATEMENT NO:                104

Financing

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $70.20 |
| | | |
| 08/07/2013 | Payment - Thank you.  (December, 2012 - 20% Fees) | -54.60 |
| | | |
| BALANCE DUE | | $15.60 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                      08/31/2013
Wilmington  DE                                ACCOUNT NO:      3000-15D
                                              STATEMENT NO:         147


Hearings


PREVIOUS BALANCE                                               $7,291.45

                                                        HOURS
08/23/2013
        MTH      Reviewing various correspondence re August hearing          0.10        39.00

08/27/2013
        MTH      Correspondence to PVNL re matters scheduled to go forward at hearing;
                 coordination re attendance; reviewing response to same       0.30       117.00
        MTH      Correspondence with JON re August hearing; new hearing dates  0.20        78.00
        MTH      Correspondence to PVNL, RT, EB and RH re new hearing dates    0.10        39.00
        MTH      Correspondence and discussions re hearing preparations        0.20        78.00

08/28/2013
        MTH      Reviewing Agenda for hearing                                  0.10        39.00
        MTH      Reviewing COC re hearing dates                                0.10        39.00
        MTH      Correspondence to PVNL re order entered on hearing dates      0.10        39.00
                 FOR CURRENT SERVICES RENDERED                                 1.20       468.00

                                    RECAPITULATION
        TIMEKEEPER                          HOURS        HOURLY RATE          TOTAL
        Mark T. Hurford                      1.20          $390.00           $468.00


        TOTAL CURRENT WORK                                                    468.00


08/07/2013      Payment - Thank you.  (December, 2012 - 20% Fees)            -23.40
08/09/2013      Payment - Thank you. (October, 2012 - 20% Fees)            -101.40
08/09/2013      Payment - Thank you. (November, 2012 - 20% Fees)           -54.60
08/13/2013      Payment - Thank you. (May, 2013 - 80% Fees)                 -62.40
                TOTAL PAYMENTS                                             -241.80

W.R. Grace

ACCOUNT NO:      3000-15D
STATEMENT NO:              147

Hearings


BALANCE DUE                                                          $7,517.65


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          08/31/2013
Wilmington  DE                                                ACCOUNT NO:        3000-16D
                                                             STATEMENT NO:            132

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                                -$834.40

08/07/2013     Payment - Thank you.  (December, 2012 - 20% Fees)                  -15.60
08/09/2013     Payment - Thank you. (November, 2012 - 20% Fees)                    -7.80
08/13/2013     Payment - Thank you. (May, 2013 - 80% Fees)                        -62.40
               TOTAL PAYMENTS                                                     -85.80

               CREDIT BALANCE                                                   -$920.20

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                08/31/2013
Wilmington  DE                                    ACCOUNT NO:        3000-17D
                                                  STATEMENT NO:             132

Plan and Disclosure Statement

PREVIOUS BALANCE                                                        $8,530.40

|  |  | HOURS |  |
|---|---|---|---|
| 08/07/2013 |  |  |  |
| MTH | Reviewing Garlock's Motion to Extend Time to file brief and related correspondence | 0.30 | 117.00 |
| 08/09/2013 |  |  |  |
| MTH | Reviewing docket entry re Clerk's order on Garlock's Motion re extend time | 0.10 | 39.00 |
| 08/21/2013 |  |  |  |
| PEM | Review Garlock motion for rehearing en banc. | 0.80 | 376.00 |
| MTH | Reviewing Garlock's Motion for Rehearing En Banc; correspondence with EI, PVNL re same; various correspondence with PEM and MRE re same | 0.80 | 312.00 |
|  | FOR CURRENT SERVICES RENDERED | 2.00 | 844.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.80 | $470.00 | $376.00 |
| Mark T. Hurford | 1.20 | 390.00 | 468.00 |

