## EXHIBIT A

**Business Operations(.40 Hours; $ 382.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $955 | 382.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/13 | PVL | 955.00 | 0.20 | Rv revised Lantern motion and email Gettleman et al |
| 08/04/13 | PVL | 955.00 | 0.20 | Rv Lantern motion as filed |

**Total Task Code .03     .40**


**Case Administration (1.50 Hours; $ 620.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $955 | 191.00 |
| Rita C. Tobin | .40 | $555 | 222.00 |
| Sara Joy DelSavio | .90 | $230 | 207.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/13 | PVL | 955.00 | 0.20 | Attend status conf. by phone |
| 08/02/13 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI Update. |
| 08/05/13 | SJD | 230.00 | 0.90 | Update J drive per LMK. |
| 08/09/13 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI update. |

**Total Task Code .04     1.50**

**Fee Applications, Applicant (7.50 Hours; $ 2,960.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.80 | $555 | 2,109.00 |
| Eugenia Benetos | 3.70 | $230 | 851.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/05/13 | RCT | 555.00 | 0.40 | Review e-mails and confer with EB regarding CNO (.2); review orders regarding CNO and outstanding fees (.2). |
| 08/07/13 | RCT | 555.00 | 0.80 | Review pre-bill. |
| 08/08/13 | RCT | 555.00 | 0.50 | Review monthly fee application exhibits. |
| 08/09/13 | EB | 230.00 | 0.70 | Create breakdown of payment received and update fee application schedule (.4); distribute to attorneys and accounting re breakdown (.3). |
| 08/12/13 | EB | 230.00 | 1.20 | Work on interim fee application. |
| 08/13/13 | RCT | 555.00 | 0.80 | Review fee application. |
| 08/14/13 | RCT | 555.00 | 0.10 | Correspondence to EB regarding fee application. |
| 08/21/13 | EB | 230.00 | 1.40 | Work on monthly fee application. |
| 08/21/13 | EB | 230.00 | 0.20 | Send email to local counsel re fee applications. |
| 08/26/13 | RCT | 555.00 | 1.00 | Review fee application and exhibits. |
| 08/26/13 | EB | 230.00 | 0.20 | Work on monthly fee application. |
| 08/27/13 | RCT | 555.00 | 0.20 | Address fee issue. |

**Total Task Code .12**     7.50

**Plan & Disclosure Statement (1.90 Hours; $ 1,755.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $1,000 | 200.00 |
| Peter Van N. Lockwood | 1.50 | $955 | 1,432.50 |
| Ann C. McMillan | .10 | $660 | 66.00 |
| Kevin C. Maclay | .10 | $565 | 56.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/04/13 | PVL | 955.00 | 0.20 | Rv Sealed Air press release re 2d Q earnings |
| 08/05/13 | PVL | 955.00 | 0.10 | Rv emails |
| 08/07/13 | KCM | 565.00 | 0.10 | Review Garlock motion. |
| 08/16/13 | PVL | 955.00 | 0.10 | Rv emails |
| 08/20/13 | PVL | 955.00 | 0.50 | Telephone conference Donley, Paul, Frankel, Wyron, et al |
| 08/20/13 | PVL | 955.00 | 0.40 | Review Garlock rehearing petition |
| 08/22/13 | EI | 1,000.00 | 0.20 | Insurance issue. |
| 08/22/13 | ACM | 660.00 | 0.10 | Teleconference w/Grace claimant re case status. |
| 08/31/13 | PVL | 955.00 | 0.20 | Rv draft SA confid. agmt. |

**Total Task Code   .17        1.90**

<u>Other Charges</u>:

   Air Freight & Express Mail                                  8.48

                                          **Total:**      **$ 8.48**