**EXHIBIT B**

**Business Operations (.40 Hours; $ 382.00)**

        Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**        .40

**Case Administration (1.50 Hours; $ 620.00)**

        Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**        1.50

**Fee Applications, Applicant (7.50 Hours; $ 2,960.00)**

        Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**        7.50

**Plan & Disclosure Statement (1.90 Hours; $ 1,755.00)**

        Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17**        1.90