## **EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | 8.48 |
| **Total:** | **$ 8.48** |

```
Client Number:   4642                Grace Asbestos Personal Injury Claimants                                          Page: 1
Matter      000                      Disbursements                                                                     9/11/2013

                                                                                            Print Date/Time: 09/11/2013  3:12:28PM
Attn:
                                                                                                                        Invoice #

                                     PREBILL / CONTROL REPORT


                                                            Trans Date Range:  1/1/1950  to: 8/31/2013

Matter      000
Disbursements

Bill Cycle:       Monthly       Style:       i1        Start:   4/16/2001   Last Billed:   8/14/2013           13,655
                               $4,806.34
Client Retainers Available              Committed to Invoices:      $0.00        Remaining:       $4,806.34

                                                     $3,949,941.25
                          Total Expenses Billed To Date           Billing Empl:        0120    Elihu  Inselbuch
                                                                  Responsible Empl:    0120    Elihu  Inselbuch
                                                                  Alternate Empl:      0120    Elihu  Inselbuch
                                                                  Originating Empl:    0120    Elihu  Inselbuch


Summary   by Employee
                                       ---------- A C T U A L ----------      ---------- B I L L I N G ---------
Empl      Initials   Name                     Hours            Amount                Hours            Amount

0999      C&D        Caplin & Drysdale         0.00             8.48                 0.00              8.48

Total Fees                                     0.00             8.48                 0.00              8.48


Detail Time / Expense  by  Date

                                                                                  ---------- A C T U A L ----------   ---------- B I L L I N G ---------
TransNo.   Description                                  TransType  Trans Date   Work Empl      Rate   Hours   Amount    Rate   Hours   Amount   Cumulative

3022015    Federal Express -Delivery to T.Simpson, 8/14/13   E    08/26/2013   0999   C&D              0.00   $8.48            0.00   $8.48        8.48
           (Split b/w clients 4642 & 5334)
Total Expenses
                                                                                                       0.00   $8.48            0.00   $8.48
              Matter Total Fees                                                                               0.00                    0.00
              Matter Total Expenses                                                                           8.48                    8.48
                                                                                                                                      8.48
           Matter Total                                                                                0.00   8.48             0.00


           Prebill Total Fees
           Prebill Total Expenses                                                                            $8.48                    $8.48
                                                                                                                                      $8.48
                                                                                                      $8.48                    0.00
           Prebill Total                                                                               0.00
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                          Page: 1
Matter      000                    Disbursements                                                     9/11/2013

                                                                               Print Date/Time: 09/11/2013  3:12:28PM
Attn:
                                                                                                     Invoice #
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---:|---:|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 92,491 | 02/21/2013 | 165,664.00 | 33,132.80 |
| 92,999 | 03/22/2013 | 35,163.00 | 7,032.60 |
| 93,496 | 04/19/2013 | 40,095.00 | 8,019.00 |
| 94,156 | 05/24/2013 | 48,738.50 | 9,747.70 |
| 94,576 | 06/19/2013 | 39,963.00 | 7,992.60 |
| 95,137 | 07/17/2013 | 46,734.00 | 9,346.80 |
| 95,666 | 08/14/2013 | 13,280.26 | 13,280.26 |
|  |  | 518,811.76 | 103,408.59 |