# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: 100055.WRG01 |
| September 11, 2013 | INVOICE: 255507 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 08/31/13

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/01/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.60). | W001 | GFF | 2.40 |
| 08/01/13 | Continued to analyze and update information on excess policies, coverage-in-place and settlement agreements re: follow form provisions, indemnifications, insolvents, payment and other policy issues. | W001 | IF | 1.90 |
| 08/01/13 | Work on adjustments for allocation. | W001 | MG | 2.70 |
| 08/01/13 | Hearing with Court. | W001 | RMH | 0.30 |
| 08/01/13 | Follow-up research and analysis regarding resolution of outstanding proofs of claim with non-settled insolvent insurance companies. | W001 | RYC | 2.60 |
| 08/02/13 | Continue analysis of selected insurance company settlement agreements re: subject policies and scope of release issues (1.60); continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage issues (1.10). | W001 | GFF | 2.70 |
| 08/02/13 | Insolvent insurer status update research and spreadsheet edits (2.20); Research re: prior insurance company pleadings (.70). | W001 | HEG | 2.90 |
| 08/02/13 | Continued analyzing and updating information on excess policies, coverage-in-place and settlement agreements re: following form provisions, indemnifications, insolvent insurance companies, payment issues and other insurance issues. | W001 | IF | 2.20 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                        MATTER:    100055.WRG01

September 11, 2013                                     INVOICE:       255507

MATTER: CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/02/13 | Work on allocation. | W001 | MG | 2.30 |
| 08/02/13 | Work on updating insurance asset report per request of Mr. Inselbuch. | W001 | RMH | 3.20 |
| 08/02/13 | Continue review and analysis in connection with potential impediments to outstanding insurance coverage claims due to expected delays in providing claimant documentation by post-bankruptcy Trust. | W001 | RYC | 1.70 |
| 08/05/13 | Review and revise time and expense entries. | W011 | AHP | 1.30 |
| 08/05/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.20); continue analysis of selected insurance company settlement agreements re: "subject policies" and scope of release (1.40). | W001 | GFF | 2.60 |
| 08/05/13 | Research and communications re: updating outstanding insolvent insurance company status spreadsheets. | W001 | HEG | 2.80 |
| 08/05/13 | Continued to review and update information on excess policies, reimbursement agreements and settlement agreements re: follow form provisions, indemnifications, insolvent insurance companies, payment and other insurance issues. | W001 | IF | 2.40 |
| 08/05/13 | Work on assorted allocation models. | W001 | MG | 4.80 |
| 08/05/13 | Research and analysis re: potential intervention in pending insurance insolvency matters to protect against bankruptcy related impediments to approval. | W001 | RYC | 3.80 |
| 08/06/13 | Attention to both firm name change and change of judge issue, including multiple emails with R. Chung, V. Negron and local counsel. | W011 | AHP | 0.70 |
| 08/06/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: limits, aggregates, follow form, cooperation clauses and other coverage issues (.90); continue review of selected insurance company settlement agreements re: "subject policies" and scope of release issues (.70). | W001 | GFF | 2.20 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE                          MATTER:       100055.WRG01

September 11, 2013                                       INVOICE:          255507

MATTER:  CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/06/13 | Continued reviewing and updating information on excess insurance policies, reimbursement and settlement agreements re: following form provisions, indemnification, insolvent insurance companies, payment and other insurance policy issues. | W001 | IF | 2.40 |
| 08/06/13 | Work on allocation models for demands. | W001 | MG | 4.80 |
| 08/06/13 | Research and analysis re: potential intervention in pending insurance insolvency matters to protect against bankruptcy related impediments to approval. | W001 | RYC | 2.20 |
| 08/07/13 | Review and additional revisions to time and expense entries (.60); prepare monthly fee application (1.20). | W011 | AHP | 1.80 |
| 08/07/13 | Continue analysis of selected insurance policies re: follow form, limits, cooperation clauses, and other coverage issues (.90); continue analysis of selected insurance company settlement agreements re: subject policies and scope of release issues (1.70). | W001 | GFF | 2.60 |
| 08/07/13 | Continued to update information and review excess insurance policies, reimbursement and settlement agreements re: follow form language, indemnifications, insolvent insurance companies, payment and other policy issues. | W001 | IF | 2.90 |
| 08/07/13 | Work on allocation models for demands. | W001 | MG | 4.70 |
| 08/07/13 | Research and analysis in connection with payment projections from settled insolvent insurance companies (1.80); Follow-up research and analysis re. Potential intervention in pending insurance insolvency matters to protect against bankruptcy related impediments to approval (2.30). | W001 | RYC | 4.10 |
| 08/08/13 | Begin to finalize bill and monthly application to be sent on Monday. | W011 | AHP | 1.20 |
| 08/08/13 | Multiple email exchanges regarding firm name change, filing of documents re: same and service re: same. | W011 | AHP | 0.40 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

