Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2013 through August 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 06-Aug-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 06-Aug-13 | BR | Review of quarterly summary report for the 2Q13. | 0.60 | $ 680.00 | $ 408.00 |
| 06-Aug-13 | BR | Financial analysis in connection with 2Q13 earnings release by Grace. | 2.10 | $ 680.00 | $ 1,428.00 |
| 19-Aug-13 | BR | Review of docket report and selected items therein. | 0.70 | $ 680.00 | $ 476.00 |
| 19-Aug-13 | BR | Review of Grace 10-Q for 2Q13. | 3.50 | $ 680.00 | $ 2,380.00 |
| 20-Aug-13 | BR | Continued review of Grace 10-Q for 2Q13 and financial analysis in connection therewith. | 2.60 | $ 680.00 | $ 1,768.00 |
| 21-Aug-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| | | Total Bradley Rapp | 9.70 | | $ 6,596.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 05-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 15-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 21-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 29-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| | | Total James Sinclair | 2.10 | | $ 1,428.00 |
| **Peter Cramp - Associate** | | | | | |
| 02-Aug-13 | PC | Review and analyze Sealed Air Q3 earnings release and email to J. Sinclair. | 1.40 | $375.00 | $ 525.00 |
| 05-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| 05-Aug-13 | PC | Review Q2 10-Q filing for due diligence, email to J. Sinclair. | 1.80 | $375.00 | $ 675.00 |
| 13-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 19-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 26-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| | | Total Peter Cramp | 9.40 | | $ 3,525.00 |
| **Gibbons Sinclair - Associate** | | | | | |
| 02-Aug-13 | GS | Review and revise Grace Fee Application. | 0.60 | $375.00 | $ 225.00 |
| | | Total Gibbons Sinclair | 0.60 | | $ 225.00 |
| | | **TOTAL** | 21.80 | | $ 11,774.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2013 through August 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 02-Aug-13 | PC | Review and analyze Sealed Air Q3 earnings release and email to J. Sinclair. | 1.40 | $375.00 | $ 525.00 |
| 05-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 05-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| 13-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 15-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 19-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 21-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 26-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| 29-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| | | Total Asset Analysis and Recovery | 9.70 | | $ 4,278.00 |
| Case Administration | | | | | |
| 05-Aug-13 | PC | Review Q2 10-Q filing for due diligence, email to J. Sinclair. | 1.80 | $375.00 | $ 675.00 |
| 06-Aug-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 06-Aug-13 | BR | Review of quarterly summary report for the 2Q13. | 0.60 | $ 680.00 | $ 408.00 |
| 06-Aug-13 | BR | Financial analysis in connection with 2Q13 earnings release by Grace. | 2.10 | $ 680.00 | $ 1,428.00 |
| 19-Aug-13 | BR | Review of docket report and selected items therein. | 0.70 | $ 680.00 | $ 476.00 |
| 19-Aug-13 | BR | Review of Grace 10-Q for 2Q13. | 3.50 | $ 680.00 | $ 2,380.00 |
| 20-Aug-13 | BR | Continued review of Grace 10-Q for 2Q13 and financial analysis in connection therewith. | 2.60 | $ 680.00 | $ 1,768.00 |
| 21-Aug-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| | | Total Case Administration | 11.50 | | $ 7,271.00 |
| Fee Applications (Applicant) | | | | | |
| 02-Aug-13 | GS | Review and revise Grace Fee Application. | 0.60 | $375.00 | $ 225.00 |
| | | Total Fee Applications (Applicant) | 0.60 | | $ 225.00 |
| | | **TOTAL** | 21.80 | | $ 11,774.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2013 through August 31, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 9.70 | $ 680.00 | $ 6,596.00 |
| James Sinclair - Senior Managing Director | 2.10 | $ 680.00 | $ 1,428.00 |
| Peter Cramp - Associate | 9.40 | $ 375.00 | $ 3,525.00 |
| Gibbons Sinclair - Associate | 0.60 | $ 375.00 | $ 225.00 |
| Total Professional Hours and Fees | 21.80 | | $ 11,774.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2013 through August 31, 2013

| Date | Description of Item | Amount |
|---|---|---|
| 19-Aug-13 | Online Research - PACER | $4.60 |
| | Total Expenses August 1, 2013 through August 31, 2013 | $4.60 |