**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| W. R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Stephanie McFadyen, Paralegal, hereby certify that on October 10, 2013, I caused a true and correct copy of the foregoing Notice of Withdrawal as Counsel to be served via electronic mail through the Court's CM/ECF notification system upon all counsel of record requesting receipt of notices.

Dated: October 10, 2013

/s/ Stephanie McFadyen
Stephanie McFadyen, Paralegal

7063107_1