**<u>EXHIBIT A</u>**

A-1

**Matter 16 - Asset Analysis and Recovery - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/02/2013 | Lisa G Esayian | .80 | Review and provide comments on ACC's draft buy-out settlement proposal to Allstate. |
| 7/03/2013 | Lisa G Esayian | .70 | Correspond with ACC's and FCR's counsel re settlement issues re various insurers. |
| 7/15/2013 | Lisa G Esayian | .60 | Review proposal re Midland insurance policies (.3); correspond with ACC's and FCR's counsel re same (.3). |
| 7/31/2013 | Lisa G Esayian | .80 | Review and reply to correspondence re certain potential insurance settlements. |
| | Total: | 2.90 | |

A-2

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/09/2013 | Daniel Hill | .20 | Prepare and distribute docket updates to working group. |
| 7/18/2013 | Mark E Hervey | 1.50 | Manage electronic litigation files. |
| 7/18/2013 | Daniel Hill | .10 | Prepare and distribute docket updates to working group. |
| 7/23/2013 | Daniel Hill | .10 | Prepare and distribute docket updates to working group. |
| 7/25/2013 | Daniel Hill | .20 | Prepare and distribute docket updates to working group. |
| | Total: | 2.10 | |

A-3

**Matter 21 - Claims Analysis, Objection and Resolution (Asbestos) - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/11/2013 | Justin Bernbrock | .20 | Correspond with J. Gettleman re Forest Service claim issue. |
| 7/11/2013 | Jeffrey Gettleman | .20 | Correspond with from A. Paul re "Tree Bark" claim by Forest Service (.1); correspond with J. Bernbrock re review of Forest Service claims materials (.1). |
| 7/11/2013 | Adam C Paul | 1.90 | Telephone conference with R. Finke re Forest Service claim (.4); telephone conference with J. Gettleman re same (.2); analyze Forest Service claim (.8); analyze settlement procedure (.5). |
| 7/12/2013 | Justin Bernbrock | 1.00 | Office conference with J. Gettleman re Forest Service claim issue (.6); correspond with R. Higgins re same (.2); review and analysis re same (.2). |
| 7/12/2013 | Jeffrey Gettleman | .70 | Correspond with A. Paul and J. Bernbrock re Forest Service claims (.3); office conference with J. Bernbrock re same (.4). |
| 7/12/2013 | Adam C Paul | .40 | Analyze Forest Service claim. |
| 7/14/2013 | Justin Bernbrock | .30 | Review and analysis re Forest Service claim issue. |
| 7/15/2013 | Justin Bernbrock | 1.30 | Research re Forest Service claim issue (.6); telephone conferences with R. Higgins and J. Gettleman re same (.7). |
| 7/16/2013 | Justin Bernbrock | 1.70 | Research re Forest Service claim issue (.7); review and analyze proofs of claim re same (.4); correspond with J. Gettleman and A. Paul re same (.2); correspond and telephone conferences with M. Araki re same (.4). |
| 7/16/2013 | Jeffrey Gettleman | .80 | Correspond with J. Bernbrock re tree bark issues (.2); telephone conference with J. Bernbrock re analysis of tree bark issues (.6). |
| 7/17/2013 | Maryam F Mujahid | 2.30 | Telephone conference with C. Semonsen re Forest Service research (.3); research re Forest Service issue (2.0). |
| 7/17/2013 | Justin Bernbrock | 5.30 | Research, review and analyze Forest Service claim issues (3.4); office conferences with A. Paul and J. Gettleman re same (1.3); correspond and telephone conference with C. Semonsen re same (.6). |
| 7/17/2013 | Christian C Semonsen | 1.90 | Review CERCLA cost recovery claim from Forest Service re Libby site (.7); telephone conference with working group re same (.3); research CERCLA provisions re same (.6); coordinate further research re same (.3). |

