# **EXHIBIT B**

B-1

KE 27980230.4

B-2

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---:|
| Transportation to/from airport | $96.30 |
| **Total:** | **$96.30** |

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 6/18/2013 | 96.30 | Crown Chauffered Transportation Inc, Transportation to/from airport, 06/18/2013, Kimberly Love, ORD to Morton Grove, IL |
| Total: | 96.30 | |

KE 27980230.4

B-4

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $21.59 |
| Standard Copies or Prints | $599.50 |
| Overnight Delivery | -$1,383.85 |
| Working Meals/K&E and Others | $142.04 |
| Computer Database Research | $4,251.07 |
| **Total:** | **$3,630.35** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 7/01/2013 | 7.10 | Standard Prints |
| 7/01/2013 | 1.20 | Standard Prints |
| 7/01/2013 | 711.37 | West, Computer Database Research, Gettleman, Jeffrey, 7/1/2013 |
| 7/02/2013 | 13.00 | Standard Prints |
| 7/03/2013 | 1,133.90 | Pacer Service Center, Computer Database Research, 4/1/2013 - 6/30/2013 |
| 7/03/2013 | 243.00 | Thomson Reuters Markets LLC - Computer Database Research, Thomson Reuters On Demand Usage |
| 7/03/2013 | 128.54 | LexisNexis, Computer Database Research, Eggert, Mary, 7/3/2013 |
| 7/05/2013 | 7.90 | Standard Prints |
| 7/08/2013 | 142.04 | Seamless North America Inc - Working Meals/K&E and Others, J. Donley, Client Meeting, 5/28/2013 (Breakfast for 12 people) |
| 7/09/2013 | 1.30 | Standard Prints |
| 7/09/2013 | -127.56 | Overnight Delivery - Refund |
| 7/10/2013 | .10 | Standard Copies or Prints |
| 7/10/2013 | 3.60 | Standard Prints |
| 7/10/2013 | 185.26 | LexisNexis, Computer Database Research, Eggert, Mary, 7/10/2013 |
| 7/11/2013 | .50 | Standard Prints |
| 7/11/2013 | 15.90 | Standard Prints |
| 7/12/2013 | 1.70 | Standard Prints |
| 7/12/2013 | 1.20 | Standard Prints |
| 7/12/2013 | 1.50 | Standard Prints |
| 7/16/2013 | -116.19 | Overnight Delivery - Refund |
| 7/16/2013 | 897.27 | West, Computer Database Research, Dukov, Nia, July 2013 |
| 7/16/2013 | 235.65 | West, Computer Database Research, Jones, Mike, July 2013 |
| 7/17/2013 | 8.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 07/2013, Daniel Hill |
| 7/17/2013 | 160.95 | LexisNexis, Computer Database Research, Eggert, Mary, 7/17/2013 |
| 7/18/2013 | 26.40 | Standard Prints |
| 7/18/2013 | 5.80 | Standard Prints |
| 7/18/2013 | 9.50 | Standard Prints |
| 7/19/2013 | 1.70 | Standard Copies or Prints |
| 7/19/2013 | 18.10 | Standard Prints |
| 7/22/2013 | 12.00 | Standard Prints |
| 7/22/2013 | 117.07 | West, Computer Database Research, D'Arcy, Grace, July 2013 |
| 7/23/2013 | 19.90 | Standard Prints |

| Date | Amount | Description |
|---|---:|---|
| 7/24/2013 | 12.10 | Standard Prints |
| 7/24/2013 | 1.10 | Standard Prints |
| 7/24/2013 | 8.00 | Standard Prints |
| 7/24/2013 | 120.46 | LexisNexis, Computer Database Research, Eggert, Mary, 7/24/2013 |
| 7/24/2013 | 121.78 | West, Computer Database Research, Donley, John W., July 2013 |
| 7/25/2013 | 73.60 | Standard Copies or Prints |
| 7/25/2013 | 5.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 07/2013, Daniel Hill |
| 7/26/2013 | 135.20 | Standard Copies or Prints |
| 7/26/2013 | 173.70 | Standard Prints |
| 7/26/2013 | 23.50 | Fed Exp to: Richard Schiro, Dallas, TX from: General Services |
| 7/29/2013 | 8.10 | LexisNexis, Computer Database Research, Eggert, Mary, 7/29/2013 |
| 7/30/2013 | 13.77 | West, Computer Database Research, Esayian, Lisa G., July 2013 |
| 7/31/2013 | 12.44 | Intercall - Third Party Telephone Charges, J. Donley, 7/31/13 |
| 7/31/2013 | 6.04 | Intercall - Third Party Telephone Charges, M. Jones, 7/31/13 |
| 7/31/2013 | 3.11 | Intercall - Third Party Telephone Charges, C. Nagler, 7/31/13 |
| 7/31/2013 | 1.60 | Standard Copies or Prints |
| 7/31/2013 | 7.80 | Standard Prints |
| 7/31/2013 | .70 | Standard Prints |
| 7/31/2013 | 10.60 | Standard Prints |
| 7/31/2013 | 3.40 | Standard Prints |
| 7/31/2013 | 23.20 | Standard Prints |
| 7/31/2013 | .10 | Standard Prints |
| 7/31/2013 | 22.04 | Fed Exp to: Warren H. Smith, Rockwall, TX from: Adam Paul |
| 7/31/2013 | -1,185.64 | Overnight Delivery - Refund |
| 7/31/2013 | 160.95 | LexisNexis, Computer Database Research, Eggert, Mary, 7/31/2013 |
| Total: | 3,630.35 | |