## EXHIBIT A
### (Fee Detail)

## FEES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $11,889.00 |
| **FEE APPLICATION – APPLICANT** | $770.00 |
| **TOTAL FEES** | $12,659.00 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 8, 2013
Bill Number  168581
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH AUGUST 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/01/13 | ARA | Document control. | 3.70 Hrs | 351.50 |
| 08/02/13 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | 35.00 |
| 08/02/13 | ARA | Document control. | 5.50 Hrs | 522.50 |
| 08/05/13 | ARA | Document control. | 6.30 Hrs | 598.50 |
| 08/06/13 | ARA | Document control. | 6.40 Hrs | 608.00 |
| 08/07/13 | ARA | Document control. | 2.50 Hrs | 237.50 |
| 08/15/13 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | No Charge |
| 08/15/13 | ARA | Document control. | 4.50 Hrs | 427.50 |
| 08/16/13 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | No Charge |
| 08/16/13 | ARA | Document control. | 6.20 Hrs | 589.00 |
| 08/19/13 | ARA | Document control. | 5.80 Hrs | 551.00 |
| 08/20/13 | ARA | Document control. | 6.30 Hrs | 598.50 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH AUGUST 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/21/13 | MTM | Receipt and review of email re: call from FL counsel seeking access to Grace documents (.1); telephone call to in-house Grace counsel re: same (.1); telephone call to Erik Karst re: his request to review Grace documents (.2); telephone call to ARA re: prepare Winthrop Square for review by Karst and others (.2); review various indices to Winthrop Square re: production of Grace documents next week (.2) | 0.80 Hrs | 240.00 |
| 08/21/13 | ARA | Document control. | 2.50 Hrs | 237.50 |
| 08/21/13 | ARA | Per telephone call from MTM, review files and produce production set inventories to MTM re: document production at Winthrop Square. | 3.50 Hrs | 507.50 |
| 08/22/13 | MTM | Telephone call from Atty Karst re: Winthrop Square review next week (.2); email copy of property damage index to him re: same (.1). | 0.30 Hrs | 90.00 |
| 08/22/13 | ARA | Document control. | 5.50 Hrs | 522.50 |
| 08/23/13 | ARA | Document control (6.1). Return Libby video to the repository resource materials library (.2). | 6.30 Hrs | 598.50 |
| 08/26/13 | RAM | Conference with MTM re: request to sign affidavit re: a Grace document to be used in a CA case; review and edit draft affidavit; telephone conference with in-house counsel re: affidavit. Review 2 transcripts of depositions of Walt Payment that refer to document; advise in-house counsel and MTM of references. | 0.50 Hrs | 175.00 |
| 08/26/13 | MTM | Telephone call from in-house counsel re: request to authenticate document with MK formulas (.3); conference with RAM re: same (.2); telephone call to in-house counsel re: same (.2). | 0.70 Hrs | 210.00 |
| 08/26/13 | ARA | Document control. | 5.60 Hrs | 532.00 |
| 08/26/13 | ARA | Per RAM's request, locate and produce Walt Payment deposition. | 0.50 Hrs | 72.50 |
| 08/27/13 | RAM | Read selected emails. Read and sign revised Declaration and email it to in-house counsel and R. Higgins. | 0.10 Hrs | 35.00 |
| 08/27/13 | ARA | Prepare for document production; telephone call to MTM re: same. | 3.60 Hrs | 522.00 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH AUGUST 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/28/13 | MTM | Meet with Erik Karst and three others at Winthrop Square repository (1.0); telephone call from ARA re: questions re: ledgers (.1); email to in-house counsel re: same (.1); question from Karst re: Masonry Fill (.1); telephone call to in-house counsel re: same (.1); message from ARA re: Karst took photo of document and emailed it to his office (.1). | 1.50 Hrs | 450.00 |
| 08/28/13 | ARA | Monitor document production. | 7.50 Hrs | 1,087.50 |
| 08/29/13 | MTM | Telephone call from in-house counsel re: current document production (.1); telephone call to Attorney Karst re: no photos or emailing of documents without prior permission (.1). | 0.20 Hrs | 60.00 |
| 08/29/13 | ARA | Monitor document production. | 7.80 Hrs | 1,131.00 |
| 08/30/13 | ARA | Monitor document production. | 6.20 Hrs | 899.00 |

TOTAL LEGAL SERVICES          $11,889.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.70 | 350.00 | 245.00 |
| Matthew T. Murphy | 3.50 | 300.00 | 1,050.00 |
| Angela R. Anderson | 29.10 | 145.00 | 4,219.50 |
| Angela R. Anderson | 67.10 | 95.00 | 6,374.50 |
| Robert A. Murphy | 0.20 | 350.00 | No Charge |
| | 100.60 | | $11,889.00 |

TOTAL THIS BILL          $11,889.00

# CE CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 8, 2013
Bill Number  168582
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

THROUGH AUGUST 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/05/13 | RAM | Send as-filed" June fee application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 08/07/13 | RAM | Work on Quarterly Fee Application. | 0.60 Hrs | 210.00 |
| 08/11/13 | RAM | Work on July fee application. Finalize Quarterly fee application. | 0.30 Hrs | 105.00 |
| 08/12/13 | RAM | Send Quarterly fee application to local counsel to file. | 0.05 Hrs | No Charge |
| 08/13/13 | RAM | Work on July fee application. | 0.60 Hrs | 210.00 |
| 08/15/13 | RAM | Work on July fee application and send it to in-house counsels to review. | 0.20 Hrs | 70.00 |
| 08/16/13 | RAM | Emails from in-house counsels; okay to file July fee application. | 0.10 Hrs | No Charge |
| 08/23/13 | RAM | Finalize July fee application. | 0.30 Hrs | 105.00 |
| 08/26/13 | RAM | Send July fee application to Delaware counsel to file. | 0.10 Hrs | 35.00 |

TOTAL LEGAL SERVICES          $770.00

**CASNER & EDWARDS, LLP**

F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.20 | 350.00 | 770.00 |
| Robert A. Murphy | 0.15 | 350.00 | No Charge |
| | 2.35 | | $770.00 |

TOTAL THIS BILL                    $770.00