**EXHIBIT B**
(Expense Detail)


**EXPENSES**

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,512.12 |
| **FEE APPLICATION – APPLICANT** | $50.22 |
| **TOTAL EXPENSES** | $12,562.34 |



**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 8, 2013
Bill Number  168583
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

LEGAL SERVICES

**COSTS**

THROUGH AUGUST 31, 2013

**OUTSIDE PHOTOCOPYING**
| | | | |
|---|---|---|---|
| 08/22/13 | HAYSTACK ID: Copies of 2 Libby personnel files for in-house counsel (6/26/13). | 121.59 | |
| | | | $121.59 |

**RENT REIMBURSEMENT**
| | | | |
|---|---|---|---|
| 08/05/13 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square August 2013. | 11,982.23 | |
| | | | $11,982.23 |

**MISCELLANEOUS**
| | | | |
|---|---|---|---|
| 08/12/13 | RECORDKEEPER ARCHIVE CENTERS,: Storage from 8/01/13 through 8/31/13. | 408.30 | |
| | | | $408.30 |

|  | TOTAL COSTS | $12,512.12 |
|---|---|---|
|  | TOTAL THIS BILL | $12,512.12 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 8, 2013
Bill Number 168584
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

### COSTS

THROUGH AUGUST 31, 2013

**EXCESS POSTAGE**

| | | | |
|---|---|---|---|
| 08/31/13 | EXCESS POSTAGE | 1.72 | |
| | | | $1.72 |

**FEDERAL EXPRESS**

| | | | |
|---|---|---|---|
| 08/27/13 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl from Casner and Edwards on July 31, 2013 by R A Murphy. | 20.39 | |
| 08/27/13 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl from Casner and Edwards on August 12, 2013 by R A Murphy. | 28.11 | |
| | | | $48.50 |

|  |  |
|---|---|
| TOTAL COSTS | $50.22 |
| TOTAL THIS BILL | $50.22 |

Page 1