**Warren H. Smith & Associates, P.C.**
2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


October 14, 2013

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11440


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/3/2013 | AL | update database with Scholer's June electronic detail (.1); Scholer's July electronic detail (.1); Frankel's June electronic detail (.2); Reed's July electronic detail (.2); Casner's July electronic detail (.1) | 0.70 | 56.00 |
|  | AL | Update database with Stroock's July fee application (.2); Orrick's January through March fee application (.2); Capstone's July fee application (.2) | 0.60 | 48.00 |
| 9/4/2013 | JAW | Detailed review of Kirkland's June 2013 fee application (4.4); draft summary of same (2.6) | 7.00 | 1,225.00 |
|  | JAW | Receive and review e-mail from B. Ruhlander re: 48th interim period spreadsheet (0.1); review Orrick file and make revisions to 48th interim period spreadsheet (0.3); e-mail to B. Ruhlander revised 48th interim period spreadsheet (0.1) | 0.50 | 87.50 |
| 9/5/2013 | JAW | Detailed review of Capstone's July 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
|  | JAW | Detailed review of Higgins' July 2013 fee application (0.4); draft summary of same (0.1) | 0.50 | 87.50 |
|  | JAW | Detailed review of Foley's July 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
|  | AL | update database with Charter's July electronic detail (.1); Caplin's July electronic detail (.1); Campbell's July electronic detail (.2); Anderson's July electronic detail (.1); Ferry's July electronic detail (.2); Ferry's June CNO (.1); Ferry's May CNO (.1); Orrick's January through March interim electronic detail (.2) | 1.10 | 88.00 |
|  | JAW | Detailed review of Casner's July 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |

---

W.R. Grace & Co.       Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/5/2013 | JAW | Detailed review of Stroock's July 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
| | BSR | Continued drafting omnibus final report for the 48th interim period | 0.90 | 279.00 |
| 9/6/2013 | BSR | E-mail to applicants re combined final report for the 48th interim period (.3); respond to emails from Roger Higgins and Robert Chung re their final reports (.2) | 0.50 | 155.00 |
| | JAW | E-mail to to A. Lopez forwarding summaries prepared (0.1) | 0.10 | 17.50 |
| | JAW | Receive and review e-mail from B. Ruhlander re: 48th interim period spreadsheet (0.1); make revisions to BMC's fees and expenses for 48th interim period spreadsheet (0.1); e-mail to B. Ruhlander revised 48th interim period spreadsheet (0.1) | 0.30 | 52.50 |
| | WHS | Detailed review of omnibus final report 48Q 1-3.13 | 0.30 | 100.50 |
| | BSR | Continue drafting fee and expense exhibit for 48th interim fee order | 0.80 | 248.00 |
| | BSR | Detailed review of draft version of project category spreadsheet for the 48th interim period (.5); email to James Wehrmann with revisions to same (.3) | 0.80 | 248.00 |
| | AL | telephone conference with B. Ruhlander re Omnibus' 48th interim FR (.1);prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of Omnibus' 48th Interim FR (.3); draft email to B. Ruhlander re service of same (.1) | 1.00 | 80.00 |
| | AL | update database with Ewing's April through June electronic detail | 0.20 | 16.00 |
| 9/9/2013 | BSR | Review of Blackstone's May-June 2013 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |
| | BSR | Review of BMC's quarterly fee application for the 49th interim period, monthly applications, and fee and expense summaries re same (1.0); email to Martha Araki re same (.1) | 1.10 | 341.00 |
| | BSR | Review of Capstone's quarterly fee application for the 49th interim period, monthly fee applications, and fee and expense summaries re same | 0.50 | 155.00 |
| | BSR | Receive and review final version of project category spreadsheet for the 48th interim period (1.0); email to Jamie O'Neill (.1) | 1.10 | 341.00 |
| | BSR | Receive and review email from James Wehrmann re fee and expense summaries prepared | 0.10 | 31.00 |
| | BSR | Research docket for recent filings | 0.10 | 31.00 |
| | BSR | Review of Caplin & Drydale's 49th quarterly fee application, monthly fee applications for April through June 2013, and fee and expense summaries re same | 0.60 | 186.00 |

