# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of August 2013**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Kathleen Bradley** | | | | |
| 8/15/2013 | 3.5 | Fee application preparation | $ 270.51 | $ 946.79 |
| **Sara Balthazor** | | | | |
| 8/15/2013 | 2.5 | Fee application preparation | $ 254.00 | $ 635.00 |
| **Drew Levy** | | | | |
| 8/15/2013 | 2.5 | Fee application preparation | $ 175.26 | $ 438.15 |
| | **8.5** | | | |
| | **8.5** | Total Grace Fee Application Charged Hours | | $ **2,019.94** |

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of August 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1,106.18 | 0.5 | 553.09 |
| Kenneth Stoler | Tax Partner | 20+ | Integrated Audit | 1,085.86 | 0.5 | 542.93 |
| Steven G. Halterman | Audit Director | 20+ | Integrated Audit | 886.46 | 0.5 | 443.23 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 24.5 | 20,504.79 |
| Sheri E Wyatt | Audit Managing Director | 12 | Integrated Audit | 810.26 | 1.0 | 810.26 |
| John C Stieg | Audit Senior Manager | 20+ | Integrated Audit | 801.37 | 2.3 | 1,843.15 |
| Nicole S. Berman | Audit Director | 12 | Integrated Audit | 793.76 | 1.0 | 793.76 |
| Teresa Yannacone | Tax Director | 11 | Integrated Audit | 793.76 | 0.5 | 396.88 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 781.05 | 5.0 | 3,905.25 |
| Kevin C Knight | Audit Partner | 20+ | Integrated Audit | 781.05 | 4.0 | 3,124.20 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 723.90 | 25.5 | 18,459.45 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 620.13 | 3.3 | 2,046.43 |
| James C Horvath | Tax Manager | 11 | Integrated Audit | 596.90 | 0.5 | 298.45 |
| Marcela Cortes | Tax Manager | 11 | Integrated Audit | 539.76 | 0.5 | 269.88 |
| Katherine Stivers Matheson | Audit Senior Manager | 10 | Integrated Audit | 505.46 | 50.0 | 25,273.00 |
| David C Sands | Audit Director | 11 | Integrated Audit | 459.74 | 4.5 | 2,068.83 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | 435.63 | 12.8 | 5,576.06 |
| Valerie J Caporuscio | Audit Manager | 10 | Integrated Audit | 416.56 | 3.0 | 1,249.68 |
| Elizabeth Sama | Tax Manager | 7 | Integrated Audit | 333.13 | 3.0 | 999.39 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 8.0 | 2,661.92 |
| Alexandra L Schmidt | Audit Senior Associate | 6 | Integrated Audit | 325.12 | 159.0 | 51,694.08 |
| Daniel James Burke | Tax Manager | 8 | Integrated Audit | 317.75 | 4.8 | 1,525.20 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 270.51 | 135.4 | 36,627.05 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 254.00 | 80.5 | 20,447.00 |
| Ryan P Boyle | Audit Senior Associate | 5 | Integrated Audit | 247.65 | 25.0 | 6,191.25 |
| Yang Zhao | Audit Experienced Associate | 2 | Integrated Audit | 200.40 | 3.0 | 601.20 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 161.0 | 30,466.03 |
| Ian Matthew Thomas | Audit Experienced Associate | 1 | Integrated Audit | 189.23 | 123.5 | 23,369.91 |
| Michael Jackson | Audit Associate | 1 | Integrated Audit | 186.69 | 32.0 | 5,974.08 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 171.5 | 30,057.09 |
| Anabel De la Rosa | Tax Associate | 1 | Integrated Audit | 174.26 | 0.5 | 87.13 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 174.25 | 1.5 | 261.38 |
| Matthew Blake | Audit Associate | 1 | Integrated Audit | 172.72 | 42.0 | 7,254.24 |
| Todd A Brown | Project Specialist | 1 | Integrated Audit | 120.00 | 0.7 | 84.00 |
| Akshit Jhunjhunwala | Project Specialist | 1 | Integrated Audit | 120.00 | 0.8 | 96.00 |
| Brian David Detwiler | Project Specialist | 1 | Integrated Audit | 120.00 | 3.1 | 372.00 |
| Carolina Sanchez Hernandez | Project Specialist | 1 | Integrated Audit | 120.00 | 1.3 | 156.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 120.00 | 8.3 | 996.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | 120.00 | 1.3 | 156.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 120.00 | 1.3 | 156.00 |
| Fiorella de Paola | Project Specialist | 1 | Integrated Audit | 120.00 | 1.3 | 156.00 |

| Name | Title | | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Hernan Hlace | Project Specialist | 1 | Integrated Audit | 120.00 | 13.0 | 1,560.00 |
| Juan Ignacio Beccuti | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Maximiliano Benitez | Project Specialist | 1 | Integrated Audit | 120.00 | 0.5 | 60.00 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | 120.00 | 1.8 | 216.00 |
| Vineet Agarwal | Project Specialist | 1 | Integrated Audit | 120.00 | 0.2 | 24.00 |
| Dawn L Zacharko | Project Specialist | 1 | Integrated Audit | 114.30 | 0.2 | 22.86 |
| Diane Antonczak | Project Specialist | 1 | Integrated Audit | 114.30 | 1.0 | 114.30 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | 114.30 | 2.2 | 251.46 |
| Patricia R Wood | Project Specialist | 1 | Integrated Audit | 92.27 | 0.3 | 27.68 |
| Pratik Kanodia | Project Specialist | 1 | Integrated Audit | 57.18 | 0.2 | 11.44 |
| Sandipan Mandal | Project Specialist | 1 | Integrated Audit | 57.18 | 0.2 | 11.44 |
| Suparna Dasgupta | Project Specialist | 1 | Integrated Audit | 57.18 | 0.2 | 11.44 |
| Soumyadipta Majumder | Project Specialist | 1 | Integrated Audit | 57.16 | 0.5 | 28.58 |
| Dipanwita Bhattacharya | Project Specialist | 1 | Integrated Audit | 57.16 | 0.6 | 34.30 |
| Basab Nanda | Project Specialist | 1 | Integrated Audit | 57.15 | 1.2 | 68.58 |
| | | | | **total** | 1,132.8 | 311,230.35 |