# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended August 2013**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Ian Thomas | 8/7/13 | Audit Associate | 12.44 | Excess travel to client site in Curtis Bay, MD (66 miles roundtrip to client - 44 miles roundtrip normal commute to the office = 22 miles excess * .565 = 12.44 ). |
| | 8/8/13 | Audit Associate | 12.44 | Excess travel to client site in Curtis Bay, MD (66 miles roundtrip to client - 44 miles roundtrip normal commute to the office = 22 miles excess * .565 = 12.44 ). |
| | 8/9/13 | Audit Associate | 12.44 | Excess travel to client site in Curtis Bay, MD (66 miles roundtrip to client - 44 miles roundtrip normal commute to the office = 22 miles excess * .565 = 12.44 ). |
| | 8/11/13 | Audit Associate | 12.25 | Dinner for 1 (I. Thomas, PwC), while traveling to client site in Cambridge, MA. |
| | 8/13/13 | Audit Associate | 51.80 | Dinner for 1 (I. Thomas, PwC), while away at client site in Cambridge, MA. |
| | 8/14/13 | Audit Associate | 46.00 | Parking at Baltimore Washington International Airport for 4 days during travel to Cambridge, MA |
| | 8/15/13 | Audit Associate | 617.00 | Hotel for 3 nights in Cambridge, MA. (One night @ $199, two nights @ $209) |
| | 8/15/13 | Audit Associate | 72.18 | Taxes on Hotel for 3 nights in Cambridge, MA. (One night @ $23.28, two nights @ 24.45). |
| Dave Sands | 8/1/13 | Audit Director | 50.86 | Mileage in excess of daily commute (51 miles to Grace from First client + 47 miles to home - 8 miles for trip office to home =  90 miles excess * .565 = 50.86). |
| Tom Smith | 8/26/13 | Audit Partner | 1,690.30 | Roundtrip Economy Plus airfare from Houston to Dulles for travel on behalf of Grace between September 3 - 4. |
| | 8/3/13 | Audit Partner | 88.50 | Taxi fare to and from Ronald Reagan International Airport to Hay-Adams hotel for Grace Audit Committee meeting. |
| | 8/1/13 | Audit Partner | 58.27 | Expense for Avis rental car for one day and fuel during travel to Grace site in Columbia, MD |
| | 8/2/13 | Audit Partner | 24.50 | Travel dinner for one (T. Smith, PwC) during travel to client site in Columbia, MD. |
| Katherine Matheson | 8/1/13 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 8/5/13 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 8/12/13 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 8/13/13 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 8/15/13 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 8/16/13 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| Drew Levy | 8/1/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/2/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/5/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/5/13 | Audit Experienced Associate | 62.04 | Team meal during year end planning meeting.  Attendees: R. Moore, K. Matheson, A. Schmidt, K. Bradley, S. Balthazor, D. Levy, A. Wilkinson (all PwC). |
| | 8/6/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/7/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/8/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/9/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/12/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/13/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/14/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/15/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/16/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/18/13 | Audit Experienced Associate | 12.00 | Travel dinner for one (D. Levy, PwC) during travel to client site in Boca Raton, FL. |
| | 8/18/13-8/22/13 | Audit Experienced Associate | 309.75 | Roundtrip coach airfare to Florida for travel to Grace site in Boca Raton, FL. |
| | 8/18/13-8/22/13 | Audit Experienced Associate | 270.55 | Expense for rental car and fuel from Avis for 4 days during travel to Grace site in Boca Raton, FL. |
| | 8/18/13 | Audit Experienced Associate | 10.02 | Travel breakfast for one (D. Levy, PwC) during travel to client site in Boca Raton, FL. |
| | 8/19/13 | Audit Experienced Associate | 36.21 | Travel dinner for one (D. Levy, PwC) during travel to client site in Boca Raton, FL. |
| | 8/20/13 | Audit Experienced Associate | 37.48 | Travel dinner for one (D. Levy, PwC) during travel to client site in Boca Raton, FL. |
| | 8/21/13 | Audit Experienced Associate | 25.92 | Travel dinner for one (D. Levy, PwC) during travel to client site in Boca Raton, FL. |
| | 8/22/13 | Audit Experienced Associate | 13.34 | Travel breakfast for one (D. Levy, PwC) during travel to client site in Boca Raton, FL. |
| | 8/22/13 | Audit Experienced Associate | 44.74 | Taxi expense to BWI airport for travel to Grace site in Boca Raton, FL. |
| | 8/18/13-8/22/13 | Audit Experienced Associate | 356.00 | Nightly rate @89.00 per night for 4 nights at Hilton Boca Raton during travel to Grace site in Boca Raton, FL. |
| | 8/18/13-8/22/13 | Audit Experienced Associate | 39.16 | Hotel Taxes @9.79 per night for 4 nights at Hilton Boca Raton during travel to Grace site in Boca Raton, FL. |
| | 8/23/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/26/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/27/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/28/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/29/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/29/13 | Audit Experienced Associate | 8.00 | Baltimore Harbor Tunnel toll (not part of daily commute to office), $4.00 each way = $8.00 roundtrip. |
