IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u>, | ) Case No. 01-1139 (KJC) |
| | ) Jointly Administered |
| Debtors. | ) Objection Date: November 4, 2013 at 4:00 p.m. |
| | ) Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTY-FOURTH MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, FORMER ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2013 THROUGH APRIL 30, 2013**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Former Asbestos PI Future Claimants' Representative[1] |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | April 1, 2013 – April 30, 2013 |
| 100% of Compensation sought as actual, reasonable and necessary: | $35,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $28,000.00 |

---

[1] Mr. Austern died on May 16, 2013. This Application covers the time period prior to his death from April 1-30, 2013. On May 24, 2013, the Debtors filed a motion seeking the appointment of Roger Frankel as the successor FCR [Dkt. No. 30671]. On May 29, 2013, the Court entered an interim order [Dkt. No. 30681], which was amended on May 30, 2013 [Dkt. No. 30689], and which became final by its terms on June 14, 2013 [Dkt. No. 30756], appointing Roger Frankel as the successor FCR *nunc pro tunc* to May 16, 2013. On June 5, 2013, Mr. Frankel, the successor FCR, filed an application with the Court seeking authority to employ Lincoln as his financial advisor *nunc pro tunc* to May 16, 2013 [Dkt. No. 30718], which was granted by Order dated July 31, 2013 [Dkt. No. 30902].

| | | |
|---|---|---|
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $73.19 | |

This is a     x  monthly            __ interim            ___ final application

## LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM APRIL 1, 2013 THROUGH APRIL 30, 2013

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 22.2 | $35,000.00 |
| Jason Solganick | Director | NA | 10.0 | |
| Claire Burke | Associate | NA | 14.4 | |
| Andrew Choi | Analyst | NA | 4.0 | |
| Grand Total: | | | **50.6** | **$35,000.00** |
| Blended Rate: | | | 50.6 | $691.70 |

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### April 1, 2013 – April 30, 2013

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **50.6** | **NA** |

---

[2]    Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

## **EXPENSE SUMMARY (Exhibit B, Expense Detail)**

Communication $73.19
**TOTAL Out-of-Pocket Expenses:** $73.19

                  LINCOLN PARTNERS ADVISORS LLC

By:*/S/ JASON SOLGANICK*
    Jason Solganick
    Director
    360 Madison Ave, 21st Floor
    New York, NY 10017
    Telephone: (212) 277-8115

Dated: October 15, 2013