# EXHIBIT A

**WR Grace**
**April 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| 1-Apr | Review docket and analysis | 0.2 |
| 2-Apr | Review docket and analysis | 0.2 |
| 3-Apr | Review Austrailian acquisition PR, market reaction | 0.5 |
| 3-Apr | Review docket and analysis (protocol for Dist Ct) | 0.5 |
| 4-Apr | Review docket and analysis | 0.2 |
| 5-Apr | Review docket and analysis | 0.2 |
| 8-Apr | Review docket and analysis | 0.2 |
| 9-Apr | Review, analysis 8-K | 1.0 |
| 9-Apr | Review docket and analysis | 0.2 |
| 10-Apr | Review docket and analysis | 0.2 |
| 11-Apr | Comm w/OHS (RW) re Effective Date documents | 0.4 |
| 11-Apr | Review docket and analysis | 0.2 |
| 12-Apr | Review docket and analysis | 0.2 |
| 15-Apr | Review docket and analysis | 0.2 |
| 16-Apr | Review docket and analysis (motion to sell) | 0.6 |
| 17-Apr | Review docket and analysis (insurance settlement) | 0.9 |
| 19-Apr | Comm w/OHS (RW) re Larch II | 1.0 |
| 19-Apr | Review docket and analysis | 0.2 |
| 22-Apr | Review docket and analysis | 0.2 |
| 23-Apr | Review, analysis 8-K | 1.5 |
| 23-Apr | Review docket and analysis | 0.2 |
| 24-Apr | Review and analyze Larch II deck, motion | 2.0 |
| 24-Apr | Review, discussion quarterly earnings call | 2.5 |
| 24-Apr | Comms w/OHS (RW, RF) re Larch II | 1.0 |
| 24-Apr | Review docket and analysis | 0.2 |
| 25-Apr | Comm w/OHS (RW,RF) re Larch II | 1.4 |
| 25-Apr | Review docket and analysis | 0.2 |
| 26-Apr | Comms w/OHS (RW,RF) re BX call and discussion | 2.0 |
| 26-Apr | Review docket and analysis | 0.2 |
| 29-Apr | Comm w A. Rich re Larch II | 0.8 |
| 29-Apr | Call w/ Hudson LaForce re Larch II and follow up | 1.5 |
| 29-Apr | Comm w/OHS (RF) re LaForce call and follow up re Larch II | 0.5 |
| 29-Apr | Review docket and analysis | 0.2 |
| 30-Apr | Review psotponment of Larch II and discussions | 0.5 |
| 30-Apr | Review docket and analysis | 0.2 |
| | TOTAL HOURS (hrs) | 22.2 |

**WR Grace**
**April 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Apr 1 | Review docket and analysis | 0.3 |
| Apr 3 | Fee application prep | 0.6 |
| Apr 4 | Review docket and analysis | 0.4 |
|  | Review Sealed Air events and analysis | 0.7 |
| Apr 9 | Review docket and analysis | 0.5 |
|  | Review Grace 8-k and analysis | 1.0 |
| Apr 10 | Discussions w/ Orrick re: M&A w/ prep | 1.1 |
| Apr 12 | Review planning chart | 1.2 |
| Apr 15 | Review docket and analysis | 0.3 |
| Apr 16 | Review LTIP order | 0.3 |
| Apr 18 | Review docket and analysis | 0.2 |
| Apr 23 | Review docket and analysis | 0.3 |
| Apr 24 | Fee application prep | 1.5 |
|  | Review Grace 8-k and analysis | 1.2 |
| Apr 29 | Review docket and analysis | 0.4 |
|  | TOTAL TIME (hrs) | 10.0 |

**WR Grace**
**April 2013 Time - Claire Burke, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Mon 1 | Review February 2013 monthly report | 2.0 |
| Wed 3 | Review docket and analysis | 0.5 |
| Thu 4 | Review Seald Air tender offer of senior notes | 2.0 |
| Mon 15 | Review docket and analysis | 0.4 |
| Tue 16 | Review docket and analysis | 0.3 |
| Fri 19 | Review docket and analysis | 0.3 |
| Mon 22 | Fee application preparation | 3.0 |
| Wed 24 | Review Larch acquisition information | 4.0 |
| Thu 25 | CC re: Larch w/ Orrick | 0.5 |
|  | I/C re: Larch | 0.5 |
|  | Review docket and analysis | 0.4 |
| Fri 26 | I/C re: Larch | 0.5 |
|  | TOTAL TIME (hrs) | 14.4 |

**WR Grace**
**April 2013 Time -  Andrew Choi, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Tue 16 | Prepare fee applications | 1.5 |
| Mon 22 | Prepare fee applications | 1.0 |
| Wed 24 | Prepare fee applications | 0.5 |
| Tues 30 | Prepare fee applications | 1.0 |
| | TOTAL TIME (hrs) | 4.0 |