# EXHIBIT B

**W.R. Grace**
**Detail of expenses (April 1, 2013 – April 30, 2013)**

Miscellaneous
Copies, Phone and Transportation $73.19
**Total Miscellaneous:** **$73.19**

**TOTAL EXPENSES:** **$73.19**