**EXHIBIT 1**



WR Grace
Date Range 7/1/2013 - 7/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/16/2013 | 0.5 | $105.00 | Analysis of J Bernbrock/K&E email re asbestos PD claims report for quasi-gov't agencies (.1); prep email to J Bernbrock re clarification re research request (.2); telephone to J Bernbrock re research request, discussion of parameters (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/16/2013 | 4.0 | $840.00 | Research b-Linx, pleadings re claims and info per J Bernbrock research request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/16/2013 | 1.4 | $294.00 | Prep ART reports re claim flags, sub-types for J Bernbrock research request (.4); analysis of reports (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/16/2013 | 0.5 | $105.00 | Prep email to J Bernbrock/K&E re sample BNSF claims and info re reclassification (.2); analysis of J Bernbrock email re bar date for gov't agencies (.1); research bar date (.1); prep email to J Bernbrock re gov't agencies bar date (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/16/2013 | 1.5 | $315.00 | Prep report of possible asbestos PD claims per J Bernbrock research request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/16/2013 | 1.4 | $294.00 | Prep documents for transmission to J Bernbrock re research results (1.3); prep email to G Kruse re zip file (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/17/2013 | 1.6 | $336.00 | Continue research re pleadings related to claims researched for J Bernbrock (1.5); prep email to G Kruse re zip file (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/17/2013 | 0.8 | $168.00 | Revise report of claims researched re docket info (.6); prep emails to J Bernbrock re claims and pleadings zip files, revised report (.2) |
| | | | Total: | 11.7 | $2,457.00 | |
| **WRG Case Administration** | | | | | | |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/1/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30782-30784,30786 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/1/2013 | 1.3 | $273.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/1/2013 | 0.5 | $105.00 | Analysis of M Booth email re Y Estrada/Edwards Wildman inquiry re claim 15720 (.1); research b-Linx re Y Estrada inquiry (.1); prep email to R Higgins re Y Estrada inquiry and response (.1); research b-Linx re K White inquiry (.1); prep email to K White re claim status (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 7/1/2013 | 0.2 | $9.00 | Review COA's Postage for previous month (.1); prep production billing (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/1/2013 | 0.1 | $19.50 | Analysis of email response from M Araki to Ms. Whilte's inquiry re status of Canadian ZAI claim |
| NOREVE ROA - CAS | | $95.00 | 7/1/2013 | 0.1 | $9.50 | Review Court Docket No. 30782-30786; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/1/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/1/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARISTAR GO - CAS | | $95.00 | 7/2/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30787 30788 30789 |



