# EXHIBIT 1



WR Grace
Date Range 8/1/2013 - 8/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos PI Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/27/2013 | 2.2 | $462.00 | Analysis of R Higgins email re research insurance settlements with The Home Ins Co (.1); analysis of pleadings re insurance settlement research (2.0); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/27/2013 | 2.4 | $504.00 | Analysis of insurance settlement pleadings re audit against b-Linx claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/28/2013 | 0.9 | $189.00 | Analysis of R Higgins email re The Home Ins Co a Class 6-C party; add claim to effective date contingency list (.1); revise effective date contingency list re The Home Ins Co (.3); revise b-Linx re R Higgins email (.2); analysis of R Higgins email re add'l info for b-Linx, report (.1); revise b-Linx and report re same (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/28/2013 | 4.0 | $840.00 | Continue analysis of insurance pleadings re audit against b-Linx claims (2.5); prep report re audit results and notes (1.5) |
| | | | Total: | 9.5 | $1,995.00 | |
| **WRG Case Administration** | | | | | | |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/1/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket nos 30898-30901,30905-30907 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/1/2013 | 0.4 | $84.00 | Telephone to Doris Blank, creditor, re The Scott Law Group contact info per corresp received (.1); telephone from S Fritz re BMC internal audit letter to Grace (.1); prep email to S Scarlis re BMC internal audit letter (.1); analysis of S Cohen email re creditor inquiry M McGrath (.1) |
| NOREVE ROA - CAS | | $95.00 | 8/1/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30898-30907; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/1/2013 | 0.4 | $44.00 | Research archived files and correspondence per M.Araki request re: claim database updates performed per direction by counsel |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/1/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/1/2013 | 0.1 | $11.00 | Provide Call Center support for creditor inquiry related to claim status |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/2/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30908-30911 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/2/2013 | 0.3 | $63.00 | Analysis of email from R Higgins office re J Baxter COA (.1); prep email to Cassman re COA (.1); analysis of R Higgins email re Akzo Nobel (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/2/2013 | 0.3 | $63.00 | Analyze 48 Qtrly fee inquiry from B Ruhlander (.1); prep email to M John re results of review, suggested revisions (.1); prep email to P Cuniff/PSZJ re 49 Qtrly fee app hearing info for fee app (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/2/2013 | 1.4 | $294.00 | Analysis of Court docket re case status, planning |
| MIREYA CARRANZA - CAS | | $45.00 | 8/2/2013 | 0.2 | $9.00 | Review COA's Postage for previous month (.1); prep production billing (.1) |
| NOREVE ROA - CAS | | $95.00 | 8/2/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30908-30911; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/2/2013 | 0.2 | $22.00 | Email correspondence with M..Araki re: creditor change of address request forwarded to BMC by counsel (.1); update claims database (.1) |



WR Grace
Date Range 8/1/2013 - 8/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/2/2013 | 0.5 | $55.00 | Update creditor database per change of address request forwarded by counsel (.1); analyze additional creditor address data updates performed pursuant to recently received creditor requests (.1); prepare data update file (.2); email correspondence with K.Becker at Rust per M.Araki request (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/2/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/5/2013 | 0.3 | $28.50 | Audit categorization updates related to Court Docket nos 9886,30912-30923 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/5/2013 | 0.4 | $84.00 | Analysis of S Fritz email re draft invoice amounts (.1); telephone to S Fritz re revisions to invoice (.1); review and approve revised invoice amounts (.1); emails to/from M John re response to B Ruhlander re 48 Qtrly fees (.1) |
| NOREVE ROA - CAS | | $95.00 | 8/5/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30912-30923; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/5/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/6/2013 | 0.7 | $66.50 | Quarterly review of Court Dockets to identify new filed ECF claims from PACER for case 01-01139 confirmed 1 docket filed 5/7-8/6 |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/6/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30924-30927 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/6/2013 | 0.2 | $42.00 | Analysis of M Booth email re subsidiary dkt review results (.1); prep email to M Booth re website updated, revise transfer ntc and POS forms (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/6/2013 | 0.4 | $84.00 | Analysis of L Graziano email re M MacCalder inquiry (.1); research b-Linx re M MacCalder claim (.1); prep email to M MacCalder re CDN ZAI claim status (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/6/2013 | 2.1 | $441.00 | DRTT analysis and b-Linx audit (1.5); revise b-Linx per audit (.6) |
| NOREVE ROA - CAS | | $95.00 | 8/6/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30924-30927; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/6/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/6/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/7/2013 | 0.3 | $28.50 | Audit categorization updates related to Court Docket nos 30928-30931,30933-30939 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/7/2013 | 0.2 | $42.00 | Analysis of S Cohen email re V Lafaman call (.1); telephone to V Lafaman re distribution date inquiry (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/7/2013 | 0.7 | $147.00 | Analysis of files re claim flag report (.2); analysis of claim flag report (.4); prep email to G Kruse re request for updated flag review report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/7/2013 | 1.7 | $357.00 | Analysis of G Kruse email re updated claim flag review report (.1); analysis of updated flag review report vs prior report (1.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/7/2013 | 1.4 | $294.00 | Prep email to G Kruse re individual claim flag reports with claim data (.1); analysis of b-Linx re open claims and flags (1.3) |
| NOREVE ROA - CAS | | $95.00 | 8/7/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30928-30939; categorize each new docket entry and flag for further action and follow up as needed |

