**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_130831**
**Expense Summary**

| Period Ending 8/31/2013 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $89.90 |
| | Noticing Production | $0.92 |
| | Website Hosting | $250.00 |
| | **Total** | **$1,540.82** |

EXHIBIT 2