# EXHIBIT 1


**bmcgroup**
information management

WR Grace
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/5/2013 | 1.5 | $315.00 | Telephone to R Higgins re St Paul claim 13959 and review of undisputed claim comparison report (.5); review/revise claims data re updates per R Higgins discussion (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/5/2013 | 1.0 | $210.00 | Analysis of claims data file re Class 6-C, 7-C claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/11/2013 | 0.9 | $189.00 | Analysis of R Higgins email re Class 7 A count and dollars (.1); analysis of files re Class 7 A claims reports (.3); analysis of reports re current status (.4); prep email to R Higgins re Class 7 A current report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/13/2013 | 0.4 | $84.00 | Analysis of R Higgins email re claim 3405 and claims register address issue (.1); analysis of b-Linx re address issue (.2); prep email to Cassman re claim 3405 address revision (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2013 | 0.7 | $147.00 | Telephone from R Higgins, A Schlesinger re Class 7-A claims report and data (.1); prep ART report re indemnification claim flag (.3); analysis of report (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/25/2013 | 0.2 | $42.00 | Analysis of M John email re Oldon claim 11301, b-Linx data (.1); prep email to M John re b-Linx data, data islands for distribution info (.1) |
| | | | Total: | 4.7 | $987.00 | |
| **WRG Case Administration** | | | | | | |
| NOREVE ROA - CAS | | $95.00 | 9/2/2013 | 0.2 | $19.00 | Review Court Docket Nos. 31033-31042; categorize each new docket entry and flag for further action and follow up as needed |
| MARISTAR GO - CAS | | $95.00 | 9/3/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 31030 31031 31032 31033 31034 31035 31036 31037 31038 31039 31040 31041 31042 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/3/2013 | 0.3 | $63.00 | Analysis of status emails from M John, S Cohen, K Martin (.1); prep email to team re appeal status, projects (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/3/2013 | 0.2 | $39.00 | Weekly status report |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/3/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/3/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/4/2013 | 0.3 | $28.50 | Review Court docket Nos 31043-31058 categorize each new docket entry and flag for further action and follow up as needed. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/4/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 9/5/2013 | 0.2 | $13.00 | Email exchange w/ M Booth transmitting Proof of Svc for filing (.1); ECF file Proof of Svc - Ntc Trans Claim (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 9/5/2013 | 0.2 | $33.00 | Prepare one Proof of Service related to transfer notice filed at docket 31047 (.1), email to notice group for filing.(.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 9/5/2013 | 0.2 | $9.00 | Review COA's Postage for previous month (.1); prep production billing (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 9/5/2013 | 0.2 | $9.00 | Prep Transfer Notice SOUTHPAW CREDIT OPPORTUNITY MASTER FUND LP re: dkt 31047 and Transfer Notice TYCO HEALTHCARE GROUP LP re: dkt 31047 for service |



WR Grace
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/5/2013 | 0.2 | $39.00 | Analysis of transfer notice re Tyco Healthcare claim to Southpaw forwarded to NoticeGroup for production and service (.1); coordinate as appropriate (.1) |
| MARISTAR GO - CAS | | $95.00 | 9/6/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 31046 31048 31060 31061 31062 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/6/2013 | 0.3 | $63.00 | Prep email to A Schlesinger/Blackstone re add'l interest info needed (.2); prep email to K Becker re claims 15325 and 15353 to review re possible voids (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/6/2013 | 1.5 | $315.00 | Analyze webpage re revisions for counsel info, other links (.7); prep email to Webpages re revisions to BMC webpage (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/6/2013 | 1.4 | $294.00 | Analysis of Court docket re case status |
| NOREVE ROA - CAS | | $95.00 | 9/6/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 31043-31045; 31049-31058 |
| NOREVE ROA - CAS | | $95.00 | 9/6/2013 | 0.1 | $9.50 | Review Court Docket Nos. 31046, 31048, 31059-31062; categorize each new docket entry and flag for further action and follow up as needed |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/7/2013 | 0.2 | $19.00 | Review Court docket Nos 31063-31073 categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2013 | 0.2 | $42.00 | Analysis of B Ruhlander email re 49 Qtrly fee app issue (.1); prep email to B Ruhlander re issue investigation (.1) |
| NOREVE ROA - CAS | | $95.00 | 9/9/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 31063-31073 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/9/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/10/2013 | 0.2 | $19.00 | Review Court docket Nos 31074-31082 categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/10/2013 | 0.2 | $42.00 | Analysis of creditor corresp from Mr Kaliski/Stur-Dee Metal re case status (.1); prep email to Mr Kaliski re plan confirmation still on appeal (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/10/2013 | 0.5 | $105.00 | Analysis of V Nacorda email re webpage updates completed (.1); analysis of updated webpage (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/10/2013 | 0.2 | $42.00 | Analysis of T Marshall email re creditor M Chakarian call (.1); analysis of S Cohen email re confirmation of voids per Rust email (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/10/2013 | 2.5 | $525.00 | DRTT analysis and b-Linx audit (1.7); revise b-Linx per audit (.8) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/10/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| TERRI MARSHALL - MANAGER | | $185.00 | 9/10/2013 | 0.2 | $37.00 | Telephone with Margaret Chakarian at (978) 475-4867 / RE: inquiry re ballot located, husband deceased, case status; advise distributions pending, forwarding updated contact info to Project team |
| TERRI MARSHALL - MANAGER | | $185.00 | 9/10/2013 | 0.1 | $18.50 | Prep email to M Araki re Margaret Chakarian telecon. |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/11/2013 | 0.3 | $28.50 | Review Court docket Nos 31083-31101 categorize each new docket entry and flag for further action and follow up as needed. |
| MIKE BOOTH - MANAGER | | $165.00 | 9/11/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |



