# EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_130930**
**Expense Summary**

| Period Ending | 9/30/2013 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Noticing Production | $1.38 |
| | | Pacer | $23.80 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$1,565.08** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace & Co. et al

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20130930-1 | 9/30/2013 | $1.38 |
| | Total Due | $1.38 |

EXHIBIT 2



information management

BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 9/30/2013
**Reference #:** 021-20130930-1
**Notes:** Postage other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Other | Transfers | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 3 Pieces | $1.38 |
| | | | | **Total Due:** | **$1.38** |

*Invoice Due Upon Receipt*                     *Page 1 of 1*

EXHIBIT 2