UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| GARLOCK SEALING TECHNOLOGIES LLC, et al.[1] | ) ) ) | Case No. 10-31607 |
| | ) | |
| Debtors. | ) ) | Jointly Administered |

AFFIDAVIT OF JONATHAN P. GUY

**DISTRICT OF COLUMBIA:**     SS

Jonathan P. Guy, being duly sworn, deposes and says as follows:

1. On behalf of Joseph W. Grier, III, the duly appointed representative for future asbestos claimants in the above-captioned bankruptcy case (the "FCR"), and the FCR's professionals, I have reviewed the Order Establishing the Protocol for Production of 2019 Exhibits, entered by United States Bankruptcy Judge Judith K. Fitzgerald on or about April 9, 2013 in twelve cases, including in *In re Pittsburgh Corning*, Case No. 00-22876 (Bankr. W.D. Pa. Apr. 9, 2013) [Dkt. No. 9299] (the "Protocol Order"). I have also reviewed the Order Governing Use and Confidentiality of Certain Exhibits to Rule 2019 Statements from Other Bankruptcy Cases, entered in this case on March 28, 2013 by United States Bankruptcy Judge George R. Hodges [Dkt. No. 2807] (the "Confidentiality Order"). The FCR and his professionals, through his counsel, understand and agree to be bound by those orders, including

---

[1] The Debtors include Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd. and The Anchor Packing Company.

900499

- 2 -

the return and destruction provisions set forth in paragraph 44 of the Protocol Order.

*[signature]*
Jonathan P. Guy

Subscribed and sworn to before me this
22nd day of October, 2013

*[signature: Michelle Jordan]*
Notary Public, D.C.
Commission Expires April 30, 2016