UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| GARLOCK SEALING TECHNOLOGIES ) | Case No. 10-31607 |
| LLC, et al.[1] ) | |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## AFFIDAVIT OF TREVOR W. SWETT

**DISTRICT OF COLUMBIA:**    SS

Trevor W. Swett, being duly sworn, deposes and says as follows:

1. On behalf of The Official Committee of Asbestos Claimants (the **"Committee"**), I have reviewed the Order Establishing the Protocol for Production of 2019 Exhibits, entered by United States Bankruptcy Judge Judith K. Fitzgerald on or about April 9, 2013 in twelve cases, including in *In re Pittsburgh Corning*, Case No. 00-22876 (Bankr. W.D. Pa. Apr. 9, 2013) [Dkt. No. 9299] (the **"Protocol Order"**). I have also reviewed the Order Governing Use and Confidentiality of Certain Exhibits to Rule 2019 Statements from Other Bankruptcy Cases, entered in this case on March 28, 2013 by United States Bankruptcy Judge George R. Hodges [Dkt. No. 2807] (the **"Confidentiality Order"**). The Committee, through its counsel,

---

[1] The Debtors include Garlock Sealing Technologies LLC, Garrison Litigation Management Group, Ltd. and The Anchor Packing Company.

900499

understands and agrees to be bound by those orders, including the return and destruction provisions set forth in paragraph 44 of the Protocol Order.

_____
Trevor W. Swett

Subscribed and sworn to before me this
21st day of October, 2013

_____
Notary Public, D.C.
Commission Expires

PAULA A. PERKINS
Notary Public, District of Columbia
My Commission Expires February 14, 2014

