**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: October 15, 2013 @ 4:00 pm |
| | ) | |

**NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 31153 (FORTY-FIRST MONTHLY APPLICATION OF SCARFONE HAWKINS LLP AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS FOR THE PERIOD JULY 1, 2013, THROUGH JULY 31, 2013)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Forty-First Monthly Application of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the Period July 1, 2013, through July 31, 2013 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, October 15, 2013.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, upon the filing of this certification and without the need for entry of a Court order approving the Application, the Debtors are authorized to pay the Applicant CDN $2,448.00 (which is 80% of the total amount of the fees, CDN $3,060.00) plus CDN $397.80 (100% of the expenses and taxes) requested in the Application for the period; a total of CDN $2,845.80.

Dated: October 23, 2013							Respectfully submitted,

            By: */s/ Daniel K. Hogan*
              Daniel K. Hogan (DE Bar No. 2814)
              THE HOGAN FIRM
              1311 Delaware Avenue
              Wilmington, Delaware 19806
              Telephone: 302.656.7540
              Facsimile: 302.656.7599
              Email: dkhogan@dkhogan.com

              **Counsel to the Representative Counsel As Special Counsel for the Canadian ZAI Claimants**