# EXHIBIT A

## W. R. Grace & Co., et al.,
## District of Delaware, Bankruptcy Case No. 01-1139

### Report on Settlements of Certain Claims and Causes of Action
### July 1, 2013, through September 30, 2013

### Settlements Greater than $50,000, But Less Than $1,000,000

| Date | Dkt | Notice of Settlement |
|------|-----|----------------------|
|      |     |                      |

### Settlements Less Than $50,000

| Date | Claim | Settlement |
|------|-------|------------|
| 08/27/2013 |  | W. R. Grace & Co. and Richard Sukenik, resolving Claim No. 15356 in the amount of $28,185.15 for contractual indemnification |