IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, James E. O'Neill, hereby certify that on the 24 day of October, 2013, I

caused a copy of the following document to be served on the individuals on the attached service

list in the manner indicated:

> **DEBTORS' FORTY-NINTH QUARTERLY REPORT OF SETTLEMENTS FROM JULY 1, 2013, THROUGH SEPTEMBER 30, 2013, IN ACCORDANCE WITH THAT CERTAIN AMENDED ORDER AUTHORIZING AND APPROVING AN OMNIBUS PROCEDURE FOR SETTLING CERTAIN CLAIMS AND CAUSES OF ACTION BROUGHT BY OR AGAINST THE DEBTORS IN A JUDICIAL, ADMINISTRATIVE, ARBITRAL OR OTHER ACTION OR PROCEEDING**

James E. O'Neill (Bar No.4042)

**W. R. Grace 2002 Service List**
Case No. 01-1139 (KJC)
Doc. No. 144642
043 – Hand Delivery
201- First Class Mail
004 – Foreign First Class


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

*Hand Delivery*
(Counsel to Asbestos PI Committee)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Scotts Company LLC)
Robert J. Stearn, Jr.
Cory D. Kandestin, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Maryland Casualty)
Jeffrey C. Wisler, Esquire
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Ingersoll-Rand Fluid Products
and State of Montana)
Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice LLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Asbestos PD Committee)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry, Joseph and Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
)
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris LLP
222 Delaware Ave, 16th Floor
Wilmington, DE 19801-1246

*Hand Delivery*
(Counsel to DIP Lenders)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
Richard L. Schepacarter, Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Reaud, Morgan & Quinn, Inc.
and Environmental Litigation Group, PC)
Kathleen Miller, Esquire
Smith, Katzenstein & Jenkins LLP
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

*Hand Delivery*
(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, Suite 700
Wilmington, DE  19801-1270

*Hand Delivery*
(Counsel to Mark Hankin and HanMar
Associates, Fireman's Fund Insurance Co.)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Union Tank Car Company and
Samson)
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder,
P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

*Hand Delivery*
(Counsel to The Delaware Division of
Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

*Hand Delivery*
(L.A. Unified School District)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19899

*Hand Delivery*
(Co-Counsel for Roger Franket)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
(Counsel to Libby Claimants)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Representative Counsel to
Canadian ZAI Claimants)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

*Hand Delivery*
(Counsel to Allstate Insurance Company)
James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709

*Hand Delivery*
(Counsel to Everest Reinsurance Company
and Mt. McKinley Insurance Company)
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
300 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Hand Delivery*
(Counsel to American Employers Insurance Co,
Employers Commercial Union n/k/a OneBeacon
America Insurance Co and Unigard Insurance Co)
Joseph N. Argentina, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254

*Hand Delivery*
(Counsel to Anderson Memorial Hospital)
Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to PacifiCorp)
Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to CNA Financial Corporation)
Carmella P. Keener, Esquire
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

*Hand Delivery*
(Counsel to State of California, Dept. of
General Svcs)
Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801

***Hand Delivery***
(Counsel to Sealed Air Corporation and
Cryovac, Inc.)
Mark S. Chehi, Esquire
Robert A. Weber, Esquire
Douglas D. Herrmann, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

***Hand Delivery***
(Counsel to Zonolite Attic Litigation
Plaintiffs and Gamma Holding, NV)
William D. Sullivan, Esquire
Sullivan Hazeltine Allison LLC
901 N. Market St. 13th floor
Wilmington, DE  19801

***Hand Delivery***
(Counsel to Gloria Munoz)
Elihu E. Allinson, III, Esquire
Sullivan Hazeltine Allison LLC
901 N. Market St. 13th floor
Wilmington, DE  19801

***Hand Delivery***
(Attorneys for PPG Industries, Inc.)
William M. Aukamp, Esquire
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

***Hand Delivery***
Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

***Hand Delivery***
(Counsel to Macerich Fresno LP)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

***Hand Delivery***
(Counsel to PDFCR)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899

***Hand Delivery***
(Counsel to Arrowood Indemnity, U.S. Fire
Insurance, Royal Insurance)
Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
1013 Centre Road, Suite 102
Wilmington, DE  19805

***Hand Delivery***
(Counsel to Federal Insurance Co.)
Barry M. Klayman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE  19801

***Hand Delivery***
(Counsel to Mian Realty, LLC)
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard,
P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

