### EXHIBIT A

**August 2013 Fee Detail**

| Matter 18 | | Section 199 Tax Study | | | |
|---|---|---|---|---|---|
| Professional | Date | Description | Time | Rate | Amount |
| Wetcher, Andrew D | 8/5/2013 | 2010 WR Grace Sec. 199 Calc - review of email from Rob Levin on 2010 open items, analysis of items, and response email (1.0 hours) | 1 | $350.00 | $350.00 |
| Levin, Rob | 8/7/2013 | 2010 and 2012 discussions and prep (3.0) | 3 | $550.00 | $1,650.00 |
| Lynes, Daniel A. | 8/9/2013 | Review of IRC Section 199 calculation file and information received from client (3.10 hours). | 3.1 | $400.00 | $1,240.00 |
| Lynes, Daniel A. | 8/9/2013 | Call with Rob Levin and Catie Wagner of Grant Thornton to discuss the steps for calculating the 2012 IRC Section 199 deduction (0.80 hours). | 0.8 | $400.00 | $320.00 |
| Wetcher, Andrew D | 8/9/2013 | 2010 WR Grace Sec. 199 Calculation - (1.4 hours) - conference call with Dan Lynes and Rob Levin regarding 2010 open items and overview of 2010 methodology for purposes of performing 2012 calculation | 1.5 | $350.00 | $490.00 |
| Wetcher, Andrew D | 8/12/2013 | 2010 WR Grace Sec. 199 Calculation - answered questions relating to open items and client emails for Rob Levin (.4 hours) | 0.4 | $350.00 | $140.00 |
| Lynes, Daniel A. | 8/15/2013 | Multiple email communications with Cynthia Albert's of WR Grace (0.6 hours); and internal update with Catie Ely of Grant Thornton (0.5 hours). | 1.1 | $400.00 | $440.00 |
| Wetcher, Andrew D | 8/19/2013 | 2012 WR Grace Sec. 199 Calculation - discussion with Catie Wagner-Ely regarding calculation methodology (.4 hours) | 0.4 | $350.00 | $140.00 |
| Ely, Catherine Elizabeth Wagner | 8/20/2013 | Begin reviewing and calculating 199 based on client PBC received (2.0 hours) | 2 | $350.00 | $700.00 |
| Lynes, Daniel A. | 8/21/2013 | Review of PBC information related to the IRC Section 199 deduction for the 2012 tax year. (3.5 hours) Preparation for client site visit. (1.5 hours) | 5 | $400.00 | $1,080.00 |
| Ely, Catherine Elizabeth Wagner | 8/21/2013 | Review of PBC information related to the IRC Section 199 deduction for the 2012 tax year. (2.70 hours). | 2.7 | $350.00 | $1,750.00 |
| Lynes, Daniel A. | 8/22/2013 | All day working session at client site to calculate the 2012 IRC Section 199 deduction (8.0 hours). | 8.0 | $400.00 | $3,240.00 |
| Ely, Catherine Elizabeth Wagner | 8/22/2013 | Section 199 meeting (8.0) | 8 | $350.00 | $2,800.00 |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Levin, Rob | 8/22/2013 | All day working session at client site to calculate the 2012 IRC Section 199 deduction (8.10 hours). | 8.1 | $550.00 | $3,300.00 |
| Ely, Catherine Elizabeth Wagner | 8/23/2013 | All day working session at client site to calculate the 2012 IRC Section 199 deduction (8.0 hours). | 8 | $350.00 | $2,800.00 |
| Lynes, Daniel A. | 8/23/2013 | Review section 199 data and analysis of information (4.2) | 4.2 | $400.00 | $1,680.00 |
| Levin, Rob | 8/23/2013 | Working session at client site to calculate the IRC Section 199 deduction for the 2012 tax return (4.20 hours). | 8 | $550.00 | $4,400.00 |
| Wetcher, Andrew D | 8/26/2013 | Internal discussion with Catie Wagner of Grant Thornton as to how to allocate certain expenses for the 199 deduction (0.6 hours). | 0.6 | $350.00 | $210.00 |
| Lynes, Daniel A. | 8/26/2013 | WR Grace 2012 Sec. 199 calc - discussion with Catie Wagner-Ely regarding 2012 workbook process (.6 hours) | 0.6 | $400.00 | $200.00 |
| Ely, Catherine Elizabeth Wagner | 8/27/2013 | Work to incorporate PBC data in calculation received today (4.3 hours) follow up on PBC information received with client (.5 hours) meeting with Rob Levin to discuss M adjustments (1.2 hours) | 6 | $350.00 | $2,100.00 |
| Levin, Rob | 8/27/2013 | 199 discussions w/ Catie (1.0). | 1 | $400.00 | $550.00 |
| Ely, Catherine Elizabeth Wagner | 8/28/2013 | Conversations with Dan Lynes re: status/questions on 2012 IRC Section 199 calculation (0.8 Hours) Working to calculate the 2012 199 deduction, incorporating new client info (2.7 hours) | 3.5 | $350.00 | $1,225.00 |
| Lynes, Daniel A. | 8/28/2013 | Conversations with Catie Ely re: status/questions on 2012 IRC Section 199 calculation (0.8 Hours) | 0.8 | $400.00 | $320.00 |
| Ely, Catherine Elizabeth Wagner | 8/29/2013 | Working to calculate the 2012 199 deduction, incorporating new client info (1.6 hours) | 1.6 | $350.00 | $560.00 |
| Ely, Catherine Elizabeth Wagner | 8/30/2013 | Working to calculate the 2012 199 deduction, incorporating new client info (5.9 hours) | 6 | $350.00 | $2,065.00 |
| Levin, Rob | 8/30/2013 | Complete Section 199 analysis (3.0) | 3 | $550.00 | $1,650.00 |
| **Total** | | | 88.4 | | $35,400.00 |

9