# EXHIBIT B

## August 2013 Expense Detail

| Professional | Date | Description | Cost Code | Amount |
|---|---|---|---|---|
| Lynes, Daniel A. | 08/01/2013 | Atlanta, Working/Planning lunch to discuss the 2012 R&D tax credit study. 3 attendees | Meals | $58.68 |
| Lynes, Daniel A. | 8/18/2013 | One-way plane ticket, coach class, from Atlanta, GA to Ft. Lauderdale. Business purpose was to work on-site at Grace to finalize the IRC Section 199 domestic manufacturing deduction with the client | Airfare | $351.90 |
| Ely, Catherine Elizabeth Wagner | 8/20/2013 | 199 site visit; Atlanta to Ft. Lauderdale; coach class; round trip fare | Airfare | $565.80 |
| Ely, Catherine Elizabeth Wagner | 8/21/2013 | 1 dining; meal while traveling to visit Grace offices to discuss 199 in Ft. Lauderdale | Meals | $14.54 |
| Ely, Catherine Elizabeth Wagner | 8/21/2013 | Taxi ride from airport to Marriott hotel | Ground Transportation | $17.50 |
| Ely, Catherine Elizabeth Wagner | 8/22/2013 | 199 site visit; Ft. Lauderdale; 1 night; Marriott; 109.89 room rate + taxes per night | Hotel | $109.89 |
| Ely, Catherine Elizabeth Wagner | 8/22/2013 | 1 dining; dinner while visiting Grace offices to discuss 199 in Ft. Lauderdale | Meals | $20.00 |
| Levin, Rob | 8/22/2013 | Hotel in South Florida for 2012 IRC Section 199 Study for WR Grace. | Hotel | $120.99 |
| Levin, Rob | 8/22/2013 | Taxi to hotel at 1 a.m. for meeting at WR Grace to discuss Section 199 study. | Ground Transportation | $18.10 |
| Levin, Rob | 8/22/2013 | IRC Section 199 client lunch with Cynthia Albert, Rob Levin, Dan Lynes, and Catie Wagner. Lunch was to discuss status of 2012 Section 199 project and next steps. | Meals | $55.00 |
| Levin, Rob | 8/22/2013 | Breakfast for WR Grace Section 199 meeting. Team includes: Rob Levin, Catie Wagner, and Cynthia Albert. | Meals | $19.30 |
| Ely, Catherine Elizabeth Wagner | 8/23/2013 | 1 dining; dinner while visiting Grace offices to discuss 199 in Ft. Lauderdale | Meals | $9.90 |
| Ely, Catherine Elizabeth Wagner | 8/23/2013 | 199 site visit; Ft. Lauderdale; 1 night; Marriott; 133.20 room rate + taxes per night | Hotel | $133.20 |
| Ely, Catherine Elizabeth Wagner | 8/23/2013 | 1 dining; meal while traveling to visit Grace offices to discuss 199 in Ft. Lauderdale | Meals | $11.83 |
| Ely, Catherine Elizabeth Wagner | 8/23/2013 | Airport parking at the Atlanta airport while discussing 199 deduction in Ft. Lauderdale | Ground Transportation | $27.00 |
| Levin, Rob | 8/23/2013 | Parking at airport for 2012 IRC Section 199 Study. | Ground Transportation | $32.00 |

| Professional | Date | Description | Cost Code | Amount |
|---|---|---|---|---|
| Levin, Rob | 8/23/2013 | Breakfast for self for WR Grace Section 199 meeting with Cynthia Albert. | Meals | $14.56 |
| Levin, Rob | 8/27/2013 | WR Grace and Grant Thornton Section 199 team dinner. Attendees include: Rob Levin, Dan Lynes, Catie Wagner, Cynthia Albert, and Don Teichen. | Meals | $126.00 |
| Levin, Rob | 8/27/2013 | Hotel in South Florida for 2012 IRC Section 199 Study for WR Grace. | Hotel | $109.89 |
| Levin, Rob | 8/27/2013 | Miles to and from airport for Section 199 meeting at WR Grace. | Mileage | $32.21 |
| Levin, Rob | 8/27/2013 | Air fare for IRC Section 199 meeting in Boca, Florida with Cynthia Albert, WR Grace to discuss 2012 Section 199 project. | Airfare | $565.80 |
| **Total** | | | | **$2,414.09** |

## ITEMIZED EXPENSES

| Date | Amount | Service Description |
| --- | --- | --- |
| 08/01/2013 | $58.68 | Meals |
| 8/18/2013 | $351.90 | Airfare |
| 8/20/2013 | $565.80 | Airfare |
| 8/21/2013 | $14.54 | Meals |
| 8/21/2013 | $17.50 | Ground Transportation |
| 8/22/2013 | $109.89 | Hotel |
| 8/22/2013 | $20.00 | Meals |
| 8/22/2013 | $120.99 | Hotel |
| 8/22/2013 | $18.10 | Ground Transportation |
| 8/22/2013 | $55.00 | Meals |
| 8/22/2013 | $19.30 | Meals |
| 8/23/2013 | $9.90 | Meals |
| 8/23/2013 | $133.20 | Hotel |
| 8/23/2013 | $11.83 | Meals |
| 8/23/2013 | $27.00 | Ground Transportation |
| 8/23/2013 | $32.00 | Ground Transportation |
| 8/23/2013 | $14.56 | Meals |
| 8/27/2013 | $126.00 | Meals |
| 8/27/2013 | $109.89 | Hotel |
| 8/27/2013 | $32.21 | Mileage |
| 8/27/2013 | $565.80 | Airfare |
| Total | **$2,414.09** | |

Total August 2013 Expenses: $2,414.09