# EXHIBIT A

## (IRIS)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                September 26, 2013
Attn: Lydia B. Duff, Esq.                        Client/Matter #  01246-015172
7500 Grace Drive                                 Invoice # 156242
Columbia, MD  21044                              Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/13 in Connection With:

**IRIS**

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 08/01/13 | K. Bourdeau | C300 | 0.80 | Participate in team strategy call. |
| 08/01/13 | P. Marks | C300 | 0.50 | Telephone conference with K. Ethier, L. Duff, H. Feichko and L. Gledhill re meeting. |
| 08/01/13 | P. Marks | C300 | 2.50 | Prepare presentation for meeting. |
| 08/01/13 | D. Barker | L210 | 1.30 | Follow up on service of process on U.S. Attorney and obtain summons. |
| 08/01/13 | G. Ecolino | L210 | 2.00 | Litigation filings and document management. |
| 08/02/13 | K. Bourdeau | C300 | 0.50 | Review issues posed by newly revised assessments for impact. |
| 08/02/13 | P. Marks | C300 | 5.90 | Final preparation and integration of client and consultant comments into handouts and prepare for meeting. |
| 08/02/13 | P. Marks | C300 | 1.20 | Telephone conferences with L. Duff and H. Feichko re integration of comments into handouts. |
| 08/02/13 | P. Marks | C300 | 1.60 | Collect pertinent backup materials for consultants and coordinate with same. |
| 08/02/13 | D. Barker | L210 | 1.10 | Coordinate service and follow up re deadlines and schedule. |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE # 156242
                                                               September 26, 2013
                                                               PAGE   2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 08/02/13 | G. Ecolino | L210 | 2.00 | E-file amended executed affidavit and manage litigation documents. |
| 08/03/13 | K. Bourdeau | C300 | 1.30 | Review materials provided by P. Marks and prepare comments to P. Marks re same and communications with P. Marks re same. |
| 08/03/13 | P. Marks | C300 | 0.20 | Review K. Bourdeau comments re documents and respond to same. |
| 08/03/13 | P. Marks | C300 | 2.00 | Prepare for meeting and emails to team re same. |
| 08/04/13 | P. Marks | C300 | 1.80 | Prepare for meeting and emails to consultant re interpretation of scientific information related to background values. |
| 08/05/13 | P. Marks | C300 | 5.60 | Pre-meeting with Grace team, attend meeting with EPA, and post-meeting with Grace team members. |
| 08/05/13 | P. Marks | C300 | 0.50 | Team telephone conference re meeting. |
| 08/06/13 | P. Marks | C300 | 0.40 | Telephone conference and voice mail in follow-up to meeting with client and EPA. |
| 08/06/13 | D. Barker | L210 | 4.20 | Draft motion and memorandum for summary judgment in FOIA action. |
| 08/07/13 | P. Marks | C300 | 3.10 | Multiple telephone conferences with client re science issues. |
| 08/07/13 | P. Marks | C300 | 0.40 | Email exchange re science issues with consultant. |
| 08/07/13 | P. Marks | C300 | 0.30 | Assess IRIS forum issues. |
| 08/07/13 | D. Barker | L210 | 5.20 | Finish drafting motion, memorandum, and affidavit in support of motion for summary judgment in FOIA action and motion to expedite. |
| 08/08/13 | P. Marks | L210 | 0.50 | Review pleadings and provide comments to D. Barker. |
| 08/08/13 | P. Marks | C300 | 1.90 | Prepare for and conduct telephone conference with client team re science issues, and prepare notes re same. |
| 08/08/13 | P. Marks | C300 | 0.50 | FOIA issues and conference with J. Lanham re same. |
| 08/08/13 | P. Marks | C300 | 0.50 | EPA meeting preparation. |

BEVERIDGE & DIAMOND, P.C.                                          INVOICE # 156242
                                                                   September 26, 2013
                                                                   PAGE   3

