# EXHIBIT B

## (Petition)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

September 26, 2013  
Client/Matter #  01246-015504  
Invoice # 156243  
Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/13 in Connection With:

**Petition**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 08/01/13 | D. Paul | C300 | 1.00 | Review briefing, exhibits and reference materials with T. Horch. |
| 08/01/13 | T. Horch | C300 | 3.00 | Review Request for Correction and meeting with D. Paul to review project. |
| 08/05/13 | D. Paul | C300 | 1.20 | Proofread, fact check and cite check. |
| 08/06/13 | P. Marks | C300 | 0.40 | Conference with D. Paul re citations and paralegal tasks. |
| 08/06/13 | D. Paul | C300 | 4.00 | Proofread, fact check and cite check, and review suggested edits with P. Marks. |
| 08/13/13 | D. Paul | C300 | 1.20 | Proofread, fact check and cite check. |
| 08/16/13 | P. Marks | C300 | 3.10 | Prepare petition. |
| 08/16/13 | P. Marks | C300 | 1.80 | Prepare petition addressing issues raised by client team. |
| 08/18/13 | D. Paul | C300 | 0.50 | Proofread, fact check and cite check. |
| 08/19/13 | P. Marks | C300 | 1.70 | Prepare petition, including legislative history review. |
| 08/20/13 | D. Paul | C300 | 3.00 | Proofread, fact check and cite check. |
| 08/23/13 | P. Marks | C300 | 3.40 | Prepare petition and briefly direct D. Paul re tasks re same. |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE # 156243
                                                               September 26, 2013
                                                               PAGE   2


08/26/13   D. Paul        C300             3.30   Proofread, fact check and cite check.

08/27/13   D. Paul        C300             1.30   Proofread, fact check and cite check.


                                           **Total Hours :**        **28.90**

                                           **Total Fees :**     **$9,460.50**

BEVERIDGE & DIAMOND, P.C.                                          INVOICE # 156243
                                                                   September 26, 2013
                                                                   PAGE   3

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 10.40 | $545.00 | $5,668.00 |
| D. Paul  | 15.50 | $205.00 | $3,177.50 |
| T. Horch |  3.00 | $205.00 |   $615.00 |

|  |  |
|---|---|
| Total Fees : | $9,460.50 |
| 10% Discount : | (946.05) |
| Total Fees Due : | $8,514.45 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 28.90 | $9,460.50 |
| Total | 28.90 | $9,460.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 28.90 | $9,460.50 |
| 10% Discount : |  | (946.05) |
| Total Fees Due : |  | $8,514.45 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E110 | Out-of-town Travel | $20.90 |

BEVERIDGE & DIAMOND, P.C.	INVOICE # 156243
September 26, 2013
PAGE   4

|  |  |
|---|---|
| Total Disbursements : | $20.90 |
| **TOTAL DUE :** | $8,535.35 |