# EXHIBIT C

## (Curtis Bay Air)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                               September 26, 2013
Attn: Lydia B. Duff, Esq.                       Client/Matter #  01246-015577
7500 Grace Drive                                Invoice # 156244
Columbia, MD  21044                             Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/13 in Connection With:

**Curtis Bay Air**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 08/02/13 | L. McAfee | C300 | 2.00 | Review materials and draft Alternate Operating Scenario (AOS). |
| 08/07/13 | L. McAfee | C300 | 3.00 | Preparation for and attend Title V meeting. |
| 08/27/13 | L. McAfee | C300 | 0.50 | Review Title V application. |
| 08/28/13 | L. McAfee | C300 | 2.00 | Review and comment on draft Title V permit application, cover letter. |
| 08/29/13 | L. McAfee | C300 | 0.50 | Review and comment on permit application. |
| 08/30/13 | L. McAfee | C300 | 0.50 | Final Title V application review and emails. |

Total Hours :          8.50

Total Fees :     $4,547.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156244
September 26, 2013
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 8.50 | $535.00 | $4,547.50 |
|  | Total Fees : | | $4,547.50 |
|  | 10% Discount : | | (454.75) |
|  | Total Fees Due : | | $4,092.75 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 8.50 | $4,547.50 |
| Total | 8.50 | $4,547.50 |
| Total Fees : | 8.50 | $4,547.50 |
| 10% Discount : | | (454.75) |
| Total Fees Due : | | $4,092.75 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| 006 | Commercial Duplicating | $4.77 |
| | Total Disbursements : | $4.77 |
| | TOTAL DUE : | $4,097.52 |