# EXHIBIT D

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

September 26, 2013  
Client/Matter #  01246-012629  
Invoice # 156240  
Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/13 in Connection With:

**Bankruptcy Fee Application**
**100035**

**Disbursements:**

| | |
|---|---|
| Copying | 23.90 |
| Postage | 15.60 |
| **Total Disbursements :** | **$39.50** |
| **TOTAL DUE :** | **$39.50** |