# EXHIBIT E

(Trivalent Chromium)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  September 26, 2013
Attn: Lydia B. Duff, Esq.  Client/Matter #  01246-014988
7500 Grace Drive  Invoice # 156241
Columbia, MD  21044  Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/13 in Connection With:

**Trivalent Chromium**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 08/02/13 | P. Marks | C300 | 1.30 | Telephone conference with client team re MDE comments and data available to address same. |
| 08/05/13 | P. Marks | C300 | 0.30 | Review emails from team. |

Total Hours :       1.60

Total Fees :     $872.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156241
September 26, 2013
PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.60 | $545.00 | $872.00 |
|  | Total Fees : |  | $872.00 |
|  | 10% Discount : |  | (87.20) |
|  | Total Fees Due : |  | $784.80 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.60 | $872.00 |
| Total | 1.60 | $872.00 |
| Total Fees : | 1.60 | $872.00 |
| 10% Discount : |  | (87.20) |
| Total Fees Due : |  | $784.80 |

**Summary by Disbursement Codes :**

|  | TOTAL DUE : | $784.80 |
|---|---|---|