# EXHIBIT F

(Texas FOIA)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

September 26, 2013  
Client/Matter #  01246-015854  
Invoice # 156245  
Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/13 in Connection With:

**Texas FOIA**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 08/09/13 | P. Marks | C300 | 0.30 | Coordinate with client and B. Moore to provide support for FOIA request. |
| 08/09/13 | B. Moore | C300 | 2.00 | Review background files and correspondence re prior Texas Public Information Act (PIA) requests; review PIA guidance re same; correspondence to client re PIA requests; telephone conference with K. Bryden re same; confer with P. Marks re same. |
| 08/12/13 | B. Moore | C400 | 1.00 | Correspondence to client re Texas PIA requests; prepare and file same; telephone conference with TCEQ re same. |
| 08/20/13 | B. Moore | C400 | 0.50 | Correspondence to TCEQ re PIA document production and obtaining copies of same; correspondence to client re same. |

Total Hours :         3.80

Total Fees :     $1,721.00

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 156245
                                                             September 26, 2013
                                                             PAGE   2


**Time Summary :**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| P. Marks   | 0.30         | $545.00         | $163.50     |
| B. Moore   | 3.50         | $445.00         | $1,557.50   |

|                  |             |
|------------------|-------------|
| Total Fees :     | $1,721.00   |
| 10% Discount :   | (172.10)    |
| Total Fees Due : | $1,548.90   |


**Summary by Task Codes :**

| CODE  | Hours | Bill Amount |
|-------|-------|-------------|
| C300  | 2.30  | $1,053.50   |
| C400  | 1.50  | $667.50     |
| Total | 3.80  | $1,721.00   |

|                  |      |             |
|------------------|------|-------------|
| Total Fees :     | 3.80 | $1,721.00   |
| 10% Discount :   |      | (172.10)    |
| Total Fees Due : |      | $1,548.90   |


**Summary by Disbursement Codes :**


                                              TOTAL DUE :        $1,548.90