EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
SEPTEMBER 1, 2013 THROUGH
SEPTEMBER 30, 2013

```
                    Phillips, Goldman & Spence, P.A.
                           1200 N. Broom Street
                           Wilmington, DE  19806
                              (302) 655-4200
                            EI #: 51-0328786
```

October 17, 2013

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                          File    WRG-AUS/JCP
                                          Invoice number   108330
```

Re:  W. R. Grace & Co.
     Roger Frankel
Case No.:  01-01139 (RLB)

```
         Subtotal for FEES only:  09/30/13      $2,706.00
         Subtotal for COSTS only: 09/30/13        $231.72
                                              -------------
CURRENT PERIOD FEES AND COSTS:    09/30/13      $2,937.72
                                              -------------
```

************************************************************

Please send remittance copy with payment.  Thank you.

************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

October 17, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   108330

Re:  W. R. Grace & Co.
     Roger Frankel

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 2.6 | 1,287.00 |
| FEE/EMPLOYMENT APPLICATIONS | 5.8 | 1,221.00 |
| CASE ADMINISTRATION | 0.6 | 99.00 |
| LITIGATION | 0.2 | 99.00 |
| Subtotal for FEES only: 09/30/13 | 9.2 | $2,706.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 495.00 | JCP | 3.60 | 3.60 | 1,782.00 | 0.00 | 0.00 |
| 165.00 | CAH | 5.60 | 5.60 | 924.00 | 0.00 | 0.00 |
| Totals | | 9.20 | 9.20 | 2,706.00 | 0.00 | 0.00 |

```
Sorts:   Grouping code            (Paginate)
         Client code
         Actual employee code     (Subtotal)
         Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 108330 to 108330
```

|         |                             | Act | Trans    |                                                      | Billable | Billable | Gr |
| Cl code | Grouping code description   | Emp | Date     | Transaction description                              | Hours    | Dollars  | Cd |
|---------|-----------------------------|-----|----------|------------------------------------------------------|----------|----------|----|
| WRG     | CASE ADMINISTRATION         | CAH | 09/09/13 | Update docket to system; download pertinent pleadings. | 0.20   | 33.00    | Ca |
| WRG     | CASE ADMINISTRATION         | CAH | 09/20/13 | Update docket to system.                             | 0.20     | 33.00    |    |
| WRG     | CASE ADMINISTRATION         | CAH | 09/20/13 | Update receivables and verify payment.               | 0.20     | 33.00    |    |
|         |                             |     |          |                                                      | 0.60     | 99.00    |    |
|         |                             |     |          |                                                      | 0.60     | 99.00    |    |

Total records this group:   3

```
                                        Act  Trans                                                            Billable    Billable  Gr
Cl code  Grouping code description      Emp  Date      Transaction description                                   Hours     Dollars  Cd

WRG      LITIGATION                     JCP  09/23/13  Review of Agenda for 9/25/13 Hearing.                      0.10       49.50  Li

