EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
SEPTEMBER 1, 2013 THROUGH
SEPTEMBER 30, 2013

Phillips, Goldman & Spence, P.A.

Page   2

October 17, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   108330

Re:  W. R. Grace & Co.
     Roger Frankel

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 08/06/13 | Photocopies | 6.00 |
| 08/27/13 | Facsimile | 2.00 |
| 09/25/13 | Check No.: 52697 - Parcel's Inc. - Document Services. | 193.22 |
| 09/30/13 | Check No.: 52732 - John C. Phillips, Jr. - Expense reimbursement, Court Call. | 30.00 |
| | Subtotal for COSTS only: 09/30/13 | $231.72 |