# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# SEPTEMBER 1-30, 2013



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Roger Frankel, Successor Futures Claimants' Representative for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

October 11, 2013
Client No. 17367
**REVISED** Invoice No. 1443690
**REPLACES** Invoice No. 1440928

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through September 30, 2013 in connection with the matters described on the attached pages: | $ | 55,125.00 |
| DISBURSEMENTS as per attached pages: | | 1,525.53 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | **$** | **56,650.53** |

Matter(s): 17367/11, 12, 13, 2, 5, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$86,326.82
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account, please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 17367/ Invoice: 1443690*

**ELECTRONIC FUNDS TRANSFERS:**

***ACH & Wire Transfers:***
***ABA Number 121000248***
***SWIFT CODE: WFBIUS6S***
*Account Number: 4123701088*
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 17367/ Invoice: 1443690*
*E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(213) 614-3248*
*Reference: 17367/ Invoice: 1443690*

Roger Frankel, Successor Futures Claimants'
Representative for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

October 11, 2013
Client No. 17367
Invoice No. 1443690

Orrick Contact: Roger Frankel

For Legal Services Rendered Through September 30, 2013 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 09/10/13 | P. Mahaley | Telephone conference with R. Frankel and R. Wyron regarding proposed settlement demand to insolvent insurer; transmit decision to R. Horkovich, counsel for ACC. | 0.30 |
| 09/10/13 | R. Wyron | Review information regarding potential insurance settlement and follow-up call regarding same. | 0.30 |

| | | |
|---|---|---|
| Total Hours | 0.60 | |
| Total For Services | | $462.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 0.30 | 665.00 | 199.50 |
| Richard H. Wyron | 0.30 | 875.00 | 262.50 |
| Total All Timekeepers | 0.60 | $770.00 | $462.00 |

**Total For This Matter** **$462.00**

For Legal Services Rendered Through September 30, 2013 in Connection With:

**Matter: 8 - Litigation**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/03/13 | R. Wyron | Review confidentiality agreement (.4); conference with R. Frankel and follow-up (.4). | 0.80 |
| 09/04/13 | D. Fullem | Review e-mail from D. Felder regarding opinions issued by Third Circuit (.1); review additional docket entries by Third Circuit regarding same (.4); review opinions and update R. Wyron and D. Felder (.5). | 1.00 |
| 09/04/13 | D. Felder | E-mail correspondence with Orrick team regarding Third Circuit opinions (.5); begin review regarding same (1.5). | 2.00 |
| 09/04/13 | R. Wyron | Review Third Circuit decisions on AMH and Canada/Montana appeals (1.6); e-mails regarding same (.2). | 1.80 |
| 09/10/13 | R. Wyron | Participate in status call and follow-up (1.4); respond to e-mails regarding potential settlement (.3). | 1.70 |
| 09/12/13 | D. Fullem | Review e-mail from R. Frankel; research recent case decision in Third Circuit and send to R. Frankel. | 0.30 |
| 09/12/13 | R. Wyron | Call with R. Frankel regarding plan question and potential settlement and follow-up (.4); review plan and disclosure provisions and e-mail regarding same (.6). | 1.00 |
| 09/13/13 | D. Fullem | Review recently issued mandate and related letter by the Third Circuit. | 0.20 |
| 09/16/13 | D. Felder | Review Third Circuit mandate, judgment and related issues (1.5); begin review of Rule 28(j) letter and related case law (1.0). | 2.50 |
| 09/16/13 | R. Wyron | Review P. Lockwood memo regarding plan amendment and notes regarding same (.6); conference with T. Florence regarding issues (.4); telephone conference with A. Paul and other counsel regarding potential settlement and notes regarding same (.7); review letter filing regarding AMR and follow-up (.4). | 2.10 |
| 09/17/13 | D. Fullem | Review recently filed pleadings relating to transcript of hearing; update group regarding same. | 0.20 |
| 09/17/13 | D. Felder | Review Debtors' 28(j) letter (.2); conference with R. Frankel regarding plan and effective date issues and follow-up (.3); begin review regarding same (.4). | 0.90 |

