# EXHIBIT A
# ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE INVOICES FOR THE TIME PERIOD SEPTEMBER 1-30, 2013



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Roger Frankel, Futures Claimants' Representative
for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

October 11, 2013
Client No. 29500
**REVISED** Invoice No. 1443685
**REPLACES** Invoice No. 1440895

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through September 30, 2013 in connection with the matters described on the attached pages: | $ | 42,387.00 |
| DISBURSEMENTS as per attached pages: | | 536.02 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | 42,923.02 |

Matter(s): 29500/3, 4

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$52,099.66
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006<br>Reference: 29500/ Invoice: 1443685 | *ACH & Wire Transfers:*<br>*ABA Number 121000248*<br>*SWIFT CODE: WFBIUS6S*<br>*Account Number: 4123701088*<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 29500/ Invoice: 1443685*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn: Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL 60143<br>(213) 614-3248<br>Reference: 29500/ Invoice: 1443685 |

Roger Frankel, Futures Claimants' Representative  
for W.R. Grace  
c/o Orrick, Herrington & Sutcliffe LLP  
1152 15th Street, NW  
Washington, DC 20005

October 11, 2013  
Client No. 29500  
Invoice No. 1443685

Orrick Contact: Roger Frankel

For Legal Services Rendered Through September 30, 2013 in Connection With:

**Matter:  3 - Compensation of FCR**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/03/13 | R. Frankel | Review, sign notice of third monthly interim application of FCR and related invoices. | 0.40 |
| 09/13/13 | R. Frankel | Review, sign pleadings regarding first quarterly application of FCR for compensation and expenses. | 0.60 |

Total Hours  1.00  
Total For Services  $995.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 1.00 | 995.00 | 995.00 |
| Total All Timekeepers | 1.00 | $995.00 | $995.00 |

Disbursements  
    Document Reproduction     343.73  
    Postage     123.57  
    Total  Disbursements     $467.30

**Total For This Matter**     **$1,462.30**

Roger Frankel, Futures Claimants' Representative - 29500  October 11, 2013
page 2  Invoice No. 1443685

For Legal Services Rendered Through September 30, 2013 in Connection With:

**Matter: 4 - Litigation**

| | | | |
|---|---|---|---|
| 09/03/13 | R. Frankel | Confer with R. Wyron regarding confidentiality agreement, background (.5); review potential settlement agreement (.8). | 1.30 |
| 09/03/13 | R. Frankel | Review plan documents regarding QSF issues. | 0.80 |
| 09/04/13 | R. Frankel | Review Third Circuit opinion regarding Anderson Memorial Hospital (2.2); prepare notes regarding same (.4). | 2.60 |
| 09/04/13 | R. Frankel | Review Third Circuit opinion regarding Montana, Canada (2.3); prepare notes regarding same (.4). | 2.70 |
| 09/04/13 | R. Frankel | Confer with R. Wyron regarding opinions of Third Circuit, plan amendment, effective date issues (.5); notes regarding same (.3). | 0.80 |
| 09/05/13 | R. Frankel | Review order denying motion for rehearing by Garlock (.2); consider next steps (.2). | 0.40 |
| 09/05/13 | R. Frankel | Review plan of reorganization regarding payment of default interest, plan treatment of default interest (.9); prepare notes regarding same (.5). | 1.40 |
| 09/05/13 | R. Frankel | Review, consider confidential outline of potential settlement from A. Paul (1.2); prepare notes, questions regarding same (.6). | 1.80 |
| 09/05/13 | R. Frankel | Re-review Third Circuit opinions regarding Montana, Canada and AMH. | 2.30 |
| 09/06/13 | R. Frankel | Review Plan provisions, draft Settlement Agreement regarding QSF. | 2.20 |
| 09/09/13 | R. Frankel | Telephone conference with H. Huge regarding effective date issues (.4); prepare notes regarding same (.2). | 0.60 |
| 09/09/13 | R. Frankel | Confer with R. Wyron regarding call with H. Huge, settlement proposal, claims forecaster (.5); notes (.1). | 0.60 |
| 09/09/13 | R. Frankel | Review AMH opinion regarding appearances (.3); confer with R. Wyron regarding same (.2). | 0.50 |
| 09/10/13 | R. Frankel | Review settlement proposal (.3); telephone conference regarding same, opinions, next steps with J. Donley, A. Paul, M. Shelnitz, R. Wyron and P. Lockwood (1.5). | 1.80 |
| 09/10/13 | R. Frankel | Telephone conference, e-mails with R. Wyron regarding call, plan modification issues. | 0.50 |
| 09/10/13 | R. Frankel | Telephone conference with P. Mahaley, R. Wyron regarding insurance settlement issues. | 0.30 |

