**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                       )
**In re:**                                     )
                                                       )   **Chapter 11**
**W.R. GRACE & CO., et al.,**             )   Case No. 01-01139 (KJC)
                                                       )   **(Jointly Administered)**
                   **Debtors.**         )   Objection Deadline: November 14, 2013 at 4:00 p.m.
_____)   Hearing: December 18, 2013 at 11:00 a.m.

**COVER SHEET TO SIXTEENTH QUARTERLY INTERIM FEE APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, AS FINANCIAL ADVISOR TO DAVID T. AUSTERN, FORMER ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF APRIL 1, 2013 THROUGH MAY 15, 2013**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Former Asbestos PI Future Claimants' Representative (the "FCR")[1] |
| Date of Retention: | November 18, 2009, *nunc pro tunc* to September 1, 2009 |
| Period for which compensation and reimbursement is sought: | April 1, 2013 – May 15, 2013 |
| Amount of Compensation sought as actual, reasonable and necessary: | $46,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $111.28 |

This is a   ___ monthly       _x_ interim       ___ final application

---

[1] Mr. Austern died on May 16, 2013. This Application covers work performed and expenses incurred on behalf of Mr. Austern from April 1, 2013 through May 15, 2013. Effective as of May 16, 2013, Roger Frankel was appointed as the successor FCR [Dkt. No. 30756] and Lincoln was authorized to represent Mr. Frankel in that capacity [Dkt. No. 30902].

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

April 1, 2013 – May 15, 2013

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 0 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **64.4** | **$46,000.00** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

April 1, 2013 – May 15, 2013

| Expense Category | Total |
|---|---|
| Telephone | $111.28 |
| **TOTAL** | **$111.28** |

---

[2] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.