# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (April 1, 2013 – May 15, 2013)**
(Dates Represent Posting Date of Expense)

April 2013
Telephone                                                          $   73.19

May 1-15 2013
Telephone                                                          $   38.09


**TOTAL EXPENSES:**                                    **$  111.28**