**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) ) ) W.R. GRACE & CO., et al., ) ) Debtors. ) ) | **Chapter 11** **Case No. 01-01139 (KJC)** **(Jointly Administered)** Objection Deadline: November 14, 2013 at 4:00 p.m. Hearing: December 18, 2013 at 11:00 a.m. |

**COVER SHEET TO FIRST QUARTERLY INTERIM FEE APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, AS FINANCIAL ADVISOR TO ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF MAY 16, 2013 THROUGH JUNE 30, 2013**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative (the "FCR")[1] |
| Date of Retention: | July 31, 2013 *nunc pro tunc* to May 16, 2013 |
| Period for which compensation and reimbursement is sought: | May 16, 2013 – June 30, 2013 |
| Amount of Compensation sought as actual, reasonable and necessary: | $79,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $152.88 |

---

[1] On May 29, 2013, the Court entered an interim order [Dkt. No. 30681] appointing Roger Frankel as the successor FCR *nunc pro tunc* to May 16, 2013. The interim order was amended on May 30, 2013 [Dkt. No. 30689], and became final by its terms on June 14, 2013 [Dkt. No. 30756]. On June 5, 2013, Mr. Frankel, as successor FCR, filed an application with the Court seeking authority to employ Lincoln as his counsel *nunc pro tunc* to May 16, 2013 [Dkt. No. 30718], which application was granted by the Court on July 31, 2013 [Dkt. No. 30902].

This is a     ___ monthly          _x_ interim          ___ final application

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

May 16, 2013 – June 30, 2013

| **Project Category** | **Total Hours** | **Total Fees**[2] |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 0 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **114.1** | **$79,000.00** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

May 16, 2013 – June 30, 2013

| **Expense Category** | **Total** |
|---|---|
| Telephone | $152.88 |
| **TOTAL** | **$152.88** |

---

[2] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.