# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (May 16, 2013 – June 30, 2013)**
(Dates Represent Posting Date of Expense)

<u>May 16-31 2013</u>
Telephone                                                            $   38.10

<u>June 2013</u>
Telephone                                                            $ 114.78


**TOTAL EXPENSES:**                                   **$ 152.88**