REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     2476341
7500 Grace Drive                          Invoice Date       10/25/13
Columbia, Maryland 21044                  Client Number       172573
USA

=============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                            1,105.50
    Expenses                            0.00

             TOTAL BALANCE DUE UPON RECEIPT       $1,105.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2476341
7500 Grace Drive                          Invoice Date      10/25/13
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60029


=========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2013

   Date    Name                                                   Hours
 -------- -----------                                             -----

09/03/13 Lord             Draft and e-file CNO to Reed Smith       .30
                          June 2013 monthly fee application

09/03/13 Lord             Revise, e-file and serve Reed            .90
                          Smith July 2013 monthly fee
                          application.

09/10/13 Muha             Review and revise fee and expense        .30
                          detail for Aug. 2013 monthly
                          application, and emails re: same.

09/11/13 Ament            Attention to billing matters             .40
                          (.10); e-mails re: same (.30).

09/16/13 Lord             Research and respond to inquiry          .20
                          from fee auditor re: voluntary
                          reduction in 143rd monthly.

09/24/13 Ament            Attention to billing matters.            .30

09/26/13 Ament            Begin calculating fees and               .50
                          expenses for Aug. monthly fee
                          application (.20); begin preparing
                          spreadsheets re: same (.10); begin
                          drafting Aug. monthly fee
                          application (.20).

09/27/13 Ament            Complete calculating fees and            .80
                          expenses for Aug. monthly fee
                          application (.30); complete
                          preparation of spreadsheets for
                          same (.20); complete drafting of
                          Aug. monthly fee application
                          (.20); provide same to A. Muha for

```
172573 W. R. Grace & Co.                    Invoice Number  2476341
60029  Fee Applications-Applicant           Page   2
       October 25, 2013
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | review (.10). | |
| 09/30/13 | Ament | Review A. Muha comments re: Aug. monthly fee application (.10); finalize fee application and e-mail same to J. Lord for filing in DE (.10); attention to billing matters (.10); e-mails re: same (.10). | .40 |
| 09/30/13 | Muha | Final review of Aug. 2013 monthly application materials. | .20 |

```
                                            ------
                                TOTAL HOURS   4.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 0.50 | at $ | 495.00 | = | 247.50 |
| John B. Lord | 1.40 | at $ | 270.00 | = | 378.00 |
| Sharon A. Ament | 2.40 | at $ | 200.00 | = | 480.00 |

```
              CURRENT FEES                        1,105.50


                                             ------------
              TOTAL BALANCE DUE UPON RECEIPT     $1,105.50
                                             =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                    Invoice Number    2476342
   62 Whittemore Avenue                Invoice Date      10/25/13
   Cambridge, MA  02140                Client Number      172573
```

=============================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

```
       Fees                          2,236.00
       Expenses                          0.00

                   TOTAL BALANCE DUE UPON RECEIPT      $2,236.00
                                                     =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                          Invoice Number    2476342
    62 Whittemore Avenue                      Invoice Date      10/25/13
    Cambridge, MA  02140                      Client Number      172573
                                              Matter Number       60041
```

=========================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2013

| Date | Name | | Hours |
|------|------|------|-------|
| 09/12/13 | Luchini | Review Canadian survey and current draft of report. | .70 |
| 09/16/13 | Luchini | Discussion of recent report and recommended next steps. | .60 |
| 09/18/13 | Klapper | Review investigative materials and discuss legal analysis with in-house counsel. | 1.60 |
| 09/18/13 | Luchini | Conference call with Richard Finke re: research memo | .70 |

```
                                                         ------
                                           TOTAL HOURS    3.60
```

```
TIME SUMMARY                 Hours         Rate        Value
------------------------  ----------------------      -------
Joseph S. Luchini          2.00  at  $  610.00  =   1,220.00
Antony B. Klapper          1.60  at  $  635.00  =   1,016.00

                           CURRENT FEES                           2,236.00


                                                      ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $2,236.00
                                                      ============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


    W.R. Grace & Co.                    Invoice Number    2476343
    7500 Grace Drive                    Invoice Date      10/25/13
    Columbia, Maryland 21044            Client Number      172573
    USA


==============================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

      Fees                             2,011.00
      Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $2,011.00
                                                        =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2476343
7500 Grace Drive                          Invoice Date       10/25/13
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         80001

===============================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2013

| Date | Name | | Hours |
|------|------|---|-------|
| 09/04/13 | Lima | Review schedules and materials concerning progress of VDA and prepare recommendation for client. | 1.20 |
| 09/11/13 | Lima | Review and analyze Delaware voluntary disclosure strategy (2.0); prepare for and participate in call with client regarding same (0.5). | 2.50 |
| 09/11/13 | Sollie | Prepare for and participate in teleconference regarding status of unclaimed property audit. | .40 |

```
                                                      ------
                                   TOTAL HOURS    4.10
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Kyle O. Sollie | 0.40  at $ 680.00 = | | 272.00 |
| Sara A. Lima | 3.70  at $ 470.00 = | | 1,739.00 |

CURRENT FEES                                              2,011.00

```
                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $2,011.00
                                                      ============
```