```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



   W.R. Grace & Co.                       Invoice Number     2476345
   7500 Grace Drive                       Invoice Date       10/25/13
   Columbia, Maryland 21044               Client Number       172573
   USA



===============================================================================
Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

     Fees                                    0.00
     Expenses                               31.04

                    TOTAL BALANCE DUE UPON RECEIPT          $31.04
                                                       =============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


    W.R. Grace & Co.                         Invoice Number      2476345
    7500 Grace Drive                         Invoice Date       10/25/13
    Columbia, Maryland 21044                 Client Number       172573
    USA                                      Matter Number        60029

================================================================================

    Re: Fee Applications-Applicant


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning              28.00
        Postage Expense                             3.04

                    CURRENT EXPENSES                               31.04
                                                             -------------

                    TOTAL BALANCE DUE UPON RECEIPT              $31.04
                                                             =============
```

```
                                    REED SMITH LLP
                                    PO Box 360074M
                                Pittsburgh, PA  15251-6074
                                   Tax ID# 25-0749630



    W.R. Grace & Co.                              Invoice Number       2476345
    7500 Grace Drive                              Invoice Date        10/25/13
    Columbia, Maryland 21044                      Client Number        172573
    USA                                           Matter Number         60029



    ==============================================================================

    Re: (60029)  Fee Applications-Applicant



    FOR COSTS ADVANCED AND EXPENSES INCURRED:

    09/03/13   Duplicating/Printing/Scanning                              2.10
               ATTY # 000559: 21 COPIES

    09/03/13   Duplicating/Printing/Scanning                             12.40
               ATTY # 000559: 124 COPIES

    09/04/13   Postage Expense                                            3.04
               Postage Expense: ATTY # 000718 User: Equitrac By

    09/06/13   Duplicating/Printing/Scanning                              1.40
               ATTY # 000349: 14 COPIES

    09/06/13   Duplicating/Printing/Scanning                              3.30
               ATTY # 000349: 33 COPIES

    09/11/13   Duplicating/Printing/Scanning                              2.10
               ATTY # 000559: 21 COPIES

    09/12/13   Duplicating/Printing/Scanning                              2.10
               ATTY # 000559: 21 COPIES

    09/26/13   Duplicating/Printing/Scanning                               .50
               ATTY # 000559: 5 COPIES

    09/26/13   Duplicating/Printing/Scanning                              1.20
               ATTY # 000559: 12 COPIES

    09/26/13   Duplicating/Printing/Scanning                              1.30
               ATTY # 000559: 13 COPIES

    09/27/13   Duplicating/Printing/Scanning                              1.30
               ATTY # 000559: 13 COPIES

    09/27/13   Duplicating/Printing/Scanning                               .10
               ATTY # 000559: 1 COPIES
```

```
172573 W. R. Grace & Co.                         Invoice Number    2476345
 60029  Fee Applications-Applicant               Page     2
        October 25, 2013



 09/27/13    Duplicating/Printing/Scanning                              .10
             ATTY # 000559: 1 COPIES

 09/27/13    Duplicating/Printing/Scanning                              .10
             ATTY # 000559: 1 COPIES

                         CURRENT EXPENSES                             31.04
                                                                ------------
                         TOTAL BALANCE DUE UPON RECEIPT             $31.04
                                                                ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630


  W.R. Grace & Co.                         Invoice Number      2476346
  62 Whittemore Avenue                     Invoice Date        10/25/13
  Cambridge, MA   02140                    Client Number        172573




==============================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

      Fees                                    0.00
      Expenses                                4.10

                    TOTAL BALANCE DUE UPON RECEIPT              $4.10
                                                            =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



    W.R. Grace & Co.                    Invoice Number      2476346
    62 Whittemore Avenue                Invoice Date       10/25/13
    Cambridge, MA  02140                Client Number       172573
                                        Matter Number        60041


==============================================================================

    Re: Specifications Inquiry


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning                4.10

                   CURRENT EXPENSES                                  4.10
                                                              -------------

                   TOTAL BALANCE DUE UPON RECEIPT                   $4.10
                                                              =============
```

```
                               REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630




    W.R. Grace & Co.                          Invoice Number     2476346
    62 Whittemore Avenue                      Invoice Date       10/25/13
    Cambridge, MA   02140                     Client Number       172573
                                              Matter Number        60041



==============================================================================

Re: (60041)  Specifications Inquiry



FOR COSTS ADVANCED AND EXPENSES INCURRED:

09/12/13   Duplicating/Printing/Scanning                          1.30
           ATTY # 007015: 13 COPIES

09/16/13   Duplicating/Printing/Scanning                          1.40
           ATTY # 007015: 14 COPIES

09/16/13   Duplicating/Printing/Scanning                          1.40
           ATTY # 007015: 14 COPIES

                         CURRENT EXPENSES                         4.10
                                                            ------------
                         TOTAL BALANCE DUE UPON RECEIPT          $4.10
                                                            ============
```