# Exhibit A

4185080.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | Objection Deadline: November 18, 2013<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 0.4 | $    257.20 |
| | | | | | |
| **TOTAL** | | | | **0.4** | **$    257.20** |

4185080.1



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

October 28, 2013
Invoice No.: 527664
Matter No.: 08743.00102

**Re:      Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through September 30, 2013

| | |
|---|---:|
| Fees | $257.20 |
| **Total Fees and Disbursements** | **$257.20** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    PARIS    FOLEYHOAG.COM

Matter No.: 08743.00102                          Invoice No.: 527664
Re: Blackburn and Union Privileges Superfund Site, Walpole,          October 28, 2013
Mass                                                           Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 09/28/13 | Jaffe | P230 | Emails with Ms. Duff and Mr. Bucens regarding institutional control requirements for modified remedy (.4). | 0.4 |
| | | | **Total Hours** | **0.4** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole,
Mass

Invoice No.: 527664
October 28, 2013
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.4 | at | 643.00 | = | 257.20 |
| **Total Fees** | | | | | **$257.20** |

| | |
|---|---|
| **Total Fees** | **$257.20** |
| **Total Fees and Disbursements** | **$257.20** |

To ensure proper credit to your account,
please include remittance page with your payment.


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 28, 2013
Invoice No.: 527664
Matter No.: 08743.00102

**Re:**    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**      **$257.20**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account #: 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 527664
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 3.0 | $  1,929.00 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **3.0** | **$  1,929.00** |

4185080.1



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

October 28, 2013
Invoice No.: 527665
Matter No.: 08743.00103

**Re:    Wells G&H Superfund Site**

For Professional Services rendered through September 30, 2013

|  |  |
|---|---|
| Fees | $1,929.00 |
| **Total Fees and Disbursements** | **$1,929.00** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    PARIS    FOLEYHOAG.COM

Matter No.: 08743.00103                                                    Invoice No.: 527665
Re: Wells G&H Superfund Site                                              October 28, 2013
                                                                                   Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 09/03/13 | Jaffe | P230 | Attention to Central Area allocation issues, including reviewing memorandum and data from Mr. Guswa and emails with team regarding same (1.2). | 1.2 |
| 09/09/13 | Jaffe | P230 | Emails with team regarding response to UniFirst (.4). | 0.4 |
| 09/19/13 | Jaffe | P230 | Telephone call with team regarding Central Area allocation and preparing for same (1.4). | 1.4 |
| | | | **Total Hours** | **3.0** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 527665
October 28, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 3.0 | at | 643.00 | = | 1,929.00 |
| | | | | | |
| **Total Fees** | | | | | **$1,929.00** |

| | | |
|---|---|---|
| **Total Fees** | | **$1,929.00** |
| **Total Fees and Disbursements** | | **$1,929.00** |

To ensure proper credit to your account,
please include remittance page with your payment.



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 28, 2013
Invoice No.: 527665
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

**Total Fees and Disbursements**      **$1,929.00**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions**<br>CitiBank, N.A.<br>666 5th Avenue, Floor 5<br>New York, NY 10103 | ABA: 221172610<br>Swift #: CITIUS33<br>Account #: 1255513785<br>Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 527665
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 114 – Moriconi dispute

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Thomas Bevilacqua | Partner | ILAP | $624.00 | 11.1 | $  6,926.40 |
| | | | | | |
| **TOTAL** | | | | **11.1** | **$  6,926.40** |

4185080.1



Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

October 28, 2013
Invoice No.: 527666
Matter No.: 08743.00114

**Re:      Moriconi dispute**

For Professional Services rendered through September 30, 2013

| | |
|---|---:|
| Fees | $6,926.40 |
| **Total Fees and Disbursements** | <u>**$6,926.40**</u> |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    PARIS    FOLEYHOAG.COM

Matter No.: 08743.00114

Invoice No.: 527666

Re: Moriconi dispute

October 28, 2013

Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 06/27/13 | Bevilacqua | P230 | Review arbitration clause (.3); conference call with C. Le Roy-Gleizes to discuss arbitration costs procedure (.3). | 0.6 |
| 07/12/13 | Bevilacqua | P230 | Meeting with C. Le Roy-Gleizes to discuss draft request for arbitration (.4); review draft (.5). | 0.9 |
| 07/13/13 | Bevilacqua | P230 | Drafting of request for arbitration (2.0). | 2.0 |
| 07/14/13 | Bevilacqua | P230 | Drafting of request for arbitration (5.1). | 5.1 |
| 07/15/13 | Bevilacqua | P230 | Further revisions to the Request for Arbitration (.3); emails with C. Le Roy-Gleizes (.1). | 0.4 |
| 07/25/13 | Bevilacqua | P230 | Phone call L. Duff, C. Le Roy Gleizes and URS to discuss the request for arbitration modifications thereto and filing (1.0); follow-up emails with C. Le Roy Gleizes (.1). | 1.1 |
| 09/04/13 | Bevilacqua | P230 | Review latest exchanges of correspondence regarding status of settlement discussions and offers of Mr. Moriconi (.3); emails to/from C. Le Roy-Gleizes (.7). | 1.0 |

