# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue
Wilmington, DE 19806
EIN 51-0352711

---

**Canadian ZAI Claimants**　　　　　　　　　　　　Date:　　　　　10/11/2013
**c/o Lauzon Belanger Lesperance**　　　　　　　File Number:　　ZAI/WRG 060124-01
Attention: Careen Hannouche　　　　　　　　　　Invoice Number: 21674
286 Rue St. Paul
Quest bureau 100 Montreal QC H2Y 2A3

Re: Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/2013 | KEH | E-mails with 'Careen Hannouche' re: status of payment from WRGrace - THF received payment for April application on 8/28 - Scarfone Hawkins also on 8/28 - LBL should be in the amount of $702.78 | 0.30 | 195.00 | 58.50 |
| 09/04/2013 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Statement for August 1, 2013 – August 31, 2013; reviewed same. | 0.50 | 400.00 | 200.00 |
| 09/05/2013 | KEH | E-mail correspondence from Cindy Yates, re: payment of SH May, 2013, monthly fee account from W.R. Grace in the amount of $2,320.55; update WRG payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 09/06/2013 | DKH | E-mail correspondence with Bobbi Ruhlander that the Fee Auditor's Combined Final Report for the 48th Interim Period which was filed earlier today was withdrawn because it contained an error in our fee and expense recommendations for Saul Ewing. | 0.10 | 400.00 | 40.00 |
| 09/06/2013 | DKH | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditor's combined final report for the 48th interim period was filed with the Court on September 6, 2013. | 0.10 | 400.00 | 40.00 |
| 09/06/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee Or Expense Issues for the Forty Eighth Interim Period Filed by Warren H. Smith & Associates, P.C. (Document withdrawn) | 0.50 | 400.00 | 200.00 |
| 09/06/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee Or Expense Issues for the Forty-Eighth Interim Period Filed by Warren H. Smith & Associates, P.C. (Re-filed Revised Version) | 0.40 | 400.00 | 160.00 |

| Date | | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/2013 | | | ZAI/WRG 060124-01    Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
| 09/09/2013 | | KEH | E-mails with 'Careen Hannouche', re: received a payment of 542.28$ on September 4th - not amount indicated in your email; reviewed WRG payment spreadsheet and explained that WRG skipped LBL's April payment and paid May; update WRGrace spreadsheet for use in preparation of fee applications. | 0.40 | 195.00 | 78.00 |
| 09/10/2013 | | GP | Calculated project codes for Lauzon Belanger Lesperance's July 2013 time statement. | 0.30 | 195.00 | 58.50 |
| 09/10/2013 | | GP | Calculated project codes for Scarfone Hawkin's July 2013 time statement. | 0.30 | 195.00 | 58.50 |
| 09/10/2013 | | GP | Calculated project codes for The Hogan Firm's July 2013 time statement. | 1.00 | 195.00 | 195.00 |
| 09/10/2013 | | GP | Drafted the 41st Monthly Fee Application for Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 09/10/2013 | | GP | Drafted the 41st Monthly Fee Application for Scarfone Hawkins. | 1.30 | 195.00 | 253.50 |
| 09/10/2013 | | GP | Drafted the 41st Monthly Fee Application for The Hogan Firm. | 1.30 | 195.00 | 253.50 |
| 09/11/2013 | | GP | Drafted the Certificate of No Objection for Lauzon Belanger Lesperance's 40th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 09/11/2013 | | GP | Drafted the Certificate of No Objection for Scarfone Hawkin's 40th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 09/11/2013 | | GP | Drafted the Certificate of No Objection for The Hogan Firm's 40th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 09/11/2013 | | DKH | E-mail correspondence from Ashlee White asking about the status of the appeals to the 3rd Circuit. | 0.20 | 400.00 | 80.00 |
| 09/11/2013 | | DKH | E-mail correspondence with Careen Hannouche transmitting the signed certification for the 41st Monthly Fee Application of LBL. | 0.20 | 400.00 | 80.00 |
| 09/11/2013 | | GP | Email correspondence with Careen Hannouche, re: draft of 41st Monthly Fee Application for Lauzon Belanger Lesperance.  Receipt of signed certification. | 0.20 | 195.00 | 39.00 |
| 09/11/2013 | | GP | Email correspondence with Careen Hannouche, re: Lauzon Belanger Lesperance's time sheet for August 2013.  Receipt of August 2013 invoice. | 0.20 | 195.00 | 39.00 |
| 09/11/2013 | | DKH | E-mail correspondence with Cindy Yates transmitting the certification executed by David Thompson; reviewed same. | 0.20 | 400.00 | 80.00 |
| 09/11/2013 | | GP | Email correspondence with Cindy Yates, re: draft of 41st Monthly Fee Application of Scarfone Hawkins.  Receipt of certification. | 0.20 | 195.00 | 39.00 |
| 09/11/2013 | | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Fortieth Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 09/11/2013 | | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Fortieth Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 09/11/2013 | | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Fortieth Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 09/11/2013 | | GP | Email correspondence with Digital Legal transmitting the Certificate of No Objection, re: 40th Monthly Fee Applications for Lauzon Belanger Lesperance, Scarfone Hawkins, and The Hogan Firm. | 0.10 | 195.00 | 19.50 |

