# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
September 30, 2013  
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS  
ONE JAMES STREET SOUTH  
14TH FLOOR  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  
L8N 3P9

TELEPHONE  
905-523-1333

TELEFAX  
905-523-5878

H.S.T. REGISTRATION NO.  **873984314 RT – 0001**

### CANADIAN ZAI MONTHLY FEE APPLICATION
### (September 1, 2013 – September 30, 2013)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/02/13 | receipt of and respond to class member inquiries re: status of US Appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 09/03/13 | follow-up letter to Dan Hogan re status of US appeals | DT | $575.00 | 0.10 | $57.50 |
| 09/12/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 09/13/13 | receipt of and respond to class member inquires settlement | DT | $575.00 | 0.25 | $143.75 |
| 09/16/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 09/17/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 09/18/13 | receipt of and respond to class member inquiries as to status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 09/19/13 | receipt Dan Hogan email, discuss with Matt Moloci | DT | $575.00 | 0.25 | $143.75 |
| 09/20/13 | receipt Careen Hannouche letter, memo to Cindy Yates | DT | $575.00 | 0.10 | $57.50 |
| 09/23/13 | receipt of and respond to class member inquiries re status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 09/24/13 | receipt of and respond to class member inquiries re status of US appeal and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 09/25/13 | receipt of and respond to class member inquiries re CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |

| Date | Description | Timekeeper | Rate | Hours | Total |
|---|---|---|---|---|---|
| 09/26/13 | receipt Careen Hannouche letter, memo to Cindy Yates, follow-ups | DT | $575.00 | 0.15 | $86.25 |
| 09/26/13 | receipt of and respond to class member inquiries re: US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 09/27/13 | receipt of and respond to class member inquiries re status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 09/30/13 | review dockets for period September, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of September, 2013 | LC | $150.00 | 2.00 | $300.00 |
| | | | SUB-TOTAL | 5.35 | $2,226.25 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years - 1988 | DT | 3.35 | $575.00 | $1,926.25 | $250.41 |
| LAW CLERK Cindy Yates 31 years - 1982 | CY | 2.00 | $150.00 | $300.00 | $39.00 |
| SUB-TOTAL: | | 5.35 | | $2,226.25 | $289.41 |
| TOTAL FEES AND TAXES: | | | | | $2,515.66 |

## DISBURSEMENTS SUMMARY

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 09/01/13 09/30/13 | Long Distance Calls – Various calls | | $2.88 | $0.37 | $3.25 |
| TOTAL DISBURSEMENTS: | | | $2.88 | $0.37 | $3.25 |

| TOTAL FEES AND APPLICABLE TAXES: | $2,518.91 |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


SCARFONE HAWKINS LLP
E. & O.E.

*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.