# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

October 23, 2013

RE :  W.R. GRACE & CO., and al.
      U.S. FEE APPLICATION
      CDN ZAI CLASS ACTION
      Our file: 222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
(September 1st 2013 to September 30th 2013)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**OUR FEES:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2013-09-09 | CH | Email to Karen Harvey re:confirmation of payment for the purposes of preparing LBL's fee applications | 0.25 | $285.00 | $71.25 |
| 2013-09-10 | CH | Email to Cindy Yates re: confirmation of receipt of funds | 0.17 | $285.00 | $48.45 |
| 2013-09-11 | CH | Review of 41st monthly application prepared by The Hogan Firm | 0.33 | $285.00 | $94.05 |
| 2013-09-11 | CH | Email to G. Palagruto re: signed certification 41st Monthly Application | 0.17 | $285.00 | $48.45 |
| 2013-09-12 | CH | Email to G. Palagruto re: August time statement | 0.33 | $285.00 | $94.05 |
| 2013-09-18 | CH | Email to Karen Harvey re: confirmation of wire transfer for the purposes of preparing LBL's fee applications | 0.17 | $285.00 | $48.45 |
| 2013-09-20 | CH | Letter to David Thompson re: portion of The Hogan Firm fees | 0.25 | $285.00 | $71.25 |
| 2013-09-26 | CH | Review of 42nd Monthly Fee Application | 0.25 | $285.00 | $71.25 |
| 2013-09-26 | CH | Email to G. Palagruto re:signed certification 42nd monthly fee application | 0.17 | $285.00 | $48.45 |
| 2013-09-30 | CH | Email to Karen Harvey re: confirmation receipt payment for purposes of preparing fee applications | 0.25 | $285.00 | $71.25 |
| | | **OUR FEES :** | **2.34** | | **$ 666.90** |

TIME SUMMARY BY LAWYER
CH      285.00      2.34        $ 666.90

| | |
|---|---:|
| **TOTAL FEES** | $ 666.90 |
| G.S.T. 5% | 33.35 |
| Q.S.T. 9.975 % | 66.52 |
| **TOTAL** | **$ 766.77** |

# G.S.T.   814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001