**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: November 18, 2013 at 4:00 p.m.** |

**FIFTY-FIRST MONTHLY APPLICATION OF SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | September 1, 2013 through September 30, 2013 |
| Amount of fees to be approved as actual, reasonable and necessary: | $10,322.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $206.88 |

This is a(n): ___ interim ____ final application. __x__ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09<br>23059 | 5/18/09 through<br>7/31/09 | $108,445.50/<br>$1,156.09 | $86,756.40<br>$1,156.09 | 23322 |
| 9/29/09<br>23364 | 8/1/09 through<br>8/31/09 | $38,437.50/<br>$651.48 | $30,750.00/<br>$651.48 | 23547 |
| 10/29/09<br>23614 | 9/1/09 through<br>9/30/09 | $22,354.50<br>$86.25 | $17,883.60<br>$86.25 | 23812 |
| 11/30/09<br>23869 | 10/1/09 through<br>10/31/09 | $13,047.00<br>$39.44 | $10,437.60<br>$39.44 | 24047 |
| 12/29/09<br>24066 | 11/1/09 through<br>11/30/09 | $27,112.50<br>$64.77 | $21,690.00<br>$64.77 | 24167 |
| 1/29/10<br>24208 | 12/1/09 through<br>12/31/09 | $20,043.00<br>$842.45 | $16,034.40<br>$842.45 | 24333 |
| 3/1/10<br>24371 | 1/1/10 through<br>1/31/10 | $16,131.00<br>$44.90 | $12,904.48<br>$44.90 | 24498 |
| 3/29/10<br>24517 | 2/1/10 through<br>2/28/10 | $14,617.50<br>$12.49 | $11,694.00<br>$12.49 | 24645 |
| 4/29/10<br>24695 | 3/1/10 through<br>3/31/10 | $19,198.50<br>$1601.38 | $15,358.80<br>$1601.38 | 24823 |
| 5/28/10<br>24852 | 4/1/10 through<br>4/30/10 | $8,928.00<br>$23.88 | $7,142.40<br>$23.88 | 24962 |
| 7/9/2010<br>25056 | 5/1/10 through<br>5/31/10 | $8,061.00<br>$517.61 | $6,448.80<br>$517.61 | 25148 |
| 7/29/2010<br>25135 | 6/1/10 through<br>6/30/10 | $6,702.00<br>$930.06 | $5,361.60<br>$930.06 | 25256 |
| 8/18/10<br>25238 | 7/1/10 through<br>7/31/10 | $10,611.50<br>$78.10 | $8,489.20<br>$78.10 | 25400 |

| | | | | |
|---|---|---|---|---|
| 9/29/10 25494 | 8/1/10 through 8/31/10 | $12,146.50 $158.56 | $9,717.20 $158.56 | 25629 |
| 11/11/10 257535 | 9/1/10 through 9/30/10 | $9,865.00 $175.99 | $7,892.00 $175.99 | 25855 |
| 12/1/10 25838 | 10/1/10 through 10/31/10 | $7,748.50 $186.48 | $6,198.80 $186.48 | 25958 |
| 1/4/10 26008 | 11/1/10 through 11/30/110 | $8,349.00 $174.91 | $6,679.20 $174.91 | 26125 |
| 1/26/11 26126 | 12/1/10 through 12/31/10 | $9,467.50 $136.50 | $7,574.00 $136.50 | 26389 |
| 3/1/11 26447 | 1/1/11 through 1/31/11 | $5,471.00 $227.01 | $4,376.80 $227.01 | 26616 |
| 3/30/11 26665 | 2/1/11 through 2/28/11 | $16,418.00 $140.84 | $13,134.40 $140.84 | 26665 |
| 5/2/11 26857 | 3/1/11 through 3/31/11 | $17,325.50 $172.16 | $13,860.40 $172.16 | 26997 |
| 5/31/11 27014 | 4/1/11 through 4/30/11 | $14,790.00 $170.71 | $11,832.00 $170.71 | 27151 |
| 7/5/11 27214 | 5/1/11 through 5/31/11 | $15,903.00 $116.17 | $12,722.40 $116.17 | 27325 |
| 8/1/11 27352 | 6/1/11 through 6/30/11 | $9,849.00 $167.76 | $7,879.20 $167.76 | 27505 |
| 9/2/11 27556 | 7/1/11 through 7/31/11 | $11,115.00 $94.44 | $8,892.00 $94.44 | 27676 |
| 9/29/11 27688 | 8/1/11 through 5/31/11 | $10,712.00 $149.46 | $8,569.60 $149.46 | 27802 |
| 10/26/11 27828 | 9/1/11 through 9/30/11 | $7,943.00 $115.90 | $6,354.40 $115.90 | 27990 |
| 11/29/11 28044 | 10/1/11 through 10/31/11 | $11,661.00 $158.62 | $9,328.80 $158.62 | 28196 |

