

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2210115 |
| Invoice Date | 10/07/13 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/03/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/04/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/05/13 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 09/06/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/09/13 | TKD | Review all pleadings and share with team | 0.5 | 325.00 |
| 09/10/13 | TKD | Review all case filings | 0.4 | 260.00 |
| 09/11/13 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 09/12/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/13/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/16/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/17/13 | TKD | Review all case filings and share with team. | 0.4 | 260.00 |
| 09/18/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/19/13 | TKD | Review all case filings and share with team. | 0.4 | 260.00 |
| 09/20/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 09/23/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/24/13 | TKD | Review fee order regarding tomorrow's hearing | 0.2 | 130.00 |
| 09/24/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/26/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 09/27/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022     Case 01-01139-AMC   Doc 31277-2   Filed 10/29/13   Page 2 of 10   Invoice Number 2210115
00004           WR Grace- Official Committee of Equity Security
                  Holders                                                                            Page 2
10/07/13        Case Administration

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/30/13 | TKD | Review pleadings and share with team | 0.5 | 325.00 |
| | | TOTAL HOURS | 9.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 9.1 | at | $650.00 | = | 5,915.00 |

| | |
|---|---|
| **CURRENT FEES** | 5,915.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 5,915.00 |
| **NET AMOUNT OF THIS INVOICE** | 5,915.00 |



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | | |
|---|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number | 2210117 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date | 10/07/13 |
| Peninsula Capital Advisors LLC | Client Number | 359022 |
| 404B East Main Street | Matter Number | 00015 |
| Charlottesville, VA 22902 | | |

Re:   Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/26/13 | TKD | Review and approve Saul Ewing fee application for filing | 0.4 | 260.00 |
| 08/26/13 | TKD | Review and approve Kramer Levin CNO for filing | 0.2 | 130.00 |
| 09/06/13 | TKD | Review our CNO for filing | 0.2 | 130.00 |
| 09/06/13 | TBB | Draft CNO to Saul Ewing's seventeenth quarterly fee application. | 0.3 | 58.50 |
| 09/06/13 | TBB | File and serve CNO to Saul Ewing's seventeenth quarterly fee application | 0.8 | 156.00 |
| 09/06/13 | TBB | Review docket for any objections. | 0.1 | 19.50 |
| 09/18/13 | TBB | Draft CNO to Saul Ewing's Forty Ninth Monthly Fee Application | 0.2 | 39.00 |
| 09/18/13 | TBB | File and serve CNO to Saul Ewing's Forty Ninth Monthly Fee Application | 0.8 | 156.00 |
| 09/18/13 | TBB | Review docket for any objections. | 0.1 | 19.50 |
| | | TOTAL HOURS | 3.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.3 | at | $195.00 | = | 448.50 |
| Teresa K.D. Currier | 0.8 | at | $650.00 | = | 520.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00015
10/07/13

Case 01-01139-AMC  Doc 31277-2  Filed 10/29/13  Page 4 of 10

W.R. Grace - Official Committee of Equity Security Holders
Fee Applications/Applicant

Invoice Number 2210117
Page 2

|  |  |
|---|---:|
| CURRENT FEES | 968.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 968.50 |
| **NET AMOUNT OF THIS INVOICE** | 968.50 |



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2210118 |
| Invoice Date | 10/07/13 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:  Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/06/13 | TKD | Review fee auditor report on those with no changes for this quarterly period | 0.3 | 195.00 |
| 09/11/13 | TKD | Review and approve Kramer Levin CNO | 0.2 | 130.00 |
| 09/11/13 | TBB | Draft CNO to Kramer Levin's forty fifth quarterly fee application. | 0.2 | 39.00 |
| 09/11/13 | TBB | File and serve CNO to Kramer Levin's forty fifth quarterly fee application. | 0.8 | 156.00 |
| 09/11/13 | TBB | Review docket for any objections. | 0.1 | 19.50 |
| 09/18/13 | TBB | Draft CNO to Kramer Levin's one hundred and forty third monthly fee application. | 0.2 | 39.00 |
| 09/18/13 | TBB | File and serve Kramer Levin's one hundred and forty third monthly fee application. | 0.8 | 156.00 |
| 09/18/13 | TBB | Review docket for any objections. | 0.1 | 19.50 |
| 09/30/13 | TBB | Draft Notice to Kramer Levin's one hundred and forty fourth monthly fee application. | 0.2 | 39.00 |
| 09/30/13 | TBB | File and serve Kramer Levin's one hundred and forty fourth monthly fee application. | 0.8 | 156.00 |
| 09/30/13 | TBB | Calendar dates. | 0.1 | 19.50 |
| | | TOTAL HOURS | 3.8 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022
00016
10/07/13

Case 01-01139-AMC Doc 31277-2 Filed 10/29/13 Page 6 of 10

WR Grace - Official Committee of Equity Security
Holders
Fee Applications/Others

Invoice Number 2210118
Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 3.3 | at | $195.00 | = | 643.50 |
| Teresa K.D. Currier | 0.5 | at | $650.00 | = | 325.00 |

CURRENT FEES 968.50

**TOTAL AMOUNT OF THIS INVOICE** 968.50

**NET AMOUNT OF THIS INVOICE** 968.50

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2210119 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 10/07/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00017 |
| Charlottesville, VA 22902 | |

Re:   Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/19/13 | TKD | Communications with David Blabey about hearings next week, checked regarding hearings and coverage | 0.5 | 325.00 |
| 09/23/13 | TKD | Review agenda notice and communicate with David Blabey about Wednesday's hearing | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.7 | at | $650.00 | = | 455.00 |

CURRENT FEES                                                                                      455.00

**TOTAL AMOUNT OF THIS INVOICE**                                                   455.00

**NET AMOUNT OF THIS INVOICE**                                                        455.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2210120 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 10/07/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00020 |
| Charlottesville, VA 22902 | |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/04/13 | TKD | Read Anderson Memorial Opinion issued by Third Circuit | 0.7 | 455.00 |
| 09/04/13 | TKD | Read State of Montana/Her Majesty the Queen Opinion issued by Third Circuit | 0.6 | 390.00 |
| 09/05/13 | TKD | Review memo to committee about recent decisions on appeals | 0.2 | 130.00 |
| 09/05/13 | TKD | Review Third Circuit Order denying Garlock Sealing Motion for Reargument | 0.2 | 130.00 |
| 09/13/13 | TKD | Review Bank Lender letter sent to Court | 0.2 | 130.00 |
| 09/13/13 | TKD | Review Mandates from Third Circuit | 0.3 | 195.00 |
| 09/17/13 | TKD | Review Letter to Third Circuit re AMR case | 0.3 | 195.00 |
| 09/26/13 | TKD | Review Mandate issued by Third Circuit relating to Anderson Memorial | 0.3 | 195.00 |
| 09/26/13 | TKD | Review Mandate issued by Third Circuit relating to Her Majesty the Queen | 0.3 | 195.00 |
| | | TOTAL HOURS | 3.1 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security Holders | Invoice Number 2210120 |
| 00020 | | Page 2 |
| 10/07/13 | Plan and Disclosure Statement | |

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 3.1 | at | $650.00 | = | 2,015.00 |

CURRENT FEES                                    2,015.00

**TOTAL AMOUNT OF THIS INVOICE**                2,015.00

**NET AMOUNT OF THIS INVOICE**                  2,015.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2210116 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 10/07/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA 22902 | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 51.40 |
| Federal Express | 155.48 |
| CURRENT EXPENSES | 206.88 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS INVOICE** | 206.88 |
| **NET AMOUNT OF THIS INVOICE** | 206.88 |