**EXHIBIT A**

**The Nelson Proof of Claim**

# WR Grace
Bankruptcy Form 10
Index Sheet

SR00001138

Claim Number: 00018509

Receive Date: 12/05/2008

## Multiple Claim Reference

| Claim Number | | | |
|---|---|---|---|
| | ☐ | MMPOC | Medical Monitoring Claim Form |
| | ☐ | PDPOC | Property Damage |
| | ☐ | NAPO | Non-Asbestos Claim Form |
| | ☐ | | Amended |

| Claim Number | | | |
|---|---|---|---|
| | ☐ | MMPOC | Medical Monitoring Claim Form |
| | ☐ | PDPOC | Property Damage |
| | ☐ | NAPO | Non-Asbestos Claim Form |
| | ☐ | | Amended |

## Attorney Information

Firm Number:                    Firm Name:

Attorney Number:                Attorney Name:

Zip Code:

Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

| Other | | |
|---|---|---|
| | ☐ Non-Standard Form | ☐ Amended per Objection |
| | ☐ Amended | Original Claim #: _____ |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRBF0053/WRBF0211                    Document Number: WRBF010539

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | PROOF OF CLAIM |
|---|---|

Name of Debtor: **W. R. GRACE + Co. et al**   Case Number: **01-1139 (JKF)**

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Paulette Ramsey Nelson**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
**PAULETTE RAMSEY NELSON**
**P.O. BOX 382**
**CHARENTON, LA 70523**

Telephone number: **337-923-4063**

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:  $**400,000.00**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **Personal injury**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **1139**

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $**400,000.00+**

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain.

Date: **12-1-2008**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*



**REC'D DEC 05 2008**

WR Grace    BF.53.211.10539
**00018509**
SR=1138

```
                          STATE OF LOUISIANA
                   DEPARTMENT OF HEALTH AND HOSPITALS
                    BUREAU OF HEALTH SERVICES FINANCING
              P O BOX 91030, BATON ROUGE, LOUISIANA 70821-9030

       DATE   11/05/2008              PROVIDER NAME   CASHWAY PHARMACY OF
       PRIOR AUTH. NBR    831010093   PROVIDER NUMBER    1263923
       NELSON      PAULETTE   R                     *********************
       PO BOX 382                                   * THIS IS NOT A BILL *
       CHARENTON             LA 70523               *********************
RECIPIENT NUMBER       3918531132215
CCN NUMBER             7770001925066802

DEAR: PAULETT NELSON

THIS LETTER IS TO CONFIRM THAT REQUEST FOR PRIOR AUTHORIZATION OF MEDICAL TREATMENT/
SERVICES/EQUIPMENT FOR ABOVE NAMED PATIENT HAS BEEN PROCESSED AS INDICATED BELOW.

PROCEDURE/MOD1/MOD2/DESCRIPTION        UVS/AMOUNT   DATES OF SERVICE        STATUS
-------------------------------------  ----------   ----------------------  -----------
  E0570       -NEBULIZER, WITH COMPRESSO          1 11/05/2008-12/04/2008 APPROVED -094

YOU HAVE THE RIGHT TO APPEAL THIS DECISION. IF YOU WISH TO DO SO, PLEASE
WRITE TO THE OFFICE OF THE SECRETARY, BUREAU OF APPEALS, P.O.BOX 4183,
BATON ROUGE, LA 70821-4183, BY 12/05/2008 (30 DAYS FROM THE DATE OF THIS NOTICE).
CLARIFICATION ON THIS DECISION IS NEEDED, CONTACT THE PRIOR AUTHORIZATION
UNIT AT UNISYS, 1-800-488-6334.

 094 - RENTAL NOT JUSTIFIED/ ITEM APPROVED FOR PURCHASE ONLY.

THIS AUTHORIZATION IS NOT A GUARANTEE OF RECIPIENT MEDICAID ELIGIBILITY. PAYMENT ON
A CLAIM WILL ONLY BE MADE WHEN THE CLAIM IS BILLED CORRECTLY AND ALL CONDITIONS FOR
PAYMENT ARE MET.

ALL CLAIMS FOR COMMUNITY CARE RECIPIENTS MUST HAVE APPROPRIATE REFERRALS TO BE PAID.
```



REMOVE SIDE EDGES FIRST,
THEN FOLD, CREASE AND TEAR THIS STUB ALONG PERFORATION.

REMOVE THESE EDGES FIRST,
FOLD AND TEAR ALONG PERFORATION.

JACUML31 70523

NELSON       PAULETTE    R
PO BOX 382
CHARENTON             LA 70523

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

THIS COMMUNICATION MAY CONTAIN CONFIDENTIAL AND/OR
OTHERWISE PROPRIETARY MATERIAL AND IS THUS FOR USE ONLY
BY THE INTENDED RECIPIENT. IF YOU RECEIVED THIS IN ERROR,
PLEASE CONTACT THE SENDER AND DESTROY THIS MATERIAL.

