## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date: December 18, 2013, at 11:00 a.m.** |
| | ) **Objection Deadline: December 2, 2013** |
| | ) |

### DECLARATION OF RICHARD FINKE IN SUPPORT OF OBJECTION TO CLAIM NO. 18509 FILED BY PAULETTE RAMSEY NELSON

| | |
|---|---|
| COUNTY OF HOWARD | ) |
| | ) ss. |
| STATE OF MARYLAND | ) |

Richard Finke, after being duly sworn according to law, deposes and says:

1.      I am over the age of 18 and competent to testify.  I am Assistant General Counsel with W. R. Grace & Co., one of the above-captioned debtors and debtors-in-possession (collectively, "Grace" or the "Debtors") in the captioned cases.  All facts set forth in this Declaration are based on my personal knowledge, upon information supplied to me by

---

[1]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

employees of the Debtors and professionals retained in these chapter 11 cases, as well as upon my opinion based upon my experience and knowledge of Grace's businesses. If called upon to testify, I could and would testify competently to the facts and opinions contained herein. This declaration is filed in support of the Debtors' *Objection to Claim No. 18509 Filed by Paulette Ramsey Nelson* (the "Objection"), filed concomitantly herewith.[2]

2.      Based upon a thorough review of their available books and records, as well as the Claims Agent's books and records and the docket, the Debtors have concluded that Claimant was not given actual notice of the General Bar Date.  The Debtors did not identify her as being a current or former employee or other potential creditor, nor was there any other evidence that Claimant could have had a claim against the Debtors.  Subsequent to her filing her claim, Claimant was served with a solicitation package (Class 9), notice of the revised confirmation hearing date and Notice of Entry of the Confirmation Order.

3.      Subsequent to Claimant filing the Nelson POC, and prior to the filing of this Objection, the Debtors conducted a thorough review of their available books and records, including but not limited to records of current and former employees of Grace, for any information regarding Claimant.  None was located.  The Debtors thus have no basis to conclude that Claimant was ever an employee of any Grace business.  The Debtors have similarly concluded that there is no other basis (either employment-related or otherwise) to be found in their books and records for a recovery by Claimant for any claim that could be allowable.

4.      Grace operated a vermiculite processing plant from 1975 through 1992 at the site in Dallas, Texas, identified in the "fact sheet" attached to the Nelson POC (the "Dallas Site").

---

[2]     Capitalized terms not defined herein shall have the meaning ascribed to them in, as the case may be, the Objection or the *First Amended Joint Plan of Reorganization in their Chapter 11 Cases* [Docket no. 26368], as it may be further supplemented or otherwise further amended from time to time, and the schedules and exhibits to the foregoing, as they may be in effect from time to time (the "Plan").

The Texas Vermiculite Company operated the plant at the Dallas Site prior to its acquisition by Grace in 1975.  A thorough search of the Debtors' available books and records has uncovered no evidence of a connection between the Dallas Site and Claimant.

    5.       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Richard C. Finke*

Richard C. Finke
Vice President and Associate General Counsel
W. R. Grace & Co.-Conn.

SWORN AND SUBSCRIBED before me,
this 29th day of October 2013

*Diane F. Borowy*

Notary Public
My Commission Expires:  September 18, 2016

DIANE Z. BOROWY
Notary Public-Maryland
Howard County
My Commission Expires
September 18, 2016

3