IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: November 18, 2013 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
ONE HUNDRED AND FORTY-FOURTH MONTHLY FEE APPLICATION
FOR THE PERIOD FROM SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/565351.1

**EXHIBIT A**
(Fee Detail)

## **FEES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,632.00 |
| **FEE APPLICATION – APPLICANT** | $140.00 |
| **TOTAL FEES** | $12,772.00 |

**Casner & Edwards, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 24, 2013
Bill Number 168868
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH SEPTEMBER 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/03/13 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | No Charge |
| 09/03/13 | MTM | Telephone call to ARA re: Grace set of copies tagged by Attorney Karst (.1); telephone call to in-house counsel re: whether Grace wants copies of these documents on disc (.1). | 0.20 Hrs | 60.00 |
| 09/03/13 | ARA | Prepare documents tagged by Attorney Karst to be picked up by copy company and scanned (1.8); email MTM re: same (.2). | 2.00 Hrs | 290.00 |
| 09/03/13 | ARA | Document control. | 0.30 Hrs | 28.50 |
| 09/05/13 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | 140.00 |
| 09/05/13 | ARA | Document control. | 3.50 Hrs | 332.50 |
| 09/05/13 | ARA | Telephone call to and from copy company re: pick-up of document production documents (.3); inventory boxes to be picked up (.8). | 1.10 Hrs | 159.50 |

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/06/13 | ARA | Per telephone calls to and from copy company, oversee pick-up and delivery of document production boxes (1.0); Inventory and prepare property damage ledgers for copying (3.5). | 4.50 Hrs | 652.50 |
| 09/06/13 | ARA | Document control. | 1.50 Hrs | 142.50 |
| 09/09/13 | ARA | Quality control and prepare documents prior to sending tagged boxes of documents from the recent document production to the copy company. | 3.80 Hrs | 551.00 |
| 09/09/13 | ARA | Document control. | 2.30 Hrs | 218.50 |
| 09/10/13 | ARA | Per telephone call from copy company, oversee pickup and delivery of boxes re: document production (.5); Quality control documents that were scanned (1.0). Quality control and prepare documents prior to sending tagged boxes of documents from the recent document production to the copy company (1.7) | 3.20 Hrs | 464.00 |
| 09/10/13 | ARA | Document control. | 1.00 Hrs | 95.00 |
| 09/11/13 | ARA | Telephone call from copy company re: pick-up and delivery of tagged boxes (.2). Quality control documents that were scanned (.8). Quality control and prepare documents prior to sending tagged boxes of documents from the recent document production to the copy company (5.0). | 6.00 Hrs | 870.00 |
| 09/12/13 | ARA | Quality control documents that were scanned. | 3.60 Hrs | 522.00 |
| 09/12/13 | ARA | Document control. | 2.50 Hrs | 237.50 |
| 09/13/13 | ARA | Quality control documents that were scanned. | 4.50 Hrs | 652.50 |
| 09/13/13 | ARA | Document control. | 1.50 Hrs | 142.50 |
| 09/16/13 | RAM | Email from MTM re: recent production of documents at W. Square. | 0.05 Hrs | No Charge |
| 09/16/13 | ARA | Quality control documents that were scanned (2.2); receipt of originals and pick-up of tagged boxes of documents by copy company (.5); telephone call with MTM re: same (.1). | 2.80 Hrs | 406.00 |
| 09/16/13 | ARA | Document control. | 3.30 Hrs | 313.50 |

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/17/13 | ARA | Quality control documents that were scanned. | 3.70 Hrs | 536.50 |
| 09/17/13 | ARA | Document control. | 2.00 Hrs | 190.00 |
| 09/18/13 | ARA | Quality control documents that were scanned. | 6.00 Hrs | 870.00 |
| 09/19/13 | ARA | Quality control documents that were scanned. | 5.00 Hrs | 725.00 |
| 09/19/13 | ARA | Document control. | 0.70 Hrs | 66.50 |
| 09/20/13 | ARA | Document control. | 1.00 Hrs | 95.00 |
| 09/20/13 | ARA | Quality control documents that were scanned (2.0). Quality control and prepare documents prior to sending tagged boxes of documents from the recent document production to the copy company (2.0). | 4.00 Hrs | 580.00 |
| 09/23/13 | ARA | Quality control and prepare documents prior to sending tagged boxes of documents from the recent document production to the copy company. | 6.50 Hrs | 942.50 |
| 09/24/13 | ARA | Quality control and prepare documents prior to sending tagged boxes of documents from the recent document production to the copy company. | 3.80 Hrs | 551.00 |
| 09/25/13 | MTM | Telephone call to ARA re: status of copies of documents tagged by Karst and billing for same. | 0.10 Hrs | 30.00 |
| 09/25/13 | ARA | Quality control documents that were scanned (3.9). Telephone conference with MTM and copy company re: bill for copying documents tagged by Attorney Karst (.1). | 4.00 Hrs | 580.00 |
| 09/26/13 | ARA | Document control. | 6.50 Hrs | 617.50 |
| 09/27/13 | ARA | Document control. | 6.00 Hrs | 570.00 |
| 09/30/13 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | No Charge |

TOTAL LEGAL SERVICES  $12,632.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.40 | 350.00 | 140.00 |

Page 3

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

| | | | |
|---|---:|---:|---:|
| Matthew T. Murphy | 0.30 | 300.00 | 90.00 |
| Angela R. Anderson | 64.50 | 145.00 | 9,352.50 |
| Angela R. Anderson | 32.10 | 95.00 | 3,049.50 |
| Robert A. Murphy | 0.25 | 350.00 | No Charge |
| | 97.55 | | $12,632.00 |

|  |  |
|---|---:|
| TOTAL THIS BILL | $12,632.00 |

**Casner & Edwards, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 24, 2013
Bill Number 168869
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

LEGAL SERVICES

THROUGH SEPTEMBER 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/03/13 | RAM | Send "as filed" July fee application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 09/06/13 | RAM | Read Fee Auditor's Combined Final Report for 48th Interim Period. | 0.05 Hrs | No Charge |
| 09/13/13 | RAM | Work on August fee application. | 0.30 Hrs | 105.00 |
| | | TOTAL LEGAL SERVICES | | $140.00 |

LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.40 | 350.00 | 140.00 |
| Robert A. Murphy | 0.05 | 350.00 | No Charge |
| | 0.45 | | $140.00 |

TOTAL THIS BILL    $140.00

Page 1