**EXHIBIT B**
(Expense Detail)

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,380.50 |
| **FEE APPLICATION – APPLICANT** | $0.00 |
| **TOTAL EXPENSES** | $12,380.50 |

# CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 24, 2013
Bill Number 168872
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

### COSTS

THROUGH SEPTEMBER 30, 2013

**EXCESS POSTAGE**

| | | | |
|---|---|---|---|
| 09/30/13 | EXCESS POSTAGE | 1.72 | |
| | | | $1.72 |

**FEDERAL EXPRESS**

| | | | |
|---|---|---|---|
| 09/18/13 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl from Casner and Edwards on August 28, 2013 by R A Murphy. | 20.48 | |
| | | | $20.48 |

**RENT REIMBURSEMENT**

| | | | |
|---|---|---|---|
| 09/03/13 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - September 2013. | 11,950.00 | |
| | | | $11,950.00 |

**MISCELLANEOUS**

| | | | |
|---|---|---|---|
| 09/19/13 | RECORDKEEPER ARCHIVE CENTERS,: Storage from 9/01/13 through 9/30/13. | 408.30 | |
| | | | $408.30 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

|  |  |
|---|---|
| TOTAL COSTS | $12,380.50 |
| TOTAL THIS BILL | $12,380.50 |