**EXHIBIT A**

**September 2013 Fee Detail**

**Matter 3**                                                **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/27/2013 | Telephone conferences with J. McFarland and A. Arshad re proposed business transaction (.40); exchange correspondence re same (.30); analyze issues re same (.40). | 1.10 | $475 | $522.50 |
| RJH | 9/30/2013 | Exchange correspondence with A. Arshad re proposed business transaction (.30). | .30 | $475 | $142.50 |
| Total | | | 1.40 | | $ 665.00 |

**Matter 4**                                        **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/3/2013 | Exchange correspondence to M. Araki re Covidien claim transfer (.70); respond to creditor inquiries (.50); exchange correspondence with M. See Hoy re case status (.30). | 1.50 | $475 | $712.50 |
| RJH | 9/4/2013 | Exchange correspondence with M. See Hoy re case status (.20); telephone conference with J. O'Neill re US Trustee fee issue (.30). | .50 | $475 | $237.50 |
| RJH | 9/5/2013 | Respond to creditor inquiries re case status (.50). | .50 | $475 | $237.50 |
| RJH | 9/9/2013 | Exchange correspondence with J. O'Neill re payment of UST fees (.50); respond to creditor inquiries (.30). | .80 | $475 | $380.00 |
| RJH | 9/12/2013 | Respond to creditor inquiries re case status (.50); legal analysis re creditor inquiry (.50). | 1.00 | $475 | $475.00 |
| RJH | 9/13/2013 | Draft letter in response to letter inquiry from E. Mosley (.50); analysis re same (.50); exchange correspondence with J. Cohen re claims transfer issues (.30); legal analysis re same (.30). | 1.60 | $475 | $760.00 |
| RJH | 9/18/2013 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| RJH | 9/20/2013 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 9/23/2013 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 9/24/2013 | Respond to creditor inquiry (.30). | .30 | $475 | $142.50 |
| Total | | | 7.50 | | $3,562.50 |

Matter 5                          Claim Analysis Objection & Resolution (Asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 9/16/2013 | Attend to matters re Home Insurance claim and exchange correspondence with various parties re same (.50). | .50 | $475 | $237.50 |
| Total | | | 0.50 | | $ 237.50 |

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/3/2013 | Analyze issues re Akzo Nobel (.30); draft and send correspondence to L. Burick re same (.20); analyze open claims issues (.30). | .80 | $475 | $380.00 |
| RJH | 9/4/2013 | Exchange correspondence with various parties re Hanmar-Hankin claim (.30); draft correspondence to D. Baldwin re Norfolk Southern claim (.20). | .50 | $475 | $237.50 |
| RJH | 9/5/2013 | Legal analysis re Wolter and Owens claims (1.00); draft correspondence to R. Finke re same (.50). | 1.50 | $475 | $712.50 |
| RJH | 9/6/2013 | Exchange correspondence with M. Shelnitz and R. Finke re Wolter and Owens claims (.50); draft stipulation re same (2.50); analysis re same (.50). | 3.50 | $475 | $1,662.50 |
| RJH | 9/9/2013 | Revise Wolter and Owens stipulation (1.50); draft correspondence re same (.50). | 2.00 | $475 | $950.00 |
| RJH | 9/10/2013 | Telephone conference with R. Finke re various open claims (.50); legal research re Shell Chemical claim (1.00). | 1.50 | $475 | $712.50 |
| RJH | 9/11/2013 | Analyze open claims issues (1.20); review and analyze L/C claims issues (.50); exchange correspondence with M. Araki re same (.40); revise claims lists (1.00); analyze open tax claims issues (.30); exchange correspondence with C. Finke and D. Teichen re same (.20); analyze issues re potential claim transfer and exchange correspondence re same (.30). | 3.90 | $475 | $1,852.50 |
| RJH | 9/12/2013 | Revise Wolter and Owens stipulation (1.00); draft correspondence re same (.40); review and analyze IRS tax claim issues (.60); analyze legal issues re second omnibus employee claims objection (1.00). | 3.00 | $475 | $1,425.00 |
| RJH | 9/13/2013 | Legal analysis re open tax claims (1.00); update report re same (.50); telephone conference with C. Finke and D. Teichen re same (.60). | 2.10 | $475 | $997.50 |
| RJH | 9/16/2013 | Exchange correspondence with various parties re Norfolk Southern (.40); exchange correspondence with various parties re Wolter & Owen put (.30); analyze BMC open tax claims report (1.00); draft correspondence to C. Finke et al re same (.30); analyze Missouri tax claims issues (.70); exchange correspondence with M. Araki re same (.30); legal analysis re open employee claims (1.00). | 4.00 | $475 | $1,900.00 |
| RJH | 9/17/2013 | Legal analysis re open employee claims (1.50); draft motion re same (3.00); legal analysis re LAUSD claim (.40); telephone conferences with B. Conn re same (.50). | 5.40 | $475 | $2,565.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/18/2013 | Analysis re Missouri tax claims (.70); exchange correspondence with C. Finke re same (.20); draft omnibus employee claims objection (2.10); legal research re same (1.10). | 4.10 | $475 | $1,947.50 |
| RJH | 9/19/2013 | Legal research re Yunich claim (.70); exchange correspondence with various parties re same (.30); draft omnibus employee claims objection (2.00); analyze issues re filing deadlines for potential AOC settlement motions (.50). | 3.50 | $475 | $1,662.50 |
| RJH | 9/23/2013 | Draft and revise omnibus employee claims objection (2.00); telephone conference with J. McFarland re Wolter & Owens claims settlement agreement (.40); telephone conference with D. Baldwin re Norfolk Southern (.30); exchange correspondence with R. Finke re same (.30). | 3.00 | $475 | $1,425.00 |
| RJH | 9/24/2013 | Revise Wolter & Owens settlement agreement and circulate for comment (1.20); exchange correspondence with J. McFarland re same (.20); telephone conference with R. Finke re same and other issues (.50). | 1.90 | $475 | $902.50 |
| RJH | 9/25/2013 | Draft and revise omnibus employee claims objection (3.00). | 3.00 | $475 | $1,425.00 |
| RJH | 9/26/2013 | Revise Wolter and Owens stipulation (.50). | .50 | $475 | $237.50 |
| Total | | | 44.20 | | $20,995.00 |

