## EXHIBIT B

**September 2013 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Facsimile | $16.95 |
| Online research | $475.00 |
| Total: | **$ 491.95** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| none | $0.00 | NA |
| Total | **$ 0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
| 10/15/13 | 475 | Lexis Nexis - Grace charges for September |
| 10/7/13 | 16.95 | Fax and other charges |
| Total | **$ 491.95** | |

Total September 2013 Expenses: $491.95