IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. GRACE & CO., *et al*, | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered at |
| _____ | : | Case No. 01-01139-JKF |

## CERTIFICATE OF SERVICE

The undersigned hereby CERTIFIES

That on the 29th day of October 2013, true and correct copies of the exhibits, recorded in compact disk format, relating to the *Verified Statement Pursuant to Fed.R.Bankr.P. 2019 Filed By Lipsitz & Ponterio, LLC*, were served via regular U.S. Mail, postage pre-paid upon the following parties pursuant to the October 22, 2004 Order of court:

| | | |
|---|---|---|
| Clerk | U.S. Trustee | James E. O'Neil |
| U.S. Bankruptcy Court | J. Caleb Boggs Federal | Laura Davis Jones |
| District of Delaware | Building | Pachulski Stang Ziehl & Jones, LLP |
| 824 Market Street | 844 King Street, Room 2207 | 919 N. Market Street |
| 3rd Floor | Lockbox #35 | 17th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19899-0035 | Wilmington, DE 19899-8705 |

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Respectfully submitted,

STARK & STARK

By: /s/ John R. Weaver, Jr.
John R. Weaver, Jr., Esquire
Delaware Bar Id #0911
P.O. Box 510
203 West 18th Street
Wilmington, DE 19899
Main Phone - (302) 428-1077
Direct Phone – (302)655-7371
Fax - (609) 895-7395
jrweaverlaw@verizon.net

Executed on: October 29, 2013