# EXHIBIT A

## WR GRACE & CO
## COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 1, 2013 - SEPTEMBER 30, 2013

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.9 | $ 661.50 |
| 0014 | Case Administration | 2.7 | 821.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 0.3 | 285.00 |
| 0018 | Fee Application, Applicant | 3.2 | 1,322.00 |
| 0019 | Creditor Inquiries | 1.5 | 1,425.00 |
| 0036 | Plan and Disclosure Statement | 2.5 | 2,095.50 |
| 0037 | Hearings | 0.3 | 220.50 |
| | | | |
| | **Total** | **11.4** | **$ 6,830.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | October 10, 2013 |
| INVOICE NO. | 604605 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through September 30, 2013, including:

| | |
|---|---|
| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/27/2013 | Corresp. w/ Frezza and Pasquale re: WR Grace's bid for Project Lantern assets and re: summary of same from Grace and communicating same with Committee (.1); review summary of Grace's bid for Project lantern assets and results of Grace's due diligence (.2); begin review Grace's mark-up of APA (.2). | Wildes, D. | 0.5 |
| 09/30/2013 | Further review Grace's mark-up of Asset Purchase Agreement re: Project Lantern Assets. | Wildes, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.9 | $ 735 | $ 661.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 661.50 |
| | | | |
| TOTAL FOR THIS MATTER | | | $ 661.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration  699843  0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/04/2013 | Obtain and circulate recent opinions/judgment from 3rd circuit appeals court for attorney review. | Mohamed, D. | 0.2 |
| 09/07/2013 | Review Fee Auditor Report re: Applications w/ no fee or expense issues (.1); review corresp. Pasquale and Mohamed re: exclusion of Stroock from same (.1). | Wildes, D. | 0.2 |
| 09/09/2013 | Review appeals case docket no. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 09/10/2013 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |
| 09/13/2013 | Obtain and circulate Garlock v. Grace appeal dockets & filings. | Siegel, S. | 0.2 |
| 09/19/2013 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |
| 09/19/2013 | Review CoC and proposed order approving quarterly fee applications for 48th interim period. | Wildes, D. | 0.1 |
| 09/20/2013 | Obtain recent pleadings re: appeals case nos. 12-2807 & 12-2904 for attorney review (.2); review appeals case nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 09/23/2013 | Obtain and circulate recently docketed pleading in main case (.1); obtain recent pleading re: case no. 12-1402 for attorney review (.1); schedule D. Wildes to appear telephonically at 9/25/13 hearing (.1); review appeals case docket no. 11-199 (.1). | Mohamed, D. | 0.4 |
| 09/24/2013 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |
| 09/24/2013 | Review Order approving professional fee applications. | Wildes, D. | 0.1 |
| 09/30/2013 | Obtain and circulate recently docketed pleading in main case (.1); review appeals case | Mohamed, D. | 0.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | docket nos. 11-199 and 12-1402 (.2). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 2.1 | $ 220 | $ 462.00 |
| Siegel, Scott D. | 0.2 | 325 | 65.00 |
| Wildes, Denise K. | 0.4 | 735 | 294.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 821.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 821.00 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/27/2013 | Review project lantern materials, status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.3 | $ 950 | $ 285.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 285.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 285.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/10/2013 | Prepare draft of SSL's 149th monthly fee application for attorney review. | Mohamed, D. | 0.6 |
| 09/10/2013 | Review/edit monthly fee application. | Wildes, D. | 0.2 |
| 09/17/2013 | Review fee auditor's initial report re: Stroock's 49th Interim Fee Application (.1); emails Mohamed re: questions re: travel time and discount (.1); review filed fee application (.2). | Wildes, D. | 0.4 |
| 09/18/2013 | Prepare response to fee auditor's initial report to Stroock's 49th Interim Fee Application to Fee Auditor (.5); emails Pasquale re: same (.1). | Wildes, D. | 0.6 |
| 09/30/2013 | Finalize SSL's 149th monthly fee application for filing (.5); prepare notice and CoS re: same and forward to local counsel for filing (.4); prepare and effectuate service re: fee application (.5). | Mohamed, D. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 2.0 | $ 220 | $ 440.00 |
| Wildes, Denise K. | 1.2 | 735 | 882.00 |
| | | | |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 1,322.00 |
| | | | |
| TOTAL FOR THIS MATTER | | | $ 1,322.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries |
|---|---|
|    | 699843 0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/16/2013 | T/c creditor re: appeals. | Pasquale, K. | 0.3 |
| 09/17/2013 | Emails w/creditor re: appeal status. | Pasquale, K. | 0.3 |
| 09/23/2013 | T/c creditor re appeal/emergence issues. | Pasquale, K. | 0.3 |
| 09/25/2013 | T/c creditor re: plan effectiveness issues. | Pasquale, K. | 0.3 |
| 09/30/2013 | T/c creditor re: appeal, plan status. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 1.5 | $ 950 | $ 1,425.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,425.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,425.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Expenses<br>699843 0024 | |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 47.42 |
| Long Distance Telephone | 30.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 77.42 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 77.42 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/04/2013 | Review Third Circuit's decisions re: Anderson, Montana appeals. | Pasquale, K. | 1.2 |
| 09/04/2013 | Emails Pasquale and Mohamed re: Third Circuit decisions re: two confirmation appeals filed by Anderson Hospital and State of Montana and Crown of Canada (.1); review Third Circuit decisions denying appeals (.4). | Wildes, D. | 0.5 |
| 09/13/2013 | Review letter submitted to Third Circuit by Bank Lenders on appeal of confirmation order re: recent precedent from AMR case. | Wildes, D. | 0.3 |
| 09/20/2013 | Review Montana's Motion to extend time to file Petition for Panel Rehearing. | Wildes, D. | 0.2 |
| 09/23/2013 | Review Grace's response to Bank Lenders' letter to Third Circuit re precedent of American Airlines case re make-whole. | Wildes, D. | 0.2 |
| 09/27/2013 | Review Third Circuit Mandates affirming District Court orders re: Anderson Memorial and State of Montana appeals. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 1.2 | $ 950 | $ 1,140.00 |
| Wildes, Denise K. | 1.3 | 735 | 955.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,095.50 | |
| TOTAL FOR THIS MATTER | | $ 2,095.50 | |

# STROOCK

| | | | |
|---|---|---|---|
| RE | Hearings<br>699843 0037 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/23/2013 | Review hearing agenda for 9/25 (.1); emails Mohamed re: arranging courtcall for hearing (.1). | Wildes, D. | 0.2 |
| 09/24/2013 | Review notice re: cancellation of hearing. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.3 | $ 735 | $ 220.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 220.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 220.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,830.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 77.42 |
| TOTAL BILL | $ 6,907.92 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.