# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**SEPTEMBER 1, 2013 - SEPTEMBER 30, 2013**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Pasquale, Kenneth | 3.0 | $ 950 | $ 2,850.00 |
| | | | |
| **Associates** | | | |
| Wildes, Denise | 4.1 | 735 | 3,013.50 |
| | | | |
| **Paraprofessionals** | | | |
| Mohamed, David | 4.1 | 220 | 902.00 |
| Siegel, Scott D. | 0.2 | 325 | 65.00 |
| | | | |
| **Total** | **11.4** | | **$ 6,830.50** |