# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**SEPTEMBER 1, 2013 - SEPTEMBER 30, 2013**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 47.42 |
| Long Distance Telephone | | 30.00 |
| | | |
| **Total** | **$** | **77.42** |

# STROOCK

## **DISBURSEMENT REGISTER**

| | |
|---|---|
| DATE | October 10, 2013 |
| INVOICE NO. | 604605 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR DISBUSRSMENT INCURRED in the captioned matter for the period through September 3, 2013, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 08/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827353 08.31.13 Tracking #: 1Z10X8270197337234 Shipment Date: 08/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.08 |
| 08/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827353 08.31.13 Tracking #: 1Z10X8270198235020 Shipment Date: 08/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.08 |
| 08/29/2013 | Vendor: United Parcel Service Invoice #: 00000010X827363 09.07.13 Tracking #: 1Z10X8270797572040 Shipment Date: 08/29/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.45 |
| 09/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827403 10.05.13 Tracking #: 1Z10X8270190862741 Shipment Date: 09/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.15 |
| 09/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827403 10.05.13 | 8.15 |

# STROOCK

| PAGE: 2 | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| | Tracking #: 1Z10X8270192171136 Shipment Date: 09/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | |
| 09/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827403 10.05.13 Tracking #: 1Z10X8270798506619 Shipment Date: 09/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.51 |
| | **Outside Messenger Service Total** | **47.42** |
| **Long Distance Telephone** | | |
| 09/12/2013 | VENDOR: Chase Card Services; INVOICE#: 090213; DATE: 9/12/2013  -  MasterCard charge 8/13/13 CourtCall #5749780 | 30.00 |
| | **Long Distance Telephone Total** | **30.00** |

| BILL DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 47.42 |
| Long Distance Telephone | 30.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 77.42 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.