**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Related Docket No. 31075** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 31075

TO THE CLERK OF THE COURT:

Kindly withdraw the *One-Hundred Thirty Eighth Monthly Fee Application of Duane Morris LLP for Compensation and Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2013 through July 31, 2013* [Docket No. 31075] filed on September 6, 2013.

Dated: October 31, 2013
       Wilmington, Delaware        */s/ Michael R. Lastowski*
                                   Michael R. Lastowski (DE 3892)
                                   Richard W. Riley (DE 4052)
                                   DUANE MORRIS LLP
                                   222 Delaware Avenue, Suite 1600
                                   Wilmington, DE 19801
                                   Telephone:  (302) 657-4900
                                   Facsimile:  (302) 657-4901
                                   E-mail:     mlastowski@duanemorris.com
                                               rwriley@duanemorris.com

                                   *Co-Counsel for the Official Committee of*
                                   *Unsecured Creditors of W. R. Grace & Co., et al.*

DM3\2725517.1