**<u>EXHIBIT A</u>**

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

September 04, 2013


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017



W.R. GRACE & CO.

File# K0248-00001          Invoice# 1905800          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.30 hrs. at | $795.00 | /hr. = | $4,213.50 |
| S LENKIEWICZ | PARALEGAL | 1.20 hrs. at | $195.00 | /hr. = | $234.00 |
| | | | | | $4,447.50 |

Duane Morris
September 04, 2013
Page 2

File # K0248-00001                                    INVOICE# 1905800
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|-----------|------------|---|-------|-------|
| 8/2/2013 002 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR LEAVE TO PARTICIPATE IN A COMPETITIVE AUCTION | 1.10 | $874.50 |
| 8/29/2013 002 | MR LASTOWSKI | REVIEW SALE MOTION AND ORDER RE: AUCTION PROCEDURES | 0.60 | $477.00 |
| | | Code Total | 1.70 | $1,351.50 |

Duane Morris
September 04, 2013
Page 3

File # K0248-00001                                          INVOICE# 1905800
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/15/2013 004 | MR LASTOWSKI | REVIEW CAPSTONE REPORT | 0.50 | $397.50 |
| | | Code Total | 0.50 | $397.50 |

Duane Morris
September 04, 2013
Page 4

File # K0248-00001                                                    INVOICE# 1905800
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/8/2013 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 112TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE'S 112TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| | | Code Total | 0.60 | $117.00 |

Duane Morris
September 04, 2013
Page 5

File # K0248-00001                                              INVOICE# 1905800
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/8/2013 013 | S LENKIEWICZ | PREPARE NOTICE OF WITHDRAWAL RE CNO REGARDING CAPSTONE'S 112TH MONTHLY FEE APPLICATION AND EFILE SAME (.3); REVISE CNO AND RE-FILE (.2); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| | | Code Total | 0.60 | $117.00 |

Duane Morris
September 04, 2013
Page 6

File # K0248-00001                                                INVOICE# 1905800
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/1/2013 015 | MR LASTOWSKI | TELEPHONIC HEARING (DIAL IN TO COURTCALL) | 0.20 | $159.00 |
| 8/1/2013 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE AND AGENDA ITEMS | 1.40 | $1,113.00 |
| 8/27/2013 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE AND AGENDA ITEMS (.8); REVIEW ORDERS ENTERED ON OUTSTANDING AGENDA ITEMS AND NOTICE OF CANCELLATION OF HEARING (.1) | 0.80 | $636.00 |
| 8/28/2013 015 | MR LASTOWSKI | REVIEW ORDER SCHEDULING OMNIBUS HEARING DATES | 0.10 | $79.50 |
| | | Code Total | 2.50 | $1,987.50 |

Duane Morris
September 04, 2013
Page 7

File # K0248-00001                                             INVOICE# 1905800
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/8/2013 017 | MR LASTOWSKI | REVIEW STATUS OF APPEALS | 0.60 | $477.00 |
| | | Code Total | 0.60 | $477.00 |
| | | TOTAL SERVICES | 6.50 | $4,447.50 |

Duane Morris
September 04, 2013
Page 8

File # K0248-00001                                                    INVOICE# 1905800
        W.R. GRACE & CO.


**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 5.30 | 795.00 | $4,213.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 1.20 | 195.00 | $234.00 |
| | | | 6.50 | | $4,447.50 |