**EXHIBIT A**

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

October 15, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1903682          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.60 hrs. at | $795.00 | /hr. = | $4,452.00 |
| S LENKIEWICZ | PARALEGAL | 10.20 hrs. at | $195.00 | /hr. = | $1,989.00 |
| | | | | | $6,441.00 |

DISBURSEMENTS
| | |
|---|---|
| COLOR PRINTING & DUPLICATING - INTERNAL | $0.49 |
| COURT COSTS | $30.00 |
| DOCUMENT E-FILING | $223.48 |
| OVERNIGHT MAIL | $21.42 |
| PACER FEDERAL DOCKET COSTS | $66.30 |
| POSTAGE | $102.48 |
| PRINTING & DUPLICATING | $216.30 |
| TOTAL DISBURSEMENTS | $660.47 |

BALANCE DUE THIS INVOICE                    $7,101.47

Duane Morris
October 15, 2013
Page 2

File # K0248-00001                                              INVOICE# 1903682
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/3/2013 004 | S LENKIEWICZ | RECEIPT AND REVIEW OF ORDER SCHEDULING HEARING DATES AND CALENDAR SAME (.2); EMAIL TO M. LASTOWSKI RE STATUS OF APPLICATIONS (.1) | 0.30 | $58.50 |
| 9/4/2013 004 | S LENKIEWICZ | DOWNLOAD THIRD CIRCUIT OPINIONS RE ANDERSON MEMORIAL AND CANADA AND REVIEW SAME (.3); FORWARD SAME TO M. LASTOWSKI (.1) | 0.40 | $78.00 |
| 9/5/2013 004 | S LENKIEWICZ | REVIEW MOST RECENT 2002 SERVICE LIST AND UPDATE SAME | 0.70 | $136.50 |
| 9/19/2013 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET RE RESPONSES FILED PURSUANT TO RULE 28(J) IN CASE NO. 12-1402 (.1); REVIEW SAME (.2); FORWARD SAME TO M. LASTOWSKI (.1) | 0.40 | $78.00 |
| 9/24/2013 004 | S LENKIEWICZ | REVIEW DOCKET RE QUARTERLY FEE HEARING SCHEDULED FOR 9/25/13 (.1); REVIEW AGENDA RE SAME (.1); OFFICE CONFERENCE WITH M. LASTOWSKI RE STATUS OF SAME (.1) | 0.30 | $58.50 |
| | | Code Total | 2.10 | $409.50 |

Duane Morris
October 15, 2013
Page 3

File # K0248-00001                                            INVOICE# 1903682
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/4/2013 012 | S LENKIEWICZ | EMAILS TO/FROM ACCOUNTING RE INVOICES FOR JUNE AND JULY (.2); REVISIONS TO SAME (.1); REVIEW FINALIZED INVOICES AND PREPARE AS EXHIBITS TO MONTHLY FEE APPLICATIONS (.3) | 0.60 | $117.00 |
| 9/6/2013 012 | MR LASTOWSKI | REVIEW STATUS OF FEE APPLICATIONS (.2); REVIEW FEE AUDITOR'S REPORT (.2) | 0.30 | $238.50 |
| 9/6/2013 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 137TH MONTHLY FEE APPLICATION FOR JUNE 2013 (.8); PREPARE NOTICE RE SAME (.2); EFILE SAME (.2); COORDINATE SERVICE OF SAME (.1) | 1.30 | $253.50 |
| 9/6/2013 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 137TH MONTHLY FEE APPLICATION FOR JULY 2013 (.6); PREPARE NOTICE RE SAME (.2); EFILE SAME (.2); COORDINATE SERVICE OF SAME (.1) | 1.10 | $214.50 |
| 9/6/2013 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 49TH QUARTERLY FEE APPLICATION (1.2); PREPARE NOTICE (.1); PREPARE AND FINALIZE EXHIBITS (.2); REVIEW AND REVISE SAME (.2); FORWARD TO M. LASTOWSKI FOR REVIEW (.1) | 1.80 | $351.00 |
| 9/11/2013 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE DUANE MORRIS 49TH QUARTERLY FEE APPLICATION AND FINALIZE SAME FOR EFILING (.2); FINALIZE NOTICE, APPLICATION AND EXHIBIT A FOR EFILING (.2); EFILE DUANE MORRIS 49TH QUARTERLY FEE APPLICATION (.2); COORDINATE SERVICE OF SAME (.1); PREPARE OVERNIGHT AND HAND-DELIVERY SERVICE (.3) | 1.00 | $195.00 |
| 9/24/2013 012 | MR LASTOWSKI | REVIEW ORDER APPROVING QUARTERLY FEE APPLICATIONS (.1); REVIEW REVISED AGENDA NOTICE, CANCELING 9/25/13 HEARING | 0.10 | $79.50 |
| | | Code Total | 6.20 | $1,449.00 |

