# EXHIBIT A

# To Quarterly Application

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: October 15, 2013 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |

### FORTY FIRST MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL
### TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | July 1, 2013, through July 31, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $     6,964.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $     56.80 |

This is Applicant's Forty First Monthly Application.

[Remainder of Page Intentionally Left Blank]

Filed: 9/23/2013
Dkt. No. 31152

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 – March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $ 2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $ 12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 $ 1,397.60 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $12,104.00 | $ 799.82 | $ 9,683.20 $ 2,420.80 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 $ 2,127.10 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012- July 31, 2012 | $ 7,056.00 Reduction- $246.00 | $ 450.95 | $ 5,644.80 $ 1,165.20 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012- August 31, 2012 | $ 11,845.00 Reduction- $ 715.50 | $ 116.60 | $ 9,476.00 $ 1,653.50 | $ 116.60 |
| 10/26/2012 Dkt. #29818 | September 1, 2012- September 30, 2012 | $ 7,495.50 Reduction- $ 430.00 | $ 834.05 | $ 5,996.40 $ 1,068.60 | $ 834.05 |
| 12/18/12 Dkt. #30060 | October 1, 2012- October 31, 2012 | $ 9,367.50 Reduction- $ 553.50 | $ 54.90 | $ 7,494.00 $1,873.50 | $ 54.90 |
| 1/18/2013 Dkt. #30167 | November 1, 2012- November 30, 2012 | $ 9,384.50 Reduction- $ 369.00 | $ 59.25 | $ 7,507.60 $1,876.90 | $ 59.25 |

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

| 2/21/2013 Dkt. #30303 | December 1, 2012–December 31, 2012 | $ 8,250.50 Reduction-$922.50 | $ 301.94 | $ 6,600.40 $727.60 | $ 301.94 |
|---|---|---|---|---|---|
| 3/19/2013 Dkt. #30413 | January 1, 2013–January 31, 2013 | $ 6,901.00 | $ 40.35 | $ 5,520.80 | $ 40.35 |
| 4/26/2013 Dkt. #30556 | February 1, 2013–February 28, 2013 | $ 9,507.00 | $ 99.10 | $ 7,605.60 | $ 99.10 |
| 5/24/2013 Dkt. #30668 | March 1, 2013–March 31, 2013 | $ 8,346.00 | $ 1,521.79 | $ 6,676.80 | $1,521.79 |
| 6/27/2013 Dkt. #30779 | April 1, 2013–April 30, 2013 | $ 6,559.00 | $ 29.50 | $5,247.20 | $29.50 |
| 7/26/2013 Dkt. #30879 | May 1, 2013–May 31, 2013 | $ 8,200.50 | $ 84.65 | $6,560.40 | $84.65 |
| 8/13/2013 Dkt. #30960 | June 1, 2013–June 30, 2013 | $ 4,626.00 | $ 834.50 | $3,700.80 | $834.50 |

**Fee Detail by Professional for the Period of July 1, 2013, through July 31, 2013:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 12.00 | $4,800.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 4.00 | $780.00 |
| Lauren N. Campbell | Legal Assistant- Since 2011 | $195.00 | 5.5 | $1,072.50 |
| Gabrielle Palagruto | Paralegal - since 2008 | $195.00 | 1.6 | $312.00 |
| Grand Total | | | 23.10 | $6,964.50 |
| Blended Rate | | | | $301.49 |
| Blended Rate (excluding paralegal time): | | | | 400.00 |
| | | | | |

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

**Monthly Compensation by Matter Description for the Period of July 1, 2013, through July 31, 2013:**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 4.1 | $1,599.00 |
| 11 - Fee Applications, Applicant | 5.1 | $1,343.00 |
| 12 - Fee Applications, Others | 13.9 | $4,022.50 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| **TOTAL** | **23.10** | **$6,964.50** |

**Monthly Expense Summary for the Period July 1, 2013, through July 31, 2013:**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house | 28.20 |
| Postage | First Class Mail | 4.20 |
| Outside Copy & Serve | Digital Legal, LLC | $24.40 |
| **TOTAL** | | **$56.80** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for July 1, 2013, through July 31, 2013, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and

---

[4] Applicant's Invoice for July 1, 2013, through July 31, 2013, is attached hereto as **Exhibit A.**

Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before October 15, 2013, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period July 1, 2013, through July 31, 2013, an allowance be made to The Hogan Firm for compensation in the amount of $6,964.50 and actual and necessary expenses in the amount of $56.80 for a total allowance of $7,021.30; Actual Interim Payment of $5,571.60 (80% of the

allowed fees) and reimbursement of $56.80 (100% of the allowed expenses) be authorized for a total payment of $5,628.40; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.   A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: September 23, 2013                     Respectfully submitted,

