# EXHIBIT B

## To Quarterly Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: October 18, 2013 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

**FORTY-SECOND MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL
TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS**

Name of Applicant:                                The Hogan Firm

Authorized to Provide
Professional Services to:                         Lauzon Bélanger and Scarfone Hawkins LLP
                                                  ("Representative Counsel") as Special Counsel for
                                                  the Canadian ZAI Claimants by Appointment Order,
                                                  Dated March 19, 2010 [Docket No. 24508]

Date of Retention:                                March 19, 2010 *nunc pro tunc* to December 21, 2009

Period for which compensation
and reimbursement is sought:                      August 1, 2013, through August 31, 2013

Amount of compensation sought
as actual, reasonable and necessary:    $        9,790.00

Amount of expense reimbursement
sought as actual, reasonable and necessary:  $    907.05

This is Applicant's Forty-Second Monthly Application.

[Remainder of Page Intentionally Left Blank]

Filed: 9/26/2013
Dkt. No. 31167

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 - March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $ 2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 $ 1,397.60 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $12,104.00 | $ 799.82 | $ 9,683.20 $ 2,420.80 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 $ 2,127.10 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012- July 31, 2012 | $ 7,056.00 Reduction- $246.00 | $ 450.95 | $ 5,644.80 $ 1,165.20 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012- August 31, 2012 | $ 11,845.00 Reduction- $ 715.50 | $ 116.60 | $ 9,476.00 $ 1,653.50 | $ 116.60 |
| 10/26/2012 Dkt. #29818 | September 1, 2012- September 30, 2012 | $ 7,495.50 Reduction- $ 430.00 | $ 834.05 | $ 5,996.40 $ 1,068.60 | $ 834.05 |
| 12/18/12 Dkt. #30060 | October 1, 2012- October 31, 2012 | $ 9,367.50 Reduction- $ 553.50 | $ 54.90 | $ 7,494.00 $1,873.50 | $ 54.90 |
| 1/18/2013 Dkt. #30167 | November 1, 2012- November 30, 2012 | $ 9,384.50 Reduction- $ 369.00 | $ 59.25 | $ 7,507.60 $1,876.90 | $ 59.25 |

---

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

| 2/21/2013 Dkt. #30303 | December 1, 2012-December 31, 2012 | $ 8,250.50 Reduction-$922.50 | $ 301.94 | $ 6,600.40 $727.60 | $ 301.94 |
|---|---|---|---|---|---|
| 3/19/2013 Dkt. #30413 | January 1, 2013-January 31, 2013 | $ 6,901.00 | $ 40.35 | $ 5,520.80 | $ 40.35 |
| 4/26/2013 Dkt. #30556 | February 1, 2013-February 28, 2013 | $ 9,507.00 | $ 99.10 | $ 7,605.60 | $ 99.10 |
| 5/24/2013 Dkt. #30668 | March 1, 2013-March 31, 2013 | $ 8,346.00 | $ 1,521.79 | $ 6,676.80 | $1,521.79 |
| 6/27/2013 Dkt. #30779 | April 1, 2013-April 30, 2013 | $ 6,559.00 | $ 29.50 | $5,247.20 | $29.50 |
| 7/26/2013 Dkt. #30879 | May 1, 2013-May 31, 2013 | $ 8,200.50 | $ 84.65 | $6,560.40 | $84.65 |
| 8/13/2013 Dkt. #30960 | June 1, 2013-June 30, 2013 | $ 4,626.00 | $ 834.50 | $3,700.80 | $834.50 |
| 9/23/2013 Dkt. #31152 | July 1, 2013-July 31, 2013 | $6,964.50 | $56.80 | Pending | Pending |

**Fee Detail by Professional for the Period of August 1, 2013, through August 31, 2013:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 11.80 | $4,720.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 7.60 | $1,482.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $195.00 | 18.40 | $3,588.00 |
| Grand Total | | | 37.80 | $9,790.00 |
| Blended Rate | | | | $258.99 |
| Blended Rate (excluding paralegal time): | | | | 400.00 |
| | | | | |

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

**Monthly Compensation by Matter Description for the Period of August 1, 2013, through August 31, 2013:**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 3.8 | $1,520.00 |
| 11 - Fee Applications, Applicant | 13.1 | $3,087.50 |
| 12 - Fee Applications, Others | 20.9 | $5,182.50 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| **TOTAL** | **37.80** | **$9,790.00** |

**Monthly Expense Summary for the Period August 1, 2013, through August 31, 2013:**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house | $26.00 |
| Postage | First Class Mail | $12.39 |
| Outside Copy & Serve | Digital Legal, LLC | $868.66 |
| **TOTAL** | | **$907.05** |

PLEASE TAKE NOTICE that The Hogan Firm (the AApplicant@) has today filed this Notice of Monthly Fee and Expenses Invoice for August 1, 2013, through August 31, 2013, (this AMonthly Fee Statement@)[4] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and

---

[4] Applicant's Invoice for August 1, 2013, through August 31, 2013, is attached hereto as **Exhibit A.**

Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before October 15, 2013, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period August 1, 2013, through August 31, 2013, an allowance be made to The Hogan Firm for compensation in the amount of $9,790.00 and actual and necessary expenses in the amount of $907.05 for a total allowance of $10,697.05; Actual Interim Payment of $7,832.00 (80% of the

allowed fees) and reimbursement of $7,832.00 (100% of the allowed expenses) be authorized for a total payment of $8,739.05; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.  A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: September 26, 2013                              Respectfully submitted,

By:     */s/ Daniel K. Hogan*
        Daniel K. Hogan (DE Bar No. 2814)
        THE HOGAN FIRM
        1311 Delaware Avenue
        Wilmington, Delaware 19806
        Telephone: 302.656.7540
        Facsimile: 302.656.7599
        Email: dkhogan@dkhogan.com

        **Counsel to Representative Counsel
        for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**
c/o Lauzon Belanger Lesperance
Attention: Careen Hannouche
286 Rue St. Paul
Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 9/10/2013
**File Number:** ZAI/WRG 060124-01
**Invoice Number:** 21546

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|------|----------|------------------------|-------|------|--------|
| 08/01/2013 | DKH | Attended the Omnibus hearing telephonically. | 0.40 | 400.00 | 160.00 |
| 08/01/2013 | DKH | E-mail correspondence with Finke, Richard that the Hogan Firm and Scarfone Hawkins fee applications for January and February 2013 were inadvertently set aside and, therefore, not processed by Grace's Accounts Payable function. The fee applications have been located and this morning I approved them for payment, which should be issued shortly. | 0.20 | 400.00 | 80.00 |
| 08/01/2013 | DKH | WRGrace Hearing - Telephonic/CourtCall Appearance scheduled. | 0.60 | 400.00 | 240.00 |
| 08/02/2013 | KEH | E-mail correspondence from Grace Accounts Payable transmitting payments for THF's January and February 2013 fee applications; revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 08/02/2013 | KEH | E-mail correspondence from/to 'Cindy Yates' regarding what payments are expected from WRGrace - January, February & March 2013. | 0.20 | 195.00 | 39.00 |
| 08/02/2013 | KEH | E-mail correspondence to 'Cindy Yates';Careen Hannouche with inquiry re: payments received from WRG so we may update the fee applications. | 0.10 | 195.00 | 19.50 |
| 08/02/2013 | DKH | E-mail correspondence with DEBdb_ECF_Repl @deb.uscourts.gov. Reviewed Motion to Authorize [Motion for Entry of a Protective Order Authorizing the Debtors to File Under Seal Their Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition] (related document(s) [30914]) Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |

| 9/10/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants c/o Lauzon Belanger Lesperance | | Page:2 | |
|---|---|---|---|---|---|---|
| 08/02/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Motion to Authorize [Debtors Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition] [Filed Under Seal] Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 08/02/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Post-Confirmation Report [Office of the United States Trustee - Region 3 Post-Confirmation Quarterly Summary Report] Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 08/02/2013 | KEH | | Email from Cindy Yates transmitting Scarfone Hawkins' statement for the period June 1 - June 30, 2013; save to file. | 0.10 | 195.00 | 19.50 |
| 08/02/2013 | KEH | | Email to Digital Legal transmitting, for hand delivery upon the U.S. Trustee, the 37th Monthly Fee Applications of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/05/2013 | KEH | | E-mail correspondence from Bobbi Ruhlander, re: agree that the amount of holdback due THF for that quarter is $4,478.00; due 80% of your fees for the quarter ($21,602.00) plus 100% of your expenses ($416.09), for a total of $22,018.09. The amount of your 20% fee holdback would ordinarily have been $5,400.50. However, we recommended a $922.50 fee reduction, so that would have reduced the fee holdback due you to $4,478.00; review and revise WRGrace payment spreadsheet to correspond. | 0.40 | 195.00 | 78.00 |
| 08/05/2013 | KEH | | E-mail correspondence from Careen Hannouche re: payment received on August 2nd in the amount of 641.21$; determine how to apply payment and revise WRGrace spreadsheet to show same - for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 08/05/2013 | KEH | | E-mail correspondence from Grace Accounts Payable transmitting Remittance Advice for October 2012 & December 2012 holdback - revise WRG payment spreadsheet (for fee applications) and try to determine amounts for each (less $992.50) | 0.50 | 195.00 | 97.50 |
| 08/05/2013 | KEH | | E-mail correspondence to Bobbi Ruhlander, re: telephone call with Jason Day at WRGrace - checking on the balance due for the last quarter of 2012; two deductions, $553.50 & $369.00, were taken against the December application and October was paid - still owed for November 2012 in the amount of $1,876.90; total for the quarter should be $4,478.00 - figures do not correspond w/WRG. | 0.20 | 195.00 | 39.00 |
| 08/05/2013 | KEH | | E-mail correspondence with Payable-NA, Accounts re: Remittance Advice in the amount of $2,601.10 - shows payment for October and December 2012 (holdback). Please clarify -- according to our records, the total holdback for October and December should be $2,970.10, as follows: October requested fees $1,873.50; Fee Auditor reduction $553.50 = $1,320.00 December requested fees $1,650.10; No reduction TOTAL $2,970.10 / A shortage of $369.00 Also due $1,507.90 for November holdback. ($1,876.90 Requested; $369.00 Fee Auditor reduction). | 0.30 | 195.00 | 58.50 |
| 08/05/2013 | DKH | | Met with Karen Harvey to review application for last quarter of 2012 and the holdback. Reviewed spreadsheet and compared against Fee Examiner figures. | 0.40 | 400.00 | 160.00 |
| 08/05/2013 | KEH | | Telephone call from Jason Day at WRGrace regarding application of payment for deposit on 8/6/2013 in the amount of $2,601.10. Review WRGrace payment spreadsheet. | 0.30 | 195.00 | 58.50 |
| 08/06/2013 | KEH | | Review email correspondence from Cindy Yates to Grace Accounts Payable; review WRGrace payment spreadsheet for amounts due to Scarfone Hawkins for their fee applications. | 0.30 | 195.00 | 58.50 |

| 9/10/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:3 |
|---|---|---|---|---|---|---|
| 08/08/2013 | KEH | | E-mail correspondence from Grace Accounts Payable transmitting Remittance Advice for The Hogan Firm's November 2012 Holdback; review same and revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.20 | 195.00 | 39.00 |
| 08/09/2013 | GP | | Calculated project codes for The Hogan Firm's June time statement. | 1.00 | 195.00 | 195.00 |
| 08/09/2013 | GP | | Calculated project codes on Lauzon Belanger Lesperance's June time statement. | 0.30 | 195.00 | 58.50 |
| 08/09/2013 | GP | | Calculated project codes on Scarfone Hawkins June time statement. | 0.30 | 195.00 | 58.50 |
| 08/09/2013 | GP | | Drafted the 40th Monthly Fee Application for Lauzon Belanger Lesperance. | 1.30 | 195.00 | 253.50 |
| 08/09/2013 | GP | | Drafted the 40th Monthly Fee Application for Scarfone Hawkins. | 1.30 | 195.00 | 253.50 |
| 08/09/2013 | GP | | Drafted the 40th Monthly Fee Application for The Hogan Firm. | 1.30 | 195.00 | 253.50 |
| 08/12/2013 | GP | | Email correspondence with Careen Hannouche, re: draft of LBL's 40th Monthly Fee Application for review. Receipt of signed Certification. | 0.20 | 195.00 | 39.00 |
| 08/12/2013 | KEH | | E-mail correspondence with Careen Hannouche, re: payment received on 8/2/13, $641.21, was for LBL's March 2013 fee application (80% fees plus expenses).  Please check to see if you have received any of your holdback for the last quarter of 2012.  You are due the following:<br>October $133.95; November $192.64; December $127.31;<br>Total $453.90 | 0.30 | 195.00 | 58.50 |
| 08/12/2013 | KEH | | E-mail correspondence with Cindy Yates - confirmation that ours, Scarfone Hawkins and WRGrace's numbers are the same for SH. | 0.10 | 195.00 | 19.50 |
| 08/12/2013 | GP | | Email correspondence with Cindy Yates transmitting SH's 40th Monthly Fee Application for review. | 0.20 | 195.00 | 39.00 |
| 08/12/2013 | DKH | | Received and reviewed Scarfone Hawkins LLP Monthly Fee Statement for July 1, 2013 – July 31, 2013. | 0.40 | 400.00 | 160.00 |
| 08/12/2013 | KEH | | Review various emails regarding Scarfone Hawkins payments due from WRGrace; review WRGrace spreadsheet for amounts due to SH:  $1,615.87 is payment for March, 2013 (80%: $1,390.00 Fees; and $225.87 Expenses); $4,354.73 is for January and February 2013 (80% fees plus expenses); still due to Scarfone Hawkins: October, 2012 holdback $315.75 and December $326.25; Total due $642.00 in holdback for 2012 - E-mail to Cindy Yates, Marisa Guzman and Jason Day with breakdown. | 0.70 | 195.00 | 136.50 |
| 08/12/2013 | DKH | | Reviewed and revised draft of LBL's 40th monthly fee application. | 0.80 | 400.00 | 320.00 |
| 08/12/2013 | DKH | | Reviewed and revised Sh's 40th Monthly fee application. | 0.80 | 400.00 | 320.00 |
| 08/12/2013 | DKH | | Reviewed and revised the Hogan Firm's 40th Monthly Fee Application and signed certification. | 0.90 | 400.00 | 360.00 |
| 08/13/2013 | KEH | | E-mail correspondence from Careen Hannouche re: $438.90 payment received on August 7th; revise WRGrace payment spreadsheet for use with fee applications. | 0.20 | 195.00 | 39.00 |
| 08/13/2013 | KEH | | E-mail correspondence from DEBdb_ECF_Reply@deb.uscourts.gov - review receipt & documents, re: Monthly Application for Compensation (Fortieth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2013 to June 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 9/3/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 08/13/2013 | KEH | | E-mail correspondence to 'Careen Hannouche' re: payment of $438.90 $15.00 short - will show on November since it was short when 80% was paid. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | KEH | | E-mail correspondence to Careen Hannouche, re: payment for the last quarter of 2012?  It should be a payment of $453.90 | 0.10 | 195.00 | 19.50 |

9/10/2013          ZAI/WRG 060124-01          Canadian ZAI Claimants                    Page:4
                                              c/o Lauzon Belanger Lesperance

| Date | Init | Description | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 08/13/2013 | DKH | E-mail correspondence with Careen Hannouche transmitting the signed certification for the 40th Monthly Application. | 0.20 | 400.00 | 80.00 |
| 08/13/2013 | DKH | E-mail correspondence with Cindy Yates transmitting the Certification executed by David Thompson; reviewed same. | 0.30 | 400.00 | 120.00 |
| 08/13/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Fortieth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period June 1, 2013 to June 30, 2013 filed by Canadian ZAI Claimants. Objections due by 9/3/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 08/13/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Fortieth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period June 1, 2013 to June 30, 2013 filed by Canadian ZAI Claimants. Objections due by 9/3/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 08/13/2013 | GP | Email correspondence with Digital Legal transmitting the 40th Monthly Fee Applications for hand delivery. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | Email correspondence with the fee auditor transmitting the 40th Monthly Fee Application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | Email correspondence with the fee auditor transmitting the 40th Monthly Fee Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | Email correspondence with the fee auditor transmitting the 40th Monthly Fee Application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | Email correspondence with the service parties transmitting the 40th Monthly Fee Application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | Email correspondence with the service parties transmitting the 40th Monthly Fee Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | Email correspondence with the service parties transmitting the 40th Monthly Fee Application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 08/13/2013 | GP | Prepared for and filed the 40th Monthly Fee Application for Lauzon Belanger Lesperance. | 0.30 | 195.00 | 58.50 |
| 08/13/2013 | GP | Prepared for and filed the 40th Monthly Fee Application for Scarfone Hawkins. | 0.30 | 195.00 | 58.50 |
| 08/13/2013 | GP | Prepared for and filed the 40th Monthly Fee Application for The Hogan Firm. | 0.30 | 195.00 | 58.50 |
| 08/14/2013 | GP | Drafted the 14th Quarterly Fee Application of Lauzon Belanger Lesperance. | 1.50 | 195.00 | 292.50 |
| 08/14/2013 | GP | Drafted the 14th Quarterly Fee Application of Scarfone Hawkins. | 1.50 | 195.00 | 292.50 |
| 08/14/2013 | GP | Drafted the 14th Quarterly Fee Application of The Hogan Firm. | 1.50 | 195.00 | 292.50 |
| 08/14/2013 | GP | Email correspondence with Careen Hannouche transmitting the 14th Quarterly Fee Application of Lauzon Belanger Lesperance. Receipt of signed Certification. | 0.20 | 195.00 | 39.00 |
| 08/14/2013 | DKH | E-mail correspondence with Careen Hannouche transmitting the signed certification for the LBL 14th Quarterly Application. | 0.20 | 400.00 | 80.00 |
| 08/14/2013 | GP | Email correspondence with Cindy Yates transmitting the 14th Quarterly Fee Application of Scarfone Hawkins. Receipt of signed Certification. | 0.20 | 195.00 | 39.00 |
| 08/14/2013 | DKH | E-mail correspondence with Cindy Yates transmitting the Certification executed by David Thompson. | 0.10 | 400.00 | 40.00 |
| 08/14/2013 | DKH | Reviewed and revised draft Quarterly Fee App for LBL April 2013-June 2013. | 0.90 | 400.00 | 360.00 |
| 08/14/2013 | DKH | Reviewed and revised draft Quarterly Fee App for Scarfone Hawkins for April 2013-June 2013 period. | 0.90 | 400.00 | 360.00 |
| 08/14/2013 | DKH | Reviewed and revised draft Quarterly Fee App for The Hogan Firm for the period of April 2013-June 2013. | 1.00 | 400.00 | 400.00 |
| 08/15/2013 | GP | Drafted and filed Lauzon Belanger Lesperance's 14th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 08/15/2013 | GP | Drafted and filed Scarfone Hawkins's 14th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/15/2013 | GP | Drafted and filed The Hogan Firm's 14th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/15/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov – review receipt/documents, re: Quarterly Application for Compensation (Fourteenth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2013 to June 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 9/5/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Notice # (6) Proposed Form of Order # (7) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 08/15/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov – review receipt/documents, re: Quarterly Application for Compensation (Fourteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period April 1, 2013 to June 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 9/5/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Notice # (6) Proposed Form of Order # (7) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 08/15/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov – reviewed receipt/documents, re: Quarterly Application for Compensation (Fourteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period April 1, 2013 to June 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 9/5/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Notice # (6) Proposed Form of Order # (7) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 08/15/2013 | GP | Email correspondence with Digital Legal transmitting the 14th Quarterly Fee Application Notice of Lauzon Belanger Lesperance for hand delivery. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | Email correspondence with Digital Legal transmitting the 14th Quarterly Fee Application Notice of Scarfone Hawkins for hand delivery. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | Email correspondence with Digital Legal transmitting the 14th Quarterly Fee Application Notice of The Hogan Firm for hand delivery. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | Email correspondence with service parties transmitting the 14th Quarterly Fee Application Notice of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | Email correspondence with service parties transmitting the 14th Quarterly Fee Application Notice of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | Email correspondence with service parties transmitting the 14th Quarterly Fee Application Notice of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | Email correspondence with the fee auditor transmitting the 14th Quarterly Fee Application of Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | Email correspondence with the fee auditor transmitting the 14th Quarterly Fee Application of Scarfone Hawkins. | 0.10 | 195.00 | 19.50 |
| 08/15/2013 | GP | Email correspondence with the fee auditor transmitting the 14th Quarterly Fee Application of The Hogan Firm. | 0.10 | 195.00 | 19.50 |
| 08/23/2013 | GP | Drafted the Certificate of No Objection for Lauzon Belanger Lesperance's 38th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/23/2013 | GP | Drafted the Certificate of No Objection for Scarfone Hawkin's 38th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/23/2013 | GP | Drafted the Certificate of No Objection for The Hogan Firm's 38th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |

| 9/10/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:6 | |
|---|---|---|---|---|---|---|
| 08/23/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Thirty-Eighth Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 08/23/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkins Thirty-Eighth Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 08/23/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Thirty-Eighth Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 08/23/2013 | GP | | Email to Digital Legal transmitting the Certificate of No Objection regarding the 38th Monthly Fee Application of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/23/2013 | GP | | Email to service parties transmitting the Certificate of No Objection regarding the 38th Monthly Fee Application of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/23/2013 | GP | | Prepared for and filed the Certificate of No Objection to Lauzon Belanger Lesperance's 38th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/23/2013 | GP | | Prepared for and filed the Certificate of No Objection to Scarfone Hawkin's 38th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/23/2013 | GP | | Prepared for and filed the Certificate of No Objection to The Hogan Firm's 38th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/23/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Thirty-Eighth Monthly Fee Application as Counsel to the Canadian ZAI Claimants as well as docket for objections. | 0.30 | 400.00 | 120.00 |
| 08/23/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of Scarfone Hawkin's Thirty-Eighth Monthly Fee Application as Counsel to the Canadian ZAI Claimants as well as docket for objections. | 0.30 | 400.00 | 120.00 |
| 08/23/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of The Hogan Firm's Thirty-Eighth Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants as well as docket for objections. | 0.30 | 400.00 | 120.00 |
| 08/26/2013 | GP | | Drafted the Certificate of No Objection for Lauzon Belanger Lesperance's 39th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/26/2013 | GP | | Drafted the Certificate of No Objection for Scarfone Hawkin's 39th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/26/2013 | GP | | Drafted the Certificate of No Objection for The Hogan Firm's 39th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/26/2013 | GP | | Email to Digital Legal transmitting the Certificate of No Objection regarding the 39th Monthly Fee Application of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/26/2013 | GP | | Email to service parties transmitting the Certificate of No Objection regarding the 39th Monthly Fee Application of The Hogan Firm, Scarfone Hawkins, and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 08/26/2013 | GP | | Prepared for and filed the Certificate of No Objection for Lauzon Belanger Lesperance's 39th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/26/2013 | GP | | Prepared for and filed the Certificate of No Objection for Scarfone Hawkin's 39th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |

| 9/10/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:7 | |
|---|---|---|---|---|---|---|
| 08/26/2013 | GP | | Prepared for and filed the Certificate of No Objection for The Hogan Firm's 39th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 08/27/2013 | KEH | | E-mail correspondence from Grace Accounts Payable transmitting Payment Advice for The Hogan Firm's April fee application; review WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 08/27/2013 | GP | | Email correspondence with Careen Hannouche, re: July invoice for Lauzon Belanger Lesperance's 41st fee application. | 0.20 | 195.00 | 39.00 |
| 08/27/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Order (FILED UNDER SEAL) Authorizing, But not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition. | 0.30 | 400.00 | 120.00 |
| 08/27/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 8/29/2013 at 10:00 AM. | 0.30 | 400.00 | 120.00 |
| 08/27/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Amended HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. (related document(s) [31021]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 8/29/2013 at 10:00 AM. | 0.30 | 400.00 | 120.00 |
| 08/27/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Certification of Counsel Regarding Omnibus Hearing Dates. Filed by W.R. Grace & Co., et al. | 0.20 | 400.00 | 80.00 |
| 08/27/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Order (PROTECTIVE) Authorizing the Debtors to File Under Seal Their Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) If Selected as the Winning Bidder, to Consummate a Proposed Acquisition. (related document(s)[30915]) Order Signed on 8/27/2013. | 0.30 | 400.00 | 120.00 |
| 08/28/2013 | KEH | | E-mail correspondence with Cindy Yates, re: today received via wire transfer in the amount of $2,224.46 from Grace in payment of SH's monthly fee application for April, 2013; revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 08/28/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Order Scheduling Omnibus Hearings. | 0.30 | 400.00 | 120.00 |
| 08/29/2013 | KEH | | E-mail correspondence with 'Careen Hannouche', re: status of outstanding payments from WRGrace for LBL's fee applications. | 0.10 | 195.00 | 19.50 |
| 08/30/2013 | KEH | | E-mail correspondence with Grace Accounts Payable, re Remittance Advice for The Hogan Firm's May 2013 fee application; revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| | | | **Total Fees** | 37.80 | | **$9,790.00** |

9/10/2013          ZAI/WRG 060124-01          Canadian ZAI Claimants                    Page:8
                                              c/o Lauzon Belanger Lesperance

**Expenses**

| Date | Description | Amount |
|------|-------------|-------:|
| 08/14/2013 | Digital Legal - 40th Mo Appl Invoice# 75954 | 10.15 |
| 08/14/2013 | Photocopies of 40th Monthly Fee App | 8.00 |
| 08/14/2013 | Postage- 40th Monthly Fee App to Auditor | 4.20 |
| 08/16/2013 | Digital Legal, LLC THF 14th QTR | 842.76 |
| 08/16/2013 | Photocopies of 14th Quarterly to Fee Auditor | 18.00 |
| 08/16/2013 | Postage- 14th Quarterly to Fee Auditor | 8.19 |
| 08/23/2013 | Digital Legal, LLC - 38th Monthly Fee App | 7.75 |
| 08/29/2013 | Digital Legal, LLC - 39th Monthly Fee App | 8.00 |

                        **Total Expenses**                                        **$907.05**


            **TOTAL NEW CHARGES**                                                 **$10,697.05**


            **STATEMENT OF ACCOUNT**
                Prior Balance                                           7,021.30
                Payments                                               -7,021.30
                Current Fees                                            9,790.00
                Current Expenses                                          907.05
            **AMOUNT DUE AND OWING TO DATE**                           **$10,697.05**

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5%
PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

                              **Payments**

| Date | Ref # | Description | Amount |
|------|-------|-------------|-------:|
| 8/13/2013 | 997 2253 | Payment on Account | 7,021.30 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                                          : ss
COUNTY OF NEW CASTLE :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1.      I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2.      The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3.      I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4.      I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.


                                                                    Daniel K. Hogan (DE #2814)


SWORN AND SUBSCRIBED
Before me this _26th_ day of September, 2013.


Notary Public
My Commission Expires: _Feb. 15, 2015_