# EXHIBIT D

## To Quarterly Application

## CERTIFICATION PURSUANT TO
## DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE        :
                         : ss
COUNTY OF NEW CASTLE     :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm (AFirm@), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Representative Counsel, Lauzon Bélanger Lespérance and Scarfone Hawkins LLP, as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing quarterly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 1st day of November, 2013.

_____
Notary Public
My Commission Expires: Feb. 15, 2015