IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |
| _____ | ) | |

**ORDER GRANTING FIFTEENTH QUARTERLY APPLICATION
OF THE HOGAN FIRM FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES
FOR JULY 1, 2013 THROUGH SEPTEMBER 30, 2013**

The Hogan Firm ("Applicant"), counsel to Lauzon Bélanger Lespérance and Scarfone Hawkins LLP ("Representative Counsel"), filed its Fifteenth Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period from July 1, 2013 through September 30, 2013 ("Fifteenth Quarterly Application"). The Court has reviewed the Fifteenth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fifteenth Quarterly Application, and any hearing on the Fifteenth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fifteenth Quarterly Application. Accordingly, it is

ORDERED that the Fifteenth Quarterly Application is GRANTED on an interim basis. Debtors shall pay to The Hogan Firm the sum of $28,434.50 as compensation and $1,049.82 as reimbursement of expenses, for a total of $29,484.32 for services rendered and disbursements incurred by The Hogan Firm for the period July 1, 2013 through September 30, 2013, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____

                                                          Kevin J. Carey
                                                          United States Bankruptcy Judge