EXHIBIT A

**Schedule of Employee Claims**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | |
|---|---|---|---|---|---|---|
| 1 | ANDERSON, W R<br>41 HARROGATE RD<br>HOCKLEY ESSEX, SS55HT<br>UNITED KINGDOM | 01-01139<br>W.R. GRACE & CO. | 2382 | UNKNOWN<br>UNLIQUIDATED | (P) | DEBTORS RECORDS SHOW<br>NO AMOUNT OWED. |
| 2 | BALDWIN, H FURLONG<br>C/O MERCANTILE BANKSHARES CORP<br>TWO HOPKINS PLAZA, STE 801<br>BALTIMORE, MD 21201 | 01-01139<br>W.R. GRACE & CO. | 7248 | UNKNOWN<br>UNLIQUIDATED | (U) | DEBTORS RECORDS SHOW<br>NO AMOUNT OWED. |
| 3 | CAMBRE, RONALD C<br>NEWMONT MINING CORP<br>1700 LINCOLN ST<br>DENVER, CO 80203 | 01-01139<br>W.R. GRACE & CO. | 7256 | UNKNOWN<br>UNLIQUIDATED | (U) | DEBTORS RECORDS SHOW<br>NO AMOUNT OWED. |
| 4 | CHRILLESEN, JAN<br>16 IMPERIAL CRESCENT<br>LAKESIDE GRANGE<br>WEYBRIDGE SURREY, KT139ZE<br>UNITED KINGDOM | 01-01139<br>W.R. GRACE & CO. | 3048 | $1,118,366.32 | (P) | DEBTORS RECORDS SHOW<br>NO AMOUNT OWED. |
| 5 | DALELIO, GINO<br>45 FALKIRK CRES<br>MAPLE, ON L6A2E3<br>CANADA | 01-01139<br>W.R. GRACE & CO. | 14397 | UNKNOWN<br>UNLIQUIDATED | (P) | DEBTORS RECORDS SHOW<br>NO AMOUNT OWED. |
| 6 | DALELIO, GINO<br>45 FALKIRK CRES<br>MAPLE, ON L6A2E3<br>CANADA | 01-01139<br>W.R. GRACE & CO. | 14687 | UNKNOWN<br>UNLIQUIDATED | (P) | DEBTORS RECORDS SHOW<br>NO AMOUNT OWED. |
| 7 | DALELIO, GINO<br>45 FALKIRK CRES<br>MAPLE, ON L6A2E3<br>CANADA | 01-01139<br>W.R. GRACE & CO. | 15130 | UNKNOWN<br>UNLIQUIDATED | (P) | DEBTORS RECORDS SHOW<br>NO AMOUNT OWED. |
| 8 | DALELIO, GINO<br>45 FALKIRK CRES<br>MAPLE, ON L6A2E3<br>CANADA | 01-01139<br>W.R. GRACE & CO. | 15131 | UNKNOWN<br>UNLIQUIDATED | (P) | DEBTORS RECORDS SHOW<br>NO AMOUNT OWED. |
| 9 | DOUGAL, DONALD AND INGRID<br>APARTADO 2039-4050<br>ALAJUELA,<br>COSTA RICA | 01-01139<br>W.R. GRACE & CO. | 15371 | $6,565.34 | (U) | DEBTORS RECORDS SHOW<br>NO AMOUNT OWED. |
| 10 | DOUGAL, DONALD AND INGRID<br>APARTADO 2039-4050<br>ALAJUELA,<br>COSTA RICA | 01-01139<br>W.R. GRACE & CO. | 15372 | $6,565.34 | (U) | DEBTORS RECORDS SHOW<br>NO AMOUNT OWED. |
| 11 | DOUGAL, DONALD R<br>APARTADO 2039-4050<br>ALAJUELA,<br>COSTA RICA | 01-01139<br>W.R. GRACE & CO. | 2192 | $23,000.00 | (S) | DEBTORS RECORDS SHOW<br>NO AMOUNT OWED. |

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | |
|---|---|---|---|---|---|---|
| 12 | DOUGAL, INGRID C<br>APARTADO 2039-4050<br>ALAJUELA,<br>COSTA RICA | 01-01139<br>W.R. GRACE & CO. | 2193 | $11,500.00 | (S) | DEBTORS RECORDS SHOW NO AMOUNT OWED. |
| 13 | GOODMAN, DR ERNEST M<br>AVENUE DU LEMAN 14<br>LAUSANNE, 1005<br>SWITZERLAND | 01-01139<br>W.R. GRACE & CO. | 3168 | UNKNOWN<br>UNLIQUIDATED | (P) | DEBTORS RECORDS SHOW NO AMOUNT OWED. |
| 14 | GOODMAN, DR ERNEST M<br>AVENUE DU LEMAN 14<br>LAUSANNE, 1005<br>SWITZERLAND | 01-01140<br>W.R. GRACE & CO.-CONN. | 3175 | UNKNOWN<br>UNLIQUIDATED | (P) | DEBTORS RECORDS SHOW NO AMOUNT OWED. |
| 15 | GOODMAN, DR ERNEST M<br>AVENUE DU LEMAN 14<br>LAUSANNE, 1005<br>SWITZERLAND | 01-01139<br>W.R. GRACE & CO. | 4538 | UNKNOWN<br>UNLIQUIDATED | (P) | DEBTORS RECORDS SHOW NO AMOUNT OWED. |
| 16 | MURPHY, JOHN J<br>5500 PRESTON RD STE 210<br>DALLAS, TX 75205 | 01-01139<br>W.R. GRACE & CO. | 7257 | UNKNOWN<br>UNLIQUIDATED | (U) | DEBTORS RECORDS SHOW NO AMOUNT OWED. |
| 17 | NORRIS, PAUL J<br>12649 GOLDEN OAK DR<br>ELLICOTT CITY, MD 21042 | 01-01139<br>W.R. GRACE & CO. | 6360 | UNKNOWN<br>UNLIQUIDATED | (U) | DEBTORS RECORDS SHOW NO AMOUNT OWED. |
| 18 | NORRIS, PAUL J<br>12649 GOLDEN OAK DR<br>ELLICOTT CITY, MD 21042 | 01-01140<br>W.R. GRACE & CO.-CONN. | 6361 | UNKNOWN<br>UNLIQUIDATED | (U) | DEBTORS RECORDS SHOW NO AMOUNT OWED. |
| 19 | SOMMERFELT, OLE<br>BJARNE SKAUS VEI 2<br>HOSLE, N0-1362<br>NORWAY | 01-01140<br>W.R. GRACE & CO.-CONN. | 7562 | $77,672.00 | (P) | DEBTORS RECORDS SHOW NO AMOUNT OWED. |
| 20 | THORNTON, JOHN L<br>32 WHITTIER RD<br>PAWTUCKET, RI 02861 | 01-01139<br>W.R. GRACE & CO. | 3251 | UNKNOWN<br>UNLIQUIDATED | (U) | DEBTORS RECORDS SHOW NO AMOUNT OWED. |
| 21 | VANDERSLICE, THOMAS A<br>PO BOX 2072<br>280 GRAND ISLAND DR<br>OSTERVILLE, MA 02655 | 01-01139<br>W.R. GRACE & CO. | 7254 | UNKNOWN<br>UNLIQUIDATED | (U) | DEBTORS RECORDS SHOW NO AMOUNT OWED. |

| | | |
|---|---|---|
| Totals: | $34,500.00 | (S) |
| | $1,196,038.32 | (P) |
| | $13,130.68 | (U) |