**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 11/21/2013; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE SIXTY-SECOND MONTHLY INTERIM
<u>PERIOD FROM OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013</u>**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2013 through October 31, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $5,820.00   [80% of $7,275.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n):   ☒Monthly       ☐Interim       ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
|---|---|---|---|---|---|
| 5/1/2013 | 4/1/2013 to 4/30/2013 | $10,024.00 | $26.50 | Paid | Paid |
| 6/3/2013 | 5/1/2013 to 5/31/2013 | $18,704.00 | $1,289.82 | Paid | Paid |
| 7/1/2013 | 6/1/2013 to 6/30/2013 | $34,980.00 | $3,478.25 | Paid | Paid |
| 8/1/2013 | 7/1/2013 to 7/31/2013 | $11,940.00 | $287.83 | Paid | Paid |
| 9/3/2013 | 8/1/2013 to 8/31/2013 | $8,220.00 | $30.00 | Paid | Paid |
| 10/1/2013 | 9/1/2013 to 9/30/2013 | $11,100.00 | $0.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 28 years, and his billing rate is $750 per hour. In this Application period Mr. Rich billed 9.7 hours,[2] for a total amount billed of $7,275.00, of which 80% is currently sought, in the amount of $5,820.00. No expenses were incurred for this period. The total sought in this Application is $5,820.00.

As stated above, this is the Sixty-Second application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $1,125.00 will be requested in a future application.

//

//

//

//

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 7.4 | $5,550.00 |
| Fee Application Matters | 2.3 | $1,725.00 |
| TOTAL | 9.7 | $7,275.00 |

## EXPENSE SUMMARY

| Description | Expense |
| --- | --- |
|  |  |
| TOTAL | $0.00 |

[*Remainder of this page intentionally blank*]

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

    Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

    I certify that on the 1st day of November, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (October, 2013)

**Client**

Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 10/1/2013 | Prepare, file and serve 61st Monthly Fee Application | 1.5 |
| 10/1/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 10/2/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/3/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 10/4/2013 | Review CNO re the fee Application of Bilzin Sumberg, Counsel to the Official Committee of Asbestos Property Damage Claimants, for the 145th Interim period | 0.1 |
| 10/4/2013 | Review Application for Compensation Bilzin Sumberg, Counsel to the Official Committee of Asbestos Property Damage Claimants, for the 146th Interim period | 0.1 |
| 10/4/2013 | Review CNO re the Forty-Ninth Quarterly Fee Application of Ferry, Joseph & Pearce, local Counsel to the Official Committee of Asbestos Property Damage Claimants | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 10/4/2013 | Review CNO re 147th monthly Fee Application of Ferry, Joseph & Pearce, local counsel to the Official Committee of Asbestos Property Damage Claimants | 0.1 |
| 10/4/2013 | Review 148th Monthly Fee Application of Ferry, Joseph & Pearce, local Counsel to the Official Committee of Asbestos Property Damage Claimants | 0.1 |
| 10/4/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 10/5/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/7/2013 | Review Mandate of Third Circuit in Appeal of Montana | 0.2 |
| 10/7/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/8/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 10/9/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/9/2013 | Review Statement of Ordinary Course Professionals' compensation for 3Q13 | 0.3 |
| 10/10/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/10/2013 | Review withdrawal of Dilworth Paxson LLP as counsel for The Massachusetts Bay Transportation Authority | 0.1 |
| 10/11/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/12/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/14/2013 | Review Fee Auditor Report re Saul Ewing quarterly fee application | 0.1 |
| 10/14/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/15/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 10/16/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/16/2013 | Emails with client re fee applications | 0.1 |
| 10/17/2013 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 10/17/2013 | Prepare, file and serve 61st Monthly Fee Application of the PD FCR and Notice of filing thereof | 0.5 |
| 10/18/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 10/19/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/21/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/21/2013 | Prepare, file and serve CNO for 61st monthly fee application | 0.2 |
| 10/22/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/22/2013 | Review affidavit filed by FCR counsel re 2019 statements | 0.1 |
| 10/23/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/23/2013 | Review CNO for 41st Monthly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |
| 10/23/2013 | Review CNO for 41st Monthly Fee Application of Lauzon Belanger, Canadian ZAI counsel | 0.1 |
| 10/23/2013 | Review CNO for 41st Monthly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 10/24/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/24/2013 | Review CNO for 42nd Monthly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |
| 10/24/2013 | Review CNO for 42nd Monthly Fee Application of Lauzon Belanger, Canadian ZAI counsel | 0.1 |
| 10/24/2013 | Review CNO for 42nd Monthly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 10/24/2013 | Review Report of 49th Quarter Di Minimus Asset Sales | 0.1 |
| 10/24/2013 | Review Report of 49th Quarter Di Minimus Settlements | 0.1 |
| 10/25/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 10/26/2013 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 10/28/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/29/2013 | Review 42nd Monthly Fee Application of Lauzon Belanger Lesperance, Canadian ZAI counsel | 0.1 |
| 10/29/2013 | Review 42nd Monthly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |
| 10/29/2013 | Review 42nd Monthly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 10/29/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 10/30/2013 | Review Debtors' Claim Objection to Ramsey claim | 0.5 |
| 10/30/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/31/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 10/31/2013 | Review Plant Insulation Case decision from Ninth Circuit re possible impact on pending appeals | 1.0 |

Total:   9.7 hours @ $750/hour = $7,275.00

Expenses:   None

Total Fees and Expenses Due:  $7,275.00