# EXHIBIT A

# KRAMER LEVIN NAFTALIS & FRANKEL LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

October 7, 2013

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number: 632254
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES | $112.00 |
| DISBURSEMENTS | 190.52 |
| MATTER TOTAL | $302.52 |

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES | $76.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $76.50 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $4,798.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $4,798.00 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES | $1,008.00 |
| DISBURSEMENTS | 0.00 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| Bank: | Citibank, N.A. |
| | 153 East 53rd Street, 23rd Floor New York, N.Y. 10022 |
| ABA No.: | 021000089 |
| Account Name: | Kramer Levin Naftalis & Frankel LLP Account AR |
| Account No.: | 4979206709 |
| Reference: | Invoice No. 632254 |
| Attention: | Joseph Scotto (212) 559-6338 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2393838.1

| | |
|---|---:|
| MATTER TOTAL | $1,008.00 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES | $425.50 |
| DISBURSEMENTS | 30.00 |
| MATTER TOTAL | $455.50 |
| CLIENT GRAND TOTAL | $6,640.52 |

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001

October 7, 2013
Invoice No. 632254

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/25/13 | KAUP, ANASTASIA N | Review notices of appeal/case termination notices re: appeals of B. Ct. orders re: POCs (.1); T/C and emails w/ D. Blabey re: same (.1). | 0.20 | 112.00 |

**TOTAL HOURS AND FEES**                                                     0.20      $112.00

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 190.52 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**         $190.52

**TOTAL FOR THIS MATTER**         $302.52

KL4 2393838.1

## CREDITOR COMMITTEE

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/05/13 | BLABEY, DAVID E | Email to Committee re appellate update. | 0.10 | 76.50 |
| **TOTAL HOURS AND FEES** | | | **0.10** | **$76.50** |

**TOTAL FOR THIS MATTER**                                        **$76.50**

KL4 2393838.1

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE  
056772-00007

October 7, 2013  
Invoice No. 632254

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/04/13 | KAUP, ANASTASIA N | Review 3d Cir. appeals dockets and article re: status of same, emails w/ P. Bentley, D. Blabey re: same (.1). | 0.10 | 56.00 |
| 09/04/13 | BENTLEY, PHILIP | Discs DB and trade e-mails re 3d cir decisions. | 0.30 | 268.50 |
| 09/04/13 | BLABEY, DAVID E | Reivew third circuit opinion on AMH appeal (1); discuss with P. Bentley (.1) and memo to Committee re same (.4). | 1.50 | 1,147.50 |
| 09/05/13 | BENTLEY, PHILIP | Trade e-mails re Sealed Air discussions. | 0.40 | 358.00 |
| 09/06/13 | BENTLEY, PHILIP | Trade e-mails re Sealed Air issues. | 0.10 | 89.50 |
| 09/09/13 | BENTLEY, PHILIP | Trade e-mails re Sealed Air. | 0.10 | 89.50 |
| 09/09/13 | BLABEY, DAVID E | Exchange emails re Sealed Air claims (.1); review notes re same and discuss with P. Bentley (.2). | 0.30 | 229.50 |
| 09/10/13 | BENTLEY, PHILIP | Conf call w/K&E and Skadden re Sealed Air issues (.2), and follow-up emails re: same (.2). | 0.40 | 358.00 |
| 09/10/13 | BLABEY, DAVID E | Call with Sealed Air and Debtors re claims issues (.2) and email to Client re same (.3). | 0.50 | 382.50 |
| 09/13/13 | BLABEY, DAVID E | Review Lenders' notice of supplemental authority and email to Client re same. | 0.20 | 153.00 |
| 09/15/13 | BENTLEY, PHILIP | Trade e-mails re Lenders' letter to 3d Cir. | 0.20 | 179.00 |
| 09/16/13 | KAUP, ANASTASIA N | Review recent 3d Cir. opinion and letter re: 3d Cir. appeals of lower court decisions re: plan (.3); emails w/ D. Blabey re: same (.1). | 0.40 | 224.00 |
| 09/16/13 | BLABEY, DAVID E | Call with Kirkland re response to Lenders' supplemental authority. | 0.20 | 153.00 |
| 09/16/13 | BENTLEY, PHILIP | Conf call w/K&E and DB, and discs DB and trade e-mails, re ltr to 3d cir. | 0.40 | 358.00 |
| 09/17/13 | BENTLEY, PHILIP | Trade e-mails re 3d cir appeal. | 0.10 | 89.50 |
| 09/18/13 | KAUP, ANASTASIA N | Review letter filed in 3d Cir. appeals case re: 2d Cir. decision weighing on appeal, emails w/ D. Blabey re: same (.1). | 0.10 | 56.00 |
| 09/18/13 | BLABEY, DAVID E | Review new case law re: appeals (.3) and email to Kirkland re same (.2). | 0.50 | 382.50 |
| 09/20/13 | KAUP, ANASTASIA N | Review 3d Cir. dockets re: status of appeals cases (.1). | 0.10 | 56.00 |

KL4 2393838.1

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

October 7, 2013
Invoice No. 632254

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/26/13 | KAUP, ANASTASIA N | Review recent 3d Cir. filings in cases, emails w/ P. Bentley, D. Blabey re: same (.2). | 0.20 | 112.00 |
| 09/30/13 | KAUP, ANASTASIA N | Review 3d Cir. Court of Appeals dockets re: new events and filings to update team (.1). | 0.10 | 56.00 |

**TOTAL HOURS AND FEES**                                                          **6.20**    **$4,798.00**

**TOTAL FOR THIS MATTER**                                   **$4,798.00**

KL4 2393838.1

Kramer Levin Naftalis & Frankel LLP
Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

October 7, 2013
Invoice No. 632254

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/06/13 | KAUP, ANASTASIA N | Review/mark-up monthly fee statement (.2); emails w/ D. Blabey, F. Arias re: same (.1). | 0.30 | 168.00 |
| 09/09/13 | KAUP, ANASTASIA N | Review/revise monthly fee application (.2); T/Cs and emails w/ D. Blabey, B. Becker, F. Arias re: same (.3). | 0.50 | 280.00 |
| 09/12/13 | KAUP, ANASTASIA N | Review/revise monthly fee application (.3); emails w/ D. Blabey, B. Becker re: same (.1). | 0.40 | 224.00 |
| 09/16/13 | KAUP, ANASTASIA N | Review receipts for travel charges to answer question re: same (.2); emails w/ D. Blabey, F. Arias re: same (.1); draft response re: same (.2). | 0.50 | 280.00 |
| 09/30/13 | KAUP, ANASTASIA N | Emails w/ D. Blabey, F. Arias, local counsel re: filing of monthly fee application (.1). | 0.10 | 56.00 |

**TOTAL HOURS AND FEES**  1.80  **$1,008.00**

**TOTAL FOR THIS MATTER**  **$1,008.00**

KL4 2393838.1

Kramer Levin Naftalis & Frankel LLP
Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00019

October 7, 2013
Invoice No. 632254

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/19/13 | KAUP, ANASTASIA N | T/Cs w/ Courtcall to make arrangements for D. Blabey to telephonically attend hearing next week (.2); emails w/ D. Blabey re: same (.2). | 0.40 | 224.00 |
| 09/19/13 | BENTLEY, PHILIP | Trade e-mails re next week's hearing. | 0.10 | 89.50 |
| 09/23/13 | KAUP, ANASTASIA N | Review agenda for upcoming hearing and emails w/ D. Blabey re: preparation for same (.1). | 0.10 | 56.00 |
| 09/24/13 | KAUP, ANASTASIA N | Review amended hearing agenda canceling hearing, emails w/ P. Bentley, D. Blabey re: same (.1). | 0.10 | 56.00 |

**TOTAL HOURS AND FEES**                                    0.70    $425.50

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER FEES | 30.00 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                       $30.00

**TOTAL FOR THIS MATTER**                                       $455.50

KL4 2393838.1