# EXHIBIT B

alp_132r: Matter Detail

Run Date & Time: 10/07/2013 11:41:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE       1

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   5069398
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT

                                                        FEES                     COSTS
         UNBILLED TIME FROM:      09/02/2013             TO:                      190.52
         UNBILLED DISB FROM:                             TO:  09/30/2013

GROSS BILLABLE AMOUNT:              0.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
        THRU DATE:                                           09/30/2013
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

------------------------------------------------------------------------------------------------------------
                    ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

        FEES:                         0.00          UNIDENTIFIED RECEIPTS:       0.00
        DISBURSEMENTS:              190.52          PAID FEE RETAINER:           0.00
        FEE RETAINER:                 0.00          PAID DISB RETAINER:          0.00
        DISB RETAINER:                0.00          TOTAL AVAILABLE FUNDS:       0.00
        TOTAL OUTSTANDING:          190.52          TRUST BALANCE:

                                                BILLING HISTORY

        DATE OF LAST BILL:        09/09/13      LAST PAYMENT DATE:        10/04/13
        LAST BILL NUMBER:         620031  ACTUAL FEES BILLED TO DATE:   375,538.00
                                          ON ACCOUNT FEES BILLED TO DATE:      0.00
                                          TOTAL FEES BILLED TO DATE:    375,538.00
        LAST BILL THRU DATE:      08/31/13      FEES WRITTEN OFF TO DATE:  85,991.00
                                                COSTS WRITTEN OFF TO DATE: 24,521.28

Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding       (10) Client Arrangement

FOR ACCT'G USE ONLY:

BILL NUMBER: _____ DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    2
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/07/2013 11:41:06

Matter No: 056772-00001                                                                   Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    5069398
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                           Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                         Supv Prtnr : MAYER THOMAS MOERS - 03976  Status       : ACTIVE
Matter Opened : 07/27/2001

U N B I L L E D   C O S T S   S U M M A R Y  --------- Total Unbilled ---------
Code  Description                            Oldest      Latest        Total
                                             Entry       Entry         Amount
----  -----------                            -------     -------      --------
0917  WESTLAW ON-LINE RESEARCH               09/02/13    09/30/13       190.52

               Total                                                   190.52


U N B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee            Date        Amount       Index#    Batch No  Batch Date
---------------                              --------            ----        ------       ------    --------  ----------
WESTLAW ON-LINE RESEARCH 0917
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/02/13      5.07        9997963   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/03/13      5.07        9997964   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/04/13      5.07        9997965   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/05/13      5.07        9997966   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/06/13      5.07        9997967   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/09/13      5.07        9997968   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/10/13      5.07        9997969   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/11/13      5.07        9997970   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/12/13      5.07        9997971   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/13/13      5.07        9997972   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/16/13      5.07        9997973   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/16/13     84.05        9997974   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/17/13      5.07        9997975   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/18/13      5.07        9997976   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/15/13      5.07        9997977   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/20/13      5.07        9997978   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/23/13      5.07        9997979   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/24/13      5.07        9997980   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/25/13      5.07        9997981   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/26/13      5.07        9997982   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/27/13      5.07        9997983   1461138   10/01/13
   WESTLAW ON-LINE RESE                      BLABEY, D E         09/30/13      5.07        9997984   1461138   10/01/13
                                             0917 WESTLAW ON-LINE RESE Total :  190.52


                       Costs Total :                                          190.52
```

*PRIVILEGED AND CONFIDENTIAL*

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    3

Run Date & Time: 10/07/2013 11:41:06

Matter No: 056772-00001                         Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    5069398
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE
```

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------------------|--------|------|-----------|-------------|----------|---------------|
| 0917 WESTLAW ON-LINE RESEARCH | 190.52 | | | | | |
| Costs Total : | 190.52 | | | | | |

sip_132r: Matter Detail

Run Date & Time: 10/07/2013 11:41:06

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    5069398
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                   TO:
UNBILLED DISB FROM:  08/01/2013       TO:  08/01/2013

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 30.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 08/01/2013 |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

| FEES: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| DISBURSEMENTS: | 30.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 30.00 | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 09/09/13 | LAST PAYMENT DATE: | 10/01/13 |
|---|---|---|---|
| LAST BILL NUMBER: | 630301 | ACTUAL FEES BILLED TO DATE: | 483,993.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 483,993.50 |
| LAST BILL THRU DATE: | 08/31/13 | FEES WRITTEN OFF TO DATE: | 13,169.18 |
| | | COSTS WRITTEN OFF TO DATE: | 2,020.63 |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development        (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____

alp_112r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Run Date & Time: 10/07/2013 11:41:06

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    5069398
Bill Frequency: M

Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ---------- Total Unbilled ----------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0990 | OTHER FEES  | 08/01/13     | 09/01/13     | 30.00        |
|      | Total       |              |              | 30.00        |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| OTHER FEES 0990 |  |  |  |  |  |  |
| AMERICAN EXPRESS |  |  |  |  |  |  |
| AMERICAN EXPRESS 8/1/13- Court Call | BENTLEY, P | 08/01/13 | 30.00 | 9986172 | 1453799 | 09/13/13 |
| | 0990 OTHER FEES Total : | | 30.00 | | | |
| | Costs Total : | | 30.00 | | | |

alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                           PAGE    6
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/07/2013 11:41:06

Matter No: 056772-00019                           Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    5069398
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount       Bill       W/o / W/u        Transfer  To   Clnt/Mtr    Carry Forward
------------------------      -----------  ---------- ---------------  ---------------------------------  ----------------

0990 OTHER FEES                 30.00      _____ _____  _____  _____


          Costs Total :        30.00      _____ _____  _____  _____