**Exhibit "A"**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Ph:(302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                                            September 1-September 30, 2013

Inv   #:          48886

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 3.70 | 1,244.00 |
| B17 | Committee, Creditors', Noteholders' or Equity | 0.90 | 342.00 |
| B18 | Fee Applications, Others - | 2.80 | 562.00 |
| B25 | Fee Applications, Applicant - | 2.90 | 513.00 |
| B36 | Plan and Disclosure Statement - | 4.90 | 1,862.00 |
| B37 | Hearings - | 0.20 | 76.00 |
| | **Total** | **15.40** | **$4,599.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 1.80 | 558.00 |
| Theodore J. Tacconelli | 380.00 | 8.70 | 3,306.00 |
| Legal Assistant - KC | 150.00 | 4.70 | 705.00 |
| Legal Assistant - PR | 150.00 | 0.20 | 30.00 |
| **Total** | | **15.40** | **$4,599.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                 **$864.78**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-02-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Sep-03-13 | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's May 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Others* -   Prepare certificate of objection to Bilzin's June 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* -   Prepare certificate of no objection to May 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to June 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| Sep-04-13 | *Case Administration* - Confer with T. Tacconelli re: 3rd circuit opinion and appeal | 0.10 | LLC |
| | *Case Administration* - Follow up confer with T. Tacconelli re: additional 3rd circuit opinions entered in various appeals and issues related to same | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review July 2013 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Final Report re: Bilizin 48 Interim Period Quarterly Fee App | 0.10 | TJT |
| | *Case Administration* - Confer with LLC re: status of appeals and related issues | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - review correspondence from S. Baena re: opinions issued today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo and S. Baena re: opinions issued today | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Start review of Anderson Memorial Hospital appeal Opinion | 0.40 | TJT |
| | *Fee Applications, Applicant* - Revisions to July 2013 invoice | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft July 2013 monthly fee application, to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* -   Finalize July 2013 invoice as exhibit "A" to July monthly fee app | 0.30 | KC |
| Sep-05-13 | *Plan and Disclosure Statement* -   Continue review of Anderson Memorial Hospital appeal Opinion | 0.70 | TJT |
| | *Fee Applications, Applicant* - Consult with P.Rooney re: filing of July 2013 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Service of July 2013 fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare July 2013 fee application for efiling, efile same | 0.20 | PR |
| Sep-06-13 | *Case Administration* - E-mail from B. Ruhlander re: fee auditor's combined report for 48th interim period | 0.10 | LLC |
| | *Case Administration* - Trade emails with KC re: status of Bilzin and Ferry, Joseph & Pearce quarterly fee applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review efiling notice for Bilzin 48th quarterly fee app and forward to KC | 0.10 | LLC |
| | *Case Administration* -   Review correspondence from B. Ruhlander re: Fee Auditor's combined Final Report re: 48th Interim Period | 0.10 | TJT |
| | *Case Administration* -   Review Fee Auditor's combined Final report re: 48th Interim Period | 0.10 | TJT |
| Sep-07-13 | *Plan and Disclosure Statement* - Start review of Opinion re: Montana/Queen appeal | 0.60 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Sep-09-13 | *Case Administration* - E-mail from B. Ruhlander re: corrected fee auditor's report for 48th interim period | 0.10 | LLC |
| | *Case Administration* -   Memo from TJT re: 48th quarterly fee auditor's report, review, respond to same | 0.20 | KC |
| | *Fee Applications, Others* - E-mail from L. Flores re: Bilzin July 2013 fee app; download attachments of same | 0.20 | KC |
| | *Fee Applications, Others* - Revisions to notice of Bilzin's July 2013 fee app, preparation of cos of same; to LLC for review | 0.10 | KC |
| Sep-10-13 | *Case Administration* - Confer with KC re: status of case | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Sumberg July 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Sumberg 49th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 49th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* -   Prepare Bilzin's 49th Quarterly fee app for efilng, efile same | 0.30 | KC |
| | *Fee Applications, Others* - Service of Bilzin's 49th Quarterly fee application and coordinate service of notice of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare 49th Quarterly fee application for efilng, efile same | 0.30 | KC |
| | *Fee Applications, Applicant* - Service of 49th Quarterly fee application and coordinate service of notice of same | 0.30 | KC |
| Sep-11-13 | *Case Administration* - Review Certificate of Counsel filed by counsel for PI FCR | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin July 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| Sep-13-13 | *Plan and Disclosure Statement* - Continue reviewing Montana/Queen Appeal Opinion | 1.30 | TJT |
| Sep-14-13 | *Case Administration* - Review four miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for and teleconference with Committee Member re: 3rd Circuit Opinions on appeals and status | 0.80 | TJT |
| Sep-17-13 | *Plan and Disclosure Statement* - Review letter from counsel for BLG to clerk re: supplemental authority | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BLG supplemental authority | 0.80 | TJT |
| Sep-18-13 | *Plan and Disclosure Statement* - Review Debtor's letter to clerk re: supplemental authority by BLG and review cited cases | 0.70 | TJT |
| Sep-19-13 | *Case Administration* - Review Certification of Counsel filed by Debtors re: proposed Order re: 48th Interim Period Quarterly Fees | 0.10 | TJT |
| | *Case Administration* -   Review Certification of Counsel filed by Debtors re: 48th Interim Period Project Category Summary | 0.10 | TJT |
| | *Plan and Disclosure Statement* -   Review Montana/Queen Motion to Extend Time to File Petition for Rehearing | 0.10 | TJT |
| Sep-21-13 | *Case Administration* -   Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Sep-23-13 | *Case Administration* -   Review four miscellaneous Certificate of No Objection filed by Debtors | 0.10 | TJT |
| | *Hearings* -   Review Agenda for 9/25 hearing | 0.10 | TJT |
| Sep-24-13 | *Case Administration* - Review order approving 48th quarterly fee apps and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review amended agenda re: cancellation of 9-25-2013 hearing | 0.10 | LLC |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration -* Review Order granting 48th Interim Period Fee Apps | 0.10 | TJT |
|  | Hearings - Review Amended Agenda for 9/25 hearing | 0.10 | TJT |
| Sep-25-13 | *Case Administration -* Review notice of oral order re: dismissal of Appeal No. 09-382 and review docket in appeal 09-382 | 0.20 | TJT |
|  | *Case Administration -* Review notice of oral order re: dismissal of Appeal No. 09-419 and review docket in appeal 09-419 | 0.20 | TJT |
|  | *Case Administration -* Review notice of oral order re: dismissal of Appeal No. 09-421 and review docket in appeal 09-421 | 0.20 | TJT |
|  | *Case Administration -* Review notice of oral order re: dismissal of Appeal No. 10-611 and review docket in appeal 10-611 | 0.20 | TJT |
| Sep-26-13 | *Fee Applications, Applicant* -Draft and review prebill for August 2013 fee application; to TJT for review | 0.10 | KC |
| Sep-27-13 | *Fee Applications, Others* - Confer with KC re: status of Bilzin 49th quarterly fee app | 0.10 | LLC |
|  | *Case Administration -* Review Notice of Withdrawal of Appearance by counsel for Garlock | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce August prebill | 0.20 | TJT |
| Sep-28-13 | *Case Administration -* Review three miscellaneous Certificate of No Objection filed by Debtors | 0.10 | TJT |
| Sep-30-13 | *Case Administration -* Review notice of withdrawal from service list and forward same to KC | 0.10 | LLC |
|  | Fee Applications, Others - Confer with TJT re: Bilzin 49th Quarterly fee application | 0.10 | LLC |
|  | *Fee Applications, Others* - Review e-mail from and respond to J. Sakalo re: Bilzin 49th Quarterly fee application | 0.10 | LLC |
|  | *Fee Applications, Others -* Correspondence with J. Sakalo re: Bilzin 49th Interim Period Quarterly Fee App. | 0.10 | TJT |
|  | *Fee Applications, Others -* Confer with LLC re: Bilzin 49th Interim Period Quarterly Fee App. | 0.10 | TJT |
|  | *Case Administration -* Memo from T. Tacconelli re: case status, research and respond to same | 0.20 | KC |
|  | *Fee Applications, Others -* Emails from J. Sakalo, T. Tacconelli, LLC re: Bilzin's 49th Quarterly fee application | 0.10 | KC |
|  | *Fee Applications, Others -* E-mail from L. Flores re: Bilzin August 2013 monthly fee application, download documents to file | 0.10 | KC |
|  | Totals | 15.40 |  |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Sep-03-13 | Photocopy Cost | 9.60 |
| | Cost Advance - postage 7 @. $46 | 3.22 |
| | Cost Advance - Court Call - hearing on 8/1/13 | 30.00 |
| Sep-05-13 | Photocopy Cost | 4.60 |
| Sep-09-13 | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.70 |
| Sep-10-13 | Photocopy Cost | 22.50 |
| | Cost Advance - postage | 3.30 |

| Invoice #: | 48886 | Page 5 | September 1-30, 2013 |

| | | | |
|---|---|---|---:|
| Sep-30-13 | Cost Advance - | Digital Legal - copies/service (Inv #76595) | 789.16 |
| | Totals | | $864.78 |
| | **Total Fees & Disbursements** | | **$5,463.78** |