

October 21, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   243066

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH September 30, 2013

**CLIENT SUMMARY**

**BALANCE AS OF- 09/30/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $368.00 | $152.60 | $520.60 |
| **.15543 -** 07 - Applicant's Fee Application | $245.00 | $0.00 | $245.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $4,218.50 | $0.00 | $4,218.50 |
| *Client Total* | **$4,831.50** | **$152.60** | **$4,984.10** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593   www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 2.70 | $725.00 | $1,957.50 |
| Sakalo, Jay M | 3.70 | $575.00 | $2,127.50 |
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Donaire, Gloria | 1.60 | $230.00 | $368.00 |
| Flores, Luisa M | 1.00 | $245.00 | $245.00 |
| | | **TOTAL PROFESSIONAL FEES THIS PERIOD** | ***$4,831.50*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone-Outside Services | $150.00 |
| Copies | $2.60 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$152.60*** |

| **TOTAL BALANCE DUE THIS PERIOD** | **$4,984.10** |
|---|---|

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/09/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/10/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/11/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/12/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/13/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/16/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/17/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/18/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/19/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/20/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/23/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/24/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/25/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/26/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/27/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/30/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES** $368.00

**COSTS ADVANCED**

| | | |
|---|---|---:|
| 08/13/13 | Long Distance Telephone-Outside Services COURT CALL #5739751 - VENDOR: DINERS CLUB; INVOICE#: 2013-AUGUST; DATE: 8/23/2013  -  Acct. # | 30.00 |
| 08/13/13 | Long Distance Telephone-Outside Services COURT CALL #5739874 - VENDOR: DINERS CLUB; INVOICE#: 2013-AUGUST; DATE: 8/23/2013  -  Acct. # | 30.00 |
| 08/13/13 | Long Distance Telephone-Outside Services COURT CALL #5741075 - VENDOR: DINERS CLUB; INVOICE#: 2013-AUGUST; DATE: 8/23/2013  -  Acct. # | 30.00 |
| 08/13/13 | Long Distance Telephone-Outside Services COURT CALL #5741083 - VENDOR: DINERS CLUB; INVOICE#: 2013-AUGUST; DATE: 8/23/2013  -  Acct. # | 30.00 |
| 08/13/13 | Long Distance Telephone-Outside Services COURT CALL #5747136 - VENDOR: DINERS CLUB; INVOICE#: 2013-AUGUST; DATE: 8/23/2013  -  Acct. # | 30.00 |
| 09/03/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/03/13 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/04/13 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/04/13 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/27/13 | Copies 8 pgs @ 0.10/pg | 0.80 |

**TOTAL COSTS ADVANCED** $152.60

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Donaire, Gloria | 1.60 | $230.00 | $368.00 |
| *TOTAL* | *1.60* | | *$368.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---:|
| Long Distance Telephone-Outside Services | $150.00 |
| Copies | $2.60 |
| *TOTAL* | *$152.60* |

**CURRENT BALANCE DUE THIS MATTER** $520.60



Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 09/09/13 | LMF | 0.40 | 98.00 | Attend to monthly fees and costs for month of July 2013, prepare summary and notice and submit to local counsel for filing. |
| 09/30/13 | LMF | 0.60 | 147.00 | Attend to notice and summary for August 2013 monthly fee statement and send to local counsel for filing. |

**PROFESSIONAL SERVICES** $245.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 1.00 | $245.00 | $245.00 |
| *TOTAL* | *1.00* | | *$245.00* |

**CURRENT BALANCE DUE THIS MATTER** $245.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/04/13 | SLB | 1.90 | 1,377.50 | Attention to opinions of Third Circuit on Anderson and Montana appeals and memo to Committee regarding same. |
| 09/04/13 | JMS | 2.20 | 1,265.00 | Review 3rd Circuit opinions on Anderson appeal and Canada/Montana appeals (1.7); discuss same with S. Baena and emails with Committee thereon (.5). |
| 09/04/13 | JIS | 0.30 | 133.50 | Email memorandum from S. Baena regarding Third Circuit opinions on Anderson, Crown, and Montana, remaining appeal, and related matters; brief review of opinions |
| 09/05/13 | SLB | 0.80 | 580.00 | Telephone conference with M. Dies regarding 3rd Circuit opinions in plan appeals. |
| 09/06/13 | JMS | 0.90 | 517.50 | Review status of Garlock's motion for rehearing en banc and update committee regarding same (.4); follow up emails with M. Dies thereon (.5). |
| 09/16/13 | JMS | 0.20 | 115.00 | Review mandate in respect of Garlock appeal. |
| 09/30/13 | JMS | 0.40 | 230.00 | Review Grace's response to notice of supplemental authority regarding AMR case and email to committee regarding same. |

**PROFESSIONAL SERVICES** $4,218.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.70 | $725.00 | $1,957.50 |
| Sakalo, Jay M | 3.70 | $575.00 | $2,127.50 |
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| *TOTAL* | *6.70* | | *$4,218.50* |

**CURRENT BALANCE DUE THIS MATTER** $4,218.50