# EXHIBIT A

## (IRIS)

```
                          LAW OFFICES
                    BEVERIDGE & DIAMOND, P.C.
                           SUITE 700
                      1350 I STREET, N.W.
                   WASHINGTON D.C. 20005-3311
                        (202) 789-6000
```

W. R. Grace & Co.                           October 24, 2013
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-015172
7500 Grace Drive                            Invoice # 156706
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 09/30/13 in Connection With:

**IRIS**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 09/05/13 | K. Bourdeau | C300 | 0.50 | Participate in Grace team conference call. |
| 09/06/13 | P. Marks | C300 | 0.40 | Review draft language from consultant and email to L. Duff and H. Feichko re same. |
| 09/09/13 | P. Marks | C300 | 1.50 | Telephone conference with W. Corcoran and J. Flynn re data and gaps in data received and follow-up tasks re same. |
| 09/10/13 | P. Marks | C300 | 1.10 | Conference with J. Lanham and D. Barker re FOIA litigation task assignments and follow-up telephone conference with H. Feichko re same. |
| 09/10/13 | P. Marks | C300 | 0.60 | Prepare proposal for FOIA settlement (together with J. Lanham) for Department of Justice (DOJ) and send draft to consultant for technical input. |
| 09/10/13 | P. Marks | C300 | 1.20 | Telephone conference with J. Flynn and J. Lanham re technical issues concerning FOIA request and data interpretation, and follow-up conference with J. Lanham re tasks. |
| 09/10/13 | P. Marks | C300 | 0.60 | Telephone conference with H. Feichko re summary of developments re FOIA requests. |
| 09/10/13 | D. Barker | C300 | 0.20 | Review and edit email re missing data from "B reader" form. |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE # 156706
                                                               October 24, 2013
                                                               PAGE   2

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 09/10/13 | D. Barker | C300 | 1.00 | Conference with P. Marks and J. Lanham re following up on CDC response and missing data. |
| 09/10/13 | J. Lanham | C300 | 2.50 | Review documents produced by CDC and communications with P. Marks, J. Flynn, and D. Barker re same, and prepare and send email correspondence to A. Schmitt re same. |
| 09/10/13 | J. Lanham | C300 | 2.00 | Review documents from EPA and follow-up re same. |
| 09/11/13 | D. Barker | C300 | 1.10 | Review and edit letter to CDC re data missing and withheld from the FOIA response. |
| 09/11/13 | J. Lanham | C300 | 1.80 | Prepare letter re litigation. |
| 09/12/13 | K. Bourdeau | C300 | 0.80 | Conference call with Grace team. |
| 09/12/13 | P. Marks | C300 | 1.50 | Telephone conference with consultant re FOIA and related data issues and report re same during weekly update call. |
| 09/12/13 | P. Marks | C300 | 0.60 | Prepare edits to letter. |
| 09/12/13 | J. Lanham | C300 | 1.50 | Review documents. |
| 09/13/13 | P. Marks | C300 | 0.30 | Revise letter. |
| 09/13/13 | P. Marks | C300 | 1.80 | Telephone conference with H. Feichko, R. Finke, S. Moolgavkar and J. Lanham re FOIA litigation and developing a compromise to provide to DOJ, associated preparation for call and follow-up review of tasks with J. Lanham. |
| 09/13/13 | J. Lanham | C300 | 2.50 | Review documents produced by EPA in response to FOIA request. |
| 09/13/13 | J. Lanham | C300 | 1.80 | Telephone conference re litigation strategy with P. Marks, S. Moolgavkar, R. Finke, and H. Feichko re ATSDR data and follow-up conference with P. Marks re tasks. |
| 09/16/13 | P. Marks | C300 | 0.60 | Conference with J. Lanham re FOIA negotiations and follow-up telephone conference with J. Lanham and D. Barker. |
| 09/16/13 | P. Marks | C300 | 0.30 | Prepare letter to DOJ and provide edits to J. Lanham. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 156706
                                                             October 24, 2013
                                                             PAGE   3

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 09/16/13 | P. Marks | C300 | 0.60 | Telephone conference with R. Finke re litigation developments, follow-up monitoring of communications and prepare summary email to client team. |
| 09/16/13 | D. Barker | C300 | 2.20 | Conference with J. Lanham and P. Marks re missing and withheld data and request for extension of deadlines, follow-up with A. Schmitt re extension request and data issues and prepare letter re same. |
| 09/16/13 | J. Lanham | C300 | 3.00 | Review documents produced by EPA. |
| 09/16/13 | J. Lanham | C300 | 3.00 | Prepare letter to A. Schmitt re withheld data, conference with P. Marks and D. Barker re same, email communications with A. Schmitt re B reader. |
| 09/17/13 | P. Marks | C300 | 0.70 | Telephone conference with J. Lanham and D. Barker re communications with DOJ and next steps for resolving FOIA case and emails re same. |
| 09/17/13 | P. Marks | C300 | 1.00 | Conference with J. Lanham re EPA FOIA tasks and review of documents. |
| 09/17/13 | D. Barker | C300 | 0.60 | Follow up re data review and questions and approve consent motion for extension of deadlines. |
| 09/17/13 | J. Lanham | C300 | 1.00 | Communications re litigation with D. Barker, P. Marks, and A. Schmitt. |
| 09/17/13 | J. Lanham | C300 | 2.50 | Review documents produced by EPA, conference with P. Marks re same, and email communication to client re same. |
| 09/17/13 | G. Ecolino | L140 | 0.50 | Download and circulate to team defendants' consent motion for extension of time, update pleadings binders with same, review and manage file. |
| 09/18/13 | P. Marks | C300 | 1.40 | Prepare for and conduct telephone conference with H. Feichko, R. Finke and J. Lanham re EPA FOIA request and follow-up negotiations, and follow-up tasks re same and re other data issues. |
| 09/18/13 | J. Lanham | C300 | 7.00 | Review documents produced by EPA, analyze documents and prepare email summary re same, and telephone conference with P. Marks, H. Feichko, and R. Finke re same. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 156706
                                                             October 24, 2013
                                                             PAGE   4

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 09/18/13 | G. Ecolino | L140 | 0.50 | Prepare message to team re minute order granting consent motion for extension of time to file; review and manage file; prepare updated docket request re same. |
| 09/19/13 | K. Bourdeau | C300 | 0.80 | Communications with P. Marks and Grace team re letter and meeting. |
| 09/19/13 | P. Marks | C300 | 0.80 | Team conference call. |
| 09/19/13 | P. Marks | C300 | 0.40 | Telephone conference with J. Flynn and J. Lanham re data. |
| 09/19/13 | P. Marks | C300 | 0.30 | Telephone conference with J. Flynn and W. Corcoran re data. |
| 09/19/13 | P. Marks | C300 | 0.30 | Prepare notes and send email to K. Bourdeau re developments. |
| 09/19/13 | J. Lanham | C300 | 1.00 | Communications re litigation. |
| 09/20/13 | K. Bourdeau | C300 | 0.50 | Review materials and communications with P. Marks re same. |
| 09/20/13 | P. Marks | C300 | 1.30 | Emails and telephone conference with L. Duff and H. Feichko re tasks and preparation for next week's calls and review material re same. |
| 09/20/13 | P. Marks | C300 | 0.30 | Email coordination with K. Bourdeau re strategy. |
| 09/20/13 | P. Marks | C300 | 0.30 | Email to W. Corcoran re efforts to obtain B reader forms. |
| 09/23/13 | P. Marks | C300 | 0.40 | FOIA information evaluation and coordination with consultants. |
| 09/24/13 | P. Marks | C300 | 1.30 | Prepare for and conduct telephone conference with team re EPA communications and follow-up assessment with H. Feichko re same. |
| 09/24/13 | P. Marks | C300 | 0.90 | Telephone conference with consultant and J. Lanham re FOIA data significance and follow-up use re same. |
| 09/24/13 | J. Lanham | C300 | 2.50 | Telephone conference with L. Ross re EPA FOIA Response, telephone conference with P. Marks and S. Moolgavkar re same, and follow-up email to L. Ross. |
| 09/25/13 | K. Bourdeau | C300 | 0.50 | Various e-mail communications re strategy and tasks. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 156706
                                                             October 24, 2013
                                                             PAGE   5

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 09/25/13 | P. Marks | C300 | 0.70 | Prepare correspondence to EPA re FOIA denials. |
| 09/25/13 | P. Marks | C300 | 0.80 | Review new manuscript from EPA. |
| 09/25/13 | P. Marks | C300 | 1.00 | Conference with J. Lanham re FOIA appeal tasks and strategy. |
| 09/25/13 | P. Marks | C300 | 1.10 | Telephone conference with client and consultant re use of data. |
| 09/25/13 | J. Lanham | C300 | 5.00 | Research re FOIA exemptions and telephone conference with P. Marks, S. Moolgavkar, H. Feichko, and R. Finke re EPA FOIA response and claims for withholding documents. |
| 09/26/13 | P. Marks | C300 | 1.00 | Weekly telephone call. |
| 09/26/13 | P. Marks | C300 | 0.50 | Emails with consultant and J. Lanham. |
| 09/26/13 | J. Lanham | C300 | 4.00 | Research and prepare appeal to EPA FOIA request. |
| 09/27/13 | P. Marks | C300 | 1.80 | Evaluate briefing for committee. |
| 09/27/13 | J. Lanham | C300 | 8.00 | Research and prepare appeal to EPA FOIA response. |
| 09/30/13 | P. Marks | C300 | 0.40 | Evaluate new FOIA information and correspondence. |
| 09/30/13 | P. Marks | C300 | 0.40 | Address FOIA issues, including pre-government shutdown discussions. |
| 09/30/13 | D. Barker | C300 | 1.00 | Emails and telephone conference with P. Marks re following up with CDC on request for additional data and CDC's request for a stay in light of potential government shutdown, conference with A. Schmitt re same and review and approve consent motion. |
| 09/30/13 | J. Lanham | C300 | 5.00 | Research and prepare appeal to EPA FOIA Response and telephone conference with L. Ross re same. |
| 09/30/13 | G. Ecolino | L140 | 1.00 | Download and prepare message to team re defendants' consent motion for a stay of deadlines in the event of lapse of appropriations, update pleading binders with same, review and manage electronic file. |

                                            Total Hours :         93.50

BEVERIDGE & DIAMOND, P.C.                                  INVOICE # 156706
                                                           October 24, 2013
                                                           PAGE   6


                                    Total Fees :    $40,565.00

BEVERIDGE & DIAMOND, P.C.                                          INVOICE # 156706
                                                                   October 24, 2013
                                                                   PAGE   7

**Time Summary :**

|               | Hours Worked | Billed Per Hour | Bill Amount |
|---------------|-------------:|----------------:|------------:|
| K. Bourdeau   | 3.10         | $750.00         | $2,325.00   |
| P. Marks      | 28.20        | $545.00         | $15,369.00  |
| D. Barker     | 6.10         | $445.00         | $2,714.50   |
| J. Lanham     | 54.10        | $365.00         | $19,746.50  |
| G. Ecolino    | 2.00         | $205.00         | $410.00     |
|               |              | **Total Fees :** | **$40,565.00** |
|               |              | **10% Discount :** | **(4,056.50)** |
|               |              | **Total Fees Due :** | **$36,508.50** |

**Summary by Task Codes :**

| CODE       | Hours  | Bill Amount |
|------------|-------:|------------:|
| C300       | 91.50  | $40,155.00  |
| Total      | 91.50  | $40,155.00  |
| L100       |        |             |
| L140       | 2.00   | $410.00     |
| Total L100 | 2.00   | $410.00     |
| **Total Fees :** | **93.50** | **$40,565.00** |
| **10% Discount :** |    | **(4,056.50)** |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 156706
                                                             October 24, 2013
                                                             PAGE   8


                            Total Fees Due :                 $36,508.50


**Summary by Disbursement Codes :**

|  |  |  | Bill Amount |
|---|---|---|---:|
| 019 | Process Servers | | $300.00 |
| E105 | Telephone | | $10.40 |
| E111 | Meals | | $22.19 |
| E124 | Other | | $2,300.00 |
| | | Total Disbursements : | $2,632.59 |
| | | **TOTAL DUE :** | **$39,141.09** |