# EXHIBIT B

## (Petition)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044  

October 24, 2013  
Client/Matter #   01246-015504  
Invoice # 156707  
Federal ID# 52-1247549  

For Legal Services Rendered Through 09/30/13 in Connection With:

**Petition**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 09/09/13 | P. Marks | C300 | 2.80 | Prepare petition. |
| 09/15/13 | P. Marks | C100 | 1.00 | Prepare petition. |
| 09/26/13 | P. Marks | C300 | 4.20 | Prepare petition. |
| 09/27/13 | P. Marks | C300 | 2.20 | Prepare petition. |
| 09/28/13 | P. Marks | C300 | 3.90 | Prepare petition. |
| 09/30/13 | P. Marks | C300 | 0.60 | Conference with T. Horch re citation checking and proofing. |
| 09/30/13 | T. Horch | L140 | 5.00 | Review petition for supportive documents and quote check and proof and meet with P. Marks for clarifications. |

Total Hours :        19.70

Total Fees :     $9,036.50

BEVERIDGE & DIAMOND, P.C.
INVOICE # 156707
October 24, 2013
PAGE   2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 14.70 | $545.00 | $8,011.50 |
| T. Horch | 5.00 | $205.00 | $1,025.00 |
| Total Fees : |  |  | $9,036.50 |
| 10% Discount : |  |  | (903.65) |
| Total Fees Due : |  |  | $8,132.85 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C100 | 1.00 | $545.00 |
| C300 | 13.70 | $7,466.50 |
| Total | 14.70 | $8,011.50 |
| L100 |  |  |
| L140 | 5.00 | $1,025.00 |
| Total L100 | 5.00 | $1,025.00 |
| Total Fees : | 19.70 | $9,036.50 |
| 10% Discount : |  | (903.65) |
| Total Fees Due : |  | $8,132.85 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E110 | Out-of-town Travel | ($12.00) |

BEVERIDGE & DIAMOND, P.C.                                                INVOICE # 156707
                                                                         October 24, 2013
                                                                         PAGE   3


                                    Total Disbursements :              ($12.00)

                                           TOTAL DUE :               $8,120.85