# EXHIBIT C

(Curtis Bay Air)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044  

October 24, 2013  
Client/Matter #  01246-015577  
Invoice # 156708  
Federal ID# 52-1247549  

For Legal Services Rendered Through 09/30/13 in Connection With:

**Curtis Bay Air**

| | | | | |
|---|---|---|---|---|
| 09/13/13 | L. McAfee | C300 | 1.50 | Site meeting. |

Total Hours :  1.50

Total Fees :  $802.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156708
October 24, 2013
PAGE   2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 1.50 | $535.00 | $802.50 |
|  | Total Fees : |  | $802.50 |
|  | 10% Discount : |  | (80.25) |
|  | Total Fees Due : |  | $722.25 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.50 | $802.50 |
| Total | 1.50 | $802.50 |
| Total Fees : | 1.50 | $802.50 |
| 10% Discount : |  | (80.25) |
| Total Fees Due : |  | $722.25 |

## Summary by Disbursement Codes :

                                TOTAL DUE :           $722.25