# EXHIBIT D

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

October 24, 2013
Client/Matter #   01246-012629
Invoice # 156710
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/13 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**
**100035**

Disbursements:

| | |
|---|---|
| Copying | 41.30 |
| Postage | 16.67 |

Total Disbursements :          $57.97

TOTAL DUE :          $57.97