# EXHIBIT E

**(General Regulatory/Compliance Issues)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

October 24, 2013  
Client/Matter # 01246-012100  
Invoice # 156705  
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/13 in Connection With:

### General Regulatory/Compliance Issues
### 100042

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 09/10/13 | M. Duvall | C300 | 0.50 | Telephone conference with L. Duff re SNURs. |

Total Hours : 0.50

Total Fees : $287.50

BEVERIDGE & DIAMOND, P.C.                                          INVOICE # 156705
                                                                   October 24, 2013
                                                                   PAGE   2

## Time Summary :

|              | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Duvall    | 0.50         | $575.00         | $287.50     |
|              |              | Total Fees :    | $287.50     |
|              |              | 10% Discount :  | (28.75)     |
|              |              | Total Fees Due :| $258.75     |

## Summary by Task Codes :

| CODE  | Hours | Bill Amount |
|---|---|---|
| C300  | 0.50  | $287.50     |
| Total | 0.50  | $287.50     |
|       | Total Fees :     0.50 | $287.50 |
|       | 10% Discount :        | (28.75) |
|       | Total Fees Due :      | $258.75 |

## Summary by Disbursement Codes :

                                                      **TOTAL DUE :**          $258.75