# EXHIBIT F

(Texas FOIA)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

October 24, 2013  
Client/Matter #  01246-015854  
Invoice # 156709  
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/13 in Connection With:

**Texas FOIA**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 09/04/13 | B. Moore | L190 | 1.50 | Obtain and review files from Texas Commission on Environmental Quality (TCEQ) produced in response to Public Information Act (PIA) request. |
| 09/05/13 | B. Moore | P200 | 0.80 | Review additional files from TCEQ produced in response to PIA request; correspondence to client re same. |
| 09/24/13 | B. Moore | C300 | 0.80 | Research re availability of permit application documents; correspondence with TCEQ re same. |
| 09/25/13 | B. Moore | C300 | 0.50 | Telephone conference with TCEQ re PIA request; correspondence to client re same. |

Total Hours :        3.60

Total Fees :      $1,602.00

BEVERIDGE & DIAMOND, P.C.                                           INVOICE # 156709
                                                                    October 24, 2013
                                                                    PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| B. Moore | 3.60 | $445.00 | $1,602.00 |
|  | **Total Fees :** |  | $1,602.00 |
|  | **10% Discount :** |  | (160.20) |
|  | **Total Fees Due :** |  | $1,441.80 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.30 | $578.50 |
| Total | 1.30 | $578.50 |
| L100 |  |  |
| L190 | 1.50 | $667.50 |
| Total L100 | 1.50 | $667.50 |
| P100 |  |  |
| P200 | 0.80 | $356.00 |
| Total P100 | 0.80 | $356.00 |
|  |  |  |
| **Total Fees :** | 3.60 | $1,602.00 |
| **10% Discount :** |  | (160.20) |

BEVERIDGE & DIAMOND, P.C.                                INVOICE # 156709
                                                         October 24, 2013
                                                         PAGE   3

                        Total Fees Due :              $1,441.80


**Summary by Disbursement Codes :**

|     |                  | Bill Amount |
|-----|------------------|-------------|
| 007 | Express Delivery | $70.27      |

                        Total Disbursements :            $70.27

                                TOTAL DUE :           $1,512.07