UNITED STATES BANKRUPTCY COURT
District of Delaware

In re ) Chapter 11
 )
Wr Grace, ) Case No. 01-01139
 )
 ) (Jointly Administered)
Debtors. )

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Bischof & Klein Gmbh & Co. Kg, a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Bischof & Klein Gmbh & Co. Kg
13807 Village Mille Drive, Ste. 105
Midlothian, VA 23113

New Address
Bischof & Klein Gmbh & Co. Kg c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Dated: Monday, October 28, 2013

Respectfully submitted,

Norbert Beya
Bischof & Klein Gmbh & Co. Kg
13807 Village Mille Drive, Ste. 105
Midlothian, VA 23113