# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF AUGUST 1, 2013 THROUGH AUGUST 31, 2013**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 0.8 | $ 514.40 |
| | | | | | |
| TOTAL | | | | 0.8 | $ 514.40 |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 23.20 |
| | |
| TOTAL | $ 23.20 |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

September 30, 2013
Invoice No.: 525859
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

For Professional Services rendered through August 31, 2013

|  |  |
|---|---:|
| Fees | $514.40 |
| Disbursements | 23.20 |
| **Total Fees and Disbursements** | **$537.60** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON   WASHINGTON   PARIS   FOLEYHOAG.COM

Matter No.: 08743.00101  
Re: Bankruptcy Matters

Invoice No.: 525859  
September 30, 2013  
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|------|-----------|-------|
| 08/07/13 | Jaffe | P230 | Drafting quarterly fee application (.8). | 0.8 |
|  |  |  | **Total Hours** | **0.8** |

Matter No.: 08743.00101  
Re: Bankruptcy Matters

Invoice No.: 525859  
September 30, 2013  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.8 | at | 643.00 | = | 514.40 |
| **Total Fees** | | | | | **$514.40** |

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00101  
Re: Bankruptcy Matters

Invoice No.: 525859  
September 30, 2013  
Page 4

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 08/07/13 | In-House Photocopying | 4.20 |
| 08/08/13 | In-House Photocopying | 4.20 |
| 08/09/13 | In-House Photocopying | 14.80 |
| | **Total Disbursements** | **$23.20** |

| | | |
|---|---|---|
| | **Total Fees** | **$514.40** |
| | **Total Disbursements** | **23.20** |
| | **Total Fees and Disbursements** | **$537.60** |

To ensure proper credit to your account,
please include remittance page with your payment.

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

September 30, 2013
Invoice No.: 525859
Matter No.: 08743.00101

Re:   Bankruptcy Matters

   Total Fees and Disbursements          $537.60

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| Wire Instructions | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account #: 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference
Information:

Client/Matter #: 08743.00101, Invoice #: 525859
Billing Attorney: Seth D. Jaffe
Wire Originator: W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 2.4 | $ 1,543.20 |
| | | | | | |
| TOTAL | | | | 2.4 | $ 1,543.20 |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

September 30, 2013
Invoice No.: 525860
Matter No.: 08743.00102

Re: **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through August 31, 2013

        Fees          $1,543.20

      **Total Fees and Disbursements**     **$1,543.20**

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON WASHINGTON PARIS FOLEYHOAG.COM

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 525860  
September 30, 2013  
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 08/06/13 | Jaffe | P230 | Attention to Covidien bankruptcy claim issues, including reviewing stipulation and related correspondence, and documents related to transfer of claim, and emails with team regarding same (1.3). | 1.3 |
| 08/12/13 | Jaffe | P230 | Attention to negotiations with EPA, including emails with team, reviewing draft email to EPA, and emails with Mr. Feldman regarding same (.8). | 0.8 |
| 08/14/13 | Jaffe | P230 | Emails with Mr. Bucens regarding correspondence with EPA concerning demolition of mill building (.3). | 0.3 |
| | | | **Total Hours** | **2.4** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 525860  
September 30, 2013  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 2.4 | at | 643.00 | = | 1,543.20 |

| | |
|---|---|
| **Total Fees** | **$1,543.20** |

| | |
|---|---|
| **Total Fees** | $1,543.20 |
| **Total Fees and Disbursements** | $1,543.20 |

To ensure proper credit to your account,  
please include remittance page with your payment.



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

September 30, 2013
Invoice No.: 525860
Matter No.: 08743.00102

Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**          **$1,543.20**

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account #: 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference
Information:

Client/Matter #: 08743.00102, Invoice #: 525860
Billing Attorney: Seth D. Jaffe
Wire Originator: W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 7.4 | $ 4,758.20 |
| TOTAL | | | | 7.4 | $ 4,758.20 |

### Expenses

| Description | Total | |
|---|---|---|
| Express Delivery | $ | 11.78 |
| Meals* | $ | 128.70 |
| TOTAL | $ | 140.48 |

*Coffee and lunch for 5 people and afternoon beverages and snacks for 11 people at 7/25/13 Grace/UniFirst Allocation meeting.

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

September 30, 2013
Invoice No.: 525861
Matter No.: 08743.00103

Re:   **Wells G&H Superfund Site**

For Professional Services rendered through August 31, 2013

|  |  |
|---|---:|
| Fees | $4,758.20 |
| Disbursements | 140.48 |
| **Total Fees and Disbursements** | **$4,898.68** |

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 525861  
September 30, 2013  
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|---|---|---|---|---|
| 08/01/13 | Jaffe | P230 | Emails with Mr. Bibler regarding meeting follow-up (.2). | 0.2 |
| 08/13/13 | Jaffe | P230 | Attention to Grace property issues, including emails with Mr. Smith regarding groundwater monitoring results and reviewing results (.5). | 0.5 |
| 08/14/13 | Jaffe | P230 | Emails with Mr. Guswa regarding Grace Property groundwater issues and connection to Central Area (.4). | 0.4 |
| 08/21/13 | Jaffe | P230 | Attention to Central Area allocation, including reviewing documents from Mr. Guswa, emails with team regarding strategy, telephone call with Mr. Bibler, and email to team regarding same (2.7). | 2.7 |
| 08/22/13 | Jaffe | P230 | Attention to Central Area allocation, including reviewing historical documents related to UniFirst responsibility and emails with team regarding same (1.2). | 1.2 |
| 08/23/13 | Jaffe | P230 | Central Area allocation issues, including emails from Mr. Guswa and reviewing documents from Mr. Guswa (1.7). | 1.7 |
| 08/26/13 | Jaffe | P230 | Central area allocation issues, including emails with team and reviewing historical date (.7). | 0.7 |
| | | | **Total Hours** | **7.4** |

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 525861  
September 30, 2013  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 7.4 | at | 643.00 | = | 4,758.20 |
| **Total Fees** | | | | | $4,758.20 |

Matter No.: 08743.00103  
Re: Wells G&H Superfund Site

Invoice No.: 525861  
September 30, 2013  
Page 4

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 08/20/13 | Express Delivery Federal Express Delivery Ship Date: 07/25/2013 Recipient: Jack Guswa JG Environmental Inc BOXBOROUGH, MA | 11.78 |
| 07/31/13 | MEALS - SODEXHO, INC. & AFFLIATES - 07/25/13 WR GRACE | 128.70 |
| | **Total Disbursements** | **$140.48** |
| | Total Fees | $4,758.20 |
| | Total Disbursements | 140.48 |
| | **Total Fees and Disbursements** | **$4,898.68** |

To ensure proper credit to your account,  
please include remittance page with your payment.

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

September 30, 2013
Invoice No.: 525861
Matter No.: 08743.00103

Re: **Wells G&H Superfund Site**

**Total Fees and Disbursements**          $4,898.68

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions** <br> CitiBank, N.A. <br> 666 5th Avenue, Floor 5 <br> New York, NY 10103 | ABA: 221172610 <br> Swift #: CITIUS33 <br> Account #: 1255513785 <br> Beneficiary: Foley Hoag LLP |

Reference
Information:

Client/Matter #: 08743.00103, **Invoice #: 525861**
Billing Attorney: Seth D. Jaffe
Wire Originator: W.R. Grace & Company