**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


W.R. Grace
Wilmington  DE

Page: 1
09/30/2013
ACCOUNT NO:      3000-01D
STATEMENT NO:            108


Asset Analysis and Recovery


PREVIOUS BALANCE                                              $132.60

BALANCE DUE                                                  $132.60


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-02D |
|  | STATEMENT NO:            148 |

Asset Disposition


PREVIOUS BALANCE                                                                          $240.10

BALANCE DUE                                                                                    $240.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                09/30/2013
Wilmington  DE                                        ACCOUNT NO:          3000-03D
                                                      STATEMENT NO:             132

Business Operations

PREVIOUS BALANCE                                                          $1,755.00

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/19/2013 |  |  |  |  |
| | MTH | Review correspondence from JS re update | 0.10 | 39.00 |
| 09/27/2013 |  |  |  |  |
| | MTH | Reviewing correspondence from JS re project lantern update and various materials from Debtors | 0.90 | 351.00 |
| |  | FOR CURRENT SERVICES RENDERED | 1.00 | 390.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.00 | $390.00 | $390.00 |

TOTAL CURRENT WORK                                                           390.00

BALANCE DUE                                                               $2,145.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2013 |
| Wilmington  DE | ACCOUNT NO:    3000-04D |
|  | STATEMENT NO:    148 |

Case Administration

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $1,004.67 |
| 09/12/2013 | Payment - Thank you. (June, 2013 - 80% Fees) | -280.80 |
| | BALANCE DUE | $723.87 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                          |                           |              |
|--------------------------|---------------------------|--------------|
|                          | Page: 1                   |              |
| W.R. Grace               | 09/30/2013                |              |
| Wilmington  DE           | ACCOUNT NO:               | 3000-05D     |
|                          | STATEMENT NO:             | 148          |

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                     $2,321.60

BALANCE DUE                                                          $2,321.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                    09/30/2013
Wilmington  DE                                                        ACCOUNT NO:        3000-06D
                                                                      STATEMENT NO:            148

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                          -$296.10

CREDIT BALANCE                                                                            -$296.10

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-07D |
|  | STATEMENT NO:            148 |

Committee, Creditors, Noteholders, Equity Holders

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $10,889.26 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **09/03/2013** |  |  |  |  |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| **09/04/2013** |  |  |  |  |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | PEM | Review memoranda from counsel re: developments. | 0.10 | 47.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| **09/05/2013** |  |  |  |  |
|  | SMB | Review recently filed pleading and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
| **09/06/2013** |  |  |  |  |
|  | SMB | Review recently filed pleading and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
|  | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
|  | MTH | Review daily memo | 0.10 | 39.00 |
|  | MTH | Prepare weekly recommendation memos; correspondence to Committee re same | 0.50 | 195.00 |
|  | MTH | Review correspondence from EI re Committee correspondence | 0.10 | 39.00 |
|  | MTH | Review correspondence from JS re status | 0.10 | 39.00 |
| **09/07/2013** |  |  |  |  |
|  | PEM | Review latest memorandum from MH re: valuations and updates. | 0.30 | 141.00 |

Page: 2
09/30/2013
ACCOUNT NO:      3000-07D
STATEMENT NO:         148

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **09/08/2013** |  |  |  |  |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **09/09/2013** |  |  |  |  |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.20 | 17.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **09/10/2013** |  |  |  |  |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **09/11/2013** |  |  |  |  |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | PEM | Telephone conference with claimant counsel re: status and developments. | 0.40 | 188.00 |
| | MTH | Various correspondence re creditor inquiry | 0.70 | 273.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **09/12/2013** |  |  |  |  |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Correspondence re analysis from J. Sinclair | 0.10 | 39.00 |
| | MTH | Review correspondence from J. Sinclair re analysis | 0.20 | 78.00 |
| | MTH | Telephone conference with Jimmy Sinclair re status, analysis | 0.20 | 78.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Correspondence re creditor inquiry | 0.20 | 78.00 |
| **09/13/2013** |  |  |  |  |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MTH | Prepare weekly recommendation memo; reviewing correspondence from SMC to Committee re same | 0.50 | 195.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **09/15/2013** |  |  |  |  |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |

W.R. Grace

ACCOUNT NO: 3000-07D
STATEMENT NO: 148

Committee, Creditors, Noteholders, Equity Holders

HOURS

**09/16/2013**

| | | | |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

**09/17/2013**

| | | | |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

**09/18/2013**

| | | | |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

**09/19/2013**

| | | | |
|---|---|---|---|
| MK | Review committee events calendar. | 0.10 | 15.50 |
| DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memo | 0.50 | 195.00 |
| MTH | Review correspondence from SMC to Committee re weekly recommendation memo | 0.10 | 39.00 |

**09/20/2013**

| | | | |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 39.00 |

**09/21/2013**

| | | | |
|---|---|---|---|
| PEM | Review weekly recommendation memo re: pending motions and matters. | 0.10 | 47.00 |

**09/23/2013**

| | | | |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 39.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

**09/24/2013**

| | | | |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |

**09/25/2013**

| | | | |
|---|---|---|---|
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

Page: 4
09/30/2013

W.R. Grace

ACCOUNT NO:     3000-07D
STATEMENT NO:         148

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| MTH | Review daily memo | 0.10 | 39.00 |
| **09/26/2013** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **09/27/2013** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Review correspondence from JS re weekly update | 0.20 | 78.00 |
| **09/28/2013** | | | |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| **09/30/2013** | | | |
| DAC | Review counsel's memo | 0.20 | 104.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review correspondence from SC re daily memo | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memo; reviewing correspondence from SMC to Committee re same | 0.60 | 234.00 |
| | FOR CURRENT SERVICES RENDERED | 12.90 | 3,867.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $520.00 | $416.00 |
| Philip E. Milch | 1.20 | 470.00 | 564.00 |
| Michele Kennedy | 0.30 | 155.00 | 46.50 |
| Santae M. Boyd | 4.40 | 110.00 | 484.00 |
| Mark T. Hurford | 6.00 | 390.00 | 2,340.00 |
| Freddie Koenig-Leuck | 0.20 | 85.00 | 17.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 3,867.50 |

| | | |
|---|---|---|
| 09/12/2013 | Payment - Thank you. (June, 2013 - 80% Fees) | -2,650.80 |

| | | |
|---|---|---|
| BALANCE DUE | | $12,105.96 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                    09/30/2013
Wilmington  DE                                                    ACCOUNT NO:        3000-08D
                                                                 STATEMENT NO:              147

Employee Benefits/Pension

PREVIOUS BALANCE                                                                    -$664.30

CREDIT BALANCE                                                                      -$664.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                        09/30/2013
Wilmington  DE                                    ACCOUNT NO:      3000-10D
                                                  STATEMENT NO:          148

Employment Applications, Others

PREVIOUS BALANCE                                                    $1,802.10

09/12/2013      Payment - Thank you. (June, 2013 - 80% Fees)         -468.00

BALANCE DUE                                                         $1,334.10

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2013
ACCOUNT NO:    3000-11D
STATEMENT NO:    146

Expenses

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $5,450.19 |

| | | |
|---|---|---|
| 09/01/2013 | Pacer charges for the month of August | 35.30 |
| 09/05/2013 | Parcels - copy/service - Certificates of No Objection for June and Fee Applications for July 2013 | 398.00 |
| 09/11/2013 | Parcels - copy/service - Certifications of No Objection | 46.20 |
| 09/19/2013 | Court Call - Peter Lockwood - 8/29/2013 | 58.00 |
| 09/30/2013 | Photocopying for September, 2013 | 17.40 |
| 09/30/2013 | Printing - September 2013 | 79.70 |
| | TOTAL EXPENSES | 634.60 |
| | TOTAL CURRENT WORK | 634.60 |
| 09/12/2013 | Payment - Thank you. (June, 2013 - 100% Expenses) | -579.95 |
| | BALANCE DUE | $5,504.84 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2013 |
| Wilmington  DE | ACCOUNT NO:  3000-12D |
|  | STATEMENT NO:  146 |

Fee Applications, Applicant

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $3,383.80 |

|  |  |  |  | HOURS |  |
|---|---|---|---|---|---|
| **09/03/2013** |  |  |  |  |  |
|  | MTH | Reviewing correspondence from Fee Auditor; review re same and response to same |  | 0.40 | 156.00 |
| **09/05/2013** |  |  |  |  |  |
|  | TS | Review e-mail from DS re: July bill (.1); Prepare C&L July fee application (.3); Finalize and e-file application (.3) |  | 0.70 | 77.00 |
|  | TS | Prepare Certificate of No Objection re: C&L June fee application (.2); Finalize and e-file CNO (.2) |  | 0.40 | 44.00 |
| **09/06/2013** |  |  |  |  |  |
|  | MTH | Reviewing and signing C&L July Monthly Fee Application for filing and service |  | 0.30 | 117.00 |
|  | MTH | Reviewing docket and draft CNO for C&L fee application |  | 0.10 | 39.00 |
| **09/11/2013** |  |  |  |  |  |
|  | MTH | Reviewing docket; reviewing and signing CNO for C&L Interim Fee Application |  | 0.10 | 39.00 |
|  | TS | Prepare Certificate of No Objection re: C&L interim fee application (.2); Finalize and e-file CNO (.2) |  | 0.40 | 44.00 |
| **09/13/2013** |  |  |  |  |  |
|  | TS | Review August pre-bill |  | 0.20 | 22.00 |
|  | MTH | Reviewing pre-bill |  | 0.50 | 195.00 |
|  |  | FOR CURRENT SERVICES RENDERED |  | 3.10 | 733.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.40 | $390.00 | $546.00 |
| Timothy Simpson | 1.70 | 110.00 | 187.00 |

Page: 2

W.R. Grace

09/30/2013

ACCOUNT NO:        3000-12D

STATEMENT NO:              146

Fee Applications, Applicant

TOTAL CURRENT WORK                                                                        733.00

09/12/2013        Payment - Thank you. (June, 2013 - 80% Fees)                    -533.60

BALANCE DUE                                                                          $3,583.20

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 09/30/2013 |
| Wilmington  DE | ACCOUNT NO: | 3000-13D |
|  | STATEMENT NO: | 133 |

Fee Applications, Others

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $14,620.10 |

| | | | HOURS | |
|---|---|---|---|---|
| 09/03/2013 | | | | |
| | MTH | Review correspondence from LE re KayeScholer fee application for June 2013 and July 2013 | 0.10 | 39.00 |
| | MTH | Review correspondence from DF re Orrick Quarterly fee application for January through March | 0.10 | 39.00 |
| | MTH | Review correspondence from DF re service of CNO for Frankel June monthly | 0.10 | 39.00 |
| | MTH | Review correspondence from JBL re Reed Smith fee application for July 2013 | 0.10 | 39.00 |
| | | | | |
| 09/04/2013 | | | | |
| | TS | Organization and management of fee applications; update fee application tracking chart | 0.40 | 44.00 |
| | TS | Review e-mail from GS re: Charter Oak July invoice (.1); Prepare Charter Oak July fee application (.3) | 0.40 | 44.00 |
| | MTH | Review correspondence from GS re revised fee application for Charter Oak | 0.10 | 39.00 |
| | MTH | Multiple correspondence re CNO's to be filed | 0.10 | 39.00 |
| | | | | |
| 09/05/2013 | | | | |
| | TS | Review e-mail from EB re: C&D July fee application (.1); Update C&D July fee application July fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| | TS | Review e-mail from AP re: AK July fee application (.1); Update AK July fee application July fee application (.2); Finalize and e-file application (.3) | 0.60 | 66.00 |
| | TS | Finalize and e-file Charter Oak July application | 0.30 | 33.00 |
| | TS | Prepare Certificate of No Objection re: C&D June fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection re: AK June fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |

Page: 2
09/30/2013
ACCOUNT NO:      3000-13D
STATEMENT NO:         133

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| TS | Prepare Certificate of No Objection re: Charter Oak June fee application (.2); Finalize and e-file CNO (.2) | | 0.40 | 44.00 |
| MTH | Review correspondence from YS re CNO's filed for two PWC fee applications | | 0.10 | 39.00 |
| MTH | Review correspondence from TS re e-mail service of fee applications per Fee Order | | 0.10 | 39.00 |
| **09/06/2013** | | | | |
| TS | Review fee auditor's report re: 48th Interim fee applications | | 0.10 | 11.00 |
| SMB | Review April through June 2013 application of BMC Group (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review January through March 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review July 2013 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review June 2013 application of Kaye Scholer LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review August 2013 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review July 2013 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review July 2013 application of Ferry Joseph & Pearce P.A. (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| MTH | Reviewing Fee Auditor's Combined Report and various correspondence re same with TS and ACC reps. | | 0.40 | 156.00 |
| MTH | Review correspondence from TBB re CNO for Saul Ewing | | 0.10 | 39.00 |
| MTH | Reviewing and signing Charter Oak July Monthly Fee Application for filing and service | | 0.20 | 78.00 |
| MTH | Reviewing and signing Anderson Kill July Monthly Fee Application for filing and service | | 0.20 | 78.00 |
| MTH | Reviewing and signing Caplin & Drysdale July Monthly Fee Application for filing and service | | 0.20 | 78.00 |
| MTH | Review correspondence from TS re e-mail service of fee applications re Fee Order | | 0.10 | 39.00 |
| MTH | Reviewing docket and draft CNO for AKO fee application | | 0.20 | 78.00 |
| MTH | Reviewing docket and draft CNO for Charter Oak fee application | | 0.10 | 39.00 |
| MTH | Reviewing docket and draft CNO for C&D fee application | | 0.10 | 39.00 |
| **09/09/2013** | | | | |
| MTH | Review correspondence from DF re two CNO's filed | | 0.10 | 39.00 |
| **09/10/2013** | | | | |
| MTH | Review correspondence from MS re nine fee applications filed for Baker and Norton | | 0.30 | 117.00 |

Page: 3
W.R. Grace                                                                 09/30/2013
                                                         ACCOUNT NO:      3000-13D
                                                         STATEMENT NO:         133

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **09/11/2013** |  |  |  |  |
|  | MTH | Reviewing docket; reviewing and signing CNO for C&D Interim Fee Application | 0.20 | 78.00 |
|  | MTH | Reviewing docket; reviewing and signing CNO for AKO Interim Fee Application | 0.10 | 39.00 |
|  | MTH | Reviewing docket; reviewing and signing CNO for Charter Oak Interim Fee Application | 0.10 | 39.00 |
|  | TS | Prepare Certificate of No Objection re: C&D interim fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
|  | TS | Prepare Certificate of No Objection re: AKO interim fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
|  | TS | Prepare Certificate of No Objection re: Charter Oak interim fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
|  | MTH | Review correspondence from GP re three CNO's filed for Canadian ZAI counsel | 0.10 | 39.00 |
|  | MTH | Correspondence with DF re fee applications | 0.20 | 78.00 |
|  | MTH | Review correspondence from AP re draft fee Application for AKO | 0.20 | 78.00 |
|  | MTH | Review correspondence from CH re COC fro PG&S fee application | 0.10 | 39.00 |
|  | MTH | Review correspondence from TBB re CNO for Kramer Levin | 0.10 | 39.00 |
| **09/12/2013** |  |  |  |  |
|  | MTH | Review correspondence from GP re three CNO's filed for ZAI counsel | 0.10 | 39.00 |
|  | MTH | Review correspondence from YS re three fee applications filed by PWC | 0.20 | 78.00 |
| **09/13/2013** |  |  |  |  |
|  | SMB | Review July 2013 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2013 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review December 2012 application of Baker Donelson Bearman Caldwell & Berkowitz PC. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review January 2013 application of Baker Donelson Bearman Caldwell & Berkowitz PC. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review February 2013 application of Baker Donelson Bearman Caldwell & Berkowitz PC. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review March 2013 application of Baker Donelson Bearman Caldwell & Berkowitz PC. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review April 2013 application of Baker Donelson Bearman Caldwell & Berkowitz PC. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review May 2013 application of Baker Donelson Bearman Caldwell & Berkowitz PC. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review June 2013 application of Baker Donelson Bearman Caldwell & Berkowitz PC. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
|  | SMB | Review July 2013 application of Baker Donelson Bearman Caldwell & Berkowitz PC. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| SMB | Review July through September 2013 application of Baker Donelson Bearman Caldwell & Berkowitz PC. (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review October through December 2012 application of Baker Donelson Bearman Caldwell & Berkowitz PC. (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review January through March 2013 application of Baker Donelson Bearman Caldwell & Berkowitz PC. (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April through June 2013 application of Baker Donelson Bearman Caldwell & Berkowitz PC. (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review July 2013 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April through June 2013 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review April through June 2013 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review December 2012 through August 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| SMB | Review July 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |
| MTH | Review correspondence from DF re Orrick's quarterly fee application (May through June) | | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Frankel quarterly fee application (May through June) | | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Orrick's quarterly fee application for April through May | | 0.10 | 39.00 |
| MTH | Review correspondence from DF re Lincoln interim fee application for January through March 2013 | | 0.10 | 39.00 |
| MTH | Review correspondence from MS re KayeScholer fee application | | 0.10 | 39.00 |
| 09/17/2013 | | | | |
| MTH | Review correspondence from DP re Pachulski fee application for May 2013 | | 0.10 | 39.00 |
| 09/18/2013 | | | | |
| MTH | Review correspondence from CH re CNO for PG&S fee application | | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re CNO on Kramer Levin fee application | | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re CNO for Saul Ewing fee application | | 0.10 | 39.00 |
| 09/19/2013 | | | | |
| SMB | Review May through June 2013 application of Roger Frankel (.1); update weekly recommendation memorandum (.1) | | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | SMB | Review January through March 2013 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of KayeScholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through May 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May through June 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Reviewing COC re 48th Quarter Project Category Summary | 0.10 | 39.00 |
| | MTH | Review correspondence from MS re July Monthly fee application of Beveridge & Diamond | 0.10 | 39.00 |
| 09/20/2013 | | | | |
| | MTH | Correspondence to and from TS re COC and proposed order re interim fee applications | 0.20 | 78.00 |
| | TS | Review Certificate of Counsel re: order for 48th interim fee applications | 0.20 | 22.00 |
| 09/23/2013 | | | | |
| | MTH | Review correspondence from GP re Lauzon monthly fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from GP re Scarfone monthly fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from GP re Hogan Firm fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from TS to LAS re August fees | 0.10 | 39.00 |
| | MTH | Review correspondence from TS to GS re August fees | 0.10 | 39.00 |
| 09/24/2013 | | | | |
| | MTH | Review correspondence from DR re LAS fees | 0.10 | 39.00 |
| 09/25/2013 | | | | |
| | MTH | Review correspondence from CH re Phillips Goldman fee application for August 2013 | 0.10 | 39.00 |
| 09/26/2013 | | | | |
| | MTH | Review correspondence from DF re Frankel's fee application for August 2013 | 0.10 | 39.00 |
| | MTH | Review correspondence from DF re Orrick's August 2013 fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from DF re Lincoln's fee application for July 2013 | 0.10 | 39.00 |
| | MTH | Review correspondence from DF re Lincoln's fee application for June 2013 | 0.10 | 39.00 |
| | MTH | Review correspondence from DF re Lincoln's May 2013 fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from GP re 42nd Monthly fee application for Lauzon (August 2013) | 0.10 | 39.00 |
| | MTH | Review correspondence from GP re Scarfone Hawkins fee application for August 2013 | 0.10 | 39.00 |
| | MTH | Review correspondence from GP re Hogan Firm re August 2013 fee application | 0.10 | 39.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review correspondence from TBB re Saul Ewing fee application for August 2013 | 0.10 | 39.00 |
| 09/27/2013 | | | | |
| | SMB | Review April through June 2013 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of Roger Frankel (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2013 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2013 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 16-31, 2013 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 1-15, 2013 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2013 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2013 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2013 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2013 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2013 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2013 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 09/30/2013 | | | | |
| | MTH | Review correspondence from D.M. re Stroock fee application for August | 0.10 | 39.00 |
| | MTH | Review correspondence from TBB re Kramer Levin fee application (144th) | 0.10 | 39.00 |
| | MTH | Review correspondence from JBL re Reed Smith fee application for | | |

W.R. Grace

ACCOUNT NO:      3000-13D
STATEMENT NO:            133

Fee Applications, Others

|  | HOURS |  |
|---|---|---|
| August 2013 | 0.10 | 39.00 |
| FOR CURRENT SERVICES RENDERED | 22.20 | 4,514.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 9.80 | $110.00 | $1,078.00 |
| Mark T. Hurford | 7.40 | 390.00 | 2,886.00 |
| Timothy Simpson | 5.00 | 110.00 | 550.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 4,514.00 |

| 09/12/2013 | Payment - Thank you. (June, 2013 - 80% Fees) | -2,108.80 |
|---|---|---|

| | BALANCE DUE | $17,025.30 |
|---|---|---|

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2013
ACCOUNT NO:        3000-14D
STATEMENT NO:              105

Financing

PREVIOUS BALANCE                                                                          $15.60

BALANCE DUE                                                                                  $15.60

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 09/30/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-15D |
| | STATEMENT NO:             148 |

Hearings

|  |  |
|---|---|
| PREVIOUS BALANCE | $7,517.65 |

| | | | HOURS | |
|---|---|---|---|---|
| 09/18/2013 | | | | |
| | MTH | Correspondence re September hearing | 0.10 | 39.00 |
| 09/19/2013 | | | | |
| | MTH | Correspondence with JON and DF re September 25 hearing | 0.10 | 39.00 |
| 09/23/2013 | | | | |
| | MTH | Reviewing Agenda for hearing; reviewing COC and proposed Order re Interim Fee Applications; correspondence to ACC professionals re proposed order and hearing logistics | 0.50 | 195.00 |
| | MTH | Correspondence with DF and JON re hearing | 0.10 | 39.00 |
| 09/24/2013 | | | | |
| | MTH | Reviewing Order entered re Interims; reviewing Amended Agenda and correspondence with ACC counsel re same | 0.30 | 117.00 |
| | MTH | Review correspondence from JON re hearing to be canceled; correspondence to ACC counsel re same | 0.10 | 39.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.20 | 468.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.20 | $390.00 | $468.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 468.00 |

|  |  |  |
|---|---|---|
| 09/12/2013 | Payment - Thank you. (June, 2013 - 80% Fees) | -2,433.60 |

Page: 2

W.R. Grace                                                                    09/30/2013
                                                      ACCOUNT NO:        3000-15D
                                                      STATEMENT NO:            148

Hearings

BALANCE DUE                                                              $5,552.05

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-16D |
|  | STATEMENT NO:             133 |

Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | -$920.20 |

| | | | HOURS | |
|---|---|---|---|---|
| 09/26/2013 | | | | |
| MTH | Review re dismissals of various adversary proceedings | | 0.50 | 195.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.50 | 195.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $390.00 | $195.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 195.00 |

| | |
|---|---|
| CREDIT BALANCE | -$725.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2013 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
|  | STATEMENT NO:         133 |

Plan and Disclosure Statement

| | PREVIOUS BALANCE | | | $6,157.00 |
|---|---|---|---|---|

| | | | HOURS | |
|---|---|---|---|---|
| **09/04/2013** | | | | |
| | DAC | Read Third Circuit decision re: Montana and Canada appeal; e-mails with timing analysis | 1.50 | 780.00 |
| | KCD | Review of Third Circuit opinions; e-mails and discussions with MTH re: same | 1.20 | 468.00 |
| | PEM | Review Third Circuit decisions re: various objectors. | 0.50 | 235.00 |
| | MTH | Reviewing CA3 Opinion re Canada/Montana Appeal | 0.80 | 312.00 |
| | MTH | Reviewing CA3 Opinion re Anderson Memorial Appeal | 0.90 | 351.00 |
| | MTH | Correspondence re CA3 costs | 0.10 | 39.00 |
| **09/05/2013** | | | | |
| | MTH | Reviewing CA3's Order denying Garlock's Motion for Rehearing and related correspondence | 0.20 | 78.00 |
| **09/09/2013** | | | | |
| | MTH | Correspondence with JON and DF re AMH opinion | 0.20 | 78.00 |
| | MTH | Telephone conference with MK and correspondence re same | 0.20 | 78.00 |
| **09/11/2013** | | | | |
| | MTH | Correspondence to and from EB re recent decisions | 0.20 | 78.00 |
| **09/13/2013** | | | | |
| | MTH | Reviewing correspondence to CA3 from Bank Lenders re supplemental authority; reviewing additional CA3 and District Court filings re Confirmation Appeals | 1.40 | 546.00 |
| **09/16/2013** | | | | |
| | MTH | Various correspondence to letter to CA3 re supplemental authority; reviewing as-filed version of same | 0.40 | 156.00 |

Page: 2
09/30/2013

W.R. Grace

ACCOUNT NO:   3000-17D
STATEMENT NO:      133

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/19/2013 |  |  |  |  |
|  | MTH | Reviewing Montana's Motion to extend time to request rehearing and correspondence to PVNL and EI re same | 0.20 | 78.00 |
|  | MTH | Review correspondence from JS re weekly update | 0.20 | 78.00 |
| 09/25/2013 |  |  |  |  |
|  | MTH | Reviewing Order granting Motion of Montana for extension of time to file Motion to Reconsider | 0.10 | 39.00 |
| 09/26/2013 |  |  |  |  |
|  | MTH | Reviewing various filings re Confirmation Appeals from CA3 and District Court | 0.40 | 156.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 8.50 | 3,550.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.50 | $520.00 | $780.00 |
| Philip E. Milch | 0.50 | 470.00 | 235.00 |
| Mark T. Hurford | 5.30 | 390.00 | 2,067.00 |
| Kathleen Campbell Davis | 1.20 | 390.00 | 468.00 |

|  |  |  |
|---|---|---|
| TOTAL CURRENT WORK |  | 3,550.00 |
| 09/12/2013 | Payment - Thank you. (June, 2013 - 80% Fees) | -998.40 |
| BALANCE DUE |  | $8,708.60 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-18D |
|  | STATEMENT NO:             133 |

Relief from Stay Proceedings


PREVIOUS BALANCE                                                         -$257.70


CREDIT BALANCE                                                          -$257.70


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2013 |
| Wilmington  DE | ACCOUNT NO:     3000-20D |
|  | STATEMENT NO:             132 |

Tax Litigation

|  |  |
|---|---|
| PREVIOUS BALANCE | $468.80 |
| BALANCE DUE | $468.80 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2013
ACCOUNT NO:      3000-21D
STATEMENT NO:           124

Travel-Non-Working

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $386.00 |
| 09/12/2013 | Payment - Thank you. (June, 2013 - 80% Fees) | -312.00 |
| | BALANCE DUE | $74.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                  09/30/2013
Wilmington  DE                                  ACCOUNT NO:        3000-22D
                                                STATEMENT NO:            137

Valuation

PREVIOUS BALANCE                                              $1,185.00

BALANCE DUE                                                   $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-23D |
|  | STATEMENT NO:            137 |

ZAI Science Trial

| | |
|---|---|
| PREVIOUS BALANCE | $1,203.30 |
| BALANCE DUE | $1,203.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                      09/30/2013
Wilmington  DE                                      ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 132.60 | 0.00 | 0.00 | 0.00 | 0.00 | $132.60 |
| 3000-02 Asset Disposition | | | | | |
| 240.10 | 0.00 | 0.00 | 0.00 | 0.00 | $240.10 |
| 3000-03 Business Operations | | | | | |
| 1,755.00 | 390.00 | 0.00 | 0.00 | 0.00 | $2,145.00 |
| 3000-04 Case Administration | | | | | |
| 1,004.67 | 0.00 | 0.00 | 0.00 | -280.80 | $723.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -296.10 | 0.00 | 0.00 | 0.00 | 0.00 | -$296.10 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 10,889.26 | 3,867.50 | 0.00 | 0.00 | -2,650.80 | $12,105.96 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -664.30 | 0.00 | 0.00 | 0.00 | 0.00 | -$664.30 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,802.10 | 0.00 | 0.00 | 0.00 | -468.00 | $1,334.10 |
| 3000-11 Expenses | | | | | |
| 5,450.19 | 0.00 | 634.60 | 0.00 | -579.95 | $5,504.84 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,383.80 | 733.00 | 0.00 | 0.00 | -533.60 | $3,583.20 |
| 3000-13 Fee Applications, Others | | | | | |
| 14,620.10 | 4,514.00 | 0.00 | 0.00 | -2,108.80 | $17,025.30 |
| 3000-14 Financing | | | | | |
| 15.60 | 0.00 | 0.00 | 0.00 | 0.00 | $15.60 |
| 3000-15 Hearings | | | | | |
| 7,517.65 | 468.00 | 0.00 | 0.00 | -2,433.60 | $5,552.05 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -920.20 | 195.00 | 0.00 | 0.00 | 0.00 | -$725.20 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 6,157.00 | 3,550.00 | 0.00 | 0.00 | -998.40 | $8,708.60 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 386.00 | 0.00 | 0.00 | 0.00 | -312.00 | $74.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 56,394.47 | 13,717.50 | 634.60 | 0.00 | -10,365.95 | $60,380.62 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.