Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2013 through September 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 03-Sep-13 | BR | Review of monthly financial report for July 2013. | 2.10 | $ 680.00 | $ 1,428.00 |
| 13-Sep-13 | BR | Review of third circuit decisions. | 3.60 | $ 680.00 | $ 2,448.00 |
| 28-Sep-13 | BR | Review of confidential information distributed by the company to financial advisors. | 2.60 | $ 680.00 | $ 1,768.00 |
| 28-Sep-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 30-Sep-12 | BR | Review of weekly update report on Grace. | 0.20 | $ 680.00 | $ 136.00 |
| 30-Sep-12 | BR | Review of final bid letter in connection with potential transaction. | 0.20 | $ 680.00 | $ 136.00 |
| | | Total Bradley Rapp | 8.80 | | $ 5,984.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 05-Sep-13 | JS | Review, analyze, revise pricing data for purposes of advising ACC counsel. | 0.80 | $ 680.00 | $ 544.00 |
| 05-Sep-13 | JS | Review for planning purposes memorandum from ACC counsel (Inselbuch) regarding Third Circuit rulings on Garlock, Montana and Canada appeals. | 0.60 | $ 680.00 | $ 408.00 |
| 10-Sep-13 | JS | Review, revise Deferred Payment Obligation discount rate for recovery analysis for purpose of advising ACC counsel. | 0.80 | $ 680.00 | $ 544.00 |
| 10-Sep-13 | JS | Review updated interest accruals developed by Peter Cramp, for recovery analysis for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 12-Sep-13 | JS | Write memorandum to ACC counsel (Inselbuch, et al.) regarding revised pricing and valuation data for recovery analysis. | 0.70 | $ 680.00 | $ 476.00 |
| 18-Sep-13 | JS | Review, analyze memorandum from Blackstone/Grace regarding potential transaction for purposes of advising ACC counsel. | 1.20 | $ 680.00 | $ 816.00 |
| 19-Sep-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 30-Sep-13 | JS | Review, analyze pricing information and data for purpose of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| | | Total James Sinclair | 5.90 | | $ 4,012.00 |
| Peter Cramp - Associate | | | | | |
| 03-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 09-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 10-Sep-13 | PC | Review and update accrued interest and the present value of the deferred payment obligation for the purposes of valuation at the request of J. Sinclair. | 2.30 | $375.00 | $ 862.50 |
| 19-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 19-Sep-13 | PC | Review KeyBanc Basic Materials and Packaging Conference presentation materials for due diligence. | 1.20 | $375.00 | $ 450.00 |
| 23-Sep-13 | PC | Review news articles on Sealed Air for due diligence, email to J. Sinclair. | 0.80 | $375.00 | $ 300.00 |
| 23-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 30-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| | | Total Peter Cramp | 11.80 | | $ 4,425.00 |
| Gibbons Sinclair - Associate | | | | | |
| 04-Sep-13 | GS | Review and revise September 2013 Fee Application. | 0.70 | $375.00 | $ 262.50 |
| | | Total Gibbons Sinclair | 0.70 | | $ 262.50 |
| | | **TOTAL** | 27.20 | | $ 14,683.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2013 through September 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 03-Sep-13 | BR | Review of monthly financial report for July 2013. | 2.10 | $ 680.00 | $ 1,428.00 |
| 03-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 05-Sep-13 | JS | Review, analyze, revise pricing data for purposes of advising ACC counsel. | 0.80 | $ 680.00 | $ 544.00 |
| 09-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 10-Sep-13 | JS | Review, revise Deferred Payment Obligation discount rate for recovery analysis for purpose of advising ACC counsel. | 0.80 | $ 680.00 | $ 544.00 |
| 10-Sep-13 | JS | Review updated interest accruals developed by Peter Cramp, for recovery analysis for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 10-Sep-13 | PC | Review and update accrued interest and the present value of the deferred payment obligation for the purposes of valuation at the request of J. Sinclair. | 2.30 | $375.00 | $ 862.50 |
| 12-Sep-13 | JS | Write memorandum to ACC counsel (Inselbuch, et al.) regarding revised pricing and valuation data for recovery analysis. | 0.70 | $ 680.00 | $ 476.00 |
| 19-Sep-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 19-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 23-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 28-Sep-13 | BR | Review of confidential information distributed by the company to financial advisors. | 2.60 | $ 680.00 | $ 1,768.00 |
| 30-Sep-13 | JS | Review, analyze pricing information and data for purpose of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| 30-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| | | Total Asset Analysis and Recovery | 18.60 | | $ 9,659.00 |
| Business Operations | | | | | |
| 30-Sep-12 | BR | Review of final bid letter in connection with potential transaction. | 0.20 | $ 680.00 | $ 136.00 |
| 18-Sep-13 | JS | Review, analyze memorandum from Blackstone/Grace regarding potential transaction for purposes of advising ACC counsel. | 1.20 | $ 680.00 | $ 816.00 |
| | | Total Business Operations | 1.40 | | $ 952.00 |
| Case Administration | | | | | |
| 30-Sep-12 | BR | Review of weekly update report on Grace. | 0.20 | $ 680.00 | $ 136.00 |
| 05-Sep-13 | JS | Review for planning purposes memorandum from ACC counsel (Inselbuch) regarding Third Circuit rulings on Garlock, Montana and Canada appeals. | 0.60 | $ 680.00 | $ 408.00 |
| 13-Sep-13 | BR | Review of third circuit decisions. | 3.60 | $ 680.00 | $ 2,448.00 |
| 19-Sep-13 | PC | Review KeyBanc Basic Materials and Packaging Conference presentation materials for due diligence. | 1.20 | $375.00 | $ 450.00 |
| 23-Sep-13 | PC | Review news articles on Sealed Air for due diligence, email to J. Sinclair. | 0.80 | $375.00 | $ 300.00 |
| 28-Sep-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| | | Total Case Administration | 6.50 | | $ 3,810.00 |
| Fee Applications (Applicant) | | | | | |
| 04-Sep-13 | GS | Review and revise September 2013 Fee Application. | 0.70 | $375.00 | $ 262.50 |
| | | Total Fee Applications (Applicant) | 0.70 | | $ 262.50 |
| | | **TOTAL** | 27.20 | | $ 14,683.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2013 through September 30, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 8.80 | $ 680.00 | $ 5,984.00 |
| James Sinclair - Senior Managing Director | 5.90 | $ 680.00 | $ 4,012.00 |
| Peter Cramp - Associate | 11.80 | $ 375.00 | $ 4,425.00 |
| Gibbons Sinclair - Associate | 0.70 | $ 375.00 | $ 262.50 |
| Total Professional Hours and Fees | 27.20 | | $ 14,683.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2013 through September 30, 2013

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses During this Period | |
|      | Total Expenses September 1, 2013 through September 30, 2013 | $0.00 |