```
Date: 10/20/13              Legal Analysis Systems, Inc.
Time: 8:00am                                                                    Page 1


                     W. R. Grace, Inc. % Elihu Inselbuch
                     Caplin & Drysdale
                     399 Park Avenue, 27th Floor
                     New York, New York 10022


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
09/10/13   Peterson  / (12) Data_analysis/estimation/reports       4.3   3440.00
#2801      Review analyses and memos on discussion of expected   800.00
           Grace Trust liabilities

09/10/13   Peterson  / (12) Data_analysis/estimation/reports       1.5   1200.00
#2802      Review LAS report in bankruptcy on expected Trust    800.00
           liability

09/19/13   Peterson  / (12) Data_analysis/estimation/reports       1.6   1280.00
#2803      Review analyses and data output re: foreign claims  800.00
-------------------------------------------------------------------------------
```

{D0274745.1 }

```
Date: 10/20/13          Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 2

              W. R. Grace

          Summary Of Time Charges, By Month and Activity
                 September 2013 - September 2013

   MONTH       ACTIVITY                                    HOURS     AMOUNT
   ---------------------------------------------------------------------
   September - (12) Data_analysis/estimation/reports         7.4    5920.00
   September - (99) Total                                    7.4    5920.00

   Total     - (12) Data_analysis/estimation/reports         7.4    5920.00
   Total     - (99) Total                                    7.4    5920.00

---------------------------------------------------------------------------
```

{D0274745.1 }

```
Date: 10/20/13            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 3

                   W. R. Grace

            Summary Of Time Charges, By Month and Person
                   September 2013 - September 2013

    MONTH       PERSON                                   HOURS      AMOUNT
    ----------------------------------------------------------------------
    September - Peterson                                   7.4     5920.00
    September - Total                                      7.4     5920.00

    Total     - Peterson                                   7.4     5920.00
    Total     - Total                                      7.4     5920.00

------------------------------------------------------------------------
```

{D0274745.1 }

```
Date: 10/20/13          Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 4

                W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                       September 2013 - September 2013

     MONTH      PERSON                              HOURS    RATE    AMOUNT
     ----------------------------------------------------------------
     (12) Data_analysis/estimation/reports

     September - Peterson                             7.4    800.   5920.00

     ----------------------------------------------------------------------
```

{D0274745.1 }