# Anderson Kill P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                     EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:   100055.WRG01 |
| October 9, 2013 | INVOICE:   255967 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 09/30/13**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/03/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.10); draft and revise insurance policy data spreadsheets (.70). | W001 | GFF | 1.80 |
| 09/03/13 | Continued to review and update information on excess policies, reimbursement and settlement agreements re: following form language, indemnifications, insolvent insurance companies, payment issues and other policy concerns. | W001 | IF | 1.20 |
| 09/03/13 | Work on cash flow analysis. | W001 | MG | 2.80 |
| 09/03/13 | Follow-up review and evaluation of files regarding support for underlying litigation and claims files for potential disclosure to insolvent insurance company. | W001 | RYC | 1.40 |
| 09/04/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage issues. | W001 | GFF | 1.90 |
| 09/04/13 | Continue reviewing and updating information on excess policies, reimbursement agreements and settlement agreements re: follow form language, indemnifications, insolvent insurance companies, payment issues and other insurance issues. | W001 | IF | 1.90 |
| 09/04/13 | Revise allocation analysis. | W001 | MG | 3.30 |
| 09/05/13 | Continue review of selected settlement agreements re: "subject policies" and scope of release issues (1.10); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.30). | W001 | GFF | 2.40 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| October 9, 2013 | | INVOICE: | | 255967 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/05/13 | Continued analyzing and updating information on excess policies, coverage in place and settlement agreements re: following form provisions, indemnifications, insolvents, payment issues and other insurance issues. | W001 | IF | 2.40 |
| 09/05/13 | Continue review and evaluation of files regarding support for underlying litigation and claims files for potential disclosures to insolvent insurance company. | W001 | RYC | 2.70 |
| 09/06/13 | Continue analysis of select insurance policies re: limits, aggregates, follow form, and other coverage issues. | W001 | GFF | 2.30 |
| 09/06/13 | Research insurance company agreement and trust payout timeline. | W001 | HEG | 2.20 |
| 09/06/13 | Work on cash flow analysis and emails with H. Gershman re: same. | W001 | MG | 2.20 |
| 09/06/13 | Respond to debtor's counsel in connection with status of fee approval. | W011 | RYC | 0.20 |
| 09/06/13 | Research and analysis in connection with future payment schedules in anticipation of Plan Approval. | W001 | RYC | 1.40 |
| 09/09/13 | Review and revise time and expense entries, request backup. | W011 | AHP | 1.30 |
| 09/09/13 | Analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues. | W001 | GFF | 1.60 |
| 09/09/13 | Research insurance company agreement and trust payout timeline. | W001 | HEG | 1.20 |
| 09/09/13 | Continue to review and update information on excess policies, coverage in place agreements and settlement agreements re: follow form provisions, indemnifications, insolvents, payment issues and other insurance issues. | W001 | IF | 1.10 |
| 09/09/13 | Work on cash flow analysis. | W001 | MG | 2.60 |
| 09/09/13 | Prepare supplemental proof of claim in connection with anticipated final bar date of liquidation. | W001 | RYC | 2.10 |
| 09/10/13 | Review changes (.80), continue drafting monthly (1.30). | W011 | AHP | 2.10 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|

October 9, 2013                                                                INVOICE:        255967

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/10/13 | Communications with R. Horkovich and M. Garbowski re: Andrew Craig questions concerning settlement demand (.10) and gather materials in response to same (.30). | W001 | DJN | 0.40 |
| 09/10/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage issues (1.40). | W001 | GFF | 2.10 |
| 09/10/13 | Order to Show Cause response assistance (1.90); research Trust insurer payment timeline (1.20). | W001 | HEG | 3.10 |
| 09/10/13 | Searched files and in-house resources re: liquidation and Response to Order to Show Cause. | W001 | IF | 0.90 |
| 09/10/13 | Continued reviewing and updating information on excess policies, reimbursement agreements and settlement agreements re: following form, indemnifications, insolvents, payment issues and other insurance concerns. | W001 | IF | 1.40 |
| 09/10/13 | Work on cash flow analysis. | W001 | MG | 2.20 |
| 09/10/13 | Respond to questions from counsel to major insurance company regarding settlement proposal (1.40). Craft demand for approval of proof of claim submitted to another major insurance company (.90). | W001 | RMH | 2.30 |
| 09/10/13 | Research and prepare response to the Order to Show Cause in liquidation regarding proposed bar date of liquidator to limit claims. | W001 | RYC | 6.60 |
| 09/11/13 | Finalize and release monthly fee application and exhibits thereto. | W011 | AHP | 1.20 |
| 09/11/13 | Review M. Garbowski email concerning response to inquiries regarding settlement approach. | W001 | DJN | 0.20 |
| 09/11/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (.90); continue analysis of selected insurance policies re: limits, aggregates, "follow form", and other coverage issues (1.30). | W001 | GFF | 2.20 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                           MATTER:         100055.WRG01

October 9, 2013                                                                      INVOICE:              255967

MATTER:  CLAIMANTS COMMITTEE                                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/11/13 | Continue to review and update information on excess policies, reimbursement and settlement agreements re:  following form, indemnifications, insolvents, payment issues and other policy issues. | W001 | IF | 2.10 |
| 09/11/13 | Review allocations and prepare response to questions re: possible settlement. | W001 | MG | 3.20 |
| 09/11/13 | Finalize and submit settlement proposals to 2 major insurance companies, communicate with FCR and Debtors' counsel regarding same (1.00). Preparation for argument regarding claims bar date affecting a $38 million claim (1.20). | W001 | RMH | 2.20 |
| 09/11/13 | Follow-up research and regarding response to Order to Show Cause and prepare for oral argument regarding same. | W001 | RYC | 3.40 |
| 09/11/13 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 09/12/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form, exclusions and other coverage issues. | W001 | GFF | 1.70 |
| 09/12/13 | Continued to review and update information on excess policies, settlements and reimbursement agreements re:  follow form, indemnifications, insolvents, payment issues and other policy issues. | W001 | IF | 1.70 |
| 09/12/13 | Review allocations and prepare response to questions re: possible settlement. | W001 | MG | 3.20 |
| 09/12/13 | Attempt to gather coalition of policyholders in opposition to bar date that would impair $38 million claim in the estates. | W001 | RMH | 2.20 |
| 09/12/13 | Research and analysis in connection with issues concerning contingent claims and liquidation bar dates in connection with $38 million pending proof of claim (3.30).  Phone conference with Scott Fischer, Deputy General Counsel for NYLB in connection with Order to Show Cause hearing (0.40). | W001 | RYC | 3.70 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| October 9, 2013 | INVOICE: | 255967 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/13/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form, limits, aggregates, and other coverage issues (.90). | W001 | GFF | 1.60 |
| 09/13/13 | Appeal research for possible relevance to claim submission. | W001 | HEG | 2.20 |
| 09/13/13 | Continue to review and update information on excess insurance policies, settlements agreements and reimbursement agreements re: following form, indemnifications, insolvent insurance companies, payment issues and other insurance issues. | W001 | IF | 1.10 |
| 09/13/13 | Work on cash flow analysis. | W001 | MG | 3.20 |
| 09/13/13 | Prepare for hearing with NY Liquidation Bureau regarding hearing before NY State Supreme Court as to bar date for $38 million claim. | W001 | RMH | 1.80 |
| 09/13/13 | Follow-up research and investigation regarding Order to Show Cause to avoid order setting potentially unfavorable bar date for claim and alternative remedies. | W001 | RYC | 4.20 |
| 09/16/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: follow form, limits, aggregates, and other coverage issues (1.30). | W001 | GFF | 1.90 |
| 09/16/13 | Research assistance re: insolvency submission. | W001 | HEG | 2.80 |
| 09/16/13 | Continued reviewing and updating information on excess insurance policies, settlements agreements and reimbursement agreements re: following form provisions, indemnifications, insolvent insurance companies, payment issues and other insurance issues. | W001 | IF | 1.80 |
| 09/16/13 | Prepare and revise allocation in support of hearing re: insolvent company. | W001 | MG | 4.20 |
| 09/16/13 | Prepare for hearing regarding Order to Show Cause regarding bar date and assemble documents needed for court. | W001 | RMH | 2.60 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE             MATTER:      100055.WRG01

October 9, 2013                              INVOICE:           255967

MATTER:  CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/16/13 | Research and prepare for oral argument in connection with response to Order to Show Cause (1.80). Review and analysis of updated insurance allocation projections (1.20). Research and analysis regarding underlying documentation of pre-petition claims and projected claims (2.20). | W001 | RYC | 5.20 |
| 09/17/13 | Research local rules. | W001 | AHP | 0.60 |
| 09/17/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: follow form, limits, aggregates, and other coverage issues (.90). | W001 | GFF | 1.60 |
| 09/17/13 | Additional research and preparation re: insolvency submission. | W001 | HEG | 2.20 |
| 09/17/13 | Continue analyzing and updating information on excess insurance policies, settlements and reimbursement agreements re:  following form provisions, indemnities, insolvents, payment issues and other policy issues. | W001 | IF | 1.90 |
| 09/17/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 3.70 |
| 09/17/13 | Hearing regarding Order to Show Cause in NY Supreme (3.00).  Prepare for same (1.90). Follow-up regarding proposed court order (1.00).  Notify constituencies (0.50). | W001 | RMH | 6.40 |
| 09/17/13 | Travel to and from Court (50% of actual time). | W019 | RMH | 1.00 |
| 09/17/13 | Travel to and from Court (50% of actual time). | W019 | RYC | 0.60 |
| 09/17/13 | Participate in hearing regarding Order to Show Cause with R. Horkovich on oral argument due to the emergency nature of the motion, complexity of the issue, and understanding of the prior proceedings (3.00). Negotiate with counsel for NYLB in connection with extending the time to submit additional underlying facts in connection with proof of claim (0.80). Research and prepare counter-proposal to order regarding bar date for proof of claims (2.40). | W001 | RYC | 6.20 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE                         MATTER:      100055.WRG01

October 9, 2013                                         INVOICE:         255967

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/18/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.10). | W001 | GFF | 1.80 |
| 09/18/13 | Additional research and preparation re: proof of claim submission. | W001 | HEG | 2.30 |
| 09/18/13 | Continued to review and update information on excess policies, settlements and reimbursement agreements re: follow form provisions, indemnifications, insolvents, payment issues and other policy issues. | W001 | IF | 2.10 |
| 09/18/13 | Find, organize and prepare documents for insolvent company submission. | W001 | MG | 3.70 |
| 09/18/13 | Follow-up investigation and analysis in connection with pre-petition existing and pending claims (2.50). Analysis and negotiation in connection with New York Liquidation Bureau's counter-proposals regarding extension of final bar date (2.40). | W001 | RYC | 4.90 |
| 09/19/13 | Additional research and preparation re: insolvency proof of claim. | W001 | HEG | 1.90 |
| 09/19/13 | Continue review and update of information on excess insurance policies, settlements and reimbursement agreements re: following form provisions, indemnifications, insolvent insurance companies, payment issues and other policy issues. | W001 | IF | 1.10 |
| 09/19/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 4.20 |
| 09/19/13 | Follow-up on change in bar date order and communicate with Debtors and FCR counsel. | W001 | RMH | 0.50 |
| 09/20/13 | Continued updating information and reviewing excess insurance policies, settlements agreements and reimbursement agreements re: follow form provisions, indemnifications, insolvent insurance companies, payment issues and other insurance issues. | W001 | IF | 1.30 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

October 9, 2013                                    INVOICE:         255967

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/20/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 3.60 |
| 09/20/13 | Continue review and preparation of supplemental submission in connection with updated proof of claim. | W001 | RYC | 3.70 |
| 09/23/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues. | W001 | GFF | 2.10 |
| 09/23/13 | Continue updating information and reviewing excess policies, settlements agreements and reimbursement agreements re:  following form language, indemnifications, insolvent insurance companies, payment issues and other insurance issues. | W001 | IF | 1.60 |
| 09/23/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 3.40 |
| 09/23/13 | Follow-up in connection with updating insolvency proceedings for securing post-bankruptcy claims processed by Trust. | W001 | RYC | 2.60 |
| 09/24/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.60). | W001 | GFF | 2.30 |
| 09/24/13 | Continued reviewing and updating information on excess policies, settlements and reimbursement agreements re:  follow form language, indemnifications, insolvent insurance companies, payment issues and other policy concerns. | W001 | IF | 1.40 |
| 09/24/13 | Investigate approval of bar date (0.80); finalize review and analysis of files re: relevant documents to supplement the claim (2.70); revise letter re: same and seek approval from debtor and futures (1.40). | W001 | RYC | 4.90 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                     MATTER:       100055.WRG01

October 9, 2013                                       INVOICE:         255967

MATTER: CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 09/25/13 | Draft and revise insurance policy data spreadsheets (.60); continue review of insurance company settlement agreements re: "subject policies" and scope of release issues (1.10); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (.70). | W001 | GFF | 2.40 |
| 09/25/13 | Research and charting request re: settling insurance companies' payment timetable. | W001 | HEG | 2.20 |
| 09/25/13 | Continued to review and update information on excess policies, settlements and reimbursement agreements re: follow form language, indemnifications, insolvent insurance companies, payment issues and other policy concerns. | W001 | IF | 2.20 |
| 09/25/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 2.80 |
| 09/25/13 | Follow-up with NYLB re: status of the pending bar date (0.90); review and analysis of future insurance assets for Trust (1.90). | W001 | RYC | 2.80 |
| 09/26/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.40); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.20 |
| 09/26/13 | Further researched, charted and discussed insurance agreement payment timetable. | W001 | HEG | 3.30 |
| 09/26/13 | Continue to review and update information on excess insurance policies, settlement and reimbursement agreements re: following form provisions, indemnifications, insolvent insurance companies, payment issues and other insurance issues. | W001 | IF | 1.60 |
| 09/26/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 3.40 |
| 09/26/13 | Attention to exhibits for supplement to proof of claim. | W001 | RYC | 1.10 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE      MATTER:      100055.WRG01

October 9, 2013      INVOICE:      255967

MATTER: CLAIMANTS COMMITTEE      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/27/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage issues. | W001 | GFF | 1.40 |
| 09/27/13 | Submission assist re: insolvent proof of claim. | W001 | HEG | 1.20 |
| 09/27/13 | Continued reviewing and updating information on excess insurance policies, settlement agreements and reimbursement agreements re: follow form provisions, indemnifications, insolvent insurance companies, payment issues and other policy concerns. | W001 | IF | 2.30 |
| 09/27/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 3.30 |
| 09/27/13 | Finalize submission to NYLB re: supplement to proof of claim. | W001 | RYC | 3.20 |
| 09/30/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.70). | W001 | GFF | 2.40 |
| 09/30/13 | Continue reviewing and updating information on excess policies, settlements and reimbursement agreements re:  following form, indemnifications, insolvent insurance companies, payment issues and other policy issues. | W001 | IF | 2.40 |
| 09/30/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 2.10 |
| 09/30/13 | Follow-up regarding supplemental proof of claim and status of related order. | W001 | RYC | 1.20 |

**TOTAL FEES:**                                                                                   **$129,553.50**

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

October 9, 2013                                    INVOICE:        255967

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 270.00 | 5.20 | 1,404.00 |
| Dennis J. Nolan | 495.00 | 0.60 | 297.00 |
| Glenn F Fields | 365.00 | 35.70 | 13,030.50 |
| Harris E Gershman | 295.00 | 24.60 | 7,257.00 |
| Izak Feldgreber | 315.00 | 33.50 | 10,552.50 |
| Mark Garbowski | 650.00 | 57.10 | 37,115.00 |
| Robert M Horkovich | 925.00 | 19.00 | 17,575.00 |
| Robert Y Chung | 675.00 | 62.70 | 42,322.50 |
| **TOTAL FEES:** |  |  | **$129,553.50** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| October 9, 2013 | INVOICE: | 255967 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001      Asset Analysis and Recovery**

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 0.60 | 162.00 |
| Dennis J. Nolan | 0.60 | 297.00 |
| Glenn F Fields | 35.70 | 13,030.50 |
| Harris E Gershman | 24.60 | 7,257.00 |
| Izak Feldgreber | 33.50 | 10,552.50 |
| Mark Garbowski | 57.10 | 37,115.00 |
| Robert M Horkovich | 18.00 | 16,650.00 |
| Robert Y Chung | 61.30 | 41,377.50 |
| **TOTAL:** | **231.40** | **$126,441.50** |

**ACTIVITY CODE: W011      Fee Applications (Applicant)**

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 4.60 | 1,242.00 |
| Robert Y Chung | 0.80 | 540.00 |
| **TOTAL:** | **5.40** | **$1,782.00** |

**ACTIVITY CODE: W019      Travel (non-working)**

| | HOURS | TOTALS |
|---|---|---|
| Robert M Horkovich | 1.00 | 925.00 |
| Robert Y Chung | 0.60 | 405.00 |
| **TOTAL:** | **1.60** | **$1,330.00** |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W. R. GRACE/CLAIMANTS COMMITTEE                 MATTER:    100055.WRG01

October 9, 2013                                                  INVOICE:         255967

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

**COSTS through 09/30/13**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 09/03/13 | DI - POSTAGE - | E108 | 0.60 |
| 09/05/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 09/05/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 09/05/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 09/05/13 | DI - PHOTOCOPYING - | E101 | 3.90 |
| 09/09/13 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic appearance hearing 09/25/13 | E125 | 30.00 |
| 09/09/13 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic appearance hearing 12/18/13 | E125 | 30.00 |
| 09/09/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 09/09/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 09/09/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 09/09/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 09/09/13 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 09/10/13 | AIRFREIGHT  FedEx#: 0100-3528-7  Invoice: 240037652  Tracking   Number: 796653323211  Reference: 100055 WRG01 01 587   Billing Note: From: Robert Y Chung, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW  YORK  CITY,  NY,  10020,  US  To:  John  Pearson Kelly, GC, Superintendent of Financial Se, of the State of NY as Liquidat, NEW YORK CITY, NY, 10038, US | E107 | 8.94 |
| 09/10/13 | DI - POSTAGE - | E108 | 0.66 |
| 09/10/13 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 09/10/13 | DI - PHOTOCOPYING - | E101 | 7.80 |
| 09/10/13 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 09/10/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 09/11/13 | DI - PHOTOCOPYING - | E101 | 2.60 |
| 09/11/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 09/11/13 | DI - PHOTOCOPYING - | E101 | 52.40 |
| 09/12/13 | DI - POSTAGE - | E108 | 6.80 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W. R. GRACE/CLAIMANTS COMMITTEE                                    MATTER:        100055.WRG01

October 9, 2013                                                                    INVOICE:            255967

MATTER:  CLAIMANTS COMMITTEE                                                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 09/12/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 09/12/13 | DI - PHOTOCOPYING - | E101 | 2.80 |
| 09/12/13 | DI - PHOTOCOPYING - | E101 | 2.10 |
| 09/18/13 | DI - POSTAGE - | E108 | 0.46 |
| 09/18/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 09/18/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 09/24/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 09/30/13 | TRANSCRIPTS & DEPOSITIONS - VENDOR: ANNE MARIE SCRIBANO, R.P.R. TRANSCRIPT | E124 | 182.00 |
| 09/30/13 | DI - PHOTOCOPYING - | E101 | 0.40 |//
| **TOTAL COSTS:** | | | **$339.86** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 8.94 |
| PG | DI - POSTAGE - | 8.52 |
| TD | TRANSCRIPTS & DEPOSITIONS | 182.00 |
| TE | AP - TELEPHONE - | 60.00 |
| XE | DI - PHOTOCOPYING - | 80.40 |
| **TOTAL COSTS:** | | **$339.86** |

**TOTAL DUE:**                                                                    **$129,893.36**

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                                EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W. R. GRACE/CLAIMANTS COMMITTEE        MATTER:       100055.WRG01

October 9, 2013                                              INVOICE:           255967

MATTER:  CLAIMANTS COMMITTEE                ROBERT M. HORKOVICH

---

**ANNE MARIE SCRIBANO**
SENIOR COURT REPORTER

Supreme Court New York County
60 Centre Street – Room 420
New York, New York  10007
(646) 386-3442

Tax ID No. 46-1721579

Bill To: Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
212-278-1414
Attn:  Don Flynn

**INVOICE**

DATE:  September 23, 2013

Re:  Liquidation of Centennial
Index No.: 402424/2010

| ITEM | AMOUNT |
|---|---|
| Transcript of proceedings held in the above-captioned matter before the Hon. Eileen A. Rakower on September 17, 2013<br><br>28 pages – 0 & 1 – expedited ($6.50 per page) | $182.00 |
| TOTAL DUE: | $182.00 |

Make all checks payable to Anne Marie Scribano