WR Grace 01-1139
Fee Application Notice Parties

Warren H. Smith
Warren H. Smith & Associates P.C.
2235 Ridge Road
Suite 105
Rockwall, TX 75087

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub
919 Market Street, Suite 1600
Wilmington, DE 19801

Kathryn D. Sallie, Esquire
Rhoads & Sinon, LLP
One South Market Square
12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Lewis Kruger, Esquire
Stroock Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1426

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue
21st Floor
New York, NY 10022-6000

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Richard Schepacarter, Esquire
Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE 19801

Richard Frankel, Esquire
Orrick Herrington & Sutcliffe, LLP
1152 15th Street, N.W.
Washington, DC 20005

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

Deanna D. Boll, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022

John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654

Teresa Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Alan B. Rich, Esq.
Law Office of Alan B. Rich
1201 Elm Street
Dallas, TX 75270

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806