## EXHIBIT A

**Business Operations(.30 Hours; $ 286.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $955 | 286.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/27/13 | PVL | 955.00 | 0.30 | Rv Project Lantern update and FCR comments re same and reply to same |

**Total Task Code .03     .30**


**Case Administration (1.20 Hours; $ 915.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $1,000 | 200.00 |
| Peter Van N. Lockwood | .40 | $955 | 382.00 |
| Rita C. Tobin | .60 | $555 | 333.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/06/13 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI update. |
| 09/11/13 | EI | 1,000.00 | 0.20 | Claimants inquiries. |
| 09/13/13 | PVL | 955.00 | 0.20 | Cn ACM re status |
| 09/20/13 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI update. |
| 09/24/13 | PVL | 955.00 | 0.20 | Rv emails & reply (.1); rv 3 misc. filings (.1) |
| 09/27/13 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |

**Total Task Code .04     1.20**

**Fee Applications, Applicant (5.30 Hours; $ 2,226.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.10 | $555 | 1,720.50 |
| Eugenia Benetos | 2.20 | $230 | 506.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/04/13 | RCT | 555.00 | 0.20 | Review revised schedules. |
| 09/09/13 | EB | 230.00 | 0.60 | Perform review of summarized payments email distributed (.4); send email to APB re breakdown request for EI (.2). |
| 09/10/13 | RCT | 555.00 | 0.50 | Review pre bill. |
| 09/10/13 | RCT | 555.00 | 0.30 | Review monthly fee exhibits. |
| 09/24/13 | RCT | 555.00 | 0.30 | Confer with EB regarding revised fee application schedules. |
| 09/24/13 | RCT | 555.00 | 0.60 | Review local counsel memo regarding interim and fee hearing (.3); confer with EB regarding same (.3). |
| 09/24/13 | EB | 230.00 | 1.20 | Work on monthly fee application. |
| 09/25/13 | RCT | 555.00 | 1.20 | Review and edit fee application. |
| 09/25/13 | EB | 230.00 | 0.40 | Email local counsel fee application and prepare for federal express. |

**Total Task Code .12    5.30**


**Fee Applications, Others (.10 Hours; $ 95.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $955 | 95.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| 09/16/13 | PVL | 955.00 | 0.10 | Rv 14 misc. fee apps. |

**Total Task Code .13        .10**

**Litigation and Litigation Consulting (.40 Hours; $ 400.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $1,000 | 400.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/06/13 | EI | 1,000.00 | 0.40 | Memorandum to Committee regarding Garlock decision (.2). Read Selected Air settlement outline (.2). |

**Total Task Code .16        .40**

**Plan & Disclosure Statement (22.90 Hours; $ 19,785.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.40 | $1,000 | 2,400.00 |
| Peter Van N. Lockwood | 14.50 | $955 | 13,847.50 |
| Ann C. McMillan | .80 | $660 | 528.00 |
| Leslie M. Kelleher | 1.20 | $625 | 750.00 |
| Jeffrey A. Liesemer | 3.10 | $565 | 1,751.50 |
| Kevin C. Maclay | .90 | $565 | 508.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/04/13 | PVL | 955.00 | 2.10 | Rv CA 3 op. re AMH appeal (.6); rv CA 3 op. re Montana appeal (.6); teleconf. Brown (.3); teleconf. EI (.4); cn KCM (.1); email Paul (.1) |
| 09/04/13 | EI | 1,000.00 | 1.00 | Read Third Circuit decisions, Schedule A issues, telephone conference with PVNL regarding same and memorandum to Committee. |
| 09/04/13 | ACM | 660.00 | 0.10 | Exchange e-mails with PVNL re Third Circuit appeals. |
| 09/04/13 | LMK | 625.00 | 1.20 | Review Grace decisions - 3d Circuit. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 09/04/13 | KCM | 565.00 | 0.90 | Review Third Circuit opinions. |
| 09/05/13 | PVL | 955.00 | 0.80 | Rv CA 2 order and email Paul et al re same (.1); rv Paul outline and email comments thereon (.1); email Paul et al (.2); rv FM stip. re conf. appeal (.2); rv emails & reply (.2) |
| 09/05/13 | JAL | 565.00 | 0.70 | Review and analysis of Third Circuit decisions. |
| 09/09/13 | EI | 1,000.00 | 0.30 | Telephone conference with ACM and prepare memorandum to PVNL regarding payment percentage. |
| 09/09/13 | ACM | 660.00 | 0.10 | Teleconference EI re payment percentage. |
| 09/10/13 | PVL | 955.00 | 2.00 | Tcn Shelnitz, Donley, Paul, Frankel & Wyron (1.4); teleconf. EI (.5); rv email and reply (.1) |
| 09/10/13 | EI | 1,000.00 | 0.80 | Prepare memorandums to J. Sinclair, R. Horkovich, PVNL and ACM regarding exit issues (.3); telephone conference with PVNL regarding same and status (.5). |
| 09/10/13 | ACM | 660.00 | 0.10 | Teleconference EI re payment percentage issues. |
| 09/10/13 | JAL | 565.00 | 1.90 | Review and analysis of materials re Third Circuit rulings. |
| 09/11/13 | JAL | 565.00 | 0.50 | Review and analysis of materials re appeal issues. |
| 09/12/13 | PVL | 955.00 | 0.10 | Rv Sinclair email |
| 09/13/13 | PVL | 955.00 | 3.30 | Rv CA 3 orders (.1); rv Bank Lender ltr to court and CA 2 op. (.8); rv POR provisions re Bank Lender claims (2.4) |
| 09/16/13 | PVL | 955.00 | 2.00 | Draft memo to Paul & Wyron re eff. date (1.8); rv draft ltr to CA 3 (.1); rv emails & reply (.1) |
| 09/17/13 | PVL | 955.00 | 2.40 | Tcn Paul & Wyron (1.1); draft suppl. memo re eff. date (1.3) |
| 09/19/13 | PVL | 955.00 | 1.60 | Rv POR (.1); telephone conference Shelnitz, Finke, Donley, Paul & Frankel (.9); telephone conference EI (.2): telephone conference Cohen (.4). |

| | | | | |
|---|---|---|---|---|
| 09/19/13 | EI | 1,000.00 | 0.20 | Telephone conference with PVNL regarding status of appeals. |
| 09/19/13 | ACM | 660.00 | 0.10 | Send e-mail to M. Peterson re foreign claims. |
| 09/23/13 | ACM | 660.00 | 0.20 | Exchange e-mails with M. Peterson re foreign sales (.1); exchange e-mails with B. Julian re documents (.1). |
| 09/25/13 | ACM | 660.00 | 0.10 | Exchange e-mails with J. Baden re Trustee nominees. |
| 09/26/13 | PVL | 955.00 | 0.10 | Rv CA 3 corresp. and orders |
| 09/27/13 | PVL | 955.00 | 0.10 | Rv emails from Sinclair et al |
| 09/29/13 | EI | 1,000.00 | 0.10 | Reviewed J. Sinclair memorandum regarding Project Lantern. |
| 09/30/13 | ACM | 660.00 | 0.10 | Conference EI re Trust issues. |

**Total Task Code   .17        22.90**

<u>Other Charges</u>:

   Air Freight & Express Mail                                            16.97

                                                **Total:**        **$16.97**