## **EXHIBIT B**

**Business Operations (.30 Hours; $ 286.50)**

      Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**      .30

**Case Administration (1.20 Hours; $ 915.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**      1.20

**Fee Applications, Applicant (5.30 Hours; $ 2,226.50)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**      5.30

**Fee Applications, Others (.10 Hours; $ 95.50)**

      Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**      .10

**Litigation & Litigation Consulting (.40 Hours; $ 400.00)**

      Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**      .40

**Plan & Disclosure Statement (22.90 Hours; $ 19,785.50)**

    Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17   22.90**