## EXHIBIT C

Other Charges:

Air Freight & Express Mail                                     16.97

                                   **Total:**         **$16.97**

Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                              Page: 1

Matter      000                         Disbursements                                                                        10/22/2013

                                                                                                     Print Date/Time: 10/22/2013  3:23:03PM
Attn:
                                                                                                                    Invoice #

                                        PREBILL / CONTROL  REPORT


                                                              Trans Date Range:  1/1/1950  to: 9/30/2013

Matter       000
Disbursements

Bill Cycle:        Monthly          Style:       i1          Start:     4/16/2001    Last Billed :    9/11/2013                 13,655
                                          $4,806.34
  Client Retainers Available                        Committed to Invoices:         $0.00        Remaining:         $4,806.34


                                                    $3,949,949.73
                         Total Expenses Billed To Date                  Billing Empl:        0120      Elihu  Inselbuch
                                                                        Responsible Empl:    0120      Elihu  Inselbuch
                                                                        Alternate Empl:      0120      Elihu  Inselbuch
                                                                        Originating Empl:    0120      Elihu  Inselbuch


   Summary  by Employee

                                              ---------- A C T U A L ----------      ---------- B I L L I N G---------
   Empl      Initials      Name                   Hours           Amount                 Hours           Amount

   0999      C&D          Caplin & Drysdale         0.00            16.97                 0.00             16.97

   Total Fees                                       0.00            16.97                 0.00             16.97




   Detail Time / Expense  by  Date

                                                                          ---------- A C T U A L ----------   ---------- B I L L I N G---------
TransNo.        Description             TransType  Trans Date   Work Empl     Rate    Hours     Amount      Rate    Hours     Amount   Cumulative

  3028822   Federal Express -Delivery to T.Simpson, 8/26/13    E  09/10/2013   0999   C&D              0.00    $16.97             0.00    $16.97      16.97
  Total Expenses
                                                                                      0.00    $16.97             0.00    $16.97
                 Matter Total Fees                                                            0.00                       0.00
                 Matter Total Expenses                                                        16.97                      16.97
                                                                                                                         16.97
                 Matter Total                                                         0.00    16.97             0.00

                 Prebill Total Fees
                 Prebill Total Expenses                                                       $16.97                     $16.97
                                                                                                                         $16.97
                                                                                              $16.97             0.00
                 Prebill Total                                                        0.00

Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                    Page: 1

Matter      000                    Disbursements                                                              10/22/2013

                                                                                         Print Date/Time: 10/22/2013  3:23:03PM
Attn:
                                                                                                               Invoice #


**Previous Billings**


| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|-----------|-------------|-------------:|----------:|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 94,156 | 05/24/2013 | 48,738.50 | 9,747.70 |
| 94,576 | 06/19/2013 | 39,963.00 | 7,992.60 |
| 95,137 | 07/17/2013 | 46,734.00 | 9,346.80 |
| 95,666 | 08/14/2013 | 12,959.00 | 2,591.80 |
| 96,232 | 09/11/2013 | 5,725.48 | 5,725.48 |
|  |  | 283,293.98 | 50,261.21 |