7 / 31 / 2012
Date


Q163206

## BDBC&B
### TRANSACTION RECORD/CHECK REQUEST

☐ Yes  ☐ No    Is the payee a law firm or an attorney? If yes, Form W-9 must be attached or on file. If not, the check will not be processed.

**MARK 'X' THROUGH TYPE**

| ~~FIRM CHECK REQUEST~~ | TRUST CHECK REQUEST | PETTY CASH REQUEST | NON-CASH TRANSACTION |
|---|---|---|---|

**CHARGE TO:**

- Firm Expense Type: _____

- Client ID# 2 8 5 0 4 8 7 — 0 0 0 0 0 1    $ _____
- Client ID# _____ — _____ $ _____
- Client ID# _____ — _____ $ _____
- Client ID# _____ — _____ $ _____
- Client ID# _____ — _____ $ _____
- Client ID# _____ — _____ $ _____
- Client ID# _____ — _____ $ _____

Payee: William Corcoran    Amount $ 13,099.80

Description/Purpose: Airfare reimbursement

REQUESTED BY: 012346    APPROVED BY: ✓ [signature]
Initials / ID#

**SPECIAL INSTRUCTIONS FROM SENDER:**
Please return check to Molly in D.C. office

### HUNTER FAN USE ONLY

Phase: _____    Type Code: _____

Return Check To

Office Location



AMERICAN EXPRESS* BUSINESS TRAVEL

Page 1 of 4<br>Generated: July 24, 2012 2:07 PM

## Travel Arrangements for WILLIAM M CORCORAN

| | | | |
|---|---|---|---|
| Record Locator | **KWIYRW** | Agent ID: JO | |
| Trip ID | **11263956108** | 6112 Woodland Center Blvd - Ste A - Tampa, FL 33614 | |
| | WR GRACE COMPANY | Phone (800) 644-3911 / Fax (888) 286-1198 | |
| | WILLIAM CORCORAN/410-531-4203 | | |
| | 7500 GRACE DRIVE | | |
| | COLUMBIA, MD 21044 | | |

### Invoice Details

**Ticket Information**

| | | | | | Charges | |
|---|---|---|---|---|---|---|
| Airline Code | 016 | Ticket Date | 7/24/2012 | | Ticket Base Fare | 7,815.00 |
| Ticket Number | 7118143533 | Invoice | 0012168 | | Ticket Tax Fare | 426.70 |
| Check Digit | 5 | Electronic | Yes | | Total (USD) Ticket Amount | 8,241.70 |

**Ticket Information**

| | | | | | Charges | |
|---|---|---|---|---|---|---|
| Airline Code | 016 | Ticket Date | 7/24/2012 | | Ticket Base Fare | 4,467.00 |
| Ticket Number | 7118143534 | Invoice | 0012169 | | Ticket Tax Fare | 353.10 |
| Check Digit | 6 | Electronic | Yes | | Total (USD) Ticket Amount | 4,820.10 |
| Billing Code | ELT-INT-0800053 | | | | | |

| | |
|---|---|
| Transaction Fee | 38.00 |
| Airfare charged to Mastercard | |
| **Total** | **13,099.80** |

---

YOU WILL BE BILLED ON YOUR AMEX CARD EITHER
38.00 TRAVEL SERVICE FEE WITH AIR/RAIL WHEN
YOU CALL AMEX OR 10.00 FOR AIR ON-LINE
RESERVATIONS.
FOR INTERNATIONAL TRAVEL YOU MUST HAVE 6MONTHS
VALIDITY ON YOUR PASSPORT. PLEASE CHECK FOR ALL
IMMUNIZATIONS AND VISA REQUIREMENTS.
PLEASE CHECK THE SOS EMERGENCY ASSISTANCE PROGRAM.

---

### Travel Details    Tuesday July 31, 2012

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Estimated time | 7 hours 26 minutes |
| Flight | 950 | Distance | 3,893 Miles |
| Origin | Washington Dulles, DC | Meal Service | Dinner |
| Destination | Brussels, BELGIUM | Plane | Boeing 777 |
| Departing | 5:49 PM | | |
| Arriving | 7:15 AM | | |
| | | | |
| Arriving on | August 1, 2012 | | |
| Seat | 1K | | |
| Class | First | | |

ONLINE / OFFLINE / ALL AROUND THE WORLD / EXPERIENCE MATTERS



### Hotel Information

| | |
|---|---|
| Hotel | RENAISSANCE |
| | RENAISSANCE BRUSSELS HOTEL |
| Hotel Address | RUE DU PARNASSE 19 |
| | BRUSSELS BE 1050 |
| Confirmation Number | 81739359 |
| Check in Date | 7/31/2012 |
| Check out Date | 8/2/2012 |
| Hotel Rate | 158.00 EUR per night |
| Phone Number | 32-2-5052929 |
| Fax Number | 32-2-5052555 |
| | Late Arrival Guarantee - Credit Card |
| Special Info | PREREGISTER ARR 8A 01AUG |
| Frequent Guest | 290959634 |
| Airline Membership | AA408PTP4 |
| CANCEL BY 04 PM DAY OF ARRIVAL | |

## Travel Details                    Thursday August 2, 2012

### Hotel Information

| | |
|---|---|
| Hotel | KEMPINSKI HOTELS |
| | HOTEL ADLON KEMPINSKI BERLIN |
| Hotel Address | UNTER DEN LINDEN 77 |
| | BERLIN DE 10117 |
| Confirmation Number | 123566166 |
| Check in Date | 8/2/2012 |
| Check out Date | 8/3/2012 |
| Hotel Rate | 250.00 EUR per night |
| Phone Number | 49-30-22610 |
| Fax Number | 49-30-22612222 |
| | Late Arrival Guarantee - Credit Card |
| Special Info | NSRM, KING |
| Airline Membership | AA408PTP4 |
| CANCEL 01 DAYS BEFORE ARRIVAL | |

## Travel Details                    Friday August 3, 2012

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Estimated time | 1 hour 10 minutes |
| Flight | 8723 | Distance | 271 Miles |
| | OPERATED BY LUFTHANSA | | |
| Origin | Berlin Tegel, GERMANY | Meal Service | No Meal Service |
| Destination | Frankfurt, GERMANY | Plane | Airbus A321 |
| Departing | 1:30 PM | | |
| Arriving | 2:40 PM | | |
| Departure Terminal | CHECK-IN WITH LUFTHANSA | | |
| Arrival Terminal | TERMINAL 1 | | |
| Seat | 4C | | |
| Class | Business | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Estimated time | 8 hours 42 minutes |
| Flight | 933 | Distance | 4,080 Miles |
| Origin | Frankfurt, GERMANY | Meal Service | Dinner |
| Destination | Washington Dulles, DC | Plane | Boeing 777 |
| Departing | 5:00 PM | | |
| Arriving | 7:42 PM | | |
| Departure Terminal | TERMINAL 1 | | |
| Seat | 7J | | |

| | |
|---|---|
| Class | Business |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Estimated time | 8 hours 42 minutes |
| Flight | 933 | Distance | 4,080 Miles |
| Origin | Frankfurt GERMANY | Meal Service | Dinner |
| Destination | Washington Dulles, DC | Plane | Boeing 777 |
| Departing | 5:00 PM | | |
| Arriving | 7:42 PM | | |

| | |
|---|---|
| Departure Terminal | TERMINAL 1 |
| Seat | Waitlisted |
| Class | First |

----------IMPORTANT VISA/PASSPORT SERVICE INFORMATION----------
IF YOU HAVE NOT YET RECEIVED A VISA AND PASSPORT SERVICE RELATED
EMAIL FOR THIS TRIP CONTACT TRAVISA OUR VISA VENDOR AT
PASSPORTANDVISADESK¤TRAVISA.COM OR 866-951-1212

### Travel Details                         Sunday January 27, 2013

THANK YOU FOR CHOOSING AMERICAN EXPRESS

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| UNITED AIRLINES | AG062738 | WILLIAM M CORCORAN |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| P81ZWK | UNITED AIRLINES |

### Additional Messages

CLIQUSER-WILLIAM.CORCORAN¤GRACE.COM
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
FOR FULL SERVICE RESERVATIONS MONDAY-FRIDAY
8A-6P EST CALL 800-644-3911
FOR AFTER HOURS EMERGENCIES
PLEASE USE ACCESS CODE F9B9
FOR SERVICE OUTSIDE OF THE U.S. AND CANADA
PLEASE CALL 313-271-7887
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
A COPY OF THE EMAILED INVOICE IS REQUIRED TO
SUPPORT YOUR EXPENSE SUBMISSION   PLEASE REVIEW
OUR TRAVEL ARRANGEMENTS TO ENSURE ACCURACY
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
*/*/*/*/*/*/*/*/*/*/*/*/*/*/*/*/*/*/*/*/
AIR RAIL TRANSACTION OR BOOKING FEE  38.00

** IMPORTANT** Please review this itinerary for accuracy and notify the travel office immediately if there are any discrepancies. American Express welcomes your feedback and encourages you to complete our survey should you receive a random invitation.

**Liability Statement.** American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbookings, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules, or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

For customers purchasing travel from within the state of California: Our California State Seller of Travel Registration Number is: 1022318-10. Upon cancellation of the transportation or travel services, where you, the customer, are not at fault and have not canceled in violation of the terms and conditions, if any, of the contract for transportation or travel services, all sums paid to American Express for services not received by you will be promptly refunded to you unless you otherwise advise American Express in writing, after cancellation. American Express is a participant in the California Travel Consumer Restitution Fund (the "Fund"). If you, the passenger, were located in California at the time of your purchase you may request reimbursement from the Fund if you are owed a refund of more than $50 for transportation or travel services which was not refunded in a timely manner by the seller of travel who was registered and participating in the Fund at the time of sale. The maximum amount which may be paid by the Fund to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted within six months after the scheduled completion date of the travel. A claim must include sufficient information and documentation to prove your claim and a $35 processing fee. You must agree to waive your right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a claim against the Fund. You may request a claim form by writing to: Travel Consumer Restitution Corporation, P.O. Box 6001, Larkspur, CA 94977-6001; or by faxing a request to: (415) 927-7698. Note: Sales transactions with customers located outside of California are not covered by the Fund and such customers are not eligible to file a claim against the Fund.

For customers purchasing travel in the state of Oregon: Transportation, lodging, meals, entertainment and all other services are sold to you to you either on a refundable or non-refundable basis. If all or part of the transportation or services are canceled by any person, we shall, within 2 working days of learning of the cancellation, request on your behalf that the service suppliers or wholesalers provide a refund of all sums sent them on your behalf. We shall send any refund received from the service suppliers or wholesalers to you within 2 working days after the refund received by us has cleared the bank.

For customers purchasing travel in the state of Washington: Our Washington State Seller of Travel Registration Number is: UBI#600469694. If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

Cancellation and change penalties may apply to these arrangements. Details will be provided upon request.

**Intermediary Disclosure.** Amex helps manage your company's travel expenses and assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers and recommending specific itineraries. In this role, we are acting as an independent third party and not as a fiduciary. We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors. Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives. In addition, we receive compensation from suppliers when customers use the American Express® Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change. In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability, your preferences, and any agreements we have to book travel in accordance with your company's travel policy. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

Rhode Island Registration Number: ML#1192; Nevada Seller of Travel Registration No. NV#2001-0126; Iowa: TA# 002 Registered Iowa Travel Agency