IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-01139 (KJC) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline: 3/10/2014 |
| | ) Hearing Date: 3/26/2014 @ 10:00 a.m. |

**NOTICE OF FILING
FIRST QUARTERLY APPLICATION OF PHILLIPS,
GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO ROGER
FRANKEL, THE PI FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT EXPENSES FOR THE
PERIOD OF JULY 1, 2013 THROUGH SEPTEMBER 30, 2013**

TO:  (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
in Possession Lender; and (8) the Fee Auditor

Phillips, Goldman & Spence, P.A., ("PG&S") local counsel to David T. Austern, in his capacity as the Court appointed legal representative for future asbestos claimants (the "FCR"), and subsequently as local counsel to Roger Frankel, in his capacity as the Court appointed successor representative for future asbestos claimants (the "Successor FCR") has filed and served its *First Quarterly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to the PI Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of July 1, 2013 through September 30, 2013* seeking payment of fees in the amount of $6,534.00 and $1,101.49 for expenses incurred (the "Quarterly Fee Application") for a total of $7,635.49.

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before March 10, 2014.

At the same time, you must also serve a copy of the objection or response upon the following:

| | |
|---|---|
| **Successor** | **Co-counsel to Roger Frankel, Successor** |
| **Future Claimants Representative** | **Future Claimants Representative** |
| Roger Frankel, Esquire, FCR, | Richard Wyron, Esquire |
| c/o Orrick, Herrington & Sutcliffe LLP | Debra L. Felder, Esquire |
| 1152 15th Street, NW, | Orrick, Herrington & Sutcliffe LLP |
| Washington, DC 20005 | Columbia Center |
| | 1152 15th Street, N.W. |
| | Washington, DC 20005 |

**Co-counsel to Roger Frankel, Successor Future Claimants Representative**
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**Counsel to the Official Committee of Asbestos Property Damage Claimants**
Scott L. Baena, Esquire
Bilzin, Sumberg, Baena, Price & Axelrod,
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

**Co-counsel to Official Committee to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

**Counsel to Official Committee of Equity Holders**
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Co-counsel to the Debtors**
John Donley, Esquire
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

**Co-counsel to the Debtors**
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

**Co-counsel to Official Committee of Unsecured Creditors**
Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Asbestos Property Damage Claimants**
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351,
Wilmington, DE 19899

**Co-counsel to Official Committee to Asbestos Personal Injury Claimants**
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Kathleen Campbell Davis, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to Official Committee of Equity Holders**
Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1397

| | |
|---|---|
| **Counsel to the Asbestos PD** **Future Claimants' Representative** Alan B. Rich, Esquire Law office of Alan B. Rich, Esquire 1201 Elm Street, Suite 4244 Dallas, TX 75270 | **Fee Auditor** Warren H. Smith Warren H. Smith and Associates 2235 Ridge Road, Suite 105 Rockwall, TX 75087 |

    **A HEARING ON THIS APPLICATION WILL BE HELD ON MARCH 26, 2014, AT 10:00 A.M. IN WILMINGTON, DELAWARE.**

                          PHILLIPS, GOLDMAN & SPENCE, P.A.

                          _/s/ John C. Phillips, Jr._
                          John C. Phillips, Jr., Esquire (#110)
                          1200 North Broom Street
                          Wilmington, DE 19806
                          (302) 655-4200
                          (302) 655-4210
                          _Local Counsel to PI Future_
                          _Claimants' Representative_

Date:   November 13, 2013