# EXHIBIT A

# July Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 31030 under Case No. 01-01139 (KJC). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT B

# August Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 31161 under Case No. 01-01139 (KJC). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.

# EXHIBIT C

## September Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 31260 under Case No. 01-01139 (KJC). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.