IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al, | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | **Objection Date: December 3, 2013 @ 4 p.m.** |
| | ) | **Hearing Date:  To be determined** |
| | ) | |

**NOTICE OF FIFTIETH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2013 THROUGH SEPTEMBER 30, 2013**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of Retention: | April 12, 2001 |
| Period for which Compensation and Reimbursement is sought: | July 1, 2013 through September 30, 2013 |
| Total Amount of Compensation sought as actual, reasonable and necessary for applicable period: | $42,385.00 |
| Total Amount of Expense Reimbursement sought as actual, reasonable and necessary for applicable period: | $346.71 |
| Total Amount of Compensation Paid as actual, reasonable and necessary for applicable period: | $14,940.80 |
| Total Amount of Expense Reimbursement Paid as actual, reasonable and necessary for applicable period: | $329.74 |
| Total Amount of Holdback Fees Sought for applicable period: | $8,477.00 |

{D0276102.1 }                                  1

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2013 THROUGH SEPTEMBER 30, 2013**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested |  | Paid |  |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/5/2013; 31070 | July 2013 | $12,959.00 | $321.26 | $10,367.20 | $321.26 |
| 10/4/2013; 31205 | August 2013 | $5,717.00 | $8.48 | $4,573.60 | $8.48 |
| 11/8/2013; 31323 | September 2013 | $23,709.00 | $16.97 | $0.00 | $0.00 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative July-September 2013 Hours | Cumulative July-September 2013 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $.00 | 24.7 | $ 13,840.50 |
| Asset Disposition | .0 | .00 | 8.9 | 5,461.50 |
| Business Operations | 4.9 | 4,484.50 | 70.1 | 42,390.00 |
| Case Administration | 3.8 | 2,048.00 | 5,672.1 | 1,802,962.50 |
| Claim Analysis Objection & Resolution (Asbestos) | .0 | .00 | 1,877.4 | 787,360.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 90.6 | 47,116.00 |
| Committee, Creditors', Noteholders' or Equity Holders' | .4 | 400.00 | 174.2 | 102,375.50 |
| Employee Benefits/Pension | .0 | .00 | 21.4 | 14,922.00 |
| Employment Applications, Applicant | .0 | .00 | 62.3 | 18,649.50 |
| Employment | .0 | .00 | 89.2 | 42,674.00 |

| Project Category (Examples) | Cumulative July-September 2013 Hours | Cumulative July-September 2013 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Applications, Others | | | | |
| Fee Applications, Applicant | 18.0 | 7,422.50 | 1,012.1 | 360,355.50 |
| Fee Applications, Others | .1 | 95.50 | 125.0 | 49,735.00 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .0 | .00 | 412.1 | 322,110.00 |
| Litigation and Litigation Consulting | .0 | .00 | 29,107.5 | 13,116,967.50 |
| Plan & Disclosure Statement | 31.7 | 27,934.50 | 6,273.0 | 3,923,652.00 |
| Relief from Stay Proceedings | .0 | .00 | 3.5 | 2,417.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | .0 | .00 | 1,863.6 | 495,140.50 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | .0 | .00 | 196.6 | 99,674.00 |
| **Totals** | **58.9** | **$42,385.00** | **47,270.5** | **21,324,338.50** |

*(Remainder of Page Intentionally Left Blank)*

{D0276102.1 }    3

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 07/01/13 – 09/30/13 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $.00 | $ 432,105.33 |
| Pacer Database Charges | 15.10 | 328.76 |
| Research Material | .00 | 12,428.21 |
| Air Freight & Express Mail | 55.61 | 25,340.79 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,418.22 |
| Outside Photocopy Service | .00 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,805.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | .00 | 65,093.76 |
| Air & Train Transportation | 276.00 | 222,616.74 |
| Meals Related to Travel | .00 | 30,530.59 |
| Travel Expenses – Hotel Charges | .00 | 130,234.28 |
| Travel Expenses – Ground Transportation | .00 | 85,993.48 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation - DC | .00 | 7,151.31 |
| Local Transportation – NY | .00 | 657.52 |
| Xeroxing | .00 | 116,336.25 |
| Postage | .00 | 6,982.05 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone – DC | .00 | 2,608.37 |
| NYO Long Distance Telephone | .00 | 16,318.80 |
| Use of Cell/Home Phone | .00 | 3,216.99 |
| Conference Call Services | .00 | 90.44 |
| **TOTAL** | **$ 346.71** | **$ 3,949,966.60** |

CAPLIN & DRYSDALE

*/s/Elihu Inselbuch*
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
600 Lexington Avenue at 52nd Street
21st Floor
New York, NY 10022
(212) 379-6000
(212)379-6001

*National Counsel for Official Committee*
*Of Asbestos Personal Injury Claimants*

Dated: November 13, 2013