## EXHIBIT A

**Business Operations (4.90 Hours; $ 4,484.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.40 | $955 | 4,202.00 |
| Jeffrey A. Liesemer | .50 | $545 | 282.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/10/2013 | PVL | 955.00 | 0.20 | Rv emails & reply re Lantern matter |
| 7/11/2013 | PVL | 955.00 | 0.50 | Rv Blackstone memo re Lantern project |
| 7/11/2013 | JAL | 565.00 | 0.40 | Review and analysis of memo from J. Sinclair re proposal and recommendation. |
| 7/12/2013 | PVL | 955.00 | 0.10 | Rv Sinclair memo re Lantern |
| 7/17/2013 | JAL | 565.00 | 0.10 | Reviewed and analysis of memo from J. Sinclair. |
| 7/22/2013 | PVL | 955.00 | 0.40 | Teleconf. Wyron re Lantern project |
| 7/23/2013 | PVL | 955.00 | 1.50 | Rv Lantern motion and revisions thereto (.5); rv email re same & reply (.1); teleconf. Wyron (.6); teleconf. Sinclair (.3) |
| 7/24/2013 | PVL | 955.00 | 0.60 | Teleconf. Wyron re Lantern motion (.4); rv emails re same & reply (.2) |
| 7/25/2013 | PVL | 955.00 | 0.10 | Rv Sinclair email |
| 7/29/2013 | PVL | 955.00 | 0.30 | Rv revised draft motions re Lantern acq. and emails re same and reply thereto |
| 8/1/2013 | PVL | 955.00 | 0.20 | Rv revised Lantern motion and email Gettleman et al |
| 8/4/2013 | PVL | 955.00 | 0.20 | Rv Lantern motion as filed |
| 9/27/2013 | PVL | 955.00 | 0.30 | Rv Project Lantern update and FCR comments re same and reply to same |

**Total Task Code .03**   4.90

709716v.1 11/12/2013

**Case Administration (3.80 Hours; $ 2,048.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $1,000 | 200.00 |
| Peter Van N. Lockwood | .60 | $955 | 573.00 |
| Rita C. Tobin | 1.80 | $555 | 999.00 |
| Eugenia Benetos | .30 | $230 | 69.00 |
| Sara Joy DelSavio | .90 | $230 | 207.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/9/2013 | RCT | 555.00 | 0.20 | Review local counsel e-mail and confer with EB regarding same. |
| 7/12/2013 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI Update. |
| 7/19/2013 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI update. |
| 7/24/2013 | EB | 230.00 | 0.30 | Obtain and send opinion to EI as per FH. |
| 7/26/2013 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI update. |
| 8/1/2013 | PVL | 955.00 | 0.20 | Attend status conf. by phone |
| 8/2/2013 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI Update. |
| 8/5/2013 | SJD | 230.00 | 0.90 | Update J drive per LMK. |
| 8/9/2013 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI update. |
| 9/6/2013 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI update. |
| 9/11/2013 | EI | 1,000.00 | 0.20 | Address claimants inquiries. |
| 9/13/2013 | PVL | 955.00 | 0.20 | Cn ACM re status |
| 9/20/2013 | RCT | 555.00 | 0.20 | Review dockets and local counsel recommendations regarding EI update. |

| | | | | |
|---|---|---|---|---|
| 9/24/2013 | PVL | 955.00 | 0.20 | Rv emails & reply (.1); rv 3 misc. filings (.1) |
| 9/27/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |

**Total Task Code .04        3.80**


**Committee, Creditors', Noteholders' or Equity Holders' (.40 Hours; $ 400.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .40 | $1,000 | 400.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/6/2013 | EI | 1,000.00 | 0.40 | Memorandum to Committee regarding Garlock decision (.2). Read Selected Air settlement outline (.2). |

**Total Task Code .07        .40**


**Fee Applications, Applicant (18.00 Hours; $ 7,422.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 10.10 | $555 | 5,605.50 |
| Eugenia Benetos | 7.90 | $230 | 1,817.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/2/2013 | RCT | 555.00 | 0.30 | Confer with EB regarding fee application schedules for July. |
| 7/8/2013 | RCT | 555.00 | 0.50 | Review and edit pre-bills. |
| 7/8/2013 | EB | 230.00 | 0.70 | Perform review of fee application schedule exhibit (.3); create check breakdown for EI (.1); create memo re: check breakdown for Accounting insert and record keeping (.1); prepare materials for |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | overnight pouch to DC (.1); retain copy of check in binder (.1). |
| 7/11/2013 | RCT | 555.00 | 0.70 | Review exhibits. |
| 7/12/2013 | RCT | 555.00 | 0.90 | Address miscellaneous fee issue. |
| 7/15/2013 | EB | 230.00 | 0.20 | Update fee application schedule. |
| 7/18/2013 | RCT | 555.00 | 0.80 | Review fee application. |
| 7/18/2013 | EB | 230.00 | 1.10 | Work on fee application. |
| 8/5/2013 | RCT | 555.00 | 0.40 | Review e-mails and confer with EB regarding CNO (.2); review orders regarding CNO and outstanding fees (.2). |
| 8/7/2013 | RCT | 555.00 | 0.80 | Review pre-bill. |
| 8/8/2013 | RCT | 555.00 | 0.50 | Review monthly fee application exhibits. |
| 8/9/2013 | EB | 230.00 | 0.70 | Create breakdown of payment received and update fee application schedule (.4); distribute to attorneys and accounting re breakdown (.3). |
| 8/12/2013 | EB | 230.00 | 1.20 | Work on interim fee application. |
| 8/13/2013 | RCT | 555.00 | 0.80 | Review fee application. |
| 8/14/2013 | RCT | 555.00 | 0.10 | Correspondence to EB regarding fee application. |
| 8/21/2013 | EB | 230.00 | 1.40 | Work on monthly fee application. |
| 8/21/2013 | EB | 230.00 | 0.20 | Send email to local counsel re fee applications. |
| 8/26/2013 | EB | 230.00 | 0.20 | Work on monthly fee application. |
| 8/26/2013 | RCT | 555.00 | 1.00 | Review fee application and exhibits. |
| 8/27/2013 | RCT | 555.00 | 0.20 | Address fee issue. |
| 9/4/2013 | RCT | 555.00 | 0.20 | Review revised schedules. |
| 9/9/2013 | EB | 230.00 | 0.60 | Perform review of summarized payments email distributed (.4); send email to APB re breakdown request for EI (.2). |
| 9/10/2013 | RCT | 555.00 | 0.50 | Review pre bill. |

| 9/10/2013 | RCT | 555.00 | 0.30 | Review monthly fee exhibits. |
|---|---|---|---|---|
| 9/24/2013 | RCT | 555.00 | 0.30 | Confer with EB regarding revised fee application schedules. |
| 9/24/2013 | RCT | 555.00 | 0.60 | Review local counsel memo regarding interim and fee hearing (.3); confer with EB regarding same (.3). |
| 9/24/2013 | EB | 230.00 | 1.20 | Work on monthly fee application. |
| 9/25/2013 | EB | 230.00 | 0.40 | Email local counsel fee application and prepare for federal express. |
| 9/25/2013 | RCT | 555.00 | 1.20 | Review and edit fee application. |

**Total Task Code .12        18.00**


**Fee Applications - Others (.10 Hours; $ 95.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $955 | 95.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 9/16/2013 | PVL | 955.00 | 0.10 | Rv 14 misc. fee apps. |

**Total Task Code .13        .10**


**Plan & Disclosure Statement (31.70  Hours; $ 27,934.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.90 | $1,000 | 3,900.00 |
| Peter Van N. Lockwood | 20.90 | $955 | 19,959.50 |
| Ann C. McMillan | 1.10 | $660 | 726.00 |
| Leslie M. Kelleher | 1.20 | $625 | 750.00 |
| Jeffrey A. Liesemer | 3.40 | $565 | 1,921.00 |

Kevin C. Maclay                     1.20                $565                   678.00

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 7/15/2013 | PVL | 955.00 | 0.10 | Rv emails re insurance claim offer |
| 7/16/2013 | PVL | 955.00 | 1.10 | Tcn Shelnitz, Finke, Donley, Paul, Wyron et al (.6); rv Bondex motions re appeal (.4); teleconf. EI (.1). |
| 7/16/2013 | EI | 1,000.00 | 0.80 | Read Project Lantern materials (.2); telephone conference with PVNL and memorandum to Committee (.5); memorandum to R. Horkovitch (.1). |
| 7/17/2013 | EI | 1,000.00 | 0.30 | Project Lantern memorandum. |
| 7/17/2013 | PVL | 955.00 | 2.90 | Rv Bondex stay motion (.5); rv ACC stay oppo. (.5); rv FCR stay oppo. (.4); rv Bondex stay reply (.3); rv Bondex motion to certify (.2); rv ACC/FCR oppo. to certify (.4); rv ACC/FCR mot. to dismiss appeal (.3); rv Bondex oppo. to mot. to dismiss (.3) |
| 7/19/2013 | ACM | 660.00 | 0.10 | Teleconference claimant re case status. |
| 7/19/2013 | EI | 1,000.00 | 0.10 | Project Lantern status. |
| 7/23/2013 | EI | 1,000.00 | 0.10 | Project Lantern issues. |
| 7/24/2013 | JAL | 565.00 | 0.30 | Review and analysis of materials re plan issues. |
| 7/24/2013 | KCM | 565.00 | 0.20 | Review Garlock standing decision. |
| 7/24/2013 | PVL | 955.00 | 0.80 | Rv CA 3 opinion re Garlock (.4); emails to & from Donley, et al re CA 3 opinion (.3); teleconf. EI (.1) |
| 7/25/2013 | ACM | 660.00 | 0.10 | Exchange e-mails with PVNL, P. Matheny re case status. |
| 8/4/2013 | PVL | 955.00 | 0.20 | Rv Sealed Air press release re 2d Q earnings |
| 8/5/2013 | PVL | 955.00 | 0.10 | Rv emails |
| 8/7/2013 | KCM | 565.00 | 0.10 | Review Garlock motion. |
| 8/16/2013 | PVL | 955.00 | 0.10 | Rv emails |

| Date | Tkpr | Rate | Hours | Description |
|---|---|---|---|---|
| 8/20/2013 | PVL | 955.00 | 0.50 | Telephone conference Donley, Paul, Frankel, Wyron, et al |
| 8/20/2013 | PVL | 955.00 | 0.40 | Review Garlock rehearing petition |
| 8/22/2013 | EI | 1,000.00 | 0.20 | Insurance issue. |
| 8/22/2013 | ACM | 660.00 | 0.10 | Teleconference w/Grace claimant re case status. |
| 8/31/2013 | PVL | 955.00 | 0.20 | Rv draft SA confid. agmt. |
| 9/4/2013 | PVL | 955.00 | 2.10 | Rv CA 3 op. re AMH appeal (.6); rv CA 3 op. re Montana appeal (.6); teleconf. Brown (.3); teleconf. EI (.4); cn KCM (.1); email Paul (.1) |
| 9/4/2013 | EI | 1,000.00 | 1.00 | Read Third Circuit decisions, Schedule A issues (.3); telephone conference with PVNL regarding same (.3); memorandum to Committee (.4). |
| 9/4/2013 | ACM | 660.00 | 0.10 | Exchange e-mails with PVNL re Third Circuit appeals. |
| 9/4/2013 | LMK | 625.00 | 1.20 | Review Grace decisions - 3d Circuit. |
| 9/4/2013 | KCM | 565.00 | 0.90 | Review Third Circuit opinions. |
| 9/5/2013 | JAL | 565.00 | 0.70 | Review and analysis of Third Circuit decisions. |
| 9/5/2013 | PVL | 955.00 | 0.80 | Rv CA 2 order and email Paul et al re same (.1); rv Paul outline and email comments thereon (.1); email Paul et al (.2); rv FM stip. re conf. appeal (.2); rv emails & reply (.2) |
| 9/9/2013 | EI | 1,000.00 | 0.30 | Telephone conference with ACM and prepare memorandum to PVNL regarding payment percentage. |
| 9/9/2013 | ACM | 660.00 | 0.10 | Teleconference EI re payment percentage. |
| 9/10/2013 | ACM | 660.00 | 0.10 | Teleconference EI re payment percentage issues. |
| 9/10/2013 | JAL | 565.00 | 1.90 | Review and analysis of materials re Third Circuit rulings. |
| 9/10/2013 | EI | 1,000.00 | 0.80 | Prepare memorandums to J. Sinclair, R. Horkovich, PVNL and ACM regarding exit issues (.3); telephone conference with PVNL regarding same and status (.5). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 9/10/2013 | PVL | 955.00 | 2.00 | Tcn Shelnitz, Donley, Paul, Frankel & Wyron (1.4); teleconf. EI (.5); rv email and reply (.1) |
| 9/11/2013 | JAL | 565.00 | 0.50 | Review and analysis of materials re appeal issues. |
| 9/12/2013 | PVL | 955.00 | 0.10 | Rv Sinclair email |
| 9/13/2013 | PVL | 955.00 | 3.30 | Rv CA 3 orders (.1); rv Bank Lender ltr to court and CA 2 op. (.8); rv POR provisions re Bank Lender claims (2.4) |
| 9/16/2013 | PVL | 955.00 | 2.00 | Draft memo to Paul & Wyron re eff. date (1.8); rv draft ltr to CA 3 (.1); rv emails & reply (.1) |
| 9/17/2013 | PVL | 955.00 | 2.40 | Tcn Paul & Wyron (1.1); draft suppl. memo re eff. date (1.3) |
| 9/19/2013 | PVL | 955.00 | 1.60 | Rv POR (.1); telephone conference Shelnitz, Finke, Donley, Paul & Frankel (.9); telephone conference EI (.2): telephone conference Cohen (.4). |
| 9/19/2013 | ACM | 660.00 | 0.10 | Send e-mail to M. Peterson re foreign claims. |
| 9/19/2013 | EI | 1,000.00 | 0.20 | Telephone conference with PVNL regarding status of appeals. |
| 9/23/2013 | ACM | 660.00 | 0.20 | Exchange e-mails with M. Peterson re foreign sales (.1); exchange e-mails with B. Julian re documents (.1). |
| 9/25/2013 | ACM | 660.00 | 0.10 | Exchange e-mails with J. Baden re Trustee nominees. |
| 9/26/2013 | PVL | 955.00 | 0.10 | Rv CA 3 corresp. and orders |
| 9/27/2013 | PVL | 955.00 | 0.10 | Rv emails from Sinclair et al |
| 9/29/2013 | EI | 1,000.00 | 0.10 | Reviewed J. Sinclair memorandum regarding Project Lantern. |
| 9/30/2013 | ACM | 660.00 | 0.10 | Conference EI re Trust issues. |

**Total Task Code .17      31.70**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $55.61 |
| Air & Train Transportation | $276.00 |
| Pacer - Database Charges | $15.10 |
| **Total** | **$346.71** |