**EXHIBIT B**

**Business Operations (4.90 Hours; $ 4,484.50)**

   Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03  4.90**

**Case Administration (3.80 Hours; $ 2,048.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  3.80**

**Committee, Creditors', Noteholders' or Equity Holders' (.40 Hours; $ 400.00)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and National Counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07  .40**

**Fee Applications, Applicant (18.00 Hours; $ 7,422.50)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12  18.00**

**Fee Application, Others (.10 Hours; $ 95.50)**

   Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13  .10**

**Plan & Disclosure Statement (31.70 Hours; $ 27,934.50)**

   Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17   31.70**