## **EXHIBIT C**

<u>Other Charges</u>:

| | |
|---|---|
| Air Freight & Express Mail | $55.61 |
| Air & Train Transportation | $276.00 |
| Pacer - Database Charges | $15.10 |
| **Total** | **$346.71** |

```
Client Number:  4642          Grace Asbestos Personal Injury Claimants                                    Page: 1
Matter          000           Disbursements                                                               8/14/2013

Attn:                                                                                  Print Date/Time: 08/14/2013 2:37:12PM
                                                                                       Invoice #

                                      PREBILL/CONTROL REPORT

                                                             Trans Date Range:  1/1/1950  to: 7/31/2013

Matter         000
Disbursements
Bill Cycle:    Monthly        Style:   il      Start:  4/16/2001    Last Billed : 7/17/2013          13,655

Client Retainers Available    $4,806.34        Committed to Invoices:    $0.00    Remaining:  $4,806.34

                                      Total Expenses Billed To Date   $3,949,619.99

                                                                      Billing Empl:       0120    Elihu  Inselbuch
                                                                      Responsible Empl:   0120    Elihu  Inselbuch
                                                                      Alternate Empl:     0120    Elihu  Inselbuch
                                                                      Originating Empl:   0120    Elihu  Inselbuch

Summary by Employee
                                         ---------- A C T U A L ----------    -------- B I L L I N G ---------
Empl    Initials    Name                   Hours            Amount              Hours            Amount
0020    PVL         Peter Van N Lockwood    0.00             276.00              0.00             276.00
0120    EI          Elihu Inselbuch         0.00              15.15              0.00              15.15
0380    EB          Eugenia Benetos         0.00              12.10              0.00              12.10
0999    C&D         Caplin & Drysdale       0.00              18.01              0.00              18.01

Total Fees                                  0.00             321.26              0.00             321.26
```

Detail Time / Expense by Date

| TransNo. | Description | TransType | Trans Date | Work Empl | ---------- A C T U A L ---------- | | | -------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 3008095 | Pacer Service Center -Database Research Svc., 4/1/13 - 6/30/13  (EB) | E | 07/16/2013 | 0380 EB | | 0.00 | $12.10 | | 0.00 | $12.10 | 12.10 |
| 3008122 | Pacer Service Center -Database Research Svc., 4/1/13 - 6/30/13 | E | 07/16/2013 | 0999 C&D | | 0.00 | $3.00 | | 0.00 | $3.00 | 15.10 |
| 3010568 | Bank of America -ADA Travel Svc., re: Coach Amtrak Train Fare to/from Philadelphia, PA, 6/16/13 - 6/17/13  (PVNL; First Class Purchased $400; Itin #107627) | E | 07/22/2013 | 0020 PVL | | 0.00 | $236.00 | | 0.00 | $236.00 | 251.10 |
| 3010569 | Bank of America -ADA Travel Svc., re: Agent Fee for Coach Amtrak Train Fare to/from Philadelphia, | E | 07/22/2013 | 0020 PVL | | 0.00 | $40.00 | | 0.00 | $40.00 | 291.10 |

```
Client Number: 4642              Grace Asbestos Personal Injury Claimants                           Page: 1
Matter         000               Disbursements                                                      8/14/2013

Attn:                                                                          Print Date/Time: 08/14/2013 2:37:12PM
                                                                                                    Invoice #

           PA, 6/16/13 - 6/17/13 (PVNL; First Class
           Purchased $400; Coach $236; Itin #107627)

3011435    Federal Express -Delivery to M.Hurford, 6/21/13   0120  EI   E  07/26/2013   0.00   $15.15   $15.15
           (EI)
3011448    Federal Express -Delivery to T.Simpson, 7/18/13   0999  C&D  E  07/26/2013   0.00   $15.01   $15.01
Total Expenses                                                                          0.00   $321.26  $321.26

                        Matter Total Fees                                                0.00       0.00      0.00
                        Matter Total Expenses                                                   321.26    321.26

                        Matter Total                                                     0.00    321.26    321.26

                        Prebill Total Fees
                        Prebill Total Expenses                                                  $321.26   $321.26

                        Prebill Total                                                    0.00            $321.26


Previous Billings

InvoiceNo    InvoiceDate    InvoiceTotal    OpenTotal
74,007       04/22/2010      55,577.50         137.53
86,825       03/26/2012      73,596.50      14,719.30
92,491       02/21/2013     165,664.00      33,132.80
92,999       03/22/2013      35,163.00       7,032.60
93,496       04/19/2013      40,095.00       8,019.00
94,156       05/24/2013      48,738.50       9,747.70
94,576       06/19/2013      40,014.32      40,014.32
95,137       07/17/2013      47,111.67      47,111.67

                            505,960.49     159,914.92
```

```
Client Number: 4642                Grace Asbestos Personal Injury Claimants                                        Page: 1
Matter    000                      Disbursements                                                                   9/11/2013

Attn:                                                                                    Print Date/Time: 09/11/2013 3:12:28PM
                                                                                         Invoice #

                                          PREBILL/CONTROL REPORT

                                                            Trans Date Range:  1/1/1950 to: 8/31/2013

Matter    000
Disbursements                                                                                                      13,655
Bill Cycle:         Monthly          Style:  il       Start:   4/16/2001   Last Billed :   8/14/2013
Client Retainers Available       $4,806.34         Committed to Invoices:    $0.00      Remaining:    $4,806.34

                                               Total Expenses Billed To Date    $3,949,941.25

                                                              Billing Empl:       0120      Elihu   Inselbuch
                                                              Responsible Empl:   0120      Elihu   Inselbuch
                                                              Alternate Empl:     0120      Elihu   Inselbuch
                                                              Originating Empl:   0120      Elihu   Inselbuch

Summary by Employee
                                               -------- A C T U A L --------   -------- B I L L I N G --------
Empl    Initials   Name                           Hours         Amount             Hours          Amount
0999    C&D        Caplin & Drysdale               0.00           8.48              0.00           8.48

Total Fees                                         0.00           8.48              0.00           8.48


Detail Time / Expense by Date
                                                                                 -------- A C T U A L --------   -------- B I L L I N G --------
TransNo.   Description                          TransType  Trans Date  Work Empl   Rate    Hours     Amount      Rate    Hours    Amount   Cumulative
3022015    Federal Express -Delivery to T.Simpson, 8/14/13   E   08/26/2013  0999 C&D              0.00    $8.48              0.00   $8.48    8.48
           (Split b/w clients 4642 & 5334)
Total Expenses                                                                                             $8.48                     $8.48    8.48

           Matter Total Fees                                                                       0.00    0.00               0.00   0.00
           Matter Total Expenses                                                                           8.48                      8.48

           Matter Total                                                                            0.00    8.48               0.00   8.48

           Prebill Total Fees                                                                                                        $8.48
           Prebill Total Expenses                                                                          $8.48                     $8.48

           Prebill Total                                                                                                      0.00
```

```
Client Number: 4642                        Grace Asbestos Personal Injury Claimants                Page: 1
Matter      000                            Disbursements                                           9/11/2013
                                                                                  Print Date/Time: 09/11/2013 3:12:28PM
Attn:                                                                                              Invoice #

Previous Billings

InvoiceNo    InvoiceDate      InvoiceTotal       OpenTotal
74,007       04/22/2010         55,577.50          137.53
86,825       03/26/2012         73,596.50       14,719.30
92,491       02/21/2013        165,664.00       33,132.80
92,999       03/22/2013         35,163.00        7,032.60
93,496       04/19/2013         40,095.00        8,019.00
94,156       05/24/2013         48,738.50        9,747.70
94,576       06/19/2013         39,963.00        7,992.60
95,137       07/17/2013         46,734.00        9,346.80
95,666       08/14/2013         13,280.26       13,280.26

                               518,811.76      103,408.59
```

```
Client Number: 4642          Grace Asbestos Personal Injury Claimants                                    Page: 1
Matter         000           Disbursements                                                               10/22/2013

Attn:                                                                          Print Date/Time: 10/22/2013 3:23:03PM
                                                                                                    Invoice #

                                            PREBILL/CONTROL REPORT

                                                       Trans Date Range: 1/1/1950 to: 9/30/2013
Matter          000
Disbursements
Bill Cycle:     Monthly      Style:   i1      Start:   4/16/2001    Last Billed :  9/11/2013

Client Retainers Available           $4,806.34    Committed to Invoices:    $0.00      Remaining:           $4,806.34
                                                                 $3,949,949.73
                                     Total Expenses Billed To Date                                          13,655

                                                           Billing Empl:       0120    Elihu    Inselbuch
                                                           Responsible Empl:   0120    Elihu    Inselbuch
                                                           Alternate Empl:     0120    Elihu    Inselbuch
                                                           Originating Empl:   0120    Elihu    Inselbuch

Summary by Employee
                                             ------- A C T U A L -------       ------- B I L L I N G -------
Empl   Initials   Name                       Hours        Amount               Hours        Amount
0999   C&D        Caplin & Drysdale          0.00         16.97                0.00         16.97
Total Fees                                   0.00         16.97                0.00         16.97

Detail Time / Expense by Date
                                                                                ---- A C T U A L ----    ---- B I L L I N G ----
TransNo.   Description                    TransType   Trans Date   Work Empl    Rate   Hours   Amount    Rate   Hours   Amount   Cumulative
3028822    Federal Express -Delivery to T.Simpson, 8/26/13    E    09/10/2013   0999 C&D              0.00  $16.97            0.00  $16.97   $16.97
Total Expenses                                                                         0.00   $16.97            0.00  $16.97   $16.97
           Matter Total Fees                                                                  0.00                    0.00
           Matter Total Expenses                                                              16.97                   16.97
           Matter Total                                                                0.00   16.97             0.00  16.97

           Prebill Total Fees                                                                 $16.97                  $16.97
           Prebill Total Expenses                                                             $16.97                  $16.97
           Prebill Total                                                                0.00                    0.00
```

```
Client Number:  4642                Grace Asbestos Personal Injury Claimants        Page: 1
Matter     000                      Disbursements                                   10/22/2013

                                                                     Print Date/Time: 10/22/2013  3:23:03PM
Attn:                                                                                Invoice #

Previous Billings

InvoiceNo     InvoiceDate        InvoiceTotal         OpenTotal
74,007        04/22/2010           55,577.50             137.53
86,825        03/26/2012           73,596.50          14,719.30
94,156        05/24/2013           48,738.50           9,747.70
94,576        06/19/2013           39,963.00           7,992.60
95,137        07/17/2013           46,734.00           9,346.80
95,666        08/14/2013           12,959.00           2,591.80
96,232        09/11/2013            5,725.48           5,725.48

                                  283,293.98          50,261.21
```