# EXHIBIT A

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2013 through July 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 08-Jul-13 | BR | Review of NDA re project information to be distributed. | 0.10 | $ 680.00 | $ 68.00 |
| 09-Jul-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 11-Jul-13 | BR | Review of discussion materials circulated in connection with proposed investment by the debtor. | 3.60 | $ 680.00 | $ 2,448.00 |
| 11-Jul-13 | BR | Tel C with J Sinclair to discuss business transaction | 0.10 | $ 680.00 | $ 68.00 |
| 12-Jul-13 | BR | Review of correspondence from Sinclair to Lockwood. | 0.30 | $ 680.00 | $ 204.00 |
| 15-Jul-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 17-Jul-13 | BR | Conf call with company and financial advisors to discuss business transaction. | 0.90 | $ 680.00 | $ 612.00 |
| 21-Jul-13 | BR | Review of motion filed by debtor and related docs. | 1.30 | $ 680.00 | $ 884.00 |
| 28-Jul-13 | BR | Review of Grace's earnings release for 2Q13. | 2.40 | $ 680.00 | $ 1,632.00 |
| | | Total Bradley Rapp | 8.90 | | $ 6,052.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 01-Jul-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| 06-Jul-13 | JS | Review and sign Acknowledgement of Confidentiality Agreement in respect of business transaction. | 0.30 | $ 680.00 | $ 204.00 |
| 09-Jul-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 11-Jul-13 | JS | Review, analyze business transaction presentation materials from Blackstone in preparation for conference call with Grace management on 7/17/13. | 4.30 | $ 680.00 | $ 2,924.00 |
| 11-Jul-13 | JS | Call with Rapp regarding business transaction. | 0.10 | $ 680.00 | $ 68.00 |
| 11-Jul-13 | JS | Write addendum to memorandum of April 25, 2013 to ACC counsel regarding business transaction. | 1.70 | $ 680.00 | $ 1,156.00 |
| 12-Jul-13 | JS | Call with Blackstone (Schlesinger) regarding business transaction. | 0.10 | $ 680.00 | $ 68.00 |
| 15-Jul-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 17-Jul-13 | JS | Review materials, draft questions, in preparation for conference call with Grace management and Blackstone regarding business transaction. | 0.80 | $ 680.00 | $ 544.00 |
| 17-Jul-13 | JS | Conference call with Grace management (Rohen & Shelnitz) and Blackstone (O'Connell, Schlesinger and Schumacher) and financial advisors regarding business transaction. | 0.90 | $ 680.00 | $ 612.00 |
| 17-Jul-13 | JS | Write memorandum to ACC counsel regarding conference call with management and Blackstone in regard to business transaction. | 0.70 | $ 680.00 | $ 476.00 |
| 21-Jul-13 | JS | Review Bid and Acquisition Approval Motion and Motion to File under Seal in respect of business transaction. | 2.20 | $ 680.00 | $ 1,496.00 |
| 21-Jul-13 | JS | Write memorandum to ACC counsel (Lockwood) regarding the Bid and Acquisition Motion and Form of Order regarding business transaction. | 0.20 | $ 680.00 | $ 136.00 |
| 22-Jul-13 | JS | Call with Blackstone (O'Connell) regarding business transaction. | 0.10 | $ 680.00 | $ 68.00 |
| 22-Jul-13 | JS | Call with Lincoln International (Radecki) regarding business transaction. | 0.10 | $ 680.00 | $ 68.00 |
| 22-Jul-13 | JS | Call with Peter Lockwood regarding business transaction. | 0.30 | $ 680.00 | $ 204.00 |
| 22-Jul-13 | JS | Write further memorandum to ACC counsel (Inselbuch and Lockwood) regarding business transaction. | 0.20 | $ 680.00 | $ 136.00 |
| 23-Jul-13 | JS | Review revise Motions for Approval to Bid and Acquire and Order regarding business transaction. | 1.80 | $ 680.00 | $ 1,224.00 |
| 23-Jul-13 | JS | Review further revisions to the Motion for Approval and Order regarding business transaction. | 1.10 | $ 680.00 | $ 748.00 |
| 24-Jul-13 | JS | Review 3rd Circuit opinion that Garlock did not have standing to object to Grace's Joint Plan. | 0.70 | $ 680.00 | $ 476.00 |
| 25-Jul-13 | JS | Review, analyze Grace's 2nd Quarter 2013 earning report for monitoring and valuation. | 1.60 | $ 680.00 | $ 1,088.00 |
| 25-Jul-13 | JS | Earnings conference call with management (Festa and LaForce) and analysts regarding 2Q13 financial results for monitoring. | 1.00 | $ 680.00 | $ 680.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2013 through July 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| 26-Jul-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 26-Jul-13 | JS | Write memorandum to ACC counsel regarding 2nd Quarter 2013 earnings report and revised outlook for full year 2013. | 1.80 | $ 680.00 | $ 1,224.00 |
| | | Total James Sinclair | 22.20 | | $ 15,096.00 |

Peter Cramp - Associate

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| 01-Jul-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 08-Jul-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.20 | $375.00 | $ 450.00 |
| 15-Jul-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 16-Jul-13 | PC | Review materials for proposed transaction in preparation for conference call with Blackstone and Grace. | 1.40 | $375.00 | $ 525.00 |
| 17-Jul-13 | PC | Conference call with Blackstone and WR Grace management to discuss proposed transaction. | 0.90 | $375.00 | $ 337.50 |
| 22-Jul-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 25-Jul-13 | PC | Review and email 2nd quarter earnings report and Business Update to J. Sinclair. | 1.40 | $375.00 | $ 525.00 |
| 25-Jul-13 | PC | Telephonic participation in 2nd quarter earnings call for due diligence. | 1.00 | $375.00 | $ 375.00 |
| 26-Jul-13 | PC | Review transcript of 2nd quarter earnings call, email to J. Sinclair. | 0.30 | $375.00 | $ 112.50 |
| 30-Jul-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| | | Total Peter Cramp | 12.20 | | $ 4,575.00 |

Gibbons Sinclair - Associate

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| 09-Jul-13 | GS | Review and revise Grace Fee Statement. | 0.50 | $375.00 | $ 187.50 |
| | | Total Gibbons Sinclair | 0.50 | | $ 187.50 |
| | | **TOTAL** | 43.80 | | $ 25,910.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2013 through July 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 01-Jul-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| 01-Jul-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 08-Jul-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.20 | $375.00 | $ 450.00 |
| 09-Jul-13 | JS | Review, analyze pricing information and data for purposes of advising ACC | 0.50 | $ 680.00 | $ 340.00 |
| 09-Jul-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 15-Jul-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 15-Jul-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 15-Jul-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 26-Jul-13 | JS | Review, analyze pricing information and data for purposes of advising ACC | 0.50 | $ 680.00 | $ 340.00 |
| 30-Jul-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| | | Total Asset Analysis and Recovery | 8.00 | | $ 3,732.00 |
| Business Operations | | | | | |
| 08-Jul-13 | BR | Review of NDA re project information to be distributed. | 0.10 | $ 680.00 | $ 68.00 |
| 11-Jul-13 | JS | Review, analyze business transaction presentation materials from Blackstone in preparation for conference call with Grace management on 7/17/13. | 4.30 | $ 680.00 | $ 2,924.00 |
| 11-Jul-13 | JS | Call with Rapp regarding business transaction. | 0.10 | $ 680.00 | $ 68.00 |
| 11-Jul-13 | JS | Write addendum to memorandum of April 25, 2013 to ACC counsel regarding business transaction. | 1.70 | $ 680.00 | $ 1,156.00 |
| 11-Jul-13 | BR | Review of discussion materials circulated in connection with proposed investment by the debtor. | 3.60 | $ 680.00 | $ 2,448.00 |
| 11-Jul-13 | BR | Tel C with J Sinclair to discuss business transaction | 0.10 | $ 680.00 | $ 68.00 |
| 12-Jul-13 | JS | Call with Blackstone (Schlesinger) regarding business transaction. | 0.10 | $ 680.00 | $ 68.00 |
| 16-Jul-13 | PC | Review materials for proposed transaction in preparation for conference call with Blackstone and Grace. | 1.40 | $375.00 | $ 525.00 |
| 17-Jul-13 | JS | Review materials, draft questions, in preparation for conference call with Grace management and Blackstone regarding business transaction. | 0.80 | $ 680.00 | $ 544.00 |
| 17-Jul-13 | JS | Conference call with Grace management (Rohen & Shelnitz) and Blackstone (O'Connell, Schlesinger and Schumacher) and financial advisors regarding business transaction. | 0.90 | $ 680.00 | $ 612.00 |
| 17-Jul-13 | JS | Write memorandum to ACC counsel regarding conference call with management and Blackstone in regard to business transaction. | 0.70 | $ 680.00 | $ 476.00 |
| 17-Jul-13 | BR | Conf call with company and financial advisors to discuss business | 0.90 | $ 680.00 | $ 612.00 |
| 17-Jul-13 | PC | Conference call with Blackstone and WR Grace management to discuss proposed transaction. | 0.90 | $375.00 | $ 337.50 |
| 21-Jul-13 | JS | Review Bid and Acquisition Approval Motion and Motion to File under Seal in respect of business transaction. | 2.20 | $ 680.00 | $ 1,496.00 |
| 21-Jul-13 | JS | Write memorandum to ACC counsel (Lockwood) regarding the Bid and Acquisition Motion and Form of Order regarding business transaction. | 0.20 | $ 680.00 | $ 136.00 |
| 22-Jul-13 | JS | Call with Blackstone (O'Connell) regarding business transaction. | 0.10 | $ 680.00 | $ 68.00 |
| 22-Jul-13 | JS | Call with Lincoln International (Radecki) regarding business transaction. | 0.10 | $ 680.00 | $ 68.00 |
| 22-Jul-13 | JS | Call with Peter Lockwood regarding business transaction. | 0.30 | $ 680.00 | $ 204.00 |
| 22-Jul-13 | JS | Write further memorandum to ACC counsel (Inselbuch and Lockwood) regarding business transaction. | 0.20 | $ 680.00 | $ 136.00 |
| 22-Jul-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 23-Jul-13 | JS | Review revise Motions for Approval to Bid and Acquire and Order regarding business transaction. | 1.80 | $ 680.00 | $ 1,224.00 |
| 23-Jul-13 | JS | Review further revisions to the Motion for Approval and Order regarding business transaction. | 1.10 | $ 680.00 | $ 748.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2013 through July 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| | | Total Business Operations | 23.20 | | $ 14,586.50 |
| Case Administration | | | | | |
| 06-Jul-13 | JS | Review and sign Acknowledgement of Confidentiality Agreement in respect of business transaction. | 0.30 | $ 680.00 | $ 204.00 |
| 12-Jul-13 | BR | Review of correspondence from Sinclair to Lockwood. | 0.30 | $ 680.00 | $ 204.00 |
| 21-Jul-13 | BR | Review of motion filed by debtor and related docs. | 1.30 | $ 680.00 | $ 884.00 |
| 25-Jul-13 | JS | Review, analyze Grace's 2nd Quarter 2013 earning report for monitoring and valuation. | 1.60 | $ 680.00 | $ 1,088.00 |
| 25-Jul-13 | JS | Earnings conference call with management (Festa and LaForce) and analysts regarding 2Q13 financial results for monitoring. | 1.00 | $ 680.00 | $ 680.00 |
| 25-Jul-13 | PC | Review and email 2nd quarter earnings report and Business Update to J. Sinclair. | 1.40 | $ 375.00 | $ 525.00 |
| 25-Jul-13 | PC | Telephonic participation in 2nd quarter earnings call for due diligence. | 1.00 | $ 375.00 | $ 375.00 |
| 26-Jul-13 | JS | Write memorandum to ACC counsel regarding 2nd Quarter 2013 earnings report and revised outlook for full year 2013. | 1.80 | $ 680.00 | $ 1,224.00 |
| 26-Jul-13 | PC | Review transcript of 2nd quarter earnings call, email to J. Sinclair. | 0.30 | $ 375.00 | $ 112.50 |
| 28-Jul-13 | BR | Review of Grace's earnings release for 2Q13. | 2.40 | $ 680.00 | $ 1,632.00 |
| | | Total Case Administration | 11.40 | | $ 6,928.50 |
| Fee Applications (Applicant) | | | | | |
| 09-Jul-13 | GS | Review and revise Grace Fee Statement. | 0.50 | $375.00 | $ 187.50 |
| | | Total Fee Applications (Applicant) | 0.50 | | $ 187.50 |
| Plan and Disclosure Statement | | | | | |
| 24-Jul-13 | JS | Review 3rd Circuit opinion that Garlock did not have standing to object to Grace's Joint Plan. | 0.70 | $ 680.00 | $ 476.00 |
| | | Total Plan and Disclosure Agreement | 0.70 | | $ 476.00 |
| | | **TOTAL** | 43.80 | | $ 25,910.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2013 through July 31, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 8.90 | $ 680.00 | $ 6,052.00 |
| James Sinclair - Senior Managing Director | 22.20 | $ 680.00 | $ 15,096.00 |
| Peter Cramp - Associate | 12.20 | $ 375.00 | $ 4,575.00 |
| Gibbons Sinclair - Associate | 0.50 | $ 375.00 | $ 187.50 |
| Total Professional Hours and Fees | 43.80 | | $ 25,910.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2013 through July 31, 2013

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses during this Period. |  |
|      | Total Expenses July 1, 2013 through July 31, 2013 | $0.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2013 through August 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 06-Aug-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 06-Aug-13 | BR | Review of quarterly summary report for the 2Q13. | 0.60 | $ 680.00 | $ 408.00 |
| 06-Aug-13 | BR | Financial analysis in connection with 2Q13 earnings release by Grace. | 2.10 | $ 680.00 | $ 1,428.00 |
| 19-Aug-13 | BR | Review of docket report and selected items therein. | 0.70 | $ 680.00 | $ 476.00 |
| 19-Aug-13 | BR | Review of Grace 10-Q for 2Q13. | 3.50 | $ 680.00 | $ 2,380.00 |
| 20-Aug-13 | BR | Continued review of Grace 10-Q for 2Q13 and financial analysis in connection therewith. | 2.60 | $ 680.00 | $ 1,768.00 |
| 21-Aug-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| | | Total Bradley Rapp | 9.70 | | $ 6,596.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 05-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 15-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 21-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 29-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| | | Total James Sinclair | 2.10 | | $ 1,428.00 |
| Peter Cramp - Associate | | | | | |
| 02-Aug-13 | PC | Review and analyze Sealed Air Q3 earnings release and email to J. Sinclair. | 1.40 | $375.00 | $ 525.00 |
| 05-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| 05-Aug-13 | PC | Review Q2 10-Q filing for due diligence, email to J. Sinclair. | 1.80 | $375.00 | $ 675.00 |
| 13-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 19-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 26-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| | | Total Peter Cramp | 9.40 | | $ 3,525.00 |
| Gibbons Sinclair - Associate | | | | | |
| 02-Aug-13 | GS | Review and revise Grace Fee Application. | 0.60 | $375.00 | $ 225.00 |
| | | Total Gibbons Sinclair | 0.60 | | $ 225.00 |
| | | **TOTAL** | 21.80 | | $ 11,774.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2013 through August 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 02-Aug-13 | PC | Review and analyze Sealed Air Q3 earnings release and email to J. Sinclair. | 1.40 | $375.00 | $ 525.00 |
| 05-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 05-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| 13-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 15-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 19-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 21-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 26-Aug-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| 29-Aug-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| | | Total Asset Analysis and Recovery | 9.70 | | $ 4,278.00 |
| Case Administration | | | | | |
| 05-Aug-13 | PC | Review Q2 10-Q filing for due diligence, email to J. Sinclair. | 1.80 | $375.00 | $ 675.00 |
| 06-Aug-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 06-Aug-13 | BR | Review of quarterly summary report for the 2Q13. | 0.60 | $ 680.00 | $ 408.00 |
| 06-Aug-13 | BR | Financial analysis in connection with 2Q13 earnings release by Grace. | 2.10 | $ 680.00 | $ 1,428.00 |
| 19-Aug-13 | BR | Review of docket report and selected items therein. | 0.70 | $ 680.00 | $ 476.00 |
| 19-Aug-13 | BR | Review of Grace 10-Q for 2Q13. | 3.50 | $ 680.00 | $ 2,380.00 |
| 20-Aug-13 | BR | Continued review of Grace 10-Q for 2Q13 and financial analysis in connection therewith. | 2.60 | $ 680.00 | $ 1,768.00 |
| 21-Aug-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| | | Total Case Administration | 11.50 | | $ 7,271.00 |
| Fee Applications (Applicant) | | | | | |
| 02-Aug-13 | GS | Review and revise Grace Fee Application. | 0.60 | $375.00 | $ 225.00 |
| | | Total Fee Applications (Applicant) | 0.60 | | $ 225.00 |
| | | **TOTAL** | 21.80 | | $ 11,774.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2013 through August 31, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 9.70 | $ 680.00 | $ 6,596.00 |
| James Sinclair - Senior Managing Director | 2.10 | $ 680.00 | $ 1,428.00 |
| Peter Cramp - Associate | 9.40 | $ 375.00 | $ 3,525.00 |
| Gibbons Sinclair - Associate | 0.60 | $ 375.00 | $ 225.00 |
| Total Professional Hours and Fees | 21.80 | | $ 11,774.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2013 through August 31, 2013

| Date | Description of Item | Amount |
|---|---|---|
| 19-Aug-13 | Online Research - PACER | $4.60 |
| | Total Expenses August 1, 2013 through August 31, 2013 | $4.60 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2013 through September 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 03-Sep-13 | BR | Review of monthly financial report for July 2013. | 2.10 | $ 680.00 | $ 1,428.00 |
| 13-Sep-13 | BR | Review of third circuit decisions. | 3.60 | $ 680.00 | $ 2,448.00 |
| 28-Sep-13 | BR | Review of confidential information distributed by the company to financial advisors. | 2.60 | $ 680.00 | $ 1,768.00 |
| 28-Sep-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 30-Sep-12 | BR | Review of weekly update report on Grace. | 0.20 | $ 680.00 | $ 136.00 |
| 30-Sep-12 | BR | Review of final bid letter in connection with potential transaction. | 0.20 | $ 680.00 | $ 136.00 |
| | | Total Bradley Rapp | 8.80 | | $ 5,984.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 05-Sep-13 | JS | Review, analyze, revise pricing data for purposes of advising ACC counsel. | 0.80 | $ 680.00 | $ 544.00 |
| 05-Sep-13 | JS | Review for planning purposes memorandum from ACC counsel (Inselbuch) regarding Third Circuit rulings on Garlock, Montana and Canada appeals. | 0.60 | $ 680.00 | $ 408.00 |
| 10-Sep-13 | JS | Review, revise Deferred Payment Obligation discount rate for recovery analysis for purpose of advising ACC counsel. | 0.80 | $ 680.00 | $ 544.00 |
| 10-Sep-13 | JS | Review updated interest accruals developed by Peter Cramp, for recovery analysis for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 12-Sep-13 | JS | Write memorandum to ACC counsel (Inselbuch, et al.) regarding revised pricing and valuation data for recovery analysis. | 0.70 | $ 680.00 | $ 476.00 |
| 18-Sep-13 | JS | Review, analyze memorandum from Blackstone/Grace regarding potential transaction for purposes of advising ACC counsel. | 1.20 | $ 680.00 | $ 816.00 |
| 19-Sep-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 30-Sep-13 | JS | Review, analyze pricing information and data for purpose of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| | | Total James Sinclair | 5.90 | | $ 4,012.00 |
| Peter Cramp - Associate | | | | | |
| 03-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 09-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 10-Sep-13 | PC | Review and update accrued interest and the present value of the deferred payment obligation for the purposes of valuation at the request of J. Sinclair. | 2.30 | $375.00 | $ 862.50 |
| 19-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 19-Sep-13 | PC | Review KeyBanc Basic Materials and Packaging Conference presentation materials for due diligence. | 1.20 | $375.00 | $ 450.00 |
| 23-Sep-13 | PC | Review news articles on Sealed Air for due diligence, email to J. Sinclair. | 0.80 | $375.00 | $ 300.00 |
| 23-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 30-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| | | Total Peter Cramp | 11.80 | | $ 4,425.00 |
| Gibbons Sinclair - Associate | | | | | |
| 04-Sep-13 | GS | Review and revise September 2013 Fee Application. | 0.70 | $375.00 | $ 262.50 |
| | | Total Gibbons Sinclair | 0.70 | | $ 262.50 |
| | | **TOTAL** | 27.20 | | $ 14,683.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2013 through September 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 03-Sep-13 | BR | Review of monthly financial report for July 2013. | 2.10 | $ 680.00 | $ 1,428.00 |
| 03-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 05-Sep-13 | JS | Review, analyze, revise pricing data for purposes of advising ACC counsel. | 0.80 | $ 680.00 | $ 544.00 |
| 09-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 10-Sep-13 | JS | Review, revise Deferred Payment Obligation discount rate for recovery analysis for purpose of advising ACC counsel. | 0.80 | $ 680.00 | $ 544.00 |
| 10-Sep-13 | JS | Review updated interest accruals developed by Peter Cramp, for recovery analysis for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 10-Sep-13 | PC | Review and update accrued interest and the present value of the deferred payment obligation for the purposes of valuation at the request of J. Sinclair. | 2.30 | $375.00 | $ 862.50 |
| 12-Sep-13 | JS | Write memorandum to ACC counsel (Inselbuch, et al.) regarding revised pricing and valuation data for recovery analysis. | 0.70 | $ 680.00 | $ 476.00 |
| 19-Sep-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 19-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 23-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 28-Sep-13 | BR | Review of confidential information distributed by the company to financial advisors. | 2.60 | $ 680.00 | $ 1,768.00 |
| 30-Sep-13 | JS | Review, analyze pricing information and data for purpose of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| 30-Sep-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.70 | $375.00 | $ 637.50 |
| | | Total Asset Analysis and Recovery | 18.60 | | $ 9,659.00 |
| Business Operations | | | | | |
| 30-Sep-12 | BR | Review of final bid letter in connection with potential transaction. | 0.20 | $ 680.00 | $ 136.00 |
| 18-Sep-13 | JS | Review, analyze memorandum from Blackstone/Grace regarding potential transaction for purposes of advising ACC counsel. | 1.20 | $ 680.00 | $ 816.00 |
| | | Total Business Operations | 1.40 | | $ 952.00 |
| Case Administration | | | | | |
| 30-Sep-12 | BR | Review of weekly update report on Grace. | 0.20 | $ 680.00 | $ 136.00 |
| 05-Sep-13 | JS | Review for planning purposes memorandum from ACC counsel (Inselbuch) regarding Third Circuit rulings on Garlock, Montana and Canada appeals. | 0.60 | $ 680.00 | $ 408.00 |
| 13-Sep-13 | BR | Review of third circuit decisions. | 3.60 | $ 680.00 | $ 2,448.00 |
| 19-Sep-13 | PC | Review KeyBanc Basic Materials and Packaging Conference presentation materials for due diligence. | 1.20 | $375.00 | $ 450.00 |
| 23-Sep-13 | PC | Review news articles on Sealed Air for due diligence, email to J. Sinclair. | 0.80 | $375.00 | $ 300.00 |
| 28-Sep-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| | | Total Case Administration | 6.50 | | $ 3,810.00 |
| Fee Applications (Applicant) | | | | | |
| 04-Sep-13 | GS | Review and revise September 2013 Fee Application. | 0.70 | $375.00 | $ 262.50 |
| | | Total Fee Applications (Applicant) | 0.70 | | $ 262.50 |
| | | **TOTAL** | 27.20 | | $ 14,683.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2013 through September 30, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 8.80 | $ 680.00 | $ 5,984.00 |
| James Sinclair - Senior Managing Director | 5.90 | $ 680.00 | $ 4,012.00 |
| Peter Cramp - Associate | 11.80 | $ 375.00 | $ 4,425.00 |
| Gibbons Sinclair - Associate | 0.70 | $ 375.00 | $ 262.50 |
| Total Professional Hours and Fees | 27.20 | | $ 14,683.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2013 through September 30, 2013

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses During this Period | |
|      | Total Expenses September 1, 2013 through September 30, 2013 | $0.00 |