```
Date: 10/20/13            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 1


                  W. R. Grace, Inc. % Elihu Inselbuch
                  Caplin & Drysdale
                  399 Park Avenue, 27th Floor
                  New York, New York 10022


Date/Slip# Description                                   HOURS/RATE     AMOUNT
------------------------------------------------------------------------------
09/10/13   Peterson  / (12) Data_analysis/estimation/reports    4.3    3440.00
#2801      Review analyses and memos on discussion of expected  800.00
           Grace Trust liabilities

09/10/13   Peterson  / (12) Data_analysis/estimation/reports    1.5    1200.00
#2802      Review LAS report in bankruptcy on expected Trust    800.00
           liability

09/19/13   Peterson  / (12) Data_analysis/estimation/reports    1.6    1280.00
#2803      Review analyses and data output re: foreign claims   800.00
------------------------------------------------------------------------------
```

{D0274745.1 }

```
Date: 10/20/13           Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 2

                W. R. Grace

             Summary Of Time Charges, By Month and Activity
                     September 2013 - September 2013

   MONTH        ACTIVITY                                    HOURS    AMOUNT
   ---------------------------------------------------------------------
   September -  (12) Data_analysis/estimation/reports         7.4   5920.00
   September -  (99) Total                                    7.4   5920.00

   Total     -  (12) Data_analysis/estimation/reports         7.4   5920.00
   Total     -  (99) Total                                    7.4   5920.00

   ---------------------------------------------------------------------------
```

{D0274745.1 }


```
Date: 10/20/13              Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 3

                    W. R. Grace

              Summary Of Time Charges, By Month and Person
                       September 2013 - September 2013

     MONTH        PERSON                                 HOURS      AMOUNT
     ------------------------------------------------------------------
     September  - Peterson                                 7.4     5920.00
     September  - Total                                    7.4     5920.00

     Total      - Peterson                                 7.4     5920.00
     Total      - Total                                    7.4     5920.00

----------------------------------------------------------------------------
```

```
Date: 10/20/13         Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 4

             W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                    September 2013 - September 2013

    MONTH       PERSON                           HOURS    RATE    AMOUNT
    ------------------------------------------------------------------
    (12) Data_analysis/estimation/reports

    September - Peterson                           7.4    800.    5920.00

    ------------------------------------------------------------------------
```

{D0274745.1 }