# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline:  September 26, 2013, at 4:00 p.m.** |
| | ) | **Hearing Date:  Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED FORTY-FIFTH MONTHLY INTERIM PERIOD FROM JULY 1, 2013 THROUGH JULY 31, 2013

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | July 1 Through July 31, 2013 |
| Amount of fees sought as actual, reasonable and necessary: | $3,027.00 |
| Amount of expenses sought as actual, reasonable and necessary | $57.12 |

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food  N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a(n):  X_ monthly   __ interim   __ final application.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through | $172,838.75 | $34,384.69 | No objections served on | No objections served on |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 10/31/02 | | | counsel | counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through | $21,531.00 | $85.71 | No objections | No objections |

---

[2]     Although Reed Smith initially requested $9,795.00 for the December 2003 monthly period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 1/31/04 | | | served on counsel | served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on counsel | No objections served on counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 8/1/12 through 8/31/12 | $19,765.50 | $1,291.20 | No objections served on counsel | No objections served on counsel |
| 10/31/12 | 91/1/12 through 9/30/12 | $2,159.00 | $16.00 | No objections served on counsel | No objections served on counsel |
| 11/29/12 | 10/1/12 through 10/31/12 | $7,989.00 | $40.00 | No objections served on counsel | No objections served on counsel |
| 12/31/12 | 11/1/12 through 11/30/12 | $4,819.00 | $758.10 | No objections served on counsel | No objections served on counsel |
| 1/29/13 | 12/1/12 through 12/31/12 | $4,171.00 | $42.70 | No objections served on counsel | No objections served on counsel |
| 3/4/13 | 1/1/13 through 1/31/13 | $14,051.50 | $37.90 | No objections served on counsel | No objections served on counsel |
| 3/29/13 | 2/1/13 through 2/28/13 | $4,560.50 | $382.29 | No objections served on counsel | No objections served on counsel |
| 5/1/13 | 3/1/13 through 3/31/13 | $13,962.00 | $336.74 | No objections served on counsel | No objections served on counsel |
| 6/3/13 | 4/1/13 through 4/30/13 | $48,898.00 | $140.54 | No objections served on counsel | No objections served on counsel |

| 7/1/13 | 5/1/13 through 5/31/13 | $5,282.00[3] | $710.37 | No objections served on counsel | No objections served on counsel |
| 7/30/13 | 6/1/13 through 6/30/13 | $2,584.00 | $89.63 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred forty-fifth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately five hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Linda S. Husar | Partner | 1980 | Litigation | $570.00 | 3.10 | $1,767.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $495.00 | .40 | $198.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 21 Years | Bankruptcy | $270.00 | 2.60 | $702.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $200.00 | 1.80 | $360.00 |

**Total Fees: $3,027.00**

---

3        Pursuant to informal discussion with the United States Trustee, Reed Smith voluntarily reduced its requested fees for the 143rd monthly interim period (May 2013) from $6,124.50 to $5,282.00, a reduction of $842.50.

Case 01-01139-AMC   Doc 31082   Filed 09/03/13   Page 13 of 32

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Fee Application | 4.80 | $1,260.00 |
| Correa | 2.50 | $1,425.00 |
| General Employment Advice | .60 | $342.00 |
| **Total** | **7.90** | **$3,027.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $ 3.60 | $0.00 |
| Duplicating/Printing/Scanning | $37.60 | $0.00 |
| Postage Expense | $  .92 | $0.00 |
| Legal Services | $15.00 | $0.00 |
| SUBTOTAL | $57.12 | $0.00 |
| **TOTAL** | **$57.12** | **$0.00** |

Dated:  September 3, 2013                REED SMITH LLP
        Wilmington, Delaware

                                  By: /s/ Kurt F. Gwynne
                                      Kurt F. Gwynne (No. 3951)
                                      1201 Market Street, Suite 1500
                                      Wilmington, DE  19801
                                      Telephone:  (302) 778-7500
                                      Facsimile:  (302) 778-7575
                                      E-mail: kgwynne@reedsmith.com

                                          And

                                      James J. Restivo, Jr., Esquire
                                      Douglas E. Cameron, Esquire
                                      Reed Smith Centre
                                      225 Fifth Avenue
                                      Pittsburgh, PA 15222
                                      Telephone:  (412) 288-3131
                                      Facsimile:  (412) 288-3063

                                      Special Asbestos Products Liability Defense
                                      Counsel

Case 01-01139-AMC   Doc 31052-1   Filed 10/04/13   Page 15 of 32

```
                           REED SMITH LLP
                           PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                        Invoice Number    2447210
   7500 Grace Drive                        Invoice Date      08/16/13
   Columbia, Maryland 21044                Client Number       172573
   USA
```

========================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

```
       Fees                          1,425.00
       Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT      $1,425.00
                                                 =============
```

Case 01-01139-AMC   Doc 31052-1   Filed 09/03/13   Page 2 of 8

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                      Invoice Number    2447210
    7500 Grace Drive                      Invoice Date      08/16/13
    Columbia, Maryland 21044              Client Number      172573
    USA                                   Matter Number       50001
```

========================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2013

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/19/13 | Husar | Review voice mail message from Plaintiff's counsel regarding settlement of workers compensation claim (0.1); review and analyze workers compensation compromise and release for compliance with terms of civil settlement (0.7); follow up with WR Grace's workers compensation attorney to confirm finalization of workers compensation settlement (0.3); prepare email to client regarding same (0.2); prepare email to workers compensation attorney to confirm satisfaction of terms of the settlement (0.2); confirm dismissals of civil actions and 132a claim (0.1). | 1.60 |
| 07/22/13 | Husar | Work on finalization of settlement and verification that civil actions have been dismissed and settlement payments issued. | .30 |
| 07/26/13 | Husar | Work on multiple issues re: finalization of settlement and requirement to dismiss the state court action. | .60 |

```
                                               ------
                                  TOTAL HOURS    2.50
```

Case 01-01139-AMC   Doc 31052-1   Filed 09/03/13   Page 3 of 8

```
172573  W. R. Grace & Co.                    Invoice Number  2447210
50001   Correa v. W.R. Grace                 Page   2
        August 16, 2013



TIME SUMMARY                 Hours        Rate          Value

------------------------   --------------------     -------
Linda S. Husar               2.50  at  $  570.00  =   1,425.00

                           CURRENT FEES                           1,425.00


                                                      ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $1,425.00
                                                      ============
```

Case 01-01139-AMC   Doc 31052-1   Filed 09/03/13   Page 4 of 8

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 2447211 |
| 7500 Grace Drive | Invoice Date | 08/16/13 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | | |

========================================================================

Re: W. R. Grace & Co.


(50002)  General Employment Advice

| | |
|---|---|
| Fees | 342.00 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT          $342.00
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    2447211
7500 Grace Drive                        Invoice Date      08/16/13
Columbia, Maryland 21044                Client Number      172573
USA                                     Matter Number       50002


===============================================================================

Re: (50002)  General Employment Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2013

   Date   Name                                              Hours
 -------- -----------                                       -----

07/18/13 Husar            Confer with John Forgach regarding   .60
                          new personnel matter, discuss
                          strategy and California legal
                          requirements.

                                                        ------
                                          TOTAL HOURS      .60


TIME SUMMARY              Hours        Rate         Value
------------------------  ---------------------   -------
Linda S. Husar            0.60  at  $  570.00  =    342.00

                          CURRENT FEES                        342.00


                                                      ------------
                     TOTAL BALANCE DUE UPON RECEIPT        $342.00
                                                      ============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


   W.R. Grace & Co.                      Invoice Number    2447212
   7500 Grace Drive                      Invoice Date      08/16/13
   Columbia, Maryland 21044              Client Number     172573
   USA


===========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                        1,260.00
        Expenses                        0.00

                   TOTAL BALANCE DUE UPON RECEIPT      $1,260.00
                                                      =============
```

Case 01-01139-AMC   Doc 31052-1   Filed 09/03/13   Page 7 of 8

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number     2447212
   7500 Grace Drive                        Invoice Date       08/16/13
   Columbia, Maryland 21044                Client Number       172573
   USA                                     Matter Number        60029


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2013

   Date    Name                                                Hours
   ------- -----------                                         -----

07/01/13 Ament           Review e-mail from J. Lord re:         .30
                         filing of May monthly fee
                         application (.10); attention to
                         billing matters (.10); e-mails re:
                         same (.10).

07/01/13 Lord            Draft, e-file and serve CNO to        1.20
                         Reed Smith April monthly fee
                         application (.4); revise, e-file
                         and serve Reed Smith 143rd monthly
                         fee application (.8).

07/10/13 Muha            Review and revise fee and expense      .20
                         detail for June monthly fee
                         application.

07/11/13 Ament           E-mails re: June monthly fee           .10
                         application.

07/15/13 Ament           Attention to billing matters.          .40
                         (.10); begin drafting spreadsheets
                         and June monthly fee application
                         (.30).

07/23/13 Ament           Calculate fees and expenses for       1.00
                         June monthly fee application
                         (.20); prepare spreadsheet re:
                         same (.20); continue drafting fee
                         application (.30); provide same to
                         A. Muha for review (.10); finalize
                         fee application (.10); e-mail June
                         monthly fee application and fee
                         and expense detail to J. Lord for
                         DE filing (.10).
```

```
172573 W. R. Grace & Co.                      Invoice Number  2447212
60029  Fee Applications-Applicant             Page   2
       August 16, 2013


   Date   Name                                              Hours
--------  -----------                                       -----


07/23/13 Lord           Communicate with S. Ament re:         .10
                        upcoming monthly fee application.

07/23/13 Muha           Final review and comments to W.R.     .20
                        Grace June monthly fee application.

07/29/13 Lord           Draft and e-file CNO to Reed Smith    .40
                        May monthly fee application.

07/30/13 Lord           Revise, e-file and serve Reed         .80
                        Smith 114th monthly fee
                        application.

07/30/13 Lord           Communicate with S. Ament re: fee     .10
                        application issues.

                                                           ------
                                        TOTAL HOURS          4.80


TIME SUMMARY               Hours        Rate          Value
------------------------  ----------------------     -------
Andrew J. Muha             0.40  at $  495.00  =      198.00
John B. Lord               2.60  at $  270.00  =      702.00
Sharon A. Ament            1.80  at $  200.00  =      360.00

                          CURRENT FEES                          1,260.00


                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $1,260.00
                                                          ============
```

Case 01-01139-AMC    Doc 31052-2    Filed 09/03/13    Page 1 of 32

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                      Invoice Number    2447224
    7500 Grace Drive                      Invoice Date     08/16/13
    Columbia, Maryland 21044              Client Number     172573
    USA
```

=============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

```
        Fees                              0.00
        Expenses                         15.90

                  TOTAL BALANCE DUE UPON RECEIPT      $15.90
                                                 ==============
```

Case 01-01139-AMC   Doc 31282   Filed 09/03/13   Page 2 of 32

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number      2447224
7500 Grace Drive                           Invoice Date        08/16/13
Columbia, Maryland 21044                   Client Number       172573
USA


===============================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSS INCURRED:

    Duplicating/Printing/Scanning            .90
    Legal Services                         15.00

                     CURRENT EXPENSES                   $15.90

                 TOTAL BALANCE DUE UPON RECEIPT         $15.90
                                                  ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2447224
7500 Grace Drive                          Invoice Date      08/16/13
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       50001

===============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

07/22/13   Duplicating/Printing/Scanning                        .20
           ATTY # 000349: 2 COPIES

07/22/13   Legal Services                                     15.00
           Court - Other - VENDOR: Linda S. Husar, Jul 22,
           On-line copies of 8/5/11 OSC re Dismissal and
           10/27/11 Minute Order re OSC re Dismissal.
           ORANGE CO SUPERIOR CRT

07/26/13   Duplicating/Printing/Scanning                        .20
           ATTY # 000349: 2 COPIES

07/26/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000349: 1 COPIES

07/26/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000349: 1 COPIES

07/26/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000349: 1 COPIES

07/26/13   Duplicating/Printing/Scanning                        .20
           ATTY # 000349: 2 COPIES

                        CURRENT EXPENSES                       15.90
                                                        ------------
                TOTAL BALANCE DUE UPON RECEIPT              $15.90
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R. Grace & Co.                        Invoice Number    2447225
7500 Grace Drive                        Invoice Date      08/16/13
Columbia, Maryland 21044                Client Number     172573
USA
```

==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
    Fees                              0.00
    Expenses                         41.22

            TOTAL BALANCE DUE UPON RECEIPT        $41.22
                                                 ==============
```

REED SMITH LLP
PO Box 360074M

Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      2447225
7500 Grace Drive                          Invoice Date       08/16/13
Columbia, Maryland 21044                  Client Number        172573
USA

===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        PACER                          3.60
        Duplicating/Printing/Scanning  36.70
        Postage Expense                 .92

                    CURRENT EXPENSES              $ 41.22

              TOTAL BALANCE DUE UPON RECEIPT      $41.22
                                                 =============

Case 01-01139-AMC   Doc 31052   Filed 09/03/13   Page 6 of 7

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2447225
7500 Grace Drive                          Invoice Date      08/16/13
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       60029


===========================================================================

Re: (60029)  Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/30/13 | PACER | .70 |
| 06/30/13 | PACER | 2.90 |
| 07/01/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 07/01/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 07/01/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 102 COPIES | 10.20 |
| 07/01/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 07/09/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 07/12/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 07/15/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 07/15/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 07/15/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 07/16/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |

172573 W. R. Grace & Co.                          Invoice Number  2447225
60029  Fee Applications-Applicant                 Page   2
       August 16, 2013


07/17/13   Duplicating/Printing/Scanning                      .30
           ATTY # 000559: 3 COPIES

07/17/13   Duplicating/Printing/Scanning                     2.00
           ATTY # 000559: 20 COPIES

07/23/13   Duplicating/Printing/Scanning                     1.30
           ATTY # 000559: 13 COPIES

07/23/13   Duplicating/Printing/Scanning                     1.30
           ATTY # 000559: 13 COPIES

07/23/13   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

07/23/13   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

07/23/13   Duplicating/Printing/Scanning                      .70
           ATTY # 000559: 7 COPIES

07/23/13   Duplicating/Printing/Scanning                      .70
           ATTY # 000559: 7 COPIES

07/23/13   Duplicating/Printing/Scanning                     1.30
           ATTY # 000559: 13 COPIES

07/23/13   Duplicating/Printing/Scanning                     1.30
           ATTY # 000559: 13 COPIES

07/23/13   Duplicating/Printing/Scanning                     2.00
           ATTY # 000559: 20 COPIES

07/30/13   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

07/30/13   Duplicating/Printing/Scanning                     2.00
           ATTY # 000559: 20 COPIES

07/30/13   Duplicating/Printing/Scanning                     2.00
           ATTY # 000559: 20 COPIES

07/31/13   Postage Expense                                    .92
           Postage Expense: ATTY # 000718 User: Equitrac By

                          CURRENT EXPENSES                   41.22
                                                        ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $41.22
                                                        =============

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on this 3rd day of September 2013, I caused a true and correct copy of the Monthly Fee Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Products Liability Defense Counsel to Debtors for the One Hundred Forty-Fifth Monthly Interim Period from July 1, 2013 through July 31, 2013 (with attached Fee and Expense Detail) to be served upon the parties on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

Special Asbestos Products Liability Defense Counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## SERVICE LIST

### VIA FIRST CLASS MAIL AND ELECTRONIC MAIL

Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road
Suite 105
Rockwall, TX  75087
E-mail:  feeaudit@whsmithlaw.com

### VIA FIRST CLASS MAIL

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE  19801

### VIA ELECTRONIC MAIL

John Donley, Esq.
Adam Paul, Esq.
Kirkland & Ellis
E-mail:  john.donleyl@kirkland.com
              adam.paul@kirkland.com

Roger J. Higgins, Esq.
Law Offices of Roger Higgins
E-mail: rhiggins@rogerhigginslaw.com

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
E-mail:  joneill@pszjlaw.com
              smcfarland@pszjlaw.com

David Heller, Esq.
Latham & Watkins
E-mail:  david.heller@lw.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
E-mail:  lkruger@stroock.com

Michael R. Lastowski, Esq.
Duane Morris LLP
Email:  mlastowski@duanemorris.com

Scott L. Baena, Esq.
Bilzen, Sumberg, Dunn Baena, Price
  & Axelrod
E-mail:  jsakalo@bilzin.com

Michael B. Joseph, Esq.
Ferry Joseph & Pearce, P.A.
E-mail:  ttacconelli@ferryjoseph.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
E-mail:  pvnl@capdale.com

Mark T. Hurford, Esq.
Campbell & Levine, LLC
E-mail: mhurford@camlev.com

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
E-mail:  pbentley@kramerlevin.com

Teresa K. D. Currier, Esq.
Saul Ewing LLP
E-mail:  teresa.currier@saul.com

Neil B. Glassman, Esq.
Bayard, P.A.
E-mail:  nglassman@bayardlaw.com