# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline:  October 22, 2013, at 4:00 p.m.** |
| | ) | **Hearing Date:  N/A** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED FORTY-SIXTH MONTHLY INTERIM PERIOD FROM AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | August 1 Through August 31, 2013 |
| Amount of fees sought as actual, reasonable and necessary: | $1,892.00 |
| Amount of expenses sought as actual, reasonable and necessary | $579.44 |

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food  N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a(n):  X  monthly  __ interim  __ final application.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through | $172,838.75 | $34,384.69 | No objections served on | No objections served on |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 10/31/02 | | | counsel | counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through | $21,531.00 | $85.71 | No objections | No objections |

[2] Although Reed Smith initially requested $9,795.00 for the December 2003 monthly period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

3

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 1/31/04 | | | served on counsel | served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |

Case 01-01139-AMC    Doc 31988-3    Filed 01/30/13    Page 5 of 34

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on counsel | No objections served on counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 8/1/12 through 8/31/12 | $19,765.50 | $1,291.20 | No objections served on counsel | No objections served on counsel |
| 10/31/12 | 91/1/12 through 9/30/12 | $2,159.00 | $16.00 | No objections served on counsel | No objections served on counsel |
| 11/29/12 | 10/1/12 through 10/31/12 | $7,989.00 | $40.00 | No objections served on counsel | No objections served on counsel |
| 12/31/12 | 11/1/12 through 11/30/12 | $4,819.00 | $758.10 | No objections served on counsel | No objections served on counsel |
| 1/29/13 | 12/1/12 through 12/31/12 | $4,171.00 | $42.70 | No objections served on counsel | No objections served on counsel |
| 3/4/13 | 1/1/13 through 1/31/13 | $14,051.50 | $37.90 | No objections served on counsel | No objections served on counsel |
| 3/29/13 | 2/1/13 through 2/28/13 | $4,560.50 | $382.29 | No objections served on counsel | No objections served on counsel |
| 5/1/13 | 3/1/13 through 3/31/13 | $13,962.00 | $336.74 | No objections served on counsel | No objections served on counsel |
| 6/3/13 | 4/1/13 through 4/30/13 | $48,898.00 | $140.54 | No objections served on counsel | No objections served on counsel |

| 7/1/13 | 5/1/13 through 5/31/13 | $5,282.00[3] | $710.37 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 7/30/13 | 6/1/13 through 6/30/13 | $2,584.00 | $89.63 | No objections served on counsel | No objections served on counsel |
| 9/3/13 | 7/1/13 through 7/31/13 | $3,027.00 | $57.12 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred forty-sixth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately six hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Linda S. Husar | Partner | 1980 | Litigation | $570.00 | .20 | $114.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $495.00 | 1.00 | $495.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 21 Years | Bankruptcy | $270.00 | 2.90 | $783.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $200.00 | 2.50 | $500.00 |

**Total Fees: $1,892.00**

---

3    Pursuant to informal discussion with the United States Trustee, Reed Smith voluntarily reduced its requested fees for the 143rd monthly interim period (May 2013) from $6,124.50 to $5,282.00, a reduction of $842.50.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Fee Application | 6.40 | $1,778.00 |
| Correa | .20 | $   114.00 |
| **Total** | **6.60** | **$1,892.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| PACER | $ 11.70 | $0.00 |
| Duplicating/Printing/Scanning | $ 59.70 | $0.00 |
| Outside Duplicating | $292.03 | $0.00 |
| Filing Fees | $ 25.84 | $0.00 |
| Courier Service – Outside | $ 11.17 | $0.00 |
| Rail Travel Expense | $179.00 | $0.00 |
| SUBTOTAL | $579.44 | $0.00 |
| **TOTAL** | **$579.44** | **$0.00** |

Dated:  September 30, 2013                    REED SMITH LLP
        Wilmington, Delaware

                                              By: /s/ Kurt F. Gwynne
                                                  Kurt F. Gwynne (No. 3951)
                                                  1201 Market Street, Suite 1500
                                                  Wilmington, DE  19801
                                                  Telephone:  (302) 778-7500
                                                  Facsimile:  (302) 778-7575
                                                  E-mail: kgwynne@reedsmith.com

                                                      and

                                                  James J. Restivo, Jr., Esquire
                                                  Douglas E. Cameron, Esquire
                                                  Reed Smith Centre
                                                  225 Fifth Avenue
                                                  Pittsburgh, PA 15222
                                                  Telephone:  (412) 288-3131
                                                  Facsimile:  (412) 288-3063

                                                  Special Asbestos Products Liability Defense
                                                  Counsel

13

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044
USA

| | |
|---|---|
| Invoice Number | 2462329 |
| Invoice Date | 09/25/13 |
| Client Number | 172573 |

================================================================================

Re: W. R. Grace & Co.

(50001)  Correa v. W.R. Grace

| | |
|---|---|
| Fees | 114.00 |
| Expenses | 0.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $114.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | Invoice Number | 2462329 |
| 7500 Grace Drive | Invoice Date | 09/25/13 |
| Columbia, Maryland 21044 | Client Number | 172573 |
| USA | Matter Number | 50001 |

============================================================================

Re: (50001)  Correa v. W.R. Grace

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2013

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 08/07/13 | Husar | Prepare correspondence to plaintiff's counsel forwarding settlement check, arrange for filing of dismissal | .20 |
| | | TOTAL HOURS | .20 |


| TIME SUMMARY | Hours | Rate | Value |
| --- | --- | --- | --- |
| Linda S. Husar | 0.20 at $ 570.00 = | | 114.00 |
| | CURRENT FEES | | 114.00 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $114.00 |

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number    2462330
   7500 Grace Drive                        Invoice Date      09/25/13
   Columbia, Maryland 21044                Client Number     172573
   USA


==========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

     Fees                          1,778.00
     Expenses                          0.00

                 TOTAL BALANCE DUE UPON RECEIPT      $1,778.00
                                                  =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                    Invoice Number    2462330
   7500 Grace Drive                    Invoice Date      09/25/13
   Columbia, Maryland 21044            Client Number       172573
   USA                                 Matter Number        60029
```

============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2013

```
    Date    Name                                              Hours
  -------- -----------                                        -----

08/05/13 Ament          Attention to billing matters          1.10
                        (.10); calculate fees and expenses
                        for quarterly fee application
                        (.60); prepare spreadsheets re:
                        same (.20); draft quarterly fee
                        application (.20).

08/06/13 Ament          Complete spreadsheet relating to       .40
                        quarterly fee application (.10);
                        complete drafting of quarterly fee
                        application (.20); provide same to
                        A. Muha for review (.10).

08/07/13 Ament          Finalize 49th quarterly fee            .20
                        application (.10); e-mail same to
                        J. Lord for DE filing (.10).

08/07/13 Muha           Review and revise July 2013            .30
                        monthly fee invoices for monthly
                        fee application.

08/07/13 Muha           Review and final revisions to 49th     .40
                        Quarterly Fee Application.

08/13/13 Lord           Revise and prepare 49th Reed Smith    1.10
                        quarterly fee application for
                        e-filing and service.

08/14/13 Lord           Finalize and e-file Reed Smith         .70
                        49th interim fee application.
```

```
172573 W. R. Grace & Co.                        Invoice Number  2462330
60029  Fee Applications-Applicant               Page    2
       September 25, 2013


    Date   Name                                              Hours
  -------- -----------                                       -----


  08/15/13 Lord          Audit and update fee application      1.10
                         spreadsheets to used in final fee
                         application re: 8th-10th interim
                         fee applications in 2003.

  08/16/13 Ament         Calculate fees and expenses for        .60
                         July monthly fee application
                         (.20); prepare spreadsheets re:
                         same (.20); draft July monthly fee
                         application (.20).

  08/16/13 Muha          Final review of and revisions to      .30
                         July 2013 monthly fee application.

  08/19/13 Ament         Review A. Muha comments and           .20
                         finalize July monthly fee
                         application (.10); e-mail same to
                         J. Lord for DE filing (.10).

                                                          ------
                                        TOTAL HOURS        6.40


  TIME SUMMARY               Hours          Rate          Value
  ------------------------  ----------------------       -------
  Andrew J. Muha             1.00  at  $  495.00  =       495.00
  John B. Lord               2.90  at  $  270.00  =       783.00
  Sharon A. Ament            2.50  at  $  200.00  =       500.00

                          CURRENT FEES                            1,778.00


                                                         ------------
                    TOTAL BALANCE DUE UPON RECEIPT         $1,778.00
                                                         =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      2462334
7500 Grace Drive                         Invoice Date        09/25/13
Columbia, Maryland 21044                 Client Number        172573
USA


================================================================================

Re: W. R. Grace & Co.


(50001)  Correa v. W.R. Grace

        Fees                                 0.00
        Expenses                            38.61

                        TOTAL BALANCE DUE UPON RECEIPT          $38.61
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number    2462334
7500 Grace Drive                             Invoice Date      09/25/13
Columbia, Maryland 21044                     Client Number       172573
USA                                          Matter Number        50001

================================================================================

Re: Correa v. W.R. Grace


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                        0.30
    Duplicating/Printing/Scanning                1.30
    Filing Fees                                 25.84
    Courier Service - Outside                   11.17

                        CURRENT EXPENSES                  38.61
                                                  ------------

              TOTAL BALANCE DUE UPON RECEIPT             $38.61
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2462334 |
| 7500 Grace Drive | Invoice Date    09/25/13 |
| Columbia, Maryland 21044 | Client Number    172573 |
| USA | Matter Number    50001 |

================================================================================

Re: (50001)  Correa v. W.R. Grace

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 07/31/13 | PACER | .30 |
| 08/06/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 08/06/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 08/06/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 08/08/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 10 COPIES | 1.00 |
| 08/16/13 | Filing Fees -- VENDOR: ONE LEGAL LLC: Request<br>For Dismissal Without Prejudice - Entire Action | 12.92 |
| 08/16/13 | Filing Fees -- VENDOR: ONE LEGAL LLC: Request<br>for Dismissal without Prejudice - Entire Action | 12.92 |
| 08/06/13 | Courier Service - Outside<br>00843 UPS - Shipped from Lyn C. Shaible Reed<br>Smith LLP - Los Angele to  Michael Worthington,<br>APC (ENCINO CA 91436)  1ZWA32572495037344 | 11.17 |

CURRENT EXPENSES                38.61
-----------

TOTAL BALANCE DUE UPON RECEIPT        $38.61
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      2462335
7500 Grace Drive                         Invoice Date        09/25/13
Columbia, Maryland 21044                 Client Number        172573
USA

=============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                             0.00
        Expenses                       361.83

                     TOTAL BALANCE DUE UPON RECEIPT       $361.83
                                                         =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


    W.R. Grace & Co.                     Invoice Number    2462335
    7500 Grace Drive                     Invoice Date     09/25/13
    Columbia, Maryland 21044             Client Number     172573
    USA                                  Matter Number       60029


================================================================================

    Re: Fee Applications-Applicant


    FOR COSTS ADVANCED AND EXPENSES INCURRED:


        PACER                                    11.40
        Duplicating/Printing/Scanning            58.40
        Outside Duplicating -- VENDOR: DIGITAL LEGAL  292.03
        SERVICES, LLC: Copies envelopes & postage for
        service of quarterly fee app materials


                    CURRENT EXPENSES                   361.83
                                                  -------------


                TOTAL BALANCE DUE UPON RECEIPT        $361.83
                                                  =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                    Invoice Number      2462335
    7500 Grace Drive                    Invoice Date      09/25/13
    Columbia, Maryland 21044            Client Number       172573
    USA                                 Matter Number        60029
```

================================================================================

Re: (60029)  Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 07/31/13 | PACER | .80 |
| 07/31/13 | PACER | 10.60 |
| 07/30/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 07/30/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 08/05/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/05/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/05/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 08/05/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/05/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 08/05/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 10 COPIES | 1.00 |
| 08/05/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 20 COPIES | 2.00 |
| 08/06/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |

172573 W. R. Grace & Co.                    Invoice Number  2462335
60029  Fee Applications-Applicant          Page    2
       September 25, 2013


08/06/13   Duplicating/Printing/Scanning                      .80
           ATTY # 000559: 8 COPIES

08/06/13   Duplicating/Printing/Scanning                      .80
           ATTY # 000559: 8 COPIES

08/06/13   Duplicating/Printing/Scanning                      .80
           ATTY # 000559: 8 COPIES

08/06/13   Duplicating/Printing/Scanning                      .70
           ATTY # 000559: 7 COPIES

08/06/13   Duplicating/Printing/Scanning                      .70
           ATTY # 000559: 7 COPIES

08/06/13   Duplicating/Printing/Scanning                      .80
           ATTY # 000559: 8 COPIES

08/06/13   Duplicating/Printing/Scanning                     2.10
           ATTY # 000559: 21 COPIES

08/07/13   Duplicating/Printing/Scanning                      .70
           ATTY # 000559: 7 COPIES

08/07/13   Duplicating/Printing/Scanning                      .80
           ATTY # 000559: 8 COPIES

08/07/13   Duplicating/Printing/Scanning                     2.10
           ATTY # 000559: 21 COPIES

08/08/13   Duplicating/Printing/Scanning                     2.00
           ATTY # 000559: 20 COPIES

08/08/13   Duplicating/Printing/Scanning                     2.10
           ATTY # 000559: 21 COPIES

08/08/13   Duplicating/Printing/Scanning                     2.10
           ATTY # 000559: 21 COPIES

08/15/13   Duplicating/Printing/Scanning                      .50
           ATTY # 000559: 5 COPIES

08/15/13   Duplicating/Printing/Scanning                      .70
           ATTY # 000559: 7 COPIES

08/15/13   Duplicating/Printing/Scanning                      .80
           ATTY # 000559: 8 COPIES

08/15/13   Duplicating/Printing/Scanning                      .80
           ATTY # 000559: 8 COPIES

172573 W. R. Grace & Co.                          Invoice Number   2462335
60029  Fee Applications-Applicant                 Page    3
       September 25, 2013

08/15/13   Duplicating/Printing/Scanning                        .80
           ATTY # 000559: 8 COPIES

08/15/13   Duplicating/Printing/Scanning                       1.30
           ATTY # 000559: 13 COPIES

08/15/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

08/15/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

08/15/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

08/15/13   Duplicating/Printing/Scanning                        .50
           ATTY # 000559: 5 COPIES

08/16/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

08/16/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

08/16/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

08/16/13   Duplicating/Printing/Scanning                       1.30
           ATTY # 000559: 13 COPIES

08/16/13   Duplicating/Printing/Scanning                       1.30
           ATTY # 000559: 13 COPIES

08/16/13   Duplicating/Printing/Scanning                       1.30
           ATTY # 000559: 13 COPIES

08/16/13   Duplicating/Printing/Scanning                       1.30
           ATTY # 000559: 13 COPIES

08/16/13   Duplicating/Printing/Scanning                       1.30
           ATTY # 000559: 13 COPIES

08/16/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

08/16/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

08/16/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

```
172573 W. R. Grace & Co.                    Invoice Number  2462335
60029  Fee Applications-Applicant           Page   4
       September 25, 2013


08/16/13   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

08/16/13   Duplicating/Printing/Scanning                     1.30
           ATTY # 000559: 13 COPIES

08/16/13   Duplicating/Printing/Scanning                     1.30
           ATTY # 000559: 13 COPIES

08/16/13   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

08/16/13   Duplicating/Printing/Scanning                      .80
           ATTY # 000559: 8 COPIES

08/16/13   Duplicating/Printing/Scanning                      .70
           ATTY # 000559: 7 COPIES

08/16/13   Duplicating/Printing/Scanning                      .50
           ATTY # 000559: 5 COPIES

08/16/13   Duplicating/Printing/Scanning                    12.10
           ATTY # 000559: 121 COPIES

08/19/13   Duplicating/Printing/Scanning                     1.30
           ATTY # 000559: 13 COPIES

08/19/13   Duplicating/Printing/Scanning                     1.30
           ATTY # 000559: 13 COPIES

08/31/13   Outside Duplicating -- VENDOR: DIGITAL LEGAL     292.03
           SERVICES, LLC: Copies envelopes & postage for
           service of quarterly fee app materials

                        CURRENT EXPENSES
361.83

                                               ------------
                 TOTAL BALANCE DUE UPON RECEIPT    $361.83
                                               =============
```

Case 01-01139-KJC   Doc 929550-2   Filed 09/30/13   Page 10 of 12

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W.R. Grace & Co.                      Invoice Number     2462336
    7500 Grace Drive                      Invoice Date       09/25/13
    Columbia, Maryland 21044              Client Number       172573
    USA



==============================================================================

    Re: W. R. Grace & Co.


    (80001)  Unclaimed Property Advice

        Fees                              0.00
        Expenses                        179.00

                     TOTAL BALANCE DUE UPON RECEIPT        $179.00
                                                        =============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


    W.R. Grace & Co.                    Invoice Number     2462336
    7500 Grace Drive                    Invoice Date      09/25/13
    Columbia, Maryland 21044            Client Number      172573
    USA                                 Matter Number       80001


========================================================================

    Re: Unclaimed Property Advice


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Rail Travel Expense Rail - VENDOR: Sara A.        179.00
      Lima, Mar 08, 2013 Roundtrip Amtrak tickets
      from Philadelphia to Maryland to meet with W.R.
      Grace's tax officials

                          CURRENT EXPENSES
   179.00
                                                    -------------

                  TOTAL BALANCE DUE UPON RECEIPT        $179.00
                                                    =============
```

Case 01-01139-AMC   Doc 29530-2   Filed 09/30/13   Page 31 of 32

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


        W.R. Grace & Co.                    Invoice Number     2462336
        7500 Grace Drive                    Invoice Date     09/25/13
        Columbia, Maryland 21044            Client Number      172573
        USA                                 Matter Number       80001
```

==============================================================================

Re: (80001)  Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    03/08/13   Rail Travel Expense Rail - VENDOR: Sara A.        179.00
               Lima, Mar 08, 2013 Roundtrip Amtrak tickets
               from Philadelphia to Maryland to meet with W.R.
               Grace's tax officials

                         CURRENT EXPENSES
179.00
                                                         ------------
                 TOTAL BALANCE DUE UPON RECEIPT              $179.00
                                                         =============
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on this 30th day of September 2013, I caused a true and correct copy of the Monthly Fee Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Products Liability Defense Counsel to Debtors for the One Hundred Forty-Sixth Monthly Interim Period from August 1, 2013 through August 31, 2013 (with attached Fee and Expense Detail) to be served upon the parties on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)

Special Asbestos Products Liability Defense Counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## SERVICE LIST

## VIA FIRST CLASS MAIL AND ELECTRONIC MAIL

Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road
Suite 105
Rockwall, TX  75087
E-mail:  feeaudit@whsmithlaw.com

## VIA FIRST CLASS MAIL

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE  19801

## VIA ELECTRONIC MAIL

John Donley, Esq.
Adam Paul, Esq.
Kirkland & Ellis
E-mail:  john.donleyl@kirkland.com
         adam.paul@kirkland.com

Roger J. Higgins, Esq.
Law Offices of Roger Higgins
E-mail: rhiggins@rogerhigginslaw.com

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
E-mail:  joneill@pszjlaw.com
         smcfarland@pszjlaw.com

David Heller, Esq.
Latham & Watkins
E-mail:  david.heller@lw.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
E-mail:  lkruger@stroock.com

Michael R. Lastowski, Esq.
Duane Morris LLP
Email:  mlastowski@duanemorris.com

Scott L. Baena, Esq.
Bilzen, Sumberg, Dunn Baena, Price
  & Axelrod
E-mail:  jsakalo@bilzin.com

Michael B. Joseph, Esq.
Ferry Joseph & Pearce, P.A.
E-mail:  ttacconelli@ferryjoseph.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
E-mail:  pvnl@capdale.com

Mark T. Hurford, Esq.
Campbell & Levine, LLC
E-mail: mhurford@camlev.com

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
E-mail:  pbentley@kramerlevin.com

Teresa K. D. Currier, Esq.
Saul Ewing LLP
E-mail:  teresa.currier@saul.com

Neil B. Glassman, Esq.
Bayard, P.A.
E-mail:  nglassman@bayardlaw.com