## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                     |   |                              |
|---------------------|---|------------------------------|
| IN RE               | : |                              |
|                     | : | Chapter 11                   |
| W. R. GRACE & CO.   | : |                              |
|                     | : | Case No. 01-01139 (KJC)      |
| Debtor.             | : | Related Docket Item: 31221   |

### NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO ONE HUNDRED AND TWENTY-SEVENTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF AUGUST 2013

On October 15, 2013, PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants to the Debtors filed its One Hundred and Twenty-Seventh Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for the Month of August 2013 (Docket No. 31221 (the "Application"). The notice filed with the Application provided an objection deadline of 4:00 pm (Eastern Standard Time) on November 4, 2013. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Administrative Order Pursuant to Sections 105 and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals dated December 31, 2001 ("the Order"), the Debtor is authorized to pay PwC $250,600.23 which represents eighty percent (80%) of the fees and $7,258.63 which represents 100% of the expenses requested in the Application upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated:  November 14, 2013          SMITH, KATZENSTEIN & JENKINS LLP

                                   /s/Kathleen M. Miller
                                   Kathleen Miller (I.D.  No. 2898)
                                   The Corporate Plaza
                                   800 Delaware Avenue, 10th Floor
                                   P.O. Box 410
                                   Wilmington, DE 19899 (Courier 19801)
                                   Telephone:  302-652-8400
                                   Facsimile:  302-652-8405
                                   Email: Kmiller@skjlaw.com

                                   Attorneys for PricewaterhouseCoopers LLP

## CERTIFICATE OF SERVICE

I hereby certify that on the **14**[th] day of **November 2013,** a copy of the *No Order Required Certification of No Objection to One Hundred and Twenty-Seventh Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for the Month of August 2013* was served on the following parties in the manner herein indicated:

Mark Shelnitz, Senior Vice President and
General Counsel
Richard C. Finke, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
VIA U.S. MAIL /  E-MAIL IN
PDF FORMAT TO
mark.shelnitz@grace.com
richard.finke@grace.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young &
Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
VIA E-MAIL IN PDF FORMAT
TO  ljones@pszjlaw.com

Neil Glassman, Esq.
Kathryn Sallie, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT
TO nglassman@bayardlaw.com

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
VIA E-MAIL IN PDF FORMAT
TO mlastowski@duanemorris.com

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT
TO ttacconelli@ferryjoseph.com

Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801
VIA E-MAIL IN PDF FORMAT
TO mhurford@camlev.com

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington DE  19801
VIA E-MAIL IN PDF FORMAT
TO tcurrier@saul.com.

Richard Schepacarter
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801
VIA U.S. MAIL

Roger J. Higgins, Esq.
The Law Offices of Roger Higgins, LLC
111 East Wacker Dr.
Suite 2800
Chicago, IL 60601
VIA E-MAIL IN PDF FORMAT TO
rhiggins@rogerhigginslaw.com

Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
VIA E-MAIL IN PDF FORMAT
TO douglas.bacon@lw.com and
carol.hennessey@lw.com

Denise K. Wildes, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
VIA E-MAIL IN PDF FORMAT TO
dwildes@stroock.com

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
VIA E-MAIL IN PDF FORMAT
TO jsakalo@bilzin.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
VIA E-MAIL IN PDF FORMAT
TO pvnl@capdale.com

Philip Bentley, Esq.
Kramer, Levin, Naftalis &
Frankel, LLP
919 Third Avenue
New York, NY 10022
VIA E-MAIL IN PDF FORMAT
TO pbentley@kramerlevin.com

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 North Saint Paul Street
Dallas, TX 75201
VIA U.S. MAIL/E-
MAIL IN AN ELECTRONIC FORMAT
TO feeaudit@whsmithlaw.com

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
VIA E-MAIL IN PDF FORMAT
TO joneill@pszyj.com

/s/Kathleen M. Miller
Kathleen M. Miller (ID No. 2898)