## Attachment B
## To Fee Application
## Summary of PwC's Fees By Professional
## For the month of September 2013

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of September 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | $ 1,106.18 | 0.5 | $ 553.09 |
| Robert Martin Barrett | Audit Partner | 20+ | Integrated Audit | $ 1,106.17 | 1.5 | $ 1,659.26 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | $ 1,106.17 | 1.0 | $ 1,106.17 |
| Brian C Wiegmann | Audit Director | 20+ | Integrated Audit | $ 886.46 | 1.5 | $ 1,329.69 |
| Steven G. Halterman | Audit Director | 20+ | Integrated Audit | $ 886.46 | 0.5 | $ 443.23 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 836.93 | 12.0 | $ 10,043.16 |
| John C Stieg | Audit Senior Manager | 20+ | Integrated Audit | $ 801.37 | 1.0 | $ 801.37 |
| Teresa Yannacone | Tax Director | 11 | Integrated Audit | $ 793.76 | 0.5 | $ 396.88 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | $ 723.90 | 5.0 | $ 3,619.50 |
| Jennifer D Kennedy | Tax Partner | 20+ | Integrated Audit | $ 720.30 | 1.0 | $ 720.30 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | $ 622.55 | 5.0 | $ 3,112.75 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | $ 505.46 | 37.0 | $ 18,702.02 |
| David C Sands | Audit Director | 11 | Integrated Audit | $ 459.74 | 2.0 | $ 919.48 |
| Marcela Cortes | Tax Director | 11 | Integrated Audit | $ 437.33 | 1.0 | $ 437.33 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | $ 437.33 | 3.5 | $ 1,530.66 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | $ 332.74 | 24.0 | $ 7,985.76 |
| Alexandra L Schmidt | Audit Manager | 7 | Integrated Audit | $ 325.12 | 134.5 | $ 43,728.64 |
| Daniel James Burke | Tax Manager | 8 | Integrated Audit | $ 318.99 | 3.8 | $ 1,212.16 |
| Jeff Moore | Audit Senior Associate | 6 | Integrated Audit | $ 300.99 | 7.5 | $ 2,257.43 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | $ 270.51 | 3.5 | $ 946.79 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | $ 254.00 | 156.8 | $ 39,827.20 |
| Ryan P Boyle | Audit Senior Associate | 5 | Integrated Audit | $ 247.65 | 59.0 | $ 14,611.35 |
| Thang Toan To | Audit Experienced Associate | 3 | Integrated Audit | $ 196.85 | 8.0 | $ 1,574.80 |
| Ian Matthew Thomas | Audit Experienced Associate | 1 | Integrated Audit | $ 189.23 | 172.0 | $ 32,547.56 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | $ 189.23 | 128.5 | $ 24,316.06 |
| Michael Jackson | Audit Associate | 1 | Integrated Audit | $ 186.69 | 36.5 | $ 6,814.19 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | $ 175.26 | 172.2 | $ 30,179.77 |
| Matthew Blake | Audit Associate | 1 | Integrated Audit | $ 172.72 | 55.0 | $ 9,499.60 |

02411:PLDG:10219776.DOCX

| Name | Title | | Project Category | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Christopher Michael Sutton | Audit Associate | 1 | Integrated Audit | $ 143.51 | 48.2 | $ 6,917.18 |
| Benjamin Veldman | Audit Associate | 1 | Integrated Audit | $ 137.16 | 23.0 | $ 3,154.68 |
| Peter Grant Douglas | Project Specialist | 1 | Integrated Audit | $ 120.00 | 1.0 | $ 120.00 |
| Todd A Brown | Project Specialist | 1 | Integrated Audit | $ 120.00 | 0.5 | $ 60.00 |
| Vineet Agarwal | Project Specialist | 1 | Integrated Audit | $ 120.00 | 0.2 | $ 24.00 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | $ 120.00 | 2.0 | $ 240.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 120.00 | 4.3 | $ 516.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 120.00 | 3.3 | $ 396.00 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | $ 120.00 | 4.5 | $ 540.00 |
| Giuliana Marinelli | Project Specialist | 1 | Integrated Audit | $ 120.00 | 12.5 | $ 1,500.00 |
| Akshit Jhunjhunwala | Project Specialist | 1 | Integrated Audit | $ 120.00 | 0.8 | $ 96.00 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | $ 120.00 | 0.5 | $ 60.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 120.00 | 6.3 | $ 756.00 |
| Hernan Hlace | Project Specialist | 1 | Integrated Audit | $ 120.00 | 42.0 | $ 5,040.00 |
| Akash Siddapur | Project Specialist | 1 | Integrated Audit | $ 120.00 | 3.0 | $ 360.00 |
| Priya Y Agarwal | Project Specialist | 1 | Integrated Audit | $ 120.00 | 18.0 | $ 2,160.00 |
| Juan Ignacio Beccuti | Project Specialist | 1 | Integrated Audit | $ 120.00 | 1.0 | $ 120.00 |
| Ayelen Florencia Di Martino | Project Specialist | 1 | Integrated Audit | $ 120.00 | 7.0 | $ 840.00 |
| LucÃa B Salazar | Project Specialist | 1 | Integrated Audit | $ 120.00 | 2.0 | $ 240.00 |
| Brian David Detwiler | Project Specialist | 1 | Integrated Audit | $ 120.00 | 2.2 | $ 264.00 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.2 | $ 22.86 |
| Diane Antonczak | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.4 | $ 45.72 |
| Kevin Law | Project Specialist | 1 | Integrated Audit | $ 110.57 | 0.3 | $ 33.17 |
| | | | | **Total** | **1,217.5** | **$ 284,381.81** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| | | | |
|---|---|---|---|
| **Totals** | 6.5 | | $ 1,338.58 |

## Summary of PwC's Fees By Project Category:
### For the month of September 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |

| | | |
|---|---|---|
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **6.5** | **1,338.58** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **1,217.5** | **284,381.81** |

02411:PLDG:10219776.DOCX

| | | |
|---|---|---|
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **1,224.0** | **285,720.39** |

**Expense Summary**
**For the month of September 2013**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 4,011.60 |
| Lodging | N/A | $ 1,051.01 |
| Sundry | N/A | $ 0.00 |
| Business Meals | N/A | $ 256.84 |
| TOTAL: | | $ 5,319.45 |