# EXHIBIT - A

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of September 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | $ 1,106.18 | 0.5 | $ 553.09 |
| Robert Martin Barrett | Audit Partner | 20+ | Integrated Audit | $ 1,106.17 | 1.5 | $ 1,659.26 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | $ 1,106.17 | 1.0 | $ 1,106.17 |
| Brian C Wiegmann | Audit Director | 20+ | Integrated Audit | $ 886.46 | 1.5 | $ 1,329.69 |
| Steven G. Halterman | Audit Director | 20+ | Integrated Audit | $ 886.46 | 0.5 | $ 443.23 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | $ 836.93 | 12.0 | $ 10,043.16 |
| John C Stieg | Audit Senior Manager | 20+ | Integrated Audit | $ 801.37 | 1.0 | $ 801.37 |
| Teresa Yannacone | Tax Director | 11 | Integrated Audit | $ 793.76 | 0.5 | $ 396.88 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | $ 723.90 | 5.0 | $ 3,619.50 |
| Jennifer D Kennedy | Tax Partner | 20+ | Integrated Audit | $ 720.30 | 1.0 | $ 720.30 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | $ 622.55 | 5.0 | $ 3,112.75 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | $ 505.46 | 37.0 | $ 18,702.02 |
| David C Sands | Audit Director | 11 | Integrated Audit | $ 459.74 | 2.0 | $ 919.48 |
| Marcela Cortes | Tax Director | 11 | Integrated Audit | $ 437.33 | 1.0 | $ 437.33 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | $ 437.33 | 3.5 | $ 1,530.66 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | $ 332.74 | 24.0 | $ 7,985.76 |
| Alexandra L Schmidt | Audit Manager | 7 | Integrated Audit | $ 325.12 | 134.5 | $ 43,728.64 |
| Daniel James Burke | Tax Manager | 8 | Integrated Audit | $ 318.99 | 3.8 | $ 1,212.16 |
| Jeff Moore | Audit Senior Associate | 6 | Integrated Audit | $ 300.99 | 7.5 | $ 2,257.43 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | $ 270.51 | 3.5 | $ 946.79 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | $ 254.00 | 156.8 | $ 39,827.20 |
| Ryan P Boyle | Audit Senior Associate | 5 | Integrated Audit | $ 247.65 | 59.0 | $ 14,611.35 |
| Thang Toan To | Audit Experienced Associate | 3 | Integrated Audit | $ 196.85 | 8.0 | $ 1,574.80 |
| Ian Matthew Thomas | Audit Experienced Associate | 1 | Integrated Audit | $ 189.23 | 172.0 | $ 32,547.56 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | $ 189.23 | 128.5 | $ 24,316.06 |
| Michael Jackson | Audit Associate | 1 | Integrated Audit | $ 186.69 | 36.5 | $ 6,814.19 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | $ 175.26 | 172.2 | $ 30,179.77 |
| Matthew Blake | Audit Associate | 1 | Integrated Audit | $ 172.72 | 55.0 | $ 9,499.60 |
| Christopher Michael Sutton | Audit Associate | 1 | Integrated Audit | $ 143.51 | 48.2 | $ 6,917.18 |
| Benjamin Veldman | Audit Associate | 1 | Integrated Audit | $ 137.16 | 23.0 | $ 3,154.68 |
| Hernan Hlace | Project Specialist | 1 | Integrated Audit | $ 120.00 | 42.0 | $ 5,040.00 |
| Priya Y Agarwal | Project Specialist | 1 | Integrated Audit | $ 120.00 | 18.0 | $ 2,160.00 |
| Giuliana Marinelli | Project Specialist | 1 | Integrated Audit | $ 120.00 | 12.5 | $ 1,500.00 |
| Ayelen Florencia Di Martino | Project Specialist | 1 | Integrated Audit | $ 120.00 | 7.0 | $ 840.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | $ 120.00 | 6.3 | $ 756.00 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | $ 120.00 | 4.5 | $ 540.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | $ 120.00 | 4.3 | $ 516.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | $ 120.00 | 3.3 | $ 396.00 |

| Name | Title | | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Akash Siddapur | Project Specialist | 1 | Integrated Audit | $ 120.00 | 3.0 | $ 360.00 |
| Brian David Detwiler | Project Specialist | 1 | Integrated Audit | $ 120.00 | 2.2 | $ 264.00 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | $ 120.00 | 2.0 | $ 240.00 |
| LucÃ-a B Salazar | Project Specialist | 1 | Integrated Audit | $ 120.00 | 2.0 | $ 240.00 |
| Peter Grant Douglas | Project Specialist | 1 | Integrated Audit | $ 120.00 | 1.0 | $ 120.00 |
| Juan Ignacio Beccuti | Project Specialist | 1 | Integrated Audit | $ 120.00 | 1.0 | $ 120.00 |
| Akshit Jhunjhunwala | Project Specialist | 1 | Integrated Audit | $ 120.00 | 0.8 | $ 96.00 |
| Todd A Brown | Project Specialist | 1 | Integrated Audit | $ 120.00 | 0.5 | $ 60.00 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | $ 120.00 | 0.5 | $ 60.00 |
| Diane Antonczak | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.4 | $ 45.72 |
| Kevin Law | Project Specialist | 1 | Integrated Audit | $ 110.57 | 0.3 | $ 33.17 |
| Vineet Agarwal | Project Specialist | 1 | Integrated Audit | $ 120.00 | 0.2 | $ 24.00 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | $ 114.30 | 0.2 | $ 22.86 |
| | | | | **Total** | **1,217.5** | **$ 284,381.81** |

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of September 2013**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Sara Balthazor** | | | | |
| 9/19/2013 | 2.0 | Fee application preparation | $ 254.00 | $ 508.00 |
| **Drew Levy** | | | | |
| 9/19/2013 | 1.5 | Fee application preparation | $ 175.26 | $ 262.89 |
| **Ian Thomas** | | | | |
| 9/18/2013 | 3.0 | Fee application preparation | $ 189.23 | $ 567.69 |
| | **6.5** | | | |
| | **6.5** | Total Grace Fee Application Charged Hours | | $ **1,338.58** |