# EXHIBIT - B

**WR Grace**
**EXPENSE DETAIL**
**For the Month Ended September 2013**

| Staff Member Name | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Robin Cutshaw | Audit | 9/9/13 | 230.11 | | | | Round trip coach flight from Atlanta, GA to IAD Washington, DC for planning meeting at client site in Columbia, MD |
| | Audit | 9/11/13 | | 170.00 | | | Hotel for 1 night @ $170/night while visiting Mclean, VA for planning meeting at client site in Columbia, MD |
| | Audit | 9/11/13 | | 27.61 | | | Hotel tax for 1 night @ $27.61/night |
| | Audit | 9/11/13 | | | | 17.12 | Travel meal for 1, Robin Cutshaw (PwC) while traveling to Mclean, VA for planning meeting at client site in Columbia, MD |
| Matthew Blake | Sarbanes | 9/3/13 | 24.86 | | | | Mileage in excess of commute to work (46 miles roundtrip to client - 2 miles normal commute * rate 0.565 per mile) |
| | Sarbanes | 9/4/13 | 24.86 | | | | Mileage in excess of commute to work (46 miles roundtrip to client - 2 miles normal commute * rate 0.565 per mile) |
| | Sarbanes | 9/5/13 | 24.86 | | | | Mileage in excess of commute to work (46 miles roundtrip to client - 2 miles normal commute * rate 0.565 per mile) |
| | Sarbanes | 9/6/13 | 24.86 | | | | Mileage in excess of commute to work (46 miles roundtrip to client - 2 miles normal commute * rate 0.565 per mile) |
| | Sarbanes | 9/9/13 | 24.86 | | | | Mileage in excess of commute to work (46 miles roundtrip to client - 2 miles normal commute * rate 0.565 per mile) |
| | Sarbanes | 9/10/13 | 24.86 | | | | Mileage in excess of commute to work (46 miles roundtrip to client - 2 miles normal commute * rate 0.565 per mile) |
| | Sarbanes | 9/11/13 | 24.86 | | | | Mileage in excess of commute to work (46 miles roundtrip to client - 2 miles normal commute * rate 0.565 per mile) |
| Nathan Kendig | Audit | 9/11/13 | 42.94 | | | | Mileage from PwC McLean Office to client site (76 miles roundtrip * 0.565 per mile) |
| | Audit | 9/11/13 | 0.90 | | | | Tolls for travel from PwC McLean Office to client site |
| Drew Levy | Audit | 9/3/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/4/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/5/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/6/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/9/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/10/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/11/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/12/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/13/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/16/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/17/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/18/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/19/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/20/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/23/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/24/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/25/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/26/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/27/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 9/30/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| Ian Thomas | Sarbanes | 9/12/13 | 340.77 | | | | Round trip coach flight from Baltimore, MD to Chattanooga, TN for inventory count observation and SOX404 walkthroughs at client site in Chattanooga, TN. |
| Tom E. Smith | Audit | 9/3/13 | 19.51 | | | | Taxi Service from Ronald Reagan International Airport to hotel in Bowie, MD while traveling for client meeting |
| | Audit | 9/3/13 | 34.00 | | | | Parking for 2 days at Bush Intl.Airport, Houston, TX while traveling to Washington, DC for client meeting |
| | Audit | 9/3/13 | | 325.00 | | | Hotel for 1 night @ $325/night while visiting Washington DC for client meeting. |
| | Audit | 9/3/13 | | 47.13 | | | Hotel tax for 1 night @ $47.13/night |
| | Audit | 9/3/13 | 20.00 | | | | Taxi Service from hotel in Bowie, MD to Ronald Reagan International Airport while traveling for client meeting |
| | Audit | 9/3/13 | | | | 20.55 | Travel meal for 1, Tom Smith (PwC) while traveling to Washington, DC for client meeting. |
| Katherine Matheson | Audit | 9/18/13 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles normal commute to office * rate 0 .565 per mile). |
| | Audit | 9/19/13 | 44.07 | | | | Mileage in excess of daily commute to and from Grace after going to PwC office (92 miles roundtrip to client and office - 14 mile commute to office * rate 0 .565 per mile). |
| | Audit | 9/20/13 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles normal commute to office * rate 0 .565 per mile). |
| | Audit | 9/25/13 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles normal commute to office * rate 0 .565 per mile). |
| | Audit | 9/26/13 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles normal commute to office * rate 0 .565 per mile). |
| | Audit | 9/30/13 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles normal commute to office * rate 0 .565 per mile). |
| | Audit | 9/26/13 | 1,108.10 | | | | Roundtrip coach flight From Dulles International Airport (IAD) to to Frankfurt, Germany (FRA) for visit to client site in Worms. For travel Nov 12, 2013. |
| Chris Sutton | Sarbanes | 9/29/13 | 340.77 | | | | Round trip coach flight from Baltimore, MD to Chattanooga, TN for inventory count observation and SOX404 walkthroughs at client site in Chattanooga, TN. |
| Ben Veldman | Audit | 9/25/13 | 23.74 | | | | Mileage in excess of daily commute (44.0 miles roundtrip to client - 2.0 miles roundtrip normal commute to the office = 42.0 x 0.565= 23.74) |
| | Audit | 9/26/13 | 23.74 | | | | Mileage in excess of daily commute (44.0 miles roundtrip to client - 2.0 miles roundtrip normal commute to the office = 42.0 x 0.565= 23.74) |
| | Audit | 9/27/13 | 23.74 | | | | Mileage in excess of daily commute (44.0 miles roundtrip to client - 2.0 miles roundtrip normal commute to the office = 42.0 x 0.565= 23.74) |
| Adam Wilkinson | Sarbanes | 9/3/13 | 40.00 | | | | Airport Parking (IAD) - 9/3/2013 to 9/7/2013 @ $8 per/day - Lake Charles SOX 404 Work |
| | Sarbanes | 9/3/13 | 338.07 | | | | Hertz Rental Car for four days while visiting client site in Lake Charles, LA for SOX 404 Work |
| | Sarbanes | 9/6/13 | | | | 39.73 | Individual Travel Meal for 1, Adam Wilkinson (PwC) while at client site in Lake Charles for SOX 404 Work |
| | Sarbanes | 9/6/13 | 25.00 | | | | Airfare - Checked bagage during travel to client site in Lake Charles, LA |
| | Sarbanes | 9/13/13 | 25.00 | | | | Airfare - Checked bagage during travel to client site in Lake Charles, LA |
| | Sarbanes | 9/3/13 | | 387.00 | | | Hotel for 3 nights @ $129 while visiting client site in Lake Charles, LA for SOX 404 Work |
| | Sarbanes | 9/3/13 | | 43.96 | | | Hotel Internet for 3 days @ 10.99/day while visiting client site in Lake Charles, LA for SOX 404 Work |
| | Sarbanes | 9/3/13 | | 50.31 | | | Hotel tax for 3 nights @ $16.77/night |
| | Sarbanes | 9/3/13 | | | | 46.99 | Individual Travel Meal for 1, Adam Wilkinson (PwC) while at client site in Lake Charles for SOX 404 Work |
| | Sarbanes | 9/3/13 | | | | 19.43 | Individual Travel Meal for 1, Adam Wilkinson (PwC) while at client site in Lake Charles for SOX 404 Work |
| | Sarbanes | 9/4/13 | | | | 44.59 | Individual Travel Meal for 1, Adam Wilkinson (PwC) while at client site in Lake Charles for SOX 404 Work |
| | Sarbanes | 9/5/13 | | | | 68.43 | Individual Travel Meal for 1, Adam Wilkinson (PwC) while at client site in Lake Charles for SOX 404 Work |

| | | | | | | |
|---|---|---|---|---|---|---|
| Audit | 9/9/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client - 6 miles normal commute to office * rate 0 .565 per mile). |
| Audit | 9/10/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client - 6 miles normal commute to office * rate 0 .565 per mile). |
| Audit | 9/11/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client - 6 miles normal commute to office * rate 0 .565 per mile). |
| Audit | 9/16/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client - 6 miles normal commute to office * rate 0 .565 per mile). |
| Audit | 9/17/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client - 6 miles normal commute to office * rate 0 .565 per mile). |
| Audit | 9/18/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client - 6 miles normal commute to office * rate 0 .565 per mile). |
| Audit | 9/19/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client - 6 miles normal commute to office * rate 0 .565 per mile). |
| Audit | 9/20/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client - 6 miles normal commute to office * rate 0 .565 per mile). |
| Audit | 9/23/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client - 6 miles normal commute to office * rate 0 .565 per mile). |
| Audit | 9/25/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client - 6 miles normal commute to office * rate 0 .565 per mile). |
| Audit | 9/26/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client - 6 miles normal commute to office * rate 0 .565 per mile). |
| Audit | 9/27/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client - 6 miles normal commute to office * rate 0 .565 per mile). |

| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
|---|---|---|---|---|---|
| | $ 5,319.45 | $ 4,011.60 | $ 1,051.01 | $ - | $ 256.84 |