**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the period of September 2012 through September 2013**

Professional Profiles
W.R. Grace & Co. Time Tracking – Darex Puerto Rico 2011 Audit
For the period September 2012 through September 2013

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | $ 700.05 | 3.5 | $ 2,450.18 |
| Alexandra M Bond | Tax Partner | 20+ | $ 647.35 | 1.5 | $ 971.03 |
| Javier Irizarry | Audit Partner | 20+ | $ 585.29 | 3.3 | $ 1,931.46 |
| Katherine Matheson | Audit Senior Manager | 10 | $ 419.44 | 1.5 | $ 629.16 |
| Pavel Katsiak | Audit Manager | 8 | $ 316.64 | 22.6 | $ 7,156.06 |
| Alexandra L Schmidt | Audit Manager | 7 | $ 273.92 | 5.2 | $ 1,424.38 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | $ 217.17 | 10.8 | $ 2,345.44 |
| Sara L Balthazor | Audit Senior Associate | 4 | $ 200.99 | 2.3 | $ 462.28 |
| Liza Serra | Audit Manager | 7 | $ 199.02 | 1.6 | $ 318.43 |
| Ian Matthew Thomas | Audit Associate | 2 | $ 159.43 | 3.2 | $ 510.18 |
| Drew Levy | Audit Associate | 3 | $ 147.66 | 12.2 | $ 1,801.45 |
| | | | **Total** | **67.7** | **$ 20,000.05** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| **Totals** | 1.5 | | | | **$ 301.49** |

::Darex Dec 2011 - Sep 2013 Fee App - Attach B.docx

**Summary of PwC's Fees By Project Category:**
**For the period of September 2012 through September 2013**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | **1.5** | **301.49** |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |

::Darex Dec 2011 - Sep 2013 Fee App - Attach B.docx

| | | |
|---|---:|---:|
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 67.7 | 20,000.05 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| **TOTAL:** | **69.2** | **$ 20,301.54** |

## Expense Summary
### For the period of September 2012 through September 2013

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $ 0.00 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $0.00 |
| Business Meals | N/A | $0.00 |
| **TOTAL:** | | **$ 0.00** |

::Darex Dec 2011 - Sep 2013 Fee App - Attach B.docx