# EXHIBIT - A

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Darex Puerto Rico 2011 Audit**
**For the period ended September 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | $ 700.05 | 3.5 | $ 2,450.18 |
| Alexandra M Bond | Tax Partner | 20+ | $ 647.35 | 1.5 | $ 971.03 |
| Javier Irizarry | Audit Partner | 20+ | $ 585.29 | 3.3 | $ 1,931.46 |
| Katherine Matheson | Audit Senior Manager | 10 | $ 419.44 | 1.5 | $ 629.16 |
| Pavel Katsiak | Audit Manager | 8 | $ 316.64 | 22.6 | $ 7,156.06 |
| Alexandra L Schmidt | Audit Manager | 7 | $ 273.92 | 5.2 | $ 1,424.38 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | $ 217.17 | 10.8 | $ 2,345.44 |
| Sara L Balthazor | Audit Senior Associate | 4 | $ 200.99 | 2.3 | $ 462.28 |
| Liza Serra | Audit Manager | 7 | $ 199.02 | 1.6 | $ 318.43 |
| Ian Matthew Thomas | Audit Associate | 2 | $ 159.43 | 3.2 | $ 510.18 |
| Drew Levy | Audit Associate | 3 | $ 147.66 | 12.2 | $ 1,801.45 |
|  |  |  | **Total** | **67.7** | **$ 20,000.05** |

**W.R. Grace & Co. - Darex Puerto Rico 2011**
**Fee Application Preparation**
**For the period ended September 2013**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Sara Balthazor** | | | | |
| 10/31/2013 | 1.5 | Fee application preparation | $ 200.99 | $ 301.49 |
| | 1.5 | | | |
| | 1.5 | Total Grace Fee Application Charged Hours | | $ **301.49** |