**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this **14th** day **November, 2013,** a copy of the foregoing *Interim Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the 2011 Darex Puerto Rico Audit for the Period of September 2012 through September 2013* was served on the following in the manner indicated.

Mark Shelnitz, Senior Vice President and General Counsel
Richard C. Finke, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
VIA U.S. MAIL /  E-MAIL IN PDF FORMAT TO
mark.shelnitz@grace.com
richard.finke@grace.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
VIA E-MAIL IN PDF FORMAT TO
 ljones@pszjlaw.com

Neil Glassman, Esq.
Kathryn Sallie, Esq.
Bayard, B.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT TO
nglassman@bayardlaw.com

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
VIA E-MAIL IN PDF FORMAT TO
mlastowski@duanemorris.com

Douglas Bacon Esq.
Carol Hennessey, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
VIA E-MAIL IN PDF FORMAT TO
douglas.bacon@lw.com and
carol.hennessey@lw.com

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT TO
ttacconelli@ferryjoseph.com

Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801
VIA E-MAIL IN PDF FORMAT TO
mhurford@camlev.com

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington DE 19801
VIA E-MAIL IN PDF FORMAT TO
tcurrier@saul.com.

| | |
|---|---|
| Denise K. Wildes, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>VIA E-MAIL IN PDF FORMAT TO<br>dwildes@stroock.com | Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022<br>VIA E-MAIL IN PDF FORMAT TO<br>pvnl@capdale.com |
| Scott L. Baena, Esq.<br>Jay M. Sakalo, Esq.<br>Bilzin, Sumberg, Dunn, Baena,<br>Price & Axelrod, LLP<br>First Union Financial Center<br>200 South Biscayne Blvd, Suite 2500<br>Miami, FL 33131<br>VIA E-MAIL IN PDF FORMAT TO<br>jsakalo@bilzin.com | Philip Bentley, Esq.<br>Kramer, Levin, Naftalis &<br>Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022<br>VIA E-MAIL IN PDF FORMAT TO<br>pbentley@kramerlevin.com |
| Warren H. Smith<br>Warren H. Smith & Associates<br>Republic Center<br>325 North Saint Paul Street<br>Dallas, TX 75201<br>VIA U.S. MAIL/E-MAIL IN AN<br>ELECTRONIC FORMAT TO<br>feeaudit@whsmithlaw.com | Richard Schepacarter<br>Office of the United States Trustee<br>844 King Street, Suite 2311<br>Wilmington, DE 19801<br>VIA U.S. MAIL |
| Roger J. Higgins, Esq.<br>The Law Offices of Roger Higgins, LLC<br>111 East Wacker Dr.<br>Suite 2800<br>Chicago, IL 60601<br>VIA E-MAIL IN PDF FORMAT TO<br>rhiggins@rogerhigginslaw.com | James E. O'Neill, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>VIA E-MAIL IN PDF FORMAT TO<br>TO joneill@pszyj.com |

/s/Kathleen M. Miller
Kathleen M. Miller (DE ID No. 2898)