# Attachment A-1
# To Fee Application
## Summary of PwC's Fees By Professional
## For the months of July 2013 through September 2013

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.5 | 1,659.26 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 6.5 | 7,190.11 |
| Robert Martin Barrett | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.5 | 1,659.26 |
| Kenneth Stoler | Tax Partner | 20+ | Integrated Audit | 1085.86 | 0.5 | 542.93 |
| Brian C Wiegmann | Audit Director | 20+ | Integrated Audit | 886.46 | 1.5 | 1,329.69 |
| Mary B Perrotta | Audit Director | 20+ | Integrated Audit | 886.46 | 0.5 | 443.23 |
| Steven G. Halterman | Audit Director | 20+ | Integrated Audit | 886.46 | 1.0 | 886.46 |
| Jennifer A James | Tax Director | 20+ | Integrated Audit | 857.26 | 2.0 | 1,714.52 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 55.5 | 46,449.62 |
| Sheri E Wyatt | Audit Managing Director | 12 | Integrated Audit | 810.26 | 1.0 | 810.26 |
| John C Stieg | Audit Senior Manager | 20+ | Integrated Audit | 801.37 | 3.3 | 2,644.52 |
| Teresa Yannacone | Tax Director | 11 | Integrated Audit | 793.76 | 1.0 | 793.76 |
| Nicole S. Berman | Audit Director | 12 | Integrated Audit | 793.75 | 3.5 | 2,778.13 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 781.05 | 7.5 | 5,857.88 |
| Kevin C Knight | Audit Partner | 20+ | Integrated Audit | 781.05 | 4.0 | 3,124.20 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 723.90 | 51.5 | 37,280.85 |
| Jennifer D Kennedy | Tax Partner | 20+ | Integrated Audit | 720.30 | 1.0 | 720.30 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 620.72 | 20.5 | 12,724.76 |
| James C Horvath | Tax Manager | 11 | Integrated Audit | 596.90 | 3.9 | 2,327.91 |
| Marcela Cortes | Audit Manager | 11 | Integrated Audit | 505.61 | 3.0 | 1,516.83 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 505.46 | 195.5 | 98,817.43 |
| David C Sands | Audit Director | 11 | Integrated Audit | 459.74 | 7.0 | 3,218.18 |

::50th Quarterly Fee App - Attachment A-1.docx

| Name | Title | | Type | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Ann C McCowan | Tax Director | 11 | Integrated Audit | 435.79 | 37.8 | 16,472.86 |
| Todd S. Chesla | Tax Manager | 8 | Integrated Audit | 435.63 | 5.7 | 2,483.09 |
| Valerie J Caporuscio | Audit Manager | 10 | Integrated Audit | 416.56 | 3.0 | 1,249.68 |
| Elizabeth Sama | Tax Manager | 7 | Integrated Audit | 333.13 | 25.0 | 8,328.25 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 34.0 | 11,313.16 |
| Alexandra L Schmidt | Audit Manager | 7 | Integrated Audit | 325.12 | 418.5 | 136,062.72 |
| Daniel James Burke | Tax Manager | 8 | Integrated Audit | 317.86 | 42.3 | 13,445.48 |
| Jeff Moore | Audit Senior Associate | 6 | Integrated Audit | 300.99 | 7.5 | 2,257.43 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 270.51 | 252.9 | 68,411.98 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 254.00 | 376.8 | 95,707.20 |
| Ryan P Boyle | Audit Senior Associate | 5 | Integrated Audit | 247.65 | 84.0 | 20,802.60 |
| Yang Zhao | Audit Experienced Associate | 2 | Integrated Audit | 200.41 | 3.0 | 601.23 |
| Thang Toan To | Audit Experienced Associate | 3 | Integrated Audit | 196.85 | 8.0 | 1,574.80 |
| Alfiya Galieva | Audit Experienced Associate | 2 | Integrated Audit | 196.85 | 1.0 | 196.85 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 428.0 | 80,990.44 |
| Ian Matthew Thomas | Audit Experienced Associate | 1 | Integrated Audit | 189.23 | 432.0 | 81,747.36 |
| Michael Jackson | Audit Associate | 1 | Integrated Audit | 186.69 | 68.5 | 12,788.27 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 467.2 | 81,881.47 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 174.25 | 24.3 | 4,234.28 |
| Anabel De la Rosa | Tax Associate | 1 | Integrated Audit | 174.25 | 18.1 | 3,153.93 |
| Matthew Blake | Audit Associate | 1 | Integrated Audit | 172.72 | 97.0 | 16,753.84 |
| Christopher Michael Sutton | Audit Associate | 1 | Integrated Audit | 143.51 | 48.2 | 6,917.18 |
| Benjamin Veldman | Audit Associate | 1 | Integrated Audit | 137.16 | 23.0 | 3,154.68 |
| Ankit K Bajaj | Project Specialist | 1 | Integrated Audit | 123.60 | 0.8 | 98.88 |
| Ishu Singhania | Project Specialist | 1 | Integrated Audit | 123.60 | 0.3 | 37.08 |
| Ripan Debnath | Project Specialist | 1 | Integrated Audit | 123.60 | 1.2 | 148.32 |
| Shilpi Agarwal | Project Specialist | 1 | Integrated Audit | 123.60 | 2.5 | 309.00 |

::50th Quarterly Fee App - Attachment A-1.docx

| Name | Title | | Category | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| Shubham Khetawat | Project Specialist | 1 | Integrated Audit | 123.60 | 2.0 | 247.20 |
| Akash Siddapur | Project Specialist | 1 | Integrated Audit | 120.00 | 3.0 | 360.00 |
| Akshit Jhunjhunwala | Project Specialist | 1 | Integrated Audit | 120.00 | 1.6 | 192.00 |
| Ayelen Florencia Di Martino | Project Specialist | 1 | Integrated Audit | 120.00 | 7.0 | 840.00 |
| Belen Ramirez | Project Specialist | 1 | Integrated Audit | 120.00 | 0.8 | 96.00 |
| Brian David Detwiler | Project Specialist | 1 | Integrated Audit | 120.00 | 9.6 | 1,152.00 |
| Carina Centeno | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Carolina Sanchez Hernandez | Project Specialist | 1 | Integrated Audit | 120.00 | 1.3 | 156.00 |
| Chandini Priyanka Sarna | Project Specialist | 1 | Integrated Audit | 120.00 | 0.5 | 60.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 120.00 | 25.3 | 3,036.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | 120.00 | 9.6 | 1,152.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 120.00 | 8.9 | 1,068.00 |
| Fiorella de Paola | Project Specialist | 1 | Integrated Audit | 120.00 | 3.8 | 456.00 |
| Florencia Bonacci | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Giuliana Marinelli | Project Specialist | 1 | Integrated Audit | 120.00 | 16.5 | 1,980.00 |
| Gregory Charles Hartley | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Hernan Hlace | Project Specialist | 1 | Integrated Audit | 120.00 | 66.5 | 7,980.00 |
| Ignacio Sosa Claps | Project Specialist | 1 | Integrated Audit | 120.00 | 5.0 | 600.00 |
| John Michael Fitzsimmons | Process Specialist | 1 | Integrated Audit | 120.00 | 9.3 | 1,116.00 |
| Juan Ignacio Beccuti | Project Specialist | 1 | Integrated Audit | 120.00 | 5.5 | 660.00 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 120.00 | 8.5 | 1,020.00 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | 120.00 | 1.5 | 180.00 |
| LucÃa B Salazar | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | 120.00 | 6.5 | 780.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 120.00 | 5.0 | 600.00 |
| Maximiliano Benitez | Project Specialist | 1 | Integrated Audit | 120.00 | 0.5 | 60.00 |
| Peter Grant Douglas | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |

::50th Quarterly Fee App  - Attachment A-1.docx

| Name | Title | | Task | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Priya Y Agarwal | Project Specialist | 1 | Integrated Audit | 120.00 | 18.0 | 2,160.00 |
| Todd A Brown | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | 120.00 | 7.1 | 852.00 |
| Vineet Agarwal | Project Specialist | 1 | Integrated Audit | 120.00 | 0.4 | 48.00 |
| Dawn L Zacharko | Project Specialist | 1 | Integrated Audit | 114.30 | 0.2 | 22.86 |
| Diane Antonczak | Project Specialist | 1 | Integrated Audit | 114.30 | 1.4 | 160.02 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | 114.30 | 2.4 | 274.32 |
| Kevin Law | Project Specialist | 1 | Integrated Audit | 110.57 | 0.3 | 33.17 |
| Patricia R Wood | Project Specialist | 1 | Integrated Audit | 92.27 | 0.3 | 27.68 |
| Danielle Beauchamp | Audit Intern | 1 | Integrated Audit | 63.50 | 32.0 | 2,032.00 |
| Nicholas August Keninitz | Audit Intern | 1 | Integrated Audit | 63.50 | 7.5 | 476.25 |
| Sandipan Mandal | Project Specialist | 1 | Integrated Audit | 57.18 | 0.2 | 11.44 |
| Suparna Dasgupta | Project Specialist | 1 | Integrated Audit | 57.18 | 0.2 | 11.44 |
| Arjun Majumdar | Project Specialist | 1 | Integrated Audit | 57.16 | 0.5 | 28.58 |
| Dipanwita Bhattacharya | Project Specialist | 1 | Integrated Audit | 57.16 | 0.6 | 34.30 |
| Soumyadipta Majumder | Project Specialist | 1 | Integrated Audit | 57.16 | 0.5 | 28.58 |
| Basab Nanda | Project Specialist | 1 | Integrated Audit | 57.15 | 1.2 | 68.58 |
| Pratik Kanodia | Project Specialist | 1 | Integrated Audit | 57.13 | 0.3 | 17.14 |
| | | | | **Total** | 3,564.1 | 936,769.71 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Totals**            18.3                                                                    **$4,221.49**

::50th Quarterly Fee App - Attachment A-1.docx

**Summary of PwC's Fees By Project Category:**
**For the months of April 2013 through June 2013**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **18.3** | **$4,221.49** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |

::50th Quarterly Fee App - Attachment A-1.docx

| | | |
|---|---|---|
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | 3,564.1 | $936,769.71 |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | 3,582.4 | $940,991.20 |

**Expense Summary**
**April 2013 - June 2013**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $14,447.06 |
| **Lodging** | N/A | $3,367.33 |
| **Sundry** | N/A | $0.00 |
| **Business Meals** | N/A | $909.04 |
| **TOTAL:** | | $18,723.43 |

::50th Quarterly Fee App - Attachment A-1.docx

**Attachment A-2**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the period of December 2012 through September 2013**

Professional Profiles
W.R. Grace & Co. Time Tracking - Darex 2012 Audit
For the period  December 2012 through September 2013

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Jill McCormack | Audit Partner | 20+ | $ 658.05 | 3.5 | $ 2,303.18 |
| Alexandra M Bond | Tax Partner | 20+ | $ 647.35 | 4.5 | $ 2,913.08 |
| Russell D Moore | Audit Partner | 20+ | $ 609.90 | 6.6 | $ 4,025.34 |
| Javier Irizarry | Audit Partner | 20+ | $ 585.29 | 1.5 | $ 877.94 |
| Marcela Cortes | Audit Manager | 11 | $ 454.76 | 0.5 | $ 227.38 |
| Alexandra L Schmidt | Audit Manager | 7 | $ 235.94 | 79.0 | $ 18,639.26 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | $ 210.79 | 5.5 | $ 1,159.35 |
| Sara L Balthazor | Audit Senior Associate | 4 | $ 199.67 | 178.4 | $ 35,621.13 |
| Liza Serra | Audit Manager | 7 | $ 199.02 | 2.2 | $ 437.84 |
| Ian Matthew Thomas | Audit Associate | 1 | $ 124.98 | 182.4 | $ 22,796.35 |
| | | | **Total** | **464.1** | **$ 89,000.85** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Totals**            1.5                                                                                           $ 299.51

**Summary of PwC's Fees By Project Category:**

::50th Quarterly Fee App  - Attachment A-2.docx

**For the period of December 2012 through September 2013**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 1.5 | 299.51 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |

::50th Quarterly Fee App - Attachment A-2.docx

| | | |
|---|---|---|
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **464.1** | **89,000.85** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **464.1** | **$ 89,300.36** |

## Expense Summary
## For the period of December 2012 through September 2013

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | $ 0.00 |
| **Lodging** | **N/A** | $0.00 |
| **Sundry** | **N/A** | $0.00 |
| **Business Meals** | **N/A** | $0.00 |
| **TOTAL:** | | $ 0.00 |

::50th Quarterly Fee App - Attachment A-2.docx

**Attachment A-3**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the period of September 2012 through September 2013**

Professional Profiles
W.R. Grace & Co. Time Tracking – Darex Puerto Rico 2011 Audit
For the period September 2012 through September 2013

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Thomas E Smith | Audit Partner | 20+ | $ 700.05 | 3.5 | $ 2,450.18 |
| Alexandra M Bond | Tax Partner | 20+ | $ 647.35 | 1.5 | $ 971.03 |
| Javier Irizarry | Audit Partner | 20+ | $ 585.29 | 3.3 | $ 1,931.46 |
| Katherine Matheson | Audit Senior Manager | 10 | $ 419.44 | 1.5 | $ 629.16 |
| Pavel Katsiak | Audit Manager | 8 | $ 316.64 | 22.6 | $ 7,156.06 |
| Alexandra L Schmidt | Audit Manager | 7 | $ 273.92 | 5.2 | $ 1,424.38 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | $ 217.17 | 10.8 | $ 2,345.44 |
| Sara L Balthazor | Audit Senior Associate | 4 | $ 200.99 | 2.3 | $ 462.28 |
| Liza Serra | Audit Manager | 7 | $ 199.02 | 1.6 | $ 318.43 |
| Ian Matthew Thomas | Audit Associate | 2 | $ 159.43 | 3.2 | $ 510.18 |
| Drew Levy | Audit Associate | 3 | $ 147.66 | 12.2 | $ 1,801.45 |
| | | | **Total** | **67.7** | **$ 20,000.05** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Totals**          1.5                                                                                                   **$ 301.49**

**Summary of PwC's Fees By Project Category:**
**For the period of September 2012 through September 2013**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 1.5 | 301.49 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |

::50th Quarterly Fee App - Attachment A-3.docx

| | | |
|---|---:|---:|
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 67.7 | 20,000.05 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 69.2 | $ 20,301.54 |

**Expense Summary**
**For the period of September 2012 through September 2013**

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $ 0.00 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $0.00 |
| Business Meals | N/A | $0.00 |
| TOTAL: | | $ 0.00 |

::50th Quarterly Fee App - Attachment A-3.docx

**Attachment A-4**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the months of July 2013 through September 2013**

**Professional Profiles**
**W.R. Grace & Co. Time Tracking – IRS Audit**
**For the months of July 2013 through September 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Tamara S Moravia-Israel | Tax Partner | 20+ | Tax Consulting-IRS Controversy | 730.00 | 0.9 | $ 657.00 |
| Ligia Lynn Machado | Tax Partner | 20+ | Tax Consulting-IRS Controversy | 700.00 | 1.4 | $ 980.00 |
| Daniel J. Wiles | Tax Managing Director | 20+ | Tax Consulting-IRS Controversy | 675.00 | 2.8 | $ 1,890.00 |
| Gregory L Dunn | Senior Managing Director | 10 | Tax Consulting-IRS Controversy | 675.00 | 0.4 | $ 270.00 |
| Michael A Urban | Senior Managing Director | 10 | Tax Consulting-IRS Controversy | 675.00 | 2.8 | $ 1,890.00 |
| Garth R Gunter | Director | 10 | Tax Consulting-IRS Controversy | 615.00 | 2.7 | $ 1,660.50 |
| Kathy A Gale | Director | 10 | Tax Consulting-IRS Controversy | 615.00 | 1.5 | $ 922.50 |
| Alexandra M Bond | Tax Partner | 20+ | Tax Consulting-IRS Controversy | 605.00 | 2.6 | $ 1,573.00 |
| | | | | Total | 15.1 | $ 9,843.00 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court**

| **Totals** | 0.5 | | | | | $ 87.13 |

::50th Quarterly Fee App - Attachment A-4.docx

**Summary of PwC's Fees By Project Category:**
**For the months of July 2013 through September 2013**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 0.5 | $87.13 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | 15.1 | $9,843.00 |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |

::50th Quarterly Fee App - Attachment A-4.docx

| | | |
|---|---|---|
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | | |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **15.6** | **$9,930.13** |

**Expense Summary**
**July 2013 through September 2013**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $0.00 |
| **Lodging** | N/A | $0.00 |
| **Sundry** | N/A | $0.00 |
| **Business Meals** | N/A | $0.00 |
| **TOTAL:** | | $ 0.00 |

::50th Quarterly Fee App - Attachment A-4.docx