# Exhibit – A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.* | : | Case No. 01-1139 (KJC) |
| | : | |
| Debtors | : | (Jointly Administered) |

**ORDER APPROVING FIFTIETH QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD OF JULY 1, 2013 THROUGH SEPTEMBER 30, 2013**

Upon consideration of the Fiftieth Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period of July 1, 2013 Through September 30, 2013, dated November 14, 2013 (the "Application"); and upon the Certification of Thomas E. Smith in support of the Application; and upon a hearing having been held before this Court to consider the Fiftieth Quarterly Fee Application; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefore, it is hereby:

ORDERED that the Fiftieth Quarterly Fee Application is approved, and it is further

ORDERED that the compensation for services rendered in the amount of $1,055,613.61 (plus $4,906.62 for preparing the related fee applications) and reimbursement of expenses in the aggregate amount of $18,723.43 with respect to the July 1, 2013 through September 30, 2013 monthly applications and other interim fee applications filed during this quarterly period are hereby granted to PwC.

Dated: _____, 201_     _____
                                Kevin J. Carey
                                United States Bankruptcy Judge

02411:PLDG:10219043.DOC