IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) ) ) | Case No. 01-1139 (KJC) |
| Debtors. | ) ) | Objection Deadline: December 5, 2013 at 4:00 p.m. Hearing: December 18, 2013 at 11:00 a.m. |

COVER SHEET TO TWENTY-NINTH QUARTERLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN,
FORMER ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
APRIL 1, 2013 THROUGH JUNE 30, 2013

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | David T. Austern, Former Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | April 1, 2013 through June 30, 2013 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $1,551.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |

This is an:    X    interim    ___    monthly    ___    final application.

**COMPENSATION SUMMARY**
**April 1, 2013 through June 30, 2013**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (28 years) FCAS | $750 | 2.00 | $1,500.00 |
| Jeff Kimble | Consulting Actuary (12 years) ACAS | $515 | 0.10 | $51.50 |
| **Total Blended Rate: $738.81** | | | **2.10** | **$1,551.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 2.10 | $1,551.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | 0.00 |
| **Total Expenses** | **0.00** |

| April – June 2013 – Grand Total | $1,551.50 |
|---|---|

Respectfully submitted,

TOWERS WATSON

By: */S/ JEFFREY D. KIMBLE*
    Jeffrey D. Kimble, ACAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: November 8, 2013