IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )    Chapter 11
                                            )
W.R. GRACE & CO., et al.                    )    Case No. 01-1139 (KJC)
                                            )
            Debtors.                        )
_____)

## VERIFICATION

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**

      Jeffrey D. Kimble, after being duly sworn according to law, deposes and says:

      1.     I am an actuarial consultant of the applicant consulting firm Towers Watson.

      2.     I am familiar with the services rendered by Towers Watson, actuarial consultants to David T. Austern, Former Asbestos PI Future Claimants' Representative ("FCR").

      3.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated July 17, 2002, and I believe the Application to be in compliance therewith.


                                       */S/ JEFFREY D. KIMBLE*
                                       JEFFREY D. KIMBLE


SWORN AND SUBSCRIBED TO BEFORE ME

THIS 8TH DAY OF NOVEMBER 2013

*/S/ DIANA M. NIEMEYER*
Notary Public

My commission expires: 4-25-17