IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                              )

**In re:**                                           )        **Chapter 11**
                                              )        **Case No. 01-1139 (KJC)**
**W.R. GRACE & CO., et al.,**               )        **(Jointly Administered)**
                                              )
            **Debtors.**                    )        Objection Deadline: December 3, 2013 at 4:00 p.m.
_____)        Hearing:  December 18, 2013 at 11:00 a.m.


**NOTICE OF APPLICATION OF ROGER FRANKEL, LEGAL REPRESENTATIVE
FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS, FOR ENTRY OF AN
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF TOWERS
WATSON DELAWARE INC. AS ACTUARIAL CONSULTANTS
<u>*NUNC PRO TUNC* TO NOVEMBER 15, 2013</u>**

TO:    Parties required to receive notice pursuant to Del. Bankr. LR 2001-1

On November 15, 2013, Roger Frankel, the legal representative for future asbestos personal injury claimants (the "FCR"), filed the attached *Application of Roger Frankel, Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Towers Watson Delaware Inc. as Actuarial Consultants* Nunc Pro Tunc *to November 15, 2013* with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A true and correct copy of the Application is attached hereto.

Responses to the relief requested in the Application, if any, must be in writing and be filed with the Bankruptcy Court no later than 4:00 p.m. (prevailing Eastern time) on December 3, 2013.  At the same time, you must also serve a copy of the objections or responses, if any, upon the following:  (i) Roger Frankel, Esquire, FCR, c/o Orrick, Herrington & Sutcliffe, LLP, 1152 15th Street, NW, Washington, DC 20005; (ii) Co-Counsel to the FCR, Richard H. Wyron, Esquire and Debra L. Felder, Esquire, Orrick, Herrington & Sutcliffe LLP, 1152 15th

Street, NW, Washington, DC  20005, and John C. Phillips, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) Co-Counsel to the Debtors, John Donley, Esquire and Adam Paul, Esquire, Kirkland & Ellis LLP, 300 N. LaSalle, Chicago, IL  60654, Roger J. Higgins, Esquire, The Law Offices of Roger Higgins, LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL  60601 and Laura Davis Jones, Esquire, James E. O'Neill, Esquire, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705; (iv) Co-Counsel to the Official Committee of Unsecured Creditors, Kenneth Pasquale, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 222 Delaware Avenue, Suite 1600, Wilmington, DE 19801; (v) Co- Counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Baena, Price & Axelrod, 1450 Brickell Avenue, 23rd Floor, Miami, FL 33131-3456 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vi) Co-Counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, Chartered, 600 Lexington Avenue, 21st Floor, New York, NY 10022-6000 and Marla R. Eskin, Esquire, Mark T. Hurford, Esquire, Kathleen Campbell Davis, Esquire, Campbell & Levine, LLC, 222 Delaware Avenue, Suite 1620, Wilmington, DE 19801; (vii) Counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036; (viii) the Office of the United States Trustee, ATTN: Richard Schepacarter, Esquire, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801; (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, 2235 Ridge Road, Suite 105, Rockwall, TX 75087; and (v) Co-Counsel to the Asbestos PD Future Claimants' Representative, Karl Hill, Seitz, Van Ogtrop &

Green P.A., 222 Delaware Avenue, Suite 1500, P.O. Box 68, Wilmington, DE 19899 and Alan B. Rich, Law Office of Alan B. Rich, Esquire, 1201 Elm Street, Suite 4244, Dallas, TX 75270.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE APPLICATION WILL BE HELD BEFORE A BANKRUPTCY JUDGE AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, WILMINGTON, DELAWARE 19801, ON DECEMBER 18, 2013 AT 11:00 A.M. PREVAILING EASTERN TIME.

Dated: November 15, 2013

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Debra L. Felder*
    Richard H. Wyron, admitted *pro hac vice*
    Debra L. Felder, admitted *pro hac vice*
    Columbia Center
    1152 15th Street, NW
    Washington, DC 20005
    Telephone: (202) 339-8400
    Facsimile: (202) 339-8500
    Email: rwyron@orrick.com; dfelder@orrick.com

—and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
Email: jcp@pgslaw.com

*Co-Counsel to Roger Frankel,*
*Asbestos PI Future Claimants' Representative*