# CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on November 15, 2013, I caused the *Notice, Application of Roger Frankel, Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Towers Watson Delaware, Inc., as Actuarial Consultant,* Nunc Pro Tunc *to November 15, 2013, Exhibits A (Proposed Order) and B (Declaration of Jeffrey Kimble), Exhibits 1 (Engagement Letter) and 2 (Listed Parties) and Verification,* to be served upon those persons as shown below by electronic mail or other manner as shown, and also served on all parties as shown on the attached Service List by first-class mail, postage prepaid.

| | |
|---|---|
| **UPS**<br>Laura Davis Jones, Esquire<br>James O'Neill, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 16th Floor<br>Wilmington, DE  19899-8705 | *Email: vdimaio@parcelsinc.com*<br>Vito I. DiMaio<br>Parcels, Inc.<br>10th & King Streets<br>P.O. Box 27<br>Wilmington, DE  19899 |
| **UPS**<br>Richard Schepecarter, Esquire<br>Office of the United States Trustee<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE  19801 | *UPS and Email:*<br>*feeaudit@whsmithlaw.com and*<br>*bruhlander@whsmithlaw.com*<br>Bobbi Ruhlander<br>Warren H. Smith & Associates<br>Republic Center<br>2235 Ridge Road, Suite 105<br>Rockwall, TX  75087 |
| *UPS and E-mail:*<br>*richard.finke@grace.com*<br>(W.R. Grace & Co.)<br>Richard Finke<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD  21044 | *E-mail: nglassman@bayardfirm.com*<br>(Local Counsel to DIP Lender)<br>Neil B. Glassman, Esquire<br>The Bayard Firm |
| *E-mail: mhurford@camlev.com*<br>(Local Counsel to Asbestos Claimants)<br>Mark T. Hurford, Esquire<br>Campbell & Levine, LLC | *E-mail: ttacconelli@ferryjoseph.com*<br>(Counsel for Property Damage Claimants)<br>Theodore Tacconelli, Esquire<br>Ferry & Joseph, P.A. |

| | |
|---|---|
| ***E-mail: mlastowski@duanemorris.com*** <br> (Counsel to Official Committee of Unsecured Creditors) <br> Michael R. Lastowski, Esquire <br> Duane Morris, LLP | ***E-mail: tcurrier@saul.com*** <br> (Counsel for Official Committee of Equity Holders) <br> Teresa K.D. Currier, Esquire <br> Saul Ewing LLP |
| ***E-mail: kpasquale@stroock.com*** <br> (Official Committee of Unsecured Creditors) <br> Kenneth Pasquale, Esquire <br> Stroock & Stroock & Lavan LLP | ***E-mail: pvnl@capdale.com*** <br> (Official Committee of Personal Injury Claimants) <br> Elihu Inselbuch, Esquire <br> Caplin & Drysdale, Chartered |
| ***E-mail: jdonley@kirkland.com; apaul@kirkland.com*** <br> (Counsel to Debtor) <br> John Donley, Esquire <br> Adam Paul, Esquire <br> Kirkland & Ellis | ***E-mail: jsakalo@bilzin.com*** <br> (Official Committee of Property Damage Claimants) <br> Scott L. Baena, Esquire <br> Bilzin Sumberg Baena Price & Axelrod LLP |
| ***E-mail: david.heller@lw.com and carol.hennessey@lw.com*** <br> (Counsel to DIP Lender) <br> J. Douglas Bacon, Esquire <br> Latham & Watkins | ***E-mail: pbentley@kramerlevin.com*** <br> (Counsel to Official Committee of Equity Holders) <br> Philip Bentley, Esquire <br> Kramer Levin Naftalis & Frankel LLP |

<u>/S/ DEBRA O. FULLEM</u>
Debra O. Fullem
Orrick, Herrington & Sutcliffe LLP