## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 12/5/2013; 4:00 PM ET** |
| | § | **Hearing Date: TBD** |

**TWENTIETH QUARTERLY APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE 50th QUARTERLY PERIOD FROM JULY 1, 2013 THROUGH SEPTEMBER 30, 2013**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alan B. Rich, Esq., pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Amended Interim Compensation Order") and Del. Bankr. LR 2016-2, and hereby applies for an order allowing him (i) compensation in the amount of $39,075.00 for the reasonable and necessary legal services he has rendered to Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property

Damage Claimants and Holders of Demands, and (ii) reimbursement of actual and necessary

expenses that he has incurred in the amount of $307.83, for a total of $39,382.83, or one hundred

percent (100%) of all compensation and expense reimbursement requested for the period July 1,

2013 through September 30, 2013 (the "Quarterly Fee Application"), and in support of this

Quarterly Fee Application, would respectfully show as follows:

## I.

## <u>SUMMARY</u>

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2013 to September 30, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $39,075.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $307.83 |

This is a(n):    ☐Monthly    ☒Quarterly    ☐Interim    ☐Final Application

## PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/2/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,450.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/2012 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
|---|---|---|---|---|---|
| 5/1/2013 | 4/1/2013 to 4/30/2013 | $10,024.00 | $26.50 | Paid | Paid |
| 6/2/2013 | 5/1/2013 to 5/31/2013 | $18,704.00 | $1,289.82 | Paid | Paid |
| 7/1/2013 | 6/1/2013 to 6/30/2013 | $34,980.00 | $3,478.25 | Paid | Paid |
| 8/1/2013 | 7/1/2013 to 7/31/2013 | $11,940.00 | $287.83 | Paid | Paid |
| 9/3/2013 | 8/1/2013 to 8/31/2013 | 8,220.00 | $30.00 | Paid | Paid |
| 10/1/2013 | 9/1/2013 to 9/30/2013 | $11,100.00 | $0.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr.

Rich has practiced law for 29 years, and his billing rate is $750 per hour.  In this Quarterly

Application period Mr. Rich billed 52.1 hours,[2] for a total amount billed of $39,075.00, of which

80% ($31,260.00) has already been paid.  All expenses, $307.83, have been billed and paid.

**Therefore, the amount not yet approved on an interim basis or paid is $7,815.00 in fees.**

The time for preparation of this Twentieth Quarterly Application is approximately 1.5

hours, for which $1,125.00 will be requested in a future application.

//

//

//

//

//

---

[2] Actual Non-Productive travel time, if any, is included in this figure, although it was billed at 50% of the actual time incurred.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 41.3 | $30,975.00 |
| Fee Applications | 9.5 | $7,125.00 |
| Business Transactions | 1.3 | $975.00 |
| TOTAL | 52.1 | $39,075.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $287.83 |
| Courtcall | $30.00 |
| TOTAL | $307.83 |

**II.**

**APPLICATION**

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a

voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code

(the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally

consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the

Debtors are continuing to operate their businesses and manage their properties and assets as

debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy

Code.  The Plan has been confirmed and is now on appeal to the Third Circuit.

2.      On May 3, 2001, the Court entered an Interim Compensation Order, as

amended by the Amended Interim Compensation Order, establishing procedures for monthly

compensation and reimbursement of expenses of professionals (each such application, a

"Monthly Fee Application"), and whereby any notice party listed in the Amended Interim

Compensation Order may object to such Monthly Fee Application.  If no notice party objects to

professional's Monthly Fee Application within twenty (20) days after the date of service of the

Monthly Fee Application, the applicable professional may submit to the Court a certification of

no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of

the fees requested and one hundred percent (100%) of the expenses requested, subject to the

filing and approval of the interim and final fee applications of the professional.

3.      Furthermore, and also pursuant to the Amended Interim Compensation

Order, within forty-five (45) days of the end of each quarter, professionals are required to file

and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim

Court approval and allowance of the Monthly Fee Applications filed during the quarter covered

by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee

Application, the Debtors are authorized and directed to pay the professional 100% of the fees and

expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application,

less any amounts previously paid in connection with the Monthly Fee Applications.  Any

payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is

subject to final approval of all fees and expenses at a hearing on the professional's final fee

application.

4.      By an order of this Court, the PD FCR was authorized to retain Alan B. Rich as

his counsel, effective as of September 29, 2008 (the "Retention Order").  The Retention Order

authorizes the Debtors to compensate Rich at his hourly rate charged for services of this type and

to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.     This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is Rich's Twentieth Quarterly Fee Application for compensation for services rendered in connection with the Chapter 11 Cases and covers the 50th Quarterly fee period of July 1, 2013 through September 30, 2013 (the "Fee Period").

6.     Rich has filed with the Court the following Monthly Fee Applications for interim compensation during the Fee Period:

(a)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Fifty-Ninth Interim Period from July 1, 2013 Through July 31, 2013, seeking $11,940.00 (80% of $14,925.00) in fees and expenses in the amount of $287.83;

(b)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Sixtieth Monthly Interim Period from August 1, 2013 Through August 31, 2013, seeking $8,220.00 (80% of $10,275.00) in fees and expenses in the amount of $30.00; and

(c)     Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Sixty-First Monthly Interim Period from September 1, 2013 Through September 30, 2013, seeking $11,100.00 (80% of $13,875.00) in fees.

7.     The monthly fee applications covered by this Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by Rich during the Fee Period, as well as other detailed information required to be included in fee applications.  The

Fifty-Ninth, Sixtieth and Sixty-First monthly fee applications (collectively, the "Applications")

are attached hereto as Exhibits "1," "2" and "3" respectively.

8.        The periods for objecting to the fee and expense reimbursements relating to

the Fifty-Ninth, Sixtieth and Sixty-First monthly fee applications have each passed without any

objections being filed, whereupon Rich filed Certificates of No Objection with the Court, and

Rich has been paid interim compensation and reimbursement of 80% of the fees and 100% of the

expenses requested.

9.        Rich has filed 19 prior Quarterly Fee Applications.

10.        By this Twentieth Quarterly Fee Application, Rich requests that the Court approve

the interim allowance of compensation for professional services rendered and the reimbursement

of actual and necessary expenses incurred by Rich from July 1, 2013 through September 30,

2013, and authorize and require payment of said amounts less any amounts previously paid to

Rich pursuant to the Monthly Fee Applications and the procedures set forth in the Amended

Interim Compensation Order.  As stated above, the full scope of the services provided and the

related expenses incurred are fully described in the Monthly Fee Applications that already have

been filed with the Court.

11.        Rich reserves his right to seek at a later date compensation for services rendered

and expenses incurred during the applicable period that are not otherwise included in the relevant

monthly fee application.

12.        At all relevant times, Rich has been a disinterested person as that term is defined

in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the

United States Bankruptcy Code and has not represented or held an interest adverse to the interest

of the Debtors.

13.    All services for which compensation is requested by Rich were performed for or on behalf of the PD FCR and not on behalf of any committee, creditor, or other person.

14.    Rich believes that this Quarterly Fee Application complies with the requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

15.    During the Interim Period, Rich has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended Interim Compensation Order.  There is no agreement or understanding between Rich and any other person for the sharing of compensation to be received for services rendered in these cases.

16.    The professional services and related expenses for which Rich requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of Rich's professional responsibilities as counsel for the PD FCR in the Chapter 11 Cases.  Rich's services have been necessary and beneficial to the PD FCR as well as the Debtors and their estates, creditors, and other parties in interest.

17.    Pursuant to Fed R. Bankr. P. 2016(b), Rich has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, Alan B. Rich, Esq. respectfully requests that the Court enter an order, providing that (a) for the period from April 1, 2013 through June 30, 2013, an administrative allowance be made to Rich in the sum of $39,075.00 as compensation for reasonable and

necessary professional services rendered to the PD FCR and, in the sum of $307.83, for

reimbursement of actual and necessary costs and expenses incurred, for a total of $39,382.83; (b)

that the Debtors be authorized and directed to pay to Rich the outstanding amount of such sums,

less any sums previously paid to Rich pursuant to the Monthly Fee Applications and the

procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such

other and further relief to which Rich is justly entitled.


Respectfully Submitted,

_____
Alan B. Rich
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO JUDGE ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

<u>DECLARATION</u>

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar with the legal services which I rendered to the PD FCR. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I believe that this Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 15, 2013.

_____

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 15th day of November, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 8/21/2013; 4:00 PM ET** |
| | § | **Hearing Date: TBD (if needed)** |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTY-NINTH MONTHLY <u>INTERIM PERIOD FROM JULY 1, 2013 THROUGH JULY 31, 2013</u>**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2013 through July 31, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $11,940.00   [80% of $14,925.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $287.83 |

This is a(n):  ☒Monthly      ☐Interim      ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

-2-

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
| 5/1/2013 | 4/1/2013 to 4/30/2013 | $10,024.00 | $26.50 | Paid | Paid |
| 6/3/2013 | 5/1/2013 to 5/31/2013 | $18,704.00 | $1,289.82 | Paid | Paid |
| 7/1/2013 | 6/1/2013 to 6/30/2013 | $34,980.00 | $3,478.25 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 28 years, and his billing rate is $750 per hour.  In this Application period Mr. Rich billed 19.9 hours,[2] for a total amount billed of $14,925.00, of which 80% is currently sought, in the amount of $11,940.00.  Reasonable expenses were incurred for this period in the amount of $287.83.  The total sought in this Application is $12,227.83.

As stated above, this is the Fifty-Ninth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $1,125.00 will be requested in a future application.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
| --- | --- | --- |
| Confirmation | 17.5 | $13,125.00 |
| Fee Application Matters | 2.4 | $1,800.00 |
| TOTAL | 19.9 | $14,925.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel (cancellation fees) | $287.83 |
| TOTAL | $287.83 |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

     I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

                                        Respectfully Submitted,



                               _____
                               Alan B. Rich, Esq.
                               Texas Bar No. 16842350
                               1201 Elm Street, Suite 4244
                               Dallas, Texas 75270
                               (214) 744-5100
                               (214) 744-5101 [fax]
                               arich@alanrichlaw.com

                               COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 1st day of August, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (July, 2013)

### Client

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|-------------------|------|
| 7/1/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 7/1/2013 | Emails with client | 0.1 |
| 7/1/2013 | Prepare, file and serve 58th Monthly Fee Application and Notice of Filing same | 1.5 |
| 7/2/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 7/2/2013 | Email to PI FCR counsel re August Omnibus | 0.1 |
| 7/2/2013 | Email to client re meeting | 0.1 |
| 7/3/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/5/2013 | Emails with Fee Auditor re Judge Sanders' Amended 17th Quarterly Fee Application | 0.1 |
| 7/6/2013 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 7/8/2013 | Email from client re meeting | 0.1 |
| 7/8/2013 | Review Project Lantern Confidentiality materials and revision to consent form and emails re same | 0.5 |
| 7/8/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 7/9/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 7/9/2013 | Emails re project Lantern | 0.1 |
| 7/10/2013 | Review Fee Auditor Report re Grant Thornton 47th Quarter Fee Application | 0.1 |
| 7/10/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/10/2013 | Emails re project Lantern | 0.1 |
| 7/11/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/11/2013 | Emails re project Lantern | 0.1 |
| 7/11/2013 | Review Project Lantern materials | 1.1 |
| 7/12/2013 | Review Withdrawal of CNO of Anderson Kill Quarterly Fee Application | 0.1 |
| 7/12/2013 | Review 2Q13 Statement of Ordinary Course Professional Payments | 0.2 |
| 7/12/2013 | Review Fee Auditor Report re AKO 48th Quarter Fee Application | 0.1 |
| 7/12/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 7/13/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/15/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/16/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 7/17/2013 | Prepare for and attend Project Lantern Conference Call | 1.2 |
| 7/17/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/17/2013 | Email from PI FCR counsel re Project Lantern | 0.1 |

| | | |
|---|---|---|
| 7/17/2013 | Review Fee Auditor's Amended Final Report for the 47th Quarter | 0.3 |
| 7/18/2013 | Review CNO's for Canadian ZAI Counsels' 13th Quarterly Fee Applications | 0.1 |
| 7/18/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/18/2013 | Conference with PI FCR counsel re project Lantern | 0.3 |
| 7/18/2013 | Email to A. Schlesinger and R. Higgins re facility and research re same | 0.3 |
| 7/18/2013 | Review compensation application of counsel to the Property Damage Committee | 0.1 |
| 7/19/2013 | Review Draft Project Lantern materials | 1.0 |
| 7/19/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/19/2013 | Emails with A. Paul re Project Lantern | 0.1 |
| 7/20/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/21/2013 | Emails to and from PI FCR counsel re project Lantern | 0.1 |
| 7/22/2013 | Emails re project Lantern | 0.4 |
| 7/22/2013 | Prepare, file and serve CNO for 58th Monthly Fee Application | 0.2 |
| 7/22/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/23/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/23/2013 | Emails and phone calls re project Lantern | 0.7 |
| 7/23/2013 | Review PI FCR redline of Project Lantern motion papers | 0.3 |
| 7/24/2013 | Review Certification of Counsel re 47Q Fee Applications | 0.2 |
| 7/24/2013 | Review Report of 48th Quarter Asset Sales | 0.1 |
| 7/24/2013 | Review Certification of Counsel re 47Q Project Categories | 0.3 |
| 7/24/2013 | Review Report of 48th Quarter Settlements | 0.1 |

| | | |
|---|---|---|
| 7/24/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/24/2013 | Review Third Circuit Opinion and Notice of Judgment in Garlock Appeal | 0.5 |
| 7/24/2013 | Emails with A. Paul re Project Lantern | 0.2 |
| 7/24/2013 | Review Clerk's Order amending Garlock Opinion | 0.1 |
| 7/24/2013 | Emails re status of appeals | 0.2 |
| 7/24/2013 | Email update to client | 0.2 |
| 7/24/2013 | Emails with PI FCR counsel re Project Lantern motions | 0.2 |
| 7/25/2013 | Email from Judge Sanders re status | 0.1 |
| 7/25/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/25/2013 | Emails with R. Higgins re Omnibus hearing | 0.1 |
| 7/25/2013 | Review Certificate of No Objection to Monthly Fee Application of the Hogan Firm, counsel to Canadian ZAI Counsel | 0.1 |
| 7/25/2013 | Review Certificate of No Objection to Monthly Fee Application of the Lauzon firm, Canadian ZAI Counsel | 0.1 |
| 7/25/2013 | Review Certificate of No Objection to Monthly Fee Application of the Scarfone Hawkins firm, Canadian ZAI Counsel | 0.1 |
| 7/25/2013 | Review Certificate of No Objection re 142nd monthly fee application of counsel to the PD Committee | 0.1 |
| 7/25/2013 | Review Certificate of No Objection re 144th monthly fee application of local counsel to the PD Committee | 0.1 |
| 7/25/2013 | Review Certificate of No Objection re 145th monthly fee application of local counsel to the PD Committee | 0.1 |
| 7/25/2013 | Review Agenda for August 1 Omnibus hearing | 0.2 |
| 7/26/2013 | Email to client re omnibus hearing | 0.1 |
| 7/26/2013 | Review monthly fee applications of Canadian ZAI counsels | 0.3 |

| | | |
|---|---|---|
| 7/26/2013 | Telephone call from A. Paul re Project Lantern | 0.1 |
| 7/26/2013 | Email to A. Paul re Project Lantern | 0.1 |
| 7/27/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/29/2013 | Review revised Project Lantern motion | 0.6 |
| 7/29/2013 | Review PI FCR proposed modification to revised Project Lantern Motion | 0.2 |
| 7/29/2013 | Emails with PI FCR counsel re Project Lantern motion | 0.1 |
| 7/29/2013 | Review Miscellaneous Pleadings received today | 0.3 |
| 7/29/2013 | Email from ACC counsel re project Lantern | 0.1 |
| 7/30/2013 | Email from Debtors' counsel re July Omnibus hearing | 0.1 |
| 7/30/2013 | Emails with client re July Omnibus hearing | 0.1 |
| 7/30/2013 | Emails with client re bills | 0.1 |
| 7/30/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 7/30/2013 | Review Amended Agenda for July Omnibus Hearing | 0.2 |
| 7/30/2013 | Emails re project Lantern | 0.2 |
| 7/31/2013 | Draft, file and serve PD FCR's 46th Monthly Fee Application and Notice of Filing thereof | 0.3 |
| 7/31/2013 | Draft, file and serve PD FCR's 45th Monthly Fee Application and Notice of Filing thereof | 0.3 |
| 7/31/2013 | Emails with PI FCR counsel re Project Lantern | 0.1 |
| 7/31/2013 | Review of further revisions to Project Lantern Motion | 0.3 |
| 7/31/2013 | Review Order allowing PI PCR retention of Lincoln Partners | 0.1 |
| 7/31/2013 | Review Order allowing PI PCR retention of Delaware counsel | 0.1 |
| 7/31/2013 | Review Order allowing PI PCR retention of Orrick | 0.1 |

| 7/31/2013 | Review 144th Monthly Fee Application of counsel to the Property Damage committee | 0.1 |
| 7/31/2013 | Review 146th Monthly Fee Application of Delaware counsel to the Property Damage committee | 0.1 |
| 7/31/2013 | Review Order Approving 47th Quarterly Fee Applications | 0.2 |
| 7/31/2013 | Review Miscellaneous Pleadings received today | 0.1 |

Total:   19.9 hours @ $750/hour = $14,925.00

Expenses:    $287.83  (various cancellation fees when omnibus changed to telephonic only)

Total Fees and Expenses Due:  $15,212.83

# EXHIBIT 2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 9/23/2013; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE SIXTIETH MONTHLY INTERIM
PERIOD FROM AUGUST 1, 2013 THROUGH AUGUST 31, 2013**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | August 1, 2013 through August 31, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $8,220.00   [80% of $10,275.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $30.00 |

This is a(n):   ☒ Monthly      ☐ Interim      ☐ Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

-2-

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
| 5/1/2013 | 4/1/2013 to 4/30/2013 | $10,024.00 | $26.50 | Paid | Paid |
| 6/3/2013 | 5/1/2013 to 5/31/2013 | $18,704.00 | $1,289.82 | Paid | Paid |
| 7/1/2013 | 6/1/2013 to 6/30/2013 | $34,980.00 | $3,478.25 | Paid | Paid |
| 8/1/2013 | 7/1/2013 to 7/31/2013 | $11,940.00 | $287.83 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 28 years, and his billing rate is $750 per hour.  In this Application period Mr. Rich billed 13.7 hours,[2] for a total amount billed of $10,275.00, of which 80% is currently sought, in the amount of $8,220.00.  Reasonable expenses were incurred for this period in the amount of $30.00.  The total sought in this Application is $8,250.00.

As stated above, this is the Sixtieth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $1,125.00 will be requested in a future application.

<u>COMPENSATION BY PROJECT CATEGORY</u>

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 7.6 | $5,700.00 |
| Fee Application Matters | 4.8 | $3,600.00 |
| Business Transactions | 1.3 | $975.00 |
| TOTAL | 13.7 | $10,275.00 |

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

-5-

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Court Call | $30.00 |
| TOTAL | $30.00 |

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

### CERTIFICATE OF SERVICE

I certify that on the 3rd day of September, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (August, 2013)

### Client

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 8/1/2013 | Attend telephonic status conference | 0.3 |
| 8/1/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/1/2013 | Prepare, file and serve 59th Monthly Fee Application and Notice of Filing same | 1.5 |
| 8/1/2013 | Review sign in sheet for July omnibus hearing | 0.1 |
| 8/2/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/2/2013 | Review Motion to File Project Lantern Motion Under Seal and Proposed Order | 0.3 |
| 8/2/2013 | Review Project Lantern Motion and Proposed Order | 0.4 |
| 8/2/2013 | Emails with Debtors' counsel re Project Lantern papers | 0.1 |
| 8/2/2013 | Review Debtors' post-confirmation quarterly report | 0.3 |

Page 1 of 5

| | | |
|---|---|---|
| 8/3/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/5/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/6/2013 | Email to J. Day re Grace error in remittance | 0.1 |
| 8/6/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/6/2013 | Review Notice of Firm Name Change of Anderson Kill | 0.1 |
| 8/7/2013 | Review Request for Standing Order re transcripts | 0.1 |
| 8/7/2013 | Review Garlock's motion to extension of time to file petitions for rehearing and rehearing en banc | 0.2 |
| 8/7/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/8/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/9/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/9/2013 | Review Clerk's Order re Garlock Motion | 0.1 |
| 8/12/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/13/2013 | Review monthly fee applications of the Hogan Firm, Canadian ZAI claimants' counsel | 0.1 |
| 8/13/2013 | Review monthly fee applications of Scarfone Hawkins, Canadian ZAI claimants' counsel | 0.1 |
| 8/13/2013 | Review monthly fee applications of Lauzon, Canadian ZAI claimants' counsel | 0.1 |
| 8/13/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/14/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/15/2013 | Review Quarterly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.2 |
| 8/15/2013 | Review Quarterly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.2 |

| | | |
|---|---|---|
| 8/15/2013 | Review Quarterly Fee Application of Lauzon, Canadian ZAI counsel | 0.2 |
| 8/15/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/16/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/19/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/20/2013 | Review Garlock's Petition for rehearing and rehearing en banc and addendum | 1.0 |
| 8/20/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/20/2013 | Review Neocrete request for removal from service list | 0.1 |
| 8/21/2013 | Prepare, file and serve 19th Quarterly Fee Application and Notice of Filing same | 1.5 |
| 8/21/2013 | Prepare, file and serve Certificate of No Objection to Monthly Fee Application | 0.2 |
| 8/21/2013 | Prepare, file and serve Certificate of No Objection to PD FCR's 45th Monthly Fee Application | 0.2 |
| 8/21/2013 | Prepare, file and serve Certificate of No Objection to PD FCR's 46th Monthly Fee Application | 0.2 |
| 8/21/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/21/2013 | Email to R. Wyron and P. Lockwood re WSJ article | 0.1 |
| 8/22/2013 | Prepare, file and serve 19th Quarterly Fee Application of the PD FCR and Notice of Filing same | 1.0 |
| 8/22/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/23/2013 | Review Certificate of No Objection to the 38th monthly fee application of the Hogan Firm, Canadian ZAI Claimants' counsel | 0.1 |
| 8/23/2013 | Review Certificate of No Objection to the 38th monthly fee application of Scarfone Hawkins, Canadian ZAI Claimants' counsel | 0.1 |
| 8/23/2013 | Review Certificate of No Objection to the 38th monthly fee application of the Lauzon, Canadian ZAI Claimants' counsel | 0.1 |

Page 3 of 5

| | | |
|---|---|---|
| 8/23/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/24/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/26/2013 | Emails with client re hearings | 0.1 |
| 8/26/2013 | Review Certificate of No Objection re the 39th monthly fee application of the Hogan Firm, Canadian ZAI Claimants' counsel | 0.1 |
| 8/26/2013 | Review Certificate of No Objection re the 39th monthly fee application of Scarfone Hawkins, Canadian ZAI Claimants' counsel | 0.1 |
| 8/26/2013 | Review Certificate of No Objection re the 39th monthly fee application of Lauzon, Canadian ZAI Claimants' counsel | 0.1 |
| 8/26/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/26/2013 | Review Certificate of No Objection re Project Lantern motion | 0.1 |
| 8/27/2013 | Review Agenda for September Omnibus | 0.1 |
| 8/27/2013 | Review Order Allowing Motion to be Filed Under Seal | 0.1 |
| 8/27/2013 | Review Certification of Counsel re Omnibus Hearing dates | 0.1 |
| 8/27/2013 | Review Amended Agenda for September Omnibus hearing | 0.1 |
| 8/27/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/28/2013 | Email to client re Omnibus hearings | 0.1 |
| 8/28/2013 | Emails re Sealed Order re Project Lantern | 0.1 |
| 8/28/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 8/29/2013 | Emails with client re hearings | 0.1 |
| 8/29/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/29/2013 | Review of Sealed Project Lantern Order | 0.2 |
| 8/29/2013 | Letter from Local Counsel re bills | 0.1 |

| | | |
|---|---|---|
| 8/30/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 8/30/2013 | Email to Local Counsel re bills | 0.1 |
| 8/31/2013 | Review Miscellaneous Pleadings received today | 0.1 |

Total:   13.7 hours @ $750/hour = $10,275.00

Expenses:     Courtcall – $30.00

Total Fees and Expenses Due:  $10,305.00

# EXHIBIT 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 10/21/2013; 4:00 PM ET** |
| | § | **Hearing Date: TBD (if needed)** |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE SIXTY-FIRST MONTHLY INTERIM PERIOD FROM SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

Name of Applicant:                                                Alan B. Rich, Esq.

Authorized to Provide Services To:          Judge Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

Date of Retention:                      September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:           September 1, 2013 through September 30, 2013

Amount of Fees Sought as Actual
Reasonable and Necessary:             $11,100.00   [80% of $13,875.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:     $0.00

This is a(n):    ☒ Monthly    ☐ Interim    ☐ Final Application

<u>PRIOR APPLICATIONS</u>

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

-2-

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
|---|---|---|---|---|---|
| 5/1/2013 | 4/1/2013 to 4/30/2013 | $10,024.00 | $26.50 | Paid | Paid |
| 6/3/2013 | 5/1/2013 to 5/31/2013 | $18,704.00 | $1,289.82 | Paid | Paid |
| 7/1/2013 | 6/1/2013 to 6/30/2013 | $34,980.00 | $3,478.25 | Paid | Paid |
| 8/1/2013 | 7/1/2013 to 7/31/2013 | $11,940.00 | $287.83 | Paid | Paid |
| 9/3/2013 | 8/1/2013 to 8/31/2013 | $8,220.00 | $30.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 28 years, and his billing rate is $750 per hour.  In this Application period Mr. Rich billed 18.5 hours,[2] for a total amount billed of $13,875.00, of which 80% is currently sought, in the amount of $11,100.00.  No expenses were incurred for this period.  The total sought in this Application is $11,100.00.

As stated above, this is the Sixty-First application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $1,125.00 will be requested in a future application.

//

//

//

//

//

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

-5-

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 16.2 | $12,150.00 |
| Fee Application Matters | 2.3 | $1,725.00 |
| TOTAL | 18.5 | $13,875.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
|  |  |
| TOTAL | $0.00 |

*[Remainder of this page intentionally blank]*

-6-

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

     I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**CERTIFICATE OF SERVICE**

     I certify that on the 1st day of October, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

-7-

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (September, 2013)

### Client

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

***In re W. R. Grace**, No. 01-1139 (Bankr. D. Del)*

| Date | Services Performed | Time |
|------|--------------------|------|
| 9/2/2013 | Email from K. Hill re bills | 0.1 |
| 9/3/2013 | Review Certificate of No Objection re 146th Fee Application of Local Counsel to the Property Damage Committee | 0.1 |
| 9/3/2013 | Review Certificate of No Objection re 145th Fee Application of Local Counsel to the Property Damage Committee | 0.1 |
| 9/3/2013 | Review Certificate of No Objection re 144th Fee Application of Counsel to the Property Damage Committee | 0.1 |
| 9/3/2013 | Review Certificate of No Objection re 143th Fee Application of Local Counsel to the Property Damage Committee | 0.1 |
| 9/3/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/3/2013 | Prepare, file and serve 60th Monthly Fee Application and Notice of Filing same | 1.5 |

| | | |
|---|---|---|
| 9/4/2013 | Review Opinion of the Third Circuit in the Anderson Memorial Hospital Appeal | 1.5 |
| 9/4/2013 | Review the Judgment of the Third Circuit in the Anderson Memorial Hospital Appeal | 0.1 |
| 9/4/2013 | Review Opinion of the Third Circuit in the Montana and Canada Appeal | 1.3 |
| 9/4/2013 | Review the Judgment of the Third Circuit in the Canada and Montana Appeal | 0.1 |
| 9/4/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/4/2013 | Review Notice from Third Circuit re amendment to AMH opinion | 0.1 |
| 9/4/2013 | Review Amended Anderson Memorial Hospital Third Circuit opinion | 0.1 |
| 9/4/2013 | Emails with client re opinions | 0.1 |
| 9/4/2013 | Emails with J. Donley re opinions | 0.1 |
| 9/4/2013 | Emails with PD Trustee re status | 0.1 |
| 9/4/2013 | Review Notice from Third Circuit re amendment to Montana/Canada opinion | 0.1 |
| 9/4/2013 | Review Amended Montana/Canada Third Circuit opinion | 0.1 |
| 9/5/2013 | Review Order from Third Circuit Denying Garlock Rehearing Motions | 0.1 |
| 9/5/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/5/2013 | Email from client re April bill | 0.1 |
| 9/5/2013 | Review 147th Monthly Fee Application of Local Counsel to the Property Damage Committee | 0.1 |
| 9/6/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/6/2013 | Emails with client re April bill | 0.1 |
| 9/6/2013 | Review Fee Auditor's Report for the 48th Quarter | 0.4 |
| 9/6/2013 | Review Fee Auditor's Report re PD Committee Counsel for the 48th Quarter | 0.1 |

| | | |
|---|---|---|
| 9/7/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/9/2013 | Emails with client and Grace re fee issue | 0.1 |
| 9/9/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/9/2013 | Review Corrected Final Fee Auditors' Report for the 48th Quarter | 0.1 |
| 9/10/2013 | Review Miscellaneous Pleadings received today | 0.3 |
| 9/10/2013 | Emails with client and Grace re fee issue | 0.1 |
| 9/10/2013 | Review Quarterly Fee Application of counsel to the Property Damage Committee | 0.2 |
| 9/10/2013 | Review Quarterly Fee Application of local counsel to the Property Damage Committee | 0.2 |
| 9/11/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/11/2013 | Review Monthly Fee Application of counsel to the Property Damage Committee | 0.1 |
| 9/11/2013 | Review Certification of Counsel re Fee Application of PI FCR | 0.1 |
| 9/11/2013 | Review Certificate of No Objection to the 40th monthly fee application of the Hogan Firm, Canadian ZAI Claimants' counsel | 0.1 |
| 9/11/2013 | Review Certificate of No Objection to the 40th monthly fee application of Scarfone Hawkins, Canadian ZAI Claimants' counsel | 0.1 |
| 9/11/2013 | Review Certificate of No Objection to the 40th monthly fee application of Lauzon, Canadian ZAI Claimants' counsel | 0.1 |
| 9/12/2013 | Emails with client re status | 0.1 |
| 9/12/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/13/2013 | Review Certificate of No Objection Regarding the 14th Quarterly Application of The Hogan Firm | 0.1 |
| 9/13/2013 | Review Certificate of No Objection Regarding the 14th Quarterly Application of Scarfone Hawkins | 0.1 |

| | | |
|---|---|---|
| 9/13/2013 | Review Certificate of No Objection Regarding the 14th Quarterly Application of Lauzon Belanger Lesperance | 0.1 |
| 9/13/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/13/2013 | Review Mandate and related materials from Third Circuit in Garlock appeal | 0.3 |
| 9/13/2013 | Review United States District Court filings re Garlock appeal mandate | 0.1 |
| 9/13/2013 | Review Letter to Court of Appeals with AMR case from Bank Lender Group | 1.0 |
| 9/15/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/16/2013 | Emails with client re Section 6.3 of PD Trust agreement issues and drafting related document | 0.3 |
| 9/16/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/16/2013 | Review Letter to Court of Appeals with AMR case from Debtors | 0.2 |
| 9/17/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/18/2013 | Review Claims Register | 2.0 |
| 9/18/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/18/2013 | Review Montana and Canada motion to extend time to file Third Circuit rehearing motion | 0.1 |
| 9/19/2013 | Review Certification of Counsel re 48th Quarterly Fee Categories | 0.3 |
| 9/19/2013 | Review Certification of Counsel re 48th Quarterly Fee Applications | 0.2 |
| 9/19/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/19/2013 | Emails to and from Fee Auditor re 49th Quarterly Fee Application | 0.1 |
| 9/20/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/20/2013 | Emails with Fee Auditor re 49th Quarterly Fee Application | 0.2 |
| 9/23/2013 | Prepare, file and serve CNO for 60th Monthly Fee Application | 0.2 |

| | | |
|---|---|---|
| 9/23/2013 | Review Agenda for September Omnibus hearing | 0.1 |
| 9/23/2013 | Review 41st Monthly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |
| 9/23/2013 | Review 41st Monthly Fee Application of Lauzon Belanger, Canadian ZAI counsel | 0.1 |
| 9/23/2013 | Review 41st Monthly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 9/23/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/24/2013 | Review Order on 48th Quarterly Fee Applications | 0.2 |
| 9/24/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/24/2013 | Email to R. Higgins re fee Order | 0.1 |
| 9/24/2013 | Review Amended Agenda re Omnibus hearing | 0.1 |
| 9/25/2013 | Email to client re Quarterly Fee Order | 0.1 |
| 9/25/2013 | Conference with client re status in Third Circuit | 0.1 |
| 9/25/2013 | Review Order from USDC terminating Civil Action 09-421 | 0.1 |
| 9/25/2013 | Review Order from USDC terminating Civil Action 10-611 | 0.1 |
| 9/25/2013 | Review Order from USDC terminating Civil Action 09-419 | 0.1 |
| 9/25/2013 | Review Order from USDC terminating Civil Action 09-382 | 0.1 |
| 9/25/2013 | Review Order from Third Circuit Granting Montana Rehearing extension motion | 0.1 |
| 9/25/2013 | Correspondence from client re PD Trust issues | 0.1 |
| 9/26/2013 | Review Mandate of Third Circuit in Anderson Memorial Hospital appeal | 0.2 |
| 9/26/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 9/26/2013 | Review Mandate of Third Circuit in appeal of Canada | 0.2 |

Page 5 of 6

| | | |
|---|---|---|
| 9/26/2013 | Review 42nd Monthly Fee Application of Lauzon Belanger Lesperance, Canadian ZAI counsel | 0.1 |
| 9/26/2013 | Review 42nd Monthly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |
| 9/26/2013 | Review 42nd Monthly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 9/27/2013 | Review Notice of Withdrawal of Appearance as Counsel and Request for Removal from Electronic and Paper Noticing Matrix Re: Matthew B. Harvey of Garlock | 0.1 |
| 9/27/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/28/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 9/30/2013 | Review Miscellaneous Pleadings received today | 0.1 |

Total:   18.5 hours @ $750/hour = $13,875.00

Expenses:   None

Total Fees and Expenses Due:  $13,875.00

Page 6 of  6