**ONE HUNDRED AND SIXTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 9/1/2013 through 9/30/2013**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $830 | 2.70 | $2,241.00 |
| R. Frezza | Member | $760 | 17.70 | $13,452.00 |
| M. Viola | Paraprofessional | $120 | 0.60 | $72.00 |
| **For the Period 9/1/2013 through 9/30/2013** | | | **21.00** | **$15,765.00** |

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 9/1/2013 through 9/30/2013**

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant reviewed documents and analyzed updates related to Project Lantern. | 5.50 | $4,285.00 |
| 02. Case Administration | During the Fee Application period, the Applicant reviewed items on the case docket. | 2.70 | $2,066.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the August monthly fee statement. | 1.70 | $922.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the Q3 results as well as materials relating to the Credit Suisse Chemical and Ag conference. | 10.20 | $7,808.00 |
| 12. Prep. for /Participate in Meetings with Banks | During the Fee Application period, the Applicant provided information to a new creditor. | 0.90 | $684.00 |
| **For the Period 9/1/2013 through 9/30/2013** | | **21.00** | **$15,765.00** |

# W.R. Grace & Co.
Capstone Advisory Group, LLC
**Detailed Time Description by Task Code**
**For the Period 9/1/2013 through 9/30/2013**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Acquisitions/Divestitures** | | | |
| 9/11/2013 | R. Frezza | 0.50 | Participated in call with Blackstone (Debtors' advisers) to receive update on Project Lantern. |
| 9/18/2013 | R. Frezza | 0.40 | Discussed update on Project Lantern with Grace's advisers (Blackstone). |
| 9/20/2013 | E. Ordway | 0.70 | Read materials regarding Project Lantern. |
| 9/27/2013 | R. Frezza | 2.70 | Read and analyzed Project Lantern Creditor Update document as well as Grace's mark-up of the Project Lantern Sale/Purchase Agreement. |
| 9/27/2013 | E. Ordway | 0.80 | Read data regarding Project Lantern. |
| 9/30/2013 | R. Frezza | 0.40 | Read and analyzed Grace's bid letter to Seller re: Project Lantern. |
| Subtotal | | 5.50 | |
| **02. Case Administration** | | | |
| 9/2/2013 | R. Frezza | 0.50 | Reviewed and analyzed docket for new postings. |
| 9/9/2013 | R. Frezza | 0.50 | Reviewed and analyzed docket for new postings. |
| 9/16/2013 | R. Frezza | 0.50 | Reviewed and analyzed docket for new postings. |
| 9/23/2013 | R. Frezza | 0.50 | Reviewed and analyzed docket for new postings. |
| 9/23/2013 | E. Ordway | 0.20 | Reviewed items on the docket, as directed by colleague. |
| 9/30/2013 | R. Frezza | 0.50 | Reviewed and analyzed docket for new postings. |
| Subtotal | | 2.70 | |
| **07. Fee Applications & Invoices** | | | |
| 9/9/2013 | M. Viola | 0.30 | Prepared August 2013 fee application. |
| 9/10/2013 | M. Viola | 0.20 | Prepared August 2013 fee application. |
| 9/23/2013 | E. Ordway | 0.20 | Reviewed fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/23/2013 | R. Frezza | 0.90 | Read and analyzed first draft of Capstone's August 2013 fee application details. |
| 9/25/2013 | M. Viola | 0.10 | Prepared August 2013 fee application. |
| Subtotal | | 1.70 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/9/2013 | E. Ordway | 0.80 | Read and analyzed prior month's MOR. |
| 9/9/2013 | R. Frezza | 2.40 | Reviewed and analyzed KeyBanc Basic Materials and Packaging Conference presentation. |
| 9/11/2013 | R. Frezza | 1.70 | Reviewed and analyzed Grace Presentation re: Credit Suisse 2013 Chemical and AG Conference. |
| 9/17/2013 | R. Frezza | 1.20 | Reviewed and analyzed Grace's presentation for the Credit Suisse 26th annual Chemical and AG conference. |
| 9/18/2013 | R. Frezza | 1.20 | Prepared for and participated in webcast re: Grace's presentation at the Credit Suisse Chem and Ag conference. |
| 9/25/2013 | R. Frezza | 2.90 | Read and analyzed Grace's release of 3rd quarter results in preparation for preparing Capstone's 3Q13 financial report to Committee. |
| Subtotal | | 10.20 | |

12. Prep. for /Participate in Meetings with Banks

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/30/2013 | R. Frezza | 0.90 | Provided follow up information to new creditor on the case. |
| Subtotal | | 0.90 | |
| **Total Hours** | | **21.00** | |

**Capstone Advisory Group, LLC**  
**Invoice for the 9/1/2013-9/30/2013 Fee Application**

**Page 2 of 2**

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 9/1/2013 through 9/30/2013**

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Telecom | | | |
| 9/30/2013 | Capstone Expense | September telecom | $24.15 |
| Subtotal - Telecom | | | $24.15 |
| **For the Period 9/1/2013 through 9/30/2013** | | | $24.15 |

**Capstone Advisory Group, LLC**                                                                                          Page 1 of 1
   **Invoice for the 9/1/2013-9/30/2013 Fee Application**