**EXHIBIT A**

A-1

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/09/2013 | Lisa G Esayian | .30 | Correspond with ACC and FCR counsel re potential insurance settlements. |
| 8/21/2013 | Lisa G Esayian | .70 | Review and comment on proposal from B. Horkovich re potential insurance settlement. |
| | Total: | 1.00 | |

### Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/01/2013 | Lisa G Esayian | .40 | Correspond with working group re Forest Service claims. |
| 8/09/2013 | Jeffrey Gettleman | 1.00 | Draft, review and revise analysis re Forest Service's claims in "tree bark" matter (.6); review and analyze Forest Service letter re same (.2); correspond with J. Bernbrock and A. Paul re same (.2). |
| 8/09/2013 | Adam C Paul | .30 | Analyze Forest Service claim. |
| 8/10/2013 | Jeffrey Gettleman | .10 | Correspond with J. Bernbrock re analysis of Forest Service claim. |
| 8/20/2013 | Jeffrey Gettleman | 1.00 | Office conference with M. Jones re Sealed Air indemnification claims (.2); review M. Jones analysis of plan re accrual of interest on claims (.4); correspond with M. Jones and A. Paul re same (.4). |
| 8/21/2013 | Jeffrey Gettleman | .70 | Correspond with A. Paul and M. Jones re accrual of interest (.4); telephone conference with R. Higgins re same (.1); review M. Jones analysis re same (.2). |
| 8/28/2013 | Mike Jones | .30 | Correspond with working group re workers compensation claims. |
| 8/28/2013 | Jeffrey Gettleman | .10 | Correspond with M. Jones re T. Hammer question. |
|  | Total: | 3.90 |  |

KE 28448460.2

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/01/2013 | Mike Jones | 3.10 | Review and revise Project Lantern pleadings (1.8); correspond with working group re same (.6); analyze documents re same (.7). |
| 8/01/2013 | Jeffrey Gettleman | 2.20 | Correspond with M. Jones and J. O'Neill re filing (.3); correspond with A. Paul and J. O'Neill re approval by seller of Project Lantern motion (.2); correspond with M. Jones re Project Lantern motions (.1); correspond with A. Paul, P. Lockwood, M. Jones, M. Shelnitz and J. O'Neill re same (1.3); revise Project Lantern motions (.3). |
| 8/01/2013 | Adam C Paul | 2.90 | Final review of Project Lantern motion. |
| 8/02/2013 | Mike Jones | .80 | Correspond with working group and plan proponents re filing of Project Lantern pleadings. |
| 8/02/2013 | Jeffrey Gettleman | 1.70 | Correspond with A. Paul, J. Sakalo, M. Jones and A. Rich re Project Lantern motions (.7); correspond with A. Paul, M. Jones, J. O'Neill and A. Rich re Project Lantern hearing and motions (1.0). |
| 8/02/2013 | Adam C Paul | 1.80 | Review and revise Project Lantern motion. |
| 8/08/2013 | Adam C Paul | .10 | Correspond with M. Shelnitz re Project Lantern hearing. |
| 8/12/2013 | Jeffrey Gettleman | .20 | Correspond with R. Finke and J. O'Neill re filed versions of Project Lantern motions. |
| 8/13/2013 | Adam C Paul | 1.00 | Telephone conference with E. Filon re stock repurchase (.6); analyze strategic issues re same (.4). |
| 8/13/2013 | Dennis M Myers, P.C. | .90 | Telephone conference re potential transaction. |
| 8/14/2013 | Adam C Paul | 1.50 | Telephone conference with D. Myers re derivative transaction (.8); prepare for same (.7). |
| 8/14/2013 | Dennis M Myers, P.C. | .80 | Telephone conference re proposed hedging transaction. |
| 8/21/2013 | Jeffrey Gettleman | .20 | Correspond with A. Paul and J. O'Neill re filing of CNOs re Project Lantern motions. |
| 8/23/2013 | Jeffrey Gettleman | .60 | Correspond with A. Paul and M. Shelnitz re objections to Project Lantern motion (.4); review docket re same (.2). |
| 8/26/2013 | Jeffrey Gettleman | .10 | Correspond with J. O'Neill re filing CNOs re Project Lantern motion. |
| 8/26/2013 | Adam C Paul | .20 | Correspond with J. O'Neill re Project Lantern motion. |
| 8/27/2013 | Jeffrey Gettleman | .80 | Correspond with A. Paul, D. Felder and M. Jones re Project Lantern motions and order (.7); correspond |

KE 28448460.2

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | with J. O'Neill re Project Lantern order (.1). |
| 8/27/2013 | Adam C Paul | .20 | Correspond with J. O'Neill re Project Lantern motion. |
| 8/28/2013 | Jeffrey Gettleman | .30 | Correspond with A. Paul and J. O'Neill re Project Lantern order. |
| 8/29/2013 | Jeffrey Gettleman | .10 | Telephone conference with R. Higgins re Project Lantern final order. |
| | Total: | 19.50 | |

KE 28448460.2

### Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 8/02/2013 | Mike Jones | .40 | Correspond with working group re fee statements. |
| 8/02/2013 | Jeffrey Gettleman | .10 | Correspond with M. Jones re drafting of supplemental declaration. |
| 8/02/2013 | Maureen McCarthy | 1.70 | Draft May fee application (1.6); follow-up with local counsel re hearing date for 48th quarterly fee application (.1). |
| 8/05/2013 | Maureen McCarthy | .70 | Review and revise May 2013 fee application. |
| 8/06/2013 | Jeffrey Gettleman | .20 | Correspond with M. Jones re drafting of next supplemental affidavit. |
| 8/07/2013 | Mike Jones | 2.90 | Review and revise fee statement. |
| 8/07/2013 | Maureen McCarthy | .70 | Correspond with J. Donley and T. Wallace re write-offs on May fee application (.4); revise May fee application (.3). |
| 8/09/2013 | Maureen McCarthy | 1.70 | Draft May 2013 fee application. |
| 8/12/2013 | Jeffrey Gettleman | .10 | Correspond with M. Jones re conflicts search and drafting of supplemental declaration. |
| 8/13/2013 | Adam C Paul | 1.10 | Analyze and revise K&E fee application. |
| 8/13/2013 | Maureen McCarthy | .40 | Review and revise May fee application. |
| 8/14/2013 | Maureen McCarthy | 1.20 | Revise and finalize May fee application for filing and service. |
| 8/19/2013 | Adam C Paul | 1.20 | Analyze and revise K&E fee applications. |
| 8/19/2013 | Maureen McCarthy | 1.70 | Draft June fee application. |
| 8/26/2013 | Mike Jones | .50 | Correspond with working group re conflicts reports (.3); review and analyze same (.2). |
| 8/27/2013 | Adam C Paul | .90 | Analyze and revise June fee application. |
| 8/27/2013 | Maureen McCarthy | .80 | Revise June fee application. |
| 8/29/2013 | Maureen McCarthy | 1.40 | Review, revise and finalize June fee application for filing and service. |
| | Total: | 17.70 | |

KE 28448460.2

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/01/2013 | Kimberly K Love | .90 | Prepare and organize pleadings and other documents for inclusion into case files. |
| 8/01/2013 | Adam C Paul | 1.90 | Prepare for and participate in status conference (1.4); telephone conference with M. Shelnitz re same (.2); correspond with M. Shelnitz re same (.3). |
| 8/01/2013 | John Donley, P.C. | .20 | Review and analyze pleadings and filings (.1); correspond with A. Paul re hearing with Judge Carey (.1). |
| 8/02/2013 | Jeffrey Gettleman | .50 | Review and analyze article re Section 1127(b) (.2); correspond with M. Jones re same (.1); correspond with S. Butler re QSF opinion letter (.2). |
| 8/02/2013 | Adam C Paul | .30 | Correspond with E. Filon re Delaware question (.2); correspond with H. LaForce re amended certificate (.1). |
| 8/05/2013 | John Donley, P.C. | 1.70 | Review and analyze materials re Garlock appeal (.2); telephone conference with R. Finke and L. Esayian re AMH negotiation issues (.7); review materials re same (.3); review Judge Carey interest opinions and N. Dukov summary of same re lender issues (.5). |
| 8/05/2013 | Lisa G Esayian | 1.80 | Telephone conference with R. Finke and J. Donley re AMH issues (.8); review previous materials re certain AMH issues and forward key points to R. Finke (1.0). |
| 8/06/2013 | Mike Jones | 2.30 | Correspond with working group re Effective Date planning (.9); review and analyze documents re same (1.4). |
| 8/06/2013 | Justin Bernbrock | .60 | Correspond and telephone conference with L. Esayian re Effective Date planning (.4); correspond and telephone conference with J. Gettleman re same (.2). |
| 8/06/2013 | Jeffrey Gettleman | .80 | Correspond with J. Donley, M. Jones, J. Bernbrock, and J. O'Connell re Effective Date closing documents. |
| 8/06/2013 | John Donley, P.C. | .30 | Correspond with R. Barakat and K. Love re Garlock motion (.1); correspond with J. Gettleman re closing documents (.2). |
| 8/06/2013 | Lisa G Esayian | 2.30 | Analyze issues re potential motions by AMH (2.0); telephone conference with J. Bernbrock re Effective Date documentation (.3). |

A-7

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/07/2013 | Mike Jones | 2.30 | Correspond with working group re Effective Date planning (.7); review and revise Effective Date planning chart (1.2); review and analyze Garlock pleadings (.4). |
| 8/07/2013 | Kimberly K Love | .90 | Prepare and organize plan exhibits (.5); prepare materials for inclusion into pleading files (.4). |
| 8/07/2013 | Jeffrey Gettleman | 1.30 | Correspond with R. Higgins re Garlock request for extension of time re en banc consideration of appeal (.1); correspond with working group re Effective Date planning (1.2). |
| 8/07/2013 | Adam C Paul | 1.20 | Telephone conference with E. Gartenlaub re plan status (.5); analyze Garlock motion (.6); correspond with J. Donley re same (.1). |
| 8/07/2013 | Rana Barakat | .60 | Review Third Circuit rules re responses to petitions for panel rehearings (.4); correspond with J. Donley re same (.2). |
| 8/07/2013 | John Donley, P.C. | 2.00 | Review and analyze Garlock motion (.1); research Third Circuit rules and timing, including certification issues and FRAP (.4); telephone conferences and correspond with C. Landau and R. Barakat re same (.7); telephone conferences and correspond with client re same (.6); correspond with J. Gettleman re closing (.2). |
| 8/07/2013 | Lisa G Esayian | 3.80 | Analyze issues re potential AMH motions. |
| 8/08/2013 | Mike Jones | 2.40 | Review and analyze Effective Date documents (1.4); correspond with working group re same (.7); correspond with working group re conflicts reports (.3). |
| 8/08/2013 | Justin Bernbrock | .20 | Telephone conference with working group re Effective Date planning chart. |
| 8/08/2013 | Jeffrey Gettleman | 1.50 | Telephone conference and correspond with working group re Effective Date planning. |
| 8/08/2013 | Adam C Paul | .30 | Telephone conference with R. Finke re Effective Date planning. |
| 8/08/2013 | Rana Barakat | .30 | Review dockets and pleadings in key asbestos bankruptcy cases. |
| 8/08/2013 | Lisa G Esayian | 4.80 | Analyze issues re potential AMH motions re class claims (3.2); review and revise memorandum re same (1.6). |
| 8/09/2013 | Mike Jones | 1.40 | Review and revise Effective Date planning chart (1.1); correspond with working group re same (.3). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/09/2013 | Kimberly K Love | 1.50 | Prepare and organize recent filing for distribution to team (.3); prepare and organize materials for inclusion into pleadings files (1.2). |
| 8/09/2013 | Jeffrey Gettleman | 1.00 | Review and analyze Effective Date closing document management tasks (.4); correspond with M. Jones re questions, comments, and edits re same (.3); correspond with A. Brniak re extracting Grace plan exhibits for review purposes (.2); review correspondence from M. Jones re Effective Date closing document issues (.1). |
| 8/09/2013 | Adam C Paul | .10 | Analyze Garlock order. |
| 8/09/2013 | Rana Barakat | 2.50 | Review dockets and pleadings from key asbestos bankruptcy cases (.8); draft summary of developments in key asbestos bankruptcy cases (1.7). |
| 8/09/2013 | Lisa G Esayian | 5.20 | Analyze issues re potential motions re AMH class claims (2.5); review and revise memorandum re same (1.5); analyze and review re certain adversary proceedings and certain insurance-related District Court appeals (1.2). |
| 8/10/2013 | Rana Barakat | .40 | Review and analyze dockets and pleadings from key asbestos bankruptcy cases. |
| 8/11/2013 | Rana Barakat | 1.30 | Review and analyze dockets and pleadings from key asbestos bankruptcy cases. |
| 8/12/2013 | Kimberly K Love | .90 | Prepare and organize recent filings for inclusion into case files. |
| 8/12/2013 | Rana Barakat | 1.30 | Review and analyze pleadings from key asbestos bankruptcy cases (.4); draft summary re same (.9). |
| 8/12/2013 | John Donley, P.C. | 1.50 | Review research and analyze issues re AMH (.6); revise memorandum re AMH class certification (.4); telephone conference with L. Esayian re same (.1); review and analyze issues re Garlock motion (.3); draft correspondence to R. Barakat re same (.1). |
| 8/12/2013 | Lisa G Esayian | 3.30 | Revise analysis re potential AMH motions re class claims (2.8); telephone conference with J. Donley re same (.3); correspond with R. Finke re same (.2). |
| 8/13/2013 | Mike Jones | 4.10 | Review and revise Effective Date planning chart (1.6); research re same (2.1); correspond with working group re same (.4). |
| 8/13/2013 | Justin Bernbrock | .70 | Correspond with L. Esayian re Effective Date tasks (.4); correspond with M. Jones and J. Gettleman re same (.3). |

A-9

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/13/2013 | Kimberly K Love | 1.30 | Review files and materials for information re various adversary cases and District Court cases. |
| 8/13/2013 | Andrew Brniak | .70 | Prepare and compile docketed pleadings re Blackstone retention and exit financing (.6); correspond with J. Gettleman re same (.1). |
| 8/13/2013 | Jeffrey Gettleman | 2.30 | Review and analyze Blackstone retention application and engagement letter re Restructuring Fee payment (.6); correspond with working group re Effective Date planning (1.1); review and analyze Grace motion re authority to perform under exit financing engagement letters and order re same re entries on Effective Date chart (.4); correspond with M. Jones re same (.2). |
| 8/13/2013 | Jeffrey Gettleman | 2.40 | Telephone conference with J. Donley, A. Paul, and client re plan proponent updates (.3); telephone conference and correspond with working group re Effective Date planning issues (2.1). |
| 8/13/2013 | Adam C Paul | .70 | Telephone conference with J. Donley and co-counsel re appeal issues (.3); analyze Effective Date planning chart (.4). |
| 8/13/2013 | Rana Barakat | 2.40 | Review and analyze filings from key asbestos bankruptcy cases (.9); summarize filings re same (1.5). |
| 8/13/2013 | John Donley, P.C. | .40 | Prepare for and participate in ACC/FCR strategy call (.3); correspondence re same with R. Frankel (.1). |
| 8/13/2013 | Lisa G Esayian | 3.40 | Review and analyze new class action decisions relevant to AMH class issues (.7); correspond with J. Bernbrock re Effective Date planning (.3); assess status of adversary proceedings and District Court appeals (1.8); correspond with J. Bernbrock re same (.6). |
| 8/14/2013 | Mike Jones | 2.70 | Review and revise Effective Date planning chart (1.2); correspond with working group re same (.3); research re same (.8); correspond with R. Higgins re same (.4). |
| 8/14/2013 | Justin Bernbrock | .70 | Telephone conference with M. Jones and J. Gettleman re Effective Date tasks. |
| 8/14/2013 | Kimberly K Love | .40 | Review files and obtain information re Formerly Utilized Sites Remedial Action Program settlement requested by R. Finke. |

A-10

KE 28448460.2

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/14/2013 | Jeffrey Gettleman | 2.30 | Correspond with working group re Effective Date planning and chart (2.0); correspond with M. Jones re timing of dismissal of Libby litigation (.1); correspond with A. Paul re Sealed Air plan strategy (.2). |
| 8/14/2013 | Adam C Paul | 1.40 | Analyze Effective Date planning chart (1.1); telephone conference with M. Shelnitz re Sealed Air plan strategy (.3). |
| 8/14/2013 | Rana Barakat | 3.20 | Review and analyze pleadings from key asbestos bankruptcy cases (1.3); draft summary of developments in key asbestos bankruptcy cases (1.9). |
| 8/14/2013 | Lisa G Esayian | 3.70 | Telephone conference with M. Jones re certain Grace adversary proceedings to be closed at Effective Date (.6); review and analyze issues re potential AMH motions re class certification (.8); review and analyze Effective Date issues and documentation re Sealed Air and Fresenius (2.3). |
| 8/15/2013 | Mike Jones | 1.70 | Correspond with working group re Effective Date documents (.6); review and analyze same (1.1). |
| 8/15/2013 | Kimberly K Love | 4.50 | Review files and materials for final versions of plan and exhibits to be edited for final filing (3.8); review files and docket for information re docket number of final filed version of plan (.7). |
| 8/15/2013 | Jeffrey Gettleman | .50 | Correspond with A. Paul re Effective Date planning. |
| 8/15/2013 | Adam C Paul | .90 | Correspond with K&E working group re Effective Date preparation. |
| 8/15/2013 | John Donley, P.C. | .30 | Review and analyze update re other 524(g) cases relevant to Grace. |
| 8/15/2013 | Lisa G Esayian | .80 | Correspond with K&E working group re Effective Date issues. |
| 8/16/2013 | Mike Jones | 4.70 | Correspond with working group re Sealed Air QSF (.6); review and analyze documents re same (2.1); draft summary of same (1.2). correspond with working group re Effective Date planning (.8). |
| 8/16/2013 | Kimberly K Love | 3.30 | Assemble various components of final plan materials (2.1); review files for information re Canadian counsel (.4); prepare recent filings for inclusion into case files (.8). |
| 8/16/2013 | Jeffrey Gettleman | 2.10 | Correspond with working group re Sealed Air QSF (1.3); correspond with working group re Effective Date planning and chart (.8). |

A-11

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/16/2013 | Jeffrey Gettleman | 1.20 | Correspond with A. Paul re Cryovac payment language in plan (.1); correspond with A. Paul re conversion of format of plan exhibits (.1); correspond with A. Paul re proposed Sealed Air QSF (.4); draft, review and revise analysis re same (.4); correspond with D. Boll re Word versions of plan exhibits (.1); correspond with M. Jones re plan exhibits (.1). |
| 8/19/2013 | Mike Jones | 6.40 | Review and revise Effective Date planning chart (1.2); correspond with working group re same (.3); review and analyze Sealed Air and Fresenius complaints (1.3); correspond with working group re same (.6); research re same (.7); draft summary re same (.9); correspond with R. Higgins re Effective Date planning (.6); correspond with Canadian counsel re same (.8). |
| 8/19/2013 | Kimberly K Love | 2.00 | Prepare and organize various materials re Sealed Air requested by M. Jones (1.4); prepare and organize materials filed by Garlock for team distribution and inclusion into case files (.6). |
| 8/19/2013 | Jeffrey Gettleman | 1.00 | Correspond with working group re Debtors' schedules (.5); telephone conference with A. Paul re indemnification issues (.2); correspond with M. Jones re Effective Date planning (.3). |
| 8/19/2013 | Adam C Paul | 1.30 | Telephone conference with M. Shelnitz re Sealed Air strategy (.3); telephone conference with J. Gettleman re same (.3); analyze Garlock filing (.7). |
| 8/19/2013 | Lisa G Esayian | 2.30 | Review and analyze Effective Date documents re insurance issues and various adversary proceedings (1.5); correspond with J. Donley re drafts of same (.4); correspond with FCR's counsel re insurance documentation (.4). |
| 8/20/2013 | Mike Jones | 8.50 | Correspond with working group re plan documents (.8); correspond with working group re claims (.7); review and analyze tax treatment of Sealed Air settlement (1.4); correspond with working group re same (.6); research re interest accrual under plan (2.1); review and analyze pleadings re Canadian claims (2.2); correspond with working group re same (.4); review and analyze documents re plan modifications (.2); correspond with working group re same (.1). |

KE 28448460.2

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/20/2013 | Kimberly K Love | 1.50 | Convert recently filed briefs and run comparison between original and corrected brief filed by Garlock (.9); prepare materials for distribution to team re Garlock filings and comparisons (.2); prepare and organize materials for inclusion into case files (.4). |
| 8/20/2013 | Andrew Brniak | .90 | Prepare and compile docketed pleadings related to Canadian proceeding (.8); correspond with M. Jones re findings of same (.1). |
| 8/20/2013 | Jeffrey Gettleman | 1.00 | Correspond with M. Jones re Sealed Air Effective Date issues (.2); office conference with M. Jones re Sealed Air settlement agreement interpretation (.4); review relevant Sealed Air settlement agreement excerpt re establishing QSF (.1); correspond with A. Paul and M. Jones re analysis re same (.2); review correspondence from M. Jones re 1127(b) article (.1). |
| 8/20/2013 | Adam C Paul | 1.80 | Analyze Garlock pleadings (1.3); telephone conference with ACC/FCR re status and Garlock pleadings (.5). |
| 8/20/2013 | John Donley, P.C. | 2.60 | Review and analyze Garlock brief and Third Circuit rules (.8); telephone conferences with A. Paul, L. Esayian and C. Landau re Garlock issues (.6); correspond with same and with D. Blabey re Garlock issues (.4); correspond with client re Garlock issues (.3); telephone conference with R. Frankel, A. Paul, R. Wyron and P. Lockwood re Garlock trial and Third Circuit filing (.5). |
| 8/20/2013 | Lisa G Esayian | 5.80 | Review and analyze Garlock petition for rehearing (.7); correspond with J. Donley re standard of review of (.3); analyze same (3.1); draft summary of key points re same (1.7). |
| 8/20/2013 | Christopher Landau, P.C. | .30 | Review and analyze Garlock petition for rehearing (.2); correspond with J. Donley re same (.1). |
| 8/21/2013 | Mike Jones | 3.90 | Review and analyze plan supplement documents (1.8); correspond with working group re same (.5); telephone conference with R. Higgins re Effective Date planning (.4); correspond with working group re same (.4); review and revise Effective Date planning chart (.8). |
| 8/21/2013 | Justin Bernbrock | .60 | Review and analyze Effective Date planning chart (.3); correspond with L. Esayian re same (.3). |
| 8/21/2013 | Andrew Brniak | .20 | Correspond with M. Jones re plan supplement pleadings. |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 8/21/2013 | Jeffrey Gettleman | 1.50 | Correspond with working group re Effective Date planning chart (1.2); correspond with working group re by-laws (.3). |
| 8/21/2013 | Adam C Paul | 2.40 | Analyze Effective Date documents (.8); analyze strategy for Effective Date (.7); analyze accrual of interest under plan (.9). |
| 8/21/2013 | Keith S Crow, P.C. | .30 | Review status of drafting certain closing documentation. |
| 8/21/2013 | Lisa G Esayian | 2.40 | Draft, review and revise dismissal orders and Effective Date issues re Sealed Air and Fresenius suits (1.2); telephone conference with J. Donley re Garlock motion (.2); review and analyze issues re same (1.0). |
| 8/22/2013 | Peter C Marshall, Jr. | .50 | Review and revise corporate Effective Date closing documents. |
| 8/22/2013 | Mike Jones | 5.20 | Correspond with working group re certificates of incorporation (.6); review and analyze same (1.4); review and analyze amendments to plan supplement (1.2); correspond with working group re Effective Date documents (.4); review and analyze same (.5); review and revise Effective Date planning chart (1.1). |
| 8/22/2013 | Justin Bernbrock | .30 | Telephone conference with J. Gettleman and M. Jones re Effective Date planning chart. |
| 8/22/2013 | Kimberly K Love | .40 | Review and obtain information requested by Norton Rose re CNOs. |
| 8/22/2013 | Andrew Brniak | .30 | Prepare and compile plan materials (.2); correspond with J. Gettleman re same (.1). |
| 8/22/2013 | Jeffrey Gettleman | 3.70 | Correspond with working group re Effective Date planning chart and supplemental documents (1.4); correspond with A. Paul and M. Jones re amended certificates of incorporation (.9); research, review, and revise same (1.2); correspond with P. Cuniff and R. Higgins re draft August 29 hearing agenda (.2). |
| 8/22/2013 | Adam C Paul | .90 | Analyze Effective Date claims and amended certificate of incorporation. |
| 8/22/2013 | Keith S Crow, P.C. | .30 | Review status of certain Effective Date closing documents. |
| 8/22/2013 | Lisa G Esayian | .80 | Review and analyze issues re insurance transfer agreement. |
| 8/23/2013 | Peter C Marshall, Jr. | .40 | Review and revise corporate documents. |

A-14

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/23/2013 | Justin Bernbrock | 1.40 | Draft and revise notice of Effective Date (.8); research re same (.4); correspond with working group re same (.2). |
| 8/23/2013 | Kimberly K Love | 2.80 | Review files and obtain information requested by L. Esayian re dismissal orders from adversary cases (2.2); review files for Word versions of documents requested by L. Esayian (.6). |
| 8/23/2013 | Jeffrey Gettleman | .70 | Review and analyze August 27 omnibus hearing agenda (.1); office conference with A. Paul re certificate of incorporation issues (.4); correspond with J. Bernbrock re draft notice of Effective Date (.1); correspond with M. Jones re review of same (.1). |
| 8/23/2013 | Adam C Paul | 1.90 | Analyze amended certificate of incorporation (.7); telephone conference with M. Shelnitz re same (.3); telephone conference with J. Gettleman re same (.2); analyze and revise agenda (.4); analyze Sealed Air timeline (.3). |
| 8/23/2013 | Keith S Crow, P.C. | .50 | Review and analyze closing checklist (.3); telephone conference with P. Marshall re drafting of closing documents and related work streams (.2). |
| 8/23/2013 | Lisa G Esayian | 2.40 | Review and analyze issues re potential AMH resolution (1.2); review and analyze issues re transfer of insurance rights at Effective Date (.8); correspond with working group re Effective Date issues (.4). |
| 8/25/2013 | Mike Jones | .60 | Correspond with working group re Effective Date planning. |
| 8/25/2013 | Jeffrey Gettleman | .20 | Correspond with working group re Sealed Air Effective Date issues. |
| 8/25/2013 | Keith S Crow, P.C. | 2.40 | Review and analyze emergence documents for updating changes and completion of schedules (2.2); review and analyze closing checklist re same (.2). |
| 8/26/2013 | Peter C Marshall, Jr. | .80 | Correspond and telephone conference with working group re revised plan exhibit matters (.4); review and revise plan documents (.4). |
| 8/26/2013 | Mike Jones | .80 | Correspond with working group re Effective Date planning. |
| 8/26/2013 | Justin Bernbrock | .20 | Correspond with L. Esayian re status of Effective Date tasks. |

KE 28448460.2

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/26/2013 | Jeffrey Gettleman | 1.70 | Review and analyze Sealed Air proposed motion schedule (.2); review docket re rescheduling of omnibus hearing dates re same (.3); correspond with A. Paul re same (.1); correspond with working group re scheduling of 2013 omnibus hearings (.3); correspond with working group re Sealed Air issues (.6); update closing documents tracking chart (.2). |
| 8/26/2013 | Adam C Paul | 1.30 | Analyze Sealed Air Effective Date proposal (.6); telephone conference with M. Shelnitz re same (.4); analyze procedure for approval of Sealed Air settlement (.3). |
| 8/26/2013 | Keith S Crow, P.C. | 1.90 | Prepare for and attend telephone conference with M. Jones and P. Marshall re closing checklist and related work streams (.5); review and analyze checklist and closing documents (1.4). |
| 8/26/2013 | John Donley, P.C. | .70 | Review and analyze Sealed Air materials and telephone conference with A. Paul re same (.3); telephone conference with M. Shelnitz and R. Finke re Sealed Air issues (.3); review and analyze draft agenda and filings (.1). |
| 8/26/2013 | Lisa G Esayian | 1.30 | Review and analyze issues re dismissal orders for Sealed Air and Fresenius actions. |
| 8/27/2013 | Peter C Marshall, Jr. | 2.80 | Correspond and telephone conference with working group re changes to plan documents (.7); draft assumption agreement, quarterly EBITDA and valuation certificate, compliance certificate and post-transaction certificate (2.1). |
| 8/27/2013 | Mike Jones | 6.60 | Correspond with working group re Effective Date planning (.7); review and analyze plan supplement documents (.9); correspond with working group re same (.3); review and revise notice of Effective Date (2.1); correspond with working group re same (.3); review and analyze certificates of incorporation (1.9); correspond with working group re same (.4). |
| 8/27/2013 | Adam J Davies | 1.90 | Draft, revise and distribute trust formation documents to working group. |
| 8/27/2013 | Jeffrey Gettleman | 2.00 | Correspond with working group re revised and subsidiaries' certificates of incorporation (.8); review and analyze same (.1); draft, review and revise analysis re closing documents and notices (.7); correspond with working group re same (.4). |

A-16

KE 28448460.2

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/27/2013 | Jeffrey Gettleman | 1.40 | Telephone conference with working group re Sealed Air exit issues (.6); correspond with working group re August 29 hearing agenda (.4); review same (.1); correspond with M. Jones re status of closing documents and notice (.2); correspond with M. Jones re warrant agent (.1). |
| 8/27/2013 | Adam C Paul | .80 | Telephone conference with M. Shelnitz and D. Turetsky re Sealed Air issues (.4); prepare for same (.4). |
| 8/27/2013 | Rana Barakat | .70 | Review and analyze Garlock's motion for panel rehearing and Court's opinion affirming District Court's rulings re Garlock's objections to confirmation. |
| 8/27/2013 | Keith S Crow, P.C. | 1.80 | Telephone conference with M. Jones and P. Marshall re Effective Date closing document work streams (.6); review exhibits to deferred payment and guarantee agreements (.4); analyze issues re cash collar and warrant agreement (.4); review and analyze trust agreements (.4). |
| 8/28/2013 | Peter C Marshall, Jr. | 2.70 | Draft and distribute closing document exhibits (.8); review and analyze plan exhibits for substantive changes (1.9). |
| 8/28/2013 | Mike Jones | 2.90 | Draft certificate of incorporation checklist (1.2); correspond with working group re same (.3); review and revise same (.3); review and analyze plan documents re PD Trust (.7); correspond with working group re same (.4). |
| 8/28/2013 | Justin Bernbrock | .60 | Draft and revise notice of Effective Date (.5); correspond with K&E working group re same (.1). |
| 8/28/2013 | Adam J Davies | .80 | Review trust formation precedent documents (.6); correspond with working group re same (.2). |
| 8/28/2013 | Andrew Brniak | 1.90 | Draft and review chart of debtor entity names (.5); correspond with M. Jones re same (.1); prepare and assemble PD Trust documents (.4); draft and review index of same (.7); correspond with A. Paul and M. Jones re same (.2). |
| 8/28/2013 | Jeffrey Gettleman | 1.90 | Correspond with M. Jones and J. Bernbrock re closing document binder (.5); review Effective Date closing documents (.8); correspond with J. McFarland re certificates of incorporation for merged subsidiaries (.3); correspond with J. Bernbrock re analysis re same (.2); correspond with A. Paul re same (.1). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/28/2013 | Jeffrey Gettleman | 1.70 | Telephone conference with A. Paul and D. Turetsky re Sealed Air Effective Date issues (.4); correspond with working group re trusts (.9); correspond with A. Paul re Sealed Air issues (.1); correspond with A. Brniak and M. Jones re delivery of PD Trust materials to A. Paul (.1); correspond with M. Jones re updates to Effective Date planning chart (.2). |
| 8/28/2013 | Adam C Paul | 3.40 | Review and analyze strategy for Effective Date (1.2); telephone conference with R. Schiro re Effective Date (.7); prepare for same (.3); telephone conference with D. Turetsky re Sealed Air (.3); analyze Sealed Air issues (.9). |
| 8/28/2013 | Keith S Crow, P.C. | .80 | Review and revise assumption agreement (.4); review and analyze emergence documents for updates and changes (.4). |
| 8/28/2013 | Lisa G Esayian | .60 | Telephone conference with R. Finke re AMH issues (.2); correspond with R. Finke re potential insurance settlement (.2); correspond with R. Horkovich re same (.2). |
| 8/29/2013 | Mike Jones | 2.90 | Correspond with working group re Effective Date planning (.7); review and analyze documents re same (1.2); review and revise notice of Effective Date (.9); correspond with working group re same (.1). |
| 8/29/2013 | Justin Bernbrock | .20 | Telephone conference with working group re Effective Date planning. |
| 8/29/2013 | Adam J Davies | 2.40 | Draft trust formation documents. |
| 8/29/2013 | Andrew Brniak | 1.40 | Prepare and compile docketed pleadings re merging non-operating debtor subsidiaries (.7); correspond with J. Bernbrock re same (.1); prepare and compile precedent re notice of Effective Date (.5); correspond with M. Jones re same (.1). |
| 8/29/2013 | Jeffrey Gettleman | 2.40 | Correspond with working group re certificates of incorporation (1.1); review and revise same (.5); correspond with working group re closing binder and Effective Date chart (.7); correspond with D. Turetsky re tax issues (.1). |
| 8/29/2013 | Jeffrey Gettleman | 3.00 | Correspond with M. Jones and J. Bernbrock re drafting closing documents (.4); review and revise same (.6); correspond with M. Jones re Canadian order (.1); review and analyze same (.3); correspond with working group re Effective Date notice (.7); review and revise same (.7); correspond with working group re certificates of incorporation (.2). |

A-18

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/29/2013 | Adam C Paul | 2.30 | Analyze strategic issues re Effective Date preparation (1.1); participate in confidential negotiations re Effective Date (1.2). |
| 8/29/2013 | Keith S Crow, P.C. | .70 | Review and analyze trust agreements and issues re trust implementation. |
| 8/30/2013 | Mike Jones | 4.70 | Correspond with working group re Effective Date planning (1.2); review and analyze documents re same (1.8); research re same (.7); review and analyze certificates of incorporation (.6); coordinate documents conversion re same (.4). |
| 8/30/2013 | Justin Bernbrock | .30 | Correspond with working group re Effective Date documents. |
| 8/30/2013 | Andrew Brniak | 1.20 | Revise and review Delaware amended and restated certificates of incorporation for certain debtor entities (1.1); correspond with J. Gettleman re same (.1). |
| 8/30/2013 | Jeffrey Gettleman | 1.00 | Office conference with A. Paul re status of merged subsidiaries and certificates of incorporation (.2); correspond with L. Esayian, J. Bernbrock and M. Jones re closing documents (.5); office conference with M. Jones re same (.2); correspond with M. Jones re converted versions of non-Delaware certificates of incorporation (.1). |
| 8/30/2013 | Jeffrey Gettleman | 1.70 | Correspond with working group re closing documents (.3); create instructions re completing certificates of incorporation for eight Grace debtor entities (.2); correspond with A. Brniak re Delaware certificates of incorporation (.1); review and revise certificates of incorporation for non-merged Grace debtor entities (.9); correspond with M. Jones and A. Brniak re same (.2). |
| 8/30/2013 | Adam C Paul | 1.90 | Participate in confidential settlement discussions and revise settlement documents re same (1.2); review and analyze documents and strategy for Effective Date (.7). |
| 8/30/2013 | Keith S Crow, P.C. | .40 | Review outstanding issues re emergence documents. |
| 8/30/2013 | Lisa G Esayian | 1.70 | Correspond with M. Jones and J. Bernbrock re plan exhibits and revisions for Effective Date (.7); revise draft dismissal orders for Fresenius and Sealed Air actions for Effective Date (1.0). |
|  | Total: | 253.00 |  |

### Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 8/06/2013 | Jeffrey Gettleman | .20 | Correspond with S. Butler and T. Maynes re draft QSF letter. |
| 8/07/2013 | Jeffrey Gettleman | .30 | Correspond with S. Butler and A. Brniak re tax review of plan annexes. |
| 8/16/2013 | Stephen H Butler | 2.30 | Draft and revise tax opinion for Asbestos PD Trust (1.8); correspond with T. Maynes, J. Gettleman and M. Jones re QSF tax issues (.5). |
| 8/16/2013 | Jeffrey Gettleman | .40 | Review S. Butler analysis re QSF issues (.2); correspond with S. Butler re same (.2). |
| 8/25/2013 | Stephen H Butler | .50 | Review and analyze plan documentation for tax issues. |
| 8/27/2013 | Stephen H Butler | 2.30 | Review and analyze plan exhibits for tax issues (.5); research re same (1.7); correspond with J. Gettleman and T. Maynes re same (.1). |
| 8/27/2013 | Jeffrey Gettleman | .40 | Review S. Butler tax analysis of annexes I and II from Grace plan (.2); correspond with S. Butler re same (.1); correspond with M. Jones re same (.1). |
| 8/28/2013 | Jeffrey Gettleman | .20 | Correspond with S. Butler re QSF issues (.1); correspond with S. Butler re ancillary documents drafted re QSF in 2012 (.1). |
| 8/29/2013 | Jeffrey Gettleman | 2.00 | Correspond with working group re QSF opinions (1.1); review and revise same (.9). |
| 8/30/2013 | Jeffrey Gettleman | .20 | Correspond with S. Butler and M. Jones re revised versions of QSF opinions. |
| | Total: | 8.80 | |

A-20

KE 28448460.2