**EXHIBIT B**

KE 28448460.2

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $65.84 |
| Standard Copies or Prints | $467.50 |
| Appearance Fees | $60.00 |
| Catering Expenses | $385.89 |
| Computer Database Research | $2,379.95 |
| **Total:** | **$3,359.18** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 6/15/2013 | 316.25 | Catering Expenses, Lunch for 15 people, J. Donley, Client Meeting, 5/28/13 |
| 6/15/2013 | 69.64 | Catering Expenses, Lunch for 8 people, J. Donley, Client Meeting, 6/5/13 |
| 8/01/2013 | .80 | Standard Prints |
| 8/01/2013 | 10.30 | Standard Prints |
| 8/05/2013 | 3.50 | Standard Prints |
| 8/05/2013 | 33.10 | Standard Prints |
| 8/06/2013 | 10.70 | Standard Prints |
| 8/06/2013 | 1.40 | Standard Prints |
| 8/06/2013 | 2.60 | Standard Prints |
| 8/07/2013 | 7.00 | Standard Prints |
| 8/07/2013 | 182.87 | LexisNexis, Computer Database Research, Eggert, Mary, 8/7/2013 |
| 8/08/2013 | .30 | Standard Prints |
| 8/08/2013 | 1.20 | Standard Prints |
| 8/08/2013 | 9.90 | Standard Prints |
| 8/08/2013 | .50 | Standard Prints |
| 8/08/2013 | 1.20 | Standard Prints |
| 8/08/2013 | 6.80 | Standard Prints |
| 8/09/2013 | 8.20 | Standard Copies or Prints |
| 8/12/2013 | 22.60 | Standard Prints |
| 8/13/2013 | 5.40 | Standard Copies or Prints |
| 8/13/2013 | 1.70 | Standard Prints |
| 8/13/2013 | 2.50 | Standard Prints |
| 8/13/2013 | 14.50 | Standard Prints |
| 8/14/2013 | 5.70 | Standard Prints |
| 8/14/2013 | 1.20 | Standard Prints |
| 8/14/2013 | 17.00 | Standard Prints |
| 8/14/2013 | 3.60 | Standard Prints |
| 8/14/2013 | 134.27 | LexisNexis, Computer Database Research, Eggert, Mary, 8/14/2013 |
| 8/15/2013 | 30.00 | CourtCall, LLC - Appearance Fees, CCID 5748340: 08/01/2013 Hearing - Adam Paul, U.S. Bankruptcy Court-Delaware |
| 8/15/2013 | 30.00 | CourtCall, LLC - Appearance Fees, CCID 5748345: 08/01/2013 Hearing - Roger Higgins, U.S. Bankruptcy Court-Delaware |
| 8/16/2013 | 30.38 | Jeffrey Gettleman, Cell Phone Calls, 07/17/2013 to 08/16/2013 |
| 8/20/2013 | 122.10 | Standard Prints |

KE 28448460.2

| Date | Amount | Description |
|---|---:|---|
| 8/20/2013 | 1,690.03 | West, Computer Database Research, Esayian, Lisa G., August 2013 |
| 8/21/2013 | .20 | Standard Copies or Prints |
| 8/21/2013 | 24.40 | Standard Copies or Prints |
| 8/21/2013 | 3.00 | Standard Prints |
| 8/21/2013 | 9.90 | Standard Prints |
| 8/21/2013 | 9.10 | Standard Prints |
| 8/21/2013 | 9.90 | Standard Prints |
| 8/21/2013 | 5.60 | Standard Prints |
| 8/21/2013 | 1.30 | Standard Prints |
| 8/21/2013 | 166.67 | LexisNexis, Computer Database Research, Eggert, Mary, 8/21/2013 |
| 8/22/2013 | 8.40 | Standard Copies or Prints |
| 8/22/2013 | 38.30 | Standard Prints |
| 8/22/2013 | 2.70 | Standard Prints |
| 8/22/2013 | 12.40 | Standard Prints |
| 8/22/2013 | 55.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 08/2013, Daniel Hill |
| 8/23/2013 | 2.20 | Standard Copies or Prints |
| 8/27/2013 | 13.50 | Standard Prints |
| 8/27/2013 | 16.84 | West, Computer Database Research, Jones, Mike, August 2013 |
| 8/28/2013 | 32.80 | Standard Prints |
| 8/28/2013 | 134.27 | LexisNexis, Computer Database Research, Eggert, Mary, 8/28/2013 |
| 8/31/2013 | 9.48 | Intercall - Third Party Telephone Charges, J. Donley, 8/31/13 |
| 8/31/2013 | 9.42 | Intercall - Third Party Telephone Charges, J. Gettleman, 8/31/13 |
| 8/31/2013 | 2.65 | Intercall - Third Party Telephone Charges, J. Bernbrock, 8/31/13 |
| 8/31/2013 | 6.19 | Intercall - Third Party Telephone Charges, A. Paul, 8/31/13 |
| 8/31/2013 | 5.23 | Intercall - Third Party Telephone Charges, L. Esayian, 8/31/13 |
| 8/31/2013 | 2.49 | Intercall - Third Party Telephone Charges, M. Jones, 8/31/13 |
| Total: | 3,359.18 | |

KE 28448460.2