# EXHIBIT C

**Summary Chart of Time Spent and Fees Incurred by Stroock Attorneys and Paraprofessionals During the Compensation Period**

**WR GRACE & CO**
**SUMMARY OF FEES**
**JULY 1, 2013 - SEPTEMBER 30, 2013**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Pasquale, Kenneth | 3.3 | $ 950 | $ 3,135.00 |
| | | | |
| **Associates** | | | |
| Wildes, Denise | 17.3 | 735 | 12,715.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.6 | 345 | 207.00 |
| Mohamed, David | 25.1 | 220 | 5,522.00 |
| Siegel, Scott D. | 0.2 | 325 | 65.00 |
| | | | |
| **Total** | **46.5** | | **$ 21,644.50** |