# EXHIBIT D

**Summary of Fees by Project Category**
**July 1, 2013 – September 30, 2013**

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2013 - SEPTEMBER 30, 2013**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 1.7 | $ 1,249.50 |
| 0013 | Business Operations | 7.0 | 5,145.00 |
| 0014 | Case Administration | 9.2 | 2,663.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 0.3 | 285.00 |
| 0018 | Fee Application, Applicant | 15.9 | 5,736.00 |
| 0019 | Creditor Inquiries | 1.5 | 1,425.00 |
| 0020 | Fee Application, Other | 6.2 | 1,364.00 |
| 0036 | Plan and Disclosure Statement | 3.5 | 2,895.00 |
| 0037 | Hearings | 1.2 | 882.00 |
|  |  |  |  |
|  | **Total** | **46.5** | **$ 21,644.50** |