# EXHIBIT E

# Expense Summary

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JULY 1, 2013 - SEPTEMBER 30, 2013**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 177.55 |
| Long Distance Telephone | | 30.56 |
| Duplication Cost-in House | | 20.70 |
| O/S Information Services | | 203.70 |
| | | |
| **Total** | **$** | **432.51** |