EXHIBIT B

**W. R. Grace & Co.**
**Summary**
**May 1 through May 31, 2013**

| Employee | Hours | Rate | Fees |
|---|---|---|---|
| GORDON, JARED H | 2.40 | $ 700 | $ 1,680.00 |
| BROOKS, THOMAS J | 13.90 | $ 600 | $ 8,340.00 |
| NG, LINDA LIAN TAT | 0.70 | $ 700 | $ 490.00 |
| **International Tax Matters** | 17.00 | | $ 10,510.00 |
| | | | |
| CAGLE, CRISTI BROOKS | 19.00 | $ 350 | $ 6,650.00 |
| CHAMPENY, KATRINA MARIE | 51.10 | $ 200 | $ 10,220.00 |
| CHAVALI, VIJAYA SARADHI | 8.10 | $ 275 | $ 2,227.50 |
| GOEL, SHUBHIKA | 22.60 | $ 200 | $ 4,520.00 |
| WICKERT, DIANE L | 1.20 | $ 200 | $ 240.00 |
| **International HR and Compliance Services** | 102.00 | | $ 23,857.50 |
| (Adjustment per Statement Of Work) | | | $ (3,892.50) |
| | | | $ 19,965.00 |
| | | | |
| DIAZ, LAURA M | 1.40 | $ 215 | $ 301 |
| OTERO, MARIA D | 2.70 | $ 415 | $ 1,121 |
| SEDA IRIZARRY, JANICE | 0.50 | $ 215 | $ 108 |
| SERRANO DIAZ, TANIA | 2.10 | $ 215 | $ 452 |
| **Puerto Rico Tax Compliance** | 6.7 | | $ 1,981 |
| | | | |
| ABRAHAM, JISS | 5.40 | $ 200 | $ 1,080.00 |
| CREIGHTON, ROBERT BYRON | 37.90 | $ 350 | $ 13,265.00 |
| DINKINS, FRANCOISE A | 12.90 | $ 500 | $ 6,450.00 |
| JAISWAL, NAINA | 0.50 | $ 200 | $ 100.00 |
| LESLIE, CAROLYN | 0.20 | $ 600 | $ 120.00 |
| MANLY SPAIN, FESTINA | 43.30 | $ 200 | $ 8,660.00 |
| MONROY, JUAN J | 0.70 | $ 430 | $ 301.00 |

EXHIBIT B

**W. R. Grace & Co.**
**Summary**
**May 1 through May 31, 2013**

| | | | | | |
|---|---:|---|---:|---|---:|
| ZHAO, CHANGSHUAI | 3.00 | $ | 200 | $ | 600.00 |
| **International Assignment Services** | 103.90 | | | $ | 30,576.00 |
| (Adjustment per Statement Of Work) | | | | $ | (12,131.00) |
| | | | | $ | 18,445.00 |
| | | | | | |
| BROOKS, THOMAS J | 3.90 | $ | 600 | $ | 2,340.00 |
| GORDON, JARED H | 2.00 | $ | 700 | $ | 1,400.00 |
| IPPOLITO, TIFFANY MARIE | 0.90 | $ | 325 | $ | 292.50 |
| WICKERT, DIANE L | 16.70 | $ | 325 | $ | 5,427.50 |
| **Bankruptcy Administration & Misc Matters** | 23.50 | | | $ | 9,460.00 |
| | | | | | |
| **Subtotal** | 253.10 | | | $ | 60,360.50 |
| **Expenses** | | | | $ | 1.71 |
| **Total Deloitte Tax LLP Fees - May 1 through May 31, 2013** | | | | $ | 60,362.21 |

EXHIBIT B

EXHIBIT B