EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 5/1/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Review of hypothetical tax calculations for May payroll regarding assignees - Andrew Kelly, Leonid Leznik, James Nee, Michael Piergrossi, Dirk Strassner , Adam Grose , Yee Young Chew, Kow How Chew, Nate Faulkenberry, William McCall, Robert Hoover, Eric Austraw | 1.10 | $  350 | $  385.00 |
| 5/1/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Communications with internal Deloitte team (Jared Gordon, Jim Brooks, Francis Dinkins, Amy Parrent) to understand bankruptcy court filing requirements | 0.40 | $  350 | $  140.00 |
| 5/1/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Email and telephone communication with Cultural Awareness International and Dennis Florian regarding assignee Eric Austraw's house hunting trip | 0.30 | $  350 | $  105.00 |
| 5/1/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee  Eric Austraw  - scanned and saved Eric Austraw's certificate of coverage to Deloitte eRoom and requested mailing details from Stephenie Gettier. | 0.40 | $  200 | $  80.00 |
| 5/1/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Follow-on discussion with assignee Adam Grose regarding 2011 US tax payments | 0.60 | $  200 | $  120.00 |
| 5/1/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Worked on bankruptcy fee applications, gathering data to support time and expense detail. | 2.80 | $  200 | $  560.00 |

**W. R. Grace & Co.**
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/1/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Provided update to Dennis Florian regarding assignee Eric Austraw's home finding trip | 0.20 | $ 200 | $ 40.00 |
| 5/1/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Adam Grose - research regarding follow up questions from taxpayer and scheduled call to walk through returns | 0.30 | $ 350 | $ 105.00 |
| 5/1/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Billing - Preparation of the time detail support for April 2013 bankruptcy fee application for WR Grace work | 3.50 | $ 200 | $ 700.00 |
| 5/1/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Continue to work with J. Brooks to gather time and expense for Jan/Feb/Mar for submission to the bankruptcy court | 0.70 | $ 325 | $ 227.50 |
| 5/1/2013 | WICKERT, DIANE L | International HR and Compliance Services | Dennis Florian | Worked on bankruptcy fee applications, gathering data to support time and expense. | 0.70 | $ 200 | $ 140.00 |
| 5/2/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Follow up discussions with Stephenie Gettierregarding assignee Adam Grose's tax notice payments | 0.30 | $ 200 | $ 60.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/2/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Review of assignee Alexander Nielsen's cash flow calculation and followed up with Dennis Florian regarding assignment start/end dates for Mr. Nielsen. | 0.40 | $ 200 | $ 80.00 |
| 5/2/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Sent assignee Eric Austraw's original certificate of coverage US payroll to Stephenie Gettier for inclusion in assignee's personnel file. | 0.20 | $ 200 | $ 40.00 |
| 5/2/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee William Krents - concur/sign 2012 return; send for efiling | 0.30 | $ 350 | $ 105.00 |
| 5/2/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Eric Austraw respond to Mr. Austraw's follow-up questions related to the 2012 Hypothetical tax calculation related to actual social tax payments and why hypothetical tax is a pre-tax deduction | 0.30 | $ 350 | $ 105.00 |
| 5/2/2013 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | Sent email to the client- to follow up and provide Information request | 0.20 | $ 215 | $ 43.00 |
| 5/2/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Send emails to Asian country teams to obtain status reports of all work and administration of local country International Assignment engagements. | 2.00 | $ 500 | $ 1,000.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/2/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Continue to work with J. Brooks to gather time and expense for Jan/Feb/Mar for submission to the bankruptcy court/ prepare bankruptcy fee applications | 0.50 | $   325 | $   162.50 |
| 5/2/2013 | WICKERT, DIANE L | International HR and Compliance Services | Dennis Florian | Worked on bankruptcy fee applications, gathering data to support time and expense detail in bankruptcy fee applications. | 0.50 | $   200 | $   100.00 |
| 5/3/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Discussions with Robert Creighton and Katrina Champeny regarding May payroll updates | 0.40 | $   350 | $   140.00 |
| 5/3/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Correspondence with Stephenie Gettier regarding assignee Eric Austraw's US to Australia certificate of coverage | 0.20 | $   350 | $   70.00 |
| 5/3/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee  Adam Grose - initiate expense preparation for assignment related expenses; sent update regarding tax notices to Stephenie Gettier | 0.40 | $   200 | $   80.00 |
| 5/3/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Initiated assignment-related expense preparation for assignee Alexander Nielsen | 0.40 | $   200 | $   80.00 |

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 5/3/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Drafted May payroll file (assignees: Eric Austraw; Yee Young Chew; Kow How Chew; Nate Faulkenberry; Mike Federspiel; Adam Grose; Robert Hoover; Andrew Kelly; AL; Leonid Leznik; William McCall; James Nee; Alexander Nielsen; Mike Piergrossi; Dirk Strassner) and followed up with Deloitte Tax colleagues regarding the 2013 hypothetical tax calculations for the same assignees | 0.70 | $   200 | $   140.00 |
| 5/3/2013 | CHAVALI, VIJAYA SARADHI | International HR and Compliance Services | Dennis Florian | Working on the system setup for the Global Advantage International Human Resources software system ("Global Advantage IHR") implementation for the WR Grace assignees - Eric Austraw; Yee Young Chew; Kow How Chew; Nate Faulkenberry; Mike Federspiel; Adam Grose; Robert Hoover; Andrew Kelly; AL; Leonid Leznik; William McCall; James Nee; Alexander Nielsen; Mike Piergrossi; Dirk Strassner | 2.00 | $   275 | $   550.00 |
| 5/3/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Engagement admin - status update call on 5/7/13 with Michelle Baker and other members of grace team - disc. scheduling, have Festina run U.S. status reports, Australia and Philippines services status, etc. | 1.00 | $   350 | $   350.00 |
| 5/3/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Robert Hoover - responding to follow up questions from taxpayer regarding assignment end date and whether it affects tax situation | 0.50 | $   350 | $   175.00 |
| 5/3/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | preparation of 2013 hypothetical tax updates for pay increases - internal discussions related to all assignees. | 0.30 | $   350 | $   105.00 |
| 5/3/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Send emails to European country teams to obtain status reports of all work and administration of local country International Assignment engagements. | 2.00 | $   500 | $   1,000.00 |

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/3/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | Re DAREX Puerto Rico - Email communication with Joe Bahorich to follow up on Puerto Rico Property Tax information requests | 0.50 | $ 415 | $ 207.50 |
| 5/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Adam Grose - 2011 federal and state tax notices for underpayment penalties - advice given to company (Dennis Florian) regarding payment and reimbursement | 0.40 | $ 350 | $ 140.00 |
| 5/6/2013 | ABRAHAM, JISS | International Assignment Services | Dennis Florian | Regarding assignee Kati Hazrati - provide updated on the status of returns and compliance efforts for International Assignment team Deloitte management team - Rob Creighton, Festina Manly, Katrina Champeny. | 0.20 | $ 200 | $ 40.00 |
| 5/6/2013 | BROOKS, THOMAS J | International Tax Matters | Don Teichen | discussions with Jared Gordon; additional research and correspondence regarding Foreign tax credits and Japan Foreign Investment in Real Property Tax Act; high tax kick out considerations | 2.20 | $ 600 | $ 1,320.00 |
| 5/6/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Review assignee Adam Grose's IRS expenses and instructed Stephenie Gettier on processing the appropriate tax payments; followed up with assignee Adam Grose regarding Virginia tax expenses. | 0.40 | $ 200 | $ 80.00 |
| 5/6/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Reviewed assignee Alexander Nielsen's assignment-related expenses and instructed team to make corrections on the final deliverable. | 0.40 | $ 200 | $ 80.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|-----------|
| 5/6/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Communication with Andrew Kelly regarding goods & services update | 0.30 | $ 200 | $ 60.00 |
| 5/6/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Conference call with Stephenie Gettier regarding May 2013 payroll changes for assignees: (assignees: Eric Austraw; Yee Young Chew; Kow How Chew; Nate Faulkenberry; Mike Federspiel; Adam Grose; Robert Hoover; Andrew Kelly; AL; Leonid Leznik; William McCall; James Nee; Alexander Nielsen; Mike Piergrossi; Dirk Strassner), made edits to payroll file based upon the call and sent the final May payroll instructions accordingly] | 3.20 | $ 200 | $ 640.00 |
| 5/6/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Review request for assignee Adam Grose's April 2012-March 2013 compensation for Deloitte Hong Kong tax team | 0.20 | $ 200 | $ 40.00 |
| 5/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Adam Grose - 2012 - 2013 Hong Kong compensation coordination, | 0.70 | $ 350 | $ 245.00 |
| 5/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2013 Hypothetical tax adjustments for new year and pay increases - review spreadsheet from international Human Resources team, discussions, have delivered - also respond to Faulkenberry regarding hypothetical tax adjustment | 2.50 | $ 350 | $ 875.00 |
| 5/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Engagement admin - preparation for and participation in status update call with grace management (Dennis, Florian and Michelle Baker) and internal deloitte contacts (Frances Dinkins, Jared Gordon) to go over global compliance status and engagement logistics | 1.30 | $ 350 | $ 455.00 |

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/6/2013 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | Discussion and coordination with Office of General Counsel in connection with bankruptcy court requirements for new WR Grace expanding international assignment services engagements | 0.90 | $ 700 | $ 630.00 |
| 5/6/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Kati Hazrati - Follow up on the status of tax return for Kati Hazrati so that can prioritize preparation | 0.30 | $ 200 | $ 60.00 |
| 5/6/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding all assignees including Mike Ragan and Yee Young Cher, create a status report for all Grace US assignees to be presented to Grace management | 0.40 | $ 200 | $ 80.00 |
| 5/7/2013 | BROOKS, THOMAS J | International Tax Matters | Don Teichen | Research and correspondence regarding US Foreign tax credits and creditability in connection with Japan Foreign Investment in Real Property Tax Act | 2.80 | $ 600 | $ 1,680.00 |
| 5/7/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | internal discussion with Katrina Champeny regarding status of deliverables | 0.30 | $ 350 | $ 105.00 |
| 5/7/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | internal call with Francis Dinkins, Rob Creighton and Jim Brooks re: required bankruptcy court required format for billing; pulled time & expense report for review to prep bankruptcy fee application | 0.70 | $ 350 | $ 245.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 5/7/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignees - Andrew Kelly, Leonid Leznik, James Nee, Michael Piergrossi, Dirk Strassner, Adam Grose, Yee Young Chew, KHC, Nate Faulkenberry, William McCall, Robert Hoover, Eric Austraw, research related to and responding to emails related to payroll questions and goods and services amounts | 1.40 | $ 200 | $ 280.00 |
| 5/7/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee Alexander Nielsen - finalized assignment-related expense processing and sent to Stephenie Gettier for payment | 0.30 | $ 200 | $ 60.00 |
| 5/7/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Follow up on assignee Mike Federspiel's 2013 Singapore compensation | 0.50 | $ 200 | $ 100.00 |
| 5/7/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Researched assignee Adam Grose's 2012-2013 Hong Kong global compensation. Followed up with U.S. Accounts Payable contact for off-payroll payments made on his behalf | 0.60 | $ 200 | $ 120.00 |
| 5/7/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Initiated pre-assignment services for assignee German Huerta including household goods shipment, destination services and cultural training | 1.40 | $ 200 | $ 280.00 |
| 5/7/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Update records for assignee Iain Downie to reflect his assignment cancellation | 0.20 | $ 200 | $ 40.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 5/7/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee John Haley - Upfront review of data provided by Grace and assignee as well as information request, Request 2012 Singapore tax liability | 0.60 | $ 350 | $ 210.00 |
| 5/7/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Alfred Jordan - Upfront Review of data provided by Grace and assignee as well as information request, Request 2012 Singapore liability | 0.60 | $ 350 | $ 210.00 |
| 5/7/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Adam Grose - preparation of 2012 Revised Federal Tax Return for new 1099 provided by taxpayer | 0.30 | $ 350 | $ 105.00 |
| 5/7/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee German Huerta - US Exit Tax Briefing, Coordinate Hypothetical tax revision, request US briefing, reach out regarding Philippines briefing | 0.80 | $ 350 | $ 280.00 |
| 5/7/2013 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | discussions with Jim Brooks et al; providing Deloitte bankruptcy counsel updated statements of work | 0.60 | $ 700 | $ 420.00 |
| 5/7/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Yee Young Cher - preparation of 2012 tax return | 4.80 | $ 200 | $ 960.00 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/8/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | internal discussions with Katrina Champeny regarding assignee Adam Grose's 2012/2013 compensation | 0.50 | $ 350 | $ 175.00 |
| 5/8/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee  Eric Austraw - followed up on his goods and services recoupment and housing payment process with Stephenie Gettier and Dennis Florian | 0.40 | $ 200 | $ 80.00 |
| 5/8/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Followed up on assignee Adam Grose's global compensation requirements for Hong Kong tax preparation with Dennis Florian and Stephenie Gettier | 0.30 | $ 200 | $ 60.00 |
| 5/8/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Followed up on assignee German Huerta's destination services with Cultural Awareness International | 0.30 | $ 200 | $ 60.00 |
| 5/8/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee Robert Hoover - Submitted shipping authorization to Brookfield for his repatriation shipment, updated Global Advantage IHR with new assignment information, initiated repatriation tax orientations with Deloitte US Tax team and Deloitte Hong Kong Tax team | 1.80 | $ 200 | $ 360.00 |
| 5/8/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee Alexander Nielsen - Submitted shipping authorization to Brookfield for his localization shipment, updated Global Advantage IHR with new assignment information, initiated localization tax orientations with Deloitte US Tax team and Deloitte Germany Tax team | 1.80 | $ 200 | $ 360.00 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/8/2013 | CHAVALI, VIJAYA SARADHI | International HR and Compliance Services | Dennis Florian | Working on the payroll variable codes and the related Global Advantage IHR variable codes mapping for the Global Advantage IHR implementation - system setup | 1.30 | $   275 | $   357.50 |
| 5/8/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Alfred Jordan - 2012 Upfront Review - updated returns for 2012 Singapore liability | 0.50 | $   350 | $   175.00 |
| 5/8/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignees: John Haley, Jordan Alfred, and Colin Picton - download 2013 Singapore tax returns provided by Ernst & Young for and post each to job tracker | 0.30 | $   200 | $   60.00 |
| 5/8/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignees: Jordan Alfred - update 2012 tax return for Jordan Alfred to include foreign taxes paid, updated workpaper support file | 1.00 | $   200 | $   200.00 |
| 5/8/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Yee Young Cher - Finish prep of Yee Young Cher 2012 tax returns | 2.00 | $   200 | $   400.00 |
| 5/9/2013 | ABRAHAM, JISS | International Assignment Services | Dennis Florian | Regarding assignee Kati Hazrati - Prep Started - First year preparation by deloitte, reviewed and entered approx. 75 duplicated documents in electronic tax file. | 2.50 | $   200 | $   500.00 |

EXHIBIT C

**W. R. Grace & Co.**
**Hourly Detail**
**May 1 through May 31, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/9/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Reviewed assignee Adam Grose's Virginia tax expense and send to Stephenie Gettier for payment. | 0.60 | $ 200 | $ 120.00 |
| 5/9/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Followed up with Stephenie Gettier, Dennis Florian, Bee Lan Ang, Lindsey Martone regarding assignee Mike Federspiel's assignment end date. | 0.60 | $ 200 | $ 120.00 |
| 5/9/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Follow up with Stephenie Gettier regarding assignee Adam Grose's 2012 US compensation for Hong Kong tax return preparation | 0.40 | $ 200 | $ 80.00 |
| 5/9/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Discussion with Dennis Florian to confirm what services are needed for assignee Alexander Nielsen's permanent localization to the US. | 0.30 | $ 200 | $ 60.00 |
| 5/9/2013 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | Property Tax extension - Revision to the PPT tax extension after preparation (Tania) | 1.00 | $ 215 | $ 215.00 |
| 5/9/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Adam Grose: .4-email to Adam Grose regarding questions on his 2012 tax return and revisions to include new information received..2-Sent Adam Grose revised documents..1-Sent Adam Grose a meeting invitation .2-post revised documents for Adam Grose notify Stephanie G. (Grace HR) | 0.90 | $ 200 | $ 180.00 |

EXHIBIT C

**W. R. Grace & Co.**
**Hourly Detail**
**May 1 through May 31, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/9/2013 | SERRANO DIAZ, TANIA | Puerto Rico Tax Compliance | Joe Bahorich | Prepared 2012 Puerto Rico Personal Property Tax Extension | 2.10 | $ 215 | $ 451.50 |
| 5/10/2013 | ABRAHAM, JISS | International Assignment Services | Dennis Florian | Regarding assignee Kati Hazrati - Prep In progress : Followed up with Robert for missing Information, Entered 1099-B stock transactions in Organizer. downloaded Organizer. | 1.60 | $ 200 | $ 320.00 |
| 5/10/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | prepared bankruptcy fee applications | 3.50 | $ 350 | $ 1,225.00 |
| 5/10/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Kati Hazrati - Go through filing positions with preparer and request Belgium tax liability | 0.50 | $ 350 | $ 175.00 |
| 5/10/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | prep support for monthly bankrutpcy fee application - Review timeslip monthly breakdown and discuss how to break bill into months | 0.50 | $ 350 | $ 175.00 |
| 5/10/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | preparation of WR Grace monthly fee application for work done from Jan - April in connection with bankruptcy court requirements | 4.50 | $ 200 | $ 900.00 |

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/10/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | DAREX PR - DETAIL REVIEW OF 2012 PR PERSONAL PROPERTY EXTENSION. E-DELIVERY EXTENSION TO CLIENT | 1.00 | $ 415 | $ 415.00 |
| 5/11/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Followed up on assignee Mike Federspiel's federal tax payment | 0.30 | $ 200 | $ 60.00 |
| 5/11/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee  Eric Austraw - followed up with Dennis Florian on his bonus and assignment allowance amounts | 0.40 | $ 200 | $ 80.00 |
| 5/11/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee  Eric Austraw - followed up on his travel expense reporting with Clive Pinto and Stephenie Gettier. | 0.20 | $ 200 | $ 40.00 |
| 5/11/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Followed up with Cindy Zhang, Stephenie Gettier and Dennis Florian regarding assignee Adam Grose's 2013 Hong Kong compensation. | 0.20 | $ 200 | $ 40.00 |
| 5/11/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee Alexander Nielsen - Submitted shipping authorization to Brookfield for his localization shipment, updated Global Advantage IHR with new assignment information, initiated localization tax orientations with Deloitte US Tax team and Deloitte Germany Tax team | 1.40 | $ 200 | $ 280.00 |

Exhibit C

**W. R. Grace & Co.**
**Hourly Detail**
**May 1 through May 31, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 5/13/2013 | ABRAHAM, JISS | International Assignment Services | Dennis Florian | Regarding assignee Kati Hazrati - Completed prep-in and updated Robert Creighton. This transaction had Stock options and manually updated Compensation Automation Tool; Also clarified a few questions from from review. | 1.00 | $ | 200 | $ 200.00 |
| 5/13/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | worked bankruptcy fee applications Jan - April 2013 | 3.10 | $ | 350 | $ 1,085.00 |
| 5/13/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Reconciled April 2012-March 2013 Hong Kong compensation for assignee Adam Grose and followed up on host paid housing allowances | 0.60 | $ | 200 | $ 120.00 |
| 5/13/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Followed up with Brookfield and Fragomen regarding assignee Alexander Nielsen's permanent localization services | 0.60 | $ | 200 | $ 120.00 |
| 5/13/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Weekly call coordination with foreign offices to ensure status up to date - Belgium office | 0.50 | $ | 350 | $ 175.00 |
| 5/13/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Kati Hazrati - 2012: Upfront Review - Correspondence regarding Belgium accrual | 0.30 | $ | 350 | $ 105.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/13/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Alexander Nielsen - 2012: Request from taxpayer for copy of extension | 0.30 | $ 350 | $ 105.00 |
| 5/13/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee McCall, William, 2012: Assign tax return preparation to Festina Manly | 0.30 | $ 350 | $ 105.00 |
| 5/13/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | additional preparation of Grace monthly fee application from Jan to April consistent with bankruptcy court requirements | 2.70 | $ 200 | $ 540.00 |
| 5/14/2013 | ABRAHAM, JISS | International Assignment Services | Dennis Florian | Regarding assignee Kati Hazrati - Followed Up: Further to response from foreign office regarding Foreign Tax, followed up with Robert Creighton to check the action point on this. | 0.10 | $ 200 | $ 20.00 |
| 5/14/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | worked bankruptcy fee applications Jan - April 2013 | 3.00 | $ 350 | $ 1,050.00 |
| 5/14/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Reviewed Cultural Awareness international vendor invoice for assignee German Huerta's cultural training | 0.20 | $ 200 | $ 40.00 |

EXHIBIT C

**W. R. Grace & Co.**
**Hourly Detail**
**May 1 through May 31, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|-----------|
| 5/14/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Correspondence with Dennis Florian regarding assignee Eric Austraw's update to host country housing lease contract to reflect that WR Grace Australia will sign it | 0.10 | $ 200 | $ 20.00 |
| 5/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Weekly call coordination with foreign offices to ensure statuses up to date - France office | 0.30 | $ 350 | $ 105.00 |
| 5/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Kat Hazrati - 2012: Upfront Review - Correspondence regarding Belgium accrual | 0.30 | $ 350 | $ 105.00 |
| 5/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Adam Grose - 2012: Conference call with assignee to walk through tax returns, tax equalization calculation, etc. in detail | 1.00 | $ 350 | $ 350.00 |
| 5/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Eric Austraw - Correspondence with taxpayer to explain Social Security withholding under two different Federal Identification Numbers | 0.40 | $ 350 | $ 140.00 |
| 5/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Bankruptcy fee application revisions due to special format needed for bankruptcy court | 0.90 | $ 350 | $ 315.00 |

EXHIBIT C

**W. R. Grace & Co.**
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Alexander Nielsen - 2012: Request from taxpayer for copy of extension | 0.30 | $ 350 | $ 105.00 |
| 5/14/2013 | LESLIE, CAROLYN | International Assignment Services | Dennis Florian | Regarding assignee Alexander Nielsen - pull summary confirmation of federal & state extensions filed on April 14, 2013 - showing confirmation of acceptance. Provide PDF of confirmation to engagement team for sending to individual, per his request. | 0.20 | $ 600 | $ 120.00 |
| 5/14/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Alexander Nielsen Email to Nielsen, Alexander regarding 2012 extension filed on his behalf | 0.50 | $ 200 | $ 100.00 |
| 5/15/2013 | BROOKS, THOMAS J | International Tax Matters | Don Teichen | research and correspondence regarding Foreign tax credits and Japan Foreign Investment in Real Property Tax Act | 2.20 | $ 600 | $ 1,320.00 |
| 5/15/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Updated Deloitte vendor database with new AirLinc contact information | 0.20 | $ 200 | $ 40.00 |
| 5/15/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Reviewed and provided assignee Alexander Nielsen's 2012 compensation to Stephenie Gettier | 0.40 | $ 200 | $ 80.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 5/15/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Signed off on assignee German Huerta's destination services vendor invoice and submitted to Stephenie Gettier & Dennis Florian for processing | 0.10 | $ 200 | $ 20.00 |
| 5/15/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Weekly Grace Status Meeting with Dennis Florian and Frances Dinkins | 1.10 | $ 350 | $ 385.00 |
| 5/15/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Michael Federspiel - 2011: Illinois tax notice - 2nd notice received - look into and email the company regarding additional documentation required | 0.30 | $ 350 | $ 105.00 |
| 5/15/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Bankruptcy fee applications - revisions due to special format needed for bankruptcy court - final revisions and deliver | 1.00 | $ 350 | $ 350.00 |
| 5/15/2013 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | Preparation of the year end evaluation for P.R. property tax compliance | 0.20 | $ 215 | $ 43.00 |
| 5/15/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Reviewed and processed assignment-related expenses for assignee German Huerta | 0.50 | $ 200 | $ 100.00 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/15/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Christopher Schek - sent consent form email to Christopher Schek to proceed with transitioning documents from Ernst & Young | 0.50 | $ 200 | $ 100.00 |
| 5/15/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Michael Federspiel - Responded to Michael Federspiel and Stephanie Getter of WR Grace regarding IL tax notice received by Michael Federspiel | 1.00 | $ 200 | $ 200.00 |
| 5/15/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Bankruptcy fee applications - finalize WR Grace monthly bill Jan-April consistent with bankruptcy court requirements | 2.40 | $ 200 | $ 480.00 |
| 5/16/2013 | BROOKS, THOMAS J | International Tax Matters | Don Teichen | discussion with Jared Gordon; additional research and correspondence regarding Foreign tax credits and Japan Foreign Investment in Real Property Tax Act | 0.50 | $ 600 | $ 300.00 |
| 5/16/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee  Yong Pan - review of cost projection request and requested shipping, storage, goods & services and housing data. | 0.40 | $ 200 | $ 80.00 |
| 5/16/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Research and follow up on Ernst & Young's 2012 hypothetical tax calculations for assignees:  Andrew Kelly, Leonid Leznik, James Nee, Michael Piergrossi, Dirk Strassner, Adam Grose, Yee Young Chew, Kow How Chew, William McCall, Robert Hoover | 1.10 | $ 200 | $ 220.00 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/16/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Requested 2013 US payroll information for assignee Adam Grose from Dennis Florian & Stephenie Gettier as needed for Hong Kong tax calculation. | 0.30 | $ 200 | $ 60.00 |
| 5/16/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Followed up on assignee German Huerta's assignment details with Cultural Awareness International and Brookfield | 1.30 | $ 200 | $ 260.00 |
| 5/16/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Regarding assignee Yong Pan - initial preparation of her cost projection | 2.00 | $ 200 | $ 400.00 |
| 5/16/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | worked on internal process documentation - cost projections | 2.00 | $ 200 | $ 400.00 |
| 5/16/2013 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | prep and participation in weekly status call for global expat project | 0.50 | $ 700 | $ 350.00 |
| 5/16/2013 | NG, LINDA LIAN TAT | International Tax Matters | Don Teichen | Provide Japanese tax comments to Jim Brooks regarding stock options, the 5/25 rule and U.S. foreign tax credits for Japan's national corporation tax. | 0.70 | $ 700 | $ 490.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 5/16/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | pulling time for April and preparing detail and summary sheet for bankruptcy fee applications | 3.60 | $ 325 | $ 1,170.00 |
| 5/17/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | internal meeting with Katrina Champeny to discuss outstanding deliverables/actions | 1.30 | $ 350 | $ 455.00 |
| 5/17/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | US Wage Code Review for setup in Global Advantage IHR; Regarding assignee Andrew Kelly - followed up with Dennis Florian and Stephenie Gettier  regarding his good & services allowance update | 1.20 | $ 200 | $ 240.00 |
| 5/17/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignees:  Alexander Nielsen, and Nate Faulkenberry - reviewed and processed AirInc vendor invoice for cost of living data and submitted to Stephenie Gettier | 0.40 | $ 200 | $ 80.00 |
| 5/17/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Review of assignee Andrew Kelly's amended Letter of Assignment and goods & services allowance | 0.60 | $ 200 | $ 120.00 |
| 5/17/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Review of assignee Adam Grose's 2012-2013 compensation and followed up with Stephenie Gettier and Dennis Florian for missing information for Hong Kong tax reporting purposes. | 1.20 | $ 200 | $ 240.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/17/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Requested immigration services from Fragomen for assignee German Huerta; followed up with assignee German Huerta to address his questions regarding Brookfield and Fragomen | 0.60 | $    200 | $    120.00 |
| 5/17/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Reviewed and processed assignment-related expense reimbursements for assignees:  Nate Faulkenberry, Alexander Nielsen, Eric Austraw and Yee Young Chew | 2.10 | $    200 | $    420.00 |
| 5/17/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | discussions with and follow-up research regarding Japanese 5/25 and property rich tax regime - specifically question whether prop rich tax is creditable in U.S. | 1.00 | $    700 | $    700.00 |
| 5/17/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked bankruptcy fee applications Jan - April 2013 | 1.30 | $    325 | $    422.50 |
| 5/20/2013 | BROOKS, THOMAS J | International Tax Matters | Don Teichen | call w/ Don Teichen regarding creditability of Japan 5/25 tax and option alternative; research and discussion regarding high tax kick out | 1.30 | $    600 | $    780.00 |
| 5/20/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | worked bankruptcy fee applications Jan - April 2013 | 1.20 | $    350 | $    420.00 |

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/20/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee  Enzo Orellana - review of cost projection request and requested shipping, storage, goods & services and housing data. | 1.10 | $ 200 | $ 220.00 |
| 5/20/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee  Yong Pan - review of draft cost projection for anticipated cost of the assignment | 0.80 | $ 200 | $ 160.00 |
| 5/20/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Wage code review for mapping system set up | 2.50 | $ 200 | $ 500.00 |
| 5/20/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Follow up with Stephenie Gettier and Dennis Florian regarding assignee Adam Grose's 2012 outstanding compensation for Hong Kong tax reporting purposes | 0.80 | $ 200 | $ 160.00 |
| 5/20/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Weekly Grace Status Meeting with Dennis Florian, Frances Dinkins, and Doug - Pull together global tax return status report and attend call | 1.80 | $ 350 | $ 630.00 |
| 5/20/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee James Nee -  2012: Follow up questions from taxpayer regarding tax return status | 0.30 | $ 350 | $ 105.00 |

Exhibit C

**W. R. Grace & Co.**
**Hourly Detail**
**May 1 through May 31, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/20/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee German Huerta - US Tax Exit Consultation to be Conducted on 5/22/13 - Schedule with taxpayer | 0.30 | $ 350 | $ 105.00 |
| 5/20/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Global coordination - review of international assignment project work in Germany and Phillipines, preparation and participation in status Call | 6.50 | $ 500 | $ 3,250.00 |
| 5/20/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Regarding assignee  Yong Pan - review of updated cost projection for anticipated cost of the assignment | 4.00 | $ 200 | $ 800.00 |
| 5/20/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | worked on internal process documentation - cost projections | 2.00 | $ 200 | $ 400.00 |
| 5/20/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | japan conference call with don teichen and debra poole including discussions of creditability, section 304 transaction, high tax kick out email from Don | 1.40 | $ 700 | $ 980.00 |
| 5/20/2013 | MONROY, JUAN J | International Assignment Services | Dennis Florian | Regarding assignees: Sylvain Beauvais and Guillermo Rosas - Tracker account set up for two assignees: Sylvain Beauvais and Guillermo Rosas | 0.70 | $ 430 | $ 301.00 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 5/20/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked bankruptcy fee applications Jan - April 2013 | 4.10 | $ 325 | $ 1,332.50 |
| 5/21/2013 | BROOKS, THOMAS J | International Tax Matters | Don Teichen | follow-on discussions and research regarding Japan tax creditability issues | 4.90 | $ 600 | $ 2,940.00 |
| 5/21/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Regarding assignee Enzo Orellana - discussions with Katrina Champeny regarding cost estimate | 0.30 | $ 350 | $ 105.00 |
| 5/21/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee Yong Pan - review and finalize Letter of Assignment detailing terms of assignment | 2.70 | $ 200 | $ 540.00 |
| 5/21/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee Enzo Orellana - follow up with Dennis Florian regarding status of his assignment | 1.10 | $ 200 | $ 220.00 |
| 5/21/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Follow up discussions on wage code question with Stephenie Gettier | 0.40 | $ 200 | $ 80.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/21/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Peter Dey  2012/2013 UK Return Assistance - Correspondence with taxpayer regarding authorization | 0.30 | $  350 | $   105.00 |
| 5/21/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Clive Pinto - 2012: Concur/Sign - Very complex as localized during year, 2 Schedule K-1s, 2 Foreign Bank and Financial Account Report forms, many stock sales, broke state residency, etc. | 6.00 | $  350 | $  2,100.00 |
| 5/21/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee German Huerta - US Tax Exit Consultation to be Conducted on 5/23/13 - reschedule with taxpayer | 0.40 | $  350 | $   140.00 |
| 5/21/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee William McCall - 2013: Hypothetical Tax Revision Due to Increase in Pay - Request from taxpayer to revise | 0.50 | $  350 | $   175.00 |
| 5/21/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Regarding assignee  Yong Pan - updated cost projection with revised costs of the assignment | 2.00 | $  200 | $   400.00 |
| 5/21/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee William McCall - email response to Bill McCall regarding pay increase and revised hypo calculation | 0.50 | $  200 | $   100.00 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/21/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee William McCall - upfront review of Bill McCall's tax organizer submitted | 1.30 | $ 200 | $ 260.00 |
| 5/21/2013 | ZHAO, CHANGSHUAI | International Assignment Services | Dennis Florian | Regarding assignee Clive Pinto - Prep Tax equilzation  and check with Rob | 3.00 | $ 200 | $ 600.00 |
| 5/22/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Review of US wage code questions, follow up with Stephenie Gettier - system set up | 0.80 | $ 200 | $ 160.00 |
| 5/22/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Follow up with Stephenie Gettier and Dennis Florian regarding assignee Adam Grose's 2012 outstanding compensation for Hong Kong tax reporting purposes | 0.20 | $ 200 | $ 40.00 |
| 5/22/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Clive Pinto - 2012: Concur/Sign - Special Localized Midyear tax equalization calculation preparation/review | 1.00 | $ 350 | $ 350.00 |
| 5/22/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Regarding assignee  Yong Pan - updated cost projection with revised costs of the assignment | 1.50 | $ 200 | $ 300.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/22/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Clive Pinto - email response to Clive Pinto regarding status of tax return--discuss with Rob Creighton | 0.50 | $   200 | $   100.00 |
| 5/22/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee William McCall - prepare 2012 US, MA tax return, & Tax equalization calculation | 2.50 | $   200 | $   500.00 |
| 5/23/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Sign off on final wage code mapping and Global Advantage IHR system setup | 0.80 | $   200 | $   160.00 |
| 5/23/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Clive Pinto - 2012: Concur/Sign - Special Localized Midyear tax equalization calculation - review output, transmittal letter | 0.10 | $   350 | $   35.00 |
| 5/23/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee German Huerta - US Tax Exit Consultation Held on 5/23/13 | 1.20 | $   350 | $   420.00 |
| 5/23/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Peter Dey - email response to Peter Dey regarding status of UK tax return -- discuss with Rob Creighton | 0.50 | $   200 | $   100.00 |

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/23/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee William McCall - 2012 US, MA, Tax equalization preparation | 3.10 | $ 200 | $ 620.00 |
| 5/23/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | continued to work on getting information together to prepare bankruptcy fee applications | 6.30 | $ 325 | $ 2,047.50 |
| 5/24/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | finalize bankruptcy fee applications; discussion with Jared | 3.20 | $ 600 | $ 1,920.00 |
| 5/24/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee  Enzo Orellana - review of updated cost projection for anticipated cost of the assignment | 1.20 | $ 200 | $ 240.00 |
| 5/24/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee Yee Young Chew - review and processing of assignment-related expenses | 0.60 | $ 200 | $ 120.00 |
| 5/24/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | worked on assignee Adam Grose's 2012/2013 Hong Kong compensation reports for Hong Kong tax reporting purposes | 0.60 | $ 200 | $ 120.00 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 5/24/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Reviewed Cultural Awareness International status update website for assignee Nate Faulkenberry | 0.20 | $ 200 | $ 40.00 |
| 5/24/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Reviewed Cultural Awareness International status update website for assignee Eric Austraw | 0.20 | $ 200 | $ 40.00 |
| 5/24/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Reviewed Cultural Awareness International status update website for assignee German Huerta | 0.20 | $ 200 | $ 40.00 |
| 5/24/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | rescheduling Weekly status update calls with client | 0.20 | $ 350 | $ 70.00 |
| 5/24/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Clive Pinto - 2012: Concur/Sign - Special Localized Midyear tax equalization calculation - review output, transmittal letter | 1.30 | $ 350 | $ 455.00 |
| 5/24/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | review Assignee Clive Pinto 2012 Return | 0.50 | $ 500 | $ 250.00 |

Exhibit C

**W. R. Grace & Co.**
**Hourly Detail**
**May 1 through May 31, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/24/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Regarding assignee  Enzo Orellana - initial preparation of cost projection detailing anticipated cost of assignment | 5.50 | $    200 | $    1,100.00 |
| 5/24/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | pull a status list of assignee tracker projects for France Dinkins tax director | 0.70 | $    200 | $    140.00 |
| 5/24/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee William McCall - email correspondence with assignee regarding missing information to finish preparing tax return | 0.50 | $    200 | $    100.00 |
| 5/24/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Clive Pinto - e-deliver tax return to assignee | 0.10 | $    200 | $    20.00 |
| 5/27/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Regarding assignee  Enzo Orellana - updated cost projection detailing anticipated cost of assignment | 0.70 | $    200 | $    140.00 |
| 5/27/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Reviewed and processed Brookfield shipping expenses for assignee  Leonid Leznik | 0.30 | $    200 | $    60.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/28/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | review of payroll code set up in GlobalAdvantage IHR system set up | 0.40 | $  350 | $  140.00 |
| 5/28/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Regarding assignee Adam Grose - review of 2012/2013 Hong Kong compensation reports for Hong Kong tax preparation | 0.40 | $  350 | $  140.00 |
| 5/28/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Regarding assignee  Enzo Orellana - finalized letter of assignment and delivered to Dennis Florian | 1.30 | $  200 | $  260.00 |
| 5/28/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Reviewed and submitted Brookfield vendor shipping/storage invoices to Stephenie Gettier for assignees: Leonid Leznik, James Nee, Adam Grose and Nate Faulkenberry | 0.20 | $  200 | $  40.00 |
| 5/28/2013 | CHAVALI, VIJAYA SARADHI | International HR and Compliance Services | Dennis Florian | Working on the Global Advantage IHR implementation as per the email received from Cristi Cagle and Katrina Champeny - system setup | 3.50 | $  275 | $  962.50 |
| 5/28/2013 | JAISWAL, NAINA | International Assignment Services | Dennis Florian | Regarding assignee Clive Pinto - edelivery package completed for Pinto, Clive | 0.50 | $  200 | $  100.00 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/28/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Jens Ebinghaus - preparation of 2012 US & MA return | 3.90 | $ 200 | $ 780.00 |
| 5/28/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | TAX AMNESTY - DISC NEXT STEPS WITH JANICE SEDA & SENT CONTACTS | 0.20 | $ 415 | $ 83.00 |
| 5/28/2013 | SEDA IRIZARRY, JANICE | Puerto Rico Tax Compliance | Joe Bahorich | PRTD Tax Amnesty (2013) - Prepare and send email to client; conference with manager; file PRTD Debt Certification; create 2013 PRTD Tax Amnesty file. | 0.50 | $ 215 | $ 107.50 |
| 5/28/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on bankruptcy fee applications | 0.20 | $ 325 | $ 65.00 |
| 5/29/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | reviewed Global Advantage IHR payroll code reports - system set up | 0.30 | $ 350 | $ 105.00 |
| 5/29/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Reviewed and submitted assignee Alexander Nielsen's assignment-related expenses to Stephenie Gettier and Dennis Florian | 0.20 | $ 200 | $ 40.00 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 5/29/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Followed up with Dennis Florian regarding assignee  Dirk Strassner's Letter of Assignment for his assignment extension and assignee Andrew Kelly's repatriation letter Kelly repat Letter of Assignment and G&S | 0.40 | $ 200 | $ 80.00 |
| 5/29/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Finalized assignee Adam Grose's 2012-2013 global compensation for Hong Kong tax reporting purposes | 0.60 | $ 200 | $ 120.00 |
| 5/29/2013 | CHAVALI, VIJAYA SARADHI | International HR and Compliance Services | Dennis Florian | Working on the Global Advantage IHR implementation as per the emails received from Cristi Cagle - system setup | 1.30 | $ 275 | $ 357.50 |
| 5/29/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Weekly Grace Status Reports and Status Call with the Company (Dennis Florian, Michelle Baker, and others ) on 5/29/13 | 1.40 | $ 350 | $ 490.00 |
| 5/29/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Youcef Boudeffa - 2012: Determine extension with calculation needed | 0.60 | $ 350 | $ 210.00 |
| 5/29/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Michael Federspiel  - 2011: Illinois Tax Notice - 2nd Notice - Review letter from company and letter from deloitte, have notice response delivered | 1.30 | $ 350 | $ 455.00 |

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

Exhibit C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/29/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Frank Roederer - 2006: German Tax Notice - Coordinate documents needed by German team to settle | 0.30 | $ 350 | $ 105.00 |
| 5/29/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Boudeffa, Youcef, 2012: Determine extension with calculation needed | 0.60 | $ 350 | $ 210.00 |
| 5/29/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Prep and participation in weekly status call; review of International pension contract | 1.90 | $ 500 | $ 950.00 |
| 5/29/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | preparation of 2012 US & MA return for Jens Ebinghaus | 1.40 | $ 200 | $ 280.00 |
| 5/29/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | update assignee global status report for Rob Creighton | 1.40 | $ 200 | $ 280.00 |
| 5/29/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Michael Federspiel  - 2011 IL tax notice response draft & email to Rob Creighton GES manager; package and fax once finalized | 0.70 | $ 200 | $ 140.00 |

Exhibit C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|---|
| 5/29/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Don Teichen | certs we got for tax amnesty. discussed them with Janice Seda to proceed | 0.50 | $ | 415 | $ | 207.50 |
| 5/30/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | conference call with Jim Yale (Grace Payroll) to discuss payroll report development specifications and follow up communication | 0.50 | $ | 350 | $ | 175.00 |
| 5/30/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | development of assignment extension agreement template | 0.80 | $ | 350 | $ | 280.00 |
| 5/30/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Status update on ADP wage codes - system set up | 0.20 | $ | 200 | $ | 40.00 |
| 5/30/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Followed up with Dennis Florian and Stephenie Gettier regarding approval for assignee Alexander Nielsen's dependent education expenses | 0.10 | $ | 200 | $ | 20.00 |
| 5/30/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee William McCall - Singapore request for additional compensation items and Germany request for McCall US pay slips | 0.50 | $ | 350 | $ | 175.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
May 1 through May 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 5/30/2013 | IPPOLITO, TIFFANY MARIE | Bankruptcy Administration & Misc Matters | Don Teichen | Drafted fee applications for January-April 2013 per Jim Brooks | 0.90 | $ 325 | $ 292.50 |
| 5/30/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | request foreign tax liability for assignees Robert Hoover and William McCall | 1.00 | $ 200 | $ 200.00 |
| 5/30/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | DAREX - Puerto Rico tax debts / tax amnesty; document preparation and review | 0.50 | $ 415 | $ 207.50 |
| 5/31/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | discussion and review of bankruptcy fee applications for Jan thru April; discussions with engagement teams regarding May bankruptcy fee application | 0.70 | $ 600 | $ 420.00 |
| 5/31/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | conference call with Jim Yale, Dennis Florian, Katrina Champeny and ADP representative to discuss new payroll report requirements for WR Grace's new payroll provider | 0.30 | $ 350 | $ 105.00 |
| 5/31/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Call with Dennis Florian and ADP to go over new payroll setup. | 0.30 | $ 200 | $ 60.00 |

EXHIBIT C

**W. R. Grace & Co.**
**Hourly Detail**
**May 1 through May 31, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 5/31/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Singapore request for additional compensation items - gather, sort out discrepancies, send | 0.80 | $ 350 | $ 280.00 |
| 5/31/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Boudeffa, Youcef, 2012: Determine extension with calculation needed | 0.60 | $ 350 | $ 210.00 |
| 5/31/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | prepare list of assignees for setup of project codes | 0.40 | $ 200 | $ 80.00 |
| | | | | | 253.10 | | $ 76,384.00 |
| | | | | | | | $ (16,023.50) |
| | | | | | | | $ 60,360.50 |