EXHIBIT D

**W. R.**
**Expenses**
**May 1 through May 31, 2013**

| Date | Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 5/8/2013 | CHAMPENY, KATRINA | International HR & Compliance Services | Dennis Florian | Postage for Eric Austraw's certificate of coverage mailing to Stephenie Gettier | 0.46 |
| 5/9/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Internal conference call on May 7, 2013 to discuss May payroll process with Stephenie Gettier and Katrina Champeny (Verizon conferencing) | 1.25 |

Total May 2013 Expense     1.71