EXHIBIT B

W. R. Grace & Co.
Summary
June 1 through June 30, 2013

| Personnel Performing Services | | Billing Rate | Professional Fees |
|---|---|---|---|
| Employee | Hours | Rate | Fees |
| COHEN, HARRISON J | 2.00 | $ 700 | $ 1,400.00 |
| ELSBERND, JANET ANNE | 1.10 | $ 600 | $ 660.00 |
| FUJII, YUKINORI | 1.00 | $ 525 | $ 525.00 |
| GOLDSTEIN, SETH B | 3.50 | $ 700 | $ 2,450.00 |
| GORDON, JARED H | 9.60 | $ 700 | $ 6,720.00 |
| BROOKS, THOMAS J | 11.30 | $ 600 | $ 6,780.00 |
| NG, LINDA LIAN TAT | 2.70 | $ 700 | $ 1,890.00 |
| **International Tax Matters** | 31.20 | | $ 20,425.00 |
| CAGLE, CRISTI BROOKS | 10.80 | $ 350 | $ 3,780.00 |
| CHAMPENY, KATRINA MARIE | 30.40 | $ 200 | $ 6,080.00 |
| CHAVALI, VIJAYA SARADHI | 7.55 | $ 275 | $ 2,076.25 |
| GOEL, SHUBHIKA | 5.65 | $ 200 | $ 1,130.00 |
| **International HR & Compliance Services** | 54.40 | | $ 13,066.25 |
| (Adjustment per Statement of Work) | | | $ (831.25) |
| | | | $ 12,235.00 |
| DESAI, RAJESH | 0.50 | $ 325 | $ 162.50 |
| SHURIN, ALEXANDER SANDY | 1.00 | $ 525 | $ 525.00 |
| TIAN, XIAO WU | 8.30 | $ 430 | $ 3,569.00 |
| TROTMAN, SEAN P | 0.50 | $ 700 | $ 350.00 |
| **Global Rewards Services** | 10.30 | | $ 4,606.50 |
| DIAZ, LAURA M | 0.90 | $ 215 | $ 193.50 |
| OTERO, MARIA D | 0.80 | $ 415 | $ 332.00 |
| SEDA IRIZARRY, JANICE | 0.60 | $ 215 | $ 129.00 |
| **Puerto Rico Tax Compliance** | 2.30 | | $ 654.50 |

EXHIBIT B

**W. R. Grace & Co.**
**Summary**
**June 1 through June 30, 2013**

| Personnel Performing Services | | Billing Rate | Professional Fees |
|---|---|---|---|
| ASUAGBOR, MARTINA TAKANG | 2.00 | $ 275 | $ 550.00 |
| ASWANI, JANITHA | 0.50 | $ 200 | $ 100.00 |
| AZARIAN, NAZANIN | 4.10 | $ 425 | $ 1,742.50 |
| CREIGHTON, ROBERT BYRON | 35.40 | $ 350 | $ 12,390.00 |
| DINKINS, FRANCOISE A | 8.50 | $ 500 | $ 4,250.00 |
| GARZON, ISABEL | 1.50 | $ 200 | $ 300.00 |
| HILDT, TYLER | 3.10 | $ 200 | $ 620.00 |
| KRIZANIC, DOUGLAS | 4.00 | $ 600 | $ 2,400.00 |
| LESLIE, CAROLYN | 0.60 | $ 600 | $ 360.00 |
| MANLY SPAIN, FESTINA | 22.20 | $ 200 | $ 4,440.00 |
| NIBE, TOMOHIRO ALEXANDER | 0.50 | $ 200 | $ 100.00 |
| PRASAD, SHAURYA | 12.00 | $ 200 | $ 2,400.00 |
| **International Assignment Services** | 94.40 | | $ 29,652.50 |
| (Adjustment per Statement of Work) | | | $ (15,542.50) |
| | | | $ 14,110.00 |
| WICKERT, DIANE L | 3.50 | $ 325 | $ 1,137.50 |
| **Bankruptcy Administration & Misc Matters** | 3.50 | | $ 1,137.50 |
| **Subtotal** | 196.10 | | $ 53,168.50 |
| **Expenses** | | | $ 8.47 |
| **Total Deloitte Tax LLP Fees - June 1 through June 30, 2013** | | | $ 53,176.97 |