EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/3/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Administrative reporting for work done on Bankruptcy Fee Application | 0.10 | $ 325 | $ 32.50 |
| 6/3/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Drafted Thailand country report. | 2.00 | $ 430 | $ 860.00 |
| 6/3/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee James Nee - 2012: Extension Correspondence with taxpayer | 0.30 | $350 | $ 105.00 |
| 6/3/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Banruptcy fee application: May time Report Request in connection with bankruptcy fee application | 0.30 | $350 | $ 105.00 |
| 6/3/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Mike Ragan - preparation of 2012 US tax return | 3.50 | $200 | $ 700.00 |
| 6/3/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of Permanent Transfer calculator tool and report for India to Singapore (Anuj) | 0.40 | $ 200 | $ 80.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/3/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Draft repat letter of assignment for Andrew Kelly | 0.60 | $ 200 | $ 120.00 |
| 6/3/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up on details for Dirk Strassner's cost estimate | 0.30 | $ 200 | $ 60.00 |
| 6/3/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | WR Grace - processing expat expenses for Robert Hoover | 0.25 | $ 200 | $ 50.00 |
| 6/4/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Discussed the Thailand report with Sandy. Revised report based on comments, corresponded with Thailand team for review. | 0.50 | $ 430 | $ 215.00 |
| 6/4/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Youcef Boudeffa - 2012: Extension With Calculation - Review calculation and have extension prepared | 0.60 | $350 | $ 210.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/4/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Jens Ebinghaus, 2012: Sign Federal, state, and transmittal letter | 2.50 | $350 | $ 875.00 |
| 6/4/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Andre Lanning - 2011 Netherlands tax return assistance request from taxpayer | 0.30 | $350 | $ 105.00 |
| 6/4/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Mike Ragan - 2012 Discuss need for Belgium liability to finish US tax returns | 0.30 | $350 | $ 105.00 |
| 6/4/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Youcef Boudeffa - 2012 federal and state extension calculation | 0.50 | $200 | $ 100.00 |
| 6/4/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover - prepare 2012 US tax return | 4.20 | $200 | $ 840.00 |

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/4/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review pre-assignment updates for assignee Eric Austraw | 0.40 | $ 200 | $ 80.00 |
| 6/4/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review pre-assignment updates for Nate Faulkenberry. | 0.40 | $ 200 | $ 80.00 |
| 6/4/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review pre-assignment updates for German Huerta | 0.40 | $ 200 | $ 80.00 |
| 6/4/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Finalize Dirk Strassner's extension cost estimate | 2.90 | $ 200 | $ 580.00 |
| 6/4/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Finalize Dirk Strassner's extension letter of assignment | 1.10 | $ 200 | $ 220.00 |

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/4/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | prepared Dirk Strassner cost estimate | 2.40 | $ 200 | $ 480.00 |
| 6/5/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Administrative reporting for work done on Bankruptcy Fee Application | 1.50 | $ 325 | $ 487.50 |
| 6/5/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Administrative reporting for work done on Bankruptcy Fee Application | 1.50 | $ 325 | $ 487.50 |
| 6/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Jens Ebinghaus - 2012 Federal, state, and transmittal letter - have delivered to taxpayer | 0.30 | $350 | $ 105.00 |
| 6/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Alfred Jordan - 2012 US Federal, state, Foreign Bank & Financial Account Report, and tax equalization calculation - Sign and send to the processing team | 3.50 | $350 | $ 1,225.00 |

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 6/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Andre Lanning - 2011 Netherlands tax notice assistance - look through work done by Ernst & Young, forward to our Netherlands team to resolve | 0.50 | $350 | $ | 175.00 |
| 6/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Mike Ragan - 2012 Follow up with Belgium office regarding missing info for Belgium liability | 0.30 | $350 | $ | 105.00 |
| 6/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Christopher Schek - Belgium returns - consent form follow up | 0.30 | $350 | $ | 105.00 |
| 6/5/2013 | GARZON, ISABEL | International Assignment Services | Dennis Florian | Prepare Foreign Bank & Financial Account Report Form TD F 90 for assignees: William McCall, Bob Hoover, James Nee | 1.50 | $200 | $ | 300.00 |
| 6/5/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | updated May invoice into bankruptcy required format | 1.30 | $ 350 | $ | 455.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/5/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Research and prepare June 2013 payroll file and follow up on outstanding payroll issues from May 2013 for assignees Eric Austraw, Yee Young Cher, Kok How Chew, Nate Faulkenberry, Adam Grose, Bob Hoover, Andrew Kelly, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Mike Piergrossi, and Dirk Strassner | 2.80 | $  200 | $  560.00 |
| 6/5/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up with India team on expense deliverables for Nate Faulkenberry | 0.20 | $  200 | $  40.00 |
| 6/5/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up with India team on expense deliverables for Adam Grose | 0.20 | $  200 | $  40.00 |
| 6/5/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Update Dirk Strassner's letter of assignment | 0.20 | $  200 | $  40.00 |
| 6/5/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | discussions re section 304 transaction | 0.70 | $  700 | $  490.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Jens Ebinghaus - 2012 US Tax Returns - Correspondence with taxpayer regarding how to access returns | 0.30 | $350 | $ 105.00 |
| 6/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Alfred Jordan - 2011 Amended Federal tax return for foreign tax credit carryback - assign for preparation | 0.30 | $350 | $ 105.00 |
| 6/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Krents, William - 2012 Conference call with taxpayer to explain cash flow and email correspondence with the company | 0.60 | $350 | $ 210.00 |
| 6/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Andre Lanning - 2011 German tax notice assistance - going through documents provided by Ernst & Young and correspondence with German office | 0.50 | $350 | $ 175.00 |
| 6/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Leznik, Leonid - November and December 2012 Monthly Chinese tax reporting - correspondence to provide back up information for certain payroll items | 0.30 | $350 | $ 105.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Mike Ragan - 2012 Follow up with company regarding confirmation of Belgium payments needed | 0.30 | $350 | $ 105.00 |
| 6/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Alfred Jordan, 2012: US Tax Returns - Have delivered to t/p | 0.30 | $350 | $ 105.00 |
| 6/6/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Mike Ragan - preparation of 2012 US tax return | 1.80 | $200 | $ 360.00 |
| 6/6/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Leznik, Leonid - research of November/December 2012 ; Relocation and Overseas payments for China tax | 0.30 | $ 350 | $ 105.00 |
| 6/6/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | re assignee Pan, Yong - generation of Permanent Relocation cost estimate (US to China) | 0.80 | $ 350 | $ 280.00 |

W. R. Grace & Co.
Hourly Detail
June 1 through June 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 6/6/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Sign off on Adam Grose's home leave expenses. | 0.30 | $ 200 | $ 60.00 |
| 6/6/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up on Andre Lanning's localization lump sum payments. Review of payroll setup in GA. | 0.40 | $ 200 | $ 80.00 |
| 6/6/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up on tax/immigration implications for Enzo Orellana. | 0.40 | $ 200 | $ 80.00 |
| 6/6/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up on localization for Yong Pan with Dennis Florian | 0.40 | $ 200 | $ 80.00 |
| 6/6/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | WR Grace - Working on the Expense report forms for assignee Nathaniel Faulkenberry | 0.70 | $ 275 | $ 192.50 |

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/6/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | WR Grace - Working on the Expense report forms for assignee Adam Grose | 0.80 | $ 275 | $ 220.00 |
| 6/6/2013 | SEDA IRIZARRY, JANICE | Puerto Rico Tax Compliance | Joe Bahorich | Puerto Rico Tax Amnesty (2013)- Prepare and send follow up emails; Discussion with senior. | 0.60 | $ 215 | $ 129.00 |
| 6/7/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | email correspondence with Stephenie Gettier regarding ADP payroll conversion | 0.30 | $ 350 | $ 105.00 |
| 6/7/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Finalize Yong Pan's letter of assignment | 0.80 | $ 200 | $ 160.00 |
| 6/10/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Administrative reporting for work done on Bankruptcy Fee Application | 0.10 | $ 325 | $ 32.50 |

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/10/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Weekly status call with Dennis Florian, Michelle Baker, etc. to discuss global tax return status and project reports - meeting and preparation | 1.50 | $350 | $ 525.00 |
| 6/10/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - 2012 US Tax Return - Status inquiry | 0.20 | $350 | $ 70.00 |
| 6/10/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee James Nee - 2012 Singapore tax return - answer questions from Singapore team regarding equity compensation exercise details | 0.60 | $350 | $ 210.00 |
| 6/10/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Prepare for bi-weekly status call with Dennis Florian on 6/10 | 1.50 | $500 | $ 750.00 |
| 6/10/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | WR Grace call with Dennis Florian, Stephanie Gettier, Frances Dinkins and Rob Creighton | 0.50 | $200 | $ 100.00 |

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|-------------|-----------|
| 6/10/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Nate Faulkenberry - review of expense reports | 0.30 | $ 350 | $ 105.00 |
| 6/10/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | discussions with Katrina Champeny, Tinique Peery and Rob Creighton regarding Yong Pan's permanent relocation cost estimate | 0.90 | $ 350 | $ 315.00 |
| 6/10/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Summarize outstanding review needs of assignee Nate Faulkenberry's expenses. | 0.30 | $ 200 | $ 60.00 |
| 6/10/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Request Mike Federspiel goods & services update from AirInc | 0.30 | $ 200 | $ 60.00 |
| 6/10/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review Cultural Awareness International update report and German Huerta's request for a status update. Begin to initiate Strassner's extension services. | 0.30 | $ 200 | $ 60.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/10/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up on Yong Pan's permanent transfer cost estimate. Recalculate based on minimal payments. Call with Deloitte Tax team to understand the tax implications and with Tinique Perry to understand the needs of the request. | 2.20 | $ 200 | $ 440.00 |
| 6/10/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Initiated Dirk Strassner's extension services; invoiced 50% of pre-departure billing for assignment extension | 0.30 | $ 200 | $ 60.00 |
| 6/10/2013 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | Conference Call with Cinthya Albert from Darex regarding the P.R. tax matters | 0.40 | $ 215 | $ 86.00 |
| 6/10/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | Regarding Darex, discussion with laura diaz with regard to the information needed for the property tax return and respond to questions from the client | 0.30 | $ 415 | $ 124.50 |
| 6/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Cher, Yee Young - 2011: Maryland Tax Notice - Look through and reach out to Ernst & Young/taxpayer to see if any other notices received | 0.30 | $350 | $ 105.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 6/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover - 2012: Form W-2C for compensation errors by Ernst & Young (overgross up) - discussing how to handle Philippines and US returns as a result | 1.00 | $350 | $ 350.00 |
| 6/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover - 2012: US Extension with calculation - review extension calculation and have extension filed | 0.60 | $350 | $ 210.00 |
| 6/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Piergrossi, Michael - 2012: Massachusetts tax notice - research notice and correspondence with taxpayer and company to settle | 1.10 | $350 | $ 385.00 |
| 6/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Adam Grose - 2012: Correspondence with taxpayer to confirm tax returns were efiled | 0.30 | $350 | $ 105.00 |
| 6/11/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - prepare 2012 US NY return | 5.30 | $200 | $ 1,060.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/11/2013 | NIBE, TOMOHIRO ALEXANDER | International Assignment Services | Dennis Florian | Regarding assignee entire WR Grace assignee population - download/uploading 4/15 extensions | 0.50 | $200 | $  100.00 |
| 6/11/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Nate Faulkenberry - review of househunting expenses; Enzo Orellana - followed up with Fragomen Immigration team regarding permanent residency | 0.50 | $  350 | $  175.00 |
| 6/11/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review vendor invoice and submit to WR Grace. | 0.20 | $  200 | $  40.00 |
| 6/11/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | WR Grace - Nathaniel Faulkenberry - expense invoice corrections | 0.80 | $  200 | $  160.00 |
| 6/11/2013 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | Emails sent to Karen Mitchell and to Cinthya Albert - to recap the conversation held and questions answer in telephone conversation | 0.50 | $  215 | $  107.50 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 6/12/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | Coordination with Deloitte China regarding supplemental PBU plan registrations in China per Brian Epstein approval | 0.30 | $ 525 | $ 157.50 |
| 6/12/2013 | HILDT, TYLER | International Assignment Services | Dennis Florian | Regarding assignee entire WR Grace assignee population - prepare and post 6/15 Extensions | 1.30 | $200 | $ 260.00 |
| 6/12/2013 | PRASAD, SHAURYA | International Assignment Services | Dennis Florian | Regarding assignee Jordan Alfred 2011 1040 amended return | 6.00 | $ 200 | $ 1,200.00 |
| 6/12/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | preparation of Fiscal year 2014 toolkit | 0.80 | $ 350 | $ 280.00 |
| 6/12/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Orellana, Enzo - follow up with Fragomen Immigration regarding immigration questions | 0.40 | $ 350 | $ 140.00 |

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/12/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Acknowledge receipt of Mike Federspiel's expenses and send to India team to process. | 0.10 | $ 200 | $ 20.00 |
| 6/12/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Status update call with German Huerta. Follow up with Brookfield Global Relocation Services and Dennis Florian on his questions. | 0.90 | $ 200 | $ 180.00 |
| 6/12/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Michael Federspiel - expense invoice | 0.20 | $ 200 | $ 40.00 |
| 6/12/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | DAREX - DISCUSSED WITH RICARDO VILLATE AND LAURA DIAZ THE OUTCOME FROM CONVERSATIONS WITH CYNTHIA ALBERT FROM DAREX ON THE ISSUE REGARDING THE PRIOR YEAR TAX RETURNS AND THE POSSIBILITY TO WORK WITH A CLOSING AGREEMENT | 0.50 | $ 415 | $ 207.50 |
| 6/13/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | review Thailand global equity country report | 0.40 | $ 525 | $ 210.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/13/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Thailand country reports - review, follow up | 0.30 | $ 700 | $ 210.00 |
| 6/13/2013 | LESLIE, CAROLYN | International Assignment Services | Dennis Florian | Regarding entire WR Grace assignee population - 6/15 - 2012 tax returns extensions process | 0.60 | $600 | $ 360.00 |
| 6/13/2013 | PRASAD, SHAURYA | International Assignment Services | Dennis Florian | Regarding assignee Jordan Alfred - Replication of 2011 1040 | 6.00 | $ 200 | $ 1,200.00 |
| 6/13/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | update of FY14 financial toolkit | 0.30 | $ 350 | $ 105.00 |
| 6/13/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Status update on account deliverables with Cristi | 0.40 | $ 200 | $ 80.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/13/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | W R Grace - Worked on the US Payroll imports from Jan to June, running the payrolls and reconciling the YTD amounts as per the email and discussion with Cristi - (Eric Austraw, Yee Young Cher, Kok How Chew, Nate Faulkenberry, Adam Grose, Bob Hoover, Andrew Kelly, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Mike Piergrossi, Dirk Strassner) | 5.25 | $  275 | $  1,443.75 |
| 6/13/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | WR Grace - expense invoice for assignee Nate Faulkenberry | 1.10 | $  200 | $  220.00 |
| 6/14/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | review Thailand stock option report | 0.30 | $  525 | $  157.50 |
| 6/14/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Reviewed feedback from Thailand team, discussed with team, sent out follow up emails to Thailand team, arranged Employee communication to be drafted and answered questions regarding Employee communication. | 1.80 | $  430 | $  774.00 |
| 6/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Enzo Orelanna - US to Germany Cost Projection - Conference Call with Cristi Cagle to discuss calculation logic | 0.60 | $350  $ | 210.00 |

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 6/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover - 2012: Correspondence with Philippines offices to explain tax return amendment not needed and have US returns finished based on current accrual | 0.60 | $350 | $  210.00 |
| 6/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Dirk Strassner - 2012 Singapore Tax Return - Compensation questions from Singapore office | 0.60 | $350 | $  210.00 |
| 6/14/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | communications with Murali Paluru regarding transition onto the engagement | 0.30 | $  350 | $  105.00 |
| 6/14/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Enzo Orellana - call with Rob Creighton to discuss potential impact of permanent residency/Chile citizenship on cost estimate, communications with Dennis Florian regarding findings | 0.50 | $  350 | $  175.00 |
| 6/14/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | re assignee Michael Federspiel - expense invoice processing | 0.30 | $  200 | $  60.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/14/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up with German Huerta on pre-assignment activities. | 0.60 | $ 200 | $ 120.00 |
| 6/14/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Initiate Dirk Strassner's extension assignment. | 0.80 | $ 200 | $ 160.00 |
| 6/14/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Grace - Michael Federspiel corrections | 0.30 | $ 200 | $ 60.00 |
| 6/17/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Administrative reporting for work done on Bankruptcy Fee Application | 0.10 | $ 325 | $ 32.50 |
| 6/17/2013 | DESAI, RAJESH | Global Rewards Services | Brian Epstein | WR Grace: prepared Thailand Employee communication preparation. | 0.50 | $ 325 | $ 162.50 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/17/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Revised report by adding Thai team's comments.  Follow up with questions, reviewed Employee communication. | 2.00 | $ 430 | $ 860.00 |
| 6/17/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - finish prep of 2012 US tax return | 2.30 | $200 | $ 460.00 |
| 6/17/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Status update on account deliverables with Katrina Champeny | 0.60 | $ 350 | $ 210.00 |
| 6/17/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review Brookfield Global Relocation Services expenses and follow up with vendor. | 0.60 | $ 200 | $ 120.00 |
| 6/17/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Grace - Brookfield relocation expense invoice | 0.40 | $ 200 | $ 80.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 6/18/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | printed out all billing information that was sent to bankruptcy court for files | 0.10 | $ 325 | $ 32.50 |
| 6/18/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Follow up on questions outstanding with Thailand team. | 0.20 | $ 430 | $ 86.00 |
| 6/18/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee James Nee - update 2012 tax return with Singapore liability | 1.20 | $200 | $ 240.00 |
| 6/18/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review July payroll log, calculate hypo tax updates, follow up on goods & services updates  (Eric Austraw, Yee Young Cher, Kok How Chew, Nate Faulkenberry, Adam Grose, Bob Hoover, Andrew Kelly, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Mike Piergrossi, Dirk Strassner) | 1.60 | $ 200 | $ 320.00 |
| 6/18/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Calculate assignee Mike Federspiel's goods & services reimbursement | 0.40 | $ 200 | $ 80.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/18/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Followed up on Alexander Nielsen's localization date | 0.20 | $ 200 | $ 40.00 |
| 6/19/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Reviewed and revised report based on Thai teams comments, drafted cover note | 0.80 | $ 430 | $ 344.00 |
| 6/19/2013 | TROTMAN, SEAN P | Global Rewards Services | Brian Epstein | Thailand email review -Securities and Exchange Commission filings | 0.20 | $ 700 | $ 140.00 |
| 6/19/2013 | HILDT, TYLER | International Assignment Services | Dennis Florian | Reconciling the 4/15 and 6/15 extensions that were accepted | 0.20 | $200 | $ 40.00 |
| 6/19/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Yee Young Cher - look into MD tax notice received regarding 2011 MD tax return, request necessary documents from Ernst & Young | 1.50 | $200 | $ 300.00 |

EXHIBIT C

**W. R. Grace & Co.**
**Hourly Detail**
**June 1 through June 30, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/19/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of Leonid Leznik 2012 compensation questions from China tax team | 0.40 | $ 200 | $ 80.00 |
| 6/19/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up on Alexander Nielsen's base salary. Request the international assignment services team review the hypo tax updates for June salary increases. | 0.80 | $ 200 | $ 160.00 |
| 6/20/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up with Brookfield Global Relocation Services on the division number for WR Grace and Dennis Florian provided an updated number. | 0.20 | $ 200 | $ 40.00 |
| 6/20/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Request Deloitte Tax to have an orientation call with Pan, Yong. | 0.10 | $ 200 | $ 20.00 |
| 6/21/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | made changes and revisions on capital gain section of Grace report. sent finalized report to Grace. | 0.80 | $ 430 | $ 344.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/21/2013 | HILDT, TYLER | International Assignment Services | Dennis Florian | Regarding assignee Kenny, Brian - prepare 2012 Foreign Bank & Financial Account Reporting Form TD F | 0.80 | $200 | $ 160.00 |
| 6/21/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - Foreign Bank & Financial Account Reporting  Form TDF preparation and email communication with Brian regarding filing requirement | 1.40 | $200 | $ 280.00 |
| 6/21/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | conference call with Dennis Florian and Katrina Champeny to discuss cost of living adjustments for June salary increases | 0.40 | $ 350 | $ 140.00 |
| 6/21/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | correspondence with Vijay Chavali regarding back end payroll imports | 0.40 | $ 350 | $ 140.00 |
| 6/21/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review good and services expense updates for June salary increases. Confirm with Dennis Florian the cost of the AirInc reports. Request the new amounts.  (Mike Federspiel, Adam Grose, German Huerta, Andrew Kelly, Leonid Leznik, William McCall, James Nee, Dirk Strassner) | 1.80 | $ 200 | $ 360.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 6/21/2013 | GOLDSTEIN, SETH B | International Tax Matters | Don Teichen | analysis and review of U.S. foreign tax credit considerations including high tax kickout in connection with Japan tax planning | 0.50 | $  700 | $  350.00 |
| 6/21/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | foreign tax credit questions - Korea coordinate call | 2.00 | $  700 | $  1,400.00 |
| 6/24/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Administrative reporting for work done on Bankruptcy Fee Application | 0.10 | $  325 | $  32.50 |
| 6/24/2013 | ASUAGBOR, MARTINA TAKANG | International Assignment Services | Dennis Florian | Regarding assignee William McCall - 2012 Form TDF- Foreign Bank & Financial Account Report  review and release | 0.50 | $  275 | $  137.50 |
| 6/24/2013 | ASUAGBOR, MARTINA TAKANG | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover - 2012 Form TDF- Foreign Bank & Financial Account Report  review and release | 0.50 | $  275 | $  137.50 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/24/2013 | ASUAGBOR, MARTINA TAKANG | International Assignment Services | Dennis Florian | Regarding assignee James Nee - 2012 Form TDF- Foreign Bank & Financial Account Report  review and release | 0.50 | $   275 | $   137.50 |
| 6/24/2013 | ASUAGBOR, MARTINA TAKANG | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - 2012 Form TDF- Foreign Bank & Financial Account Report  review and release | 0.50 | $   275 | $   137.50 |
| 6/24/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Meeting at WR Grace on 6/26 with Frances Dinkins, Doug Krizanic, Dennis Florian, and Joe Quinn - prepare for meeting discussion with Frances Dinkins, plan travel, etc. | 0.90 | $350 | $   315.00 |
| 6/24/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Yong Pan - 2012: US Tax Exit Consultation - Research history of move and authorized services and reach out for call | 0.60 | $350 | $   210.00 |
| 6/24/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Yee Young Cher - 2011: Maryland tax notice - read through, discuss with team, call Maryland | 0.80 | $350 | $   280.00 |

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/24/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee William McCall - 2012: Report of Foreign Bank and Financial Account Questions from taxpayer regarding how to file | 0.30 | $350 | $ 105.00 |
| 6/24/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Yong Pan - 2012: US Tax Exit Consultation - Research history of move and authorized services and reach out for call | 0.60 | $350 | $ 210.00 |
| 6/24/2013 | HILDT, TYLER | International Assignment Services | Dennis Florian | Regarding assignee Kenny, Brian - updating Foreign Bank & Financial Account Report Form | 0.80 | $200 | $ 160.00 |
| 6/24/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | update of FY14 financial toolkits to account for assignee promotions | 0.30 | $ 350 | $ 105.00 |
| 6/24/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up with Deloitte Tax on Anuj tax questions. | 0.20 | $ 200 | $ 40.00 |

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 6/24/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review German Huerta's expenses and send to Stephenie Gettier. | 0.40 | $ | 200 $ | 80.00 |
| 6/24/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Update German Huerta's July payroll instruction with confirmed move in date and tax ID for goods & services | 0.30 | $ | 200 $ | 60.00 |
| 6/24/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | WR Grace - expense for German Huerta | 0.20 | $ | 200 $ | 40.00 |
| 6/25/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | India to Singapore Permanent Transfer Advice to Company Regarding India tax implications of move (Anuj) | 1.30 | $350 | $ | 455.00 |
| 6/25/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Meeting at WR Grace on 6/26 with Frances Dinkins, Doug Krizanic, Dennis Florian, and Joe Quinn - prepare status reports for meeting and request updates from foreign offices | 2.00 | $350 | $ | 700.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/25/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Yong Pan - 2012: US Exit Consultation to be Held on 6/27/13 - Correspondence to change time of briefing and look into possible China filing requirements | 0.60 | $350 | $ 210.00 |
| 6/25/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Yong Pan - 2012: US Exit Consultation to be Held on 6/27/13 - Correspondence to change time of briefing and look into possible China filing requirements | 0.60 | $350 | $ 210.00 |
| 6/25/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Prepare for in person meeting with Client | 2.00 | $500 | $ 1,000.00 |
| 6/25/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | communications regarding Anuj's potential relocation from India to Singapore | 0.20 | $ 350 | $ 70.00 |
| 6/25/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up on Aruj tax issues and review Deloitte Tax recommendation. | 0.20 | $ 200 | $ 40.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/25/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up with AirInc on good & services updates. Dennis Florian (Mike Federspiel, Adam Grose, German Huerta, Andrew Kelly, Leonid Leznik, William McCall, James Nee, Dirk Strassner) | 0.40 | $ 200 | $ 80.00 |
| 6/25/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | Analysis and review of U.S. federal income tax implications of Japan tax planning including high tax kick out | 2.00 | $ 700 | $ 1,400.00 |
| 6/26/2013 | AZARIAN, NAZANIN | International Assignment Services | Dennis Florian | In person meeting with client at WR Grace | 4.10 | $425 | $ 1,742.50 |
| 6/26/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Meeting at WR Grace on 6/26 with Frances Dinkins, Doug Krizanic, Dennis Florian, and Joe Quinn - travel to and from meeting, meeting, etc. | 6.00 | $350 | $ 2,100.00 |
| 6/26/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | client meeting at grace | 5.00 | $500 | $ 2,500.00 |

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|---|
| 6/26/2013 | KRIZANIC, DOUGLAS | International Assignment Services | Dennis Florian | Client meeting regarding transition and future projects | 4.00 | $ | 600 | $ | 2,400.00 |
| 6/26/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Adam Grose: responded to Paul Wong's (Deloitte Hong Kong) questions regarding Adam's 2012/2013 compensation breakdown | 0.50 | $ | 350 | $ | 175.00 |
| 6/26/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of Eric Austraw's letter of assignment for furniture and follow up with Dennis Florian for approval. | 0.20 | $ | 200 | $ | 40.00 |
| 6/26/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Post updated AirInc reports to eRooms for assignees with June salary updates. Dennis Florian  (Mike Federspiel, Adam Grose, German Huerta, Andrew Kelly, Leonid Leznik, William McCall, James Nee, Dirk Strassner) | 0.40 | $ | 200 | $ | 80.00 |
| 6/26/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Call with Deloitte Tax team prior to their meeting at WR Grace for a status update. | 0.30 | $ | 200 | $ | 60.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/26/2013 | FUJII, YUKINORI | International Tax Matters | Don Teichen | Treatment of the expenses related to the disposal of shares - inquiry from jared gordon | 0.50 | $ 525 | $ 262.50 |
| 6/26/2013 | GOLDSTEIN, SETH B | International Tax Matters | Don Teichen | Analysis and review of U.S. federal income tax implications of Japan tax planning including high tax kick out and other foreign tax related issues; discussions with Jared Gordon | 1.50 | $ 700 | $ 1,050.00 |
| 6/26/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | Analysis and review of U.S. federal income tax implications of Japan tax planning including high tax kick out and other foreign tax related issues; discussions with Seth Goldstein | 2.00 | $ 700 | $ 1,400.00 |
| 6/26/2013 | NG, LINDA LIAN TAT | International Tax Matters | Don Teichen | Provide Japanese tax comments to Jared Gordon and Seth Goldstein regarding Japan taxation under the "real property rich" rule and the deductibility of selling expenses. | 1.40 | $ 700 | $ 980.00 |
| 6/27/2013 | ASWANI, JANITHA | International Assignment Services | Dennis Florian | Jordan, Alfred - 2012 Prep of Foreign Bank & Financial Account Report forms | 0.50 | $ 200 | $ 100.00 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 6/27/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover - 2012: Philippines Return - Correspondence with Philippines office regarding compensation | 0.30 | $350 | $ 105.00 |
| 6/27/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Yong Pan - US Tax Exit Briefing Held on 6/27/13 - Prep, call, and set up in system | 1.60 | $350 | $ 560.00 |
| 6/27/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Clive Pinto - 2012: Questions from taxpayer regarding status of returns and Australian contacts | 0.60 | $350 | $ 210.00 |
| 6/27/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Preparation of July payroll log for submission to Stephenie Gettier for processing (Eric Austraw, Yee Young Cher, Kok How Chew, Nate Faulkenberry, Adam Grose, Bob Hoover, Andrew Kelly, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Mike Piergrossi, Dirk Strassner) | 1.70 | $ 350 | $ 595.00 |
| 6/27/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Prep July payroll updates.  (Eric Austraw, Yee Young Cher, Kok How Chew, Nate Faulkenberry, Adam Grose, Bob Hoover, Andrew Kelly, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Mike Piergrossi, Dirk Strassner) | 0.80 | $ 200 | $ 160.00 |

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/27/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | WR Grace - Worked on the June Payroll adjustment run imports to the GA IHR database as per the email received from Katrina (Eric Austraw, Yee Young Cher, Kok How Chew, Nate Faulkenberry, Adam Grose, Bob Hoover, Andrew Kelly, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Mike Piergrossi, Dirk Strassner) | 0.80 | $ 275 | $ 220.00 |
| 6/27/2013 | BROOKS, THOMAS J | International Tax Matters | Don Teichen | calls with Seth Goldstein and Harrison Cohen regarding Japan national corporation tax and U.S. foreign tax credit considerations | 1.90 | $ 600 | $ 1,140.00 |
| 6/27/2013 | COHEN, HARRISON J | International Tax Matters | Don Teichen | 304 transaction and Analysis and review of U.S. federal income tax implications of Japan tax planning including high tax kick out and other foreign tax related issues; discussions with Jim Brooks and Jared Gordon | 1.00 | $ 700 | 700.00 |
| 6/27/2013 | ELSBERND, JANET ANNE | International Tax Matters | Don Teichen | Creditability of Japanese Tax under Property Rich Company Rule | 1.10 | $ 600 | 660.00 |
| 6/27/2013 | FUJII, YUKINORI | International Tax Matters | Don Teichen | Attending the conference call with Jared and Seth in connection with proposed 304 transaction and Japan tax planning. | 0.50 | $ 525 | 262.50 |

EXHIBIT C

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 6/27/2013 | GOLDSTEIN, SETH B | International Tax Matters | Don Teichen | Analysis of Japanese creditability from U.S. foreign tax credit perspective in connection with Japan tax planning | 1.00 | $ 700 | $ 700.00 |
| 6/27/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | Discussions with Seth Goldstein and Japan tax desk in NYC with regard to U.S. foreign tax credit considerations associated with Japan planning | 2.90 | $ 700 | $ 2,030.00 |
| 6/27/2013 | . NG, LINDA LIAN TAT | International Tax Matters | Don Teichen | Prepare for, and attend, a conference call with Jared Gordon and Seth Goldstein to discuss a U.S. foreign tax for Japanese corporation tax imposed under the "real property rich company" rule; review and revise a draft summary. | 1.30 | $ 700 | $ 910.00 |
| 6/28/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Regarding PBU registration and SAFE, email with Grace to confirm additional required documents. | 0.20 | $ 430 | $ 86.00 |
| 6/28/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review and update July 2013 payroll log. Dennis Florian and Stephenie Gettier. (Eric Austraw, Yee Young Cher, Kok How Chew, Nate Faulkenberry, Adam Grose, Bob Hoover, Andrew Kelly, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Mike Piergrossi, Dirk Strassner) | 2.20 | $ 200 | $ 440.00 |

W. R. Grace &
Co.
Hourly Detail
June 1 through June 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 6/28/2013 | BROOKS, THOMAS J | International Tax Matters | Don Teichen | analysis and review of emails/discussion notes; draft email summary of high tax kick out and other U.S. federal income tax issues associated with disposition of Japan entity | 3.50 | $ 600 | $ 2,100.00 |
| 6/28/2013 | COHEN, HARRISON J | International Tax Matters | Don Teichen | Analysis and consideration of U.S. federal income tax implications of Japan tax planning and proposed 304 transaction | 1.00 | $ 700 | $ 700.00 |
| 6/28/2013 | GOLDSTEIN, SETH B | International Tax Matters | Don Teichen | Analysis and consideration of U.S. federal income tax implications of Japan tax planning and proposed 304 transaction; creditability of Japan taxes | 0.50 | $ 700 | $ 350.00 |
| 6/30/2013 | BROOKS, THOMAS J | International Tax Matters | Don Teichen | finished drafting email summary of US tax issues associated w/ disposition of Japan shares; email correspondence regarding Japan and Office of General Counsel | 5.90 | $ 600 | $ 3,540.00 |
| | | | | | 196.10 | | $ 69,542.25 |
| | | | | | | | $ (16,373.75) |
| | | | | | | | $ 53,168.50 |