EXHIBIT D

**W. R.**
**Expenses**
**June 1 through June 30, 2013**

| Date | Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 6/1/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | Conference Call (verizon conferencing - discuss Japan transaction) | 8.47 |
| | | | | Total June 2013 Expense | $ 8.47 |