EXHIBIT B

W. R. Grace & Co.
Summary
July 1 through July 31, 2013

| Personnel Performing Services | | Billing Rate | Professional Fees |
|---|---|---|---|
| LAGARDE, STEPHEN A | 2.30 | $ 600 | $ 1,380.00 |
| DRIGOTAS, ELIZABETH | 1.00 | $ 700 | $ 700.00 |
| TESTOFF, ROBERT A | 1.50 | $ 700 | $ 1,050.00 |
| MESTER, JUDITH | 2.00 | $ 700 | $ 1,400.00 |
| **Pension Fund Services** | 6.80 | | $ 4,530.00 |
| GORDON, JARED H | 0.70 | $ 700 | $ 490.00 |
| FUJII, YUKINORI | 0.50 | $ 525 | $ 262.50 |
| NG, LINDA LIAN TAT | 1.00 | $ 700 | $ 700.00 |
| **International Tax Matters** | 2.20 | | $ 1,452.50 |
| CAGLE, CRISTI BROOKS | 9.40 | $ 350 | $ 3,290.00 |
| CHAMPENY, KATRINA MARIE | 27.30 | $ 200 | $ 5,460.00 |
| CHAVALI, VIJAYA SARADHI | 3.20 | $ 275 | $ 880.00 |
| CORNETT, LAURA CULVER | 0.80 | $ 275 | $ 220.00 |
| GESVANTNER, FRANCINE RAE | 21.80 | $ 200 | $ 4,360.00 |
| GOEL, SHUBHIKA | 12.00 | $ 200 | $ 2,400.00 |
| **International HR & Compliance Services** | 74.50 | | $ 16,610.00 |
| (Adjustment per Statement of Work) | | | $ (6,585.00) |
| | | | $ 10,025.00 |
| SHURIN, ALEXANDER SANDY | 0.20 | $ 525 | $ 105.00 |
| YU, IRENE | 0.70 | $ 700 | $ 490.00 |
| LI, CATHERINE YAN | 5.90 | $ 700 | $ 4,130.00 |
| YOU, MIKI MEI-QI | 5.00 | $ 485 | $ 2,425.00 |
| HE, EMMA YA NA | 5.00 | $ 195 | $ 975.00 |
| TIAN, XIAO WU | 2.90 | $ 430 | $ 1,247.00 |
| **Global Rewards Services** | 19.70 | | $ 9,372.00 |
| (Adjustment per Statement of Work) | | | $ (1,839.50) |

EXHIBIT B

W. R. Grace & Co.
Summary
July 1 through July 31, 2013

| Personnel Performing Services | | Billing Rate | | Professional Fees |
|---|---|---|---|---|
| | | | $ | 7,532.50 |
| DIAZ, LAURA M | 2.40 | $ 215 | $ | 516.00 |
| **Puerto Rico Tax Compliance** | 2.40 | | $ | 516.00 |
| CREIGHTON, ROBERT BYRON | 17.00 | $ 350 | $ | 5,950.00 |
| DINKINS, FRANCOISE A | 4.00 | $ 500 | $ | 2,000.00 |
| HRUBICH, KATSIARYNA | 0.30 | $ 200 | $ | 60.00 |
| MANLY SPAIN, FESTINA | 26.90 | $ 200 | $ | 5,380.00 |
| PAUL, RICHARD | 0.50 | $ 200 | $ | 100.00 |
| SETHI, RAJANI | 0.50 | $ 200 | $ | 100.00 |
| VEDAGIRI, RAMA RAO | 0.40 | $ 275 | $ | 110.00 |
| **International Assignment Services** | 49.60 | | $ | 13,700.00 |
| (Adjustment per Statement of Work) | | | $ | (3,200.00) |
| | | | $ | 10,500.00 |
| BROOKS, THOMAS J | 6.50 | $ 600 | $ | 3,900.00 |
| WICKERT, DIANE L | 5.60 | $ 325 | $ | 1,820.00 |
| **Bankruptcy Administration & Misc Matters** | 12.10 | | $ | 5,720.00 |
| **Subtotal** | 167.30 | | $ | 40,276.00 |
| **Expenses** | | | $ | 127.58 |
| **Total Deloitte Tax LLP Fees - July 1 through July 31, 2013** | | | $ | 40,403.58 |