W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/1/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | China tax preference and SAFE registration, reviewed documents provided by client and followed up for additional details.  email correspondence with China team to provide received documents. | 0.40 | $ 430 | $ 172.00 |
| 7/1/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Clive Pinto - 2012 US Tax Returns - Email correspondence with taxpayer regarding late filed returns and possibility of notice | 0.40 | $ 350 | $ 140.00 |
| 7/1/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Regarding assignee:  Robert Hoover  - correspondence with Philip Tolentino regarding 2012 Philippine income taxes | 0.20 | $ 350 | $ 70.00 |
| 7/1/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | worked bankruptcy fee applications | 1.50 | $ 350 | $ 525.00 |
| 7/1/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Research and review of assignee: Adam Grose  and assignee: Robert Hoover 2012 compensation questions from Deloitte Tax | 0.60 | $ 200 | $ 120.00 |
| 7/2/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Administrative reporting for work done on Bankruptcy Fee Application | 1.50 | $ 325 | $ 487.50 |
| 7/2/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Reviewed and processed assignee: Robert Hoover's assignment-related expense reports | 0.30 | $ 350 | $ 105.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/2/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Reviewed and processed assignee: Robert Hoover's assignment-related expense reports | 0.40 | $ 200 | $ 80.00 |
| 7/2/2013 | FUJII, YUKINORI | International Tax Matters | Don Teichen | Question about the timing of filing and penalties for Japanese tax. Jared Gordon - Philadelphia inquiry | 0.50 | $ 525 | $ 262.50 |
| 7/2/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | discussions with linda ng and yuki fujii re filing and penalties questions from don teichen | 0.70 | $ 700 | $ 490.00 |
| 7/2/2013 | NG, LINDA LIAN TAT | International Tax Matters | Don Teichen | Discuss and provide comments to Jared Gordon regarding tax compliance under Japan's "real property rich" corporation rule. | 1.00 | $ 700 | $ 700.00 |
| 7/3/2013 | LI, CATHERINE YAN | Global Rewards Services | Brian Epstein | Plan review and internal discussion with Miki You on the position and detailed action plan | 1.50 | $ 700 | $ 1,050.00 |
| 7/3/2013 | YOU, MIKI MEI-QI | Global Rewards Services | Brian Epstein | Plan review and internal discussion with Catherine Li on detailed action plan | 1.00 | $ 485 | $ 485.00 |
| 7/3/2013 | YU, IRENE | Global Rewards Services | Brian Epstein | Plan review and internal discussion with Miki You and Catherin Li on the action plan re China global rewards | 0.70 | $ 700 | $ 490.00 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/3/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2012 Philippines tax return - Correspondence with the company to explain no Philippines amendment needed for over gross up of taxes | 0.80 | $ 350 | $ 280.00 |
| 7/3/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Brian Kenny - 2012 US Tax Returns - Start review, came across W-2 and 1099-R issues, email to taxpayer to clarify | 1.10 | $ 350 | $ 385.00 |
| 7/3/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Yong Pan - 2012 US Estimated Tax Liability Calculation - Request for Authorization and look into how calculation will be done | 0.60 | $ 350 | $ 210.00 |
| 7/3/2013 | MESTER, JUDITH | Pension Fund Services | Debra Poole | Prepare for and participate on conference call with Client - Debra Poole and Rachelle Raymond for Japanese pension plan. | 1.00 | $ 700 | $ 700.00 |
| 7/7/2013 | DRIGOTAS, ELIZABETH | Pension Fund Services | Don Teichen | W.R. Grace:  review 404A application to Japanese defined benefit/defined contribution plans | 0.50 | $ 700 | $ 350.00 |
| 7/8/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Administrative reporting for work done on Bankruptcy Fee Application | 0.10 | $ 325 | $ 32.50 |
| 7/8/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Bi-Weekly WR Grace Meetings (Held 7/8/13) with Dennis Florian, Michelle Baker, and Stephenie of WR Grace - pulling reports, follow up emails with foreign offices, and meeting | 2.00 | $ 350 | $ 700.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/8/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Jens Ebinghaus - 2012 German tax return - send German team US assignment dates needed for German return prep | 0.40 | $ 350 | $ 140.00 |
| 7/8/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2012 FBAR Forms for Signature Authority Accounts - Questions from taxpayer regarding preparation of forms | 0.30 | $ 350 | $ 105.00 |
| 7/8/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: William McCall - 2012 German tax return - request German payslips uploaded by Stephenie needed to complete German return | 0.30 | $ 350 | $ 105.00 |
| 7/8/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Mike Ragan - 2011 Belgium Return - Questions from taxpayer regarding what to do with returns provided by Ernst&Young | 0.30 | $ 350 | $ 105.00 |
| 7/8/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Prepared for and held status call with Client on 7/8 (Dennis, Stephenie, and Michelle) | 2.20 | $ 500 | $ 1,100.00 |
| 7/8/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Bi-weekly status call with Dennis F., Stephenie G., and Michelle B., of WR Grace & Frances Dinkins, Robert Creighton, and Nazanin Azarian of Deloitte - update tax return status report before bi-weekly call with Grace HR | 1.10 | $ 200 | $ 220.00 |
| 7/8/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - upfront review organizer received from taxpayer, update compensation detail to reflect the two w-2's received from company, send email Belgium team regarding assignment start and end date | 1.90 | $ 200 | $ 380.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 7/8/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Youceff Boudeffa - preparation of 2012 tax return | 1.00 | $ 200 | $ 200.00 |
| 7/8/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Jens Ebinghaus - email Belgium team regarding US assignment start and end date | 0.10 | $ 200 | $ 20.00 |
| 7/8/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - upfront review organizer received from taxpayer | 1.00 | $ 200 | $ 200.00 |
| 7/8/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Mike Ragan - email regarding 2011 BE tax return and email to DT Belgium regarding Mike's 2011 tax return received; upload information to tracker | 0.40 | $ 200 | $ 80.00 |
| 7/8/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Regarding assignee:  Leonid Leznik - communications with Dennis Florian and Fragomen regarding work authorization extensions;  Reviewed and processed assignee: German Huerta's assignment-related expenses | 0.80 | $ 350 | $ 280.00 |
| 7/8/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review assignee: German Huerta  housing setup and questions on payroll and expenses | 0.30 | $ 200 | $ 60.00 |

W. R. Grace & Co.                                                EXHIBIT C
Hourly Detail
July 1 through July 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 7/8/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Processed assignee: German Huerta's assignment-related expenses | 0.30 | $ 200 | $ 60.00 |
| 7/8/2013 | DRIGOTAS, ELIZABETH | Pension Fund Services | Don Teichen | WR Grace; re. review 404A application to Japanese defined benefit/defined contribution plans | 0.50 | $ 700 | $ 350.00 |
| 7/8/2013 | TESTOFF, ROBERT A | Pension Fund Services | Debra Poole | Analysis, discussions (with Stephen LaGarde and Elizabeth Drigotas) and calls regarding accruing compensation deductions on the basis of actuarial assumptions in connection with section 404A(g)(4). | 0.50 | $ 700 | $ 350.00 |
| 7/9/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Administrative reporting for work done on Bankruptcy Fee Application | 0.60 | $ 325 | $ 195.00 |
| 7/9/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Yee Young Cher - 2011 Maryland tax notice - discuss need to call authorities and request approval from company with staff | 0.50 | $ 350 | $ 175.00 |
| 7/9/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Jens Ebinghaus - 2012 Belgium Tax Return - Respond to Lou Rust of WR Grace clarifying the Belgium tax payments needed from his team | 0.50 | $ 350 | $ 175.00 |
| 7/9/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Ryan Hinds - 2012 US Tax Returns - Taxpayer and company e-mails regarding why necessary to turn in organizer - respond | 0.60 | $ 350 | $ 210.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/9/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: James Nee - 2012 US Federal, state, and tax equalization calculation - review, changes, sign, send processing | 3.00 | $ 350 | $ 1,050.00 |
| 7/9/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: James Nee - 2012 Form 8938 - Review and Changes | 0.50 | $ 350 | $ 175.00 |
| 7/9/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Piergrossi, Michael -2012 US Tax Returns - Look into status of 2012 US tax refund per taxpayer request | 0.60 | $ 350 | $ 210.00 |
| 7/9/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Yee Young Cher - call to the state of md to inquiry about notice for 2011 tax due and email to Dennis F. of Grace to inform about notice received | 1.00 | $ 200 | $ 200.00 |
| 7/9/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Ryan Hinds - email regarding Deloitte services as taxpayer did not think he needed it | 0.30 | $ 200 | $ 60.00 |
| 7/9/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Brian Kenny - request copy of W-2 to source severance pay & update return and workpapers with new sourcing for severance & FTC | 2.10 | $ 200 | $ 420.00 |
| 7/9/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Regarding assignee: German Huerta - responded to email from German requesting clarification on the payment process for his assignment allowances;  Regarding assignee: Robert Hoover - correspondence with Stephenie Gettier confirming his assignment end date;  Regarding assignee: Andrew Kelly - correspondence with Lou Rust and Stephenie Gettier regarding his goods & services allowance;  Regarding assignee: Eric Austraw - email with Clive Pinto regarding the payment process for Eric's goods & services allowance | 1.60 | $ 350 | $ 560.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 7/10/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Administrative reporting for work done on Bankruptcy Fee Application | 0.20 | $ 325 | $ 65.00 |
| 7/10/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2012 US Federal tax return and tax equalization calculation - review, changes, sign | 3.00 | $ 350 | $ 1,050.00 |
| 7/10/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2012 Philippines Tax Return - Email correspondence with WR Grace Philippines to explain in detail situation of events that led to no amended return being needed | 0.60 | $ 350 | $ 210.00 |
| 7/10/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: James Nee - 2012 US Federal, state, and tax equalization calculation - review proc. docs and send for final approval, etc. | 0.60 | $ 350 | $ 210.00 |
| 7/10/2013 | HRUBICH, KATSIARYNA | International Assignment Services | Dennis Florian | Regarding assignee: James Nee - corrected workpaper file files | 0.30 | $ 200 | $ 60.00 |
| 7/10/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Youcef Boudeffa - preparation of 2012 US, MA tax returns & TEQ | 3.80 | $ 200 | $ 760.00 |
| 7/10/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Alfred Jordan phone call to tax payer to answer questions about return and tax equalization | 0.20 | $ 200 | $ 40.00 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 7/10/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Brian Kenny emails regarding W-2 and 1099Rs | 0.50 | $ 200 | $ 100.00 |
| 7/10/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Preparation of May 2013 fee application consistent with bankruptcy court requirements | 2.50 | $ 200 | $ 500.00 |
| 7/10/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | July payroll updates - correspondence with Katrina Champeny regarding notification of payroll updates for assignees: Eric Austraw, Yee Young Cher, Kok How Chew, Nate Faulkenberry, Adam Grose, Robert Hoover, Andrew Kelly, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Mike Piergrossi, Dirk Strassner | 0.30 | $ 350 | $ 105.00 |
| 7/10/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Correspondence with Stephenie Gettier regarding July payroll log regarding assignees:  Eric Austraw, Yee Young Cher, Kok How Chew, Nate Faulkenberry , Adam Grose , Robert Hoover, Alexander Nielsen, Andrew Kelly, Leonid Leznik , William McCall , James Nee, Alexander  Nielsen , Mike Piergrossi, Dirk Strassner | 0.50 | $ 200 | $ 100.00 |
| 7/10/2013 | LAGARDE, STEPHEN A | Pension Fund Services | Debra Poole | accounting method change issues regarding Japanese pension plan | 2.30 | $ 600 | $ 1,380.00 |
| 7/10/2013 | TESTOFF, ROBERT A | Pension Fund Services | Debra Poole | Continued analysis, discussions (with Stephen LaGarde and Elizabeth Drigotas) and calls regarding accruing compensation deductions on the basis of actuarial assumptions in connection with section 404A(g)(4). | 0.50 | $ 700 | $ 350.00 |
| 7/10/2013 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | Property Return - preparation of Information Request | 0.40 | $ 215 | $ 86.00 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/11/2013 | HE, EMMA YA NA | Global Rewards Services | Brian Epstein | China Plan translation and collation | 2.50 | $ 195 | $ 487.50 |
| 7/11/2013 | LI, CATHERINE YAN | Global Rewards Services | Brian Epstein | Initial communication with SAFE official on no-name basis regarding the registration requirement on PBU | 0.30 | $ 700 | $ 210.00 |
| 7/11/2013 | YOU, MIKI MEI-QI | Global Rewards Services | Brian Epstein | Meeting in-charge tax official regarding the on-going reporting requirement (Xuhui) | 1.50 | $ 485 | $ 727.50 |
| 7/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2012 Philippines Tax Return - Final email correspondence with WR Grace Philippines to explain how E&Y mistake did not personally harm t/p | 0.30 | $ 350 | $ 105.00 |
| 7/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2012 US Federal tax return and tax equalization calculation - review processing and send for approval | 0.30 | $ 350 | $ 105.00 |
| 7/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Brian Kenny - 2012 US Tax Returns - Discuss W-2 and 1099-R similarities and email t/p to ensure not duplicated | 0.30 | $ 350 | $ 105.00 |
| 7/11/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Regarding assignee: James Nee - 2012 return | 0.40 | $ 500 | $ 200.00 |

EXHIBIT C

**W. R. Grace & Co.**
Hourly Detail
July 1 through July 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/11/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Brian Kenny sourcing severance pay & making corrections .6 - updating return in Global FX | 1.80 | $ 200 | $ 360.00 |
| 7/11/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | banruptcy court applications Preparation of May 2013 summary in connection with bankruptcy court fee applications | 2.10 | $ 200 | $ 420.00 |
| 7/11/2013 | PAUL, RICHARD | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2012 E-Delivery package completed. (Return printed from Global FX, packaged, Printed workpapers from organizer and uploaded files to Tracker | 0.50 | $ 200 | $ 100.00 |
| 7/11/2013 | SETHI, RAJANI | International Assignment Services | Dennis Florian | Regarding assignee: James Nee - 2012 US Tax Return - E-delivery | 0.50 | $ 200 | $ 100.00 |
| 7/11/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of correspondence with assignees: German Huerta, Leonid Leznik, Alexander Nielsen, Andrew Kelly, Eric Austraw that occurred during vacation period | 1.60 | $ 200 | $ 320.00 |
| 7/12/2013 | HE, EMMA YA NA | Global Rewards Services | Brian Epstein | Tax registraiton package preparation - china | 2.50 | $ 195 | $ 487.50 |
| 7/12/2013 | LI, CATHERINE YAN | Global Rewards Services | Brian Epstein | Briefing the documents requirement with client's local contact | 0.70 | $ 700 | $ 490.00 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/12/2013 | YOU, MIKI MEI-QI | Global Rewards Services | Brian Epstein | Phone call communication with tax authority regarding the on-going reporting requirement (Qingdao, Minhang) | 1.00 | $ 485 | $ 485.00 |
| 7/12/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2012 return preparation | 0.40 | $ 500 | $ 200.00 |
| 7/12/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Internal training of new resource (Francine Gesvantner) on US payroll communications and process. Communications with assignee: Andrew Kelly regarding July payroll updates; internal communications with Cristi Cagle to summarize outstanding July payroll queries. | 1.60 | $ 200 | $ 320.00 |
| 7/12/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of assignee: Alexander Nielsen's assignment-related home leave expenses; correspondence with Stephenie Gettier regarding July payroll updates | 0.60 | $ 200 | $ 120.00 |
| 7/12/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Communication with assignee: Andrew Kelly to inform him of his July payroll updates | 0.80 | $ 200 | $ 160.00 |
| 7/12/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Review of assignee: Alexander Nielsen's assignment-related home leave expenses | 0.40 | $ 200 | $ 80.00 |
| 7/12/2013 | TESTOFF, ROBERT A | Pension Fund Services | Debra Poole | Addituional analysis, discussions (with Stephen LaGarde and Elizabeth Drigotas) and calls regarding accruing compensation deductions on the basis of actuarial assumptions in connection with section 404A(g)(4). | 0.50 | $ 700 | $ 350.00 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/15/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Administrative reporting for work done on Bankruptcy Fee Application | 0.20 | $ 325 | $ 65.00 |
| 7/15/2013 | LI, CATHERINE YAN | Global Rewards Services | Brian Epstein | Double confirmation with SAFE senior official over the PBU registation requirement | 0.30 | $ 700 | $ 210.00 |
| 7/15/2013 | LI, CATHERINE YAN | Global Rewards Services | Brian Epstein | Summary over the findings of SAFE and tax registration | 0.70 | $ 700 | $ 490.00 |
| 7/15/2013 | YOU, MIKI MEI-QI | Global Rewards Services | Brian Epstein | Tax registraiton package preparation review and amendment | 1.50 | $ 485 | $ 727.50 |
| 7/15/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - preparing 2012 US IL MD tax return tax equalization | 4.10 | $ 200 | $ 820.00 |
| 7/15/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Adam Grose  - answering follow up question regarding tax equalization payment via phone and email | 0.20 | $ 200 | $ 40.00 |
| 7/15/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Correspondence with Cultural Awareness Int'l and AirInc to request access to their websites for new resource (Francine Gesvantner). | 0.20 | $ 200 | $ 40.00 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/15/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Provided clarifications regarding July payroll notifications and instructed Francine Gesvantner on communications to assignees: Adam Grose, Leonid Leznik, William McCall, Eric Austraw, German Huerta and MF | 1.40 | $ 200 | $ 280.00 |
| 7/15/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of Brookfield vendor invoice cover sheets for assignees: Clive Picton , James Nee, Nate Faulkenberry, Adam Grose and Leonid Leznik | 0.40 | $ 200 | $ 80.00 |
| 7/15/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Distribution of payroll update notifications to assignees: Adam Grose, Leonid Leznik, William McCall, Eric Austraw, German Huerta and MF | 1.80 | $ 200 | $ 360.00 |
| 7/15/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Processed Brookfield vendor invoice cover sheets for assignees: Clive Picton, James Nee, Nate Faulkenberry, Adam Grose and Leonid Leznik; Processed assignee: Alexander Nielsen's assignment-related dependent education expenses | 0.70 | $ 200 | $ 140.00 |
| 7/16/2013 | LI, CATHERINE YAN | Global Rewards Services | Brian Epstein | Discussion with Lisa You regarding the local practice over the plan and her concern over the registration | 0.50 | $ 700 | $ 350.00 |
| 7/16/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Reviewed comments and summary provided by China team on Safe and On-going tax registration. Discussed with manager and sent follow up questions and provided client an update. | 0.70 | $ 430 | $ 301.00 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 7/16/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Martin Newsom - set up in tracker | 0.50 | $ 200 | $ 100.00 |
| 7/16/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Regarding assignees: German Huerta and Nate Faulkenberry - reviewed assignment-related expenses and send communications to Stephenie Gettier regarding outstanding invoices for Cultural Awareness Int'l | 0.60 | $ 350 | $ 210.00 |
| 7/16/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Confirmed Francine Gesvantner's access to AirInc and Cultural Awareness Int'l's assignee tracking websites | 0.20 | $ 200 | $ 40.00 |
| 7/16/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up communication with Cultural Awareness Int'l and Stephenie Gettier regarding assignee: Nate Faulkenberry's cultural training invoice payment | 0.30 | $ 200 | $ 60.00 |
| 7/16/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Processed adjustments for assignee: Alexander Nielsen's assignment-related expenses | 0.20 | $ 200 | $ 40.00 |
| 7/17/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Sent final email regarding PBU China registration to Brian Epstein | 0.10 | $ 430 | $ 43.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 7/17/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Followed up with Stephenie Gettier regarding assignee:  Alexander Nielsen's assignment-related expenses and assignee: Nate Faulkenberry's Cultural Awareness Int'l vendor invoice payments | 0.60 | $   200 | $   120.00 |
| 7/17/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Processed assignee: Nate Faulkenberry's assignment-related expenses | 0.60 | $   200 | $   120.00 |
| 7/17/2013 | MESTER, JUDITH | Pension Fund Services | Debra Poole | Pension Plan tax accounting research and discussion with client (D. Poole) re: Japan. | 1.00 | $   700 | $   700.00 |
| 7/18/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review assignee listing with Francine Gesvantner and followed up with Dennis Florian regarding assignment dates where necessary while updating the tracking logs. | 1.20 | $   200 | $   240.00 |
| 7/18/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Internal training of Francine Gesvantner on monthly payroll log updates/tracking, expense reimbursement process, databases for assignees, vendors and client contacts | 1.60 | $   200 | $   320.00 |
| 7/18/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Internal training with Katrina Champeny regarding monthly payroll log updates/tracking, expense reimbursement process, databases for assignees, vendors and client contacts; Researched and responded to assignee: James Nee's questions regarding goods & services allowance updates | 2.50 | $   200 | $   500.00 |
| 7/19/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Prepare 2012 tax return and projects report for client call on Monday | 1.20 | $   200 | $   240.00 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/19/2013 | VEDAGIRI, RAMA RAO | International Assignment Services | Dennis Florian | Regarding assignee: Alfred Jordan - 2012 Returns transmitted to authorities and updated tracker with transmitted dates | 0.40 | $ 275 | $ 110.00 |
| 7/19/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Internal discussions with Katrina Champeny regarding assignee: James Nee's goods & services update and send additional correspondence to assignee: James Nee regarding his net pay | 0.70 | $ 350 | $ 245.00 |
| 7/19/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of assignee: German Huerta's communications regarding household goods shipment and follow up on inventory for insurance. | 0.40 | $ 200 | $ 80.00 |
| 7/19/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Worked with Francine Gesvantner and Cristi Cagle to research assignee: James Nee's net pay;  followed up with Dennis Florian regarding assignee: Robert Hoover's assignment completion bonus. | 1.20 | $ 200 | $ 240.00 |
| 7/19/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Researched and responded to assignee: James Nee's questions regarding July payroll updates; correspondence with Dennis Florian regarding assignee: Robert Hoover's repatriation allowance and updated July payroll spreadsheet accordingly; updated assignee tracking database to record potential subsequent assignment to Australia for assignee: Robert Hoover. | 1.00 | $ 200 | $ 200.00 |
| 7/22/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Administrative reporting for work done on Bankruptcy Fee Application | 2.40 | $ 325 | $ 780.00 |
| 7/22/2013 | LI, CATHERINE YAN | Global Rewards Services | Brian Epstein | Discussion over the nature of PBU for tax registration purpose, with Lisa You | 0.30 | $ 700 | $ 210.00 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/22/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Status call with Client on 7/22/13 (Dennis Florian) | 1.00 | $ 500 | $ 500.00 |
| 7/22/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Status call with client. Participants: Dennis Florin & Michelle Baker of Grace; Frances Dinkins & Nazanin Azarian of DT | 0.50 | $ 200 | $ 100.00 |
| 7/22/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of assignee: Dirk Strassner's goods & services allowance; follow up with Bee Lan Ang of Grace Singapore regarding assignee: Dirk Strassner's locally paid Singapore expenses; update of August payroll log for assignees: Eric Austraw, Yee Young Cher, Kok How Chew, Nate Faulkenberry, Adam Grose, Robert Hoover, Andrew Kelly, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Mike Piergrossi, Dirk Strassner | 0.60 | $ 200 | $ 120.00 |
| 7/23/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | Internal conversations regarding China plan registrations  - work with Brian Epstein | 0.20 | $ 525 | $ 105.00 |
| 7/23/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Drafted email to confirm with client on the nature of the PBU plan for China tax registration due to its similarity with the current cash bonus plan.  Explained concerns on the plan structure. Discussed with manager on concerns and issues.  Call China te | 1.10 | $ 430 | $ 473.00 |
| 7/23/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Discussions with Katrina Champeny regarding new cost projections for assignees: Jim Bruggy  and Guillermo Rosas | 0.40 | $ 350 | $ 140.00 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 7/23/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Correspondence with Stephenie Gettier regarding July back end payroll file format due to transition to new payroll provider ADP | 0.30 | $ 350 | $ 105.00 |
| 7/23/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of cost projection request templates for assignees: Jim Bruggy and Guillermo Rosas and sent follow up to Dennis Florian for clarification on outstanding questions. | 0.90 | $ 200 | $ 180.00 |
| 7/23/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up with Dennis Florian and Stephenie Gettier regarding assignees: Alexander Nielsen and Eric Austraw assignment-related expenses that were to be direct paid to AMEX | 0.40 | $ 200 | $ 80.00 |
| 7/24/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | update and revise monthly support for jan to apr 2013 bankruptcy fee applications per Office of General Council comments | 5.80 | $ 600 | $ 3,480.00 |
| 7/24/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Correspondence with Brookfield and Cultural Awareness Int'l regarding fee quotes for pre-departure services for assignees: Jim Bruggy and Guillermo Rosas | 0.20 | $ 350 | $ 70.00 |
| 7/24/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Reviewed of updated back end payroll format provided by Stephenie Gettier | 0.20 | $ 350 | $ 70.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/24/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Requested fee quotes from Cultural Awareness Int'l, Brookfield and AirInc for cost projections for assignees:  Jim Bruggy and Guillermo Rosas. Trained Francine Gesvantner on cost projection calculation process | 1.90 | $  200 | $  380.00 |
| 7/24/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Followed up with Stephenie Gettier regarding AMEX payment process for assignees: Alexander Nielsen and Eric Austraw | 0.40 | $  200 | $  80.00 |
| 7/24/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Processed assignee: Eric Austraw's assignment-related expense reports | 0.40 | $  200 | $  80.00 |
| 7/25/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | discussion with Grace (Don Teichen and his team) and Jared Gordon regarding transfer of Japan and assistance w/ determining US and Japan tax implications | 0.70 | $  600 | $  420.00 |
| 7/25/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Correspondence with Dennis Florian and Deloitte Philippines tax team regarding assignee: Robert Hoover's 2013 Philippines tax estimate | 0.70 | $  350 | $  245.00 |
| 7/25/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Reviewed cost projection requests from Dennis Florian for assignees: Jim Bruggy and Guillermo Rosas of Clive Picton deliverables and provide instruction to Francine Gesvantner on how to proceed with generating the estimates | 0.90 | $  200 | $  180.00 |
| 7/25/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review of payroll questions around setup in GA with new ADP files - system setup | 0.40 | $  200 | $  80.00 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/25/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Imported July back end payroll into Global Advantage IHR | 3.20 | $ 275 | $ 880.00 |
| 7/25/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Correspondence with Mercedes D'Angelo of Cultural Awareness Int'l and Cristi Cagle regarding assignees: Jim Bruggy and Guillermo Rosas to understand local housing process (deposits, rent, etc) | 1.30 | $ 200 | $ 260.00 |
| 7/26/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up communications with Shubhika Goel regarding the preparation of assignees: Jim Bruggy and Guillermo Rosas's cost projections | 0.60 | $ 200 | $ 120.00 |
| 7/26/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Email correspondences with Dennis Florian, Katrina Champeny and Shubhika Goel to obtain clarification regarding the cost estimate requests for assignees: Jim Bruggy and Guillermo Rosas. | 0.90 | $ 200 | $ 180.00 |
| 7/26/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Prepared cost estimate templates for assignees: Jim Bruggy and Guillermo Rosas | 1.10 | $ 200 | $ 220.00 |
| 7/27/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Request 2013 Philippines compensation for assignee: Robert Hoover from Grace Singapore | 0.40 | $ 200 | $ 80.00 |
| 7/29/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Administrative reporting for work done on Bankruptcy Fee Application | 0.30 | $ 325 | $ 97.50 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 7/29/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: William McCall - update sourcing defaults | 0.60 | $ 200 | $ 120.00 |
| 7/29/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Regarding assignees: Jim Bruggy and Guillermo Rosas - discussions with Katrina Champeny and Francine Gesvantner regarding assumptions to use in the cost projections | 0.90 | $ 350 | $ 315.00 |
| 7/29/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Drafted assignees: Jim Bruggy and Guillermo Rosas's Letter of Assignments and reviewed their cost projections. Trained Francine Gesvantner on the cost projection review process. | 3.10 | $ 200 | $ 620.00 |
| 7/29/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Reviewed and submitted to Dennis Florian the assignment-related expenses for assignees: Nate Faulkenberry and Leonid Leznik | 1.30 | $ 200 | $ 260.00 |
| 7/29/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Correspondence with Vijay Chavali to request assignee: Robert Hoover's assignment-related expenses and invoices that were recorded GA IHR.  Requested 2013 Employer Insurance Contributions for assignee: Robert Hoover from Stephenie Gettier | 0.30 | $ 200 | $ 60.00 |
| 7/29/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Reviewed Letters of Assignment and cost estimates for assignees: Jim Bruggy and RG | 0.60 | $ 275 | $ 165.00 |
| 7/29/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed and updated the cost estimates for assignee: Jim Bruggy and sent final deliverable to Dennis Florian for approval | 7.00 | $ 200 | $ 1,400.00 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/29/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Prepared cost estimates for assignees: Jim Bruggy and Guillermo Rosas | 7.00 | $ 200 | $ 1,400.00 |
| 7/29/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Processed assignment-expense coversheet for assignees: Nate Faulkenberry and Leonid Leznik | 0.60 | $ 200 | $ 120.00 |
| 7/30/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on detail for bankruptcy fee applications | 0.30 | $ 325 | $ 97.50 |
| 7/30/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Call with Brian Epstein at W.R. Grace to confirm the nature of the PBU awards and the differences from previously granted cash payments. | 0.60 | $ 430 | $ 258.00 |
| 7/30/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Review of relocation expense reports for assignee: Eric Austraw | 0.30 | $ 350 | $ 105.00 |
| 7/30/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Finalized assignee: Jim Bruggy's Letter of Assignment and cost projection. Reviewed assignee: Guillermo Rosas's tax calculations in his cost projection and trained Francine Gesvantner on the process. Updated assignee: Guillermo Rosas's Letter of Assignment | 1.80 | $ 200 | $ 360.00 |
| 7/30/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Review, update and submit to WR Grace assignment-related expenses for assignee: Eric Austraw.  Correspondence with assignee: Eric Austraw to clarify proper expense reporting process. | 1.20 | $ 200 | $ 240.00 |
| 7/30/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up on assignee: Robert Hoover's 2013 expenses and Employer Insurance Contribution. Review of assignee: Robert Hoover's 2012 compensation to clarify which payments we should see reported in 2013. | 0.40 | $ 200 | $ 80.00 |
| 7/30/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Finalized review of assignee: Jim Bruggy's cost estimate and Letter of Assignment and distributed final deliverables to Dennis Florian.  Finalized review and update of assignee: Guillermo Rosas's Letter of Assignment and cost estimate and distributed final deliverables to Dennis Florian | 6.50 | $ 200 | $ 1,300.00 |
| 7/30/2013 | GOEL, SHUBHIKA | International HR & Compliance Services | Dennis Florian | Researched assignee: Robert Hoover's assignment-related expenses in expense tracking log to identify US paid allowances | 0.30 | $ 200 | $ 60.00 |
| 7/30/2013 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | return preparation processes - save info, review info, email sent to client and preparation of log | 2.00 | $ 215 | $ 430.00 |

W. R. Grace & Co.
Hourly Detail
July 1 through July 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 7/31/2013 | LI, CATHERINE YAN | Global Rewards Services | Brian Epstein | Discussion over the nature of PBU for tax registration purpose, with NY office | 0.30 | $ 700 | $ 210.00 |
| 7/31/2013 | LI, CATHERINE YAN | Global Rewards Services | Brian Epstein | Discussion over the nature of PBU for tax registration purpose with tax authorities | 0.30 | $ 700 | $ 210.00 |
| 7/31/2013 | LI, CATHERINE YAN | Global Rewards Services | Brian Epstein | Finalization of the tax registration packages | 1.00 | $ 700 | $ 700.00 |
| 7/31/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Reviewed assignee: Robert Hoover's draft short-term assignment letter for potential assignment to Australia | 0.40 | $ 350 | $ 140.00 |
| 7/31/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Review of specific time reporting requirements on this client due to bankruptcy court arrangement. | 0.20 | $ 275 | $ 55.00 |
| | | | | | 167.30 | | $ 51,900.50 |
| | | | | | | | $(11,624.50) |
| | | | | | | | $ 40,276.00 |