EXHIBIT D

**W. R. Grace & Co.**
**Expenses**
**July 1 through July 31, 2013**

| Date | Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 7/11/2013 | YOU, MIKI MEI-QI | Global Rewards Services | Brian Epstein | Local travel - Meeting tax official | $ 5.39 |
| 7/11/2013 | HE, EMMA YA NA | Global Rewards Services | Brian Epstein | Translation fee | $ 117.25 |
| 7/27/2013 | GORDON, JARED H | International Tax Matters | Don Teichen | Conference call on July 25, 2013 to discuss Japan restructuring with Don Teichen (Verizon conferencing) | $ 4.94 |
| | | | | Total July 2013 Expense | $ 127.58 |