EXHIBIT B

**W. R. Grace & Co.**
Summary
August 1 through August 31, 2013

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| CAGLE, CRISTI BROOKS | 21.30 | $ 350 | $ 7,455.00 |
| CHAMPENY, KATRINA MARIE | 35.10 | $ 200 | $ 7,020.00 |
| CHAVALI, VIJAYA SARADHI | 1.30 | $ 275 | $ 357.50 |
| CORNETT, LAURA CULVER | 27.10 | $ 275 | $ 7,452.50 |
| GESVANTNER, FRANCINE RAE | 20.30 | $ 200 | $ 4,060.00 |
| GOEL, SHUBHIKA | 9.20 | $ 200 | $ 1,840.00 |
| **International HR and Compliance Services** | 114.30 | | $ 28,185.00 |
| (Adjustment per Statement Of Work) | | | $ (19,710.00) |
| | | | $ 8,475.00 |
| YOU, MIKI MEI-QI | 1.60 | $ 485 | $ 776.00 |
| HE, EMMA YA NA | 3.00 | $ 195 | $ 585.00 |
| TIAN, XIAO WU | 2.00 | $ 430 | $ 860.00 |
| **Global Rewards Services** | 6.60 | | $ 2,221.00 |
| BEZNICKI, KAREN LAU | 17.90 | $ 275 | $ 4,922.50 |

EXHIBIT B

## W. R. Grace & Co.
Summary
August 1 through August 31, 2013

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| CREIGHTON, ROBERT BYRON | 25.50 | $ 350 | $ 8,925.00 |
| DINKINS, FRANCOISE A | 0.70 | $ 500 | $ 350.00 |
| GANDHI, SARABJEET | 0.60 | $ 200 | $ 120.00 |
| MANLY SPAIN, FESTINA | 9.90 | $ 200 | $ 1,980.00 |
| SEETHAMSETTY, SRI RAVALI | 0.50 | $ 200 | $ 100.00 |
| **International Assignment Services** | **55.10** | | **$ 16,397.50** |
| (Adjustment per Statement Of Work) | | | $ (5,862.50) |
| | | | $ 10,535.00 |
| | | | |
| DIAZ, LAURA M | 5.00 | $ 215 | $ 1,075.00 |
| DIAZ, REINALDO A | 0.50 | $ 215 | $ 107.50 |
| MORALES, SONIA IRIS | 1.90 | $ 215 | $ 408.50 |
| OTERO, MARIA D | 3.80 | $ 415 | $ 1,577.00 |
| RIVERA FUENTES, DIANNE MARIE | 21.40 | $ 215 | $ 4,601.00 |
| RODRIGUEZ, ALMA E | 1.30 | $ 215 | $ 279.50 |
| **Puerto Rico Tax Compliance** | **33.90** | | **$ 8,048.50** |
| | | | |
| BROOKS, THOMAS J | 0.60 | $ 600 | $ 360.00 |

EXHIBIT B

**W. R. Grace & Co.**
**Summary**
**August 1 through August 31, 2013**

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| WICKERT, DIANE L | 5.10 | $ 325 | $ 1,657.50 |
| Bankruptcy Administration & Misc Matters | 5.70 | | $ 2,017.50 |
| | | | |
| Subtotal | 215.60 | | $ 31,297.00 |
| Expenses | | | $ 1.76 |
| Total Deloitte Tax LLP Fees - August 1 through August 31, 2013 | | | $ 31,298.76 |