EXHIBIT C

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 8/1/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on time and expense for submission of fee applications to bankruptcy court | 0.90 | $ 325 | $ 292.50 |
| 8/1/2013 | YOU, MIKI MEI-QI | Global Rewards Services | Brian Epstein | Phone call with local contact on chop arrangement and explain the requirement from the local tax bureau | 0.30 | $ 485 | $ 145.50 |
| 8/1/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Internal team meeting and training - Katrina Champeny, Laura Cornett, Francine Gesvantner, Cristi Cagle | 6.70 | $ 350 | $ 2,345.00 |
| 8/1/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Updated assignee Robert Hoover's repatriation letter of assignment | 0.20 | $ 200 | $ 40.00 |
| 8/1/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Finalized August 2013 payroll and submitted to Stephenie Gettler for further processing for assignees: Eric Austraw, Yee Young Cher, Kok How Chew, Nate Faulkenberry, Adam Grose, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Mike Piergrossi, Dirk Strassner | 0.60 | $ 200 | $ 120.00 |
| 8/1/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Follow up with Deloitte U.S. India team regarding the proper coding of assignee Eric Austraw's expenses. | 0.20 | $ 200 | $ 40.00 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/1/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Internal meeting to transition knowledge of the account to Laura Cornett and Francine Gesvantner to take over my activities. | 6.40 | $ 200 | $ 1,280.00 |
| 8/1/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Internal team meeting to transition IHR work to Francine Gesvantner and Laura Cornett and documented process notes from the days meeting. | 7.90 | $ 275 | $ 2,172.50 |
| 8/1/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | internal team meeting and training - Katrina Champeny, Laura Cornett, Francine Gesvantner, Cristi Cagle | 1.80 | $ 200 | $ 360.00 |
| 8/1/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Team training to review processes for payroll, letters of assignment, compensation collection  Invoice processing, service initiations and assignee communications | 1.10 | $ 200 | $ 220.00 |
| 8/1/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Prepared and sent repatriation letter of assignment for assignee  Robert Hoover | 0.50 | $ 200 | $ 100.00 |
| 8/2/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | internal meeting with Katrina Champeny and Laura Cornett to review assignee listing and status of deliverables | 1.90 | $ 350 | $ 665.00 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 8/2/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Review of AMEX expense process for assignee Eric Austraw's relocation airfare and assignee Alexander Nielsen home leave airfare. Submitted cover sheet for Alexander Nielsen's expenses and communicated with Stephenie Gettier on the amount due. Reviewed child care expenses for assignee Alexander Nielsen and exception request | 1.80 | $    200 | $    360.00 |
| 8/2/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Review of 2013 assignee listing and identified action to be taken on each of them. Trained Laura Cornett on the assignee population. | 2.90 | $    200 | $    580.00 |
| 8/2/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Meeting with Cristi Cagle and Katrina Champeny regarding the transition of responsibility; discussed each assignee to determine actions required | 5.40 | $    275 | $    1,485.00 |
| 8/2/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Processed assignment expenses for assignee Eric Austraw | 0.20 | $    200 | $    40.00 |
| 8/2/2013 | RIVERA FUENTES, DIANNE MARIE | Puerto Rico Tax Compliance | Joe Bahorich | Darex- 2012- Personal Property Tax Return preparation, prepare draft email information request, discuss with senior, overview info received, work with 2010 work papers | 4.00 | $    215 | $    860.00 |
| 8/2/2013 | RIVERA FUENTES, DIANNE MARIE | Puerto Rico Tax Compliance | Joe Bahorich | Darex- 2012- Personal Property Tax- MRV Calculation | 4.00 | $    215 | $    860.00 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 8/5/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on time and expense for submission of fee applications to bankruptcy court | 0.10 | $ 325 | $ 32.50 |
| 8/5/2013 | HE, EMMA YA NA | Global Rewards Services | Brian Epstein | Registration package submission in Shanghai (two tax bureaus) | 3.00 | $ 195 | $ 585.00 |
| 8/5/2013 | YOU, MIKI MEI-QI | Global Rewards Services | Brian Epstein | Final confirmation with SAFE on their current registration requirement of PBU | 0.30 | $ 485 | $ 145.50 |
| 8/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover - 2012: Australia Assignment Letter Review and Modifications - Review, discuss internally and email Dennis Florian with additional questions | 1.00 | $ 350 | $ 350.00 |
| 8/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee James, Nee - 2012: US Tax Return - Follow up email from taxpayer regarding cash flow questions - respond | 0.60 | $ 350 | $ 210.00 |
| 8/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Kati Hazrati - 2012: Belgium tax return - forward Belgium tax payment info to Belgium team for return finalization | 0.30 | $ 350 | $ 105.00 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 8/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Yong Pan - US Tax Estimates Domiciled and not Domiciled in Maryland - Prepare calculation, review, send taxpayer | 1.20 | $ 350 | $ 420.00 |
| 8/5/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Email correspondence with Cultural Awareness Int'l requesting access to assignee database for Laura Cornett | 0.30 | $ 350 | $ 105.00 |
| 8/5/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Review of assignee Eric Austraw's internal expense process. Submitted assignee Yee Young Cher's expenses to Deloitte USI team for processing; sent confirmation to assignee Alexander Nielsen advising that his family home leave was submitted to WR Grace for payment | 0.40 | $ 200 | $ 80.00 |
| 8/5/2013 | RIVERA FUENTES, DIANNE MARIE | Puerto Rico Tax Compliance | Joe Bahorich | Personal property tax return preparation, Inventory Monthly Detail preparation, Discuss ith senior, Email info request, call with client, balance sheet recap, Determine additions and disposals, treatment of assets as taxable inventory | 9.90 | $ 215 | $ 2,128.50 |
| 8/6/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | call w/ Christi Cagle and Robert Creighton regarding bankruptcy fee applications for May through July | 0.60 | $ 600 | $ 360.00 |
| 8/6/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | conference call regarding bankruptcy fee applications | 0.30 | $ 325 | $ 97.50 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|-----------|
| 8/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Internal Call with Jim Brooks and Cristi Cagle to discuss changes needed to May and June fee applications to conform with bankruptcy requirements | 1.30 | $ 350 | $ 455.00 |
| 8/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover - 2013 Philippines Tax Estimate - Email Philippines office to confirm that prior year refund returned to company can be subtracted as negative compensation | 0.60 | $ 350 | $ 210.00 |
| 8/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover - Assignment to Philippines - Assignment Letter Review - Go through Dennis Florian's comments regarding assignment and look through changes needed to letter | 0.90 | $ 350 | $ 315.00 |
| 8/6/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee William McCall - finish prep of 2012 return | 2.00 | $ 200 | $ 400.00 |
| 8/6/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Correspondence with Dennis Florian and Rob Creighton regarding assignee Robert Hoover's 2013 Philippines taxes and letter of assignment for his upcoming Australian assignment; correspondence with Dennis Florian regarding AirInc invoice number 225937 | 0.40 | $ 350 | $ 140.00 |
| 8/6/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Internal conference call with Jim Brooks, Diane Wickert and Rob Creighton regarding bankruptcy court fee applications; update of May and June fee applications with additional information required for the bankruptcy court | 3.40 | $ 350 | $ 1,190.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/6/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Follow up on Alexander Nielsen's exception child care payment and communicated Grace's decision to the assignee. Reviewed assignee Yee Young Cher's utility and maintenance expenses. Reviewed assignee Dirk Strassner's home leave, immigration, and local move expenses. | 1.30 | $ 200 | $ 260.00 |
| 8/6/2013 | CHAVALI, VIJAYA SARADHI | International HR and Compliance Services | Dennis Florian | Worked with Shubhika Goel to update the eRoom database for assignees: Eric Austraw and Nate Faulkenberry | 0.50 | $ 275 | $ 137.50 |
| 8/6/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Updated expense log in the eRoom and created year end eRoom tracking database | 1.00 | $ 200 | $ 200.00 |
| 8/6/2013 | RIVERA FUENTES, DIANNE MARIE | Puerto Rico Tax Compliance | Joe Bahorich | Darex- call client, overview info received, update work papers, recap balance sheet with audit adjustments | 2.50 | $ 215 | $ 537.50 |
| 8/7/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on time and expense for submission of fee applications to bankruptcy court | 0.70 | $ 325 | $ 227.50 |
| 8/7/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Review of Philippines paid payments reported by Grace Philippines, review of global compensation report and distribution of report for assignee Robert Hoover to Deloitte Philippines tax team for generation of 2013 Philippines tax estimate | 0.80 | $ 350 | $ 280.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/7/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Initiated July bankruptcy court fee application | 1.70 | $ 350 | $ 595.00 |
| 8/7/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Confirmed cost projection assumptions for assignee Jens Ebinghaus with Dennis Florian and provided instruction to Deloitte USI team to prepare the estimate and request vendor data. | 1.30 | $ 200 | $ 260.00 |
| 8/7/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Researched assignee German Huerta's goods and services and follow up with WR Grace to confirm the monthly amount. Confirmed to Clive Pinto that assignee Eric Austraw should receive goods & services as a net payment. | 1.10 | $ 200 | $ 220.00 |
| 8/7/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Researched home maintenance expense for assignee Yee Young Cher and confirmed no receipts to Bee Lan. Reviewed AirInc invoice and submitted to WR Grace for payment. Reviewed assignee Dirk Strassner's home leave and Singapore local move expenses and provided to WR Grace. | 0.80 | $ 200 | $ 160.00 |
| 8/7/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Reviewed Philippines January - July 2013 compensation for assignee Robert Hoover | 0.20 | $ 200 | $ 40.00 |
| 8/7/2013 | CHAVALI, VIJAYA SARADHI | International HR and Compliance Services | Dennis Florian | Worked on the January to June payroll imports for the Philippines data provided for assignees: Eric Austraw, Yee Young Cher, Kok How Chew, Nate Faulkenberry, Adam Grose, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Michael Piergrossi, Dirk Strassner | 0.80 | $ 275 | $ 220.00 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/7/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Prepared the internal Cost Projection Assumption documentation | 0.80 | $ 275 | $ 220.00 |
| 8/7/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Created the year end eRoom tracking database; updated assignment details for assignees: Kati Hazrati and Leonid Leznik in eRoom tracking database, updated expense log for assignees: Dirk Strassner and Alexander Nielsen and expense invoice for AirInc | 1.00 | $ 200 | $ 200.00 |
| 8/7/2013 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | Darex Property Tax Return: Revision of the Property Tax Return prepared by Dianne Rivera.  Email Sent to Cinthia Albert to confirm treatment of CIP included in the Trial Balance, email to Cinthia Albert to request final AFS and to let her know status. | 4.50 | $ 215 | $ 967.50 |
| 8/7/2013 | RIVERA FUENTES, DIANNE MARIE | Puerto Rico Tax Compliance | Joe Bahorich | Darex PR - 2012 Property Return | 1.00 | $ 215 | $ 215.00 |
| 8/8/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on bankruptcy court fee applications | 1.70 | $ 325 | $ 552.50 |
| 8/8/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Michael Federspiel - additional prep of 2012 tax return, request for clarification | 1.50 | $ 200 | $ 300.00 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/8/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Compilation of assignee Adam Grose's monthly 2013 assignment costs for Dennis Florian; Correspondence with Tinique Perry regarding the calculation of assignee German Huerta's goods & services allowance | 0.80 | $ 350 | $ 280.00 |
| 8/8/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Provided clarifications to Deloitte USI team to prepare cost projection for assignee Jens Ebinghaus. Reviewed documents with Laura Cornett to train her on the process. | 3.90 | $ 200 | $ 780.00 |
| 8/8/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Review of assignee Dirk Strassner and Robert Hoover's August payroll communications | 0.30 | $ 200 | $ 60.00 |
| 8/8/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Followed up with WR Grace about Cultural Awareness International outstanding invoices for assignees: Eric Austraw and German Huerta | 0.30 | $ 200 | $ 60.00 |
| 8/8/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Reviewed draft Cost Projection and Letter of Assignment for assignee Jens Ebinghaus with Katrina Champeny; Read through emails regarding assignees: Eric Austraw, Yee Young Cher, Adam Grose and Alexander Nielsen; Sent out emails to assignees: Robert Hoover and Dirk Strassner regarding August payroll changes | 3.30 | $ 275 | $ 907.50 |
| 8/8/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Generated assignment cost projection for assignee Jens Ebinghaus | 3.80 | $ 200 | $ 760.00 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/8/2013 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | Discuss with Maria Otero changes from the return | 0.20 | $ 215 | $ 43.00 |
| 8/8/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | Detail review of the 2012 Puerto Rico Personal Property Tax Return.  Passed for processing and signed tletter. | 3.50 | $ 415 | $ 1,452.50 |
| 8/9/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | General: Lisa Lin (WR Grace China) request for tax advice regarding US citizen assignment from Singapore to China - request authorization from Dennis and discuss advice with Festina | 0.60 | $ 350 | $ 210.00 |
| 8/9/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Michael Federspiel, 2012: Foreign Bank and Financial Accounts Form - Discuss how prepared by taxpayer without Deloitte assistance | 0.30 | $ 350 | $ 105.00 |
| 8/9/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Regarding assignee Guillerm Rosas  - Call with France to understand and respond to his question regarding deducting his daughter's university costs | 0.40 | $ 500 | $ 200.00 |
| 8/9/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Review of assignee Jens Ebinghaus's cost projection and letter of assignment | 0.60 | $ 350 | $ 210.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 8/9/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Correspondence with Laura Cornett regarding assignee Adam Grose's repatriation costs | 0.30 | $ 350 | $ 105.00 |
| 8/9/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Updated assignee Jens Ebinghaus's cost projection with household goods shipment quote and taxes. Updated assignee Jens Ebinghaus's letter of assignment with hypothetical tax amount and signed off on final review. Trained Laura Cornett on updating the taxes on final deliverables. Followed up with Brookfield regarding assignee Adam Grose's repatriation household goods shipment. | 1.60 | $ 200 | $ 320.00 |
| 8/9/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Follow up with Cultural Awareness International to resubmit bills to address WR Grace and not Deloitte. | 0.30 | $ 200 | $ 60.00 |
| 8/9/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Finalized cost projection and letter of assignment for assignee Jens Ebinghaus; Requested household goods shipment fee quote from Brookfield for assignee Adam Grose's repatriation | 1.10 | $ 275 | $ 302.50 |
| 8/9/2013 | MORALES, SONIA IRIS | Puerto Rico Tax Compliance | Joe Bahorich | Prepared UPS package and transmittal letter for 2012 property tax return delivery. Made copies for tax file. | 1.10 | $ 215 | $ 236.50 |
| 8/9/2013 | RODRIGUEZ, ALMA E | Puerto Rico Tax Compliance | Joe Bahorich | Darex PR - finalizing 2012 Property Return | 0.80 | $ 215 | $ 172.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 8/12/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | administrative work on detail associated with the bankruptcy fee applications | 0.10 | $ 325 | $ 32.50 |
| 8/12/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Set up a call to go through client questions on Stock Option reports based on client's request. Sent email to follow up on tax registration details in China. | 0.20 | $ 430 | $ 86.00 |
| 8/12/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover -  2013: Assignment Letter to Australia - Discuss modifications needed to letter to incorporate tax assistance and tax equalization | 0.30 | $ 350 | $ 105.00 |
| 8/12/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Yong Pan -  Question regarding IRA contributions from taxpayer - research and respond to e-mail | 0.50 | $ 350 | $ 175.00 |
| 8/12/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Update of assignee Robert Hoover's letter of assignment for short-term assignment to Australia; Coordinated with Robert Creighton and Festina Manly-Spain on tax instruction to be included in the document. | 1.20 | $ 200 | $ 240.00 |
| 8/12/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Follow up on assignee Robert Hoover's utilities and property management expenses processed through the Philippines office. Follow up on assignee Kok How Chew home leave expenses processed through AMEX. Review of assignee German Huerta's expenses and follow up on enroute travel expenses through AMEX. | 2.20 | $ 200 | $ 440.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 8/12/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Forward shipping quote to Dennis Florian for assignee Adam Grose; Reply to assignee Dirk Strassner regarding his new goods and services via email; read through emails regarding expenses for assignee German Huerta | 0.70 | $    275 | $    192.50 |
| 8/12/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Processed assignment-related expenses for assignees: Eric Austraw, German Huerta, Robert Hoover, Kok How Chew | 1.30 | $    200 | $    260.00 |
| 8/13/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Adam Grose - email to Brian Epstein at WR Grace for equity detail Hong Kong needed | 0.20 | $    200 | $    40.00 |
| 8/13/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Adam Grose - review email from Hong Kong regarding Adam Grose, discuss with Rob Creighton, send response | 0.50 | $    200 | $    100.00 |
| 8/13/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | General - draft and send email regarding advice on 2 scenarios including Yong Pan's situation | 0.70 | $    200 | $    140.00 |
| 8/13/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Call with USI to finalize German Huerta's expenses. Follow up with Cultural Awareness International on outstanding invoices. Provide Kok How Chew's home leave cover sheet to Stephenie. | 1.10 | $    200 | $    220.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/13/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Updated assignees: German Huerta and Kok How Chew's expenses and submitted to Deloitte US team for review and sign off | 0.50 | $ 200 | $ 100.00 |
| 8/14/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee Yee Young Cher - review 2012 tax returns | 2.80 | $ 275 | $ 770.00 |
| 8/14/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Follow up with Laura Cornett on communicating to assignee Dirk Strassner regarding his goods & services update due to family size and salary increase. | 0.40 | $ 200 | $ 80.00 |
| 8/14/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Review of Alexander Nielsen's gas expense. Review of German Huerta's cultural training invoice. Review of James Nee family home leave expenses. | 0.80 | $ 200 | $ 160.00 |
| 8/14/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Research and draft email to assignee Dirk Strassner regarding his goods & services differential question; email to Dennis Florian regarding the treatment of assignee Dirk Strassner's goods & services updates | 2.10 | $ 275 | $ 577.50 |
| 8/14/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | reviewed assignee James Nee's spouse's home leave expenses and validated they were authorized per the letter of assignment | 1.30 | $ 200 | $ 260.00 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/14/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Updates expense tracking for assignee Alexander Nielsen and German Huerta | 0.50 | $ 200 | $ 100.00 |
| 8/15/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | Call with Grace to discuss about country tax matrix/report for Grace Stock Option countries. Walked through income and social tax withholding requirements per country. Preparation before the call. Email to China team to confirm payout method for PBU. | 1.80 | $ 430 | $ 774.00 |
| 8/15/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover - Amended Philippines Return to account for refund of US tax gross-up - email Philippines to see if possible | 0.30 | $ 350 | $ 105.00 |
| 8/15/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Follow up with assignee German Huerta to clarify the process for obtaining reimbursement of his relocation expenses | 0.20 | $ 200 | $ 40.00 |
| 8/15/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Provided instruction to Laura Cornett on sending introduction email to the global assignees | 0.20 | $ 200 | $ 40.00 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|-----------|
| 8/16/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - review 2012 tax return | 1.30 | $ 275 | $ 357.50 |
| 8/16/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover - Amended Philippines Return to account for refund of US tax gross-up - go through Philippines advice and request add'l info regarding timing, cost, etc. | 0.60 | $ 350 | $ 210.00 |
| 8/16/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Yee Young Cher - 2012: US Federal and State tax returns - review, changes, sign, send processing | 2.30 | $ 350 | $ 805.00 |
| 8/16/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | General: Singapore to China assignment advice to company - go through company's request and request additional information regarding tax equalization and request Singapore taxation advice from deloitte Singapore | 0.30 | $ 350 | $ 105.00 |
| 8/16/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Followed up with assignee German Huerta regarding reimbursement of his relocation expenses; submitted assignee James Nee's family home leave expenses to Stephenie Gettier and followed up with assignee James Nee to confirm reimbursement date; reviewed internal expense log to confirm that the Cultural Awareness Int'l invoices were documented; provided instruction to Francine Gesvantner on | 0.60 | $ 200 | $ 120.00 |
| 8/16/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Reviewed Brookfield household goods expenses for assignees: James Nee, Adam Grose, Leonid Leznik, Nate Faulkenberry and German Huerta | 1.20 | $ 200 | $ 240.00 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 8/18/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Review of communications/emails that were sent while I was out of the office | 0.50 | $ 350 | $ 175.00 |
| 8/19/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee Yee Young Cher - review points from Rob | 0.30 | $ 275 | $ 82.50 |
| 8/19/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Biweekly Status Update Call with Dennis Florian, Stephenie Gettler, and Festina Manley-Spain - prep for call, pulling reports, and conference call | 2.00 | $ 350 | $ 700.00 |
| 8/19/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | General: China Permanent Establishment Advice in light of New Legislative Developments - Deliver advice to client | 1.00 | $ 350 | $ 350.00 |
| 8/19/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Alexander Nielsen - German Tax Calculations - email correspondence with German office regarding authorization to bill | 0.30 | $ 350 | $ 105.00 |
| 8/19/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Christopher Schek - 2012: Belgium Tax Returns - Gathering compensation and assignment details | 0.50 | $ 350 | $ 175.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 8/19/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Martin Newsome - 2011/2012: Amended UK Return - Correspondence with the company to get authorization | 0.30 | $ 350 | $ 105.00 |
| 8/19/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Yee Young Cher - 2012: US Federal and State Returns - Discuss Payment Vouchers for company to make payments | 0.30 | $ 350 | $ 105.00 |
| 8/19/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Preparation for WR Grace call on 8/19/13 - includes preparing status report to provide to client and following up with foreign offices | 2.20 | $ 200 | $ 440.00 |
| 8/19/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | WR Grace status call with Rob Creighton, Dennis Florin and Stephenie G from Grace | 0.50 | $ 200 | $ 100.00 |
| 8/19/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Internal discussions with Katrina Champeny, Laura Cornett and Francine Gesvantner to catch up from vacation | 0.40 | $ 350 | $ 140.00 |
| 8/19/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Review of assignee Leonid Leznik's assignment-related expenses and historical emails to provide to Francine Gesvantner | 0.60 | $ 200 | $ 120.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 8/19/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Status update with Cristi Cagle on outstanding issues while she was on vacation. Follow up on transitioning work to Laura Cornett. Provide assignee email addresses for active assignees to Laura Cornett. | 1.30 | $ 200 | $ 260.00 |
| 8/19/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Drafted and distributed email to the global assignees introducing myself as new contact; Email correspondence with assignee Dirk Strassner regarding his goods & services differential; emailed Francine Gesvantner regarding assignee Dirk Strassner's September payroll  updates | 1.40 | $ 275 | $ 385.00 |
| 8/19/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Updated payroll log for September and add retroactive adjustment for assignee Dirk Strassner's goods & services underpayment and updated the log to reflect the new allowance going forward | 0.40 | $ 200 | $ 80.00 |
| 8/19/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Reviewed invoices for Brookfield Relocation Services for assignees: Nate Faulkenberry, Adam Grose, German Huerta, Leonid Leznik and James Nee; reviewed home leave expenses for assignee Leonid Leznik | 2.10 | $ 200 | $ 420.00 |
| 8/19/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Correspondence with Brookfield Relocation Services to obtain clarification regarding their fees | 0.60 | $ 200 | $ 120.00 |
| 8/19/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Reviewed assignee Leonid Leznik's letter of assignment and prior communications to determine his immigration status to confirm if invoices for home leave were applicable. | 0.60 | $ 200 | $ 120.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/19/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Processed Brookfield Relocation Services invoices for assignees: German Huerta and Leonid Leznik | 0.70 | $ 200 | $ 140.00 |
| 8/20/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Peter Dey, 2012/2013 UK Tax Returns - Correspondence with UK office to get work records set up | 0.30 | $ 350 | $ 105.00 |
| 8/20/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Yee Young Cher - 2012: US Federal and State Returns - Email correspondence with Stephenie Gettier and taxpayer to explain payments, compensation, etc. | 0.60 | $ 350 | $ 210.00 |
| 8/20/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Communications with Dennis Florian to advise him of our internal staffing changes; reviewed assignee listing to confirm who should receive the announcement of the staffing changes; granted Murali Paluru and Aloke Gupta access to WR Grace Global Advantage IHR database and eRoom | 0.60 | $ 350 | $ 210.00 |
| 8/20/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Discussed assignee Leonid Leznik's assignment-related expense review process with Francine Gesvantner; finalized assignee Kok How Chew expense processing with Singapore Accounts Payable department | 0.60 | $ 200 | $ 120.00 |
| 8/20/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Finalized transition to Laura Cornett. | 0.30 | $ 200 | $ 60.00 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/20/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Reviewed assignee Robert Hoover's letter of assignment; reviewed assignees: Youcef Boudeffa and assignee Anuj email communications; distributed introduction email to global assignees | 0.50 | $ 275 | $ 137.50 |
| 8/20/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Researched assignee Robert Hoover's Australia assignment details and requested clarifying information from Stephenie Gettier regarding which payroll he will be paid from; Update payroll log with new information regarding assignee Robert Hoover's payroll processing. | 1.50 | $ 200 | $ 300.00 |
| 8/20/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Final review and distribution of assignee Leonid Leznik's assignment-related expenses to Stephenie Gettier for processing | 0.30 | $ 200 | $ 60.00 |
| 8/20/2013 | GOEL, SHUBHIKA | International HR and Compliance Services | Dennis Florian | Updated expense coversheet for assignee Leonid Leznik's assignment-related expenses | 0.20 | $ 200 | $ 40.00 |
| 8/21/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - review 2012 tax returns | 4.50 | $ 275 | $ 1,237.50 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 8/21/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Youcef Boudeffa - 2012 Belgium Tax Return - Gather compensation items for Belgium team | 0.50 | $ 350 | $ 175.00 |
| 8/21/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Youcef Boudeffa - request information on company car from Lou Rust | 0.10 | $ 200 | $ 20.00 |
| 8/21/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Youcef Boudeffa - respond to Belgium office questions and provide with breakdown of assignment compensation | 0.70 | $ 200 | $ 140.00 |
| 8/21/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Internal team meeting with Katrina Champeny, Francine Gesvantner, and Laura Cornett to discuss transition of responsibilities; correspondence with Vijay Chavali and Murali Paluru regarding transition of USI responsibilities | 0.60 | $ 350 | $ 210.00 |
| 8/21/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Reviewed assignee Dirk Strassner's assignment-related expense processing from Singapore Accounts Payable; Provided Stephenie Gettier with assignee Kok How Chew's home leave receipts. | 0.40 | $ 200 | $ 80.00 |
| 8/21/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Internal team call to finalize transition questions from Laura Cornett and Francine Gesvantner. | 0.80 | $ 200 | $ 160.00 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 8/21/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Internal team call regarding transition of Deloitte IHR team; Reviewed assignment-related expense report emails from assignee Leonid Leznik; Email correspondence with Dennis Florian and Stephanie Gettier regarding the setup of monthly calls; Sent email to Cultural Awareness Int'l to gain access to weekly report distribution list | 1.60 | $ | 275 | $ 440.00 |
| 8/21/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Internal team meeting/call regarding transition of responsibilities with Cristi Cagle, Katrina Champeny and Laura Cornett | 0.60 | $ | 200 | $ 120.00 |
| 8/21/2013 | DIAZ, LAURA M | Puerto Rico Tax Compliance | Joe Bahorich | Act 40 analysis with Maria Otero | 0.30 | $ | 215 | $ 64.50 |
| 8/21/2013 | MORALES, SONIA IRIS | Puerto Rico Tax Compliance | Joe Bahorich | Prepared and sent follow-up email requesting signed 2012 engagement letter. Uploaded electronic data files for 2012 property tax work. | 0.50 | $ | 215 | $ 107.50 |
| 8/21/2013 | RODRIGUEZ, ALMA E | Puerto Rico Tax Compliance | Joe Bahorich | Darex PR - 2012 Property Return, administrative matters related to return engagement | 0.50 | $ | 215 | $ 107.50 |
| 8/22/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - review 2012 tax returns (compensation allocation) | 4.50 | $ | 275 | $ 1,237.50 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/22/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - 2012 US Tax Returns - Answer questions for Karen during her review | 0.30 | $ 350 | $ 105.00 |
| 8/22/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Kati Hazrati - update 2012 return with Belgium liability, update workpapers | 0.60 | $ 200 | $ 120.00 |
| 8/22/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Discuss with Cristi Cagle the monthly status call set up and agenda; sent out calendar invites for monthly call to Stephenie Gettier, Dennis Florian, Cristi Cagle and Francine Gesvantner; prepared draft agenda for team to review | 1.70 | $ 275 | $ 467.50 |
| 8/22/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Conference call with Laura Cornett regarding the agenda for the monthly call with Dennis Florian and Stephenie Gettier; reviewed agenda sample that Laura Cornett sent | 0.80 | $ 200 | $ 160.00 |
| 8/22/2013 | MORALES, SONIA IRIS | Puerto Rico Tax Compliance | Joe Bahorich | Uploaded pdf copies to "I" 2012 property tax return final and transmittal letter. | 0.30 | $ 215 | $ 64.50 |
| 8/22/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | Discussions with Laura Diaz regarding impact of Act 40 on client | 0.30 | $ 415 | $ 124.50 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 8/23/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - 2012 US Tax Returns - Answer additional questions for Karen during her review | 0.30 | $ 350 | $ 105.00 |
| 8/23/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Regarding assignee Yee Young Cher - 2012 RETURNS | 0.30 | $ 500 | $ 150.00 |
| 8/23/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover - follow up with Philippines office & email Dennis Florian of WR Grace | 0.40 | $ 200 | $ 80.00 |
| 8/23/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | correspondence with Cultural Awareness and Stephenie Gettier regarding outstanding invoices for assignees: Eric Austraw, German Huerta and Nate Faulkenberry | 0.30 | $ 350 | $ 105.00 |
| 8/23/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Correspondence with Dennis Florian regarding potential permanent transfer: Gyung Ho Song | 0.20 | $ 350 | $ 70.00 |
| 8/23/2013 | DIAZ, REINALDO A | Puerto Rico Tax Compliance | Joe Bahorich | Draft email to request the conference call regarding changes due to Act-40 2013. | 0.50 | $ 215 | $ 107.50 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/26/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - 2012 US Federal and State Returns, Tax Equalization Calculation - Review, changes, and sign - complex sourcing and personal investments | 4.00 | $    350 | $    1,400.00 |
| 8/26/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Discussions with Francine Gesvantner to identify best approach for merging assignee tracking databases. | 0.40 | $    200 | $    80.00 |
| 8/26/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Sent email to Dennis Florian regarding status of the pre-departure assignees: Enzo Orellana, Jim Bruggy and Guillermo Rosas | 0.30 | $    200 | $    60.00 |
| 8/26/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Consolidated and updated assignee tracking eRoom databases | 4.20 | $    200 | $    840.00 |
| 8/27/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - 2012 Tax Equalization Calculation - Changes to Medicare tax | 0.50 | $    350 | $    175.00 |
| 8/27/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Kati Hazrati - 2012: US Federal and State returns, tax equalization calculation - review, changes, sign | 2.90 | $    350 | $    1,015.00 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/27/2013 | GANDHI, SARABJEET | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - 2012 ED Process Complete - pinged preparer for code | 0.60 | $ 200 | $ 120.00 |
| 8/27/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Discussion with Francine Gesvantner regarding assignee Robert Hoover's 2013 compensation | 0.40 | $ 350 | $ 140.00 |
| 8/27/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Reviewed eroom database tracker changes and provided feedback to Francine Gesvantner | 0.60 | $ 275 | $ 165.00 |
| 8/27/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Assigned descriptions to payments for assignee Robert Hoover's pay for Philippines tax; send email to Stephenie Gettier for tax gross up rate. | 1.30 | $ 200 | $ 260.00 |
| 8/28/2013 | YOU, MIKI MEI-QI | Global Rewards Services | Brian Epstein | According to the feedback from tax bureau, modify the registration package, communicate with the tax bureau and arrange for another submission in Xuhui | 1.00 | $ 485 | $ 485.00 |
| 8/28/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee Brian Kenny - 2012 tax return review points | 0.50 | $ 275 | $ 137.50 |

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/28/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Kati Hazrati - 2012: US Federal and State returns, tax equalization calculation - review final documents and send for final approval | 0.30 | $ 350 | $ 105.00 |
| 8/28/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee Yee Young Cher - 2012 US Tax Returns - Follow Up Questions from Dennis Florian regarding Yee-Young's questions - respond | 0.30 | $ 350 | $ 105.00 |
| 8/28/2013 | SEETHAMSETTY, SRI RAVALI | International Assignment Services | Dennis Florian | Regarding assignee Kati Hazrati - 2012 processed for e-delivery | 0.50 | $ 200 | $ 100.00 |
| 8/29/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | gathering data for May and June bankruptcy court fee applications | 1.30 | $ 325 | $ 422.50 |
| 8/29/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee William McCall - review 2012 tax returns | 4.00 | $ 275 | $ 1,100.00 |
| 8/29/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee Bob Hoover - draft response regarding Philippine tax refund for Dennis Florian | 0.50 | $ 200 | $ 100.00 |

EXHIBIT C

W. R. Grace & Co.
Hourly Detail
August 1 through August 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 8/29/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Review of cost projection assumptions document and correspondence with Francine Gesvantner and Laura Cornett regarding applicable updates | 0.80 | $ 350 | $ 280.00 |
| 8/29/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Internal meeting to discuss Deloitte USI transition - Laura Cornett, Murali Paluru, Vijay Chavali | 0.60 | $ 350 | $ 210.00 |
| 8/29/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Review of cost projection assumptions and provided feedback to Francine Gesvantner and Laura Cornett | 0.40 | $ 200 | $ 80.00 |
| 8/29/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Researched gross up amount for assignee Robert Hoover's 2012 compensation and email to Philippines and Tax. | 0.70 | $ 200 | $ 140.00 |
| 8/29/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Reviewed cost projection process documentation and researched for amount to be included for language lesson fees. | 1.00 | $ 200 | $ 200.00 |
| | | | | | 215.60 | | $ 56,869.50 |
| | | | | | | | $ (25,572.50) |
| | | | | | | | $ 31,297.00 |