EXHIBIT D

**W. R. Grace**
**Expenses Detail**
**August 1 through August 31, 2013**

| Date | Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 8/6/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Florian, Dennis | Conference Call with Jim Brooks, Rob Creighton and Diane Wickert to discuss bankrupty court billing requirements | 1.76 |
| | | | | **Expenses for August 2013** | **$ 1.76** |