**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 12, 2013

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11484

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/1/2013 | BSR | Review of Deloitte Tax's Jan. 2013 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |
|  | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
|  | BSR | Review of Baker Donelson's monthly fee applications for October, November, and December 2012, as well as Jan., Feb., March, April, May, and June 2013 | 1.00 | 310.00 |
|  | AL | Update database with Kramer's August fee application (.2); Foley's August fee application (.2) | 0.40 | 32.00 |
| 10/2/2013 | JAW | Detailed review of Foley's August 2013 fee application (0.30); draft summary of same (0.20) | 0.50 | 87.50 |
|  | JAW | Detailed review of Kramer's August 2013 fee application (0.30); draft summary of same (0.20) | 0.50 | 87.50 |
|  | JAW | Detailed review of Hogan Firm's July 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | Detailed review of Scarfone's July 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Scarfone's August 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Lauzon's August 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Hogan Firm's August 2013 fee application (0.40); draft summary of same (0.20) | 0.60 | 105.00 |

W.R. Grace & Co.                                                                                                                                                        Page    2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/2/2013 JAW | | Detailed review of Frankel's June 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| | JAW | Detailed review of Orrick's June 2013 fee application (0.80); draft summary of same (0.30) | 1.10 | 192.50 |
| | JAW | Detailed review of Frankel's May 16, 2013 - May 31, 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| | JAW | E-mail to B. Ruhlander/A. Lopez re: missing fee detail from Orrick's April 1, 2013 - May 15, 2013 fee application (0.10); receive/review e-mail from B. Ruhlander forwarding detail requested (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Orrick's May 16, 2013 - May 31, 2013 fee application (0.70); draft summary of same (0.10) | 0.80 | 140.00 |
| | JAW | Detailed review of Orrick's April 1, 2013 - May 15, 2013 fee application (1.30); draft summary of same (0.10) | 1.40 | 245.00 |
| | BSR | receive, review, and respond to email from James Wehrmann re Orrick and Frankel fee applications (.1); email to Debra Fullem at Orrick requesting expense detail (.1) | 0.20 | 62.00 |
| | JAW | Detailed review of Lauzon's July 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Saul's August 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | AL | receive and review email from J. Wehrmann re Frankel's May through June fee application and Orrick's April through May fee application (.1); Research Pacer re same (.4); update database with same (.2) | 0.70 | 56.00 |
| | WHS | receive, review, and respond to email from Mr. Struthers-Kennedy re payment to Proviti | 0.20 | 67.00 |
| 10/3/2013 AL | | update database with Higgins' August electronic detail and July CNO (.2); Bilzin's August electronic detail (.1) | 0.30 | 24.00 |
| | AL | Update database with Stroock's August fee application (.2); Higgins' August fee application (.2) | 0.40 | 32.00 |
| 10/7/2013 AL | | Update database with Grant's January through March fee application (.2); Blackstone's July fee application (.2) | 0.40 | 32.00 |
| | AL | update database with Woodcock's April through June electronic detail (.1); Norton's April through June electronic detail (.1); Norton's February electronic detail (.1) | 0.30 | 24.00 |
| | BSR | Receive and review email from Debra Fullem re Orrick's expense detail for April through June 2013 and forward same to James Wehrmann | 0.10 | 31.00 |

W.R. Grace & Co.                                                                                                              Page    3

|            |     |                                                                                                                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/8/2013  | JAW | Detailed review of Higgins' August 2013 fee application (0.30); draft summary of same (0.20)                                                                 | 0.50  | 87.50  |
|            | JAW | Detailed review of Stroock's August 2013 fee application (0.30); draft summary of same (0.10)                                                                | 0.40  | 70.00  |
| 10/10/2013 | JAW | Detailed review of Blackstone's July 2013 fee application (0.20); draft summary of same (0.10)                                                               | 0.30  | 52.50  |
|            | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10).                                                                                                     | 0.10  | 17.50  |
|            | AL  | update database with K&E's July electronic detail                                                                                                            | 0.10  | 8.00   |
|            | AL  | Draft of WHSA's September fee application (1.2); update database with same (.2); draft email to J. Wehrmann re review of fee application (.1)               | 1.50  | 120.00 |
| 10/11/2013 | BSR | Review of Ferry Joseph's quarterly fee application for the 49th interim period (monthly applications previously reviewed)                                    | 0.50  | 155.00 |
|            | JAW | Proofread Warren H. Smith's September 2013 fee statement and Notice of Filing (0.90); e-mail to A. Lopez regarding no revisions needed to same (0.10)        | 1.00  | 175.00 |
|            | BSR | Draft final report re Saul Ewing's quarterly fee application for the 49th interim period                                                                     | 1.20  | 372.00 |
|            | BSR | Review of Norton Rose's Jan. 2013 monthly fee application                                                                                                    | 0.20  | 62.00  |
|            | AL  | receive and review email from B. Ruhlander re Ewing's 49th Interim FR (.1); update database with same (.1); draft email to W. Smith re approval (.1)         | 0.30  | 24.00  |
|            | BSR | Review of Grant Thornton's quarterly fee application for the 49th interim period, as well as Jan. and Feb. 2013 monthly fee applications and fee and expense summaries re same | 0.40  | 124.00 |
|            | AL  | update database with K&E's July electronic detail (.1); K&E's 49th interim electronic detail (.2)                                                            | 0.30  | 24.00  |
| 10/12/2013 | BSR | Research docket for Baker Donelson's 33rd interim fee application (covering the 46th interim period) (.2) and review same (.2)                               | 0.40  | 124.00 |
|            | BSR | Review of Beveridge & Diamond's quarterly fee application for the 49th interim period                                                                        | 0.10  | 31.00  |
|            | BSR | Review of Baker Donelson's quarterly fee application for the 49th interim period (monthly applications previously reviewed)                                  | 0.20  | 62.00  |
|            | BSR | Review of Baker Donelson's quarterly fee application for the 48th interim period (monthly applications previously reviewed)                                  | 0.20  | 62.00  |

W.R. Grace & Co.  Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/12/2013 | BSR | Review of Baker Donelson's quarterly fee application for the 47th interim period (monthly applications previously reviewed) | 0.20 | 62.00 |
|  | BSR | Draft initial report re Baker Donelson's quarterly fee application for the 46th interim period | 0.70 | 217.00 |
| 10/13/2013 | JAW | Detailed review of Bilzin's August 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Ferry Joseph's August 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Woodcock's August 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Norton's February 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Caplin's August 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| 10/14/2013 | JAW | Detailed review of Campbell's August 2013 fee application (0.50); draft summary of same (0.10) | 0.60 | 105.00 |
|  | JAW | Detailed review of Chart Oak's August 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Anderson's August 2013 fee application (0.90); draft summary of same (0.20) | 1.10 | 192.50 |
|  | JAW | Detailed review of Kirkland's July 2013 fee application (4.50); draft summary of same (0.60) | 5.10 | 892.50 |
|  | WHS | Detailed review of FR Saul Ewing 49Q 4-6.13 | 0.30 | 100.50 |
|  | AL | receive and review email from W. Smith re approval of WHSA's September fee application (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of same (.3); service of same (.1) | 0.80 | 64.00 |
|  | BSR | receive, review, and respond to email from Jay Sakalo re Bilzin's fee application for the 49th interim period | 0.10 | 31.00 |
|  | BSR | E-mail to Baker Donelson with expense question re 49th interim fee application | 0.10 | 31.00 |
|  | BSR | Review of Bilzin Sumberg's quarterly fee application for the 49th interim period (monthlies previously reviewed) (.4); email to Jay Sakalo re same (.2) | 0.60 | 186.00 |
|  | BSR | Review of Blackstone's quarterly fee application for the 49th interim period (monthlies previously reviewed) (.1); email to Jamie O'Connell re same (.1) | 0.20 | 62.00 |

W.R. Grace & Co.                                                                                                                    Page     5

|              |     |                                                                                                                                                                                                                                                                                                                     | Hours | Amount |
|--------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/14/2013   | BSR | E-mail to Saul Ewing re final report (49Q)                                                                                                                                                                                                                                                                          | 0.10  | 31.00  |
|              | BSR | Review of Kirkland & Ellis' quarterly fee application for the 49th interim period (monthlies previously reviewed) (.3); draft initial report re same (.6)                                                                                                                                                           | 0.90  | 279.00 |
|              | BSR | Review of Duane Morris' quarterly and monthly fee applications for the 49th interim period and fee and expense summaries re same                                                                                                                                                                                    | 0.40  | 124.00 |
|              | BSR | E-mail to Kirkland & Ellis re initial report (49Q)                                                                                                                                                                                                                                                                  | 0.10  | 31.00  |
|              | BSR | Review of Lincoln Partners' quarterly application for the 48th interim period (monthly applications previously reviewed)                                                                                                                                                                                            | 0.20  | 62.00  |
|              | BSR | E-mail to Baker Donelson re 47th and 48th interim fee applications                                                                                                                                                                                                                                                  | 0.10  | 31.00  |
|              | BSR | Review of Lincoln Partners' retention application (Roger Frankel) (.2) and order (.1), as well as May and June 2013 monthly applications (.2); email to Debra Fullem inquiring as to April 2013 monthly application (.1)                                                                                            | 0.60  | 186.00 |
|              | BSR | Review of Pachulski's May 2013 monthly fee application and fee and expense summary re same (.3); check docket for June and quarterly fee applications (.1)                                                                                                                                                          | 0.40  | 124.00 |
|              | BSR | Review of Orrick's April through May 15, 2013 quarterly (Austern) (included monthlies) and fee and expense summary re same, as well as May 16, 2013 through June 30, 2013 quarterly (Frankel) (including monthlies) and fee and expense summaries re same (.8); review of Orrick's retention application and order as Frankel's counsel (.2) | 1.00  | 310.00 |
|              | BSR | Review of Roger Frankel's retention application and order (.2); review of Roger Frankel's quarterly application for the period of May 16, 2013 through June 30, 2013, including monthly applications and fee and expense summaries re same (.3)                                                                    | 0.50  | 155.00 |
|              | AL  | update database with Casner's August electronic detail                                                                                                                                                                                                                                                              | 0.10  | 8.00   |
|              | AL  | receive and review email from W. Smith re approval of Ewing's 49th interim final report (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of same (.3); draft email to B. Ruhlander re service of same (.1)                            | 0.80  | 64.00  |
|              | BSR | E-mail to Baker Donelson re initial report (46Q)                                                                                                                                                                                                                                                                    | 0.10  | 31.00  |
|              | AL  | receive, review and finalize Baker's 46th interim IR (.3); update database with same (.2); draft email to B. Ruhlander re service of same (.1); receive, review and finalize K&E's 46th interim IR (.3); update database with same (.2); draft email to B. Ruhlander re service of same (.1)                        | 1.20  | 96.00  |
| 10/15/2013   | AL  | Update database with Casner's August fee application                                                                                                                                                                                                                                                                | 0.20  | 16.00  |

W.R. Grace & Co.     Page    6

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/15/2013 | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| | AL | Update database with Capstone's August electronic detail (.1); Lincoln's April electronic detail (.1); PWC's August electronic detail (.1); PWC's July CNO (.1); PWC IRS July CNO (.1); PWC DAREX December through August CNO (.1) | 0.60 | 48.00 |
| | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
| 10/16/2013 | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Orrick's June (.1) Frankel's June (.1) Lauzon's July (.1) Scarfone's July (.1) Hogan's July (.1) Foley's August (.2) Higgins' August (.1) Hogan's August (.1) Kramer's August (.1) Lauzon's August (.1) Ewing's August (.1) Scarfone's August (.2) Stroock's August (.1) and Blackstone's July (.1) fee and expense detail | 1.70 | 136.00 |
| | AL | Update database with Woodcock's August fee application (.2); K&E's July fee application (.2); Ferry's August fee application (.1); Bilzin's August fee application (.2); update database with Rich's September electronic detail (.1); Higgins' August electronic detail (.1); Campbell's August fee application (.1); Caplin's August fee application (.2); AKO's August fee application (.2); Charter's August fee application (.1) | 1.50 | 120.00 |
| 10/17/2013 | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Woodcock's August (.1) Ferry's August (.1) Norton's February (.1) Caplin's August (.1) AKO's August (.1) Bilzin's August (.1) Campbell's August (.1) K&E's July (.2) and Charter's August (.1) fee and expense summaries | 1.10 | 88.00 |
| | AL | Update database with Sanders' September fee application (.2) and electronic detail (.1); Casner's September electronic detail (.1); Ewing's August CNO (.1) | 0.50 | 40.00 |
| 10/18/2013 | JAW | Detailed review of Casner's August 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| 10/21/2013 | AL | Update database with Nossaman's August fee application | 0.20 | 16.00 |
| 10/22/2013 | JAW | Detailed review of Capstone's August 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of PwC's August 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| | AL | Update database with Frankel's August CNO (.1); Orrick's May CNO (.1); Orrick's June CNO (.1); Orrick's July CNO (.1) | 0.40 | 32.00 |
| 10/23/2013 | AL | Update database with BMC's July fee application (.1); BMC's August fee application (.2); BMC's September fee application (.1) | 0.40 | 32.00 |

W.R. Grace & Co.              Page 7

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/23/2013 | AL | Update database with Kramer's August CNO (.1); Lauzon's August CNO (.1); Scarfone's August CNO (.1); Hogan's August CNO (.1) | 0.40 | 32.00 |
| 10/25/2013 | JAW | E-mail to A Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| | AL | Update database with Frankel's September electronic detail (.1); Orrick's September electronic detail (.1); Lincoln's May through June electronic detail (.2) | 0.40 | 32.00 |
| | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Capstone's August (.1) Casner's August (.2) and PWC's August (.1) fee and expense summaries | 0.50 | 40.00 |
| 10/27/2013 | JAW | Detailed review of BMC's August 2013 fee application (0.90); draft summary of same (0.10) | 1.00 | 175.00 |
| | JAW | Detailed review of BMC's July 2013 fee application (0.70); draft summary of same (0.20) | 0.90 | 157.50 |
| | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
| 10/28/2013 | AL | Update database with Reed's September electronic detail | 0.10 | 8.00 |
| 10/29/2013 | AL | Update database with Beveridge's August fee application (.2); Grant's August fee application (.1) | 0.30 | 24.00 |
| | JAW | Detailed review of Beveridge's August 2013 fee application (0.80); draft summary of same (0.20) | 1.00 | 175.00 |
| | JAW | Detailed review of Grant's August 2013 fee application (0.40); draft summary of same (0.70) | 1.10 | 192.50 |
| | JAW | Detailed review of BMC's September 2013 fee application (0.80); draft summary of same (0.10) | 0.90 | 157.50 |
| 10/30/2013 | BSR | E-mail to Tony Scoles of Deloitte inquiring as to status of Deloitte Tax quarterly fee applications | 0.10 | 31.00 |
| | AL | Update database with Ewing's September fee application (.1); Higgins' September fee application (.1); Casner's September fee application | 0.40 | 32.00 |
| | AL | Update database with Foley's September fee application | 0.20 | 16.00 |
| | BSR | Review of expense information provided by Kramer Levin in response to email inquiry (49Q) | 0.20 | 62.00 |
| | BSR | Review response of Kirkland & Ellis to initial report (49Q) | 0.40 | 124.00 |
| | BSR | Review of Baker Donelson's response email to inquiry regarding 49th interim fee application (.2); follow-up email to Frank Childress re same (.1) | 0.30 | 93.00 |

W.R. Grace & Co. Page 8

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 10/30/2013 | BSR | Review status of responses to initial reports for the 49th interim period | 0.60 | 186.00 |
| | AL | Update database with Hogan's September electronic detail (.1); Scarfone's September electronic detail (.1); Lauzon's September electronic detail (.2); Ewing's September electronic detail (.1); Casner's September electronic detail (.2); Higgins' September electronic detail (.1) | 0.80 | 64.00 |
| | AL | Update database with Casner's 114th monthly electronic detail | 0.10 | 8.00 |
| | AL | Update database with Stroock's September electronic detail | 0.20 | 16.00 |
| | BSR | Review of Lincoln Partners' April 2013 monthly fee application and quarterly fee application for April through May 15, 2013 | 0.30 | 93.00 |
| | BSR | Follow-up e-mail to Charter Oak re 49th interim fee application | 0.10 | 31.00 |
| | BSR | Research docket for applications and other pertinent filings | 0.30 | 93.00 |
| 10/31/2013 | AL | receive and review email from B. Ruhlander re Rich's 49th Q FR (.1); update database with same (.1); draft email from W. Smith re approval (.1) | 0.30 | 24.00 |
| | WHS | Detailed review of FR Rich 49Q 4-6.13. | 0.20 | 67.00 |
| | AL | receive and review email from B. Ruhlander re Stroock's 49th Interim FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.40 | 32.00 |
| | AL | receive and review email from B. Ruhlander re K&E's 49th Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.40 | 32.00 |
| | AL | Update database with Casner's August fee application | 0.20 | 16.00 |
| | AL | receive and review email from W. Smith re approval of Rich's 49Q FR (.1); prepare same for electronic filing (.2); update database with same (.1); electronic filing with the court of same (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 0.90 | 72.00 |
| | BSR | E-mail to Alan Rich re final report (49Q) | 0.10 | 31.00 |
| | BSR | Draft final report re Alan Rich's 49th interim fee application | 1.20 | 372.00 |
| | BSR | E-mail to Warren Smith re expense issue on Baker Donelson's application (49th) (.5); exchange emails with Warren Smith re same (.1); email to Frank Childress re same (.1) | 0.70 | 217.00 |
| | BSR | Draft final report re Kirkland & Ellis' 49th interim fee application | 0.50 | 155.00 |
| | BSR | Draft final report re Stroock's 49th interim fee application | 0.70 | 217.00 |

W.R. Grace & Co. Page 9

|  | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **62.40** | **$11,432.50** * |

Additional Charges :

| | |
|---|---|
| 10/30/2013 Third party copies & document prep/setup. | 148.84 |
| FedEx | 56.22 |
| PACER Charges | 46.80 |
| Copying cost | 25.10 |
| **Total additional charges** | **$276.96** |
| **Total amount of this bill** | **$11,709.46** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 19.80 | 80.00 | $1,584.00 |
| Bobbi S. Ruhlander | 16.90 | 310.00 | $5,239.00 |
| James A. Wehrmann | 25.00 | 175.00 | $4,375.00 |
| Warren H Smith | 0.70 | 335.00 | $234.50 |

\* This is the total before a credit of $217.00