Case 01-01139-AMC    Doc 31369    Filed 11/20/13    Page 1 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: Mon. Sept. 30, 2013 at 4:00 p.m.** |
| | ) | **Hearing Date: Weds., Dec.18, 2013 at 11:00 a.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 31085**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Forty-Ninth Quarterly Fee Application of Bilzin

Sumberg Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services

Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos

Property Damage Claimants for the Period from April 1, 2013 through June 30, 2013 (the

"Application"). The undersigned further certifies that she has caused the Court's docket in this

case to be reviewed and no answer, objection or other responsive pleading to the Application

appears thereon. Pursuant to the Notice of Application, objections to the Application were to be

filed and served no later than Monday, September 30, 2013 at 4:00 p.m.

Dated: November 20, 2013

> Scott L. Baena, Esquire
> Jay M. Sakalo, Esquire
> BILZIN SUMBERG BAENA PRICE
> & AXELROD LLP
> 1450 Brickell Avenue, Suite 2300
> Miami, FL 33131
> Tel:    (305) 374-7580
> Fax:    (305) 374-7593
>
> -and-

FERRY, JOSEPH & PEARCE, P.A.


 /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Tel:    (302) 575-1555
Fax:    (302) 575-1714

*Co-Counsel to the Official Committee of Asbestos
Property Damage Claimants*