IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | | **Objection Deadline:** December 12, 2013 |

**SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF September 30, 2013**

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **September 1, 2013- September 30, 2013** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$17,557.17** |
| Amount of Expense Reimbursement sought | **$0.30** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homeo International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc., MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of September 2013. This is the ninth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2013 calendar year. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 12/01/2012-01/31/2013 | February 14, 2013 | $7,149.66 | $0.00 |
| 02/01/2013-02/28/2013 | April 1, 2013 | $1,907.75 | $0.00 |
| 03/01/2013-03/31/2013 | April 24, 2013 | $1,661.21 | $0.00 |
| 04/01/2013-04/30/2013 | May 16, 2013 | $2,048.63 | $0.20 |
| 05/01/2013-05/31/2013 | June 24, 2013 | $2,841.08 | $0.00 |
| 06/01/2013-06/30/2013 | August 2, 2013 | $3,475.04 | $0.00 |
| 07/01/2013-07/31/2013 | August 30, 2013 | $1,267.92 | $0.30 |
| 08/01/2013-08/31/2013 | September 13, 2013 | 7,525.34 | $0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 29.91 | $17.557.17 |

Total Fees: $17,557.17

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $17,557.47 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (September 1, 2013-September 30, 2013), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: November 20, 2013

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn.                          November 15, 2013
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Chief Patent Counsel


**RE:** Davison Polyolefins                        **Invoice#:** 754416
**Our File Number:** 63812/3003
**Client Reference:** 100076                       **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

|  |  | **Hours** |
|---|---|---|
| 09/05/2013 | Rynkiewicz, John P | 7.00 |
|  | Review Presentation, IP Assignment, TM Assignment Form, Sales and Purchase Agreement and UNIPOL license; in US, Canada, China, Europe and ULK; review litigations and third party marks, and work on TM due diligence for Project Lantern. |  |
| 09/06/2013 | Rynkiewicz, John P | 6.25 |
|  | Research, review documents and agreement sin project Lantern; revise and mark-up SPA, Assignment and Unipol License; review UNIPOL marks worldwide and edit significant portions; emails and calls to/from Grace re same. |  |

Total Hours.................   13.25

Fees through 09/30/2013....................................   $7,777.75


\*-------------------------------TIME AND FEE SUMMARY-----------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 13.25 | $7,777.75 |
| Fees through 09/30/2013............... | | 13.25 | $7,777.75 |


\*-------------------------------OUTSTANDING BALANCE-----------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 647697 | 10/18/2010 | $47.63 |
| 697378 | 03/19/2012 | 38.74 |
| 716237 | 10/08/2012 | 420.29 |
| 747551 | 09/11/2013 | 370.99 |

# KAYE | SCHOLER LLP

TO:     W.R. Grace & Co.-Conn.                          November 15, 2013

**RE:** Davison Polyolefins                          **Invoice#:** 754416
**Our File Number:** 63812/3003
**Client Reference:** 100076                          **PAGE:**    2

| | |
|---|---:|
| Prior Balance Due........................................................ | $877.65 |
| | |
| Fees this Invoice.......................................................... | $7,777.75 |
| Total Due this Invoice.................................................. | $7,777.75 |
| Prior Balance Due (from above).................................... | 877.65 |
| **TOTAL DUE**............................................................... | **$8,655.40** |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3003
Invoice Number: 754416
Total Amount Due: $8,655.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: W.R. Grace & Co-Conn.                                          November 15, 2013
7500 Grace Drive
Columbia, Maryland 21004
Attn: Robert A. Maggio, Chief Patent Counsel

RE: Davison FCC                                    Invoice#: 754414
**Our File Number:** 63812/3002
**Client Reference:** 100075                        PAGE:   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

| | | Hours |
|---|---|---:|
| 09/09/2013 | Rynkiewicz, John P | 0.25 |
| | Emails to/from T. Hunter re ACHIEVE full searches; review email from Corsearch re same. | |
| 09/17/2013 | Rynkiewicz, John P | 0.92 |
| | Review and work on ACHIEVE full US search. | |
| 09/18/2013 | Rynkiewicz, John P | 4.75 |
| | Review worldwide, international search results for ACHIEVE; review and assemble closest marks worth noting; draft US clearance opinion; prepare, edit and finalize worldwide search and clearance opinion;added research re select marks and domain names. | |
| 09/19/2013 | Rynkiewicz, John P | 0.67 |
| | Review and work on US comprehensive search for VANISH. | |
| 09/20/2013 | Rynkiewicz, John P | 4.25 |
| | Review worldwide, International search results for VANISH; identify two companies uses in Cls 1 and 3; additional research re same; compare International retrieved marks against US results and same owner marks; prepare US clearance opinion and opinion re International use; assemble third party marks worth noting and advise re US and foreign application filings by Grace. | |

Total Hours................ 10.84

Fees through 09/30/2013.................................... $6,363.08

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 10.84 | $6,363.08 |
| Fees through 09/30/2013.............. | | 10.84 | $6,363.08 |

# KAYE | SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                November 15, 2013

RE: Davison FCC                                        **Invoice#: 754414**

**Our File Number:** 63812/3002
**Client Reference:** 100075                            **PAGE:    2**

Fees this Invoice........................................................................... $6,363.08
**Total Due this Invoice**............................................................. **$6,363.08**

**Please remit payment within thirty (30) days.**



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
    Mail Code 81
    P. O. Box 11839
    Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

    ABA Routing Number: 021000089
    Bank Identification Code/SWIFT Code: CITIUS33
    Account Name: Kaye Scholer LLP
    Account Number: 9981494431

    RE: W.R. Grace Trademarks
    Our File Number: 63812/3002
    Invoice Number: 754414
    Total Amount Due: $6,363.08

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



# KAYE | SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co.-Conn                         November 15, 2013
      Legal Department
      7500 Grace Drive
      Columbia, Maryland 21044
      Attn: Robert A. Maggio, Esq.


**RE: Special Counsel**                     **Invoice#:** 754411
**Our File Number:**63812/0108
**Client Reference:** 100071                **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

|            |                                                                                                                             | **Hours** |
|------------|-----------------------------------------------------------------------------------------------------------------------------|-----------|
| 09/12/2013 | Rynkiewicz, John P                                                                                                          | 0.83      |
|            | Prepare and submit fee invoices to Pachulsky firm for court filing; review and work on 20% fee recovery application.         |           |
| 09/26/2013 | Rynkiewicz, John P                                                                                                          | 0.83      |
|            | Work on fee application, billings.                                                                                          |           |

Total Hours................. 1.66

Fees through 09/30/2013................................... $974.42


\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|                    | Rate     | Hours | Fees     |
|--------------------|----------|-------|----------|
| Rynkiewicz, John P | $587.00  | 1.66  | $974.42  |
| Fees through 09/30/2013.............. | | 1.66  | $974.42  |


\*----------------------------OUTSTANDING BALANCE----------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 628642   | 03/31/2010 | $484.20   |
| 637196   | 06/30/2010 | 1,008.17  |
| 643961   | 09/09/2010 | 321.37    |
| 647689   | 10/18/2010 | 217.65    |
| 650341   | 11/04/2010 | 180.31    |
| 654089   | 12/10/2010 | 528.44    |
| 660967   | 02/28/2011 | 94.12     |
| 664052   | 03/31/2011 | 75.98     |

KAYE|SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                      November 15, 2013

RE: Special Counsel                                               Invoice#: 754411
Our File Number: 63812/0108
Client Reference: 100071                                          PAGE:   2

| Invoice# | Date | Amount |
|---|---|---|
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 161.03 |
| 693784 | 02/08/2012 | 38.74 |
| 697372 | 03/19/2012 | 245.37 |
| 699312 | 04/11/2012 | 58.70 |
| 704036 | 05/31/2012 | 78.66 |
| 705642 | 06/18/2012 | 88.05 |
| 710015 | 07/31/2012 | 126.69 |
| 710886 | 08/09/2012 | 106.83 |
| 713793 | 09/14/2012 | 137.36 |
| 716235 | 10/08/2012 | 205.45 |
| 720486 | 11/13/2012 | 88.05 |
| 722819 | 12/10/2012 | 117.40 |
| 728712 | 02/13/2013 | 695.00 |
| 731957 | 03/25/2013 | 97.44 |
| 734501 | 04/16/2013 | 97.44 |
| 737557 | 05/13/2013 | 136.14 |
| 739839 | 06/14/2013 | 234.80 |
| 743725 | 07/31/2013 | 196.06 |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).



TO:     W.R. Grace & Co.-Conn                          November 15, 2013

**RE:** Special Counsel                                **Invoice#:** 754411
**Our File Number:** 63812/0108
**Client Reference:** 100071                           **PAGE:**  3

| Invoice# | Date | Amount |
|---|---|---|
| 746119 | 08/27/2013 | 253.88 |
| 747548 | 09/11/2013 | 333.41 |
| Prior Balance Due.......................................................... | | $7,285.59 |

Fees this Invoice........................................................... $974.42
Total Due this Invoice.................................................... $974.42
Prior Balance Due (from above)..................................... 7,285.59
**TOTAL DUE**............................................................. **$8,260.01**

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 754411
Total Amount Due: $8,260.01

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER** LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                                    November 15, 2013
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel

**RE:** General                                              **Invoice#:** 754409
**Our File Number:**63812/0001
**Client Reference:** 100062                                  **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

|  |  | **Hours** |
|---|---|---|
| 09/04/2013 | Rynkiewicz, John P | 1.75 |
| | Review third party GRACE proceedings at TTAB, records; search new filings of GRACE marks. | |
| 09/16/2013 | Rynkiewicz, John P | 0.83 |
| | Review pending matters, Grace marks in Canada. | |
| 09/24/2013 | Rynkiewicz, John P | 1.58 |
| | Overview of GRACE name, marks, search USPTO for third party marks. | |
| | Total Hours................ | 4.16 |
| | Fees through 09/30/2013.................................... | $2,441.92 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 4.16 | $2,441.92 |
| Fees through 09/30/2013.............. | | 4.16 | $2,441.92 |

\*--------------------COSTS ADVANCED THROUGH 09/30/2013--------------------\*

| Duplicating | $0.30 |
|---|---|
| Total Costs through 09/30/2013........................ | $0.30 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |

# KAYE | SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                November 15, 2013

**RE:** General                                            **Invoice#:** 754409
**Our File Number:** 63812/0001
**Client Reference:** 100062                               **PAGE:** 2

| Invoice# | Date | Amount |
|---|---|---|
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 1,587.66 |
| 693780 | 02/08/2012 | 1,242.09 |
| 697370 | 03/19/2012 | 528.30 |
| 699311 | 04/11/2012 | 478.99 |
| 705645 | 06/18/2012 | 302.89 |
| 710014 | 07/31/2012 | 117.50 |
| 710887 | 08/09/2012 | 225.41 |
| 713798 | 09/14/2012 | 253.58 |
| 716233 | 10/08/2012 | 282.93 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

KAYE | SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                      November 15, 2013

RE: General                                                      **Invoice#:** 754409
**Our File Number:** 63812/0001
**Client Reference:** 100062                                     **PAGE:**   3

| Invoice# | Date | Amount |
|---|---|---|
| 720485 | 11/13/2012 | 176.10 |
| 722803 | 12/10/2012 | 372.16 |
| 728711 | 02/13/2013 | 685.61 |
| 731956 | 03/25/2013 | 284.11 |
| 734500 | 04/16/2013 | 234.80 |
| 737555 | 05/13/2013 | 273.58 |
| 739834 | 06/14/2013 | 333.42 |
| 743721 | 07/31/2013 | 498.95 |
| 747545 | 09/11/2013 | 282.93 |
| Prior Balance Due............................................................ | | $31,093.21 |

| | |
|---|---|
| Fees this Invoice............................................................ | $2,441.92 |
| Costs this Invoice........................................................... | $0.30 |
| Total Due this Invoice..................................................... | $2,442.22 |
| Prior Balance Due (from above)....................................... | 31,093.21 |
| **TOTAL DUE**............................................................... | **$33,535.43** |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 754409
Total Amount Due: $33,535.43

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.