IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | | **Objection Deadline:** December 12, 2013 |

**SUMMARY APPLICATION OF KAYESCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF October 31, 2013**

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **October 1, 2013- October 31, 2013** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$4,255.75** |
| Amount of Expense Reimbursement sought | **$0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of October 2013.  This is the tenth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2013 calendar year.   Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 12/01/2012-01/31/2013 | February 14, 2013 | $7,149.66 | $0.00 |
| 02/01/2013-02/28/2013 | April 1, 2013 | $1,907.75 | $0.00 |
| 03/01/2013-03/31/2013 | April 24, 2013 | $1,661.21 | $0.00 |
| 04/01/2013-04/30/2013 | May 16, 2013 | $2,048.63 | $0.20 |
| 05/01/2013-05/31/2013 | June 24, 2013 | $2,841.08 | $0.00 |
| 06/01/2013-06/30/2013 | August 2, 2013 | $3,475.04 | $0.00 |
| 07/01/2013-07/31/2013 | August 30, 2013 | $1,267.92 | $0.30 |
| 08/01/2013-08/31/2013 | September 13, 2013 | 7,525.34 | $0.00 |
| 09/01/2013-09/30/2013 | November 20, 2013 | $17,557.17 | $0.30 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 7.25 | $4,255.75 |

Total Fees: $4,255.75

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $4,255.75 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (October 1, 2013-October 31, 2013), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: November 21, 2013

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com



**KAYE | SCHOLER** LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                    November 15, 2013
       7500 Grace Drive
       Columbia, Maryland 21004
       Attn: Robert A. Maggio, Chief Patent Counsel

RE: General                              Invoice#: 754410
**Our File Number:**63812/0001
**Client Reference:** 100062             **PAGE:**   1

---

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 10/31/2013

---

|  |  | **Hours** |
|---|---|---|
| 10/25/2013 | Rynkiewicz, John P | 1.42 |
|  | Month-end review of pending matters; review GRACE marks in USPTO. |  |
|  | Total Hours................. | 1.42 |
|  | Fees through 10/31/2013.................................... | $833.54 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 1.42 | $833.54 |
| Fees through 10/31/2013............... | | 1.42 | $833.54 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |

# KAYE | SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                      November 15, 2013

**RE:** General                                                  **Invoice#:** 754410
**Our File Number:** 63812/0001
**Client Reference:** 100062                                     **PAGE:**    2

| Invoice# | Date | Amount |
|----------|------|--------|
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 1,587.66 |
| 693780 | 02/08/2012 | 1,242.09 |
| 697370 | 03/19/2012 | 528.30 |
| 699311 | 04/11/2012 | 478.99 |
| 705645 | 06/18/2012 | 302.89 |
| 710014 | 07/31/2012 | 117.50 |
| 710887 | 08/09/2012 | 225.41 |
| 713798 | 09/14/2012 | 253.58 |
| 716233 | 10/08/2012 | 282.93 |
| 720485 | 11/13/2012 | 176.10 |
| 722803 | 12/10/2012 | 372.16 |
| 728711 | 02/13/2013 | 685.61 |
| 731956 | 03/25/2013 | 284.11 |
| 734500 | 04/16/2013 | 234.80 |
| 737555 | 05/13/2013 | 273.58 |
| 739834 | 06/14/2013 | 333.42 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE│SCHOLER LLP

TO:   W.R. Grace & Co-Conn.                                      November 15, 2013

**RE:** General                                                **Invoice#:** 754410

**Our File Number:** 63812/0001
**Client Reference:** 100062                                    **PAGE:**   3

| Invoice# | Date | Amount |
|----------|------|--------|
| 743721 | 07/31/2013 | 498.95 |
| 747545 | 09/11/2013 | 282.93 |
| Prior Balance Due........................................................................ | | $31,093.21 |

| | |
|---|---|
| Fees this Invoice........................................................... | $833.54 |
| Total Due this Invoice.................................................... | $833.54 |
| Prior Balance Due (from above)................................... | 31,093.21 |
| **TOTAL DUE**........................................................... | **$31,926.75** |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 754410
Total Amount Due: $31,926.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE | SCHOLER** LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                        November 15, 2013
       Legal Department
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

**RE:** Special Counsel                             **Invoice#:** 754412
**Our File Number:** 63812/0108
**Client Reference:** 100071                        **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2013

|            |                                                                                          | Hours |
|------------|------------------------------------------------------------------------------------------|-------|
| 10/16/2013 | Rynkiewicz, John P                                                                        | 0.83  |
|            | Draft, revise court filing for 20% fee recovery; review documents, matters re same.      |       |
| 10/24/2013 | Rynkiewicz, John P                                                                        | 0.67  |
|            | Draft, revise fee application; emails and review documents from Pachulsky; firm re same. |       |
| 10/25/2013 | Rynkiewicz, John P                                                                        | 0.58  |
|            | Revise fee Applic draft; review files, billings; work on 20% hold back request for payment. |    |

Total Hours................. 2.08

Fees through 10/31/2013................................... $1,220.96

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|                     | Rate     | Hours | Fees       |
|---------------------|----------|-------|------------|
| Rynkiewicz, John P  | $587.00  | 2.08  | $1,220.96  |
| Fees through 10/31/2013............. | | 2.08 | $1,220.96 |

\*-------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 628642   | 03/31/2010 | $484.20   |
| 637196   | 06/30/2010 | 1,008.17  |
| 643961   | 09/09/2010 | 321.37    |
| 647689   | 10/18/2010 | 217.65    |
| 650341   | 11/04/2010 | 180.31    |

# KAYE | SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    November 15, 2013

RE: Special Counsel                                           Invoice#: 754412
**Our File Number:** 63812/0108
Client Reference: 100071                                       PAGE:   2

| Invoice# | Date | Amount |
|----------|------|--------|
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 94.12 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 161.03 |
| 693784 | 02/08/2012 | 38.74 |
| 697372 | 03/19/2012 | 245.37 |
| 699312 | 04/11/2012 | 58.70 |
| 704036 | 05/31/2012 | 78.66 |
| 705642 | 06/18/2012 | 88.05 |
| 710015 | 07/31/2012 | 126.69 |
| 710886 | 08/09/2012 | 106.83 |
| 713793 | 09/14/2012 | 137.36 |
| 716235 | 10/08/2012 | 205.45 |
| 720486 | 11/13/2012 | 88.05 |
| 722819 | 12/10/2012 | 117.40 |
| 728712 | 02/13/2013 | 695.00 |
| 731957 | 03/25/2013 | 97.44 |
| 734501 | 04/16/2013 | 97.44 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE │SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                    November 15, 2013

**RE:** Special Counsel                         **Invoice#:** 754412
**Our File Number:** 63812/0108
**Client Reference:** 100071                    **PAGE:**    3

| Invoice# | Date | Amount |
|---|---|---|
| 737557 | 05/13/2013 | 136.14 |
| 739839 | 06/14/2013 | 234.80 |
| 743725 | 07/31/2013 | 196.06 |
| 746119 | 08/27/2013 | 253.88 |
| 747548 | 09/11/2013 | 333.41 |
| Prior Balance Due............................................................. | | $7,285.59 |

| | |
|---|---|
| Fees this Invoice............................................................. | $1,220.96 |
| Total Due this Invoice..................................................... | $1,220.96 |
| Prior Balance Due (from above)...................................... | 7,285.59 |
| **TOTAL DUE**............................................................. | **$8,506.55** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: W.R. Grace Trademarks
      Our File Number: 63812/0108
      Invoice Number: 754412
      Total Amount Due: $8,506.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE | SCHOLER** LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   W.R. Grace & Co-Conn.                              November 15, 2013
      7500 Grace Drive
      Columbia, Maryland 21004
      Attn: Robert A. Maggio, Chief Patent Counsel


      **RE:** Davison FCC                              **Invoice#:** 754415
      **Our File Number:** 63812/3002
      **Client Reference:** 100075                      **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2013

---

|            |                                                                                                                                                                                          | **Hours** |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 10/02/2013 | Rynkiewicz, John P                                                                                                                                                                        | 0.25      |
|            | Conf call with T. Hunter re new searches, deadlines.                                                                                                                                      |           |
| 10/04/2013 | Rynkiewicz, John P                                                                                                                                                                        | 1.42      |
|            | Review US and international search results, conduct separate targeted US search for GOLD in Class 1, and provide comments on use of GOLD with MIDAS; review prior-registered MIDAS mark; emails and phone conf. |           |
| 10/07/2013 | Rynkiewicz, John P                                                                                                                                                                        | 1.50      |
|            | Conduct "Alpha" preliminary US search; assemble 11 marks of interest, review in detail and prepare preliminary clearance availability summary for Grace.                                  |           |
| 10/25/2013 | Rynkiewicz, John P                                                                                                                                                                        | 0.58      |
|            | Overview of prior searches and clearance for multiple marks; check USPTO filings re same.                                                                                                 |           |

                                             Total Hours.................   3.75

                    Fees through 10/31/2013....................................   $2,201.25


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate      | Hours | Fees        |
|---------------------|-----------|-------|-------------|
| Rynkiewicz, John P  | $587.00   | 3.75  | $2,201.25   |
|                     | Fees through 10/31/2013.............. | 3.75 | $2,201.25 |


Fees this Invoice...........................................................................   $2,201.25

**Total Due this Invoice.............................................................   $2,201.25**

**Please remit payment within thirty (30) days.**



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 754415
Total Amount Due: $2,201.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.