# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

June 30, 2013

Invoice Number **104143**      91100   00001      LDJ

W.R. Grace & Co.
Liberty Tower
605 Chestnut Street, Suite 1700

Chattanooga, TN 37450

| | |
|---|---:|
| Balance forward as of last invoice, dated: May 31, 2013 | $119,738.58 |
| Payments received since last invoice, last payment received -- October 23, 2013 | $111,881.50 |
| Net balance forward | $7,857.08 |

Re:   W.R. Grace and Co.

**Statement of Professional Services Rendered Through**      **06/30/2013**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Appeals [B430]** | | | | | |
| 06/04/13 | JEO | Review status of matters for appeal argument. | 1.00 | 695.00 | $695.00 |
| 06/13/13 | JEO | Email exchange with co-counsel R. Barakat regarding substitution of Parties for FCR. | 0.50 | 695.00 | $347.50 |
| 06/17/13 | JEO | Attend hearing - 3rd Circuit Argument on Confirmation. | 5.00 | 695.00 | $3,475.00 |
| 06/18/13 | JEO | Work on Follow-up items for 3rd Circuit Argument | 1.50 | 695.00 | $1,042.50 |
| 06/19/13 | JEO | Work on Transcript issues. | 1.50 | 695.00 | $1,042.50 |
| 06/21/13 | JEO | Review 3rd Circuit transcript. | 2.50 | 695.00 | $1,737.50 |
| 06/23/13 | JEO | Review comments to 3rd Circuit transcript. | 0.40 | 695.00 | $278.00 |
| 06/24/13 | PEC | Prepare Transcript or 6/17/13 Hearing for filing in the Third Circuit Court of Appeals (.8); Prepare hard copies for delivery to the Clerk's office (.5) | 1.30 | 290.00 | $377.00 |
| 06/28/13 | JEO | Email correspondence with Counsel for ACC regarding transcript. | 0.20 | 695.00 | $139.00 |
| **Task Code Total** | | | **13.90** | | **$9,134.00** |
| **Case Administration [B110]** | | | | | |
| 06/03/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/03/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/13 | SLP | Maintain Docket control. | 0.50 | 195.00 | $97.50 |
| 06/03/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/04/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/04/13 | PEC | Update critical dates | 0.60 | 290.00 | $174.00 |
| 06/04/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 06/04/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/05/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/05/13 | PEC | Update critical dates | 0.60 | 290.00 | $174.00 |
| 06/05/13 | PEC | Review 2002 for updates | 1.10 | 290.00 | $319.00 |
| 06/05/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 06/05/13 | KSN | Maintain document control. | 0.20 | 195.00 | $39.00 |
| 06/05/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/06/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/06/13 | PEC | Update critical dates | 0.80 | 290.00 | $232.00 |
| 06/06/13 | SLP | Maintain docket control. | 0.40 | 195.00 | $78.00 |
| 06/06/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 195.00 | $39.00 |
| 06/07/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/07/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 06/07/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/10/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 06/10/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 06/10/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 06/10/13 | KPM | Draft emails to James E. O'Neill and R. Fink regarding outstanding UST fees | 0.20 | 525.00 | $105.00 |
| 06/10/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/11/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/11/13 | PEC | Update critical dates | 0.80 | 290.00 | $232.00 |
| 06/11/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 06/11/13 | KSN | Document request as per Patti Cuniff. | 0.30 | 195.00 | $58.50 |
| 06/12/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/12/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 06/12/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 06/12/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/13/13 | PEC | Review daily correspondence and pleadings and forward to | 0.30 | 290.00 | $87.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/13/13 | PEC | the appropriate parties | | | |
| 06/13/13 | PEC | Update critical dates | 0.60 | 290.00 | $174.00 |
| 06/13/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 06/13/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/14/13 | CAK | Review documents and organize to file. | 0.10 | 290.00 | $29.00 |
| 06/14/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/14/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 06/14/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 06/14/13 | KPM | Review and respond to email from R. Fink (Grace) regarding payment of US Trustee fees (.1); Draft email to US Trustee regarding same (.1) | 0.20 | 525.00 | $105.00 |
| 06/14/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/17/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/17/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 06/17/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 06/17/13 | KPM | Draft email to R. Fink regarding status of payment of US Trustee fees | 0.10 | 525.00 | $52.50 |
| 06/18/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/18/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 06/18/13 | SLP | Maintain docket control. | 0.80 | 195.00 | $156.00 |
| 06/18/13 | KPM | Review and respond to email from R. Fink (Grace) regarding payment of UST fees (.1); Draft email to UST regarding same (.1) | 0.20 | 525.00 | $105.00 |
| 06/18/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/19/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/19/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 06/19/13 | SLP | Maintain docket control. | 0.70 | 195.00 | $136.50 |
| 06/19/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/20/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/20/13 | PEC | Update critical dates | 0.60 | 290.00 | $174.00 |
| 06/20/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 06/20/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/21/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/21/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 06/21/13 | SLP | Maintain docket control. | 0.80 | 195.00 | $156.00 |
| 06/21/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/24/13 | PEC | Review daily correspondence and pleadings and forward to | 0.30 | 290.00 | $87.00 |

| Invoice number 104143 | | 91100   00001 | | | Page 4 |
|---|---|---|---|---|---|
| | | the appropriate parties | | | |
| 06/24/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 06/24/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 06/24/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/25/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/25/13 | PEC | Update critical dates | 0.60 | 290.00 | $174.00 |
| 06/25/13 | SLP | Maintain docket control. | 0.70 | 195.00 | $136.50 |
| 06/25/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/26/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/26/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 06/26/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 06/26/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 06/27/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/27/13 | PEC | Update critical dates | 0.60 | 290.00 | $174.00 |
| 06/27/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 06/28/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 06/28/13 | PEC | Update critical dates | 0.80 | 290.00 | $232.00 |
| 06/28/13 | SLP | Prepare hearing binder. | 1.00 | 195.00 | $195.00 |
| 06/28/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| | | **Task Code Total** | **34.50** | | **$8,621.00** |

**WRG-Claim Analysis (Asbestos)**

| 06/20/13 | PEC | Draft Certificate of No Objection Regarding Claim Settlement Notice (Claim No. 13308) and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
|---|---|---|---|---|---|
| 06/20/13 | KPM | Review and execute Cert of No Obj. for claim settlement notice to claim number 13308 (.1); Review and respond to email from R. Higgins regarding same (.1) | 0.20 | 525.00 | $105.00 |
| 06/24/13 | KPM | Telephone call with R. Higgins regarding VSPP claims procedures | 0.20 | 525.00 | $105.00 |
| 06/25/13 | KPM | Telephone call with R. Higgins regarding proposed VSPP claim procedure (.2); Conference with James E. O'Neill regarding same (.1) | 0.30 | 525.00 | $157.50 |
| | | **Task Code Total** | **1.50** | | **$599.50** |

**WRG-Employ. App., Others**

Invoice number 104143         91100   00001                                                                        Page 5

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/17/13 | JEO | Emails with counsel for FCR regarding FCR appointment. | 0.50 | 695.00 | $347.50 |
| 06/17/13 | KPM | Review and respond to emails from James E. O'Neill regarding Cert of No Obj. for motion to appoint interim FCR (.2); Conference with Patricia E. Cuniff regarding same (.1) | 0.30 | 525.00 | $157.50 |
| 06/19/13 | JEO | Review status of FCR Retention order and review CNO. | 0.60 | 695.00 | $417.00 |
| 06/19/13 | KPM | Review and respond to email from James E. O'Neill regarding Cert of No Obj. for FCR motion | 0.10 | 525.00 | $52.50 |
| 06/19/13 | KPM | Review and revise Cert of No Obj. for FCR motion | 0.20 | 525.00 | $105.00 |
| | | **Task Code Total** | **1.70** | | **$1,079.50** |

**WRG-Fee Apps., Applicant**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/02/13 | LDJ | Review and finalize interim fee app (February 2013). | 0.30 | 975.00 | $292.50 |
| 06/03/13 | CAK | Edit February fee application; coordinate posting, filing and service of same. | 0.20 | 290.00 | $58.00 |
| 06/03/13 | PEC | Prepare PSZ&J LLP's February 2013 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 06/03/13 | WLR | Prepare March 2013 fee application | 0.80 | 595.00 | $476.00 |
| 06/04/13 | WLR | Review and revise March 2013 fee application | 0.90 | 595.00 | $535.50 |
| 06/30/13 | WLR | Draft 50th quarterly fee application | 0.50 | 595.00 | $297.50 |
| | | **Task Code Total** | **3.20** | | **$1,804.50** |

**WRG-Fee Applications, Others**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/13 | PEC | Gather samples of Fragomen Del Ray and PSZ&J LLP's Monthly and Quarterly Fee Applications and forward to Tatiana Bessonova of Fragomen Del Ray as requested. | 0.40 | 290.00 | $116.00 |
| 06/03/13 | JEO | Review Fragomen fee app. | 0.80 | 695.00 | $556.00 |
| 06/04/13 | PEC | Draft Notice of Filing Forty-Fourth Quarterly Fee Application of Blackstone Advisory Services as Financial Advisor for the Period from January 1, 2013 Through March 31, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 06/04/13 | PEC | Prepare Casner & Edwards LLP's April 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 06/04/13 | KPM | Address filing and service of Blackstone's 44th interim fee application | 0.30 | 525.00 | $157.50 |
| 06/07/13 | PEC | Draft Certificate of No Objection Regarding Casner & Edwards LLP's January 2013 Monthly Fee Application and Affidavit of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 06/07/13 | PEC | Draft Certificate of No Objection Regarding Grant Thornton LLP's December 2012 Monthly Fee Application and Affidavit of Service (.4); Prepare for filing and service | 0.80 | 290.00 | $232.00 |

**Invoice number 104143**      91100  00001                                       **Page 6**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | (.4) | | | |
| 06/07/13 | PEC | Prepare Woodcock Washburn LLP's April 2013 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 06/07/13 | KPM | Review and execute Cert of No Obj. for Grant Thornton's December 2012 fee application | 0.10 | 525.00 | $52.50 |
| 06/07/13 | KPM | Review and execute Cert of No Obj. for Casner & Edwards' March 2013 fee application | 0.10 | 525.00 | $52.50 |
| 06/10/13 | KPM | Review and respond to email from Patricia E. Cuniff regarding interim fee reports | 0.10 | 525.00 | $52.50 |
| 06/11/13 | PEC | Draft Certificate of No Objection Regarding Kaye Scholer LLP's April 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 06/11/13 | JEO | Review question regarding fee applications from Norton Rose. | 0.20 | 695.00 | $139.00 |
| 06/11/13 | KPM | Review and execute Cert of No Obj. for Kaye Scholer's April 2013 fee application | 0.10 | 525.00 | $52.50 |
| 06/11/13 | KPM | Review and respond to email from Patricia E. Cuniff regarding Fulton Rose fee application | 0.10 | 525.00 | $52.50 |
| 06/12/13 | PEC | Draft Notice of Filing Norton Rose Quarterly Fee Application for the Period April 1, 2012 Through June 30, 2012 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 06/12/13 | PEC | Draft Notice of Filing Grant Thornton Quarterly Fee Application for the Period October 1, 2012 Through December 31, 2012 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 06/12/13 | KPM | Telephone call with R. Higgins regarding upcoming hearing dates for fee applications | 0.10 | 525.00 | $52.50 |
| 06/13/13 | PEC | Respond to request of Matt Abraham from Grant Thornton for copies of their filed Monthly Fee Applications | 0.30 | 290.00 | $87.00 |
| 06/13/13 | PEC | Draft Certificate of No Objection Regarding Beveridge & Diamond LLP's Amended January 2013 Monthly Fee Application (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 06/13/13 | PEC | Prepare Norton Rose LLPs November 2013 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 06/13/13 | KPM | Review and execute Cert of No Obj. for Beveridge & Diamond's January 2013 fee application | 0.10 | 525.00 | $52.50 |
| 06/13/13 | KPM | Review and revise Norton Rose's 69th fee application (.3); Address filing and service of same (.1) | 0.40 | 525.00 | $210.00 |
| 06/14/13 | KPM | Review and respond to docketing clerk regarding Grant Thornton fee application | 0.10 | 525.00 | $52.50 |
| 06/17/13 | PEC | Draft Notice of Withdrawal of Fee Application re: Grant Thornton 2nd Quarterly Fee Application (.2); Prepare for filing and service (.2) | 0.40 | 290.00 | $116.00 |
| 06/17/13 | PEC | Draft Notice of Grant Thornton LLP's Second Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 06/19/13 | JEO | Review and Finalize 48th Quarterly fee app for K&E. | 0.60 | 695.00 | $417.00 |
| 06/20/13 | PEC | Draft Certificate of No Objection Regarding Foley Hoag | 0.80 | 290.00 | $232.00 |

Invoice number 104143         91100   00001                                                                      Page   7

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | LLP's April 2013 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | | | |
| 06/20/13 | KPM | Review and execute Cert of No Obj. for Foley Hoag April 2013 Fee Application | 0.10 | 525.00 | $52.50 |
| 06/21/13 | PEC | Prepare Blackstone Advisory LP's April 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 06/28/13 | PEC | Prepare Kaye Scholer LLP's May 2013 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 06/28/13 | PEC | Prepare Foley Hoag LLP's May 2013 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 06/28/13 | PEC | Prepare Casner & Edwards LLP's May 2013 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 06/28/13 | PEC | Prepare The BMC Group's March 2013 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 06/28/13 | PEC | Draft Notice of Filing BMC Group's Forty-Eighth Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 06/28/13 | KPM | Review and respond to email from Patricia E. Cuniff regarding notice for BMC quarterly fee application | 0.10 | 525.00 | $52.50 |
| | **Task Code Total** | | **16.00** | | **$5,687.50** |

**Litigation (Non-Bankruptcy)**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/13 | JEO | Email to Client regarding Judge Carey assignment. | 0.40 | 695.00 | $278.00 |
| 06/05/13 | JEO | Review transition issues. | 1.00 | 695.00 | $695.00 |
| 06/06/13 | JEO | Review Judge transition issues. | 1.50 | 695.00 | $1,042.50 |
| 06/06/13 | KPM | Review emails from S. Stiles regarding new case procedures (.2); conference with Patricia E. Cuniff regarding same (.2) | 0.40 | 525.00 | $210.00 |
| 06/07/13 | JEO | Email exchange with co-counsel regarding hearing dates. | 0.60 | 695.00 | $417.00 |
| 06/07/13 | JEO | Email with court regarding hearing dates. | 0.40 | 695.00 | $278.00 |
| 06/10/13 | KPM | Review email from James E. O'Neill regarding omnibus hearing date | 0.10 | 525.00 | $52.50 |
| 06/11/13 | PEC | Respond to request from Roger Higgins for Committee's Motion for Reconsideration and Amendment to First Day Order | 0.30 | 290.00 | $87.00 |
| 06/11/13 | KPM | Review and respond to emails from R. Higgins regarding document requests | 0.20 | 525.00 | $105.00 |
| 06/12/13 | JEO | Work on scheduling matter with court. | 0.50 | 695.00 | $347.50 |
| 06/13/13 | KPM | Address docket research regarding Austern death notice requirements | 0.40 | 525.00 | $210.00 |
| 06/19/13 | PEC | Draft Certificate of No Objection Regarding Motion for Order Appointing Roger Frankel as Successor Legal Representative for Future Asbestos PI Claimants and | 0.90 | 290.00 | $261.00 |

Invoice number 104143    91100  00001                                         Page 8

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Certificate of Service (.3); Revise and review (.3) Prepare for filing and service (.3) | | | |
| 06/21/13 | PEC | Draft Certification of Counsel and proposed Order Scheduling Omnibus Hearing Date (.3); Prepare for filing and service (.3); Draft Certificate of Service (.1) | 0.70 | 290.00 | $203.00 |
| 06/21/13 | JEO | Review and revise omnibus hearing order and circulate. | 0.60 | 695.00 | $417.00 |
| 06/21/13 | JEO | Emails with counsel for ACC & FCR regarding 7/1 hearing cancellation. | 0.40 | 695.00 | $278.00 |
| 06/21/13 | KPM | Review and respond to email from James E. O'Neill regarding status of omnibus hearing dates (.1); Draft email to R. Schepacarter (UST) regarding same (.1) | 0.20 | 525.00 | $105.00 |
| 06/21/13 | KPM | Draft email to Patricia E. Cuniff regarding certification of counsel/order for omnibus date (.1); Review and execute same (.1) | 0.20 | 525.00 | $105.00 |
| 06/24/13 | PEC | Coordinate service of [Signed] Order Scheduling Omnibus Hearing Date (.2); Draft Affidavit of Service and prepare for filing (.2) | 0.40 | 290.00 | $116.00 |
| 06/24/13 | JEO | Work on transcript changes for 3rd circuit appeal. | 5.00 | 695.00 | $3,475.00 |
| 06/25/13 | JEO | Follow-up with court reporter regarding transcript. | 0.80 | 695.00 | $556.00 |
| 06/27/13 | JEO | Email exchange with FCR counsel regarding pending hearing dates. | 0.40 | 695.00 | $278.00 |
| 06/28/13 | JEO | Email correspondence with client regarding August Court calendar. | 0.50 | 695.00 | $347.50 |
| | | **Task Code Total** | **15.90** | | **$9,864.00** |
| | | **Total professional services:** | **86.70** | | **$36,790.00** |

### Costs Advanced:

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/01/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 06/01/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 06/03/2013 | FE | 91100.00001 FedEx Charges for 06-03-13 | $8.20 |
| 06/03/2013 | FE | 91100.00001 FedEx Charges for 06-03-13 | $12.38 |
| 06/03/2013 | PO | 91100.00001 :Postage Charges for 06-03-13 | $10.32 |
| 06/03/2013 | RE | ( 72 @0.10 PER PG) | $7.20 |
| 06/03/2013 | RE | ( 31 @0.10 PER PG) | $3.10 |
| 06/03/2013 | RE | ( 64 @0.10 PER PG) | $6.40 |
| 06/03/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 06/03/2013 | RE | ( 222 @0.10 PER PG) | $22.20 |
| 06/03/2013 | RE | ( 188 @0.10 PER PG) | $18.80 |
| 06/03/2013 | RE2 | SCAN/COPY ( 191 @0.10 PER PG) | $19.10 |
| 06/04/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-04-13 | $21.48 |
| 06/04/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-04-13 | $16.91 |
| 06/04/2013 | OS | Digital Legal Services, Inv. 75063, 824 Pgs | $98.88 |
| 06/04/2013 | PO | 91100.00001 :Postage Charges for 06-04-13 | $1.12 |
| 06/04/2013 | PO | 91100.00001 :Postage Charges for 06-04-13 | $30.16 |

| Invoice number 104143 | | 91100   00001 | Page 9 |
|---|---|---|---|
| 06/04/2013 | PO | 91100.00001 :Postage Charges for 06-04-13 | $67.20 |
| 06/04/2013 | RE | Reproduction Expense. [E101] 15 Pages, WLR | $1.50 |
| 06/04/2013 | RE | Reproduction Expense. [E101] 8 Pages, WLR | $0.80 |
| 06/04/2013 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 06/04/2013 | RE | ( 194 @0.10 PER PG) | $19.40 |
| 06/04/2013 | RE | ( 229 @0.10 PER PG) | $22.90 |
| 06/04/2013 | RE | ( 52 @0.10 PER PG) | $5.20 |
| 06/04/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 06/04/2013 | RE | ( 28 @0.10 PER PG) | $2.80 |
| 06/04/2013 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 06/04/2013 | RE | ( 97 @0.10 PER PG) | $9.70 |
| 06/04/2013 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 06/04/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 06/04/2013 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | $3.80 |
| 06/04/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 06/04/2013 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 06/04/2013 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 06/05/2013 | DC | 91100.00001 Digital Legal Charges for 06-05-13 | $27.00 |
| 06/05/2013 | DC | 91100.00001 Digital Legal Charges for 06-05-13 | $27.00 |
| 06/05/2013 | DC | 91100.00001 Digital Legal Charges for 06-05-13 | $72.00 |
| 06/05/2013 | DC | 91100.00001 Digital Legal Charges for 06-05-13 | $6.83 |
| 06/05/2013 | DC | 91100.00001 Digital Legal Charges for 06-05-13 | $45.00 |
| 06/05/2013 | DC | 91100.00001 Digital Legal Charges for 06-05-13 | $27.00 |
| 06/05/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-05-13 | $21.31 |
| 06/05/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-05-13 | $32.88 |
| 06/05/2013 | RE | ( 941 @0.10 PER PG) | $94.10 |
| 06/05/2013 | RE | ( 276 @0.10 PER PG) | $27.60 |
| 06/05/2013 | RE | ( 61 @0.10 PER PG) | $6.10 |
| 06/05/2013 | RE | ( 26 @0.10 PER PG) | $2.60 |
| 06/05/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 06/05/2013 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 06/05/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 06/06/2013 | FE | 91100.00001 FedEx Charges for 06-06-13 | $12.38 |
| 06/06/2013 | FE | 91100.00001 FedEx Charges for 06-06-13 | $8.20 |
| 06/06/2013 | RE | ( 18 @0.10 PER PG) | $1.80 |
| 06/06/2013 | RE | ( 284 @0.10 PER PG) | $28.40 |
| 06/06/2013 | RE | ( 9 @0.10 PER PG) | $0.90 |
| 06/06/2013 | RE | ( 116 @0.10 PER PG) | $11.60 |
| 06/06/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 06/06/2013 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | $3.40 |
| 06/06/2013 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | $3.40 |
| 06/06/2013 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 06/06/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |

| Invoice number 104143 | | 91100   00001 | Page 10 |
|---|---|---|---|
| 06/07/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-07-13 | $38.41 |
| 06/07/2013 | FE | 91100.00001 FedEx Charges for 06-07-13 | $12.38 |
| 06/07/2013 | FE | 91100.00001 FedEx Charges for 06-07-13 | $8.20 |
| 06/07/2013 | FE | 91100.00001 FedEx Charges for 06-07-13 | $12.28 |
| 06/07/2013 | PO | 91100.00001 :Postage Charges for 06-07-13 | $13.44 |
| 06/07/2013 | RE | ( 91 @0.10 PER PG) | $9.10 |
| 06/07/2013 | RE | ( 339 @0.10 PER PG) | $33.90 |
| 06/07/2013 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 06/07/2013 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 06/07/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 06/07/2013 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 06/07/2013 | RE | ( 209 @0.10 PER PG) | $20.90 |
| 06/07/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 06/10/2013 | DC | 91100.00001 Digital Legal Charges for 06-10-13 | $72.00 |
| 06/10/2013 | DC | 91100.00001 Digital Legal Charges for 06-10-13 | $6.48 |
| 06/10/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-10-13 | $32.88 |
| 06/10/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-10-13 | $21.31 |
| 06/10/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 06/10/2013 | RE | ( 68 @0.10 PER PG) | $6.80 |
| 06/10/2013 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 06/10/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 06/10/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 06/11/2013 | PO | 91100.00001 :Postage Charges for 06-11-13 | $14.56 |
| 06/11/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 06/11/2013 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | $3.60 |
| 06/11/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 06/11/2013 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 06/12/2013 | DC | 91100.00001 Digital Legal Charges for 06-12-13 | $72.00 |
| 06/12/2013 | DC | 91100.00001 Digital Legal Charges for 06-12-13 | $7.78 |
| 06/12/2013 | OS | Parcels, Inv. 457132, Bankruptcy Court Copies | $53.40 |
| 06/12/2013 | PO | 91100.00001 :Postage Charges for 06-12-13 | $32.76 |
| 06/12/2013 | PO | 91100.00001 :Postage Charges for 06-12-13 | $266.64 |
| 06/12/2013 | PO | 91100.00001 :Postage Charges for 06-12-13 | $7.35 |
| 06/12/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 06/12/2013 | RE | ( 194 @0.10 PER PG) | $19.40 |
| 06/12/2013 | RE | ( 1660 @0.10 PER PG) | $166.00 |
| 06/12/2013 | RE | ( 26 @0.10 PER PG) | $2.60 |
| 06/12/2013 | RE | ( 1426 @0.10 PER PG) | $142.60 |
| 06/12/2013 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 06/12/2013 | RE | ( 150 @0.10 PER PG) | $15.00 |
| 06/12/2013 | RE | ( 198 @0.10 PER PG) | $19.80 |
| 06/12/2013 | RE | ( 380 @0.10 PER PG) | $38.00 |
| 06/12/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |

| Invoice number 104143 | | 91100   00001 | Page 11 |
|---|---|---|---|
| 06/12/2013 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | $1.50 |
| 06/13/2013 | DC | 91100.00001 Digital Legal Charges for 06-13-13 | $27.00 |
| 06/13/2013 | DC | 91100.00001 Digital Legal Charges for 06-13-13 | $45.00 |
| 06/13/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-13-13 | $21.48 |
| 06/13/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-13-13 | $14.25 |
| 06/13/2013 | PO | 91100.00001 :Postage Charges for 06-13-13 | $14.56 |
| 06/13/2013 | RE | ( 69 @0.10 PER PG) | $6.90 |
| 06/13/2013 | RE | ( 111 @0.10 PER PG) | $11.10 |
| 06/13/2013 | RE | ( 53 @0.10 PER PG) | $5.30 |
| 06/13/2013 | RE | ( 21 @0.10 PER PG) | $2.10 |
| 06/13/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 06/13/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 06/13/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/13/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/13/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 06/13/2013 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | $0.80 |
| 06/13/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 06/14/2013 | DC | 91100.00001 Digital Legal Charges for 06-14-13 | $27.00 |
| 06/14/2013 | DC | 91100.00001 Digital Legal Charges for 06-14-13 | $27.00 |
| 06/14/2013 | DC | 91100.00001 Digital Legal Charges for 06-14-13 | $441.00 |
| 06/14/2013 | DC | 91100.00001 Digital Legal Charges for 06-14-13 | $10.65 |
| 06/14/2013 | DC | 91100.00001 Digital Legal Charges for 06-14-13 | $72.00 |
| 06/14/2013 | DC | 91100.00001 Digital Legal Charges for 06-14-13 | $10.65 |
| 06/14/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-14-13 | $11.58 |
| 06/14/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-14-13 | $21.31 |
| 06/14/2013 | RE | ( 288 @0.10 PER PG) | $28.80 |
| 06/14/2013 | RE | ( 59 @0.10 PER PG) | $5.90 |
| 06/14/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 06/14/2013 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 06/14/2013 | RE | ( 34 @0.10 PER PG) | $3.40 |
| 06/14/2013 | RE | ( 28 @0.10 PER PG) | $2.80 |
| 06/17/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-17-13 | $21.31 |
| 06/17/2013 | FX | (CORR 12 @1.00 PER PG) | $12.00 |
| 06/17/2013 | FX | (CORR 3 @1.00 PER PG) | $3.00 |
| 06/17/2013 | FX | (CORR 1 @1.00 PER PG) | $1.00 |
| 06/17/2013 | RE | ( 47 @0.10 PER PG) | $4.70 |
| 06/17/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 06/17/2013 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 06/17/2013 | RE | ( 31 @0.10 PER PG) | $3.10 |
| 06/17/2013 | RE | ( 47 @0.10 PER PG) | $4.70 |
| 06/17/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 06/17/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 06/17/2013 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | $4.70 |

**Invoice number 104143**      91100    00001                                              **Page 12**

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/18/2013 | AT | Auto Travel Expense [E109] VTSPhiladelphia Taxi Service, To 3rd Circuit Argument on Confirmation, JEO | $10.79 |
| 06/18/2013 | AT | Auto Travel Expense [E109] VTS Philadelphia Taxi Service, From 3rd Circuit Argument on Confirmation, JEO | $9.13 |
| 06/18/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-18-13 | $21.31 |
| 06/18/2013 | OS | Digital Legal Services, Inv. 75063 | $100.00 |
| 06/18/2013 | RE | ( 127 @0.10 PER PG) | $12.70 |
| 06/18/2013 | RE | ( 160 @0.10 PER PG) | $16.00 |
| 06/18/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 06/18/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 06/18/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 06/18/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 06/19/2013 | DC | 91100.00001 Digital Legal Charges for 06-19-13 | $28.98 |
| 06/19/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-19-13 | $32.88 |
| 06/19/2013 | FE | 91100.00001 FedEx Charges for 06-19-13 | $12.38 |
| 06/19/2013 | FE | 91100.00001 FedEx Charges for 06-19-13 | $8.20 |
| 06/19/2013 | OS | Digital Legal Services, Inv. 75063, 390 Pgs | $46.80 |
| 06/19/2013 | OS | Digital Legal Services, Inv. 75063, Postage | $9.60 |
| 06/19/2013 | OS | Digital Legal Services, Inv. 75063, 1000 Pgs | $120.00 |
| 06/19/2013 | OS | Digital Legal Services, Inv. 75063, Postage | $234.12 |
| 06/19/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 06/19/2013 | RE | ( 21 @0.10 PER PG) | $2.10 |
| 06/19/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 06/19/2013 | RE | ( 115 @0.10 PER PG) | $11.50 |
| 06/19/2013 | RE | ( 45 @0.10 PER PG) | $4.50 |
| 06/19/2013 | RE | ( 55 @0.10 PER PG) | $5.50 |
| 06/19/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 06/19/2013 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | $7.40 |
| 06/19/2013 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | $5.10 |
| 06/20/2013 | DC | 91100.00001 Digital Legal Charges for 06-20-13 | $27.00 |
| 06/20/2013 | DC | 91100.00001 Digital Legal Charges for 06-20-13 | $513.00 |
| 06/20/2013 | DC | 91100.00001 Digital Legal Charges for 06-20-13 | $8.46 |
| 06/20/2013 | DC | 91100.00001 Digital Legal Charges for 06-20-13 | $45.00 |
| 06/20/2013 | DC | 91100.00001 Digital Legal Charges for 06-20-13 | $27.00 |
| 06/20/2013 | DC | 91100.00001 Digital Legal Charges for 06-20-13 | $27.00 |
| 06/20/2013 | DC | 91100.00001 Digital Legal Charges for 06-20-13 | $27.00 |
| 06/20/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-20-13 | $32.88 |
| 06/20/2013 | PO | 91100.00001 :Postage Charges for 06-20-13 | $29.12 |
| 06/20/2013 | PO | 91100.00001 :Postage Charges for 06-20-13 | $1.12 |
| 06/20/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 06/20/2013 | RE | ( 114 @0.10 PER PG) | $11.40 |
| 06/20/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 06/20/2013 | RE | ( 8 @0.10 PER PG) | $0.80 |

| Invoice number 104143 | | 91100   00001 | Page 13 |
|---|---|---|---|
| 06/20/2013 | RE | ( 103 @0.10 PER PG) | $10.30 |
| 06/20/2013 | RE | ( 74 @0.10 PER PG) | $7.40 |
| 06/20/2013 | RE | ( 21 @0.10 PER PG) | $2.10 |
| 06/20/2013 | RE | ( 185 @0.10 PER PG) | $18.50 |
| 06/21/2013 | DC | 91100.00001 Digital Legal Charges for 06-21-13 | $153.00 |
| 06/21/2013 | DC | 91100.00001 Digital Legal Charges for 06-21-13 | $7.25 |
| 06/21/2013 | DC | 91100.00001 Digital Legal Charges for 06-21-13 | $360.00 |
| 06/21/2013 | DC | 91100.00001 Digital Legal Charges for 06-21-13 | $27.00 |
| 06/21/2013 | FE | 91100.00001 FedEx Charges for 06-21-13 | $8.20 |
| 06/21/2013 | FE | 91100.00001 FedEx Charges for 06-21-13 | $12.38 |
| 06/21/2013 | FE | 91100.00001 FedEx Charges for 06-21-13 | $12.28 |
| 06/21/2013 | OS | Digital Legal Services, Inv. 75063, 824 Pgs | $98.88 |
| 06/21/2013 | OS | Digital Legal Services, Inv. 75063, Postage | $235.24 |
| 06/21/2013 | RE | ( 89 @0.10 PER PG) | $8.90 |
| 06/21/2013 | RE | ( 43 @0.10 PER PG) | $4.30 |
| 06/21/2013 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 06/21/2013 | RE | ( 42 @0.10 PER PG) | $4.20 |
| 06/21/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 06/21/2013 | RE | ( 306 @0.10 PER PG) | $30.60 |
| 06/21/2013 | RE | ( 201 @0.10 PER PG) | $20.10 |
| 06/21/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 06/21/2013 | RE2 | SCAN/COPY ( 88 @0.10 PER PG) | $8.80 |
| 06/24/2013 | DC | 91100.00001 Digital Legal Charges for 06-24-13 | $13.32 |
| 06/24/2013 | DC | 91100.00001 Digital Legal Charges for 06-24-13 | $45.00 |
| 06/24/2013 | DC | 91100.00001 Digital Legal Charges for 06-24-13 | $27.00 |
| 06/24/2013 | DC | 91100.00001 Digital Legal Charges for 06-24-13 | $5.00 |
| 06/24/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-24-13 | $21.31 |
| 06/24/2013 | FE | 91100.00001 FedEx Charges for 06-24-13 | $12.71 |
| 06/24/2013 | OS | Digital Legal Services, Inv. 75063, 412 Pgs | $49.44 |
| 06/24/2013 | OS | Digital Legal Services, Inv. 75063, Postage | $235.24 |
| 06/24/2013 | PO | 91100.00001 :Postage Charges for 06-24-13 | $1.12 |
| 06/24/2013 | PO | 91100.00001 :Postage Charges for 06-24-13 | $1.12 |
| 06/24/2013 | PO | 91100.00001 :Postage Charges for 06-24-13 | $49.68 |
| 06/24/2013 | RE | ( 27 @0.10 PER PG) | $2.70 |
| 06/24/2013 | RE | ( 108 @0.10 PER PG) | $10.80 |
| 06/24/2013 | RE | ( 268 @0.10 PER PG) | $26.80 |
| 06/24/2013 | RE | ( 115 @0.10 PER PG) | $11.50 |
| 06/24/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 06/24/2013 | RE2 | SCAN/COPY ( 89 @0.10 PER PG) | $8.90 |
| 06/24/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | $1.20 |
| 06/24/2013 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 06/24/2013 | RE2 | SCAN/COPY ( 180 @0.10 PER PG) | $18.00 |
| 06/24/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |

Invoice number 104143    91100   00001    Page 14

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/24/2013 | RE2 | SCAN/COPY ( 90 @0.10 PER PG) | $9.00 |
| 06/24/2013 | RE2 | SCAN/COPY ( 89 @0.10 PER PG) | $8.90 |
| 06/24/2013 | RE2 | SCAN/COPY ( 180 @0.10 PER PG) | $18.00 |
| 06/24/2013 | TR | Transcript [E116] Veritext New York Reporting Co, Inv. PA1783611, JEO | $455.55 |
| 06/25/2013 | DC | 91100.00001 Digital Legal Charges for 06-25-13 | $27.00 |
| 06/25/2013 | DC | 91100.00001 Digital Legal Charges for 06-25-13 | $360.00 |
| 06/25/2013 | DC | 91100.00001 Digital Legal Charges for 06-25-13 | $6.83 |
| 06/25/2013 | DC | 91100.00001 Digital Legal Charges for 06-25-13 | $28.98 |
| 06/25/2013 | DC | 91100.00001 Digital Legal Charges for 06-25-13 | $27.00 |
| 06/25/2013 | DC | 91100.00001 Digital Legal Charges for 06-25-13 | $45.00 |
| 06/25/2013 | FE | 91100.00001 FedEx Charges for 06-25-13 | $12.28 |
| 06/25/2013 | FE | 91100.00001 FedEx Charges for 06-25-13 | $12.28 |
| 06/25/2013 | RE | ( 757 @0.10 PER PG) | $75.70 |
| 06/25/2013 | RE | ( 236 @0.10 PER PG) | $23.60 |
| 06/25/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 06/26/2013 | FE | Federal Express [E108] | $12.28 |
| 06/26/2013 | PO | 91100.00001 :Postage Charges for 06-26-13 | $0.92 |
| 06/26/2013 | RE | ( 221 @0.10 PER PG) | $22.10 |
| 06/26/2013 | RE | ( 11 @0.10 PER PG) | $1.10 |
| 06/26/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 06/26/2013 | RE | ( 74 @0.10 PER PG) | $7.40 |
| 06/26/2013 | RE | ( 60 @0.10 PER PG) | $6.00 |
| 06/27/2013 | PO | 91100.00001 :Postage Charges for 06-27-13 | $1.12 |
| 06/27/2013 | RE | ( 282 @0.10 PER PG) | $28.20 |
| 06/27/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 06/27/2013 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | $3.10 |
| 06/27/2013 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | $3.10 |
| 06/28/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-28-13 | $21.31 |
| 06/28/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-28-13 | $21.31 |
| 06/28/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-28-13 | $21.31 |
| 06/28/2013 | DH | 91100.00001 DHL Worldwide Express Charges for 06-28-13 | $21.31 |
| 06/28/2013 | FE | Federal Express [E108] | $12.38 |
| 06/28/2013 | FE | Federal Express [E108] | $8.20 |
| 06/28/2013 | FE | Federal Express [E108] | $13.83 |
| 06/28/2013 | FE | Federal Express [E108] | $12.28 |
| 06/28/2013 | OS | Digital Legal Services, Inv. 75063, 824 Pgs | $98.88 |
| 06/28/2013 | OS | Digital Legal Services, Inv. 75063, Postage | $235.24 |
| 06/28/2013 | PO | 91100.00001 :Postage Charges for 06-28-13 | $35.04 |
| 06/28/2013 | RE | ( 69 @0.10 PER PG) | $6.90 |
| 06/28/2013 | RE | ( 1384 @0.10 PER PG) | $138.40 |
| 06/28/2013 | RE | ( 180 @0.10 PER PG) | $18.00 |
| 06/28/2013 | RE | ( 17 @0.10 PER PG) | $1.70 |

**Invoice number 104143**       91100   00001                                                   **Page 15**

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/28/2013 | RE | ( 62 @0.10 PER PG) | $6.20 |
| 06/28/2013 | RE | ( 106 @0.10 PER PG) | $10.60 |
| 06/28/2013 | RE | ( 94 @0.10 PER PG) | $9.40 |
| 06/28/2013 | RE | ( 31 @0.10 PER PG) | $3.10 |
| 06/28/2013 | RE | ( 258 @0.10 PER PG) | $25.80 |
| 06/28/2013 | RE | ( 63 @0.10 PER PG) | $6.30 |
| 06/28/2013 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 06/28/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 06/28/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 06/28/2013 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | $5.60 |
| 06/28/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 06/28/2013 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | $3.30 |
| 06/30/2013 | PAC | Pacer - Court Research | $1,278.50 |

                       Total Expenses:                                                          **$9,240.78**

## Summary:

| | | |
|---|---|---|
| Total professional services | | $36,790.00 |
| Total expenses | | $9,240.78 |
| **Net current charges** | | $46,030.78 |
| Net balance forward | | $7,857.08 |
| **Total balance now due** | | $53,887.86 |

| | | | | |
|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | 1.80 | 195.00 | $351.00 |
| CAK | Knotts, Cheryl A. | 0.30 | 290.00 | $87.00 |
| JEO | O'Neill, James E. | 27.40 | 695.00 | $19,043.00 |
| KPM | Makowski, Kathleen P. | 5.20 | 525.00 | $2,730.00 |
| KSN | Neil, Karen S. | 0.50 | 195.00 | $97.50 |
| LDJ | Jones, Laura Davis | 0.30 | 975.00 | $292.50 |
| PEC | Cuniff, Patricia E. | 35.00 | 290.00 | $10,150.00 |
| SLP | Pitman, L. Sheryle | 14.00 | 195.00 | $2,730.00 |
| WLR | Ramseyer, William L. | 2.20 | 595.00 | $1,309.00 |
| | | 86.70 | | $36,790.00 |

Invoice number 104143       91100   00001                                         Page 16

## Task Code Summary

|      |                              | Hours | Amount      |
|------|------------------------------|-------|-------------|
| AP   | Appeals [B430]               | 13.90 | $9,134.00   |
| CA   | Case Administration [B110]   | 34.50 | $8,621.00   |
| CR01 | WRG-Claim Analysis (Asbestos)| 1.50  | $599.50     |
| EA01 | WRG-Employ. App., Others     | 1.70  | $1,079.50   |
| FA   | WRG-Fee Apps., Applicant     | 3.20  | $1,804.50   |
| FA01 | WRG-Fee Applications, Others | 16.00 | $5,687.50   |
| LN   | Litigation (Non-Bankruptcy)  | 15.90 | $9,864.00   |
|      |                              | 86.70 | $36,790.00  |

## Expense Code Summary

| | |
|---|---|
| Auto Travel Expense [E109] | $19.92 |
| Delivery/Courier Service | $2,859.21 |
| DHL- Worldwide Express | $468.73 |
| Federal Express [E108] | $223.70 |
| Fax Transmittal [E104] | $16.00 |
| Outside Services | $1,615.72 |
| Pacer - Court Research | $1,278.50 |
| Postage [E108] | $577.35 |
| Reproduction Expense [E101] | $1,495.40 |
| Reproduction/ Scan Copy | $230.70 |
| Transcript [E116] | $455.55 |
| | $9,240.78 |