# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## AMENDED NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that **Wells Fargo Bank, N.A.** (successor by merger to Wachovia Bank) ("Wells Fargo") as a creditor in the above-captioned bankruptcy case, by and through its undersigned counsel, hereby requests that copies of all notices and pleadings given or filed in this case be given and served upon the following individuals at the addresses, facsimile numbers, or electronic mail addresses set forth below:

Cole B. Richins
Moore & Van Allen, PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-1132
Facsimile: (704) 409-5670
E-mail: colerichins@mvalaw.com

Wells Fargo respectfully requests that the Court remove Stephen Gunn of Moore & Van Allen PLLC from the list of attorneys in the above-captioned case.

This the 22nd day of November, 2013.

MOORE & VAN ALLEN PLLC

By: ___/s/ Cole B. Richins_____
    Cole B. Richins (N.C. Bar No. 44744)
    Moore & Van Allen PLLC
    100 North Tryon Street, Suite 4700
    Charlotte, North Carolina 28202-4003
    Telephone: (704) 331-1132
    Telecopy: (704) 409-5670
    E-mail: colerichins@mvalaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Chapter 11** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the *Amended Notice of Appearance and Request for Notices* has been served this date by electronic notification on those parties registered with the United State Bankruptcy Court, District of Delaware ECF system to receive notices for this case.

This the 22nd day of November, 2013.

                                            /s/ Cole B. Richins
                                            Cole B. Richins