# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention: Careen Hannouche  
286 Rue St. Paul  
Quest bureau 100 Montreal QC H2Y 2A3

Date: 11/6/2013  
File Number: ZAI/WRG 060124-01  
Invoice Number: 21881

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/2013 | KEH | E-mail from Grace Accounts Payable transmitting Deposit Advice for The Hogan Firm's January, February & March holdback - save and review; Revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.40 | 195.00 | 78.00 |
| 10/08/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Statement of Professionals' Compensation /Debtors' Statement of Amounts Paid to Ordinary Course Professonals from July 1, 2013 Through September 30, 2013 Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 10/10/2013 | KEH | E-mail correspondence with Cindy Yates, re: payment of SH's holdback for January ($348.00), February ($588.50) and March ($347.50), 2013; review and revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 10/16/2013 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Statement for September 1, 2013 – September 30, 2013. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 10/16/2013 | GP | Email from Cindy Yates transmitting September 2013 time statement. | 0.10 | 195.00 | 19.50 |
| 10/17/2013 | DKH | E-mail correspondence with Cindy Yates concerning Scarfone Hawkins LLP Monthly Fee Statement for September 1, 2013 – September 30, 2013. | 0.10 | 400.00 | 40.00 |
| 10/18/2013 | DKH | E-mail correspondence with Ashlee White concerning certain questions related to the timing of the effective date of the plan and related issues. | 0.20 | 400.00 | 80.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 |
| 10/18/2013 | DKH | | Reviewed the time limits in Section 7.8 of the First Amended Joint Plan relative to the Canadian ZAI minutes of settlement which run from the "Effective Date" as defined in Plan. Reviewed the Canadian ZAI minutes of settlement for operation of settlement.<br><br>The First Amended Joint Plan defines the "Effective Date" as the first business day after satisfaction or waiver of the conditions precedent specified in Section 7.8 of the First Amended Joint Plan. | 0.90 | 400.00 | 360.00 |
| 10/23/2013 | GP | | Draft the Certificate of No Objection for Lauzon Belanger Lesperance's 41st Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | | Draft the Certificate of No Objection for Lauzon Belanger Lesperance's 42nd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | | Draft the Certificate of No Objection for Scarfone Hawkin's 41st Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | | Draft the Certificate of No Objection for Scarfone Hawkin's 42nd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | | Draft the Certificate of No Objection for The Hogan Firm's 41st Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | | Draft the Certificate of No Objection for The Hogan Firm's 42nd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | | Email correspondence with Careen Hannouche, re: September 2013 time statement. | 0.10 | 195.00 | 19.50 |
| 10/23/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-First Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 10/23/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-First Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 10/23/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-First Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 10/23/2013 | GP | | Email to Digital Legal transmitting the Certificate of No Objection, re: the 41st Monthly Fee Applications of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 10/23/2013 | GP | | Email to service parties transmitting the Certificate of No Objection, re: the 41st Monthly Fee Applications of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 10/23/2013 | GP | | Prepared for and filed the Certificate of No Objection for Lauzon Belanger Lesperance's 41st Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | | Prepared for and filed the Certificate of No Objection for Scarfone Hawkin's 41st Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | | Prepared for and filed the Certificate of No Objection for The Hogan Firm's 41st Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-First Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/23/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of Scarfone Hawkins' Forty-First Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 |
| 10/23/2013 | DKH | | Reviewed Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-First Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/23/2013 | DKH | | Reviewed docket for objections to Lauzon Belanger Lesperance's Forty-First Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/23/2013 | DKH | | Reviewed docket for objections to Scarfone Hawkins' Forty-First Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/23/2013 | DKH | | Reviewed docket for objections to The Hogan Firm's Forty-First Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 10/24/2013 | DKH | | Conducted research on the likelihood of W.R. Grace's emergence from bankruptcy. Read press release and researched status of appeals to the Third Circuit Court of Appeals. | 1.00 | 400.00 | 400.00 |
| 10/24/2013 | DKH | | E-mail correspondence with Ashlee White regarding the anticipated timing of WR Grace's exit from bankruptcy and transmitting linkd to news reports regarding their anticipated emergence. | 0.30 | 400.00 | 120.00 |
| 10/24/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Sale /Debtors' Forty-Ninth Quarterly Report of Asset Sales From July 1, 2013 Through September 30, 2013 in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets. (related document(s)[833]) Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 10/24/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Settlement /Debtors' Forty-Ninth Quarterly Report of Settlements From July 1, 2013 Through September 30, 2013 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding. Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 10/24/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Second Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 10/24/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Second Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 10/24/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Second Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 10/24/2013 | GP | | Email to Digital Legal transmitting the Certificate of No Objection, re: the 42nd Monthly Fee Applications of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |

| 11/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 10/24/2013 | GP | | Email to service parties transmitting the Certificate of No Objection, re: the 42nd Monthly Fee Applications of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 10/24/2013 | GP | | Prepared for and filed the Certificate of No Objection for Lauzon Belanger Lesperance's 42nd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/24/2013 | GP | | Prepared for and filed the Certificate of No Objection for Scarfone Hawkin's 42nd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/24/2013 | GP | | Prepared for and filed the Certificate of No Objection for The Hogan Firm's 42nd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/24/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Second Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/24/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Second Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/24/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Second Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/24/2013 | DKH | | Reviewed docket for objections to Lauzon Belanger Lesperance's Forty-Second Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/24/2013 | DKH | | Reviewed docket for objections to Scarfone Hawkin's Forty-Second Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/24/2013 | DKH | | Reviewed docket for objections to The Hogan Firm's Forty-Second Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/25/2013 | DKH | | E-mail correspondence with Ashlee White transmitting the Third Circuit opinion relative to Montana and the Crown. | 0.10 | 400.00 | 40.00 |
| 10/25/2013 | DKH | | Reviewed Third Circuit opinion regarding the appeals of Montana and the Crown (Nos. 12-1521/2904). | 1.50 | 400.00 | 600.00 |
| 10/28/2013 | GP | | Calculated project codes for LBL's September 2013 invoice. | 0.30 | 195.00 | 58.50 |
| 10/28/2013 | GP | | Calculated project codes for SH's September 2013 invoice. | 0.30 | 195.00 | 58.50 |
| 10/28/2013 | GP | | Calculated project codes for THF's September 2013 invoice. | 1.00 | 195.00 | 195.00 |
| 10/28/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Forty-Third) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2013 to September 30, 2013. | 0.70 | 400.00 | 280.00 |
| 10/28/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Forty-Third) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period September 1, 2013 to September 30, 2013. | 1.00 | 400.00 | 400.00 |
| 10/29/2013 | DKH | | Conducted research on the status of the various appeals to the Third Circuit. Read the Anderson Hospital opinion and conducted research on the status of the last pending appeal on bank interest. | 2.00 | 400.00 | 800.00 |
| 10/29/2013 | GP | | Draft the 43rd Monthly Fee Application for LBL. | 1.30 | 195.00 | 253.50 |
| 10/29/2013 | GP | | Draft the 43rd Monthly Fee Application for SH. | 1.30 | 195.00 | 253.50 |
| 10/29/2013 | GP | | Draft the 43rd Monthly Fee Application for THF. | 1.30 | 195.00 | 253.50 |
| 10/29/2013 | KEH | | E-mail correspondence from Day, Jason, re: duplicate payment, A/P's response and repayment preference request. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | DKH | | E-mail correspondence with Ashlee White asking questions about the status of the appeals and the likelihood of an appeal to the Supreme Court. | 0.20 | 400.00 | 80.00 |
| 10/29/2013 | GP | | Email correspondence with Careen Hannouche, re: draft 43rd Monthly Fee Application for LBL. Receipt of signed certification. | 0.20 | 195.00 | 39.00 |

| 11/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:5 | |
|---|---|---|---|---|---|---|
| 10/29/2013 | KEH | | E-mail correspondence with Careen Hannouche, re: received a payment of $475.95 on October 23, 2013 for LBL; review WRGrace payment spreadsheet and revise same for use in preparation of fee applications. | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | GP | | Email correspondence with Cindy Yates, re: draft 43rd Monthly Fee Application of SH. Receipt of signed certification. | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | KEH | | E-mail correspondence with 'Day, Jason' - to avoid confusion, we will issue a check back to W.R. Grace in the amount of $8,739.05 once it hits our account. Should we send it to the address below, Attn: Marisa Guzman | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | DKH | | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Objection to Claim by Claimant(s) Paulette Ramsey Nelson. Filed by W.R. Grace & Co., et al. | 0.20 | 400.00 | 80.00 |
| 10/29/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - Monthly Application for Compensation (Forty-Third) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2013 to September 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 11/20/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Third) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2013 to September 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 11/20/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Third) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period September 1, 2013 to September 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 11/20/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | GP | | Email correspondence with digital legal transmitting the 43rd Monthly Fee Application of LBL, THF and SH for hand delivery. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | GP | | Email correspondence with fee auditor transmitting the 43rd Monthly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | GP | | Email correspondence with fee auditor transmitting the 43rd Monthly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | GP | | Email correspondence with fee auditor transmitting the 43rd Monthly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | KEH | | E-mail correspondence with 'Jason.Day@grace.com', re: received the remittance advice for a deposit tomorrow, 10/30/2013 - shows THF being paid twice for August 2013 application. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | GP | | Email correspondence with service parties transmitting the 43rd Monthly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | GP | | Email correspondence with service parties transmitting the 43rd Monthly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | GP | | Email correspondence with service parties transmitting the 43rd Monthly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | KEH | | E-mail from Grace Accounts Payable transmitting Deposit Advice for THF's July and August 2013 fee applications - August on deposit twice; review WRGrace spreadsheet. | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | GP | | Prepared for and filed the 43rd Monthly Fee Application of LBL. | 0.30 | 195.00 | 58.50 |
| 10/29/2013 | GP | | Prepared for and filed the 43rd Monthly Fee Application of SH. | 0.30 | 195.00 | 58.50 |
| 10/29/2013 | GP | | Prepared for and filed the 43rd Monthly Fee Application of THF. | 0.30 | 195.00 | 58.50 |

| 11/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:6 | |
|---|---|---|---|---|---|---|
| 10/29/2013 | KEH | | Review WRGrace payment spreadsheet; E-mail correspondence with 'Careen Hannouche', re: status of holdback payment for LBL's January through March fee applications in the amount of $475.95 | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Forty-Third) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2013 to September 30, 2013. | 0.80 | 400.00 | 320.00 |
| 10/30/2013 | GP | | Draft the 15th Quarterly Fee Application For LBL. | 1.50 | 195.00 | 292.50 |
| 10/30/2013 | GP | | Draft the 15th Quarterly Fee Application for SH. | 1.50 | 195.00 | 292.50 |
| 10/31/2013 | GP | | Draft the 15th Quarterly Fee Application for THF. | 1.50 | 195.00 | 292.50 |
| 10/31/2013 | GP | | Email correspondence with Careen Hannouche transmitting the 15th Quarterly Fee Application of LBL. Receipt of signed Certification. | 0.20 | 195.00 | 39.00 |
| 10/31/2013 | GP | | Email correspondence with Cindy Yates transmitting the 15th Quarterly Fee Application of Scarfone Hawkins. Receipt of signed Certification. | 0.20 | 195.00 | 39.00 |
| 10/31/2013 | KEH | | E-mails with Cindy Yates, re: received from WR Grace today: July, 2013, monthly fee application - $2,845.80<br>August, 2013, monthly fee application - $1,803.04<br>Review and revise WRGrace payment spreadsheet for use in preparation of fee applicaions. | 0.40 | 195.00 | 78.00 |
| 10/31/2013 | DKH | | Reviewed and revised Quarterly Application for Compensation (Fifteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to September 30, 2013. | 0.80 | 400.00 | 320.00 |
| 10/31/2013 | DKH | | Reviewed and revised Quarterly Application for Compensation (Fifteenth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to September 30, 2013. | 1.20 | 400.00 | 480.00 |
| 10/31/2013 | DKH | | Reviewed and revised Quarterly Application for Compensation (Fifteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to September 30, 2013. | 1.30 | 400.00 | 520.00 |
| | | | **Total Fees** | **36.70** | | **$10,498.00** |

**Expenses**

| 10/25/2013 | Digital Legal - WR Grace | 7.75 | | |
|---|---|---|---|---|
| 10/25/2013 | Digital Legal - WR Grace | 8.00 | | |
| 10/29/2013 | Photocopies- 43rd Mo Fee Apps to Fee Auditor and Finke | 15.60 | | |
| 10/29/2013 | Postage- 43rd Mo Fee Apps to Fee Auditor and Finke | 5.04 | | |
| | **Total Expenses** | | | **$36.39** |

**TOTAL NEW CHARGES**  **$10,534.39**

| | | | |
|---|---|---|---|
| 11/6/2013 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:7 |

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Prior Balance | 11,765.97 |
| Payments | -11,765.97 |
| Current Fees | 10,498.00 |
| Current Expenses | 36.39 |
| **AMOUNT DUE AND OWING TO DATE** | **$10,534.39** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH; Please call 302.656.7540 if you have any questions or concerns.**

### Payments

| Date | Ref # | Description | Amount |
|---|---|---|---:|
| 10/28/2013 | 997 2277 | Payment on Account | 11,765.97 |