# EXHIBIT A

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
October 31, 2013
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS
ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

H.S.T. REGISTRATION NO. 873984314 RT – 0001

## CANADIAN ZAI MONTHLY FEE APPLICATION
(October 1, 2013 – October 31, 2013)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/01/13 | receipt of and respond to class member inquiries, etc., re US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 10/03/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 10/04/13 | receipt of and respond to class member inquiries re status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 10/07/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 10/07/13 | discuss with Matt Moloci re "Effective Date", memo to Cindy Yates | DT | $575.00 | 0.25 | $143.75 |
| 10/08/13 | memo to Cindy Yates re: "Effective Date" of Plan, etc., and follow-ups; discuss with Matt Moloci | DT | $575.00 | 0.25 | $143.75 |
| 10/10/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 10/10/13 | discuss and review with CY, review documents, etc., letter to Dan Hogan re: "Effective Date" under First Amended Joint Plan | DT | $575.00 | 0.50 | $287.50 |
| 10/17/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 10/17/13 | review and finalize email to Dan Hogan | DT | $575.00 | 0.10 | $57.50 |
| 10/23/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 10/24/13 | receipt Dan Hogan email and articles, review same, letter to Dan Hogan, memo to Matt | DT | $575.00 | 0.35 | $201.25 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Moloci, etc. |  |  |  |  |
| 10/25/13 | receipt Dan Hogan email and follow-up to review 3rd Circuit opinion | DT | $575.00 | 1.00 | $575.00 |
| 10/28/13 | letter to Dan Hogan, discuss with MGM, letter to Michel Belanger and Careen Hannouche | DT | $575.00 | 0.35 | $201.25 |
| 10/30/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 10/31/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 10/31/13 | review dockets for period October, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of October, 2013 | LC | $150.00 | 2.00 | $300.00 |
|  |  |  | SUB-TOTAL | 7.05 | $3,203.75 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON<br>25 years - 1988 | DT | 5.05 | $575.00 | $2,903.75 | $377.49 |
| LAW CLERK<br>Cindy Yates<br>31 years - 1982 | CY | 2.00 | $150.00 | $300.00 | $39.00 |
| SUB-TOTAL: |  | 7.05 |  | $3,203.75 | $416.49 |
| TOTAL FEES AND TAXES: |  |  |  |  | $3,620.24 |

THIS IS OUR FEE APPLICATION,
Per:


**SCARFONE HAWKINS LLP**
E. & O.E.

*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.