# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS · ATTORNEYS

November 19, 2013

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file: 222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
(October1st 2013 to October 31st 2013)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**
**OUR FEES:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2013-10-22 | CH | Letter to Mr. Thompson re: portion of The Hogan Firm fees | 0.25 | $285.00 | $71.25 |
| 2013-10-23 | CH | Review of September 2013 time statement | 0.50 | $285.00 | $142.50 |
| 2013-10-23 | CH | Email to G. Palagruto re: September 2013 time statement | 0.17 | $285.00 | $48.45 |
| 2013-10-29 | CH | Email to Karen Harvey re: confirmation receipt payment for the purposes of preparing LBL fee applications | 0.17 | $285.00 | $48.45 |
| 2013-10-29 | CH | Review of 43rd monthly fee application | 0.25 | $285.00 | $71.25 |
| 2013-10-29 | CH | Email to G. Palagruto re: signed certification 43rd monthly fee application | 0.17 | $285.00 | $48.45 |
| 2013-10-30 | CH | Review of emails from Mr. Hogan to Mr. Thompson and two new articles and Third Circuit appeal decision re: chapter 11 appeals | 2.50 | $285.00 | $712.50 |
| 2013-10-30 | CH | Review of email from Mr. Thompson to Mr. Hogan re: delays appeals | 0.33 | $285.00 | $94.05 |
| | | **OUR FEES :** | **4.34** | | **$ 1,236.90** |

TIME SUMMARY BY LAWYER
CH     285.00     4.34     $ 1,236.90

**DISBURSEMENTS**
Photocopies                                             0.70

**SUB-TOTAL**                                                     $ 1,237.60

  G.S.T. 5%                                                            61.88
  Q.S.T. 9.975 %                                                      123.45

**TOTAL**                                                         $ 1,422.93
# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001