<u>**EXHIBIT B**</u>

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
**<u>JULY 1, 2013 THROUGH SEPTEMBER 30, 2013</u>**

1.      **Case Administration – 15537 – 6.2 hours ($1,564.00)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

During the Application Period, the Applicant spent time tracking and researching developments that implicate property damage claims specifically and asbestos issues generally.

2.      **Applicant's Fee Applications – 15543 – 5.0 hours ($1,405.00)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application.

3.      **Hearings – 15544 – 4.3 hours ($1,218.50)**

This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant reviewed the hearing agenda and matters set for hearing on August 1, 2013, advised PD Committee members regarding same, and attended and arranged for attorney to participate in the August 1, 2013 hearing. The Applicant further reviewed the impact of the reassignment of the case to a new Judge, the Judge's procedures, and the omnibus hearing dates going forward.

4.      **Business Operations – 15545 – 7.2 hours ($4,515.00)**

During the Application Period, the Applicant reviewed the Project Lantern presentation materials, confidentiality agreement and motions.  The Applicant further participated in Project Lantern call with the Debtors and advised Committee Members of same.

5.      **Plan & Disclosure Statement - 15554 - 8.2 hours ($5,081.00)**

During the Application Period, the Applicant reviewed the 3rd Circuit opinion on Garlock appeal and communicated with the Committee Members regarding same.  The Applicant further reviewed the opinions of the 3rd Circuit on the Anderson and Montana appeals and attended to emails and conferences with Committee Members regarding same.

6.      **Travel - 15546 - 6.7 - ($1,926.25)**

The Applicant traveled to attend hearing scheduled in Philadelphia.  In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

7.      **Creditors Committee - 15539 - 3.6 ($2,070.00)**

During the Application Period, the Applicant attended to several calls from Committee members regarding various issues.

8.      **Claims Analysis, Objection, Resolution & Estimation - 15545 - 1.1 ($752.50)**

The Applicant attended to telephone conference with Committee Member as to historical position on "Frenville" claims and attended to emails regarding delays in payments on PD claims due to delays in confirmation of plan.