# EXHIBIT C


Bilzin Sumberg
ATTORNEYS AT LAW

August 30, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   240361

Client No. 74817

For Professional Services Rendered
   Through July 31, 2013

### CLIENT SUMMARY

**BALANCE AS OF- 07/31/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $460.00 | $395.50 | $855.50 |
| **.15539 -** 03 - Creditors Committee | $2,070.00 | $0.00 | $2,070.00 |
| **.15543 -** 07 - Applicant's Fee Application | $953.00 | $0.00 | $953.00 |
| **.15546 -** 10 - Travel | $1,926.25 | $0.00 | $1,926.25 |
| **.15554 -** 18 - Plan & Disclosure Statement | $862.50 | $0.00 | $862.50 |
| *Client Total* | *$6,271.75* | *$395.50* | *$6,667.25* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593        www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 11.80 | $411.76 | $4,858.75 |
| Snyder, Jeffrey I | 0.60 | $445.00 | $267.00 |
| Donaire, Gloria | 2.00 | $230.00 | $460.00 |
| Flores, Luisa M | 2.80 | $245.00 | $686.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**     **$6,271.75**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Fares, Mileage, Parking | $91.75 |
| Long Distance Telephone | $2.28 |
| Long Distance Telephone-Outside Services | $20.77 |
| Pacer - Online Services | $271.40 |
| Copies | $9.30 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$395.50** |

**TOTAL BALANCE DUE THIS PERIOD**     **$6,667.25**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 07/02/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/03/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/08/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/09/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/10/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/11/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/12/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/15/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/16/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/17/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/18/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/19/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/22/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/23/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/24/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/25/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/26/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/29/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/30/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 07/31/13 | GD | 0.10 | 23.00 | Review and analyze docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                    **$460.00**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 06/17/13 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 135703; DATE: 6/23/2013 - Clients-15537 | 91.75 |
| 06/20/13 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 14175465; DATE: 6/30/2013 - Account#306300 | 20.77 |
| 06/30/13 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q22013; DATE: 7/3/2013 - Account#BILSUM | 271.40 |
| 07/24/13 | Long Distance Telephone (302)252-2927; 3 Mins. | 2.28 |
| 07/08/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/11/13 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 07/15/13 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 07/17/13 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 07/18/13 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 07/18/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 07/19/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/19/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/19/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/19/13 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 07/19/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/19/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/19/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/19/13 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 07/26/13 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/26/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/26/13 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 07/26/13 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**     **$395.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 2.00 | $230.00 | $460.00 |
| *TOTAL* | *2.00* | | *$460.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Fares, Mileage, Parking | $91.75 |
| Long Distance Telephone | $2.28 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | |
|---|---|
| Long Distance Telephone-Outside Services | $20.77 |
| Pacer - Online Services | $271.40 |
| Copies | $9.30 |
| *TOTAL* | *$395.50* |

**CURRENT BALANCE DUE THIS MATTER**                                      $855.50

MIAMI 3845496.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 6

**Atty – SLB**
**Client No.: 74817/15539**

RE: 03 - Creditors Committee

| | | | | |
|---|---|---|---|---|
| 06/05/13 | JMS | 0.20 | 115.00 | Email to Committee regarding reassignment of case to Judge Carey. |
| 06/18/13 | JMS | 0.20 | 115.00 | Email to Committee regarding Third Circuit argument. |
| 06/19/13 | JMS | 0.20 | 115.00 | Telephone conference with E. Westbrook regarding Third Circuit argument. |
| 06/20/13 | JMS | 2.00 | 1,150.00 | Telephone call with E. Westbrook regarding recap of oral argument (.4); prepare for and hold telephone conference with committee members (1.2); telephone call with D. Speights regarding questions about arguments raised at 3rd Circuit (.4). |
| 07/24/13 | JMS | 0.80 | 460.00 | Emails to and from committee regarding upcoming hearing and status of pending matters (.6); emails with L. Flores regarding same (.2). |
| 07/26/13 | JMS | 0.20 | 115.00 | Email exchange with E. Westbrook regarding hearing on August 1. |

PROFESSIONAL SERVICES                                                                                $2,070.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 3.60 | $575.00 | $2,070.00 |
| TOTAL | 3.60 | | $2,070.00 |

CURRENT BALANCE DUE THIS MATTER                                                                      $2,070.00

MIAMI 3845496.1 74817/15537

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

### RE: 07 - Applicant's Fee Application

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 07/01/13 | LMF | 0.60 | 147.00 | Attend to edits to statement of fees for month of May 2013 (.2); prepare notice and summary and submit to local counsel for filing (.4). |
| 07/11/13 | JIS | 0.20 | 89.00 | Review and revise June 2013 prebill |
| 07/18/13 | LMF | 0.80 | 196.00 | Prepare summary and notice for June fees and send to local counsel for filing and service (.4); start working on quarterly fee application for second quarter (.4). |
| 07/19/13 | LMF | 1.40 | 343.00 | Continue working on Quarterly application |
| 07/24/13 | JIS | 0.40 | 178.00 | Review and revise quarterly fee application |

**PROFESSIONAL SERVICES**                                              $953.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.60 | $445.00 | $267.00 |
| Flores, Luisa M | 2.80 | $245.00 | $686.00 |
| *TOTAL* | *3.40* | | *$953.00* |

**CURRENT BALANCE DUE THIS MATTER**                                    $953.00

MIAMI 3845496.1 74817/15537

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| 06/17/13 | JMS | 2.20 | 632.50 | Non-working travel to Philadelphia. |
| 06/18/13 | JMS | 4.50 | 1,293.75 | Non-working return travel to Miami. |

**PROFESSIONAL SERVICES**                                                     $1,926.25

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 6.70 | $287.50 | $1,926.25 |
| *TOTAL* | *6.70* | | *$1,926.25* |

**CURRENT BALANCE DUE THIS MATTER**                                          $1,926.25

MIAMI 3845496.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 07/25/13 | JMS | 1.50 | 862.50 | Review 3rd Circuit opinion on Garlock appeal and email to Committee regarding same (.8);  follow up emails with Committee members thereon (.7). |

**PROFESSIONAL SERVICES**                                                                 $862.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.50 | $575.00 | $862.50 |
| *TOTAL* | *1.50* | | *$862.50* |

**CURRENT BALANCE DUE THIS MATTER**                                          $862.50

 Bilzin Sumberg
ATTORNEYS AT LAW

September 26, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  241781

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH August 31, 2013

### CLIENT SUMMARY

BALANCE AS OF- 08/31/13

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537** - 01- Case Administration | $736.00 | $503.80 | $1,239.80 |
| **.15538** - 02 - Debtors' Business Operations | $4,515.00 | $0.00 | $4,515.00 |
| **.15543** - 07 - Applicant's Fee Application | $207.00 | $0.00 | $207.00 |
| **.15544** - 08 - Hearings | $1,218.50 | $0.00 | $1,218.50 |
| **.15545** - 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $752.50 | $0.00 | $752.50 |
| *Client Total* | *$7,429.00* | *$503.80* | *$7,932.80* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456    Tel 305.374.7580    Fax 305.374.7593    www.bilzin.com

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 3.30 | $725.00 | $2,392.50 |
| Sakalo, Jay M | 5.90 | $575.00 | $3,392.50 |
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Donaire, Gloria | 2.20 | $230.00 | $506.00 |
| Flores, Luisa M | 4.10 | $245.00 | $1,004.50 |

*TOTAL PROFESSIONAL FEES THIS PERIOD* **$7,429.00**

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $503.80 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$503.80** |

**TOTAL BALANCE DUE THIS PERIOD** **$7,932.80**

Atty – SLB
Client No.: 74817/15537

RE: 01- Case Administration

| | | | | |
|---|---|---|---|---|
| 08/01/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/02/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/05/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/09/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/12/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/13/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/15/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/16/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/19/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/20/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/21/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/22/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/23/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/26/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/27/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/28/13 | JMS | 0.10 | 57.50 | Review agenda canceling hearing and email to S. Baena thereon. |
| 08/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/29/13 | JMS | 0.30 | 172.50 | Review order scheduling omnibus hearings and email to Committee regarding same. |
| 08/29/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 08/30/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

PROFESSIONAL SERVICES                                                                    $736.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| | | |
|---|---|---|
| 07/24/13 | Airfare VENDOR: JAY M. SAKALO INVOICE#: 0400390008071222 DATE: 8/7/2013 WR Grace Trip 8/1/13 08/01/2013 - 08/01/2013 | 503.80 |

**TOTAL COSTS ADVANCED** $503.80

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $575.00 | $230.00 |
| Donaire, Gloria | 2.20 | $230.00 | $506.00 |
| *TOTAL* | *2.60* | | *$736.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $503.80 |
| *TOTAL* | *$503.80* |

**CURRENT BALANCE DUE THIS MATTER** $1,239.80



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15538

### RE: 02 - Debtors' Business Operations

| 07/08/13 | JMS | 0.30 | 172.50 | Review confidentiality agreement for Project Lantern and email to R. Higgins regarding same. |
|---|---|---|---|---|
| 07/11/13 | SLB | 0.40 | 290.00 | Attention to Project Lantern materials. |
| 07/11/13 | JMS | 0.80 | 460.00 | Review Project Lantern presentation materials. |
| 07/17/13 | SLB | 1.60 | 1,160.00 | Telephone conference with debtor and financial advisors regarding project Lantern (1.0); email memo to committee regarding same (.4); email from and to T. Brandi regarding same (.2). |
| 07/17/13 | JMS | 1.70 | 977.50 | Prepare for and participate in Project Lantern call with Debtors, et al. (1.3); emails with committee members regarding same (.4). |
| 07/19/13 | JMS | 0.60 | 345.00 | Review draft Project Lantern sale motion. |
| 07/22/13 | JMS | 0.20 | 115.00 | Email exchange with A. Paul regarding Project Lantern. |
| 07/29/13 | SLB | 0.20 | 145.00 | Attention to revised project Lantern motion. |
| 07/29/13 | JMS | 0.30 | 172.50 | Review revised draft of Project Lantern motion. |
| 07/31/13 | JMS | 0.20 | 115.00 | Review further revised version of Project Lantern motion. |
| 08/01/13 | SLB | 0.30 | 217.50 | (July 31, 2013) Review latest draft of Project Lantern motion and email regarding approval thereof. |
| 08/02/13 | JMS | 0.60 | 345.00 | Review Project Lantern filed motions. |

**PROFESSIONAL SERVICES**                                                                 **$4,515.00**

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.50 | $725.00 | $1,812.50 |
| Sakalo, Jay M | 4.70 | $575.00 | $2,702.50 |
| *TOTAL* | *7.20* | | *$4,515.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$4,515.00**

MIAMI 3881073.1 74817/15537

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

### RE: 07 - Applicant's Fee Application

| 08/01/13 | LMF | 0.30 | 73.50 | Finalize quarterly fee application for Bilzin Sumberg and submit to local counsel for filing. |
| 08/08/13 | JIS | 0.30 | 133.50 | Review and revise July prebill |

PROFESSIONAL SERVICES $207.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Flores, Luisa M | 0.30 | $245.00 | $73.50 |
| *TOTAL* | *0.60* | | *$207.00* |

CURRENT BALANCE DUE THIS MATTER $207.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
Client No.: 74817/15544

## RE: 08 - Hearings

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 07/24/13 | LMF | 0.80 | 196.00 | Research procedures for telephone appearances with new Judge and attend to emails regarding appearances and make arrangements for appearances. |
| 07/25/13 | LMF | 0.80 | 196.00 | Attend to court call confirmations and updates for attorneys (.4); send out confirmations received (.3); follow up with D. Speights regarding attendance (.1). |
| 07/26/13 | LMF | 0.80 | 196.00 | Review agenda of matters scheduled for hearing on August 1, 2013 and compile documents in preparation for hearing on same. |
| 07/30/13 | LMF | 0.20 | 49.00 | Make arrangements for Jay Sakalo to appear at omnibus hearing via telephone. |
| 08/01/13 | JMS | 0.50 | 287.50 | Attend omnibus hearing. |
| 08/21/13 | LMF | 0.80 | 196.00 | Review to confirm cancelation of previously scheduled omnibus hearing (3); advise attorney of scheduled hearing and compile documents (.2); meet with docketing regarding updates to all canceled hearings previously scheduled by Judge Fitzgerald and update new hearing dates scheduled by Judge Carey (.3). |
| 08/26/13 | LMF | 0.20 | 49.00 | Arrange for J. Sakalo to appear by telephone at hearing on August 29, 2013. |
| 08/28/13 | LMF | 0.20 | 49.00 | Attend to cancellation of telephone appearance at hearing. |

**PROFESSIONAL SERVICES** $1,218.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $575.00 | $287.50 |
| Flores, Luisa M | 3.80 | $245.00 | $931.00 |
| *TOTAL* | *4.30* | | *$1,218.50* |

**CURRENT BALANCE DUE THIS MATTER** $1,218.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 07/18/13 | SLB | 0.80 | 580.00 | Emails from and to T. Brandi regarding delays in PD payments due to delays in confirmation of plan. |
| 08/22/13 | JMS | 0.30 | 172.50 | Telephone conference with D. Speights regarding historical position on "Frenville" claims. |

**PROFESSIONAL SERVICES**                                                                 $752.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.80 | $725.00 | $580.00 |
| Sakalo, Jay M | 0.30 | $575.00 | $172.50 |
| *TOTAL* | *1.10* | | **$752.50** |

**CURRENT BALANCE DUE THIS MATTER**                                        $752.50

MIAMI 3881073.1 74817/15537

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP



October 21, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   243066

Client No. 74817

For Professional Services Rendered
Through September 30, 2013

### CLIENT SUMMARY

**BALANCE AS OF- 09/30/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $368.00 | $152.60 | $520.60 |
| **.15543 -** 07 - Applicant's Fee Application | $245.00 | $0.00 | $245.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $4,218.50 | $0.00 | $4,218.50 |
| *Client Total* | *$4,831.50* | *$152.60* | *$4,984.10* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 2.70 | $725.00 | $1,957.50 |
| Sakalo, Jay M | 3.70 | $575.00 | $2,127.50 |
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Donaire, Gloria | 1.60 | $230.00 | $368.00 |
| Flores, Luisa M | 1.00 | $245.00 | $245.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD* **$4,831.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone-Outside Services | $150.00 |
| Copies | $2.60 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$152.60** |

| TOTAL BALANCE DUE THIS PERIOD | $4,984.10 |
|---|---|

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 09/09/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/10/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/11/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/12/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/13/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/16/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/17/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/18/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/19/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/20/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/23/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/24/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/25/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/26/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/27/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 09/30/13 | GD | 0.10 | 23.00 | Review and analysis of docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                                 **$368.00**

<u>Costs Advanced</u>

| | | |
|---|---|---|
| 08/13/13 | Long Distance Telephone-Outside Services COURT CALL #5739751 - VENDOR: DINERS CLUB; INVOICE#: 2013-AUGUST; DATE: 8/23/2013  -  Acct. # | 30.00 |
| 08/13/13 | Long Distance Telephone-Outside Services COURT CALL #5739874 - VENDOR: DINERS CLUB; INVOICE#: 2013-AUGUST; DATE: 8/23/2013  -  Acct. # | 30.00 |
| 08/13/13 | Long Distance Telephone-Outside Services COURT CALL #5741075 - VENDOR: DINERS CLUB; INVOICE#: 2013-AUGUST; DATE: 8/23/2013  -  Acct. # | 30.00 |
| 08/13/13 | Long Distance Telephone-Outside Services COURT CALL #5741083 - VENDOR: DINERS CLUB; INVOICE#: 2013-AUGUST; DATE: 8/23/2013  -  Acct. # | 30.00 |
| 08/13/13 | Long Distance Telephone-Outside Services COURT CALL #5747136 - VENDOR: DINERS CLUB; INVOICE#: 2013-AUGUST; DATE: 8/23/2013  -  Acct. # | 30.00 |
| 09/03/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/03/13 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/04/13 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/04/13 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/27/13 | Copies 8 pgs @ 0.10/pg | 0.80 |

**Total Costs Advanced**                                        **$152.60**

### Matter Summary of Professional Services

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Donaire, Gloria | 1.60 | $230.00 | $368.00 |
| *Total* | *1.60* | | *$368.00* |

### Matter Summary of Costs Advanced

| | |
|---|---|
| Long Distance Telephone-Outside Services | $150.00 |
| Copies | $2.60 |
| *Total* | *$152.60* |

**Current Balance Due This Matter**                                 **$520.60**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 09/09/13 | LMF | 0.40 | 98.00 | Attend to monthly fees and costs for month of July 2013, prepare summary and notice and submit to local counsel for filing. |
| 09/30/13 | LMF | 0.60 | 147.00 | Attend to notice and summary for August 2013 monthly fee statement and send to local counsel for filing. |

**PROFESSIONAL SERVICES**                                                             **$245.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 1.00 | $245.00 | $245.00 |
| *TOTAL* | *1.00* | | **$245.00** |

**CURRENT BALANCE DUE THIS MATTER**                                                **$245.00**

Atty – SLB
Client No.: 74817/15554

RE: 18 - Plan & Disclosure Statement

| 09/04/13 | SLB | 1.90 | 1,377.50 | Attention to opinions of Third Circuit on Anderson and Montana appeals and memo to Committee regarding same. |
| 09/04/13 | JMS | 2.20 | 1,265.00 | Review 3rd Circuit opinions on Anderson appeal and Canada/Montana appeals (1.7); discuss same with S. Baena and emails with Committee thereon (.5). |
| 09/04/13 | JIS | 0.30 | 133.50 | Email memorandum from S. Baena regarding Third Circuit opinions on Anderson, Crown, and Montana, remaining appeal, and related matters; brief review of opinions |
| 09/05/13 | SLB | 0.80 | 580.00 | Telephone conference with M. Dies regarding 3rd Circuit opinions in plan appeals. |
| 09/06/13 | JMS | 0.90 | 517.50 | Review status of Garlock's motion for rehearing en banc and update committee regarding same (.4); follow up emails with M. Dies thereon (.5). |
| 09/16/13 | JMS | 0.20 | 115.00 | Review mandate in respect of Garlock appeal. |
| 09/30/13 | JMS | 0.40 | 230.00 | Review Grace's response to notice of supplemental authority regarding AMR case and email to committee regarding same. |

**PROFESSIONAL SERVICES**                                                                                    **$4,218.50**

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| Baena, Scott L | 2.70 | $725.00 | $1,957.50 |
| Sakalo, Jay M | 3.70 | $575.00 | $2,127.50 |
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| *TOTAL* | *6.70* | | *$4,218.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                                          **$4,218.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP