## **CERTIFICATE OF SERVICE**

      I, Lisa L. Coggins, Esquire, hereby certify that on this 22nd day of November, 2013, I caused one copy of the foregoing *Fiftieth Quarterly Fee Application Request of Bilzin, Sumberg, Baena, Price & Axelrod, LLP for Approval And Allowance of Compensation For Services Rendered And Reimbursement of Expenses As Counsel to the Official Committee of Asbestos Property Damage Claimants For The Period of July 1, 2013 through September 30, 2013* (the "Application"), to be served upon the parties listed in Exhibit A in the manner indicated and one copy of the Notice of the Application, to be served upon the parties listed in Exhibit B in the manner indicated.

      Upon penalty of perjury I declare that the foregoing is true and correct.

                                                        /s/ Lisa L. Coggins
                                                        Lisa L. Coggins (No. 4234)

**EXHIBIT A**

**By First Class Mail and E-mail:**
Warren H. Smith
Warren H. Smith and Associates, P.C.
2235 Ridge Road
Suite 105
Rockwall, TX 75087
feeaudit@whsmithlaw.com

**By Hand Delivery:**
Richard L. Schedpacarter, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

The Bayard Firm
222 Delaware Avenue, Ste. 900
P.O. Box 25130
Wilmington, DE 19899

**By E-mail:**
Richard.Finke@grace.com

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszyj.com
jo'neill@pszyj.com

Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Kathleen Campbell Davis, Esquire
Campbell & Levine, LLC
222 Delaware Ave., Ste 1620
Wilmington, DE 19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
mlastowski@duanemorris.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com

Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
tcurrier@saul.com

Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Dr., Ste. 2800
Chicago, IL 60601
rhiggins@rogerhigginslaw.com

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
600 Lexington Ave., 21st Floor
New York, NY 10022-6000
pvnl@capdale.com

Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Avenue, 23rd Floor
Miami FL 33131-3456
jsakalo@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
kpasquale@stroock.com

**EXHIBIT B**

**Hand Delivery**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

**First Class Mail**
Hamid R. Rafatjoo, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
Suite 1100
Los Angeles, CA 90067-4100

**Hand Delivery**
The Bayard Firm
222 Delaware Ave., Ste. 900
P.O. Box 25130
Wilmington, DE 19899

**Hand Delivery**
Marla Rosoff Eskin, Esq.
Mark T. Hurford, Esq.
Kathleen Campbell Davis, Esq.
Campbell & Levine, LLC
222 Delaware Ave., Ste. 1620
Wilmington, DE 19801

**First Class Mail**
Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID 83536-9229

**Hand Delivery**
Mark S. Chehi
Skadden, Arps, Slate,
 Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

**Hand Delivery**
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

**First Class Mail**
Mr. Wayne Rigie
Credit Manager
Cartus Corporation
40 Apple Ridge Road
Danbury, CT 06810

**Hand Delivery**
Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

**Hand Delivery**
Robert J. Stearn, Jr., Esq.
Cory D. Kandestin, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

**Hand Delivery**
Jeffrey C. Wisler, Esq.
Connolly Gallagher LLP
1000 West Street, Ste. 1400
Wilmington, DE 19801

**Hand Delivery**
Francis A. Monaco, Jr., Esq.
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**Hand Delivery**
Frederick B. Rosner, Esq.
Messana, Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

**Hand Delivery**
Joseph Grey, Esq.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Fl.
Wilmington, DE 19801

**Hand Delivery**
Michael R. Lastowski, Esq.
Duane Morris LLP
222 Delaware Avenue, Ste. 1600
Wilmington, DE 19801

**Hand Delivery**
Laurie Selber Silverstein, Esq.
Monica Leigh Loftin, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

**Hand Delivery**
Richard A. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Ste. 2311
Wilmington, DE 19899

**First Class Mail**
Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

**Hand Delivery**
Todd C. Schiltz, Esq.
Wolf, Block, Schorr and
Solis-Cohen LLP
1100 N. Market St., Ste 1001
Wilmington, DE 19801

**First Class Mail**
Brian W. Bisignani, Esq.
Post & Schell, P.C.
17 North 2nd Street, 12th Fl.
Harrisburg, PA 17101-1601

**First Class Mail**
Paul Koepff, Esq.
Tancred Schiavoni, Esq.
Gary Svirsky, Esq.
Orly Nhaissi, Esq.
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

**First Class Mail**
Brad Elias, Esq.
Times Square Tower
O'Melveny & Myers, LLP
7 Times Square
New York, NY 10036

**Hand Delivery**
Marc S. Casarino, Esq.
White and Williams LLP
824 North Market Street
Suite 902
Wilmington, DE 19801

**Hand Delivery**
Adam G. Landis, Esq.
Richard S. Cobb, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street
Suite 600
Wilmington, DE 19801

**Hand Delivery**
John D. Demmy, Esq.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Fl.
Wilmington, DE 19801

**Hand Delivery**
Aaron A. Garber, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

**First Class Mail**
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**First Class Mail**
Julie Ardoin, Esq.
Julie Ardoin, LLC
2200 Veterans Memorial Blvd.
Ste. 210
Kenner, LA 70062-4032

**Hand Delivery**
William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
4 E. 8th Street
Suite 400
Wilmington, DE 19801

**First Class Mail**
James Sottile, Esq.
Zuckerman Spaeder LLP
1201 Connecticut Ave., N.W.
Suite 1600
Washington, D.C. 20036

**Hand Delivery**
Thomas G. Whalen, Esq.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Fl.
Wilmington, DE 19801

**Hand Delivery**
Teresa K. D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266

**Hand Delivery**
Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street
Suite 400
Wilmington, DE 19801

**Hand Delivery**
Neil B. Glassman, Esq.
Kathryn D. Sallie, Esq.
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801

**First Class Mail**
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins LLC
111 East Wacker Drive, Ste. 2800
Chicago, IL 60601

**International Mail**
Derrick Tay, Esq.
Meighen Demers, Esq.
Ogilvy Renault LLP
Suite 3800, 200 Bay Street
Royal Bank Plaza, So. Tower
P.O. Box 84
Toronto, Ontario M5J 2Z4
CANADA

**Hand Delivery**
Eric Lopez Schnabel, Esq.
James H. Joseph, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**First Class Mail**
Charles E. Boulbol, Esq.
26 Broadway, 17th Floor
New York, NY 10004

**First Class Mail**
Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

**First Class Mail**
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**First Class Mail**
Scott L. Baena, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131-3456

**First Class Mail**
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**First Class Mail**
D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

**First Class Mail**
Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

**First Class Mail**
Office of Reorganization
Securities & Exchange Commission
3475 Lenox Road, N.E., Suite 1000
Atlanta, GA 30326-1232

**First Class Mail**
Michael A. Berman, Esq.
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
James D. Freeman, Esq.
U.S. Department of Justice
Environment and Natural Resource Div.
Environmental Enforcement Section
1961 Stout Street - 8th Floor
Denver, CO 80202

**First Class Mail**
Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main
Kalispell, MT 59904

**First Class Mail**
Patrick L. Hughes, Esq.
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

**First Class Mail**
David S. Heller, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

**First Class Mail**
Ira S. Greene, Esq.
Squadron, Ellenoff, Plesent
& Sheinfeld, LLP
875 Third Avenue
New York, NY 10022-6225

**First Class Mail**
James A. Sylvester, Esq.
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

**First Class Mail**
Steven J. Johnson, Esq.
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

**First Class Mail**
Charlotte Klenke, Esq.
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

**First Class Mail**
David S. Rosenbloom, Esq.
Jeffrey E. Stone, Esq.
Lewis S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

**First Class Mail**
Brad Rogers, Esq.
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

**First Class Mail**
Steve Carter, Attorney General
Office of Attorney General
Indiana Government Center South
Fifth Floor
302 West Washington Street
Indianapolis, IN 46204-2770

**First Class Mail**
Pamela Zilly, Esq.
Richard Shinder, Esq.
David Blechman, Esq.
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

**First Class Mail**
Jan M. Hayden, Esq.
William H. Patrick, Esq.
Heller, Draper, Hayden,
  Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

**First Class Mail**
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

**First Class Mail**
Steven T. Baron, Esq.
Member
Silber Pearlman, LLP
3102 Oak Lawn Ave., Ste. 400
Dallas, TX  75219-6403

**First Class Mail**
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

**First Class Mail**
Alan R. Brayton, Esq.
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

**First Class Mail**
W.J. Winterstein, Jr., Esq.
John J. Winter, Esq.
William M. Aukamp, Esq.
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

**First Class Mail**
Jonathan W. Young, Esq.
T. Kellan Grant, Esq.
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

**First Class Mail**
Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
Paul, Weiss, Rifkind, Wharton
 & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

**First Class Mail**
Russell W. Budd, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Avenue
P.O. Box 8705
Dallas, TX  75219

**First Class Mail**
Shelby A. Jordan, Esq.
Nathaniel Peter Holzer. Esq.
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

**First Class Mail**
Charles E. Gibson, III, Esq.
Gibson Law Firm PLLC
447 Northpark Drive
Ridgeland, MS 39157-5109

**First Class Mail**
Courtney M. Labson, Esq.
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

**First Class Mail**
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

**First Class Mail**
Alan Kolod, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

**First Class Mail**
Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

**First Class Mail**
John P. Dillman, Esq.
Linebarger, Goggan,
  Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

**First Class Mail**
Sander L. Esserman, Esq.
Stutzman, Bromberg,
  Esserman & Plifka
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, TX  75201-2689

**First Class Mail**
Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA  02110-2624

**First Class Mail**
Seyfarth Shaw
c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

**First Class Mail**
Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

**First Class Mail**
Steven J. Kherkher, Esq.
Laurence G. Tien, Esq.
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, TX  77017

**First Class Mail**
Paul M. Matheny, Esq.
The Law Offices of
  Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

**First Class Mail**
Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

**First Class Mail**
Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

**First Class Mail**
Richard Levy, Jr., Esq.
Pryor Cashman LLP
7 Times Square
New York, NY  10036-6569

**First Class Mail**
Michael J. Urbis, Esq.
Jordan, Hyden, Womble
  & Culbreth, P.C.
1534 E. 6th St., Ste. 104
Brownsville, TX  78520-7239

**First Class Mail**
Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

**First Class Mail**
Attn: Meridee Moore
  and Kirsten Lynch
Farallon Capital
Management, L.L.C.
One Maritime Plaza, Suite 1325
San Francisco, CA  94111

**First Class Mail**
John M. Klamann, Esq.
Klamann & Hubbard, P.A.
929 Walnut Street, Suite 800
Kansas City, MO  64106

**First Class Mail**
Joseph T. Kremer, Esq.
Lipsiptz, Green, Fahringer, Roll,
Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

**First Class Mail**
Paul D. Henderson, Esq.
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX  77630

**Hand Delivery**
Robert Jacobs, Esq.
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

**First Class Mail**
Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan,
  Griffinger & Vecchione PC
One Riverfront Plaza
Newark, NJ  07102-5497

**First Class Mail**
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

**First Class Mail**
Harry Lee, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

**First Class Mail**
William E. Frese, Esq.
Attn:  Sheree L. Kelly, Esq.
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

**First Class Mail**
William S. Katchen, Esq.
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

**First Class Mail**
Paul G. Sumers, Esq.
TN Attorney General's Office,
  Bankruptcy Unit
P.O. Box 20207
Nashville, TN  37202-0207

**First Class Mail**
Scott Wert, Esq.
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX  75050

**First Class Mail**
C. Randall Bupp, Esq.
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

**First Class Mail**
Peter S. Goodman, Esq.
Andrews & Kurth LLP
450 Lexington Avenue
15th Floor
New York, NY  10017

**First Class Mail**
Jonathan H. Alden, Esq.
Assistant General Counsel
3900 Commonwealth Boulevard
MS 35
Tallahassee, FL  32399-3000

**First Class Mail**
Credit Lyonnais
1301 Avenue of the Americas
New York, NY  10019-0602

**First Class Mail**
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

**First Class Mail**
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

**First Class Mail**
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

**First Class Mail**
Margaret Ann Nolan, County Solicitor
Camela Chapman, Senior Assistant
County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

**First Class Mail**
Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

**First Class Mail**
M. Diane Jasinski, Esq.
Michael D. Hess
Corporation Counsel of
 the City of New York
100 Church Street, Room 6-127
New York, NY  10007

**First Class Mail**
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

**First Class Mail**
Janet Napolitano, Esq.
Robert R. Hall, Esq.
Russell W. Savory, Esq.
1275 West Washington Street
Phoenix, AZ  85007-1278

**First Class Mail**
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

**First Class Mail**
James P. Ruggeri, Esq.
Scott A. Shail, Esq.
Shipman & Goodwin LLP
1133 Connecticut Ave. NW
3rd Floor, Ste. A
Washington, D.C.  20036-4305

**First Class Mail**
Daniel H. Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

**First Class Mail**
Andrea L. Hazzard, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

**First Class Mail**
Authur Stein, Esq.
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

**First Class Mail**
Robert H. Rosenbaum, Esq.
M. Evan Meyers, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

**First Class Mail**
Maggie De La Rosa
Provost * Umphrey  Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77701

**First Class Mail**
Dorine Vork, Esq.
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

**First Class Mail**
Kevin James, Esq.
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

**First Class Mail**
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

**First Class Mail**
David Aelvoet, Esq.
Linebarger Goggan Blair  & Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

**First Class Mail**
Michael H. Pinkerson, Esq.
James M. Garner, Esq.
Sher Garner Cahill Richter Klein
McAlister & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112

**First Class Mail**
Robert Cimino, Esq.
Suffolk County Attorney
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099
Attn: Diane Leonardo Beckmann

**First Class Mail**
Robert T. Aulgur, Jr., Esq.
P.O. Box 617
Odessa, DE  19730

**First Class Mail**
Kathleen Maxwell, Legal Dept.
The Dow Chemical Company
2030 Dow Center, Office 732
Midland, MI  48674

**First Class Mail**
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

**First Class Mail**
Michael B. Willey, Esq.
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN  37243

**First Class Mail**
Jeffrey L. Glatzer, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

**First Class Mail**
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street, Second Floor
Charlottesville, VA  22902

**First Class Mail**
E. Katherine Wells, Esq.
South Carolina Department of
Health and Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

**First Class Mail**
Edward C. Toole, Jr., Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

**First Class Mail**
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway #9
New York, NY  10036-4039

**First Class Mail**
Steven B. Flancher, Esq.
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  48992

**First Class Mail**
Deirdre Woulfe Pacheco, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

**First Class Mail**
William H. Johnson, Esq.
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

**First Class Mail**
Craig Barbarosh, Esq.
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

**First Class Mail**
Pamela H. Walters, Esq.
14910 Aldine-Westfield Road
Houston, TX  77032

**First Class Mail**
Joseph R. Rice, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC  29465

**First Class Mail**
Anne McGinness Kearse, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC  29465

**First Class Mail**
DAP Products, Inc.
c/o Julien A. Hecht, Esq.
2400 Boston Street, Suite 200
Baltimore, MD  21224

**First Class Mail**
William A. Frazell, Esq.
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

**First Class Mail**
John W. Havins, Esq.
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX  77002

**First Class Mail**
Donna J. Petrone, Esq.
Exxon Mobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

**First Class Mail**
John Waters, Attorney at Law
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306

**First Class Mail**
Mark Browning, Esq.
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

**First Class Mail**
General Motors
 Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

**First Class Mail**
Cynthia C. Hemme, Esq.
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC  27709

**First Class Mail**
Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

**First Class Mail**
Judith Greenspan, Esq.
Associate Counsel
The Amalgamated Industries and Service
Workers Benefit Fund
730 Broadway, Tenth Floor
New York, NY  10003-9511

**First Class Mail**
David W. Wirt, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

**First Class Mail**
Steven Mandelsberg, Esq.
Christina J. Kang, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

**First Class Mail**
Glen W. Morgan
Reaud, Morgan & Quinn, Inc.
801 Laurel
Beaumont, TX  77701

**First Class Mail**
Randall A. Rios, Esq.
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

**First Class Mail**
Elizabeth J. Cabraser, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

**First Class Mail**
Scott Barker
Phelps Dodge Corporation
1 N. Central Avenue
Phoenix, AZ  85004-4464

**First Class Mail**
Coudert Brothers
Attn:  Joseph D. Farrell, Esq. and Edward H. Tillinghast, III, Esq.
1114 Avenue of the Americas
New York, NY  10036

**First Class Mail**
Margery N. Reed, Esq.
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

**First Class Mail**
Darrell W. Scott
The Scott Law Group
926 W. Sprague Ave., Suite 680
Spokane, WA  99201

**First Class Mail**
Christopher E. Prince, Esq.
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa St, Ste 2500
Lost Angeles, CA  90017

**First Class Mail**
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO  65105-0475

**First Class Mail**
Mr. Charles C. Trascher III, Esq.
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA  71207

**First Class Mail**
Gary M. Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**First Class Mail**
Christopher R. Momjian, Esq.
Senior Deputy Attorney General
I.D. No.  057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA  19107-3603

**First Class Mail**
Denise A. Kuhn, Esq.
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

**First Class Mail**
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367

**First Class Mail**
David W. Baddley, Esq.
Greenberg Traurig, P.A.
515 East Las Olas Blvd., Ste. 1500
Fort Lauderdale, FL  33301

**First Class Mail**
Richard B. Spector, Esq.
Mark M. Monachino, Esq.
Corbett & Steelman
18200 Von Karman Ave., Suite 200
Irvine, CA  92612-1086

**Hand Delivery**
Tara L. Lattomus, Esq.
Eckert Seamans Cherin
 & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE  19801

**First Class Mail**
Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071

**First Class Mail**
Oscar B. Fears, III, Esq.
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA  30334

**First Class Mail**
Don C. Fletcher, Esq.
The Cavanagh Firm, P.A.
1850 North Central Ave., Suite 2400
Phoenix, AZ  85004

**First Class Mail**
John Kevin Welch, Esq.
Office of General Counsel
Division of Waste Management
200 Fair Oaks Lane
Frankfort, KY  40601

**First Class Mail**
Ralph R. Mabey, Esq.
Penrod W. Keith, Esq.
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT  84101

**First Class Mail**
Margaret A. Holland, Esq.
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

**First Class Mail**
Craig A. Slater, Esq.
Angela M. Demerle, Esq.
Harter, Secrest & Emery LLP
Twelve Fountain Plaza, Suite 400
Buffalo, NY  14202-2293

**First Class Mail**
Rachel Jeanne Lehr, Deputy AG
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

**First Class Mail**
Lynn K. Neuner, Esq.
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

**First Class Mail**
Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767Elkins Park, PA 19027

**First Class Mail**
Elizabeth Weller, Esq.
Linebarger, Goggan, Blair
 & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

**First Class Mail**
Gerald G. Pecht, Esq.
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

**Hand Delivery**
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801

**First Class Mail**
Christopher R. Momjian
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

**First Class Mail**
Jonathan D. Berger, Esq.
Russell Henkin, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

**First Class Mail**
Paul P. Daley, Esq.
George W. Shuster, Jr., Esq.
Hale and Dorr LLP
60 State Street
Boston, MA 02109

**First Class Mail**
Richard G. Placey, Esq.
Montgomery, McCracken,
 Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

**Hand Delivery**
Noel C. Burnham, Esq.
Montgomery, McCracken,
 Walker & Rhoads LLP
1105 North Market St., Ste. 1500
Wilmington, DE 19801

**First Class Mail**
Michael S. Davis, Esq.
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

**First Class Mail**
D. Alexander Barnes, Esq.
Obermayer, Rebmann Maxwell
 & Hippel, LLP
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

**First Class Mail**
Garland Cassada, Esq.
Richard C. Worf, Esq.
Robinson, Bradshaw & Hinson
101 North Tryon Street, Suite 1900
Charlotte, NC 28246

**First Class Mail**
DACA V, LLC
Attn: Julie Bubnack
1565 Hotel Circle S, Suite 310
San Diego, CA 92108-3419

**First Class Mail**
Sheri Levine
Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, NY 10022

**First Class Mail**
Ronald D. Gorsline, Esq.
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

**First Class Mail**
Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830

**First Class Mail**
Martha E. Romero, Esq.
Romero Law Firm
BMR Professional Building
6516 Bright Avenue
Whittier, CA 90601

**First Class Mail**
Ronald D. Gorsline, Esq.
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

**First Class Mail**
Richard O'Halleran, Esq.
Burns, White & Hickton, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

**First Class Mail**
Michael S. Davis, Esq.
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

**First Class Mail**
Stephen A. Donato, Esq.
Hancock & Estabrook, LLP
1400 MONY Tower I
P.O. Box 4976
Syracuse, NY 13221-4976

**First Class Mail**
James J. Restivo, Esq.
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222-2716

**First Class Mail**
Barbara G. Billet, Esq.
Elaine Z. Cole, Esq.
New York State Department of Taxation
and Finance
340 E. Main Street
Rochester, NY 14604

**First Class Mail**
Ted N. Pettit, Esq.
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street
Suite 2600
Honolulu, HI 96813

**Hand Delivery**
Barry M. Klayman, Esquire
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 19801

**First Class Mail**
Alexander J. Mueller, Esq.
Thomas J. Quinn, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

**First Class Mail**
Jerel L. Ellington, Esq.
U.S. Department of Justice
Environment and Natural Resource Div.
Environmental Enforcement Section
999 18th Street, Ste 370
Denver, CO 80202-2413

**First Class Mail**
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN  55101-2127

**First Class Mail**
Deborah L. Thorne, Esq.
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL  60603

**First Class Mail**
Jenny J. Hyun, Esq.
Associate Counsel
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX  77008

**First Class Mail**
Brian L. Hansen, Esq.
Frank W. DeBorder, Esq.
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA  30326

**First Class Mail**
Warren H. Smith
Warren H. Smith & Associates, P.C.
2235 Ridge Road
Suite 105
Dallas, TX 75087

**First Class Mail**
David E. Cherry, Esq.
Campbell~Cherry~Harrison
 ~Davis~ Dove
P.O. Drawer 21387
Waco, TX 76702-1387

**First Class Mail**
Lori Gruver Robertson
Linebarger Goggan
 Blair & Sampson  LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

**First Class Mail**
Cornell University
Office of University Counsel
300 CCC Building
Garden Avenue
Ithaca, NY 14853-2601

**First Class Mail**
Todd Meyers, Esq.
Kathleen M. O'Connell, Esq.
Kilpatrick Stockton LLP,
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309

**First Class Mail**
George J. Marcus, Esq.
Marcus, Clegg & Mistretta, P.A.
One Hundred Middle Street - East Tower
Portland, ME 04101

**First Class Mail**
Citadel Investment Group, L.L.C.
Attn: S. Jay Novatney
131 South Dearborn St.
36th Floor
Chicago, IL 60603

**First Class Mail**
Afshin Miraly, Esq.
Assistant City Solicitor
Law Department - City Hall
93 Highland Avenue
Somerville, MA 02143

**First Class Mail**
Frederick P. Furth, Esq.
Michael P. Lehman, Esq.
Christopher L. Lebsock, Esq.
The Furth Firm, LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

**First Class Mail**
James E. Wimberley, Esq.
McPherson, Monk, Hughes, Bradley
& Wimberley, L.L.P
3120 Central Mall Drive
Port Arthur, TX 77642

**First Class Mail**
Greif, Inc.
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

**First Class Mail**
Marc Abrams, Esq.
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

**Hand Delivery**Joanne B. Wills, Esq.
Klehr Harrison Harvey Branzburg &
Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

**First Class Mail**
Kirk A. Patrick, III, Esq.
Donohue Patrick P.L.L.C.
1500 Bank One Centre – North Tower
4500 Laurel Street
Baton Rogue, LA 70821

**First Class Mail**
Steven R. Bourne, Esq.
Nutter, McClennen & Fish, LLP
155 Seaport Blvd.
Boston, MA  02210-2604

**First Class Mail**
John Preefer, Esq.
60 East 42nd St., Suite 1021
New York, NY 10165

**Hand Delivery**Elio Battista, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**First Class Mail**
Edward J. Westbrook, Esq.
Richardson, Patrick, Westbrook &
Brickman, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29464

**First Class Mail**
Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

**First Class Mail**
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, OH  43215

**First Class Mail**
Anne McGinness Kearse, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC  29465

**First Class Mail**
Bruce D. Levin, Esq.
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

**First Class Mail**
Roger Frankel, Esq.
Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

**First Class Mail**
John C. Phillips, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Hand Delivery**
Thomas G. Macauley, Esq.
Zuckerman Spaeder LLP
919 N. Market St., Suite 1705
Wilmington, DE 19801

**First Class Mail**
Daniel J. Cohn, Esq.
Christopher M. Candon, Esq.
Cohn, Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

**First Class Mail**
Charlotte Transit Center, Inc.
c/o Kennedy Covington Lobdell
  & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tyron Street
Charlotte, NC 28202

**Hand Delivery**
Brian L. Kasprzak, Esq.
Marks O'Neill O'Brien & Courtney
300 Delaware Avenue, Ste. 900
Wilmington, DE 19801

**First Class Mail**
Mark D. Pelvin, Esq.
Leslie A. Epley, Esq.
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2595

**First Class Mail**
Sergio I. Scuteri, Esq.
Farr Burke Gambacorta
  & Wright, P.C.
211 Benigno Boulevard, Suite 201
Bellmawr, NJ 08031

**Hand Delivery**
Joseph N. Argentina, Jr., Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254

**First Class Mail**
Michael F. Brown, Esq.
Drinker Biddle & Reath, LLP
18th and Cherry Streets
Philadelphia, PA 19103-6996

**First Class Mail**
Steven R. Penn, Esq.
Penn Rakauski
927 Main Street
Racine, WI 52403

**First Class Mail**
M. David Minnick, Esq.
Michael P. Ellis, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

**First Class Mail**
Gerald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

**First Class Mail**
Ian Connor Bifferato, Esq.
Garvan F. McDaniel, Esq.
Bifferato, Gentilotti, Biden & Balick
P.O. Box 2165
Wilmington, DE 19899

**First Class Mail**
George R. Calhoun, Esq.
March D. Coleman, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

**First Class Mail**
RJ Lee Group, Inc.
350 Hochberg Road
Monroeville, PA 15146
Attn: Controller

**First Class Mail**
William F. McCormick, Esq.
Office of the Attorney General
Bankruptcy Division
425 5th Avenue North
P.O. Box 20207
Nashville, TN 37202

**First Class Mail**
Mary K. Warren, Esq.
Brenda D. DiLuigi. Esq.
1345 Avenue of the Americas, 19th Fl.
New York, NY 10105

**First Class Mail**
Richard A. Bordelon, Esq.
Denechaud and Denechaud LLP
1010 Common Street
Suite 3010
New Orleans, LA 70112

**First Class Mail**
Anthony Sakalarios, Esq.
Morris, Sakalarios & Blackwell PLLC
P.O. Drawer 1858
Hattiesburg, MS 39403-1858

**First Class Mail**
Sean Allen, President
BMC Group
720 Third Avenue, 23rd Floor
Seattle, WA 98104

**First Class Mail**
BMC Group
444 N. Nash Street
El Segundo, CA 90245

**First Class Mail**
Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle St.
Ste. 625
Chicago, IL 60610

**First Class Mail**
William P. Bowden, Esq.
Amanda M. Winfree, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

**First Class Mail**
Steven J. McCardell, Esq.
Jared Inouye, Esq.
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

**Hand Delivery**
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross
 & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**First Class Mail**
J. Christopher Kohn, Esq.
Tracy J. Whitaker, Esq.
Department of Justice, Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044-0875

**First Class Mail**
Greg A. Lowry, Esq.
Locke Lord Bissell & Liddell, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

**First Class Mail**
Thomas A. Spratt, Jr., Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

**International Mail**
Yves Lauzon, Esq.
Michel Bélanger, Esq.
Lauzon Bélanger, Inc.
286 Saint-Paul West, Suite 100
Montréal Québec H2Y 2A3
CANADA

**First Class Mail**
Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

**First Class Mail**
Martin Bienenstock, Esq.
Judy G.Z. Liu, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**First Class Mail**
David A. Hickerson, Esq.
M. Jarrad Wright, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street N.W., Suite 900
Washington, DC 20005

**First Class Mail**
Ralph I. Miller, Esq.
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201

**First Class Mail**
Jeffrey S. Hebrank, Esq.
Carl P. McNulty, Esq.
Burroughs, Hepler, Broom,
 MacDonald, Hebrank & True, LLP
P.O. Box 510
Edwardsville, IL 62025-0510

**First Class Mail**
Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407

**First Class Mail**
George J. Marcus, Esq.
Marcus, Clegg & Mistretta, P.A.
One Hundred Middle Street - East Tower
Portland, ME 04101

**First Class Mail**
John I. Kittel, Esq.
Law Firm of Mazur & Kittel, PLLC
30665 Northwestern Highway, Ste. 175
Farmington Hills, MI 48334

**First Class Mail**
Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Craig T. Moran, Esq.
Riker Danzig Scherer
 Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Ave.
Morristown, NJ 07962-1981

**First Class Mail**
John Wadsworth, Esq.
Oracle USA, Inc.
500 Oracle Parkway, MS 5op772
Redwood Shores, CA 94065

**Hand Delivery**Tobey M. Daluz, Esq.
Leslie C. Heilman, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

**Hand Delivery**
Tara L. Lattomus, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

**Hand Delivery**
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**International Mail**
Jacqueline Dais-Visca, Senior Counsel
Business Law Section
Ontario Regional Office
Suite 2400, Box 34
The Exchange Tower
130 King Street West
Toronto, Ontario M5X 1K6
CANADA

**Hand Delivery**
Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

**First Class Mail**
Fred Da Veiga
Chief Financial Administrative Officer
Lab Vantage Solutions, Inc.
1160 U.S. Highway 22 East
Bridgewater, NJ 08807

**First Class Mail**
Linda J. Casey
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799

**Hand Delivery**
James C. Carignan
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

**First Class Mail**
Richard D. Trenk, Esq.
Henry M. Karwowski, Esq.
Trenk, DiPasquale, Webster,
 Della Fera & Sodono, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052-3303

**First Class Mail**
Eileen McCabe, Esq.
Anna Newsom, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019

**First Class Mail**
Michael R. Sew Hoy, Esq.
Cathy J. Burdette, Esq.
Department of Justice
Civil Division
P.O. Box 875
Washington, D.C. 20044

**First Class Mail**
Christopher E. Grell, Esq.
Law Offices of Christopher E. Grell
1814 Franklin Street, Suite 501
Oakland, CA  94612

**First Class Mail**
Lawrence J. Zweifach
Rocco & Zweifach
c/o Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166-0193

**Hand Delivery**
Elihu E. Allinson, Esq.
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Ste. 1300
Wilmington, DE  19801

**First Class Mail**
Alan B. Rich, Esquire
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

**First Class Mail**
John W. Kozyak, Esq.
Charles W. Throckmorton, Esq.
Kozyak Tropin & Throckmoton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134

**First Class Mail**
David L. Rosendorf, Esq.
Corali Lopez-Castro, Esq.
Kozyak Tropin & Throckmoton, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL  33134

**First Class Mail**
Harley E. Riedel, Esq.
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, FL  33602

**First Class Mail**
Lisa Esayian, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**First Class Mail**
John Donley, Esq.
Adam Paul, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654

**First Class Mail**
Robert B. Millner, Esq.
Sonnenschein Nath & Rosenthal LLP
233 South Waker Drive, Ste 7800
Chicago, IL  60606

**First Class Mail**
Patrick J. Feeley, Esq.
Cecilie Howard, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

**Hand Delivery**
Eric Lopez Schnabel, Esq.
Robert W. Mallard, Esq.
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

**First Class Mail**
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809

**First Class Mail**
Scott D. Fink
Weltman, Weinberg & Reis, Co., L.P.A.
Lakeside Place, Ste. 200
232 W. Lakeside Avenue
Cleveland, Ohio  44113-1099

**First Class Mail**
Neal J. Levitsky, Esq.
Seth A. Niederman, Esq.
Fox Rothschild LLP
919 N. Market St.
Wilmington, DE 19899

**First Class Mail**
Lauren M. Webb, Esq.
Simmons Browder Gianaris
Angelides & Barnerd LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL  62024

**First Class Mail**
John R. Knapp, Jr.
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352

**First Class Mail**
Anthony Petru, Esq.
Quynh L. Nguyen, Esq.
Hildebrand McLeod &
Nelson, LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612

**First Class Mail**
Darcie A.F. Colihan, Esq.
Tracy A. Burleigh, Esq.
Lincoln Gustafson & Cercos, LLP
225 Broadway, 20th Fl.
San Diego, CA 92101