# EXHIBIT B

*Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:  (302) 575-1714

WR Grace PD Committee                                July 1, 2013 to July 31, 2013

Invoice No:    48272

RE:    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 3.60 | 1,115.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.30 | 114.00 |
| B18 | Fee Applications, Others - | 2.20 | 394.00 |
| B25 | Fee Applications, Applicant - | 3.10 | 598.00 |
| B36 | Plan and Disclosure Statement - | 0.40 | 152.00 |
| B37 | Hearings - | 0.40 | 152.00 |
| | Total | 10.00 | $2,525.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 1.80 | 558.00 |
| Regina Matozzo | 250.00 | 0.70 | 175.00 |
| Theodore J. Tacconelli | 380.00 | 2.90 | 1,102.00 |
| Paralegal - MAG | 150.00 | 1.50 | 225.00 |
| Legal Assistant - KC | 150.00 | 3.10 | 465.00 |
| Total | | 10.00 | $2,525.00 |

## DISBURSEMENT SUMMARY

Total Disbursements                                                      $138.80

Invoice #:     48272          Page   2              September 4, 2013

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-05-13 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Fee Applications, Others* - Revisions to Bilzin's May 2013 notice of fee application, preparation of cos to same; to LLC for review | 0.30 | KC |
| Jul-08-13 | *Fee Applications, Others* - Review docket for objections to Bilzin's April 2013 monthly fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to April 2013 monthly fee app | 0.10 | KC |
| Jul-09-13 | *Case Administration* - Review case management memo re: week ending 7-8-2013 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Sumberg May 2013 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review docket re: status of pending 3rd Circuit, District Court and adversary proceedings; memo to T. Tacconelli | 0.40 | RM |
| | *Case Administration* - Case Management memos for wk ending 7/8/13 | 0.30 | RM |
| | *Case Administration* - Review case status memo for week ending 7/5 | 0.10 | TJT |
| Jul-10-13 | *Case Administration* - Review memos re: status of various appeals | 0.10 | TJT |
| Jul-13-13 | *Case Administration* - Review Debtor's Statement of Amounts Paid to OCP | 0.20 | TJT |
| Jul-17-13 | *Case Administration* - E-mail from B. Ruhlander re: 47th Fee Auditor's amended final report | 0.10 | LLC |
| | *Case Administration* - Review correspondence from B. Rhulander re: fee Auditor's Final Amended Report for 47th Interim Period | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - review correspondence from S. Baena re: proposed acquisition | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - review correspondence from various committee members re: proposed acquisition | 0.10 | TJT |
| Jul-18-13 | *Case Administration* - Review Fee Auditor's Final Amended Report for 47th Interim Period - no objections | 0.10 | TJT |
| | *Case Administration* - Memo to K. Callahan re: Fee Auditor's Final Amended Report for 47th Interim Period - no objections | 0.10 | TJT |
| | *Case Administration* - Review memo from TJT re: 47th Quarterly fee application, respond to same | 0.10 | KC |
| | *Fee Applications, Others* - Prepare Bilzin's May 2013 monthly fee app for filing, efile and service of same | 0.30 | KC |
| Jul-19-13 | *Fee Applications, Applicant* - Draft May 2013 monthly fee app; to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare draft June 2013 invoice; to TJT for review | 0.10 | KC |
| Jul-20-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Jul-22-13 | *Fee Applications, Others* - Draft certificate of no objection to Bilzin's April 2012 fee app; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft certificate of no objection to April 2013 fee app; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Finalize May 2013 invoice and prepare for filing as exhibit to monthly fee application | 0.30 | KC |
| Jul-24-13 | *Case Administration* - E-mail from KC re: Judge Carey's telephonic procedures | 0.10 | LLC |
| | *Case Administration* - Review telephonic procedures and follow up e-mail to KC re: same | 0.20 | LLC |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Trade emails with N. Hunt at bankruptcy court re: telephonic procedures | 0.20 | LLC |
|  | *Case Administration* - Follow up e-mail to KC re: telephonic procedures | 0.10 | LLC |
|  | *Fee Applications, Others* - Review CNO re: Bilzin April 2013 monthly fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review CNO re: April 2013 monthly fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review May 2013 fee app for filing | 0.10 | LLC |
|  | *Hearings* - Review correspondence from J. Sakalo re: 8/1 hearing coverage | 0.10 | TJT |
|  | *Case Administration* - Emails from and to L. Flores and LLC re: hearing procedures for new judge | 0.10 | KC |
| Jul-25-13 | *Fee Applications, Others* - E-mail from M. Guggenberger re: filing of Bilzin CNO re: April 2013 fee app | 0.10 | LLC |
|  | *Fee Applications, Applicant* - E-mail from M. Guggenberger re: filing of certificate of no objection and May 2013 fee application | 0.10 | LLC |
|  | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re: 3rd Circuit Opinion re: Garlock appeal | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review 3rd Circuit Opinion re: Garlock appeal | 0.30 | TJT |
|  | *Fee Applications, Others* - Prepare Bilzin certificate of no objection to April 2013 monthly fee app for efiling, efile and service of same | 0.30 | MAG |
|  | *Fee Applications, Applicant* - Prepare May 2013 fee app for filing, e-file and service of same | 0.30 | MAG |
|  | *Fee Applications, Applicant* - Prepare certificate of no objection to April 2013 fee app for efiling, efile and service of same | 0.30 | MAG |
| Jul-26-13 | *Hearings* - Review Agenda for 8/1 hearing | 0.10 | TJT |
| Jul-27-13 | *Case Administration* - Review 48th Quarterly Report re: Asset Sales | 0.10 | TJT |
|  | *Case Administration* - Review 48th Quarterly Report re: Settlements | 0.10 | TJT |
|  | *Case Administration* - Review Affidavit by S. Adrian filed by Debtors | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel filed by Debtors re: Proposed order re: 47th Interim Period Quarterly Fees | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel filed by Debtors re: 47th Interim Period Project Category Summary | 0.20 | TJT |
|  | *Fee Applications, Applicant* - review revise Ferry Joseph and Pearce June prebill | 0.30 | TJT |
| Jul-29-13 | *Case Administration* - Review e-mail notification forwarded from MAG re:change of contact information for L. Kruger at Stroock & Stroock & Lavan LLP; e-mail to and from M. Magzamen at Stroock & Stroock & Lavan LLP re: same | 0.20 | KC |
|  | *Fee Applications, Others* - Download Bilzin June 2013 fee application, revision to notice, preparation of cos to same; to LLC for review | 0.30 | KC |
|  | *Fee Applications, Applicant* - Revise invoice for June 2013; discussions with TJT re: same | 0.20 | KC |
|  | *Fee Applications, Applicant* - Draft June 2013 monthly fee application; to LLC for review | 0.30 | KC |
| Jul-31-13 | *Case Administration* - Confer with TJT re: certain case filings and availability for 8.1.13 hearing | 0.20 | LLC |
|  | *Fee Applications, Others* - Review Bilzin June 2013 fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review June 2013 fee app for filing | 0.10 | LLC |
|  | *Committee, Creditors', Noteholders' or* - teleconference with Committee member re: 8/1 hearing | 0.10 | TJT |
|  | *Hearings* - Review Amended Agenda for 8/1 hearing | 0.10 | TJT |

| Invoice #: | 48272 | Page 4 | July 1- 31, 2013 | | |
|---|---|---|---|---|---|

| | | |
|---|---:|---|
| *Hearings* - confer with LLC re: 8/1 hearing coverage | 0.10 | TJT |
| *Fee Applications, Others* - Prepare Bilzin's June 2013 fee app for efiling, efile and service of same | 0.30 | MAG |
| *Fee Applications, Applicant* - Prepare June 2013 fee app for efiling, efile and serve same | 0.30 | MAG |
| **Totals** | **10.00** | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Jul-30-13 | Cost Advance - Pacer Service Center - 4/1/13- 6/30/13 (TJT) Account # FJ0093 | 120.90 |
| | Cost Advance - Pacer Service Center - 4/1/13- 6/30/13 (RSM) Account # FJ0091 | 17.90 |
| | **Totals** | **$138.80** |

**Total Fees & Disbursements**              $2,663.80

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                                                    August 1, 2013 to August 31, 2013

                                                                                 Inv  #:            48607

RE:    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 3.40 | 1,225.00 |
| B18 | Fee Applications, Others - | 1.10 | 213.00 |
| B25 | Fee Applications, Applicant - | 2.50 | 476.00 |
| B37 | Hearings - | 0.40 | 152.00 |
| | Total | 7.40 | $2,066.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 0.80 | 248.00 |
| Theodore J. Tacconelli | 380.00 | 3.60 | 1,368.00 |
| Legal Assistant - KC | 150.00 | 3.00 | 450.00 |
| Total | | 7.40 | $2,066.00 |

| Invoice #: | 48607 | Page 2 | October 2, 2013 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-01-13 | *Hearings* - attend Bankruptcy Court | 0.30 | TJT |
| Aug-03-13 | *Case Administration* - Review Order grating 47th Interim Period Quarterly Fees | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Post Confirmation Quarterly report | 0.20 | TJT |
| | *Case Administration* - Review Debtor's Motion to File Motion for Authorization to Participate in Competitive Auction Under Seal | 0.20 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Aug-05-13 | *Case Administration* - Review Debtor's Motion to Authorize Debtors to Participate in Competitive Auction with attachments | 0.60 | TJT |
| Aug-06-13 | *Case Administration* - Review Notice of Change of Firm Name re: Anderson Kill | 0.10 | TJT |
| Aug-10-13 | *Case Administration* - review five miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Aug-16-13 | *Case Administration* - Discussion with TJT and T. Markey re: case status, review and respond to same | 0.20 | KC |
| | *Fee Applications, Applicant* - Begin preparation of FJP quarterly fee app for April, May, June 2013 | 0.30 | KC |
| Aug-17-13 | *Case Administration* - review four miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| Aug-20-13 | *Case Administration* - Review Request for Removal from Service List by Neurocrete Products | 0.10 | TJT |
| Aug-21-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Aug-23-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Aug-24-13 | *Case Administration* - Review Affidavit re: Baker Hostetler | 0.10 | TJT |
| Aug-25-13 | *Case Administration* - review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Aug-27-13 | *Case Administration* - Review notice of agenda re: 8.29.2013 hearing | 0.10 | LLC |
| | *Case Administration* - Review amended notice of agenda re: 8.29 hearing | 0.10 | LLC |
| | *Fee Applications, Others* - Trade emails with KC re: status of Bilzin's 49th quarterly fee app | 0.10 | LLC |
| | *Case Administration* - review Certificate of No Objection filed by Debtors re: Debtor's Motion for Protective Order | 0.10 | TJT |
| | *Case Administration* - review Certificate of No Objection filed by Debtors re: Debtor's Motion for Authority to Participate in Competitive Auction | 0.10 | TJT |
| | *Case Administration* - Review Agenda for 8/29 hearing | 0.10 | TJT |
| | Fee Applications, Others - E-mail to MAG, LLC re: status of Bilzin Quarterly fee app for April- June 2013, e-mail from MAG re: same | 0.20 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's May 2013 fee application | 0.10 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin's June 2013 fee application | 0.10 | KC |
| | *Fee Applications, Others* - Draft CNO to Bilzin's May 2013 fee application | 0.20 | KC |
| | *Fee Applications, Others* - Draft CNO to Bilzin's June 2013 fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to May 2013 fee application | 0.10 | KC |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Fee Applications, Applicant* - Review docket for objections to June 2013 fee application | 0.10 | KC |
| Aug-28-13 | *Case Administration* - Review order scheduling omnibus hearing dates and forward same to KC | 0.10 | LLC |
| | *Hearings* - Review Amended Agenda for 8/29 Hearing | 0.10 | TJT |
| | *Fee Applications, Applicant* - Draft CNO to May 2013 monthly fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft CNO to June 2013 monthly fee app | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft, review and revise bill for July 2013 fee application; to TJT for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Continued draft of 49th quarterly fee app for April-June 2013 | 0.80 | KC |
| Aug-29-13 | *Case Administration* - review correspondence from J. Sakalo re: 2013 omnibus hearing dates | 0.10 | TJT |
| Aug-30-13 | *Fee Applications, Others* - Review CNO re: Bilzin May 2013 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin June 2013 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: June 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: May 2013 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce July prebill | 0.30 | TJT |
| Aug-31-13 | *Case Administration* - Review order scheduling two Omnibus hearing dates | 0.10 | TJT |
| | *Case Administration* -   memo to K. Callahan re: two new Omnibus hearing dates | 0.10 | TJT |
| | *Case Administration* - review three miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* -   review order granting Debtor's Motion for Protective Order | 0.10 | TJT |
| | *Case Administration* -   review order granting Debtor's Motion re: Competitive Auction | 0.10 | TJT |
| | Totals | 7.40 | |

**Total Fees & Disbursements**                                   $2,066.00

## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Ph:(302) 575-1555     Fax: (302) 575-1714

WR Grace PD Committee                                September 1-September 30, 2013

Inv #:                48886

**RE:**    WR Grace PD Committee

### SUMMARY BY TASK

| Task |  | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 3.70 | 1,244.00 |
| B17 | Committee, Creditors', Noteholders' or Equity | 0.90 | 342.00 |
| B18 | Fee Applications, Others - | 2.80 | 562.00 |
| B25 | Fee Applications, Applicant - | 2.90 | 513.00 |
| B36 | Plan and Disclosure Statement - | 4.90 | 1,862.00 |
| B37 | Hearings - | 0.20 | 76.00 |
|  | **Total** | **15.40** | **$4,599.00** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 1.80 | 558.00 |
| Theodore J. Tacconelli | 380.00 | 8.70 | 3,306.00 |
| Legal Assistant - KC | 150.00 | 4.70 | 705.00 |
| Legal Assistant - PR | 150.00 | 0.20 | 30.00 |
| **Total** |  | **15.40** | **$4,599.00** |

### DISBURSEMENT SUMMARY

**Total Disbursements**                                                 $864.78

| | | | |
|---|---|---|---|
| Invoice #: | 48886 | Page 2 | September 1-30, 2013 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-02-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Sep-03-13 | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin's May 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Others* - Prepare certificate of objection to Bilzin's June 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to May 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to June 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| Sep-04-13 | *Case Administration* - Confer with T. Tacconelli re: 3rd circuit opinion and appeal | 0.10 | LLC |
| | *Case Administration* - Follow up confer with T. Tacconelli re: additional 3rd circuit opinions entered in various appeals and issues related to same | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review July 2013 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Final Report re: Bilizin 48 Interim Period Quarterly Fee App | 0.10 | TJT |
| | *Case Administration* - Confer with LLC re: status of appeals and related issues | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - review correspondence from S. Baena re: opinions issued today | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo and S. Baena re: opinions issued today | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Start review of Anderson Memorial Hospital appeal Opinion | 0.40 | TJT |
| | *Fee Applications, Applicant* - Revisions to July 2013 invoice | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft July 2013 monthly fee application, to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Finalize July 2013 invoice as exhibit "A" to July monthly fee app | 0.30 | KC |
| Sep-05-13 | *Plan and Disclosure Statement* - Continue review of Anderson Memorial Hospital appeal Opinion | 0.70 | TJT |
| | *Fee Applications, Applicant* - Consult with P.Rooney re: filing of July 2013 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Service of July 2013 fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare July 2013 fee application for efiling, efile same | 0.20 | PR |
| Sep-06-13 | *Case Administration* - E-mail from B. Ruhlander re: fee auditor's combined report for 48th interim period | 0.10 | LLC |
| | *Case Administration* - Trade emails with KC re: status of Bilzin and Ferry, Joseph & Pearce quarterly fee applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review efiling notice for Bilzin 48th quarterly fee app and forward to KC | 0.10 | LLC |
| | *Case Administration* - Review correspondence from B. Ruhlander re: Fee Auditor's combined Final Report re: 48th Interim Period | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's combined Final report re: 48th Interim Period | 0.10 | TJT |
| Sep-07-13 | *Plan and Disclosure Statement* - Start review of Opinion re: Montana/Queen appeal | 0.60 | TJT |

| | | | |
|---|---|---|---|
| Invoice #: | 48886 | Page 3 | September 1-30, 2013 |

| | | | |
|---|---|---|---|
| Sep-09-13 | *Case Administration* - E-mail from B. Ruhlander re: corrected fee auditor's report for 48th interim period | 0.10 | LLC |
| | *Case Administration* - Memo from TJT re: 48th quarterly fee auditor's report, review, respond to same | 0.20 | KC |
| | *Fee Applications, Others* - E-mail from L. Flores re: Bilzin July 2013 fee app; download attachments of same | 0.20 | KC |
| | *Fee Applications, Others* - Revisions to notice of Bilzin's July 2013 fee app, preparation of cos of same; to LLC for review | 0.10 | KC |
| Sep-10-13 | *Case Administration* - Confer with KC re: status of case | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Sumberg July 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Sumberg 49th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 49th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Bilzin's 49th Quarterly fee app for efilng, efile same | 0.30 | KC |
| | *Fee Applications, Others* - Service of Bilzin's 49th Quarterly fee application and coordinate service of notice of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare 49th Quarterly fee application for efilng, efile same | 0.30 | KC |
| | *Fee Applications, Applicant* - Service of 49th Quarterly fee application and coordinate service of notice of same | 0.30 | KC |
| Sep-11-13 | *Case Administration* - Review Certificate of Counsel filed by counsel for PI FCR | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin July 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| Sep-13-13 | *Plan and Disclosure Statement* - Continue reviewing Montana/Queen Appeal Opinion | 1.30 | TJT |
| Sep-14-13 | *Case Administration* - Review four miscellaneous certificate of no objection filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for and teleconference with Committee Member re: 3rd Circuit Opinions on appeals and status | 0.80 | TJT |
| Sep-17-13 | *Plan and Disclosure Statement* - Review letter from counsel for BLG to clerk re: supplemental authority | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review BLG supplemental authority | 0.80 | TJT |
| Sep-18-13 | *Plan and Disclosure Statement* - Review Debtor's letter to clerk re: supplemental authority by BLG and review cited cases | 0.70 | TJT |
| Sep-19-13 | *Case Administration* - Review Certification of Counsel filed by Debtors re: proposed Order re: 48th Interim Period Quarterly Fees | 0.10 | TJT |
| | *Case Administration* - Review Certification of Counsel filed by Debtors re: 48th Interim Period Project Category Summary | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Montana/Queen Motion to Extend Time to File Petition for Rehearing | 0.10 | TJT |
| Sep-21-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Sep-23-13 | *Case Administration* - Review four miscellaneous Certificate of No Objection filed by Debtors | 0.10 | TJT |
| | *Hearings* - Review Agenda for 9/25 hearing | 0.10 | TJT |
| Sep-24-13 | *Case Administration* - Review order approving 48th quarterly fee apps and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review amended agenda re: cancellation of 9-25-2013 hearing | 0.10 | LLC |

Invoice #:   48886                     Page   4                     September 1-30, 2013

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review Order granting 48th Interim Period Fee Apps | 0.10 | TJT |
|  | Hearings - Review Amended Agenda for 9/25 hearing | 0.10 | TJT |
| Sep-25-13 | *Case Administration* - Review notice of oral order re: dismissal of Appeal No. 09-382 and review docket in appeal 09-382 | 0.20 | TJT |
|  | *Case Administration* - Review notice of oral order re: dismissal of Appeal No. 09-419 and review docket in appeal 09-419 | 0.20 | TJT |
|  | *Case Administration* - Review notice of oral order re: dismissal of Appeal No. 09-421 and review docket in appeal 09-421 | 0.20 | TJT |
|  | *Case Administration* - Review notice of oral order re: dismissal of Appeal No. 10-611 and review docket in appeal 10-611 | 0.20 | TJT |
| Sep-26-13 | *Fee Applications, Applicant* - Draft and review prebill for August 2013 fee application; to TJT for review | 0.10 | KC |
| Sep-27-13 | *Fee Applications, Others* - Confer with KC re: status of Bilzin 49th quarterly fee app | 0.10 | LLC |
|  | *Case Administration* - Review Notice of Withdrawal of Appearance by counsel for Garlock | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce August prebill | 0.20 | TJT |
| Sep-28-13 | *Case Administration* - Review three miscellaneous Certificate of No Objection filed by Debtors | 0.10 | TJT |
| Sep-30-13 | *Case Administration* - Review notice of withdrawal from service list and forward same to KC | 0.10 | LLC |
|  | *Fee Applications, Others* - Confer with TJT re: Bilzin 49th Quarterly fee application | 0.10 | LLC |
|  | *Fee Applications, Others* - Review e-mail from and respond to J. Sakalo re: Bilzin 49th Quarterly fee application | 0.10 | LLC |
|  | *Fee Applications, Others* - Correspondence with J. Sakalo re: Bilzin 49th Interim Period Quarterly Fee App. | 0.10 | TJT |
|  | *Fee Applications, Others* - Confer with LLC re: Bilzin 49th Interim Period Quarterly Fee App. | 0.10 | TJT |
|  | *Case Administration* - Memo from T. Tacconelli re: case status, research and respond to same | 0.20 | KC |
|  | *Fee Applications, Others* - Emails from J. Sakalo, T. Tacconelli, LLC re: Bilzin's 49th Quarterly fee application | 0.10 | KC |
|  | *Fee Applications, Others* - E-mail from L. Flores re: Bilzin August 2013 monthly fee application, download documents to file | 0.10 | KC |
|  | Totals | 15.40 |  |

## DISBURSEMENTS

| | | |
|---|---|---|
| Sep-03-13 | Photocopy Cost | 9.60 |
|  | Cost Advance - postage 7 @. $46 | 3.22 |
|  | Cost Advance - Court Call - hearing on 8/1/13 | 30.00 |
| Sep-05-13 | Photocopy Cost | 4.60 |
| Sep-09-13 | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.70 |
| Sep-10-13 | Photocopy Cost | 22.50 |
|  | Cost Advance - postage | 3.30 |

| Invoice #: | 48886 | Page 5 | September 1-30, 2013 |

| Sep-30-13 | Cost Advance - Digital Legal - copies/service (Inv #76595) | 789.16 |
| | Totals | $864.78 |
| | **Total Fees & Disbursements** | **$5,463.78** |