## **EXHIBIT A**

## Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/12/2013 | Jeffrey Gettleman | 1.80 | Correspond with S. Fisher, R. Higgins and L. Esayian re claim of Centennial Insurance Company (1.4); review and analyze pleading re same (.4). |
| 9/12/2013 | Lisa G Esayian | .40 | Correspond with J. Gettleman re ACC's filings in Centennial insurance liquidation proceeding. |
| 9/13/2013 | Jeffrey Gettleman | .90 | Review correspondence from S. Fischer re Centennial Insurance liquidation estate and payment of claims (.1); correspond with L. Esayian re same (.2); telephone conference with S. Fischer re ACC objection to bar date in Centennial Insurance liquidation (.6). |
| 9/13/2013 | Lisa G Esayian | .40 | Analyze issues re Centennial insurance. |
| 9/16/2013 | Jeffrey Gettleman | 1.10 | Review correspondence from S. Fischer re liquidation of Centennial Insurance company (.1); telephone conference with S. Fischer re same (.3); review and analyze plan, confirmation order and plan exhibit six re Centennial Insurance question (.4); draft, review and revise analysis re same (.2); correspond with S. Fischer re same (.1). |
| 9/17/2013 | Jeffrey Gettleman | .10 | Correspond with L. Esayian re liquidation of Centennial Insurance company. |
| 9/17/2013 | Lisa G Esayian | .40 | Correspond with B. Horkovich and R. Chung re Centennial Insurance and review proposed order re same. |
| 9/18/2013 | Lisa G Esayian | .40 | Correspond with R. Horkovich re Centennial Insurance. |
| 9/19/2013 | Lisa G Esayian | 1.10 | Reply to J. Posner re issues re CNA proof of claim for non-asbestos retro premiums (.3); review portions of 2010 CNA settlement and correspond with J. Posner re same (.8). |
| 9/20/2013 | Lisa G Esayian | .30 | Correspond with J. Posner re issues re CNA proof of claim. |
| 9/27/2013 | Lisa G Esayian | .20 | Review and revise R. Horkovich's letter to state liquidator re Centennial insurance claim. |
| | Total: | 7.10 | |

A-2

## Matter 21 - Claims Analysis, Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/09/2013 | Jeffrey Gettleman | .10 | Review correspondence from R. Higgins re claims of Home Insurance Company. |
| 9/16/2013 | Jeffrey Gettleman | .20 | Correspond with L. Esayian and R. Higgins re claim of Home Insurance Company. |
| 9/16/2013 | Lisa G Esayian | .40 | Review and reply to questions and materials from R. Higgins re Home Insurance indemnity proof of claim. |
| 9/17/2013 | Jeffrey Gettleman | .10 | Correspond with J. Donley and J. Heberling re Moreau v. Transportation Insurance Company. |
| | Total: | .80 | |

A-3

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/17/2013 | Adam C Paul | .40 | Assist client with Project Lantern diligence. |
| 9/18/2013 | Jeffrey Gettleman | .20 | Correspond with A. Paul and M. Jones re Project Lantern. |
| 9/25/2013 | Jeffrey Gettleman | .10 | Correspond with A. Paul re proposed hedging transactions. |
| 9/25/2013 | Adam C Paul | .10 | Analyze possible Goldman transaction. |
| 9/26/2013 | Scott J Gordon | .50 | Telephone conference re potential share forward transaction. |
| 9/26/2013 | Jeffrey Gettleman | 1.30 | Telephone conference with E. Filon, J. O'Connell, A. Paul, S. Gordon and S. Winters re possible hedging transaction (.6); correspond with S. Winters re same (.1); research re required notice period for hedging motion (.2); correspond with A. Paul and S. Winters re same (.2); correspond with J. O'Neill and A. Paul re service periods re same (.2). |
| 9/26/2013 | Adam C Paul | 1.90 | Telephone conference with working group re Goldman transaction (1.1); prepare for same (.8). |
| 9/27/2013 | Mike Jones | 1.10 | Review and analyze plan proponents' comments to proposed transaction documents (.7); correspond with working group re same (.4). |
| 9/27/2013 | Jeffrey Gettleman | .70 | Correspond with A. Schlesinger re Project Lantern bid (.1); correspond with R. Wyron and M. Jones re comments to Project Lantern sale and purchase agreement (.3); correspond with A. Paul and M. Jones re Blackstone documents re same (.3). |
| 9/27/2013 | Adam C Paul | .80 | Analyze Project Lantern documents (.4); correspond with R. Wyron re same (.4). |
| 9/29/2013 | Jeffrey Gettleman | .10 | Correspond with A. Paul re comments of R. Wyron re Project Lantern. |
| 9/29/2013 | Adam C Paul | 1.20 | Analyze Project Lantern documents (.8); correspond with working group re same (.4). |
| 9/30/2013 | Jeffrey Gettleman | .60 | Correspond with A. Paul and J. Rohen re Project Lantern motion comments (.5); office conference with A. Paul re same (.1). |
| 9/30/2013 | Jeffrey Gettleman | .10 | Review correspondence from J. O'Neill re procedural issue re hedging motion. |
| 9/30/2013 | Adam C Paul | 1.10 | Correspond with working group re Project Lantern. |
| | Total: | 10.20 | |

A-4

## Matter 28 - Litigation and Litigation Consulting - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/24/2013 | Justin Bernbrock | 1.50 | Review and analyze complaint filed by Town of Acton (.7); research re same (.7); correspond with J. Gettleman re same (.1). |
| 9/24/2013 | Andrew Brniak | .60 | Prepare and compile binder of docketed pleadings re Town of Action, et al. v. W.R. Grace (Middlesex Superior Court Proceeding) (.3); draft and review index of same (.2); coordinate delivery of same with J. Bernbrock (.1). |
| 9/24/2013 | Jeffrey Gettleman | 1.00 | Correspond with A. Paul, S. Jaffe and M. Jones re Town of Acton litigation (.6); correspond with A. Paul, C. Semonson and J. Bernbrock re automatic stay and removal (.4). |
| 9/25/2013 | Justin Bernbrock | .80 | Office conference with A. Paul re Town of Acton issue (.2); telephone conference with Company re same (.6). |
| 9/25/2013 | Jeffrey Gettleman | .90 | Correspond with A. Paul and J. Bernbrock re Town of Acton litigation (.8); correspond with A. Paul and R. Higgins re effect of settlement agreement on Town of Acton litigation (.1). |
| | Total: | 4.80 | |

KE 28399106.3

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/12/2013 | Maureen McCarthy | 4.00 | Draft forty-ninth quarterly fee application. |
| 9/13/2013 | Maureen McCarthy | 2.40 | Revise forty-ninth quarterly fee application. |
| 9/17/2013 | Jeffrey Gettleman | .30 | Correspond with D. Hill re date of filing of last supplemental affidavit (.1); review February 2013 affidavit of disinterestedness (.1); correspond with M. Jones re same (.1). |
| 9/18/2013 | Mike Jones | 3.20 | Review and revise August invoices. |
| 9/19/2013 | Maureen McCarthy | 1.20 | Review and revise forty-ninth quarterly fee application. |
| 9/23/2013 | Mike Jones | .30 | Correspond with working group re supplemental affidavit. |
| 9/23/2013 | Jeffrey Gettleman | .20 | Correspond with M. Jones re revisions to supplemental affidavit (.1); correspond with M. Jones re conflicts analysis re same (.1). |
| 9/23/2013 | Adam C Paul | 1.30 | Analyze and revise invoices and draft fee applications. |
| 9/23/2013 | Maureen McCarthy | 1.70 | Revise and finalize forty-ninth quarterly fee application for filing and service. |
| 9/24/2013 | Kenneth Sampson | 7.80 | Analyze supplemental disclosure of creditors and entities submitted as Rule 2002, insurers, debtholders, customers, officers, directors and 5% equity holders. |
| 9/25/2013 | Kenneth Sampson | 2.90 | Analyze supplemental disclosure of creditors and entities submitted as vendors and significant equity holders. |
| 9/26/2013 | Maureen McCarthy | 2.20 | Draft August fee application. |
| 9/30/2013 | Maureen McCarthy | .70 | Revise July fee application. |
|  | Total: | 28.20 |  |

A-6

**Matter 37 - Plan and Disclosure Statement - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/02/2013 | Mike Jones | 2.70 | Correspond with working group re Effective Date documents (.9); review and analyze same (1.3); coordinate electronic conversion of same (.5). |
| 9/03/2013 | Mike Jones | 2.30 | Review and analyze Effective Date documents (1.4); coordinate electronic conversion of same (.4); correspond with working group re same (.5). |
| 9/03/2013 | Daniel Hill | .60 | Create and distribute blacklines re plan exhibits. |
| 9/03/2013 | Adam C Paul | 2.60 | Participate in confidential settlement discussions (1.7); analyze strategy for Effective Date (.9). |
| 9/04/2013 | Nate Kritzer | 1.20 | Review and analyze Third Circuit opinions. |
| 9/04/2013 | Mike Jones | 4.20 | Correspond with working group re Effective Date documents (2.2); review and analyze same (2.0). |
| 9/04/2013 | Justin Bernbrock | .20 | Correspond with working group re Effective Date chart. |
| 9/04/2013 | Kimberly K Love | .80 | Obtain Third Circuit rulings and materials for distribution and inclusion into case files. |
| 9/04/2013 | Jeffrey Gettleman | 1.60 | Correspond with A. Paul re Third Circuit appellate decisions (.1); review and revise Effective Date planning chart (.4); correspond with M. Jones re same (.2); correspond with working group re Third Circuit appeals (.9). |
| 9/04/2013 | Jeffrey Gettleman | .80 | Correspond with J. Donley re denial of AMH appeal and Third Circuit Canada appellate opinion (.2); correspond with M. Jones and J. Bernbrock re same (.1); correspond with A. Paul re Effective Date issues (.1); correspond with M. Jones and J. Bernbrock re closing documents re Effective Date (.4). |
| 9/04/2013 | Adam C Paul | 3.50 | Analyze appellate decisions (1.9); telephone conference with J. Donley re same (.7); participate in confidential settlement discussions (.9). |
| 9/04/2013 | Rana Barakat | .60 | Telephone conference with client re Court opinion affirming overruling of objections of AMH, Montana, and the Crown (.1); office conference with J. Donley and L. Esayian re same (.2); review and analyze FRAP and Supreme Court Rules re deadlines for filing petitions for rehearing and petitions for writ of certiorari (.2); correspond with J. Donley re same (.1). |
| 9/04/2013 | Keith S Crow, P.C. | .30 | Review status of Effective Date closing documents and analyze issues re same. |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/04/2013 | John Donley, P.C. | 2.80 | Review and analyze opinions (1.4); review and analyze procedural issue (.3); telephone conference and correspond with A. Paul, C. Landau, R. Barakat and L. Esayian re same (.8); telephone conference with M. Shelnitz and R. Finke re same (.3). |
| 9/04/2013 | Lisa G Esayian | 3.30 | Review Third Circuit AMH, and Montana and Crown opinions (2.5); telephone conference with M. Shelnitz, R. Finke, J. Donley and R. Barakat re same and re deadlines for reconsideration motions and certification petitions (.5); correspond with J. Bernbrock re Effective Date documents (.3). |
| 9/05/2013 | Mike Jones | 3.20 | Correspond with working group re Effective Date documents (1.2); review and analyze same (.9); review and analyze research re Third Circuit rulings (.8); correspond with working group re same (.3). |
| 9/05/2013 | Justin Bernbrock | .20 | Telephone conference with working group re Effective Date documents. |
| 9/05/2013 | Jeffrey Gettleman | .80 | Review and analyze Third Circuit denial of Garlock petition for rehearing (.1); correspond with J. Donley re deadlines for motions for rehearing and certiorari petitions (.1); correspond with M. Jones and J. Bernbrock re status of closing documents (.2); correspond with A. Paul re issues re lender appeal (.1); correspond with M. Jones re research re same (.2); correspond with A. Paul re PD Trust issues (.1). |
| 9/05/2013 | Adam C Paul | 4.70 | Participate in confidential settlement discussions (1.7); prepare Effective Date strategy (1.7); analyze Garlock order (.2); analyze lender settlement (1.1). |
| 9/05/2013 | Keith S Crow, P.C. | .20 | Review status of closing documents and analyze issues re same. |
| 9/05/2013 | John Donley, P.C. | 2.00 | Review and analyze Garlock order and procedures and issues relating thereto (.4); correspond with working group re same (.3); review and analyze Third Circuit opinions (.4); telephone conference and correspond with E. Leon and C. Landau re same (.3); strategic planning for emergence issues and projects (.4); telephone conference with A. Paul re same (.2). |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/06/2013 | Mike Jones | 8.70 | Correspond with working group re Effective Date documents (1.1); review and revise same (2.6); prepare Effective Date planning review materials for working group (1.9); telephone conference with working group re same (.3); correspond with working group re trust issues (.8); review and analyze same (2.0). |
| 9/06/2013 | Justin Bernbrock | .30 | Review and analyze Effective Date documents (.2); correspond with working group re same (.1). |
| 9/06/2013 | Jeffrey Gettleman | 2.40 | Correspond with working group re closing binder and chart (.7); correspond with working group re closing document status (.1); correspond with working group re PD Trust issues (.6); correspond with M. Jones re certificates of incorporation (.1); review and revise same (.7); correspond with R. Finke re officers and directors of Gloucester New Communities Company (.2). |
| 9/06/2013 | Adam C Paul | 1.90 | Participate in confidential negotiations (.7); prepare Effective Date documents and strategy (1.2). |
| 9/06/2013 | Keith S Crow, P.C. | .10 | Review status of plan and emergence issues. |
| 9/08/2013 | Jeffrey Gettleman | .90 | Correspond with working group re certificates of incorporation (.6); correspond with J. McFarland re new officer of Gloucester new Communities (.1); correspond with A. Paul and J. McFarland re PD Trust conference (.2). |
| 9/09/2013 | Nate Kritzer | .40 | Review and analyze Third Circuit opinions. |
| 9/09/2013 | Mike Jones | 7.40 | Review and analyze documents re PD Trust (2.1); research re same (1.1); draft summary of analysis re same (.6); draft responses to Trustee questions (.4); research re same (1.2); correspond with working group re Effective Date documents (.6); review and analyze same (1.4). |
| 9/09/2013 | Jeffrey Gettleman | .90 | Correspond with working group re Effective Date planning chart (.2); correspond with working group re certificates of incorporation (.3); review and revise same (.2); correspond with A. Paul and R. Fink re PD Trust issues (.2). |
| 9/09/2013 | Jeffrey Gettleman | 1.20 | Correspond with working group re PD Trust (.7); correspond with A. Wilkinson re Gloucester New Communities certificate of incorporation (.1); correspond with working group re plan proponents status convergence (.2); correspond with M. Jones re Effective Date planning chart (.2). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/09/2013 | Adam C Paul | 2.20 | Participate in confidential settlement discussions (1.3); prepare strategy for Effective Date (.9). |
| 9/10/2013 | Mike Jones | 2.40 | Telephone conference with working group re trust issues (1.1); correspond with working group re same (.3); review and analyze Trustee's questions re Effective Date and Plan (.6); correspond with working group re same (.4). |
| 9/10/2013 | Jeffrey Gettleman | .30 | Telephone conference with R. Higgins re PD Trust (.2); correspond with A. Paul re same (.1). |
| 9/10/2013 | Jeffrey Gettleman | 2.70 | Correspond with A. Wilkinson re certificates of incorporation (.2); correspond with working group re questions re PD Trust (.8); telephone conference with A. Paul and R. Finke re same (.6); telephone conference with M. Jones re PD Trust charts (.3); correspond with M. Jones re same (.1); telephone conference with client and working group re updates (.7). |
| 9/10/2013 | Adam C Paul | 3.90 | Participate in strategy discussions (1.7); analyze plan modifications (.7); participate in confidential settlement discussions (.9); telephone conference with R. Finke re PD Trustee (.6). |
| 9/10/2013 | Keith S Crow, P.C. | .20 | Review plan status and analyze issues re same. |
| 9/10/2013 | John Donley, P.C. | 2.40 | Telephone conference with A. Paul re emergence issues (.3); strategy call with ACC and FCR counsel, A. Paul, M. Shelnitz and R. Finke re Third Circuit rulings and emergence issues (1.3); review and analyze plan provisions re strategy call issues (.4); review and analyze various recent pleadings and filings, and upcoming calendar and key dates (.3); correspond with J. Heberling re Montana issue (.1). |
| 9/10/2013 | Lisa G Esayian | 1.00 | Telephone conference with M. Shelnitz, J. Donley, ACC and FCR's counsel re Third Circuit opinions and next steps. |
| 9/11/2013 | Mike Jones | 5.30 | Research re trust issues (1.8); review and analyze documents re same (.6); draft summary of same (.5); correspond with working group re same (.3); telephone conference with working group re same (.4); telephone conference with Trustee re Effective Date planning (.9); correspond with working group re claims and Effective Date planning (.8). |
| 9/11/2013 | Andrew Brniak | 1.90 | Prepare and compile precedent re asbestos trust agreements (1.8); correspond with M. Jones re same (.1). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/11/2013 | Jeffrey Gettleman | 1.80 | Correspond with working group re PD Trust questions and next steps (1.7); correspond with A. Paul re creditor inquiry (.1). |
| 9/11/2013 | Adam C Paul | 1.20 | Telephone conference re PD Trustee (1.0); prepare for same (.2). |
| 9/11/2013 | Rana Barakat | .30 | Review and analyze Supreme Court rules re deadlines for motions for extension of time to file certiorari petition. |
| 9/11/2013 | John Donley, P.C. | 1.80 | Review and analyze certiorari issues and correspond with client and team re same (.3); correspond with R. Barakat re mandate and timing (.1); review and analyze J. Heberling inquiry (.3); telephone conferences with A. Paul and R. Finke re same (.4); telephone conference with F. McGovern re appeals and Montana issues (.3); review plan terms relevant to emergence (.4). |
| 9/11/2013 | Christopher Landau, P.C. | .50 | Correspond with working group re potential Supreme Court timing. |
| 9/12/2013 | Mike Jones | 8.80 | Review and analyze precedent trust agreements re trustee compensation (2.4); draft summary of same (.9); correspond with working group re same (.4); research re modification to trust agreement (2.6); review and analyze documents re same (1.2); draft summary of same (.5); telephone conference and correspond with working group re same (.8). |
| 9/12/2013 | Andrew Brniak | 1.90 | Draft and review trust agreements fee comparison chart (1.7); correspond with M. Jones re same (.2). |
| 9/12/2013 | Jeffrey Gettleman | 2.40 | Review analysis of precedential compensation levels for trustees of asbestos trusts (.2); correspond with A. Paul re same (.1); research re inherent right to amend contracts (.4); review M. Jones analysis of modification of PD Trust agreement (.3); correspond with M. Jones re comments and analysis re same (.3); telephone conference with M. Jones re amendment of PD Trust agreement (.4); research re amendment of Delaware statutory trusts (.7). |
| 9/12/2013 | Keith S Crow, P.C. | .40 | Review and analyze question re post-emergence trust amendments. |
| 9/12/2013 | John Donley, P.C. | .50 | Analyze bank lender arguments. |
| 9/13/2013 | Mike Jones | 2.30 | Correspond with working group re Effective Date planning (.7); review and analyze documents re same (1.6). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/13/2013 | Jeffrey Gettleman | .70 | Correspond with J. Donley re question re certiorari petitions (.1); correspond with A. Paul re PD trustee issues (.2); review letter from counsel to bank lenders re Second Circuit AMR decision (.2); correspond with A. Paul and A. Brniak re AMR opinion (.1); correspond with A. Paul and M. Jones re AMR opinion (.1). |
| 9/13/2013 | Adam C Paul | 2.70 | Analyze PD Trustee engagement (.4); analyze lender supplemental brief and AMR decisions (2.3). |
| 9/13/2013 | Rana Barakat | .30 | Review and analyze Third Circuit rules and FRAP re submission of supplemental authority after oral argument (.2); correspond with J. Donley re same (.1). |
| 9/13/2013 | Nia Dukov | 5.90 | Review and analyze court opinions and briefs in AMR bankruptcy case re lender appeal. |
| 9/13/2013 | John Donley, P.C. | 4.60 | Review and analyze lender letter and attached case (1.5); correspond with A. Paul, E. Leon and client re same (.4); correspond and telephone conference with N. Dukov re follow-up research questions (.3); review prior briefing and cases and District Court materials and opinion re ipso facto and impairment issues (1.8); outline potential response to same (.4); analyze certiorari issue and correspond with C. Landau re same (.2). |
| 9/14/2013 | Jeffrey Gettleman | .30 | Correspond with E. Filon re Effective Date planning (.1); correspond with A. Paul and M. Jones re same (.2). |
| 9/14/2013 | Adam C Paul | .50 | Analyze AMR decision. |
| 9/14/2013 | Nia Dukov | .90 | Review and analyze briefs filed with Second Circuit Court of Appeals in AMR case. |
| 9/14/2013 | John Donley, P.C. | 2.50 | Review, analyze and outline ipso facto and impairment issues (1.2); draft Third Circuit supplemental authority response (.8); correspond with C. Landau, E. Leon and A. Paul re same (.5). |
| 9/15/2013 | Adam C Paul | .90 | Telephone conference with J. Donley re AMR decision (.4); analyze and revise supplemental response (.5). |
| 9/15/2013 | John Donley, P.C. | 1.70 | Correspond with E. Leon re ipso facto supplemental authority (.3); draft revised potential response (.9); telephone conference with A. Paul, C. Landau and E. Leon re supplemental response (.4); correspond with P. Bentley re same (.1). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/15/2013 | Christopher Landau, P.C. | .30 | Telephone conference re supplemental authority filed by bank lenders. |
| 9/15/2013 | Eric F Leon, P.C. | 1.30 | Review and analyze AMR decision (.9); telephone conference with working group re same (.4). |
| 9/16/2013 | Mike Jones | 4.40 | Review and analyze plan proponents' memorandum re Third Circuit rulings (.9); draft response to same (.6); research re same (1.2); correspond with working group re Effective Date planning (.5); review and analyze documents re same (1.2). |
| 9/16/2013 | Daniel Hill | .10 | Distribute plan exhibit to J. Gettleman. |
| 9/16/2013 | Kimberly K Love | 3.40 | Prepare and organize materials requested by A. Paul (.2); review and update pleadings from all Third Circuit cases for inclusion into case files (2.1); review, revise and cite check response to bank lenders' 28(j) motion (1.1). |
| 9/16/2013 | Jeffrey Gettleman | 1.60 | Correspond with working group re bank lender appeal issues (1.1); telephone conference with A. Paul re E. Filon call re Effective Date planning (.1); telephone conference with A. Paul re conversation with D. Turetsky re Sealed Air Effective Date issues (.2); office conference with A. Paul re same (.1); review correspondence from A. Paul re analysis of AMR decision (.1). |
| 9/16/2013 | Adam C Paul | 4.70 | Telephone conference with P. Bentley and J. Donley re AMR decision (.5); telephone conference with R. Wyron and D. Turetsky re confidential settlement (.5); prepare for same (.7); telephone conference with M. Shelnitz re AMR response (.6); analyze and revise various drafts of AMR response (1.3); analyze issues re plan modification (1.1). |
| 9/16/2013 | Nia Dukov | 1.00 | Telephone conference with D. Blabey and P. Bentley (.4); finalize response to lenders' notice of supplemental authority (.6). |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/16/2013 | John Donley, P.C. | 5.40 | Legal research re cases and authorities re ipso facto, AMR and impairment (2.2); telephone conferences and correspond with P. Bentley and D. Blabey re Third Circuit response letter (.4); telephone conferences and correspond with A. Paul and E. Leon re same (.3); correspond with N. Dukov re letter and drafts of response (.3); telephone conference with client re Third Circuit response letter (.3); telephone conference with R. Frankel re same (.2); correspond with P. Lockwood and R. Wyron re same (.2); draft and revise letter re same (1.5). |
| 9/16/2013 | Lisa G Esayian | .30 | Review and analyze Third Circuit materials re Garlock mandate. |
| 9/16/2013 | Christopher Landau, P.C. | .30 | Telephone conference with working group re response to supplemental authority filed by bank lenders. |
| 9/16/2013 | Eric F Leon, P.C. | 1.80 | Conference with working group re Third Circuit response letter (.4); draft and revise response to Lenders' Rule 28 submission (1.4). |
| 9/17/2013 | Mike Jones | 5.70 | Correspond with working group re implementing Third Circuit rulings (.8); research re same (1.3); review and analyze documents re same (.8); telephone conference with plan proponents re plan (.9); conduct follow up diligence re same (1.3); correspond with working group re same (.6). |
| 9/17/2013 | Andrew Brniak | .30 | Prepare and compile docketed pleadings re plan confirmation (.2); correspond with M. Jones re same (.1). |
| 9/17/2013 | Jeffrey Gettleman | 1.00 | Correspond with working group re certificates of incorporation (.5); correspond with A. Paul re PD Trustee issue (.1); telephone conference with R. Finke re same (.1); office conference with A. Paul re same (.2); correspond with A. Paul re revisions to Caplin & Drysdale memorandum re lender issues (.1). |
| 9/17/2013 | Jeffrey Gettleman | 2.90 | Review and analyze Caplin & Drysdale memorandum re bank lender issues (.4); telephone conference and correspond with working group and plan proponents re same (2.4); correspond with M. Jones re corporate issues re certificates of incorporation (.1). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/17/2013 | Adam C Paul | 4.70 | Analyze potential lender settlement (2.8); telephone conference with P. Lockwood re same (1.1); participate in confidential settlement discussions (.8). |
| 9/17/2013 | John Donley, P.C. | .70 | Correspond with creditor and R. Higgins re creditor inquiry (.1); correspond with J. Heberling re Libby contribution issue (.1); correspond with A. Paul and J. Gettleman re same (.1); correspond and telephone conference with R. Finke re same (.2); review various pleadings, filings and key deadlines (.2). |
| 9/18/2013 | Mike Jones | 6.60 | Legal research re plan modifications following appeal (1.8); draft summary of same (.9); review and revise same (.8); correspond with working group re same (.4); correspond with working group re Effective Date documents (.7); review and analyze same (1.1); review and analyze news materials re potential transaction (.6); correspond with working group re same (.3). |
| 9/18/2013 | Daniel Hill | 1.20 | Research re precedential K&E-drafted settlement agreements. |
| 9/18/2013 | Kimberly K Love | 1.30 | Review PACER for case filings from Montana and The Crown and main case re rehearing motions (1.1); organize recently filed Third Circuit materials for inclusion into case files and team distribution (.2). |
| 9/18/2013 | Jeffrey Gettleman | 1.80 | Correspond with working group re preliminary analysis re bank lender issues (.6); review and revise same (.4); correspond with D. Herrmann, A. Paul and others re sample settlement agreement (.1); correspond with D. Hill re precedential settlement agreements (.2); review precedential agreements (.3); correspond with K. Love re Montana motion to extend time (.1); correspond with K. Love re no further filings re hearing in appeals (.1). |
| 9/18/2013 | Adam C Paul | 3.90 | Analyze potential lender settlement (2.8); telephone conference with J. Donley re same (.4); telephone conference with R. Finke re Libby claims (.3); correspond with J. Heberling re Libby claims (.4). |
| 9/18/2013 | Keith S Crow, P.C. | .30 | Review and analyze questions re updates to corporate charters. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/18/2013 | John Donley, P.C. | 3.10 | Analyze bank lender and emergence issues (1.9); telephone conference with A. Paul re same (.4); draft memorandum to client re same (.4); telephone conference with A. Paul re Libby issues (.2); correspond with R. Finke re same (.1); correspond with A. Rosenberg re lender issues (.1). |
| 9/19/2013 | Mike Jones | .80 | Correspond with working group re appellate rehearing motion (.3); review and analyze same (.5). |
| 9/19/2013 | Jeffrey Gettleman | .50 | Telephone conference with R. Higgins re class 7A sources and uses analysis (.4); correspond with R. Higgins re same (.1). |
| 9/19/2013 | Jeffrey Gettleman | 1.60 | Correspond with K. Love re no further motions for rehearing or extension of time filed by AMH or the Crown (.1); correspond with M. Jones re appellate deadlines (.1); telephone conference with M. Shelnitz, R. Finke, working group and plan proponents re appeals and other exit matters (.9); correspond with L. Esayian re trust Medicare reporting issues (.5). |
| 9/19/2013 | Adam C Paul | 3.60 | Analyze lender settlement (1.1); telephone conference with D. Williamson re PD trustee fees (.4); analyze and revise Effective Date documents (2.1). |
| 9/19/2013 | Rana Barakat | .20 | Review and analyze procedural rules re deadlines to file motions for extension of time (.1); correspond with J. Donley re Garlock and State of Montana/Crown appeals (.1). |
| 9/19/2013 | John Donley, P.C. | 2.50 | Review and analyze Montana filings and deadlines (.2); correspond with client re same (.2); correspond with R. Barakat and A. Paul re follow-up issues re same (.2); analyze emergence issues (.2); correspond with A. Paul re same (.2); review certiorari deadline and procedures (.2); telephone conference with M. Shelnitz, A. Paul, R. Frankel, P. Lockwood and R. Wyron re filings and emergence issues (.9); telephone conference with A. Rosenberg re lender issues (.4). |
| 9/19/2013 | Lisa G Esayian | .90 | Correspond with certain insurers' counsel re Medicare reporting issues (.4); revise various Effective Date documents (.5). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/20/2013 | Mike Jones | 3.00 | Correspond with working group re Effective Date documents (.6); review and analyze same (2.1); telephone conference with working group re same (.3). |
| 9/20/2013 | Jeffrey Gettleman | .90 | Telephone conference with A. Paul re review and revision of Effective Date closing documents (.2); office conference with A. Paul re same (.1); correspond with M. Jones and J. Bernbrock re same (.1); telephone conferences with M. Jones and A. Paul re closing documents (.5). |
| 9/20/2013 | Adam C Paul | 3.20 | Analyze and review Effective Date documents. |
| 9/23/2013 | Mike Jones | 4.70 | Correspond with working group re Effective Date documents (.6); review and analyze same (1.4); telephone conference with client and working group re Effective Date planning (.9); conduct follow up diligence re same (.8); correspond with client re same (.3); telephone conferences with working group re review and analysis of Effective Date documents (.7). |
| 9/23/2013 | Justin Bernbrock | .30 | Telephone conference with M. Jones re Effective Date documents. |
| 9/23/2013 | Jeffrey Gettleman | .80 | Correspond with M. Jones re Effective Date documents (.7); office conference with A. Paul re Effective Date planning and document review (.1). |
| 9/23/2013 | Adam C Paul | 3.20 | Analyze and revise Effective Date documents (2.9); telephone conference with F. Festa re confidential settlement (.3). |
| 9/23/2013 | Lisa G Esayian | .80 | Correspond with R. Finke re Medicare reporting issues in connection with questions raised by insurers (.3); review materials re same (.5). |
| 9/24/2013 | Mike Jones | 2.70 | Review and analyze Effective Date documents. |
| 9/24/2013 | Kimberly K Love | .90 | Review Third Circuit dockets for recent filings and update case files re same. |
| 9/24/2013 | Jeffrey Gettleman | .40 | Correspond with C. Husnick and A. Paul re Grace emergence issues (.2); telephone conference and correspond with C. Lee re same (.2). |
| 9/24/2013 | Adam C Paul | 3.90 | Analyze TRO pleadings (1.9); telephone conference with J. Gettleman re same (.3); analyze and revise Effective Date documents (1.7). |
| 9/25/2013 | Mike Jones | 1.70 | Review and revise Effective Date planning chart (1.3); correspond with working group re same (.4). |
| 9/25/2013 | Kimberly K Love | .30 | Prepare and organize recently filed materials for inclusion into case files. |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/25/2013 | Jeffrey Gettleman | 1.10 | Correspond with A. Paul and R. Finke re PD Trust emergence issues (.8); correspond with M. Jones and A. Paul re Effective Date planning (.2); correspond with A. Paul re Effective Date planning (.1). |
| 9/25/2013 | Adam C Paul | 5.00 | Analyze TRO pleadings (2.4); telephone conference with working group re same (.9); telephone conference with working groups re Effective Date documents (1.3); correspond with R. Finke re PD Trustee issues (.4). |
| 9/26/2013 | Mike Jones | 2.70 | Correspond with working group re Effective Date documents (.6); review and analyze same (2.1). |
| 9/26/2013 | Jeffrey Gettleman | .10 | Correspond with M. Jones re closing document drafting by Corporate attorneys. |
| 9/26/2013 | Adam C Paul | .80 | Analyze Effective Date documents. |
| 9/27/2013 | Mike Jones | 1.10 | Review and analyze Effective Date documents. |
| 9/27/2013 | Justin Bernbrock | .70 | Review and revise Effective Date documents. |
| 9/27/2013 | Jeffrey Gettleman | .10 | Correspond with A. Paul re closure of certain District Court cases. |
| 9/27/2013 | Adam C Paul | .90 | Analyze Effective Date logistics. |
| 9/27/2013 | Keith S Crow, P.C. | .30 | Review and analyze questions re charter amendments. |
| 9/30/2013 | Mike Jones | 6.00 | Review and revise Effective Date planning chart (1.6); telephone conference with working group re same (.9); correspond with working group re same (.7); review and analyze Effective Date documents (2.8). |
| 9/30/2013 | Justin Bernbrock | 2.40 | Review and revise plan exhibits (1.9); telephone conference with working group re Effective Date documents (.5). |
| 9/30/2013 | Daniel Hill | .10 | Distribute requested pleadings to J. Gettleman. |
| 9/30/2013 | Kimberly K Love | 1.00 | Review PACER for potential filings from Montana (.6); prepare and organize recent received materials for inclusion into case files (.4). |
| 9/30/2013 | Jeffrey Gettleman | 2.00 | Correspond with M. Jones re updated Effective Date planning chart (.4); review and analyze four District Court dockets re closure of cases (.4); draft, review and revise analysis re same (.3); correspond with A. Paul re same (.1); office conference with A. Paul, J. Bernbrock and M. Jones re review of Effective Date tasks and documents (.8). |
| 9/30/2013 | Adam C Paul | 2.10 | Review Effective Date strategy and documents. |
|  | Total: | 249.40 |  |

A-18

## Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 9/10/2013 | Todd F Maynes, P.C. | .50 | Review and analyze memorandum re interest deductions (.2); telephone conferences with working group re same (.3). |
| 9/11/2013 | Todd F Maynes, P.C. | .40 | Review and analyze memorandum re interest deductions. |
| 9/12/2013 | Todd F Maynes, P.C. | 1.40 | Review and analyze memorandum re interest deductions (.4); telephone conferences with working group re same (1.0). |
| 9/17/2013 | Todd F Maynes, P.C. | .50 | Telephone conference with working group re bankruptcy opinions. |
| 9/19/2013 | Jeffrey Gettleman | .20 | Correspond with A. Paul re QSF agreement precedent. |
| 9/30/2013 | Todd F Maynes, P.C. | .30 | Telephone conference with C. Finke re tax issues. |
| | Total: | 3.30 | |

A-19