# **EXHIBIT B**

KE 28399106.3

**EXHIBIT B**

## Matter 52 – Expenses – Expenses

| **Service Description** | **Amount** |
| --- | --- |
| Standard Copies or Prints | $533.80 |
| Color Copies or Prints | $221.65 |
| Production Blowbacks | $1,097.00 |
| Overnight Delivery | -$13.77 |
| **Total:** | **$1,838.68** |

B-2

KE 28399106.3

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 9/02/2013 | 8.20 | Standard Prints |
| 9/02/2013 | 2.00 | Standard Prints |
| 9/02/2013 | 29.80 | Standard Prints |
| 9/02/2013 | 2.70 | Standard Prints |
| 9/02/2013 | 4.80 | Standard Prints |
| 9/02/2013 | 13.80 | Standard Prints |
| 9/04/2013 | .20 | Standard Copies or Prints |
| 9/04/2013 | 25.60 | Standard Prints |
| 9/04/2013 | 24.20 | Standard Prints |
| 9/04/2013 | .30 | Standard Prints |
| 9/04/2013 | 22.55 | Color Prints |
| 9/04/2013 | 22.55 | Color Prints |
| 9/04/2013 | 19.25 | Color Prints |
| 9/04/2013 | 11.55 | Color Prints |
| 9/04/2013 | 17.60 | Color Prints |
| 9/05/2013 | 13.20 | Standard Prints |
| 9/05/2013 | .10 | Standard Prints |
| 9/05/2013 | 11.50 | Standard Prints |
| 9/06/2013 | 3.40 | Standard Prints |
| 9/06/2013 | .10 | Standard Prints |
| 9/06/2013 | 3.50 | Standard Prints |
| 9/06/2013 | 9.80 | Standard Prints |
| 9/06/2013 | 877.60 | Production Blowbacks |
| 9/09/2013 | .90 | Standard Prints |
| 9/09/2013 | 1.60 | Standard Prints |
| 9/09/2013 | 3.80 | Standard Prints |
| 9/09/2013 | 219.40 | Production Blowbacks |
| 9/10/2013 | .70 | Standard Prints |
| 9/10/2013 | .70 | Standard Prints |
| 9/10/2013 | 7.50 | Standard Prints |
| 9/10/2013 | 29.70 | Color Prints |
| 9/10/2013 | 12.65 | Color Prints |
| 9/10/2013 | 20.35 | Color Prints |
| 9/10/2013 | 23.10 | Color Prints |

| Date | Amount | Description |
| --- | ---: | --- |
| 9/10/2013 | 14.30 | Color Prints |
| 9/10/2013 | 2.20 | Color Prints |
| 9/10/2013 | -22.04 | Overnight Delivery - Refund |
| 9/11/2013 | .30 | Standard Prints |
| 9/12/2013 | .60 | Standard Prints |
| 9/12/2013 | 1.10 | Standard Prints |
| 9/12/2013 | 2.60 | Standard Prints |
| 9/13/2013 | 30.20 | Standard Prints |
| 9/13/2013 | 1.20 | Standard Prints |
| 9/13/2013 | 6.20 | Standard Prints |
| 9/16/2013 | 28.80 | Standard Prints |
| 9/16/2013 | 7.90 | Standard Prints |
| 9/17/2013 | 34.20 | Standard Copies or Prints |
| 9/17/2013 | 9.80 | Standard Prints |
| 9/17/2013 | .30 | Standard Prints |
| 9/17/2013 | .10 | Standard Prints |
| 9/17/2013 | 8.27 | Fed Exp to: Peter Van N. Lockwood, Washington, DC from: Daniel Hill |
| 9/18/2013 | 39.10 | Standard Prints |
| 9/18/2013 | .10 | Standard Prints |
| 9/18/2013 | 3.50 | Standard Prints |
| 9/18/2013 | 2.50 | Standard Prints |
| 9/18/2013 | 4.40 | Standard Prints |
| 9/18/2013 | 22.00 | Color Prints |
| 9/19/2013 | 4.50 | Standard Prints |
| 9/23/2013 | 6.20 | Standard Prints |
| 9/23/2013 | 19.20 | Standard Prints |
| 9/24/2013 | 1.30 | Standard Prints |
| 9/24/2013 | 16.80 | Standard Prints |
| 9/24/2013 | 7.80 | Standard Prints |
| 9/24/2013 | 6.30 | Standard Prints |
| 9/25/2013 | 41.50 | Standard Prints |
| 9/25/2013 | 15.20 | Standard Prints |
| 9/25/2013 | 2.30 | Standard Prints |
| 9/25/2013 | 3.85 | Color Prints |
| 9/26/2013 | 5.20 | Standard Prints |

KE 28399106.3

| Date | Amount | Description |
|---|---:|---|
| 9/26/2013 | 1.10 | Standard Prints |
| 9/30/2013 | 44.30 | Standard Prints |
| 9/30/2013 | 20.80 | Standard Prints |
| Total: | 1,838.68 | |

B-5

KE 28399106.3