IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., <u>et al</u>. | Case No. 01-01139 (KJC)<br>Jointly Administered |
| Debtors. | Re Docket No. 31287 |

**CERTIFICATE OF NO OBJECTION
<u>REGARDING DOCKET NO. 31287</u>**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **One-Hundred Fortieth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2013 through September 30, 2013** [Docket No. 31287] (the "Application") filed on October 31, 2013.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than November 20, 2013 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DM3\2748956.1

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $5,152.80, which represents eighty percent (80%) of the requested compensation of $6,441.00, and one hundred percent (100%) of expenses in the amount of $660.47 without further order from the court.

Dated:  November 25, 2013　　　　　　　　　/s/ Michael R. Lastowski
　　　　　Wilmington, Delaware　　　　　　　Michael R. Lastowski (DE 3892)
　　　　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP
　　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1600
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801-1246
　　　　　　　　　　　　　　　　　　　　　Telephone:    (302)-657-4942
　　　　　　　　　　　　　　　　　　　　　Facsimile:    (302)-657-4901
　　　　　　　　　　　　　　　　　　　　　Email: mlastowski@duanemorris.com

　　　　　　　　　　　　　　　　　　　　　*Co-Counsel for the Official*
　　　　　　　　　　　　　　　　　　　　　*Committee of Unsecured Creditors*