IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (KJC) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 12/16/2013** |
| | ) | **Hearing Date: Scheduled if Necessary** |

**NOTICE OF FILING OF
SIXTH INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A.
AS LOCAL COUNSEL TO ROGER FRANKEL, SUCCESSOR LEGAL
REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF OCTOBER 1, 2013 TO OCTOBER 31, 2013**

TO: (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
in Possession Lender; and (8) the Fee Auditor

Phillips, Goldman & Spence, P.A., ("PG&S") local counsel to Roger Frankel, in his capacity as the Court appointed successor legal representative for future asbestos claimants (the "FCR"), has filed and served its *Sixth Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants for Compensation and Reimbursement of Expenses for the Period of October 1, 2013 to October 31, 2013* seeking payment of fees in the amount of $1,518.00 (80% of $1,897.50) and expenses in the amount of $15.30 (the "Application") for a total of $1,533.30.

This Application is submitted pursuant to this Court's *Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, dated April 17, 2002 [Docket No. 1949] (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **December 16, 2013.**

At the same time, you must also serve a copy of the objection or response upon the following:

**Successor**
**Future Claimants Representative**
Roger Frankel, Esquire, FCR,
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW,
Washington, DC 20005

**Co-counsel to Roger Frankel, Successor**
**Future Claimants Representative**
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee**
**of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**Counsel to the Official Committee of**
**Asbestos Property Damage Claimants**
Scott L. Baena, Esquire
Bilzin, Sumberg, Baena, Price & Axelrod,
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

**Co-counsel to Official Committee**
**to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

**Co-counsel to Roger Frankel, Successor**
**Future Claimants Representative**
Richard Wyron, Esquire
Debra L. Felder, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC **20005**

**Co-counsel to the Debtors**
John Donley, Esquire
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

**Co-counsel to the Debtors**
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

**Co-counsel to Official Committee**
**of Unsecured Creditors**
Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of**
**Asbestos Property Damage Claimants**
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351,
Wilmington, DE 19899

**Co-counsel to Official Committee**
**to Asbestos Personal Injury Claimants**
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Kathleen Campbell Davis, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

| | |
|---|---|
| **Counsel to Official Committee of Equity Holders**<br>Thomas M. Mayer, Esquire<br>Kramer Levin Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022 | **Counsel to Official Committee of Equity Holders**<br>Teresa K.D. Currier<br>Saul Ewing LLP<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899-1397 |
| **Counsel to the Asbestos PD Future Claimants' Representative**<br>Alan B. Rich, Esquire<br>Law office of Alan B. Rich, Esquire<br>1201 Elm Street, Suite 4244<br>Dallas, TX 75270 | **Fee Auditor**<br>Warren H. Smith<br>Warren H. Smith and Associates<br>2235 Ridge Road, Suite 105<br>Rockwall, TX 75087 |

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr., Esquire (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
*Local Counsel to Roger Frankel, Successor PI Future Claimants' Representative*

Date: November 25, 2013