EXHIBIT A

PHILLIPS, GOLDMAN & SPENCE, P.A.

INVOICES BY TIME AND INDIVIDUAL

FOR THE TIME PERIOD
OCTOBER 1, 2013 THROUGH
OCTOBER 31, 2013

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

November 14, 2013

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   108601

Re:  W. R. Grace & Co.
     Roger Frankel
Case No.:  01-01139 (RLB)

```
            Subtotal for FEES only: 10/31/13     $1,897.50
            Subtotal for COSTS only: 10/31/13       $15.30
                                                 -------------
CURRENT PERIOD FEES AND COSTS: 10/31/13          $1,912.80
                                                 -------------
```

*************************************************************

Please send remittance copy with payment.  Thank you.

*************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

November 14, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   108601

Re:  W. R. Grace & Co.
     Roger Frankel

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 1.3 | 643.50 |
| CASE ADMINISTRATION | 0.4 | 66.00 |
| FEE/EMPLOYMENT APPLICATIONS | 6.4 | 1,188.00 |
| Subtotal for FEES only: 10/31/13 | 8.1 | $1,897.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 495.00 | JCP | 1.70 | 1.70 | 841.50 | 0.00 | 0.00 |
| 165.00 | CAH | 6.40 | 6.40 | 1,056.00 | 0.00 | 0.00 |
| Totals | | 8.10 | 8.10 | 1,897.50 | 0.00 | 0.00 |

```
Sorts:  Grouping code              (Paginate)
        Client code
        Actual employee code       (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 108601 to 108601
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | CASE ADMINISTRATION | CAH | 10/11/13 | Review of e-mail from D. Fullem; research request and respond. | 0.30 | 49.50 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 10/31/13 | Update docket to system; check for omnibus hearing dates. | 0.10 | 16.50 | |
| | | | | | 0.40 | 66.00 | |
| | | | | | 0.40 | 66.00 | |

Total records this group:  2

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/15/13 | Download and file Lincoln's April fee application; e-mail information back to D. Fullem. | 0.20 | 33.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/17/13 | Code prebill to comply with local rules. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/18/13 | Review of and respond to e-mail from D. Fullem; download and file Certificate of No Objections for Lincoln Partners for its May 1-15, May 16-31, June and July fee applications and send docket information back to D. Fullem. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/18/13 | Respond to e-mails from D. Fullem; download and file Certificate of No Objection for Frankel's August fee application and Orrick's August fee application; send docket information to D. Fullem. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/21/13 | Draft Certificate of No Objection for Phillips, Goldman & Spence August fee application; forward to John C. Phillips, Jr. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/21/13 | Begin draft of Phillips, Goldman & Spence September fee application; have invoice corrections completed. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/22/13 | Scan, OCR and file and serve Phillips, Goldman & Spence Certificate of No Objection for August fee application. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/22/13 | Complete Phillips, Goldman & Spence September fee application; forward to John C. Phillips, Jr. for review. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/22/13 | Begin quarterly fee application for Phillips, Goldman & Spence. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/23/13 | Work on quarterly fee application. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/25/13 | Scan, OCR and file Phillips, Goldman & Spence September fee application; serve same. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/25/13 | Review of e-mails from D. Fullem; download September fee applications for Orrick Herrington and R. Frankel; file same and e-mail docket information to D. Fullem. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/25/13 | Review of e-mails from D. Fullem; download 16th Quarterly fee application for Lincoln Partners (related to Austern) and First Quarterly fee application of Lincoln Partners (related to Frankel) and file both; send filing information to D. Fullem. | 0.50 | 82.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/31/13 | Review of 2 e-mails from D. Fullem; research UST guidelines from 1996. | 0.80 | 132.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 10/31/13 | Add information to quarterly fee applications; e-mail to B. Ruhlander. | 0.30 | 49.50 | |
| | | | | | ------ | -------- | |
| | | | | | 6.00 | 990.00 | |
| | | | | | ------ | -------- | |

```
                                           Act   Trans                                                      Billable      Billable  Gr
Cl code  Grouping code description         Emp   Date       Transaction description                           Hours       Dollars  Cd

WRG      FEE/EMPLOYMENT APPLICATIONS       JCP   10/13/13   Review of and revise September pre-bill for Phillips,   0.10      49.50 fa
                                                            Goldman & Spence.

WRG      FEE/EMPLOYMENT APPLICATIONS       JCP   10/21/13   Review of and execute Certificate of No Objection re:  0.10      49.50
                                                            Phillips, Goldman & Spence 4th Interim Fee Application.

WRG      FEE/EMPLOYMENT APPLICATIONS       JCP   10/22/13   Review of, revise and execute Phillips, Goldman & Spence   0.20      99.00
                                                            5th Interim Fee Application.
                                                                                                               ------      --------
                                                                                                                 0.40        198.00
                                                                                                               ------      --------
                                                                                                                 6.40      1,188.00
                                                                                                               ------      --------
```

Total records this group:   18

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 10/02/13 | Letter from counsel for BNSF to Judge Buckwalter re: ethical wall around his former law clerk. | 0.10 | 49.50 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 10/07/13 | Review of 10/7/13 3rd Circuit Opinion denying Montana's and Canada's appeal. | 1.20 | 594.00 | |
| | | | | | 1.30 | 643.50 | |
| | | | | | 1.30 | 643.50 | |

Total records this group:   2

                                                                                                                8.10      1,897.50

22 records printed.