EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
OCTOBER 1, 2013 THROUGH
OCTOBER 31, 2013

Phillips, Goldman & Spence, P.A.

Page   2

November 14, 2013

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   108601

Re:  W. R. Grace & Co.
     Roger Frankel

     COSTS ADVANCED

```
10/03/13 Photocopies                                         5.30
10/18/13 On-line docket research                            10.00
                                                      -------------
         Subtotal for COSTS only: 10/31/13             $15.30
                                                      -------------
```