IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 01-1139 (KJC)<br>(Jointly Administered)<br><br>Related Dkt. Nos. 30734, 30903 |

### SUPPLEMENTAL DECLARATION OF JOSEPH J. RADECKI, JR., UNDER FED. R. BANKR. P. 2014 AND 5002 IN CONNECTION WITH THE RETENTION AND EMPLOYMENT OF LINCOLN PARTNERS ADVISORS LLC AS FINANCIAL ADVISOR TO ROGER FRANKEL, THE ASBESTOS PERSONAL INJURY FUTURE CLAIMANTS' REPRESENTATIVE

I, Joseph J. Radecki, Jr., state:

1. I am a Managing Director of Lincoln Partners Advisors LLC ("Lincoln"), an Illinois limited liability company, which maintains offices at 360 Madison Avenue, 21st Floor, New York, New York 10017. Lincoln is the financial advisor to Roger Frankel, the Legal Representative for Future Asbestos Personal Injury Claimants appointed by the Court in the above-captioned cases (the "FCR"), pursuant to an Order entered on July 31, 2013 (Dkt. No. 30903).

2. Except as is otherwise provided below, the facts set forth in this supplemental declaration (the "Supplemental Declaration") are based upon my personal knowledge or upon records maintained by Lincoln in the ordinary course of its business which have been reviewed by me.

3. I make this Supplemental Declaration out of an abundance of caution, and not because I believe the matters set forth herein are within the scope of Bankruptcy Rules 2014 or 5002.

4. On May 21, 2010, Specialty Products Holding Corp. ("Specialty Products"), along with its affiliate, Bondex International, Inc. ("Bondex") each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (Bankr. D. Del., Case No. 10-11780) (the "Bondex Case"). On October 15, 2013, the Official Committee of Asbestos Personal Injury Claimants (the "Committee") and the future claimants' representative for Specialty Products filed a Third Amended Plan and Third Amended Disclosure Statement in support thereof. In furtherance of their duties, the Committee has filed an application to retain and employ Lincoln to provide investment banking services to the Committee in the Bondex Case, *nunc pro tunc* to November 18, 2013 [Case No. 10-11780; Dkt. No. 4320] (the "Application"). Objections to the Application are due by December 4, 2013 and a hearing is scheduled for December 10, 2013.

5. To the best of my knowledge, Lincoln continues to be a "disinterested person" as that term is defined in Section 101(14) of Title 11 of the United States Code because the proposed engagement of Lincoln to provide investment banking services to the Committee in the Bondex Case is wholly unrelated to the Debtors and these cases.

6. Lincoln will continue to use reasonable efforts to identify any additional relevant fact or relationship not previously disclosed. If any such fact or relationship is discovered, Lincoln will, as soon as reasonably practicable, file additional supplemental declarations with the Court.

\* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on November 25, 2013

Joseph J. Radecki, Jr

2