## Exhibit A

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Ahmanson Center<br>Bank One Purchasing Card<br>J.P. Morgan & Chase Co.<br>J.P. Morgan Investment Management Inc. (New York)<br>JP Morgan Chase<br>JP Morgan Chase - Morgan Guaranty Trust Co. | Kanav Bhagat | Current |
| Allied Signal<br><br>Honeywell (Gomar) - Linden, New Jersey | Honeywell Automation and Control Solutions | Current |
| Allstate Insurance Company | Allstate Texas Lloyd's | Current |
| Amoco Chemicals Co.<br>Amoco Corporation<br>Amoco Oil Co.<br><br>Amoco Shipping Company<br><br>Arco Petroleum Products Co.<br>Atlantic Richfield<br><br>BP<br>BP - Carson, CA<br>BP Amoco Chemical - Chicago, IL<br>BP Amoco PLC<br>BP Chemicals<br>BP Energy Ltd.<br>BP International Ltd.<br>BP of America<br>BP Oil Corporation<br>Remet (Ny) Mrl Inds | Amoco Endicott Pipeline Company<br>BP Canada Energy<br>BP Exploration and Production Company<br>BP Exploration Mexico Limited, S.A. de C.V.<br>BP Exploration Operating Company<br>BP Mexico Holding Company, S.A. de C.V.<br>BP Transportation (Alaska) Inc. | Current<br>Current<br>Current<br><br>Current<br><br>Current<br>Current<br><br>Current |
| Angus Chemical Company<br>Dow Chemical Company<br>Dow Chemical USA | Dow Europe, S.A.<br>IFCO, Inc. | Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Dow Corning<br>Dupont Dow Elastics Co. [Joint Venture]<br>DuPont Dow Elastomers [Joint Venture]<br>General Latex & Chemical Group<br>Hampshire Chemical Corp.<br>Rohm & Haas<br>Texize Chemicals, Inc.<br>Union Carbide Corporation | | |
| AQR Capital Management LLC | AQR Capital Management Group GP LLC | Current |
| | AQR Capital Management Group LP | Current |
| Baltimore Gas & Electric | Exelon Corporation | Current |
| | Exelon Generation LLC | Current |
| | various directors of Constellation Energy Group | Closed |
| Bank of New York | Trina Solar Limited | Current |
| The Blackstone Group | Jason New | Current |
| Blue Circle North America<br>Lafarge Corporation<br>Redland Aggregate North America Inc. | Lafarge Tarmac Holdings Limited | Current |
| California Public Employees' Retirement System (CalPERS)<br>Deputy Attorney General of the State of California<br>State of California<br>State of California, Board of Equalization<br>State of California, Department of General Services | The Williams Institute | Current |
| Caspian Capital Partners LP | Caspian Capital LP | Current |
| Citi Investment Research (US)<br>Citibank, N.A.<br>Citicorp Dealer Finance<br>Citicorp Del-Lease, Inc. | Ajit Bhushan<br>Dipak Rastogi | Current<br>Current |

KE 27427570.5

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Citigroup<br>Citigroup Financial Products Inc.<br>Citigroup Special | | |
| College Retirement Equities Fund | Teachers Insurance and Annuity Association College Retirement Equities Fund | Closed |
| Credit Suisse First Boston<br>Credit Suisse Securities (USA) LLC<br>CS First Boston<br>Unigard Insurance Co.<br>Winterthur Swiss Ins. Co. | Credit Suisse (Hong Kong) Limited | Current |
| Drinker Biddle & Reath LLP | Theodore M. Becker | Current |
| First Union<br>First Union Bank<br>First Union National<br>Wachovia<br>Wachovia Bank & Trust Company, N.A.<br>Wachovia Bank N.A. | Wells Fargo | Current |
| Genentech | F. Hoffmann-La Roche<br>Hoffmann-La Roche | Current<br>Current |
| Hines Interest Limited Partnership | Hines | Current |
| HSBC / Marine Midland | HSBC Alternative Investments Limited<br>HSBC Holdings PLC | Current<br>Current |
| Lehman<br><br>Lehman Brothers Inc<br>Lehman Commercial Paper Inc. | Lehman Brothers International (Europe) (in administration) | Current |
| New York State Department of Taxation and Finance | New York State Senate | Current |
| New York, Corp. Counsel of the City of | Gaynor Cunningham<br><br>New York City Family Court | Current<br><br>Current |
| Northern Trust Bank<br><br>Northern Trust Company | Northern Trust Fiduciary (Guernsey) Limited | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
| --- | --- | --- |
| Northern Trust Investments NA | | |
| Royale Belge S.A. | AB Commercial Real Estate Debt Series 1-A | Current |
| | AB Commercial Real Estate Debt Series 1-B | Current |
| | AB Commercial Real Estate Debt Series 1-C | Current |
| | AB Institutional Series B | Current |
| | AB Institutional Series C | Current |
| | Alliance Bernstein | Current |
| The Scotts Company | James Hagedorn | Current |
| UBS O'Connor LLC | UBS Fund Services (Cayman) Ltd. | Current |