## **EXHIBIT A**

**SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM JULY 1, 2013 THROUGH SEPTEMBER 30, 2013**

**ASSET DISPOSITION (TASK CODE NO. 002)**

Applicant reviewed auction procedures and debtors' motion for leave to participate in a competitive auction.

**CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant reviewed hearing agendas and docket regarding agenda items. Applicant reviewed Third Circuit Court of Appeals dockets and downloaded pleadings and opinions. Applicant reviewed and revised 2002 service list and reviewed docket regarding upcoming omnibus and fee hearing dates.

**EMPLOYMENT APPLICATIONS (OTHERS) (TASK CODE NO. 010)**

Applicant reviewed the orders approving Philips Goldman and Orrick retentions.

**FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and filed its fee applications.

**FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan and Capstone Advisory Group.

**HEARINGS (TASK CODE NO. 015)**

Applicant reviewed status of agenda items, reviewed email from Debtors' counsel regarding hearing status, and attended telephonic hearing.

**LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 016)**

Applicant reviewed District Court patent settlement and other notice of settlements.

**PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)**

Applicant reviewed decisions and docket items relating to appeals filed in District Court and the Third Circuit Court of Appeals.