**EXHIBIT C**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>Objection Deadline: November 20, 2013 at 4:00 p.m.<br>Hearing date: To be scheduled only if objections are timely filed and served. |

**ONE-HUNDRED THIRTY NINTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2013 THROUGH AUGUST 31, 2013**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of<br>Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **August 1, 2013 through August 31, 2013** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$3,558.00 (80% of $4,447.50)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$0.00** |

This is an: ☒ monthly ☐ interim ☐ final application.

This is the one-hundred thirty ninth monthly fee application of Duane Morris LLP.

DM3\2725617.1

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

DM3\2725617.1

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
|  | 12/30/03 |  |  |  |  |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
|  | 10/31/05 |  |  |  |  |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

DM3\2725617.1                                   4

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

DM3\2725617.1                    5

|  |  | Requested |  | Approved for Payment |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

DM3\2725617.1               6

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | $4,103.60 | $217.30 |
| December 28, 2011 | 11/1/11 – 11/30/11 | $5,805.50 | $218.32 | $4,644.40 | $218.32 |
| February 3, 2012 | 12/1/11 – 12/31/11 | $4,064.00 | $120.44 | $3,251.20 | $120.44 |
| March 20, 2012 | 1/1/12 – 1/31/12 | $8,483.00 | $360.63 | $6,786.40 | $360.63 |
| March 20, 2012 | 2/1/12 – 2/29/12 | $5,789.00 | $454.05 | $4,631.20 | $454.05 |
| April 23, 2012 | 3/1/12 – 3/31/12 | $5,563.50 | $10.30 | $4,450.40 | $10.30 |
| June 19, 2012 | 4/1/12 – 4/30/12 | $4,326.50 | $0.00 | $3,461.20 | $0.00 |
| July 30, 2012 | 5/1/12 – 5/31/12 | $3,101.50 | $514.22 | $2,481.20 | $514.22 |
| July 30, 2012 | 6/1/12 – 6/30/12 | $10,687.00 | $239.60 | $8,549.60 | $239.60 |
| August 30, 2012 | 7/1/12 – 7/31/12 | $6,114.50 | $0.00 | $4,891.60 | $0.00 |
| October 25, 2012 | 8/1/12 – 8/31/12 | $3,790.00 | $435.55 | $3,032.00 | $435.55 |
| November 6, 2012 | 9/1/12 – 9/30/12 | $4,630.50 | $0.00 | $3,704.40 | $0.00 |

DM3\2725617.1                                7

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 29, 2012 | 10/1/12 – 10/31/12 | $7,846.00 | $533.95 | $6,276.80 | $533.95 |
| January 8, 2013 | 11/1/12 – 11/30/12 | $4,272.00 | $21.55 | $3,417.60 | $21.55 |
| January 28, 2013 | 12/1/12 – 12/31/12 | $11,810.50 | $792.77 | $9,448.40 | $792.77 |
| March 29, 2013 | 1/1/13 – 1/31/13 | $21,391.50 | $75.20 | $17,113.20 | $75.20 |
| March 29, 2013 | 2/1/13 – 2/28/13 | $3,313.50 | $10.20 | $2,650.80 | $10.20 |
| May 7, 2013 | 3/1/13 – 3/31/13 | $4,675.50 | $39.02 | $3,740.40 | $39.02 |
| May 30, 2013 | 4/1/13 – 4/30/13 | $8,877.00 | $603.33 | $7,101.60 | $603.33 |
| July 12, 2013 | 5/1/13 – 5/31/13 | $4,065.00 | $649.15 | $3,252.00 | $649.15 |
| September 6, 2013 | 6/1/13 – 6/30/13 | $8,013.00 | $25.00 | $6,410.40 | $25.00 |
| October 31, 2013 | 7/1/13 – 7/31/13 | $4,969.50 | $136.00 | Pending | Pending |

**SUMMARY OF COMPENSABLE TIME**

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael R. Lastowski | Partner/25 years | $795.00 | 5.30 | $4,213.50 |
| Stephanie Lenkiewicz | Paralegal | $195.00 | 1.20 | $234.00 |
| **Total** | | | **6.50** | **$4,447.50** |

**COMPENSATION SUMMARY BY TASK CODE**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition (02) | 1.70 | $1,351.50 |
| Case Administration (04) | 0.50 | $397.50 |
| Fee Application (Applicant) (12) | 0.60 | $117.00 |
| Fee Application (Others) (13) | 0.60 | $117.00 |
| Hearings (15) | 2.50 | $1,987.50 |
| Plan and Disclosure Statement (17) | 0.60 | $477.00 |
| **TOTAL** | **6.50** | **$4,447.50** |

DM3\2725617.1                     9

WHEREFORE, Duane Morris LLP respectfully requests that, for the period August 1, 2013 through August 31, 2013, an interim allowance be made to Duane Morris LLP, as set forth in the invoice attached hereto as Exhibit A, for compensation in the amount of $3,558.00 (80% of allowed fees totaling $4,447.50) and for such other and further relief as this Court may deem just and proper.

Dated: October 31, 2013
       Wilmington, Delaware

/s/ *Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  mlastowski@duanemorris.com
       rwriley@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

# EXHIBIT A

# Duane Morris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

September 04, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1905800        IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.30 hrs. at | $795.00 | /hr. = | $4,213.50 | |
| S LENKIEWICZ | PARALEGAL | 1.20 hrs. at | $195.00 | /hr. = | $234.00 | |
| | | | | | | $4,447.50 |

DUANE MORRIS LLP

Duane Morris
September 04, 2013
Page 2

File # K0248-00001                                                    INVOICE# 1905800
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/2/2013 | 002 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR LEAVE TO PARTICIPATE IN A COMPETITIVE AUCTION | 1.10 | $874.50 |
| 8/29/2013 | 002 | MR LASTOWSKI | REVIEW SALE MOTION AND ORDER RE: AUCTION PROCEDURES | 0.60 | $477.00 |
| | | | Code Total | 1.70 | $1,351.50 |

DUANE MORRIS LLP

Duane Morris
September 04, 2013
Page 3

File # K0248-00001  INVOICE# 1905800
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/15/2013 | 004 | MR LASTOWSKI | REVIEW CAPSTONE REPORT | 0.50 | $397.50 |
| | | | Code Total | 0.50 | $397.50 |

File # K0248-00001 INVOICE# 1905800
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/8/2013 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO CAPSTONE'S 112TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE'S 112TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| | | | Code Total | 0.60 | $117.00 |

Duane Morris
September 04, 2013
Page 5

File # K0248-00001                                                                                  INVOICE# 1905800
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 8/8/2013 013 | S LENKIEWICZ | PREPARE NOTICE OF WITHDRAWAL RE CNO REGARDING CAPSTONE'S 112TH MONTHLY FEE APPLICATION AND EFILE SAME (.3); REVISE CNO AND RE-FILE (.2); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| | | Code Total | 0.60 | $117.00 |

DUANE MORRIS LLP

Duane Morris
September 04, 2013
Page 6

File # K0248-00001  INVOICE# 1905800
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/1/2013 | 015 | MR LASTOWSKI | TELEPHONIC HEARING (DIAL IN TO COURTCALL) | 0.20 | $159.00 |
| 8/1/2013 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE AND AGENDA ITEMS | 1.40 | $1,113.00 |
| 8/27/2013 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE AND AGENDA ITEMS (.8); REVIEW ORDERS ENTERED ON OUTSTANDING AGENDA ITEMS AND NOTICE OF CANCELLATION OF HEARING (.1) | 0.80 | $636.00 |
| 8/28/2013 | 015 | MR LASTOWSKI | REVIEW ORDER SCHEDULING OMNIBUS HEARING DATES | 0.10 | $79.50 |
| | | | Code Total | 2.50 | $1,987.50 |

File # K0248-00001                                                                INVOICE# 1905800
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/8/2013 | 017 | MR LASTOWSKI | REVIEW STATUS OF APPEALS | 0.60 | $477.00 |
| | | | Code Total | 0.60 | $477.00 |
| | | | TOTAL SERVICES | 6.50 | $4,447.50 |

Duane Morris
September 04, 2013
Page 8

File # K0248-00001                                                          INVOICE# 1905800
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 5.30 | 795.00 | $4,213.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 1.20 | 195.00 | $234.00 |
|  |  |  | 6.50 |  | $4,447.50 |

DUANE MORRISllp