**EXHIBIT D**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Deadline: November 20, 2013 at 4:00 p.m. Hearing date: To be scheduled only if objections are timely filed and served. |

**ONE-HUNDRED FORTIETH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **September 1, 2013 through September 30, 2013** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$5,152.80 (80% of $6,441.00)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$660.47** |

This is an: ☒ monthly ☐ interim ☐ final application.


This is the one-hundred fortieth monthly fee application of Duane Morris LLP.

DM3\2725628.1

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

DM3\2725628.1

| Date Filed | Period Covered | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| | 12/30/03 | | | | |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

DM3\2725628.1                                      3

|  |  | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
|  | 10/31/05 |  |  |  |  |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

DM3\2725628.1                           4

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58, 572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

DM3\2725628.1                                      5

|  |  | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

DM3\2725628.1                                6

|  |  | Requested | | Approved for Payment | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Period Covered** | Fees | Expenses | Fees | Expenses |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | $4,103.60 | $217.30 |
| December 28, 2011 | 11/1/11 – 11/30/11 | $5,805.50 | $218.32 | $4,644.40 | $218.32 |
| February 3, 2012 | 12/1/11 – 12/31/11 | $4,064.00 | $120.44 | $3,251.20 | $120.44 |
| March 20, 2012 | 1/1/12 – 1/31/12 | $8,483.00 | $360.63 | $6,786.40 | $360.63 |
| March 20, 2012 | 2/1/12 – 2/29/12 | $5,789.00 | $454.05 | $4,631.20 | $454.05 |
| April 23, 2012 | 3/1/12 – 3/31/12 | $5,563.50 | $10.30 | $4,450.40 | $10.30 |
| June 19, 2012 | 4/1/12 – 4/30/12 | $4,326.50 | $0.00 | $3,461.20 | $0.00 |
| July 30, 2012 | 5/1/12 – 5/31/12 | $3,101.50 | $514.22 | $2,481.20 | $514.22 |
| July 30, 2012 | 6/1/12 – 6/30/12 | $10,687.00 | $239.60 | $8,549.60 | $239.60 |
| August 30, 2012 | 7/1/12 – 7/31/12 | $6,114.50 | $0.00 | $4,891.60 | $0.00 |
| October 25, 2012 | 8/1/12 – 8/31/12 | $3,790.00 | $435.55 | $3,032.00 | $435.55 |
| November 6, 2012 | 9/1/12 – 9/30/12 | $4,630.50 | $0.00 | $3,704.40 | $0.00 |

DM3\2725628.1                                         7

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 29, 2012 | 10/1/12 – 10/31/12 | $7,846.00 | $533.95 | $6,276.80 | $533.95 |
| January 8, 2013 | 11/1/12 – 11/30/12 | $4,272.00 | $21.55 | $3,417.60 | $21.55 |
| January 28, 2013 | 12/1/12 – 12/31/12 | $11,810.50 | $792.77 | $9,448.40 | $792.77 |
| March 29, 2013 | 1/1/13 – 1/31/13 | $21,391.50 | $75.20 | $17,113.20 | $75.20 |
| March 29, 2013 | 2/1/13 – 2/28/13 | $3,313.50 | $10.20 | $2,650.80 | $10.20 |
| May 7, 2013 | 3/1/13 – 3/31/13 | $4,675.50 | $39.02 | $3,740.40 | $39.02 |
| May 30, 2013 | 4/1/13 – 4/30/13 | $8,877.00 | $603.33 | $7,101.60 | $603.33 |
| July 12, 2013 | 5/1/13 – 5/31/13 | $4,065.00 | $649.15 | $3,252.00 | $649.15 |
| September 6, 2013 | 6/1/13 – 6/30/13 | $8,013.00 | $25.00 | $6,410.40 | $25.00 |
| October 31, 2013 | 7/1/13 – 7/31/13 | $4,969.50 | $136.00 | Pending | Pending |
| October 31, 2013 | 8/1/13 – 8/31/13 | $4,447.50 | $0.00 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael R. Lastowski | Partner/25 years | $795.00 | 5.60 | $4,452.00 |
| Stephanie Lenkiewicz | Paralegal | $195.00 | 10.20 | $1,989.00 |
| **Total** | | | **15.80** | **$6,441.00** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 2.10 | $409.50 |
| Fee Application (Applicant) (12) | 6.20 | $1,449.00 |
| Fee Application (Others) (13) | 2.30 | $448.50 |
| Hearings (15) | 0.30 | $238.50 |
| Plan and Disclosure Statement (17) | 4.90 | $3,895.50 |
| **TOTAL** | **15.80** | **$6,441.00** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Postage | | $102.48 |
| Court Costs | | $30.00 |
| Overnight Mail | Federal Express | $21.42 |
| Pacer Federal Docket | | $66.30 |
| Document Efiling | | $223.48 |
| Printing & Duplicating | | $216.79 |
| **TOTAL** | | **$ 660.47** |

DM3\2725628.1     9

WHEREFORE, Duane Morris LLP respectfully requests that, for the period August 1, 2013 through August 31, 2013, an interim allowance be made to Duane Morris LLP, as set forth in the invoice attached hereto as Exhibit A, for compensation in the amount of $5,152.80 (80% of allowed fees totaling $6,441.00) and reimbursement of expenses in the amount of $660.47, and for such other and further relief as this Court may deem just and proper.

Dated: October 31, 2013
       Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901
E-mail:  mlastowski@duanemorris.com
       rwriley@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

# EXHIBIT A

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

October 15, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1903682        IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 5.60 hrs. at | $795.00 | /hr. = | $4,452.00 | |
| S LENKIEWICZ | PARALEGAL | 10.20 hrs. at | $195.00 | /hr. = | $1,989.00 | |
| | | | | | | $6,441.00 |

DISBURSEMENTS
COLOR PRINTING & DUPLICATING - INTERNAL           $0.49
COURT COSTS                                       $30.00
DOCUMENT E-FILING                                 $223.48
OVERNIGHT MAIL                                    $21.42
PACER FEDERAL DOCKET COSTS                        $66.30
POSTAGE                                           $102.48
PRINTING & DUPLICATING                            $216.30
TOTAL DISBURSEMENTS                                                 $660.47

BALANCE DUE THIS INVOICE                                            $7,101.47

DUANE MORRISLLP

Duane Morris
October 15, 2013
Page 2

File # K0248-00001 INVOICE# 1903682
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/3/2013 | 004 | S LENKIEWICZ | RECEIPT AND REVIEW OF ORDER SCHEDULING HEARING DATES AND CALENDAR SAME (.2); EMAIL TO M. LASTOWSKI RE STATUS OF APPLICATIONS (.1) | 0.30 | $58.50 |
| 9/4/2013 | 004 | S LENKIEWICZ | DOWNLOAD THIRD CIRCUIT OPINIONS RE ANDERSON MEMORIAL AND CANADA AND REVIEW SAME (.3); FORWARD SAME TO M. LASTOWSKI (.1) | 0.40 | $78.00 |
| 9/5/2013 | 004 | S LENKIEWICZ | REVIEW MOST RECENT 2002 SERVICE LIST AND UPDATE SAME | 0.70 | $136.50 |
| 9/19/2013 | 004 | S LENKIEWICZ | REVIEW THIRD CIRCUIT DOCKET RE RESPONSES FILED PURSUANT TO RULE 28(J) IN CASE NO. 12-1402 (.1); REVIEW SAME (.2); FORWARD SAME TO M. LASTOWSKI (.1) | 0.40 | $78.00 |
| 9/24/2013 | 004 | S LENKIEWICZ | REVIEW DOCKET RE QUARTERLY FEE HEARING SCHEDULED FOR 9/25/13 (.1); REVIEW AGENDA RE SAME (.1); OFFICE CONFERENCE WITH M. LASTOWSKI RE STATUS OF SAME (.1) | 0.30 | $58.50 |
| | | | Code Total | 2.10 | $409.50 |

File # K0248-00001                                                               INVOICE# 1903682
   W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 9/4/2013 012 | S LENKIEWICZ | EMAILS TO/FROM ACCOUNTING RE INVOICES FOR JUNE AND JULY (.2); REVISIONS TO SAME (.1); REVIEW FINALIZED INVOICES AND PREPARE AS EXHIBITS TO MONTHLY FEE APPLICATIONS (.3) | 0.60 | $117.00 |
| 9/6/2013 012 | MR LASTOWSKI | REVIEW STATUS OF FEE APPLICATIONS (.2); REVIEW FEE AUDITOR'S REPORT (.2) | 0.30 | $238.50 |
| 9/6/2013 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 137TH MONTHLY FEE APPLICATION FOR JUNE 2013 (.8); PREPARE NOTICE RE SAME (.2); EFILE SAME (.2); COORDINATE SERVICE OF SAME (.1) | 1.30 | $253.50 |
| 9/6/2013 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 137TH MONTHLY FEE APPLICATION FOR JULY 2013 (.6); PREPARE NOTICE RE SAME (.2); EFILE SAME (.2); COORDINATE SERVICE OF SAME (.1) | 1.10 | $214.50 |
| 9/6/2013 012 | S LENKIEWICZ | PREPARE DUANE MORRIS' 49TH QUARTERLY FEE APPLICATION (1.2); PREPARE NOTICE (.1); PREPARE AND FINALIZE EXHIBITS (.2); REVIEW AND REVISE SAME (.2); FORWARD TO M. LASTOWSKI FOR REVIEW (.1) | 1.80 | $351.00 |
| 9/11/2013 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF SERVICE RE DUANE MORRIS 49TH QUARTERLY FEE APPLICATION AND FINALIZE SAME FOR EFILING (.2); FINALIZE NOTICE, APPLICATION AND EXHIBIT A FOR EFILING (.2); EFILE DUANE MORRIS 49TH QUARTERLY FEE APPLICATION (.2); COORDINATE SERVICE OF SAME (.1); PREPARE OVERNIGHT AND HAND-DELIVERY SERVICE (.3) | 1.00 | $195.00 |
| 9/24/2013 012 | MR LASTOWSKI | REVIEW ORDER APPROVING QUARTERLY FEE APPLICATIONS (.1); REVIEW REVISED AGENDA NOTICE, CANCELING 9/25/13 HEARING | 0.10 | $79.50 |
| | | Code Total | 6.20 | $1,449.00 |

DUANE MORRIS LLP

File # K0248-00001                                                                          INVOICE# 1903682
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/10/2013 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO SSL 48TH QUARTERLY FEE APPLICATION AND CAPSTONE 37TH QUARTERLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SSL 48TH QUARTERLY AND EFILE SAME (.3); PREPARE CERTIFICATE OF NO OBJECTION REGARDING CAPSTONE 37TH QUARTERLY FEE APPLICATION AND EFILE SAME (.3); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.80 | $156.00 |
| 9/23/2013 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO 148TH MONTHLY APPLICATION OF SSL AND 114TH MONTHLY APPLICATION OF CAPSTONE (.1); PREPARE CERTIFICATE OF NO OBJECTION RE SSL 148TH MONTHLY AND EFILE SAME (.3); PREPARE CERTIFICATE OF NO OBJECTION RE CAPSTONE 114TH MONTHLY AND EFILE SAME (.3); PREPARE AND FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.2) | 0.90 | $175.50 |
| 9/30/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL'S 149TH MONTHLY FEE APPLICATION (.1); FINALIZE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| | | | Code Total | 2.30 | $448.50 |

DUANE MORRIS LLP

Duane Morris
October 15, 2013
Page 5

File # K0248-00001  
    W.R. GRACE & CO.

INVOICE# 1903682

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/17/2013 | 015 | MR LASTOWSKI | REVIEW STATUS OF MONTHLY AGENDA ITEMS | 0.30 | $238.50 |
| | | | Code Total | 0.30 | $238.50 |

Duane Morris
October 15, 2013
Page 6

File # K0248-00001                                                                                      INVOICE# 1903682
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 9/4/2013 | 017 | MR LASTOWSKI | REVIEW 3D CIRCUIT OPINION (.6); E-MAIL TO W. KATCHEN RE: SAME (.1) | 0.70 | $556.50 |
| 9/5/2013 | 017 | MR LASTOWSKI | REVIEW MARYLAND CASUALTY DECISION (.6) | 0.60 | $477.00 |
| 9/9/2013 | 017 | MR LASTOWSKI | REVIEW DECISION RE: SUBSTANTIAL CONTRIBUTION CLAIMS | 0.90 | $715.50 |
| 9/12/2013 | 017 | MR LASTOWSKI | REVIEW APPELLATE DOCKETS | 0.30 | $238.50 |
| 9/13/2013 | 017 | MR LASTOWSKI | REVIEW ORDER RE: MARYLAND CASUALTY MANDATE | 0.10 | $79.50 |
| 9/19/2013 | 017 | MR LASTOWSKI | REVIEW LENDERS' NOTICE OF SUPPLEMENTAL AUTHORITY AND DEBTORS' RESPONSE IN CONNECTION WITH 3RD CIRCUIT APPAL | 1.40 | $1,113.00 |
| 9/25/2013 | 017 | MR LASTOWSKI | REVIEW DISTRICT COURT ORDERS TERMINATING CASE | 0.20 | $159.00 |
| 9/26/2013 | 017 | MR LASTOWSKI | REVIEW THIRD CIRCUIT RETURN OF MANDATE FOR ANDERSON MEMORIAL (.1); REVIEW ANDERSON MEMORIAL MANDATE IN DISTRICT COURT (.1); REVIEW THIRD CIRCUIT RETURN OF MANDATE FOR HER MAJESTY THE QUEEN (.1); REVIEW MANDATE FOR HER MAJESTY THE QUEEN IN DISTRICT COURT (.1) | 0.40 | $318.00 |
| 9/27/2013 | 017 | MR LASTOWSKI | REVIEW DISTRICT COURT DOCKET | 0.30 | $238.50 |
| | | | Code Total | 4.90 | $3,895.50 |
| | | | TOTAL SERVICES | 15.80 | $6,441.00 |

Duane Morris
October 15, 2013
Page 7

File # K0248-00001  INVOICE# 1903682
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---:|
| 08/31/2013 | POSTAGE | 102.48 |
| | Total: | $102.48 |
| 09/30/2013 | COURT COSTS | 30.00 |
| | Total: | $30.00 |
| 09/11/2013 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #796664273493) | 9.64 |
| 09/11/2013 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITHASSOCIATES - ROCKWALL, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #796664287743) | 11.78 |
| | Total: | $21.42 |
| 09/30/2013 | PACER FEDERAL DOCKET COSTS | 66.30 |
| | Total: | $66.30 |
| 09/30/2013 | COLOR PRINTING & DUPLICATING - INTERNAL | 0.49 |
| | Total: | $0.49 |
| 09/30/2013 | DOCUMENT E-FILING | 223.48 |
| | Total: | $223.48 |
| 08/31/2013 | PRINTING & DUPLICATING | 96.10 |
| 09/30/2013 | PRINTING & DUPLICATING | 120.20 |
| | Total: | $216.30 |
| | TOTAL DISBURSEMENTS | $660.47 |

D<small>UANE</small> M<small>ORRIS</small><sub>LLP</sub>

Duane Morris
October 15, 2013
Page 8

File # K0248-00001 INVOICE# 1903682
    W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 5.60 | 795.00 | $4,452.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 10.20 | 195.00 | $1,989.00 |
| | | | 15.80 | | $6,441.00 |