**EXHIBIT A**

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

**INVOICES FOR THE TIME PERIOD**

**OCTOBER 1-31, 2013**



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Roger Frankel, Successor Future Claimants'
Representative for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC  20005

November 14, 2013
Client No. 17367
Invoice No. 1446354

Orrick Contact: Roger Frankel

| | | |
|---|---:|---:|
| FOR SERVICES RENDERED through October 31, 2013 in connection with the matters described on the attached pages: | $ | 97,180.00 |
| DISBURSEMENTS as per attached pages: | | 703.06 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | __97,883.06__ |

Matter(s):  17367/10, 11, 13, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$124,134.00
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|:---:|:---:|:---:|
| *Orrick, Herrington & Sutcliffe LLP*<br>*Lockbox #774619*<br>*4619 Solutions Center*<br>*Chicago, IL  60677-4006*<br>*Reference: 17367/ Invoice: 1446354* | ***ACH & Wire Transfers:***<br>***ABA Number 121000248***<br>***SWIFT CODE:  WFBIUS6S***<br>***Account Number: 4123701088***<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA  94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 17367/ Invoice: 1446354*<br>*E.I.N. 94-2952627* | *Orrick, Herrington & Sutcliffe LLP*<br>*c/o Wells Fargo*<br>*Attn:  Lockbox #774619*<br>*350 East Devon Avenue*<br>*Itasca, IL  60143*<br>*(213) 614-3248*<br>*Reference: 17367/ Invoice: 1446354* |



Roger Frankel, Successor Future Claimants'  
Representative for W.R. Grace  
c/o Orrick, Herrington & Sutcliffe LLP  
1152 15th Street, NW  
Washington, DC 20005  

November 14, 2013  
Client No. 17367  
Invoice No. 1446354  

Orrick Contact: Roger Frankel

For Legal Services Rendered Through October 31, 2013 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/09/13 | P. Mahaley | Respond to inquiries from ACC and Grace regarding insurer settlement payment into escrow. | 0.50 |
| 10/11/13 | P. Mahaley | Draft summary of required action by Trust with respect to insurance settlement agreements. | 2.80 |
| 10/17/13 | P. Mahaley | Draft summary of Trust action requirements and related obligations re lump sum and reimbursement settlement agreements. | 3.30 |
| 10/18/13 | P. Mahaley | Review insurance settlement agreements regarding Trust reporting issues and finalize summary of Trust required actions and obligations under insurance settlement agreements. | 1.70 |
| 10/18/13 | R. Wyron | Telephone conference with P. Mahaley regarding insurance agreements (.3); review insurance agreement clauses (.8). | 1.10 |
| 10/30/13 | D. Felder | E-mail correspondence with P. Mahaley regarding escrow agreement (.1); review and revise same (1.0). | 1.10 |
| 10/30/13 | P. Mahaley | Review and revise draft Royal escrow agreement (.7); analyze cash flow from insurance settlement agreements for Trust (.4). | 1.10 |
| 10/30/13 | R. Wyron | Review Royal escrow and comments regarding same. | 0.80 |
| 10/31/13 | P. Mahaley | Analyze comments on draft escrow agreement for insurer settlement (.6); continue cash flow analysis regarding insurance settlement payments (1.7). | 2.30 |
| 10/31/13 | R. Wyron | Review and revise Royal escrow agreement (1.0). | 1.00 |

Total Hours 15.70  
Total For Services $11,033.00


ORRICK

Roger Frankel, Successor Future Claimants' - 17367  
page 2

November 14, 2013  
Invoice No. 1446354

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.10 | 650.00 | 715.00 |
| Peri N. Mahaley | 11.70 | 665.00 | 7,780.50 |
| Richard H. Wyron | 2.90 | 875.00 | 2,537.50 |
| **Total All Timekeepers** | 15.70 | $702.74 | $11,033.00 |

**Total For This Matter**　　　　　　$11,033.00


ORRICK

Roger Frankel, Successor Future Claimants' - 17367  
page 3

November 14, 2013  
Invoice No. 1446354

For Legal Services Rendered Through October 31, 2013 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 10/02/13 | D. Felder | Review bid letter regarding Project Lantern. | 0.20 |
| 10/02/13 | R. Wyron | Attend FCR meeting with counsel regarding payment percentage and audit issues and follow-up. | 0.80 |
| 10/02/13 | R. Wyron | Meet with expert regarding trust issues. | 0.30 |
| 10/03/13 | D. Felder | Review issues regarding Bank Lenders and plan (3.8); conference with R. Frankel regarding same (.2). | 4.00 |
| 10/07/13 | R. Wyron | Review Lantern materials (.7); conference with R. Frankel regarding experts and follow-up (.4); calls regarding expert analysis and new approach (.7). | 1.80 |
| 10/08/13 | D. Felder | Conferences with R. Wyron regarding Project Lantern (.3); review issues regarding same (1.0); conference with R. Wyron regarding effective date issues and e-mails regarding same (.2). | 1.50 |
| 10/08/13 | R. Wyron | Review Lantern materials and follow-up (.6); conferences with D. Felder (.5); participate in status call and follow-up (.6); begin work on emergence issues (.4); conference with expert regarding next steps and follow-up (.8). | 2.90 |
| 10/09/13 | D. Felder | Telephone conferences with R. Wyron and P. Mahaley regarding status of appeals (.2); follow-up research regarding same (.3); telephone conference with P. Mahaley regarding effective date issues and follow-up regarding same (.2); review e-mail correspondence from R. Wyron and M. Shelnitz regarding Project Lantern (.2); review revised documents regarding same (1.0). | 1.90 |
| 10/09/13 | R. Wyron | Follow-up on Lantern issues and status, and e-mails regarding same (.4); conference with P. Mahaley regarding Royal appeal and status, and review documents regarding same (.8). | 1.20 |
| 10/10/13 | R. Wyron | Call with J. Donley regarding lender issues and follow-up (.4); review issues regarding dispute and claims (.7). | 1.10 |
| 10/11/13 | D. Felder | Telephone conference with experts regarding effective date issues (.7); follow-up telephone conference with R. Frankel and R. Wyron regarding same (.3); telephone conference with expert regarding effective date issues (1.2). | 2.20 |

Case 01-01139-AMC    Doc 31399-3    Filed 11/26/13    Page 6 of 16



ORRICK

Roger Frankel, Successor Future Claimants' - 17367          November 14, 2013
page 4                                                       Invoice No. 1446354

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/11/13 | R. Wyron | Call with experts and follow-up (1.3); call to Grace counsel (.1); review status regarding open issue (.3); call with additional experts regarding payment percentage issues and follow-up (.6). | 2.30 |
| 10/14/13 | M. Merchant | Research and review issues regarding asbestos trusts. | 2.00 |
| 10/14/13 | D. Felder | Conference with R. Wyron regarding effective date issues (.2); follow-up review regarding same (1.5). | 1.70 |
| 10/14/13 | R. Wyron | Work on effective date planning (.4); review claims and follow-up with experts (.5). | 0.90 |
| 10/15/13 | M. Merchant | Research and review issues regarding asbestos trusts. | 0.50 |
| 10/15/13 | D. Felder | E-mail correspondence with R. Frankel regarding deal document (.2); conference with R. Wyron regarding effective date issues (.4); begin follow-up regarding same (1.5); review issues regarding claimant settlements (.6). | 2.70 |
| 10/15/13 | R. Wyron | Review Plan documents and notes regarding issues (2.1); review insurance proceeds and trust contributions regarding cash flow, and e-mails regarding same (.4); conference with R. Frankel regarding plan for effective date, communications with proposed trustees and summary of issues for closing (.8); conference with D. Felder and e-mails regarding planning for effective date (.6); follow-up regarding experts (.2). | 4.10 |
| 10/16/13 | D. Felder | Review notes from R. Frankel regarding meeting with trustees (.3); note issues regarding same (.5); review Edwards settlement and related issues (.5); e-mail correspondence with R. Wyron and P. Mahaley regarding same (.2). | 1.50 |
| 10/16/13 | R. Wyron | Review plan documents for effective date issues (1.6); notes regarding open issues (.7); review and revise cash flow outline (.4). | 2.70 |
| 10/17/13 | D. Felder | Review issues regarding effective date. | 2.00 |
| 10/17/13 | R. Wyron | Review e-mails regarding potential Trust Agreement changes and follow-up (.4); review plan documents regarding effective date planning (1.3). | 1.70 |
| 10/18/13 | R. Wyron | Review Medicare issue and background materials (.9); telephone conference with P. Lockwood regarding issues (.8). | 1.70 |
| 10/21/13 | D. Felder | Review issues regarding effective date (1.5); conference with M. Wallace regarding same (.1); telephone conference with R. Wyron regarding same (.2); review e-mail correspondence from R. Wyron regarding same (.5). | 2.30 |



**ORRICK**

Roger Frankel, Successor Future Claimants' - 17367  
page 5

November 14, 2013  
Invoice No. 1446354

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/21/13 | M. Wallace | Discuss status of Grace plan and effective date issues with R. Wyron. | 0.40 |
| 10/21/13 | M. Wallace | Review Grace closing checklists and note issues. | 1.20 |
| 10/21/13 | M. Wallace | Review pleadings and warrant repurchase agreement for issues to identify to Trust. | 2.10 |
| 10/21/13 | M. Wallace | Discuss Trust and TDP changes and related documentation with D. Felder. | 0.10 |
| 10/21/13 | M. Wallace | Review correspondence regarding Medicare Reporting Act changes to trust agreement. | 0.10 |
| 10/21/13 | R. Wyron | Conference with M. Wallace regarding closing issues and follow-up (.9); review Medicare issues (.8); telephone conference with D. Felder regarding closing issues (.3); telephone conference with Grace and ACC counsel regarding Medicare issues and follow-up (.9); work on closing issues (1.4). | 4.30 |
| 10/22/13 | D. Felder | E-mail correspondence with R. Frankel and R. Wyron regarding expert report and follow-up regarding same (.4); conference with M. Wallace regarding effective date issues (.2); follow-up regarding same (.3); e-mail correspondence and conference with R. Wyron regarding same (.2). | 1.10 |
| 10/22/13 | M. Wallace | Discuss plan document review with D. Felder. | 0.10 |
| 10/22/13 | R. Wyron | Review Medicare issues and e-mails regarding same (1.4); review Trust Agreement and TDP regarding updates and changes (1.8); work on closing issues (.3). | 3.50 |
| 10/23/13 | D. Felder | Review e-mail correspondence from R. Wyron and A. McMillian regarding TDP and Trust Agreement issues. | 0.60 |
| 10/23/13 | R. Wyron | Review allocation model regarding insurance proceeds analysis and draft memo regarding same (1.2); review Medicare reporting issues (.6). | 1.80 |
| 10/24/13 | R. Wyron | Review closing summary outline (.4); review and revise draft issues list for closing (.7). | 1.10 |
| 10/25/13 | M. Wallace | Review PI deferred payment agreement. | 1.10 |
| 10/25/13 | R. Wyron | Telephone conference with P. Lockwood regarding effective date issues and Medicare questions (1.1); follow-up e-mails regarding effective date issues (.3); review Medicare materials (.8). | 2.20 |
| 10/28/13 | M. Wallace | Begin drafting summary of assets, considering issues in each. | 4.00 |
| 10/28/13 | M. Wallace | Discuss registration rights regarding warrants with R. Wyron. | 0.10 |


**ORRICK**

| | | |
|---|---|---|
| Roger Frankel, Successor Future Claimants' - 17367 | | November 14, 2013 |
| page 6 | | Invoice No. 1446354 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/28/13 | R. Wyron | Confer with R. Frankel regarding status of Medicare issues, plan issues and documents and follow-up. | 0.30 |
| 10/29/13 | D. Fullem | Review, research and respond to e-mail from D. Felder regarding Debtors' Objection to Claim. | 0.20 |
| 10/29/13 | D. Felder | Review objection to claim (.2); e-mail to D. Fullem regarding same (.1). | 0.30 |
| 10/29/13 | M. Wallace | Finish review of assets and summary of information for trustees regarding same. | 3.20 |
| 10/29/13 | M. Wallace | Correspond with R. Wyron regarding summary of insurance assets. | 0.10 |
| 10/29/13 | R. Wyron | Telephone conference with P. Lockwood regarding effective date issues (.4); review issues with R. Frankel and follow-up (.3); review recent cases (.3); work on proceeds analysis (.6). | 1.60 |
| 10/30/13 | R. Wyron | Review e-mails and respond regarding effective date planning. | 0.40 |
| 10/31/13 | R. Wyron | Review orders regarding trustees (.4); prepare notes for 11/1 call (.2). | 0.60 |

|  |  |  |
|---|---|---|
| Total Hours | 74.50 | |
| Total For Services | | $56,641.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 22.00 | 650.00 | 14,300.00 |
| Debra O. Fullem | 0.20 | 270.00 | 54.00 |
| Melanie M. Merchant | 2.50 | 160.00 | 400.00 |
| Mary A. Wallace | 12.50 | 740.00 | 9,250.00 |
| Richard H. Wyron | 37.30 | 875.00 | 32,637.50 |
| Total All Timekeepers | 74.50 | $760.29 | $56,641.50 |



Roger Frankel, Successor Future Claimants' - 17367  
page 7

November 14, 2013  
Invoice No. 1446354

Disbursements
| | |
|---|---|
| Document Reproduction | 115.50 |
| Parking Expense | 7.20 |
| Travel Expense, Air Fare | 174.96 |
| Travel Expense, Out of Town | 15.32 |
| Westlaw Research | 87.64 |
| Total Disbursements | $400.62 |

**Total For This Matter**           $57,042.12


ORRICK

Roger Frankel, Successor Future Claimants' - 17367  
page 8

November 14, 2013  
Invoice No. 1446354

For Legal Services Rendered Through October 31, 2013 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/14/13 | D. Fullem | Review e-mail from D. Felder regarding draft of Towers Watson employment application. | 0.30 |
| 10/14/13 | D. Felder | Conference with R. Wyron regarding retention issues and follow-up regarding same (.5); e-mail correspondence with D. Fullem regarding same (.2); review issues regarding prior retention and note issues regarding same (1.0). | 1.70 |
| 10/14/13 | R. Wyron | Review Towers Watson application. | 0.40 |
| 10/15/13 | D. Fullem | Review, research and respond to D. Felder request for updating of parties list for J. Kimble affidavit/Towers Watson employment application. | 1.00 |
| 10/15/13 | D. Fullem | Prepare first draft of Towers Watson employment pleadings (application, notice, affidavit, order, cos) as actuarial consultant to R. Frankel as FCR. | 2.00 |
| 10/15/13 | D. Felder | E-mail correspondence with D. Fullem and J. Kimble regarding application to retain Towers Watson (.3); follow-up conference with D. Fullem regarding same (.2); review and note issues regarding same (.6). | 1.10 |
| 10/16/13 | D. Felder | Review initial draft from D. Fullem regarding application to employ Towers Watson (1.0); revise same (1.8); review issues regarding same (.5). | 3.30 |
| 10/17/13 | D. Felder | Review draft engagement letter from Towers Watson (.6); review and revise application to employ regarding same (1.5). | 2.10 |
| 10/21/13 | D. Felder | Review engagement letter from Towers Watson (.5); telephone conference with R. Wyron and R. Frankel regarding same (.5); follow-up issues regarding same (.4). | 1.40 |
| 10/21/13 | R. Wyron | Review Towers Watson agreement (.4); telephone conference with R. Frankel and D. Felder regarding same (.6). | 1.00 |
| 10/22/13 | D. Fullem | Research issues for D. Felder re Towers Watson employment application. | 0.50 |
| 10/22/13 | D. Felder | Review and revise Towers Watson engagement letter (2.1); telephone conference with J. Kimble regarding same (.5); follow-up regarding same (1.0); e-mail correspondence to R. Frankel and R. Wyron regarding same (.2); continue revisions to application to employ Towers Watson (1.5). | 5.30 |



**ORRICK**

Roger Frankel, Successor Future Claimants' - 17367  
page 9

November 14, 2013  
Invoice No. 1446354

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/23/13 | D. Felder | Review and revise Towers Watson engagement letter (.7); telephone conference and e-mail correspondence with R. Frankel and R. Wyron regarding same (.3); follow-up regarding same (.5); review and revise application to employ Towers Watson, declaration and proposed order regarding same (.5). | 2.00 |
| 10/24/13 | D. Fullem | Review/respond to e-mail from D. Felder regarding payments status on Towers Watson fee applications; e-mail to K. Boeger at Towers Watson regarding same. | 0.40 |
| 10/24/13 | D. Felder | Telephone conference with J. Kimble regarding engagement issues (.2); follow-up e-mail correspondence with R. Frankel, R. Wyron and D. Fullem regarding same (.1); review and revise application, declaration and proposed order regarding same (1.7). | 2.00 |
| 10/25/13 | D. Felder | Review and revise application to employ Towers Watson, declaration in support and proposed order (.7); conference with R. Wyron regarding same and follow-up (.2); review issues regarding confidentiality (.6). | 1.50 |
| 10/29/13 | D. Felder | Review revisions to Towers Watson engagement letter (.3); e-mail correspondence with J. Kimble, R. Frankel and R. Wyron regarding same (.2). | 0.50 |

            Total Hours    26.50  
            Total For Services    $15,944.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 20.90 | 650.00 | 13,585.00 |
| Debra O. Fullem | 4.20 | 270.00 | 1,134.00 |
| Richard H. Wyron | 1.40 | 875.00 | 1,225.00 |
| Total All Timekeepers | 26.50 | $601.66 | $15,944.00 |

            **Total For This Matter**    **$15,944.00**


ORRICK

| | | | |
|---|---|---|---|
| Roger Frankel, Successor Future Claimants' - 17367 | | | November 14, 2013 |
| page 10 | | | Invoice No. 1446354 |

For Legal Services Rendered Through October 31, 2013 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Person | Description | Hours |
|---|---|---|---|
| 10/03/13 | D. Fullem | Review calendar regarding deadlines to file CNOs. | 0.10 |
| 10/03/13 | D. Felder | Review FCR's September prebill. | 0.70 |
| 10/04/13 | D. Fullem | Finalize draft of D. Austern final fee application; send to R. Wyron for review/comment. | 1.20 |
| 10/04/13 | D. Fullem | Review recently filed fee application and check status of same for FCR professionals. | 0.30 |
| 10/07/13 | D. Fullem | Review status of fee applications filed by FCR professionals. | 0.20 |
| 10/08/13 | R. Wyron | Review draft final fee application for D. Austern and notes regarding same. | 0.90 |
| 10/09/13 | D. Fullem | Review draft of and comments to final fee application with R. Wyron. | 0.50 |
| 10/09/13 | R. Wyron | Review draft final fee application for D. Austern and notes regarding same (.4); conference with D. Fullem (.2). | 0.60 |
| 10/11/13 | D. Felder | Review issues regarding final fee application for D. Austern. | 1.00 |
| 10/15/13 | D. Fullem | Review status of Lincoln's monthly and quarterly fee application filings (.8); follow-up on Lincoln's April monthly fee application and quarterly filings (.4); review draft of April monthly. revise and finalize/serve same (.6); review/respond to e-mails from A. Karmali and J. Solganick regarding quarterly filings (.2). | 2.00 |
| 10/15/13 | D. Felder | Review Lincoln's April fee application (.6); conference with D. Fullem regarding same (.2); review revised application (.2). | 1.00 |
| 10/15/13 | D. Felder | Review issues regarding final fee application for D. Austern (1.1); conference with D. Fullem regarding same (.1); e-mail correspondence with D. Fullem regarding same (.1). | 1.30 |
| 10/16/13 | D. Fullem | Prepare CNOs and COSs for Lincoln's May 1-15, May 16-31, June 1-30, and July 1-31 fee applications. | 0.80 |
| 10/16/13 | D. Fullem | Prepare CNO for Frankel/FCR August fee application. | 0.20 |
| 10/16/13 | D. Felder | E-mail correspondence from D. Fullem regarding fee application status and CNOs. | 0.50 |
| 10/17/13 | D. Felder | Review CNO for Lincoln's and FCR's fee applications. | 0.50 |
| 10/18/13 | D. Fullem | Coordinate filing/serving of Lincoln's CNOs for May-July fee applications and Frankel/FCR's CNO for August fee application. | 0.40 |
| 10/21/13 | D. Fullem | Continue drafting D. Austern's final fee application. | 1.80 |
| 10/22/13 | D. Fullem | Review Frankel/FCR's September invoice. | 0.50 |


ORRICK

Roger Frankel, Successor Future Claimants' - 17367  
page 11

November 14, 2013  
Invoice No. 1446354

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/23/13 | D. Fullem | Prepare Frankel/FCR September monthly fee application (.9); send to D. Felder and R. Wyron for review/comment (.1). | 1.00 |
| 10/23/13 | D. Felder | Review and revise FCR's September fee application and e-mail correspondence with D. Fullem regarding same. | 0.30 |
| 10/24/13 | D. Fullem | Review drafts of Lincoln's quarterly fee applications for the period April 1-May 15 (Austern) and May 16-June 30 (Frankel). | 1.50 |
| 10/24/13 | D. Fullem | Finalize Frankel/FCR September monthly fee application. | 0.50 |
| 10/24/13 | D. Felder | Review Lincoln's quarterly fee applications. | 0.80 |
| 10/25/13 | D. Fullem | Prepare final versions of Lincoln quarterly fee applications for April 1-May 15 (Austern) and May 16-June 30 (Frankel) (.7); coordinate electronic filing and serving of same (.3). | 1.00 |
| 10/25/13 | D. Fullem | Coordinate service of Frankel/FCR's September fee application. | 0.20 |
| 10/25/13 | D. Fullem | Confer with D. Felder regarding status/timing of FCR professionals' fee application. | 0.30 |
| 10/25/13 | D. Fullem | Review/update chart of fee application filings. | 0.30 |
| 10/25/13 | D. Felder | Review revisions to Lincoln's quarterlies (.7); review e-mail correspondence from Towers Watson regarding outstanding amounts due and follow-up with D. Fullem regarding same (.3). | 1.00 |
| 10/28/13 | D. Fullem | Continue draft of D. Austern final fee application. | 1.00 |
| 10/29/13 | D. Fullem | Update tracking chart regarding Lincoln recently filed quarterly fee applications and R. Frankel's monthly fee application and related objections deadlines. | 0.10 |
| 10/30/13 | D. Fullem | Review and revise draft of D. Austern's final fee application. | 1.20 |
| 10/30/13 | D. Felder | E-mail correspondence from D. Fullem regarding final fee application for D. Austern (.1); follow-up regarding same (.1). | 0.20 |
| 10/31/13 | D. Fullem | Review US Trustee guidelines and Administrative Compensation Order. | 0.50 |
| 10/31/13 | D. Felder | E-mail correspondence with D. Fullem regarding D. Austern's final fee application. | 0.20 |

Total Hours    24.60  
Total For Services    $10,399.50


ORRICK

Roger Frankel, Successor Future Claimants' - 17367  
page 12

November 14, 2013  
Invoice No. 1446354

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 7.50 | 650.00 | 4,875.00 |
| Debra O. Fullem | 15.60 | 270.00 | 4,212.00 |
| Richard H. Wyron | 1.50 | 875.00 | 1,312.50 |
| Total All Timekeepers | 24.60 | $422.74 | $10,399.50 |

Disbursements  
    Document Reproduction    17.60  
    Postage    284.84  
    Total Disbursements    $302.44

**Total For This Matter**    **$10,701.94**


ORRICK

Roger Frankel, Successor Future Claimants' - 17367  
page 13

November 14, 2013  
Invoice No. 1446354

For Legal Services Rendered Through October 31, 2013 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/02/13 | D. Fullem | Prepare update to fee/expense charts and payment status. | 0.50 |
| 10/02/13 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding expenses during July-September 2013. | 0.30 |
| 10/02/13 | D. Fullem | Review as-filed fee application. | 0.20 |
| 10/02/13 | D. Fullem | Review and respond to e-mail from fee auditor with fee/expense detail in April -June 2013 quarterly fee application. | 0.20 |
| 10/03/13 | D. Fullem | Review September prebill. | 1.00 |
| 10/03/13 | D. Fullem | Review deadlines regarding filing CNOs for fee applications. | 0.10 |
| 10/03/13 | D. Fullem | Review April-June 2013 expenses. | 0.20 |
| 10/03/13 | D. Felder | Review Orrick's September prebill. | 0.80 |
| 10/07/13 | D. Fullem | Review status of fee applications filed and payments received. | 0.20 |
| 10/07/13 | D. Fullem | Review expense detail for April-June quarterly time period (.6); e-mail same to fee auditor (.2). | 0.80 |
| 10/09/13 | D. Fullem | Review recent payment information. | 0.20 |
| 10/16/13 | D. Fullem | Prepare CNO for Orrick August fee application. | 0.20 |
| 10/17/13 | D. Felder | Review CNO for August fee application. | 0.10 |
| 10/18/13 | D. Fullem | Coordinate filing/serving of Orrick's CNO for August fee application. | 0.20 |
| 10/21/13 | D. Fullem | Review latest payment from Debtors and update fee/expense charts regarding same. | 0.50 |
| 10/22/13 | D. Fullem | Review expenses in Orrick's September invoice. | 0.50 |
| 10/23/13 | D. Fullem | Review fee/expense charts and update same. | 0.50 |
| 10/23/13 | D. Fullem | Prepare Orrick September monthly fee application. | 1.00 |
| 10/23/13 | D. Felder | Conference with P. Reyes regarding September invoice and follow-up regarding same. | 0.30 |
| 10/23/13 | D. Felder | Review and revise Orrick's September fee application and e-mail correspondence to D. Fullem regarding same. | 0.30 |
| 10/24/13 | D. Fullem | Finalize Orrick September fee application. | 0.50 |
| 10/25/13 | D. Fullem | Coordinate service of Orrick's September fee application. | 0.20 |
| 10/25/13 | D. Fullem | Review/update chart of fee application filings. | 0.20 |
| 10/29/13 | D. Fullem | Update chart regarding Orrick recently filed fee applications and objections deadlines. | 0.10 |
| 10/29/13 | D. Fullem | Review latest fee application filings. | 0.50 |


ORRICK

Roger Frankel, Successor Future Claimants' - 17367  
page 14

November 14, 2013  
Invoice No. 1446354

|  | Total Hours | 9.60 |  |
|---|---|---|---|
|  | Total For Services |  | $3,162.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.50 | 650.00 | 975.00 |
| Debra O. Fullem | 8.10 | 270.00 | 2,187.00 |
| Total All Timekeepers | 9.60 | $329.38 | $3,162.00 |

**Total For This Matter**                              **$3,162.00**

\* \* \* **COMBINED TOTALS** \* \* \*

| Total Hours | 150.90 |  |
|---|---|---|
| Total Fees, all Matters |  | $97,180.00 |
| Total Disbursements, all Matters |  | $703.06 |
| Total Amount Due |  | $97,883.06 |