**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                    )
**In re:**                                          )    **Chapter 11**
                                                    )
**W.R. GRACE & CO., et al.,**                       )    **Case No. 01-1139 (KJC)**
                                                    )
              **Debtors.**                          )
_____)

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

      Roger Frankel, after being duly sworn according to law, deposes and says:

      1.     I am the Asbestos Personal Injury Future Claimants' Representative appointed by the Court in these cases, effective as of May 16, 2013.

      2.     I personally performed the work as set forth in the attached Exhibit A.

      3.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

                                                              */S/ ROGER FRANKEL*
                                                              ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 21ST DAY OF NOVEMBER, 2013

*/S/ MARILYN TOLEDO*
Notary Public

My commission expires: 3/30/2014