**EXHIBIT A**

**ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE INVOICES FOR THE TIME PERIOD OCTOBER 1-31, 2013**



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Roger Frankel, Future Claimants' Representative
for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

November 14, 2013
Client No. 29500
Invoice No. 1446084

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through October 31, 2013 in connection with the matters described on the attached pages: | $ | 47,859.50 |
| DISBURSEMENTS as per attached pages: | | 475.10 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **48,334.60** |

Matter(s): 29500/3, 4, 6, 7, 8

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$82,395.00
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006<br>Reference: 29500/ Invoice: 1446084 | ***ACH & Wire Transfers:***<br>***ABA Number 121000248***<br>***SWIFT CODE: WFBIUS6S***<br>***Account Number: 4123701088***<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 29500/ Invoice: 1446084*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn: Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL 60143<br>(213) 614-3248<br>Reference: 29500/ Invoice: 1446084 |


ORRICK

Roger Frankel, Future Claimants' Representative  
for W.R. Grace  
c/o Orrick, Herrington & Sutcliffe LLP  
1152 15th Street, NW  
Washington, DC 20005

November 14, 2013  
Client No. 29500  
Invoice No. 1446084

Orrick Contact: Roger Frankel

For Legal Services Rendered Through October 31, 2013 in Connection With:

**Matter: 3 - Compensation of FCR**

| | | | | |
|---|---|---|---|---|
| 10/24/13  R. Frankel | Review September invoice, application. | | | 0.50 |
| | Total Hours | 0.50 | | |
| | Total For Services | | | $497.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Roger Frankel | 0.50 | 995.00 | 497.50 | |
| Total All Timekeepers | 0.50 | $995.00 | $497.50 | |

**Total For This Matter**    $497.50


ORRICK

Roger Frankel, Future Claimants' Representative - 29500  
page 2

November 14, 2013  
Invoice No. 1446084

For Legal Services Rendered Through October 31, 2013 in Connection With:

**Matter: 4 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/01/13 | R. Frankel | Review Project Lantern CIM (1.4); review Schedule 6 (.5). | 1.90 |
| 10/01/13 | R. Frankel | Review binding offer regarding Project Lantern. | 0.40 |
| 10/02/13 | R. Frankel | Attend meeting of FCRs in NY (1.7); confer with expert regarding trust issues and follow-up regarding same (.4). | 2.10 |
| 10/03/13 | R. Frankel | Series of e-mails with D. Felder, R. Wyron regarding default interest - plan issues (.3); review P. Lockwood memo (.7); confer with D. Felder regarding same (.3). | 1.30 |
| 10/04/13 | R. Frankel | Review Effective Date issues. | 1.20 |
| 10/07/13 | R. Frankel | Review Towers Watson payment percentage reports (1.1); preparation of notes regarding same (.3); telephone conference with R. Wyron regarding payment percentage issue (.3). | 1.70 |
| 10/07/13 | R. Frankel | Telephone conference with E. Inselbuch regarding payment percentage issues (.4); telephone conference with R. Wyron regarding engagement of claims forecaster (.3); notes regarding same (.2). | 0.90 |
| 10/07/13 | R. Frankel | Review Mandate issued by Third Circuit regarding Canada and Montana (.3); begin review of opinion (.6). | 0.90 |
| 10/08/13 | R. Frankel | Telephone conference with J. Donley, A. Paul, M. Shelnitz, R. Wyron regarding status of case, Project Lantern (.7); review Project Lantern materials (.7). | 1.40 |
| 10/08/13 | R. Frankel | Review Project Lantern excerpts from Agreement regarding asbestos liabilities (.6); review Court Order (.3). | 0.90 |
| 10/09/13 | R. Frankel | Review series of e-mails regarding status of Project Lantern from R. Wyron, M. Shelnitz and D. Felder. | 0.50 |
| 10/10/13 | R. Frankel | Review Project Lantern issues regarding indemnity, e-mails regarding same. | 0.50 |
| 10/10/13 | R. Frankel | Prepare notes, agenda in preparation for meeting with Trustees. | 0.80 |
| 10/11/13 | R. Frankel | Review issues regarding Sealed Air and effective date. | 0.90 |
| 10/11/13 | R. Frankel | Series of e-mails with R. Wyron, J. Radecki, M. Shelnitz regarding Project Lantern. | 0.80 |
| 10/14/13 | R. Frankel | Prepare issues list, detailed agenda for meeting with Trustees in DC. | 1.60 |
| 10/14/13 | R. Frankel | Confer with R. Wyron regarding issues list, meeting with Trustees. | 0.80 |


ORRICK

Roger Frankel, Future Claimants' Representative - 29500  
page 3  

November 14, 2013  
Invoice No. 1446084

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/14/13 | R. Frankel | Confer with Trustees regarding plan status, effective date issues. | 1.50 |
| 10/14/13 | R. Frankel | Confer with D. Trafalet, J. Mekus, J. Melville regarding post-effective date issues. | 1.00 |
| 10/15/13 | R. Frankel | Confer with R. Wyron regarding meeting with Trustees, effective date issues (.9); notes regarding same (.3). | 1.20 |
| 10/15/13 | R. Frankel | Review TDP, Deferred Payment Agreement regarding effective date issues and review closing checklists. | 1.30 |
| 10/15/13 | R. Frankel | Review cashless warrant agreement, pleadings regarding same. | 0.80 |
| 10/17/13 | R. Frankel | Review, consider various effective date issues (.6); review notes regarding same (.6). | 1.20 |
| 10/17/13 | R. Frankel | Confer with H. Huge regarding effective date issues. | 0.80 |
| 10/21/13 | R. Frankel | Review L. Esayian e-mail and provisions from GIT, Quigley & PPG Trust Agreements. | 1.70 |
| 10/21/13 | R. Frankel | Telephone conference with A. Paul, L. Esayian, P. Lockwood, R. Wyron regarding Medicare reporting requirements (1.1); notes regarding same (.1). | 1.20 |
| 10/21/13 | R. Frankel | Telephone conference with R. Wyron regarding Medicare reporting issues (.5); review materials from GIT, PPG (.8). | 1.30 |
| 10/22/13 | R. Frankel | Review L. Esayian e-mail memo of 10/21 and attachments regarding Medicare reporting requirements (1.5); series of e-mails with P. Lockwood, L. Esayian, R. Wyron regarding same (.4). | 1.90 |
| 10/22/13 | R. Frankel | Review, consider J. Donley e-mail regarding certiorari petitions. | 0.30 |
| 10/22/13 | R. Frankel | Review, consider A. McMillan memo regarding treatment of Medicare issues. | 0.40 |
| 10/23/13 | R. Frankel | Confer with R. Wyron regarding Medicare issues. | 0.70 |
| 10/23/13 | R. Frankel | Confer with R. Wyron regarding J. Radecki testimony (.3); telephone conference with J. Radecki regarding same (.3). | 0.60 |
| 10/24/13 | R. Frankel | Review Trust Agreement provisions regarding Medicare obligations (.8); consider Medicare issues (.4). | 1.20 |
| 10/24/13 | R. Frankel | Review effective date, closing issues. | 0.60 |
| 10/25/13 | R. Frankel | Review quarterly financial release and power point presentation for period ending September 30, 2013. | 1.40 |
| 10/28/13 | R. Frankel | Confer with R. Wyron regarding status with SEE, Trust, effective date issues. | 0.40 |
| 10/29/13 | R. Frankel | Confer with R. Wyron regarding effective date issues, Trust start-up process (.6); prepare notes regarding same (.3). | 0.90 |



Roger Frankel, Future Claimants' Representative - 29500      November 14, 2013
page 4      Invoice No. 1446084

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/29/13 | R. Frankel | Review memo from Lincoln regarding Grace September 30 financial report. | 0.60 |
| 10/30/13 | R. Frankel | Review and consider 9th Circuit opinion in Plant Insulation. | 1.70 |

             Total Hours      41.30
             Total For Services      $41,093.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 41.30 | 995.00 | 41,093.50 |
| Total All Timekeepers | 41.30 | $995.00 | $41,093.50 |

Disbursements
     Document Reproduction      6.30
     Taxi Expense      50.90
     Travel Expense, Air Fare      417.90
         Total Disbursements      $475.10

**Total For This Matter**      **$41,568.60**


ORRICK

Roger Frankel, Future Claimants' Representative - 29500  
page 5

November 14, 2013  
Invoice No. 1446084

For Legal Services Rendered Through October 31, 2013 in Connection With:

**Matter: 6 - Retention of FCR and FCR Professionals**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/11/13 | R. Frankel | Telephone conference with potential expert, R. Wyron, D. Felder regarding payment percentage issues. | 0.30 |
| 10/11/13 | R. Frankel | Review materials in preparation for call with Towers Watson. | 0.70 |
| 10/11/13 | R. Frankel | Telephone conference with J. Kimble, R. Wyron, D. Felder regarding possible engagement (.6); notes regarding same (.2). | 0.80 |
| 10/11/13 | R. Frankel | Telephone conference with R. Wyron, D. Felder regarding engagement of Towers Watson. | 0.40 |
| 10/14/13 | R. Frankel | Review prior application and engagement letter to employ Towers Perrin. | 0.60 |
| 10/17/13 | R. Frankel | Review draft engagement letter from Towers Watson (.5); notes regarding same (.2). | 0.70 |
| 10/21/13 | R. Frankel | Review D. Felder, R. Wyron comments regarding Towers Watson engagement letter. | 0.50 |
| 10/21/13 | R. Frankel | Telephone conference with D. Felder, R. Wyron regarding Towers Watson engagement. | 0.50 |
| 10/23/13 | R. Frankel | Review marked version of Towers Watson engagement letter (.3); telephone conference with D. Felder regarding same (.2); review transmittal to Towers Watson (.2). | 0.70 |
| 10/30/13 | R. Frankel | Review revised Towers Watson engagement letter, e-mail from D. Felder. | 0.60 |

|  |  |  |
|---|---|---|
| Total Hours | 5.80 |  |
| Total For Services |  | $5,771.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 5.80 | 995.00 | 5,771.00 |
| Total All Timekeepers | 5.80 | $995.00 | $5,771.00 |

**Total For This Matter**     **$5,771.00**

Case 01-01139-AMC    Doc 31400-3    Filed 11/26/13    Page 8 of 9


ORRICK

Roger Frankel, Future Claimants' Representative - 29500  
page 6

November 14, 2013  
Invoice No. 1446084

For Legal Services Rendered Through October 31, 2013 in Connection With:

**Matter: 7 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/02/13 | R. Frankel | Travel to/from NY for FCR meeting. | 1.00 |

|  |  |  |
|---|---|---|
| Total Hours | 1.00 |  |
| Total For Services |  | $497.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 1.00 | 497.50 | 497.50 |
| Total All Timekeepers | 1.00 | $497.50 | $497.50 |

**Total For This Matter**   $497.50



Roger Frankel, Future Claimants' Representative - 29500  
page 7

November 14, 2013  
Invoice No. 1446084

### * * * COMBINED TOTALS * * *

| | | |
|---|---|---|
| Total Hours | 48.60 | |
| Total Fees, all Matters | | $47,859.50 |
| Total Disbursements, all Matters | | $475.10 |
| Total Amount Due | | $48,334.60 |