

**AMERICAN EXPRESS**® **BUSINESS TRAVEL**

Page 1 of 4
Generated: May 7, 2013  9:13 AM

## Travel Arrangements for  WILLIAM CORCORAN

| | | |
|---|---|---|
| **Record Locator** | NKBMLJ | **Agent ID: WS** |
| **Trip ID** | 11424856871 | Phone: See itinerary detail |

### Invoice Details

**Ticket Information**

| | | | | |
|---|---|---|---|---|
| Airline Code | 037 | Ticket Date | 5/7/2013 | |
| Ticket Number | 7226588372 | Invoice | 0496240 | |
| Check Digit | 4 | Electronic | Yes | |
| Billing Code | AFO-EXT-0800040 | | | |

**Charges**

| | |
|---|---:|
| Ticket Base Fare | 1,151.63 |
| Ticket Tax Fare | 117.58 |
| Total (USD) Ticket Amount | 1,269.21 |
| Transaction Fee | 10.00 |
| Airfare charged to American Express | |
| **Total** | **1,279.21** |

---
YOU WILL BE BILLED ON YOUR AMEX CARD EITHER
38.00 TRAVEL SERVICE FEE WITH AIR/RAIL WHEN
YOU CALL AMEX OR 10.00 FOR AIR ON-LINE
RESERVATIONS.
FOR INTERNATIONAL TRAVEL YOU MUST HAVE 6MONTHS
VALIDITY ON YOUR PASSPORT.PLEASE CHECK FOR ALL
IMMUNIZATIONS AND VISA REQUIREMENTS.
PLEASE CHECK THE SOS EMERGENCY ASSISTANCE PROGRAM.
---

### Travel Details                               Monday  May 13, 2013

**Flight Information**

| | | | | |
|---|---|---|---|---|
| Airline | US AIRWAYS | | Estimated time | 1 hour 50 minutes |
| Flight | 3844 | | Distance | 520 Miles |
| | OPERATED BY  US AIRWAYS EXPRESS-AIR WISCONSIN | | | |
| Origin | Savannah, GA | | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | | Plane | Canadair RegionalJet |
| Departing | 11:09 AM | | | |
| Arriving | 12:59 PM | | | |
| Arrival Terminal | TERMINAL C | | | |
| Seat | Unable to confirm | | | |
| Class | Coach | | | |

### Travel Details                               Tuesday  May 14, 2013

**Flight Information**

| | | | | |
|---|---|---|---|---|
| Airline | US AIRWAYS | | Estimated time | 1 hour 25 minutes |
| Flight | 1784 | | Distance | 330 Miles |
| Origin | Washington Reagan, DC | | Meal Service | No Meal Service |
| Destination | Charlotte, NC | | Plane | Airbus A319 |
| Departing | 3:50 PM | | | |
| Arriving | 5:15 PM | | | |

ONLINE | OFFLINE | ALL AROUND THE WORLD | **EXPERIENCE MATTERS**™



| | |
|---|---|
| Departure Terminal | TERMINAL C |
| Seat | 20A |
| Class | Coach |

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | US AIRWAYS | Estimated time | 1 hour  0 minutes |
| Flight | 2783 | Distance | 214 Miles |
| | OPERATED BY  US AIRWAYS EXPRESS-MESA AIRLINES | | |
| Origin | Charlotte, NC | Meal Service | No Meal Service |
| Destination | Savannah, GA | Plane | Canadair RegionalJet |
| Departing | 6:30 PM | | |
| Arriving | 7:30 PM | | |
| | | | |
| Seat | 19C | | |
| Class | Coach | | |

## Travel Details                                    Sunday  November 10, 2013

AMERICAN EXPRESS INTERACTIVE

**Airline Record Locators**

| Airline Reference | Carrier |
|---|---|
| BT8BN4 | US AIRWAYS |

**Additional Messages**

ATTENTION TRAVELERS - PLEASE SEND AN EMAIL TO YOUR
LOCAL IT SUPPORT DESK TO ENSURE YOU HAVE THE CORRECT
INTERNATIONAL ROAMING PACKAGES ON YOUR GRACE MOBILE
PHONE WHILE TRAVELING INTERNATIONALLY TO ELIMINATE
HIGH USAGE COST AND POTENTIAL INTERRUPTION IN SERVICE
***************AXO CLIQBOOK REMARKS *****************
FOR AXO INQUIRIES 24 BY 7 CALL 1-800-644-3911
YOUR ACCESS CODE WILL BE S-WH49
*************************************************
THIS RESERVATION WAS BOOKED BY AMERICAN EXPRESS
INTERACTIVE FOR INQUIRES PLEASE CALL
800-644-3911 - 24 HOURS A DAY 7 DAYS A WEEK
*********************************************
*** PLEASE REMEMBER TO RECONFIRM FLIGHT TIMES ***
ARRIVE AT LEAST 2 HOURS PRIOR TO DEPARTURE WITH 1
FORM OF A PHOTO ID ISSUED BY STATE OR FEDERAL
GOVERNMENT TO BOARD INTERNATIONAL AND DOMESTIC
FLIGHTS.
*********************************************
RESERVATIONS ARE FORFEITED 20 MINUTES PRIOR TO
DEPARTURE. FREQUENT FLYER MEMBERS, PLEASE PROVIDE
THE GATE AGENT WITH YOUR FREQUENT FLYER NUMBER TO
TO OBTAIN YOUR POINTS
**********************************************
FEDERAL AIRPORT SECURITY RULES NOW REQUIRE THAT
BOARDING PASSES BE OBTAINED PRIOR TO PASSING THE
SECURITY CHECKPOINT.
**************************************************
IF YOU STAND BY FOR AN EARLIER FLIGHT, THE AIRLINE
MAY CHARGE YOU A FEE
**************************************************
ATTENTION TRAVELERS - PLEASE SEND AN EMAIL TO YOUR
LOCAL IT SUPPORT DESK TO ENSURE YOU HAVE THE CORRECT
INTERNATIONAL ROAMING PACKAGES ON YOUR GRACE MOBILE
PHONE WHILE TRAVELING INTERNATIONALLY TO ELIMINATE
HIGH USAGE COST AND POTENTIAL INTERRUPTION IN SERVICE
CLIQUSER-JANET.DAVIS¤GRACE.COM
TRIP NAME-TRIP FROM SAVANNAH TO WASHINGTON FOR MR WILLIAM

TRIP NAME-MICHAEL CORCORAN
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE
 AMEX TRAVEL RELATED FEE  10.00

ADVISORY TSA requires all reservations with any US city segment or flying over the US or booked on a US based carrier to
include full name, date of birth, and gender. Failure to provide this information will result in your reservation being cancelled.

**Liability Statement.**  American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbookings, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

For customers purchasing travel from within the state of California:   Our California State Seller of Travel Registration Number is: 1022318-10. Upon cancellation of the transportation or travel services, where you, the customer, are not at fault and have not canceled in violation of the terms and conditions, if any, of the contract for transportation or travel services, all sums paid to American Express for services not received by you will be promptly refunded to you unless you otherwise advise American Express in writing, after cancellation.  American Express is a participant in the California Travel Consumer Restitution Fund (the "Fund"). If you, the passenger, were located in California at the time of your purchase, you may request reimbursement from the Fund if you are owed a refund of more than $50 for transportation or travel services which was not refunded in a timely manner by the seller of travel who was registered and participating in the Fund at the time of sale. The maximum amount which may be paid by the Fund to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted within six months after the scheduled completion date of the travel. A claim must include sufficient information and documentation to prove your claim and a $35 processing fee. You must agree to waive your right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a claim against the Fund. You may request a claim form by writing to: Travel Consumer Restitution Corporation, P.O. Box 6001, Larkspur, CA 94977-6001; or by faxing a request to: (415) 927-7698.  Note: Sales transactions with customers located outside of California are not covered by the Fund and such customers are not eligible to file a claim against the Fund.

For customers purchasing travel in the state of Oregon: Transportation, lodging, meals, entertainment and all other services are sold to you to you either on a refundable or non-refundable basis. If all or part of the transportation or services are canceled by any person, we shall, within 2 working days of learning of the cancellation, request on your behalf that the service suppliers or wholesalers provide a refund of all sums sent them on your behalf. We shall send any refund received from the service suppliers or wholesalers to you within 2 working days after the refund received by us has cleared the bank.

For customers purchasing travel in the state of Washington:  Our Washington State Seller of Travel Registration Number is: UBI#600469694.  If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

Cancellation and change penalties may apply to these arrangements.  Details will be provided upon request.

**Intermediary Disclosure.**  Amex helps manage your company's travel expenses and assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers and recommending specific itineraries.  In this role, we are acting as an independent third party and not as a fiduciary.  We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors.   Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives.  In addition, we receive compensation from suppliers when customers use the American Express® Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change.   In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability, your preferences, and any agreements we have to book travel in accordance with your company's travel policy. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

Rhode Island Registration Number: ML#1192; Nevada Seller of Travel Registration No.: NV#2001-0126; Iowa: TA# 002 Registered Iowa Travel Agency