**Grace - Orrick April 2013 Invoice**

| Date | Description | TKPR Name | Billed Amt | Narrative |
|---|---|---|---|---|
| 4/5/2013 | Postage | Fullem, Debra O'Denise | $268.80 | POSTAGE |
| 4/5/2013 | Postage | Fullem, Debra O'Denise | $6.00 | POSTAGE |
| 4/5/2013 | Document Reproduction | Felder, Debra | $43.60 | 436 Copies |
| 4/5/2013 | Document Reproduction | Williams Lea, DC office | $1.60 | 16 Pages Printed |
| 4/5/2013 | Document Reproduction | Williams Lea, DC office | $398.40 | 3984 Pages Printed |
| 4/5/2013 | Color Document Reproduction | Williams Lea, DC office | $11.25 | 9 Pages Printed |
| 4/9/2013 | Document Reproduction | Felder, Debra | $0.20 | 2 Copies |
| 4/9/2013 | Document Reproduction | Felder, Debra | $0.10 | 1 Copies |
| 4/12/2013 | Document Reproduction | Reyes, Patricia | $60.00 | 600 Copies |
| 4/15/2013 | Outside Services | Wyron, Richard | $51.00 | VENDOR: CourtCall LLC; INVOICE#: 5518084; DATE: 4/15/2013 - WV WH/JJ S#166638  Firms CouortCall charges 4/1 - 4/16/13  A/C# CCDA-06-2041 |
| 4/18/2013 | Document Reproduction | Fullem, Debra O'Denise | $0.20 | 2 Copies |
| 4/22/2013 | Document Reproduction | Fullem, Debra O'Denise | $103.40 | 1034 Copies |
| 4/22/2013 | Document Reproduction | Fullem, Debra O'Denise | $2.20 | 22 Copies |
| 4/18/2013 | Westlaw Research | Felder, Debra | $66.22 | |
| 4/19/2013 | Westlaw Research | Felder, Debra | $47.36 | |
| 4/7/2013 | Local Taxi Expense | Frankel, Roger | $44.78 | VENDOR: XYZ INVOICE#: 1487403 DATE: 4/17/2013 |
| 4/16/2013 | Express Delivery | Frankel, Roger | $14.65 | VENDOR: United Parcel Service INVOICE#: 0000003195XX163 DATE: 4/20/2013 Tracking #: 1Z3195XXA497611152 Shipment Date: 20130416 Ship from: Roger Frankel, Orrick Herrington & Sutcliffe LLP, Columbia Center, Washington, DC 20005 Ship to: David Austern, Futur, c/o Claims Resolution Management, 3110 Fairview Park Dr, Falls Church, VA 22042 |
| **Total** | | | **$ 1,119.76** | |

| Date | Description | TKPR Name | Billed Amt | Narrative |
|---|---|---|---|---|
| 4/4/2013 | Outside Services | Felder, Debra | $66.90 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q12013; DATE: 4/4/2013 - DC DC / PK S#167421 Pacer billing re federal court dockets and pleadings 01/01 - 03/31/13 Acct# OH0272 |
| 4/4/2013 | Outside Services | Fullem, Debra O'Denise | $6.70 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q12013; DATE: 4/4/2013 - DC DC / PK S#167421 Pacer billing re federal court dockets and pleadings 01/01 - 03/31/13 Acct# OH0272 |
| 4/4/2013 | Outside Services | Washington, DC, Office | $39.00 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q12013; DATE: 4/4/2013 - DC DC / PK S#167421 Pacer billing re federal court dockets and pleadings 01/01 - 03/31/13 Acct# OH0272 |
| 4/4/2013 | Outside Services | Washington, DC, Office | $1.80 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q12013; DATE: 4/4/2013 - DC DC / PK S#167421 Pacer billing re federal court dockets and pleadings 01/01 - 03/31/13 Acct# OH0272 |
| 4/4/2013 | Outside Services | Washington, DC, Office | $12.90 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q12013; DATE: 4/4/2013 - DC DC / PK S#167421 Pacer billing re federal court dockets and pleadings 01/01 - 03/31/13 Acct# OH0272 |
| 4/4/2013 | Outside Services | Washington, DC, Office | $196.60 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q12013; DATE: 4/4/2013 - DC DC / PK S#167421 Pacer billing re federal court dockets and pleadings 01/01 - 03/31/13 Acct# OH0272 |
| 5/3/2013 | Westlaw Research | Felder, Debra | $454.03 | |
| 5/15/2013 | Travel Expense, Air Fare | Frankel, Roger | $835.80 | VENDOR: Frankel, Roger; INVOICE#: 042913; DATE: 5/15/2013 - dc/dd/s#167423/df - Meeting with Sealed Air in NY 03/28/13 |
| 3/28/2013 | Outside Reproduction Services | Wyron, Richard | $1.65 | VENDOR: Williams Lea Inc.; INVOICE#: I-13050188; DATE: 5/1/2013 - DC-DC\id#167833\mkm-LMF-outside reproduction April 2013 |
| **Total** | | | **$ 1,615.38** | |

**Grace - Orrick May 16-31, 2013 Invoice**

| Date | Description | Qty | Billed Amt | Narrative |
|---|---|---|---|---|
| 5/21/2013 | Document Reproduction | 162 | $16.20 | 162 Copies |
| 5/16/2013 | Express Delivery | 0 | $0.00 | VENDOR: United Parcel Service INVOICE#: 0000003195XX203 DATE: 5/18/2013 Tracking #: 1Z3195XX3097704264 Shipment Date: 20130516 Ship from: Roger Frankel, Orrick Herrington & Sutcliffe LLP, Columbia Center, Washington, DC 20005 Ship to: David Austern, Futur, c/o Claims Resolution Management, 3110 Fairview Park Dr, Falls Church, VA 22042 |
| 5/28/2013 | Document Reproduction | 28 | $2.80 | 28 Copies |
| 5/31/2013 | Document Reproduction | 63 | $6.30 | 63 Copies |
| **Total** | | | **$ 25.30** | |

**Orrick - Grace June 2013 Invoice**

| Date | Description | TKPR Name | Billed Amt | Narrative |
|---|---|---|---|---|
| 6/5/2013 | Postage | Fullem, Debra O'Denise | $466.40 | POSTAGE |
| 6/5/2013 | Postage | Fullem, Debra O'Denise | $13.00 | POSTAGE |
| 6/5/2013 | Document Reproduction | Fullem, Debra O'Denise | $1,037.90 | 10379 Copies |
| 6/5/2013 | Document Reproduction | Fullem, Debra O'Denise | $433.20 | 4332 Copies |
| 6/5/2013 | Document Reproduction | Fullem, Debra O'Denise | $478.80 | 4788 Copies |
| 6/10/2013 | Postage | Fullem, Debra O'Denise | $326.04 | POSTAGE |
| 6/10/2013 | Postage | Fullem, Debra O'Denise | $9.80 | POSTAGE |
| 6/10/2013 | Document Reproduction | Frankel, Roger | $324.50 | 3245 Copies |
| 6/10/2013 | Document Reproduction | Frankel, Roger | $408.80 | 4088 Copies |
| 6/11/2013 | Postage | Fullem, Debra O'Denise | $510.92 | POSTAGE |
| 6/11/2013 | Postage | Fullem, Debra O'Denise | $13.00 | POSTAGE |
| 6/11/2013 | Postage | Fullem, Debra O'Denise | $326.04 | POSTAGE |
| 6/11/2013 | Postage | Fullem, Debra O'Denise | $9.80 | POSTAGE |
| 6/11/2013 | Document Reproduction | Fullem, Debra O'Denise | $5.20 | 52 Copies |
| 6/11/2013 | Document Reproduction | Fullem, Debra O'Denise | $70.00 | 700 Copies |
| 6/11/2013 | Document Reproduction | Fullem, Debra O'Denise | $27.60 | 276 Copies |
| 6/11/2013 | Document Reproduction | Fullem, Debra O'Denise | $70.00 | 700 Copies |
| 6/12/2013 | Local Taxi Expense | Felder, Debra | $22.00 | VENDOR: Felder, Debra; INVOICE#: 060713; DATE: 6/12/2013 - dc/dd/s#168491/df - Taxi 06/06/13 |
| 6/3/2013 | Lexis Research | Fullem, Debra O'Denise | $23.59 | |
| 6/3/2013 | Westlaw Research | Fullem, Debra O'Denise | $255.85 | |
| 6/4/2013 | Westlaw Research | Fullem, Debra O'Denise | $31.01 | |
| 6/14/2013 | Document Reproduction | Frankel, Roger | $13.50 | 135 Copies |
| 6/18/2013 | Local Taxi Expense | Wyron, Richard | $7.00 | VENDOR: Wyron, Richard H.; INVOICE#: 061013; DATE: 6/18/2013 - dc/dd/s#168777 - Taxi 06/07/13 |
| **Total** | | | **$4,883.95** | |