Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: April 2012-April 2013

**Name:** Andrew Struthers-Kennedy
**Level:** Managing Director

| Date | Description of Expense | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Technology Usage/Knowledge Capital | Totals |
|---|---|---|---|---|---|---|---|
| 11-Apr-12 | SarbOx Portal Maintenance Fee | | | $ 10,850.00 | | $    - | $10,850.00 |
| 19-Apr-12 | Governance Portal Annual SaaS License Fee (April 18, 2012 – April 17, 2013) | | | $ 11,500.00 | | $    - | $11,500.00 |
| 18-Apr-13 | Governance Portal Annual SaaS License Fee (April 18, 2013 – April 17, 2014) | | | $ 11,500.00 | | $    - | $11,500.00 |
| | Totals | $    - | $    - | $ 33,850.00 | $    - | $    - | $33,850.00 |

**Protiviti Inc.**
**W. R. Grace & Co. Expense Tracking**
**Period Covered: April 2012-April 2013**

Name: Jordan Esbin
Level: Consultant

| Date | Description of Expense | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| 7-May-12 | Taxi from home (Chicago) to ORD airport. | $ 37.45 | | | | $ 37.45 |
| 7-May-12 | Airfare (return flight ORD-BWI) | $ 464.60 | | | | $ 464.60 |
| 7-May-12 | Breakfast for one person (Jordan Esbin) on 5/7 | | | | $ 4.96 | $ 4.96 |
| 7-May-12 | Lunch for one person (Jordan Esbin) on 5/7 | | | | $ 21.16 | $ 21.16 |
| 7-May-12 | Dinner for one person (Jordan Esbin) on 5/7 | | | | $ 23.98 | $ 23.98 |
| 8-May-12 | Hotel for 2 Nights - Homewood Suites by Hilton Columbia, MD (199.00 per night plus taxes & fees) | | $ 464.70 | | | $ 464.70 |
| 8-May-12 | Breakfast for one person at Hotel (Jordan Esbin) on 5/8 | | | | $ 15.00 | $ 15.00 |
| 8-May-12 | Dinner for one person (Jordan Esbin) on 5/8 | | | | $ 32.60 | $ 32.60 |
| 9-May-12 | Taxi from ORD airport to home (Chicago). | $ 38.70 | | | | $ 38.70 |
| 9-May-12 | Budget Rental Car (2 days) | $ 194.77 | | | | $ 194.77 |
| 9-May-12 | Gas for Rental Car | $ 27.13 | | | | $ 27.13 |
| 9-May-12 | Breakfast for one person at Hotel (Jordan Esbin) on 5/9 | | | | $ 15.00 | $ 15.00 |
| 9-May-12 | Dinner for one person (Jordan Esbin) on 5/9 | | | | $ 7.37 | $ 7.37 |
| | Totals | $ 762.65 | $ 464.70 | $ - | $ 120.07 | $ 1,347.42 |