

Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

June 17, 2013
Bill Number 165592
File Number WGRACE 39647
WRG-L26

W. R. Grace & Co. - Conn.
c/o Woodcock Washburn LLP
Cira Center
2929 Arch Street, 12th Floor
Philadelphia PA 19104-2891

For legal services rendered as more fully set forth in the attached statement.

| | |
|---|---:|
| Legal Services | $955.00 |
| Disbursements | $42.24 |
| Bill Total | $997.24 |
| Previous Balance | $4,281.41 |
| Total Due | $5,278.65 |



**Potter Anderson Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

June 17, 2013
Bill Number    165592
File Number    WGRACE 39647

W. R. Grace & Co. - Conn.
c/o Woodcock Washburn LLP
Cira Center
2929 Arch Street, 12th Floor
Philadelphia PA 19104-2891

Re: W.R. Grace & Co.- Conn. V. Propex Operating Company, LLC

Through May 31, 2013

| Date | Atty | Description | Hours | Value |
|---|---|---|---|---|
| 05/02/13 | BAP | Pleadings<br>Review Initial Disclosures, Notice of Service | 0.30 Hrs | $99.00 |
| 05/02/13 | DEM | Written Discovery<br>Disclosures - review and notice | 0.20 Hrs | $96.00 |
| 05/02/13 | RLH | Analysis/Strategy<br>Review disclosures, emails re: same and settlement status | 0.30 Hrs | $208.50 |
| 05/07/13 | BAP | Analysis/Strategy<br>Prepare for and attend ADR call with Magistrate Judge Thynge | 0.40 Hrs | $132.00 |
| 05/07/13 | KEL | Other Written Motions and Submissions<br>Assist with filing of Stipulation and Order to Extend Time | 0.10 Hrs | $8.50 |
| 05/14/13 | KEL | Document/File Management<br>update docket sheet, download court notices & filings, update pleading files | 0.60 Hrs | $51.00 |
| 05/16/13 | DEM | Written Discovery<br>Discovery disclosure - review and serve | 0.30 Hrs | $144.00 |
| 05/21/13 | BAP | Analysis/Strategy<br>Draft Stipulation to extend time to file protective order | 0.50 Hrs | $165.00 |
| 05/21/13 | KEL | Document/File Management<br>update docket sheet, download court notices & filings, update pleading files | 0.60 Hrs | $51.00 |
| | | Total | | $955.00 |

W. R. Grace & Co. - Conn.

Re W.R. Grace & Co.- Conn. V. Propex Operating Company,

LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Kim E. Lutthans | 1.30 Hrs | 85.00/hr | $110.50 |
| Richard L. Horwitz | 0.30 Hrs | 695.00/hr | $208.50 |
| David E. Moore | 0.50 Hrs | 480.00/hr | $240.00 |
| Bindu Ann George Palapura | 1.20 Hrs | 330.00/hr | $396.00 |
| | 3.30 Hrs | | $955.00 |

DISBURSEMENTS

Through June 4, 2013

| | |
|---|---|
| Photocopies | $7.80 |
| Overtime | $27.74 |
| Pacer Electronic Filings | $1.70 |
| Parcels - Special Delivery | $5.00 |
| Total Disbursements | $42.24 |

Total Due This Bill  $997.24

PREVIOUS BILLS OUTSTANDING

| Invoice # | Invoice Date | Invoice Amount |
|---|---|---|
| 161765 | 03/15/2013 | 898.15 |
| 162732 | 04/15/2013 | 1,152.40 |
| 164128 | 05/22/2013 | 2,230.86 |
| | | $4,281.41 |

GRAND TOTAL DUE  $5,278.65



Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

May 22, 2013
Bill Number    164128
File Number    WGRACE 39647

W. R. Grace & Co. - Conn.
c/o Woodcock Washburn LLP
Cira Center
2929 Arch Street, 12th Floor
Philadelphia PA  19104-2891

Re: W.R. Grace & Co.- Conn. V. Propex Operating Company, LLC

Through April 30, 2013

| Date | Atty | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/03/13 | RLH | Analysis/Strategy<br>Emails re schedule. | 0.10 Hrs | $69.50 |
| 04/04/13 | LMF | Analysis/Strategy<br>Research regarding Judge Andrews' schedule per request of D. Moore | 0.90 Hrs | $184.50 |
| 04/04/13 | RLH | Analysis/Strategy<br>Review and revise proposed schedule, call re same. | 0.40 Hrs | $278.00 |
| 04/04/13 | BAP | Analysis/Strategy<br>Review draft scheduling order and call with counsel re same. | 0.40 Hrs | $132.00 |
| 04/05/13 | RLH | Analysis/Strategy<br>Review schedule emails | 0.10 Hrs | $69.50 |
| 04/15/13 | RLH | Analysis/Strategy<br>Review schedule proposal, emails re: same | 0.20 Hrs | $139.00 |
| 04/16/13 | BAP | Pleadings<br>Review draft and send email to co-counsel re: draft scheduling order | 0.30 Hrs | $99.00 |
| 04/16/13 | RLH | Analysis/Strategy<br>Emails re: schedule proposal | 0.20 Hrs | $139.00 |
| 04/17/13 | RLH | Analysis/Strategy<br>Review and revise schedule document, emails re: same | 0.30 Hrs | $208.50 |
| 04/17/13 | BAP | Analysis/Strategy<br>Revise and circulate draft scheduling order, emails to counsel re: same | 1.30 Hrs | $429.00 |

W. R. Grace & Co. - Conn.

Re W.R. Grace & Co.- Conn. V. Propex Operating Company,

| Date | Atty | Description | Hours | Value |
|---|---|---|---|---|
| 04/18/13 | KEL | Other Written Motions and Submissions<br>Assist with filing of letter to Judge Andrews regarding the Parties' Proposed Scheduling Order | 0.10 Hrs | $8.50 |
| 04/21/13 | RLH | Analysis/Strategy<br>Emails re: scheduling conference | 0.10 Hrs | $69.50 |
| 04/22/13 | KEL | Document/File Management<br>update docket sheet, download court notices & filings, update pleading files | 0.50 Hrs | $42.50 |
| 04/22/13 | RLH | Court Mandated Conferences<br>Attend scheduling conference | 0.50 Hrs | $347.50 |
|  |  | Total |  | $2,216.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Kim E. Lutthans | 0.60 Hrs | 85.00/hr | $51.00 |
| Laura M. Fernandes | 0.90 Hrs | 205.00/hr | $184.50 |
| Richard L. Horwitz | 1.90 Hrs | 695.00/hr | $1,320.50 |
| Bindu Ann George Palapura | 2.00 Hrs | 330.00/hr | $660.00 |
| | 5.40 Hrs | | $2,216.00 |

## DISBURSEMENTS

Through May 2, 2013

| | |
|---|---|
| Photocopies | $9.20 |
| Postage | $0.66 |
| Parcels - Special Delivery | $5.00 |
| Total Disbursements | $14.86 |
| Total Due This Bill | $2,230.86 |

## PREVIOUS BILLS OUTSTANDING

| Invoice # | Invoice Date | Invoice Amount |
|---|---|---|
| 161765 | 03/15/2013 | 898.15 |
| 162732 | 04/15/2013 | 1,152.40 |

W. R. Grace & Co. - Conn.

Re W.R. Grace & Co.- Conn. V. Propex Operating Company,

$2,050.55

GRAND TOTAL DUE     $4,281.41