# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 01-1139 (KJC) |
| W.R. GRACE & CO., *et al.*, | (Jointly Administered) |
| Debtors. | Objection Deadline: December 17, 2013 at 4:00 a.m.<br>Hearing Date: February 20, 2014 at 1:00 p.m. |

## FORTY-SIXTH QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JULY 1, 2013 THROUGH SEPTEMBER 30, 2013

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Security Holders* |
| Date of Retention: | *As of July 18, 2001* |
| Period for which compensation and reimbursement is sought: | *July 1, 2013 through and including September 30, 2013* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$24,844.00* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$467.70* |
| This is a(n):  __ monthly     X interim application | |

KL2 2820620.2

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL – JULY 1, 2013 THROUGH SEPTEMBER 30, 2013

| Fee Application Filing Date, Docket No., and Period Covered | Total Fees Requested | Total Expenses Requested | Total Amount of Fees and Expenses Requested | Amount of Fees Paid | Amount of Expenses Paid | Certification of No Objection Filing Date & Docket No. |
|---|---|---|---|---|---|---|
| 8/22/2013<br>D.I. 31002<br>July 2013 | $10,488.50 | $98.90 | $10,587.40 | $8,390.80 | $98.90 | 9/18/2013<br>D.I. 31140 |
| 9/30/2013<br>D.I. 929551<br>August 2013 | $7,935.50 | $148.28 | $8,083.78 | $6,348.40 | $148.28 | 10/23/2013<br>D.I. 31248 |
| 11/04/2013<br>D.I. 31300<br>September 2013 | $6,420.00 | $220.52 | $6,640.52 | $0 | $0 | N/A |
| Total | $24,844.00 | 467.70 | $25,311.70 | $14,739.20 | $ 247.18 | |

Current Period Unpaid:    Fees        $ 10,104.80
                          Expenses    $ 220.52
                          Total       $ 10,325.32

Prior Periods Unpaid:     Fees        $ 27,416.50
                          Expenses    $ 0
                          Total       $ 27,416.50

            **TOTAL DUE:**    **$37,741.82**

# SUMMARY OF OUTSTANDING FEES OWED TO
## KRAMER LEVIN NAFTALIS & FRANKEL THROUGH SEPTEMBER 2013

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| July 1, 2001 – September 30, 2001 | $ 98,742.00<br>$ 11,505.90 | $ 98,742.00<br>$ 11,505.90 | $ 98,742.00<br>$ 11,505.90 | $ -0-<br>$ -0- |
| October 1, 2001 – December 31, 2001 | $ 79,151.50<br>$ 7,033.74 | $ 79,151.50<br>$ 7,033.74 | $ 79,151.50<br>$ 7,033.74 | $ -0-<br>$ -0- |
| January 1, 2002 – March 31, 2002 | $ 92,765.00<br>$ 696.66 | $ 92,765.00<br>$ 696.66 | $ 92,765.00<br>$ 696.66 | $ -0-<br>$ -0- |
| April 1, 2002 – June 30, 2002 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $ -0-<br>$ -0- |
| July 1, 2002 – September 30, 2002 | $ 87,266.50<br>$ 10,070.69 | $ 86,576.50<br>$ 9,737.19 | $ 86,576.50<br>$ 9,737.19 | $ -0-<br>$ -0- |
| October 1, 2002 – December 31, 2002 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $ -0-<br>$ -0- |
| January 1, 2003 – March 31, 2003 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $ -0-<br>$ -0- |
| April 1, 2003 – June 30, 2003 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $ -0-<br>$ -0- |
| July 1, 2003 – September 31, 2003 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $ -0-<br>$ -0- |
| October 1, 2003 – December 31, 2003 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $ -0-<br>$ -0- |
| January 1, 2004 – March 31, 2004 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $ -0-<br>$ -0- |
| April 1, 2004 – June 30, 2004 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $ -0-<br>$ -0- |
| July 1, 2004 – September 30, 2004 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $ -0-<br>$ -0- |
| October 1, 2004 – December 31, 2004 | $ 406,517.00<br>$ 14,406.04 | $ 400,556.50<br>$ 14,265.04 | $ 400,556.50<br>$ 14,265.04 | $ -0-<br>$ -0- |
| January 1, 2005 – March 31, 2005 | $ 183,897.00<br>$ 12,593.68 | $ 183,897.00<br>$ 12,593.68 | $ 183,897.00<br>$ 12,593.68 | $ -0-<br>$ -0- |
| April 1, 2005 – June 30, 2005 | $ 74,471.50<br>$ 3,641.49 | $ 74,471.50<br>$ 3,641.49 | $ 74,471.50<br>$ 3,641.49 | $ -0-<br>$ -0- |
| July 1, 2005 – September 30, 2005 | $ 79,556.00<br>$ 5,348.72 | $ 79,556.00<br>$ 5,348.72 | $ 79,556.00<br>$ 5,348.72 | $ -0-<br>$ -0- |
| October 1, 2005 – December 31, 2005 | $ 75,544.50<br>$ 2,953.30 | $ 75,544.50<br>$ 2,953.30 | $ 75,544.50<br>$ 2,953.30 | $ -0-<br>$ -0- |
| January 1, 2006 – March 31, 2006 | $ 74,750.00<br>$ 5,452.00 | $ 74,750.00<br>$ 5,452.00 | $ 74,750.00<br>$ 5,452.00 | $ -0-<br>$ -0- |
| April 1, 2006 – June 30, 2006 | $ 74,596.00<br>$ 2,815.18 | $ 74,596.00<br>$ 2,815.18 | $ 74,596.00<br>$ 2,815.18 | $ -0-<br>$ -0- |

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| July 1, 2006 – September 30, 2006 | $ 147,269.00 $ 4,500.72 | $ 147,269.00 $ 4,500.72 | $ 147,269.00 $ 4,500.72 | $ -0- $ -0- |
| October 1, 2006 – December 31, 2006 | $ 238,312.00 $ 14,195.38 | $ 238,312.00 $ 14,195.38 | $ 238,312.00 $ 14,195.38 | $ -0- $ -0- |
| January 1, 2007 – March 31, 2007 | $ 163,379.00 $ 15,286.40 | $ 163,379.00 $ 15,286.40 | $ 163,379.00 $ 15,286.40 | $ -0- $ -0- |
| April 1, 2007 – June 30, 2007 | $ 187,246.00 $ 19,482.62 | $ 186,592.23 $ 19,482.62 | $ 186,592.23 $ 19,482.62 | $ -0- $ -0- |
| July 1, 2007 – September 30, 2007 | $ 208,619.50 $ 9,223.40 | $ 205,265.50 $ 9,223.40 | $ 205,265.50 $ 9,223.40 | $ -0- $ -0- |
| October 1, 2007 – December 31, 2007 | $ 398,236.50 $ 76,834.62 | $ 394,987.81 $ 76,834.62 | $ 394,987.81 $ 76,834.62 | $ -0- $ -0- |
| January 1, 2008 – March 31, 2008 | $ 247,502.75 $ 9,033.91 | $ 247,502.75 $ 9,033.91 | $ 247,108.84 $ 9,033.91 | $ -0- $ -0- |
| April 1, 2008 – June 30, 2008 | $ 240,744.75 $ 11,571.63 | $ 240,744.75 $ 11,571.63 | $ 240,744.75 $ 11,571.63 | $ -0- $ -0- |
| July 1, 2008 – September 30, 2008 | $ 271,548.00 $ 6,211.59 | $ 271,548.00 $ 6,211.59 | $ 271,548.00 $ 6,211.59 | $ -0- $ -0- |
| October 1, 2008 – December 31, 2008 | $ 207,976.00 $ 9,026.63 | $ 206,706.00 $ 8,976.63 | $ 206,706.00 $ 8,976.63 | $ -0- $ -0- |
| January 1, 2009 – March 31, 2009 | $ 197,550.00 $ 5,059.19 | $ 197,494.00 $ 5,059.19 | $ 197,494.00 $ 5,059.19 | $ -0- $ -0- |
| April 1, 2009 – June 30, 2009 | $ 215,996.50 $ 5,645.60 | $ 215,996.50 $ 5,645.60 | $ 215,996.50 $ 5,645.60 | $ -0- $ -0- |
| July 1, 2009 – September 30, 2009 | $ 170,241.50 $ 20,322.43 | $ 169,905.50 $ 20,322.43 | $ 170,227.30 $ 20,322.43 | $ (321.80) $ -0- |
| October 1, 2009 – December 31, 2009 | $ 68,306.75 $ 3,366.52 | $ 68,306.75 $ 3,366.52 | $ 68,306.75 $ 3,366.52 | $ -0- $ -0- |
| January 1, 2010 – March 31, 2010 | $ 47,226.50 $ 2,139.19 | $ 47,226.50 $ 2,139.19 | $ 47,226.50 $ 1,817.39 | $ -0- $ 321.80 |
| April 1, 2010 – June 30, 2010 | $ 14,079.00 $ 650.36 | $ 14,079.00 $ 650.36 | $ 14,079.00 $ 650.36 | $ -0- $ -0- |
| July 1, 2010 – September 30, 2010 | $ 5,229.00 $ 131.96 | $ 5,229.00 $ 131.96 | $ 5,229.00 $ 131.96 | $ -0- $ -0- |
| October 1, 2010 – December 31, 2010 | $ 16,846.00 $ 247.86 | $ 16,846.00 $ 247.86 | $ 16,846.00 $ 247.86 | $ -0- $ -0- |
| January 1, 2011 – March 31, 2011 | $ 54,094.50 $ 2,044.81 | $ 54,094.50 $ 2,044.81 | $ 54,094.50 $ 2,044.81 | $ -0- $ -0- |
| April 1, 2011 – June 30, 2011 | $ 91,902.50 $ 2,143.07 | $ 91,886.26 $ 2,143.07 | $ 91,886.26 $ 2,143.07 | $ -0- $ -0- |

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| July 1, 2011 – September 30, 2011 | $ 49,894.00<br>$ 2,308.18 | $ 49,894.00<br>$ 2,308.18 | $ 49,894.00<br>$ 2,308.18 | $ -0-<br>$ -0- |
| October 1, 2011 – December 31, 2011 | $ 13,989.00<br>$ 93.02 | $ 13,989.00<br>$ 93.02 | $ 13,989.00<br>$ 93.02 | $ -0-<br>$ -0- |
| January 1, 2012 – March 31, 2012 | $ 35,118.50<br>$ 152.90 | $ 35,118.50<br>$ 152.90 | $ 35,118.50<br>$ 152.90 | $ -0-<br>$ -0- |
| April 1, 2012 – June 30, 2012 | $ 40,781.00<br>$ 1,404.21 | $ 40,781.00<br>$ 1,404.21 | $ 40,781.00<br>$ 1,404.21 | $ -0-<br>$ -0- |
| July 1, 2012 – September 30, 2012 | $ 31,544.00<br>$ 816.69 | $ 31,544.00<br>$ 816.69 | $ 31,544.00<br>$ 816.69 | $ -0-<br>$ -0- |
| October 1, 2012 – December 31, 2012 | $ 60,523.50<br>$ 3,617.71 | $ 60,523.50<br>$ 3,617.71 | $ 48,418.80<br>$ 3,617.71 | $ -0-<br>$ -0- |
| January 1, 2013 – March 31, 2013 | $ 137,895.50<br>$ 6,557.86 | $ 137,895.50<br>$ 6,557.86 | $ 137,895.50<br>$ 6,557.86 | $ -0-<br>$ -0- |
| April 1, 2013 – June 30, 2013 | $ 137,082.50<br>$ 11,367.36 | $ -0-<br>$ -0- | $ 109,666.00<br>$ 11,367.36 | $ 27,416.50<br>$ -0- |
| July 1, 2013 – September 30, 2013 | $ 24,844.00<br>$ 467.70 | $ -0-<br>$ -0- | $ 14,739.20<br>$ 247.18 | $ 10,104.80<br>$ 220.52 |
| TOTAL | $5,484,430.25<br>$ 345,914.11 | $ 4,894,964.55<br>$ 301,490.11 | $ 5,446,908.94<br>$ 345,693.59 | $ 37,521.30<br>$ 220.52 |

5

## SUMMARY OF TIME FOR BILLING PERIOD[1]

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | $895.00 | 7.20 | $6,444.00 |
| Blabey, David E. | $745.00 | 9.70 | $7,226.50 |
|  | $765.00 | 3.30 | $2,524.50 |
| Kaup, Anastasia N. | $495.00 | 13.40 | $6,633.00 |
|  | $560.00 | 3.60 | $2,016.00 |
| Total |  | 37.20 | $24,844.00 |

## COMPENSATION SUMMARY BY PROJECT CATEGORY FOR BILLING PERIOD

| Project Category | Total Hours for the Period | Total Fees for the Period |
|---|---|---|
| Case Administration | 2.80 | $2,049.00 |
| Creditor Committee | 3.80 | $3,043.00 |
| Bankr. Motions | 0.70 | $626.50 |
| Reorganization Plan | 12.20 | $9,598.00 |
| Fee Applications, Applicant | 13.10 | $6,926.50 |
| Hearings | 4.60 | $2,601.00 |
| Total | 37.20 | $24,844.00 |

---

[1] The two different rates reflect an increase to the associates' firm year billing rates.

6

## EXPENSE SUMMARY (Schedule of Disbursements)

| Expense Category | Total Expenses For the Period |
|---|---:|
| Westlaw On-Line Research | $437.70 |
| Court Call | $30.00 |
| **Total** | **$ 467.70** |

**WHEREFORE,** The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period **July 1, 2013 through September 30, 2013**, it be allowed the total amount of fees of **$24,844.00** and disbursements of **$467.70**, and that the Debtor be directed to pay all outstanding unpaid amounts.

Dated: November 27, 2013     KRAMER LEVIN NAFTALIS & FRANKEL LLP


By: David E. Blabey, Jr.
Philip Bentley
David E. Blabey, Jr.
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

*Counsel to the Official Committee of
Equity Security Holders*