```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


   W.R. Grace & Co.                       Invoice Number     2489748
   7500 Grace Drive                       Invoice Date       11/22/13
   Columbia, Maryland 21044               Client Number       172573
   USA


===============================================================================

   Re: W. R. Grace & Co.


   (60029)  Fee Applications-Applicant

      Fees                                  1,640.50
      Expenses                                  0.00

                   TOTAL BALANCE DUE UPON RECEIPT       $1,640.50
                                                       =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



W.R. Grace & Co.                          Invoice Number      2489748
7500 Grace Drive                          Invoice Date        11/22/13
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60029


=============================================================================

   Re: (60029)  Fee Applications-Applicant

   FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2013

     Date    Name                                              Hours
   -------- -----------                                        -----

   09/30/13 Lord            Draft and e-file CNO to Reed Smith    .90
                            July monthly fee application (.3);
                            revise, e-file and serve Reed
                            Smith August monthly fee
                            application (.6).

   10/04/13 Ament           Attention to billing matters          .20
                            (.10); e-mails re: same (.10).

   10/08/13 Ament           Attention to billing matters          .50
                            (.20); various e-mails re: same
                            (.20); follow-up call re: same
                            (.10).

   10/10/13 Muha            Review of and revisions to Sept.      .30
                            monthly fee application materials,
                            and emails re: verification of fee
                            information.

   10/25/13 Ament           Attention to billing matters          .30
                            (.10); begin drafting Sept.
                            monthly fee application and
                            spreadsheets (.20).

   10/25/13 Muha            Review and comments on fee and        .20
                            expense invoices for Sept. 2013
                            monthly application.

   10/28/13 Ament           Calculate fees and expenses for      1.20
                            Sept. monthly fee application
                            (.20); prepare spreadsheets re:
                            same (.20); draft fee application
                            (.20); provide same to A. Muha for
                            review (.10); finalize Sept.
```

```
  172573 W. R. Grace & Co.                               Invoice Number   2489748
  60029  Fee Applications-Applicant                      Page    2
         November 22, 2013


       Date    Name                                                          Hours
     -------- -----------                                                    -----

                              monthly fee application (.10);
                              e-mail same to J. Lord for DE
                              filing (.10); attention to billing
                              matters (.10); e-mails re: same
                              (.10); e-mails with J. Lord re:
                              quarterly fee application (.10).

     10/28/13 Lord            Draft, e-file and serve CNO to               1.30
                              Reed Smith August monthly fee
                              application (.4); revise, e-file
                              and serve Reed Smith September
                              monthly fee application (.8);
                              communicate with S. Ament re: fee
                              issues (.1).

     10/28/13 Muha            Final review and revisions to                 .20
                              September 2013 monthly application.

     10/31/13 Ament           Calculate fees and expenses for              1.30
                              50th quarterly fee application
                              (.50); prepare spreadsheet re:
                              same (.30); draft 50th quarterly
                              fee application summary (.20);
                              draft 50th quarterly fee
                              application narrative (.20);
                              provide same to A. Muha for review
                              (.10).
                                                                          ------
                                                      TOTAL HOURS           6.40


    TIME SUMMARY                  Hours           Rate              Value
    ------------------------- ----------------------        -------
    Andrew J. Muha                0.70  at  $  495.00   =     346.50
    John B. Lord                  2.20  at  $  270.00   =     594.00
    Sharon A. Ament               3.50  at  $  200.00   =     700.00

                              CURRENT FEES                                1,640.50

                                                                        ------------
                              TOTAL BALANCE DUE UPON RECEIPT             $1,640.50
                                                                        ============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630



    W.R. Grace & Co.                       Invoice Number      2489749
    62 Whittemore Avenue                   Invoice Date       11/22/13
    Cambridge, MA  02140                   Client Number       172573




==============================================================================

    Re: W. R. Grace & Co.


    (60041)   Specifications Inquiry

        Fees                              1,057.00
        Expenses                              0.00

                       TOTAL BALANCE DUE UPON RECEIPT        $1,057.00
                                                           =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number       2489749
   62 Whittemore Avenue                     Invoice Date        11/22/13
   Cambridge, MA  02140                     Client Number        172573
                                            Matter Number         60041


============================================================================

   Re: (60041)  Specifications Inquiry

   FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2013

     Date   Name                                                    Hours
   -------- -----------                                              -----

   10/31/13 Klapper       Prepare for call with client and            .80
                          confer with J. Luchini re same
                          (0.3); participate in call re
                          white paper (0.5).

   10/31/13 Luchini       Prepare for and attend conference          .90
                          call re: white paper.

                                                                   ------
                                          TOTAL HOURS                1.70


   TIME SUMMARY              Hours         Rate          Value
   -----------------------  ----------------------      -------
   Joseph S. Luchini         0.90  at  $  610.00   =     549.00
   Antony B. Klapper         0.80  at  $  635.00   =     508.00

                            CURRENT FEES                            1,057.00


                                                                ------------
                            TOTAL BALANCE DUE UPON RECEIPT         $1,057.00
                                                                ============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



    W.R. Grace & Co.                        Invoice Number      2489750
    7500 Grace Drive                        Invoice Date       11/22/13
    Columbia, Maryland 21044                Client Number       172573
    USA


==============================================================================

    Re: W. R. Grace & Co.


    (80001)   Unclaimed Property Advice

        Fees                                3,679.00
        Expenses                                0.00

                         TOTAL BALANCE DUE UPON RECEIPT         $3,679.00
                                                              =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R. Grace & Co.                           Invoice Number     2489750
   7500 Grace Drive                           Invoice Date      11/22/13
   Columbia, Maryland 21044                   Client Number      172573
   USA                                        Matter Number       80001


   ==============================================================================

   Re: (80001)  Unclaimed Property Advice

   FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2013

     Date    Name                                                    Hours
   --------  -----------                                             -----

   10/14/13 Lima          Prepare for and participate in              2.00
                          call with client regarding
                          upcoming Voluntary Disclosure
                          filings and Delaware strategy

   10/14/13 Sollie        Prepare for and participate in              1.00
                          telecon w/ client regarding status
                          of Delaware audit.

   10/16/13 Lima          Prepare for upcoming call with               .20
                          CBIZ.

   10/17/13 Lima          Prepare for and participate in              1.50
                          call with CBIZ and client
                          regarding Kovel arrangement.

   10/17/13 Sollie        Prepare for and participate in              1.30
                          telecon w/ C. Finke.

   10/28/13 Lima          Review edits to Kovel agreement              .20
                          from CBIZ.

   10/31/13 Lima          Revise and submit Kovel to client;           .60
                          review correspondence from CBIZ
                          regarding same.
                                                                    ------
                                              TOTAL HOURS             6.80
```

```
172573  W. R. Grace & Co.                        Invoice Number   2489750
80001   Unclaimed Property Advice                 Page    2
        November 22, 2013


        TIME SUMMARY                 Hours           Rate          Value
        -------------------------   ----------------------        -------
        Kyle O. Sollie                2.30  at  $  680.00   =    1,564.00
        Sara A. Lima                  4.50  at  $  470.00   =    2,115.00


                                    CURRENT FEES                        3,679.00

                                                                     ------------
                                    TOTAL BALANCE DUE UPON RECEIPT      $3,679.00
                                                                     ============
```