```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number      2489753
   7500 Grace Drive                         Invoice Date        11/22/13
   Columbia, Maryland 21044                 Client Number        172573
   USA



===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

     Fees                                         0.00
     Expenses                                    72.50

                    TOTAL BALANCE DUE UPON RECEIPT            $72.50
                                                         =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


  W.R. Grace & Co.                         Invoice Number     2489753
  7500 Grace Drive                         Invoice Date      11/22/13
  Columbia, Maryland 21044                 Client Number      172573
  USA                                      Matter Number       60029


==============================================================================

Re: Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     PACER                                          13.70
     Duplicating/Printing/Scanning                  58.80

                    CURRENT EXPENSES                                72.50
                                                              -------------

                    TOTAL BALANCE DUE UPON RECEIPT                 $72.50
                                                              =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630



   W.R. Grace & Co.                           Invoice Number     2489753
   7500 Grace Drive                           Invoice Date      11/22/13
   Columbia, Maryland 21044                   Client Number      172573
   USA                                        Matter Number       60029



==============================================================================

Re: (60029)  Fee Applications-Applicant



   FOR COSTS ADVANCED AND EXPENSES INCURRED:

   09/30/13   Duplicating/Printing/Scanning                         2.10
              ATTY # 000559: 21 COPIES

   09/30/13   Duplicating/Printing/Scanning                         2.10
              ATTY # 000559: 21 COPIES

   09/30/13   PACER                                                11.50

   09/30/13   PACER                                                 2.20

   10/04/13   Duplicating/Printing/Scanning                         2.10
              ATTY # 000559: 21 COPIES

   10/04/13   Duplicating/Printing/Scanning                         2.10
              ATTY # 000559: 21 COPIES

   10/04/13   Duplicating/Printing/Scanning                         2.10
              ATTY # 000559: 21 COPIES

   10/08/13   Duplicating/Printing/Scanning                          .10
              ATTY # 000559: 1 COPIES

   10/08/13   Duplicating/Printing/Scanning                         2.10
              ATTY # 000559: 21 COPIES

   10/08/13   Duplicating/Printing/Scanning                         2.10
              ATTY # 000559: 21 COPIES

   10/08/13   Duplicating/Printing/Scanning                         2.10
              ATTY # 000559: 21 COPIES

   10/08/13   Duplicating/Printing/Scanning                         2.10
              ATTY # 000559: 21 COPIES
```

```
172573 W. R. Grace & Co.                          Invoice Number   2489753
 60029   Fee Applications-Applicant                Page     2
         November 22, 2013
```

| Date | Description | Amount |
|---|---|---:|
| 10/08/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 10/25/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/28/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 10/28/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 10/28/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 60 COPIES | 6.00 |
| 10/31/13 | Duplicating/Printing/Scanning<br>ATTY # 4810; 46 COPIES | 4.60 |
| 10/31/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 121 COPIES | 12.10 |
| 10/31/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/31/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 10/31/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 10/31/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 10/31/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 10/31/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 7 COPIES | .70 |
| 10/31/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 10/31/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 10/31/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 9 COPIES | .90 |
| 10/31/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |

```
172573 W. R. Grace & Co.                         Invoice Number   2489753
 60029   Fee Applications-Applicant              Page     3
         November 22, 2013



 10/31/13   Duplicating/Printing/Scanning                            2.10
            ATTY # 000559: 21 COPIES

 10/31/13   Duplicating/Printing/Scanning                             .10
            ATTY # 000559: 1 COPIES

 10/31/13   Duplicating/Printing/Scanning                             .10
            ATTY # 000559: 1 COPIES

                         CURRENT EXPENSES                           72.50
                                                              ------------
                         TOTAL BALANCE DUE UPON RECEIPT            $72.50
                                                              ============
```