**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| ***Debtors.*** | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 12/23/2013; 4:00 PM ET** |
| | § | **Hearing Date: TBD (if needed)** |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE SIXTY-THIRD MONTHLY INTERIM PERIOD FROM NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | November 1, 2013 through November 30, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $9,240.00 [80% of $11,550.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n): ☒Monthly ☐Interim ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
| 5/1/2013 | 4/1/2013 to 4/30/2013 | $10,024.00 | $26.50 | Paid | Paid |
| 6/3/2013 | 5/1/2013 to 5/31/2013 | $18,704.00 | $1,289.82 | Paid | Paid |
| 7/1/2013 | 6/1/2013 to 6/30/2013 | $34,980.00 | $3,478.25 | Paid | Paid |
| 8/1/2013 | 7/1/2013 to 7/31/2013 | $11,940.00 | $287.83 | Paid | Paid |
| 9/3/2013 | 8/1/2013 to 8/31/2013 | $8,220.00 | $30.00 | Paid | Paid |
| 10/1/2013 | 9/1/2013 to 9/30/2013 | $11,100.00 | $0.00 | Paid | Paid |
| 11/1/2013 | 10/1/2013 to 10/31/2013 | $5,820.00 | $0.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 29 years, and his billing rate is $750 per hour. In this Application period Mr. Rich billed 15.4 hours,[2] for a total amount billed of $11,500.00, of which 80% is currently sought, in the amount of $9,240.00. No expenses were incurred for this period. The total sought in this Application is $9,240.00.

As stated above, this is the Sixty-Third application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $1,125.00 will be requested in a future application.

//

//

//

[2] Travel Time, if any, is included in this figure at 50% of actual time.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 11.5 | $8,625.00 |
| Fee Application Matters (monthly and quarterly, for applicant and PD FCR) | 3.9 | $2,925.00 |
| TOTAL | 15.4 | $11,500.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| | |
| TOTAL | $0.00 |

[*Remainder of this page intentionally blank*]

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

**CERTIFICATE OF SERVICE**

I certify that on the 2nd day of December, 2013, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

# EXHIBIT A

ALAN B. RICH
*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

# INVOICE FOR PROFESSIONAL SERVICES (November, 2013)

## Client

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

## Matter

***In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)**

| Date | Services Performed | Time |
|---|---|---|
| 11/1/2013 | Review Press releases and media coverage of purchase of Dow division by WRG | 0.7 |
| 11/1/2013 | Prepare, file and serve 62nd monthly fee application and notice of filing thereof | 1.5 |
| 11/1/2013 | Review 15th Quarterly Fee Application of Lauzon Belanger Lesperance, Canadian ZAI counsel | 0.2 |
| 11/1/2013 | Review 15th Quarterly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.2 |
| 11/1/2013 | Review 15th Quarterly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.2 |
| 11/1/2013 | Review Fee Auditor Report | 0.1 |
| 11/1/2013 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 11/1/2013 | Review 29th Omnibus Objection to Employee Claims | 0.5 |
| 11/1/2013 | Review CNO re 148th Monthly Fee Application of Ferry, Joseph & Pearce, Delaware counsel to the PD Committee | 0.1 |
| 11/1/2013 | Review CNO re 146th Monthly Fee Application of Bilzin Sumberg counsel to the PD Committee | 0.1 |
| 11/2/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/4/2013 | Review 3Q13 Operating Report | 0.3 |
| 11/4/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/5/2013 | Review 147th monthly fee application of Ferry, Joseph, Delaware counsel to the PD Committee | 0.1 |
| 11/5/2013 | Review 149th monthly fee application of Bilzen, Sumberg, counsel to the PD Committee | 0.1 |
| 11/5/2013 | Review Fee Auditor's Report re Stroock | 0.1 |
| 11/5/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/6/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 11/6/2013 | Review Certification of Counsel re Omnibus hearing dates for 1Q14 | 0.1 |
| 11/7/2013 | Prepare, file and serve CNO for FCR's 47th monthly fee application | 0.2 |
| 11/7/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 11/7/2013 | Review Order setting Omnibus hearings for January, February and March of 2014 | 0.2 |
| 11/8/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/9/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/11/2013 | Review Fee Auditor's report re Baker Donelson | 0.2 |
| 11/11/2013 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 11/12/2013 | Review opinion on the motion for reconsideration of confirmation of the Pittsburgh Corning case for possible impact on Grace Appeal | 0.6 |
| 11/12/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/13/2013 | Conference with Dick Schiro re effective date | 0.1 |
| 11/13/2013 | Conference with PI FCR counsel re status | 0.1 |
| 11/13/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 11/13/2013 | Emails with PD Trust interested parties re meeting to discuss trust effective date issues | 0.2 |
| 11/14/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 11/14/2013 | Emails re PD Trust meeting | 0.1 |
| 11/15/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 11/15/2013 | Emails re PD Trust meeting | 0.1 |
| 11/15/2013 | Prepare, file and serve Quarterly Fee Application | 1.5 |
| 11/15/2013 | Prepare, file and serve Quarterly Fee Application of PD FCR | 0.5 |
| 11/15/2013 | Review Debtors' Motion to Amend Blackstone retention order | 0.5 |
| 11/15/2013 | Review PI FCR's motion to retain Towers Watson | 0.5 |
| 11/16/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/18/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 11/19/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/20/2013 | Review Motion of Rosenberg in Third Circuit re Anderson Memorial Opinion | 0.1 |
| 11/20/2013 | Review Clerk's order Amending Anderson Memorial Opinion in Third Circuit | 0.1 |
| 11/20/2013 | Review of Amended Anderson Memorial Opinion in Third Circuit | 0.1 |

| | | |
|---|---|---|
| 11/20/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/20/2013 | Review Certificate of No Objection re Quarterly (49th period) Fee Application of counsel to the Property Damage Committee | 0.1 |
| 11/21/2013 | Prepare, file and serve CNO for 62nd monthly fee application | 0.2 |
| 11/21/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/21/2013 | Review CNO for 43rd Monthly Fee Application of Lauzon Belanger Lesperance, Canadian ZAI counsel | 0.1 |
| 11/21/2013 | Review CNO for 43rd Monthly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |
| 11/21/2013 | Review CNO for 43rd Monthly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 11/22/2013 | Emails re PD Trust organizational meeting | 0.2 |
| 11/22/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 11/22/2013 | Review Amended Notice of appearance re Wells Fargo | 0.1 |
| 11/22/2013 | Review 44th Monthly Fee Application of Lauzon Belanger Lesperance, Canadian ZAI counsel | 0.1 |
| 11/22/2013 | Review 44th Monthly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |
| 11/22/2013 | Review 44th Monthly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 11/22/2013 | Review Quarterly Fee Application for the 49th period of Bilzen Sumberg, Property Damage Committee counsel | 0.2 |
| 11/22/2013 | Review Quarterly Fee Application for the 49th period of Ferry Joseph & Pearce, Property Damage Committee Delaware counsel | 0.2 |
| 11/22/2013 | Review Debtors' Motion to authorize a 2013 QSF | 0.5 |
| 11/22/2013 | Rev iew Amended Appearance of Wachovia | 0.1 |

| | | |
|---|---|---|
| 11/23/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/25/2013 | Emails with PD Trustee and PD FCR re meeting | 0.1 |
| 11/25/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/26/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 11/26/2013 | Review Fee Auditor's Report for the 49th Quarter | 0.4 |
| 11/27/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/29/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 11/30/2013 | Review Miscellaneous Pleadings received today | 0.1 |

Total: 15.4 hours @ $750/hour = $11,550.00

Expenses: None

Total Fees and Expenses Due: $11,550.00