# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2013 - OCTOBER 31, 2013**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.1 | $ 73.50 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.6 | 441.00 |
| 0014 | Case Administration | 1.6 | 403.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 0.2 | 190.00 |
| 0018 | Fee Application, Applicant | 3.8 | 939.00 |
| 0019 | Creditor Inquiries | 1.6 | 1,520.00 |
| 0020 | Fee Application, Others | 1.4 | 308.00 |
| 0036 | Plan and Disclosure Statement | 0.1 | 73.50 |
| | | | |
| | **Total** | **9.4** | **$ 3,948.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | November 8, 2013 |
| INVOICE NO. | 606752 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through October 31, 2013, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/24/2013 | Review quarterly report settlements of claims under $50,000. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.1 | $ 735 | $ 73.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 73.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 73.50 |

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843  0009 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/14/2013 | Review press release re: Dow transaction (.1); emails Frezza, Pasquale re: Dow acceptance of WR Grace's bid for catalyst business (.1); draft corresp. to Committee re: same (.3). | Wildes, D. | 0.5 |
| 10/24/2013 | Review Debtors' Quarterly Report re: De Minimis Asset Sales. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.6 | $ 735 | $ 441.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 441.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 441.00 |
|---|---|

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/04/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 10/07/2013 | Obtain and circulate recent pleading re: appeals case no. 11-199 for attorney review (.1); review appeals case docket no. 12-1402 (.1). | Mohamed, D. | 0.2 |
| 10/09/2013 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.1 |
| 10/09/2013 | Review Debtor's Statement of amounts paid to Ordinary Course Professionals. | Wildes, D. | 0.1 |
| 10/18/2013 | Review appeals case docket nos. 11-199 and 12-1402 (.2); review case file documents (.6). | Mohamed, D. | 0.8 |
| 10/24/2013 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 1.5 | $ 220 | $ 330.00 |
| Wildes, Denise K. | 0.1 | 735 | 73.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 403.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 403.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/14/2013 | Emails re: Dow purchase. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.2 | $ 950 | $ 190.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 190.00 | |
| TOTAL FOR THIS MATTER | | $ 190.00 | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant<br>699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/10/2013 | Review fee detail and prepare draft of SSL's 150th monthly fee application for attorney review. | Mohamed, D. | 0.8 |
| 10/10/2013 | Review monthly fee application. | Wildes, D. | 0.2 |
| 10/30/2013 | Finalize SSL's 150th monthly fee application for filing (.4); prepare notice and CoS re: same and forward to local counsel for filing (.4); prepare and effectuate service re: fee application (.5). | Mohamed, D. | 1.3 |
| 10/31/2013 | Prepare draft of SSL's 50th quarterly fee application. | Mohamed, D. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 3.6 | $ 220 | $ 792.00 |
| Wildes, Denise K. | 0.2 | 735 | 147.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 939.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 939.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Creditor Inquiries 699843 0019 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/09/2013 | T/c creditor re: appeal status. | Pasquale, K. | 0.3 |
| 10/10/2013 | T/c creditor re: appeal status. | Pasquale, K. | 0.3 |
| 10/17/2013 | Telephone conference creditor re: appeal status. | Pasquale, K. | 0.3 |
| 10/29/2013 | Emails w/Capstone, lenders' counsel re: status. | Pasquale, K. | 0.3 |
| 10/31/2013 | T/c creditor re: appeal, confirmation status. | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 1.6 | $ 950 | $ 1,520.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 1,520.00 | |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,520.00 |

# STROOCK

| RE | Fee Application, Others |
|---|---|
|  | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/15/2013 | Review and finalize Capstone's 115th monthly fee application for filing (.5); prepare notice and CoS re: same and forward to local counsel for filing (.4); prepare and effectuate service re: fee application (.5). | Mohamed, D. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 1.4 | $ 220 | $ 308.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 308.00 |

| TOTAL FOR THIS MATTER | $ 308.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses<br>699843 0024 |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 23.93 |
| TOTAL DISBURSEMENTS/CHARGES | $ 23.93 |
| TOTAL FOR THIS MATTER | $ 23.93 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement<br>699843 0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/07/2013 | Review Mandate/Judgment of USCA as to appeal filed by State of Montana. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.1 | $ 735 | $ 73.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 73.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 73.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,948.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $    23.93 |
| TOTAL BILL | $ 3,972.43 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.