# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**OCTOBER 1, 2013 - OCTOBER 31, 2013**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Pasquale, Kenneth | 1.8 | $ 950 | $ 1,710.00 |
| | | | |
| **Associates** | | | |
| Wildes, Denise | 1.1 | 735 | 808.50 |
| | | | |
| **Paraprofessionals** | | | |
| Mohamed, David | 6.5 | 220 | 1,430.00 |
| | | | |
| **Total** | **9.4** | | **$ 3,948.50** |