# EXHIBIT C

**WR GRACE & CO**

**DISBURSEMENT SUMMARY**

**OCTOBER 1, 2013 - OCTOBER 31, 2013**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 23.93 |
| | | |
| **Total** | **$** | **23.93** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | November 8, 2013 |
|---|---|
| INVOICE NO. | 606752 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR DISBUSRSMENT INCURRED in the captioned matter for the period through October 31, 2013, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 10/15/2013 | Vendor: United Parcel Service Invoice #: 00000010X827423 10.19.13 Tracking #: 1Z10X8270193238812 Shipment Date: 10/15/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.19 |
| 10/15/2013 | Vendor: United Parcel Service Invoice #: 00000010X827423 10.19.13 Tracking #: 1Z10X8270194669604 Shipment Date: 10/15/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.19 |
| 10/15/2013 | Vendor: United Parcel Service Invoice #: 00000010X827423 10.19.13 Tracking #: 1Z10X8270792344822 Shipment Date: 10/15/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.55 |
| **Outside Messenger Service Total** | | **23.93** |

| BILL DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 23.93 |

| TOTAL DISBURSEMENTS/CHARGES | $ 23.93 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.