# EXHIBIT A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

November 19, 2013

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number: 634763
056772

---

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 205.62 |
| MATTER TOTAL | $205.62 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $257.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $257.50 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $448.00 |
| DISBURSEMENTS | 73.60 |
| MATTER TOTAL | $521.60 |
| CLIENT GRAND TOTAL | $984.72 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| Bank: | Citibank, N.A. |
| | 153 East 53rd Street, 23rd Floor New York, N.Y. 10022 |
| ABA No.: | 021000089 |
| Account Name: | Kramer Levin Naftalis & Frankel LLP Account AR |
| Account No.: | 4979206709 |
| Reference: | Invoice No. 634763 |
| Attention: | Joseph Scotto (212) 559-6338 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2397171.1

Kramer Levin Naftalis & Frankel LLP                                                      Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                         November 19, 2013
056772-00001                                                                              Invoice No. 634763

## CASE ADMINISTRATION

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| RESEARCH SERVICES | 14.00 |
| LONG-DISTANCE TEL. | 10.06 |
| WESTLAW ON-LINE RESEARCH | 74.06 |
| DOCUMENT RETRIEVAL FEES | 107.50 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$205.62** |
| **TOTAL FOR THIS MATTER** | **$205.62** |

KL4 2397171.1

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/14/13 | BENTLEY, PHILIP | Trade e-mails re appeal issues. | 0.10 | 89.50 |
| 10/15/13 | KAUP, ANASTASIA N | Review Court rules and deadlines re: 3d Cir. appeals (.2); emails w/ D. Blabey re: same (.1). | 0.30 | 168.00 |
| **TOTAL HOURS AND FEES** | | | **0.40** | **$257.50** |
| **TOTAL FOR THIS MATTER** | | | | **$257.50** |

KL4 2397171.1

Kramer Levin Naftalis & Frankel LLP
Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

November 19, 2013
Invoice No. 634763

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/04/13 | KAUP, ANASTASIA N | Review/mark-up monthly bill for inclusion in monthly fee application (.2); T/Cs and emails w/ D. Blabey, F. Arias, B. Becker re: same (.1). | 0.30 | 168.00 |
| 10/14/13 | KAUP, ANASTASIA N | Review/draft monthly fee application pleading (.3); O/C and emails w/ D. Blabey, B. Becker re: same (.2). | 0.50 | 280.00 |
| **TOTAL HOURS AND FEES** | | | **0.80** | **$448.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| DOCUMENT RETRIEVAL FEES | 73.60 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$73.60** |

**TOTAL FOR THIS MATTER**                    **$521.60**

KL4 2397171.1