# EXHIBIT B

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE        1
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/19/2013 15:48:30

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:    5191365
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                                  PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:                               TO:
          UNBILLED DISB FROM:    09/16/2013                 TO:    10/31/2013

                                    FEES                           COSTS

    GROSS BILLABLE AMOUNT:         0.00                            205.62
     AMOUNT WRITTEN DOWN:
                PREMIUM:
       ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
              THRU DATE:                                                      10/31/2013
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

            FEES:                          0.00        UNIDENTIFIED RECEIPTS:      0.00
    DISBURSEMENTS:                       205.62             PAID FEE RETAINER:     0.00
      FEE RETAINER:                        0.00            PAID DISB RETAINER:     0.00
     DISB RETAINER:                        0.00         TOTAL AVAILABLE FUNDS:     0.00
  TOTAL OUTSTANDING:                     205.62                 TRUST BALANCE:
                                                       BILLING HISTORY
DATE OF LAST BILL:     10/31/13           LAST PAYMENT DATE:          10/31/13
LAST BILL NUMBER:      632254   ACTUAL FEES BILLED TO DATE:        375,650.00
                                 ON ACCOUNT FEES BILLED TO DATE:         0.00
                                      TOTAL FEES BILLED TO DATE:   375,650.00
LAST BILL THRU DATE:   09/30/13          FEES WRITTEN OFF TO DATE:  86,047.00
                                        COSTS WRITTEN OFF TO DATE:  24,521.28
FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee            (4) Excessive Legal Time    (7) Fixed Fee
  (2) Late Time & Costs Posted      (5) Business Development    (8) Premium
  (3) Pre-arranged Discount         (6) Summer Associate        (9) Rounding        (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____           CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE      2
Run Date & Time: 11/19/2013 15:48:30                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                               Orig Prtnr : CRED. RGTS    - 06975            Proforma Number:    5191365
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -----------
Code  Description                          Oldest        Latest         Total
                                            Entry         Entry        Amount
                                           -------       -------      --------
0841  RESEARCH SERVICES                    10/15/13      10/15/13        14.00
0885  LONG-DISTANCE TEL.                   09/16/13      10/09/13        10.06
0917  WESTLAW ON-LINE RESEARCH             10/01/13      10/31/13        74.06
0972  DOCUMENT RETRIEVAL FEES              09/30/13      09/30/13       107.50

              Total                                                     205.62


U N B I L L E D   C O S T S   D E T A I L
Description/Code                      Employee                   Date          Amount      Index#    Batch No   Batch Date
                                      --------                   ----          ------      ------    --------   ----------

RESEARCH SERVICES 0841
   RESEARCH SERVICES                  GOMEZ, E G                 10/15/13       14.00      10022272  1474297    11/04/13
   A.Kaup - set up Supreme Court Alerts.
   BloombergLaw

              0841 RESEARCH SERVICES Total :                                    14.00

LONG-DISTANCE TEL. 0885
   PREMIERE CONFERENCING              BLABEY, D E                09/16/13        6.43      10017116  1472337    10/30/13
   David Blabey Jr.
   PREMIERE CONFERENCING              CATON, A                   10/09/13        3.63      10017117  1472337    10/30/13
   Ms. Amy Caton

              0885 LONG-DISTANCE TEL. Total :                                   10.06

WESTLAW ON-LINE RESEARCH 0917
   WESTLAW ON-LINE RESE               BLABEY, D E                10/01/13        3.22      10021498  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/02/13        3.22      10021499  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/03/13        3.22      10021500  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/04/13        3.22      10021501  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/07/13        3.22      10021502  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/08/13        3.22      10021503  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/09/13        3.22      10021504  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/10/13        3.22      10021505  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/11/13        3.22      10021506  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/14/13        3.22      10021507  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/15/13        3.22      10021508  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/16/13        3.22      10021509  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/17/13        3.22      10021510  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/18/13        3.22      10021511  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/21/13        3.22      10021512  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/22/13        3.22      10021513  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/23/13        3.22      10021514  1476350    11/04/13
   WESTLAW ON-LINE RESE               BLABEY, D E                10/24/13        3.22      10021515  1476350    11/04/13
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    3
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/19/2013 15:48:30

Matter No: 056772-00001                         Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    5191365
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status        : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code
------------------

                        Employee              Date           Amount       Index#     Batch No   Batch Date
                        --------              ----           ------       ------     --------   ----------

WESTLAW ON-LINE RESE    BLABEY, D E           10/25/13         3.22     10021516     1476350    11/04/13
WESTLAW ON-LINE RESE    BLABEY, D E           10/28/13         3.22     10021517     1476350    11/04/13
WESTLAW ON-LINE RESE    BLABEY, D E           10/29/13         3.22     10021518     1476350    11/04/13
WESTLAW ON-LINE RESE    BLABEY, D E           10/30/13         3.22     10021519     1476350    11/04/13
WESTLAW ON-LINE RESE    BLABEY, D E           10/31/13         3.22     10021520     1476350    11/04/13
          0917 WESTLAW ON-LINE RESE Total :                   74.06

DOCUMENT RETRIEVAL FEES 0972
DOCUMENT RETRIEVAL F    PIZZARELLO, C         09/30/13        58.10     10005114     1466572    10/15/13
DOCUMENT RETRIEVAL F    PIZZARELLO, C         09/30/13        49.40     10005115     1466572    10/15/13
          0972 DOCUMENT RETRIEVAL F Total :                  107.50


               Costs Total :                                 205.62
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    4
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/19/2013 15:48:30

Matter No: 056772-00001                                 Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:    5191365
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                Amount                Bill           W/o / W/u          Transfer To    Clnt/Mtr     Carry Forward
---------------------           --------              ------         ---------          -----------    --------     -------------

0841 RESEARCH SERVICES             14.00
0885 LONG-DISTANCE TEL.            10.06
0917 WESTLAW ON-LINE RESEARCH      74.06
0972 DOCUMENT RETRIEVAL FEES      107.50

        Costs Total :             205.62
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                             PAGE      5
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/19/2013 15:48:30

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    5191365
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                                  TO:
            UNBILLED DISB FROM:  09/30/2013                      TO:   09/30/2013

                                    FEES                    COSTS

     GROSS BILLABLE AMOUNT:          0.00                     73.60
     AMOUNT WRITTEN DOWN:
                  PREMIUM:
         ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                THRU DATE:                                  09/30/2013
 CLOSE MATTER/FINAL BILLING? YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


               ACCOUNTS RECEIVABLE TOTALS                                   UNAPPLIED CASH

     FEES:                         0.00
     DISBURSEMENTS:               73.60     UNIDENTIFIED RECEIPTS:             0.00
     FEE RETAINER:                 0.00     PAID FEE RETAINER:                 0.00
     DISB RETAINER:                0.00     PAID DISB RETAINER:                0.00
     TOTAL OUTSTANDING:           73.60     TOTAL AVAILABLE FUNDS:             0.00
                                            TRUST BALANCE:
                                            BILLING HISTORY

 DATE OF LAST BILL:    10/31/13           LAST PAYMENT DATE:           10/31/13
 LAST BILL NUMBER:      632254    ACTUAL FEES BILLED TO DATE:       263,189.00
                                  ON ACCOUNT FEES BILLED TO DATE:         0.00
                                     TOTAL FEES BILLED TO DATE:     263,189.00
 LAST BILL THRU DATE:  09/30/13        FEES WRITTEN OFF TO DATE:     22,211.50
                                      COSTS WRITTEN OFF TO DATE:        944.50

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee            (4) Excessive Legal Time       (7) Fixed Fee
   (2) Late Time & Costs Posted      (5) Business Development       (8) Premium
   (3) Pre-arranged Discount         (6) Summer Associate           (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____   FRC: _____    CRC: _____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE      6
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/19/2013 15:48:30

Matter No: 056772-00008                            Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    5191365
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status        : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y ------- Total Unbilled -------
Code Description                                 Oldest       Latest         Total
                                                 Entry        Entry          Amount
---- -----------                                 ------       ------         ------
0972 DOCUMENT RETRIEVAL FEES                     09/30/13     09/30/13        73.60

                  Total                                                       73.60


U N B I L L E D    C O S T S    D E T A I L
Description/Code                  Employee                 Date          Amount        Index#     Batch No   Batch Date
----------------                  --------                 ----          ------        ------     --------   ----------

DOCUMENT RETRIEVAL FEES 0972
   DOCUMENT RETRIEVAL F           PIZZARELLO, C            09/30/13       62.00        10005116   1466572    10/15/13
   DOCUMENT RETRIEVAL F           PIZZARELLO, C            09/30/13       11.60        10005117   1466572    10/15/13
                                  0972 DOCUMENT RETRIEVAL F Total :       73.60


                 Costs Total :                                            73.60
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/19/2013 15:48:30

Matter No: 056772-00008                                 Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:    5191365
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                  Amount              Bill      W/o / W/u      Transfer To      Clnt/Mtr    Carry Forward

0972 DOCUMENT RETRIEVAL FEES       73.60

         Costs Total :             73.60
```