Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2213061 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 11/06/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00004 |
| Charlottesville, VA 22902 | |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/13 | TKD | Review all pleadings and share with team | 0.5 | 325.00 |
| 10/02/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/03/13 | TKD | Review all case filings and share with Team | 0.5 | 325.00 |
| 10/04/13 | TKD | Review all pleadings and share with team | 0.5 | 325.00 |
| 10/07/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/08/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/09/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/10/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/11/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/14/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/15/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/16/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 10/17/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/18/13 | TKD | Review pleadings and share with team | 0.5 | 325.00 |
| 10/21/13 | TKD | Review case filings and share with team | 0.3 | 195.00 |
| 10/22/13 | TKD | Review all case filings and share with team | 0.6 | 390.00 |
| 10/23/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/24/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 10/25/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | | |
|---|---|---|---|
| 359022 | | WR Grace - Official Committee of Equity Security | Invoice Number 2213061 |
| 00004 | | Holders | Page 2 |
| 11/06/13 | | Case Administration | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/28/13 | TKD | Review daily filings and share with team | 0.5 | 325.00 |
| 10/29/13 | TKD | Review all pleadings and share with team | 0.4 | 260.00 |
| 10/30/13 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 10/31/13 | TKD | Review all case filings and share with team | 0.3 | 195.00 |

TOTAL HOURS  10.1

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 10.1 at | $650.00 = | 6,565.00 |

CURRENT FEES  6,565.00

**TOTAL AMOUNT OF THIS INVOICE**  6,565.00

**NET AMOUNT OF THIS INVOICE**  6,565.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2213062 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 11/06/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/11/13 | TKD | Reviewed email to Committee regarding acquisition | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.2 | at | $650.00 | = | 130.00 |

CURRENT FEES                                                                 130.00

TOTAL AMOUNT OF THIS INVOICE                                    130.00

NET AMOUNT OF THIS INVOICE                                        130.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2213064 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 11/06/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re:  Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/18/13 | TBB | Draft CNO to Saul Ewing's Fiftieth Monthly Fee Application. | 0.2 | 39.00 |
| 10/18/13 | TBB | File and serve CNO to Saul Ewing's Fiftieth Monthly Fee Application. | 0.8 | 156.00 |
| 10/29/13 | TBB | Draft Saul Ewing's fifty first monthly fee application. | 0.5 | 97.50 |
| 10/29/13 | TBB | File and serve Saul Ewing's fifty first monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 2.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Tracy B. Buck | 2.3 at | $195.00 = | 448.50 |

CURRENT FEES  448.50

TOTAL AMOUNT OF THIS INVOICE  448.50

NET AMOUNT OF THIS INVOICE  448.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2213065 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 11/06/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/23/13 | TBB | Draft CNO to Kramer Levin's one hundred and forty fourth monthly fee application. | 0.2 | 39.00 |
| 10/23/13 | TBB | File and serve CNO to Kramer Levin's one hundred and forty fourth monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 1.0 | at | $195.00 | = | 195.00 |

| | |
|---|---|
| CURRENT FEES | 195.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 195.00 |
| **NET AMOUNT OF THIS INVOICE** | 195.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2213063 |
| Invoice Date | 11/06/13 |
| Client Number | 359022 |
| Matter Number | 00014 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 12.40 |
| Federal Express | 52.12 |
| CURRENT EXPENSES | 64.52 |
| **TOTAL AMOUNT OF THIS INVOICE** | 64.52 |
| **NET AMOUNT OF THIS INVOICE** | 64.52 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP