**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 31291 |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 31291
(FIFTEENTH QUARTERLY APPLICATION OF THE HOGAN FIRM
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE REPRESENTATIVE COUNSEL FOR THE
CANADIAN ZAI CLAIMANTS FOR THE INTERIM FEE PERIOD
FROM JULY 1, 2013 THROUGH SEPTEMBER 30, 2013**)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fifteenth Quarterly Application of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Interim Period from July 1, 2013 through September 30, 2013 (the "Application").   The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.   Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, November 29, 2013.

Dated: December 3, 2013                    Respectfully submitted,

By:    */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: dkhogan@dkhogan.com
**Counsel to the Representative Counsel As Special
Counsel for the Canadian ZAI Claimants**