# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 31292 |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 31292
(FIFTEENTH QUARTERLY APPLICATION OF SCARFONE HAWKINS
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS FOR
THE INTERIM FEE PERIOD FROM JULY 1, 2013 THROUGH SEPTEMBER 30, 2013)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fifteenth Quarterly Application of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Interim Fee Period from July 1, 2013 through September 30, 2013, (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, November 29, 2013.

Dated: December 3, 2013			Respectfully submitted,

			By:	*/s/ Daniel K. Hogan*
				Daniel K. Hogan (DE Bar No. 2814)
				THE HOGAN FIRM
				1311 Delaware Avenue
				Wilmington, Delaware 19806
				Telephone: 302.656.7540
				Facsimile: 302.656.7599
				Email: dkhogan@dkhogan.com
				**Counsel to the Representative Counsel for the Canadian ZAI Claimants**