<u>**EXHIBIT A**</u>

**October 2013 Fee Detail**

**Matter 3**                                          **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 10/1/2013 | Analyze issues re proposed business transaction (.40); telephone conference with J. McFRarland and A. Arshad re same (.30); telephone conference with A. Wetford et al. re same (.50). | 1.20 | $475 | $570.00 |
| RJH | 10/11/2013 | Legal analysis re Pre-Stress Engineering issue (.80); telephone conference with assignor re same (.40); telephone conference with R. Finke re same (.50); draft correspondence re same (.30). | 2.00 | $475 | $950.00 |
| RJH | 10/15/2013 | Telephone conference with R. Finke re Pre-Stress Engineering (.30). | .30 | $475 | $142.50 |
| RJH | 10/16/2013 | Telephone conference with R. Finke re Pre-Stress Engineering and related issues (.40). | .40 | $475 | $190.00 |
| RJH | 10/18/2013 | Legal research re Pre-Stress issue (1.00); exchange correspondence with R. Finke and others re same (.30). | 1.30 | $475 | $617.50 |
| RJH | 10/21/2013 | Prepare for telephone conference with R. Conlin and R. Finke re Pre-Stress issue (.20); participate in same (.50); telephone conference with R. Finke re same and other issues (.20). | .90 | $475 | $427.50 |
| **Total** | | | 6.10 | | $2,897.50 |

**Matter 4**                                      **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 10/1/2013 | Review and revise Q3 bankruptcy footnote (.80); exchange correspondence with various parties re same (.30). | 1.10 | $475 | $522.50 |
| RJH | 10/3/2013 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 10/8/2013 | Respond to creditor inquiries (.40); review OCP report and prepare same for filing (.80). | 1.20 | $475 | $570.00 |
| RJH | 10/15/2013 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 10/16/2013 | Respond to creditor inquiries (.40). | .40 | $475 | $190.00 |
| RJH | 10/22/2013 | Respond to creditor inquiries (.70). | .70 | $475 | $332.50 |
| RJH | 10/24/2013 | Attend to matters re filing of quarterly asset and settlement reports (.30); respond to creditor inquiries (.30). | .60 | $475 | $285.00 |
| RJH | 10/31/2013 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| **Total** | | | 5.50 | | $2,612.50 |

Matter 6                         Claim Analysis Objection & Resolution (Non-asbestos)

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/1/2013 | Draft and revise omnibus employee claims objection (.70); draft and exchange correspondence with M. Shelnitz re Wolter and Owens settlement agreement (.40). | 1.10 | $475 | $522.50 |
| RJH | 10/2/2013 | Legal research re Fireman's Fund claim allocation issues (1.50); exchange correspondence to L. Esayian re same (.50); exchange correspondence with A. Schlesinger re same (.30); draft correspondence to J. Carignan re Hanmar-Hankin (.20). | 2.50 | $475 | $1,187.50 |
| RJH | 10/3/2013 | Analyze issues re Fireman's Fund and Wachovia claims (2.50); telephone conference with A. Schlesinger re same (.50); telephone conference with J. Wolter re settlement agreement (.50); exchange correspondence with M. Owens re same (.30). | 3.80 | $475 | $1,805.00 |
| RJH | 10/4/2013 | Telephone conference with R. Finke re Bolduc claim and other issues (.40); legal research re same (4.00); exchange correspondence with R. Finke and S. Scarlis re same (.50). | 4.90 | $475 | $2,327.50 |
| RJH | 10/8/2013 | Legal analysis re Fireman's Fund claim allocation issues (.70); draft correspondence re same (.60) | 1.30 | $475 | $617.50 |
| RJH | 10/10/2013 | Telephone conference with J. Wolter re settlement agreement (.30); revise same and prepare for execution (1.10); analyze issues re open scheduled claims (.90); exchange correspondence with M. Araki re same (.30); legal research re Bank of America claim issues (1.30). | 3.90 | $475 | $1,852.50 |
| RJH | 10/15/2013 | Analyze issues re amendments to schedules (1.30); telephone conference with M. Araki re same (.60); attend to matters re Wolter and Owens settlement agreement (.50); exchange correspondence with various parties re open claims matters (.50). | 2.90 | $475 | $1,377.50 |
| RJH | 10/16/2013 | Exchange correspondence with various parties re Wolter & Owens settlement agreement (.50). | .50 | $475 | $237.50 |
| RJH | 10/17/2013 | Legal analysis re Hanmar/Hankin settlement discussions (.50); exchange correspondence with J. Carignan and R. Finke re same (.40); analyze issues re JP Morgan claims (.50); telephone conference with M. Araki re same (.20); exchange correspondence with R. Finke re same (.20). | 1.80 | $475 | $855.00 |
| RJH | 10/21/2013 | Exchange correspondence with various parties re Wolter & Owens settlement agreement (.40). | .40 | $475 | $190.00 |

3

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 10/22/2013 | Analyze issues re Wolter & Owens settlement (.30); telephone conference with J. McFarland re same and other issues (.50); telephone conference with R. Finke re employee claims (.60); draft objection re same (4.00). | 5.40 | $475 | $2,565.00 |
| RJH | 10/23/2013 | Analyze employee claims issues (1.20); draft and revise notice of objection (.80); draft and revise objection (1.00); telephone conference with M. Araki re same and other issues (.30); legal research re environmental claims issues (1.30); exchange correspondence with H. Feichko re same (.40); exchange correspondence and analyze issues re Wolter and Owens settlement agreement (.30). | 5.30 | $475 | $2,517.50 |
| RJH | 10/24/2013 | Analyze remaining employee claims (1.40); draft and revise omnibus employee objection (3.50); analyze issues re Yunich claim (1.00); telephone conference with M. Araki re same (.30); telephone conference with R. Finke re same (.40). | 6.60 | $475 | $3,135.00 |
| RJH | 10/25/2013 | Revise and draft omnibus employee claim objection (3.50); exchange correspondence with various parties re same (.50); draft and revise Nelson claim objection (1.00); draft and revise Finke Declaration re same (.70). | 5.70 | $475 | $2,707.50 |
| RJH | 10/27/2013 | Analyze K&E comments to employee claims objection and revise same (2.00). | 2.00 | $475 | $950.00 |
| RJH | 10/28/2013 | Draft and revise employee claims objection (.90); exchange correspondence with various parties re same (.50); draft and revise form of notice re same (1.50); telephone conference with M. Araki re same (.70); telephone conference with R. Finke re same (.40); revise Nelson objection (1.50); revise Finke declaration re same (1.40); legal research re employee claims issues (.70); revise tracking lists re same (1.00). | 8.60 | $475 | $4,085.00 |
| RJH | 10/29/2013 | Revise employee claims objection (1.40); telephone conference with M. Araki re employee claims (.60); draft Finke declaration re employee claims objection (1.50); draft and revise Nelson objection (1.00); draft and revise Finke declaration re same (.80); prepare same for filing (.70); telephone conference with J. Carignan re Hanmar/Hankin (.80); prepare for same (.20); draft correspondence to R. Finke re same (.80); revise employee claim tracking list (1.20). | 9.00 | $475 | $4,275.00 |

4

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/30/2013 | Revise employee benefit continuation notice (.90); revise employee objection (1.10); revise Finke declaration re same and prepare for execution (.80); exchange correspondence with M. Araki re objection (.50); exchange correspondence with R. Finke re same (.30); exchange correspondence with J. O'Neill re same (.20). | 3.80 | $475 | $1,805.00 |
| RJH | 10/31/2013 | Legal analysis re VSPP and D&O claims issues (.70); exchange correspondence with various parties re same (.30); draft and revise employee claims objection (2.00); draft and revise notice re same (.90); telephone conferences with M. Araki re same (.70); exchange correspondence with various parties re same (.60); telephone conference with R. Finke re same (.30). | 5.50 | $475 | $2,612.50 |
| Total | | | 75.00 | | $35,625.00 |

**Matter 8**                                           **Employee Benefits/Pension**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 10/2/2013 | Analyze issues re DB plan contributions (.50); exchange correspondence with E. Filon re same (.30). | .80 | $475 | $380.00 |
| RJH | 10/11/2013 | Legal analysis re DB Plan contribution issues (1.00); participate in telephone conference with E. Filon re same (.70). | 1.70 | $475 | $807.50 |
| RJH | 10/17/2013 | Draft 12/13 DB Plan Contribution motion (1.30); legal research re same (.70). | 2.00 | $475 | $950.00 |
| RJH | 10/18/2013 | Continue drafting 12/13 DB Plan Contribution motion (2.80). | 2.80 | $475 | $1,330.00 |
| RJH | 10/21/2013 | Draft and revise pension contribution motion and circulate same for comment (2.00). | 2.00 | $475 | $950.00 |
| RJH | 10/29/2013 | Draft and revise 2013/14 DB contribution motion and circulate same for comment (.60). | .60 | $475 | $285.00 |
| RJH | 10/30/2013 | Participate in telephone conference with R. Wiley and E. Filon re DB Contribution motion (.80). | .80 | $475 | $380.00 |
| **Total** | | | 10.70 | | $5,082.50 |

6

**Matter 10**                                    **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/21/2013 | Telephone conference with S. Bigler re OCP affidavit issue (.30). | .30 | $475 | $142.50 |
| **Total** | | | 0.30 | | $ 142.50 |

**Matter 11**                               **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/27/2013 | Prepare September RJH fee application (2.00). | 2.00 | $475 | $950.00 |
| RJH | 10/29/2013 | Prepare RJH fee application for filing (.30). | .30 | $475 | $142.50 |
| **Total** | | | 2.30 | | $1,092.50 |

Matter 12                                    Fee Applications, Others

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 10/1/2013 | Review and comment on Grant Thornton fee application (.50). | .50 | $475 | $237.50 |
| RJH | 10/8/2013 | Exchange correspondence with K. Becker re Rust Consulting fee payments (.30). | .30 | $475 | $142.50 |
| RJH | 10/9/2013 | Analyze issues re Rust Consulting fee payments (.30); exchange correspondence with K. Becker re same (.20). | .50 | $475 | $237.50 |
| RJH | 10/18/2013 | Telephone conference with J. Gettleman re Richards Layton (.30); telephone conference with J. O'Neill re same (.40); legal research re same (.40); telephone conference with S. Bigler re same (.30). | 1.40 | $475 | $665.00 |
| RJH | 10/21/2013 | Exchange correspondence with various parties re Venable fee application issues (.30). | .30 | $475 | $142.50 |
| RJH | 10/23/2013 | Review and comment on Grant Thornton fee application (.50); telephone conference with M. Abraham re same (.30); attend to matters re Richards Layton issue (.50). | 1.30 | $475 | $617.50 |
| **Total** | | | 4.30 | | $2,042.50 |

**Matter 14**                                      **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 10/29/2013 | Telephone conference with J. O'Neill re 2014 hearing dates (.50); telephone conference with J. Gettleman re same and other issues (.80). | 1.30 | $475 | $617.50 |
| **Total** | | | 1.30 | | $ 617.50 |

Matter 16                                              **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 10/1/2013 | Analyze issues re sources and uses (1.50); telephone conference with A. Schlesinger re same (.30); telephone conference with M. Araki re tax reporting requirements for plan distributions (.40); legal research re same (.50); exchange correspondence with T. Maynes re same (.20). | 2.90 | $475 | $1,377.50 |
| RJH | 10/2/2013 | Legal analysis re funds flow (2.50); analyze precedent documents re same (.60); legal analysis re tax reporting requirements for claims distributions (.70); telephone conference with T. Maynes re same (.40); telephone conference with M. Araki re same (.30). | 4.50 | $475 | $2,137.50 |
| RJH | 10/3/2013 | Analyze funds flow issues (1.50); outline memorandum re same (.30); prepare for allowed claims exhibit conference call (.30); participate in same (.70); follow up re same (.30). | 3.10 | $475 | $1,472.50 |
| RJH | 10/4/2013 | Legal analysis re fund flow issues (1.00); draft memorandum re same (.50); legal analysis re allowed claims exhibit issues (.70). | 2.20 | $475 | $1,045.00 |
| RJH | 10/7/2013 | Draft funds flow memorandum (3.00). | 3.00 | $475 | $1,425.00 |
| RJH | 10/8/2013 | Participate in telephone conference with Plan sponsors' counsel (.60); draft funds flow memorandum (5.00); legal research re same (1.00); telephone conference with R. Finke re Allowed Claims Exhibit issues (.60). | 7.20 | $475 | $3,420.00 |
| RJH | 10/9/2013 | Legal research re effective date funds flow (2.00); draft memorandum re same (5.50). | 7.50 | $475 | $3,562.50 |
| RJH | 10/10/2013 | Prepare for telephone conference with A. Schlesinger, M. Araki et al. re Allowed Claims Exhibit and other effective date issues (.30); participate in same (.70); analyze issues re same (.40); exchange correspondence with various parties re same (.40); legal research re effective date funds flow (1.80); draft and revise memorandum re same (3.00). | 6.60 | $475 | $3,135.00 |
| RJH | 10/15/2013 | Analyze emergence issues (1.00); participate in telephone conference with various parties re allowed claims exhibit (.80); participate in telephone conference with M. Phillips and M. Araki re W-9 issues (.70); legal analysis re same (.40). | 2.90 | $475 | $1,377.50 |
| RJH | 10/16/2013 | Analyze effective date and related emergence issues (1.00). | 1.00 | $475 | $475.00 |

11

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 10/18/2013 | Legal research re Form W-9s to claimants (.70). | .70 | $475 | $332.50 |
| RJH | 10/21/2013 | Analyze issues re funds flow (.90); exchange correspondence with various parties re same (.20); analyze issues re distributions (.60); draft form W-9 notice (2.50). | 4.20 | $475 | $1,995.00 |
| RJH | 10/23/2013 | Telephone conference with A. Schlesinger re funds flow memorandum (.30); revise same and circulate for comment (.50). | .80 | $475 | $380.00 |
| RJH | 10/24/2013 | Analyze emergence issues (1.00); participate in conference call with client and others re same (.70). | 1.70 | $475 | $807.50 |
| RJH | 10/25/2013 | Draft and revise form of tax notice (2.30). | 2.30 | $475 | $1,092.50 |
| RJH | 10/28/2013 | Review and analyze Grace VSPP materials (.20); participate in telephone conference re same with client (1.00); review and analyze effective date checklist (.60); participate in conference call re same (1.70); telephone conference with M. Jones re effective date issues (.30). | 3.80 | $475 | $1,805.00 |
| RJH | 10/29/2013 | Legal analysis re qualified settlement fund motion (.30); draft same (.40). | .70 | $475 | $332.50 |
| RJH | 10/30/2013 | Draft QSF motion (.50); telephone conference with J. O'Connell re effective date matters (.50). | 1.00 | $475 | $475.00 |
| RJH | 10/31/2013 | Telephone conference with E. Filon re QSF issues (.50); legal analysis re same (.40); legal analysis re effective date issues (1.10); telephone conference with A. Paul re same (.40); participate in telephone conference with S. Scarlis, R. Finke et al. re Allowed Claims Exhibit and related issues (.80). | 3.20 | $475 | $1,520.00 |
| **Total** | | | 59.30 | | $28,167.50 |