<u>**EXHIBIT B**</u>

**September 2013 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Online research | $475.00 |
| Telephone & Long Distance | $208.23 |
| PACER Court Charges | $139.10 |
| **Total:** | **$839.28** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| **Total** | **$ 0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 11/6/2013 | $139.10 | PACER (7/1/13 - 9/30/13) |
| 11/7/2013 | $16.95 | Fax and other charges - October |
| 11/7/2013 | $208.23 | ICL *Telecon* IC |
| 11/17/2013 | $475.00 | Lexis Nexis - Grace charges for October |
| **Total** | **$839.28** | |

Total October 2013 Expenses:  $839.28