IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** ) | **Case No. 01-01139 (KJC)** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | Objection Deadline: December 3, 2013 |
| ) | Ref. No. 31346 |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 31346

    The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Application of Roger Frankel, Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Towers Watson Delaware Inc. as Actuarial Consultants Nunc Pro Tunc to November 15, 2013* ("Application") filed with the Court on November 15, 2013, and entered on the Court's docket as Docket No. 31346.  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed no later than December 3, 2013.

The undersigned respectfully requests this Court enter the Order attached to the Application at its earliest convenience.

                        ORRICK, HERRINGTON & SUTCLIFFE LLP

                        By:*/S/ DEBRA L. FELDER*
                            Richard H. Wyron, admitted *pro hac vice*
                            Debra L. Felder, admitted *pro hac vice*
                            Columbia Center
                            1152 15th Street, NW
                            Washington, DC  20005
                            (202) 339-8400

                  —and—

                  PHILLIPS, GOLDMAN & SPENCE, P.A.
                  John C. Phillips, Jr. (#110)
                  1200 North Broom Street
                  Wilmington, DE 19806
                  (302) 655-4200

                  *Co-Counsel to Roger Frankel, Asbestos PI Future Claimants' Representative*

Dated: December 5, 2013