**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                          )
In re:                                    )          **Chapter 11**
                                          )
**W.R. GRACE & CO., et al.,**             )          **Case No. 01-1139 (KJC)**
                                          )          **Jointly Administered**
                                          )
              **Debtors.**                )          Objection Date: December 26, 2013 at 4:00 p.m.
_____)          Hearing: Scheduled if Necessary (Negative Notice)

**COVER SHEET TO FOURTH MONTHLY INTERIM APPLICATION OF LINCOLN**
**PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO ROGER FRANKEL,**
**ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**AUGUST 1, 2013 THROUGH AUGUST 31, 2013**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative |
| Date of Retention: | _Nunc pro tunc_ to May 16, 2013 (by Order dated July 31, 2013) |
| Period for which compensation and reimbursement is sought: | August 1, 2013 – August 31, 2013 |
| 100% of Compensation sought as actual, reasonable and necessary: | $30,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $24,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $52.38 |

This is a   _x_ monthly              __ interim                    ___ final application

## LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 10.7 | $30,000.00 |
| Jason Solganick | Director | NA | 10.7 | |
| Sam Jackson | Associate | NA | 8.5 | |
| Adam Karmali | Analyst | NA | 12.1 | |
| Grand Total: | | | **42.0** | **$30,000.00** |
| Blended Rate: | | | 42.0 | $714.29 |

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### August 1, 2013 – August 31, 2013

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **42.0** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Communication | $48.38 |
| Copies | $4.00 |
| **TOTAL Out-of-Pocket Expenses:** | **$52.38** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

LINCOLN PARTNERS ADVISORS LLC


By: */S/ JASON SOLGANICK*
    Jason Solganick
    Director
    360 Madison Ave, 21st Floor
    New York, NY 10017
    Telephone: (212) 277-8115


Dated: October 30, 2013