# EXHIBIT A

**WR Grace**
**Aug 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 2 | Review financial analysis re future capital needs | 1.0 |
|  | Review FCR comments and needs on capital structure | 0.5 |
| Mon 5 | Review Grace and Sealed Air earnings memos | 1.5 |
| Mon 12 | Review Grace financial filings | 2.0 |
|  | Review docket and analysis | 1.0 |
| Tue 13 | Review docket and analysis | 0.2 |
| Wed 14 | Review docket and analysis | 0.2 |
| Thu 15 | Review docket and analysis | 0.2 |
| Fri 16 | Review docket and analysis | 0.2 |
| Mon 19 | Review docket and analysis, Garlock appeal | 0.9 |
| Tue 20 | Review docket and analysis | 0.2 |
| Wed 21 | Review docket and analysis | 0.2 |
| Thu 22 | Review docket and analysis | 0.2 |
| Fri 23 | Review docket and analysis | 0.2 |
| Mon 26 | Review docket and analysis | 0.2 |
| Tue 27 | Review docket and analysis | 0.2 |
| Wed 28 | Review docket and analysis | 0.2 |
| Thu 29 | Comm w/OHS (RW) re financial analysis | 1.2 |
|  | Review docket and analysis | 0.2 |
| Fri 30 | Review docket and analysis | 0.2 |
|  | TOTAL HOURS | 10.7 |

**WR Grace**
**August 2013 Time - Jason Solganick, Director**

| **Day/Date** | **Action** | **Time** |
| --- | --- | --- |
| Aug 1 | Review docket and analysis | 0.3 |
| Aug 2 | Financial analysis | 1.5 |
|  | Sealed Air Earnings call w/ prep | 1.2 |
| Aug 5 | Preparation of update memos | 3.4 |
|  | Review Grace 10-Q | 1.2 |
| Aug 13 | Review docket and analysis | 0.2 |
| Aug 16 | Review docket and analysis | 0.3 |
| Aug 21 | Review docket and analysis | 0.3 |
| Aug 21 | Preparation of fee applications | 1.5 |
| Aug 23 | Review docket and analysis | 0.3 |
| Aug 27 | Review docket and analysis | 0.3 |
| Aug 30 | Review docket and analysis | 0.2 |
|  | TOTAL TIME (hrs) | 10.7 |

**WR Grace**
**August 2013 Time - Samuel Jackson, Associate**

| **Day/Date** | **Action** | **Time** |
| --- | --- | --- |
| 1-Aug | 8-K and Presentation Pro Forma Calculation | 0.2 |
| 1-Aug | Review docket and analysis | 0.5 |
| 2-Aug | 8-K and Presentation Pro Forma Calculation | 0.2 |
| 3-Aug | Grace and Sealed Air Memos | 1.0 |
| 4-Aug | Grace and Sealed Air Memos | 1.0 |
| 5-Aug | Grace and Sealed Air Memos | 1.5 |
| 6-Aug | Review docket and analysis | 1.0 |
| 9-Aug | Review docket and analysis | 0.5 |
| 14-Aug | Review docket and analysis | 0.5 |
| 18-Aug | Review docket and analysis | 0.5 |
| 19-Aug | Review docket and analysis | 0.5 |
| 23-Aug | Review docket and analysis | 0.5 |
| 29-Sep | Review of WR Grace July 2013 Monthly Financial Report | 0.6 |
|  | TOTAL TIME (hrs) | 8.5 |

**W.R. Grace**
**August 2013 Time - Adam Karmali, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| 1-Aug | 8-K and Presentation Pro Forma Calculation | 1.0 |
| 1-Aug | Review docket and analysis | 0.4 |
| 2-Aug | 8-K and Presentation Pro Forma Calculation | 0.3 |
| 3-Aug | Grace and Sealed Air Memos | 1.5 |
| 4-Aug | Grace and Sealed Air Memos | 2.2 |
| 5-Aug | Grace and Sealed Air Memos | 2.3 |
| 6-Aug | Review docket and analysis | 0.9 |
| 9-Aug | Review docket and analysis | 0.4 |
| 14-Aug | Review docket and analysis | 0.7 |
| 18-Aug | Review docket and analysis | 0.5 |
| 19-Aug | Review docket and analysis | 0.7 |
| 23-Aug | Review docket and analysis | 0.8 |
| 29-Sep | Review of WR Grace July 2013 Monthly Financial Report | 0.4 |
|  | TOTAL TIME (hrs) | 12.1 |