# EXHIBIT B

**W.R. Grace**
**Detail of expenses (August 1, 2013 – August 31, 2013)**

<u>Miscellaneous</u>
    Copies      $4.00
    Phone      $48.38

**Total Miscellaneous:**      **$52.38**

**TOTAL EXPENSES:**      **$52.38**