# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (KJC)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## AFFIDAVIT

STATE OF NEW YORK      )
                                         )  ss.:
COUNTY OF NEW YORK  )

Jason Solganick being duly sworn, deposes and says:

    1.    I am a Director of Lincoln Partners Advisors LLC ("Lincoln"), Financial Advisor to Roger Frankel, the Asbestos PI Future Claimants' Representative in the above captioned case.

    2.    During the period of September 1, 2013 through September 30, 2013, no agreement or understanding in any form or guise existed between Lincoln and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by Lincoln, except with employees of Lincoln.

    3.    I hereby state, in accordance with §504 of the Bankruptcy Code, that Lincoln has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4. I have reviewed the foregoing application of Lincoln Partners Advisors LLC for compensation and reimbursement of expenses ("Application") for the time period September 1, 2013 through September 30, 2013 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

/S/ JASON SOLGANICK
Jason Solganick

Sworn to and subscribed before me
this 30th day of October, 2013

/S/ MICHELLE L. ROTH
Notary Public

My commission expires: April 27, 2017