# EXHIBIT A

**WR Grace**
**Sept 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 3 | Review and edit hybrid financial analysis | 1.0 |
|  | Review and edit settlement analysis | 1.0 |
|  | Review docket and analysis | 0.2 |
| Wed 4 | Review docket and analysis | 0.2 |
|  | Compile review edit fee info | 3.0 |
| Thu 5 | Review docket and analysis | 0.2 |
| Fri 6 | Review docket and analysis | 0.2 |
| Mon 9 | Review docket and analysis | 0.2 |
| Tue 10 | Review 8-K filing | 0.5 |
|  | Review docket and analysis | 0.2 |
| Wed 11 | Review update on Project Lantern | 0.4 |
|  | Review docket and analysis | 0.2 |
| Thu 12 | Review docket and analysis | 0.2 |
| Fri 13 | Review docket and analysis, bank lenders appeal | 0.9 |
| Mon 16 | Comms w/OHS (RW) re default payment appeal, analogous situation | 1.0 |
|  | Review filings on default interest | 1.2 |
| Tue 17 | Review docket and analysis | 0.2 |
| Wed 18 | Review update on project Lantern | 0.3 |
| Thu 19 | Review docket and analysis | 0.2 |
| Fri 20 | I/C with JS re Dow sale of plastics unit pull | 0.3 |
|  | Review docket and analysis | 0.2 |
| Mon 23 | Review exit financing comps | 1.2 |
|  | Review docket and analysis | 0.2 |
| Tue 24 | Review docket and analysis | 0.2 |
| Wed 25 | Review Grace press release | 0.3 |
|  | Review docket and analysis | 0.2 |
| Thu 26 | Review docket and analysis | 0.2 |
| Fri 27 | All parties discussion/prep on Project Lantern, indemnity | 3.0 |
|  | Review Lantern SPA and update | 2.5 |
|  | Review docket and analysis | 0.2 |
| Mon 30 | Review CIM | 2.0 |
|  | Review bid letter Lantern | 0.6 |
|  | Review docket and analysis | 0.2 |
|  | TOTAL HOURS | 22.6 |

**WR Grace**
**September 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Sep 2 | Review docket and analysis | 0.3 |
| Sep 4 | Preparation of fee applications | 2.0 |
| Sep 5 | Review docket and analysis | 0.2 |
| Sep 9 | Preparation of fee applications | 1.0 |
| Sep 10 | Review Grace 8-k and analysis | 0.8 |
| Sep 13 | Review docket and analysis | 0.4 |
| Sep 16 | Review correspondence re: default interest | 0.5 |
| Sep 17 | Review docket and analysis | 0.3 |
| Sep 20 | Review docket and analysis | 0.3 |
| Sep 24 | Review docket and analysis | 0.2 |
| Sep 25 | Review Grace press release | 0.2 |
| Sep 27 | Review docket and analysis | 0.3 |
|  | TOTAL TIME (hrs) | 6.5 |

**WR Grace**
**September 2013 Time - Samuel Jackson, Associate**

| Day/Date | Action | Time |
|---|---|---|
| 1-Sep | Review docket and analysis | 0.8 |
| 4-Sep | Preparation of fee applications | 1.5 |
| 5-Sep | Review docket and analysis | 0.7 |
| 6-Sep | Review docket and analysis | 0.2 |
| 9-Sep | Review docket and analysis | 0.3 |
| 11-Sep | Review docket and analysis | 0.5 |
| 12-Sep | Review docket and analysis | 0.2 |
| 13-Sep | Review docket and analysis | 0.2 |
| 16-Sep | Review docket and analysis | 0.4 |
| 19-Sep | Review docket and analysis | 0.5 |
| 23-Sep | Review docket and analysis | 0.4 |
| 25-Sep | Review docket and analysis | 0.7 |
| 27-Sep | Review of Project Lantern SPA and Valuation | 2.2 |
| 30-Sep | Review of Project Lantern SPA and Valuation | 1.0 |
|  | TOTAL TIME (hrs) | 9.6 |

**W.R. Grace**
**September 2013 Time - Adam Karmali, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| 3-Sep | Review docket and analysis | 0.6 |
| 2-Sep | Preparation of fee applications | 1.0 |
| 4-Sep | Preparation of fee applications | 1.3 |
| 5-Sep | Review docket and analysis | 0.4 |
| 11-Sep | Review docket and analysis | 1.1 |
| 13-Sep | Review docket and analysis | 0.4 |
| 18-Sep | Review docket and analysis | 0.3 |
| 24-Sep | Preparation of fee applications | 1.2 |
| 26-Sep | Review docket and analysis | 1.1 |
| 27-Sep | Review of Project Lantern SPA and Valuation | 3.0 |
| 30-Sep | Review of Project Lantern SPA and Valuation | 1.0 |
| | TOTAL TIME (hrs) | 11.4 |