# EXHIBIT B

### W.R. Grace
### Detail of expenses (September 1, 2013 – September 30, 2013)

<u>Miscellaneous</u>
    Phone      $54.75

**Total Miscellaneous:**      **$54.75**

**TOTAL EXPENSES:**      **$54.75**