**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                            )
**In re:**                                  )
                                            )   **Chapter 11**
**W.R. GRACE & CO., et al.,**               )   Case No. 01-01139 (KJC)
                                            )   **(Jointly Administered)**
                    **Debtors.**            )   Objection Deadline: December 26, 2013 at 4:00 p.m.
_____)        Hearing: March 26, 2014 at 10:00 a.m.


**COVER SHEET TO SECOND QUARTERLY INTERIM FEE APPLICATION OF
LINCOLN PARTNERS ADVISORS LLC, AS FINANCIAL ADVISOR TO
ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF JULY 1, 2013 THROUGH SEPTEMBER 30, 2013**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | *Nunc pro tunc* to May 16, 2013 (by Order dated July 31, 2013) |
| Period for which compensation and reimbursement is sought: | July 1, 2013 – September 30, 2013 |
| Amount of Compensation sought as actual, reasonable and necessary: | $140,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $3,330.88 |

This is a     ___ monthly          _x_ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

July 1, 2013 – September 30, 2013

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 0 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **197.1** | **$140,000.00** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

July 1, 2013 – September 30, 2013

| Expense Category | Total |
|---|---|
| July 8, 2013 Trip to Washington, DC to meet with FCR | $2,990.20 |
| Communication | $336.68 |
| Copies | $4.00 |
| **TOTAL** | **$3,330.88** |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.