# EXHIBIT A

**WR Grace**
**July 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| 1-Jul | Review docket and analysis | 0.2 |
| 2-Jul | Review docket and analysis | 0.2 |
| 3-Jul | Comm w/BX (AS) re new NDA | 0.5 |
| 3-Jul | Review docket and analysis | 0.3 |
| 3-Jul | Discussion with General Counsel on new NDA request | 1.0 |
| 8-Jul | Working travel to Wash, DC | 4.0 |
| 8-Jul | Semi-annual financial presentation to FCR | 3.0 |
| 8-Jul | Working travel from Wash, DC | 4.5 |
| 8-Jul | Review docket and analysis | 0.2 |
| 9-Jul | Comm w/OHS (DF) re reassignment of JFK cases | 0.4 |
| 9-Jul | Review docket and analysis | 0.2 |
| 10-Jul | Review docket and analysis | 0.2 |
| 11-Jul | Review of new Lantern materials from BX | 1.0 |
| 11-Jul | Review docket and analysis | 0.2 |
| 12-Jul | Review docket and analysis | 0.2 |
| 15-Jul | Review docket and analysis | 0.2 |
| 16-Jul | Comms w/OHS (RW, RF) re Lantern | 1.0 |
| 16-Jul | Comms w/BX (AS) re Lantern valuation, valuation deck, analysis | 2.0 |
| 16-Jul | Review docket and analysis | 0.2 |
| 17-Jul | Lantern acquisition presentation and review of deck | 1.1 |
| 17-Jul | Comm w/FCR re Lantern | 0.8 |
| 17-Jul | Review docket and analysis | 0.2 |
| 18-Jul | Comm w/OHS (RW) re Lantern | 0.7 |
| 18-Jul | Review docket and analysis | 0.2 |
| 19-Jul | Comm w/OHS (RW, DF) re Lantern deal, motions | 1.7 |
| 19-Jul | Review docket and analysis | 0.2 |
| 20-Jul | Comm w/OHS (RW) re Lantern | 0.4 |
| 22-Jul | Comm w/FCR re Lantern | 1.2 |
| 22-Jul | Review docket and analysis | 0.2 |
| 23-Jul | Grace call on Lantern, prep and analysis | 1.5 |
| 23-Jul | Comm w/OHS (RW) re Lantern, asbestos claims, PD FCRs position | 1.7 |
| 23-Jul | Review docket and analysis | 0.2 |
| 24-Jul | Comm w/BX (JOC) re Lantern due diligence | ,4 |
| 24-Jul | Review and analysis of 8-K | 0.7 |
| 24-Jul | Review docket and analysis | 0.2 |
| 25-Jul | Review Garlock appeal decision | 1.7 |
| 25-Jul | Review and analysis of earnings call | 3.0 |
| 26-Jul | Review LA plant closure | 0.4 |
| 29-Jul | Review docket and analysis (docket 7-25-29) | 1.0 |
| 31-Jul | Comm w/OHS (DF) re motion entered on Lincoln Advisors | 0.3 |
| | TOTAL HOURS | 36.9 |

**WR Grace**
**July 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| July 1 | Review docket and analysis | 0.3 |
| July 2 | Preparation of presentation to the FCR | 2.5 |
| July 3 | Preparation of presentation to the FCR | 2.0 |
| July 5 | Review docket and analysis | 0.3 |
| July 8 | Presentation to the FCR (Washington, DC) | 1.0 |
|  | Working travel to Washington DC | 3.0 |
|  | Non-working travel to Washington DC | 7.0 |
| July 10 | Review docket and analysis | 0.4 |
| July 17 | Review docket and analysis | 0.3 |
|  | Review fee auditor report | 0.3 |
| July 22 | Review docket and analysis | 0.2 |
| July 24 | Review Third Circuit opinion | 0.3 |
| July 25 | Review docket and analysis | 0.3 |
|  | Review Grace 8-k and analysis | 0.8 |
| July 30 | Review docket and analysis | 0.4 |
|  | TOTAL TIME (hrs) | 19.1 |

**WR Grace**
**July 2013 Time - Samuel Jackson, Associate**

| Day/Date | Action | Time |
|---|---|---|
| 2-Jul | Review docket and analysis | 0.5 |
| 3-Jul | Review docket and analysis | 0.5 |
|  | Preparation of FCR update presentation | 3.0 |
| 5-Jul | Preparation of FCR update presentation | 2.0 |
| 6-Jul | Preparation of FCR update presentation | 2.0 |
| 8-Jul | Presentation to the FCR (Washington, DC) | 1.0 |
|  | Working travel to Washington DC | 3.0 |
|  | Non-working travel to Washington DC | 7.0 |
| 9-Jul | Review docket and analysis | 1.0 |
| 12-Jul | Review docket and analysis | 1.5 |
| 16-Jul | Project Lantern call / analysis | 2.5 |
| 17-Jul | Project Lantern analysis | 1.0 |
| 18-Jul | Review docket and analysis | 0.5 |
| 23-Jul | Review docket and analysis | 0.5 |
| 28-Jul | Review docket and analysis | 0.5 |
|  | TOTAL TIME (hrs) | 26.5 |

**WR Grace**
**July 2013 Time - Adam Karmali, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| 2-Jul | Review docket and analysis | 0.3 |
| 3-Jul | Review docket and analysis | 0.6 |
| 3-Jul | Preparation of presentation to the FCR | 2.0 |
| 5-Jul | Preparation of presentation to the FCR | 0.9 |
| 6-Jul | Preparation of presentation to the FCR | 1.3 |
| 8-Jul | Presentation to the FCR (Washington, DC) | 1.0 |
|  | Working travel to Washington DC | 3.0 |
|  | Non-working travel to Washington DC | 7.0 |
| 9-Jul | Review docket and analysis | 1.0 |
| 12-Jul | Review docket and analysis | 1.2 |
| 16-Jul | Project Lantern | 1.2 |
| 17-Jul | Project Lantern | 1.0 |
| 18-Jul | Review docket and analysis | 0.6 |
| 23-Jul | Review docket and analysis | 0.4 |
| 28-Jul | Review docket and analysis | 1.0 |
|  | TOTAL TIME (hrs) | 22.5 |

**WR Grace**
**Aug 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Fri 2 | Review financial analysis re future capital needs | 1.0 |
|  | Review FCR comments and needs on capital structure | 0.5 |
| Mon 5 | Review Grace and Sealed Air earnings memos | 1.5 |
| Mon 12 | Review Grace financial filings | 2.0 |
|  | Review docket and analysis | 1.0 |
| Tue 13 | Review docket and analysis | 0.2 |
| Wed 14 | Review docket and analysis | 0.2 |
| Thu 15 | Review docket and analysis | 0.2 |
| Fri 16 | Review docket and analysis | 0.2 |
| Mon 19 | Review docket and analysis, Garlock appeal | 0.9 |
| Tue 20 | Review docket and analysis | 0.2 |
| Wed 21 | Review docket and analysis | 0.2 |
| Thu 22 | Review docket and analysis | 0.2 |
| Fri 23 | Review docket and analysis | 0.2 |
| Mon 26 | Review docket and analysis | 0.2 |
| Tue 27 | Review docket and analysis | 0.2 |
| Wed 28 | Review docket and analysis | 0.2 |
| Thu 29 | Comm w/OHS (RW) re financial analysis | 1.2 |
|  | Review docket and analysis | 0.2 |
| Fri 30 | Review docket and analysis | 0.2 |
|  | TOTAL HOURS | 10.7 |

**WR Grace**
**August 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Aug 1 | Review docket and analysis | 0.3 |
| Aug 2 | Financial analysis | 1.5 |
|  | Sealed Air Earnings call w/ prep | 1.2 |
| Aug 5 | Preparation of update memos | 3.4 |
|  | Review Grace 10-Q | 1.2 |
| Aug 13 | Review docket and analysis | 0.2 |
| Aug 16 | Review docket and analysis | 0.3 |
| Aug 21 | Review docket and analysis | 0.3 |
| Aug 21 | Preparation of fee applications | 1.5 |
| Aug 23 | Review docket and analysis | 0.3 |
| Aug 27 | Review docket and analysis | 0.3 |
| Aug 30 | Review docket and analysis | 0.2 |
|  | TOTAL TIME (hrs) | 10.7 |

**WR Grace**
**August 2013 Time - Samuel Jackson, Associate**

| Day/Date | Action | Time |
|---|---|---|
| 1-Aug | 8-K and Presentation Pro Forma Calculation | 0.2 |
| 1-Aug | Review docket and analysis | 0.5 |
| 2-Aug | 8-K and Presentation Pro Forma Calculation | 0.2 |
| 3-Aug | Grace and Sealed Air Memos | 1.0 |
| 4-Aug | Grace and Sealed Air Memos | 1.0 |
| 5-Aug | Grace and Sealed Air Memos | 1.5 |
| 6-Aug | Review docket and analysis | 1.0 |
| 9-Aug | Review docket and analysis | 0.5 |
| 14-Aug | Review docket and analysis | 0.5 |
| 18-Aug | Review docket and analysis | 0.5 |
| 19-Aug | Review docket and analysis | 0.5 |
| 23-Aug | Review docket and analysis | 0.5 |
| 29-Sep | Review of WR Grace July 2013 Monthly Financial Report | 0.6 |
|  | TOTAL TIME (hrs) | 8.5 |

**W.R. Grace**
**August 2013 Time - Adam Karmali, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| 1-Aug | 8-K and Presentation Pro Forma Calculation | 1.0 |
| 1-Aug | Review docket and analysis | 0.4 |
| 2-Aug | 8-K and Presentation Pro Forma Calculation | 0.3 |
| 3-Aug | Grace and Sealed Air Memos | 1.5 |
| 4-Aug | Grace and Sealed Air Memos | 2.2 |
| 5-Aug | Grace and Sealed Air Memos | 2.3 |
| 6-Aug | Review docket and analysis | 0.9 |
| 9-Aug | Review docket and analysis | 0.4 |
| 14-Aug | Review docket and analysis | 0.7 |
| 18-Aug | Review docket and analysis | 0.5 |
| 19-Aug | Review docket and analysis | 0.7 |
| 23-Aug | Review docket and analysis | 0.8 |
| 29-Sep | Review of WR Grace July 2013 Monthly Financial Report | 0.4 |
| | TOTAL TIME (hrs) | 12.1 |

**WR Grace**
**Sept 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 3 | Review and edit hybrid financial analysis | 1.0 |
|  | Review and edit settlement analysis | 1.0 |
|  | Review docket and analysis | 0.2 |
| Wed 4 | Review docket and analysis | 0.2 |
|  | Compile review edit fee info | 3.0 |
| Thu 5 | Review docket and analysis | 0.2 |
| Fri 6 | Review docket and analysis | 0.2 |
| Mon 9 | Review docket and analysis | 0.2 |
| Tue 10 | Review 8-K filing | 0.5 |
|  | Review docket and analysis | 0.2 |
| Wed 11 | Review update on Project Lantern | 0.4 |
|  | Review docket and analysis | 0.2 |
| Thu 12 | Review docket and analysis | 0.2 |
| Fri 13 | Review docket and analysis, bank lenders appeal | 0.9 |
| Mon 16 | Comms w/OHS (RW) re default payment appeal, analogous situation | 1.0 |
|  | Review filings on default interest | 1.2 |
| Tue 17 | Review docket and analysis | 0.2 |
| Wed 18 | Review update on project Lantern | 0.3 |
| Thu 19 | Review docket and analysis | 0.2 |
| Fri 20 | I/C with JS re Dow sale of plastics unit pull | 0.3 |
|  | Review docket and analysis | 0.2 |
| Mon 23 | Review exit financing comps | 1.2 |
|  | Review docket and analysis | 0.2 |
| Tue 24 | Review docket and analysis | 0.2 |
| Wed 25 | Review Grace press release | 0.3 |
|  | Review docket and analysis | 0.2 |
| Thu 26 | Review docket and analysis | 0.2 |
| Fri 27 | All parties discussion/prep on Project Lantern, indemnity | 3.0 |
|  | Review Lantern SPA and update | 2.5 |
|  | Review docket and analysis | 0.2 |
| Mon 30 | Review CIM | 2.0 |
|  | Review bid letter Lantern | 0.6 |
|  | Review docket and analysis | 0.2 |
|  | TOTAL HOURS | 22.6 |

**WR Grace**
**September 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Sep 2  | Review docket and analysis | 0.3 |
| Sep 4  | Preparation of fee applications | 2.0 |
| Sep 5  | Review docket and analysis | 0.2 |
| Sep 9  | Preparation of fee applications | 1.0 |
| Sep 10 | Review Grace 8-k and analysis | 0.8 |
| Sep 13 | Review docket and analysis | 0.4 |
| Sep 16 | Review correspondence re: default interest | 0.5 |
| Sep 17 | Review docket and analysis | 0.3 |
| Sep 20 | Review docket and analysis | 0.3 |
| Sep 24 | Review docket and analysis | 0.2 |
| Sep 25 | Review Grace press release | 0.2 |
| Sep 27 | Review docket and analysis | 0.3 |
|        | TOTAL TIME (hrs) | 6.5 |

**WR Grace**
**September 2013 Time - Samuel Jackson, Associate**

| Day/Date | Action | Time |
|---|---|---|
| 1-Sep  | Review docket and analysis | 0.8 |
| 4-Sep  | Preparation of fee applications | 1.5 |
| 5-Sep  | Review docket and analysis | 0.7 |
| 6-Sep  | Review docket and analysis | 0.2 |
| 9-Sep  | Review docket and analysis | 0.3 |
| 11-Sep | Review docket and analysis | 0.5 |
| 12-Sep | Review docket and analysis | 0.2 |
| 13-Sep | Review docket and analysis | 0.2 |
| 16-Sep | Review docket and analysis | 0.4 |
| 19-Sep | Review docket and analysis | 0.5 |
| 23-Sep | Review docket and analysis | 0.4 |
| 25-Sep | Review docket and analysis | 0.7 |
| 27-Sep | Review of Project Lantern SPA and Valuation | 2.2 |
| 30-Sep | Review of Project Lantern SPA and Valuation | 1.0 |
|        | TOTAL TIME (hrs) | 9.6 |

**W.R. Grace**
**September 2013 Time - Adam Karmali, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| 3-Sep | Review docket and analysis | 0.6 |
| 2-Sep | Preparation of fee applications | 1.0 |
| 4-Sep | Preparation of fee applications | 1.3 |
| 5-Sep | Review docket and analysis | 0.4 |
| 11-Sep | Review docket and analysis | 1.1 |
| 13-Sep | Review docket and analysis | 0.4 |
| 18-Sep | Review docket and analysis | 0.3 |
| 24-Sep | Preparation of fee applications | 1.2 |
| 26-Sep | Review docket and analysis | 1.1 |
| 27-Sep | Review of Project Lantern SPA and Valuation | 3.0 |
| 30-Sep | Review of Project Lantern SPA and Valuation | 1.0 |
|  | TOTAL TIME (hrs) | 11.4 |