# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (July 1, 2013 – September 30, 2013)**
(Dates Represent Posting Date of Expense)

July 8, 2013 Trip to Washington, DC for Meeting with FCR[1]
Radecki
| | |
|---|---:|
| Airfare - economy class | $882.80 |
| Cab from DCA to Orrick | $22.00 |
| Cab from Orrick to DCA | $20.00 |
| Parking at LGA airport | $33.00 |

Solganick
| | |
|---|---:|
| Airfare – economy class | $682.80 |
| Cab from DCA to Orrick | $21.00 |

Jackson
| | |
|---|---:|
| Airfare – economy class | $682.80 |
| Cab to LGA | $38.00 |

Karmali
| | |
|---|---:|
| Airfare – economy class | $607.80 |

July 2013
| | |
|---|---:|
| Communications | $ 233.55 |

August 2013
| | |
|---|---:|
| Communications | $ 48.38 |
| Copies | $ 4.00 |

September 2013
| | |
|---|---:|
| Communications | $ 54.75 |

**TOTAL EXPENSES:** **$ 3,330.88**

---

[1] All Airfare is economy class, roundtrip from LaGuardia Airport (LGA) to Reagan National Airport (DCA).