**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) **Chapter 11** |
| **W.R. GRACE & CO., et al.,** | ) **Case No. 01-01139 (KJC)** |
| | ) **(Jointly Administered)** |
| **Debtors.** | ) Objection Deadline: December 26, 2013 at 4:00 p.m. |
| | ) Hearing: March 26, 2014 at 10:00 a.m. |

**SECOND QUARTERLY INTERIM APPLICATION OF**
**ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL TO**
**ROGER FRANKEL, ASBESTOS PI FUTURE**
**CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES  INCURRED FOR THE PERIOD**
**JULY 1, 2013 THROUGH SEPTEMBER 30, 2013**

Pursuant to §§ 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and this Court's Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001 (collectively, the "Administrative Order"), Orrick, Herrington & Sutcliffe LLP ("Orrick"), Bankruptcy Counsel, hereby submits this second quarterly interim application (the "First Quarterly Interim Application") for an allowance of (i) compensation for professional services rendered to Roger Frankel, Asbestos PI Future Claimants' Representative (the "FCR") of W.R. Grace & Co. and its affiliates (collectively, the "Debtors") for the period July 1, 2013 through September 30, 2013 (the "Interim Period"), and (ii) the reimbursement of expenses incurred during the same period.

By this Second Quarterly Interim Application, Orrick seeks the interim allowance of compensation in the amount of $138,571.50 in fees and reimbursement of actual and necessary expenses in the amount of $3,814.21 for a total of $142,385.71, or 100% of all compensation and expense reimbursement requested, for the period July 1, 2013 through September 30, 2013.  In support of this First Quarterly Interim Application, Orrick respectfully represents as follows:

**Jurisdiction**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

**Background**

2.      On April 2, 2001 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.      By an Interim Order entered on May 29, 2013, the Court appointed the FCR in the above-captioned cases *nunc pro tunc* to May 16, 2013 [Dkt. No. 30681].  The Interim Order was amended on May 30, 2013 [Dkt. No. 30689], and became final by its terms on June 14, 2013 [Dkt. No. 30689].

4.      On June 5, 2013, the FCR applied to this Court for an order authorizing the retention of Orrick as his bankruptcy counsel *nunc pro tunc* to May 16, 2013 [Dkt. No. 30718].  On July 31, 2013, this Court entered an order authorizing the FCR to employ Orrick as bankruptcy counsel effective as of the May 16, 2013 [Dkt. No. 30902].

**Monthly Fee Applications Covered Herein**

5.      Prior to the filing of this Second Quarterly Interim Application, Orrick filed its July 1-31, 2013, August 1-31, 2013, and September 1-30, 2013 monthly fee applications with the Court pursuant to the Administrative Order.

2

6.      On August 26, 2013, Orrick filed its Third Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR for the Period July 1-31, 2013 (the "Third Monthly") [Docket No. 31017] requesting $53,120.00 in fees and expenses in the amount of $768.94.  The deadline to file objections to the Third Monthly expired on September 16, 2013, and no objections were filed.  A certificate of no objection was filed with the Court on September 18, 2013 at Docket No. 31137.

7.      On September 26, 2013, Orrick filed its Fourth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR for the Period August 1-31, 2013 (the "Fourth Monthly") [Docket No. 31175] requesting $30,326.50 in fees and expenses in the amount of $1,741.74.  The deadline to file objections to the Fourth Monthly expired on October 16, 2013, and no objections were filed.  A certificate of no objection was filed with the Court on October 18, 2013 at Docket No. 31237.

8.      On October 25, 2013, Orrick filed its Fifth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR for the Period September 1-30, 2013 (the "Fifth Monthly") [Docket No. 31261] requesting $55,125.00 in fees and expenses in the amount of $1,303.53.  The deadline to file objections to the Fifth Monthly expired on November 14, 2013, and no objections were filed.  A certificate of no objection was filed with the Court on November 18, 2013 at Docket No. 31357.

9.      The Third, Fourth, and Fifth monthly applications covered by this Second Quarterly Interim Application contain details on the actual and necessary services provided by Orrick during the Interim Period as well as the other information required to be included in fee applications.

**<u>Requested Relief</u>**

10.     By this Second Quarterly Interim Application, Orrick requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Orrick from July 1, 2013 through September 30, 2013.  As stated above, the full scope of the services provided and the related expenses incurred are fully described in the monthly fee applications for the Interim Period that already have been filed with the Court.

11.     At all relevant times, Orrick has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interests of the FCR.

12.     All services for which compensation is requested by Orrick were performed for or on behalf of the FCR.

13.     Except for the Debtors' obligation to pay compensation and reimbursement as allowed by the Court, Orrick has received no payment and no promise for payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with these cases.

14.     In accordance with Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, Orrick has not shared and has not agreed to share (a) any compensation it has received or may receive with another party or person other than with its partners, counsel and associates, or (b) any compensation another person or party has received or may receive in connection with these Chapter 11 cases.

WHEREFORE, Orrick respectfully requests that the Court enter an order, providing that, for the period July 1, 2013 through September 30, 2013, Orrick shall be allowed the sum of $138,571.50 in fees for reasonable and necessary professional services rendered to the FCR and the sum of $3,814.21 for the reimbursement of actual and necessary costs and expenses incurred, for a total of $142,385.71, that the Debtors be authorized and directed to pay to Orrick the outstanding amount of such sums, and for such other and further relief as this Court may deem just and proper.

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:/S/ DEBRA L. FELDER
Richard H. Wyron, admitted *pro hac vice*
Debra L. Felder, admitted *pro hac vice*
1152 15th Sreet, N.W.
Washington, DC  20005
(202) 339-8400

*Counsel to Roger Frankel,*
*Asbestos PI Future Claimants' Representative*

Dated: December 5, 2013