IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., <u>et al.</u>, ) | Case No. 01-1139 (KJC) |
| ) | |
| Debtors. ) | Objection Deadline: December 26, 2013 at 4:00 p.m. |
| ) | Hearing: March 26, 2014 at 10:00 a.m. |

**COVER SHEET TO SECOND QUARTERLY APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL
TO ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS'
REPRESENTATIVE FOR COMPENSATION AND
REIMBURSEMENTOF EXPENSES FOR THE PERIOD
<u>JULY 1, 2013 THROUGH SEPTEMBER 30, 2013</u>**

Name of Applicant:                                  Orrick, Herrington & Sutcliffe LLP

Authorized to Provide Professional
Services to:                                        Roger Frankel, Asbestos PI
                                                    Future Claimants' Representative
                                                    (the "FCR")

Date of Retention:                                  As of May 16, 2013 (pursuant to this Court's
                                                    Order entered July 31, 2013)

Period for which compensation is
sought:                                             July 1, 2013 through September 30, 2013

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:               $138,571.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                $ 3,814.21

This is an:    <u>  X  </u>  interim     ___  monthly     ___  final application.

## PRIOR QUARTERLY APPLICATIONS FILED

Orrick was retained effective May 16, 2013, pursuant to this Court's Order entered July 31, 2013. This is Orrick's second quarterly fee application as counsel to Roger Frankel as FCR; the first quarterly was filed on September 13, 2013 [Dkt. No. 31129] requesting $137,865.00 in fees and $4,909.25 in expenses for a total of $142,774.25.

## COMPENSATION SUMMARY
## JULY 1, 2013 THROUGH SEPTEMBER 30, 2013

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Peri Mahaley | Of Counsel, 20 years in position; 33 years relevant experience; 1979, Insurance | $665 | 1.40 | $931.00 |
| Mary A. Wallace | Of Counsel, 9 years in position; 24 years relevant experience; 1989, Restructuring | $740 | 4.90 | $3,626.00 |
| Richard H. Wyron | Partner, 23 years in position; 33 years relevant experience; 1979, Restructuring | $875 | 61.00 | $52,062.50[1] |
| Debra L. Felder | Associate, 10 years in position; 10 years relevant experience; 2002, Restructuring | $650 | 95.30 | $61,945.00 |
| Debra O. Fullem | Bankruptcy Research Specialist | $270 | 74.10 | $20,007.00 |
| **TOTAL** | | | **236.70** | **$138,571.50** |
| **Blended Rate: $585.43** | | | | |

---

[1] This amount represents a reduction of $1,312.50 for certain non-working travel by Mr. Wyron as identified in the August 2013 Invoice.

2

## COMPENSATION BY PROJECT CATEGORY
## JULY 1, 2013 THROUGH SEPTEMBER 30, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation of Professionals-Orrick | 60.90 | $27,166.50 |
| Compensation of Professionals-Others | 42.80 | $17,434.50 |
| Insurance | 4.10 | $3,293.50 |
| Litigation | 120.40 | $86,732.50 |
| Retention of Professionals-Orrick | 3.40 | $1,723.00 |
| Retention of Professionals-Other | 2.10 | $909.00 |
| Travel (Non-Working) | 3.00 | $1,312.50 |
| **TOTAL** | **236.70** | **$138,571.50** |

## EXPENSE SUMMARY
## JULY 1, 2013 THROUGH SEPTEMBER 30, 2013

| Expense Category | Total Expense |
|---|---|
| Duplicating | $902.27 |
| Express Delivery | $71.96 |
| Meals | $39.18 |
| Pacer | $599.80 |
| Parking | $31.00 |
| Postage | $531.55 |
| Travel - Mileage | $44.80 |
| Travel - Taxi | $70.85 |
| Travel - Train | $913.00 |
| Westlaw | $609.80 |
| **TOTAL** | **$3,814.21** |

Orrick's Client Charges and Disbursements Policy effective January 1, 2013, are as follows:

     a.    *Duplicating* -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 10¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

     b.    *Long Distance Telephone and Facsimile Charges* – Orrick does not charge clients for long distance telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions are charged at $1.00 per page, and there is no charge for incoming facsimiles.

      c.    *Messenger and Courier Service* -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

      d.    *Overtime* -- It is Orrick's practice to allow staff and certain paraprofessionals in its Washington D.C. office working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge of up to $7.50.  It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime.  Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances.   Orrick generally utilizes secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case.  Thus, certain charges may be incurred by secretaries for overtime.  (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

      e.    *Computerized Research* -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so.  Use of fee based internet research services is charged at Orrick's cost.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: December 5, 2013      By:*/S. DEBRA L. FELDER*
    Richard H. Wyron, admitted *pro hac vice*
    Debra L. Felder, admitted *pro hac vice*
    1152 15th Street, NW
    Washington, DC  20005
    (202) 339-8400

    *Counsel to Roger Frankel,*
    *Asbestos PI Future Claimants' Representative*