**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                                    )
**In re:**                                                          )          **Chapter 11**
                                                                    )
**W.R. GRACE & CO., et al.,**                                       )          **Case No. 01-1139 (KJC)**
                                                                    )
                              **Debtors.**                          )
_____)

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1. I am the Asbestos Personal Injury Future Claimants' Representative appointed by the Court in these cases, effective as of May 16, 2013.

2. I personally performed the work as set forth in this Application.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, as amended, dated April 17, 2002, and I believe the Application to be in compliance therewith.


                                                    _/S/ ROGER FRANKEL_
                                                    Roger Frankel

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 4TH DAY OF DECEMBER, 2013

_/S/ MICHELLE JORDAN_
Notary Public

My commission expires: April 30, 2016