# EXHIBIT A
**(Fee Detail)**

**FEES**

| LITIGATION AND LITIGATION CONSULTING | $18,737.00 |
|---|---|
| FEE APPLICATION – APPLICANT | $1,085.00 |
| TOTAL FEES | $19,822.00 |



**CASNER & EDWARDS, LLP**

A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 2, 2013
Bill Number  169952
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH OCTOBER 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/01/13 | RAM | Read selected documents filed in bankruptcy court. | 0.05 Hrs | No Charge |
| 10/01/13 | ARA | Receipt of originals from copy service (.5). Quality control documents that were tagged for copying at Karst production (1.5). | 2.00 Hrs | 290.00 |
| 10/01/13 | ARA | Document control. | 4.20 Hrs | 399.00 |
| 10/02/13 | MTM | Respond to in-house counsel's questions re: document review by Attorney Karst. | 0.40 Hrs | 120.00 |
| 10/02/13 | ARA | Document control. | 5.80 Hrs | 551.00 |
| 10/02/13 | ARA | Receipt of originals from copy service (.3). and telephone call from MTM re: Karst document production (.1). | 0.40 Hrs | 58.00 |
| 10/03/13 | RAM | Email to R. Finke advising him of document review at Winthrop Square by Atty. Karst. | 0.05 Hrs | No Charge |
| 10/03/13 | ARA | Quality control documents that were tagged for copying at Karst production. | 6.10 Hrs | 884.50 |
| 10/04/13 | ARA | Quality control documents that were tagged for copying at Karst production. | 6.40 Hrs | 928.00 |

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/08/13 | ARA | Document control. | 0.40 Hrs | 38.00 |
| 10/08/13 | ARA | Quality control documents that were tagged for copying at Karst production. | 5.00 Hrs | 725.00 |
| 10/09/13 | ARA | Quality control documents that were tagged for copying at Karst production. | 6.20 Hrs | 899.00 |
| 10/10/13 | ARA | Quality control documents that were tagged for copying at Karst production. | 6.50 Hrs | 942.50 |
| 10/11/13 | ARA | Document control. | 2.00 Hrs | 190.00 |
| 10/11/13 | ARA | Quality control documents that were tagged for copying at Karst production. | 4.20 Hrs | 609.00 |
| 10/15/13 | ARA | Document control. | 3.30 Hrs | 313.50 |
| 10/15/13 | ARA | Quality control documents that were tagged for copying at Karst production. | 2.20 Hrs | 319.00 |
| 10/16/13 | ARA | Document control. | 2.80 Hrs | 266.00 |
| 10/16/13 | ARA | Quality control documents that were tagged for copying at Karst production. | 2.90 Hrs | 420.50 |
| 10/17/13 | RAM | Emails from P. Masuret and to/from R. Finke re: whether to renew W. Square lease for 1 year; yes. | 0.05 Hrs | No Charge |
| 10/17/13 | MTM | Telephone call from ARA re: status of document copies provided to Attorney Karst several weeks ago. | 0.20 Hrs | 60.00 |
| 10/17/13 | ARA | Quality control documents that were tagged for copying at Karst production (5.6). Telephone call from MTM and telephone call to copy company re: document production bill and five boxes of documents that were not tagged (.4). | 6.00 Hrs | 870.00 |
| 10/18/13 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | No Charge |
| 10/18/13 | ARA | Quality control documents that were tagged for copying at Karst production. | 6.00 Hrs | 870.00 |
| 10/21/13 | MTM | Telephone call from ARA re: leak in basement and wet bags of vermiculite and whether we should keep same. | 0.20 Hrs | 60.00 |
| 10/21/13 | ARA | Document control. | 2.90 Hrs | 275.50 |

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting


THROUGH OCTOBER 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/21/13 | ARA | Inspect storage room containing bags of Attic Insulation; telephone call to MTM re: same (.5). Quality control documents that were tagged for copying at Karst production (2.6). | 3.10 Hrs | 449.50 |
| 10/22/13 | RAM | Read selected documents filed in Bankruptcy Court. Conference with MTM re potential document review at Winthrop Square by Early's firm. | 0.20 Hrs | 70.00 |
| 10/22/13 | MTM | Telephone call from Grace in-house counsel re: request from Connecticut firm to access Winthrop Square Repository (.3); receipt and review of email from Grace in-house counsel enclosing email from Connecticut firm re: same (.3); telephone call to in-house counsel re: possible use of search link (.2); telephone call from Grace in-house counsel re: same (.1); email to paralegal from Connecticut firm to set up document review in Boston (.2); telephone call to ARA her availability next week (.1); email to paralegal at Connecticut firm confirming trip next week (.2); telephone call to in-house counsel with update re: same (.1). | 1.50 Hrs | 450.00 |
| 10/22/13 | ARA | Document control. | 0.50 Hrs | 47.50 |
| 10/22/13 | ARA | Quality control documents that were tagged for copying at Karst production. | 5.20 Hrs | 754.00 |
| 10/23/13 | ARA | Document control. | 6.90 Hrs | 655.50 |
| 10/24/13 | ARA | Quality control documents that were tagged for copying at Karst production. | 6.30 Hrs | 913.50 |
| 10/25/13 | MTM | Receipt and review of email from paralegal from Connecticut firm re: job site search name and address and confirmation of time to review ledgers (.1); telephone call to Dru at CPD re: job site search (.1); respond to Connecticut paralegal's email re: procedures for document review next week (.2). | 0.40 Hrs | 120.00 |
| 10/25/13 | ARA | Document control. | 1.20 Hrs | 114.00 |
| 10/25/13 | ARA | Rebag wet bags of WRG's Attic Insulation and relocate them within the repository (6.2). Respond to MTM's email re: upcoming document production at the repository (.1). | 6.30 Hrs | 913.50 |

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/28/13 | MTM | Receipt and respond to email re: document review next week (.1); telephone call to copy company re: five boxes from Attorney Karst with no documents tagged (.1); telephone call to ARA re: visit from Early firm on Thursday and Friday (.1). | 0.30 Hrs | 90.00 |
| 10/28/13 | ARA | Telephone call to and telephone call from MTM and telephone call to copy company re: 5 boxes of untagged documents returned, invoice and CD of documents re: Karst production (.4). Quality control documents that were tagged for copying at Karst production (5.4). | 5.80 Hrs | 841.00 |
| 10/29/13 | ARA | Quality control documents that were tagged for copying at Karst production. | 5.00 Hrs | 725.00 |
| 10/30/13 | ARA | Prepare for document production to Early firm (.3). Quality control documents that were tagged for copying at Karst production (7.9). | 8.20 Hrs | 1,189.00 |
| 10/31/13 | MTM | Meeting with paralegal from Early firm in Connecticut re: document review at Winthrop Square (.9); email copy of bill to Attorney Karst re: production in August (.1); telephone call to Drew at CPD re: job site search for Early firm (.1). | 1.10 Hrs | 330.00 |
| 10/31/13 | ARA | Prepare for and monitor document production. | 6.80 Hrs | 986.00 |

TOTAL LEGAL SERVICES          $18,737.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.20 | 350.00 | 70.00 |
| Matthew T. Murphy | 4.10 | 300.00 | 1,230.00 |
| Angela R. Anderson | 100.60 | 145.00 | 14,587.00 |
| Angela R. Anderson | 30.00 | 95.00 | 2,850.00 |
| Robert A. Murphy | 0.25 | 350.00 | No Charge |
| | 135.15 | | $18,737.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

TOTAL THIS BILL          $18,737.00

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 2, 2013
Bill Number  169953
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

THROUGH OCTOBER 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/01/13 | RAM | Work on August fee application. | 0.50 Hrs | 175.00 |
| 10/02/13 | RAM | Work on August fee application and send it to in-house counsels to review. | 0.10 Hrs | 35.00 |
| 10/10/13 | RAM | Work on August fee application. | 0.40 Hrs | 140.00 |
| 10/11/13 | RAM | Finalize August fee application and send it to Delaware counsel to file. | 0.10 Hrs | 35.00 |
| 10/17/13 | RAM | Send "as filed" August fee application to fee auditor. | 0.10 Hrs | 35.00 |
| 10/22/13 | RAM | Work on September fee application. | 1.40 Hrs | 490.00 |
| 10/23/13 | RAM | Work on September fee application and send it to in house counsel to review; fee application approved for filing. | 0.20 Hrs | 70.00 |
| 10/24/13 | RAM | Finalize September fee application and prepare it to be sent to Delaware counsel to file. | 0.20 Hrs | 70.00 |
| 10/30/13 | RAM | Send "as filed" September fee application to Fee Auditor. | 0.10 Hrs | 35.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

                              TOTAL LEGAL SERVICES        $1,085.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 3.10 | 350.00 | 1,085.00 |
|  | 3.10 |  | $1,085.00 |

                              TOTAL THIS BILL             $1,085.00