# EXHIBIT B
**(Expense Detail)**

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $12,544.48 |
| **FEE APPLICATION – APPLICANT** | $1.72 |
| **TOTAL EXPENSES** | $12,546.20 |

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 2, 2013
Bill Number 169954
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH OCTOBER 31, 2013

PACER ONLINE SEARCH
| | | | |
|---|---|---|---|
| 10/31/13 | PACER ONLINE SEARCH - Delaware Bankruptcy Court searches 8/1-9/30/2013 | 46.10 | |
| | | | $46.10 |

RENT REIMBURSEMENT
| | | | |
|---|---|---|---|
| 10/01/13 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - October 2013. | 12,090.08 | |
| | | | $12,090.08 |

MISCELLANEOUS
| | | | |
|---|---|---|---|
| 10/21/13 | RECORDKEEPER ARCHIVE CENTERS,: From September 1, 2013 to September 30,2013. | 408.30 | |
| | | | $408.30 |

| | |
|---|---|
| TOTAL COSTS | $12,544.48 |

| | |
|---|---|
| TOTAL THIS BILL | $12,544.48 |

Page 1

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 2, 2013
Bill Number 169955
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

**COSTS**

THROUGH OCTOBER 31, 2013

EXCESS POSTAGE
| | | |
|---|---|---|
| 10/31/13 | EXCESS POSTAGE | 1.72 |
| | | $1.72 |
| | TOTAL COSTS | $1.72 |
| | | |
| | TOTAL THIS BILL | $1.72 |

Page 1