**EXHIBIT A**

# Blackstone Advisory Partners L.P.

December 4, 2013

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly Fee for the period of July 1, 2013 through July 31, 2013: | $ | 50,000.00 |

Out-of-pocket expenses processed for the period through July 31, 2013: [1]

| | | | |
|---|---:|---|---:|
| Ground Transportation | $ 365.74 | | |
| Meals | 184.82 | | |
| Research | 336.00 | | 886.56 |
| Subtotal | | | 50,886.56 |
| Less: Payment Received | | | (40,886.56) |
| Total Amount Due | | $ | 10,000.00 |

Please wire transfer funds to:

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice No. 1357

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W. R. Grace & Co.
Summary of Expenses

| | GL Detail Jul-13 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 43.66 | $ 43.66 |
| Ground Transportation - Out-Of-Town Travel | 8.08 | 8.08 |
| Ground Transportation - Railroad | 314.00 | 314.00 |
| Meals with Clients | 129.76 | 129.76 |
| Employee Meals | 55.06 | 55.06 |
| Internal Research | 336.00 | 336.00 |
| Total Expenses | $ 886.56 | $ 886.56 |

| | |
|---|---|
| Ground Transportation | $ 365.74 |
| Meals | 184.82 |
| Research | 336.00 |
| Total Expenses | $ 886.56 |

W. R. Grace
Detail of Expenses Processed
Through July 31, 2013
Invoice No. 1357

Ground Transportation - Local Travel
Jaffe (taxi to New York Penn Station from home)                                     06/17/13              43.66
                                           Subtotal - Ground Transportation - Local Travel                        $          43.66

Ground Transportation - Out-Of-Town Travel
Jaffe (taxi to courthouse from train station in Philadelphia, PA)                  06/17/13               8.08
                                    Subtotal - Ground Transportation - Out-Of-Town Travel                                    8.08

Ground Transportation - Railroad
Jaffe (travel agency fee for booking of train travel to/from Philadelphia, PA from/to New York, NY on 06/17/13)   06/14/13    40.00
Jaffe (round trip train travel to/from Philadelphia, PA from/to New York, NY)      06/17/13             274.00
                                           Subtotal - Ground Transportation - Railroad                                     314.00

Meals with Clients
Schlesinger (catered meal for 8 people during client meeting held @ Blackstone)    07/16/13             129.76
                                           Subtotal - Meals with Clients                                                   129.76

Employee Meals
Jaffe (working breakfast meal while traveling)                                     06/17/13              10.02
Jaffe (working lunch meal while traveling)                                         06/17/13               8.91
Bernstein (weeknight working dinner meal @ Blackstone while working late)          06/19/13              36.13
                                           Subtotal - Employee Meals                                                        55.06

Internal Research
Bernstein (online data research)                                                   07/14/13             336.00
                                           Subtotal - Internal Research                                                    336.00

                                           Total Expenses                                                        $        886.56

BLACKSTONE ADVISORY PARTNERS L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
JULY 1, 2013 THROUGH JULY 31, 2013

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 13.5 |
| Adam Schlesinger | Associate | 28.6 |
| Daniel Bernstein | Analyst | 25.4 |
| | Total | 67.5 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2013 THROUGH JULY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 07/01/13 | 0.4 | Business Analysis | Call regarding business matter |
| Daniel Bernstein | 07/01/13 | 0.4 | Business Analysis | Call regarding business matter |
| Jamie O'Connell | 07/01/13 | 0.4 | Business Analysis | Call regarding business matter |
| Adam Schlesinger | 07/08/13 | 2.5 | Business Analysis | Review business analysis |
| Daniel Bernstein | 07/08/13 | 4.0 | Business Analysis | Claims Analysis |
| Adam Schlesinger | 07/09/13 | 0.3 | Business Analysis | Call with management regarding business matter |
| Adam Schlesinger | 07/09/13 | 0.1 | Business Analysis | Call with counsel regarding business matter |
| Adam Schlesinger | 07/09/13 | 1.1 | Business Analysis | Conference call with management regarding business matter |
| Adam Schlesinger | 07/09/13 | 0.4 | Business Analysis | Subsequent calls regarding business matter |
| Daniel Bernstein | 07/09/13 | 0.3 | Business Analysis | Call with management regarding business matter |
| Daniel Bernstein | 07/09/13 | 0.1 | Business Analysis | Call with counsel regarding business matter |
| Daniel Bernstein | 07/09/13 | 1.1 | Business Analysis | Conference call with management regarding business matter |
| Daniel Bernstein | 07/09/13 | 0.4 | Business Analysis | Subsequent calls regarding business matter |
| Daniel Bernstein | 07/09/13 | 4.5 | Business Analysis | Financial analysis related to emergence |
| Jamie O'Connell | 07/09/13 | 0.3 | Business Analysis | Call with management regarding business matter |
| Jamie O'Connell | 07/09/13 | 0.1 | Business Analysis | Call with counsel regarding business matter |
| Jamie O'Connell | 07/09/13 | 1.1 | Business Analysis | Conference call with management regarding business matter |
| Jamie O'Connell | 07/09/13 | 0.4 | Business Analysis | Subsequent calls regarding business matter |
| Daniel Bernstein | 07/10/13 | 6.0 | Business Analysis | Financial analysis related to emergence |
| Adam Schlesinger | 07/12/13 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Daniel Bernstein | 07/12/13 | 0.5 | Business Analysis | Call with management regarding business analysis |
| Adam Schlesinger | 07/16/13 | 0.4 | Business Analysis | Calls regarding business matter |
| Adam Schlesinger | 07/16/13 | 1.0 | Business Analysis | Meeting with management regarding various matters |
| Daniel Bernstein | 07/16/13 | 0.7 | Business Analysis | Meeting with management regarding various matters |
| Jamie O'Connell | 07/16/13 | 0.5 | Business Analysis | Calls regarding business matter |
| Jamie O'Connell | 07/16/13 | 1.0 | Business Analysis | Meeting with management regarding various matters |
| Adam Schlesinger | 07/17/13 | 0.8 | Business Analysis | Prepare business analysis |
| Jamie O'Connell | 07/17/13 | 0.5 | Business Analysis | Review of financial analysis in connection with advisors conference call |
| Jamie O'Connell | 07/18/13 | 3.5 | Business Analysis | Draft declaration related to business matter |
| Jamie O'Connell | 07/22/13 | 0.5 | Business Analysis | Call and related correspondence regarding business matter |
| Jamie O'Connell | 07/23/13 | 1.1 | Business Analysis | Call and related correspondence regarding business matter |
| Adam Schlesinger | 07/24/13 | 1.0 | Business Analysis | Prepare management update |
| Daniel Bernstein | 07/24/13 | 1.2 | Business Analysis | Review business analysis |
| Jamie O'Connell | 07/24/13 | 1.0 | Business Analysis | Calls and correspondence regarding business matter |
| Adam Schlesinger | 07/25/13 | 1.0 | Business Analysis | Review tax analysis |
| Daniel Bernstein | 07/25/13 | 1.5 | Business Analysis | Review tax analysis |
| Jamie O'Connell | 07/25/13 | 0.3 | Business Analysis | Correspondence regarding business matter |
| Adam Schlesinger | 07/26/13 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Daniel Bernstein | 07/26/13 | 0.7 | Business Analysis | Call with management regarding business analysis |
| Jamie O'Connell | 07/26/13 | 0.5 | Business Analysis | Conference call with management regarding business matter |
| Adam Schlesinger | 07/28/13 | 1.2 | Business Analysis | Review business analysis |
| Adam Schlesinger | 07/31/13 | 1.5 | Business Analysis | Review business analysis |
| Jamie O'Connell | 07/31/13 | 1.0 | Business Analysis | Review of declaration |
| | | **46.5** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2013 THROUGH JULY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 07/18/13 | 2.0 | Case Administration | Review draft motion |
| Daniel Bernstein | 07/18/13 | 1.5 | Case Administration | Review draft motion |
| Adam Schlesinger | 07/25/13 | 0.8 | Case Administration | Review draft motion |
| | | 4.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2013 THROUGH JULY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 07/02/13 | 1.8 | Claims Analysis Objection/Resolution | Review claims analysis |
| Adam Schlesinger | 07/03/13 | 1.0 | Claims Analysis Objection/Resolution | Review claims analysis |
| Adam Schlesinger | 07/08/13 | 1.5 | Claims Analysis Objection/Resolution | Review claims analysis |
| Adam Schlesinger | 07/09/13 | 0.7 | Claims Analysis Objection/Resolution | Review claims analysis |
| Adam Schlesinger | 07/31/13 | 0.8 | Claims Analysis Objection/Resolution | Call with management and counsel regarding claims |
| Daniel Bernstein | 07/31/13 | 0.8 | Claims Analysis Objection/Resolution | Call with management and counsel regarding claims |
| | | 6.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2013 THROUGH JULY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 07/01/13 | 0.7 | Committee | Review creditor materials |
| Adam Schlesinger | 07/03/13 | 0.5 | Committee | Correspondence with committees regarding business matter |
| Adam Schlesinger | 07/05/13 | 0.5 | Committee | Correspondence with committees regarding business matter |
| Adam Schlesinger | 07/06/13 | 0.2 | Committee | Correspondence with committees regarding business matter |
| Adam Schlesinger | 07/10/13 | 1.1 | Committee | Correspondence with committees regarding business matter |
| Adam Schlesinger | 07/11/13 | 0.5 | Committee | Correspondence with committees regarding business matter |
| Adam Schlesinger | 07/15/13 | 0.4 | Committee | Respond to committee information request |
| Adam Schlesinger | 07/16/13 | 0.4 | Committee | Call with committee |
| Daniel Bernstein | 07/16/13 | 0.4 | Committee | Call with committee |
| Adam Schlesinger | 07/17/13 | 1.0 | Committee | Conference call with financial and legal advisors regarding business matter |
| Daniel Bernstein | 07/17/13 | 1.0 | Committee | Conference call with financial and legal advisors regarding business matter |
| Jamie O'Connell | 07/17/13 | 1.0 | Committee | Conference call with financial and legal advisors regarding business matter |
| Adam Schlesinger | 07/18/13 | 0.3 | Committee | Call with financial advisor and related correspondence |
| Daniel Bernstein | 07/18/13 | 0.3 | Committee | Call with financial advisor and related correspondence |
| Jamie O'Connell | 07/18/13 | 0.3 | Committee | Call with financial advisor and related correspondence |
| Adam Schlesinger | 07/19/13 | 1.0 | Committee | Respond to committee information request |
| | | 9.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2013 THROUGH JULY 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 07/12/13 | 0.5 | Financing | Schedule management meetings |
| | | 0.5 | | |

# Blackstone Advisory Partners L.P.

December 4, 2013

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Fee for the period of August 1, 2013 through August 31, 2013: | $ | 25,000.00 |

Out-of-pocket expenses processed for the period through August 31, 2013: [1]

| | | | |
|---|---|---|---|
| Document Production | $ | 193.30 | 193.30 |
| Total Amount Due | | $ | 25,193.30 |

Please wire transfer funds to:

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice No. 1446

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W. R. Grace & Co.
Summary of Expenses

| | GL Detail Aug-13 | | Total Expenses | |
|---|---|---|---|---|
| Document Production | $ | 193.30 | $ | 193.30 |
| Total Expenses | $ | 193.30 | $ | 193.30 |
| | | | | |
| Document Production | | | $ | 193.30 |
| | | | | |
| Total Expenses | | | $ | 193.30 |

W. R. Grace & Co.
Detail of Expenses Processed
Through August 31, 2013
Invoice No. 1446

Document Production

| | | |
|---|---|---|
| Jaffe (1,153 black & white photocopies calculated @ a rate of $0.10 per page) | 06/03/13 - 06/09/13 | 115.30 |
| Jaffe (780 color photocopies calculated @ a rate of $0.10 per page) | 06/03/13 - 06/09/13 | 78.00 |
| Subtotal - Document Production | | $ 193.30 |
| Total Expenses | | $ 193.30 |

BLACKSTONE ADVISORY PARTNERS L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 3.6 |
| Adam Schlesinger | Associate | 11.4 |
| Justin Federbush | Analyst | 18.9 |
| | Total | 33.9 |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/02/13 | 1.0 | Business Analysis | Review management analysis |
| Adam Schlesinger | 08/05/13 | 0.2 | Business Analysis | Review exit financing assumptions |
| Justin Federbush | 08/05/13 | 2.0 | Business Analysis | Editing financial model |
| Adam Schlesinger | 08/07/13 | 0.5 | Business Analysis | Call with management regarding financial model inputs |
| Justin Federbush | 08/07/13 | 0.5 | Business Analysis | Call with management regarding financial model inputs |
| Adam Schlesinger | 08/08/13 | 1.0 | Business Analysis | Review financial model |
| Justin Federbush | 08/08/13 | 0.5 | Business Analysis | Call with Ben & Andre regarding tax sheet in financial model |
| Adam Schlesinger | 08/10/13 | 1.5 | Business Analysis | Review financial model |
| Adam Schlesinger | 08/13/13 | 1.3 | Business Analysis | Review financial model |
| Jamie O'Connell | 08/13/13 | 0.2 | Business Analysis | Correspondence regarding business matter |
| Jamie O'Connell | 08/14/13 | 0.5 | Business Analysis | Review and comment on financial model |
| Adam Schlesinger | 08/15/13 | 0.3 | Business Analysis | Internal team meeting regarding financial model |
| Jamie O'Connell | 08/15/13 | 0.3 | Business Analysis | Internal team meeting regarding financial model |
| Justin Federbush | 08/15/13 | 0.3 | Business Analysis | Internal team meeting regarding financial model |
| Justin Federbush | 08/15/13 | 2.0 | Business Analysis | Editing finanical model |
| Justin Federbush | 08/16/13 | 2.0 | Business Analysis | Editing finanical model |
| Jamie O'Connell | 08/17/13 | 1.2 | Business Analysis | Review and comment on financial model |
| Adam Schlesinger | 08/18/13 | 2.5 | Business Analysis | Review financial model |
| Adam Schlesinger | 08/19/13 | 0.6 | Business Analysis | Review financial model |
| Justin Federbush | 08/19/13 | 0.5 | Business Analysis | Editing finanical model |
| Adam Schlesinger | 08/22/13 | 0.2 | Business Analysis | Review financial model |
| Jamie O'Connell | 08/22/13 | 0.2 | Business Analysis | Call regarding business matter |
| Justin Federbush | 08/22/13 | 0.5 | Business Analysis | Call with Ben regarding financial model |
| Justin Federbush | 08/22/13 | 0.5 | Business Analysis | Editing finanical model |
| Justin Federbush | 08/26/13 | 1.0 | Business Analysis | Call with Ben regarding financial model |
| Justin Federbush | 08/26/13 | 2.0 | Business Analysis | Editing finanical model |
| Jamie O'Connell | 08/27/13 | 0.2 | Business Analysis | Meeting with J. Federbush regarding various matters |
| Justin Federbush | 08/27/13 | 0.2 | Business Analysis | Call with Ben regarding financial model |
| Justin Federbush | 08/27/13 | 0.5 | Business Analysis | Editing financial model |
| Justin Federbush | 08/27/13 | 0.2 | Business Analysis | Meeting with J. O'Connell regarding various matters |
| Justin Federbush | 08/28/13 | 1.0 | Business Analysis | Editing financial model |
| Justin Federbush | 08/28/13 | 1.0 | Business Analysis | Call with Ben regarding financial model |
| Justin Federbush | 08/29/13 | 1.5 | Business Analysis | Editing financial model |
| Justin Federbush | 08/29/13 | 0.5 | Business Analysis | Call with Ben regarding financial model |
| Justin Federbush | 08/30/13 | 0.2 | Business Analysis | Call with Ben regarding financial model |
| Justin Federbush | 08/30/13 | 2.0 | Business Analysis | Editing financial model |
| | | 30.6 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/01/13 | 0.5 | Case Administration | Review Grace filings |
| Jamie O'Connell | 08/13/13 | 0.5 | Case Administration | Review of materials from counsel and related call |
| | | 1.0 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/06/13 | 0.5 | Claims Analysis Objection/Resolution | Review claims analysis |
| | | 0.5 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/01/13 | 0.5 | Committee | Review committee information request |
| | | 0.5 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/06/13 | 0.3 | Fee Applications | Review draft fee application |
| Jamie O'Connell | 08/16/13 | 0.5 | Fee Applications | Review and comment on fee application |
| | | 0.8 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 08/06/13 | 0.5 | Financing | Exit financing analysis |
| | | 0.5 | | |

# Blackstone Advisory Partners L.P.

December 4, 2013

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly Fee for the period of September 1, 2013 through September 30, 2013:          $          25,000.00

Out-of-pocket expenses processed for the period through September 30, 2013: [1]

| | | |
|---|---|---|
| Ground Transportation | $ 11.00 | |
| Meals | 18.50 | 29.50 |
| Total Amount Due | | $ 25,029.50 |

Please wire transfer funds to:

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice No. 1449

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W. R. Grace & Co.
Summary of Expenses

| | GL Detail Sep-13 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 11.00 | $ 11.00 |
| Employee Meals | 18.50 | 18.50 |
| Total Expenses | $ 29.50 | $ 29.50 |
| | | |
| Ground Transportation | | $ 11.00 |
| Meals | | 18.50 |
| Total Expenses | | $ 29.50 |

W. R. Grace & Co.
Detail of Expenses Processed
Through September 30, 2013
Invoice No. 1449

Ground Transportation - Local Travel

| | | | | |
|---|---|---|---|---|
| Federbush (weeknight taxi home from Blackstone after working late) | 08/26/13 | 11.00 | | |
| | Subtotal - Ground Transportation - Local Travel | | $ | 11.00 |

Employee Meals

| | | | | |
|---|---|---|---|---|
| Federbush (weeknight working dinner meal @ Blackstone while working late) | 08/26/13 | 18.50 | | |
| | Subtotal - Employee Meals | | | 18.50 |
| | Total Expenses | | $ | 29.50 |

BLACKSTONE ADVISORY PARTNERS L.P.
SUMMARY OF HOURS FOR THE PERIOD OF
SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013

| Professional | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 3.3 |
| Adam Schlesinger | Associate | 27.0 |
| Justin Federbush | Analyst | 22.9 |
| | Total | 53.2 |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 09/09/13 | 1.2 | Business Analysis | Review financial model |
| Adam Schlesinger | 09/12/13 | 0.3 | Business Analysis | Communication with management regarding business matter |
| Jamie O'Connell | 09/18/13 | 0.3 | Business Analysis | Review presentation on business matter |
| Jamie O'Connell | 09/19/13 | 0.1 | Business Analysis | Call regarding business matter |
| Adam Schlesinger | 09/22/13 | 1.0 | Business Analysis | Review subordination premium analysis |
| Adam Schlesinger | 09/23/13 | 0.7 | Business Analysis | Review capital structure |
| Adam Schlesinger | 09/24/13 | 1.5 | Business Analysis | Review subordination premium analysis |
| Adam Schlesinger | 09/25/13 | 0.2 | Business Analysis | Meeting with J. Federbush regarding Subordination Premium Analysis |
| Adam Schlesinger | 09/25/13 | 0.6 | Business Analysis | Review presentation |
| Jamie O'Connell | 09/25/13 | 0.2 | Business Analysis | Call with management regarding various matters |
| Jamie O'Connell | 09/26/13 | 0.8 | Business Analysis | Conference call with management and counsel |
| Jamie O'Connell | 09/27/13 | 0.5 | Business Analysis | Review and comment on presentation related to business matter |
| Adam Schlesinger | 09/30/13 | 1.2 | Business Analysis | Review subordination premium analysis |
| Jamie O'Connell | 09/30/13 | 0.4 | Business Analysis | Review materials related to business matter |
| Justin Federbush | 09/08/13 | 1.5 | Business Analysis | Editing Financial Model |
| Justin Federbush | 09/09/13 | 1.5 | Business Analysis | Editing Financial Model |
| Justin Federbush | 09/10/13 | 0.5 | Business Analysis | Editing Financial Model |
| Justin Federbush | 09/12/13 | 2.0 | Business Analysis | Editing Financial Model |
| Justin Federbush | 09/23/13 | 4.0 | Business Analysis | Subordination Premium Analysis |
| Justin Federbush | 09/23/13 | 2.0 | Business Analysis | DPO Covenant Analysis |
| Justin Federbush | 09/24/13 | 4.0 | Business Analysis | Subordination Premium Analysis |
| Justin Federbush | 09/25/13 | 0.2 | Business Analysis | Meeting with A. Schlesinger regarding Subordination Premium Analysis |
| Justin Federbush | 09/29/13 | 3.0 | Business Analysis | Subordination Premium Analysis |
| Justin Federbush | 09/30/13 | 0.2 | Business Analysis | Subordination Premium Analysis |
| | | 27.9 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 09/04/13 | 0.7 | Case Administration | Review emergence checklist |
| Adam Schlesinger | 09/05/13 | 1.0 | Case Administration | Review court filings |
| Adam Schlesinger | 09/19/13 | 0.7 | Case Administration | Call with counsel regarding emergence payments |
| Adam Schlesinger | 09/20/13 | 1.5 | Case Administration | Review Plan payment structure |
| Adam Schlesinger | 09/20/13 | 0.5 | Case Administration | Call with counsel regarding emergence payments |
| Adam Schlesinger | 09/23/13 | 1.0 | Case Administration | Conference call with management and counsel |
| Adam Schlesinger | 09/23/13 | 1.0 | Case Administration | Review draft exhibits |
| Jamie O'Connell | 09/23/13 | 1.0 | Case Administration | Conference call with management and counsel |
| Justin Federbush | 09/23/13 | 1.0 | Case Administration | Conference call with management and counsel |
| Adam Schlesinger | 09/29/13 | 2.5 | Case Administration | Review Plan and emergence payments |
| | | 10.9 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 09/06/13 | 0.4 | Claims Analysis Objection/Resolution | Review claims |
| Adam Schlesinger | 09/09/13 | 1.0 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Adam Schlesinger | 09/11/13 | 1.0 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 09/11/13 | 1.0 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Adam Schlesinger | 09/19/13 | 1.0 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 09/19/13 | 1.0 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Adam Schlesinger | 09/26/13 | 1.5 | Claims Analysis Objection/Resolution | Review claims |
| Adam Schlesinger | 09/26/13 | 1.0 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 09/26/13 | 1.0 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
|  |  | 8.9 |  |  |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 09/11/13 | 0.6 | Committee | Communication with creditor committees regarding business matter |
| Adam Schlesinger | 09/17/13 | 0.9 | Committee | Review creditor committee presentation |
| Adam Schlesinger | 09/18/13 | 0.6 | Committee | Review creditor committee presentation |
| Adam Schlesinger | 09/26/13 | 2.5 | Committee | Review and edit creditor committee presentations |
| Adam Schlesinger | 09/26/13 | 0.4 | Committee | Communication with creditor committees regarding business matter |
| | | 5.0 | | |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 09/25/13 | 0.5 | Fee Applications | Review draft fee application |
| | | 0.5 | | |