**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2013
ACCOUNT NO:          3000-01D
STATEMENT NO:                  109

Asset Analysis and Recovery

PREVIOUS BALANCE                                                               $132.60

| 10/04/2013 | Payment - Thank you. (February, 2013 - 20% Fees) | -46.80 |
| 10/04/2013 | Payment - Thank you. (March, 2013 - 20% Fees) | -78.00 |
| | TOTAL PAYMENTS | -124.80 |
| | BALANCE DUE | $7.80 |

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2013
ACCOUNT NO:          3000-02D
STATEMENT NO:                149

Asset Disposition

PREVIOUS BALANCE                                                                    $240.10

BALANCE DUE                                                                         $240.10

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2013
ACCOUNT NO:        3000-03D
STATEMENT NO:             133

Business Operations

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $2,145.00 |
| | | |
| 10/14/2013 | Payment - Thank you. (July, 2013 - 80% Fees) | -1,060.80 |
| | | |
| | BALANCE DUE | $1,084.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2013 |
| Wilmington  DE | ACCOUNT NO:    3000-04D |
|  | STATEMENT NO:         149 |

Case Administration

| | HOURS | |
|---|---|---|
| PREVIOUS BALANCE | | $723.87 |

**10/14/2013**
| | | HOURS | |
|---|---|---|---|
| MTH | Correspondence and discussions re draft final fee applications and sample forms | 1.30 | 507.00 |

**10/22/2013**
| | | | |
|---|---|---|---|
| MTH | Reviewing affidavit of Ted Swett re consent re 2019 Order | 0.20 | 78.00 |
| MTH | Reviewing affidavit of J. Guy re consent re 2019 Order | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | 1.70 | 663.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.70 | $390.00 | $663.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 663.00 |

| | | |
|---|---|---|
| 10/04/2013 | Payment - Thank you. (March, 2013 - 20% Fees) | -23.40 |

| | |
|---|---|
| BALANCE DUE | $1,363.47 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2013
ACCOUNT NO:        3000-05D
STATEMENT NO:            149

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                                $2,321.60

BALANCE DUE                                                                     $2,321.60

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2013
ACCOUNT NO:      3000-06D
STATEMENT NO:             149

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | -$296.10 |
| 10/29/2013 | | | | |
| MTH | Reviewing Debtors' Objection to Claim | | 0.30 | 117.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.30 | 117.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $390.00 | $117.00 |

TOTAL CURRENT WORK                                                                117.00

10/04/2013      Payment - Thank you. (February, 2013 - 20% Fees)                         -15.60

CREDIT BALANCE                                                                -$194.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 10/31/2013 |
| Wilmington  DE | ACCOUNT NO: | 3000-07D |
|  | STATEMENT NO: | 149 |

Committee, Creditors, Noteholders, Equity Holders

| | | | | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $12,105.96 |
| | | | HOURS | |
| **10/01/2013** | | | | |
| PEM | Review memo re: pleadings filed | | 0.10 | 47.00 |
| PEM | Review memorandum from counsel re: status and developments. | | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| **10/02/2013** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| **10/03/2013** | | | | |
| PEM | Address inquiries; review Plan documents and assets of Trust. | | 0.80 | 376.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| **10/04/2013** | | | | |
| MK | Review committee events calendar. | | 0.10 | 15.50 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.20 | 22.00 |
| MTH | Prepare weekly recommendation memos; reviewing correspondence from SMC to Committee re same | | 0.40 | 156.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **10/07/2013** | | | | |
| | SMB | Review recently filed pleading and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review correspondence from PC re weekly update | 0.20 | 78.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **10/08/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **10/09/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **10/10/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | PEM | Telephone conference with claimants counsel and review documents and trust fund and response thereto. | 0.70 | 329.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **10/11/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos; reviewing correspondence from SC to Committee re same | 0.50 | 195.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| **10/14/2013** | | | | |
| | MTH | Review correspondence from SC re daily memo | 0.10 | 39.00 |
| | MTH | Review correspondence from PC re financial update | 0.30 | 117.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **10/15/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Reviewing report from F/A and correspondence to co-counsel re same | 0.20 | 78.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 10/16/2013 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 10/17/2013 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 10/18/2013 | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memo and correspondence re same | 0.40 | 156.00 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| 10/21/2013 | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| | MTH | Review correspondence from PC re Trust assets | 0.10 | 39.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 10/22/2013 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| 10/23/2013 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 10/24/2013 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review daily memo | | 0.10 | 39.00 |
| **10/25/2013** | | | | |
| MK | Review committee events calendar. | | 0.10 | 15.50 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | | 0.20 | 22.00 |
| PEM | Telephone conference with claimant counsel re: Plan provisions and funding and appeals. | | 0.60 | 282.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memo; reviewing correspondence from SMC to Committee re same | | 0.40 | 156.00 |
| MTH | Review correspondence from ACM re Committee call | | 0.10 | 39.00 |
| **10/28/2013** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| **10/29/2013** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| **10/31/2013** | | | | |
| PEM | Review memo re: pleadings filed. | | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| MTH | Review daily memo | | 0.10 | 39.00 |
| | FOR CURRENT SERVICES RENDERED | | 14.10 | 4,306.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.40 | $520.00 | $208.00 |
| Philip E. Milch | 3.50 | 470.00 | 1,645.00 |
| Michele Kennedy | 0.40 | 155.00 | 62.00 |
| Santae M. Boyd | 5.00 | 110.00 | 550.00 |
| Mark T. Hurford | 4.70 | 390.00 | 1,833.00 |
| Freddie Koenig-Leuck | 0.10 | 85.00 | 8.50 |

TOTAL CURRENT WORK                                                                4,306.50

W.R. Grace

ACCOUNT NO:        3000-07D
STATEMENT NO:              149

Committee, Creditors, Noteholders, Equity Holders

| | | |
|---|---|---:|
| 10/04/2013 | Payment - Thank you. (February, 2013 - 20% Fees) | -667.60 |
| 10/04/2013 | Payment - Thank you. (March, 2013 - 20% Fees) | -677.80 |
| 10/14/2013 | Payment - Thank you. (July, 2013 - 80% Fees) | -2,401.60 |
| 10/30/2013 | Payment - Thank you. (January, 2013 - 20% Fees) | -678.10 |
| | TOTAL PAYMENTS | -4,425.10 |
| | BALANCE DUE | $11,987.36 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2013 |
| Wilmington  DE | ACCOUNT NO:     3000-08D |
|  | STATEMENT NO:           148 |

Employee Benefits/Pension

PREVIOUS BALANCE                                                                      -$664.30

| 10/04/2013 | Payment - Thank you. (February, 2013 - 20% Fees) | -101.40 |
| 10/04/2013 | Payment - Thank you. (March, 2013 - 20% Fees) | -109.20 |
|  | TOTAL PAYMENTS | -210.60 |
|  | CREDIT BALANCE | -$874.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 10/31/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-10D |
|  | STATEMENT NO:              149 |

Employment Applications, Others

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,334.10 |
| **10/11/2013** | | | |
| MTH | Various correspondence and review re final fee applications | 0.50 | 195.00 |
| **10/15/2013** | | | |
| MTH | Telephone conference with DF re application; review and correspondence re same | 0.40 | 156.00 |
| | FOR CURRENT SERVICES RENDERED | 0.90 | 351.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.90 | $390.00 | $351.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 351.00 |

| | | |
|---|---|---|
| 10/04/2013 | Payment - Thank you. (March, 2013 - 20% Fees) | -312.00 |
| 10/14/2013 | Payment - Thank you. (July, 2013 - 80% Fees) | -93.60 |
| | TOTAL PAYMENTS | -405.60 |
| | BALANCE DUE | $1,279.50 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2013
ACCOUNT NO:      3000-11D
STATEMENT NO:            147

Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $5,504.84 |
| | | |
| 10/01/2013 | Parcels - copy/service - Certificates of No Objection (4) - July 2013 | 51.00 |
| 10/01/2013 | Pacer charges for the month of September | 34.60 |
| 10/04/2013 | Parcels - copy/service - Fee Applications (4) - August 2013 | 385.00 |
| 10/31/2013 | Copying - October 3013 | 42.00 |
| | TOTAL EXPENSES | 512.60 |
| | | |
| | TOTAL CURRENT WORK | 512.60 |
| | | |
| 10/14/2013 | Payment - Thank you. (July, 2013 - 100% Expenses) | -608.55 |
| | | |
| | BALANCE DUE | $5,408.89 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 10/31/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-12D |
| | STATEMENT NO:              147 |

Fee Applications, Applicant

| | PREVIOUS BALANCE | | $3,583.20 |
|---|---|---|---|
| | | **HOURS** | |
| **10/01/2013** | | | |
| TS | Prepare Certificate of No Objection re: C&L July fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| MTH | Reviewing docket and reviewing and signing CNO for C&L July monthly fee application | 0.10 | 39.00 |
| **10/02/2013** | | | |
| MTH | Correspondence with TS and DGS re fee auditor recommendations | 0.30 | 117.00 |
| **10/03/2013** | | | |
| TS | Review e-mail from DS re: August bill (.1); Prepare C&L August fee application (.3) | 0.40 | 44.00 |
| **10/04/2013** | | | |
| TS | Finalize and e-file August fee application of C&L | 0.30 | 33.00 |
| MTH | Reviewing C&L August fee application for filing and service | 0.30 | 117.00 |
| **10/10/2013** | | | |
| MTH | Reviewing pre-bill | 0.50 | 195.00 |
| TS | Review prebill for September 2013 | 0.20 | 22.00 |
| **10/25/2013** | | | |
| TS | Review e-mail from DS re: September bill (.1); Prepare C&L September fee application (.3) | 0.40 | 44.00 |
| **10/28/2013** | | | |
| MTH | Reviewing docket and reviewing and signing CNO for August fee application | 0.10 | 39.00 |
| TS | Prepare Certificate of No Objection re: C&L August fee application (.2); Finalize and e-file application (.2) | 0.40 | 44.00 |

Page: 2

W.R. Grace
10/31/2013

ACCOUNT NO:        3000-12D
STATEMENT NO:            147

Fee Applications, Applicant

|  | HOURS |  |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 3.40 | 738.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.30 | $390.00 | $507.00 |
| Timothy Simpson | 2.10 | 110.00 | 231.00 |
| TOTAL CURRENT WORK |  |  | 738.00 |

| 10/04/2013 | Payment - Thank you. (February, 2013 - 20% Fees) | -146.80 |
|---|---|---|
| 10/04/2013 | Payment - Thank you. (March, 2013 - 20% Fees) | -147.60 |
| 10/14/2013 | Payment - Thank you. (July, 2013 - 80% Fees) | -524.00 |
| 10/30/2013 | Payment - Thank you. (January, 2013 - 20% Fees) | -115.40 |
|  | TOTAL PAYMENTS | -933.80 |
|  | BALANCE DUE | $3,387.40 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2013
ACCOUNT NO:        3000-13D
STATEMENT NO:              134

Fee Applications, Others

PREVIOUS BALANCE                                                                    $17,025.30

| | | | HOURS | |
|---|---|---|---|---|
| **10/01/2013** | | | | |
| | TS | Prepare Certificate of No Objection re: C&D July fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection re: AK July fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection re: Charter Oak July fee application (.2); Finalize and e-file CNO (.2) | 0.40 | 44.00 |
| | MTH | Reviewing docket and reviewing and signing CNO for Charter Oak July monthly fee application | 0.20 | 78.00 |
| | MTH | Review correspondence from TS to R. Finke re service of CNO's for ACC | 0.10 | 39.00 |
| | MTH | Review correspondence from MS re Higgins fee application | 0.10 | 39.00 |
| | MTH | Reviewing docket and reviewing and signing CNO for C&D July monthly fee application | 0.20 | 78.00 |
| | MTH | Reviewing docket and reviewing and signing CNO for AK July monthly fee application | 0.10 | 39.00 |
| **10/02/2013** | | | | |
| | MTH | Review correspondence from TS re draft Charter Oak fee application | 0.20 | 78.00 |
| | TS | Review e-mail from GS re: Charter Oak August bill (.1); Prepare Charter Oak August fee application (.3) | 0.40 | 44.00 |
| **10/03/2013** | | | | |
| | TS | Review e-mail from AP re: AK August fee application (.1); Update AK August fee application (.2) | 0.30 | 33.00 |
| | TS | Review e-mail from EB re: C&D August fee application (.1); Update C&D August fee application (.2) | 0.30 | 33.00 |
| **10/04/2013** | | | | |
| | TS | Finalize and e-file August fee application of C&D | 0.30 | 33.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| TS | Finalize and e-file August fee application of AK | 0.30 | 33.00 |
| TS | Finalize and e-file August fee application of Charter Oak | 0.30 | 33.00 |
| SMB | Review August 2013 application of Stroock & Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2013 application of Foley Hoag LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2013 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2013 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review January through March 2013 application of Grant Thornton LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2013 application of The Law Offices of Roger Higgins LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from DP re Blackstone fee application for July | 0.10 | 39.00 |
| MTH | Reviewing Charter Oak August fee application for filing and service | 0.20 | 78.00 |
| MTH | Reviewing Ak August fee application for filing and service | 0.20 | 78.00 |
| MTH | Reviewing C&D August fee application for service and filing | 0.20 | 78.00 |
| MTH | Review correspondence from TS (x2) re e-mail service of fee applications per Fee Order | 0.20 | 78.00 |

10/09/2013

|  |  |  |  |
|---|---|---|---|
| MTH | Review correspondence from DP re Woodcock Quarterly fee application; Norton Rose fee application | 0.10 | 39.00 |
| MTH | Review correspondence from AP re draft fee application for Anderson Kill | 0.10 | 39.00 |

10/10/2013

|  |  |  |  |
|---|---|---|---|
| MTH | Review correspondence from DP re K&E fee application for July | 0.10 | 39.00 |

10/11/2013

|  |  |  |  |
|---|---|---|---|
| SMB | Review August 2013 application of Ferry, Joseph & Pearce P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2013 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2013 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review February 2013 application of Norton Rose Fulbright Canada LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2013 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2013 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **10/14/2013** | | | | |
| | MTH | Review correspondence from MS re Casner monthly fee application | 0.10 | 39.00 |
| **10/15/2013** | | | | |
| | MTH | Review correspondence from YS re three CNO's and monthly fee application for PWC | 0.20 | 78.00 |
| | MTH | Review correspondence from DF re Lincoln April fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from D.M. re Capstone fee application | 0.10 | 39.00 |
| **10/18/2013** | | | | |
| | MTH | Review correspondence from TBB re CNO for Saul Ewing | 0.10 | 39.00 |
| | SMB | Review September 2013 application of Warren H. Smith & Associates, P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April 2013 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of Capstone Advisory Group, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of Pricewatershousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2013 application of Judge Alexander M. Sanders, Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| **10/21/2013** | | | | |
| | MTH | Review correspondence from AP re draft Anderson Kill fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from DF re 6 CNO's filed | 0.10 | 39.00 |
| **10/22/2013** | | | | |
| | MTH | Review correspondence from CH re CNO for PG&S fee application | 0.10 | 39.00 |
| **10/23/2013** | | | | |
| | TS | Review e-mail from DR re: LAS September bill (.1); Prepare LAS September fee application (.3) | 0.40 | 44.00 |
| | MTH | Review correspondence from TBB re CNO for Kramer Levin fee application | 0.10 | 39.00 |
| **10/24/2013** | | | | |
| | MTH | Review correspondence from GP re CNO's filed for Canadian ZAI counsel | 0.10 | 39.00 |
| **10/25/2013** | | | | |
| | SMB | Review September 2013 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

Page: 4
W.R. Grace                                                                                      10/31/2013
                                                             ACCOUNT NO:          3000-13D
                                                             STATEMENT NO:              134

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | SMB | Review July 2013 application of BMC Group (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of Grant Thornton LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | TS | Correspondence with GS re: Charter Oak September fees | 0.10 | 11.00 |
| | MTH | Review correspondence from DF re Lincoln fee applications for April, May and June 2013 | 0.10 | 39.00 |
| | MTH | Review correspondence from DF re fee application of R. Frankel for September | 0.10 | 39.00 |
| | MTH | Review correspondence from DF re Orrick fee application for September 2013 | 0.10 | 39.00 |
| | MTH | Reviewing correspondence from EB re draft fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from CH re PG&C fee application | 0.10 | 39.00 |
| 10/28/2013 | | | | |
| | MTH | Reviewing correspondence from Charter Oak; reviewing docket and reviewing and signing CNO for August fee application | 0.20 | 78.00 |
| | MTH | Reviewing correspondence from Anderson Kill; reviewing docket and reviewing and signing CNO for August fee application | 0.20 | 78.00 |
| | MTH | Reviewing correspondence from Caplin & Drysdale; reviewing docket and reviewing and signing CNO for August fee application | 0.10 | 39.00 |
| | TS | Prepare Certificate of No Objection re: C&D August fee application (.2); Finalize and e-file application (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection re: AK August fee application (.2); Finalize and e-file application (.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection re: Charter Oak August fee application (.2); Finalize and e-file application (.2) | 0.40 | 44.00 |
| | MTH | Reviewing correspondence from ACC professionals re CNO's to be filed | 0.20 | 78.00 |
| | MTH | Review correspondence from JBL re Reed Smith fee application | 0.10 | 39.00 |
| 10/29/2013 | | | | |
| | MTH | Reviewing correspondence from DP re Higgins fee application for september | 0.10 | 39.00 |
| | MTH | Review correspondence from LE re Casner & Edwards fee application for September | 0.10 | 39.00 |
| | MTH | Review correspondence from GD re fee application for LBL | 0.10 | 39.00 |
| | MTH | Review correspondence from GD re fee application for Scarfone Hawkins | 0.10 | 39.00 |
| | MTH | Review correspondence from GD re fee application for the Hogan Firm | 0.10 | 39.00 |
| | MTH | Review correspondence from TS re e-mail service of CNO's | 0.10 | 39.00 |
| | MTH | Review correspondence from TBB re Saul Ewing monthly fee application | 0.10 | 39.00 |
| 10/30/2013 | | | | |
| | MTH | Review correspondence from GS re Charter Oak fee application; | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | redactions | 0.20 | 78.00 |
| MTH | Review correspondence from D.M. re SSL fee application | 0.10 | 39.00 |
|  | FOR CURRENT SERVICES RENDERED | 15.10 | 3,201.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 4.80 | $110.00 | $528.00 |
| Mark T. Hurford | 5.50 | 390.00 | 2,145.00 |
| Timothy Simpson | 4.80 | 110.00 | 528.00 |
|  |  |  |  |
| TOTAL CURRENT WORK |  |  | 3,201.00 |

| 10/04/2013 | Payment - Thank you. (February, 2013 - 20% Fees) (Amount should have been $860.20 but was adjusted per Fee Auditor's Report) | -821.20 |
|---|---|---|
| 10/04/2013 | Payment - Thank you. (March, 2013 - 20% Fees) | -688.40 |
| 10/14/2013 | Payment - Thank you. (July, 2013 - 80% Fees) | -3,099.20 |
| 10/30/2013 | Payment - Thank you. (January, 2013 - 20% Fees) | -542.00 |
|  | TOTAL PAYMENTS | -5,150.80 |
|  | BALANCE DUE | $15,075.50 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2013
ACCOUNT NO:          3000-14D
STATEMENT NO:               106

Financing

PREVIOUS BALANCE                                                                        $15.60

10/30/2013        Payment - Thank you. (January, 2013 - 20% Fees)                -15.60

BALANCE DUE                                                                         $0.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 10/31/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-15D |
| | STATEMENT NO:             149 |

Hearings

| | PREVIOUS BALANCE | $5,552.05 |
|---|---|---|

| | | |
|---|---|---|
| 10/04/2013 | Payment - Thank you. (February, 2013 - 20% Fees) | -23.40 |
| 10/04/2013 | Payment - Thank you. (March, 2013 - 20% Fees) | -31.20 |
| 10/14/2013 | Payment - Thank you. (July, 2013 - 80% Fees) | -436.80 |
| 10/30/2013 | Payment - Thank you. (January, 2013 - 20% Fees) | -31.20 |
| | TOTAL PAYMENTS | -522.60 |
| | BALANCE DUE | $5,029.45 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                      |                 |          |
|----------------------|-----------------|----------|
|                      | Page: 1         |          |
| W.R. Grace           | 10/31/2013      |          |
| Wilmington  DE       | ACCOUNT NO:     | 3000-16D |
|                      | STATEMENT NO:   | 134      |

Litigation and Litigation Consulting

PREVIOUS BALANCE                                          -$725.20

| 10/04/2013 | Payment - Thank you. (February, 2013 - 20% Fees) | -260.50   |
| 10/04/2013 | Payment - Thank you. (March, 2013 - 20% Fees)    | -844.50   |
|            | TOTAL PAYMENTS                                   | -1,105.00 |
|            | CREDIT BALANCE                                   | -$1,830.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 10/31/2013 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
| | STATEMENT NO:    134 |

Plan and Disclosure Statement

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $8,708.60 |

|  |  |  | HOURS | |
|---|---|---|---|---|
| 10/01/2013 | | | | |
| | MTH | Reviewing dockets re status of rulings and deadlines to file Motions to Reconsider; reviewing Order entered re AMH Motion for extension of time; correspondence to EI re same; reviewing correspondence from EI to Committee re same | 1.30 | 507.00 |
| 10/03/2013 | | | | |
| | MTH | Correspondence with PEM re Amended Plan; reviewing same and correspondence re same | 1.60 | 624.00 |
| | SMB | Review docket re: plan confirmation and amendments to confirmation | 2.50 | 275.00 |
| 10/07/2013 | | | | |
| | MTH | Reviewing filings re mandate issued by CA3 | 0.10 | 39.00 |
| | | FOR CURRENT SERVICES RENDERED | 5.50 | 1,445.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 2.50 | $110.00 | $275.00 |
| Mark T. Hurford | 3.00 | 390.00 | 1,170.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 1,445.00 |

| | | |
|---|---|---|
| 10/04/2013 | Payment - Thank you. (February, 2013 - 20% Fees) | -647.40 |
| 10/04/2013 | Payment - Thank you. (March, 2013 - 20% Fees) | -413.40 |
| 10/14/2013 | Payment - Thank you. (July, 2013 - 80% Fees) | -1,252.80 |
| 10/30/2013 | Payment - Thank you. (January, 2013 - 20% Fees) | -834.60 |
| | TOTAL PAYMENTS | -3,148.20 |

W.R. Grace

ACCOUNT NO:        3000-17D
STATEMENT NO:              134

Plan and Disclosure Statement

BALANCE DUE                                                    $7,005.40

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          10/31/2013
Wilmington  DE                            ACCOUNT NO:        3000-18D
                                          STATEMENT NO:            134

Relief from Stay Proceedings

PREVIOUS BALANCE                                                -$257.70

CREDIT BALANCE                                                 -$257.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2013
ACCOUNT NO:      3000-20D
STATEMENT NO:             133

Tax Litigation

PREVIOUS BALANCE                                                                    $468.80

BALANCE DUE                                                                              $468.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2013

ACCOUNT NO:        3000-21D
STATEMENT NO:                125

Travel-Non-Working

PREVIOUS BALANCE                                                                    $74.00

BALANCE DUE                                                                          $74.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2013
ACCOUNT NO:        3000-22D
STATEMENT NO:              138

Valuation

PREVIOUS BALANCE                                                                  $1,185.00

BALANCE DUE                                                                         $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2013
ACCOUNT NO:      3000-23D
STATEMENT NO:         138

ZAI Science Trial

PREVIOUS BALANCE                                                  $1,203.30

BALANCE DUE                                                       $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
10/31/2013
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 132.60 | 0.00 | 0.00 | 0.00 | -124.80 | $7.80 |
| 3000-02 Asset Disposition | | | | | |
| 240.10 | 0.00 | 0.00 | 0.00 | 0.00 | $240.10 |
| 3000-03 Business Operations | | | | | |
| 2,145.00 | 0.00 | 0.00 | 0.00 | -1,060.80 | $1,084.20 |
| 3000-04 Case Administration | | | | | |
| 723.87 | 663.00 | 0.00 | 0.00 | -23.40 | $1,363.47 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -296.10 | 117.00 | 0.00 | 0.00 | -15.60 | -$194.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 12,105.96 | 4,306.50 | 0.00 | 0.00 | -4,425.10 | $11,987.36 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -664.30 | 0.00 | 0.00 | 0.00 | -210.60 | -$874.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,334.10 | 351.00 | 0.00 | 0.00 | -405.60 | $1,279.50 |
| 3000-11 Expenses | | | | | |
| 5,504.84 | 0.00 | 512.60 | 0.00 | -608.55 | $5,408.89 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,583.20 | 738.00 | 0.00 | 0.00 | -933.80 | $3,387.40 |
| 3000-13 Fee Applications, Others | | | | | |
| 17,025.30 | 3,201.00 | 0.00 | 0.00 | -5,150.80 | $15,075.50 |
| 3000-14 Financing | | | | | |
| 15.60 | 0.00 | 0.00 | 0.00 | -15.60 | $0.00 |
| 3000-15 Hearings | | | | | |
| 5,552.05 | 0.00 | 0.00 | 0.00 | -522.60 | $5,029.45 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -725.20 | 0.00 | 0.00 | 0.00 | -1,105.00 | -$1,830.20 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 8,708.60 | 1,445.00 | 0.00 | 0.00 | -3,148.20 | $7,005.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 74.00 | 0.00 | 0.00 | 0.00 | 0.00 | $74.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 60,380.62 | 10,821.50 | 512.60 | 0.00 | -17,750.45 | $53,964.27 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.