## EXHIBIT A

**Business Operations(.30 Hours; $ 208.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $955 | 95.50 |
| Jeffrey A. Liesemer | .20 | $565 | 113.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/02/13 | JAL | 565.00 | 0.20 | Reviewed memo from Charter Oak re financial matter. |
| 10/15/13 | PVL | 955.00 | 0.10 | Rv Festa letter to Dow and Grace press release. |

**Total Task Code .03    .30**


**Case Administration (1.00 Hours; $ 555.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.00 | $555 | 555.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/04/13 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 10/11/13 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 10/18/13 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 10/25/13 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 10/31/13 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |

**Total Task Code .04    1.00**

706671v.1 12/5/2013

**Committee, Creditors', Noteholders' or Equity Holders' (1.90 Hours; $ 805.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $1,000 | 100.00 |
| Ann C. McMillan | .60 | $660 | 396.00 |
| Kevin C. Maclay | .10 | $565 | 56.50 |
| Eugenia Benetos | 1.10 | $230 | 253.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/13 | EI | 1,000.00 | 0.10 | Prepare status memorandum. |
| 10/01/13 | KCM | 565.00 | 0.10 | Review memo to Committee. |
| 10/25/13 | ACM | 660.00 | 0.60 | Draft memo to Committee (.3); exchange e-mails with EI re same (.1); exchange e-mails with Committee Co-Chairs and PVNL re same (.1); send memo to Committee (.1). |
| 10/25/13 | EB | 230.00 | 1.10 | Set up folder with materials for upcoming conference call (.2); review draft minutes chart (.4); send calendar invite to attorney group (.3); update committee minutes binder (.2). |

**Total Task Code .07        1.90**


**Fee Applications, Applicant (4.60 Hours; $ 1,448.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.20 | $555 | 666.00 |
| Eugenia Benetos | 3.40 | $230 | 782.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/13 | EB | 230.00 | 0.50 | Update fee application schedule and quality check spreadsheet. |

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 10/04/13 | EB | 230.00 | 0.40 | Update fee application schedule (.2); make duplicates (.1); create and send PDF to Accounting (.1). |
| 10/07/13 | RCT | 555.00 | 0.50 | Address fee issues. |
| 10/15/13 | EB | 230.00 | 0.80 | Create a check breakdown for EI's reference (.4); update fee application schedule (.2); make duplicates for myself and Accounting (.1); create and send PDF to Accounting (.1). |
| 10/22/13 | EB | 230.00 | 1.40 | Work on monthly fee application. |
| 10/25/13 | EB | 230.00 | 0.30 | Send email to local counsel re fee application and change cover section. |
| 10/28/13 | RCT | 555.00 | 0.20 | Respond to local counsel regarding CNOs (.1); confer with EB regarding same (.1). |
| 10/31/13 | RCT | 555.00 | 0.50 | Address fee issues. |

**Total Task Code .12    4.60**


**Plan & Disclosure Statement (10.80 Hours; $ 9,224.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $1,000 | 700.00 |
| Peter Van N. Lockwood | 6.30 | $955 | 6,016.50 |
| Ann C. McMillan | 3.80 | $660 | 2,508.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/07/13 | EI | 1,000.00 | 0.20 | Telephone conference with R. Frankel. |
| 10/10/13 | ACM | 660.00 | 0.20 | Exchange e-mails with S. Kazan and R. Finke re product question. |
| 10/14/13 | ACM | 660.00 | 0.10 | Exchange e-mails with S. Kazan re product issue. |
| 10/15/13 | ACM | 660.00 | 0.20 | Teleconference claimant. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/17/13 | PVL | 955.00 | 0.10 | Rv Paul email & reply |
| 10/18/13 | PVL | 955.00 | 1.20 | Rv Esayian email and att. re TA amends (.5); teleconf. Wyron re same (.7) |
| 10/18/13 | ACM | 660.00 | 0.10 | Exchange e-mails with R. Horkovich re Medicare issues. |
| 10/21/13 | PVL | 955.00 | 1.60 | Tcn Paul, Esayian, Jones, Frankel & Wyron (1.0); rv Esayian email & attached CMS materials (.6) |
| 10/21/13 | ACM | 660.00 | 0.20 | Send e-mail to E. Bouvier re document repositary (.1); exchange e-mails with PVNL re Medicare (.1). |
| 10/22/13 | PVL | 955.00 | 0.10 | Rv emails & reply |
| 10/22/13 | ACM | 660.00 | 0.20 | Exchange e-mails with PVNL re Medicare issues. |
| 10/23/13 | PVL | 955.00 | 1.10 | Teleconf. EI re TA issues (.4); cn ACM re same (.4); tcn EI & ACM re same (.3) |
| 10/23/13 | EI | 1,000.00 | 0.30 | Medicare and other status issues with ACM and PVNL. |
| 10/23/13 | ACM | 660.00 | 1.00 | Conference PVNL re Medicare (.5); teleconference PVNL, EI re effective date issues (.3); teleconference EI re same (.2). |
| 10/25/13 | PVL | 955.00 | 0.90 | Rv ACM emal re MMSEA issue & reply (.1); teleconfs. Wyron re MMSEA issue & TA agmt. (.8) |
| 10/25/13 | EI | 1,000.00 | 0.10 | Telephone conference with ACM regarding Committee call. |
| 10/28/13 | PVL | 955.00 | 0.20 | Cn ACM re Cascino inquiry re TDP |
| 10/28/13 | ACM | 660.00 | 0.70 | Teleconference PVNL re Zonolite (.2); exchange e-mails with J. Cooney re same (.3); exchange e-mails with D. Cohn re Medicare issues (.2). |
| 10/29/13 | PVL | 955.00 | 0.40 | Teleconf. Wyron |
| 10/30/13 | PVL | 955.00 | 0.30 | Teleconf. EI re trustees |
| 10/30/13 | ACM | 660.00 | 0.10 | Conference EI, AJS re issues related to the formation of the Trust. |

| 10/31/13 | PVL | 955.00 | 0.40 | Cn ACM re trustees (.2); rv orders & email re trustees in other cases (.2) |
| --- | --- | --- | --- | --- |
| 10/31/13 | EI | 1,000.00 | 0.10 | Memorandum to R. Horkovich regarding Midland offer. |
| 10/31/13 | ACM | 660.00 | 1.00 | Conference PVNL re Medicare issues and Trustee funding issues (.3); review files for examples of Trustee funding motions/orders (.5); send e-mails to PVNL re same (.1); exchange e-mails with EB re Committee call (.1). |

**Total Task Code    .17         10.80**

<u>Other Charges</u>:

| | |
|---|---|
| Air Freight & Express Mail | 17.13 |
| Pacer - Database Charges | 26.90 |
| **Total:** | **44.03** |