**EXHIBIT B**

**Business Operations (.30 Hours; $ 208.50)**

   Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03  .30**

**Case Administration (1.00 Hours; $ 555.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  1.00**

**Committee, Creditors', Noteholders' or Equity Holders' (1.90 Hours; $ 805.50)**

   Services rendered in this category include the Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07  1.90**

**Fee Applications, Applicant (4.60 Hours; $ 1,448.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee application.

**Total Task Code .12  4.60**

**Plan & Disclosure Statement (10.80 Hours; $ 9,224.50)**

   Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17  10.80**