## **EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $17.13 |
| Pacer - Database Charges | $26.90 |
| **Total:** | **$44.03** |

| | | | |
|---|---|---|---|
| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
| Matter 000 | Disbursements | | 11/22/2013 |

Print Date/Time: 11/22/2013 10:15:45AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 10/31/2013

**Matter 000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed: | 10/23/2013 | 13,655 |

Client Retainers Available        $4,806.34        Committed to Invoices:        $0.00        Remaining:        $4,806.34

$3,949,966.70
Total Expenses Billed To Date        Billing Empl:        0120    Elihu  Inselbuch
                                    Responsible Empl:   0120    Elihu  Inselbuch
                                    Alternate Empl:     0120    Elihu  Inselbuch
                                    Originating Empl:   0120    Elihu  Inselbuch

**Summary by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0380 | EB | Eugenia Benetos | 0.00 | 26.90 | 0.00 | 26.90 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 17.13 | 0.00 | 17.13 |
| **Total Fees** | | | 0.00 | 44.03 | 0.00 | 44.03 |

**Detail Time / Expense by Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 3040165 | Federal Express -Delivery to T.Simpson, 9/26/13 | | E | 10/16/2013 | 0999 C&D | | 0.00 | $17.13 | | 0.00 | $17.13 | 17.13 |
| 3044580 | Pacer Service Center -Court Electronic Records, 7/1/13 - 9/30/13  (EB) | | E | 10/29/2013 | 0380 EB | | 0.00 | $26.90 | | 0.00 | $26.90 | 44.03 |
| **Total Expenses** | | | | | | | 0.00 | $44.03 | | 0.00 | $44.03 | |
| | Matter Total Fees | | | | | | | 0.00 | | | 0.00 | |
| | Matter Total Expenses | | | | | | | 44.03 | | | 44.03 | |
| | | | | | | | | | | | 44.03 | |
| | Matter Total | | | | | | 0.00 | 44.03 | | 0.00 | | |
| | | | | | | | | | | | | |
| | Prebill Total Fees | | | | | | | | | | | |
| | Prebill Total Expenses | | | | | | | $44.03 | | | $44.03 | |

| | | | | |
|---|---|---|---|---|
| **Client Number:   4642** | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
| **Matter       000** | Disbursements | | | 11/22/2013 |

Print Date/Time: 11/22/2013 10:15:45AM

**Attn:**

**Invoice #**

$44.03

$44.03         0.00

**Prebill Total**                                                        0.00

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 94,156 | 05/24/2013 | 48,738.50 | 9,747.70 |
| 94,576 | 06/19/2013 | 39,963.00 | 7,992.60 |
| 95,137 | 07/17/2013 | 46,734.00 | 9,346.80 |
| 95,666 | 08/14/2013 | 12,959.00 | 2,591.80 |
| 96,232 | 09/11/2013 | 5,717.00 | 1,143.40 |
| 97,318 | 10/23/2013 | 23,725.97 | 23,725.97 |
| | | 307,011.47 | 69,405.10 |