# Anderson Kill P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| November 7, 2013 | INVOICE:          256531 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 10/31/13**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/01/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage data (1.60). | W001 | GFF | 2.40 |
| 10/01/13 | Continued reviewing and updating information on excess insurance policies, settlement agreements and reimbursement agreements re: follow form, indemnifications, insolvents, payment and other policy concerns. | W001 | IF | 2.70 |
| 10/01/13 | Follow-up in connection with Centennial Order confirming proof of claim final bar date. | W001 | RYC | 0.60 |
| 10/02/13 | Begin drafting monthly application (.80); begin drafting interim application (.80). | W011 | AHP | 1.60 |
| 10/02/13 | Draft and revise insurance policy data spreadsheets (.70); continue review of selected insurance company settlement agreements re: "subject policies" and scope of release issues (.80); continue analysis of selected insurance policies re: limits, aggregates, follow form, and assignment clause issues (1.10). | W001 | GFF | 2.60 |
| 10/02/13 | Continue reviewing and updating information on excess insurance policies, settlement and reimbursement agreements re: indemnifications, insolvents, following form, payment and other policy concerns. | W001 | IF | 2.40 |
| 10/02/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 2.70 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| November 7, 2013 | INVOICE: | 256531 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/03/13 | Review and revise time and expense entries (1.20); begin preparing interim chart (.80); review changes (.80). | W011 | AHP | 2.80 |
| 10/03/13 | Draft and revise insurance policy data spreadsheets (.60); continue review of selected insurance settlements re: "subject policies" and scope of release issues (.80); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (.90). | W001 | GFF | 2.30 |
| 10/03/13 | Continued to update information and review excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvents, following form provisions, payment and other insurance issues. | W001 | IF | 2.10 |
| 10/03/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 3.20 |
| 10/03/13 | Attention to fee application review. | W011 | RYC | 0.10 |
| 10/04/13 | Draft and revise insurance policy data spreadsheets (.80); continue review of selected insurance company settlement agreements re: "subject policies" and scope of release issues (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage issues (1.10). | W001 | GFF | 2.60 |
| 10/04/13 | Continue updating information and reviewing excess insurance policies, reimbursement agreements and settlement agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment and other insurance issues. | W001 | IF | 2.60 |
| 10/04/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 2.40 |
| 10/07/13 | Finish reviewing changes (.60); continue drafting monthly (.70); finish drafting interim chart (1.20); continue drafting interim application (.40). | W011 | AHP | 2.90 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                 **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| November 7, 2013 | | INVOICE: | | 256531 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/07/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues. | W001 | GFF | 1.90 |
| 10/07/13 | Research re: additional insurance company settlement payment timeline. | W001 | HEG | 1.30 |
| 10/07/13 | Continued to update information and review excess policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, following form clauses, payment and other insurance issues. | W001 | IF | 2.30 |
| 10/07/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 2.40 |
| 10/08/13 | Additional changes to time and expense entries and forward to attorney for review (.40); continue preparing interim chart (.60); continue preparing interim application (.40). | W011 | AHP | 1.40 |
| 10/08/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.40). | W001 | GFF | 2.10 |
| 10/08/13 | Continue to update information and review excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, follow form, payment and other policy issues. | W001 | IF | 1.90 |
| 10/08/13 | Review and comment upon fee application. | W011 | RYC | 0.50 |
| 10/09/13 | Review timekeeper practices and relay information to R. Horkovich (.40); additional changes to time and expense entries (.40); finalize and release monthly fee application and bill (.90). | W011 | AHP | 1.70 |
| 10/09/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form, other coverage issues. | W001 | GFF | 1.60 |
| 10/09/13 | Reviewed settlement agreement re: updated information "notice" and "termination." | W001 | IF | 1.40 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                       **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                        MATTER:        100055.WRG01

November 7, 2013                                                        INVOICE:           256531

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/09/13 | Continued updating information and reviewing excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, following form, payment and other insurance issues. | W001 | IF | 1.10 |
| 10/09/13 | Chart payment due dates and requirements for Trustees from settling insurance companies (.90). Identify and work on missing escrow agreement for $5.8 million payment from insurance company (.90). | W001 | RMH | 1.80 |
| 10/09/13 | Research and analysis in connection with pending insurance coverage settlement issues (2.30). Follow-up in connection with intervening to obtain previously inaccessible insolvent insurance coverage (1.50). | W001 | RYC | 3.80 |
| 10/09/13 | Follow-up regarding fee application comments. | W011 | RYC | 0.30 |
| 10/10/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.70). | W001 | GFF | 2.40 |
| 10/10/13 | Continue updating information and reviewing excess policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, follow form, payment and other insurance issues. | W001 | IF | 1.80 |
| 10/10/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 3.20 |
| 10/10/13 | Follow-up in connection with analysis of pending insurance settlement issues. | W001 | RYC | 1.90 |
| 10/11/13 | Continue analysis of selected insurance policies re: limits aggregates, follow form and other coverage issues. | W001 | GFF | 1.10 |
| 10/11/13 | Continued updating information and reviewing excess insurance policies, reimbursement agreements and settlement agreements re: indemnifications, insolvents, following form clauses, payment and other policy issues. | W001 | IF | 2.10 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                                        MATTER:       100055.WRG01

November 7, 2013                                                                                       INVOICE:        256531

MATTER:  CLAIMANTS COMMITTEE                                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/11/13 | Editing escrow agreement for funding of settlement. | W001 | RMH | 1.20 |
| 10/11/13 | Continue investigation regarding potentially unfavorable impending insolvent insurance company bar dates. | W001 | RYC | 1.30 |
| 10/14/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage issues (1.70). | W001 | GFF | 2.40 |
| 10/14/13 | Review of time line chart re: insurance company agreements and payment obligations. | W001 | HEG | 3.40 |
| 10/14/13 | Continue updating information and reviewing excess policies, reimbursement and settlement agreements re: indemnifications, insolvents, following form clauses, payment and other policy issues. | W001 | IF | 2.40 |
| 10/14/13 | Work on allocation cash flow analysis. | W001 | MG | 2.60 |
| 10/15/13 | Continued work on interim chart (.80); continued work on interim fee application (1.40). | W011 | AHP | 2.20 |
| 10/15/13 | Continue review of selected insurance company settlement agreements re: "subject policies" and scope of release (.80); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.80). | W001 | GFF | 2.60 |
| 10/15/13 | Additional analysis of insurance agreement payment obligation. | W001 | HEG | 0.80 |
| 10/15/13 | Continued to update information and review excess policies, coverage in place and settlement agreements re: indemnifications, insolvent insurance companies, follow form clauses, payment and other policy issues. | W001 | IF | 2.40 |
| 10/15/13 | Respond to inquiry re: settlement and allocation issues. | W001 | MG | 1.80 |
| 10/15/13 | Edit escrow agreement and transmit to and communicate with counsel for insurance company regarding same. | W001 | RMH | 1.70 |
| 10/15/13 | Review and comment upon interim fee application. | W011 | RYC | 0.60 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE      MATTER:     100055.WRG01

November 7, 2013      INVOICE:     256531

MATTER: CLAIMANTS COMMITTEE      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/16/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.90). | W001 | GFF | 2.70 |
| 10/16/13 | Continue updating information and reviewing umbrella and excess insurance policies, coverage in place agreements and settlement agreements re: indemnifications, insolvent insurance companies, follow form clauses, payment and other policy issues. | W001 | IF | 2.30 |
| 10/16/13 | Work on allocation cash flow analysis. | W001 | MG | 3.40 |
| 10/16/13 | Review and analysis of post-petition Trust funding based upon future settlement payments. | W001 | RYC | 2.60 |
| 10/17/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.20); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.40). | W001 | GFF | 2.60 |
| 10/17/13 | Continued to review and update information on umbrella and excess policies, coverage in place and settlement agreements re: indemnifications, insolvent insurance companies, following form clauses, payment and other policy issues. | W001 | IF | 2.80 |
| 10/17/13 | Work on allocation cash flow analysis. | W001 | MG | 3.80 |
| 10/17/13 | Edit report to Trustees re: payment of insurance assets and confer with FCR counsel re: requests for information. | W001 | RMH | 1.80 |
| 10/17/13 | Prepare revised summary in connection with post-petition Trust funding based upon future settlement payments. | W001 | RYC | 2.20 |
| 10/18/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.20). | W001 | GFF | 1.90 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE                              MATTER:      100055.WRG01

November 7, 2013                                             INVOICE:           256531

MATTER:  CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/18/13 | Continue to review and update information on excess policies, coverage in place and settlement agreements re: indemnifications, insolvent insurance companies, follow form clauses, payment and other insurance issues. | W001 | IF | 2.10 |
| 10/18/13 | Prepare set of allocation results (2.50); check cash flow figures and discount rates (2.40). | W001 | MG | 4.90 |
| 10/18/13 | Provide Medicare reporting material requested by FCR counsel (.90). Provide remaining insurance company nominal value information requested by FCR counsel (0.80). | W001 | RMH | 1.70 |
| 10/18/13 | Review status of on going insolvent insurance coverage disputes. | W001 | RYC | 0.70 |
| 10/21/13 | Finalize and forward interim fee application and exhibits to local counsel for filing. | W011 | AHP | 1.20 |
| 10/21/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.70). | W001 | GFF | 2.40 |
| 10/21/13 | Continued reviewing and updating information on excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, following form provisions, payment and other policy concerns. | W001 | IF | 1.40 |
| 10/21/13 | Adjust cash flow projection. | W001 | MG | 3.20 |
| 10/22/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues. | W001 | GFF | 2.10 |
| 10/22/13 | Continue to review and update information on excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment and other insurance concerns. | W001 | IF | 1.70 |
| 10/22/13 | Research and analysis in connection with post-bankruptcy insurance recovery analysis. | W001 | RYC | 2.30 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

| | | | |
|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| November 7, 2013 | | INVOICE: | 256531 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/23/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form, and voluntary payments issues. | W001 | GFF | 1.60 |
| 10/23/13 | Continued to update information and review excess insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvent insurance companies, following form clauses, payment and other insurance concerns. | W001 | IF | 2.40 |
| 10/23/13 | Adjust cash flow projection. | W001 | MG | 2.90 |
| 10/24/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: limits, aggregates, follow form and voluntary payments issues (1.10). | W001 | GFF | 1.70 |
| 10/24/13 | Continue to update information and review excess policies, settlement and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form clauses, payment and other insurance concerns. | W001 | IF | 2.10 |
| 10/24/13 | Review and evaluate prior summary information in connection with post-bankruptcy insurance recovery analysis. | W001 | RYC | 2.10 |
| 10/25/13 | Draft and revise insurance policy data spreadsheets (1.80); continue analysis of selected insurance policies regarding limits, aggregates, follow form, voluntary payments and other coverage issues (.90). | W001 | GFF | 2.70 |
| 10/25/13 | Adjust cash flow projection. | W001 | MG | 2.30 |
| 10/25/13 | Attention to creation of escrow account for $5.8 million payment and communicate with counsel regarding same. | W001 | RMH | 0.60 |
| 10/25/13 | Continue analysis of summary of anticipated Trust insurance recovery. | W001 | RYC | 2.60 |
| 10/28/13 | Draft and revise insurance policy data spreadsheets (1.70); continue analysis of selected insurance policies re: limits, aggregates, follow form, and voluntary payments issues (.90). | W001 | GFF | 2.60 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

| | | | |
|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| November 7, 2013 | | INVOICE: | 256531 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/28/13 | Continued reviewing and updating information on excess insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvent insurance companies, following form provisions, payment and other insurance issues. | W001 | IF | 2.90 |
| 10/28/13 | Review and revise allocation. | W001 | MG | 2.20 |
| 10/28/13 | Continue analysis of summary of anticipated Trust insurance recovery. | W001 | RYC | 2.60 |
| 10/29/13 | Draft and revise insurance policy data spreadsheets (1.60); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.10). | W001 | GFF | 2.70 |
| 10/29/13 | Continue reviewing and updating information on excess policies, settlement and reimbursement agreements re: indemnifications, insolvents, following form provisions, payment and other insurance issues. | W001 | IF | 2.60 |
| 10/29/13 | Review and revise allocation and cash flow. | W001 | MG | 2.40 |
| 10/29/13 | Review and evaluate settlement agreement payment analysis. | W001 | RYC | 2.60 |
| 10/30/13 | Draft and revise insurance policy data spreadsheets (1.40); continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage issues (1.30). | W001 | GFF | 2.70 |
| 10/30/13 | Continued to update information and review excess insurance policies, settlement and reimbursement agreements re: indemnities, insolvent insurance companies, following form language, payment and other insurance issues. | W001 | IF | 1.60 |
| 10/30/13 | Review and revise allocation and cash flow. | W001 | MG | 2.40 |
| 10/31/13 | Draft and revise insurance policy data spreadsheets (1.20); continue analysis of selected insurance policies re: limits, follow form, consent to settle and other coverage issues (1.40). | W001 | GFF | 2.60 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE      MATTER:     100055.WRG01

November 7, 2013      INVOICE:     256531

MATTER:  CLAIMANTS COMMITTEE      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/31/13 | Continue to update information and review excess policies, settlement and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form language, payment and other insurance issues. | W001 | IF | 2.90 |
| 10/31/13 | Respond to inquiry re: insurance company family limits. | W001 | MG | 4.80 |
| 10/31/13 | Revise analysis of summary of anticipated Trust insurance recoveries. | W001 | RYC | 1.80 |

**TOTAL FEES:**      **$100,523.00**

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

| | | |
|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| November 7, 2013 | INVOICE: | 256531 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 270.00 | 13.80 | 3,726.00 |
| Glenn F Fields | 365.00 | 52.30 | 19,089.50 |
| Harris E Gershman | 295.00 | 5.50 | 1,622.50 |
| Izak Feldgreber | 315.00 | 50.00 | 15,750.00 |
| Mark Garbowski | 650.00 | 50.60 | 32,890.00 |
| Robert M Horkovich | 925.00 | 8.80 | 8,140.00 |
| Robert Y Chung | 675.00 | 28.60 | 19,305.00 |
| **TOTAL FEES:** | | | **$100,523.00** |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| Glenn F Fields | 52.30 | 19,089.50 |
| Harris E Gershman | 5.50 | 1,622.50 |
| Izak Feldgreber | 50.00 | 15,750.00 |
| Mark Garbowski | 50.60 | 32,890.00 |
| Robert M Horkovich | 8.80 | 8,140.00 |
| Robert Y Chung | 27.10 | 18,292.50 |
| **TOTAL:** | **194.30** | **$95,784.50** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 13.80 | 3,726.00 |
| Robert Y Chung | 1.50 | 1,012.50 |
| **TOTAL:** | **15.30** | **$4,738.50** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| November 7, 2013 | INVOICE: | 256531 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

**COSTS through 10/31/13**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 09/11/13 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 240794385 Tracking Number: 796653323211 Reference: 100055 WRG01 01587   Billing Note: From: Robert Y Chung, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: John Pearson Kelly, GC, Superintendent of Financial Se, of the State of NY as Liquidat, NEW YORK CITY, NY, 10038, US | E107 | 8.94 |
| 09/27/13 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 242262768 Tracking Number: 796790366553 Reference: 100055 WRG01 01587   Billing Note: From: Robert Y Chung, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: New York Liquidation Bureau, The Centennial Ins  Co In  Liq, 110 William St, NEW YORK CITY, NY, 10038, US | E107 | 9.29 |
| 10/01/13 | LIBRARY & LEGAL RESEARCH WESTLAW | E124 | 50.68 |
| 10/01/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 10/01/13 | DI - PHOTOCOPYING - | E101 | 1.90 |
| 10/02/13 | LOCAL TRAVEL - VENDOR: HORKOVICH, ROBERT M. Fare incurred while traveling to court | E110 | 2.75 |
| 10/09/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/09/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/09/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/18/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 10/23/13 | AP - TELEPHONE -INV#5372409 | | (30.00) |
| 10/28/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 10/31/13 | DI - PHOTOCOPYING - | E101 | 0.20 |

**TOTAL COSTS:**                                                                                                           **$46.36**

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                     **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W. R. GRACE/CLAIMANTS COMMITTEE                         MATTER:       100055.WRG01

November 7, 2013                                        INVOICE:          256531

MATTER:  CLAIMANTS COMMITTEE                                  ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 18.23 |
| LT | LOCAL TRAVEL | 2.75 |
| TE | AP - TELEPHONE - | (30.00) |
| WESTLB | LIBRARY & LEGAL RESEARCH WESTLAW | 50.68 |
| XE | DI - PHOTOCOPYING - | 4.70 |
|  | **TOTAL COSTS:** | **$46.36** |
|  | **TOTAL DUE:** | **$100,569.36** |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

November 7, 2013                                                    INVOICE:     256531

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES
SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

ACCT# 1000509141
ANDERSON KILL & OLICK PC
NEW YORK, NY 10020-1104

CLIENT/REFERENCE BY USER BY DAY DETAIL

SEP 01, 2013 - SEP 30, 2013

INVOICE # 828095098
POSTING # 6089229805

PAGE 18

| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
|---|---|---|---|---|---|
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 55:22I | 01 | :00I | 01 | 328.16I |
| 09/30/2013 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TIME CLASS | 42:35 | | | | 479.76 |
| COMMUNICATIONS | 42:35 | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:25:10I | 01 | :00I | 01 | 479.76I |
| TOTAL 099900-SEA06 CHARGES | 5:24:10S | 0S | :00S | 1,278S | 2,547.73S |
| **100055-WRG01** | | | | | |
| 4971638 NEGRON, VANESSA | | | | | |
| 09/16/2013 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 8:24 | | | | 148.61 |
| ALLFILES | :29 | | | | 18.86 |
| COMMUNICATIONS | 8:53 | | | | 0.00 |
| HOURLY CONNECT | | | 8:53 | | 0.00 |
| WESTLAW LINES | | | | 4,194 | 251.15 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 17:46I | 01 | 8:53I | 4,194I | 418.62I |
| **TOTAL 100055-WRG01 CHARGES** | 17:46S | 0S | 8:53S | 4,194S | **418.62S** |