**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

November 14, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1912396            IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 1.20 hrs. at | $795.00 | /hr. = | $954.00 |
| S LENKIEWICZ | PARALEGAL | 4.60 hrs. at | $195.00 | /hr. = | $897.00 |

$1,851.00

DISBURSEMENTS
PACER FEDERAL DOCKET COSTS                              $44.80
TOTAL DISBURSEMENTS                                                         $44.80

BALANCE DUE THIS INVOICE                                                $1,895.80

Duane Morris
November 14, 2013
Page 2

File # K0248-00001  INVOICE# 1912396
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/14/2013 | 002 | MR LASTOWSKI | E-MAIL FROM D. WILDES RE: DOW TRANSACTION | 0.10 | $79.50 |
| 10/24/2013 | 002 | MR LASTOWSKI | REVIEW DEBTOR'S QUARTERLY REPORT OF ASSET SALES | 0.10 | $79.50 |
| | | | Code Total | 0.20 | $159.00 |

Duane Morris
November 14, 2013
Page 3

File # K0248-00001  INVOICE# 1912396
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/29/2013 | 006 | MR LASTOWSKI | REVIEW OBJECTION TO RAMSEY CLAIM | 0.30 | $238.50 |
| | | | Code Total | 0.30 | $238.50 |

Case 01-01139-AMC    Doc 31450-1    Filed 12/10/13    Page 5 of 9

Duane Morris
November 14, 2013
Page 4

File # K0248-00001                                                                   INVOICE# 1912396
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/16/2013 | 012 | S LENKIEWICZ | RECEIPT AND REVIEW OF DM INVOICE FROM SEPTEMBER 2013 | 0.20 | $39.00 |
| 10/31/2013 | 012 | S LENKIEWICZ | PREPARE NOTICE OF WITHDRAWAL OF DUANE MORRIS' 138TH MONTHLY FEE APPLICATION FOR JULY 2013 (.2); EFILE SAME (.2) | 0.40 | $78.00 |
| 10/31/2013 | 012 | S LENKIEWICZ | PREPARE CORRECTED 138TH MONTHLY FEE APPLICATION OF DUANE MORRIS FOR JULY 2013 (.3); FINALIZE CORRECTED EXHIBIT AND APPLICATION AND EFILE SAME (.3) | 0.60 | $117.00 |
| 10/31/2013 | 012 | S LENKIEWICZ | PREPARE 139TH MONTHLY FEE APPLICATION OF DUANE MORRIS FOR AUGUST 2013 (.4); FINALIZE EXHIBIT AND APPLICATION AND EFILE SAME (.3) | 0.70 | $136.50 |
| 10/31/2013 | 012 | S LENKIEWICZ | PREPARE 140TH MONTHLY FEE APPLICATION OF DUANE MORRIS FOR SEPTEMBER 2013 (.4); FINALIZE EXHIBIT AND APPLICATION AND EFILE SAME (.3) | 0.70 | $136.50 |
| | | | Code Total | 2.60 | $507.00 |

File # K0248-00001  INVOICE# 1912396
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/15/2013 | 013 | S LENKIEWICZ | RECEIPT OF CAPSTONE'S 115TH MONTHLY FEE APPLICATION FROM D. MOHAMMAD AND FINALIZE NOTICE (.2); FINALIZE APPLICATION AND EXHIBITS FOR EFILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $136.50 |
| 10/29/2013 | 013 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO STROOCK 149TH MONTHLY FEE APPLICATION (.1); PREPARE CERTIFICATE OF NO OBJECTION REGARDING SAME (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 10/30/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF STROOCK'S 150TH MONTHLY FEE APPLICATION (.1); FINALIZE APPLICATION, EXHIBITS AND CERTIFICATE OF SERVICE FOR EFILING (.2); EFILE STROOCK'S 150TH MONTHLY FEE APPLICATION (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.70 | $136.50 |
| | | | Code Total | 2.00 | $390.00 |

Duane Morris
November 14, 2013
Page 6

File # K0248-00001  INVOICE# 1912396
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/17/2013 | 017 | MR LASTOWSKI | REVIEW APPELLATE DOCKETS | 0.30 | $238.50 |
| 10/22/2013 | 017 | MR LASTOWSKI | REVIEW PROTOCOL FOR 2019 EXHIBITS | 0.40 | $318.00 |
| | | | Code Total | 0.70 | $556.50 |
| | | | TOTAL SERVICES | 5.80 | $1,851.00 |

File # K0248-00001                                           INVOICE# 1912396
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---|
| 10/31/2013 | PACER FEDERAL DOCKET COSTS | 44.80 |
| | Total: | $44.80 |
| | TOTAL DISBURSEMENTS | $44.80 |

File # K0248-00001                                                            INVOICE# 1912396
      W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 1.20 | 795.00 | $954.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 4.60 | 195.00 | $897.00 |
| | | | 5.80 | | $1,851.00 |