**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                           )
**In re:**                                 )   **Chapter 11**
                                           )
**W.R. GRACE & CO., et al.,**              )   **Case No. 01-1139 (KJC)**
                                           )   **Jointly Administered**
                                           )
         **Debtors.**                      )   Objection Date: January 2, 2014 at 4:00 p.m.
_____)        Hearing: Scheduled if Necessary (Negative Notice)

**COVER SHEET TO SIXTH MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative |
| Date of Retention: | *Nunc pro tunc* to May 16, 2013 (by Order dated July 31, 2013) |
| Period for which compensation and reimbursement is sought: | October 1, 2013 – October 31, 2013 |
| 100% of Compensation sought as actual, reasonable and necessary: | $35,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $28,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $71.77 |

This is a   __x__ monthly        ___ interim        ___ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 15.7 | $35,000.00 |
| Jason Solganick | Director | NA | 10.2 | |
| Sam Jackson | Associate | NA | 10.6 | |
| Adam Karmali | Analyst | NA | 11.6 | |
| **Grand Total:** | | | **48.1** | **$35,000.00** |
| Blended Rate: | | | | $727.65 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**October 1, 2013 – October 31, 2013**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **48.1** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

Communication $71.77

**TOTAL Out-of-Pocket Expenses:** **$71.77**

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2

                LINCOLN PARTNERS ADVISORS LLC

        By:*/S/ JASON SOLGANICK*
           Jason Solganick
           Director
           360 Madison Ave, 21st Floor
           New York, NY 10017
           Telephone: (212) 277-8115

Dated: December 9, 2013