# EXHIBIT A

**WR Grace**
**Oct 2013 Time - Joe Radecki, Managing Director**

| **Day/Date** | **Action** | **Time** |
|---|---|---|
| Tue 1 | Review docket and analysis | 0.2 |
| | Review Lantern bid letter from Blackstone delivery | 0.8 |
| Wed 2 | Review docket and analysis | 0.2 |
| Thu 3 | Review docket and analysis | 0.2 |
| Fri 4 | Review docket and analysis | 0.2 |
| Mon 7 | Review docket and analysis | 0.2 |
| Wed 9 | Review docket and analysis | 0.2 |
| Thu 10 | Comm w/OHS (RW) re claims buyer | 1.0 |
| | Review docket and analysis | 0.2 |
| Fri 11 | Comm w/Blackstone (JOC) re Lantern bid signing | 0.3 |
| | Review all news on Lantern purchase | 1.4 |
| | Review market effects of Lantern purchase | 0.3 |
| | Review docket and analysis | 0.2 |
| Mon 14 | Comm w/Blackstone (JOC) re PSA | 0.2 |
| | Review PSA and discuss with OHS (RW) | 1.5 |
| Tue 15 | Review docket and analysis | 0.2 |
| Wed 16 | Review docket and analysis | 0.2 |
| Thu 17 | Review docket and analysis | 0.2 |
| Fri 18 | Review docket and analysis | 0.2 |
| Mon 21 | Review docket and analysis | 0.2 |
| Tue 22 | Review docket and analysis | 0.2 |
| Wed 23 | Review 8-K financial report | 1.0 |
| | Review earnings release and update | 0.8 |
| | Review docket and analysis | 0.2 |
| Thu 24 | Earnings call replay | 1.0 |
| | Review docket and analysis | 0.2 |
| Fri 25 | Review docket and analysis | 0.2 |
| Mon 28 | Review news on SEE | 0.4 |
| | Review docket and analysis | 0.2 |
| Tue 29 | Review docket and analysis | 0.2 |
| Wed 30 | SEE earnings conference call | 1.0 |
| | Review SEE 8-K financial report | 1.3 |
| | Review all SEE press releases and news | 0.5 |
| | Review docket and analysis | 0.2 |
| Thu 31 | Review docket and analysis | 0.2 |
| | TOTAL HOURS | 15.7 |

**WR Grace**
**October 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Oct 1 | Review docket and analysis | 0.3 |
| Oct 4 | Review docket and analysis | 0.2 |
| Oct 9 | Review docket and analysis | 0.3 |
| Oct 11 | Review articles re: Project Lantern | 0.2 |
| Oct 15 | Call w/ Orrick re: payment percentages, etc. | 0.3 |
|  | Review docket and analysis | 0.3 |
| Oct 18 | Review docket and analysis | 0.2 |
| Oct 22 | Review docket and analysis | 0.3 |
| Oct 23 | Fee application preparation | 0.7 |
|  | Review release re: 3Q results and analysis | 1.4 |
| Oct 24 | Fee application preparation | 0.5 |
| Oct 25 | Analysis re: trust valuation | 1.5 |
|  | Review docket and analysis | 0.3 |
| Oct 28 | Preparation of memo re: 3Q results | 1.5 |
| Oct 29 | Preparation of memo re: 3Q results | 1.2 |
|  | Fee application preparation | 1.0 |
|  | TOTAL TIME (hrs) | 10.2 |

**WR Grace**
**October 2013 Time - Samuel Jackson, Associate**

| Day/Date | Action | Time |
|---|---|---|
| 1-Oct | Review docket and analysis | 0.4 |
| 3-Oct | Review docket and analysis | 0.3 |
| 7-Oct | Review docket and analysis | 0.5 |
| 11-Oct | Review of Project Lantern Market Reaction | 0.5 |
| 15-Oct | Preparation of fee applications | 1.5 |
| 16-Oct | Preparation of fee applications | 0.7 |
| 18-Oct | Review docket and analysis | 0.8 |
| 22-Oct | Review docket and analysis | 0.3 |
| 23-Oct | Review of fee applications | 0.5 |
| 24-Oct | Review of fee applications | 1.0 |
| 24-Oct | Grace and Sealed Air Memos | 1.0 |
| 25-Oct | Grace and Sealed Air Memos | 1.5 |
| 28-Oct | Preparation of fee applications | 0.2 |
| 31-Oct | Preparation of fee applications | 0.4 |
| 31-Oct | Review docket and analysis | 1.0 |
|  | TOTAL TIME (hrs) | 10.6 |

**W.R. Grace**
**October 2013 Time - Adam Karmali, Analyst**

| **Day/Date** | **Action** | **Time** |
| --- | --- | --- |
| 1-Oct | Review docket and analysis | 0.4 |
| 3-Oct | Review docket and analysis | 0.3 |
| 7-Oct | Review docket and analysis | 0.5 |
| 11-Oct | Review of Project Lantern Market Reaction | 1.0 |
| 15-Oct | Preparation of fee applications | 1.5 |
| 16-Oct | Preparation of fee applications | 0.7 |
| 18-Oct | Review docket and analysis | 0.8 |
| 22-Oct | Review docket and analysis | 0.3 |
| 23-Oct | Preparation of fee applications | 0.5 |
| 24-Oct | Preparation of fee applications | 0.2 |
| 24-Oct | Grace and Sealed Air Memos | 2.0 |
| 25-Oct | Grace and Sealed Air Memos | 2.5 |
| 28-Oct | Preparation of fee applications | 0.4 |
| 31-Oct | Preparation of fee applications | 0.5 |
| 31-Oct | Review docket and analysis | 0.6 |
| | TOTAL TIME (hrs) | 11.6 |