# EXHIBIT B

**W.R. Grace**
**Detail of expenses (October 1, 2013 – October 31, 2013)**

<u>Miscellaneous</u>
    Phone                                                                                       $71.77

**Total Miscellaneous:**                                                      **$71.77**

**TOTAL EXPENSES:**                                                           **$71.77**