# **CERTIFICATE OF SERVICE**

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on December 11, 2013, I caused copies of the *Notice, Sixth Monthly Interim Application of Lincoln Partners Advisors LLC, Financial Advisor to Roger Frankel, Asbestos PI Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses for the time period October 1, 2013 through October 31, 2013, Affidavit, Exhibits A and B*, to be served upon those persons as shown below:

*Email: ljones@pszjlaw.com*
Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP

*Email: vdimaio@parcelsinc.com*
Parcels, Inc.

*Email: david.klauder@usdoj.gov*
Office of the United States Trustee

*Email: feeaudit@whsmithlaw.com* and *bruhlander@whsmithlaw.com*
Bobbi Ruhlander
Warren H. Smith & Associates

*E-mail: richard.finke@grace.com*
Richard Finke
W.R. Grace & Co.

*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil B. Glassman, Esquire
The Bayard Firm

*E-mail: mhurford@camlev.com*
(Local Counsel to Asbestos Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris LLP

*E-mail: tcurrier@saul.com*
(Local Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP

*E-mail: jdonley@kirkland.com; apaul@kirkland.com*
(Counsel to Debtor)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered

*E-mail: kpasquale@stroock.com*
(Official Committee of Unsecured Creditors)
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

*/S/ DEBRA O. FULLEM*
Debra O. Fullem
Orrick, Herrington, & Sutcliffe LLP