IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 31319** |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE**
**MONTHLY APPLICATION OF CAMPBELL & LEVINE, LLC**
**FOR COMPENSATION OF SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED**
**COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS**
**PERSONAL INJURY CLAIMANTS OF W.R. GRACE, *et al.***
**FOR THE PERIOD OF SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1.      Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Campbell & Levine, LLC ("Campbell & Levine"), submitted on November 8, 2013 a monthly application ("Application") [Docket No. 31319] for services rendered and reimbursement of expenses incurred as Delaware and associated counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2.      Objections to the Application were to be filed and served on or before December 2, 2013 at 4:00 p.m.  No objections to the Application have been received by the undersigned.  Moreover, the Court's docket reflects that no objections to the

{D0279156.1 }

Application were filed.  In accordance with the Amended Administrative Order, upon the

filing of this Certificate of No Objection, the Debtors are authorized to pay Campbell &

Levine eighty percent (80%) of the fees and one hundred percent (100%) of the expenses

requested in the Application.


Dated: December 13, 2013

CAMPBELL & LEVINE, LLC


*/s/ Mark T. Hurford*
Mark T. Hurford (I.D. #3299)
Kathleen Campbell Davis (I.D. #4229)
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801
(302) 426-1900

*Delaware and Associated Counsel for the*
*Official Committee of Asbestos Personal*
*Injury Claimants*