IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 31335** |

**CERTIFICATION OF NO OBJECTION REGARDING
THE INTERIM APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC., FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
ASBESTOS-RELATED BODILY INJURY CONSULTANT TO THE OFFICIAL
COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R.
GRACE & CO., *et al.* FOR THE PERIOD OF
<u>JULY 1, 2013 THROUGH SEPTEMBER 30, 2013 (DOCKET NO. 31335)</u>**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Legal Analysis Systems, Inc., submitted on November 13, 2013 an interim application ("Application") [Docket No. 31335] for services rendered and reimbursement of expenses incurred as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{D0279164.1 }

2. Objections to the Application were to be filed and served on or before December 3, 2013. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

Dated: December 13, 2013

           LEGAL ANALYSIS SYSTEMS, INC

           Mark A. Peterson
           970 Calle Arroyo
           Thousand Oaks, CA  91360

           *Asbestos-Related Bodily Injury Consultant*
           *for the Official Committee of Asbestos*

           - and -

           CAMPBELL & LEVINE, LLC

           */s/ Mark T. Hurford*
           Mark T. Hurford (I.D. #3299)
           Kathleen Campbell Davis (I.D. #4229)
           222 Delaware Avenue, Ste 1620
           Wilmington, DE  19899
           (302) 426-1900

           Counsel for the Official Committee
           of Asbestos Personal Injury Claimants