# EXHIBIT "A"

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                                October 1, 2013 – October 31, 2013

                                                     Inv   #:            49273

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 2.50 | 897.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.60 | 228.00 |
| B18 | Fee Applications, Others - | 2.30 | 478.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.20 | 76.00 |
| B25 | Fee Applications, Applicant - | 3.50 | 658.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.50 | 190.00 |
| B36 | Plan and Disclosure Statement - | 1.10 | 418.00 |
| | **Total** | **10.70** | **$2,945.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 0.90 | 279.00 |
| Theodore J. Tacconelli | 380.00 | 5.20 | 1,976.00 |
| Legal Assistant - KC | 150.00 | 4.60 | 690.00 |
| **Total** | | **10.70** | **$2,945.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                    **$219.18**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-02-13 | *Fee Applications, Others* - Draft Certificate of No Objection, cos to Bilzin's July 2013 monthly fee application, to LLC for review | 0.20 | KC |
| | *Fee Applications, Others* - Draft cos and revise notice to Bilzin August monthly fee application | 0.20 | KC |
| | *Fee Applications, Others* - Review docket re: objections to Bilzin July 2013 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft CNO to July 2013 monthly fee application, to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Finalize August 2013 invoice and prepare as Exhibit "A" of August 2013 monthly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft August 2013 monthly fee application, to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Review docket re: objections to July 2013 fee application and objections to 49th Quarterly fee application | 0.20 | KC |
| Oct-03-13 | *Fee Applications, Others* - Review CNO re: Bilzin July 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Sumberg August 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: 49th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re: July 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review August 2013 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* -   Review four miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* -   Review letter from counsel for BNSF to Judge Buckwalter re: former law clerk | 0.10 | TJT |
| | *Fee Applications, Applicant* - Draft certificate of no objection to 49th quarterly fee application, to LLC for review | 0.20 | KC |
| Oct-04-13 | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin July 2012 fee app for efiling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Others* - Prepare Bilzin August 2013 fee application for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare August 2013 fee application for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to July 2013 monthly fee application, efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection re: 49th Quarterly fee application for efiling, efile and service of same | 0.20 | KC |
| Oct-05-13 | *Case Administration* - Review three miscellaneous Certificate of No Objection filed by Debtors | 0.10 | TJT |
| Oct-07-13 | *Claims Analysis Obj. & Res. (Asbestos)* - retrieve voice mail message from property damage claimant | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - teleconference with property damage claimant | 0.10 | TJT |
| Oct-08-13 | *Plan and Disclosure Statement* - Review Garlock's Petition for Rehearing | 0.30 | TJT |
| Oct-10-13 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| Oct-11-13 | *Committee, Creditors', Noteholders' or* - Correspondence with | 0.10 | TJT |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| | committee member re: status of confirmation appeals | | |
| | *Plan and Disclosure Statement* - Review Order denying Garlock's Petition for Rehearing | 0.10 | TJT |
| Oct-12-13 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Motion to Set Aside Termination order and Memorandum in Support re: appeal no. 09-382 | 0.20 | TJT |
| | *Case Administration* - Review Motion to Set Aside Termination order and Memorandum in Support re: appeal no. 09-419 | 0.20 | TJT |
| | *Case Administration* - Review Motion to Set Aside Termination order and Memorandum in Support re: appeal no. 09-421 | 0.20 | TJT |
| | *Case Administration* - Review Motion to Set Aside Termination order and Memorandum in Support re: appeal no. 10-611 | 0.20 | TJT |
| Oct-13-13 | *Case Administration* - Review Debtor's Statement of Amounts Paid to OCP | 0.10 | TJT |
| Oct-14-13 | *Case Administration* - Review notice of withdrawal of Dilworth Paxson LLP, review and revise 2002 service list accordingly | 0.10 | KC |
| Oct-16-13 | *Case Administration* - Review Fee Auditor's final Report for 49th Interim Period re: Saul Ewing | 0.10 | TJT |
| Oct-23-13 | Case Administration - Review Declaration by J. Guy filed by PIFCR | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Oct-24-13 | *Case Administration* - Review Declaration by T. Swett filed by PIFCR | 0.10 | TJT |
| | *Case Administration* - Review Reuters article re: emergence timing | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare draft invoice for Sept. 2013; revisions | 0.20 | KC |
| Oct-26-13 | *Case Administration* - Review Debtor's 49th Quarterly Report of Settlements | 0.10 | TJT |
| | *Case Administration* - Review Debtor's 49th Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Case Administration* - Review Amended 2019 Statement by Lipsitz & Ponterio | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph and Pearce September prebill | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review 3rd Circuit Dockets re: status of appeals | 0.10 | TJT |
| Oct-29-13 | *Committee, Creditors', Noteholders' or* - Review correspondence from committee member and teleconference with committee member re: status of confirmation appeals | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review 9th Circuit Opinion re: 524g In re: Plant Insulation Co. | 0.60 | TJT |
| Oct-30-13 | *Fee Applications, Others* - Review Bilzin Sept. 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin August 2013 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: August 2013 fee app for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Debtor's Objection to Claim by P. Nelson with attachments | 0.50 | TJT |
| | *Case Administration* - Memo to LLC re: status of Bilzin quarterly and filing of certificate of no objection to same | 0.10 | KC |
| | *Fee Applications, Others* - Review email from L. Flores; download | 0.20 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | attachments of Bilzin Sept. 2013 fee app to file | | |
| | *Fee Applications, Others* - Revisions to Notice, draft COS of Bilzin's Sept. 2013 fee app; to LLC for review | 0.20 | KC |
| | *Fee Applications, Others* - Draft certificate of no objection to Bilzin August 2013 fee application; to LLC for review | 0.10 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin August 2013 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Revisions to Sept. 2013 draft invoice | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft certificate of no objection to August 2013 fee application; to LLC for review | 0.10 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to August 2013 fee application | 0.10 | KC |
| Oct-31-13 | *Case Administration* - Review Notice of Withdrawal of Document filed by Duane Morris | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with KC re: Bilzin 49th Interim Period Quarterly Fee app | 0.10 | TJT |
| | *Fee Applications, Others* - Correspondence with J. Sakalo re: Bilzin 49th Interim Period Quarterly Fee app | 0.20 | TJT |
| | *Fee Applications, Applicant* - Finalize September invoice, prepare for efiling as Exhibit "A" | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft September 2013 fee application | 0.30 | KC |
| | Totals | 10.70 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Oct-04-13 | Photocopy Cost | 14.40 |
| | Cost Advance - postage - 6 x $.46 | 2.76 |
| | Cost Advance - postage - 1 @ $2.12 | 2.12 |
| Oct-11-13 | Cost Advance - Lexis Nexis - Account # 1402RF; Inv # 1309363050 | 150.00 |
| Oct-28-13 | Cost Advance - Pacer Service Center - 7/1/13- 9/30/13 (TJT) Account # FJ0093 | 38.40 |
| | Cost Advance - Pacer Service Center - 7/1/13- 9/30/13 (RSM) Account # FJ0091 | 11.50 |
| | Totals | $219.18 |

**Total Fees & Disbursements**     **$3,164.18**