

November 25, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   244757

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH October 31, 2013

### CLIENT SUMMARY

**BALANCE AS OF- 10/31/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $529.00 | $10.38 | $539.38 |
| **.15543 -** 07 - Applicant's Fee Application | $375.50 | $0.00 | $375.50 |
| **.15544 -** 08 - Hearings | $49.00 | $0.00 | $49.00 |
| **.15545 -** 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $402.50 | $0.00 | $402.50 |
| **.15554 -** 18 - Plan & Disclosure Statement | $977.50 | $0.00 | $977.50 |
| *Client Total* | *$2,333.50* | *$10.38* | *$2,343.88* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 2.60 | $575.00 | $1,495.00 |
| Snyder, Jeffrey I | 0.20 | $445.00 | $89.00 |
| Donaire, Gloria | 2.30 | $230.00 | $529.00 |
| Flores, Luisa M | 0.90 | $245.00 | $220.50 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**    **$2,333.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $6.08 |
| Copies | $4.30 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$10.38** |

**TOTAL BALANCE DUE THIS PERIOD**    **$2,343.88**

MIAMI 3963211.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE: **01- Case Administration**

| 10/01/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
|---|---|---|---|---|
| 10/02/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/03/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/04/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/09/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/10/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/15/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/16/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/17/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/18/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/21/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/22/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/23/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/24/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/25/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/29/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/30/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/31/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES** **$529.00**

MIAMI 3963211.1 74817/15537

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## COSTS ADVANCED

| | | |
|---|---|---|
| 09/30/13 | Long Distance Telephone (302)573-6454; 1 Mins. | 0.76 |
| 09/30/13 | Long Distance Telephone (302)573-6454; 1 Mins. | 0.76 |
| 10/01/13 | Long Distance Telephone (302)573-6454; 1 Mins. | 0.76 |
| 10/10/13 | Long Distance Telephone (516)433-8015; 5 Mins. | 3.80 |
| 10/18/13 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/18/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 10/21/13 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/21/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/21/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/21/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 10/21/13 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/21/13 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**                                                    **$10.38**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 2.30 | $230.00 | $529.00 |
| *TOTAL* | *2.30* | | *$529.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $6.08 |
| Copies | $4.30 |
| *TOTAL* | *$10.38* |

**CURRENT BALANCE DUE THIS MATTER**                                         **$539.38**

MIAMI 3963211.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

RE: **07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 10/12/13 | JIS | 0.20 | 89.00 | Review and revise September prebill. |
| 10/14/13 | LMF | 0.40 | 98.00 | Attend to email inquiry from fee auditor and arrange to obtain backup for response and advise accounting of recommended deduction. |
| 10/14/13 | JMS | 0.20 | 115.00 | Emails with B. Ruhlander regarding expense backup. |
| 10/29/13 | LMF | 0.30 | 73.50 | Attend to preparing notice and summary for September fees and costs and submit to local counsel for filing and service. |

**PROFESSIONAL SERVICES**                                               **$375.50**

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $575.00 | $115.00 |
| Snyder, Jeffrey I | 0.20 | $445.00 | $89.00 |
| Flores, Luisa M | 0.70 | $245.00 | $171.50 |
| *TOTAL* | *1.10* | | *$375.50* |

**CURRENT BALANCE DUE THIS MATTER**                                   **$375.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE:  **08 - Hearings**

09/18/13    LMF    0.20    49.00    Review court docket to determine if agenda is set for hearing scheduled for September 25, 2013.

**PROFESSIONAL SERVICES**                                                                                     **$49.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.20 | $245.00 | $49.00 |
| *TOTAL* | *0.20* | | *$49.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                     **$49.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

**RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | | |
|---|---|---|---|---|---|
| 10/09/13 | JMS | 0.30 | 172.50 | Telephone conference with D. McGuirk regarding question on ZAI claims. |
| 10/10/13 | JMS | 0.40 | 230.00 | Telephone conference with D. McGirk [ZAI claimant] regarding status of bankruptcy case. |

**PROFESSIONAL SERVICES** **$402.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | $575.00 | $402.50 |
| *TOTAL* | *0.70* | | *$402.50* |

**CURRENT BALANCE DUE THIS MATTER** **$402.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 10/18/13 | JMS | 1.10 | 632.50 | Research status of pending appeals and petitions for rehearing, etc. and email to M. Dies thereon. |
| 10/29/13 | JMS | 0.60 | 345.00 | Review decision issued in Plant Insulation for potential impact on plan appeals. |

**PROFESSIONAL SERVICES**                                                    **$977.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.70 | $575.00 | $977.50 |
| *TOTAL* | *1.70* | | *$977.50* |

**CURRENT BALANCE DUE THIS MATTER**                                         **$977.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP