# Exhibit A

DOCS_DE:190723.1 91100/001

## EXHIBIT A

### W.R. Grace – 49th Interim Period (April 1, 2013 through June 30, 2013)
### Fee and Expense Chart with Recommendations

| ANDERSON KILL P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30968    TOTAL: | $225,014.50 | ($204.50) | $225,014.50 | ($204.50) |

| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. (46th Interim Period)[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31098    TOTAL: | $90,000.00 | $14,314.50 | $90,000.00 | $13,921.10 |

| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. (47th Interim Period)[2] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31099    TOTAL: | $90,000.00 | $23.61 | $90,000.00 | $23.61 |

| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. (48th Interim Period)[3] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31100    TOTAL: | $90,000.00 | $1,039.79 | $90,000.00 | $1,039.79 |

| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. (49th Interim Period) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31101    TOTAL: | $90,000.00 | $2,051.87 | $90,000.00 | $2,051.87 |

---

[1] The Forty-Sixth Interim Application Period encompasses July 1, 2012, through September 30, 2012.
[2] The Forty-Seventh Interim Application Period encompasses October 1, 2012, through December 31, 2012.
[3] The Forty-Eighth Interim Application Period encompasses January 1, 2013, through March 31, 2013.

1

| BEVERIDGE & DIAMOND, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31148 | TOTAL: | $157,795.20 | $1,497.01 | $157,795.20 | $1,497.01 |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31085 | TOTAL: | $19,767.50 | $1,423.53 | $19,767.50 | $1,361.13 |

| BLACKSTONE ADVISORY SERVICES  L.P. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31176 | TOTAL: | $200,000.00 | $583.33 | $200,000.00 | $583.33 |

| BMC GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31045 | TOTAL: | $75,621.50 | $4,624.76 | $75,606.50 | $4,624.76 |

| CAMPBELL & LEVINE, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30966 | TOTAL: | $35,780.00 | $4,029.10 | $35,582.00 | $4,029.10 |

| CAPLIN & DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30967 | TOTAL: | $135,435.50 | $867.96 | $135,435.50 | $867.96 |

| CAPSTONE ADVISORY GROUP, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30977 | TOTAL: | $107,013.00 | $181.48 | $107,013.00 | $181.48 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30970 | TOTAL: | $33,562.00 | $37,268.85 | $33,562.00 | $37,268.85 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30969 | TOTAL: | $39,960.50 | $10.00 | $39,960.50 | $5.00 |

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31104 | TOTAL: | $20,955.00 | $1,277.48 | $20,955.00 | $1,277.48 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31088 | TOTAL: | $17,280.00 | $1,485.29 | $17,280.00 | $1,485.29 |

| FOLEY HOAG LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30948 | TOTAL: | $40,766.20 | $47.33 | $40,766.20 | $47.33 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30853 | TOTAL: | $12,837.50 | $12,758.15 | $12,837.50 | $12,758.15 |

| FRANKEL, ROGER | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31131 | TOTAL: | $142,683.00 | $251.40 | $142,683.00 | $251.40 |

| GRANT THORNTON LLP (48th Interim Period) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31190 | TOTAL: | $20,000.00 | $0.00 | $20,000.00 | $0.00 |

| LAW OFFICES OF ROGER J. HIGGINS, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30923 | TOTAL: | $167,485.00 | $2,125.47 | $167,485.00 | $2,125.47 |

| THE HOGAN FIRM | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30975 | TOTAL: | $19,385.50 | $948.65 | $19,385.50 | $948.65 |

| KIRKLAND & ELLIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31160 | TOTAL: | $1,760,946.00 | $81,367.23 | $1760,946.00 | $81,367.23 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30990 | TOTAL: | $137,082.50 | $11,367.36 | $137,082.50 | $11,367.36 |

| LAUZON BÉLANGER LESPÉRANCE | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30973 | TOTAL: | CDN$1,758.45 | CDN$265.98 | CDN$1,758.45 | CDN$265.98 |

| LINCOLN PARTNERS ADVISORS LLC (48th Interim Period) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31130 | TOTAL: | $70,000.00 | $361.64 | $70,000.00 | $361.64 |

| LINCOLN PARTNERS ADVISORS LLC (49th Interim Period – as advisor to David T. Austern) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31263 | TOTAL: | $46,000.00 | $111.28 | $46,000.00 | $111.28 |

| LINCOLN PARTNERS ADVISORS LLC (49th Interim Period – as advisor to Roger Frankel) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31264 | TOTAL: | $79,000.00 | $152.88 | $79,000.00 | $152.88 |

| NORTON ROSE FULBRIGHT CANADA LLP (45th Interim Period)[4] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30739 | TOTAL: | CDN$5,696.00 | CDN$108.72 | CDN$5,696.00 | CDN$108.72 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP (49th Interim Period – as counsel to David T. Austern) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31128 | TOTAL: | $151,218.00 | $2,735.14 | $151,218.00 | $2,735.14 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP (49th Interim Period – as counsel to Roger Frankel) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31129 | TOTAL: | $137,865.00 | $4,909.25 | $137,865.00 | $4,909.25 |

---

[4] The Forty-Fifth Interim Application Period encompasses April 1, 2012, through June 30, 2012.

| PACHULSKI STANG ZIEHL & JONES LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31378 | TOTAL: | $107,279.00 | $42,687.78 | $107,279.00 | $42,687.78 |

| PHILLIPS, GOLDMAN & SPENCE, P.A.[5] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30951 | TOTAL: | $15,213.00 | $1,041.07 | $15,213.00 | $1,041.07 |

| PRICEWATERHOUSECOOPERS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30950 | TOTAL: | $630,687.93 | $6,702.44 | $630,687.93 | $6,690.78 |

| PRICEWATERHOUSECOOPERS LLP (Global Restructuring Project – June 2012-September 2012) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30950 | TOTAL: | $45,136.23 | $0.00 | $45,136.23 | $0.00 |

| PRICEWATERHOUSECOOPERS LLP (IRS Audit Project – May 2013) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30950 | TOTAL: | $15,664.60 | $0.00 | $15,664.60 | $0.00 |

| PROTIVITI INC. (45th through 49th Interim Periods)[6] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31337 | TOTAL: | $3,280.00 | $35,197.42 | $3,280.00 | $35,197.42 |

---

[5]The application of Phillips, Goldman & Spence, P.A., includes April 1, 2013, through May 15, 2013, when it was retained as local counsel to David T. Austern, as well as May 16, 2013, through June 30, 2013, when it was retained as local counsel to Roger Frankel.

[6] Protiviti's application covers the period of April 1, 2012, through April 30, 2013.

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30965 TOTAL: | $56,764.00 | $940.54 | $56,764.00 | $940.54 |

| RICH, ALAN B. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30993 TOTAL: | $79,635.00 | $4,794.57 | $78,815.00 | $4,794.57 |

| HON. ALEXANDER M. SANDERS, JR. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31003 TOTAL: | $3,600.00 | $51.00 | $3,600.00 | $51.00 |

| SAUL EWING LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30964 TOTAL: | $32,701.50 | $630.12 | $31,726.50 | $630.12 |

| SCARFONE HAWKINS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30974 TOTAL: | CDN$7,020.00 | CDN$916.89 | CDN$7,020.00 | CDN$916.89 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31116 TOTAL: | $56,479.50 | $1,402.66 | $56,479.50 | $1,402.66 |

| STROOCK & STROOCK & LAVAN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30976 TOTAL: | $44,007.00 | $788.36 | $42,582.00 | $788.36 |

7

| TOWERS WATSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31345 | TOTAL: | $1,551.50 | $0.00 | $1,551.50 | $0.00 |

| WOODCOCK WASHBURN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 30991 | TOTAL: | $25,857.00 | $4,540.50 | $25,857.00 | $4,540.50 |