IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No.: 31469** |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
DECEMBER 18, 2013, AT 11:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY**

**THIS HEARING HAS BEEN CANCELLED AT THE REQUEST OF THE
COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTERS:**

1.    Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Response Deadline: September 12, 2008, at 4:00 p.m.

Responses Received:

a.    Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

b.     Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

c.     Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

<u>Related Documents:</u> None.

<u>Status:</u> This matter is continued to the next omnibus hearing date.

## QUARTERLY FEE APPLICATIONS:

2.     Forty-Ninth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2013 through June 30, 2013

<u>Related Documents:</u>

a.     Certification of Counsel Regarding Forty-Ninth Quarter Project Category Summary [Filed: 12/12/13] (Docket No. 31455)

b.     Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Ninth Period [Filed: 12/12/13] (Docket No. 31456)

**<u>Status:</u> The Court has indicated that an order will be entered on this matter.**

## UNCONTESTED MATTERS:

3.     Debtors' Twenty-Ninth Omnibus Objection to Employee Claims (Substantive Objection) [Filed: 11/1/13] (Docket No. 31294)

<u>Related Documents:</u>

a.     [Proposed] Order Disallowing Employee Claims (Substantive) [Filed: 11/1/13] (Docket No. 31294, Exhibit B)

b.     Certification of No Objection Regarding Debtors' Twenty-Ninth Omnibus Objection to Employee Claims (Substantive Objection) [Filed: 12/12/13] (Docket No. 31453)

<u>Response Deadline:</u> December 6, 2013, at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this Notice of Agenda.

**<u>Status:</u> The Court has indicated that an order will be entered on this matter.**

4.    Application of Roger Frankel, Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Towers Watson Delaware Inc., as Actuarial Consultant, Nunc Pro Tunc to November 15, 2013 [Filed: 11/15/13] (Docket No. 31346)

Related Documents:

a.    [Proposed] Order Authorizing the Retention and Employment of Towers Watson Delaware Inc. as Actuarial Consultant to Roger Frankel, Legal Representative for Future Asbestos Personal Injury Claimants, Nunc Pro Tunc to November 15, 2013 [Filed: 11/15/13] (Docket No. 31346, Exhibit A)

b.    Certification of No Objection Regarding Docket No. 31346 [Filed: 12/5/13] (Docket No. 31430)

Response Deadline: December 3, 2013, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Court has indicated that an order will be entered on this matter.**

5.    Debtors' Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Make a Contribution to Qualified Settlement Funds [Filed: 11/22/13] (Docket No. 31389)

Related Documents:

a.    [Proposed] Order Authorizing, But Not Requiring, the Debtors to Make a Contribution to Qualified Settlement Funds [Filed: 11/22/13] (Docket No. 31389, Exhibit A)

b.    Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing, But Not Requiring, the Debtors to Make a Contribution to Qualified Settlement Funds [Filed: 12/13/13] (Docket No. 31468)

Response Deadline: December 11, 2013, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

*[Remainder of Page Intentionally Left Blank]*

**Status:** The Court has indicated that an order will be entered on this matter.

Dated: December 17, 2013

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
11 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession