# EXHIBIT A

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

November 30, 2013
Client/Matter #  01246-015172
Invoice # 157439
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/13 in Connection With:

**IRIS**

| | | | | |
|---|---|---|---|---|
| 10/01/13 | P. Marks | C300 | 1.20 | Prepare talking points. |
| 10/01/13 | P. Marks | C300 | 0.40 | Emails re developments. |
| 10/01/13 | P. Marks | C300 | 0.70 | Prepare FOIA appeal issues and emails with team re same, and conference with J. Lanham re same. |
| 10/01/13 | D. Barker | C300 | 1.20 | Review information, additional data issues and strategy for response pulmonary function data and strategy for amended or new complaint. |
| 10/01/13 | G. Ecolino | C300 | 0.50 | Review and manage file. |
| 10/02/13 | P. Marks | C300 | 1.30 | Emails and telephone conferences re talking points. |
| 10/02/13 | P. Marks | C300 | 3.10 | Prepare talking points. |
| 10/02/13 | J. Lanham | C300 | 0.30 | Telephone conference re documents FOIA. |
| 10/03/13 | K. Bourdeau | C300 | 0.80 | Participate in Grace strategy call. |
| 10/03/13 | P. Marks | C300 | 1.00 | Prepare for and attend telephone conference with team. |
| 10/03/13 | P. Marks | C300 | 1.30 | Collect information and assess new information re strategy. |
| 10/03/13 | P. Marks | C300 | 2.90 | Prepare talking points for consultant. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157439
November 30, 2013
PAGE  2

| 10/03/13 | J. Lanham | C300 | 1.00 | Prepare FOIA appeal. |
|---|---|---|---|---|
| 10/04/13 | K. Bourdeau | C300 | 0.50 | E-mail communications with P. Marks re various developments and action items. |
| 10/04/13 | P. Marks | C300 | 1.00 | Telephone conference with J. Lanham to assess issues, new information and prepare appeal. |
| 10/04/13 | D. Barker | C300 | 1.70 | Review and edit draft amended complaint and follow up on strategy for pursuing additional data. |
| 10/04/13 | J. Lanham | C300 | 4.50 | Research and prepare FOIA appeal and communications re same. |
| 10/04/13 | J. Lanham | C300 | 1.50 | Prepare amended complaint. |
| 10/07/13 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks re strategy. |
| 10/07/13 | P. Marks | C300 | 1.50 | Prepare FOIA appeal. |
| 10/07/13 | P. Marks | C300 | 0.50 | Assess EPA-related strategic issues and telephone conference with K. Bourdeau re same. |
| 10/07/13 | P. Marks | C300 | 0.80 | Telephone conference with H. Feichko, L. Duff, R. Finke and consultants re analysis of studies and follow-up discussion with consultants re same. |
| 10/07/13 | J. Lanham | C300 | 1.50 | Prepare FOIA  and conference with P. Marks re same. |
| 10/07/13 | G. Ecolino | C300 | 0.50 | Review and manage file. |
| 10/08/13 | P. Marks | C300 | 1.00 | Telephone conference with H. Feichko and J. Lanham re FOIA appeal to EPA and prepare same. |
| 10/08/13 | J. Lanham | C300 | 4.30 | Prepare and file FOIA appeal. |
| 10/08/13 | A. Mesmer | C100 | 1.00 | As directed by J. Lanham, cite-check appeal re FOIA response. |
| 10/09/13 | K. Bourdeau | C300 | 0.30 | Communications with P. Marks re status update, FOIA request litigation, path forward. |
| 10/09/13 | J. Lanham | C300 | 2.00 | Conference with P. Marks and K. Bourdeau re strategy. |
| 10/10/13 | G. Ecolino | C300 | 0.50 | Review and manage invoices. |
| 10/11/13 | J. Lanham | C300 | 2.00 | Review petition. |

BEVERIDGE & DIAMOND, P.C.

| 10/13/13 | K. Bourdeau | C300 | 0.50 | Review consultant materials re new analysis and communication with P. Marks re same. |
| 10/14/13 | J. Lanham | C300 | 3.00 | Review petition and conference with P. Marks re same. |
| 10/14/13 | G. Ecolino | C300 | 0.30 | Review and manage file. |
| 10/15/13 | P. Marks | C300 | 0.80 | Address FOIA issues and conference with J. Lanham re same. |
| 10/15/13 | J. Lanham | C300 | 1.50 | Telephone conferences with government re documents and research re same. |
| 10/16/13 | J. Lanham | C300 | 2.00 | Research and prepare letter. |
| 10/17/13 | K. Bourdeau | C300 | 1.00 | Conference call with Grace team re strategy and follow-up conference with P. Marks. |
| 10/17/13 | P. Marks | C300 | 0.20 | Follow-up coordination with consultants. |
| 10/17/13 | P. Marks | C300 | 1.00 | Compile information for and conduct telephone conference with team re EPA issues, and brief follow-up telephone conference with K. Bourdeau re same. |
| 10/18/13 | P. Marks | C300 | 0.30 | Telephone conference with L. Duff and H. Feichko re meeting results and next steps. |
| 10/21/13 | P. Marks | C300 | 0.70 | Evaluate and prepare FOIA request and email to J. Lanham re same. |
| 10/21/13 | J. Lanham | C300 | 0.20 | Email communications and follow-up research. |
| 10/22/13 | D. Barker | C300 | 0.80 | Follow up on voicemail from A. Schmitt re response to compromise offer and scheduling questions. |
| 10/23/13 | K. Bourdeau | C300 | 0.80 | Conference re preparation for and follow-up with P. Marks re same. |
| 10/23/13 | P. Marks | C300 | 0.60 | Telephone conference with client team and consultant re EPA meeting preparation. |
| 10/23/13 | J. Lanham | C300 | 1.00 | Telephone conferences with A. Schmitt re litigation and follow-up communications with P. Marks and D. Barker re same. |
| 10/23/13 | J. Lanham | C300 | 4.00 | Prepare petition. |
| 10/24/13 | K. Bourdeau | C300 | 1.00 | Participate in Grace team conference call. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157439
November 30, 2013
PAGE  4

| 10/24/13 | P. Marks | C300 | 1.70 | Telephone conference with consultants re recent studies and follow-up review of materials. |
|---|---|---|---|---|
| 10/24/13 | P. Marks | C300 | 1.00 | Team weekly telephone conference. |
| 10/25/13 | P. Marks | C300 | 1.40 | Assess FOIA litigation issues and conferences with J. Lanham and D. Barker to prepare for telephone conference with client re same. |
| 10/25/13 | D. Barker | C300 | 3.20 | Review answer filed by HHS and follow- up re same, conference with J. Lanham and P. Marks re DOJ privacy exemption claims, strategy for request for additional data, and follow up with A. Schmitt re schedule and substance. |
| 10/25/13 | J. Lanham | C300 | 1.00 | Conferences with P. Marks, D. Barker, and A. Schmitt re litigation. |
| 10/25/13 | G. Ecolino | C300 | 1.00 | Review and manage file. |
| 10/28/13 | P. Marks | C300 | 0.70 | Telephone conference with client team, D. Barker and J. Lanham re FOIA litigation strategy. |
| 10/28/13 | P. Marks | C300 | 0.50 | Follow-up tasks including contact with consultants and conference with J. Lanham re tasks. |
| 10/28/13 | P. Marks | C300 | 0.50 | Telephone conference with consultant re FOIA issues. |
| 10/28/13 | D. Barker | C300 | 1.20 | Call with R. Finke and H. Feichko re FOIA litigation strategy and approach. |
| 10/28/13 | J. Lanham | C300 | 2.00 | Conferences with client, consultants, Marks and D. Barker re litigation and research re same. |
| 10/28/13 | G. Ecolino | C300 | 0.50 | Review and manage file. |
| 10/29/13 | P. Marks | C300 | 1.20 | Telephone conference with consultant and J. Lanham re FOIA data formats, and follow-up with J. Lanham re tasks and D. Barker with email summary and briefing schedules. |
| 10/29/13 | D. Barker | C300 | 0.60 | Conference with A. Schmitt and call court re case schedule and follow-up with P. Marks and J. Lanham re briefing schedule. |
| 10/29/13 | J. Lanham | C300 | 2.00 | Telephone conferences re litigation with A. Schmitt, D. Barker, P. Marks, and consultant. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157439
November 30, 2013
PAGE   5

| 10/30/13 | P. Marks | C300 | 1.00 | Telephone conference with consultant, L. Duff, H. Feichko re communication with EPA and prepare document re same. |
| 10/30/13 | D. Barker | C300 | 1.20 | Follow up on proposed schedule, strategy for settlement proposal, and  privacy arguments and facts. |
| 10/31/13 | K. Bourdeau | C300 | 1.30 | Participate in Grace team call and follow-up communications. |
| 10/31/13 | P. Marks | C300 | 1.30 | Telephone conference with team re developments. |
| 10/31/13 | P. Marks | C300 | 0.80 | Telephone conference with L. Duff re tasks and strategy. |
| 10/31/13 | P. Marks | C300 | 0.30 | Assist with completion of correspondence. |
| 10/31/13 | P. Marks | C300 | 0.70 | Evaluate FOIA issues and appropriate legal standard. |
| 10/31/13 | J. Lanham | C300 | 10.50 | Research case law re FOIA Exemption 6 and prepare letter re settlement. |

                    Total Hours :        96.60

                    Total Fees :     $43,594.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157439
November 30, 2013
PAGE  6

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 6.70 | $750.00 | $5,025.00 |
| P. Marks | 31.40 | $545.00 | $17,113.00 |
| D. Barker | 9.90 | $445.00 | $4,405.50 |
| J. Lanham | 44.30 | $365.00 | $16,169.50 |
| A. Mesmer | 1.00 | $205.00 | $205.00 |
| G. Ecolino | 3.30 | $205.00 | $676.50 |

|  |  |
|---|---|
| Total Fees : | $43,594.50 |
| 10% Discount : | (4,359.45) |
| Total Fees Due : | $39,235.05 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C100 | 1.00 | $205.00 |
| C300 | 95.60 | $43,389.50 |
| Total | 96.60 | $43,594.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 96.60 | $43,594.50 |
| 10% Discount : |  | (4,359.45) |
| Total Fees Due : |  | $39,235.05 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| 002 | Postage | $0.46 |
| 019 | Process Servers | $300.00 |

BEVERIDGE & DIAMOND, P.C.

| | | |
|------|------------------------------|-----------|
| E101 | Copying | $29.40 |
| E105 | Telephone | $6.59 |
| E107 | Delivery Services/Messengers | $15.22 |
| E124 | Other | $1,240.64 |

**Total Disbursements :**  **$1,592.31**

**TOTAL DUE :**  **$40,827.36**