# EXHIBIT B

## (Petition)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                    November 30, 2013
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015504
7500 Grace Drive                                     Invoice # 157440
Columbia, MD  21044                                  Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/13 in Connection With:

**Petition**

| Date | Person | Code | Hours | Description |
|------|--------|------|-------|-------------|
| 10/01/13 | T. Horch | L140 | 4.00 | Proof, read and find supportive documents for petition. |
| 10/02/13 | T. Horch | L140 | 1.00 | Proof and find supportive documents for petition. |
| 10/03/13 | P. Marks | C300 | 0.50 | Telephone conference with T. Horch re document cite checking. |
| 10/03/13 | T. Horch | L140 | 1.00 | Proof and find supportive documents for petition. |
| 10/04/13 | T. Horch | L140 | 3.00 | Review, proof and organize supportive information for petition. |
| 10/05/13 | T. Horch | L140 | 3.00 | Review, proof and organize supportive information for petition. |
| 10/07/13 | K. Bourdeau | C300 | 2.50 | Review and provide comments on draft petition. |
| 10/07/13 | P. Marks | C300 | 1.50 | Prepare petition. |
| 10/07/13 | T. Horch | L140 | 2.00 | Review, proof and organize supportive information for petition. |
| 10/07/13 | T. Horch | L140 | 5.00 | Chart information of exhibits/attachments, update and edit document and search for supportive documents. |

BEVERIDGE & DIAMOND, P.C.

| 10/08/13 | K. Bourdeau | C300 | 1.30 | Further review of and preparation of comments on draft petition. |
| 10/08/13 | P. Marks | C300 | 0.20 | Telephone conference with H. Feichko re petition content. |
| 10/08/13 | P. Marks | C300 | 0.80 | Conference with T. Horch re document preparation tasks; identify documents. |
| 10/08/13 | T. Horch | L140 | 7.00 | Review and search for information for petition. |
| 10/09/13 | K. Bourdeau | C300 | 3.50 | Further review of petition and preparation of comments thereon; meeting with P. Marks and J. Lanham re same. |
| 10/09/13 | P. Marks | C300 | 1.80 | Conference with K. Bourdeau and J. Lanham re comments on draft and assess same. |
| 10/10/13 | K. Bourdeau | C300 | 1.00 | Further review of and preparation of comments on petition; communications with P. Marks re same. |
| 10/11/13 | K. Bourdeau | C300 | 0.80 | Further review of and preparation of comments on petition. |
| 10/12/13 | K. Bourdeau | C300 | 1.00 | Finalize review of, and comment on, draft petition. |
| 10/14/13 | P. Marks | C300 | 0.30 | Telephone conference with K. Bourdeau re comments. |
| 10/14/13 | P. Marks | C300 | 1.00 | Prepare petition. |
| 10/17/13 | P. Marks | C300 | 1.30 | Prepare petition. |
| 10/18/13 | P. Marks | C300 | 3.40 | Prepare petition. |
| 10/22/13 | T. Horch | L140 | 1.00 | Review and proof petition, and organize supportive documents. |
| 10/24/13 | P. Marks | C300 | 2.00 | Prepare petition. |
| 10/25/13 | P. Marks | C300 | 3.80 | Prepare petition, including detailed assessment of K. Bourdeau's comments. |
| 10/26/13 | P. Marks | C300 | 4.20 | Prepare petition and evaluate and incorporate new issues re same. |
| 10/28/13 | P. Marks | C300 | 4.50 | Prepare petition and address new issues re same. |
| 10/29/13 | P. Marks | C300 | 3.10 | Prepare petition. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157440
November 30, 2013
PAGE   3

| | | | | | |
|---|---|---|---|---|---|
| 10/29/13 | T. Horch | L140 | 0.50 | Review petition. | |
| 10/30/13 | P. Marks | C300 | 3.90 | Prepare petition including completion of K. Bourdeau's comment assessment and adjusting for new information. | |
| 10/31/13 | P. Marks | C300 | 0.30 | Work with staff re document revisions. | |

**Total Hours :**          **70.20**

**Total Fees :**      **$30,979.50**

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157440
November 30, 2013
PAGE   4

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 10.10 | $750.00 | $7,575.00 |
| P. Marks | 32.60 | $545.00 | $17,767.00 |
| T. Horch | 27.50 | $205.00 | $5,637.50 |

| | | |
|---|---|---|
| Total Fees : | | $30,979.50 |
| 10% Discount : | | (3,097.95) |
| Total Fees Due : | | $27,881.55 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 42.70 | $25,342.00 |
| Total | 42.70 | $25,342.00 |
| L100 | | |
| L140 | 27.50 | $5,637.50 |
| Total L100 | 27.50 | $5,637.50 |

| | | |
|---|---|---|
| Total Fees : | 70.20 | $30,979.50 |
| 10% Discount : | | (3,097.95) |
| Total Fees Due : | | $27,881.55 |

## Summary by Disbursement Codes :

| | |
|---|---|
| TOTAL DUE : | $27,881.55 |