# EXHIBIT C

(Curtis Bay Air)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

November 30, 2013  
Client/Matter #  01246-015577  
Invoice # 157441  
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/13 in Connection With:

**Curtis Bay Air**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/04/13 | L. McAfee | C300 | 0.30 | Telephone conference with L. Duff re upcoming issues. |
| 10/14/13 | P. Marks | C300 | 1.10 | Telephone conference with L. Duff and then with team re confidential business information issues. |
| 10/14/13 | L. McAfee | C300 | 0.80 | Team call re CBI questions. |

Total Hours :    2.20

Total Fees :    $1,188.00

```
BEVERIDGE & DIAMOND, P.C.                                  INVOICE # 157441
                                                           November 30, 2013
                                                           PAGE   2
```

**Time Summary :**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|--------------|-----------------|-------------|
| P. Marks     | 1.10         | $545.00         | $599.50     |
| L. McAfee    | 1.10         | $535.00         | $588.50     |
|              |              | Total Fees :    | $1,188.00   |
|              |              | 10% Discount :  | (118.80)    |
|              |              | Total Fees Due :| $1,069.20   |

**Summary by Task Codes :**

| CODE  | Hours | Bill Amount |
|-------|-------|-------------|
| C300  | 2.20  | $1,188.00   |
| Total | 2.20  | $1,188.00   |
|       | Total Fees :    2.20 | $1,188.00 |
|       | 10% Discount :  | (118.80)  |
|       | Total Fees Due :| $1,069.20 |

**Summary by Disbursement Codes :**

|  | TOTAL DUE : | $1,069.20 |
|--|-------------|-----------|