# EXHIBIT D

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

November 30, 2013  
Client/Matter #   01246-012629  
Invoice # 157437  
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/13 in Connection With:

**Bankruptcy Fee Application**
**100035**

| | | | | |
|---|---|---|---|---|
| 10/16/13 | P. Marks | P110 | 0.20 | Fee application review. |

Total Hours :     0.20

Total Fees :   $109.00

BEVERIDGE & DIAMOND, P.C.
INVOICE # 157437
November 30, 2013
PAGE   2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.20 | $545.00 | $109.00 |
|  | Total Fees : |  | $109.00 |
|  | 10% Discount : |  | (10.90) |
|  | Total Fees Due : |  | $98.10 |

## Summary by Task Codes :

| CODE |  | Hours | Bill Amount |
|---|---|---|---|
| P100 |  |  |  |
| P110 |  | 0.20 | $109.00 |
| Total P100 |  | 0.20 | $109.00 |
|  | Total Fees : | 0.20 | $109.00 |
|  | 10% Discount : |  | (10.90) |
|  | Total Fees Due : |  | $98.10 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $10.40 |
| E108 | Postage | $4.96 |

BEVERIDGE & DIAMOND, P.C.                                     INVOICE # 157437
                                                              November 30, 2013
                                                              PAGE   3

                              Total Disbursements :                    $15.36

                                      TOTAL DUE :                     $113.46

BEVERIDGE & DIAMOND, P.C.                                     INVOICE # 157437
                                                              November 30, 2013
                                                              PAGE   3