# EXHIBIT E

**(Investigation of BC Processing Facilities)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

November 30, 2013  
Client/Matter #   01246-014352  
Invoice # 157438  
Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/13 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| | | | | |
|---|---|---|---|---|
| 10/03/13 | P. Marks | C300 | 1.90 | Review and evaluate AOC language re bankruptcy issue and telephone conference with H. Feichko re same. |

Total Hours :      1.90

Total Fees :    $1,035.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157438
November 30, 2013
PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.90 | $545.00 | $1,035.50 |
|  | Total Fees : |  | $1,035.50 |
|  | 10% Discount : |  | (103.55) |
|  | Total Fees Due : |  | $931.95 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.90 | $1,035.50 |
| Total | 1.90 | $1,035.50 |
| Total Fees : | 1.90 | $1,035.50 |
| 10% Discount : |  | (103.55) |
| Total Fees Due : |  | $931.95 |

**Summary by Disbursement Codes :**

**TOTAL DUE :**          $931.95