# EXHIBIT F

# (Zotos)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                              November 30, 2013
Attn: Lydia B. Duff, Esq.                                      Client/Matter #  01246-015943
7500 Grace Drive                                               Invoice # 157442
Columbia, MD  21044                                            Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/13 in Connection With:

**Zotos**

| | | | | |
|---|---|---|---|---|
| 10/15/13 | P. Marks | C300 | 1.50 | Review decision; telephone conference with L. Duff and H. Feichko re litigation issues. |
| 10/18/13 | P. Marks | C300 | 0.20 | Telephone conference with H. Feichko and L. Duff re plan for negotiation management. |

                                              Total Hours :        1.70

                                              Total Fees  :      $926.50

BEVERIDGE & DIAMOND, P.C.                                              INVOICE # 157442
                                                                       November 30, 2013
                                                                       PAGE   2

**Time Summary :**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks     | 1.70         | $545.00         | $926.50     |
|              |              | Total Fees :    | $926.50     |
|              |              | 10% Discount :  | (92.65)     |
|              |              | Total Fees Due :| $833.85     |

**Summary by Task Codes :**

| CODE  | Hours | Bill Amount |
|---|---|---|
| C300  | 1.70  | $926.50     |
| Total | 1.70  | $926.50     |

|   | Total Fees :     | 1.70 | $926.50 |
|---|---|---|---|
|   | 10% Discount :   |      | (92.65) |
|   | Total Fees Due : |      | $833.85 |

**Summary by Disbursement Codes :**

                                        TOTAL DUE :              $833.85