# ATTACHMENT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

NINETY-THIRD MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JULY 1, 2013 THROUGH JULY 31, 2013

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2013 through July 31, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $81,002.70 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $177.53 |

This is a:      ___XX___ monthly      _____ interim      _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $  5.80 | $1,991.50 | $  5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $15,246.00 | $ 75.86 | $15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $  7,224.00 | $ 84.20 | $  7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $2,778.00 | $ 36.85 | $2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $  3,476.00 | $ 23.86 | $  3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $9,082.00 | $ 0.20 | $9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | $65,693.98 | $276.11 |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | $67,685.32 | $7,598.67 |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | $ 100,573.94 | $ 56.90 |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | $126,281.50 | $358.82 |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | $ 86,536.12 | $ 279.07 |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | $118,060.38 | $ 471.15 |
| 12/6/12 | 10/1/12 – 10/31/12 | $ 73,142.76 | $ 2,866.15 | $ 73,142.76 | $ 2,866.15 |
| 1/15/13 | 11/1/12 – 11/30/12 | $65,594.62 | $ 3,333.31 | $65,594.62 | $ 3,333.31 |
| 2/4/13 | 12/1/12 – 12/31/12 | $ 51,747.70 | $    84.79 | $ 51,747.70 | $    84.79 |
| 5/21/13 | 1/1/13 – 1/31/13 (Amended) | $ 72,915.30 | $ 370.59 | $ 72,915.30 | $ 370.59 |
| 3/22/13 | 2/1/13 – 2/28/13 | $ 56,287.35 | $ 378.50 | $ 56,287.35 | $ 378.50 |
| 5/7/13 | 3/1/13 – 3/31/13 | $ 52,251.30 | $1,406.51 | $ 52,251.30 | $1,406.51 |
| 6/6/13 | 4/1/13 – 4/30/13 | $ 57,437.55 | $ 278.04 | Pending | Pending |
| 7/12/13 | 5/1/13 – 5/31/13 | $53,474.85 | $    26.82 | Pending | Pending |
| 8/6/13 | 6/1/13 – 6/30/13 | $46,882.80 | $ 1,192.15 | Pending | Pending |

### B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $545.00 | 86.80 | $47,306.00 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $750.00 | 12.20 | $9,150.00 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $365.00 | 18.20 | $6,643.00 |
| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | $535.00 | 20.70 | $11,074.50 |
| David A. Barker | Principal; Joined Firm 2005; Member MD Bar since 2002 | $525.00 | 14.30 | $6,363.50 |
| Tracy Horch | Paralegal | $205.00 | 28.00 | $5,740.00 |
| Lindsey Selba | Associate; Joined Firm 2010; Member MD Bar since 2010 | $325.00 | .30 | $97.50 |
| Denise Paul | Paralegal | $205.00 | 1.00 | $205.00 |
| Gina Ecolino | Paralegal | $205.00 | 14.70 | $3,013.50 |
| Meghan Grissler | Paralegal | $205.00 | 2.00 | $410.00 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

|  |  |
|---|---|
| Fees: | $ 90,003.00 |
| Less 10% Discount: | ($9,000.30) |
| Total Fees: | $ 81,002.70 |
| Total Hours: | 198.20 |
| Blended Rate: | $ 409.00 |

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 198.20 | $81,002.70 |

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | @ 0.10 per page | $8.30 |
| Postage |  | $5.42 |
| Long Distance Telephone |  | 24.52 ~~$19.72~~ |
| Travel Meals | Lunch during client meeting (4 people). | $25.29 |
| Out of Town Travel | Transportation between Baltimore and Washington, DC to attend a meeting. | $114.00 |

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

July 1, 2013 through July 31, 2013, an interim allowance be made to Beveridge & Diamond,

P.C. for compensation in the amount of $81,002.70 and actual and necessary expenses in the

amount of $177.53 for a total allowance of $81,180.23 and payment of $64,802.16 (80% of the

allowed fees) and reimbursement of $177.53 (100% of the allowed expenses) be authorized for a

total payment of $64,979.69 and for such other and further relief as this Court may deem just and

proper.

Dated: ~~August~~ September 13, 2013          BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-1315
Facsimile: 410-230-1389
Counsel for Debtors and Debtors in Possession

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks


SWORN AND SUBSCRIBED
before me this 13 day of ~~August~~, 2013.
                      September

_____
Notary Public: Debora R. Melnyk
My Commission Expires:  May 27, 2017

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JULY 1, 2013 THROUGH JULY 31,  2013

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (IRIS)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          August 27, 2013
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015172
7500 Grace Drive                           Invoice # 155749
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/13 in Connection With:

**IRIS**

| | | | | |
|---|---|---|---|---|
| 07/02/13 | P. Marks | C300 | 1.30 | Review comments from experts re scientific issue. |
| 07/02/13 | J. Lanham | C300 | 2.00 | FOIA related activities. |
| 07/03/13 | P. Marks | C300 | 1.10 | Conference with L. Duff, H. Feichko, R. Finke and J. Lanham re strategy for seeking data and potential FOIA appeal(s). |
| 07/03/13 | P. Marks | C300 | 2.00 | Conference with L. Duff, H. Feichko and R. Finke and some sidebar conversations re consultants and science issues. |
| 07/03/13 | J. Lanham | C300 | 1.50 | Conference with client re FOIA issues and follow-up tasks re same. |
| 07/08/13 | P. Marks | C300 | 0.80 | Review and evaluate emails from client and consultants. |
| 07/09/13 | K. Bourdeau | C300 | 0.50 | Communications with P. Marks re recent developments and preparation for meeting. |
| 07/09/13 | P. Marks | C300 | 0.90 | Review information and email to consultant re scientific question. |
| 07/09/13 | P. Marks | C300 | 3.20 | Prepare for and telephone conference with client and consultants re possible presentation to EPA, and follow-up telephone conferences with H. Feichko and L. Duff and communications with K. Bourdeau re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155749
August 27, 2013
PAGE  2

| 07/10/13 | K. Bourdeau | C300 | 1.50 | Brief review of background documents in preparation for conference call and participate in conference call. |
|---|---|---|---|---|
| 07/10/13 | P. Marks | C300 | 5.30 | Prepare documents and handouts and telephone conference with client team re same for potential EPA meeting. |
| 07/11/13 | K. Bourdeau | C300 | 0.50 | Participate in status/strategy call. |
| 07/11/13 | P. Marks | C300 | 0.50 | Telephone conference with H. Feichko and technical consultant. |
| 07/11/13 | P. Marks | C300 | 0.90 | Telephone conference with H. Feichko and J. Rollins. |
| 07/11/13 | P. Marks | C300 | 0.50 | Weekly team telephone conference. |
| 07/11/13 | P. Marks | C300 | 0.50 | Emails and telephone conferences with L. Duff, H. Feichko and J. Lanham re FOIA issues. |
| 07/15/13 | P. Marks | C300 | 1.00 | Address FOIA issues with J. Lanham and client. |
| 07/15/13 | J. Lanham | C300 | 0.90 | FOIA related activities and communications with Agencies. |
| 07/16/13 | K. Bourdeau | C300 | 0.30 | Review recent developments and e-mail to P. Marks re same. |
| 07/16/13 | P. Marks | C300 | 0.70 | Evaluate FOIA issues and conference with J. Lanham re responses to Agency and narrowing request to try to expedite receipt of documents. |
| 07/16/13 | J. Lanham | C300 | 1.10 | FOIA related activities and communications with Agency re same. |
| 07/17/13 | P. Marks | C300 | 0.80 | Team email review and follow-up communications. |
| 07/18/13 | P. Marks | C300 | 1.50 | Telephone conference with expert pulmonologist and emails to client team re experts and scheduling. |
| 07/18/13 | P. Marks | C300 | 0.50 | Telephone conferences with H. Feichko re meeting preparation. |
| 07/19/13 | P. Marks | C300 | 1.80 | Prepare for and conduct telephone conference with consultants, L. Duff and H. Feichko re EPA presentation planning and identification of preparation tasks. |
| 07/19/13 | P. Marks | C300 | 0.40 | Communications with experts. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155749
August 27, 2013
PAGE  3

| 07/19/13 | P. Marks | C300 | 0.40 | FOIA issues. |
| 07/19/13 | J. Lanham | C300 | 4.30 | Prepare FOIA complaint. |
| 07/22/13 | P. Marks | C300 | 3.70 | Prepare meeting strategy and multiple communications with experts re same. |
| 07/22/13 | P. Marks | C300 | 0.30 | Direct team re FOIA litigation preparation. |
| 07/22/13 | D. Barker | C300 | 1.40 | Confer with P. Marks re FOIA complaint strategy, filing and timing and review correspondence and draft complaint. |
| 07/22/13 | J. Lanham | C300 | 3.00 | Prepare FOIA complaint and review documents produced in response to different FOIA request. |
| 07/23/13 | P. Marks | C300 | 3.20 | Telephone conference with expert and Grace team re EPA meeting and evaluate same. |
| 07/23/13 | D. Barker | C300 | 0.60 | Coordinate with G. Ecolino on preparation for filing. |
| 07/23/13 | D. Barker | C300 | 2.20 | Revise FOIA complaint and conference with P. Marks and J. Lanham re underlying facts. |
| 07/23/13 | J. Lanham | C300 | 2.00 | Prepare FOIA complaint. |
| 07/23/13 | G. Ecolino | C300 | 2.00 | Confer re tasks to prepare and file brief, and perform directed tasks. |
| 07/24/13 | P. Marks | C300 | 3.40 | Multiple telephone conferences with client and experts re preparation for meeting with EPA. |
| 07/24/13 | P. Marks | C300 | 1.00 | Evaluate information from experts. |
| 07/24/13 | G. Ecolino | C300 | 3.20 | Prepare filing checklist, prepare forms for filing, |
| 07/25/13 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks re FOIA appeal and strategy for EPA meeting. |
| 07/25/13 | K. Bourdeau | C300 | 0.50 | Participate in Grace strategy call. |
| 07/25/13 | P. Marks | C300 | 0.30 | Review comments re FOIA complaint. |
| 07/25/13 | P. Marks | C300 | 0.50 | Team call. |
| 07/25/13 | P. Marks | C300 | 0.50 | Telephone conference with K. Bourdeau re strategy. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155749
August 27, 2013
PAGE  4

| | | | | |
|---|---|---|---|---|
| 07/25/13 | P. Marks | C300 | 3.10 | Evaluate issues and prepare for meeting and emails re same. |
| 07/25/13 | D. Barker | C300 | 1.10 | Review papers and forms for filing with FOIA complaint, review client comments, and follow-up with G. Ecolino re same. |
| 07/25/13 | J. Lanham | C300 | 0.50 | Review comments re complaint and communications re same. |
| 07/25/13 | G. Ecolino | C300 | 2.00 | Finalize and prepare message re forms to attach to brief, prepare forms, and review and manage file. |
| 07/26/13 | P. Marks | C300 | 3.20 | Prepare for EPA meeting and telephone conferences with H. Feichko and L. Duff re same. |
| 07/26/13 | P. Marks | C300 | 0.90 | Evaluate edits to FOIA complaint and telephone conference with client team, D. Barker and J. Lanham re same. |
| 07/26/13 | P. Marks | C300 | 1.00 | Prepare FOIA complaint. |
| 07/26/13 | D. Barker | C300 | 1.70 | Prepare for and participate in call with client team on FOIA complaint facts and strategy for motion, and revise complaint. |
| 07/26/13 | J. Lanham | C300 | 2.50 | Telephone conference with client re litigation strategy, complaint and summary judgment, and follow-up research and communications re same. |
| 07/26/13 | G. Ecolino | C300 | 1.50 | Complaint filing tasks. |
| 07/27/13 | P. Marks | C300 | 5.80 | Prepare for meeting and review background information re same. |
| 07/27/13 | J. Lanham | C300 | 0.20 | Prepare complaint and prepare email re same. |
| 07/28/13 | P. Marks | C300 | 1.90 | Prepare meeting materials. |
| 07/28/13 | D. Barker | C300 | 0.40 | Revise complaint. |
| 07/29/13 | P. Marks | C300 | 3.30 | Telephone conference with W. Corcoran and H. Feichko re strategy and revise memorandum re same. |
| 07/29/13 | P. Marks | C300 | 0.50 | Address FOIA appeal issues and timing. |
| 07/29/13 | D. Barker | C300 | 2.30 | Finalize and file complaint; follow up with client team re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155749
August 27, 2013
PAGE  5

| 07/29/13 | M. Grissler | C300 | 2.00 | Assist in preparation and filing of FOIA complaint. |
|----------|-------------|------|------|-----------------------------------------------------|
| 07/30/13 | P. Marks | C300 | 4.00 | Prepare for and conference with consultant and Grace team, and follow-up with H. Feichko re meeting planning at Grace offices. |
| 07/30/13 | P. Marks | C300 | 0.50 | Telephone conference with consultant re talking points and suggested meeting approach. |
| 07/30/13 | D. Barker | C300 | 2.40 | Follow-up re service of complaint and legal research and prepare motion. |
| 07/30/13 | G. Ecolino | C300 | 3.50 | Compile materials in preparation to file brief. |
| 07/31/13 | K. Bourdeau | C300 | 1.00 | Review and prepare communications re developments by EPA. |
| 07/31/13 | P. Marks | C300 | 3.10 | Telephone conferences with various consultants and clients re meeting preparation and prepare materials re same. |
| 07/31/13 | P. Marks | C300 | 0.80 | Review and evaluate reform information. |
| 07/31/13 | D. Barker | C300 | 2.20 | Research and outline issues for FOIA action timing and requirements for motion and  file affidavits of service. |
| 07/31/13 | J. Lanham | C300 | 0.20 | Prepare information for petition. |
| 07/31/13 | G. Ecolino | C300 | 2.50 | Litigation support tasks, including docket management and preparation of service related documents. |

Total Hours :        119.10

Total Fees :      $55,509.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155749
August 27, 2013
PAGE   6

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 4.80 | $750.00 | $3,600.00 |
| P. Marks | 65.10 | $545.00 | $35,479.50 |
| D. Barker | 14.30 | $445.00 | $6,363.50 |
| J. Lanham | 18.20 | $365.00 | $6,643.00 |
| G. Ecolino | 14.70 | $205.00 | $3,013.50 |
| M. Grissler | 2.00 | $205.00 | $410.00 |

|  |  |
|---|---|
| Total Fees : | $55,509.50 |
| 10% Discount : | (5,550.95) |
| Total Fees Due : | $49,958.55 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 119.10 | $55,509.50 |
| Total | 119.10 | $55,509.50 |

| | | |
|---|---|---|
| Total Fees : | 119.10 | $55,509.50 |
| 10% Discount : | | (5,550.95) |
| Total Fees Due : | | $49,958.55 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| 002 | Postage | $0.46 |
| E101 | Copying | $0.20 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155749
August 27, 2013
PAGE  7

| E105 | Telephone | $19.72 |
| E111 | Meals | $25.29 |

**Total Disbursements :**  $45.67

**TOTAL DUE :**  $50,004.22

# EXHIBIT B

**(Petition)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                         August 27, 2013
Attn: Lydia B. Duff, Esq.                 Client/Matter #  01246-015504
7500 Grace Drive                          Invoice # 155747
Columbia, MD  21044                       Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/13 in Connection With:


**Petition**


| | | | | |
|---|---|---|---|---|
| 07/01/13 | K. Bourdeau | C300 | 1.00 | Review (R. Finke) comments and prepare notes re same. |
| 07/01/13 | P. Marks | C300 | 1.30 | Assess R. Finke and consultant input re draft. |
| 07/02/13 | K. Bourdeau | C300 | 1.50 | Conferences with P. Marks re issues and comments related to draft petition and review L. Duff comments re same. |
| 07/02/13 | P. Marks | C300 | 1.70 | Telephone conference with K. Bourdeau to prepare for client meeting and evaluate client comments. |
| 07/03/13 | K. Bourdeau | C300 | 1.50 | Prepare for and participate in meeting with client re strategy. |
| 07/03/13 | P. Marks | C300 | 4.40 | Prepare for and conference with L. Duff, H. Feichko, R. Finke and K. Bourdeau (for a portion of meeting) re petition. |
| 07/10/13 | P. Marks | C300 | 3.20 | Prepare petition with input from client team. |
| 07/11/13 | K. Bourdeau | C300 | 0.80 | Participate in conference call with client (re strategy on requests for correction associated with petition). |
| 07/11/13 | P. Marks | C300 | 2.30 | Prepare petition and supervise staff re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155747
August 27, 2013
PAGE  2

| Date | Name | Code | Hours | Description |
|------|------|------|-------|-------------|
| 07/11/13 | P. Marks | C300 | 0.80 | Telephone conference with H. Feichko, L. Duff, R. Finke and K. Bourdeau re corrective measures portion of petition and preparation for client meeting re petition. |
| 07/12/13 | K. Bourdeau | C300 | 1.30 | Participate in call with client and P. Marks re strategy and follow-up with P. Marks re same. |
| 07/12/13 | P. Marks | C300 | 0.80 | Telephone conference with client team and K. Bourdeau re whether to pursue petition and feedback on content of same. |
| 07/12/13 | P. Marks | C300 | 0.50 | Follow-up telephone conference with L. Duff and H. Feichko re logistics. |
| 07/12/13 | P. Marks | C300 | 1.80 | Research re legal question and coordinate with K. Bourdeau re same. |
| 07/13/13 | K. Bourdeau | C300 | 0.30 | Internal communications re background documents on legislative history. |
| 07/15/13 | K. Bourdeau | C300 | 1.00 | E-mail exchanges re information relevant to preparation of petition and research re same. |
| 07/15/13 | P. Marks | C300 | 1.20 | Direct T. Horch re petition attachment preparation and follow-up tasks re same. |
| 07/15/13 | T. Horch | C300 | 5.00 | Review petition, listing of exhibits and supportive information, and meeting with P. Marks to discuss project. |
| 07/16/13 | D. Paul | C300 | 0.50 | Review petition, exhibits and reference materials with T. Horch. |
| 07/16/13 | T. Horch | C300 | 4.50 | Review petition, listing of exhibits and supportive documents and compile documents. |
| 07/22/13 | T. Horch | C300 | 4.00 | Compile documents. |
| 07/23/13 | T. Horch | C300 | 2.00 | Compile documents. |
| 07/29/13 | P. Marks | C300 | 0.20 | Conference with T. Horch re tasks to prepare petition and research documents re same. |
| 07/29/13 | T. Horch | C300 | 5.00 | Review, proof, cite check information in petition. |
| 07/30/13 | D. Paul | C300 | 0.50 | Review petition, exhibits and reference materials with T. Horch. |
| 07/30/13 | T. Horch | C300 | 5.00 | Review, proof, cite check information in petition. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155747
August 27, 2013
PAGE  3

07/30/13   T. Horch        C300        1.00   Review, proof, cite check information in
                                              petition.

                              **Total Hours :**        **53.10**

                              **Total Fees :**    **$21,106.50**

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155747
August 27, 2013
PAGE  4

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 7.40 | $750.00 | $5,550.00 |
| P. Marks | 18.20 | $545.00 | $9,919.00 |
| D. Paul | 1.00 | $205.00 | $205.00 |
| T. Horch | 26.50 | $205.00 | $5,432.50 |

|  |  |
|---|---|
| **Total Fees :** | **$21,106.50** |
| **10% Discount :** | **(2,110.65)** |
| **Total Fees Due :** | **$18,995.85** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 53.10 | $21,106.50 |
| Total | 53.10 | $21,106.50 |

|  |  |  |
|---|---|---|
| **Total Fees :** | **53.10** | **$21,106.50** |
| **10% Discount :** |  | **(2,110.65)** |
| **Total Fees Due :** |  | **$18,995.85** |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $2.00 |
| E105 | Telephone | $4.80 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155747
August 27, 2013
PAGE  5

E110      Out-of-town Travel                                    $114.00

---

**Total Disbursements :**          $120.80

**TOTAL DUE :**     $19,116.65

# EXHIBIT C

## (Curtis Bay Air)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                    August 27, 2013
Attn: Lydia B. Duff, Esq.                            Client/Matter #   01246-015577
7500 Grace Drive                                     Invoice # 155748
Columbia, MD  21044                                  Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/13 in Connection With:

**Curtis Bay Air**

| | | | | |
|---|---|---|---|---|
| 07/01/13 | L. McAfee | C300 | 0.30 | Emails and telephone conferences re project issue. |
| 07/01/13 | L. McAfee | C300 | 1.50 | Review and research project permitting issue. |
| 07/02/13 | L. McAfee | C300 | 1.00 | Communications with consultant, client re project permitting. |
| 07/02/13 | L. McAfee | C300 | 1.50 | Legal research re project permitting. |
| 07/02/13 | L. McAfee | C300 | 0.30 | Review and revise summary for MDE. |
| 07/02/13 | T. Horch | L140 | 1.50 | Research as directed by L. McAfee. |
| 07/03/13 | L. McAfee | C300 | 1.00 | Review and revise submissions to MDE. |
| 07/10/13 | L. McAfee | C300 | 3.00 | Review materials re air issue and team call and follow-up tasks re same. |
| 07/12/13 | L. McAfee | C300 | 3.00 | Site meeting and emails. |
| 07/15/13 | L. McAfee | C300 | 0.50 | Emails and review and revise report. |
| 07/16/13 | L. McAfee | C300 | 0.50 | Work on project issues and documentation with team. |
| 07/17/13 | L. McAfee | C300 | 5.00 | Air issues meeting. |
| 07/24/13 | L. McAfee | C300 | 0.80 | Emails with team re project and permitting issues. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155748
August 27, 2013
PAGE  2

| 07/25/13 | L. McAfee | C300 | 2.00 | Team meeting re project review. |
| 07/29/13 | L. McAfee | C300 | 0.30 | Review and revise project correspondence. |

**Total Hours :**          22.20

**Total Fees :**     $11,382.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155748
August 27, 2013
PAGE  3

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 20.70 | $535.00 | $11,074.50 |
| T. Horch | 1.50 | $205.00 | $307.50 |

|  |  |
|---|---|
| Total Fees : | $11,382.00 |
| 10% Discount : | (1,138.20) |
| Total Fees Due : | $10,243.80 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 20.70 | $11,074.50 |
| Total | 20.70 | $11,074.50 |
| L100 |  |  |
| L140 | 1.50 | $307.50 |
| Total L100 | 1.50 | $307.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 22.20 | $11,382.00 |
| 10% Discount : |  | (1,138.20) |
| Total Fees Due : |  | $10,243.80 |

## Summary by Disbursement Codes :

|  |  |
|---|---|
| TOTAL DUE : | $10,243.80 |

# EXHIBIT D

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                            August 27, 2013
Attn: Lydia B. Duff, Esq.                           Client/Matter #   01246-012629
7500 Grace Drive                                    Invoice # 155745
Columbia, MD  21044                                 Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/13 in Connection With:

**Bankruptcy Fee Application**
**100035**

| | | | | |
|---|---|---|---|---|
| 07/17/13 | P. Marks | L190 | 0.30 | Billing issues and review auditor's report. |
| 07/22/13 | P. Marks | L190 | 0.50 | Prepare petition. |
| 07/25/13 | P. Marks | L190 | 0.30 | Prepare fee application. |

**Total Hours :**        1.10

**Total Fees :**      $599.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155745
August 27, 2013
PAGE  2

**Time Summary :**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.10 | $545.00 | $599.50 |
| | | Total Fees : | $599.50 |
| | | 10% Discount : | (59.95) |
| | | Total Fees Due : | $539.55 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L190 | 1.10 | $599.50 |
| Total L100 | 1.10 | $599.50 |
| Total Fees : | 1.10 | $599.50 |
| 10% Discount : | | (59.95) |
| Total Fees Due : | | $539.55 |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $6.10 |
| E108 | Postage | $4.96 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155745
August 27, 2013
PAGE  3

Total Disbursements :                    $11.06

TOTAL DUE :                    $550.61

# EXHIBIT E

## (Trivalent Chromium)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                      August 27, 2013
Attn: Lydia B. Duff, Esq.                              Client/Matter #   01246-014988
7500 Grace Drive                                       Invoice # 155746
Columbia, MD  21044                                    Federal ID# 52-1247549

For Legal Services Rendered Through 07/31/13 in Connection With:

**Trivalent Chromium**

| | | | | |
|---|---|---|---|---|
| 07/02/13 | P. Marks | C300 | 0.30 | Telephone conference with Maryland Department of Environment (MDE). |
| 07/08/13 | P. Marks | C300 | 0.30 | Follow-up with MDE. |
| 07/17/13 | P. Marks | C300 | 0.30 | Telephone conference with MDE re status. |
| 07/22/13 | P. Marks | C300 | 1.20 | Telephone conference with E. Hammerberg (MDE) re questions about petition and evaluate same. |
| 07/22/13 | P. Marks | C300 | 0.30 | Prepare email to client re developments. |
| 07/23/13 | L. Selba | C300 | 0.30 | Review communications re E. Hammerberg comments. |

Total Hours :          2.70

Total Fees :      $1,405.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 155746
August 27, 2013
PAGE  2

**Time Summary :**

|  | Hours<br>Worked | Billed<br>Per Hour | Bill<br>Amount |
|---|---|---|---|
| P. Marks | 2.40 | $545.00 | $1,308.00 |
| L. Selba | 0.30 | $325.00 | $97.50 |

| | |
|---|---|
| **Total Fees :** | **$1,405.50** |
| **10% Discount :** | **(140.55)** |
| **Total Fees Due :** | **$1,264.95** |

**Summary by Task Codes :**

| CODE | Hours | Bill<br>Amount |
|---|---|---|
| C300 | 2.70 | $1,405.50 |
| Total | 2.70 | $1,405.50 |

| | | |
|---|---|---|
| **Total Fees :** | **2.70** | **$1,405.50** |
| **10% Discount :** | | **(140.55)** |
| **Total Fees Due :** | | **$1,264.95** |

**Summary by Disbursement Codes :**

| | |
|---|---|
| **TOTAL DUE :** | **$1,264.95** |