# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

NINETY-FOURTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2013 through August 31, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $60,075.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $980.64 |

This is a:      ___XX___ monthly      _____ interim      _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 – 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 – 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 – 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07- 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | $65,693.98 | $276.11 |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | $67,685.32 | $7,598.67 |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | $ 100,573.94 | $ 56.90 |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | $126,281.50 | $358.82 |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | $ 86,536.12 | $ 279.07 |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | $118,060.38 | $ 471.15 |
| 12/6/12 | 10/1/12 – 10/31/12 | $ 73,142.76 | $ 2,866.15 | $ 73,142.76 | $ 2,866.15 |
| 1/15/13 | 11/1/12 – 11/30/12 | $65,594.62 | $ 3,333.31 | $65,594.62 | $ 3,333.31 |
| 2/4/13 | 12/1/12 – 12/31/12 | $ 51,747.70 | $ 84.79 | $ 51,747.70 | $ 84.79 |
| 5/21/13 | 1/1/13 – 1/31/13 (Amended) | $ 72,915.30 | $ 370.59 | $ 72,915.30 | $ 370.59 |
| 3/22/13 | 2/1/13 – 2/28/13 | $ 56,287.35 | $ 378.50 | $ 56,287.35 | $ 378.50 |
| 5/7/13 | 3/1/13 – 3/31/13 | $ 52,251.30 | $1,406.51 | $ 52,251.30 | $1,406.51 |
| 6/6/13 | 4/1/13 – 4/30/13 | $ 57,437.55 | $ 278.04 | Pending | Pending |
| 7/12/13 | 5/1/13 – 5/31/13 | $53,474.85 | $ 26.82 | Pending | Pending |
| 8/6/13 | 6/1/13 – 6/30/13 | $46,882.80 | $ 1,192.15 | Pending | Pending |
| 9/13/13 | 7/1/31 – 7/31/13 | $81,002.70 | $ 177.53 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD since 1986 | $545.00 | 65.40 | $35,643.00 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $750.00 | 6.80 | $5,100.00 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $365.00 | 7.40 | $2,701.00 |
| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | $535.00 | 8.50 | $4,547.50 |
| David A. Barker | Principal; Joined Firm 2005; Member MD Bar since 2002 | $525.00 | 22.30 | $9,923.50 |
| Tracy Horch | Paralegal | $205.00 | 3.00 | $615.00 |
| Denise Paul | Paralegal | $205.00 | 15.50 | $3,177.50 |
| Gina Ecolino | Paralegal | $205.00 | 17.00 | $3,485.00 |
| Bryan J. Moore | Principal; Joined Firm 2011; Member | $445.00 | 3.50 | $1,557.50 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

|                     |              |
|---------------------|--------------|
| Fees:               | $ 66,750.00  |
| Less 10% Discount:  | ($6,675.00)  |
| Total Fees:         | $ 60,075.00  |
| Total Hours:        | 149.40       |
| Blended Rate:       | $ 402.00     |

## TASK CODE SUMMARY

| Project Category                        | Total Hours | Total Fees Requested |
|-----------------------------------------|-------------|----------------------|
| Litigation and Litigation Consulting    | 149.40      | $60,075.00           |

## EXPENSE SUMMARY[7]

| Expense Category          | Service Provider (if applicable)[8]                                      | Total Expense |
|---------------------------|--------------------------------------------------------------------------|---------------|
| Photocopying              | @ 0.10 per page                                                          | $23.90        |
| Commercial Duplicating    |                                                                          | $4.77         |
| Postage                   |                                                                          | $15.60        |
| Long Distance Telephone   |                                                                          | $30.51        |
| Travel Meals              |                                                                          | $14.96        |
| Out of Town Travel        | Train between Washington, DC and Baltimore to attend client meetings.    | $123.90       |
| Court Fees                |                                                                          | $400.00       |
| Other                     | EPA Document (FOIA request)                                              | $367.00       |

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

August 1, 2013 through August 31, 2013, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $60,075.00 and actual and necessary expenses

in the amount of $980.64 for a total allowance of $61,055.64 and payment of $48,060.00 (80%

of the allowed fees) and reimbursement of $980.64 (100% of the allowed expenses) be

authorized for a total payment of $49,040.64 and for such other and further relief as this Court

may deem just and proper.

Dated:  October 21st, 2013

BEVERIDGE & DIAMOND, P.C.


Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 21 day of October, 2013.

_____
Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2017

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
AUGUST 1, 2013 THROUGH AUGUST 31, 2013

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                    September 26, 2013
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015172
7500 Grace Drive                                     Invoice # 156242
Columbia, MD  21044                                  Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/13 in Connection With:

**IRIS**

| | | | | |
|---|---|---|---|---|
| 08/01/13 | K. Bourdeau | C300 | 0.80 | Participate in team strategy call. |
| 08/01/13 | P. Marks | C300 | 0.50 | Telephone conference with K. Ethier, L. Duff, H. Feichko and L. Gledhill re meeting. |
| 08/01/13 | P. Marks | C300 | 2.50 | Prepare presentation for meeting. |
| 08/01/13 | D. Barker | L210 | 1.30 | Follow up on service of process on U.S. Attorney and obtain summons. |
| 08/01/13 | G. Ecolino | L210 | 2.00 | Litigation filings and document management. |
| 08/02/13 | K. Bourdeau | C300 | 0.50 | Review issues posed by newly revised assessments for impact. |
| 08/02/13 | P. Marks | C300 | 5.90 | Final preparation and integration of client and consultant comments into handouts and prepare for meeting. |
| 08/02/13 | P. Marks | C300 | 1.20 | Telephone conferences with L. Duff and H. Feichko re integration of comments into handouts. |
| 08/02/13 | P. Marks | C300 | 1.60 | Collect pertinent backup materials for consultants and coordinate with same. |
| 08/02/13 | D. Barker | L210 | 1.10 | Coordinate service and follow up re deadlines and schedule. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156242
September 26, 2013
PAGE  2

| | | | | |
|---|---|---|---|---|
| 08/02/13 | G. Ecolino | L210 | 2.00 | E-file amended executed affidavit and manage litigation documents. |
| 08/03/13 | K. Bourdeau | C300 | 1.30 | Review materials provided by P. Marks and prepare comments to P. Marks re same and communications with P. Marks re same. |
| 08/03/13 | P. Marks | C300 | 0.20 | Review K. Bourdeau comments re documents and respond to same. |
| 08/03/13 | P. Marks | C300 | 2.00 | Prepare for meeting and emails to team re same. |
| 08/04/13 | P. Marks | C300 | 1.80 | Prepare for meeting and emails to consultant re interpretation of scientific information related to background values. |
| 08/05/13 | P. Marks | C300 | 5.60 | Pre-meeting with Grace team, attend meeting with EPA, and post-meeting with Grace team members. |
| 08/05/13 | P. Marks | C300 | 0.50 | Team telephone conference re meeting. |
| 08/06/13 | P. Marks | C300 | 0.40 | Telephone conference and voice mail in follow-up to meeting with client and EPA. |
| 08/06/13 | D. Barker | L210 | 4.20 | Draft motion and memorandum for summary judgment in FOIA action. |
| 08/07/13 | P. Marks | C300 | 3.10 | Multiple telephone conferences with client re science issues. |
| 08/07/13 | P. Marks | C300 | 0.40 | Email exchange re science issues with consultant. |
| 08/07/13 | P. Marks | C300 | 0.30 | Assess IRIS forum issues. |
| 08/07/13 | D. Barker | L210 | 5.20 | Finish drafting motion, memorandum, and affidavit in support of motion for summary judgment in FOIA action and motion to expedite. |
| 08/08/13 | P. Marks | L210 | 0.50 | Review pleadings and provide comments to D. Barker. |
| 08/08/13 | P. Marks | C300 | 1.90 | Prepare for and conduct telephone conference with client team re science issues, and prepare notes re same. |
| 08/08/13 | P. Marks | C300 | 0.50 | FOIA issues and conference with J. Lanham re same. |
| 08/08/13 | P. Marks | C300 | 0.50 | EPA meeting preparation. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156242
September 26, 2013
PAGE  3

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 08/08/13 | D. Barker | L210 | 1.70 | Coordinate with G. Ecolino on preparation of exhibits and filing details and revise and incorporate edits on motion for summary judgment and motion to expedite. |
| 08/08/13 | J. Lanham | L210 | 2.00 | Review and prepare draft court pleadings. |
| 08/08/13 | J. Lanham | C300 | 0.50 | Prepare letter and email to L. Ross re FOIA request. |
| 08/08/13 | G. Ecolino | L210 | 2.50 | Confer with D. Barker re filing and prepare document for filing. |
| 08/09/13 | P. Marks | L210 | 0.50 | Review draft pleadings and comments re same. |
| 08/09/13 | D. Barker | L210 | 2.80 | Draft statement of material facts, incorporate comments and revisions, and prepare briefs and exhibits for filing motion for summary judgment and motion to expedite. |
| 08/09/13 | G. Ecolino | L210 | 4.00 | Proofread brief and review and manage files. |
| 08/12/13 | P. Marks | L210 | 0.40 | Review materials to be filed and communications with team and client. |
| 08/12/13 | P. Marks | C300 | 2.10 | Telephone conferences (2) with R. Finke and consultant re science issues. |
| 08/12/13 | G. Ecolino | L210 | 1.50 | Prepare documents for filing and review and manage file. |
| 08/13/13 | K. Bourdeau | C300 | 0.50 | Review recent developments and e-mail communications re same. |
| 08/13/13 | P. Marks | C300 | 0.30 | Email exchanges re follow-up to EPA meeting. |
| 08/13/13 | P. Marks | C300 | 0.80 | Telephone conference with team re science issues. |
| 08/13/13 | P. Marks | C300 | 0.90 | Telephone conference with R. Finke re science issues and prepare for team telephone conference re same. |
| 08/13/13 | P. Marks | C300 | 1.40 | Telephone conferences (2) with EPA counsel re FOIA requests and evaluate how to address issues. |
| 08/13/13 | G. Ecolino | L210 | 1.70 | Manage court filings and circulate same to team and review and manage file. |
| 08/14/13 | K. Bourdeau | C300 | 0.80 | Review background information and e-mail correspondence re same. |

BEVERIDGE & DIAMOND, P.C.

| 08/14/13 | P. Marks | C300 | 0.50 | Telephone conference with R. Finke re science issues and evaluate same. |
| 08/14/13 | G. Ecolino | L210 | 0.50 | Confer with court re filing and review and manage file. |
| 08/15/13 | K. Bourdeau | C300 | 1.00 | Participate in team status/strategy conference call. |
| 08/15/13 | P. Marks | C300 | 0.40 | Review emails and telephone conference with L. Duff re status. |
| 08/15/13 | P. Marks | C300 | 0.90 | Prepare FOIA correspondence and brief client re same. |
| 08/15/13 | P. Marks | C300 | 0.80 | Review University of Cincinnati contracts re study. |
| 08/15/13 | G. Ecolino | L210 | 0.50 | Prepare correct page for errata filing and review and manage file. |
| 08/16/13 | P. Marks | C300 | 1.00 | Address EPA FOIA request revisions. |
| 08/20/13 | P. Marks | C300 | 0.50 | Coordinate with consultant and client. |
| 08/21/13 | P. Marks | C300 | 0.80 | Telephone conference with L. Duff and H. Feichko re tasks and strategy. |
| 08/21/13 | P. Marks | C300 | 0.70 | Telephone conference with consultant re science issues. |
| 08/21/13 | P. Marks | C300 | 0.60 | Prepare correspondence. |
| 08/21/13 | J. Lanham | C300 | 1.00 | Document related activities re EPA FOIA. |
| 08/22/13 | K. Bourdeau | C300 | 0.30 | E-mail communications re recent developments. |
| 08/22/13 | P. Marks | L210 | 0.30 | FOIA litigation status update to client team. |
| 08/22/13 | P. Marks | C300 | 1.00 | Review contract re EPA data evaluation and prepare email to client re same. |
| 08/22/13 | D. Barker | L210 | 1.50 | Call from A. Schmitt re FOIA action and follow-up with J. Lanham and P. Marks re same. |
| 08/22/13 | G. Ecolino | L210 | 1.00 | Review and manage file. |
| 08/23/13 | P. Marks | C300 | 2.10 | Prepare letter to EPA incorporating client input. |
| 08/26/13 | K. Bourdeau | C300 | 0.50 | Review draft letter to EPA and prepare comments on same. |

BEVERIDGE & DIAMOND, P.C.

| | | | | |
|---|---|---|---|---|
| 08/26/13 | P. Marks | C300 | 0.60 | Review and evaluate developments. |
| 08/26/13 | P. Marks | C300 | 1.70 | Telephone conference with H. Feichko re communications with EPA and prepare draft letter re same. |
| 08/26/13 | J. Lanham | C300 | 0.50 | FOIA related communications. |
| 08/27/13 | D. Barker | L210 | 1.80 | Review and evaluate CDC production and response, confer with J. Lanham re same, and confer with Department of Justice re production and withholding issues and litigation response deadlines. |
| 08/27/13 | J. Lanham | C300 | 2.00 | EPA FOIA related activities. |
| 08/28/13 | D. Barker | L210 | 0.60 | Review and evaluate list of study variables provided and withheld. |
| 08/29/13 | K. Bourdeau | C300 | 0.80 | Review redraft of letter and prepare comments on same. |
| 08/29/13 | P. Marks | L210 | 1.40 | Telephone conference with H. Feichko, R. Finke and D. Barker re negotiations with Department of Justice re data and evaluation of needs for withheld data, and follow-up telephone conference with S. Moolgavkar re same. |
| 08/29/13 | P. Marks | C300 | 1.00 | Review comments and revise letter, and emails with team re same. |
| 08/29/13 | D. Barker | C300 | 1.90 | Follow-up re timing for review and litigation response deadlines and confer with opposing counsel and with R. Finke, H. Feichko, P. Marks and J. Lanham re same. |
| 08/29/13 | J. Lanham | L210 | 1.40 | FOIA litigation related communications with D. Barker, P. Marks and client. |
| 08/29/13 | G. Ecolino | L210 | 0.50 | Review and manage file. |
| 08/30/13 | K. Bourdeau | C300 | 0.30 | Communications with P. Marks re draft letter. |
| 08/30/13 | P. Marks | C300 | 3.00 | Telephone conference with L. Duff and H. Feichko re correspondence. |
| 08/30/13 | D. Barker | L210 | 0.20 | Confirm and follow-up on entry of order granting consent motion to extend response deadlines. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156242
September 26, 2013
PAGE   6

08/30/13   G. Ecolino      C300         0.80   Update pleading binders, prepare and submit
                                               revised docket control request, and review and
                                               manage file.


                                    Total Hours :        106.60

                                    Total Fees :      $50,149.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156242
September 26, 2013
PAGE  7

Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 6.80 | $750.00 | $5,100.00 |
| P. Marks | 53.10 | $545.00 | $28,939.50 |
| D. Barker | 22.30 | $445.00 | $9,923.50 |
| J. Lanham | 7.40 | $365.00 | $2,701.00 |
| G. Ecolino | 17.00 | $205.00 | $3,485.00 |

|  | |
|---|---|
| Total Fees : | $50,149.00 |
| 10% Discount : | (5,014.90) |
| Total Fees Due : | $45,134.10 |

Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 63.50 | $34,819.50 |
| Total | 63.50 | $34,819.50 |
| L200 | | |
| L210 | 43.10 | $15,329.50 |
| Total L200 | 43.10 | $15,329.50 |

|  | | |
|---|---|---|
| Total Fees : | 106.60 | $50,149.00 |
| 10% Discount : | | (5,014.90) |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156242
September 26, 2013
PAGE  8

**Total Fees Due :**                    **$45,134.10**

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E105 | Telephone | $30.51 |
| E110 | Out-of-town Travel | $103.00 |
| E111 | Meals | $14.96 |
| E112 | Court Fees | $400.00 |
| E124 | Other | $367.00 |

**Total Disbursements :**        **$915.47**

**TOTAL DUE :**        **$46,049.57**

# EXHIBIT B

## (Petition)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                      September 26, 2013
Attn: Lydia B. Duff, Esq.                              Client/Matter #  01246-015504
7500 Grace Drive                                       Invoice # 156243
Columbia, MD  21044                                    Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/13 in Connection With:

**Petition**

| | | | | |
|---|---|---|---|---|
| 08/01/13 | D. Paul | C300 | 1.00 | Review briefing, exhibits and reference materials with T. Horch. |
| 08/01/13 | T. Horch | C300 | 3.00 | Review Request for Correction and meeting with D. Paul to review project. |
| 08/05/13 | D. Paul | C300 | 1.20 | Proofread, fact check and cite check. |
| 08/06/13 | P. Marks | C300 | 0.40 | Conference with D. Paul re citations and paralegal tasks. |
| 08/06/13 | D. Paul | C300 | 4.00 | Proofread, fact check and cite check, and review suggested edits with P. Marks. |
| 08/13/13 | D. Paul | C300 | 1.20 | Proofread, fact check and cite check. |
| 08/16/13 | P. Marks | C300 | 3.10 | Prepare petition. |
| 08/16/13 | P. Marks | C300 | 1.80 | Prepare petition addressing issues raised by client team. |
| 08/18/13 | D. Paul | C300 | 0.50 | Proofread, fact check and cite check. |
| 08/19/13 | P. Marks | C300 | 1.70 | Prepare petition, including legislative history review. |
| 08/20/13 | D. Paul | C300 | 3.00 | Proofread, fact check and cite check. |
| 08/23/13 | P. Marks | C300 | 3.40 | Prepare petition and briefly direct D. Paul re tasks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156243
September 26, 2013
PAGE   2

| 08/26/13 | D. Paul | C300 | 3.30 | Proofread, fact check and cite check. |
| 08/27/13 | D. Paul | C300 | 1.30 | Proofread, fact check and cite check. |

**Total Hours :**        **28.90**

**Total Fees :**      **$9,460.50**

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156243
September 26, 2013
PAGE  3

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 10.40 | $545.00 | $5,668.00 |
| D. Paul | 15.50 | $205.00 | $3,177.50 |
| T. Horch | 3.00 | $205.00 | $615.00 |

| | | |
|---|---|---|
| Total Fees : | | $9,460.50 |
| 10% Discount : | | (946.05) |
| Total Fees Due : | | $8,514.45 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 28.90 | $9,460.50 |
| Total | 28.90 | $9,460.50 |

| | | |
|---|---|---|
| Total Fees : | 28.90 | $9,460.50 |
| 10% Discount : | | (946.05) |
| Total Fees Due : | | $8,514.45 |

## Summary by Disbursement Codes :

| | Bill Amount |
|---|---|
| E110    Out-of-town Travel | $20.90 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156243
September 26, 2013
PAGE  4

Total Disbursements :                    $20.90

TOTAL DUE :            $8,535.35

# EXHIBIT C

## (Curtis Bay Air)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          September 26, 2013
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015577
7500 Grace Drive                           Invoice # 156244
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/13 in Connection With:

**<u>Curtis Bay Air</u>**

| 08/02/13 | L. McAfee | C300 | 2.00 | Review materials and draft Alternate Operating Scenario (AOS). |
| 08/07/13 | L. McAfee | C300 | 3.00 | Preparation for and attend Title V meeting. |
| 08/27/13 | L. McAfee | C300 | 0.50 | Review Title V application. |
| 08/28/13 | L. McAfee | C300 | 2.00 | Review and comment on draft Title V permit application, cover letter. |
| 08/29/13 | L. McAfee | C300 | 0.50 | Review and comment on permit application. |
| 08/30/13 | L. McAfee | C300 | 0.50 | Final Title V application review and emails. |

Total Hours :          8.50

Total Fees :      $4,547.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156244
September 26, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 8.50 | $535.00 | $4,547.50 |

| | |
|---|---|
| Total Fees : | $4,547.50 |
| 10% Discount : | (454.75) |
| Total Fees Due : | $4,092.75 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 8.50 | $4,547.50 |
| Total | 8.50 | $4,547.50 |

| | | |
|---|---|---|
| Total Fees : | 8.50 | $4,547.50 |
| 10% Discount : | | (454.75) |
| Total Fees Due : | | $4,092.75 |

**Summary by Disbursement Codes :**

| | | Bill Amount |
|---|---|---|
| 006 | Commercial Duplicating | $4.77 |
| | Total Disbursements : | $4.77 |
| | TOTAL DUE : | $4,097.52 |

# EXHIBIT D

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                     September 26, 2013
Attn: Lydia B. Duff, Esq.                    Client/Matter #  01246-012629
7500 Grace Drive                             Invoice # 156240
Columbia, MD  21044                          Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/13 in Connection With:

**Bankruptcy Fee Application**
**100035**

**Disbursements:**

|                | |
|----------------|-------|
| Copying        | 23.90 |
| Postage        | 15.60 |

                    **Total Disbursements :**        $39.50

                          **TOTAL DUE :**             $39.50

# EXHIBIT E

## (Trivalent Chromium)

## LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

September 26, 2013
Client/Matter #  01246-014988
Invoice # 156241
Federal ID# 52-1247549

For Legal Services Rendered Through 08/31/13 in Connection With:

**Trivalent Chromium**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 08/02/13 | P. Marks | C300 | 1.30 | Telephone conference with client team re MDE comments and data available to address same. |
| 08/05/13 | P. Marks | C300 | 0.30 | Review emails from team. |

| | |
|---|---|
| Total Hours : | 1.60 |
| Total Fees : | $872.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156241
September 26, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.60 | $545.00 | $872.00 |

| | | |
|---|---|---|
| Total Fees : | | $872.00 |
| 10% Discount : | | (87.20) |
| Total Fees Due : | | $784.80 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.60 | $872.00 |
| Total | 1.60 | $872.00 |

| | | |
|---|---|---|
| Total Fees : | 1.60 | $872.00 |
| 10% Discount : | | (87.20) |
| Total Fees Due : | | $784.80 |

**Summary by Disbursement Codes :**

| | |
|---|---|
| TOTAL DUE : | $784.80 |

# EXHIBIT F

## (Texas FOIA)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON D.C. 20005-3311**
**(202) 789-6000**

W. R. Grace & Co.                             September 26, 2013
Attn: Lydia B. Duff, Esq.                     Client/Matter #  01246-015854
7500 Grace Drive                              Invoice # 156245
Columbia, MD  21044                           Federal ID# 52-1247549

---

For Legal Services Rendered Through 08/31/13 in Connection With:

**Texas FOIA**

| | | | | |
|---|---|---|---|---|
| 08/09/13 | P. Marks | C300 | 0.30 | Coordinate with client and B. Moore to provide support for FOIA request. |
| 08/09/13 | B. Moore | C300 | 2.00 | Review background files and correspondence re prior Texas Public Information Act (PIA) requests; review PIA guidance re same; correspondence to client re PIA requests; telephone conference with K. Bryden re same; confer with P. Marks re same. |
| 08/12/13 | B. Moore | C400 | 1.00 | Correspondence to client re Texas PIA requests; prepare and file same; telephone conference with TCEQ re same. |
| 08/20/13 | B. Moore | C400 | 0.50 | Correspondence to TCEQ re PIA document production and obtaining copies of same; correspondence to client re same. |

Total Hours :          3.80

Total Fees :        $1,721.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156245
September 26, 2013
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.30 | $545.00 | $163.50 |
| B. Moore | 3.50 | $445.00 | $1,557.50 |
| Total Fees : |  |  | $1,721.00 |
| 10% Discount : |  |  | (172.10) |
| Total Fees Due : |  |  | $1,548.90 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 2.30 | $1,053.50 |
| C400 | 1.50 | $667.50 |
| Total | 3.80 | $1,721.00 |
| Total Fees : | 3.80 | $1,721.00 |
| 10% Discount : |  | (172.10) |
| Total Fees Due : |  | $1,548.90 |

## Summary by Disbursement Codes :

|  |  |
|---|---|
| TOTAL DUE : | $1,548.90 |