# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

NINETY-FIFTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2013 through September 30, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $47,064.15 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $2,748.83 |

This is a:     __XX____ monthly        _____ interim        _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 – 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 – 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 – 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 – 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 – 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 – 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 – 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 – 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 – 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 – 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 – 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07 – 4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 – 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 – 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07 – 7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 – 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 – 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07 – 11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07 – 12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08 – 3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08 – 4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08 – 5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $ 46.47 | $ 18,381.47 | $ 46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 - 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | $65,693.98 | $276.11 |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | $67,685.32 | $7,598.67 |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | $ 100,573.94 | $ 56.90 |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | $126,281.50 | $358.82 |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | $ 86,536.12 | $ 279.07 |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | $118,060.38 | $ 471.15 |
| 12/6/12 | 10/1/12 – 10/31/12 | $ 73,142.76 | $ 2,866.15 | $ 73,142.76 | $ 2,866.15 |
| 1/15/13 | 11/1/12 – 11/30/12 | $65,594.62 | $ 3,333.31 | $65,594.62 | $ 3,333.31 |
| 2/4/13 | 12/1/12 – 12/31/12 | $ 51,747.70 | $ 84.79 | $ 51,747.70 | $ 84.79 |
| 5/21/13 | 1/1/13 – 1/31/13 (Amended) | $ 72,915.30 | $ 370.59 | $ 72,915.30 | $ 370.59 |
| 3/22/13 | 2/1/13 – 2/28/13 | $ 56,287.35 | $ 378.50 | $ 56,287.35 | $ 378.50 |
| 5/7/13 | 3/1/13 – 3/31/13 | $ 52,251.30 | $1,406.51 | $ 52,251.30 | $1,406.51 |
| 6/6/13 | 4/1/13 – 4/30/13 | $ 57,437.55 | $ 278.04 | $ 57,437.55 | $ 278.04 |
| 7/12/13 | 5/1/13 – 5/31/13 | $53,474.85 | $ 26.82 | $53,474.85 | $ 26.82 |
| 8/6/13 | 6/1/13 – 6/30/13 | $46,882.80 | $ 1,192.15 | $46,882.80 | $ 1,192.15 |
| 9/13/13 | 7/1/31 – 7/31/13 | $81,002.70 | $ 177.53 | Pending | Pending |
| 10/21/13 | 8/1/13 – 8/31/13 | $ 60,075.00 | $ 980.64 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $545.00 | 42.90 | $23,380.50 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $750.00 | 3.10 | $2,325.00 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $365.00 | 54.10 | $19,746.50 |
| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | $535.00 | 1.50 | $802.50 |
| David A. Barker | Principal; Joined Firm 2005; Member MD Bar since 2002 | $525.00 | 6.10 | $2,714.50 |
| Tracy Horch | Paralegal | $205.00 | 5.00 | $1,025.00 |
| Gina Ecolino | Paralegal | $205.00 | 2.00 | $410.00 |
| Bryan J. Moore | Principal; Joined Firm 2011; Member | $445.00 | 3.60 | $1,602.00 |

[6] These amounts are the sum total from all of the invoices attached hereto.

| Mark N. Duvall | Principal; Joined Firm 2008; Member DC Bar since 1978 | $575.00 | .50 | $287.50 |
|----------------|-------------------------------------------------------|---------|-----|---------|

|  |  |
|---|---|
| Fees: | $ 52,293.50 |
| Less 10% Discount: | ($5,229.35) |
| Total Fees: | $ 47,064.15 |
| Total Hours: | 118.80 |
| Blended Rate: | $ 396.00 |

### TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|------------------|-------------|----------------------|
| Litigation and Litigation Consulting | 118.80 | $47,064.15 |

### EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|------------------|-------------------------------------|---------------|
| Photocopying | @ 0.10 per page | $41.30 |
| Postage |  | $16.67 |
| Long Distance Telephone |  | $10.40 |
| Express Delivery |  | $70.27 |
| Process Servers |  | $300.00 |
| Out of Town Travel | Credit for train ticket. | ($12.00) |
| Meals | Lunch with client (L. Duff) | $22.19 |
| Other | EPA Document (FOIA request) | $2,300.00 |

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period September 1, 2013 through September 30, 2013, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $47,064.15 and actual and necessary expenses in the amount of $2,748.83 for a total allowance of $49,812.98 and payment of $37,651.32 (80% of the allowed fees) and reimbursement of $2,748.83 (100% of the allowed expenses) be authorized for a total payment of $40,400.15 and for such other and further relief as this Court may deem just and proper.

Dated:  October 31, 2013

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

<u>VERIFICATION</u>

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this <u>31</u> day of October, 2013.

_____
Notary Public:  Debora R. Melnyk
My Commission Expires:  May 27, 2017



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30,  2013

---

[1]  The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-
Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical,
Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc.,
Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace
Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings,
Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of
Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace
H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.),
Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp.,
Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land
Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc.,
Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated,
Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA
Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C
Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company,
CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (IRIS)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                    October 24, 2013
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015172
7500 Grace Drive                                     Invoice # 156706
Columbia, MD  21044                                  Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/13 in Connection With:

**IRIS**

| | | | | |
|---|---|---|---|---|
| 09/05/13 | K. Bourdeau | C300 | 0.50 | Participate in Grace team conference call. |
| 09/06/13 | P. Marks | C300 | 0.40 | Review draft language from consultant and email to L. Duff and H. Feichko re same. |
| 09/09/13 | P. Marks | C300 | 1.50 | Telephone conference with W. Corcoran and J. Flynn re data and gaps in data received and follow-up tasks re same. |
| 09/10/13 | P. Marks | C300 | 1.10 | Conference with J. Lanham and D. Barker re FOIA litigation task assignments and follow-up telephone conference with H. Feichko re same. |
| 09/10/13 | P. Marks | C300 | 0.60 | Prepare proposal for FOIA settlement (together with J. Lanham) for Department of Justice (DOJ) and send draft to consultant for technical input. |
| 09/10/13 | P. Marks | C300 | 1.20 | Telephone conference with J. Flynn and J. Lanham re technical issues concerning FOIA request and data interpretation, and follow-up conference with J. Lanham re tasks. |
| 09/10/13 | P. Marks | C300 | 0.60 | Telephone conference with H. Feichko re summary of developments re FOIA requests. |
| 09/10/13 | D. Barker | C300 | 0.20 | Review and edit email re missing data from "B reader" form. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156706
October 24, 2013
PAGE  2

| | | | | |
|---|---|---|---|---|
| 09/10/13 | D. Barker | C300 | 1.00 | Conference with P. Marks and J. Lanham re following up on CDC response and missing data. |
| 09/10/13 | J. Lanham | C300 | 2.50 | Review documents produced by CDC and communications with P. Marks, J. Flynn, and D. Barker re same, and prepare and send email correspondence to A. Schmitt re same. |
| 09/10/13 | J. Lanham | C300 | 2.00 | Review documents from EPA and follow-up re same. |
| 09/11/13 | D. Barker | C300 | 1.10 | Review and edit letter to CDC re data missing and withheld from the FOIA response. |
| 09/11/13 | J. Lanham | C300 | 1.80 | Prepare letter re litigation. |
| 09/12/13 | K. Bourdeau | C300 | 0.80 | Conference call with Grace team. |
| 09/12/13 | P. Marks | C300 | 1.50 | Telephone conference with consultant re FOIA and related data issues and report re same during weekly update call. |
| 09/12/13 | P. Marks | C300 | 0.60 | Prepare edits to letter. |
| 09/12/13 | J. Lanham | C300 | 1.50 | Review documents. |
| 09/13/13 | P. Marks | C300 | 0.30 | Revise letter. |
| 09/13/13 | P. Marks | C300 | 1.80 | Telephone conference with H. Feichko, R. Finke, S. Moolgavkar and J. Lanham re FOIA litigation and developing a compromise to provide to DOJ, associated preparation for call and follow-up review of tasks with J. Lanham. |
| 09/13/13 | J. Lanham | C300 | 2.50 | Review documents produced by EPA in response to FOIA request. |
| 09/13/13 | J. Lanham | C300 | 1.80 | Telephone conference re litigation strategy with P. Marks, S. Moolgavkar, R. Finke, and H. Feichko re ATSDR data and follow-up conference with P. Marks re tasks. |
| 09/16/13 | P. Marks | C300 | 0.60 | Conference with J. Lanham re FOIA negotiations and follow-up telephone conference with J. Lanham and D. Barker. |
| 09/16/13 | P. Marks | C300 | 0.30 | Prepare letter to DOJ and provide edits to J. Lanham. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156706
October 24, 2013
PAGE  3

| 09/16/13 | P. Marks | C300 | 0.60 | Telephone conference with R. Finke re litigation developments, follow-up monitoring of communications and prepare summary email to client team. |
|---|---|---|---|---|
| 09/16/13 | D. Barker | C300 | 2.20 | Conference with J. Lanham and P. Marks re missing and withheld data and request for extension of deadlines, follow-up with A. Schmitt re extension request and data issues and prepare letter re same. |
| 09/16/13 | J. Lanham | C300 | 3.00 | Review documents produced by EPA. |
| 09/16/13 | J. Lanham | C300 | 3.00 | Prepare letter to A. Schmitt re withheld data, conference with P. Marks and D. Barker re same, email communications with A. Schmitt re B reader. |
| 09/17/13 | P. Marks | C300 | 0.70 | Telephone conference with J. Lanham and D. Barker re communications with DOJ and next steps for resolving FOIA case and emails re same. |
| 09/17/13 | P. Marks | C300 | 1.00 | Conference with J. Lanham re EPA FOIA tasks and review of documents. |
| 09/17/13 | D. Barker | C300 | 0.60 | Follow up re data review and questions and approve consent motion for extension of deadlines. |
| 09/17/13 | J. Lanham | C300 | 1.00 | Communications re litigation with D. Barker, P. Marks, and A. Schmitt. |
| 09/17/13 | J. Lanham | C300 | 2.50 | Review documents produced by EPA, conference with P. Marks re same, and email communication to client re same. |
| 09/17/13 | G. Ecolino | L140 | 0.50 | Download and circulate to team defendants' consent motion for extension of time, update pleadings binders with same, review and manage file. |
| 09/18/13 | P. Marks | C300 | 1.40 | Prepare for and conduct telephone conference with H. Feichko, R. Finke and J. Lanham re EPA FOIA request and follow-up negotiations, and follow-up tasks re same and re other data issues. |
| 09/18/13 | J. Lanham | C300 | 7.00 | Review documents produced by EPA, analyze documents and prepare email summary re same, and telephone conference with P. Marks, H. Feichko, and R. Finke re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156706
October 24, 2013
PAGE   4

| | | | | |
|---|---|---|---|---|
| 09/18/13 | G. Ecolino | L140 | 0.50 | Prepare message to team re minute order granting consent motion for extension of time to file; review and manage file; prepare updated docket request re same. |
| 09/19/13 | K. Bourdeau | C300 | 0.80 | Communications with P. Marks and Grace team re letter and meeting. |
| 09/19/13 | P. Marks | C300 | 0.80 | Team conference call. |
| 09/19/13 | P. Marks | C300 | 0.40 | Telephone conference with J. Flynn and J. Lanham re data. |
| 09/19/13 | P. Marks | C300 | 0.30 | Telephone conference with J. Flynn and W. Corcoran re data. |
| 09/19/13 | P. Marks | C300 | 0.30 | Prepare notes and send email to K. Bourdeau re developments. |
| 09/19/13 | J. Lanham | C300 | 1.00 | Communications re litigation. |
| 09/20/13 | K. Bourdeau | C300 | 0.50 | Review materials and communications with P. Marks re same. |
| 09/20/13 | P. Marks | C300 | 1.30 | Emails and telephone conference with L. Duff and H. Feichko re tasks and preparation for next week's calls and review material re same. |
| 09/20/13 | P. Marks | C300 | 0.30 | Email coordination with K. Bourdeau re strategy. |
| 09/20/13 | P. Marks | C300 | 0.30 | Email to W. Corcoran re efforts to obtain B reader forms. |
| 09/23/13 | P. Marks | C300 | 0.40 | FOIA information evaluation and coordination with consultants. |
| 09/24/13 | P. Marks | C300 | 1.30 | Prepare for and conduct telephone conference with team re EPA communications and follow-up assessment with H. Feichko re same. |
| 09/24/13 | P. Marks | C300 | 0.90 | Telephone conference with consultant and J. Lanham re FOIA data significance and follow-up use re same. |
| 09/24/13 | J. Lanham | C300 | 2.50 | Telephone conference with L. Ross re EPA FOIA Response, telephone conference with P. Marks and S. Moolgavkar re same, and follow-up email to L. Ross. |
| 09/25/13 | K. Bourdeau | C300 | 0.50 | Various e-mail communications re strategy and tasks. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156706
October 24, 2013
PAGE  5

| | | | | |
|---|---|---|---|---|
| 09/25/13 | P. Marks | C300 | 0.70 | Prepare correspondence to EPA re FOIA denials. |
| 09/25/13 | P. Marks | C300 | 0.80 | Review new manuscript from EPA. |
| 09/25/13 | P. Marks | C300 | 1.00 | Conference with J. Lanham re FOIA appeal tasks and strategy. |
| 09/25/13 | P. Marks | C300 | 1.10 | Telephone conference with client and consultant re use of data. |
| 09/25/13 | J. Lanham | C300 | 5.00 | Research re FOIA exemptions and telephone conference with P. Marks, S. Moolgavkar, H. Feichko, and R. Finke re EPA FOIA response and claims for withholding documents. |
| 09/26/13 | P. Marks | C300 | 1.00 | Weekly telephone call. |
| 09/26/13 | P. Marks | C300 | 0.50 | Emails with consultant and J. Lanham. |
| 09/26/13 | J. Lanham | C300 | 4.00 | Research and prepare appeal to EPA FOIA request. |
| 09/27/13 | P. Marks | C300 | 1.80 | Evaluate briefing for committee. |
| 09/27/13 | J. Lanham | C300 | 8.00 | Research and prepare appeal to EPA FOIA response. |
| 09/30/13 | P. Marks | C300 | 0.40 | Evaluate new FOIA information and correspondence. |
| 09/30/13 | P. Marks | C300 | 0.40 | Address FOIA issues, including pre-government shutdown discussions. |
| 09/30/13 | D. Barker | C300 | 1.00 | Emails and telephone conference with P. Marks re following up with CDC on request for additional data and CDC's request for a stay in light of potential government shutdown, conference with A. Schmitt re same and review and approve consent motion. |
| 09/30/13 | J. Lanham | C300 | 5.00 | Research and prepare appeal to EPA FOIA Response and telephone conference with L. Ross re same. |
| 09/30/13 | G. Ecolino | L140 | 1.00 | Download and prepare message to team re defendants' consent motion for a stay of deadlines in the event of lapse of appropriations, update pleading binders with same, review and manage electronic file. |

Total Hours :          93.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156706
October 24, 2013
PAGE   6

Total Fees :      $40,565.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156706
October 24, 2013
PAGE  7

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 3.10 | $750.00 | $2,325.00 |
| P. Marks | 28.20 | $545.00 | $15,369.00 |
| D. Barker | 6.10 | $445.00 | $2,714.50 |
| J. Lanham | 54.10 | $365.00 | $19,746.50 |
| G. Ecolino | 2.00 | $205.00 | $410.00 |

|  |  |
|---|---|
| Total Fees : | $40,565.00 |
| 10% Discount : | (4,056.50) |
| Total Fees Due : | $36,508.50 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 91.50 | $40,155.00 |
| Total | 91.50 | $40,155.00 |
| L100 |  |  |
| L140 | 2.00 | $410.00 |
| Total L100 | 2.00 | $410.00 |

|  |  |  |
|---|---|---|
| Total Fees : | 93.50 | $40,565.00 |
| 10% Discount : |  | (4,056.50) |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156706
October 24, 2013
PAGE  8

Total Fees Due :                    $36,508.50

Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| 019 | Process Servers | $300.00 |
| E105 | Telephone | $10.40 |
| E111 | Meals | $22.19 |
| E124 | Other | $2,300.00 |

Total Disbursements :        $2,632.59

TOTAL DUE :        $39,141.09

# EXHIBIT B

## (Petition)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                    October 24, 2013
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015504
7500 Grace Drive                                     Invoice # 156707
Columbia, MD  21044                                  Federal ID# 52-1247549

---

For Legal Services Rendered Through 09/30/13 in Connection With:

**Petition**

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 09/09/13 | P. Marks | C300 | 2.80 | Prepare petition. |
| 09/15/13 | P. Marks | C100 | 1.00 | Prepare petition. |
| 09/26/13 | P. Marks | C300 | 4.20 | Prepare petition. |
| 09/27/13 | P. Marks | C300 | 2.20 | Prepare petition. |
| 09/28/13 | P. Marks | C300 | 3.90 | Prepare petition. |
| 09/30/13 | P. Marks | C300 | 0.60 | Conference with T. Horch re citation checking and proofing. |
| 09/30/13 | T. Horch | L140 | 5.00 | Review petition for supportive documents and quote check and proof and meet with P. Marks for clarifications. |

Total Hours :            19.70

Total Fees :        $9,036.50

BEVERIDGE & DIAMOND, P.C.

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 14.70 | $545.00 | $8,011.50 |
| T. Horch | 5.00 | $205.00 | $1,025.00 |
| Total Fees : | | | $9,036.50 |
| 10% Discount : | | | (903.65) |
| Total Fees Due : | | | $8,132.85 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C100 | 1.00 | $545.00 |
| C300 | 13.70 | $7,466.50 |
| Total | 14.70 | $8,011.50 |
| L100 | | |
| L140 | 5.00 | $1,025.00 |
| Total L100 | 5.00 | $1,025.00 |
| Total Fees : | 19.70 | $9,036.50 |
| 10% Discount : | | (903.65) |
| Total Fees Due : | | $8,132.85 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E110 | Out-of-town Travel | ($12.00) |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156707
October 24, 2013
PAGE  3

|  |  |
|---|---|
| Total Disbursements : | ($12.00) |
| TOTAL DUE : | $8,120.85 |

# EXHIBIT C

## (Curtis Bay Air)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                    October 24, 2013
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015577
7500 Grace Drive                                     Invoice # 156708
Columbia, MD  21044                                  Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/13 in Connection With:

**Curtis Bay Air**

09/13/13   L. McAfee      C300          1.50   Site meeting.

Total Hours :          1.50

Total Fees :       $802.50

BEVERIDGE & DIAMOND, P.C.

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 1.50 | $535.00 | $802.50 |

|  |  |
|---|---|
| Total Fees : | $802.50 |
| 10% Discount : | (80.25) |
| Total Fees Due : | $722.25 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.50 | $802.50 |
| Total | 1.50 | $802.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 1.50 | $802.50 |
| 10% Discount : |  | (80.25) |
| Total Fees Due : |  | $722.25 |

## Summary by Disbursement Codes :

|  |  |
|---|---|
| TOTAL DUE : | $722.25 |

# EXHIBIT D

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD 21044

October 24, 2013
Client/Matter #  01246-012629
Invoice # 156710
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/13 in Connection With:

**PLEASE REMIT PAYMENT TO :**          **BEVERIDGE & DIAMOND, P.C.**
                                       **SUITE 700**
                                       **1350 I STREET, N.W.**
                                       **WASHINGTON, D.C. 20005-3311**

<u>**Bankruptcy Fee Application**</u>
<u>**100035**</u>

**Disbursements:**

| | |
|---|---|
| Copying | 41.30 |
| Postage | 16.67 |

**Total Disbursements :**          $57.97

**TOTAL DUE :**          $57.97

# EXHIBIT E

## (General Regulatory/Compliance Issues)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

October 24, 2013
Client/Matter #  01246-012100
Invoice # 156705
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/13 in Connection With:

**General Regulatory/Compliance Issues**
**100042**

09/10/13   M. Duvall        C300          0.50   Telephone conference with L. Duff re SNURs.

Total Hours :          0.50

Total Fees :       $287.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156705
October 24, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Duvall | 0.50 | $575.00 | $287.50 |

|  |  |
|---|---|
| Total Fees : | $287.50 |
| 10% Discount : | (28.75) |
| Total Fees Due : | $258.75 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 0.50 | $287.50 |
| Total | 0.50 | $287.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 0.50 | $287.50 |
| 10% Discount : |  | (28.75) |
| Total Fees Due : |  | $258.75 |

**Summary by Disbursement Codes :**

|  |  |
|---|---|
| TOTAL DUE : | $258.75 |

# EXHIBIT F

## (Texas FOIA)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                              October 24, 2013
Attn: Lydia B. Duff, Esq.                      Client/Matter #  01246-015854
7500 Grace Drive                               Invoice # 156709
Columbia, MD  21044                            Federal ID# 52-1247549

---

For Legal Services Rendered Through 09/30/13 in Connection With:


**Texas FOIA**


| 09/04/13 | B. Moore | L190 | 1.50 | Obtain and review files from Texas Commission on Environmental Quality (TCEQ) produced in response to Public Information Act (PIA) request. |
| 09/05/13 | B. Moore | P200 | 0.80 | Review additional files from TCEQ produced in response to PIA request; correspondence to client re same. |
| 09/24/13 | B. Moore | C300 | 0.80 | Research re availability of permit application documents; correspondence with TCEQ re same. |
| 09/25/13 | B. Moore | C300 | 0.50 | Telephone conference with TCEQ re PIA request; correspondence to client re same. |

Total Hours :        3.60

Total Fees :     $1,602.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156709
October 24, 2013
PAGE  2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| B. Moore | 3.60 | $445.00 | $1,602.00 |
| | | Total Fees : | $1,602.00 |
| | | 10% Discount : | (160.20) |
| | | Total Fees Due : | $1,441.80 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.30 | $578.50 |
| Total | 1.30 | $578.50 |
| L100 | | |
| L190 | 1.50 | $667.50 |
| Total L100 | 1.50 | $667.50 |
| P100 | | |
| P200 | 0.80 | $356.00 |
| Total P100 | 0.80 | $356.00 |
| Total Fees : | 3.60 | $1,602.00 |
| 10% Discount : | | (160.20) |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 156709
October 24, 2013
PAGE  3

**Total Fees Due :**                    **$1,441.80**

<u>**Summary by Disbursement Codes :**</u>

Bill
Amount

007        Express Delivery                                              $70.27

**Total Disbursements :**        **$70.27**

**TOTAL DUE :**        **$1,512.07**