IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )      Chapter 11
                                            )
W.R. GRACE & CO., et al.,                   )      Case No. 01-1139 (KJC)
                                            )
         Debtors.                           )      Objection Deadline: December 16, 2013 at 4:00 p.m.
_____)           Ref. No. 31400


**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 31400**
**(NO ORDER REQUIRED)**

      The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Sixth Monthly Interim Application for Compensation for Services Rendered and Reimbursement of Expenses (the "Application") of Roger Frankel, Asbestos PI Future Claimants' Representative, for the period from October 1, 2013 through October 31, 2013 (the "Period"), filed with the Court on November 26, 2013, and entered on the Court's docket as Docket No. 31400.  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed no later than December 16, 2013.

      Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members entered April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of

Professionals entered May 3, 2001, the Debtors are authorized to pay Orrick fees in the amount of $38,287.60 (80% of $47,859.50), and expenses of $475.10, for a total amount of $38,762.70 as requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                ORRICK, HERRINGTON & SUTCLIFFE LLP

                By:*/S/ DEBRA L. FELDER*
                    Richard H. Wyron, admitted *pro hac vice*
                    Debra L. Felder, admitted *pro hac vice*
                    Columbia Center
                    1152 15th Street, N.W.
                    Washington, DC  20005-1706
                    (202) 339-8400
                    (202) 339-8500 (fax)

                —and—

                PHILLIPS, GOLDMAN & SPENCE, P.A.
                John C. Phillips, Jr. (#110)
                1200 North Broom Street
                Wilmington, DE 19806
                (302) 655-4200
                (302) 655-4210 (fax)

                *Counsel to Roger Frankel, Asbestos Pesronal*
                *Injury Future Claimants' Representative*

Dated: December 18, 2013