# **EXHIBIT A**

## ADDENDUM TO AMENDED AND RESTATED SETTLEMENT AGREEMENT

This Addendum to the Amended and Restated Settlement Agreement is made by and between W. R. GRACE & CO. (hereinafter referred to as "Grace") and HARPER INSURANCE LTD., formerly known as Turegum Insurance Company (hereinafter referred to as "Harper") (Grace and Harper being referred to hereinafter collectively as the "Parties").

### WITNESSETH THAT:

WHEREAS, the Parties entered into an Amended and Restated Settlement Agreement ("Amended Agreement"), executed on behalf of Grace on May 20, 2010, and on behalf of Harper on May 24, 2010; and

WHEREAS, Section IX.A.4. of the Amended Agreement provides that the Amended Agreement is to terminate automatically in the event that the Effective Date fails to occur on or before December 31, 2013; and

WHEREAS, the Effective Date has not yet occurred as of the date hereof and the Parties desire to continue to enjoy the mutual benefits and considerations provided by the Amended Agreement.

NOW, THEREFORE, for good and valuable consideration, the Parties agree as follows:

I.    **DEFINITIONS**

Capitalized terms not otherwise defined in this Addendum shall have the same meaning as in the Amended Agreement.

II.   **AMENDMENT OF TERMINATION PROVISION**

    A.   Section IX.A.4. of the Amended Agreement is hereby deleted and replaced with the following: "The failure of the Effective Date to occur on or before June 30, 2014; or"

    B.   All other terms and conditions of the Amended Agreement shall remain in full force and effect.

III.   **APPROVALS**

    A.   <u>Committee and Futures Representative Approval</u>.  By executing this Addendum, Harper confirms receipt of written approval by the Committee and Futures Representative of the Addendum.

    B.   <u>Approval Motion</u>.  Promptly following the execution of this Addendum by both Parties, Grace will prepare and file a motion seeking approval of the Addendum by the Bankruptcy Court.  Grace will use its reasonable best efforts promptly to obtain approval of this Addendum by the Bankruptcy Court.  Harper will cooperate with Grace in obtaining the Bankruptcy Court's approval.

IV.   **MODIFICATION**

This Addendum may be amended, modified, superseded, or canceled, and any of the terms hereof may be waived, only by a written instrument which specifically states that it amends, modifies, supersedes, or cancels this Amended Agreement, executed by or on behalf of both Parties or, in the case of a waiver, by or on behalf of the Party waiving compliance.

V.   **EXECUTION**

This Addendum may be executed in multiple counterparts, each of which shall be deemed an original but all of which shall constitute one and the same instrument.

IN WITNESS WHEREOF, the Parties have executed this Amended Agreement by their authorized representatives.

Date: _12/17/13_          W. R. GRACE & CO.

                          Signed: _Richard C. Finke_

                              Name: _RICHARD C. FINKE_

                              Title: _VP + ASSOCIATE GENERAL COUNSEL_


Date: _18-12-13_,        HARPER INSURANCE LTD.

                          Signed: _Alan Turner_

                              Name: _ALAN TURNER_

                              Title: _GENERAL MANAGER_

3