UNITED STATES BANKRUTPCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Wr Grace, | ) Case No. 01-01139 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Safety Harbor Resort & Spa, a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Safety Harbor Resort & Spa
105 North Bayshore Drive
Safety Harbor, FL 34695

New Address
Safety Harbor Resort & Spa c/o Claims Recovery Group LLC
92 Union Avenue
Cresskill, NJ 07626

Dated: Tuesday, November 19, 2013

Respectfully submitted,

Navaid Siddiqui
Safety Harbor Resort & Spa
105 North Bayshore Drive
Safety Harbor, FL 34695