IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (KJC)<br><br>Jointly Administered |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THE FORTY-SIXTH QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD JULY 1, 2013 THROUGH SEPTEMBER 30, 2013**
**[RE: DOCKET NO. 31406]**

On November 27, 2013, Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), counsel to the Official Committee of Equity Security Holders, filed its Forty-Sixth Quarterly Fee Application for Compensation and Reimbursement of Disbursements [Docket No. 31406] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Time) on December 17, 2013. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

Krls/Wilm 57817v1

SAUL EWING LLP

By: /s/ Teresa K.D. Currier
Teresa K. D. Currier (No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
David E. Blabey, Jr., Esquire
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

Counsel to the Official Committee
of Equity Security Holders

Dated: December 19, 2013