**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the month of October 2013**

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of October 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 6.5 | 7,190.11 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 20.0 | 16,738.60 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 781.05 | 5.5 | 4,295.78 |
| Kristin Marie Orrell | Transactions Services Director | 20+ | Integrated Audit | 764.53 | 0.3 | 229.36 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 622.55 | 26.8 | 16,684.34 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 505.46 | 111.5 | 56,358.79 |
| Amy Keller | Transactions Services Senior Associate | 7 | Integrated Audit | 492.76 | 1.5 | 739.14 |
| David C Sands | Audit Director | 11 | Integrated Audit | 459.74 | 2.5 | 1,149.35 |
| Todd S. Chesla | Tax Manager | 8 | Integrated Audit | 437.33 | 5.5 | 2,405.32 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | 437.33 | 23.5 | 10,277.26 |
| Alexandra L Schmidt | Audit Manager | 6 | Integrated Audit | 325.12 | 153.0 | 49,743.36 |
| Daniel James Burke | Tax Manager | 8 | Integrated Audit | 318.99 | 101.8 | 32,473.18 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 270.51 | 154.4 | 41,766.74 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 254.00 | 219.7 | 55,803.80 |
| Yimei Lin | Audit Senior Associate | 4 | Integrated Audit | 247.66 | 0.5 | 123.83 |
| Thang Toan To | Audit Experienced Associate | 3 | Integrated Audit | 196.85 | 40.5 | 7,972.43 |
| Sarah Vogt | Audit Experienced Associate | 2 | Integrated Audit | 190.50 | 27.0 | 5,143.50 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 116.0 | 21,950.68 |
| Ian Matthew Thomas | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 162.0 | 30,655.26 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 197.0 | 34,526.22 |
| David Michael Allen | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 10.0 | 1,752.60 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 174.93 | 47.5 | 8,309.18 |
| Anabel De la Rosa | Tax Associate | 1 | Integrated Audit | 174.93 | 45.5 | 7,959.32 |
| Christopher Michael Sutton | Audit Associate | 1 | Integrated Audit | 143.51 | 174.9 | 25,099.90 |
| Andrew L Lupica | Audit Associate | 1 | Integrated Audit | 137.16 | 10.0 | 1,371.60 |
| Benjamin Veldman | Audit Associate | 1 | Integrated Audit | 137.16 | 12.5 | 1,714.50 |
| Philip Kahn | Audit Associate | 1 | Integrated Audit | 137.16 | 9.2 | 1,261.87 |
| Todd A Brown | Project Specialist | 1 | Integrated Audit | 120.00 | 0.7 | 84.00 |
| Carie Lee Hall | Project Specialist | 1 | Integrated Audit | 120.00 | 4.0 | 480.00 |

{02411:PLDG:10155541.DOC}

| Name | Title | | Category | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Jeremy C Johnson | Project Specialist | 1 | Integrated Audit | 120.00 | 0.2 | 24.00 |
| John Michael Fitzsimmons | Process Specialist | 1 | Integrated Audit | 120.00 | 2.6 | 312.00 |
| Kai Anton Belgrave | Project Specialist | 1 | Integrated Audit | 120.00 | 1.5 | 180.00 |
| Brian David Detwiler | Project Specialist | 1 | Integrated Audit | 120.00 | 3.0 | 360.00 |
| Alyssa Joyce Sherman | Project Specialist | 1 | Integrated Audit | 120.00 | 6.8 | 816.00 |
| Florencia Bonacci | Project Specialist | 1 | Integrated Audit | 120.00 | 5.0 | 600.00 |
| Barbara Usoz Mors | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | 120.00 | 6.0 | 720.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | 300.00 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | 100.00 | 0.3 | 30.00 |
| Ishu Singhania | Project Specialist | 1 | Integrated Audit | 120.00 | 0.5 | 60.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | 120.00 | 9.5 | 1,140.00 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 120.00 | 4.0 | 480.00 |
| Maria Sanchez | Project Specialist | 1 | Integrated Audit | 120.00 | 3.0 | 360.00 |
| Ornella A Insaurralde | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Romina M Cantero | Project Specialist | 1 | Integrated Audit | 120.00 | 0.5 | 60.00 |
| Carina Centeno | Project Specialist | 1 | Integrated Audit | 120.00 | 17.5 | 2,100.00 |
| Syed E Siraj | Project Specialist | 1 | Integrated Audit | 120.00 | 0.5 | 60.00 |
| Ankit K Bajaj | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 120.00 | 10.5 | 1,260.00 |
| Hernan Hlace | Project Specialist | 1 | Integrated Audit | 120.00 | 24.5 | 2,940.00 |
| Ayelen Florencia Di Martino | Project Specialist | 1 | Integrated Audit | 120.00 | 6.0 | 720.00 |
| Camila Zalba Alvarado | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Gonzalo Suarez | Project Specialist | 1 | Integrated Audit | 120.00 | 4.0 | 480.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 120.00 | 4.9 | 588.00 |
| Kathleen G Starnes | Project Specialist | 1 | Integrated Audit | 114.30 | 0.2 | 22.86 |
| Diane Antonczak | Project Specialist | 1 | Integrated Audit | 114.30 | 3.1 | 354.33 |
| | | | | **Total** | 1,814.4 | 459,187.21 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| **Totals** | **1.0** | | | **$ 254.00** |
|---|---|---|---|---|

{02411:PLDG:10155541.DOC}

**Summary of PwC's Fees By Project Category:**
**For the month of October 2013**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 1.0 | $254.00 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |

{02411:PLDG:10155541.DOC}

| | | |
|---|---:|---:|
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,814.4 | $459,187.21 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,815.4 | $459,441.21 |

## Expense Summary
## For the month of October 2013

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $ 4,351.24 |
| Lodging | N/A | $ 1,477.26 |
| Sundry | N/A | $ 214.10 |
| Business Meals | N/A | $ 907.19 |
| TOTAL: | | $ 6,949.79 |

{02411:PLDG:10155541.DOC}