# EXHIBIT - B

WR Grace
EXPENSE DETAIL
For the Month Ended October 2013

| Staff Member Name | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Adam Wilkinson | Audit | 10/7/13 | $ 597.05 | | | | Roundtrip coach flight from Dulles Aiport to Chicago Midway for Chicago 71st Plant Inventory Count |
| | Audit | 10/14/13 | $ 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 10/15/13 | $ 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 10/16/13 | $ 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 10/17/13 | $ 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 10/18/13 | $ 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 10/20/13 | | | | $ 10.60 | Individual Travel Meal for 1 (Adam Wilkinson, PwC) while traveling for Chicago 71st Inventory Count |
| | Audit | 10/22/13 | | | | $ 13.70 | Individual Travel Meal for 1 (Adam Wilkinson, PwC) while traveling for Chicago 71st Inventory Count |
| | Audit | 10/23/13 | | | | $ 8.16 | Individual Travel Meal for 1 (Adam Wilkinson, PwC) while traveling for Chicago 71st Inventory Count |
| | Audit | 10/20/13 | | | | $ 35.41 | Individual Travel Meal for 1 (Adam Wilkinson, PwC) while traveling for Chicago 71st Inventory Count |
| | Audit | 10/22/13 | | | | $ 29.41 | Individual Travel Meal for 1 (Adam Wilkinson, PwC) while traveling for Chicago 71st Inventory Count |
| | Audit | 10/24/13 | $ 241.65 | | | | Hertz Rental Car for five days while traveling for Chicago 71st Inventory Count |
| | Audit | 10/24/13 | $ 40.00 | | | | Parking at Dulles Airport while traveling for Chicago 71st Inventory Count - 5 days of parking @ $8/day |
| | Audit | 10/25/13 | | $ 748.00 | | | Hotel Room while traveling for Chicago 71st Inventory Count - 4 days @ $187/day |
| | Audit | 10/25/13 | | $ 44.88 | | | Hotel Room Tax while traveling for Chicago 71st Inventory Count - 4 days @ $11.22/day |
| | Audit | 10/25/13 | | $ 78.56 | | | Hotel Occupancy Tax while traveling for Chicago 71st Inventory Count - 4 days @ $19.64/day |
| | Audit | 10/25/13 | $ 56.60 | | | | Hotel Parking while traveling for Chicago 71st Inventory Count - 4 days @ $14.15/day |
| | Audit | 10/25/13 | $ 3.40 | | | | Hotel Parking tax while traveling for Chicago 71st Inventory Count - 4 days @ .85/day |
| | Audit | 10/25/13 | | | $ 29.85 | | Hotel Internet while traveling for Chicago 71st Inventory Count - 3 days @ $9.95/day |
| | Audit | 10/25/13 | | | $ 2.55 | | Hotel Internet Tax while traveling for Chicago 71st Inventory Count - 3 days @ $.85/day |
| | Audit | 10/21/13 | $ 7.91 | | | | Mileage in excess of daily commute (17 miles to Dulles Airport - 3 miles normal commute to office = 14 miles every day excess * .565 = 7.91) |
| | Audit | 10/24/13 | $ 7.91 | | | | Mileage in excess of daily commute (17 miles to Dulles Airport - 3 miles normal commute to office = 14 miles every day excess * .565 = 7.91) |
| | Audit | 10/25/13 | $ 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 10/14/13 | $ 375.16 | | | | Roundtrip coach flight from BWI Aiport to Lake Charles Airport for Lake Charles Plant Inventory Count |
| | Audit | 10/28/13 | $ 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 10/29/13 | $ 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 10/30/13 | $ 18.08 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 11/2/13 | $ 24.86 | | | | Excess Mileage from BWI Airport to Falls Church, VA (44 miles 1 way) |
| Alexandra Schmidt | Audit | 10/19/13 | | | | $ 136.68 | Overtime meal for Alexandra Schmidt, Russell Moore, Kathleen Bradley, Sara Balthazor, Ian Thomas, Drew Levy and Adam Wilkinson (all PwC) |
| Anabel De la Rosa | Audit | 10/2/13 | $ 55.38 | | | | Mileage in excess of daily commute (106 miles roundtrip to client site - 8 miles roundtrip normal commute to office = 98 miles every day excess * .565 = 55.38) |
| Ben Veldman | Audit | 10/1/13 | $ 23.74 | | | | Mileage in excess of daily commute (44 miles roundtrip to client site - 2 miles roundtrip normal commute to office = 42 miles every day excess * .565 = 23.74) |
| | Audit | 10/3/13 | $ 23.74 | | | | Mileage in excess of daily commute (44 miles roundtrip to client site - 2 miles roundtrip normal commute to office = 42 miles every day excess * .565 = 23.74) |
| David Michael Allen | Audit | 10/31/13 | | | $ 214.10 | | Steel Toed Boots for W.R. Grace Curtis Bay Inventory Count. |
| Drew Levy | Audit | 10/1/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/3/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/7/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/9/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/10/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/11/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/14/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/15/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/16/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/17/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/18/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/21/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/22/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/23/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/24/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/25/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/28/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/29/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/30/13 | $ 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 10/31/13 | $ 12.44 | | | | Mileage in excess of daily commute (26 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 22 miles excess * .565 = 12.44). |
| | Audit | 10/31/13 | $ 8.00 | | | | Tolls in excess of daily commute (Baltimore Harbor Tunnel, $4.00 each way = $8.00 roundtrip). |
| Eric Meyer | Audit | 10/2/13 | $ 55.38 | | | | Mileage in excess of daily commute (102 miles roundtrip to client - 4 miles roundtrip normal commute to office = 98 miles every day excess * .565 = 55.38) |
| Ian Matthew Thomas | Audit | 10/22/13 | | | | $ 120.09 | Overtime meal for 5 (Ian Thomas, Chris Sutton, Drew Levy, Sara Balthazor, Kathleen Bradley - all PwC). |
| Kathleen Bradley | Audit | 10/17/13 | | | | $ 53.69 | Overtime meal for 9 (C.Sutton, K.Bradley, S.Balthazor, K.Matheson, A.Schmidt, I.Thomas, A.Wilkinson, R.Moore, T.Smith - All PwC) |
| Katherine Matheson | Audit | 10/2/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 64 miles * rate 0 .565 per mile). |
| | Audit | 10/3/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 64 miles * rate 0 .565 per mile). |
| | Audit | 10/7/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 64 miles * rate 0 .565 per mile). |
| | Audit | 10/9/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 64 miles * rate 0 .565 per mile). |
| | Audit | 10/14/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 64 miles * rate 0 .565 per mile). |
| | Audit | 10/16/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 64 miles * rate 0 .565 per mile). |
| | Audit | 10/17/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 64 miles * rate 0 .565 per mile). |
| | Audit | 10/21/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 64 miles * rate 0 .565 per mile). |
| | Audit | 10/23/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 64 miles * rate 0 .565 per mile). |
| | Audit | 10/24/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 64 miles * rate 0 .565 per mile). |
| | Audit | 10/28/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 64 miles * rate 0 .565 per mile). |
| | Audit | 10/30/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 64 miles * rate 0 .565 per mile). |
| | Audit | 10/31/13 | $ 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 64 miles * rate 0 .565 per mile). |

| Name | Type | Date | Amount | Transportation | Lodging | Sundry | Business Meals | Description |
|---|---|---|---|---|---|---|---|---|
| Philip Kahn | Audit | 10/24/13 | $ 18.08 | | | | | Mileage in excess of daily commute (50 miles roundtrip to client - 18 miles roundtrip normal commute to the office = 32 miles every day excess * .565 = 18.08). |
| Russell Moore | Audit | 10/10/13 | $ 6.78 | | | | | Mileage in excess of daily commute (38 miles roundtrip to client - 26 miles roundtrip normal commute to the office = 12 miles every day excess * .565 = 6.78). |
| | Audit | 10/10/13 | $ 6.78 | | | | | Mileage in excess of daily commute (38 miles roundtrip to client - 26 miles roundtrip normal commute to the office = 12 miles every day excess * .565 = 6.78). |
| | Audit | 10/10/13 | $ 6.78 | | | | | Mileage in excess of daily commute (38 miles roundtrip to client - 26 miles roundtrip normal commute to the office = 12 miles every day excess * .565 = 6.78). |
| | Audit | 10/10/13 | $ 6.78 | | | | | Mileage in excess of daily commute (38 miles roundtrip to client - 26 miles roundtrip normal commute to the office = 12 miles every day excess * .565 = 6.78). |
| Sarah Vogt | Audit | 10/21/13 | $ 15.82 | | | | | Mileage in excess of daily commute (37 miles roundtrip to client - 9 miles roundtrip normal commute to the office = 28 miles every day excess * .565 = 15.82). |
| | Audit | 10/22/13 | $ 15.82 | | | | | Mileage in excess of daily commute (37 miles roundtrip to client - 9 miles roundtrip normal commute to the office = 28 miles every day excess * .565 = 15.82). |
| | Audit | 10/23/13 | $ 15.82 | | | | | Mileage in excess of daily commute (37 miles roundtrip to client - 9 miles roundtrip normal commute to the office = 28 miles every day excess * .565 = 15.82). |
| | Audit | 10/24/13 | $ 15.82 | | | | | Mileage in excess of daily commute (37 miles roundtrip to client - 9 miles roundtrip normal commute to the office = 28 miles every day excess * .565 = 15.82). |
| Tom E. Smith | Audit | 10/8/13 | $ 635.80 | | | | | Roundtrip economy flight George Bush Intercontinental Airport to BWI for travel to WR Grace in Columbia, MD. |
| | Audit | 10/20/13 | | | | | 7.51 | Travel meal for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | Audit | 10/22/13 | | | | | 387.97 | Overtime meal for T. Smith, R. Moore, A.Schmidt, K.Bradley, D.Levy, I.Thomas, C. Sutton, S. Balthazor - all PwC. |
| | Audit | 10/23/12 | $ 157.61 | | | | | Avis rental car for three days while away at client site in Columbia, MD. |
| | Audit | 10/23/12 | | | | | 17.33 | Travel meal for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | Audit | 10/23/12 | | | | | 3.39 | Travel meal for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | Audit | 10/23/12 | $ 14.66 | | | | | Fuel for rental car. |
| | Audit | 10/24/13 | $ 170.00 | | | | | Cost for 2 car service trips: one trip from home to George Bush Intercontinental Airport and one from George Bush Intercontinental Airport to home for travel to and from W.R. Grace in Columbia, MD. |
| | Audit | 10/24/13 | | | $ 507.45 | | | Hotel Room while traveling to WR Grace in Columbia, MD - 4 days @ $126.86/day |
| | Audit | | | | $ 65.97 | | | Hotel Room Tax while traveling to WR Grace in Columbia, MD - 4 days @ $16.49/day |
| | Audit | | | | | | 45.73 | Hotel room service for 1 (T. Smith, PwC) while traveling to WR Grace in Columbia MD |
| Daniel Burke | Audit | 10/1/13 | $ 300.80 | | | | | Roundtrip coach airfare from Tampa, FL to Ft. Lauderdale, FL for travel to Grace site in Boca Raton, FL. |
| | Audit | 10/1/13 | $ 20.00 | | | | | Parking at Tampa Airport for two days for travel to Grace site in Boca Raton, FL. |
| | Audit | 10/1/13 | | | | | 20.78 | Travel Meal for D. Burke during travel to Grace site in Boca Raton, FL. |
| | Audit | 10/1/13 | $ 117.95 | | | | | Expense for Avis rental car (2 days) and fuel during travel to Grace site in Boca Raton, FL. |
| | Audit | 10/1/13 | | | | | 16.74 | Overtime meal for 1, D. Burke (PwC) |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| $ | 6,949.79 | $ 4,351.24 | $ 1,477.26 | $ 214.10 | $ 907.19 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended October 2013**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Adam Wilkinson | Audit | Audit Experienced Associate | 597.05 | Roundtrip coach flight from Dulles Aiport to Chicago Midway for Chicago 71st Plant Inventory Count |
| | Audit | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | Audit Experienced Associate | 10.60 | Individual Travel Meal for 1 (Adam Wilkinson, PwC) while traveling for Chicago 71st Inventory Count |
| | Audit | Audit Experienced Associate | 13.70 | Individual Travel Meal for 1 (Adam Wilkinson, PwC) while traveling for Chicago 71st Inventory Count |
| | Audit | Audit Experienced Associate | 8.16 | Individual Travel Meal for 1 (Adam Wilkinson, PwC) while traveling for Chicago 71st Inventory Count |
| | Audit | Audit Experienced Associate | 35.41 | Individual Travel Meal for 1 (Adam Wilkinson, PwC) while traveling for Chicago 71st Inventory Count |
| | Audit | Audit Experienced Associate | 29.41 | Individual Travel Meal for 1 (Adam Wilkinson, PwC) while traveling for Chicago 71st Inventory Count |
| | Audit | Audit Experienced Associate | 241.65 | Hertz Rental Car for days while traveling for Chicago 71st Inventory Count |
| | Audit | Audit Experienced Associate | 40.00 | Parking at Dulles Airport while traveling for Chicago 71st Inventory Count - 5 days of parking @ $8/day |
| | Audit | Audit Experienced Associate | 748.00 | Hotel Room while traveling for Chicago 71st Inventory Count - 4 days @ $187/day |
| | Audit | Audit Experienced Associate | 44.88 | Hotel Room Tax while traveling for Chicago 71st Inventory Count - 4 days @ $11.22/day |
| | Audit | Audit Experienced Associate | 78.56 | Hotel Occupancy Tax while traveling for Chicago 71st Inventory Count - 4 days @ $19.64/day |
| | Audit | Audit Experienced Associate | 56.60 | Hotel Parking while traveling for Chicago 71st Inventory Count - 4 days @ $14.15/day |
| | Audit | Audit Experienced Associate | 3.40 | Hotel Parking tax while traveling for Chicago 71st Inventory Count - 4 days @ .85/day |
| | Audit | Audit Experienced Associate | 29.85 | Hotel Internet while traveling for Chicago 71st Inventory Count - 3 days @ $9.95/day |
| | Audit | Audit Experienced Associate | 2.55 | Hotel Internet Tax while traveling for Chicago 71st Inventory Count - 3 days @ $.85/day |
| | Audit | Audit Experienced Associate | 7.91 | Mileage in excess of daily commute (17 miles to Dulles Airport - 3 miles normal commute to office = 14 miles every day excess * .565 = 7.91) |
| | Audit | Audit Experienced Associate | 7.91 | Mileage in excess of daily commute (17 miles to Dulles Airport - 3 miles normal commute to office = 14 miles every day excess * .565 = 7.91) |
| | Audit | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | Audit Experienced Associate | 375.16 | Roundtrip coach flight from BWI Aiport to Lake Charles Airport for Lake Charles Plant Inventory Count |
| | Audit | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | Audit Experienced Associate | 18.08 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | Audit Experienced Associate | 24.86 | Excess Mileage from BWI Airport to Falls Church, VA (44 miles 1 way) |
| Alexandra Schmidt | Audit | Audit Manager | 136.68 | Overtime meal for Alexandra Schmidt, Russell Moore, Kathleen Bradley, Sara Balthazor, Ian Thomas, Drew Levy and Adam Wilkinson (all PwC) |
| Anabel De la Rosa | Audit | Tax Associate | 55.38 | Mileage in excess of daily commute (106 miles roundtrip to client site - 8 miles roundtrip normal commute to office = 98 miles every day excess * .565 = 55.38) |
| Ben Veldman | Audit | Audit Associate | 23.74 | Mileage in excess of daily commute (44 miles roundtrip to client site - 2 miles roundtrip normal commute to office = 42 miles every day excess * .565 = 23.74) |
| | Audit | Audit Associate | 23.74 | Mileage in excess of daily commute (44 miles roundtrip to client site - 2 miles roundtrip normal commute to office = 42 miles every day excess * .565 = 23.74) |
| David Michael Allen | Audit | Audit Experienced Associate | 214.10 | Steel Toed Boots for W.R. Grace Curtis Bay Inventory Count. |
| Drew Levy | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | Audit Experienced Associate | 12.44 | Mileage in excess of daily commute (26 miles roundtrip to the office = 22 miles excess * .565 = 12.44). |
| | Audit | Audit Experienced Associate | 8.00 | Tolls in excess of daily commute (Baltimore Harbor Tunnel, $4.00 each way = $8.00 roundtrip). |
| Eric Meyer | Audit | Tax Experienced Assicuate | 55.38 | Mileage in excess of daily commute (102 miles roundtrip to client site - 4 miles roundtrip normal commute to office = 98 miles every day excess * .565 = 55.38) |
| Ian Matthew Thomas | Audit | Audit Experienced Associate | 120.09 | Overtime meal for 5 (Ian Thomas, Chris Sutton, Drew Levy, Sara Balthazor, Kathleen Bradley - all PwC). |
| Kathleen Bradley | Audit | Audit Senior Associate | 53.69 | Overtime meal for 9 (C.Sutton, K.Bradley, S.Balthazor, K.Matheson, A.Schmidt, I.Thomas, A.Wilkinson, R.Moore, T.Smith - All PwC) |
| Katherine Matheson | Audit | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile). |
| | Audit | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile). |
| | Audit | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile). |
| | Audit | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile). |
| | Audit | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile). |
| | Audit | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile). |
| | Audit | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile). |
| | Audit | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile). |

| Name | Category | Title | Amount | Description |
|---|---|---|---|---|
| | Audit | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile). |
| | Audit | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile). |
| | Audit | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile). |
| | Audit | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile). |
| Philip Kahn | Audit | Audit Associate | 18.08 | Mileage in excess of daily commute (50 miles roundtrip to client - 18 miles roundtrip normal commute to the office = 32 miles every day excess * .565 = 18.08). |
| Russell Moore | Audit | Audit Partner | 6.78 | Mileage in excess of daily commute (38 miles roundtrip to client - 26 miles roundtrip normal commute to the office = 12 miles every day excess * .565 = 6.78). |
| | Audit | Audit Partner | 6.78 | Mileage in excess of daily commute (38 miles roundtrip to client - 26 miles roundtrip normal commute to the office = 12 miles every day excess * .565 = 6.78). |
| | Audit | Audit Partner | 6.78 | Mileage in excess of daily commute (38 miles roundtrip to client - 26 miles roundtrip normal commute to the office = 12 miles every day excess * .565 = 6.78). |
| | Audit | Audit Partner | 6.78 | Mileage in excess of daily commute (38 miles roundtrip to client - 26 miles roundtrip normal commute to the office = 12 miles every day excess * .565 = 6.78). |
| Sarah Vogt | Audit | Audit Experienced Associate | 15.82 | Mileage in excess of daily commute (37 miles roundtrip to client - 9 miles roundtrip normal commute to the office = 28 miles every day excess * .565 = 15.82). |
| | Audit | Audit Experienced Associate | 15.82 | Mileage in excess of daily commute (37 miles roundtrip to client - 9 miles roundtrip normal commute to the office = 28 miles every day excess * .565 = 15.82). |
| | Audit | Audit Experienced Associate | 15.82 | Mileage in excess of daily commute (37 miles roundtrip to client - 9 miles roundtrip normal commute to the office = 28 miles every day excess * .565 = 15.82). |
| | Audit | Audit Experienced Associate | 15.82 | Mileage in excess of daily commute (37 miles roundtrip to client - 9 miles roundtrip normal commute to the office = 28 miles every day excess * .565 = 15.82). |
| Tom E. Smith | Audit | Audit Partner | 635.80 | Roundtrip economy flight George Bush Intercontinental Airport to BWI for travel to WR Grace in Columbia, MD. |
| | Audit | Audit Partner | 7.51 | Travel meal for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | Audit | Audit Partner | 387.97 | Overtime meal for T. Smith, R. Moore, A.Schmidt, K.Bradley, D.Levy, I.Thomas, C. Sutton, S. Balthazor - all PwC. |
| | Audit | Audit Partner | 157.61 | Avis rental car for three days while away at client site in Columbia, MD. |
| | Audit | Audit Partner | 17.33 | Travel meal for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | Audit | Audit Partner | 3.39 | Travel meal for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | Audit | Audit Partner | 14.66 | Fuel for rental car. |
| | Audit | Audit Partner | | Cost for 2 car service trips: one trip from home to George Bush Intercontinental Airport and one from George Bush Intercontinental Airport to home for travel to and from |
| | Audit | Audit Partner | 170.00 | W.R. Grace in Columbia, MD. |
| | Audit | Audit Partner | 507.45 | Hotel Room while traveling to WR Grace in Columbia, MD - 4 days @ $126.86/day |
| | Audit | Audit Partner | 65.97 | Hotel Room Tax while traveling to WR Grace in Columbia, MD - 4 days @ $16.49/day |
| | Audit | Audit Partner | 45.73 | Hotel room service for 1 (T. Smith, PwC) while traveling to WR Grace in Columbia, MD |
| Daniel Burke | Audit | Tax Manager | 300.80 | Roundtrip coach airfare from Tampa, FL to Ft. Lauderdale, FL for travel to Grace site in Boca Raton, FL. |
| | Audit | Tax Manager | 20.00 | Parking at Tampa Airport for two days for travel to Grace site in Boca Raton, FL. |
| | Audit | Tax Manager | 20.78 | Travel Meal for D. Burke during travel to Grace site in Boca Raton, FL. |
| | Audit | Tax Manager | 117.95 | Expense for Avis rental car (2 days) and fuel during travel to Grace site in Boca Raton, FL. |
| | Audit | Tax Manager | 16.74 | Overtime meal for 1, D. Burke (PwC) |

**Total**

$ 6,949.79