UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Wr Grace, | ) Case No. 01-01139 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Jim Dandy Fast Foods Inc , a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

Former Address
Jim Dandy Fast Foods Inc
11328 South Vermont St.
Las Angeles , CA 90044
formerly 3301 Plaza Del Paz, Las Vegas NV 89102
Dated: Wednesday, December 18, 2013

New Address
Jim Dandy Fast Foods Inc c/o Claims Recovery Group LLC
92 Union Avenue

Respectfully submitted,

*Tina Peterson, Chairman*

Jim Dandy Fast Foods Inc
~~11328 South Vermont St.~~ 3301 PLAZA DEL PAZ
~~Las Angeles, CA 90044~~ LAS VEGAS, NV 89102