UNITED STATES BANKRUTPCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Wr Grace , | ) Case No.  01-01139 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that Association Of The Wall , a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors) , and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| Association Of The Wall | Association Of The Wall c/o Claims Recovery Group LLC |
| 800 W Broad St #600 | 92 Union Avenue |
| Falls Church , VA 22046 | Cresskill, NJ 07626 |

Dated: Friday, December 20, 2013

                                                        Respectfully submitted,

                                                        _____
                                                        Steven Etkin
                                                        Association Of The Wall
                                                       800 W Broad St #600
                                                       Falls Church , VA 22046