## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-01139 (KJC) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline: 1/15/2014 |
| | ) Hearing Date: Scheduled if Necessary |

### NOTICE OF FILING OF
### SEVENTH INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO ROGER FRANKEL, SUCCESSOR LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS PERSONAL INJURY CLAIMANTS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
### FOR THE PERIOD OF NOVEMBER 1, 2013 TO NOVEMBER 30, 2013

TO:  (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
in Possession Lender; and (8) the Fee Auditor

Phillips, Goldman & Spence, P.A., ("PG&S") local counsel to Roger Frankel, in his capacity as the Court appointed successor legal representative for future asbestos claimants (the "FCR"), has filed and served its *Seventh Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to Roger Frankel, Successor Legal Representative for Future Asbestos Personal Injury Claimants for Compensation and Reimbursement of Expenses for the Period of November 1, 2013 to November 30, 2013* seeking payment of fees in the amount of $1,795.20 (80% of $2,244.00) and expenses in the amount of $3.10 (the "Application") for a total of $1,798.30.

This Application is submitted pursuant to this Court's *Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, dated April 17, 2002 [Docket No. 1949] (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **January 15, 2014.**

At the same time, you must also serve a copy of the objection or response upon the following:

| | |
|---|---|
| **Successor**<br>**Future Claimants Representative**<br>Roger Frankel, Esquire, FCR,<br>c/o Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, NW,<br>Washington, DC 20005 | **Co-counsel to Roger Frankel, Successor**<br>**Future Claimants Representative**<br>Richard Wyron, Esquire<br>Debra L. Felder, Esquire<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC **20005** |
| **Co-counsel to Roger Frankel, Successor**<br>**Future Claimants Representative**<br>John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 | **Co-counsel to the Debtors**<br>John Donley, Esquire<br>Kirkland & Ellis, LLP<br>300 North LaSalle<br>Chicago, IL 60654 |
| **Co-counsel to the Debtors**<br>Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski, Stang, Ziehl, Young &Jones, P.C.<br>919 North Market Street, Suite 1600<br>Wilmington, DE 19801 | **Co-counsel to the Debtors**<br>Roger J. Higgins, Esquire<br>The Law Offices of Roger Higgins, LLC<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601 |
| **Co-counsel to Official Committee**<br>**of Unsecured Creditors**<br>Lewis Kruger, Esquire<br>Strook & Strook & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | **Co-counsel to Official Committee**<br>**of Unsecured Creditors**<br>Michael R. Lastowski, Esquire<br>Duane Morris, LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801 |
| **Counsel to the Official Committee of**<br>**Asbestos Property Damage Claimants**<br>Scott L. Baena, Esquire<br>Bilzin, Sumberg, Baena, Price & Axelrod,<br>First Union Financial Center<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131 | **Counsel to the Official Committee of**<br>**Asbestos Property Damage Claimants**<br>Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351,<br>Wilmington, DE 19899 |
| **Co-counsel to Official Committee**<br>**to Asbestos Personal Injury Claimants**<br>Elihu Inselbuch, Esquire<br>Caplin & Drysdale<br>600 Lexington Avenue, 21st Floor<br>New York, NY 10022-6000 | **Co-counsel to Official Committee**<br>**to Asbestos Personal Injury Claimants**<br>Marla R. Eskin, Esquire<br>Mark T. Hurford, Esquire<br>Kathleen Campbell Davis, Esquire<br>Campbell & Levine, LLC<br>222 Delaware Avenue, Suite 1620<br>Wilmington, DE 19801 |

| | |
|---|---|
| **Counsel to Official Committee**<br>**of Equity Holders**<br>Thomas M. Mayer, Esquire<br>Kramer Levin Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022 | **Counsel to Official Committee**<br>**of Equity Holders**<br>Teresa K.D. Currier<br>Saul Ewing LLP<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899-1397 |
| **Counsel to the Asbestos PD**<br>**Future Claimants' Representative**<br>Alan B. Rich, Esquire<br>Law office of Alan B. Rich, Esquire<br>1201 Elm Street, Suite 4244<br>Dallas, TX 75270 | **Fee Auditor**<br>Warren H. Smith<br>Warren H. Smith and Associates<br>2235 Ridge Road, Suite 105<br>Rockwall, TX 75087 |

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr., Esquire (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
*Local Counsel to Roger Frankel, Successor PI*
*Future Claimants' Representative*

Date: December 26, 2013