# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# NOVEMBER 1, 2013 THROUGH
# NOVEMBER 30, 2013

```
                   Phillips, Goldman & Spence, P.A.
                          1200 N. Broom Street
                          Wilmington, DE  19806
                             (302) 655-4200
                           EI #: 51-0328786
```

December 11, 2013

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC   20007--5135

              File   WRG-AUS/JCP
         Invoice number   109001

Re:  W. R. Grace & Co.
     Roger Frankel
Case No.: 01-01139 (RLB)

```
          Subtotal for FEES only: 11/30/13    $2,244.00
          Subtotal for COSTS only: 11/30/13       $3.10
                                              ----------
CURRENT PERIOD FEES AND COSTS: 11/30/13        $2,247.10
                                              ----------

                        PAY THIS AMOUNT        $2,247.10
                                              ==========
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please send remittance copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page  2

December 11, 2013

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  109001

Re:  W. R. Grace & Co.
     Roger Frankel

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 6.7 | 1,897.50 |
| LITIGATION | 0.4 | 198.00 |
| CASE ADMINISTRATION | 0.3 | 49.50 |
| PLAN AND DISCLOSURE STATEMENT | 0.2 | 99.00 |
| Subtotal for FEES only: 11/30/13 | 7.6 | $2,244.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 495.00 | JCP | 3.00 | 3.00 | 1,485.00 | 0.00 | 0.00 |
| 165.00 | CAH | 4.60 | 4.60 | 759.00 | 0.00 | 0.00 |
| Totals | | 7.60 | 7.60 | 2,244.00 | 0.00 | 0.00 |

-Fees-

```
Sorts:   Grouping code           (Paginate)
         Client code
         Actual employee code    (Subtotal)
         Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 109001 to 109001
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 11/14/13 | Respond to e-mails from Orrick on retention application timing and notice. | 0.30 | 49.50 | Ca |
|  |  |  |  |  | ------ | ------- |  |
|  |  |  |  |  | 0.30 | 49.50 |  |
|  |  |  |  |  | ------ | ------- |  |
|  |  |  |  |  | 0.30 | 49.50 |  |
|  |  |  |  |  | ------ | ------- |  |

Total records this group:   1

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 11/07/13 | Certification of Counsel re: Omnibus Hearing Dates; review of Order scheduling Omnibus Hearing Dates; calendar same; memorandum to file re: same. | 0.20 | 99.00 | Li |
| WRG | LITIGATION | JCP | 11/23/13 | Review of Debtors' Notice of Motion to Authorize Contribution to Qualified Settlement Funds. | 0.10 | 49.50 | |
| WRG | LITIGATION | JCP | 11/26/13 | Review of counsel for Debtors' 33rd Supplemental Affidavit of Disinterestedness. | 0.10 | 49.50 | |
| | | | | | ------ | -------- | |
| | | | | | 0.40 | 198.00 | |
| | | | | | ------ | -------- | |
| | | | | | 0.40 | 198.00 | |
| | | | | | ------ | -------- | |

Total records this group:   3

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/04/13 | Reconcile payment to invoice. | 0.10 | 16.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/07/13 | Review of e-mail from D. Fullem; download Lincoln's Certificate of No Objection for its April fee application; file same; e-mail docket information to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/12/13 | Update docket; download pleadings. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/12/13 | Complete 1st quarterly fee application of Phillips, Goldman & Spence and forward to John C. Phillips, Jr. to execute. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/13/13 | Scan OCR and file Phillips, Goldman & Spence 1st quarterly fee application; serve same. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/14/13 | Review of e-mail from D. Felder; download pleadings for John C. Phillips, Jr. review re: retention of Watson. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/15/13 | Review of e-mail from D. Fullem; download and file Towers quarterly fee application; send docket information back to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/15/13 | Draft Phillips, Goldman & Spence October fee application. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/15/13 | Review of various e-mails concerning Watkins retention; download, print and file same; e-mail filing information to D. Felder and D. Fullem; print for John C. Phillips, Jr. | 0.60 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/18/13 | Review of e-mail from D. Fullem; download and file Certificate of No Objections for Orrick's September fee application and Frankel's September fee application; e-mail docket information to D. Fullem. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/20/13 | Scan, file and serve Certificate of No Objection for September fee application for Phillips, Goldman & Spence. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/25/13 | Scan, OCR, file and serve Phillips, Goldman & Spence 6th monthly fee application (for October). | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/25/13 | File supplemental declaration of Radicki to retention; e-mail information to D. Fullem. | 0.20 | 33.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 11/26/13 | Download and file October fee applications for Orrick and for Frankel; download and file Certificate of Service for Radicki Supplemental Declaration; e-mail receipt information to D. Fullem. | 0.50 | 82.50 | |
| | | | | | ------ | -------- | |
| | | | | | 4.30 | 709.50 | |
| | | | | | ------ | -------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/11/13 | Review of and revise October 2013 pre-bill; conference with Celeste A. Hartman re: same. | 0.20 | 99.00 | |

-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/12/13 | Review of, revise and execute Notice of Filing of 1st Quarterly Phillips, Goldman & Spence Fee Application; review of, revise and execute 1st Quarterly Phillips, Goldman & Spence Fee Application; conference with Celeste A. Hartman re: same. | 0.40 | 198.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/14/13 | E-mail from Debbie Felder re: filing Application to Employ Towers Watson as an Actuarial Consultant; e-mail to Debbie Felder re: availability to handle same; e-mail from Debbie Felder re: Application to Employ Towers Watson, Declaration in Support of same and Statement of Work from Towers Watson with enclosures; preliminary review of all three; e-mail from Debi Fullem re: filing Fee Application for Towers Watson on 11/15/13 also; e-mail from Celeste A. Hartman requesting same prior to 1:30 pm; e-mail from Debi Fullem agreeing to request; e-mail from Celeste A. Hartman re: new Omnibus hearing date for fee applications and deadlines for filing same; memorandum to file re: same; e-mail from Debi Fullem re: preparing additional fee applications besides Towers; e-mail from Debbie Felder re: objection deadline for Towers Watson Employment Application; conference with Celeste A. Hartman re: same; e-mail from Celeste A. Hartman re: same; e-mail from Debbie Felder agreeing to 12/3/13 objection deadline. | 0.80 | 396.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/15/13 | E-mail from Debbie Felder requesting comments on Towers Watson Employment Application and Exhibits; review of same; e-mail to and e-mail from Celeste A. Hartman re: approving same; e-mail to Debbie Felder re: no revisions to same; e-mail to Celeste A. Hartman authorizing filing of same; e-mail from Celeste A. Hartman confirming filing of same. | 0.60 | 297.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/18/13 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 5th Interim Fee Application. | 0.10 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/22/13 | Review of, revise and execute Phillips, Goldman & Spence 6th Interim Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 11/27/13 | Review of Fee Auditor's report approving Phillips, Goldman & Spence Fee Application for 49th Interim Period. | 0.10 | 49.50 | |
| | | | | | ------ | ---------- | |
| | | | | | 2.40 | 1,188.00 | |
| | | | | | ------ | ---------- | |
| | | | | | 6.70 | 1,897.50 | |
| | | | | | ------ | ---------- | |

Total records this group: 21

```
                                                                    ANALMAST DOC Ms for Transactions
                                                                           -Fees-

                                        Act   Trans                                                              Billable        Billable   Gr
Cl code  Grouping code description       Emp   Date     Transaction description                                   Hours          Dollars   Cd

WRG      PLAN AND DISCLOSURE              JCP   11/19/13  Review of Bank Lender's Motion to Correct 9/4/13 Opinion.   0.10            49.50   ps
         STATEMENT

WRG      PLAN AND DISCLOSURE              JCP   11/21/13  Review of Order amending 9/4/13 Opinion to delete           0.10            49.50
         STATEMENT                                        reference to Andrew Rosenberg as counsel for Austern and
                                                          Canada.
                                                                                                                  ------          -------
                                                                                                                    0.20            99.00
                                                                                                                  ------          -------
                                                                                                                    0.20            99.00
                                                                                                                  ------          ----------
Total records this group:   2

                                                                                                                  ------          ----------
                                                                                                                    7.60          2,244.00
                                                                                                                  ======          ==========
27 records printed.
```