EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
NOVEMBER 1, 2013 THROUGH
NOVEMBER 30, 2013

Phillips, Goldman & Spence, P.A.

Page 2

December 11, 2013

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number  109001

Re:  W. R. Grace & Co.
     Roger Frankel

COSTS ADVANCED

10/24/13 Photocopies                                            3.10
                                                        -------------
         Subtotal for COSTS only: 11/30/13              $3.10
                                                        -------------