TOTAL CURRENT WORK                                                        844.00

| 08/07/2013 | Payment - Thank you.  (December, 2012 - 20% Fees) | -1,705.20 |
|---|---|---|
| 08/09/2013 | Payment - Thank you. (October, 2012 - 20% Fees) | -62.40 |
| 08/09/2013 | Payment - Thank you. (November, 2012 - 20% Fees) | -1,231.40 |
| 08/13/2013 | Payment - Thank you. (May, 2013 - 80% Fees) | -218.40 |
|  | TOTAL PAYMENTS | -3,217.40 |

W.R. Grace

Plan and Disclosure Statement

BALANCE DUE                                                              $6,157.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                          08/31/2013
Wilmington  DE                                          ACCOUNT NO:        3000-18D
                                                        STATEMENT NO:              132

Relief from Stay Proceedings

PREVIOUS BALANCE                                                              -$257.70

CREDIT BALANCE                                                                -$257.70

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2013
ACCOUNT NO:        3000-20D
STATEMENT NO:              131

Tax Litigation

PREVIOUS BALANCE                                                                                    $468.80

BALANCE DUE                                                                                              $468.80

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
08/31/2013

W.R. Grace
Wilmington  DE                                          ACCOUNT NO:        3000-21D
                                                        STATEMENT NO:           123


Travel-Non-Working


PREVIOUS BALANCE                                                          $386.00

BALANCE DUE                                                              $386.00


Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                    |                    |
|--------------------|--------------------|
|                    | Page: 1            |
| W.R. Grace         | 08/31/2013         |
| Wilmington  DE     | ACCOUNT NO:    3000-22D |
|                    | STATEMENT NO:        136 |

Valuation


PREVIOUS BALANCE                                                      $1,185.00

BALANCE DUE                                                          $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                          08/31/2013
Wilmington  DE                                ACCOUNT NO:        3000-23D
                                              STATEMENT NO:            136

ZAI Science Trial

PREVIOUS BALANCE                                              $1,203.30

BALANCE DUE                                                   $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
08/31/2013

W.R. Grace
Wilmington  DE                                                    ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 171.60 | 0.00 | 0.00 | 0.00 | -39.00 | $132.60 |
| 3000-02 Asset Disposition | | | | | |
| 271.30 | 0.00 | 0.00 | 0.00 | -31.20 | $240.10 |
| 3000-03 Business Operations | | | | | |
| 1,326.00 | 429.00 | 0.00 | 0.00 | 0.00 | $1,755.00 |
| 3000-04 Case Administration | | | | | |
| 887.67 | 117.00 | 0.00 | 0.00 | 0.00 | $1,004.67 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -186.90 | 0.00 | 0.00 | 0.00 | -109.20 | -$296.10 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 12,126.66 | 3,567.50 | 0.00 | 0.00 | -4,804.90 | $10,889.26 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -664.30 | 0.00 | 0.00 | 0.00 | 0.00 | -$664.30 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,950.30 | 39.00 | 0.00 | 0.00 | -187.20 | $1,802.10 |
| 3000-11 Expenses | | | | | |
| 5,817.68 | 0.00 | 2,442.18 | 0.00 | -2,809.67 | $5,450.19 |

W.R. Grace

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,917.20 | 532.00 | 0.00 | 0.00 | -1,065.40 | $3,383.80 |
| 3000-13 Fee Applications, Others | | | | | |
| 16,368.30 | 4,260.00 | 0.00 | 0.00 | -6,008.20 | $14,620.10 |
| 3000-14 Financing | | | | | |
| 70.20 | 0.00 | 0.00 | 0.00 | -54.60 | $15.60 |
| 3000-15 Hearings | | | | | |
| 7,291.45 | 468.00 | 0.00 | 0.00 | -241.80 | $7,517.65 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -834.40 | 0.00 | 0.00 | 0.00 | -85.80 | -$920.20 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 8,530.40 | 844.00 | 0.00 | 0.00 | -3,217.40 | $6,157.00 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 386.00 | 0.00 | 0.00 | 0.00 | 0.00 | $386.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 62,350.16 | 10,256.50 | 2,442.18 | 0.00 | -18,654.37 | $56,394.47 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.