                                                                                        Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                      MATTER:     100055.WRG01

September 11, 2013                                   INVOICE:         255507

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/08/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form, limits, cooperation clauses and other coverage issues (1.10). | W001 | GFF | 1.80 |
| 08/08/13 | Research and communications re: insolvency status. | W001 | HEG | 1.70 |
| 08/08/13 | Continued to update information and review excess policies, reimbursement and settlement agreements re: following form, indemnification, insolvent insurance companies, payment issues and other policy issues. | W001 | IF | 2.80 |
| 08/08/13 | Multiple emails with R. Horkovich re: insolvent strategy, fact and related issues. | W001 | MG | 1.20 |
| 08/08/13 | Prepare final versions of insurance allocations including London companies. | W001 | MG | 2.60 |
| 08/08/13 | Edit insurance asset report. | W001 | RMH | 4.30 |
| 08/08/13 | Review and comment upon fee applications. | W011 | RYC | 0.60 |
| 08/08/13 | Research and analysis in connection with settlement negotiations with insolvent insurance company (1.30); review and analysis re: proof of claim against impediments to proof of claim against pending insurance insolvencies (1.70). | W001 | RYC | 2.90 |
| 08/09/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.10); continue analysis of selected insurance company settlement agreements re: "subject policies" and scope of release issues (1.30). | W001 | GFF | 2.40 |
| 08/09/13 | Docket review and research re: potential claim submission timetable intervenor pleadings. | W001 | HEG | 2.40 |
| 08/09/13 | Helped to review information re: Proof of Claim and "contingent claim" filing deadlines. | W001 | IF | 0.90 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

| | | | |
|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | | 100055.WRG01 |
| September 11, 2013 | INVOICE: | | 255507 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/09/13 | Updated information and reviewed excess insurance policies, reimbursement agreements and settlement agreements re: following form provisions, indemnifications, insolvent insurance companies, payment and other insurance policy issues. | W001 | IF | 2.30 |
| 08/09/13 | Multiple emails with R. Horkovich re: allocation model issues. | W001 | MG | 0.60 |
| 08/09/13 | Edit insurance asset report, transmit same to Mr. Inselbuch. (3.30) Receive request from London market counsel (Quinn) for settlement demands for remaining London market insurance companies and communicate with FCR counsel regarding same. (1.00). | W001 | RMH | 4.30 |
| 08/09/13 | Follow-up research and analysis in connection with outstanding payments due from settled insolvent insurance companies (.70); follow-up in connection with settlement issues raised by insolvent insurance company (.50). | W001 | RYC | 1.20 |
| 08/12/13 | Finish finalizing and release monthly fee application and bill to local counsel. | W011 | AHP | 0.60 |
| 08/12/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form, cooperation clauses and other coverage issues (1.30); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.10 |
| 08/12/13 | Continued to update information and review excess insurance policies, reimbursement agreements and settlement agreements re: follow form provisions, indemnification, insolvent insurance companies, payment and other policy issues. | W001 | IF | 2.10 |
| 08/13/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form, cooperation clauses and other coverage issues (1.60); continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (.70). | W001 | GFF | 2.30 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                                 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                           MATTER:      100055.WRG01

September 11, 2013                                        INVOICE:            255507

MATTER:  CLAIMANTS COMMITTEE                                     ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/13/13 | Continued to update information and reviewed excess insurance policies, reimbursement and settlement agreements re: following form provisions, indemnifications, insolvent insurance companies, payment and other policy issues. | W001 | IF | 1.90 |
| 08/13/13 | Work on cash flow models. | W001 | MG | 2.60 |
| 08/14/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: limits, aggregates, follow form, cooperation clauses and other coverage issues (1.30). | W001 | GFF | 1.90 |
| 08/14/13 | Continue updating information and reviewing excess policies, coverage-in-place and settlement agreements re: follow form provisions, indemnification, insolvent insurance companies, payment and other insurance policy issues. | W001 | IF | 2.20 |
| 08/14/13 | Work on cash flow models. | W001 | MG | 2.60 |
| 08/14/13 | Research regarding other insurance insolvencies' motions to intervene in connection with preventative protection of non-processed underlying asbestos bodily injury claimants. | W001 | RYC | 2.40 |
| 08/15/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (.90); continue analysis of selected insurance policies re: limits, aggregates, follow form, cooperation clauses and other coverage issues (1.70). | W001 | GFF | 2.60 |
| 08/15/13 | Proof of Claim status research. | W001 | HEG | 1.40 |
| 08/15/13 | Continued to update information and review excess insurance policies, coverage in place agreements and settlement agreements re: following form provisions, indemnifications, insolvent insurance companies, payment issues and other policy concerns. | W001 | IF | 2.10 |
| 08/15/13 | Draft proposed demand in response to request and circulate to FCR counsel. | W001 | RMH | 2.20 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

September 11, 2013                                  INVOICE:           255507

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/15/13 | Research and analysis in connection with resolving anticipated basis for disallowance of proof of claims by insolvent insurance companies as a result of liquidation court developments. | W001 | RYC | 1.60 |
| 08/16/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: limits, aggregates, exclusions, cooperation clauses, and other coverage issues (1.30). | W001 | GFF | 1.90 |
| 08/16/13 | Continued to update and review excess policies, coverage in place and settlement agreements re: follow form provisions, indemnifications, insolvent insurance companies, payment issues and other insurance policy issues. | W001 | IF | 2.30 |
| 08/16/13 | Communicate with a London market insurance company regarding a proposed buy-out settlement. | W001 | RMH | 0.60 |
| 08/16/13 | Continue research and analysis regarding potential impediments to favorable notice of determination by pending proof of claim in insurance insolvencies. | W001 | RYC | 2.60 |
| 08/19/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.60); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.40 |
| 08/19/13 | Continue to update information and review excess insurance policies, coverage in place and settlement agreements re: following form provisions, indemnification, insolvent insurance companies, payment and other policy issues. | W001 | IF | 2.60 |
| 08/19/13 | Attention to request by London market insurance company for proposed lump sum demand and communicate with client (Mr. Inselbuch) regarding same. | W001 | RMH | 0.60 |
| 08/19/13 | Research and analysis in connection with development of establishing current claims as non-contingent to remaining insurance insolvencies. | W001 | RYC | 3.40 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                              MATTER:       100055.WRG01

September 11, 2013                                           INVOICE:            255507

MATTER:  CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/20/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (.70); continue analysis of selected insurance policies re: limits, follow form, aggregates and other coverage issues (1.60). | W001 | GFF | 2.30 |
| 08/20/13 | Continued updating information, reviewing excess and umbrella policies, reimbursement agreements and settlement agreements re: follow form provisions, indemnifications, insolvent insurance companies, payment and other insurance policy issues. | W001 | IF | 2.90 |
| 08/20/13 | Review research and analysis in connection with development of establishing current claims as non-contingent to remaining insurance insolvencies. | W001 | RYC | 2.70 |
| 08/21/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: limits, follow form, aggregates, and other coverage issues (1.60). | W001 | GFF | 2.40 |
| 08/21/13 | Continued to update information, review excess and umbrella policies, reimbursement and settlement agreements re: following form language, indemnification, insolvent insurance companies, payment and other insurance issues. | W001 | IF | 2.70 |
| 08/21/13 | Prepare demand in response to request from a London market insurance company. | W001 | RMH | 0.80 |
| 08/22/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (.90); continue analysis of selected insurance policies re: limits, follow form, aggregates and other coverage issues (1.30). | W001 | GFF | 2.20 |
| 08/22/13 | Continue to review and update information on excess and umbrella policies, reimbursement and settlement agreements re:  follow form language, indemnifications, insolvents, payment and other policy issues. | W001 | IF | 2.60 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                           MATTER:      100055.WRG01

September 11, 2013                                        INVOICE:           255507

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/22/13 | Draft demand on requesting London market insurance company and communicate with client (Mr. Inselbuch) and co-counsel (Peri Mahaley and Lisa Esayian) regarding same. | W001 | RMH | 1.20 |
| 08/22/13 | Attention to inquiries from insolvent insurance company relating to pending proofs of claim. | W001 | RYC | 2.20 |
| 08/23/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (.80); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.60). | W001 | GFF | 2.40 |
| 08/23/13 | Continued reviewing and updating information on excess policies, reimbursement and settlement agreements re: following form language, indemnifications, insolvent insurance companies, payment and other policy issues. | W001 | IF | 2.80 |
| 08/26/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage issues (1.40); continue analysis of selected insurance company settlement agreements re: "subject policies" and scope of release issues (.90). | W001 | GFF | 2.30 |
| 08/26/13 | Continued to review and update information on excess insurance policies, coverage-in-place and settlement agreements re:  follow form language, indemnifications, insolvent insurance companies, payment and other insurance issues. | W001 | IF | 2.10 |
| 08/26/13 | Review and analysis in connection with underlying litigation and claims files in response to disclosure issues raised by insolvent insurance company. | W001 | RYC | 2.60 |
| 08/27/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage issues (1.40); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 2.10 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 11, 2013 | | INVOICE: | | 255507 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/27/13 | Continue reviewing and updating information on excess insurance policies, coverage-in-place agreements and settlement agreements re: following form provisions, indemnification, insolvent insurance companies, payment and other policy concerns. | W001 | IF | 1.70 |
| 08/27/13 | Research regarding underlying litigation and claims files for potential disclosure to insolvent insurance company. | W001 | RYC | 1.60 |
| 08/28/13 | Continue review of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.20); continue analysis of selected insurance policies re: follow form, limits, aggregates and other coverage issues (1.10). | W001 | GFF | 2.30 |
| 08/28/13 | Continued to review and update information on excess policies, coverage-in-place and settlement agreements re: follow form language, indemnifications, insolvents, payment issues and other policy concerns. | W001 | IF | 1.80 |
| 08/28/13 | Review documentation relating to underlying litigation supporting pending proofs of claim. | W001 | RYC | 3.20 |
| 08/29/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage issues (1.20); draft and revise insurance policy data spreadsheets (.60). | W001 | GFF | 1.80 |
| 08/29/13 | Policy participation research re: settlement offer. | W001 | HEG | 2.20 |
| 08/29/13 | Review and update information on excess policies, coverage-in-place and settlement agreements re: following form language, indemnifications, insolvent insurance companies, payment issues and other policy concerns. | W001 | IF | 1.90 |
| 08/29/13 | Communicate with H. Gershman and reviewed participation information. | W001 | IF | 0.70 |
| 08/29/13 | Respond to inquiries re: specific insurance company allocation and policy information with limits. | W001 | MG | 3.20 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W. R. GRACE/CLAIMANTS COMMITTEE  MATTER:  100055.WRG01

September 11, 2013  INVOICE:  255507

MATTER:  CLAIMANTS COMMITTEE  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/29/13 | Settlement communications with an inquiring London market insurance company and communications with Debtor's counsel (Esayian) and FCR counsel (Mahaley) regarding same (1.20). Gather material necessary for Debtor approval of full policy release in potential settlement (.60). | W001 | RMH | 1.80 |
| 08/29/13 | Continue review of documentation relating to underlying litigation supporting pending proofs of claim. | W001 | RYC | 2.20 |
| 08/30/13 | Continue analysis of selected insurance policies re: limits, follow form, exclusions and other coverage issues (1.60); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.40 |
| 08/30/13 | Reviewed and updated information on excess policies, reimbursement and settlement agreements re: follow form language, indemnifications, insolvent insurance companies, payment issues and other insurance concerns. | W001 | IF | 1.90 |
| 08/30/13 | Prepare analysis of status of pending proofs of claim compared with status of pending insurance liquidations. | W001 | RYC | 0.80 |

**TOTAL FEES:** **$108,958.50**

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

September 11, 2013                                  INVOICE:            255507

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

|  | **FEE SUMMARY** |  |  |
|---|---|---|---|
|  | **RATE** | **HOURS** | **TOTALS** |
| Arline H Pelton | 270.00 | 6.00 | 1,620.00 |
| Glenn F Fields | 365.00 | 50.10 | 18,286.50 |
| Harris E Gershman | 295.00 | 13.40 | 3,953.00 |
| Izak Feldgreber | 315.00 | 52.10 | 16,411.50 |
| Mark Garbowski | 650.00 | 32.10 | 20,865.00 |
| Robert M Horkovich | 925.00 | 19.30 | 17,852.50 |
| Robert Y Chung | 675.00 | 44.40 | 29,970.00 |
| **TOTAL FEES:** |  |  | **$108,958.50** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| September 11, 2013 | INVOICE:    255507 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| Glenn F Fields | 50.10 | 18,286.50 |
| Harris E Gershman | 13.40 | 3,953.00 |
| Izak Feldgreber | 52.10 | 16,411.50 |
| Mark Garbowski | 32.10 | 20,865.00 |
| Robert M Horkovich | 19.30 | 17,852.50 |
| Robert Y Chung | 43.80 | 29,565.00 |
| **TOTAL:** | **210.80** | **$106,933.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 6.00 | 1,620.00 |
| Robert Y Chung | 0.60 | 405.00 |
| **TOTAL:** | **6.60** | **$2,025.00** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

| | | |
|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| September 11, 2013 | INVOICE: | 255507 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

**COSTS through 08/31/13**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 08/01/13 | LIBRARY & LEGAL RESEARCH WESTLAW | E106 | 30.29 |
| 08/01/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 08/01/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 08/05/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 08/19/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 08/21/13 | DI - PHOTOCOPYING - | E101 | 3.00 |
| 08/21/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 08/21/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 08/21/13 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 08/21/13 | DI - PHOTOCOPYING - | E101 | 0.90 |
| 08/21/13 | DI - PHOTOCOPYING - | E101 | 2.90 |
| 08/22/13 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 08/26/13 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 08/29/13 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 08/29/13 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 08/29/13 | DI - PHOTOCOPYING - | E101 | 8.40 |

**TOTAL COSTS:** $51.39

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| WESTLB | LIBRARY & LEGAL RESEARCH WESTLAW | 30.29 |
| XE | DI - PHOTOCOPYING - | 21.10 |
| | **TOTAL COSTS:** | **$51.39** |

**TOTAL DUE:**                                                              **$109,009.89**

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| September 11, 2013 | INVOICE:    255507 |

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

ACCT# 1000509141
ANDERSON KILL & OLICK PC
NEW YORK, NY 10020-1104

CLIENT/REFERENCE BY USER BY DAY DETAIL
JUL 01, 2013 - JUL 31, 2013

INVOICE # 827865201
POSTING # 6088135695
PAGE 25

| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
|---|---|---|---|---|---|
| 370283  CHUNG, ROBERT | | | | | |
| 07/10/2013 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 13:27 | | | | 183.93 |
| STANDARD - CODES | 2:59 | | | | 48.58 |
| COMMUNICATIONS | | | | | 3.87 |
| HOURLY CONNECT | | | 16:26 | | 12.49 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 16:26I | 01 | 16:26I | 01 | 248.87I |
| TOTAL 100055-WRG01 CHARGES | 16:26S | 0S | 16:26S | 0S | 248.87S |

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

ACCT# 1000509141
ANDERSON KILL & OLICK PC
NEW YORK, NY 10020-1104

CLIENT/REFERENCE BY USER BY DAY DETAIL
JUL 01, 2013 - JUL 31, 2013

INVOICE # 827865201
POSTING # 6088135695
PAGE 55

| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
|---|---|---|---|---|---|
| STANDARD | :22 | | | | 5.01 |
| HOURLY MULTI-SEARCH | 34:18 | | | | 1,122.56 |
| COMMUNICATIONS | | | | | 8.17 |
| HOURLY CONNECT | | | 34:40 | | 26.41 |
| WESTLAW DOCUMENTS | | | | 1 | 19.60 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 38:21I | 01 | 34:40I | 1I | 1,221.10I |
| 07/26/2013 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 3:28 | | | | 47.41 |
| COMMUNICATIONS | | | | | 0.81 |
| HOURLY CONNECT | | | 3:28 | | 2.62 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 3:28I | 01 | 3:28I | 01 | 50.84I |
| 370283  CHUNG, ROBERT | | | | | |