A-4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/17/2013 | Jeffrey Gettleman | 2.50 | Correspond with J. Bernbrock re Forest Service claim and meetings re same (.4); review and analyze Forest Service letter and other materials to prepare for meetings re same (.8); correspond with J. Bernbrock re Remedium discussions with Forest Service (.1); office conference with J. Bernbrock re tree bark claim issues (.5); office conference with A. Paul and J. Bernbrock re analysis of same (.6); correspond with D. Hill re motion of Plum Creek timberlands re tree bark issue (.1). |
| 7/17/2013 | Adam C Paul | .80 | Analyze Forest Service claim. |
| 7/18/2013 | Maryam F Mujahid | 2.00 | Legal research re Forest Service issue (1.2); draft summary of findings re same (.8). |
| 7/18/2013 | Justin Bernbrock | .30 | Correspond with C. Semonsen re Forest Service claim issue. |
| 7/18/2013 | Christian C Semonsen | 1.80 | Research CERCLA case law re cost recovery claims for firefighting costs (1.2); draft update to working group re same (.6). |
| 7/18/2013 | Jeffrey Gettleman | .30 | Correspond with A. Paul re review of tree bark talking points. |
| 7/19/2013 | Maryam F Mujahid | 3.30 | Office conference with C. Semonsen re research project (.4); research Forest Service issue and correspond with C. Semonsen re findings of same (2.9). |
| 7/19/2013 | Christian C Semonsen | .30 | Conference with working group re status of research on CERCLA claim by Forest Service. |
| 7/19/2013 | Jeffrey Gettleman | 2.20 | Office conference, telephone conferences, and correspond with working group re tree bark issues. |
| 7/19/2013 | Adam C Paul | 1.20 | Analyze Forest Service claims. |
| 7/22/2013 | Maryam F Mujahid | .10 | Correspond with C. Semonsen re Forest Service research project. |
| 7/22/2013 | Justin Bernbrock | 2.50 | Research and analysis re Forest Service claim issue (1.3); correspond, office conferences and telephone conferences with J. Gettleman re same (.7); telephone conference and correspond with L. Esayian re same (.5). |
| 7/22/2013 | Christian C Semonsen | .90 | Research case law for Forest Service cost recovery under CERCLA (.6); review and comment on working group's preliminary findings re same (.3). |
| 7/22/2013 | Jeffrey Gettleman | 1.30 | Office conference, telephone conferences, and correspond with working group re tree bark issues. |
| 7/22/2013 | Adam C Paul | .90 | Analyze Forest Service claim. |

A-5

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/22/2013 | Lisa G Esayian | 2.20 | Telephone conference with J. Bernbrock re Forest Service claim (.4); review portions of previous briefing re various claims that may be relevant to same (1.3); correspond with J. Bernbrock re same (.5). |
| 7/23/2013 | Maryam F Mujahid | .30 | Office conference with C. Semonsen re research project re Forest Service claim. |
| 7/23/2013 | Christian C Semonsen | .50 | Research case law for CERCLA cost recovery for firefighting costs. |
| 7/23/2013 | Jeffrey Gettleman | .90 | Office conference, telephone conferences, and correspond with working group re tree bark issues. |
| 7/23/2013 | Lisa G Esayian | 1.10 | Correspond with J. Bernbrock re Forest Service claim (.3); locate and provide previous analysis re other claims relevant to Forest Service claim (.8). |
| 7/24/2013 | Maryam F Mujahid | 2.00 | Legal research re Forest Service claim issue (1.8); correspond with C. Semonsen re same (.2). |
| 7/24/2013 | Christian C Semonsen | .40 | Correspond with working group re ENVIRON review of company. |
| 7/26/2013 | Maryam F Mujahid | 2.50 | Legal research re Forest Service claim issue (2.4); correspond with working group re same (.1). |
| 7/26/2013 | Jeffrey Gettleman | .30 | Review amended jurisdiction and venue provisions re tree bark issue. |
| 7/30/2013 | Maryam F Mujahid | 1.50 | Legal research re Forest Service claim issue (1.4); correspond with working group re same (.1). |
| 7/30/2013 | Justin Bernbrock | .10 | Correspond with A. Paul re Forest Service claim issue. |
| 7/30/2013 | Christian C Semonsen | .80 | Review and revise summary of environmental case law research re Forest Service CERCLA claims (.6); correspond with working group re same (.2). |
| 7/30/2013 | Jeffrey Gettleman | .70 | Office conference and correspond with working group re tree bark issues. |
| 7/30/2013 | Adam C Paul | .90 | Analyze Forest Service claim. |
| 7/31/2013 | Adam C Paul | .40 | Analyze Forest Service claim. |
|  | Total: | 53.00 |  |

A-6

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/05/2013 | Jeffrey Gettleman | .20 | Review correspondence from R. Higgins re confidentiality agreement re Project Lantern (.1); correspond with A. Paul re same (.1). |
| 7/06/2013 | Jeffrey Gettleman | .10 | Review correspondence from A. Paul re Project Lantern. |
| 7/06/2013 | Adam C Paul | .40 | Analyze Project Lantern procedure and strategy. |
| 7/08/2013 | Mike Jones | 4.90 | Review and revise Project Lantern motions (2.6); legal research re same (1.6); correspond with working group re same (.7). |
| 7/08/2013 | Jeffrey Gettleman | 3.10 | Review correspondence from R. Higgins re confidentiality agreement re Project Lantern (.1); review correspondence from J. Sakalo re same (.1); correspond with D. Hill re order re omnibus hearings (.1); correspond with R. Higgins re interpretation of same (.1); review correspondence from R. Higgins re objection deadlines re same (.1); review M. Jones analysis of status of pleadings re Project Lantern (.2); retrieve draft Project Lantern motion (.2); correspond with M. Jones re same (.1); correspond with M. Jones re filing deadline re same (.1); correspond with M. Jones re updating Project Lantern motion (.1); correspond with working group re Project Lantern and court schedule re same (1.6); review and analyze pleadings re same (.3). |
| 7/09/2013 | Jeffrey Gettleman | .60 | Review correspondence from R. Higgins re Project Lantern confidentiality issues (.1); correspond with M. Jones re same (.1); review correspondence from R. Higgins re Project Lantern (.1); correspond with M. Jones re same (.1); review correspondence from R. Higgins re confidentiality acknowledgement by FCR financial advisor (.1); review correspondence from R. Higgins re parties from whom confidentiality agreements are still expected (.1). |
| 7/09/2013 | Adam C Paul | 1.10 | Analyze strategy re Project Lantern. |
| 7/10/2013 | Jeffrey Gettleman | .10 | Review correspondence from R. Higgins re execution of confidentiality agreements re asset transfer documents. |
| 7/11/2013 | Jeffrey Gettleman | .20 | Review correspondence from A. Paul re Project Lantern (.1); correspond with M. Jones re same (.1). |
| 7/12/2013 | Mike Jones | 1.90 | Correspond with J. Gettleman re Project Lantern motions (.6); review and analyze same (1.3). |

A-7

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 7/12/2013 | Jeffrey Gettleman | .20 | Correspond with M. Jones re timing of filing Project Lantern motion and revisions thereto (.1); correspond with M. Jones re timing of draft of Project Lantern motion (.1). |
| 7/15/2013 | Mike Jones | 3.40 | Correspond with working group re Project Lantern motions (.9); review and revise same (1.4); legal research re same (1.1). |
| 7/15/2013 | Adam C Paul | 1.70 | Correspond with M. Shelnitz re Project Lantern motion (.2); review and analyze same (.4); analyze Project Lantern materials (1.1). |
| 7/16/2013 | Mike Jones | 3.40 | Correspond with working group re Project Lantern motions (.9); review and revise same (1.4); legal research re same (1.1). |
| 7/16/2013 | Jeffrey Gettleman | .10 | Review correspondence from M. Jones re Project Lantern call. |
| 7/16/2013 | Jeffrey Gettleman | .90 | Correspond with M. Jones and A. Paul re updated version of Project Lantern motion (.1); review correspondence from A. Paul to J. O'Connell and others re timing of filing of Project Lantern motions (.1); review correspondence from M. Jones re revised version of Project Lantern motion (.1); correspond with A. Paul re Judge Carey's availability for Project Lantern hearing (.1); correspond with M. Jones and M. Pongratz re time for Wednesday Project Lantern call (.1); correspond with M. Jones re Project Lantern issues (.1); review correspondence from A. Paul re edits to Project Lantern motion (.1); review correspondence from A. Paul re comments to Project Lantern motion (.1); correspond with A. Paul re same (.1). |
| 7/16/2013 | Adam C Paul | 3.00 | Correspond with working group re Project Lantern motion (.8); analyze Project Lantern background (1.1); analyze and revise Project Lantern motion (1.1). |
| 7/17/2013 | Mike Jones | 3.10 | Telephone conference with working group and client re Project Lantern motions (.5); review and revise same (1.4); legal research re same (1.2). |

A-8

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 7/17/2013 | Jeffrey Gettleman | 1.70 | Correspond with A. Paul re edits to Project Lantern motion (.1); correspond with M. Jones re same (.2); review correspondence from M. Jones re revisions to Project Lantern motion (.2); review correspondence from A. Paul re comments to draft of Project Lantern motion (.2); correspond with M. Shelnitz, Blackstone and others re Project Lantern motion and motion to seal (.3); correspond with A. Paul re Project Lantern motions (.1); correspond with M. Jones re same (.1); review correspondence from M. Jones re blacklines of Project Lantern motions (.1); correspond with M. Shelnitz and others re same (.3); review correspondence from M. Jones re precedential transactions re Project Lantern (.1). |
| 7/17/2013 | Adam C Paul | 2.70 | Telephone conference with working group re Project Lantern (.7); prepare for same (.6); analyze and revise Project Lantern motion (1.4). |
| 7/18/2013 | Mike Jones | 3.50 | Review and revise Project Lantern motions (1.8); correspond with working group re same (1.2); telephone conference with Blackstone re same (.5). |
| 7/18/2013 | Jeffrey Gettleman | 2.40 | Correspond with working group re Project Lantern pleadings (.8); review and analyze same (1.6). |
| 7/18/2013 | Adam C Paul | 3.10 | Analyze Project Lantern approval process. |
| 7/19/2013 | Mike Jones | 2.40 | Review and revise Project Lantern motions (1.2); correspond with working group re same (.7); research re same (.5). |
| 7/19/2013 | Jeffrey Gettleman | .20 | Review correspondence from M. Jones to J. O'Connell and others attaching Project Lantern draft pleadings (.1); correspond with R. Higgins re same (.1). |
| 7/19/2013 | Jeffrey Gettleman | 3.30 | Correspond with client and working groups re Project Lantern pleadings (2.1); review and analyze same (1.2). |
| 7/19/2013 | Adam C Paul | 3.10 | Analyze Project Lantern issues. |
| 7/20/2013 | Jeffrey Gettleman | .10 | Review correspondence from P. Schumacher re review of Project Lantern motions. |
| 7/22/2013 | Mike Jones | 2.10 | Review and revise Project Lantern motions (1.7); correspond with working group re same (.4). |
| 7/22/2013 | Jeffrey Gettleman | 2.80 | Correspond with working group and plan proponents re Project Lantern pleadings (1.9); review and analyze same (.9). |
| 7/22/2013 | Adam C Paul | 2.10 | Review and revise Project Lantern motion. |

KE 27980230.4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/23/2013 | Mike Jones | 1.50 | Review and revise Project Lantern motions (1.1); correspond with working group re same (.4). |
| 7/23/2013 | Jeffrey Gettleman | 3.50 | Correspond and telephone conferences with working group and plan proponents re Project Lantern pleadings (2.6); review and analyze same (.9). |
| 7/23/2013 | Adam C Paul | 3.20 | Review and revise Project Lantern motion. |
| 7/24/2013 | Mike Jones | 1.80 | Review and revise Project Lantern motions (1.2); correspond with working group re same (.6). |
| 7/24/2013 | Jeffrey Gettleman | 3.60 | Correspond with working group and plan proponents re Project Lantern (2.4); review and analyze pleadings re same (1.2). |
| 7/24/2013 | Adam C Paul | 4.70 | Telephone conference with E. Filon re German derivatives (.5); correspond with D. Wolf re same (.3); review and revise Project Lantern motions (3.9). |
| 7/25/2013 | Mike Jones | 1.90 | Review and revise Project Lantern motions (1.3); correspond with working group re same (.6). |
| 7/25/2013 | Jeffrey Gettleman | 2.20 | Correspond with working group re Project Lantern (1.8); review and analyze pleadings re same (.4). |
| 7/25/2013 | Adam C Paul | 4.80 | Review and revise Project Lantern motion (3.7); telephone conferences with M. Shelnitz and R. Wyron re same (1.1) |
| 7/26/2013 | Mike Jones | 2.10 | Review and revise Project Lantern motions (1.3); correspond with working group re same (.8). |
| 7/26/2013 | Jeffrey Gettleman | 3.00 | Correspond with working group re Project Lantern (1.9); review and analyze pleadings re same (1.1). |
| 7/26/2013 | Adam C Paul | 2.30 | Review and revise Project Lantern motion. |
| 7/27/2013 | Jeffrey Gettleman | .50 | Correspond with working group re Project Lantern. |
| 7/27/2013 | Adam C Paul | .80 | Review and revise Project Lantern motion. |
| 7/28/2013 | Mike Jones | 5.30 | Review and revise Project Lantern motions (1.4); correspond with working group re same (.6); research re same (1.4); review and analyze documents re same (1.9). |
| 7/28/2013 | Jeffrey Gettleman | 1.70 | Correspond with working group re Project Lantern. |
| 7/29/2013 | Mike Jones | 4.90 | Research re Project Lantern motions (1.6); review and revise same (1.2); review and analyze documents re same (2.1). |
| 7/29/2013 | Jeffrey Gettleman | 2.20 | Correspond with working group re Project Lantern (1.1); review and analyze pleadings re same (1.1). |
| 7/29/2013 | Adam C Paul | 1.10 | Review and revise Project Lantern motion. |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/30/2013 | Mike Jones | 2.10 | Review and revise Project Lantern motions (1.1); correspond with working group re same (.6); telephone conference with J. Gettleman re same (.4). |
| 7/30/2013 | Jeffrey Gettleman | 1.00 | Correspond with working group re Project Lantern (.8); review and analyze documents re same (.2). |
| 7/30/2013 | Adam C Paul | 3.00 | Review and revise Project Lantern motion (2.1); correspond with D. Myers re derivative transaction (.2); analyze Project Lantern diligence (.7). |
| 7/31/2013 | Mike Jones | 1.90 | Review and revise Project Lantern motions (1.3); correspond with working group re same (.6). |
| 7/31/2013 | Jeffrey Gettleman | 2.00 | Correspond with working group re Project Lantern (1.2); review and analyze pleadings re same (.8). |
| 7/31/2013 | Adam C Paul | 2.70 | Review and revise Project Lantern motions (2.1); discuss derivative contract with D. Myers (.6). |
|  | Total: | 121.70 |  |

A-11

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/03/2013 | Mike Jones | 2.90 | Review and analyze conflict search results (2.6); correspond with working group re same (.3). |
| 7/03/2013 | Jeffrey Gettleman | .20 | Correspond with M. Jones re draft of supplemental affidavit. |
| 7/12/2013 | Mike Jones | .40 | Correspond with working group re invoices. |
| 7/18/2013 | Mike Jones | 1.60 | Review and revise May invoice (1.2); correspond with working group re same (.4). |
| 7/18/2013 | Jeffrey Gettleman | .20 | Correspond with M. Jones re drafting of supplemental affidavit (.1); review correspondence from M. Jones re timetable for same (.1). |
| 7/22/2013 | Jeffrey Gettleman | .10 | Correspond with M. Jones re drafting of supplemental affidavit. |
| 7/24/2013 | Mike Jones | .90 | Correspond with working group re response to fee auditor report (.4); review and analyze precedent re same (.5). |
| 7/29/2013 | Mike Jones | 1.90 | Draft response to fee auditor report (1.4); correspond with working group re same (.5). |
| 7/29/2013 | Jeffrey Gettleman | .10 | Correspond with M. Jones re drafting of supplemental affidavit. |
| 7/30/2013 | Mike Jones | .80 | Review and revise response to fee auditor report (.5); correspond with working group re same (.3). |
| 7/30/2013 | Adam C Paul | 1.80 | Analyze and revise May invoices. |
| | Total: | 10.90 | |

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/01/2013 | Mike Jones | 4.70 | Correspond with working group re appellate issues (.7); legal research re same (2.2); review and revise Effective Date planning chart (.7); correspond with working group re same (.3); office conference with J. Gettleman re same (.8). |
| 7/01/2013 | Andrew Brniak | .30 | Correspond with J. Gettleman re Third Circuit active appeals. |
| 7/01/2013 | Susan Engel | .30 | Telephone conference with A. Paul re appeal issues (.2); review questions from M. Jones re same (.1). |
| 7/01/2013 | Jeffrey Gettleman | .40 | Review M. Jones analysis of Section 524(g) re lender issues (.2); review correspondence from M. Jones to R. Finke re revised Effective Date chart (.1); review correspondence from M. Jones re judicial code research re same (.1). |
| 7/01/2013 | Jeffrey Gettleman | 6.30 | Telephone conference and correspond with working group re appellate issues (2.5); research re same (3.8). |
| 7/01/2013 | Christian O Nagler | 1.00 | Review language re interest claimed to be owed under credit agreement re lender appeal (.4); telephone conference with working group re same (.6). |
| 7/01/2013 | Adam C Paul | 2.40 | Analyze settlement issues and procedures (1.2); analyze lender interest claims (.9); analyze QSF establishment (.3). |
| 7/01/2013 | Ashley S Gregory | 1.00 | Review JP Morgan credit agreement re lender appeal (.4); telephone conferences with working group re compounding interest (.6). |
| 7/01/2013 | Keith S Crow, P.C. | .30 | Review Effective Date planning chart and related issues. |
| 7/01/2013 | John Donley, P.C. | 1.50 | Prepare for and participate in telephone conference with Blackstone re lender issues and scenarios (.5); correspond with A. Rosenberg re same (.2); analyze and outline credit agreement issues (.4); prepare for and participate in telephone conference with C. Nagler, A. Gregory and A. Paul re same (.4). |
| 7/02/2013 | Mike Jones | 5.60 | Legal research re modification and confirmation issues (1.9); draft summary of same (1.1); correspond with working group re same (.6); review and revise Effective Date planning chart (1.2); correspond with working group re same (.5); office conference with J. Gettleman re same (.3). |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/02/2013 | Jeffrey Gettleman | 2.10 | Office conference and correspond with working group re Effective Date planning (.9); correspond with working group re bank lender issues (1.2). |
| 7/02/2013 | Adam C Paul | 1.90 | Analyze lender settlement procedure (1.2); analyze establishment of QSF (.7). |
| 7/02/2013 | John Donley, P.C. | .90 | Analyze and outline lender appeal issues. |
| 7/02/2013 | Lisa G Esayian | .70 | Reply to questions from insurers re Effective Date issues. |
| 7/03/2013 | Jeffrey Gettleman | 1.80 | Office conference and correspond with working group re Effective Date planning (1.4); correspond with working group re lender appeal issues (.4). |
| 7/03/2013 | Adam C Paul | 1.80 | Analyze Effective Date issues (.7); analyze structure of potential lender settlement (1.1). |
| 7/03/2013 | John Donley, P.C. | .80 | Analyze and outline lender appeal issues (.5); correspond with A. Paul re same (.3). |
| 7/03/2013 | Lisa G Esayian | 1.20 | Review and revise chart re Effective Date obligations in Grace insurance settlement agreements. |
| 7/05/2013 | Jeffrey Gettleman | .10 | Review correspondence from A. Paul and R. Schiro re meeting re property damage trustee issues. |
| 7/05/2013 | Adam C Paul | 1.10 | Analyze potential bank lender settlement structure and strategy. |
| 7/07/2013 | John Donley, P.C. | .60 | Analyze bank lender issues (.4); correspond with A. Paul re same (.2). |
| 7/08/2013 | Mike Jones | .60 | Correspond with working group re Sealed Air issues. |
| 7/08/2013 | Jeffrey Gettleman | .40 | Correspond with working group re Effective Date planning. |
| 7/08/2013 | Adam C Paul | 1.30 | Analyze Effective Date preparation (.9); analyze settlement procedure (.4). |
| 7/08/2013 | John Donley, P.C. | 1.80 | Analyze and outline lender issues (.7); telephone conferences with M. Shelnitz re lender issues (.6); telephone conferences with A. Rosenberg re lender issues (.5). |
| 7/08/2013 | Lisa G Esayian | 1.80 | Analyze new appellate cases relevant to AMH class action. |
| 7/09/2013 | Kimberly K Love | .50 | Review and obtain certificates of no objection requested by Norton Rose. |
| 7/09/2013 | John Donley, P.C. | .70 | Further analysis of lender issues (.5); review and analyze recent pleadings (.2). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/09/2013 | Lisa G Esayian | 2.20 | Review insurance assignment agreement and consider necessary updates (.7); correspond with FCR's counsel re same (.4); analyze potential taxable costs re Third Circuit appeals (1.1). |
| 7/10/2013 | Mike Jones | 3.60 | Correspond with working group re plan modification issues (.5); research re same (3.1). |
| 7/10/2013 | Jeffrey Gettleman | 1.90 | Correspond with R. Higgins re Judge Carey procedures re August 1 agenda (.1); review correspondence from S. Butler re draft of QSF opinion (.1); correspond with M. Jones re question re QSF opinion (.1); correspond with working group re Effective Date planning (.8); correspond with working group re court hearings (.8). |
| 7/10/2013 | Adam C Paul | 1.20 | Telephone conference with J. Donley re lender negotiations (.4); correspond with J. Gettleman re same (.3); correspond with R. Finke re Effective Date issues (.1); analyze lender strategy (.4). |
| 7/10/2013 | John Donley, P.C. | 3.20 | Analyze and evaluate potential settlement and procedural issues (2.7); telephone conference with A. Paul re same (.3); telephone conference with M. Shelnitz re lender and AMH issues (.2). |
| 7/10/2013 | Lisa G Esayian | 1.20 | Telephone conference with J. Donley re AMH settlement issues (.2); review previous notes and proposals re same (.6); telephone conference with R. Finke re same (.4). |
| 7/11/2013 | Mike Jones | .80 | Telephone conference with working group and local counsel re new judge (.5); correspond with working group re same (.3). |
| 7/11/2013 | Jeffrey Gettleman | .20 | Correspond with A. Paul re lender issues. |
| 7/11/2013 | John Donley, P.C. | 1.50 | Analyze lender issues (.7); correspond and telephone conferences with A. Rosenberg re same (.3); telephone conferences with client re same (.2); correspond with A. Paul re same (.3). |
| 7/11/2013 | Lisa G Esayian | 2.30 | Correspond with ACC's and FCR's counsel re various potential insurance settlements (.7); assess and analyze Effective Date steps required by certain insurance settlement agreements (1.6). |
| 7/12/2013 | Mike Jones | 2.00 | Review and revise Effective Date planning chart (1.7); correspond with working group re same (.3). |
| 7/12/2013 | Jeffrey Gettleman | .10 | Review correspondence from M. Jones re revised Effective Date planning chart. |
| 7/12/2013 | Lisa G Esayian | 1.50 | Review and analyze issues and documentation re transfer of insurance rights at Effective Date. |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/15/2013 | Kimberly K Love | .90 | Manage case files re recently filed materials. |
| 7/15/2013 | Nia Dukov | 3.90 | Review and analyze Judge Carey's opinions on pendency-interest issues. |
| 7/16/2013 | Jeffrey Gettleman | 1.00 | Telephone conference with A. Paul, J. Donley, client and others re by-weekly plan proponents update call (.8); correspond with R. Higgins re same (.1); correspond with R. Higgins re Wednesday update call (.1). |
| 7/16/2013 | Adam C Paul | .60 | Telephone conference with ACC/FCR re case status. |
| 7/16/2013 | Nia Dukov | 3.50 | Legal research re Judge Carey's opinions on pendency-interest issues. |
| 7/16/2013 | John Donley, P.C. | 1.80 | Prepare for and participate in ACC/FCR strategy call (1.1); correspond with A. Paul and D. Stuart re transactional issue (.2); telephone conference with D. Stuart re same (.1); review pleadings and draft agenda re August 1 hearing (.3); correspond with A. Paul re same (.1). |
| 7/16/2013 | Lisa G Esayian | 3.20 | Review briefing re 524(g) and "no future demands" in District Court appeal re Flintkote plan (1.8); consider potential impact of same on AMH 524(g) issues (.7); correspond with J. Donley re same (.3); review and analyze certain portions of Class 7A PD CMO (.4). |
| 7/16/2013 | James H M Sprayregen, P.C. | .40 | Correspond with working group re case status and strategy. |
| 7/17/2013 | Jeffrey Gettleman | .80 | Telephone conference with R. Higgins re plan issues (.6); review correspondence from R. Higgins re draft agenda for August 1 omnibus hearing (.1); review and analyze agenda re same (.1). |
| 7/17/2013 | Nia Dukov | 2.30 | Legal research re Judge Carey's opinions on pendency-interest issues. |
| 7/18/2013 | Mike Jones | 1.80 | Correspond with working group re Effective Date planning (.7); review and revise planning chart re same (1.1). |
| 7/18/2013 | Jeffrey Gettleman | .20 | Correspond with M. Jones re Effective Date planning, timetable and task management (.1); review correspondence from M. Jones re revised Effective Date planning chart (.1). |
| 7/18/2013 | Adam C Paul | .40 | Analyze and revise hearing agenda. |
| 7/19/2013 | Mike Jones | 3.30 | Research re PD Trust Effective Date planning (1.8); review and analyze documents re same (.9); correspond with working group re same (.6). |

A-16

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 7/19/2013 | Justin Bernbrock | 2.30 | Legal research re abstention and withdraw of the bankruptcy reference (1.3); correspond with J. Gettleman re same (.4); correspond with M. Jones re Effective Date planning chart (.2); review and analyze same (.4). |
| 7/19/2013 | Jeffrey Gettleman | .30 | Review correspondence from A. Paul re meeting with PD Trustee (.1); correspond with M. Jones re action items for same (.1); review correspondence from M. Jones re task list for PD Trustee (.1); |
| 7/20/2013 | Jeffrey Gettleman | .10 | Correspond with M. Jones re additions to Effective Date planning chart. |
| 7/22/2013 | Mike Jones | 5.60 | Research re PD Trust Effective Date planning (2.4); legal research re same (1.2); review and analyze precedent pleadings re same (1.4); correspond with working group re same (.6). |
| 7/22/2013 | Grace D'Arcy | 4.90 | Legal research re availability of permissive or mandatory abstention/removal of case after filing of proof of claim in bankruptcy court. |
| 7/22/2013 | Andrew Brniak | 2.20 | Prepare and compile precedent re asbestos trustee motions filed prior to Effective Date (2.1); correspond with M. Jones re findings of same (.1). |
| 7/22/2013 | Jeffrey Gettleman | 1.50 | Correspond with working group re Effective Date planning (.7); review and analyze documents re same (.8). |
| 7/22/2013 | Adam C Paul | .40 | Prepare for August omnibus hearing. |
| 7/22/2013 | John Donley, P.C. | .40 | Review and analyze recent filings in Garlock and Federal-Mogul relevant to Grace case. |
| 7/23/2013 | Mike Jones | 3.20 | Legal research re worker compensation claims re insurer settlements (1.4); correspond with working group re same (.4); research re PD Trust Effective Date planning (.9); correspond with working group re same (.5). |
| 7/23/2013 | Andrew Brniak | .20 | Correspond with M. Jones re plan and disclosure statement pleadings. |
| 7/23/2013 | Jeffrey Gettleman | 1.70 | Review correspondence from M. Jones re analysis of LMP trust terms (.1); correspond with T. Hammer and M. Jones re LMP (.6); telephone conferences and correspond with working group re Effective Date planning (.6); review and analyze documents re same (.4). |
| 7/23/2013 | Adam C Paul | 1.50 | Meet with PD Trustee (1.1); prepare for August hearing (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/23/2013 | Lisa G Esayian | .40 | Reply to questions from certain insurers re Effective Date issues. |
| 7/24/2013 | Kimberly K Love | 3.80 | Manage case files re recently filed documents (1.9); prepare and organize Third Circuit opinion for team distribution (.4); review various briefs and materials for information re Reilly case (.9); review and update case calendar with future dates (.6). |
| 7/24/2013 | Jeffrey Gettleman | 1.70 | Correspond with working group re Garlock opinion (1.2); review and analyze same (.3); correspond with working group re Effective Date planning (.2). |
| 7/24/2013 | Rana Barakat | .40 | Legal research re Third Circuit rules re deadline for filing petition for rehearing (.2); legal research re Supreme Court rules re deadline for filing cert petition (.1); correspond with J. Donley re same (.1). |
| 7/24/2013 | John Donley, P.C. | 3.30 | Review and analyze various recent pleadings and filings (.3); review and analyze Garlock opinion and related issues, including possible motions and petitions and timing thereof (1.4); correspond with R. Barakat and L. Esayian re same (.3); telephone conference with M. Shelnitz re same (.3); telephone conference and correspond with A. Paul re same (.2); correspond with P. Lockwood, C. Landau, P. Bentley, R. Frankel, A. Rich and working group re opinion and next steps (.5); review and analyze Third Circuit costs issue and correspond with team re same (.3). |
| 7/24/2013 | Lisa G Esayian | 1.40 | Review and analyze Third Circuit opinion denying Garlock's appeal (.8); correspond with R. Barakat re same (.3); correspond with J. Donley re potential bill of costs for same (.3). |
| 7/25/2013 | Mike Jones | 1.40 | Legal research re worker compensation claims re insurer settlements (.9); telephone conference with working group re same (.5). |
| 7/25/2013 | Jeffrey Gettleman | 3.30 | Correspond with working group re LMP issues (1.5); review and analyze documents re same (1.8). |
| 7/25/2013 | John Donley, P.C. | .60 | Correspond with A. Paul re omnibus hearings (.1); review and analyze recent pleadings (.1); review fee issues and documentation relating to lender claim and appeal (.4). |
| 7/25/2013 | Lisa G Esayian | .80 | Review and analyze new appellate class action decisions relevant to AMH's class claims. |
| 7/26/2013 | Jeffrey Gettleman | .20 | Draft, review and revise letter to R. Schiro re delivery of plan documents and appellate briefs. |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/26/2013 | Adam C Paul | .70 | Prepare for August omnibus hearing. |
| 7/29/2013 | Mike Jones | .80 | Correspond with working group re Effective Date planning. |
| 7/29/2013 | Justin Bernbrock | .50 | Office conference with M. Jones re Effective Date planning issues. |
| 7/29/2013 | Kimberly K Love | .40 | Prepare and organize Court Call numbers and information for upcoming hearing. |
| 7/29/2013 | Andrew Brniak | 1.50 | Prepare and compile binders re plan materials (1.4); correspond with J. Gettleman re same (.1). |
| 7/29/2013 | Jeffrey Gettleman | 1.00 | Correspond with working group re Effective Date planning (.6); review and analyze relevant documents re same (.4). |
| 7/29/2013 | Lisa G Esayian | .80 | Review requests to ACC's counsel for updates re insurance proceeds (.2); correspond with R. Finke re same (.3); review and provide information re same (.3). |
| 7/30/2013 | Mike Jones | 1.80 | Correspond with T. Hammer re worker compensation claimants re insurer settlements (.5); draft talking points for hearing re appellate update (1.3). |
| 7/30/2013 | Kimberly K Love | .30 | Arrange for conference call numbers for telephonic participation in upcoming hearing. |
| 7/30/2013 | Jeffrey Gettleman | 1.40 | Office conferences and correspond with working group re August omnibus hearing (1.1); correspond with T. Hammer and M. Jones re LMP (.2); correspond with A. Paul re Asbestos Transparency Act legislation (.1). |
| 7/30/2013 | John Donley, P.C. | .50 | Telephone conference with R. Frankel and R. Wyron re Judge Carey and upcoming status (.2); correspond and telephone conference with A. Paul re same and current issues (.2); review and analyze recently filed pleadings (.1). |
| 7/31/2013 | Mike Jones | 5.60 | Review and revise talking points re appellate update (1.2); correspond with working group re same (.2); telephone conference with T. Hammer re worker compensation claimants re insurance settlements (.9); legal research re same (1.3); review and analyze documents re same (1.5); correspond with working group re same (.5). |
| 7/31/2013 | Jeffrey Gettleman | 1.10 | Office conference and correspond with working group re omnibus hearing and preparation for same (.8); correspond with working group re LMP (.3). |
| 7/31/2013 | Adam C Paul | .90 | Prepare for omnibus hearing. |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 7/31/2013 | John Donley, P.C. | .20 | Review and analyze hearing agenda (.1); correspond with J. O'Neill and A. Paul re hearing (.1). |
| | Total: | 148.80 | |

KE 27980230.4

**Matter 41 - Tax Issues - Fees**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 7/01/2013 | Todd F Maynes, P.C. | 1.90 | Telephone conferences with working group re potential QSF (.3); legal research re QSF rules (1.6). |
| 7/02/2013 | Todd F Maynes, P.C. | 2.50 | Telephone conferences with working group re potential QSF (.2); legal research re QSF rules (2.3). |
| 7/03/2013 | Todd F Maynes, P.C. | 1.40 | Telephone conferences with working group re potential QSF (.3); legal research QSF rules (1.1). |
| 7/08/2013 | Stephen H Butler | 3.90 | Draft tax opinion re qualified settlement fund status of Asbestos PI Trust (2.3); legal research re same (1.6). |
| 7/08/2013 | Todd F Maynes, P.C. | .40 | Telephone conferences with working group re potential trust. |
| 7/09/2013 | Thad Davis | .20 | Draft correspondence re qualified settlement fund. |
| 7/09/2013 | Todd F Maynes, P.C. | .80 | Telephone conferences with working group re potential trust (.4); legal research re same (.4). |
| 7/10/2013 | Stephen H Butler | 3.90 | Draft and revise QSF tax opinion for Asbestos PI Trust (3.3); correspond with T. Maynes re same (.6). |
| 7/10/2013 | Todd F Maynes, P.C. | .80 | Telephone conferences with working group re possible defeasance trust. |
| 7/16/2013 | Stephen H Butler | .30 | Correspond with T. Davis re QSF opinion tax issues. |
| 7/19/2013 | Todd F Maynes, P.C. | .50 | Correspond and telephone conferences with working group re trust agreement. |
| 7/22/2013 | Todd F Maynes, P.C. | .90 | Telephone conferences with working group re proposed defeasance trust. |
| 7/23/2013 | Todd F Maynes, P.C. | .50 | Legal research re defeasance transaction. |
| 7/25/2013 | Todd F Maynes, P.C. | .40 | Telephone conferences with working group re defeasance issue. |
| 7/29/2013 | Todd F Maynes, P.C. | .50 | Legal research re defeasance status. |
| 7/30/2013 | Todd F Maynes, P.C. | .40 | Legal research re defeasance issues. |
| | Total: | 19.30 | |

A-21