W.R. Grace & Co.                          Page 3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/9/2013 | BSR | Review of Anderson Kill & Olick's quarterly fee application for the 49th interim period, monthly fee applications for April through June 2013, and fee and expense summaries re same | 0.70 | 217.00 |
| | BSR | Review of Beveridge & Diamond's monthly fee applications for April through June 2013, as well as fee and expense summaries re same | 0.60 | 186.00 |
| | BSR | Review of Bilzin Sumberg's monthly fee applications for April through June 2013, as well as fee and expense summaries re same | 0.30 | 93.00 |
| | AL | Update database with Scholer's June fee application (.2); Scholer's July fee application (.2); BMC's April through June fee application (.2) | 0.60 | 48.00 |
| | AL | receive and review email from J. Wehrmann re summaries (.1); update database with Capstone's July (.2) Casner's July (.1) Foley's July (.1) Higgins' July (.2) Kramer's July (.2) Sanders' July (.1) Ewing's July (.1) Stroock's July (.2) Woodcock's July (.1) and K&E's June (.2) fee and expense summaries | 1.60 | 128.00 |
| | AL | receive and review email from B. Ruhlander re 48th interim project category spreadsheet (.1); draft of same (.5); update database with same (.2) | 0.80 | 64.00 |
| | AL | update database with Orrick's May and June CNO's | 0.20 | 16.00 |
| | AL | Draft WHSA's 49th Interim fee application (1.6); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 1.90 | 152.00 |
| | AL | Draft WHSA's August fee application (1.5); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 1.80 | 144.00 |
| 9/10/2013 | JAW | Review revised Warren H. Smith's 49th Interim Fee Application (0.1); e-mail to A. Lopez regarding revisions needed to same (0.1) | 0.20 | 35.00 |
| | AL | receive and review email from J. Wehrmann re revisions to WHSA's 49th Interim fee application (.1); draft revisions to same (.4); update database with same (.2); draft email to J. Wehrmann re review (.1) | 0.80 | 64.00 |
| | AL | receive and review email from J. Wehrmann re revisions to WHSA's August fee application (.1); draft revisions to same (.5); update database with same (.2); draft email to J. Wehrmann re review (.1) | 0.90 | 72.00 |
| | BSR | Review of Casner & Edwards' quarterly fee application for the 49th interim period, monthly fee applications, and fee and expense summaries re same | 0.40 | 124.00 |
| | BSR | Review of Charter Oak's quarterly fee application for the 49th interim period, monthly fee applications, and fee and expense summaries re same (.3); email to James Sinclair re same (.1) | 0.40 | 124.00 |
| | BSR | Review of Foley Hoag's quarterly fee application for the 49th interim period, monthly fee applications for April and May 2013, and fee and expense summaries re same | 0.30 | 93.00 |

W.R. Grace & Co. Page 4

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/10/2013 BSR | | Review of Fragomen's quarterly fee application for the 49th interim period, as well as monthly fee applications and fee and expense summaries re same | 0.40 | 124.00 |
| | JAW | Detailed review of Kaye Scholer's July 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
| | JAW | Review additional revisions to Warren H. Smith's 49th Interim Fee Application (0.1); e-mail to A. Lopez regarding all revisions made (0.1) | 0.20 | 35.00 |
| | JAW | Proofread Warren H. Smith's 49th Interim Fee Application (0.4); e-mail to A. Lopez regarding revisions needed to same (0.1) | 0.50 | 87.50 |
| | JAW | Detailed review of Kaye Scholer's June 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
| | JAW | E-mail to to A. Lopez forwarding summaries prepared (0.1) | 0.10 | 17.50 |
| | JAW | Proofread Warren H. Smith's August 2013 fee statement and Notice of Filing (0.4); e-mail to A. Lopez regarding revisions needed to same (0.1) | 0.50 | 87.50 |
| | JAW | Review revised Warren H. Smith's August 2013 fee statement and Notice of Filing (0.1); e-mail to A. Lopez confirming revisions made (0.1) | 0.20 | 35.00 |
| 9/11/2013 BSR | | Review of The Hogan Firm's quarterly fee application for the 49th interim period, detailed review of The Hogan Firm's April 2013 monthly fee application, and review of June 2013 monthly fee application (including fee and expense summary re same) | 0.60 | 186.00 |
| | AL | Update database with Norton's January fee application (.2); Baker's July fee application (.2); Baker's June fee application (.2); Baker's May fee application (.2); Baker's April fee application (.2); Baker's March fee application (.2); Baker's February fee application (.2); Baker's January fee application (.2); Baker's December 2012 fee application (.2); Ferry's July fee application (.2); Campbell'sJuly fee application (.2); Caplin'sJuly fee application (.2); AKO'sJuly fee application (.2); Charter'sJuly fee application (.2); Casner'sJuly fee application (.2); Reed's July fee application (.2); | 3.20 | 256.00 |
| | BSR | telephone call to Fragomen's offices re May 2013 monthly fee application (.1); email re same to Frederick Goosen (.2); telephone conference with Tatiana Bessonova re invoice on May 2013 monthly fee application (.4) | 0.70 | 217.00 |
| | AL | receive and review email from W. Smith re approval of WHSA's August fee application (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of WHSA's August fee application (.4); prepare same for service (.1); receive and review email from W. Smith re approval of WHSA's 49th Interim fee application (.1); prepare same for electronic filing with the court (.3); update database with same (.2); electronic filing with the court of WHSA's 49th Interim fee application (.3); prepare same for service (.1) | 2.10 | 168.00 |

W.R. Grace & Co.            Page    5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/11/2013 | AL | update database with Lauzon's June CNO (.1); Scarfone's June CNO (.1); Hogan's June CNO (.1); Kramer's June CNO (.1); Bilzin's July electronic detail (.2); Phillips' 36th interim electronic detail (.2) | 0.80 | 64.00 |
|  | BSR | telephone conference with Jason Day at WR Grace re fees and expenses for the 48th interim period (.1); left detailed voicemail for James Wehrmann re Blackstone's fees and expenses (.1); email proposed fee and expense recommendations to Jason Day (.1); research docket for recently filed fee applications (.1); email to Jason Day re Blackstone fee application (.3) | 0.70 | 217.00 |
|  | BSR | Review of Law Offices of Roger Higgins' quarterly fee application for the 49th interim period, April and May 2013 monthly fee applications, and fee and expense summaries re same | 0.50 | 155.00 |
| 9/12/2013 | BSR | Review of Kramer Levin's quarterly fee application for the 49th interim period and May and June 2013 monthly fee applications (including fee and expense summaries re same ) (.7); email to David Blabey re same (.3) | 1.00 | 310.00 |
|  | BSR | Continue reviewing Kirkland & Ellis' April and May 2013 monthly fee applications and fee and expense summaries re same | 0.50 | 155.00 |
|  | BSR | Review of Pachulski's April 2013 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |
|  | BSR | Commence reviewing Kirkland & Ellis' April and May 2013 monthly fee applications and fee and expense summaries re same | 0.30 | 93.00 |
|  | BSR | Review of Lauzon Belanger's quarterly fee application for the 49th interim period, April 2013 monthly fee application, and June 2013 monthly fee application (including fee and expense summary re same) | 0.30 | 93.00 |
| 9/13/2013 | BSR | Conference with Anthony Lopez re files for the 48th interim fee hearing | 0.10 | 31.00 |
|  | BSR | Conference with James Wehrmann re project category spreadsheet | 0.10 | 31.00 |
|  | JAW | Detailed review of Baker Donaldson's April 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
|  | AL | Update database with Morris' April through June fee application | 0.20 | 16.00 |
|  | JAW | Detailed review of Anderson's July 2013 fee application (0.8); draft summary of same (0.3) | 1.10 | 192.50 |
|  | JAW | Detailed review of Charter Oak's July 2013 fee application (0.3); draft summary of same (0.3) | 0.60 | 105.00 |
|  | JAW | Detailed review of Caplin's July 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
|  | JAW | Detailed review of Campbell's July 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |

W.R. Grace & Co.                                                                                                    Page    6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/13/2013 | JAW | Detailed review of Reed's July 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
|  | JAW | Detailed review of Ferry's July 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
|  | JAW | Detailed review of Baker Donaldson's July 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
|  | JAW | Detailed review of Baker Donaldson's June 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
|  | JAW | Detailed review of Baker Donaldson's May 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
|  | JAW | Detailed review of Baker Donaldson's March 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
|  | JAW | Detailed review of Baker Donaldson's February 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
|  | JAW | Detailed review of Baker Donaldson's January 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
|  | JAW | Detailed review of Baker Donaldson's December 2012 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
|  | JAW | Detailed review of Norton's January 2013 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
| 9/14/2013 | JAW | Detailed review of Duane's July 2013 fee application (0.4); draft summary of same (0.1) | 0.50 | 87.50 |
| 9/15/2013 | BSR | Detailed review of Phillips Goldman & Spence's retention application and order, as well as quarterly and monthly fee applications for the 49th interim period | 1.00 | 310.00 |
|  | BSR | Receive and review email from Debbie Melnyk re Beveridge & Diamond's quarterly fee application for the period of April through June 2013 | 0.10 | 31.00 |
| 9/16/2013 | BSR | Review of Stroock's quarterly fee application for the 49th interim period, April and May 2013 monthly fee applications, and fee and expense summaries re same (.6); email to Warren Smith re same (.2); draft initial report to Stroock (.3) | 1.10 | 341.00 |
|  | BSR | Review of Scarfone Hawkins' quarterly fee application for the 49th interim period, April 2013 monthly fee application, and June 2013 monthly fee application (including fee and expense summary re same) | 0.30 | 93.00 |
|  | AL | update database with Orrick's May through June electronic detail (.2); Orrick's (Austern) April through May electronic detail (.1); Lincoln's January through March electronic detail (.2); Orrick (Frankel) May through June | 2.80 | 224.00 |

W.R. Grace & Co.                                                                                                               Page    7

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                          | Hours | Amount |
|------------|-----|-----|---|---|
|            |     | electronic detail (.1); Orrick (Frankel) 1st interim electronic detail (.2); receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Baker's December (.1) Baker's January (.1) Baker's February (.1) Baker's March (.1) Baker's April (.1) Baker's May (.1) Baker's June (.1) Baker's July (.1) Norton's January (.1) Ferry's July (.2) Reed's July (.2) AKO's July (.1) Campbell's July (.2) Caplin's July (.1) and Charter's July (.2) fee and expense detail | | |
| 9/16/2013  | AL  | receive and review email from B. Ruhlander re Rich and Sanders' April, June and interim fee applications (.1); Research Pacer re same (.5); update database with same (.3); draft email to B. Ruhlander re fee applications (.1) | 1.00 | 80.00 |
|            | BSR | Review of Saul Ewing's quarterly and monthly fee applications for the 49th interim period, as well as fee and expense summaries re same (1.2); draft initial report re Saul Ewing for the 49th interim period (.8); email to Warren Smith re same (.2) | 2.20 | 682.00 |
|            | AL  | receive, review and finalize Ewing's 49th interim initial report (.3); update database with same (.2); draft email to B. Ruhlander re service of same (.1) | 0.60 | 48.00 |
|            | AL  | receive, review and finalize Stroock's 49th interim initial report (.3); update database with same (.2); draft email to B. Ruhlander re service of same (.1) | 0.60 | 48.00 |
|            | AL  | update database with Pachulski's May fee application (.2); Frankel's July electronic detail (.1); Kramer's June CNO (.1); Ewing's June CNO (.1); receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Bilzin's July fee and expense summary (.2) | 0.80 | 64.00 |
|            | JAW | E-mail to A. Lopez forwarding summaries prepared (0.1) | 0.10 | 17.50 |
|            | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
|            | BSR | Review of PwC's quarterly and monthly fee applications for the period of April through June 2013, IRS Audit application for May 2013, and fee and expense summaries re same (.6); email to Kathleen Miller re expense issue (.2) | 0.80 | 248.00 |
|            | BSR | Review of Reed Smith's quarterly fee application for the 49th interim period, monthly fee applications, and fee and expense summaries re same (.4); email to Kurt Gwynne re same (.1) | 0.50 | 155.00 |
|            | BSR | Research server for the April and June 2013 monthly fee applications and quarterly fee applications of Alan Rich and the Hon. Alexander Sanders (.3); email to Anthony Lopez re same (.1) | 0.40 | 124.00 |
|            | BSR | telephone conferences with Anthony Lopez and Warren Smith re files for fee hearing on 9.25.13 | 0.10 | 31.00 |
|            | BSR | Receive and review emails from Debra Fullem re quarterly fee applications of Lincoln Partners, Orrick, and Roger Frankel | 0.10 | 31.00 |

W.R. Grace & Co.            Page    8

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 9/17/2013 | BSR | Continue drafting initial report re Stroock's 49th interim fee application | 0.50 | 155.00 |
| | BSR | Review of Woodcock Washburn's quarterly and monthly fee applications for the 49th interim period, as well as fee and expense summaries re same (.3); email to Gary Levin re same (.1) | 0.40 | 124.00 |
| | BSR | E-mail to Stroock (.1) and to Saul Ewing (.1) re their respective initial reports for the 49th interim period | 0.20 | 62.00 |
| | BSR | Review of Alan Rich's quarterly and monthly fee applications for the 49th interim period, as well as fee and expense summaries re same | 0.50 | 155.00 |
| | AL | update database with Norton's January electronic detail (.2); Norton's January electronic detail (.1); Baker's April electronic detail (.1); Baker's December electronic detail (.1); Baker's February electronic detail (.2);Baker's January electronic detail (.2); Baker's July electronic detail (.1); Baker's June electronic detail (.1); Baker's March electronic detail (.1); Baker's May electronic detail (.1); Bilzin's 49th interim electronic detail (.2); Ferry's 49th interim electronic detail (.2); receive and review email from J. Wehrmann re summaries (.1); update database with Scholer's June (.2) and Scholer's July (.1) fee and expense summaries | 2.10 | 168.00 |
| 9/18/2013 | JAW | Detailed review of Bilzin's July 2013 fee application (0.3); draft summary of same (0.2) | 0.50 | 87.50 |
| | AL | update database with Scholer's July electronic detail (.1); Lauzon's April through June electronic detail (.2); Scarfone's April through June electronic detail (.2); Hogan's April through June electronic detail (.1); PWC's (Puerto Rico) December through August 2013 electronic detail (.2); PWC (Tax) July electronic detail (.1); PWC's July electronic detail (.1) | 1.00 | 80.00 |
| | AL | Update database with Baker's April through June fee application (.2); Baker's January through March fee application (.2); Baker's December fee application (.2); Baker's July through September fee application (.2); Ferry's April through June fee application (.2); Bilzin's April through June fee application (.2); Bilzin's July fee application (.2) | 1.40 | 112.00 |
| | AL | Update database with Pachulski's May fee application (.2); PWC's IRS Audit July fee application (.2); PWC's Darex December 2012 through August 2013 fee application (.2); PWC's July fee application (.2); Baker's July through September fee application (.2); Scholer's August fee application (.2); Frankel's May through June fee application (.2); Baker's October through December fee application (.2); Baker's January through March fee application (.2); Baker's April through June fee application (.2); Bilzin's April through June fee application (.2); Ferry's April through June fee application (.2) | 2.40 | 192.00 |
| | JAW | E-mail to A. Lopez forwarding summaries prepared (0.1) | 0.10 | 17.50 |
| | BSR | receive, review, and respond to email from Teresa Currier re initial report (49Q) (.1); review Teresa Currier's response email (.1) | 0.20 | 62.00 |

W.R. Grace & Co.                                                                                         Page    9

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/18/2013 | BSR | Continued review of Alan Rich's quarterly and monthly fee applications for the 49th interim period (.4); email to Alan Rich re same (.3) | 0.70 | 217.00 |
|  | BSR | Receive and review Potter Anderson invoices provided by Gary Levin of Woodcock Washburn in response to our request | 0.20 | 62.00 |
| 9/19/2013 | BSR | Receive and review COCs for project category spreadsheet and proposed fee order (.2); email to Anthony Lopez and Warren Smith re same (.1) | 0.30 | 93.00 |
|  | BSR | Review of Kirkland & Ellis' June 2013 monthly fee application and fee and expense summary re same | 0.60 | 186.00 |
|  | BSR | Research docket for pertinent filings (.1); email to Patty Cuniff re agenda and proposed order for (.1); respond to emails from Patty Cuniff re same (.1) | 0.30 | 93.00 |
|  | AL | update database with Beveridge's July electronic detail (.2); receive and review email from B. Ruhlander re proposed fee order and project category spreadsheet (.1); update database with same (.2) | 0.50 | 40.00 |
| 9/20/2013 | BSR | receive, review, and respond to email from Alan Rich regarding questions concerning his quarterly and monthly fee applications for the 49th interim period | 0.30 | 93.00 |
| 9/23/2013 | JAW | E-mail to B. Ruhlander regarding issues with Orrick's and Frankel's fee applications (0.3) | 0.30 | 52.50 |
|  | JAW | Detailed review of Pachulski's May 2013 fee application (0.5); draft summary of same (0.1) | 0.60 | 105.00 |
|  | JAW | Detailed review of Baker Donaldson's July 1, 2012 to September 30 2012 fee application (0.1); draft summary of same (0.1) | 0.20 | 35.00 |
|  | JAW | Detailed review of Roger Frankel's May 16, 2013 to June 30 2013 fee application (0.7); draft summary of same (0.1) | 0.80 | 140.00 |
|  | BSR | Research docket for pertinent pleadings (.1); review agenda for 9.25.13 hearing (.1); email to Warren Smith and Anthony Lopez re same (.1) | 0.30 | 93.00 |
|  | JAW | Detailed review of Lincoln Partner's January 1, 2013 to March 31 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
|  | JAW | Detailed review of PwC 2012 Darex Puerto Rican Audit December 1, 2012 to August 31 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
|  | JAW | Detailed review of PwC's July 2013 fee application (0.4); draft summary of same (0.1) | 0.50 | 87.50 |
|  | JAW | Detailed review of Kaye Scholer's August 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |

W.R. Grace & Co. Page 10

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 9/23/2013 BSR | | receive, review, and respond to email from James Wehrmann re fee and expense detail for Frankel and Orrick fee applications | 0.20 | 62.00 |
| | JAW | Detailed review of PwC IRS Audit Project July 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
| | AL | update database with Hogan's July electronic detail (.1); Scarfone's July electronic detail (.2); Lauzon's July electronic detail (.2) | 0.50 | 40.00 |
| | AL | Research Pacer re hearing agenda and signed fee order (.3); update database with hearing agenda (.2); continue hearing preparation (1.1); draft email to W. Smith re court call information (.1) | 1.70 | 136.00 |
| 9/24/2013 JAW | | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Orrick's 48th interim (0.2); draft final fee chart for 48th interim for Orrick reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Fragoman's 48th interim (0.2); draft final fee chart for 48th interim for Fragomen reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Higgins' 48th interim (0.3); draft final fee chart for 48th interim for Higgins reflecting same (0.1) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Hogan's 48th interim (0.2); draft final fee chart for 48th interim for Hogan reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Kirkland's 48th interim (0.2); draft final fee chart for 48th interim for Kirkland reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Kramer's 48th interim (0.2); draft final fee chart for 48th interim for Kramer reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Lauzon's 48th interim (0.2); draft final fee chart for 48th interim for Lauzon reflecting same (0.1) | 0.30 | 52.50 |

W.R. Grace & Co. Page 11

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/24/2013 JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: LAS' 48th interim (0.2); draft final fee chart for 48th interim for LAS reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Ferry Joseph's 48th interim (0.2); draft final fee chart for 48th interim for Ferry Joseph reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Pachulski's 48th interim (0.2); draft final fee chart for 48th interim for Pachulski reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Phillips' 48th interim (0.2); draft final fee chart for 48th interim for Phillips reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: PwC's 48th interim (0.2); draft final fee chart for 48th interim for PwC reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Reed Smith's 48th interim (0.2); draft final fee chart for 48th interim for Reed Smith reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Rich's 48th interim (0.2); draft final fee chart for 48th interim for Rich reflecting same (0.1) | | 0.30 | 52.50 |
| BSR | Email to Warren Smith re cancellation of 9.25.13 hearing | | 0.10 | 31.00 |
| BSR | Receive and review signed fee order for the 48th interim period (.1); email to Warren Smith re same (.1) | | 0.20 | 62.00 |
| AL | Update database with Beveridge's July fee application | | 0.20 | 16.00 |
| WHS | Receive and review notice of cancellation of hearing | | 0.10 | 33.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Charter's 48th interim (0.2); draft final fee chart for 48th interim for Charter reflecting same (0.1) | | 0.30 | 52.50 |

W.R. Grace & Co.                                                                                                        Page    12

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 9/24/2013 | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Casner's 48th interim (0.2); draft final fee chart for 48th interim for Casner reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Capstone's 48th interim (0.2); draft final fee chart for 48th interim for Capstone reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Caplin's 48th interim (0.2); draft final fee chart for 48th interim for Caplin reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Campbell's 48th interim (0.2); draft final fee chart for 48th interim for Campbell reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: BMC's 48th interim (0.2); draft final fee chart for 48th interim for BMC reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Blackstone's 48th interim (0.2); draft final fee chart for 48th interim for Blackstone reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Bilzin's 48th interim (0.3); draft final fee chart for 48th interim for Bilzin reflecting same (0.1) | 0.40 | 70.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Beveridge's 48th interim (0.2); draft final fee chart for 48th interim for Beveridge reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: AKO's 48th interim (0.3); draft final fee chart for 48th interim for AKO reflecting same (0.1) | 0.40 | 70.00 |
|  | JAW | E-mail to A. Lopez forwarding summaries prepared (0.1) | 0.10 | 17.50 |
|  | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Pachulski's May (.2) PWC's July (.1) PWC (IRS) July (.1) Scholer's August (.2) and PWC's January through March (.1)  fee and expense summaries; update database with signed fee order (.2); | 1.80 | 144.00 |

W.R. Grace & Co.                                                                                                          Page    13

|   |   |   | Hours | Amount |
|---|---|---|---:|---:|
|  | | Research Pacer re signed fee order and notice of cancellation (.5); update database with same (.2); draft email to W. Smith re same (.1) |  |  |
| 9/24/2013 | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Duane Morris' 48th interim (0.2); draft final fee chart for 48th interim for Duane Morris reflecting same (0.1) | 0.30 | 52.50 |
| 9/25/2013 | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Stroock's 48th interim (0.2); draft final fee chart for 48th interim for Stroock reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Draft prior period paragraphs in preparation for drafting final final reports for the 48th Inteirm fee applicaton period for the following - AKO (0.3), Beveridge (0.2), Bilzen (0.2), BMC (0.2), Blackstone (0.2), Campbell (0.2), Caplin (0.2), Capstone (0.2), Casner (0.2), Charter Oak (0.2), Duane Morris (0.2), Ferry (0.2), Foley (0.2), Fragomen (0.2), Higgins (0.3), Hogan (0.2), Kirkland (0.2), Kramer (0.2), Lauzon (0.2), LAS (0.2), Orrick (0.2), Pachulski (0.2), Phillips (0.2), PWC (0.2), Reed Smith (0.2), Rich (0.2), Sanders (0.2), Saul (0.2), Scarfone (0.2), Stroock (0.3), and Woodcock (0.2) | 6.50 | 1,137.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Woodcock's 48th interim (0.2); draft final fee chart for 48th interim for Woodcock reflecting same (0.1) | 0.30 | 52.50 |
|  | AL | update database with Phillips' August electronic detail | 0.10 | 8.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Scarfone's 48th interim (0.2); draft final fee chart for 48th interim for Scarfone reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Saul's 48th interim (0.2); draft final fee chart for 48th interim for Saul reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Sanders' 48th interim (0.2); draft final fee chart for 48th interim for Sanders reflecting same (0.1) | 0.30 | 52.50 |
| 9/26/2013 | JAW | Detailed review of Beveridge's July 2013 fee application (0.5); draft summary of same (0.1) | 0.60 | 105.00 |
|  | AL | update database with Ewing's August electronic detail (.1); Scarfone's August electronic detail (.2); Pachulski's June through July electronic detail (.2); Lauzon's August electronic detail (.1); Scarfone's August electronic detail (.1); Hogan's August electronic detail (.2); Linzoln's May electronic detail (.1); Lincoln's May electronic detail (.1); Lincoln's June electronic detail | 1.80 | 144.00 |

W.R. Grace & Co. Page 14

| | | | Hours | Amount |
|---|---|---|---:|---:|
| | | (.2); Lincoln's July electronic detail (.2); Orrick's August electronic detail (.1); Frankel's August electronic detail (.2) | | |
| 9/27/2013 | JAW | E-mail to A. Lopez forwarding summaries prepared (0.1) | 0.10 | 17.50 |
| | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Beveridge's July fee and expense summary (.2) | 0.30 | 24.00 |
| 9/30/2013 | AL | Update database with Orrick (Frankel) May fee application (.2); Orrick (Frankel) June fee application (.2); Orrick's April through May fee application (.2); Frankel's June fee application (.2); Frankel's May fee application (.2) | 1.00 | 80.00 |
| | AL | Update database with Lauzon's July fee application (.2); Ewing's August fee application (.2); Hogan's July fee application (.2); Scarfone's July fee application (.2); K&E's April through June fee application (.2); Beveridge's April through June fee application (.2) | 1.20 | 96.00 |
| | AL | update database with Reed's August electronic detail (.1); Kramer's August electronic detail (.2); Stroock's August electronic detail (.1) | 0.40 | 32.00 |
| | AL | Update database with Hogan's August fee application (.2); Scarfone's August fee application (.2); Lauzon's August fee application (.2); Blackstone's April through June fee application (.2) | 0.80 | 64.00 |

**For professional services rendered**     106.70   $18,398.50

Additional Charges :

| | | |
|---|---|---:|
| 9/30/2013 | Third party copies & document prep/setup. | 391.90 |
| | Copying cost | 25.10 |
| | FedEx | 206.28 |
| | PACER Charges | 132.90 |

**Total additional charges**     $756.18

**Total amount of this bill**     $19,154.68

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 41.50 | 80.00 | $3,320.00 |
| Bobbi S. Ruhlander | 26.70 | 310.00 | $8,277.00 |
| James A. Wehrmann | 38.10 | 175.00 | $6,667.50 |
| Warren H Smith | 0.40 | 335.00 | $134.00 |