| | 8/30/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office =  48 miles every day excess * .565 = 27.12). |
| | 8/30/13 | Audit Experienced Associate | 8.00 | Baltimore Harbor Tunnel toll (not part of daily commute to office), $4.00 each way = $8.00 roundtrip. |
| Ryan Boyle | 8/26/13 | Audit Experienced Associate | 33.90 | Mileage in excess of daily commute (75 miles - 15 normal commute miles * rate 0 .565 per mile). |
| | 8/27/13 | Audit Experienced Associate | 33.90 | Mileage in excess of daily commute (75 miles - 15 normal commute miles * rate 0 .565 per mile). |
| | 8/28/13 | Audit Experienced Associate | 33.90 | Mileage in excess of daily commute (75 miles - 15 normal commute miles * rate 0 .565 per mile). |
| | 8/29/13 | Audit Experienced Associate | 33.90 | Mileage in excess of daily commute (75 miles - 15 normal commute miles * rate 0 .565 per mile). |
| | 8/30/13 | Audit Experienced Associate | 33.90 | Mileage in excess of daily commute (75 miles - 15 normal commute miles * rate 0 .565 per mile). |
| Matthew Blake | 8/26/13 | Audit Associate | 24.86 | mileage in excess of commute to work (46 miles - 2 miles normal commute * rate 0.565 per mile) |
| | 8/27/13 | Audit Associate | 24.86 | mileage in excess of commute to work (46 miles - 2 miles normal commute * rate 0.565 per mile) |
| | 8/28/13 | Audit Associate | 24.86 | mileage in excess of commute to work (46 miles - 2 miles normal commute * rate 0.565 per mile) |
| | 8/29/13 | Audit Associate | 24.86 | mileage in excess of commute to work (46 miles - 2 miles normal commute * rate 0.565 per mile) |

| | | | | |
|---|---|---|---|---|
| **Adam Wilkinson** | 8/30/13 | Audit Associate | 24.86 | mileage in excess of commute to work (46 miles - 2 miles normal commute * rate 0.565 per mile) |
| | 8/5/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/6/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/7/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/8/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/9/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/11/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/15/13 | Audit Experienced Associate | 9.61 | Mileage to Dulles Airport (17 miles 1 way from 2212 Pimmit Run Lane Falls Church VA to Dulles Aiport) = 17*.565 = 9.61 |
| | 8/19/13 | Audit Experienced Associate | 9.61 | Mileage to Dulles Airport (17 miles 1 way from Dulles Airport to 2212 Pimmit Run Lane Falls Church VA) = 17*.565 = 9.61 |
| | 8/20/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/21/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/22/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/23/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/26/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/27/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/28/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/29/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/30/13 | Audit Experienced Associate | 36.16 | Excess Mileage of daily commute (35 miles 1 way to client site (2212 Pimmit Run Lane Falls Church VA to 7500 Grace Drive Columbia MD) - 3 miles 1 way to office (1800 Tysons Boulevard, McLean VA) = 32 miles of excess travel x 2 for round trip = 64 excess miles x .565 = 36.16) |
| | 8/6/13 | Audit Experienced Associate | 496.58 | Coach airfare from Dulles Airport (Virginia) to George Bush Intercontinental Airport (Houston TX) - Lake Charles SOX 404 Testing |
| | 8/11/13 | Audit Experienced Associate | 50.15 | Travel Meal (Dinner) for Adam Wilkinsonm, PwC - Chicago 51st, 65th and 71st SOX 404 Testing |
| | 8/14/13 | Audit Experienced Associate | 13.00 | Parking - Chicago 51st, 65th and 71st SOX 404 Testing |
| | 8/15/13 | Audit Experienced Associate | 249.43 | Hertz rental car for 4 days - Chicago 51st, 65th and 71st SOX 404 Testing |
| | 8/15/13 | Audit Experienced Associate | 12.71 | Travel Meal (Dinner) for Adam Wilkinson, PwC - Chicago 51st, 65th and 71st SOX 404 Testing |
| | 8/15/2013 | Audit Experienced Associate | 52.00 | Hotel Parking for 4 nights @ $13 per night- Chicago 51st, 65th and 71st SOX 404 Testing |
| | 8/15/2013 | Audit Experienced Associate | 4.00 | Hotel Parking Tax @ $1 per night for 4 nights - Chicago 51st, 65th and 71st SOX 404 Testing |
| | 8/15/2013 | Audit Experienced Associate | 594.88 | Hilton Garden Inn for 4 nights @ 148.72 per night - Chicago 51st, 65th and 71st SOX 404 Testing |
| | 8/15/2013 | Audit Experienced Associate | 35.68 | Hilton Garden Inn sales tax @ 8.92 per night for 4 nights - Chicago 51st, 65th and 71st SOX 404 Testing |
| | 8/15/2013 | Audit Experienced Associate | 62.48 | Hotel Village Tax @ $15.62 per night for 4 nights - Chicago 51st, 65th and 71st SOX 404 Testing |
| | 8/15/2013 | Audit Experienced Associate | 60.00 | Breakfast for Adam Wilkinson, PwC @ $15 per day for 4 days - Chicago 51st, 65th and 71st SOX 404 Testing |
| | 8/16/2013 | Audit Experienced Associate | 85.00 | Airport Parking (IAD) @$17 per day for 5 days - Chicago 51st, 65th and 71st SOX 404 Testing |

**Total**
$ 7,258.63