**WR Grace**
Date Range 7/1/2013 - 7/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/2/2013 | 0.5 | $105.00 | Prep email to S Cohen re 2nd Qtr SEC prep (.1); analysis of R Higgins email re claim 15720 and J Estrada inquiry (.1); research b-Linx re claim 15720 and related pleadings (.2); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/2/2013 | 1.8 | $378.00 | Analysis of files and documents re 2nd Qtr SEC prep |
| NOREVE ROA - CAS | | $95.00 | 7/2/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30787-30789; categorize each new docket entry and flag for further action and follow up as needed |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/3/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30790-30796 |
| MARISTAR GO - CAS | | $95.00 | 7/3/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30787 30788 30789 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/3/2013 | 0.6 | $126.00 | Analysis of S Fritz email re draft Jun invoice amounts (.1); analysis of draft invoice amounts, revisions (.2); telephone to/from M John re project status (.2); analysis of revised Jun invoice amts from S Fritz and approve (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/3/2013 | 2.5 | $525.00 | Analysis of files and documents re pending items (1.0); revise/update pending items list (1.5) |
| NOREVE ROA - CAS | | $95.00 | 7/3/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30790-30796; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/3/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| NOREVE ROA - CAS | | $95.00 | 7/4/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30797-30805; categorize each new docket entry and flag for further action and follow up as needed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/5/2013 | 0.6 | $126.00 | Analysis of R Higgins email re 2nd Qtr SEC narrative (.1); analysis of draft 2nd Qtr narrative vs prior R Higgins 1st Qtr narrative (.3); prep email to R Higgins re 2nd Qtr review in process, comparison results of narrative drafts (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/5/2013 | 0.3 | $63.00 | Prep email to K Becker/Rust Consulting re late filed ZAI processing status (.1); analysis of K Becker email re processing status (.1); prep email to K Becker re info request re late filed ZAI claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/5/2013 | 2.8 | $588.00 | Continue analysis of May 13 billing report for prof reqts and Court imposed categories (1.6); revise May 13 entries for fee app compliance (.6); draft Apr 13 fee app (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/5/2013 | 1.6 | $336.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx per audit (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/8/2013 | 0.6 | $126.00 | Telephone to R Higgins re 2nd Qtr 10K footnote, possible post-effective date objections (.2); analysis of S Cohen email re split claim info and impact on SEC reporting (.1); analysis of S Cohen report (.2); prep email to S Cohen re split claims info not included in SEC reporting (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/8/2013 | 2.2 | $462.00 | Analysis of S Cohen email re non-asbestos info for 2nd Qtr SEC reporting (.2); analysis of reports, open items for 2nd Qtr SEC reporting (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/8/2013 | 0.2 | $42.00 | Analysis of K Becker email re count for late filed ZAI claims processed (.1); analysis of S Fritz email re revised May invoice (.1) |

EXHIBIT 1



WR Grace
Date Range 7/1/2013 - 7/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/8/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/9/2013 | 0.2 | $19.00 | Review Court docket Nos 30806-30815 categorize each new docket entry and flag for further action and follow up as needed. |
| JESSICA BANG - CAS | | $55.00 | 7/9/2013 | 0.1 | $5.50 | Process 1 piece(s) of returned mail and record to Notice System. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/9/2013 | 0.8 | $168.00 | Telephone to R Higgins re remaining employee claims, planning (.2); analysis of R Higgins email re R Sukenik telephone info (.1); research b-Linx re R Sukenik claim, other data (.2); prep email to Cassman re Call center log re Sukenik (.1); analysis of M Booth Call center info (.1); prep email to R Higgins re no telephone info for Sukenik (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/9/2013 | 1.9 | $399.00 | Analysis of Court docket re case status, planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/9/2013 | 0.6 | $126.00 | Revise 2nd Qtr SEC narrative (.4); prep comparison (.1); prep email to R Higgins re revised 2nd Qtr SEC narrative and comparison (.1) |
| NOREVE ROA - CAS | | $95.00 | 7/9/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30806-30808 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/9/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/9/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/10/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/11/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket nos 30809-30820 |
| DEBRA CHOULOCK - CAS | | $45.00 | 7/11/2013 | 0.2 | $9.00 | Analysis of corresp and returned mail (.1); prep emails to Cassman re preocessing (.1) |
| NOREVE ROA - CAS | | $95.00 | 7/11/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30809-30823; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/11/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/12/2013 | 0.1 | $9.50 | Review Court docket Nos 30824-30826 categorize each new docket entry and flag for further action and follow up as needed. |
| DEBRA CHOULOCK - CAS | | $45.00 | 7/12/2013 | 0.2 | $9.00 | Analysis of corresp and returned mail (.1); prep emails to Cassman re preocessing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/12/2013 | 0.6 | $126.00 | Analysis of M John emails re claims audit issues for further review (.5); prep email to M John re claims audit (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/12/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/15/2013 | 0.1 | $9.50 | Review Court docket nos 30827-30833 categorize each new docket entry and flag for further action and follow up as needed. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/15/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/16/2013 | 0.3 | $63.00 | Analysis of S Fritz email re AMEX/BIP program (.1); telephone to S Fritz re same (.1); prep email to B Jonas re AMEX/BIP program (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/16/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/17/2013 | 0.1 | $9.50 | Review Court docket Nos 30824-30837 categorize each new docket entry and flag for further action and follow up as needed. |

EXHIBIT 1



WR Grace
Date Range 7/1/2013 - 7/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/17/2013 | 0.3 | $63.00 | Analysis of B Jonas email re AMEX/BIP (.1); analysis of B Ruhlander email re 47Q fee examiner report (.1); telephone to S Fritz re B Jonas info (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/17/2013 | 1.5 | $315.00 | Analysis of project status, update project tracking list |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/17/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/18/2013 | 0.1 | $9.50 | Review Court docket Nos 30899-30840 categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/18/2013 | 1.1 | $231.00 | Analysis of S Cohen email re creditor correspondence received (.1); continue analysis of project status, update project tracking list (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/18/2013 | 2.5 | $525.00 | DRTT analysis and b-Linx audit (1.8); revise b-Linx per audit (.7) |
| NOREVE ROA - CAS | | $95.00 | 7/18/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30839-30840; categorize each new docket entry and flag for further action and follow up as needed |
| NOREVE ROA - CAS | | $95.00 | 7/18/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 30824-30834 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/18/2013 | 0.2 | $22.00 | Review non-claim correspondence received by BMC at claims PO Box (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/18/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/19/2013 | 0.1 | $9.50 | Review Court docket Nos 30841-38050 categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/19/2013 | 0.6 | $126.00 | Analysis of S Cohen email re COA request received via BMC webpage (.1); analysis of S Cohen email to K Becker/Rust re claims affected by Order (.4); analysis of S Cohen email to K Becker re transfers (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/19/2013 | 4.0 | $840.00 | Prep ART reports re claim flags (2.0); analyze reports re flag relevancies, revisions (2.0) |
| NOREVE ROA - CAS | | $95.00 | 7/19/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30841-30850 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/19/2013 | 0.2 | $22.00 | Provide Call Center support for creditor inquiry related to change of address (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/19/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/22/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30851,30853-30854 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/22/2013 | 0.3 | $63.00 | Prep email to S Cohen re approval to process COA received via BMC website (.1); analysis of KaliskiStur-Dee Metal re status of 3rd Circuit appeals; prep response re appeals pending (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/22/2013 | 1.1 | $231.00 | Analysis of BMC webpage re updates (.3); prep email to Webpages re updates and revisions to BMC webpage (.4); prep email to K Becker/Rust re confirmation of Rust toll-free numbers (.1); analysis of email from Webpages and approval of revised webpage (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/22/2013 | 3.1 | $651.00 | Continue analysis of claim flag reports re flag relevancies, revisions (1.8); revise b-Linx re claim flag revisions (1.3) |



WR Grace
Date Range 7/1/2013 - 7/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/22/2013 | 1.3 | $273.00 | Analysis of Court docket re case status, planning |
| NOREVE ROA - CAS | | $95.00 | 7/22/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30851-30854; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/22/2013 | 0.2 | $22.00 | Update claim database as required per recently received creditor change of address request (.1); email correspondence with M.Araki, creditor (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/22/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/22/2013 | 0.5 | $55.00 | Analyze Court docket numbers 30666 to 30837 (.3); audit related claim database updates (.2) |
| JAMES MYERS - CAS | | $65.00 | 7/23/2013 | 0.3 | $19.50 | Email exchanges w/ M Booth transmitting service docs & doc for ECF filing (.1); prep docs for service (.1); ECF file Proof of Svc re Transfer Notices (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/23/2013 | 0.2 | $42.00 | Analysis of K Becker/Rust email re Rust toll-free numbers for claim filers (.1); prep email to Webpages re revision to BMC webpage re Rust telephone numbers (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/23/2013 | 1.6 | $336.00 | Analysis of team status emails (.2); analysis of project status (1.0); revise project status list (.4) |
| MIKE BOOTH - MANAGER | | $165.00 | 7/23/2013 | 0.2 | $33.00 | Prepare Proof of Service related to transfer notices (.1), email to notice group for filing (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/23/2013 | 0.2 | $39.00 | Dkt 30838: Analysis of notice of transfer of claim of Equipment & Meter Services to Tannor Partners forwarded to NoticeGroup for production and service (.1); coordinate fulfillment as appropriate (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/23/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/23/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/24/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30582,30855-30862 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/24/2013 | 0.5 | $105.00 | Analysis of S Cohen email re creditor corresp received (.2); prep email to S Cohen re contents of mailing to Swedish creditor (.1); analysis of S Cohen email re results of Notice Group research re Swedish creditor contents (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 7/24/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| NOREVE ROA - CAS | | $95.00 | 7/24/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30855-30862; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/24/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/24/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 7/25/2013 | 0.2 | $13.00 | Review & respond to email from S Cohen requesting service doc in response to request from recipient, Ole Sommerfelt (.1); research doc as requested - Dkt No 28526 and send to S Cohen (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/25/2013 | 0.2 | $42.00 | Analysis of S Cohen email re copy of document sent to Swedish creditor (.1); analysis of B Ruhlander and M John email re 48 Qtr time issue to review (.1) |


information management

WR Grace
Date Range 7/1/2013 - 7/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| NOREVE ROA - CAS | | $95.00 | 7/25/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30863-30868; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/25/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/25/2013 | 0.3 | $33.00 | Research noticing data for creditor per M.Araki request (.2); email correspondence with M.Araki, J.Myers (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/26/2013 | 0.4 | $84.00 | Analysis of S Scarlis email re conf call to discuss emergence prep (.1); prep email to R Higgins re docs to prep prior to S Scarlis call (.1); analyze R Higgins email re docs to prep for call (.1); prep email to G Kruse re revised Undisputed report with address revision for call (.1) |
| NOREVE ROA - CAS | | $95.00 | 7/26/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30869-30878; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/26/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/29/2013 | 1.0 | $210.00 | Analysis of Court docket re case status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/29/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 7/30/2013 | 0.6 | $57.00 | Audit categorization updates related to Court Docket nos 30863-30867,30869-30877-.3;30879-30892-.3 |
| NOREVE ROA - CAS | | $95.00 | 7/30/2013 | 0.1 | $9.50 | Review Court Docket No. 30879-30892; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/30/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARISTAR GO - CAS | | $95.00 | 7/31/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30893 30894 30896 30897 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/31/2013 | 0.3 | $63.00 | Analysis of S Fritz email re May check received, review open invoices (.2); prep email to P Cuniff re future quarterly fee app hearings and schedule (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 7/31/2013 | 0.1 | $16.50 | Telephone with Johnette Parmelee at (585) 760-5958 / RE: request for confirmation that BMC updated her COA request. |
| NOREVE ROA - CAS | | $95.00 | 7/31/2013 | 0.1 | $9.50 | Review Court Docket No. 30893-30897; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/31/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| | | | Total: | 51.8 | $9,592.50 | |
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/1/2013 | 1.7 | $255.00 | Update distribution report template as per M Araki to remove claimant names and add claimant names with addresses (.8). Update report query and format. (.9) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/10/2013 | 1.8 | $270.00 | Review of undisputed claims for distribution. Review/audit of claims excluded from report as per M Araki inquiry. Confirm all claims are either held from distribution, have zero amount owing, or are in a Distribution Class not included in the first distribution (1.0). Generate listing of all active reconciled claims not appearing in Blackstone report. (.8) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 7/10/2013 | 0.1 | $9.50 | Update return mail to b-Linx. |

EXHIBIT 1



WR Grace
Date Range 7/1/2013 - 7/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/17/2013 | 0.7 | $105.00 | Generate compressed zip files for selected claim images and documents, and copy to FTP folder for counsel download as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/18/2013 | 1.2 | $180.00 | Generate monthly active and inactive non-asbestos claims report (.9). Export to Excel (.2) and forward to S Cohen (.1) |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 7/22/2013 | 0.3 | $28.50 | Update General Info page for WRGrace website per Project Manager request |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 7/23/2013 | 0.2 | $19.00 | Revise General Info page for WRGrace website per Project Manager request |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/29/2013 | 0.6 | $90.00 | Review/audit of active claim deemed amounts. Verify no amount records have changed since last run of allowed claims report. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/29/2013 | 1.7 | $255.00 | Update active claims report queries to include claims with zero dollars as per M Araki (.8). Run updated active claims report. (.9) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/29/2013 | 0.6 | $90.00 | Generate updated undisputed claims data source and verify counts. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 7/29/2013 | 1.1 | $165.00 | Run undisputed claims report (.6). Generate PDF and Excel versions (.4). Forward to M Araki for review/audit (.1). |
| | | | Total: | 10.0 | $1,467.00 | |
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/1/2013 | 1.5 | $315.00 | Prep email to G Kruse re revisions to undisputed claim report (.1); continue analysis of undisputed claims report per R Higgins comments (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/1/2013 | 2.3 | $483.00 | Continue analysis of R Higgins comments to undisputed claims report and b-Linx (1.5); pleadings research re same (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/2/2013 | 0.8 | $168.00 | Prep ART report re effective date contingency and distrib hold claims (.3); review report (.4); prep email to D Bernstein/A Schlesinger re claim 15368 and revised interest (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/2/2013 | 1.2 | $252.00 | Revise distribution notes per claims analysis |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/2/2013 | 2.1 | $409.50 | Continued analysis of claims affected by stipulations/orders for updating claims and distribution databases |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/9/2013 | 1.1 | $231.00 | Analysis of R Higgins email re status of undisputed claims report (.1); analysis of docs, claims and data re undisputed claims report revisions/status (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/10/2013 | 0.9 | $189.00 | Analysis of R Higgins email re UAW claim and undisputed claims report (.1); research b-Linx, Blackstone interest data re UAW claim (.5); prep email to R Higgins re research results (.2); analysis of R Higgins email re add'l research on $0 claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/10/2013 | 1.5 | $315.00 | Analysis of May BMC-Blackstone data file re $0 claims (1.0); analysis of Blackstone interest data re $0 claims (.3); prep email to G Kruse re data comparison of Blackstone interest data to undisputed claims report (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/10/2013 | 1.1 | $231.00 | Analysis of G Kruse email re analysis of Blackstone interest data and undisputed claims report (.1); analysis of research results (1.0) |

EXHIBIT 1



WR Grace
Date Range 7/1/2013 - 7/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/10/2013 | 2.0 | $420.00 | Analysis of undisputed claims report, b-Linx and claims noted in call with R Higgins |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/11/2013 | 3.0 | $630.00 | Continue analysis of undisputed claims report, b-Linx and corresp re revisions for next generation report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/11/2013 | 1.5 | $315.00 | Continue analysis of G Kruse research results re Blackstone interest data and undisputed claims report |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/11/2013 | 5.5 | $1,072.50 | Continued audit of claims affected by order/stipulation; analysis of related pleadings (3.7); revise claims and distribution dates as appropriate per audit (1.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/12/2013 | 2.0 | $420.00 | Continue analysis of undisputed claims report, b-Linx and pleadings re revisions for next generation report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/12/2013 | 2.6 | $546.00 | Continue analysis of G Kruse Blackstone interest research, b-Linx and pleadings (1.3); begin prep of report for R Higgins re claims reviewed, issues (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/15/2013 | 1.6 | $336.00 | Prep ART report - Eff Date Contingency/Hold claims (.3); analysis of report (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/15/2013 | 3.2 | $672.00 | Further analysis of G Kruse Blackstone interest research, b-Linx and pleadings (1.5); continue prep report for R Higgins re claims reviewed, issues (1.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/15/2013 | 1.7 | $357.00 | Prep documents for R Higgins review in conjunction with report prepared |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/15/2013 | 2.0 | $420.00 | Continue prep report for R Higgins re undisputed claims review, interest research, issues for review/resolution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/16/2013 | 0.8 | $168.00 | Revise/finalize report to R Higgins re Blackstone interest and undisputed claims report research results, issues (.5); prep emails to R Higgins re report and documents for review (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/17/2013 | 1.8 | $378.00 | Update distribution tracking list per DRTT analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/18/2013 | 1.6 | $336.00 | Analysis of M John email re distribution addresses (.2); research b-Linx re distribution address issue (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/23/2013 | 0.5 | $105.00 | Telephone with R Higgins re BMC/Blackstone interest review, revisions to Undisputed report re $0 claims (.4) telephone to D Bernstein/Blackstone re message re $0 claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/23/2013 | 1.8 | $378.00 | Analysis of database re $0 claims to be included in Undisputed report (.6); revise b-Linx re $0 claims for inclusion in report (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/24/2013 | 0.8 | $168.00 | Analysis of R Higgins email re Oldon claim and undisputed claim report (.2); prep emails (3) to R Higgins re pleadings and claims for Fireman's Fund, The St Paul Cos and LA USD (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/24/2013 | 2.8 | $588.00 | Analysis of distribution review, tracking, updates (1.4); revise distribution tracking worksheet (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/25/2013 | 1.1 | $231.00 | Analysis of R Higgins email re request for report of contingent/hold/open claims by Plan/Distribution class (.1); prep ART reports re possible claims for inclusion in R Higgins requested report (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/25/2013 | 2.3 | $483.00 | Analyze Blackstone data file re contingent/unliquidated claims for R Higgins requested report |


information management

WR Grace
Date Range 7/1/2013 - 7/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/25/2013 | 1.3 | $273.00 | Begin prep R Higgins requested report re contingent/hold/open claims by Plan/Distribution class |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/26/2013 | 3.6 | $756.00 | Compare R Higgins Nov report vs contingent/unliquidated claims by Plan/Distribution class |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/29/2013 | 0.9 | $189.00 | Continue analysis of R Higgins Nov report vs contingent/unliquidated claims by Plan/Distribution class (.8); prep email to R Higgins re results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/29/2013 | 0.4 | $84.00 | Telephone with R Higgins re contingent claims with Effective Date issues (.2); analysis of R Higgins email re remaining open VSPP claims and summary (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/29/2013 | 1.3 | $273.00 | Analysis of G Kruse email re revised undisputed report (.1); analysis of revised report (1.0); prep email to S Scarlis, R Finke, R Higgins, A Schlesinger, B Chiu re undisputed report, info on splits (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/29/2013 | 2.4 | $504.00 | Review data and related pleadings re claims with effective date issues per R Higgins telecon (1.4); revise report of claims with effective date issues (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/30/2013 | 3.7 | $777.00 | Continue review data and related pleadings re claims with effective date issues per R Higgins telecon (2.3); revise report of claims with effective date issues (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/30/2013 | 1.4 | $294.00 | Prep report of claims with non-effective date contingencies for R Higgins review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/31/2013 | 1.0 | $210.00 | Conf call with S Scarlis, R Finke, R Higgins, A Schlesinger, B Chiu, D Bernstein, J Federbush re reconciling remaining claims, emergence prep (.8); analysis of R Higgins emails re add'l items to review (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/31/2013 | 2.4 | $504.00 | Continue review data and related pleadings re claims with effective date issues per R Higgins request (1.5); revise report of claims with effective date issues (.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/31/2013 | 1.3 | $273.00 | Revise Excel draft undisputed claims report per conf call (.6); prep email to G Kruse re draft undisputed claims report in Excel and add'l data needed per conf call (.3); analysis of files re R Finke spreadsheet and L Sinayan email (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/31/2013 | 1.0 | $210.00 | Analysis of Akzo Nobel claim, related order re Continental payment, claim status (.7); prep email to R Higgins re Akzo Nobel claim, status and pending Omni objection (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/31/2013 | 2.0 | $420.00 | Review data and related info re claims with non-effective date contingencies (1.2); revise report of claims with non-effective date contingencies (.8) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/31/2013 | 2.2 | $429.00 | Analysis of stipulations/orders affecting claims (1.2); review and analysis of affected proofs of claims for updating claims and distribution databases (1.0) |
| | | | Total: | 76.0 | $15,813.00 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/3/2013 | 2.0 | $420.00 | Analysis of Apr 13 billing report for prof reqts and Court imposed categories (.4); revise Apr 13 entries for fee app compliance (.3); prep May 13 draft billing detail report (.4); begin analysis of May 13 billing report for prof reqts and Court imposed categories (.7); revise May 13 entries for fee app compliance (.6) |



**WR Grace**
Date Range 7/1/2013 - 7/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/8/2013 | 1.8 | $378.00 | Draft May 13 fee app (.6); prep Apr/May fee app exhibits (.4); analyze exhibits (.3); finalize Apr/May 13 fee apps (.4); prep email to P Cuniff/PSZJ for filing (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/17/2013 | 0.3 | $58.50 | Review and analysis of Amended Final Report 47Qtr 20-12-12 from Bobbi Ruhlander (.2); email to M Araki re same (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/22/2013 | 0.4 | $84.00 | Revise/finalize 48Q time and expense extracts for Fee Examiner (.3); prep email to B Ruhlander re transmission of extracts (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 7/25/2013 | 0.2 | $39.00 | Review and analysis of email from Bobbi Ruhlander re items on BMC 48th fee application that needs correcting (.1); memo to M Araki re correcting (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/31/2013 | 2.5 | $525.00 | Prep Jun 13 draft billing detail report (.4); begin analysis of Jun 13 billing report for prof reqts and Court imposed categories (1.3); revise Jun 13 entries for fee app compliance (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/31/2013 | 1.8 | $378.00 | Continue analysis of Jun 13 billing report for prof reqts and Court imposed categories (.7); revise Jun 13 entries for fee app compliance (.5); draft Jun 13 fee app (.6) |
| | | | Total: | 9.0 | $1,882.50 | |
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/1/2013 | 0.5 | $105.00 | Analysis of S Scarlis email re Municipal tax claim in Darex PR case (.1); analysis of b-Linx and Schedules re claim (.3); prep email to S Scarlis re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/2/2013 | 1.3 | $273.00 | Analysis of master transfer tracking report, status of transferred claims |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/5/2013 | 2.6 | $286.00 | Begin preparation and analysis of 2013 Q2 reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/8/2013 | 1.7 | $357.00 | Analysis of R Higgins email re non-VSPP employee claims summary (.1); analysis of R Higgins chart (.4); analysis of ART employee spreadsheet (.5); analysis of claims and plan (.4); prep email to R Higgins re outside directors claims, issues (.2); analysis of R Higgins email re work with R Finke re other employee payments (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 7/8/2013 | 0.2 | $33.00 | Discussion with S Cohen re: ongoing preparation and analysis of 2013 Q2 reports. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/8/2013 | 0.9 | $99.00 | Complete preparation and analysis of 2013 Q2 reports (.6); email correspondence with M.Araki re: reporting requirements, analysis performed (.1); discussion with M.Booth (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/17/2013 | 1.2 | $252.00 | Analysis of J Bernbrock email re US claims 9634/9635 classifications (.1); analysis of plan class report re classifications (.3); prep report re claim 9634 (.4); prep email to J Bernbrock re claim report, research results (.1); telephone from J Bernbrock re report (.1); prep email to J Bernbrock re ATSDR acronym (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/18/2013 | 1.6 | $336.00 | Analysis of master transfer tracking list (.8); audit transfers in b-Linx (.8) |

EXHIBIT 1



WR Grace
Date Range 7/1/2013 - 7/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/18/2013 | 0.3 | $33.00 | Begin analysis and preparation of monthly reports (.2); email correspondence with G.Kruse, M.Booth re: reporting requirements (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 7/19/2013 | 0.1 | $16.50 | Discussion with S Cohen re: preparation and analysis of monthly reports. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 7/19/2013 | 0.4 | $44.00 | Complete analysis and preparation of monthly reports (.2); email correspondence with K.Becker at Rust Consulting (.1); discussion with M.Booth (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/23/2013 | 1.4 | $294.00 | Analysis of master transfer database re transfer audit |
| MIKE BOOTH - MANAGER | | $165.00 | 7/23/2013 | 0.2 | $33.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration. |
| MIKE BOOTH - MANAGER | | $165.00 | 7/23/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 7/23/2013 | 0.1 | $16.50 | Analysis of b-Linx re: one claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 7/23/2013 | 0.4 | $66.00 | Prepare two 21 day notices (Docket 30838) (.3), forward to notice group for service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 7/23/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 30838). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/25/2013 | 0.4 | $84.00 | Analysis of R Higgins email re Wachovia Bank claim status (.1); research b-Linx re status (.2); prep email to R Higgins re claim status (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/25/2013 | 0.7 | $147.00 | Analysis of R Higgins email re estimated amt for Wachovia Bank claim (.1); research b-Linx and files re estimated amt (.3); prep email to R Higgins re source for estimated amt for Wachovia Bank (.1); prep email to R Higgins re L/C report and revision to estimated amts (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 7/30/2013 | 0.4 | $84.00 | Analysis of L Gardner email re NJ DEP settlement and pleadings (.1); research pleadings re NJ DEP settlement (.2); prep email to L Gardner re NJ DEP pleadings (.1) |
| | | | Total: | 14.6 | $2,592.00 | |
| | | | Grand Total: | 173.1 | $33,804.00 | |



**WR Grace**
**Professional Activity Summary**
Date Range: 7/1/2013 - 7/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **WRG Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 11.7 | $2,457.00 |
| Total: | | 11.7 | $2,457.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.2 | $9.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 1.9 | $180.50 |
| Debra Choulock | $45.00 | 0.4 | $18.00 |
| James Myers | $65.00 | 0.5 | $32.50 |
| Jessica Bang | $55.00 | 0.1 | $5.50 |
| Maristar Go | $95.00 | 0.3 | $28.50 |
| Noreve Roa | $95.00 | 1.9 | $180.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.5 | $82.50 |
| Myrtle John | $195.00 | 0.3 | $58.50 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 6.0 | $660.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 39.7 | $8,337.00 |
| Total: | | 51.8 | $9,592.50 |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 0.5 | $47.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 9.4 | $1,410.00 |
| SR_ANALYST | | | |
| Jacqueline Conklin | $95.00 | 0.1 | $9.50 |
| Total: | | 10.0 | $1,467.00 |
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 9.8 | $1,911.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 66.2 | $13,902.00 |
| Total: | | 76.0 | $15,813.00 |
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.5 | $97.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 8.5 | $1,785.00 |
| Total: | | 9.0 | $1,882.50 |

EXHIBIT 1



**WR Grace**
Professional Activity Summary
Date Range: 7/1/2013 - 7/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.2 | $198.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 4.2 | $462.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 9.2 | $1,932.00 |
| | Total: | 14.6 | $2,592.00 |
| | Grand Total: | 173.1 | $33,804.00 |