EXHIBIT 1


information management

WR Grace
Date Range 8/1/2013 - 8/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/7/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/7/2013 | 0.2 | $22.00 | Provide Call Center support for professional inquiry regarding distribution (.1); email correspondence with M.Araki (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/8/2013 | 0.2 | $42.00 | Telephone from V Lafaman/Imperial Capital re record date and processing transfers (.1); prep email to R Higgins re V Lafaman call (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/8/2013 | 0.9 | $189.00 | Analysis of G Kruse email re form for claim flag detail reports (.1); analysis of draft forms (.7); prep email to G Kruse re form for claim flag detail reports (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/8/2013 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.3); revise b-Linx per audit (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/8/2013 | 2.5 | $525.00 | Analysis of notes and docs re pending items (1.7); revise pending item list (.8) |
| NOREVE ROA - CAS | | $95.00 | 8/8/2013 | 0.1 | $9.50 | Review Court Docket Nos.30940-30943; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/8/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/9/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30940-30945,30947 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/9/2013 | 0.4 | $84.00 | Analysis of corresp from Cassman re creditor inquiries (.2); review files re responses (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/9/2013 | 1.0 | $210.00 | Analysis of Court docket re case status |
| NOREVE ROA - CAS | | $95.00 | 8/9/2013 | 0.1 | $9.50 | Review Court Docket Nos.30944-30947; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/9/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/12/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30948 |
| NOREVE ROA - CAS | | $95.00 | 8/12/2013 | 0.1 | $9.50 | Review Court Docket No. 30948; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/12/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/13/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket nos 30949-30957 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/13/2013 | 0.3 | $63.00 | Analysis of S Fritz email re check received, application of funds (.1); prep email to S Fritz re check application (.1); prep email to J Day re CNOs for April, May, June fee apps (.1) |
| NOREVE ROA - CAS | | $95.00 | 8/13/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30949-30957; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/13/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/14/2013 | 0.1 | $9.50 | Review Court docket Nos 30958-30961 categorize each new docket entry and flag for further action and follow up as needed. |
| MIKE BOOTH - MANAGER | | $165.00 | 8/14/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/14/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |

EXHIBIT 1


information management

WR Grace
Date Range 8/1/2013 - 8/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/14/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/15/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30961,30964-30971 |
| MIKE BOOTH - MANAGER | | $165.00 | 8/15/2013 | 0.2 | $33.00 | Discussion with S Cohen re: recently filed related debtor Court docket entries and direction from M Araki re: case correspondence updates required. |
| NOREVE ROA - CAS | | $95.00 | 8/15/2013 | 0.2 | $19.00 | Review Court Docket Nos. 30962-30971; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/15/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/15/2013 | 0.2 | $22.00 | Discussion with M.Booth re: recently filed related debtor Court docket entries and direction from M.Araki re: case correspondence updates required |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/16/2013 | 0.1 | $9.50 | Review Court docket Nos 30972-30976 categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/16/2013 | 0.8 | $168.00 | Prep email to K Becker/Rust re capture of FEIN/SSN from claims docketed (.1); prep email to M John re claim flags (.1); analysis of S Cohen emails to K Becker re claims updates and transfers (.6) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/16/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/19/2013 | 0.1 | $9.50 | Review Court docket Nos 30977-30980 categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/19/2013 | 0.2 | $42.00 | Analysis of S Fritz email re check received, application of funds (.1); prep email to S Fritz re check application (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/19/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/20/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30981-30985 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/20/2013 | 0.4 | $84.00 | Prep email to R Higgins re status of 3rd Circuit appeals (.1); analysis of R Higgins email re estimated date, probable further appeals (.1); analysis of status reports from S Cohen, M John (.1); prep email to team re status of 3rd Circuit appeals (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/20/2013 | 0.8 | $168.00 | Analysis of task list re data review by G Kruse (.3); prep email to G Kruse re data review prior to Effective date (.1); analysis of G Kruse email re data and distribution prep (.1); prep email to G Kruse re distribution addresses (.1); analysis of G Kruse re transfers with distrib addresses (.1); prep email to K Becker/Rust re tax id data capture (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/20/2013 | 2.1 | $441.00 | DRTT analysis and b-Linx audit (1.4); revise b-Linx per audit (.7) |
| NOREVE ROA - CAS | | $95.00 | 8/20/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30972-30980 |
| NOREVE ROA - CAS | | $95.00 | 8/20/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30981-30985; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/20/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |

EXHIBIT 1



WR Grace
Date Range 8/1/2013 - 8/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/20/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/21/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30986-30991 |
| MABEL SOTO - CAS | | $45.00 | 8/21/2013 | 0.2 | $9.00 | Prep Transfer Notice All ACQUISITION CORP re: dkt 30988 and Transfer Notice SOUTHPAW KOUFAX LLC re: dkt 30988 for service |
| MABEL SOTO - CAS | | $45.00 | 8/21/2013 | 0.2 | $9.00 | ECF filing with the Court - Proof of Service Transfer Notice re: Dkt 30988 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/21/2013 | 0.8 | $168.00 | Work with Powertools re claim flag issues (.6); prep emails to S Cohen and M Booth re claim flag issues (.1); analysis of M Booth and S Cohen responses (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/21/2013 | 0.3 | $63.00 | Analysis of S Cohen email re claim flag id table (.2); analysis of M Booth email re related case number info on transfer notice form (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/21/2013 | 0.4 | $84.00 | Analysis of K Becker/Rust email re tax id info captured in Rust data (.1); prep email to G Kruse and J Conklin re tax id info in Rust data files (.1); analysis of J Conklin email re table with Rust data output (.1); analysis of G Kruse email re review of tax id data, issues with data (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 8/21/2013 | 0.2 | $33.00 | Prepare Proof of Service related to transfer notice filed at docket no. 30988 (.1), email to notice group for filing. (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/21/2013 | 0.2 | $39.00 | Analysis of Claims Transfer Notices forwarded to NoticeGroup for production and service to ensure deadlines are calculated accurately |
| NOREVE ROA - CAS | | $95.00 | 8/21/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30986-30991; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/21/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/21/2013 | 0.2 | $22.00 | Discussion with M.Booth re: recently filed Notice of Transfer of Claim related and case correspondence updates required |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/22/2013 | 0.1 | $9.50 | Review Court docket Nos 30993-30998 categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/22/2013 | 1.0 | $210.00 | Continue to work with G Kruse/J Conklin and K Becker re Rust data files and tax ids |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/22/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/23/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 30999-31000 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/23/2013 | 0.6 | $126.00 | Analysis of R Higgins email re claims objection, affidavits and declarations for insufficient document and late filed objections (.1); research files re pleadings requested (.4); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/23/2013 | 0.9 | $189.00 | Analysis of R Higgins email re pleading narrative info re bar dates (.1); research pleadings re info for narrative (.5); prep email to R Higgins re revised pleading narrative (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/23/2013 | 0.9 | $189.00 | Research emails re CDN ZAI BD on 12/31/2009 (.8); prep email to R Higgins re extended bar date for Band Chiefs only (.1) |

EXHIBIT 1


**bmcgroup**
information management

WR Grace
Date Range 8/1/2013 - 8/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/23/2013 | 1.8 | $378.00 | Analysis of Court docket re case status, planning |
| NOREVE ROA - CAS | | $95.00 | 8/23/2013 | 0.1 | $9.50 | Review Court Docket Nos. 30999-31000; categorize each new docket entry and flag for further action and follow up as needed |
| NOREVE ROA - CAS | | $95.00 | 8/23/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 30993-30998 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/23/2013 | 0.2 | $22.00 | Update claim database creditor change of address request forwarded by R.Finke to M.Araki on 8/23/13 (.1); email correspondence with M.Araki, K.Becker (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/23/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/26/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket nos 31001-31009 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/26/2013 | 2.0 | $420.00 | Analysis of R Higgins email re citation info for service of bar date notices (.1); research docket re bar date notice citations (1.7); draft email to R Higgins re citations (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/26/2013 | 0.7 | $147.00 | Prep email to Cassman/Data re research docs served on P Nelson after claim filed (.1); analysis of J Conklin email re service results (.2); analysis of service docs re P Nelson (.4) |
| NOREVE ROA - CAS | | $95.00 | 8/26/2013 | 0.2 | $19.00 | Review Court Docket Nos. 31001-31009; categorize each new docket entry and flag for further action and follow up as needed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/27/2013 | 0.9 | $189.00 | Prep email to K Becker/Rust re Paulette Ramsey Nelson alternate names to research (.1); analysis of Rust proofs of service re Paulette Nelson (.7); prep email to R Higgins re K Becker review of Rust Call Center data (.1) |
| NOREVE ROA - CAS | | $95.00 | 8/27/2013 | 0.1 | $9.50 | Review Court Docket No. 1722; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/27/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/27/2013 | 0.2 | $22.00 | Email correspondence with M.Araki re: claim database updates and research regarding noticing required (.1); update claim database per request(.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/28/2013 | 0.6 | $126.00 | Analysis of K Becker email re Rust Call Center data review results re P Nelson (.1); prep email to R Higgins re declaration of service citations for bar date notice and services (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/28/2013 | 1.0 | $210.00 | Analysis of Court docket re case status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/28/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 8/29/2013 | 0.3 | $28.50 | Audit categorization updates related to Court Docket nos 31010-31017,31020,31025-31027,31029 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/29/2013 | 2.7 | $567.00 | Analysis of pleadings re current Ntc of Filing (.2); analysis of BMC webpage re attorney info per Ntc of Filing (.8); research updated attorney info for BMC webpage (1.3); draft email to Webpages re revisions to BMC webpage (.4) |
| MIKE BOOTH - MANAGER | | $165.00 | 8/29/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |

Case 01-01139-AMC    Doc 31242-1    Filed 10/22/13    Page 8 of 15


information management

WR Grace
Date Range 8/1/2013 - 8/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| NOREVE ROA - CAS | | $95.00 | 8/29/2013 | 0.3 | $28.50 | Review Court Docket Nos. 31010-31029; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/29/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/29/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/30/2013 | 0.2 | $42.00 | Analysis of K Becker email re confirmation of research re alternate names for P Nelson (.1); prep email to R Higgins re Rust confirmation no mailing to P Nelson (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/30/2013 | 3.0 | $630.00 | Analysis of master transfer list re transfers processed (.8); audit data islands re transfers (1.4); revise data islands per audit (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/30/2013 | 2.2 | $462.00 | DRTT analysis and b-Linx audit (1.5); revise b-Linx per audit (.7) |
| NOREVE ROA - CAS | | $95.00 | 8/30/2013 | 0.1 | $9.50 | Review Court Docket Nos. 31030-31032; categorize each new docket entry and flag for further action and follow up as needed |
| | | | Total: | 55.5 | $10,147.00 | |
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/1/2013 | 2.3 | $345.00 | Review/audit of invoice detail uploaded to bLinx. Summarize invoice detail by claim number (.9). Insert invoice detail and reconciliation notes into distribution detail report (1.0). Export to Excel (.3) and forward to M Araki (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/7/2013 | 0.3 | $45.00 | Zip and compress Akso Nobel claims and associated docs (.2). Upload to FTP site and create link for counsel download. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/7/2013 | 1.2 | $180.00 | Generate detail report of claim flags and counts of claims per flag (.9). Export to Excel (.2) and forward to M Araki. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/8/2013 | 1.8 | $270.00 | Author claim flags detail report queries (1.1). Generate sample claims flags reports (.6) and forward to M Araki for review and approval. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/9/2013 | 2.5 | $375.00 | Run first batch of claim flags detail report (1.0). Generate claims report split into separate files by claim flag (1.0). Export to Excel and format. (.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/9/2013 | 2.5 | $375.00 | Run second batch of claim flags detail report (1.0). Generate claims report split into separate files by claim flag (1.0). Export to Excel and format (.5). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/9/2013 | 3.0 | $450.00 | Run third and final batch of claim flags detail report (1.3). Generate claims report split into separate files by claim flag (1.2). Export to Excel and format (.5). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/15/2013 | 1.2 | $180.00 | Generate monthly detail claims report for non asbestos claims (.9). Export to Excel (.2) and forward to S Cohen (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/15/2013 | 1.0 | $150.00 | Review/audit of non asbestos claims to verify counts and current deemed amounts reconcile to detail report. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/20/2013 | 0.6 | $90.00 | Compress and combine M Jones Sealed Air documents (.3). Upload to FTP site and forward link to M Araki for counsel download. (.3) |

Page 7 of 12

EXHIBIT 1



WR Grace
Date Range 8/1/2013 - 8/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/20/2013 | 1.5 | $225.00 | Review of open items for upcoming cash distribution (1.2). Confirm with M Araki current distribution task list (.3). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/20/2013 | 1.5 | $225.00 | Generate listing of transferred claims that have a distribution address associated with the original claim owner (1.1). Export to Excel and forward to M Araki (.4). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/21/2013 | 0.7 | $105.00 | Research and review of source claims data from Rust. Determine if SSN's present (.4). Verify count of claims with SSN's. (.3) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 8/21/2013 | 0.3 | $28.50 | Review and verify tax ID information for all filed claims (.2). Forward information to project team for further review. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/22/2013 | 2.7 | $405.00 | Review/audit of source claims data from Rust (1.0). Determine fields with SSN's (.7). Parse out and and clean SSN data by claim number (1.0). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 8/22/2013 | 1.5 | $225.00 | Generate source data for SSN's (.4). Update distribution detail report template to add in column for SSN's (.2). Generate draft distribution report (.8) and forward to M Araki for review. (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 8/26/2013 | 0.1 | $9.50 | Review and respond to correspondence with project team re the verification of service information for creditor Paulette Ramsey Nelson. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 8/26/2013 | 0.5 | $47.50 | Prepare report of notices served to creditor Paulette Ramsey Nelson (.3); review and verify data (.2) |
| | | | Total: | 25.2 | $3,730.50 | |
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/1/2013 | 1.5 | $315.00 | Analysis of G Kruse email re revised undisputed claims report with add'l data detail (.1); begin review of revised undisputed claims report with add'l data (1.4) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/1/2013 | 1.5 | $292.50 | Continued review and analysis of proofs of claims affected by stipulations or orders for updating claims and distribution databases |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/1/2013 | 0.5 | $55.00 | Conference call with M.Araki re; analysis of de-minimus claim data and archived files, correspondence with counsel |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/2/2013 | 3.5 | $735.00 | Continue analysis of G Kruse revised undisputed report with add'l data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/5/2013 | 4.5 | $945.00 | Continue analysis of G Kruse revised undisputed report with add'l data (2.0); revise report per client request (2.3); prep email to S Scarlis, R Higgins, A Schlesinger re revised undisputed report with add'l data (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/5/2013 | 4.2 | $819.00 | Analysis of pleadings affecting claims for updating claims and distribution databases (2.3); review and analyze proofs of claim affected by orders, settlements or stipulations for updating claims and distribution databases (1.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/6/2013 | 1.0 | $210.00 | Analysis of R Higgins email re open/unresolved reports for VSPP, employees and other claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/6/2013 | 1.0 | $210.00 | Revise b-Linx per info from R Higgins open/unresolved reports |

EXHIBIT 1



WR Grace
Date Range 8/1/2013 - 8/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/8/2013 | 2.1 | $409.50 | Continued analysis of claims affected by stipulations or orders (1.0); analysis of underlying pleadings for updating claims database for preparing reports for proposed distribution (1.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/9/2013 | 2.1 | $441.00 | Analysis of distribution tracking database (1.3); analysis of pending items list (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/9/2013 | 2.0 | $420.00 | Revise distribution tracking database per pending items analysis |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/9/2013 | 3.1 | $604.50 | Continued analysis of proofs of claims affected by stipulations/orders for coordinating updating claims and distribution databases (1.6); analysis of related pleadings re affected proofs of claims (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/12/2013 | 3.1 | $651.00 | Analysis of G Kruse email re individual claim flag reports (.1); begin analysis of individual claim flag reports (3.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/12/2013 | 3.0 | $630.00 | Revise b-Linx re claim flag audit (1.8); revise effective date contingency report per claim flag audit (1.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/12/2013 | 4.3 | $838.50 | Continued analysis of proofs of claims affected by orders/stipulations (2.9); review and analyze related orders/stipulations for updating claims and distribution databases (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/13/2013 | 4.5 | $945.00 | Continue analysis of individual claim flag reports (3.0); continue revision of b-Linx re claim flag audit (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/13/2013 | 1.5 | $315.00 | Revise distribution tracker re claim flag audit |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/13/2013 | 1.5 | $315.00 | Prep list of data revisions for G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/14/2013 | 3.5 | $735.00 | Further analysis of individual claim flag reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/14/2013 | 2.8 | $588.00 | Further revision of b-Linx re claim flag audit (2.0); prep list of data revisions for G Kruse (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/14/2013 | 1.0 | $210.00 | Continue prep list of data revisions for G Kruse |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/14/2013 | 3.0 | $585.00 | Continued analysis of claims affected by Stipulations/Settlement and Orders in preparation for post-Effective Date distribution (1.5); analysis of related pleadings for updating claims and distribution databases (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/15/2013 | 3.4 | $714.00 | Continue analysis of individual claim flag reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/15/2013 | 2.8 | $588.00 | Continue revision of b-Linx re claim flag audit (1.8); revise list of data revisions for G Kruse (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/15/2013 | 1.3 | $273.00 | Revise distribution tracker re claim flag audit |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/16/2013 | 3.2 | $672.00 | Continue analysis of individual claim flag reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/16/2013 | 2.6 | $546.00 | Continue revision of b-Linx re claim flag audit (1.8); revise list of data revisions for G Kruse (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/16/2013 | 1.6 | $336.00 | Revise effective date contingency report per claim flag audit (.8); revise distribution tracking report per claim flag audit (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/19/2013 | 4.5 | $945.00 | Analysis of individual claim flag reports (2.8); revise b-Linx re claim flag audit (1.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/19/2013 | 1.4 | $294.00 | Revise Distribution tracker re claim flag audit |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/21/2013 | 3.2 | $672.00 | Continue analysis of individual claim flag reports (2.0); continue revision of b-Linx re claim flag audit (1.2) |

EXHIBIT 1



WR Grace
Date Range 8/1/2013 - 8/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/21/2013 | 1.7 | $357.00 | Revise Effective Date Contingency, and Hold report for R Higgins |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/21/2013 | 0.2 | $39.00 | Communication with M Araki re claim flags and appropriate updates to claims database |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/22/2013 | 3.0 | $630.00 | Continue analysis of individual claim flag reports (2.0); continue revision of b-Linx re claim flag audit (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/22/2013 | 1.0 | $210.00 | Revise tracking reports per claim flag audit |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/26/2013 | 2.6 | $546.00 | Analysis of effective date chart from R Higgins (.8); prep pre-effective date list for R Higgins (1.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/26/2013 | 1.0 | $210.00 | Analysis of various reports and memos re pre-effective date list |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/26/2013 | 3.4 | $663.00 | Analysis of claims affected by Orders, Settlements or Stipulations for updating claims database for preparing claims liability report for proposed distribution (1.9); review and analysis of related pleadings affecting proofs of claims for distribution report (1.5) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/27/2013 | 3.8 | $741.00 | Continued analysis of proofs of claims affected by Order/Stipulation for appropriate updates (1.5); analysis of appropriate pleadings affecting claims (2.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/28/2013 | 6.4 | $1,248.00 | Continued review and analysis of claims affected by Orders or Stipulations for updating claims database in connection with post-effective date distribution (3.9); analysis of underlying pleadings for updating claims database (2.5) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/29/2013 | 2.7 | $526.50 | Continued research and analysis of claims affected by orders, settlements or stipulations for updating claims and distribution databases |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/30/2013 | 5.9 | $1,150.50 | Analysis of Stipulations and Orders affecting proofs of claims (3.5); analysis of claims affected by Stipulations/Orders for updating claims and distribution databases in preparation of claims liability reports in connection with anticipated post-confirmation distribution(2.4) |
| | | | Total: | 110.9 | $22,630.00 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/1/2013 | 1.1 | $231.00 | Prep Jun 13 fee app exhibits (.3); analysis of exhibits (.2); finalize Jun 13 fee app (.3); emails with M John re fee app (.2); prep email to P Cuniff/PSZJ re filing Jun fee app (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/1/2013 | 0.4 | $78.00 | Email exchanges with M Araki re BMC fee applications (.1); review monthly and quarterly fee applications, execute as appropriate (.2) and forward to MAraki for filing (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/4/2013 | 0.3 | $58.50 | Email exchanges with M Araki re appropriate response to comments from Bobbie Ruhlander re BMC 48th quarter fee application |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/6/2013 | 0.3 | $58.50 | Review email from M Araki re 48th BMC fee application calculation discrepancy (.1); prepare email to Bobbi Ruhlander confirming corrected calculation for final report (.2) |

Page 10 of 12

EXHIBIT 1



WR Grace
Date Range 8/1/2013 - 8/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/29/2013 | 1.9 | $399.00 | Analysis of Order setting 49Q Fee App hearing (.1); prep 49Q fee app (.7); prep 49Q fee app exhibits (.4); analysis of exhibits (.6); prep email to M John re review/signature of fee app (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/29/2013 | 0.6 | $126.00 | Revise Ntc of Filing re updated info (.4); revise 49Q fee app (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/29/2013 | 0.1 | $19.50 | Email exchanges with M Araki re July Monthly and 49th Qtr fee apps |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/30/2013 | 0.7 | $147.00 | Analysis of M John email re 49Q sig pages (.1); finalize 49Q fee app and exhibits (.3); finalize Ntc of Filing (.1); emails to/from Pachulski firm re filing (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 8/30/2013 | 0.3 | $58.50 | Email exchanges with M Araki re Monthly fee invoice and 49th Qtrly fee application (.1); review and sign for filing and service as appropriate (.2) |
| | | | Total: | 5.7 | $1,176.00 | |
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/1/2013 | 1.0 | $210.00 | Telephone to S Cohen re review of folders, corresp re R Finke worksheet re claims per L Sinayan email (.5); analysis of emails from S Cohen re files received from L Sinanyan (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/1/2013 | 0.6 | $126.00 | Analysis of R Higgins email re Home Insurance claim (.1); research and reply (.1); analysis of S Cohen email re Omni 25 pending items report (.1); analysis of Omni 25 report (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/1/2013 | 0.6 | $66.00 | Analyze pending 25th Omnibus Objection data per M.Araki request (.3); prepare claim/objection data file (.2); email correspondence with M.Araki (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/5/2013 | 1.3 | $273.00 | Analysis of case status, planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/6/2013 | 0.9 | $189.00 | Telephone to R Higgins re Akzo Nobel claim and Omni 25 objection pending (.1); analysis of R Higgins email re Akzo/ C N A docs (.1); research b-Linx and files re docs requested (.6); prep email to G Kruse re zip file for docs (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/7/2013 | 0.3 | $63.00 | Analysis of L Gardner email re Coviden/Southpaw split transfer in process (.1); analysis of G Kruse email re Akzo zip file (.1); prep email to R Higgins re Akzo research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/7/2013 | 1.3 | $273.00 | Analysis of master transfer database (.7); analysis of b-Linx re transfer audit (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/8/2013 | 0.2 | $42.00 | Analysis of L Gardner email re status of Wolter and Owens claims (.1); prep email to L Gardner re initial review of Wolter & Owens claim status (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/12/2013 | 0.8 | $168.00 | Analysis of R Higgins email re attny/contact info for C N A and Akzo (.1); analysis of claims, files and public records (.5); prep email to R Higgins re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/12/2013 | 0.3 | $63.00 | Prep email to L Gardner re details on Wolter and Owens claims, interest issue (.2); analysis of L Gardner email re Wolter & Owens info (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 8/15/2013 | 0.2 | $33.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration (.1); update b-Linx as required. (.1) |

EXHIBIT 1


information management

WR Grace
Date Range 8/1/2013 - 8/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/15/2013 | 0.3 | $33.00 | Begin analysis and preparation of monthly reports (.2); email correspondence with G.Kruse, M.Booth re: reporting requirements (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 8/16/2013 | 0.1 | $16.50 | Discussion with S Cohen re: preparation and analysis of monthly claim transfer detail report. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/16/2013 | 0.2 | $22.00 | Complete analysis and preparation of monthly reports (.1); email correspondence with K.Becker at Rust Consulting (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/20/2013 | 1.0 | $210.00 | Analysis of M Jones/K&E email re Sealed Air & related claims (.1); analysis of b-Linx re research request (.8); prep file re documents requested (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/20/2013 | 0.4 | $84.00 | Prep email to G Kruse re zip file for M Jones (.1); prep email to M Jones re research results for Sealed Air, inquiry re add'l research (.2); analysis of G Kruse email re zip file, forward to M Jones (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/20/2013 | 1.3 | $273.00 | Telephone form M Jones re review of Scheds and Omni 21, docs requested (.1); research files re Schedules, Omni 21 objections and Sealed Air/related entities (1.0); prep email to M Jones re research results (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 8/21/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 8/21/2013 | 0.1 | $16.50 | Analysis of b-Linx re: one claim transfer (Dkt 30988). |
| MIKE BOOTH - MANAGER | | $165.00 | 8/21/2013 | 0.4 | $66.00 | Prepare two 21 day notices (Docket 30988) (.3), forward to notice group for service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 8/21/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 30988). |
| MIKE BOOTH - MANAGER | | $165.00 | 8/21/2013 | 0.1 | $16.50 | Update 21 day and Courtesy templates with new information pursuant to email direction from M Araki. |
| MIKE BOOTH - MANAGER | | $165.00 | 8/21/2013 | 0.2 | $33.00 | Discussion with S Cohen re: recently filed Notice of Transfer of Claim related and case correspondence updates required. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/22/2013 | 1.3 | $273.00 | Analysis of R Higgins email re Paulette Ramsey Nelson claim, research request (.1); analysis of files re claim, bar date service (.8); prep email to G Kruse re Ms Nelson and PI database review (.1); analysis of G Kruse email re research results (.1); prep email to R Higgins re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/23/2013 | 0.4 | $84.00 | Analysis of R Finke email re DuraValve corresp and handling (.1); research b-Linx re DuraValve (.1); prep email to R Finke re DuraValve claim, process/handling re other inquiries (.1); prep email to Cassman re DuraValve COA (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 8/27/2013 | 0.8 | $168.00 | Analysis of R HIggins email re Sukenik claim and update to status (.1); analysis of documents (.3); multiple emails to/from R Higgins re interest commence date (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 8/29/2013 | 0.9 | $99.00 | Analyze Court docket numbers 30666 to 31028 (.4); audit claim updates performed (.2); update claim database (.2); email correspondence with M.Araki re: pending Court docket entries (.1) |
| | | | Total: | 15.2 | $2,933.50 | |
| | | | Grand Total: | 222.0 | $42,612.00 | |

EXHIBIT 1



## WR Grace
## Professional Activity Summary
### Date Range: 8/1/2013 - 8/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos PI Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 9.5 | $1,995.00 |
| Total: | | 9.5 | $1,995.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.2 | $9.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 3.4 | $323.00 |
| Mabel Soto | $45.00 | 0.4 | $18.00 |
| Noreve Roa | $95.00 | 2.6 | $247.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.8 | $132.00 |
| Myrtle John | $195.00 | 0.2 | $39.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 6.8 | $748.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 41.1 | $8,631.00 |
| Total: | | 55.5 | $10,147.00 |
| **WRG Data Analysis** | | | |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 24.3 | $3,645.00 |
| SR_ANALYST | | | |
| Jacqueline Conklin | $95.00 | 0.9 | $85.50 |
| Total: | | 25.2 | $3,730.50 |
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 40.6 | $7,917.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 0.5 | $55.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 69.8 | $14,658.00 |
| Total: | | 110.9 | $22,630.00 |
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 1.4 | $273.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 4.3 | $903.00 |
| Total: | | 5.7 | $1,176.00 |



## WR Grace
## Professional Activity Summary
### Date Range: 8/1/2013 - 8/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.3 | $214.50 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 2.0 | $220.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 11.9 | $2,499.00 |
| Total: | | 15.2 | $2,933.50 |
| Grand Total: | | 222.0 | $42,612.00 |