WR Grace
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| NOREVE ROA - CAS | | $95.00 | 9/11/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 31074-31078, 31080-31082 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/11/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/11/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| NOREVE ROA - CAS | | $95.00 | 9/12/2013 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos. 31083-31101 |
| NOREVE ROA - CAS | | $95.00 | 9/12/2013 | 0.2 | $19.00 | Review Court Docket Nos.31102-31116; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/12/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/13/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/13/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: claim database updates required related to distribution address |
| NOREVE ROA - CAS | | $95.00 | 9/14/2013 | 0.1 | $9.50 | Review Court Docket Nos. 31117-31122; categorize each new docket entry and flag for further action and follow up as needed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/16/2013 | 0.4 | $84.00 | Analysis of R Higgins email re Home Insurance and treatment as Class 6-C per L Esayian email (.1); analysis of S Cohen email re issues with claim 3405 distribution address (.2); prep email to S Cohen re doc to append to schedule record s74338 (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/16/2013 | 0.9 | $189.00 | Email to/from S Cohen re rescheduling bi-monthly file reports to Rust Consulting (.2); analysis of T Marshall email re A Brook/Southpaw inquiry re copies of schedules (.1); telephone with A Brooks re schedule availability (.2); prep memo to R Higgins re A Brooks call (.1); emails with R Higgins emails re schedules, availability, filings (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/16/2013 | 0.4 | $44.00 | Audit previously performed creditor/claim data updates per M.Araki request related to distribution address (.3); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/16/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| TERRI MARSHALL - MANAGER | | $185.00 | 9/16/2013 | 0.2 | $37.00 | Telephone with Alex Brook of Southpaw at (203) 862-6222 / RE: unable to access schedules from cm/ecf due to age, inquiring as to copy from BMC (.1); prep email to M Araki re Mr. Brooks inquiry (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/17/2013 | 0.5 | $47.50 | Audit categorization updates related to Court Docket nos 31102-31106,31107-31120-.3; 31121-31132-.2 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/17/2013 | 0.2 | $42.00 | Analysis of R Higgins email re 3rd Qtr SEC review, early submission (.1); prep email to S Cohen re 3rd Qtr reporting early submission (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/17/2013 | 0.2 | $42.00 | Analysis of emails from M John, S Cohen, K Martin re project status (.1); prep email to team re project status (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/17/2013 | 0.3 | $63.00 | Email to/from M John re 49 Qtr fee app issue (.1); prep email to B Ruhlander re 49 Qtr fee adjustment (.1); prep email to S Fritz re 49 Qtr fee adjustment (.1) |
| NOREVE ROA - CAS | | $95.00 | 9/17/2013 | 0.2 | $19.00 | Review Court Docket Nos. 31123-31132; categorize each new docket entry and flag for further action and follow up as needed |

EXHIBIT 1



WR Grace
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/17/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/17/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/17/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: claim database updates required per creditor change of address request forwarded by counsel on 9/17/13 |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/18/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 3113-3115 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/18/2013 | 0.3 | $63.00 | Analysis of emails from R Higgins re new docket entries for 2011 claims registers (.1); prep email to R Higgins re no info on 2011 claims registers (.1 ); prep email to K Becker re 2011 claims registers (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/18/2013 | 0.5 | $105.00 | Analysis of R Higgins email re 3rd Circuit appeals orders re Anderson, Crown, Montana and Garlock (.2); prep email to R Higgins re posting on BMC website (.1); prep emails to M John, K Martin, T Feil and S Cohen re 3rd Circuit appeals orders (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/18/2013 | 0.8 | $168.00 | Analysis of webpage re revisions/updates to add in 3rd Circuit orders |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/18/2013 | 0.2 | $39.00 | Email exchanges with M Araki re status update re disposition of pending appeals and effects on effective date |
| NOREVE ROA - CAS | | $95.00 | 9/18/2013 | 0.1 | $9.50 | Review Court Docket No. 31133; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/18/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| DEBRA CHOULOCK - CAS | | $45.00 | 9/19/2013 | 0.2 | $9.00 | Analysis of corresp and returned mail (.1); prep emails to Cassman re preocessing (.1) |
| MABEL SOTO - CAS | | $45.00 | 9/19/2013 | 0.1 | $4.50 | Prep Transfer Notice Towson Medical Equipment Co Inc Re: Dkt 31105; and Transfer Notice Fair Harbor Capital Re: Dkt 31105 for service |
| MABEL SOTO - CAS | | $45.00 | 9/19/2013 | 0.1 | $4.50 | ECF filing with the Court - Proof of Service Transfer Notice re: dkt 31105 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2013 | 0.4 | $84.00 | Weekly call with R Finke, R Higgins, S Scarlis re allowed claims exhibit, VSPP list, employee list (.3); analysis of R Higgins email re revised employee claim summary (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2013 | 0.3 | $63.00 | Emails from/to R Higgins email re 3rd Qtr footnote to SEC 10Q (.2); prep email to S Cohen re R Higgins request (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 9/19/2013 | 0.2 | $33.00 | Prepare Proof of Service related to transfer notice filed at docket no. 31105 (.1); email to notice group for filing. (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/19/2013 | 0.2 | $39.00 | Claims Transfer: Analysis of Transfer Notice re Townson Medical Equipment claim to Fair Harbor Capital forwarded to NoticeGroup for production and service |
| NOREVE ROA - CAS | | $95.00 | 9/19/2013 | 0.1 | $9.50 | Review Court Docket Nos. 31136-31141; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/19/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/20/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 31136-31137,31139,31141 |



WR Grace
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| ERIN KRAMER - CAS | | $65.00 | 9/20/2013 | 0.1 | $6.50 | Prep 1 Piece of Correspondence for Processing to Cassman |
| MIKE BOOTH - MANAGER | | $165.00 | 9/20/2013 | 0.1 | $16.50 | Telephone with Ken Churchill Jr. at (414) 774-2155 / RE: status of Class Action. Explained that a distribution date is not known at this time. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/20/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARISTAR GO - CAS | | $95.00 | 9/23/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 31140 31143 31144 31146 31147 31148 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/23/2013 | 0.3 | $63.00 | Analysis of R Higgins email re Class 7-A and allowed claims exhibit (.1); telephone to R Higgins re allowed claims exhibit revisions (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/23/2013 | 0.4 | $84.00 | Analysis of S Cohen email re 3rd Qtr SEC info (.1); analysis of S Cohen email re draft 3rd Qtr SEC info, issues (.2); prep emails to S Cohen re resolution of issues (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/23/2013 | 0.7 | $147.00 | Prep email to G Kruse re bWorx setup for VSPP files (.3); analysis of G Kruse email re bWorx test sub-site (.1); test bWorx sub-site (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/23/2013 | 2.0 | $420.00 | Analysis of files and pleadings re prep for SEC 3rd Qtr reporting |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/23/2013 | 0.5 | $105.00 | Emails to/from S Scarlis, R Higgins, R Finke re vdr/bWorx choices (.2); prep email to G Kruse re comments re bWorx test site (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/23/2013 | 1.4 | $294.00 | Analysis of Court docket re case status |
| NOREVE ROA - CAS | | $95.00 | 9/23/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 31134-31135 |
| NOREVE ROA - CAS | | $95.00 | 9/23/2013 | 0.1 | $9.50 | Review Court Docket Nos. 31140, 31142-31148; categorize each new docket entry and flag for further action and follow up as needed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/23/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/24/2013 | 1.2 | $252.00 | Analysis of S Cohen email re 3rd Qtr SEC info (.6); analysis of draft 3rd Qtr footnote from R Higgins (.3); revise draft 3rd Qtr SEC footnote and prep compare (.2); prep email to R Higgins re revised 3rd Qtr SEC footnote (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/24/2013 | 2.0 | $420.00 | Analysis of G Kruse emails re revised bWorx site (.1); analysis of revised bWorx site and testing (.6); various emails to/from G Kruse re revisions to bWorx site, add'l links, parties with access, unpacking folders (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/24/2013 | 0.6 | $126.00 | Analysis of S Cohen emails to K Becker re claims affected by order and transfer updates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/24/2013 | 0.6 | $126.00 | Analysis of G Kruse email re final revisions to bWorx, user access (.1); analysis and testing of final revisions to bWorx (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/24/2013 | 1.8 | $378.00 | DRTT analysis and b-Linx audit (1.2); revise b-Linx per audit (.6) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/24/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/24/2013 | 0.2 | $22.00 | Update claim database per creditor change of address request received by Call Center on 9/19/13 |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/25/2013 | 0.2 | $19.00 | Review Court docket Nos 31149-31159, categorize each new docket entry and flag for further action and follow up as needed. |



WR Grace
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/25/2013 | 0.5 | $105.00 | Analysis of G Kruse email re bWorx VSPP site update (.1); prep emails to K Blood, S Scarlis, R Finke, J Day, R Higgins re bWorx access, login info (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/25/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/26/2013 | 0.1 | $9.50 | Review Court docket Nos 31161-31165 categorize each new docket entry and flag for further action and follow up as needed. |
| ERIN KRAMER - CAS | | $65.00 | 9/26/2013 | 0.1 | $6.50 | Prep 1 Piece of Correspondence for Processing to Cassman |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/26/2013 | 0.7 | $147.00 | Analysis of G Kruse email re new user info for Blackstone, R Higgins log-in issues with bWorx (.2); emails to/from R Higgins, G Kruse re resolving log-in issues (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/26/2013 | 0.5 | $105.00 | Emails to/from G Kruse re add'l info, instructions re bWorx |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/26/2013 | 0.3 | $63.00 | Analysis of S Cohen emails re COA from McMillan and doc request, COA issue on claim 3405 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/26/2013 | 1.2 | $252.00 | Analysis of project status, case planning |
| NOREVE ROA - CAS | | $95.00 | 9/26/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 31149, 31151-31161 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/26/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/26/2013 | 0.3 | $33.00 | Update claim database per recently received creditor change of address requests (.2); email correspondence with M.Araki (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/27/2013 | 0.1 | $9.50 | Review Court docket Nos 31166-31175 categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/27/2013 | 0.2 | $42.00 | Analysis of K Becker/Rust email re late filed US and Canadian ZAI claims data file (.1); prep email to M John re data file (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 9/27/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/27/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/27/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 9/28/2013 | 0.1 | $9.50 | Review Court docket Nos 31176 categorize each new docket entry and flag for further action and follow up as needed. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/30/2013 | 0.5 | $105.00 | Analysis of T Marshall email re call from Pittsburgh Corning re claims register info (.1); analysis of b-Linx and claims register re claim (.2); prep email to T Marshall re research results (.1); analysis of T Marshall email re add'l contact (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/30/2013 | 1.3 | $273.00 | Analysis of pleadings for posting on website, revisions to be made |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/30/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| TERRI MARSHALL - MANAGER | | $185.00 | 9/30/2013 | 0.2 | $37.00 | Telephone with Joe Nese of Pittsburgh Corning at (724) 327-6100 / RE: clarification regarding information on claims registers |



WR Grace
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| | | | Total: | 41.8 | $7,436.00 | |
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/5/2013 | 1.5 | $225.00 | Update selected claims statuses and distribution classes as per M Araki review/audit. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/5/2013 | 1.4 | $210.00 | Update distribution detail report data sources in prep for generation of undisputed claims report. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/5/2013 | 1.8 | $270.00 | Generate updated PDF and Excel versions of undisputed claims report (1.7). Forward to M Araki for review (.1). |
| VINCENT NACORDA - CAS | | $75.00 | 9/10/2013 | 0.5 | $37.50 | Updated the website gen info page as requested by M Araki. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 9/13/2013 | 0.1 | $9.50 | Review and respond to correspondence with project manager re a preparation of a file for the Missouri Tax proof of claims and claims report. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 9/13/2013 | 0.2 | $19.00 | Review and prepare a file for the Missouri Tax proof of claims and claims report. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 9/17/2013 | 0.2 | $19.00 | Review (.1) and respond (.1) to various correspondence with project manager re the preparation of a undisputed claims report. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 9/17/2013 | 2.0 | $190.00 | Prepare updated undisputed claims report which included a tab for reconciliation notes and invoice detail information (1.5); review and verify data (.5) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/23/2013 | 1.7 | $255.00 | Coordinate/setup secure files upload site for storage of VSPP source file. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/24/2013 | 1.3 | $195.00 | Generate updated monthly active and inactive claims report (.8). Export to Excel (.4) and forward to S Cohen. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/24/2013 | 1.7 | $255.00 | Customize secure bWorx site for upload of personnel files as per M Araki review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/24/2013 | 1.5 | $225.00 | Uncompress VSPP source files, split into folders and upload to secure site. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/24/2013 | 0.6 | $90.00 | Create user accounts for Grace personnel/counsel for secure file site (.5). Forward usernames and passwords to M Araki (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/25/2013 | 0.3 | $45.00 | Create additional user accounts for secure file site (.2). Forward usernames and passwords to M Araki (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/26/2013 | 1.0 | $150.00 | Test new user logins to secure file site (.5). Test connectivity of secure file site (.5). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/26/2013 | 1.0 | $150.00 | Generate updated backup image of secure file site after new modifications. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 9/26/2013 | 1.8 | $270.00 | Rerun undisputed claims report (.9). Verify current counts of claims flagged for distribution (.9) |
| | | | Total: | 18.6 | $2,615.00 | |
| **WRG Distribution** | | | | | | |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 9/3/2013 | 0.4 | $54.00 | Communication w/ BMC project team re: status of confirmation hearing, order, appeals (.2) and communication w/ DTC regarding status (.2) |



WR Grace
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/3/2013 | 1.7 | $357.00 | Analysis of draft effective date contingency report (.7); analysis of hold report (.4); analysis of open items report (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/3/2013 | 1.8 | $378.00 | Revise effective date contingency report (.8); revise hold report (.5); revise open items report (.5) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/3/2013 | 2.9 | $565.50 | Analyzing POC's affected by orders or stipulations for updating distribution data (1.0); research and analyze related pleadings (1.9) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/4/2013 | 3.9 | $760.50 | Analysis of orders, settlement and stipulations affecting proofs of claims (2.6); auditing claims affected by orders, settlements and stipulations for preparation of reports for post-effective date distribution (1.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/4/2013 | 0.2 | $39.00 | Email exchange with M Araki re updating plan class information in claims database for distribution report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/5/2013 | 0.6 | $126.00 | Work with G Kruse re updated undisputed claims report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/5/2013 | 2.5 | $525.00 | Analysis of updated undisputed claims report from G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/5/2013 | 2.1 | $441.00 | Revise updated undisputed claims report (2.0); prep email to R Higgins re updated undisputed claims report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/5/2013 | 0.4 | $84.00 | Analysis of R Higgins email re LAUSD and Oldon distribution classes (.1); analysis of b-Linx re distribution classes (.1); revise b-Linx and undisputed claims report re LAUSD and Oldon (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/6/2013 | 2.0 | $420.00 | Continue analysis and revision of updated undisputed claims report (1.8); prep email to R Higgins re revisions to report (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/6/2013 | 0.9 | $189.00 | Prep list of revisions to data islands for G Kruse re undisputed claims report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2013 | 1.8 | $378.00 | Analysis of notes, corresp and files re open items for discussion on Grace call |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2013 | 0.6 | $126.00 | Prep email to R Higgins re list of open items for Grace call |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2013 | 0.7 | $147.00 | Prep ART report re indirect trust claims (.3); analysis of report (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2013 | 2.5 | $525.00 | Analysis of Blackstone data file re indirect trust claims (1.0); prep new indirect trust claims list for R Higgins (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/9/2013 | 1.3 | $273.00 | Revise Blackstone/BMC undisputed claim comparison with notes/info from R Higgins call (1.2); prep email to R Higgins re updated report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/10/2013 | 0.2 | $42.00 | Analysis of R Higgins email re BMC/Blackstone update, info included, open schedules (.1); prep email to R Higgins re BMC/Blackstone update and data/info included (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/10/2013 | 0.3 | $63.00 | Analysis of R Higgins email re open items for direct resolution with Grace (.1); analysis of S Cohen email re other supplements for investigation (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/10/2013 | 4.2 | $819.00 | Further analysis of proofs of claims affected by orders or stipulations for updating liability/distribution reports (1.9); analysis of related pleadings affecting proofs of claims (2.3) |

EXHIBIT 1



WR Grace
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/11/2013 | 0.8 | $168.00 | Conf call with R Higgins, S Scarlis, R Finke, A Schlesinger re review of open items, allowed claims report, actions and assignments |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/11/2013 | 2.4 | $504.00 | Prep ART report re active claims/schedules (.5); revise ART data extract (1.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/11/2013 | 0.5 | $105.00 | Analysis of R Higgins email re schedules for allowed claims report (.1); analysis of schedules for allowed claims report (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/11/2013 | 0.7 | $147.00 | Analysis of b-Linx re lender claims/schedules (.4); prep email to R Higgins re open schedules for lenders (.2); analysis of R Higgins email re inclusion of lenders on lists (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/11/2013 | 1.0 | $210.00 | Analysis of R Higgins email re claims task list and claims summary with reserves for review/update (.2); begin analysis of claims task list re revisions/updates (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/11/2013 | 0.6 | $126.00 | Analysis of R Finke email re Epstein revisions to employee claim summary report (.1); analysis of Epstein revisions (.3); analysis of R Higgins email re revised VSPP claims summary with Epstein info (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/12/2013 | 2.4 | $504.00 | Analyze R Higgins open schedule report vs b-Linx (1.6); analyze R Higgins open schedules vs OCP docs prepared for J Baer (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/12/2013 | 2.5 | $525.00 | Analyze Blackstone data vs R Higgins open schedule report re possible matches (.9); revise R Higgins open schedule report (1.6) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/12/2013 | 1.9 | $370.50 | Continued research and analysis of orders/stipulations and/or settlements affecting proofs of claims for coordinating updating claims liability data in preparation for post-effective date distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/13/2013 | 1.8 | $378.00 | Continue revision of ART data extract of active claims/schedules |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/13/2013 | 3.2 | $624.00 | Analysis of orders, settlements and stipulations affecting claims for updating claims and distribution databases |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/13/2013 | 3.5 | $682.50 | Review and analysis of proofs of claims affected by orders, stipulations or settlements (1.5); analysis of distribution data for preparing distribution report (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/16/2013 | 1.4 | $294.00 | Analysis of open schedule report vs Blackstone data re claims filed by claims agents |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/16/2013 | 1.2 | $252.00 | Continue analysis of data file prepped for Blackstone re Class 6-C, 7-C claims |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/16/2013 | 3.4 | $663.00 | Analyzing claims data for claims affected by stipulations, settlements and orders for coordinating updates to distribution databases |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/16/2013 | 4.1 | $799.50 | Continued research and analysis of pleadings affecting claims for updating distribution and claims databases for reporting to counsel/client |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/17/2013 | 0.3 | $63.00 | Analysis of R Higgins email re allowed claims exhibit (.1); telephone with R Higgins re R Finke requested revisions (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/17/2013 | 0.4 | $84.00 | Analysis of files re invoice detail report (.3); prep email to R Higgins re invoice detail info (.1) |


information management

WR Grace
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/17/2013 | 0.6 | $126.00 | Work with J Conklin re revised undisputed report with add'l detail per R Higgins request (.5); analysis of J Conklin email re revised undisputed data file (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/17/2013 | 3.0 | $630.00 | Begin analysis of revised undisputed data file with add'l detail per R Higgins request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/17/2013 | 2.4 | $504.00 | Continue analysis of schedule open list review and update vs b-Linx |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/17/2013 | 3.4 | $714.00 | Begin prep of undisputed Excel reports with add'l data, grouped per R Higgins request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/18/2013 | 0.4 | $84.00 | Telephone with M John re 1099s/W9s for personal services, interest as taxable, items to discuss with R Higgins/Grace tax dept |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/18/2013 | 1.4 | $294.00 | Revise open schedule claims report (1.0); prepare comparison to prior R Higgins report (.3); prep email to R Higgins re revised open schedule claims report, comparison (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/18/2013 | 3.2 | $672.00 | Continue analysis of revised undisputed data file with add'l detail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/18/2013 | 4.0 | $840.00 | Continue prep of undisputed Excel reports with add'l data, grouped per R Higgins request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/18/2013 | 0.8 | $168.00 | Finalize undisputed Excel reports with add'l data, grouped per R Higgins request (.6); prep email to R Higgins re undisputed reports with add'l data by groups (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/18/2013 | 0.4 | $78.00 | Call with M Araki re proposed distribution, W9 requests and other documents for identifying distribution, taxes and interest |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2013 | 2.3 | $483.00 | Prep report of Class 6-C and 7-C claims (1.0); analysis of b-Linx re Class 6-C and 7-C claims (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2013 | 2.9 | $609.00 | Analysis of Plan exhibit re settled ins co claims (.5); analysis of docket re insurance co settlements (2.4) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/19/2013 | 3.6 | $702.00 | Analysis of claims affected by stipulation, order or settlement for coordinating updating claims and distribution databases (2.1); analysis of related pleadings for verifying treatment of claims (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2013 | 2.8 | $588.00 | Continue analysis of pleadings re ins co settlements and designation as Class 6-C/7-C |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2013 | 1.8 | $378.00 | Revise report of Class 6-C and 7-C claims re docket references, related entities |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/20/2013 | 0.6 | $126.00 | Analysis of S Scarlis email re K Blood and VSPP files (.1); analysis of 5 emails from K Blood re data files (.2); prep email to M Grimmett/G Kruse re bWorx secure site (.1); analysis of M Grimmett email re bWorx/vdr (.1); emails to/from T Feil re bWorx/vdr (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/23/2013 | 0.8 | $168.00 | Revise allowed claims exhibits per call with R Higgins (.7); prep email to R Higgins re revised allowed claims exhibits (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/23/2013 | 2.7 | $526.50 | Analysis of pleadings affecting proofs of claims (1.2); review and analysis of claims for coordinating data update re proposed post-effective date distribution (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/25/2013 | 3.0 | $630.00 | Continue analysis of pleadings re ins co settlements and designation as Class 6-C/7-C |



**WR Grace**
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/25/2013 | 1.5 | $315.00 | Continue revision of report of Class 6-C/7-C claims re docket references, related entities |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/25/2013 | 1.4 | $294.00 | Analysis of b-Linx, Blackstone data re related insurance entities and possible claims |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/25/2013 | 2.1 | $409.50 | Analysis of proofs of claims affected by orders/stipulations for coordinating updating claims and distribution databases |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/25/2013 | 2.5 | $487.50 | Research, review and analysis of pleadings affecting claims for updating claims and distribution databases |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/26/2013 | 0.8 | $168.00 | Conf call with S Scarlis, R Finke, A Schlesinger, R Higgins re VSPP files, distribution details, undeliverables |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/26/2013 | 0.1 | $21.00 | Email to/from R Higgins re W9/1099 reporting on distribution |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/26/2013 | 0.2 | $39.00 | eMail exchanges with M Araki re claims class analysis for distribution report |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/26/2013 | 3.5 | $682.50 | Continued analysis of POC's affected by orders/stipulations for coordinating preparation of distribution report |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/26/2013 | 3.0 | $585.00 | Research and analysis of orders/stipulations and/or settlements affecting POCs for preparation of distribution reports for proposed effective date distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/27/2013 | 2.8 | $588.00 | Continue analysis of pleadings re ins co settlements and designation as Class 6-C/7-C |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/27/2013 | 3.0 | $630.00 | Continue revision of report of Class 6-C/7-C claims for R Higgins review (1.8); continue analysis of b-Linx, Blackstone data re related insurance entities and possible claims (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/30/2013 | 1.4 | $294.00 | Analysis of S Scarlis revised status list (.4); analysis of pending items, project tracking (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/30/2013 | 3.0 | $630.00 | Analysis of distribution tracking report (1.0); revise distribution tracking report (2.0) |
| | | | Total: | 128.5 | $26,275.50 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/6/2013 | 0.4 | $84.00 | Prep Excel extract for 49 Qtrly fee app (.3); prep email to B Ruhlander re 49 Qtrly fee app (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/9/2013 | 0.3 | $58.50 | Review and respond to email and attachments from Bobbi Ruhlander re auditor's comments re 49th Qtr interim fee applications (.1); review attached documents and correspond with M Araki re appropriate response (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/17/2013 | 0.2 | $39.00 | Review email from Bobbie Ruhlander and M Araki re entry time discrepancy (.1); review time entry and email exchanges with M Araki re appropriate handling (.1) |
| | | | Total: | 0.9 | $181.50 | |
| **WRG Non-Asbestos Claims** | | | | | | |



WR Grace
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/3/2013 | 0.5 | $105.00 | Analysis of R Higgins email re Coviden transfer to Southpaw (.1); analysis of docs and files (.3); prep email to R Higgins re split claim for post-stip costs, transfer (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/3/2013 | 0.4 | $84.00 | Analysis of R Higgins email re Coviden split claim; post-stip issue (.1); prep email to R Higgins re clarification of status of post-stip portion (.1); analysis of R Higgins email re post-stip portion allowed (.1); prep email to L Gardner re transfer of portion to Southpaw (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/3/2013 | 0.4 | $84.00 | Prep email to Cassman re split of claim 12789 for Coviden, processing of Southpaw transfer (.2); prep email to S Cohen re add'l docs to add to claim 12789 (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/4/2013 | 0.6 | $126.00 | Analysis of R Higgins email re St Paul claim (.2); analysis of b-Linx and files re same (.3); emails to/from R Higgins re call to review (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/4/2013 | 0.6 | $126.00 | Analysis of M John email re priority claims with no class data (.1); prep email to M John re claims (.1); analysis of M John reply, b-Linx and Blackstone data file re priority claims with no class data (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/4/2013 | 0.5 | $105.00 | Analysis of L Gardner email re Coviden post-stip amts (.1); analysis of M Booth email re related docs and split claim (.1); analysis of M Booth email re transfer notice for review (.1); analysis of transfer notice (.1); prep email to M Booth re revisions to transfer notice (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/4/2013 | 0.3 | $63.00 | Revise b-Linx re split claim for Coviden, recon notes, order data, claim flags and estimated amounts |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/4/2013 | 2.0 | $420.00 | Analysis of claim 9634 splits and b-Linx data (.8); begin revision of b-Linx data for 9634 splits (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/4/2013 | 0.8 | $168.00 | Revise update data file for G Kruse review |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/4/2013 | 0.1 | $11.00 | Email correspondence with M.Araki, M.Booth re: recently filed Notice of Transfer of claim and required claim database updates |
| MIKE BOOTH - MANAGER | | $165.00 | 9/5/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 9/5/2013 | 0.2 | $33.00 | Analysis of b-Linx re: one claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 9/5/2013 | 0.5 | $82.50 | Prepare two 21 day notices (Docket 31047) (.4), forward to notice group for service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 9/5/2013 | 0.2 | $33.00 | Revise b-Linx re: one claim transfer (Docket 31047). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/10/2013 | 0.2 | $42.00 | Analysis of K Becker/Rust Consulting email re voided claims 15325 and 15353 per request (.1); prep email to Cassman re voiding claims (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/10/2013 | 0.7 | $147.00 | Analysis of R Higgins open schedule report (.4); prep ART report of open schedules (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/10/2013 | 1.4 | $294.00 | Compare ART report vs R Higgins report (1.2); prep email to R Higgins, S Scarlis, R Finke and A Schlesinger re open schedule report, add'l schedules not listed (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 9/10/2013 | 0.1 | $16.50 | Discussion with S Cohen re: M Araki request regarding claim database updates required related to supplemental non-asbestos claims. |



WR Grace
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 9/10/2013 | 0.2 | $39.00 | Review email and copy of non-asbestos claims and withdrawal requests from Rust Consultant forward to BMC for appropriate handling |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/10/2013 | 0.2 | $22.00 | Email correspondence with M.Araki re: claim database updates required related to supplemental non-asbestos claims (.1); discussion with M.Booth (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/10/2013 | 0.7 | $77.00 | Update claim database per M.Araki request re: supplemental claims (.2); prepare and analyze supplemental claim detail report (.4); additional email correspondence with M.Araki (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/11/2013 | 0.2 | $42.00 | Analysis of R Higgins email re V Knox research request (.1); research b-Linx re V Knox request and email R Higgins re results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/12/2013 | 0.6 | $126.00 | Analysis of R Higgins email re J Gettleman inquiry re Centennial Insurance (.1); research b-Linx re Centennial (.4); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/13/2013 | 2.0 | $420.00 | Analysis of R Higgins email re claim 3815 research (.1); analysis of b-Linx re claim 3815 and related claims (1.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/13/2013 | 1.8 | $378.00 | Prep report for R Higgins re claim 3815 and related claims (1.4); work with J Conklin re zip link for files for R Higgins (.2); prep email to R Higgins re claim 3815 research results, docs (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/13/2013 | 0.6 | $126.00 | Analysis of R Higgins email re open tax claim report (.1); analysis of files re last tax claim report (.2); prep email to R Higgins re copy of last tax claim report (.1); analysis of R Higgins response and file (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/16/2013 | 1.3 | $273.00 | Pre ART report re tax claims (.3); analysis of ART report vs prior tax claim report (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/16/2013 | 0.8 | $168.00 | Prep revised tax claim report for R Higgins (.5); prep email to R Higgins re revised tax claim report (.1); analysis of R Higgins email re clarification of changes (.1); prep email to R Higgins re new IRS claims, Texas withdrawal (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/16/2013 | 0.5 | $105.00 | Emails with R Higgins re claim 590, date expunged, omni objection (.2); emails with R Higgins re relationship between claim 590 and 3815 (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/17/2013 | 0.3 | $63.00 | Analysis of R Higgins email re LAUSD claim history, address change (.1); prep email to R Higgins re claim history (.1); prep email to Cassman re LAUSD address change (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/19/2013 | 0.5 | $105.00 | Analysis of R Higgins email re D Yunich claim transfer (.1); research docket re claim transfer (.2); prep email to R Higgins re transfer docs, reference to pages not included in filing (.1); analysis of R Higgins email re possible issues with transfer at claim allowance (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 9/19/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 9/19/2013 | 0.1 | $16.50 | Analysis of b-Linx re: one claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 9/19/2013 | 0.4 | $66.00 | Prepare two 21 day notices (Docket 31105) (.3), forward to notice group for service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 9/19/2013 | 0.1 | $16.50 | Revise b-Linx re: one claim transfer (Docket 31105). |

EXHIBIT 1


information management

WR Grace
Date Range 9/1/2013 - 9/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MIKE BOOTH - MANAGER | | $165.00 | 9/23/2013 | 0.2 | $33.00 | Discussion with S Cohen re: preparation and analysis of quarterly claim detail reports required per M Araki request. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/23/2013 | 3.3 | $363.00 | Prepare and analyze 2013 Q3 reports (2.9); email correspondence with M.Araki, power tools group re: reporting requirements, analysis performed (.2); discussion with M.Booth (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/24/2013 | 0.3 | $33.00 | Begin analysis and preparation of monthly reports (.2); email correspondence with G.Kruse, M.Booth re: reporting requirements (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/24/2013 | 0.3 | $33.00 | Complete analysis and preparation of monthly reports (.2); email correspondence with K.Becker at Rust Consulting (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/25/2013 | 0.3 | $63.00 | Analysis of R Higgins email re Town of Acton claim 4384 and related claims (.1); research b-Linx re request (.1); prep email to R Higgins re claim 4384 related claims, status (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/26/2013 | 0.2 | $42.00 | Analysis of R Higgins email re Town of Acton settlement agreement (.1); research pleadings and prep email to R Higgins re Town of Acton settlement (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 9/27/2013 | 0.4 | $84.00 | Analysis of S Cohen email re L Gardner research request re LWD Incinerator claim (.1); prep email to S Cohen re claims filed after 6/2013 (.1); analysis S Cohen/K Becker emails re new claims filed (.1); prep email to S Cohen re add'l research for new claim (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 9/27/2013 | 0.5 | $55.00 | Research possible late filed claim per L.Gardner request (.3); email correspondence with L.Gardner, K.Becker at Rust, M.Araki (.2) |
| | | | Total: | 25.5 | $4,722.00 | |
| | | | Grand Total: | 220.0 | $42,217.00 | |

EXHIBIT 1



## WR Grace
## Professional Activity Summary
### Date Range: 9/1/2013 - 9/30/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 4.7 | $987.00 |
| | Total: | 4.7 | $987.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.4 | $18.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.2 | $209.00 |
| Debra Choulock | $45.00 | 0.2 | $9.00 |
| Erin Kramer | $65.00 | 0.2 | $13.00 |
| James Myers | $65.00 | 0.2 | $13.00 |
| Mabel Soto | $45.00 | 0.2 | $9.00 |
| Maristar Go | $95.00 | 0.4 | $38.00 |
| Noreve Roa | $95.00 | 2.2 | $209.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.9 | $148.50 |
| Myrtle John | $195.00 | 0.8 | $156.00 |
| Terri Marshall | $185.00 | 0.7 | $129.50 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 5.3 | $583.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 28.1 | $5,901.00 |
| | Total: | 41.8 | $7,436.00 |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Vincent Nacorda | $75.00 | 0.5 | $37.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 15.6 | $2,340.00 |
| SR_ANALYST | | | |
| Jacqueline Conklin | $95.00 | 2.5 | $237.50 |
| | Total: | 18.6 | $2,615.00 |
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 45.3 | $8,833.50 |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 0.4 | $54.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 82.8 | $17,388.00 |
| | Total: | 128.5 | $26,275.50 |
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.5 | $97.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 0.4 | $84.00 |
| | Total: | 0.9 | $181.50 |

Page 1 of 2

EXHIBIT 1



**bmcgroup**
Information management

WR Grace
Professional Activity Summary
Date Range: 9/1/2013 - 9/30/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 2.0 | $330.00 |
| Myrtle John | $195.00 | 0.2 | $39.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 5.4 | $594.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 17.9 | $3,759.00 |
| | Total: | 25.5 | $4,722.00 |
| | Grand Total: | 220.0 | $42,217.00 |