4

*Hand Delivery*
(Counsel to Wausau and National Casualty)
Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Defendant BNSF Railway
Company)
Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza,Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

*Hand Delivery*
(Counsel to Fresenius Medical Care
Holdings, Inc.)
Eric D. Schwartz, Esquire
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
PO Box 1347
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Travelers Casualty and Surety
Company)
Neal J. Levitsky, Esquire
Seth A. Niederman, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
Wilmington, DE  19899

*First Class Mail*
Secretary of State
Department of State
Division of Corporations
P.O. Box 898
Dover, DE  19903

*First Class Mail*
)
Cindy Schultz
Ingersoll-Rand Fluid Products
209 N. Main Street
Bryan, OH  43506-1319

*First Class Mail*
)
John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
1300 Main Street, Suite 300
Houston, TX  77002

*First Class Mail*
(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

*First Class Mail*
)
Danice Sims
4407 Azie Ave.
Baker, LA  70714

*First Class Mail*
(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730

*First Class Mail*
)
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 4019
Gulfport, MS  39505-4019

*First Class Mail*
)
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI  48909

*First Class Mail*
(Counsel to The Texas Comptroller of
Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

*First Class Mail*
(Comptroller of Public Accounts of the State
of Texas)
William A. Frazell, Esquire
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

*First Class Mail*
)
General Motors Acceptance Corporation
2000 Town Ctr Ste 2200
Southfield, MI48075

*First Class Mail*
(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
P.O. Box 475
Jefferson City, MO  65105-0475

*First Class Mail*
(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
P.O. Box 2055
Monroe, LA  71207

*First Class Mail*
)
Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

*First Class Mail*
)
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

*First Class Mail*
)
Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

*First Class Mail*
(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

*First Class Mail*
)
Xerox Capital Services, LLC
P.O. Box 660502
Dallas, TX  75266-0502

6

*First Class Mail*
)
Trade-Debt.Net
2 Stamford Plaza #1501
Stamford, CT  06901-3263

*First Class Mail*
(Counsel to Iowa Dept. of Revenue)
John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA  50306

*First Class Mail*
(Co-Counsel to Debtor)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

*First Class Mail*
(Counsel to Debtor)
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Counsel to Asbestos PI Committee)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Michael Magzamen
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*First Class Mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Doug Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*First Class Mail*
(Counsel to Sealed Air Corporation and
Cryovac, Inc.)
Sheila L. Birnbaum, Esquire
David M. Turestsky, Esquire
Bert L. Wolff
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

*First Class Mail*
)
Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

*First Class Mail*
)
Office of Reorganization
Securities & Exchange Commission
Atlanta Regional Office
950 E Paces Ferry Rd, NE Ste 900
Atlanta, GA  30326

*First Class Mail*
)
Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*First Class Mail*
)
Michael A. Berman
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, NE
Washington, DC  20549

*First Class Mail*
)
James D. Freeman
Jerel L. Ellington
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202

*First Class Mail*
)
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT  59901

*First Class Mail*
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

*First Class Mail*
)
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

*First Class Mail*
)
Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

*First Class Mail*
)
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304-1125

*First Class Mail*
)
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

*First Class Mail*
)
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

*First Class Mail*
)
Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

*First Class Mail*
)
Jamie O'Connell
Blackstone Advisory Partners
345 Park Avenue, 30th Floor
New York, NY 10154

*First Class Mail*
)
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

*First Class Mail*
(Counsel to Asbestos Claimants)
Ann Harper, Esquire
Baron & Budd
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

*First Class Mail*
)
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

*First Class Mail*
)
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

*First Class Mail*
)
Russell W. Budd
Baron & Budd, P.C.
3102 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX 75219

*First Class Mail*
)
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

*First Class Mail*
)
The Mills Corporation
Ontario Mills LP
Legal Department
225 W. Washington Street
Indianapolis, IN 46204-3435

*First Class Mail*
)
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

*First Class Mail*
)
The Gibson Law Firm, PLLC
P.O. Box 6005
447 Northpark Drive
Ridgeland, MS 39157

*First Class Mail*
)
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

9

*First Class Mail*
)
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, TX  77017

*First Class Mail*
)
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

*First Class Mail*
)
Steven T. Hoort, Esquire
Ropes & Gray
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
)
Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

*First Class Mail*
)
Paul M. Matheny
The Law Offices of
Peter G. Angelos, P.C.
210 W. Pennsylvania Avenue, Suite 300
Towson, MD  21204-4546

*First Class Mail*
)
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX  78520

*First Class Mail*
)
Mary A. Coventry
Katherine White
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood Park, NJ  07407-1033

*First Class Mail*
)
Joseph T. Kremer, Esquire
Lipsitz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

*First Class Mail*
)
Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX  77630

*First Class Mail*
)
Elizabeth S. Kardos, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

*First Class Mail*
(Counsel to Public Service Electric and Gas
Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

10

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
Rudolph J. Di Massa, Jr., Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103-4196

*First Class Mail*
(Counsel to Numerous asbestos claimants)
Scott W. Wert, Esquire
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX  75050

*First Class Mail*
(Counsel to Fresenius Medical Care
Holdings, Inc.)
Nathan F. Coco, Esquire
David S. Rosenbloom, Esquire
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

*First Class Mail*
)
Anton Volovsek
218 E. South Street
Granyeville, ID  83530

*First Class Mail*
(Counsel to Weatherford U.S. Inc., and
Weatherford International Inc.)
Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017

*First Class Mail*
)
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

*First Class Mail*
)
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23rd Floor
Columbus, OH  43215

*First Class Mail*
)
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

*First Class Mail*
)
Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

*First Class Mail*
(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

*First Class Mail*
)
Margaret Ann Nolan, County Solicitor
Camela Chapman, Senior Assistant County
Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive, 3rd Floor
Ellicott City, MD  21043

11

*First Class Mail*
)
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of NY
100 Church Street, Room 6-127
New York, NY  10007

*First Class Mail*
)
Janet Napolitano
Robert R. Hall
1275 West Washington Street
Phoenix, AZ  85007-1278

*First Class Mail*
)
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

*First Class Mail*
)
James P. Ruggeri
Scott A. Shail
Shipman & Goodwin LLP
1133 Connecticut Avenue, NW
3rd Floor, Suite A
Washington, D.C.  20036-4305

*First Class Mail*
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

*First Class Mail*
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

*First Class Mail*
)
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

*First Class Mail*
)
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

*First Class Mail*
)
Colin D. Moore
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77704

*First Class Mail*
)
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

*First Class Mail*
)
Dorine Vork, Esquire
Stibbe, P.C.
489 Fifth Avenue, 32nd Floor
New York, NY  10017

*First Class Mail*
)
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

DOCS_DE:144642.1 91100/001

*First Class Mail*
)
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

*First Class Mail*
)
David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

*First Class Mail*
)
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, AsStreet
County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

*First Class Mail*
(Counsel to Dow Chemical Company,
Hampshire Chemical Corporation and Union
Carbide Corporation)
Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI  48674

*First Class Mail*
(The Dow Chemical Company)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

*First Class Mail*
(Counsel to General Electric Capital
Corporation)
Ronald S. Beacher, Esquire
Pryor Cashman
7 Times Square
New York, NY  10036-6524

*First Class Mail*
)
Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243

*First Class Mail*
)
Robert M. Horkovich, Esquire
Robert Y. Chung, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

*First Class Mail*
)
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street, Second Floor
Charlottesville, VA  22902

*First Class Mail*
)
E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

13

*First Class Mail*
)
James M. Garner, Esquire
Sher Garner Cahill Richter Klein & Hilbert,
L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112-1033

*First Class Mail*
)
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota,
National Association)
Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota,
National Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, Suite 700
Costa Mesa, CA  92626-7122

*First Class Mail*
(Counsel to Aldine Independent School
District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

*First Class Mail*
)
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

*First Class Mail*
(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

*First Class Mail*
(Counsel to Fireman's Fund Insurance
Company)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

*First Class Mail*
(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

*First Class Mail*
)
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

**First Class Mail**
(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

**First Class Mail**
(Counsel for Reaud, Morgan & Quinn, Inc.
and Environmental Litigation Group, PC)
Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX  75201

**First Class Mail**
Glen W. Morgan, Esquire
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX  77701

**First Class Mail**
(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

**First Class Mail**
(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

**First Class Mail**
(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman Sobol Shapiro
55 Cambridge Parkway, Suite 301
Cambridge, MA, 02142

**First Class Mail**
(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street, Suite 800
Chicago, Illinois 60610

**First Class Mail**
)
Edward H. Tillinghast, III, Esquire
Sheppard, Mullin, Richter & Hampton LLP
Twenty-fourth Floor, 30 Rockefeller Plaza
New York, NY  10112

**First Class Mail**
(Counsel to Marco Barbanti)
Darrell W. Scott
The Scott Law Group
926 W. Sprague Avenue, Suite 680
Spokane, WA  99201-5071

**First Class Mail**
(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**First Class Mail**
(Commonwealth of PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No.  057482
Office of Attorney General
21 S. 12th Street, 3Road Floor
Philadelphia, PA  19107-3603

**First Class Mail**
)
Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

**First Class Mail**
(W.C. Baker, E.E. Jaques, B.H. Miller, M.R. Fisher,
S.R. Ormsbee, M. Rea and the Fisher Trust)
Richard B. Specter, Esquire
Corbett, Steelman & Specter
18200 Von Karman Avenue, Suite 900
Irvine, CA  92612

*First Class Mail*
William A. Grubbs, Jr.
Southeat Region Assistant Controller
AON Consulting Inc.
1100 Reynolds Boulevard
Winston-Sale, NC  27105

*First Class Mail*
)
Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

*First Class Mail*
(Hearthside Residential Corp.)
Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071

*First Class Mail*
(Georgia Department of Revenue)
Oscar B. Fears, III
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

*First Class Mail*
)
Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

*First Class Mail*
)
Larry A. Feind
133 Peachtree Street, N.E., 7th Floor
Atlanta ,GA  30303

*First Class Mail*
(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

*First Class Mail*
(Co-Counsel to Travelers Casualty and
Surety Company)
Samuel J. Rubin, Esquire
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

*First Class Mail*
(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

*First Class Mail*
)
Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

*First Class Mail*
(Counsel to Novak Landfill RD/RA Group)
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

**First Class Mail**
)
DACA V, LLC
Attn: Julie Bubnack
1565 Hotel Cir S, Ste 310
San Diego, CA 92108-3419

**First Class Mail**
(Counsel to Lawson Electric Co.)
Tim Gibbons and Steve Barham
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Suite 1000
Two Union Square
Chattanooga, TN 37402-2552

**First Class Mail**
(Counsel to County of San Diego)
Martha E. Romero, Esquire
6516 Bright Avenue
Whittier, CA 90601-4503

**First Class Mail**
(Counsel to National Union Fire Insurance
Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue, 10th Floor
New York, NY 10022

**First Class Mail**
(Counsel to The Burlington Northern and
Santa Fe Railway Company)
Maria Granaudo Gesty, Esquire
Burns White, LLC
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA 19428

**First Class Mail**
(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue, Suite 2400
Phoenix, AZ 85004

**First Class Mail**
(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181

**First Class Mail**
(Counsel to State of New York, Dept. of
Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
NY State Department of Taxation & Finance
340 E. Main Street
Rochester, NY 14604

**First Class Mail**
(Special Counsel to Debtors)
James J. Restivo, Esquire
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222-2716

**First Class Mail**
(Counsel to Certain Underwriters at Lloyd's
London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

**First Class Mail**
(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
Street Paul, MN 55101-2127

**First Class Mail**
(Counsel to Union Tank Car Company)
Clinton P. Hansen
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603

17

*First Class Mail*
)
Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach
LLP
One Pennsylvania Plaza
New York, NY  10119-0165

*First Class Mail*
(Counsel to Ben Bolt-Palito-Blanco ISD, Brownsville
ISD, Cameron County, Hildalgo County, Orange
Grove, Orange Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson,
LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

*First Class Mail*
(Counsel to James Grau, Anna Grau and
Harry Grau & Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

*First Class Mail*
(Counsel to Royal Insurance)
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker
LLP
150 East 42nd Street
New York, NY  10017-5639

*First Class Mail*
(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

*First Class Mail*
(Counsel to the Libby Mine Claimants)
Daniel C. Cohn, Esquire
Murtha Cullina, LLP
99 High Street, 20th Street
Boston, MA  02110

*First Class Mail*
(Counsel to Town of Acton, MA)
Thomas O. Bean
Verrill Dana LLP
One Boston Place, Suite 2330
Boston, MA 02108

*First Class Mail*
)
Contrarian Capital Trade Claims LP
Attn:  Alisa Minsch
411 W. Putnam Avenue S-225
Greenwich, CT  06830-6263

*First Class Mail*
)
Debt Acquisition Co of America V LLC
1565 Hotel Cir S, Suite 310
San Diego, CA  92108-3419

*First Class Mail*
)
Longacre Master Fund Ltd.
c/o Robert W. Hiatt, Esquire
115 Ridge Avenue
Staten Island, NY  10304

*First Class Mail*
)
Sierra Asset Management LLC
2699 White Road, Suite 225
Irvine, CA  92614-6264

*First Class Mail*
(Counsel for State Street Global Advisors)
Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

18

*First Class Mail*
)
John Preefer
128 Willow Street, Apt 6B
Brooklyn, NY  11201

*First Class Mail*
)
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

*First Class Mail*
)
Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA  02110

**First Class Mail**
(The Future Claimants' Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706

*First Class Mail*
)
Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

*First Class Mail*
(Counsel to Charlotte Transit Center, Inc.)
Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell & Hickman,
LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

*First Class Mail*
(Counsel to Ancel Abadic and 410
additional claimants)
Julie Ardoin, Esquire
Julie Ardoin, LLC
2200 Veterans Memorial Blvd., Suite 210
Kenner, LA  70062-4032

*First Class Mail*
(Counsel to Allstate Insurance Company)
Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Windels Marx Lane & Mittendorf, LLP
One Giralda Farms – Suite 380
Madison, NJ  07940

*First Class Mail*
(Counsel to Everest Reinsurance Company
and Mt. McKinley Insurance Company)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

*First Class Mail*
(Counsel to The Van Cott, Bagley, Cornwall
& McCarthy 401(K) Profit Sharing Plan)
J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
36 South State Street, Suite 1900
Salt Lake City, Utah 84111

19

*First Class Mail*
(Counsel to Claimants, American Legion, Catholic
Diocese of Little Rock, City of Barnesville, Cherry
Hill Plaza, Church of the Most Holy Redeemer,
Church of Street Joseph, Church of Street Luke,
Church of Street Helena, Church of Street Leo the
Great, First United Methodist Church, Fargo Housing
Authority, Alvin Foss, State of Washington and Port
of Seattle)
Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC 29464

*First Class Mail*
(Counsel to American Employers Insurance Co,
Employers Commercial Union n/k/a OneBeacon A
(Counsel to American Employers Insurance Co,
Employers Commercial Union n/k/a OneBeacon
America Insurance Co and Unigard Insurance Co)
Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

*First Class Mail*
(Counsel to U.S. Fire Insurance Company)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*First Class Mail*
(Counsel to American Premier
Underwriters, Inc.)
Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

*First Class Mail*
(Transfer Agent)
DK Acquisition Partners
65 East 55th Street, 19th Floor
New York, NY 10022

*First Class Mail*
(Transfer Agent)
Fred Glass
Fair Harbor Capital LLC
1841 Broadway, Suite 1007
New York, NY 10023

*First Class Mail*
(Counsel to Macerich Fresno LP)
M. David Minnick, Esquire
Michael P. Ellis, Esquire
Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center
22nd Floor
San Francisco, CA 94111-2228

*First Class Mail*
(Counsel to HRCL and Eaves)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60610

*First Class Mail*
(Counsel to all clients of the Robles law
firm)
David Jagolinzer, Esquire
Ferraro & Associates, P.A.
4000 Ponce de Leon Blvd., Suite 700
Miami, FL 33146

*First Class Mail*
(Counsel to PacifiCorp)
Steven J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

DOCS_DE:144642.1 91100/001

*First Class Mail*
(Counsel to the Ad Hoc Committee of
Equity Security Holders)
Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

*First Class Mail*
)
Jeffrey S. Hebrank, Esquire
Carl P. McNulty, II, Esquire
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True, LLP
103 West Vandalia Street, Suite 300
Edwardsville, IL  62025-0510

*First Class Mail*
(Counsel to The Prudential Insurance
Company of America)
Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti
LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

*First Class Mail*
(Counsel to State of California, Dept. of
General Svcs)
Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

*First Class Mail*
(Counsel to Dies & Hile LLP)
Pryor Cashman LLP
Richard Levy, Jr., Esquire
7 Times Square
New York, NY  10036-6569

*First Class Mail*
(Counsel to Citicorp Del-Lease, Inc. d/b/a
Citicorp Dealer Finance)
Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mount Laurel, NJ  08054

*First Class Mail*
)
Drive Anthony Pilavas
25-09 31st Avenue
Astoria, NY  11106

First Class Mail
(Counsel for Personal Injury Claimants)
Hal Pitkow, Esquire
1107 Taylorsville Road, Suite 101
Washington Crossing, PA  18977

*First Class Mail*
Brian D. Salwowski, Esquire
Office of Attorney General
Indiana Gov. Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770

*First Class Mail*
(Counsel to ZAI)
Edward J. Westbrook, Esquire
Richardson Patrick Westbrook & Brickman
1037 Chuck Dawley Blvd. – Bldg A
Mount Pleasant, SC  29464

*First Class Mail*
(Counsel to The Scotts Company LLC)
Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215

***First Class Mail***
(Counsel to Arrowood Indemnity Company)
Brad Elias, Esquire
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036

***First Class Mail***
(Counsel to Hon. Alex. M. Sanders Jr.,
PDFCR)
Alan B. Rich
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

**First Class Mail**
(Counsel to Anderson Mem. Hosp.)
John W. Kozyak, Esquire
Charles W. Throckmorton, Esquire
David L. Rosendorf, Esquire
Corali Lopez-Castro, Esquire
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

**First Class Mail**
(Counsel to Anderson Mem. Hosp.)
Harley E. Riedel, Esquire
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602

***First Class Mail***
Kevin Welch, Esquire
Office of General Counsel
Division of Waste Management
200 Fair Oaks Lane, First Floor
Frankfort, KY 40601

**First Class Mail**
(Counsel to Samson Hydrocarbons)
Greg A. Lawry, Esquire
Locke Lord Bissell & Liddell, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

**First Class Mail**
(Counsel to US Dept of Agriculture)
Michael R. Sew Hoy
U.S. Dept of Justice-Civil Division
Commercial Litigation Branch
1100 L Street, NW – 10th Floor,
Room 10048
Washington, DC 20005

**First Class Mail**
(Counsel to Wausau and National Casualty)
Patrick J. Feeley, Esquire
Cecilie Howard, Esquire
Dorsey & Whitney LLP
51 West 52nd Street
New York, New York 10019-6119

**First Class Mail**
(Counsel to Wachovia)
Stephen B. Gunn, Esquire
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202

**First Class Mail**
(Counsel to SimmonsCooper Claimants)
Lauren M.Webb, Esquire
Simmons Browder Gianaris
Angelides & Barnerd LLC
1 Court Street
Alton, IL 62002

**First Class Mail**
(Counsel to Plum Creek)
John P. Knapp, Jr.
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352

**First Class Mail**
(Counsel to Defendant BNSF Railway
Company)
Nina M. Varughese, Esq.
Edward C. Toole, Jr., Esq.
Linda J. Casey, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

**First Class Mail**
(Counsel Toyota Motor Credit Corp)
Scott D. Fink, Esquire
Weltman, Weinberg & Reis Co., L.P.A.
Lakeside Place, Suite 200
323 W. Lakeside Avenue
Cleveland, OH  44113-1099

**First Class Mail**
(Counsel to Gloria Munoz)
Anthony Petru, Esquire
Quynh L. Nguyen, Esquire
Hildebrand McLeod & Nelson LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA  94612

**First Class Mail**
(Counsel for Intrawest California Holdings,
Inc., et al)
Darcie A. F. Colihan, Esquire
Tracy A. Burleigh, Esquire
Lincoln, Gustafson & Cercos LLP
225 Broadway, 20th Floor
San Diego, CA  92101

*Foreign First Class*
(Canadian Counsel to Debtor)
Derrick C. Tay
Gowling Lafleur Henderson LLP
1 First Canadian Place,
100 King Street West, Suite 1600
Toronto  Ontario  M5X 1G5
Canada

*Foreign First Class*
(Counsel to Canadian ZAI Claimants)
Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286, Rue St-Paul Ouest
Bureau 100
Montréal, Quebec
H2Y 2A3

*Foreign First Class*
(Counsel to Her Majesty the Queen in Right of
Canada as represented by The Attorney General of
Canada)
Jacqueline Dais-Visca, Senior Counsel
Business Law Section
PO Box 36, Exchange Tower
3400-130 King St. W.
Toronto, M5X-1K6
Ontario, Canada

*Foreign First Class*
NORTEL
Chris Paczynski, Analyst
Global Credit Management
5945 Airport Road, Suite 360
Mississauga, Ontario
Canada L4V 1R9

23