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 08/08/13 | D. Barker | L210 | 1.70 | Coordinate with G. Ecolino on preparation of exhibits and filing details and revise and incorporate edits on motion for summary judgment and motion to expedite. |
| 08/08/13 | J. Lanham | L210 | 2.00 | Review and prepare draft court pleadings. |
| 08/08/13 | J. Lanham | C300 | 0.50 | Prepare letter and email to L. Ross re FOIA request. |
| 08/08/13 | G. Ecolino | L210 | 2.50 | Confer with D. Barker re filing and prepare document for filing. |
| 08/09/13 | P. Marks | L210 | 0.50 | Review draft pleadings and comments re same. |
| 08/09/13 | D. Barker | L210 | 2.80 | Draft statement of material facts, incorporate comments and revisions, and prepare briefs and exhibits for filing motion for summary judgment and motion to expedite. |
| 08/09/13 | G. Ecolino | L210 | 4.00 | Proofread brief and review and manage files. |
| 08/12/13 | P. Marks | L210 | 0.40 | Review materials to be filed and communications with team and client. |
| 08/12/13 | P. Marks | C300 | 2.10 | Telephone conferences (2) with R. Finke and consultant re science issues. |
| 08/12/13 | G. Ecolino | L210 | 1.50 | Prepare documents for filing and review and manage file. |
| 08/13/13 | K. Bourdeau | C300 | 0.50 | Review recent developments and e-mail communications re same. |
| 08/13/13 | P. Marks | C300 | 0.30 | Email exchanges re follow-up to EPA meeting. |
| 08/13/13 | P. Marks | C300 | 0.80 | Telephone conference with team re science issues. |
| 08/13/13 | P. Marks | C300 | 0.90 | Telephone conference with R. Finke re science issues and prepare for team telephone conference re same. |
| 08/13/13 | P. Marks | C300 | 1.40 | Telephone conferences (2) with EPA counsel re FOIA requests and evaluate how to address issues. |
| 08/13/13 | G. Ecolino | L210 | 1.70 | Manage court filings and circulate same to team and review and manage file. |
| 08/14/13 | K. Bourdeau | C300 | 0.80 | Review background information and e-mail correspondence re same. |

```
BEVERIDGE & DIAMOND, P.C.                          INVOICE # 156242
                                                   September 26, 2013
                                                   PAGE   4
```

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 08/14/13 | P. Marks | C300 | 0.50 | Telephone conference with R. Finke re science issues and evaluate same. |
| 08/14/13 | G. Ecolino | L210 | 0.50 | Confer with court re filing and review and manage file. |
| 08/15/13 | K. Bourdeau | C300 | 1.00 | Participate in team status/strategy conference call. |
| 08/15/13 | P. Marks | C300 | 0.40 | Review emails and telephone conference with L. Duff re status. |
| 08/15/13 | P. Marks | C300 | 0.90 | Prepare FOIA correspondence and brief client re same. |
| 08/15/13 | P. Marks | C300 | 0.80 | Review University of Cincinnati contracts re study. |
| 08/15/13 | G. Ecolino | L210 | 0.50 | Prepare correct page for errata filing and review and manage file. |
| 08/16/13 | P. Marks | C300 | 1.00 | Address EPA FOIA request revisions. |
| 08/20/13 | P. Marks | C300 | 0.50 | Coordinate with consultant and client. |
| 08/21/13 | P. Marks | C300 | 0.80 | Telephone conference with L. Duff and H. Feichko re tasks and strategy. |
| 08/21/13 | P. Marks | C300 | 0.70 | Telephone conference with consultant re science issues. |
| 08/21/13 | P. Marks | C300 | 0.60 | Prepare correspondence. |
| 08/21/13 | J. Lanham | C300 | 1.00 | Document related activities re EPA FOIA. |
| 08/22/13 | K. Bourdeau | C300 | 0.30 | E-mail communications re recent developments. |
| 08/22/13 | P. Marks | L210 | 0.30 | FOIA litigation status update to client team. |
| 08/22/13 | P. Marks | C300 | 1.00 | Review contract re EPA data evaluation and prepare email to client re same. |
| 08/22/13 | D. Barker | L210 | 1.50 | Call from A. Schmitt re FOIA action and follow-up with J. Lanham and P. Marks re same. |
| 08/22/13 | G. Ecolino | L210 | 1.00 | Review and manage file. |
| 08/23/13 | P. Marks | C300 | 2.10 | Prepare letter to EPA incorporating client input. |
| 08/26/13 | K. Bourdeau | C300 | 0.50 | Review draft letter to EPA and prepare comments on same. |

BEVERIDGE & DIAMOND, P.C.                           INVOICE # 156242
                                                    September 26, 2013
                                                    PAGE  5

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 08/26/13 | P. Marks | C300 | 0.60 | Review and evaluate developments. |
| 08/26/13 | P. Marks | C300 | 1.70 | Telephone conference with H. Feichko re communications with EPA and prepare draft letter re same. |
| 08/26/13 | J. Lanham | C300 | 0.50 | FOIA related communications. |
| 08/27/13 | D. Barker | L210 | 1.80 | Review and evaluate CDC production and response, confer with J. Lanham re same, and confer with Department of Justice re production and withholding issues and litigation response deadlines. |
| 08/27/13 | J. Lanham | C300 | 2.00 | EPA FOIA related activities. |
| 08/28/13 | D. Barker | L210 | 0.60 | Review and evaluate list of study variables provided and withheld. |
| 08/29/13 | K. Bourdeau | C300 | 0.80 | Review redraft of letter and prepare comments on same. |
| 08/29/13 | P. Marks | L210 | 1.40 | Telephone conference with H. Feichko, R. Finke and D. Barker re negotiations with Department of Justice re data and evaluation of needs for withheld data, and follow-up telephone conference with S. Moolgavkar re same. |
| 08/29/13 | P. Marks | C300 | 1.00 | Review comments and revise letter, and emails with team re same. |
| 08/29/13 | D. Barker | C300 | 1.90 | Follow-up re timing for review and litigation response deadlines and confer with opposing counsel and with R. Finke, H. Feichko, P. Marks and J. Lanham re same. |
| 08/29/13 | J. Lanham | L210 | 1.40 | FOIA litigation related communications with D. Barker, P. Marks and client. |
| 08/29/13 | G. Ecolino | L210 | 0.50 | Review and manage file. |
| 08/30/13 | K. Bourdeau | C300 | 0.30 | Communications with P. Marks re draft letter. |
| 08/30/13 | P. Marks | C300 | 3.00 | Telephone conference with L. Duff and H. Feichko re correspondence. |
| 08/30/13 | D. Barker | L210 | 0.20 | Confirm and follow-up on entry of order granting consent motion to extend response deadlines. |

BEVERIDGE & DIAMOND, P.C.                                          INVOICE # 156242
                                                                  September 26, 2013
                                                                  PAGE   6

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 08/30/13 | G. Ecolino | C300 | 0.80 | Update pleading binders, prepare and submit revised docket control request, and review and manage file. |

**Total Hours :**    106.60

**Total Fees :**    $50,149.00

BEVERIDGE & DIAMOND, P.C.                                   INVOICE # 156242
                                                            September 26, 2013
                                                            PAGE   7

## Time Summary :

|              | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| K. Bourdeau  |  6.80 | $750.00 |  $5,100.00 |
| P. Marks     | 53.10 | $545.00 | $28,939.50 |
| D. Barker    | 22.30 | $445.00 |  $9,923.50 |
| J. Lanham    |  7.40 | $365.00 |  $2,701.00 |
| G. Ecolino   | 17.00 | $205.00 |  $3,485.00 |

|  |  |
|---|---:|
| Total Fees :     | $50,149.00 |
| 10% Discount :   | (5,014.90) |
| Total Fees Due : | $45,134.10 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---:|---:|
| C300      | 63.50 | $34,819.50 |
| Total     | 63.50 | $34,819.50 |
| L200      |       |            |
| L210      | 43.10 | $15,329.50 |
| Total L200| 43.10 | $15,329.50 |

|  |  |  |
|---|---:|---:|
| Total Fees :   | 106.60 | $50,149.00 |
| 10% Discount : |        | (5,014.90) |

BEVERIDGE & DIAMOND, P.C.                                               INVOICE # 156242
                                                                        September 26, 2013
                                                                        PAGE   8

                                                **Total Fees Due :**                $45,134.10

**Summary by Disbursement Codes :**

|       |                    | Bill Amount |
|-------|--------------------|------------:|
| E105  | Telephone          |      $30.51 |
| E110  | Out-of-town Travel |     $103.00 |
| E111  | Meals              |      $14.96 |
| E112  | Court Fees         |     $400.00 |
| E124  | Other              |     $367.00 |

                                  **Total Disbursements :**              $915.47

                                                    **TOTAL DUE :**             $46,049.57