WRG      LITIGATION                     JCP  09/24/13  Review of ECF Notification re: canceling 9/25/13 Hearing.  0.10       49.50
                                                                                                                 ------     -------
                                                                                                                  0.20       99.00
                                                                                                                 ------     -------
                                                                                                                  0.20       99.00
                                                                                                                 ------     -------
```

Total records this group:   2

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/09/13 | Review of Fee Auditor report. | 0.20 | 33.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/09/13 | Draft Certification of Counsel for Phillips, Goldman & Spence 36th quarterly fee application; forward to John C. Phillips, Jr. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/09/13 | Download and file Certificate of No Objection for Orrick for May (16-31) and June; e-mail information back to D. Fullem. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/10/13 | Review of and revise Certification of Counsel for Phillips, Goldman & Spence 36th quarterly fee application; scan and OCR same. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/11/13 | File and serve Certification of Counsel for Phillips, Goldman & Spence quarterly fee application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/13/13 | Review of e-mails from D. Fullem and download quarterly fee application for Orrick (2 of them) Lincoln and Frankel; correct scanned notice; scan and file same; e-mail filing information to D. Fullem. | 0.90 | 148.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/18/13 | Review of e-mail from D. Fullem; download Certificate of No Objection for Frankel's July fee application and Certificate of No Objection for Orrick's July fee application. File same and send verification to D. Fullem. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/18/13 | Draft Certificate of No Objection for Phillips, Goldman & Spence July fee applications; after approval by John C. Phillips, Jr. scan, OCR, file same and serve. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/20/13 | Draft Phillips, Goldman & Spence August fee application. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/25/13 | Scan, OCR, file and serve Phillips, Goldman & Spence August fee application and serve same. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/26/13 | Download and file Lincoln's May 1-15 fee applications, Lincoln's May 16-31 fee application; set e-mail back to D. Fullem with filing and docket information. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/26/13 | Download and file Lincoln's June and July fee applications; set e-mail back to D. Felder with filing and docket information. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/26/13 | Download and file Orrick's and Frankel's August fee applications; e-mail filing and docket information back to D. Fullem. | 0.30 | 49.50 | |
|  |  |  |  |  | ------ | -------- | |
|  |  |  |  |  | 5.00 | 825.00 | |
|  |  |  |  |  | ------ | -------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/06/13 | Review of Fee Auditor's Report approving Phillips, Goldman & Spence Fee Application for 1/1/13-3/31/13. | 0.20 | 99.00 | |

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/09/13 | Review of, revise and execute Certification of Counsel re: Phillips, Goldman & Spence 36th Quarterly Fee Application. | 0.20 | 99.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/18/13 | Review of and execute Certificate of No Objection for Phillips, Goldman & Spence 3rd Interim Fee Application. | 0.10 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/20/13 | Review of, revise and execute Phillips, Goldman & Spence 4th Interim Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/24/13 | Review of Judge Carey's 9/24/13 Order Approving 48th Quarter Fee Applications. | 0.10 | 49.50 | |
| | | | | | ------ | -------- | |
| | | | | | 0.80 | 396.00 | |
| | | | | | ------ | -------- | |
| | | | | | 5.80 | 1,221.00 | |
| | | | | | ------ | -------- | |

Total records this group:    18

```
                                        Act   Trans                                                              Billable        Billable    Gr
Cl code  Grouping code description      Emp   Date       Transaction description                                  Hours          Dollars     Cd

WRG      PLAN AND DISCLOSURE            JCP   09/05/13   Review of 9/4/13 Opinion affirming District Court's        1.80           891.00    ps
         STATEMENT                                      judgment denying Anderson Memorial's appeal.

WRG      PLAN AND DISCLOSURE            JCP   09/06/13   Review of 9/5/13 Order denying Garlock's petition for      0.10            49.50
         STATEMENT                                      re-hearing.

WRG      PLAN AND DISCLOSURE            JCP   09/13/13   Letter from counsel for Bank Lender Group re: subsequent   0.40           198.00
         STATEMENT                                      authority; review of same; review of mandate re: Garlock
                                                        Opinion and Order.

WRG      PLAN AND DISCLOSURE            JCP   09/17/13   Letter from counsel for Debtors to 3rd Circuit responding  0.10            49.50
         STATEMENT                                      to Bank Lender Group's subsequent authority (AMR)

WRG      PLAN AND DISCLOSURE            JCP   09/19/13   Review of Montana's Motion to Extend Time to File Petition 0.10            49.50
         STATEMENT                                      for Re-Hearing.

WRG      PLAN AND DISCLOSURE            JCP   09/26/13   Review of Order granting Appellant's Motion to Extend Time 0.10            49.50
         STATEMENT                                      to Petition for Re-Hearing.
                                                                                                                  ------         ----------
                                                                                                                    2.60          1,287.00
                                                                                                                  ------         ----------
                                                                                                                    2.60          1,287.00
                                                                                                                  ------         ----------
Total records this group:  6

                                                                                                                  ------         ----------
                                                                                                                    9.20          2,706.00
                                                                                                                  ======         ==========
29 records printed.
```