| | | | |
|---|---|---|---|
| 09/17/13 | R. Wyron | Review memo from P. Lockwood (.9); call with Grace and ACC regarding issues (1.3); conference with R. Frankel regarding issues (.3); respond to e-mails regarding plan issue (.2). | 2.70 |
| 09/18/13 | D. Felder | Review memorandum from P. Lockwood and plan regarding plan issues (1.8); review memorandum from Kirkland regarding plan issues (.5); consider issues regarding same (.5). | 2.80 |
| 09/19/13 | D. Felder | Review memo from P. Lockwood regarding plan issues and follow-up (1.0); review Montana's motion to extend time to file petition for rehearing (.2); e-mail correspondence with R. Frankel and R. Wyron regarding same (.1). | 1.30 |
| 09/19/13 | R. Wyron | Review addendum to P. Lockwood memo (.8); confer regarding strategy (.3); call with Grace and ACC counsel and follow-up (1.1); review motion to extend and e-mails regarding same (.4). | 2.60 |
| 09/20/13 | R. Wyron | Review potential settlement issues and e-mails regarding same; (.3); organize materials for effective date discussion (1.1). | 1.40 |
| 09/23/13 | D. Felder | Review agenda for September 25 omnibus hearing (.1); e-mail correspondence with R. Wyron, J. O'Neill and D. Fullem regarding same (.4). | 0.50 |
| 09/23/13 | R. Wyron | Review Third Circuit decision on Montana objections regarding settlement strategy (.3); organize effective date notes and documents (.8). | 1.10 |
| 09/24/13 | R. Wyron | Continue work on effective date issue. | 0.80 |
| 09/26/13 | D. Fullem | Review District Court's judgment, opinion and letter entered by Court relating to appeal; circulate same to group. | 0.40 |
| 09/26/13 | D. Felder | Review orders in appeals and related pleadings. | 1.00 |
| 09/27/13 | D. Felder | Review draft purchase agreement regarding Project Lantern (3.5); prepare memorandum regarding issues (3.0); e-mail correspondence and telephone conferences with R. Frankel and J. Radecki regarding same (.6). | 7.10 |
| 09/27/13 | R. Wyron | Review Lantern materials and order (.8); review comments and e-mails regarding same (.9). | 1.70 |
| 09/30/13 | D. Felder | Review attachments from A. Paul regarding Project Lantern. | 0.50 |
| 09/30/13 | R. Wyron | Review Lantern materials from A. Paul (.9); call with J. Radecki regarding issues and follow-up (.3). | 1.20 |

| | | |
|---|---|---|
| Total Hours | 39.60 | |
| Total For Services | | $29,194.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 18.60 | 650.00 | 12,090.00 |
| Debra O. Fullem | 2.10 | 270.00 | 567.00 |
| Richard H. Wyron | 18.90 | 875.00 | 16,537.50 |
| Total All Timekeepers | 39.60 | $737.23 | $29,194.50 |

Disbursements

| | | |
|---|---|---|
| Local Tolls | 6.55 | |
| Parking Expense | 9.00 | |
| Travel Expense, Local | 57.80 | |
| Travel Expense, Out of Town | 616.00 | |
| Total Disbursements | | $689.35 |

**Total For This Matter** **$29,883.85**

For Legal Services Rendered Through September 30, 2013 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/03/13 | D. Fullem | Review numerous fee applications filed by various professionals; update group with information. | 0.20 |
| 09/03/13 | R. Wyron | Follow-up on fee applications and e-mails regarding same. | 0.30 |
| 09/05/13 | D. Fullem | Review recently filed pleadings relating to fee applications. | 0.20 |
| 09/05/13 | D. Fullem | Review/respond to J. Solganick regarding monthly fee applications for April-July time periods and quarterly for April-June time period. | 0.20 |
| 09/05/13 | D. Fullem | Review timing/deadlines for FCR's monthly/quarterly fee applications. | 0.20 |
| 09/06/13 | D. Fullem | Review e-mails from fee auditor and R. Wyron follow-up regarding confirm fees/expenses for professionals. | 0.20 |
| 09/09/13 | D. Fullem | Review Jan-Mar 2013 quarterly fee application for Lincoln; prepare edits to notice and update with current filing/service dates; send to J. Solganick for review/comment; confer with D. Felder regarding timing/filing of same. | 0.80 |
| 09/09/13 | D. Fullem | Confer with D. Felder regarding timing/filing of quarterly fee applications for FCR professionals. | 0.20 |
| 09/09/13 | D. Fullem | Review Frankel/FCR August prebill. | 0.70 |
| 09/09/13 | D. Fullem | Review Lincoln monthly and quarterly fee applications from J. Solganick. | 1.00 |
| 09/09/13 | D. Felder | Conference with D. Fullem regarding Lincoln fee applications and follow-up e-mail correspondence to/from D. Fullem regarding same. | 0.50 |
| 09/09/13 | D. Felder | Review FCR's August prebill and follow-up conference with R. Frankel regarding same. | 0.80 |
| 09/10/13 | D. Fullem | Review professionals' monthly/quarterly/CNO filings; update group regarding same. | 0.20 |
| 09/10/13 | D. Felder | Complete review of FCR's August prebill. | 0.30 |
| 09/11/13 | D. Fullem | Review calendar/chart of deadlines relating to FCR and professionals' monthly/quarterly fee applications, related CNOs, hearings. | 0.50 |
| 09/11/13 | D. Fullem | Prepare first quarterly for R. Frankel as FCR. | 1.20 |
| 09/11/13 | D. Felder | Review FCR's quarterly fee application and e-mail correspondence with D. Fullem regarding same (1.0); review local rules regarding objection deadlines and follow-up e-mails regarding same (.2). | 1.20 |

| | | | |
|---|---|---|---|
| 09/12/13 | D. Fullem | Confer with D. Felder regarding fee applications (.3); review, revise, finalize FCR/Frankel's first quarterly fee application for the period May 16-June 30 and Financial Advisor/Lincoln (for FCR/Austern) for January 1-March 31, 2013 (1.0); prepare for electronic filing (.4). | 1.70 |
| 09/12/13 | D. Felder | Review and revise Lincoln's January-March 2013 quarterly fee application (1.2); conference with D. Fullem regarding same (.2). | 1.40 |
| 09/13/13 | D. Fullem | Finalize, format for electronic filing, and coordinate serving of Lincoln's quarterly fee application for Jan-Mar 2013 and Frankel's May 16-June 30 quarterly. | 1.00 |
| 09/16/13 | D. Fullem | Review and respond to e-mail from D. Felder regarding deadlines for filing CNOs for fee applications. | 0.20 |
| 09/16/13 | D. Fullem | Prepare CNO for R. Frankel July fee application. | 0.20 |
| 09/17/13 | D. Felder | Review CNO for FCR's July fee application. | 0.10 |
| 09/18/13 | D. Fullem | File/serve CNO for Frankel July fee application. | 0.20 |
| 09/18/13 | D. Fullem | Review D. Austern quarterly fee application filings during the time period 2004-2012; prepare excel chart of same. | 2.00 |
| 09/19/13 | D. Fullem | Prepare draft of Frankel/FCR's July fee application. | 1.00 |
| 09/19/13 | D. Fullem | Review e-mail from Lincoln with revised May fee applications. | 0.20 |
| 09/19/13 | D. Fullem | Review status of payment on FCR account. | 0.20 |
| 09/20/13 | D. Fullem | Confer with R. Wyron regarding final fee application for D. Austern. | 0.20 |
| 09/20/13 | D. Fullem | Review May 1-15, May 16-31, June 1-30, and July 1-31 fee applications from Lincoln; confer with D. Felder regarding same; revise notices, etc.; forward to D. Felder for review/approval/signature. | 1.00 |
| 09/20/13 | D. Fullem | Review quarterly fee applications from 2004-2012 of D. Austern; prepare excel spreadsheet for same; update R. Wyron. | 1.50 |
| 09/23/13 | D. Felder | Review Lincoln fee applications for May, June and July and review issues regarding same (2.5); conference with D. Fullem regarding same (.2). | 2.70 |
| 09/24/13 | D. Fullem | Review, revise, finalize fee applications for Lincoln for May-July. | 1.30 |
| 09/24/13 | D. Fullem | Review recently filed fee applications. | 0.20 |
| 09/24/13 | D. Felder | Review FCR's August fee application and e-mail to D. Fullem regarding same. | 0.30 |
| 09/25/13 | D. Fullem | Prepare first draft of D. Austern's final fee application. | 1.00 |
| 09/25/13 | D. Fullem | Finalize excel chart of D. Austern's fees/expenses during 2004-2012 for purposes of final fee application. | 0.50 |

| | | | |
|---|---|---|---|
| 09/25/13 | R. Wyron | Review R. Frankel fee application and comments regarding same. | 0.20 |
| 09/26/13 | D. Fullem | Finalize, file and serve Lincoln monthly fee applications for April-July. | 1.00 |
| 09/26/13 | D. Fullem | Finalize, file and serve Frankel's August monthly fee application. | 0.50 |
| 09/26/13 | D. Fullem | Follow-up review, research regarding D. Austern's final fee application; update R. Wyron regarding same. | 0.50 |
| 09/26/13 | D. Felder | Review and revise Lincoln fee apps for May 1-15, May 16-31, June and July (1.5); conferences and e-mail correspondence with D. Fullem regarding same (.5). | 2.00 |
| 09/27/13 | D. Fullem | Update fee application chart regarding recent filings and deadlines. | 0.20 |
| 09/27/13 | D. Fullem | Review recently filed fee applications. | 0.20 |

| | | |
|---|---|---|
| Total Hours | 30.20 | |
| Total For Services | | $11,990.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 9.30 | 650.00 | 6,045.00 |
| Debra O. Fullem | 20.40 | 270.00 | 5,508.00 |
| Richard H. Wyron | 0.50 | 875.00 | 437.50 |
| Total All Timekeepers | 30.20 | $397.04 | $11,990.50 |

| Disbursements | | |
|---|---|---|
| Document Reproduction | 258.54 | |
| Postage | 123.57 | |
| Total Disbursements | | $382.11 |

**Total For This Matter** **$12,372.61**

For Legal Services Rendered Through September 30, 2013 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 09/02/13 | D. Fullem | Review monthly/quarterly fee application status/timing. | 0.20 |
| 09/05/13 | D. Fullem | Prepare CNOs for Orrick's first and second (May and June) monthly fee applications. | 0.50 |
| 09/05/13 | D. Fullem | Begin drafts of quarterlies for the periods April 1-May 15 and May 16-June 30. | 1.00 |
| 09/05/13 | D. Fullem | Review fee applications, prepare update to fee/expense charts. | 0.50 |
| 09/05/13 | D. Fullem | Review timing/deadlines for Orrick's monthly/quarterly fee applications. | 0.20 |
| 09/09/13 | D. Fullem | Review August prebill. | 1.00 |
| 09/09/13 | D. Fullem | Coordinate filing/serving of CNOs for Orrick's first (May 15-31) and second (June 1-30) fee applications. | 0.60 |
| 09/09/13 | D. Fullem | Confer with D. Felder regarding chart of deadlines relating to monthly and quarterly fee applications, CNOs, hearing dates, etc.; review draft chart of same. | 0.80 |
| 09/09/13 | D. Felder | Review CNOs for May 16-31 and June fee applications and e-mail correspondence with D. Fullem regarding same (.3); review docket and e-mail correspondence regarding fee application schedule, deadlines and hearing dates and prepare spreadsheet regarding same and follow-up with D. Fullem (1.5); review August pre-bill (1.0). | 2.80 |
| 09/10/13 | D. Fullem | Review calendar deadlines. | 0.20 |
| 09/10/13 | D. Felder | Complete review of Orrick August prebill. | 0.60 |
| 09/11/13 | D. Fullem | Review comments/edits by D. Felder to Orrick's quarterly fee applications for April 1-May 15 (counsel to Austern) and May 16-June 30 (counsel to Frankel) (.5); revise same (.5). | 1.00 |
| 09/11/13 | D. Fullem | Prepare quarterly fee applications for April 1-May 15, 2013 (counsel to D. Austern/FCR) and May 16-June 30, 2013 (counsel to R. Frankel/FCR). | 2.00 |
| 09/11/13 | D. Felder | Review Orrick's quarterly fee applications and e-mail correspondence with D. Fullem regarding same. | 1.50 |
| 09/11/13 | R. Wyron | Review August prebills and comments regarding same (.5); review draft quarterly application (.4). | 0.90 |

| | | | |
|---|---|---|---|
| 09/12/13 | D. Fullem | Confer with D. Felder and R. Wyron regarding quarterly fee applications (.3); review, revise, finalize Orrick 30th quarterly (counsel to FCR/Austern) for April 1-May 15 and Orrick 1st quarterly (counsel to FCR/Frankel) for May 16-June 30 (1.5); prepare documents for filing (.5). | 2.30 |
| 09/12/13 | D. Felder | Review revisions to quarterly fee app and draft language regarding same (.6); conferences with D. Fullem regarding same and follow-up (.4); review revisions to Orrick's August prebill and follow-up with P. Reyes regarding same (.5); conference with R. Wyron and D. Fullem regarding same and follow-up regarding same (1.0); review revised quarterly fee applications for Orrick (1.0); conferences and e-mail correspondence with D. Fullem regarding same (1.0). | 4.50 |
| 09/12/13 | R. Wyron | Confer with D. Felder and D. Fullem regarding pending issues (.3); review quarterly fee application and finalize (.6). | 0.90 |
| 09/13/13 | D. Fullem | Finalize, format for electronic filing, and coordinate serving of Orrick's April 1-May 15 quarterly fee application and Orrick's May 16-June 30 fee application. | 1.00 |
| 09/16/13 | D. Fullem | Prepare CNO for Orrick July fee application. | 0.20 |
| 09/16/13 | D. Felder | E-mail correspondence with D. Fullem regarding CNOs (.1); review upcoming objection deadlines and filing dates regarding same (.4). | 0.50 |
| 09/17/13 | D. Felder | Review CNO for Orrick's July fee application and e-mail correspondence with D. Fullem regarding same. | 0.20 |
| 09/18/13 | D. Fullem | File/serve CNO for Orrick July fee application. | 0.20 |
| 09/18/13 | D. Fullem | Organize/update fee applications. | 0.50 |
| 09/19/13 | D. Fullem | Prepare draft of Orrick's July fee application. | 1.00 |
| 09/19/13 | D. Fullem | Review status of payment on Orrick account. | 0.20 |
| 09/20/13 | D. Fullem | Review schedule of invoices and payments from May 2013 to present; update D. Felder and R. Wyron regarding same. | 0.50 |
| 09/23/13 | D. Fullem | Review/organize recent fee application filings. | 0.50 |
| 09/24/13 | D. Felder | Review August fee application and e-mail with D. Fullem regarding same. | 0.80 |
| 09/25/13 | D. Fullem | Review and respond to V. Crossley regarding latest payments; prepare updated fee/expense charts; review payments and correspond with V. Crossley and R. Wyron regarding same. | 0.80 |
| 09/25/13 | R. Wyron | Review monthly fee application and comments regarding same. | 0.30 |
| 09/26/13 | D. Fullem | Finalize, file and serve Orrick's monthly fee application for August. | 0.50 |
| 09/26/13 | R. Wyron | Review monthly fee application. | 0.30 |

| | | | |
|---|---|---|---|
| 09/27/13 | D. Fullem | Update fee application chart with recent filings and deadlines. | 0.20 |

| | | |
|---|---|---|
| Total Hours | 29.20 | |
| Total For Services | | $13,478.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 10.90 | 650.00 | 7,085.00 |
| Debra O. Fullem | 15.90 | 270.00 | 4,293.00 |
| Richard H. Wyron | 2.40 | 875.00 | 2,100.00 |
| Total All Timekeepers | 29.20 | $461.58 | $13,478.00 |

| Disbursements | | |
|---|---|---|
| Document Reproduction | 258.53 | |
| Express Delivery | 71.96 | |
| Postage | 123.58 | |
| Total Disbursements | | $454.07 |

**Total For This Matter** **$13,932.07**

*** * * COMBINED TOTALS * * ***

| | | |
|---|---|---|
| Total Hours | 99.60 | |
| Total Fees, all Matters | | $55,125.00 |
| Total Disbursements, all Matters | | $1,525.53 |
| Total Amount Due | | $56,650.53 |