Roger Frankel, Futures Claimants' Representative - 29500　　　　　　　　October 11, 2013
page 3　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice No. 1443685

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/12/13 | R. Frankel | Review plan in connection with payment of default interest, modification issues (1.7); telephone conference with R. Wyron regarding same (.4). | 2.10 |
| 09/12/13 | R. Frankel | Review proposal regarding QSF (.5); telephone conference with R. Wyron regarding same (.3). | 0.80 |
| 09/13/13 | R. Frankel | Review final judgment and mandate from Third Circuit regarding Garlock appeal. | 0.70 |
| 09/13/13 | R. Frankel | Review 28(j) filing by Paul Weiss and Second Circuit opinion in American Airlines (1.9); review Bank Lender brief references (.5). | 2.40 |
| 09/16/13 | R. Frankel | Review Kirkland 28(j) Reply Letter (.5); telephone conference with J. Donley regarding same (.2). | 0.70 |
| 09/16/13 | R. Frankel | Telephone conference with A. Paul, R. Wyron, other counsel regarding proposal (.4); confer with R. Wyron regarding same (.2). | 0.60 |
| 09/16/13 | R. Frankel | Confer with ARPC regarding effective date issues. | 0.30 |
| 09/17/13 | R. Frankel | Review as-filed 28(j) response letter from Kirkland (.2); consider ipso facto issues (.3). | 0.50 |
| 09/17/13 | R. Frankel | Review P. Lockwood memo regarding Bank Lender interest decision, plan issues (1.0); confer with R. Wyron regarding same (.4); review plan provisions (.7). | 2.10 |
| 09/19/13 | R. Frankel | Review, consider Montana motion to extend time to file petition for rehearing. | 0.40 |
| 09/19/13 | R. Frankel | Review supplemental memo from P. Lockwood regarding plan amendment (.6); review December 2010 modifications to Section 3.1.9 of Plan (.6). | 1.20 |
| 09/19/13 | R. Frankel | Telephone conference with J. Donley, A. Paul, R. Wyron, R. Finke, M. Shelnitz and P. Lockwood regarding appeal, effective date issues (.8); preparation of notes regarding same (.2). | 1.00 |
| 09/23/13 | R. Frankel | Review P. Lockwood memos and consider Bank Lender appeal issues. | 0.80 |
| 09/24/13 | R. Frankel | Telephone conference with R. Wyron regarding status (.3); review issues regarding settlement proposal (.5). | 0.80 |
| 09/25/13 | R. Frankel | Exchange of e-mails with T. Wyant regarding meeting. | 0.30 |
| 09/26/13 | R. Frankel | Review and consider mandate handed down by Third Circuit in AMH and Canada/Montana appeals (.4); review opinions (.5). | 0.90 |
| 09/27/13 | R. Frankel | Review Grace Project Lantern Update, marked Asset Purchase Agreement from Grace. | 2.40 |

Roger Frankel, Futures Claimants' Representative - 29500  October 11, 2013
page 4  Invoice No. 1443685

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 09/27/13 | R. Frankel | Telephone conference with J. Radecki, D. Felder regarding Project Lantern issues (.4); telephone conference with D. Felder regarding indemnity issues (.3). | 0.70 |
| 09/27/13 | R. Frankel | Review and consider August 27 Order Authorizing Project Lantern sale and related issues of indemnity. | 0.60 |
| 09/27/13 | R. Frankel | Review D. Felder memo regarding Project Lantern (.2); review revised D. Felder memo (.5); series of e-mails regarding same (.6). | 1.30 |
| 09/30/13 | R. Frankel | Confer with R. Wyron regarding Project Lantern status; notes regarding same. | 0.40 |

Total Hours  41.60
Total For Services  $41,392.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 41.60 | 995.00 | 41,392.00 |
| Total All Timekeepers | 41.60 | $995.00 | $41,392.00 |

Disbursements
   Taxi Expense    68.72
Total Disbursements    $68.72

**Total For This Matter**    **$41,460.72**

* * * COMBINED TOTALS * * *

Total Hours  42.60
Total Fees, all Matters  $42,387.00
Total Disbursements, all Matters  $536.02
Total Amount Due  $42,923.02