**Total Hours**    **11.1**

Matter No.: 08743.00114
Re: Moriconi dispute

Invoice No.: 527666
October 28, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Thomas Bevilacqua | 11.1 | at | 624.00 | = | 6,926.40 |
| | | | | | |
| **Total Fees** | | | | | **$6,926.40** |
| | | | | | |
| | | | | | |
| **Total Fees** | | | | | **$6,926.40** |
| **Total Fees and Disbursements** | | | | | **$6,926.40** |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

October 28, 2013
Invoice No.: 527666
Matter No.: 08743.00114

Re:     **Moriconi dispute**

**Total Fees and Disbursements**          **$6,926.40**

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions**<br>CitiBank, N.A.<br>666 5th Avenue, Floor 5<br>New York, NY 10103 | ABA: 221172610<br>Swift #: CITIUS33<br>Account #: 1255513785<br>Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00114, **Invoice #:** 527666
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 115 – Town of Acton litigation**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Jesse Alderman | Associate | Environmental | $347.00 | 59.1 | $ 20,507.70 |
| Julia G. Amrhein | Associate | Litigation | $310.00 | 5.6 | $  1,736.00 |
| Catherine Deneke | Associate | Litigation | $416.00 | 12.7 | $  5,283.20 |
| Coleen Doyle | Paralegal | Administrative | $254.00 | 0.3 | $     76.20 |
| Seth D. Jaffe | Partner | Environmental | $643.00 | 31.7 | $ 20,383.10 |
| Michael Licker | Associate | Litigation | $347.00 | 1.9 | $    659.30 |
| Margaret E. McKane | Paralegal | Litigation | $254.00 | 3.5 | $    889.00 |
| Andrew Z. Schwartz | Partner | Bankruptcy | $754.00 | 10.3 | $  7,766.20 |
| | | | | | |
| **TOTAL** | | | | **125.1** | **$ 57,300.70** |

**Expenses**

| Description | Total |
|---|---|
| Telephone | $      10.92 |
| Photocopying | $      22.80 |
| Certification of Court Records | $     338.50 |
| Computer Research | $     780.00 |
| | |
| **TOTAL** | **$   1,152.22** |

4185080.1



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

October 28, 2013
Invoice No.: 527667
Matter No.: 08743.00115

**Re:** **Town of Acton litigation**

For Professional Services rendered through September 30, 2013

| | |
|---|---|
| Fees | $57,300.70 |
| Disbursements | 1,152.22 |
| **Total Fees and Disbursements** | **$58,452.92** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON   WASHINGTON   PARIS   FOLEYHOAG.COM

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 527667
October 28, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 09/24/13 | McKane | P230 | Assist J. Alderman with removal papers (.3). | 0.3 |
| 09/24/13 | Jaffe | P230 | Reviewing Town of Acton complaint and related papers (1.1); telephone calls, emails, and office conferences with Mr. Schwartz and Mr. Alderman, and Ms. Doyle (2.4); telephone calls and emails with Ms. Duff and Grace team (2.5); reviewing site documents related to claims (1.5); telephone call and email to Ms. Muench at EPA (.3); research regarding removal, bankruptcy issues, and merits response (1.7). | 9.5 |
| 09/24/13 | Alderman | P230 | Researched law regarding removal standards, preemption and jurisdictional bar under CERCLA 113(h) in connection with Town of Acton motion for preliminary injunction and TRO (5.4); conferences with S. Jaffe and litigation attorneys regarding removal standards (.8); prepared Notice of Removal for filing in Federal Court, letter to Middlesex Superior Court regarding removal and Notice of Filing of Notice of Removal in State Court proceeding and conferences with S. Jaffe and M. McKane regarding same (4.1). | 10.3 |
| 09/24/13 | Licker | P230 | Review and analyze bankruptcy pleadings and bankruptcy plan injunction provisions (1.6); conference with A. Schwartz regarding same (.3). | 1.9 |
| 09/24/13 | Doyle | P230 | Review docket and coordinate obtaining copy of documents on docket at Massachusetts Middlesex Superior Court MICV2013-04131 for attorney review and electronic correspondence with S. Jaffe regarding same (.3). | 0.3 |
| 09/24/13 | Schwartz | P230 | Telephone call from S. Jaffe regarding possible bankruptcy issues raised by new Acton suit, related telephone call to J. Amrhein (.2); analysis of potential bankruptcy issues raised by new action, related communications with J. Amrhein, M. Licker, S. Jaffe including regarding removal opportunity (1.8); J. Alderman and S. Jaffe | 4.4 |

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 527667
October 28, 2013
Page 3

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| | | | email exchange regarding removal preemption, abstention, diversity, related research, further related emails with S. Jaffe regarding procedural issues (.4); conference with M. Licker regarding Grace plan confirmation (.1); further research regarding bankruptcy issues, telephone conference with M. Licker, emails with J. Amrhein (1.9). | |
| 09/25/13 | Schwartz | P230 | Attention to M. Licker email regarding confirmation appeals (.1); conference with J. Amrhein regarding 11 U.S.C. 362(b)(4) issues (.4); further analysis of bankruptcy issues (.3); conference call with L. Duff, R. Higgins, A. Hall, S. Jaffe regarding possible bankruptcy issues, telephone call to S. Jaffe regarding removal (.5); review of bankruptcy settlement papers, email exchange with R. Higgins regarding same (.3); ongoing assessment of bankruptcy issues, related call R. Higgins, S. Jaffe emails (1.4); reviewed Grace ERA bankruptcy settlement (.3); reviewed 362(b)(4) cases, attention to related J. Amrhein email, review of pleadings, motion papers (.6); emails to S. Jaffe, email exchange with J. Amrhein regarding settlement, additional Section 62 research, review of prior related emails (.4). | 4.3 |
| 09/25/13 | Alderman | P230 | Made revisions to Notice of Removal, cover Letter to Middlesex Superior Court and Notice of Filing of Notice of Removal and prepared and electronically filed same (6.9); prepared and filed Corporate Disclosure Statements (.4); prepared, formatted and filed Affidavits of J. Guswa and T. Helgason and corresponding attachments (1.6). | 8.9 |
| 09/25/13 | Deneke | P230 | Attention to preliminary injunction standard for claims brought by government entities including research and preparing related memorandum, and consultation with S. Jaffe regarding same (6.1). | 6.1 |
| 09/25/13 | Amrhein | P230 | Attended meeting with A. Schwartz to discuss automatic stay issues and followed up by | 5.6 |

Matter No.: 08743.00115

Invoice No.: 527667

Re: Town of Acton litigation

October 28, 2013

Page 4

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| | | | printing all relevant motion papers (.4); reviewed Plaintiff's motion and memorandum in support of finding the injunction is an exception to the automatic stay (.4); reviewed cases cited in Plaintiff's motion, summarized cases, and noted distinctions for A. Schwartz (2.6); researched automatic stay exception based on governmental unit's enforcement of police or regulatory power (2.2). | |
| 09/25/13 | Jaffe | P230 | Telephone conference with Ms. Duff and bankruptcy counsel and reviewing bankruptcy issues (.9); emails and office conferences with Mr. Alderman (.8); finalizing removal papers (1.2); reviewing, revising affidavits from Mr. Guswa and Mr. Helgason and emails with team regarding same (2.2); email and office conference with Ms. Deneke regarding preliminary injunction standard research (.4); reviewing ROD and related documents regarding plaintiffs' claims (1.1); reviewing preemption and other relevant case research (1.2); telephone calls and emails with plaintiffs' counsel regarding removal and hearing (1.0); telephone call and email with Ms. Muench at EPA regarding EPA position on litigation (.7). | 9.5 |
| 09/25/13 | McKane | P230 | Assist J. Alderman with removal process, including preparation of civil action cover sheet and category form for removals, review draft papers and prepare same for filing, and file removal papers in D. Mass. using ECF system (3.2). | 3.2 |
| 09/26/13 | Jaffe | P230 | Drafting opposition to motion for preliminary injunction and research for same (3.3); reviewing, revising, draft affidavits from Mr. Helgason and Mr. Guswa and emails with team regarding same (1.8); emails with Ms. Deneke regarding preliminary injunction standard research (.4); emails and office conferences with Mr. Alderman regarding merits research and drafting of opposition (.7); telephone call and emails with Mr. Rosen | 7.2 |

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| | | | at DOJ regarding EPA participation (.8); emails with Mr. Schwartz regarding bankruptcy issues (.2). | |
| 09/26/13 | Deneke | P230 | Legal research regarding standard for preliminary injunction in federal court and consultation with S. Jaffe regarding same (2.7). | 2.7 |
| 09/26/13 | Alderman | P230 | Telephone calls to Middlesex Superior Court to ensure TRO hearing taken off calendar (.3); legal research regarding CERCLA and Chapter 21E preemption of local bylaws and CERCLA Section 113(h) jurisdictional bar and preliminary injunction standard (5.9); prepared exhibits to Helgason and Guswa affidavits (.7). | 6.9 |
| 09/26/13 | Schwartz | P230 | Attention to S. Jaffe emails, J. Amhrein email regarding automatic stay issues (.1); further reviewed Acton sewer and EPA settlements in bankruptcy (.5); related R. Higgins email exchange (.1); reviewed settlement sent by R. Higgins, ensuing email exchange (.2); further review of information provided by R. Higgins and response therefrom (.2); ongoing analysis of bankruptcy issues (.4); attention to further R. Higgins email (.1). | 1.6 |
| 09/27/13 | Alderman | P230 | Drafted Brief in Opposition to Town of Acton's Motion for Preliminary Injunction and performed related legal research (11.6). | 11.6 |
| 09/28/13 | Alderman | P230 | Continued drafting and revising Brief in Opposition to Town of Acton's Motion for Preliminary Injunction and performed related legal research (10.2). | 10.2 |
| 09/29/13 | Alderman | P230 | Completed drafting of Brief in Opposition to Plaintiffs Motion for Preliminary Injunction and proofread and revised same (6.3). | 6.3 |
| 09/30/13 | Alderman | P230 | Drafted letter and filed notices in both state and federal courts with regard to removal of action to federal court (.5); conducted additional case research regarding CERCLA Section 113(h) jurisdictional pre-enforcement review bar (3.7); prepared and filed Notice of | 4.9 |

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 527667
October 28, 2013
Page 6

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| | | | Appearance (.2); transmitted letter requesting certified copies of all case papers in Middlesex Superior Court action for transfer to federal court and conference with Court Clerk regarding same (.5). | |
| 09/30/13 | Jaffe | P230 | Reviewing, revising, opposition to preliminary injunction motion and research for same (3.8); emails with Mr. Alderman and Ms. Deneke regarding research for opposition (.3); office conference with Mr. Alderman regarding opposition (.3); emails and telephone call with plaintiffs' counsel (.8); emails with Ms. Duff (.3). | 5.5 |
| 09/30/13 | Deneke | P230 | Legal research on preliminary injunctions and consultation with S. Jaffe regarding same (3.9). | 3.9 |

**Total Hours   125.1**

Matter No.: 08743.00115  
Re: Town of Acton litigation

Invoice No.: 527667  
October 28, 2013  
Page 7

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jesse Alderman | 59.1 | at | 347.00 | = | 20,507.70 |
| Julia G. Amrhein | 5.6 | at | 310.00 | = | 1,736.00 |
| Catherine Deneke | 12.7 | at | 416.00 | = | 5,283.20 |
| Coleen Doyle | 0.3 | at | 254.00 | = | 76.20 |
| Seth D. Jaffe | 31.7 | at | 643.00 | = | 20,383.10 |
| Michael Licker | 1.9 | at | 347.00 | = | 659.30 |
| Margaret E. McKane | 3.5 | at | 254.00 | = | 889.00 |
| Andrew Z. Schwartz | 10.3 | at | 754.00 | = | 7,766.20 |

**Total Fees**      **$57,300.70**

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 527667
October 28, 2013
Page 8

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 09/24/13 | Telephone 14438035751 - Baltimore - MD (USA) | 2.34 |
| 09/24/13 | Telephone 14438035751 - Baltimore - MD (USA) | 1.04 |
| 09/25/13 | Telephone 14435358439 - Columbia - MD (USA) | 3.51 |
| 09/25/13 | Telephone 14435358439 - Columbia - MD (USA) Call w/Lydia Duff | 4.03 |
| 09/25/13 | In-House Photocopying | 18.40 |
| 09/25/13 | In-House Photocopying | 0.50 |
| 09/25/13 | In-House Photocopying | 0.80 |
| 09/30/13 | In-House Photocopying | 0.50 |
| 09/30/13 | In-House Photocopying | 2.60 |
| 09/30/13 | Certification of Records MIDDLESEX SUPERIOR COURT Check for certified copies of all case papers filed in Town of Acton v. W.R. Grace 09/30/13 | 338.50 |
| 09/24/13 | Computer Research, Lexis | 780.00 |

**Total Disbursements**      **$1,152.22**

**Total Fees**      $57,300.70
**Total Disbursements**      1,152.22
**Total Fees and Disbursements**      $58,452.92



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

October 28, 2013
Invoice No.: 527667
Matter No.: 08743.00115

Re:    Town of Acton litigation

**Total Fees and Disbursements**       **$58,452.92**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account #: 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00115, **Invoice #:** 527667
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company