| 10/11/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
|---|---|---|---|---|---|---|
| 09/11/2013 | GP | | Email correspondence with service parties transmitting the Certificate of No Objection, re: 40th Monthly Fee Applications for Lauzon Belanger Lesperance, Scarfone Hawkins, and The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 09/11/2013 | GP | | Prepared for and filed Certificate of No Objection for Lauzon Belanger Lesperance's 40th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 09/11/2013 | GP | | Prepared for and filed Certificate of No Objection for Scarfone Hawkin's 40th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 09/11/2013 | GP | | Prepared for and filed Certificate of No Objection for The Hogan Firm's 40th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 09/11/2013 | DKH | | Reviewed and revised draft of the LBL 41st Monthly Fee App for July 2013. | 0.80 | 400.00 | 320.00 |
| 09/11/2013 | DKH | | Reviewed and revised draft of the SH 41st Monthly Fee App for July 2013. | 0.80 | 400.00 | 320.00 |
| 09/11/2013 | DKH | | Reviewed and revised draft of the The Hogan Firm's 41st Monthly Fee App for July 2013. | 0.80 | 400.00 | 320.00 |
| 09/11/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Fortieth Monthly Fee Application as Counsel to the Canadian ZAI Claimants; reviewed docket for objections. | 0.40 | 400.00 | 160.00 |
| 09/11/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of Scarfone Hawkin's Fortieth Monthly Fee Application as Counsel to the Canadian ZAI Claimants; reviewed docket for objections. | 0.30 | 400.00 | 120.00 |
| 09/11/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of The Hogan Firm's Fortieth Monthly Fee Application as Counsel to the Canadian ZAI Claimants; reviewed docket for objections. | 0.30 | 400.00 | 120.00 |
| 09/12/2013 | GP | | Drafted the Certificate of No Objection for Lauzon Belanger Lesperance's 14th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 09/12/2013 | GP | | Drafted the Certificate of No Objection for Scarfone Hawkin's 14th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 09/12/2013 | GP | | Drafted the Certificate of No Objection for The Hogan Firm's 14th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 09/12/2013 | DKH | | E-mail correspondence with Careen Hannouche transmitting the LBL time statement for the month of August 2013; reviewed same. | 0.40 | 400.00 | 160.00 |
| 09/12/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reveiw receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Fourteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 09/12/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Fourteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) (Hogan, Daniel) | 0.20 | 195.00 | 39.00 |
| 09/12/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Fourteenth Quarterly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 09/12/2013 | GP | | Email correspondence with Digital Legal transmitting the Certificate of No Objection, re: 14th Quarterly Fee Applications for Lauzon Belanger Lesperance, Scarfone Hawkins, and The Hogan Firm. | 0.10 | 195.00 | 19.50 |

| 10/11/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 09/12/2013 | GP | | Email correspondence with service parties transmitting the Certificate of No Objection, re: 14th Quarterly Fee Applications for Lauzon Belanger Lesperance, Scarfone Hawkins, and The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 09/12/2013 | GP | | Prepared for and filed the Certificate of No Objection for Lauzon Belanger Lesperance's 14th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 09/12/2013 | GP | | Prepared for and filed the Certificate of No Objection for Scarfone Hawkin's 14th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 09/12/2013 | GP | | Prepared for and filed the Certificate of No Objection for The Hogan Firm's 14th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 09/12/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Fourteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants and docket for objections. | 0.40 | 400.00 | 160.00 |
| 09/12/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of Scarfone Hawkins' Fourteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants and reviewed docket for objections. | 0.40 | 400.00 | 160.00 |
| 09/12/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of The Hogan Firm's Fourteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants and reviewed docket for objections. | 0.30 | 400.00 | 120.00 |
| 09/13/2013 | KEH | | E-mail correspondence with Grace Accounts Payable transmitting Remittance Advice for 9/16/2013 payment in the amount of $4,535.30; review and update WRG payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 09/17/2013 | KEH | | E-mail correspondence with 'Careen Hannouche and Cindy Yates' requesting status of payment from WRGrace for their June fee applications. | 0.10 | 195.00 | 19.50 |
| 09/18/2013 | KEH | | E-mail correspondence with Careen Hannouche, re: wire transfer received in the amount of $702.78 on September 13th - need confirmation of what payment is for. | 0.10 | 195.00 | 19.50 |
| 09/18/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Claims Register as of March 7, 2011. Filed by Rust Consulting, Inc.. | 0.90 | 400.00 | 360.00 |
| 09/18/2013 | KEH | | Review WRGrace payment spreadsheet; E-mail correspondence with 'Careen Hannouche re: $702.78 is for LBL's April fee application: 80% fees and 100% expenses | 0.20 | 195.00 | 39.00 |
| 09/19/2013 | DKH | | Conducted research on the status of the 3rd Circuit appeals in W.R. Grace. Discerned that the Debtor is actively preparing for the plan to go effective | 1.80 | 400.00 | 720.00 |
| 09/19/2013 | DKH | | E-mail correspondence with Ashlee White at Scarfone Hawkins updating her on the status of the 3rd Circuit appeals involving W.R. Grace. | 0.20 | 400.00 | 80.00 |
| 09/19/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Forty-Eighth Quarter Project Category Summary. Filed by W.R. Grace & Co., et al. Compared against our figures. | 0.50 | 400.00 | 200.00 |
| 09/19/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Eighth Period. Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 09/20/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Forty First) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to July 31, 2013. | 1.00 | 400.00 | 400.00 |
| 09/23/2013 | KEH | | E-mail correspondence with Cindy Yates, re: received $1,987.88 from Grace on September 16th in payment of SH's June, 2013 fee application; review and revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |

| | | | | | |
|---|---|---|---|---|---|
| 10/11/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:5 |
| 09/23/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty First) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to July 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 10/15/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | | 0.20 | 195.00 | 39.00 |
| 09/23/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty First) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to July 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 10/15/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 09/23/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty First) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to July 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 10/15/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 09/23/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 9/25/2013 at 01:00 PM. | 0.30 | 400.00 | 120.00 |
| 09/23/2013 | GP | Email correspondence with Digital Legal transmitting the 41st Monthly Fee Application of Lauzon Belanger Lesperance, Scarfone Hawkins and The Hogan Firm for hand delivery. | 0.10 | 195.00 | 19.50 |
| 09/23/2013 | GP | Email correspondence with fee auditor transmitting the 41st Monthly Fee Application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 09/23/2013 | GP | Email correspondence with fee auditor transmitting the 41st Monthly Fee Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 09/23/2013 | GP | Email correspondence with fee auditor transmitting the 41st Monthly Fee Application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 09/23/2013 | GP | Email correspondence with service parties transmitting the 41st Monthly Fee Application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 09/23/2013 | GP | Email correspondence with service parties transmitting the 41st Monthly Fee Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 09/23/2013 | GP | Email correspondence with service parties transmitting the 41st Monthly Fee Application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 09/23/2013 | GP | Prepared for and filed the 41st Monthly Fee Application of Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 09/23/2013 | GP | Prepared for and filed the 41st Monthly Fee Application of Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 09/23/2013 | GP | Prepared for and filed the 41st Monthly Fee Application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 09/23/2013 | DKH | Reviewed and revised Monthly Application for Compensation (Forty First) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to July 31, 2013. | 0.70 | 400.00 | 280.00 |
| 09/23/2013 | DKH | Reviewed and revised Monthly Application for Compensation (Forty First) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to July 31, 2013. | 0.80 | 400.00 | 320.00 |
| 09/24/2013 | GP | Calculated project codes for Lauzon Belanger Lesperance's August 2013 time statement. | 0.30 | 195.00 | 58.50 |
| 09/24/2013 | GP | Calculated project codes for Scarfone Hawkin's August 2013 time statement. | 0.30 | 195.00 | 58.50 |
| 09/24/2013 | GP | Calculated project codes for The Hogan Firm's August 2013 time statement. | 1.00 | 195.00 | 195.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/11/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:6 | |
| 09/24/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. (related document(s)[31150]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 9/25/2013 at 01:00 PM. | 0.20 | 400.00 | 80.00 |
| 09/24/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Approving Quarterly Fee Applications for the Forty-Eighth Period. (related document(s)[30586],[30584],[30612], [30625], [30626], [30630], [30631], [30632], [30633], [30634], [30635], [30636], [30638], [30640], [30642], [30647], [30648], [30649], [30651], [30652], [30653], [30710], [30713], [30714], [30715], [30759], [30789], [30829], [30851], [30893], [30897], [31044], [31145]) Order Signed on 9/24/2013. | 0.30 | 400.00 | 120.00 |
| 09/25/2013 | GP | | Drafted the 42nd Monthly Fee Application for Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 09/25/2013 | GP | | Drafted the 42nd Monthly Fee Application for Scarfone Hawkins. | 1.30 | 195.00 | 253.50 |
| 09/25/2013 | GP | | Drafted the 42nd Monthly Fee Application for The Hogan Firm. | 1.30 | 195.00 | 253.50 |
| 09/25/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed emails that ORAL ORDER that Civil Action 09-382, 09-419, 09-421, and 10-611 are hereby terminated., ***Civil Case Terminated.. Signed by Judge Ronald L. Buckwalter on 9/23/2013. | 0.40 | 400.00 | 160.00 |
| 09/26/2013 | GP | | Email correspondence with Careen Hannouche transmitting the 42nd Monthly Fee Application of Lauzon Belanger Lesperance for review. Receipt of signed certification. | 0.20 | 195.00 | 39.00 |
| 09/26/2013 | DKH | | E-mail correspondence with Careen Hannouche transmitting the LBL signed certification. Reviewed same. | 0.20 | 400.00 | 80.00 |
| 09/26/2013 | GP | | Email correspondence with Cindy Yates transmitting the 42nd Monthly Fee Application of Scarfone Hawkins for review. Receipt of signed certification. | 0.20 | 195.00 | 39.00 |
| 09/26/2013 | DKH | | E-mail correspondence with Cindy Yates transmitting the Certification duly executed by Dave Thompson; reviewed same. | 0.20 | 400.00 | 80.00 |
| 09/26/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Second) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2013 to August 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 10/18/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 09/26/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Second) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period August 1, 2013 to August 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 10/18/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 09/26/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Second) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period August 1, 2013 to August 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 10/18/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 09/26/2013 | GP | | Email correspondence with Digital Legal transmitting the 42nd Monthly Fee Application of Lauzon Belanger Lesperance, Scarfone Hawkins, and The Hogan Firm. | 0.10 | 195.00 | 19.50 |

| 10/11/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:7 |
|---|---|---|---|---|---|---|
| 09/26/2013 | GP | | Email correspondence with fee auditor transmitting the 42nd Monthly Fee Application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 09/26/2013 | GP | | Email correspondence with fee auditor transmitting the 42nd Monthly Fee Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 09/26/2013 | GP | | Email correspondence with fee auditor transmitting the 42nd Monthly Fee Application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 09/26/2013 | GP | | Email correspondence with service parties transmitting the 42nd Monthly Fee Application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 09/26/2013 | GP | | Email correspondence with service parties transmitting the 42nd Monthly Fee Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 09/26/2013 | GP | | Email correspondence with service parties transmitting the 42nd Monthly Fee Application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 09/26/2013 | GP | | Prepared for and filed the 42nd Monthly Fee Application of Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 09/26/2013 | GP | | Prepared for and filed the 42nd Monthly Fee Application of Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 09/26/2013 | GP | | Prepared for and filed the 42nd Monthly Fee Application of The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 09/26/2013 | DKH | | Reviewed and revised draft of the LBL 42nd Monthly Fee App for August 2013. | 0.70 | 400.00 | 280.00 |
| 09/26/2013 | DKH | | Reviewed and revised draft of the Scarfone Hawkins 42nd Monthly Fee App for August 2013. | 0.80 | 400.00 | 320.00 |
| 09/26/2013 | DKH | | Reviewed and revised The Hogan Firm's 42nd Monthly Fee App for August 2013. | 1.00 | 400.00 | 400.00 |
| 09/27/2013 | KEH | | Review WRGrace payment spreadsheet; E-mail correspondence with 'Careen Hannouche, re: status of payment for LBL's June 2013 fee application - $427.68. | 0.20 | 195.00 | 39.00 |
| 09/30/2013 | KEH | | E-mail correspondence with Careen Hannouche re: LBL received payment in the amount of 427.68$, on September 24, 2013; revised WRGrace payment spreadsheet for use in prep of fee applications. | 0.20 | 195.00 | 39.00 |
| | | | **Total Fees** | **41.50** | | **$11,680.00** |

**Expenses**

| 09/11/2013 | Photocopies of 40th Monthly Fee Apps and 14th Quarterly Fee Apps to Fee Auditor. | 3.60 | |
|---|---|---|---|
| 09/11/2013 | Postage- 40th Monthly Fee App and 14th Quarterly Fee to Fee Auditor | 3.44 | |
| 09/16/2013 | Digital Legal - WR Grace | 7.70 | |
| 09/16/2013 | Digital Legal - WR Grace | 8.00 | |
| 09/23/2013 | Photocopies- 41st Monthly Fee Application to fee auditor and drafts to Dan Hogan. | 14.40 | |
| 09/23/2013 | Postage- Copies of 41st Monthly Fee Applications to fee auditor | 5.04 | |
| 09/25/2013 | Photocopies- August time statements | 1.20 | |
| 09/26/2013 | Photocopies- 42nd Monthly Fee Applications | 15.60 | |
| 09/26/2013 | Postage- 42nd Monthly Fee Apps to Fee Auditor | 5.04 | |
| 10/02/2013 | Postage 41st Mo Appl | 11.25 | |
| 10/02/2013 | Postage 42nd Mo Appl | 10.70 | |
| | **Total Expenses** | | **$85.97** |
| | **TOTAL NEW CHARGES** | | **$11,765.97** |

| | | | |
|---|---|---|---|
| 10/11/2013 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:8 |

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| Prior Balance | 10,697.05 |
| Payments | -10,697.05 |
| Current Fees | 11,680.00 |
| Current Expenses | 85.97 |
| **AMOUNT DUE AND OWING TO DATE** | **$11,765.97** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;** Please call 302.656.7540 if you have any questions or concerns.

### Payments

| Date | Ref # | Description | Amount |
|---|---|---|---:|
| 9/24/2013 | 997 2267 | Payment on Account | 10,697.05 |