| | | | | |
|---|---|---|---|---|
| 1/10/12 | 11/1/11 through 11/30/11 | $10,874.50<br>$31.80 | $8,699.60<br>$31.80 | 28487 |
| 2/19/12<br>28491 | 12/1/11 through 12/31/11 | $7,475.00<br>$92.73 | $5,980.00<br>$92.73 | 28616 |
| 2/29/12<br>28601 | 1/1/12 through 1/31/2012 | $9,802.00<br>$233.98 | $7,841.60<br>$233.98 | 28703 |
| 3/30/12<br>28748 | 2/1/12 through 2/29/12 | $9,516.00<br>$102.72 | $7,612.80<br>$102.72 | 28809 |
| 4/30/12<br>28847 | 3/1/12 through 3/31/12 | $12,473.50<br>$272.84 | $9,978.80<br>$272.84 | 28959 |
| 5/314/12<br>28998 | 4/1/12 through 4/30/12 | $8,008.00<br>$222.42 | $6,406.40<br>$222.42 | 29116 |
| 6/29/12 | 5/1/12 through 5/31/12 | $8,274.50<br>$72.22 | $6,619.60<br>$72.22 | 29348 |
| 8/9/12<br>29425 | 6/1/12 through 6/30/12 | $10,231.00<br>$72.22 | $8,184.50<br>$80.07 | 29579 |
| 8/29/12<br>29524 | 7/1/12 through 7/31/12 | $11,61.00<br>$210.04 | $9,328.80<br>$210.04 | 29649 |
| 9/24/12<br>29661 | 8/1/12 through 8/31/12 | $9,574.50<br>$64.30 | $7,659.60<br>$64.30 | 29782 |
| 11/5/12<br>29850 | 9/1/12 through 9/30/12 | $7,436.00<br>$122.07 | $5,948.80<br>$122.07 | 29950 |
| 11/28/12<br>29554 | 10/1/12 through 10/31/12 | $8,209.50<br>$359.20 | $6,567.60<br>$359.20 | 30071 |
| 1/3/13<br>30117 | 11/1/12 through 11/30/12 | $10,146.50<br>$264.87 | $8,117.20<br>$264.87 | 30195 |
| 1/28/13<br>30203 | 12/1/12 through 12/31/12 | $8,450.00<br>$11.10 | $6,760.00<br>$11.10 | 30308 |
| 2/27/13<br>30328 | 1/1/13 through 1/31/13 | $15,223.00<br>$134.46 | $12,178.40<br>$134.46 | 30421 |

| | | | | |
|---|---|---|---|---|
| 3/28/13<br>30448 | 2/1/13 through<br>2/28/13 | $9,074.00<br>$138.88 | $7,259.20<br>$138.88 | 30535<br>4/19/13 |
| 4/29/13<br>30563 | 3/1/13 through<br>3/31/13 | $9,763.00<br>$170.96 | $7,810.40<br>$170.96 | 30655<br>5/22/13 |
| 5/29/13<br>30680 | 4/1/13 through<br>4/30/13 | $10,042.50<br>$103.61 | $8,034.00<br>$103.61 | 6/18/13<br>30749 |
| 6/28/13<br>30782 | 5/1/13 through<br>5/31/13 | $11,056.00<br>$414.07 | $8,845.20<br>$414.07 | 7/23/13<br>30862 |
| 7/29/13<br>30892 | 6/1/13 through<br>6/30/13 | $11,602.50<br>$112.44 | $9,282.00<br>$112.44 | 8/22/13<br>31001 |
| 8/26/13<br>31014 | 7/1/13 through<br>7/31/13 | $8,222.50<br>$169.46 | $6,578.00<br>$169.46 | 9/18/13<br>31141 |
| 9/26/13<br>31166 | 8/1/13 through<br>8/31/13 | $10,978.50<br>$170.88 | $8,782.80<br>$170.88 | 10/18/13<br>31238 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

| **Name** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** |
|---|---|---|---|
| Teresa K.D. Currier | $650 | 14.2 | $9,230.00 |
| Tracy B. Buck | $195 | 5.6 | $1,092.00 |
| **TOTAL** | | **19.8** | **$10,322.00** |

* The rate is Saul Ewing LLP's regular hourly rate for legal services. All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustment occurred on July 1, 2011 for the Bankruptcy and Restructuring Department).

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 9.1 | $5,915.00 |
| Fee Applications, Applicant | 3.1 | $968.50 |
| Fee Applications, Others | 3.8 | $968.50 |
| Hearings | 0.7 | $455.00 |
| Plan and Disclosure | 3.1 | $2,015.00 |
| **TOTAL** | **19.8** | **$10,322.00** |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

| | |
|---|---|
| Photocopying | $51.40 |
| Federal Express | $155.48 |
| **TOTAL** | **$206.88** |

**SAUL EWING LLP**

By: /s/ Teresa K.D. Currier
Teresa K.D. Currier (Del. ID No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

*Co-Counsel to the Official Committee of Equity Security Holders*

Dated: October 29, 2013