UNISYS CORPORATION
P.O. BOX 3396
BATON ROUGE LA 70821



$0.346
NOV 06 2003
US POSTAGE
FIRST CLASS AUTO
MAILED FROM 70538
04BJ0085C0528xC3

# BackPro Medical Associates

3917 W. Camp Wisdom, Suite # 108 • Dallas, Texas 75237
(972) 709-7259 • Fax (972) 709-1732

---

| | | |
|---|---|---|
| **PATIENT:** | Paulette Nelson | |
| **DATE OF INITIAL EXAM:** | September 18, 1997 | **ACCOUNT #:** 10139 |
| **DATE OF INJURY:** | September 18, 1997 | **PHYSICIAN:** Louise Lamarre, M.D. |
| **DATE OF FOLLOW UP:** | September 23, 2002 | |
| **PAGE:** | 1 | |

## FOLLOW UP REPORT

***PRESENT CONDITION:*** The patient returns for follow up of a work-related injury to her lumbar spine. We are now five years post injury and finally the patient is having surgery. The patient has been a candidate for surgery since just a few months after the injury occurred, but she has always refused the surgery and she was very scared. She has basically failed every modality that applied to help her to relieve her pain. She has had many injections, therapy, etc., but finally she has agreed to surgery. It was done by Dr. Paul Vaughan on August 7, 2002. She basically had a two level 360 fusion at L4-L5 and L5-S1. She also had an ALIF, which is a lordotic cage at L4-L5 and L5-S1 with the use of left iliac pressed graft as well as at L4-L5 she had a laminectomy decompression of the right L5 nerve root and central stenosis, and a posterior fusion with instrumentation at the level of L4-L5 and L5-S1

The patient is now ambulating with the ridged brace with a matted brace on top of it that she wears four hours a day. She was suppose to see Dr. Vaughan on Friday, however, he was called for surgery and he could not see her It was time for a refill of her medication, but she is seeing him again on Friday, September 27, 2002. The patient is still having great difficulty ambulating. She is still having a burning pain over the same area over the right lumbar region, and basically she has run out of all the medication that she normally gets for her pain. Therefore, because of the burning sensation over the right lumbar region, I will add a thermalgesic cream that she can use as needed for relief. Vicodin ES for 90 tablets, Flexeril three times a day as needed for 90 tablets and Valium 5 to take at bedtime only.

The patient has also been prescribed by Dr Vaughan an orthopedic bed, call Tempur-Pedic, and this is only on a rental basis. It is obvious to me that the patient will always have problems with her lower back The patient will be ameliorated with the lumbar spine surgery very likely, but I definitely suspect that she will have a chronic problem and very likely will need the bed on a permanent basis. Therefore, I am going to formally request that this bed be given to her on a permanent basis as apposed to a rental basis.

***DIAGNOSIS:*** It is my opinion the following injuries were sustained by Ms. Nelson in the accident on September 18, 1997:

st Paul 214-630-7285

214-645-5555



34    Injured Party Social Security Number

[REDACTED]

Please state the nature of the claim specifically, providing any test information required. You must include all available information responding to the previous parts of this Form

Constipation, Reactive airway Disease Allegra 180 mg po QD nebulizer treatment Asma

MEDICAL RECORD # 000000188445

The University of Texas Southwestern MED Center of Dallas Parkland Health AND Hospital

1. Joint, Disease ICD724.6. Area where To different bones Meat

2. Sacroiliac, ICD724.6 Disease

3. Neuropathy of legs ICD355.8, Any Disease of The Nervous System.

4. Myelopathy lumbar Spine Disease of Spinal Cord (ICD722.73)

Report From Doctors Hospital, 9440 poppy Drive Dallas TX. 75218, ACCT: 00000 251.33.47, PHYSICIAN: DR. SALVATORE CAPO JR.



Department of Health and Human Services
Agency for Toxic Substances & Disease Registry

Home › Asbestos › National Asbestos Exposure Review › Fact Sheet - Dallas, TX

**Fact Sheet - Dallas, TX**



iis page
friendly version

:s

eet Printer-
 PDF

eet (En Español)
Friendly PDF

Consultation

innouncement

irhood Health

Former W.R. Grace & Company/Texas Vermiculite Site, Dallas County, Texas
Overview

**Introduction**

The Agency for Toxic Substances and Disease Registry (ATSDR), a federal public health agency, has completed an exposure evaluation on the former W.R. Grace & Company/Texas Vermiculite site in Dallas, Texas. The evaluation considered ways that people could be exposed to asbestos from this site now or ways that people could have been exposed in the past

**Who should read this?**

Read this alert if you or someone you know.

- Currently lives near the former W.R.Grace & Company/Texas Vermiculite site at 2651 Manila Road,
- Worked at the plant between 1953 and 1992.
- Lived in a household in which someone worked at the plant between 1953 and 1992, or
- Lived near the plant for any period between 1953 and 1992.

**Why this site is being evaluated?**

ATSDR is evaluating a number of sites throughout the United States where facilities received vermiculite from a mine in Libby, Montana. Vermiculite from Libby was found to contain asbestos. The former W R. Grace & Company/Texas Vermiculite site received Libby vermiculite during 1953-1992

**Purpose of the alert**

This alert explains

- Who might be at risk for exposure to asbestos from the plant now or at risk from past exposure

clinical MRI safe ately fol
Implantation. ditions u...d to evaluate this stent were:
for magnetic field interactions, a static magnetic field strength of
3 tesla with a maximum spatial gradient magnetic field of 3.3
tesla/meter; for MRI-related heating, a maximum whole body
averaged specific absorption rate (SAR) of 2.0 W/kg for 15 minutes
of MR imaging. While a single stent produced a temperature rise of
less than 0.6°C and should not migrate under these conditions, the
response of overlapping stents or stents with fractured struts is
unknown. Non-clinical testing has not been performed to rule out
the possibility of stent migration at field strengths.

**Stent Patient Implant Card**

NELSON,PAULETTE RAMSEY
Pz H01018536356 PRE SDC
04/04/08 Lewis,Robert Sheffield
DOB: 06/13/59  48  F  MR# H000114693

Hospital name

City/State                                    Date of Implant

**_ent Identification Information**

MULTI-LINK VISION
3.0 mm x 12 mm
REF 1007846-12
LOT 8021931 RX

| Affix Product Label Here or complete: | Affix Product Label Here or complete: | Affix Product Label Here or complete: |
|---|---|---|
| Product Part # (REF) | Product Part # (REF) | Product Part # (REF) |
| Product Lot # | Product Lot # | Product Lot # |

| Location of First Stent | Location of Second Stent | Location of Third Stent | Location of Fourth Stent |
|---|---|---|---|
| LAD | | | |



## ACKNOWLEDGMENT

**THE STATE OF TEXAS,**
COUNTY OF Dallas
on this day personally appeared Ronnie Lee Ramsey and Freddie Ramsey, Jr.

known to me to be the person_s whose names are subscribed to the foregoing instrument, and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, This 2nd day of August , A.D. 19 88
(L.S.)

BEFORE ME, the undersigned authority,

_Nyna J. Bonner_
Notary Public, in and for the State of Texas.
My Commission Expires 6-17-91

## ACKNOWLEDGMENT

**THE STATE OF TEXAS,**
COUNTY OF
on this day personally appeared

BEFORE ME, the undersigned authority,

known to me to be the person whose name subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

GIVEN UNDER MY HAND AND SEAL OF OFFICE. This day of , A.D. 19
(L.S.)

Notary Public, in and for the State of Texas
My Commission Expires

## CORPORATION ACKNOWLEDGMENT

**THE STATE OF TEXAS,**
COUNTY OF
on this day personally appeared

BEFORE ME, the undersigned authority,

known to me to be the person and officer whose name is subscribed to the foregoing instrument and acknowledged to me that the same was the act of the said a corporation, and that he executed the same as the act of such corporation for the purposes and consideration therein expressed, and in the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE. This day of , A.D. 19
(L.S.)

Notary Public, in and for the State of Texas
My Commission Expires

## CLERK'S CERTIFICATE

**THE STATE OF TEXAS,**
COUNTY OF

I, , County Clerk of the County Court of said County, do hereby certify that the foregoing instrument of writing dated on the day of , A.D. 19 , with its Certificate of Authentication, was filed for record in my office on the day of , A.D. 19 , at o'clock M., and duly recorded this day of A.D. 19 , at o'clock M., in the Records of said County, in Volume on pages

WITNESS MY HAND AND SEAL OF THE COUNTY COURT of said County, at office in , the day and year last above written.

AFTER RECORDING RETURN TO:
JOHNNY RAMSEY
2708 COOMBSVILLE AVENUE
DALLAS, TEXAS 75212

County Clerk
By

County, Texas.
, Deputy.

**WARRANTY DEED**

No.
FROM
TO

FILED FOR RECORD
day of A.D. 19
o'clock M.
County Clerk
By , Deputy
Co. Texas

RECORDED
A.D. 19
County Records
Page
Book
County Clerk
Deputy

Recording Fee $
This instrument should be filed immediately with the County Clerk for record.
MARTIN Stationery Co., Dallas

88222 2539



```
RAMSEY PAULETTE                              6508        06
THOMAS A EDISON MIDDLE SCHOOL              10/70
CALIFORNIA C.T.B.S.   LEVEL 2   FORM Q
              SS   GE                    SS   GE
READ-VOCAB   341  2.9   READ-COMPR       349  2.9
READ-TOTAL   331  2.8   LANG-MECH        319  2.6
LANG-EXPR    367  2.9   LANG-SPELL       310  2.4
LANG-TOTAL   308  2.5   ARITH-COMP       328  3.2
ARITH-CONC   319  3.6   ARITH-APPL       361  3.4
ARITH-TOTL   321  3.0   STDY-REFER
STDY-GRAPH              STDY-TOTAL
TOTAL-BATT   300  2.7
```