5

| | | | | | |
|---|---|---|---|---|---|
| **Matter 8** | | **Employee Benefits/Pension** | | | |
| **Attorney** | **Date** | **Description** | **Time** | **Rate** | **Amount** |
| RJH | 9/5/2013 | Legal analysis re draft pension motion (.70); exchange correspondence with E. Filon re same (.60). | 1.30 | $475 | $617.50 |
| Total | | | 1.30 | | $ 617.50 |

**Matter 11**                                    **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 9/26/2013 | Prepare August fee application (.50). | .50 | $475 | $237.50 |
| RJH | 9/30/2013 | Prepare RJH August fee application (2.00). | 2.00 | $475 | $950.00 |
| Total | | | 2.50 | | $1,187.50 |

| Matter 12 | | | Fee Applications, Others | | | |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 9/24/2013 | Review and analyze Grant Thornton fee application (.50); exchange correspondence with M. Abraham re same (.30). | .80 | $475 | $380.00 |
| Total | | | 0.80 | | $ 380.00 |

**Matter 14**                                            **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/18/2013 | Analyze issues re docket entry (.40). | .40 | $475 | $ 190.00 |
| RJH | 9/19/2013 | Review and comment on 9/25 hearing agenda (.20). | .20 | $475 | $ 95.00 |
| RJH | 9/23/2013 | Exchange correspondence with J. O'Neill re 9/25 hearing (.30). | .30 | $475 | $ 142.50 |
| Total | | | 0.90 | | $ 427.50 |

| | | Matter 16 | Plan and Disclosure Statement | | | |
|---|---|---|---|---|---|---|

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/4/2013 | Review and analyze Crown & Montana opinion (1.30); review and analyze Anderson Memorial opinion (1.30); legal research re allowed claims exhibit (1.20); exchange correspondence with M. Araki re same (.30); review and analyze updated effective date checklist (.40). | 4.50 | $475 | $2,137.50 |
| RJH | 9/5/2013 | Telephone conference with M. Araki re allowed claims exhibit issues (.70); legal research re same (4.50); review and analyze Garlock rehearing denial order (.10); analyze assumed contracts exhibit issues (.50); exchange correspondence with M. Jones re same (.40). | 6.20 | $475 | $2,945.00 |
| RJH | 9/6/2013 | Analyze 9/5 BMC draft allowed claims exhibit (1.00); legal analysis of outstanding legal issues re same (1.20); exchange correspondence with M. Araki re same (.70). | 2.90 | $475 | $1,377.50 |
| RJH | 9/9/2013 | Analyze allowed claims exhibit issues (1.00). | 1.00 | $475 | $475.00 |
| RJH | 9/10/2013 | Draft and revise allowed claims exhibit issues list (1.50); legal research re same (.20); revise materials re same (.80); exchange correspondence with S. Scarlis and others re same (.30); participate in plan proponents' counsel telephone conference (1.50); legal analysis re asbestos PD trust questions (1.30); telephone conference with J. Gettleman re same (.40); telephone conference with M. Jones re same (.50). | 6.50 | $475 | $3,087.50 |
| RJH | 9/11/2013 | Legal research re emergence issues (.70); telephone conferences with R. Finke re same (.60); participate in conference call with S. Scarlis, A. Schlesinger, R. Finke, M. Araki et al. re claims emergence issues (1.10); follow up re same (.20); revised open scheduled claims list (1.00); review and comment on Allowed Claims Exhibit (1.00); revise non-VSPP employees list (2.40); analyze asbestos PD trust issues (.30); analyze Class 6-C Indirect PI Trust claims issues (.20). | 7.50 | $475 | $3,562.50 |
| RJH | 9/12/2013 | Review and analyze Class 7A allowed claims list (.40); legal analysis re Class 7A Initial Payment (1.20); telephone conference with M. Jones re same (.60); legal analysis re allowed claims exhibit issues (.50). | 2.70 | $475 | $1,282.50 |
| RJH | 9/16/2013 | Review and analyze AMR opinion and bank counsel letter of 9/13 to Third Circuit and Debtor's counsel's response to same (.50). | .50 | $475 | $237.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 9/17/2013 | Telephone conference with S. Scarlis and R. Finke re Allowed Claims Exhibit (.60); legal analysis re same (2.30); telephone conferences with M. Araki re same (.60); exchange correspondence with M. Araki re same (.30); follow-on telephone conference with R. Finke re same (.30). | 4.10 | $475 | $1,947.50 |
| RJH | 9/19/2013 | Participate in conference call re effective day preparations (.60); prepare for same (.30); telephone conferences with M. Jones and J. Gettleman re Class 7A issues (.30); review Montana motion for extension of time (.30); prepare for conference call with plan sponsors' counsel (.20); participate in same (1.00); legal analysis re sources and uses issue (.50); exchange correspondence with A. Schlesinger re same (.10). | 3.30 | $475 | $1,567.50 |
| RJH | 9/20/2013 | Legal research re sources and uses issues (1.00); telephone conferences with A. Schlesinger re same (1.00). | 2.00 | $475 | $950.00 |
| RJH | 9/22/2013 | Legal analysis re sources and uses (2.00). | 2.00 | $475 | $950.00 |
| RJH | 9/23/2013 | Analyze allowed claims exhibit issues (1.50); telephone conference with M. Araki re same (.40); analyze sources and uses issues (2.20); telephone conference with A. Schlesinger re same (.70). | 4.80 | $475 | $2,280.00 |
| RJH | 9/26/2013 | Analyze allowed claims exhibit issues (1.00); correspond with M. Araki re same (.40); participate in telephone conference with S. Scarlis, R. Finke, M. Araki and A. Schlesinger re same and related issues (1.00). | 2.40 | $475 | $1,140.00 |
| RJH | 9/30/2013 | Analyze effective date issues (.40); exchange correspondence with A. Schlesinger re same (.20). | .60 | $475 | $285.00 |
| Total | | | 51.00 | | $24,225.00 |

**Matter 17**                                    **Relief from Stay Proceedings**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 9/25/2013 | Legal analysis re Town of Acton complaint issues (2.80); participate in telephone conference with L. Duff and others re same (.90); exchange correspondence with various parties re same (.70); follow-on telephone conference with A. Paul re same (.20); follow-on telephone conference with L. Duff re same (.30). | 4.90 | $475 | $2,327.50 |
| RJH | 9/26/2013 | Legal research re Town of Acton complaint issues (1.50); draft and exchange correspondence with various parties re same (.70). | 2.20 | $475 | $1,045.00 |
| Total | | | 7.10 | | $3,372.50 |