Duane Morris
October 15, 2013
Page 4

File # K0248-00001                                                    INVOICE# 1903682
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/10/2013 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 48TH QUARTERLY FEE APPLICATION AND CAPSTONE 37TH QUARTERLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SSL 48TH QUARTERLY AND EFILE SAME (.3); PREPARE CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE 37TH QUARTERLY FEE APPLICATION AND EFILE SAME (.3); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.80 | $156.00 |
| 9/23/2013 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO 148TH MONTHLY APPLICATION OF SSL AND 114TH MONTHLY APPLICATION OF CAPSTONE (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SSL 148TH MONTHLY AND EFILE SAME (.3); PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE 114TH MONTHLY AND EFILE SAME (.3); PREPARE AND FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.2) | 0.90 | $175.50 |
| 9/30/2013 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL'S 149TH MONTHLY FEE APPLICATION (.1); FINALIZE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| | | Code Total | 2.30 | $448.50 |

Duane Morris
October 15, 2013
Page 5

File # K0248-00001                                                INVOICE# 1903682
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/17/2013 015 | MR LASTOWSKI | REVIEW STATUS OF MONTHLY AGENDA ITEMS | 0.30 | $238.50 |
| | | Code Total | 0.30 | $238.50 |

Duane Morris
October 15, 2013
Page 6

File # K0248-00001                                                    INVOICE# 1903682
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/4/2013 017 | MR LASTOWSKI | REVIEW 3D CIRCUIT OPINION (.6); E-MAIL TO W. KATCHEN RE: SAME (.1) | 0.70 | $556.50 |
| 9/5/2013 017 | MR LASTOWSKI | REVIEW MARYLAND CASUALTY DECISION (.6) | 0.60 | $477.00 |
| 9/9/2013 017 | MR LASTOWSKI | REVIEW DECISION RE: SUBSTANTIAL CONTRIBUTION CLAIMS | 0.90 | $715.50 |
| 9/12/2013 017 | MR LASTOWSKI | REVIEW APPELLATE DOCKETS | 0.30 | $238.50 |
| 9/13/2013 017 | MR LASTOWSKI | REVIEW ORDER RE: MARYLAND CASUALTY MANDATE | 0.10 | $79.50 |
| 9/19/2013 017 | MR LASTOWSKI | REVIEW LENDERS' NOTICE OF SUPPLEMENTAL AUTHORITY AND DEBTORS' RESPONSE IN CONNECTION WITH 3RD CIRCUIT APPAL | 1.40 | $1,113.00 |
| 9/25/2013 017 | MR LASTOWSKI | REVIEW DISTRICT COURT ORDERS TERMINATING CASE | 0.20 | $159.00 |
| 9/26/2013 017 | MR LASTOWSKI | REVIEW THIRD CIRCUIT RETURN OF MANDATE FOR ANDERSON MEMORIAL (.1); REVIEW ANDERSON MEMORIAL MANDATE IN DISTRICT COURT (.1); REVIEW THIRD CIRCUIT RETURN OF MANDATE FOR HER MAJESTY THE QUEEN (.1); REVIEW MANDATE FOR HER MAJESTY THE QUEEN IN DISTRICT COURT (.1) | 0.40 | $318.00 |
| 9/27/2013 017 | MR LASTOWSKI | REVIEW DISTRICT COURT DOCKET | 0.30 | $238.50 |
| | | Code Total | 4.90 | $3,895.50 |
| | | TOTAL SERVICES | 15.80 | $6,441.00 |

Duane Morris
October 15, 2013
Page 7

File # K0248-00001                                                    INVOICE# 1903682
W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|-----|--------|
| 08/31/2013 | POSTAGE | | 102.48 |
| | | Total: | $102.48 |
| 09/30/2013 | COURT COSTS | | 30.00 |
| | | Total: | $30.00 |
| 09/11/2013 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #796664273493) | | 9.64 |
| 09/11/2013 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITHASSOCIATES - ROCKWALL, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #796664287743) | | 11.78 |
| | | Total: | $21.42 |
| 09/30/2013 | PACER FEDERAL DOCKET COSTS | | 66.30 |
| | | Total: | $66.30 |
| 09/30/2013 | COLOR PRINTING & DUPLICATING - INTERNAL | | 0.49 |
| | | Total: | $0.49 |
| 09/30/2013 | DOCUMENT E-FILING | | 223.48 |
| | | Total: | $223.48 |
| 08/31/2013 | PRINTING & DUPLICATING | | 96.10 |
| 09/30/2013 | PRINTING & DUPLICATING | | 120.20 |
| | | Total: | $216.30 |
| | TOTAL DISBURSEMENTS | | $660.47 |

Duane Morris
October 15, 2013
Page 8

File # K0248-00001                                              INVOICE# 1903682
     W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 5.60 | 795.00 | $4,452.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 10.20 | 195.00 | $1,989.00 |
| | | | 15.80 | | $6,441.00 |