                                      By:     */s/ Daniel K. Hogan*
                                              Daniel K. Hogan (DE Bar No. 2814)
                                              THE HOGAN FIRM
                                              1311 Delaware Avenue
                                              Wilmington, Delaware 19806
                                              Telephone: 302.656.7540
                                              Facsimile: 302.656.7599
                                              Email: dkhogan@dkhogan.com

                                              **Counsel to Representative Counsel
                                              for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue
Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

| | |
|---|---|
| Canadian ZAI Claimants | **Date:** 8/5/2013 |
| c/o Lauzon Belanger Lesperance | **File Number:** ZAI/WRG 060124-01 |
| Attention: Careen Hannouche | **Invoice Number:** 21455 |
| 286 Rue St. Paul | |
| Quest bureau 100 Montreal QC H2Y 2A3 | |

Re: Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/2013 | KEH | E-mail correspondence from/to 'Careen Hannouche' re: wire transfer from Grace on June 11th in the amount of $1 626.26; review and update Grace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 07/09/2013 | KEH | E-mail correspondence with Cindy Yates regarding payment for January and/or February fee applications. | 0.10 | 195.00 | 19.50 |
| 07/09/2013 | KEH | E-mail correspondence with 'Cindy Yates' to inquire re: payments from WRGrace to include in fee application - no payment received. | 0.20 | 195.00 | 39.00 |
| 07/09/2013 | DKH | Reviewed status of fee applications for Scarfone Hawkins, LBL and the Hogan Firm. Reviewed docket and our spreadsheet for discrepancies. | 1.20 | 400.00 | 480.00 |
| 07/17/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Received and reviewed Fee Auditor's Report Amended Combined Final Report Regarding Those Fee Applications With No Fee or Expense Issues for the Forty-Seventh Interim Period. | 0.50 | 400.00 | 200.00 |
| 07/18/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents re: Certificate of No Objection (No Order Required) Regarding the Thirteenth Quarterly Compensation Application of The Hogan Firm as Counsel to the Canadian ZAI Claimants (related document(s) [30710]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 07/18/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Certificate of No Objection (No Order Required) Regarding the Thirteenth Quarterly Compensation Application of Lauzon Belanger Lesperance as Counsel to the Canadian ZAI Claimants (related document(s)[30714]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |

| 8/5/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 | |
|---|---|---|---|---|---|---|
| 07/18/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Certificate of No Objection (No Order Required) Regarding the Thirteenth Quarterly Compensation Application of Scarfone Hawkins LLP as Counsel to the Canadian ZAI Claimants (related document(s)[30713]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | | 0.20 | 195.00 | 39.00 |
| 07/18/2013 | KEH | Email to Digital Legal transmitting the Certificate of No Objection Regarding the 13th Quarterly Application of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance, for hand delivery upon the U.S. Trustee. | | 0.10 | 195.00 | 19.50 |
| 07/18/2013 | KEH | Email to service parties transmitting, for service, the Certificate of No Objection Regarding the 13th Quarterly Application of The Hogan Firm [Docket No. 30841], Scarfone Hawkins LLP [Docket No. 30842], and Lauzon Belanger Lesperance [Docket No. 30843]. | | 0.10 | 195.00 | 19.50 |
| 07/18/2013 | DKH | Reviewed docket and draft of Certificate of No Objection (No Order Required) Regarding the Thirteenth Quarterly Compensation Application of Lauzon Belanger Lesperance as Counsel to the Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 07/18/2013 | DKH | Reviewed docket and draft of Certificate of No Objection (No Order Required) Regarding the Thirteenth Quarterly Compensation Application of Scarfone Hawkins LLP as Counsel to the Canadian ZAI Claimants | | 0.40 | 400.00 | 160.00 |
| 07/18/2013 | DKH | Reviewed docket and draft of the Certificate of No Objection (No Order Required) Regarding the Thirteenth Quarterly Compensation Application of The Hogan Firm as Counsel to the Canadian ZAI Claimants . | | 0.40 | 400.00 | 160.00 |
| 07/19/2013 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Invoice for the fee application for June 1, 2013 – June 30, 2013. Reviewed same. | | 0.40 | 400.00 | 160.00 |
| 07/22/2013 | LNC | Calculated project codes for The Hogan Firm's May time statement. | | 1.00 | 195.00 | 195.00 |
| 07/22/2013 | LNC | Calculated project codes on Lauzon Belanger Lesperance May time statement | | 0.30 | 195.00 | 58.50 |
| 07/22/2013 | LNC | Calculated project codes on Scarfone Hawkins May time statement | | 0.30 | 195.00 | 58.50 |
| 07/22/2013 | DKH | E-mail correspondence with Ashlee White about my understanding of how a further appeal might work in the event that the Third Circuit Court dismisses the appeals by the Crown, the State of Montana, Anderson Memorial, Garlock and certain lenders under the pre-petition credit facilities. | | 0.30 | 400.00 | 120.00 |
| 07/22/2013 | DKH | Reviewed Grace's motion seeking an extension of the stay order under the CCAA proceedings in Canada. | | 0.80 | 400.00 | 320.00 |
| 07/23/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Seventh Period Filed by W.R. Grace & Co., et al.. (Attachments: # (1) Exhibit 1). | | 0.90 | 400.00 | 360.00 |
| 07/23/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Certification of Counsel Regarding Forty-Seventh Quarter Project Category Summary Filed by W.R. Grace & Co., et al. | | 0.40 | 400.00 | 160.00 |
| 07/23/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Debtors' Forty-Eighth Quarterly Report of Asset Sales From April 1, 2013 Through June 30, 2013 in Accordance With That Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets (related document(s)[833]) Filed by W.R. Grace & Co., et al. | | 0.40 | 400.00 | 160.00 |

| 8/5/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
|---|---|---|---|---|---|---|
| 07/23/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Debtors' Forty-Eighth Quarterly Report of Settlements From April 1, 2013 Through June 30, 2013 In Accordance With That Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By Or Against the Debtors In a Judicial, Administrative, Arbitral or Other Action or Proceeding [Related to Docket No. 833] Filed by W.R. Grace & Co., et al. | | 0.40 | 400.00 | 160.00 |
| 07/23/2013 | LNC | Prepared the 39th Monthly Fee Application for Lauzon Belanger Lesperance | | 1.30 | 195.00 | 253.50 |
| 07/23/2013 | LNC | Prepared the 39th Monthly Fee Application for Scarfone Hawkins | | 1.30 | 195.00 | 253.50 |
| 07/23/2013 | LNC | Prepared the 39th Monthly Fee Application for The Hogan Firm | | 1.30 | 195.00 | 253.50 |
| 07/25/2013 | DKH | E-mail correspondence with Ashlee White (David Thompson) that I am in the process of reviewing the status of the appeal and I will shed some light on the matter for you once my review is complete. | | 0.20 | 400.00 | 80.00 |
| 07/25/2013 | DKH | E-mail correspondence with Ashlee White concerning status of appeals. | | 0.10 | 400.00 | 40.00 |
| 07/25/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 8/1/2013 at 11:00 AM. | | 0.30 | 400.00 | 120.00 |
| 07/25/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Thirty-Seventh Monthly Fee Application as Counsel to the Canadian ZAI Claimants (related document(s) [30670]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | | 0.20 | 195.00 | 39.00 |
| 07/25/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkins' Thirty-Seventh Monthly Fee Application as Counsel to the Canadian ZAI Claimants (related document(s)[30669]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | | 0.20 | 195.00 | 39.00 |
| 07/25/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Thirty-Seventh Monthly Fee Application as Counsel to the Canadian ZAI Claimants (related document(s)[30668]) Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | | 0.20 | 195.00 | 39.00 |
| 07/25/2013 | KEH | Email to service parties transmitting, for service, the Certificate of No Objection Regarding the 37th Monthly Fee Application of The Hogan Firm [Docket No. 30871], Scarfone Hawkins [Docket No. 30872], and Lauzon Belanger Lesperance [Docket No. 30873]. | | 0.10 | 195.00 | 19.50 |
| 07/25/2013 | DKH | Reviewed docket and draft of Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Thirty-Seventh Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 07/25/2013 | DKH | Reviewed docket and draft of Certificate of No Objection (No Order Required) of Scarfone Hawkins' Thirty-Seventh Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | | 0.40 | 400.00 | 180.00 |
| 07/25/2013 | DKH | Reviewed docket and draft of the Certificate of No Objection (No Order Required) of The Hogan Firm's Thirty-Seventh Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | | 0.40 | 400.00 | 160.00 |

| 8/5/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:4 | | |
|---|---|---|---|---|---|---|
| 07/26/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Monthly Application for Compensation (Thirty-Ninth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2013 to May 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 8/19/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 07/26/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - received and reviewed receipt and documents, re: Monthly Application for Compensation (Thirty-Ninth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period May 1, 2013 to May 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 8/19/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 07/26/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt and documents, re: Monthly Application for Compensation (Thirty-Ninth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2013 to May 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 8/19/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 07/26/2013 | GP | | Email correspondence with Digital Legal, LLC transmitting the 39th monthly applications for hand delivery. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Email correspondence with the fee auditor transmitting the 39th monthly fee application for Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Email correspondence with the fee auditor transmitting the 39th monthly fee application for Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Email correspondence with the fee auditor transmitting the 39th monthly fee application for The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Email correspondence with the service parties transmitting the 39th Monthly fee application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Email correspondence with the service parties transmitting the 39th Monthly fee application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Email correspondence with the service parties transmitting the 39th Monthly fee application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 07/26/2013 | GP | | Prepared for and filed the 39th Monthly fee application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 07/26/2013 | GP | | Prepared for and filed the 39th Monthly fee application for Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 07/26/2013 | GP | | Prepared for and filed the 39th Monthly fee application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 07/26/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Thirty-Ninth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2013 to May 31, 2013. | 0.80 | 400.00 | 320.00 |
| 07/26/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Thirty-Ninth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period May 1, 2013 to May 31, 2013. | 0.80 | 400.00 | 320.00 |
| 07/26/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Thirty-Ninth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period May 1, 2013 to May 31, 2013. | 0.90 | 400.00 | 360.00 |
| 07/30/2013 | DKH | | Reviewed reservation for telephonic court appearance on August 1, 2013. | 0.20 | 400.00 | 80.00 |
| 07/30/2013 | KEH | | Schedule CourtCall appearance for Daniel Hogan at hearing on August 1, 2013 at 11:00 A.M.; receive confirmation and email to Daniel Hogan. | 0.20 | 195.00 | 39.00 |
| 07/31/2013 | KEH | | E-mail correspondence with Cindy Yates at Scarfone Hawkins re: payments for January and February fee applications. | 0.10 | 195.00 | 19.50 |

| 8/5/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:5 | |
|---|---|---|---|---|---|---|
| 07/31/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply<br>@deb.uscourts.gov. Retrieved and reviewed Order<br>Authorizing the Retention and Employment of Lincoln Partners<br>Advisors, LLC as Financial Advisor to Roger Frankel, the<br>Successor Legal Representative for Future Asbestos Personal<br>Injury Claimants, Nunc Pro Tunc to May 16, 2013. | 0.30 | 400.00 | 120.00 |
| 07/31/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply<br>@deb.uscourts.gov. Reviewed Order Approving Quarterly Fee<br>Applications for the Forty-Seventh Period. | 0.40 | 400.00 | 160.00 |
| 07/31/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply<br>@deb.uscourts.gov. Reviewed Order Authorizing the<br>Retention and Employment of Phillips, Goldman & Spence,<br>P.A. as Delaware Co-Counsel to Roger Frankel, the<br>Successor Legal Representative for Future Asbestos Personal<br>Injury Claimants, Nunc Pro Tunc to May 16, 2013. | 0.20 | 400.00 | 80.00 |
| 07/31/2013 | DKH | | E-mail correspondence withDEBdb_ECF_Reply<br>@deb.uscourts.gov. Retrieved and reviewed Order<br>Authorizing the Retention and Employment of Orrick,<br>Herrington & Sutcliffe LLP as Bankruptcy Counsel to Roger<br>Frankel, the Successor Legal Representative for Future<br>Asbestos Personal Injury Claimants, Nunc Pro Tunc to May<br>16, 2013. | 0.30 | 400.00 | 120.00 |
| 07/31/2013 | KEH | | Reconcile WRGrace payment spreadsheet with Fee Auditor's<br>Amended Combined Final Report for the 47th Interim Period;<br>and 47th Quarter Project Category Summary. | 0.50 | 195.00 | 97.50 |
| 07/31/2013 | KEH | | Review payment received from WRGrace and post to Grace<br>payment spreadsheet (for use in preparation of fee<br>applications);  review emails for receipt of previous payments<br>to determine if payments were missed for January and<br>February 2013; email to Grace accounts inquiring about<br>missed payments. | 0.50 | 195.00 | 97.50 |
| | | | **Total Fees** | 23.10 | | $6,964.50 |

**Expenses**

| | | |
|---|---|---|
| 07/22/2013 | Digital Legal, LLC- Hand Delivery of the 13th Quarterly<br>Certificate of No Objection. | 6.80 |
| 07/25/2013 | Digital Legal - CNO 37th Monthly | 7.10 |
| 07/26/2013 | Postage - Monthly fee applications | 4.20 |
| 07/31/2013 | Digital Legal-39th Mo Appl- Invoice 75610 | 10.50 |
| 07/31/2013 | Photocopies - Fee Applications & CNOs | 28.20 |
| | **Total Expenses** | **$56.80** |

**TOTAL NEW CHARGES**                                          **$7,021.30**

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 5,460.50 |
| Payments | -5,460.50 |
| Current Fees | 6,964.50 |
| Current Expenses | 56.80 |
| **AMOUNT DUE AND OWING TO DATE** | **$7,021.30** |

TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5%
PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.

| 8/5/2013 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:6 |

**Payments**

| Date | Ref # | Description | Amount |
|------|-------|-------------|--------|
| 7/16/2013 | 997 2244 | Payment on Account | 5,460.50 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                               : ss

COUNTY OF NEW CASTLE :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1.      I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2.      The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3.      I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4.      I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 23rd day of September 2013.

_____
Notary Public
My Commission Expires: