**EXHIBIT A**

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

**INVOICES FOR THE TIME PERIOD**

**NOVEMBER 1-30, 2013**



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Roger Frankel, Successor Future Claimants'
Representative for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC  20005

December 13, 2013
Client No. 17367
Invoice No. 1452894

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through November 30, 2013 in connection with the matters described on the attached pages: | $ | 116,319.00 |
| DISBURSEMENTS as per attached pages: | | 5,204.28 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | 121,523.28 |

Matter(s): 17367/10, 11, 13, 7, 8

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$176,391.32
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006<br>Reference: 17367/ Invoice: 1452894 | *ACH & Wire Transfers:*<br>*ABA Number 121000248*<br>*SWIFT CODE: WFBIUS6S*<br>*Account Number: 4123701088*<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 17367/ Invoice: 1452894*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn: Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL 60143<br>(213) 614-3248<br>Reference: 17367/ Invoice: 1452894 |



Roger Frankel, Successor Future Claimants'  
Representative for W.R. Grace  
c/o Orrick, Herrington & Sutcliffe LLP  
1152 15th Street, NW  
Washington, DC  20005

December 13, 2013  
Client No. 17367  
Invoice No. 1452894

Orrick Contact: Roger Frankel

For Legal Services Rendered Through November 30, 2013 in Connection With:

### Matter:  7 - Insurance Matters

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/01/13 | P. Mahaley | Analyze London insurer limits for cash flow analysis. | 0.50 |
| 11/04/13 | P. Mahaley | Prepare for and conduct office conference with R. Wyron regarding cash flow analysis of insurance settlement payments and draft escrow agreement for Royal settlement payment (1.0); update cash flow analysis of insurance settlement payments (2.0); revise draft Royal escrow agreement and send to R. Horkovich (1.0). | 4.00 |
| 11/04/13 | R. Wyron | Review escrow agreement comments (.3); meet with P. Mahaley regarding escrow agreement (.4); calls to escrow agents regarding proposals (.4); revise insurance proceeds analysis (.6). | 1.70 |
| 11/07/13 | P. Mahaley | Review and revise draft summaries regarding insurance cash flow for Trust. | 1.50 |
| 11/15/13 | P. Mahaley | Telephone conference with R. Horkovich and T. Schiavoni and L. Esayian regarding draft Royal escrow agreement. | 0.50 |
| 11/22/13 | P. Mahaley | Finalize escrow arrangement for Royal settlement payment. | 0.50 |

|  |  |  |
|---|---|---|
| Total Hours | 8.70 |  |
| Total For Services |  | $6,142.50 |

| **Timekeeper Summary** | Hours | Rate | Amount |
|---|---|---|---|
| Peri N. Mahaley | 7.00 | 665.00 | 4,655.00 |
| Richard H. Wyron | 1.70 | 875.00 | 1,487.50 |
| Total All Timekeepers | 8.70 | $706.03 | $6,142.50 |

Total For This Matter      $6,142.50



Roger Frankel, Successor Future Claimants' - 17367  
page 2

December 13, 2013  
Invoice No. 1452894

For Legal Services Rendered Through November 30, 2013 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/01/13 | D. Felder | Review e-mail and attachment from P. Mahaley regarding effective date issues (.8); note issues regarding same (.2). | 1.00 |
| 11/01/13 | R. Wyron | Call regarding trustees and follow-up (.9); review summary analysis of open issues (.4); telephone conference with P. Lockwood regarding trustees and follow-up (.3); conference with R. Frankel regarding status and e-mails regarding same (.3). | 1.90 |
| 11/03/13 | R. Wyron | Draft e-mail regarding proposed trustees and necessary pre-closing work. | 0.80 |
| 11/04/13 | D. Fullem | Review recently filed pleadings relating to claims objection and post-confirmation report. | 0.20 |
| 11/04/13 | M. Wallace | Review and respond to correspondence regarding asset summary. | 0.10 |
| 11/04/13 | R. Wyron | Follow-up on proposed trustees issue (.3); organize notes for effective date planning (.6). | 0.90 |
| 11/05/13 | M. Wallace | Review and update asset summary. | 0.30 |
| 11/05/13 | M. Wallace | Correspond with R. Wyron regarding asset summary. | 0.10 |
| 11/05/13 | R. Wyron | Conference with R. Frankel regarding issues (.2); status call with Grace and ACC counsel (1.1); review and revise issues list (.3). | 1.60 |
| 11/06/13 | D. Fullem | Review e-mail from D. Felder regarding omnibus hearing dates scheduled for 2014. | 0.20 |
| 11/06/13 | D. Fullem | Review docket regarding Court's order scheduling omnibus hearings in 2014. | 0.20 |
| 11/06/13 | D. Felder | Review issues regarding effective date (2.5); prepare memorandum regarding same (3.0). | 5.50 |
| 11/07/13 | D. Felder | Prepare memorandum regarding effective date issues (7.5); telephone conference to M. Wallace regarding same and follow-up (.5); review materials from P. Mahaley and R. Wyron (1.0). | 9.00 |
| 11/07/13 | M. Wallace | Update asset list. | 0.70 |
| 11/07/13 | R. Wyron | Draft and revise insurance summary (2.8); revise insurance proceeds analysis and e-mails regarding same (.9); confer with P. Mahaley regarding issues (.3); review open issues for closing and notes regarding same (.7). | 4.70 |



Roger Frankel, Successor Future Claimants' - 17367　　　　　　　　　　　　　December 13, 2013
page 3　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice No. 1452894

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/08/13 | D. Fullem | Review order scheduling omnibus hearing dates in 2014 and calendar same. | 0.20 |
| 11/08/13 | D. Felder | Review issues and prepare memorandum regarding effective date issues. | 9.00 |
| 11/08/13 | D. Felder | Review and revise memorandum regarding effective date issues. | 2.00 |
| 11/08/13 | R. Wyron | Several conferences with D. Felder regarding summary and e-mails regarding same (.9); review updated proceeds information (.5). | 1.40 |
| 11/09/13 | D. Felder | Review issues and prepare memorandum regarding effective date issues. | 4.00 |
| 11/10/13 | R. Wyron | Begin review of closing summary and notes regarding same. | 0.80 |
| 11/11/13 | D. Felder | Telephone conference with R. Frankel regarding effective date issues and follow-up regarding same (.7); review and revise memorandum regarding same (6.0). | 6.70 |
| 11/11/13 | M. Wallace | Telephone call with D. Felder regarding share issuance and intercreditor agreement. | 0.10 |
| 11/11/13 | R. Wyron | Review summary (1.9); conference with R. Frankel and D. Felder and e-mails regarding same (.7); review and revise insurance analysis (1.1). | 3.70 |
| 11/12/13 | D. Fullem | Review and revise effective date memo prepared by D. Felder. | 1.80 |
| 11/12/13 | D. Felder | Review and revise memorandum regarding effective date planning, status and related issues. | 5.00 |
| 11/12/13 | D. Felder | Conference with R. Frankel regarding memorandum on effective date issues (.2); review and revise same (1.6). | 1.80 |
| 11/13/13 | D. Fullem | Review and prepare exhibits to effective date memo. | 2.00 |
| 11/13/13 | D. Fullem | E-mail to D. Felder regarding comments to effective date memo. | 0.50 |
| 11/13/13 | D. Felder | Review revisions to effective date regarding memo. | 1.00 |
| 11/13/13 | R. Wyron | Review and revise summary regarding effective date (3.7); review TDP regarding payment percentage issues and notes regarding same (.6). | 4.30 |
| 11/14/13 | D. Fullem | Assist D. Felder with revising/finalizing of effective date memo and exhibits. | 2.00 |
| 11/14/13 | D. Fullem | Confer with D. Felder regarding status of effective date memo and exhibits thereto. | 0.30 |
| 11/14/13 | D. Felder | Review Debtors' motion to amend Blackstone's retention (.3); e-mail correspondence with R. Frankel and R. Wyron regarding same (.1); review and revise effective date memo (1.5). | 1.90 |


**ORRICK**

Roger Frankel, Successor Future Claimants' - 17367  
page 4

December 13, 2013  
Invoice No. 1452894

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/14/13 | D. Felder | Review and revise effective date memo (2.5); telephone conference with R. Wyron regarding same (.1). | 2.60 |
| 11/14/13 | R. Wyron | Review and revise effective date memo (1.1); call with J. Kimble regarding report (.3); begin work on data for Towers Watson (1.6). | 3.00 |
| 11/15/13 | D. Felder | E-mail correspondence to/from R. Wyron regarding effective date memo (.5); review blackline regarding revised memo (1.0); review exhibits and follow-up regarding same (1.0). | 2.50 |
| 11/15/13 | R. Wyron | Review and provide comments on effective date memo and follow-up (1.6); prepare schedule on PI Trust Assets (1.1); revise asset schedule (.3); organize notes regarding closing issues (.4). | 3.40 |
| 11/17/13 | R. Wyron | Review and revise effective date memo and follow-up. | 1.30 |
| 11/18/13 | D. Fullem | Assist D. Felder with finalizing effective date memo and exhibits thereto. | 2.00 |
| 11/18/13 | D. Felder | Conference with R. Frankel and R. Wyron regarding memorandum on effective date issues (.8); review, revise and finalize same (5.5). | 6.30 |
| 11/18/13 | R. Wyron | Review and revise information from J. Kimble and follow-up (1.3); review draft stipulation and comments regarding same (.9); review and finalize effective date memo (1.4). | 3.60 |
| 11/19/13 | D. Felder | Review draft stipulation and e-mail correspondence regarding Bank Lender appeal (.9); review Towers Watson assumptions and consider issues regarding same (.9); e-mail correspondence with R. Frankel and R. Wyron regarding same (.6); review final e-mail to J. Kimble regarding same (.2); follow-up issues regarding effective date considerations (.5). | 3.10 |
| 11/19/13 | R. Wyron | Telephone conference with A. Paul regarding proposed stipulation and follow-up (.9); review draft stipulation and conference with R. Frankel regarding same (.8); organize notes regarding open issue (.3); revise data for Towers Watson and follow-up (.8). | 2.80 |
| 11/20/13 | D. Felder | Review e-mail correspondence from Kirkland regarding QSF motion (.1); review motion regarding correction to Third Circuit opinion (.2). | 0.30 |



**ORRICK**

Roger Frankel, Successor Future Claimants' - 17367  
page 5

December 13, 2013  
Invoice No. 1452894

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/20/13 | R. Wyron | Review and respond to e-mails regarding stipulation (.3); review and respond to e-mails regarding QSF (.3); conference with R. Frankel regarding lender stipulation (.3); call with Equity Committee counsel regarding lender issue and follow-up (.5). | 1.40 |
| 11/21/13 | R. Wyron | Review prior QSF motion and order, and proposed new QSF motion and order and e-mails regarding same (1.1); review memo regarding Bank Lender appeals and follow-up (.4). | 1.50 |
| 11/22/13 | D. Fullem | Review and respond to e-mail from R. Frankel regarding effective date documents (.2); coordinate review of documents for M. Wallace and D. Felder (1.4); update and discuss with D. Felder (.2); review/respond to e-mails regarding same (.2). | 2.00 |
| 11/22/13 | D. Felder | Review QSF motion (.5); e-mail correspondence to/from R. Higgins regarding same (.1); review e-mail correspondence regarding closing documents and follow-up e-mails with D. Fullem regarding same (.2); begin review of disk containing closing documents (1.5). | 2.30 |
| 11/25/13 | M. Wallace | Review revised PI trust agreement and note issues in same. | 1.10 |
| 11/25/13 | M. Wallace | Review revised PD trust agreement. | 0.10 |
| 11/25/13 | M. Wallace | Review revised insurance transfer agreement and note questions in same. | 0.10 |
| 11/25/13 | M. Wallace | Review revised deferred payment agreement and note comments in same. | 1.40 |
| 11/25/13 | M. Wallace | Review changes to guarantee agreement and note comments regarding same. | 0.50 |
| 11/25/13 | M. Wallace | Review revised registration rights agreement, share issuance agreement and warrant agreement. | 0.90 |
| 11/25/13 | M. Wallace | Review releases, settlements and indemnification agreement related to Sealed Air settlement. | 1.00 |
| 11/25/13 | M. Wallace | Review indices to remaining documents and organize for review. | 0.20 |
| 11/26/13 | D. Felder | Review revisions to stipulation from P. Bentley and e-mail correspondence regarding same (.3); review recently filed pleadings in bankruptcy case (.5); begin review of revised closing documents (5.5). | 6.30 |
| 11/27/13 | D. Felder | Review of plan documents (1.5); e-mail correspondence with R. Frankel, P. Mahaley and M. Wallace regarding same (.2). | 1.70 |
| 11/29/13 | M. Wallace | Review and note comments in volume II documents (certificates and related corporate documents). | 1.00 |
| 11/29/13 | M. Wallace | Review changes to PD documents. | 0.30 |
| 11/29/13 | M. Wallace | Review status of volume II documents. | 0.10 |


ORRICK

Roger Frankel, Successor Future Claimants' - 17367  
page 6

December 13, 2013  
Invoice No. 1452894

| 11/29/13 | M. Wallace | Draft summary of issues in Effective Date documents. | 1.60 |
| 11/29/13 | M. Wallace | Draft comments to financial exhibits to PI Deferred Payment Agreement. | 1.40 |

|  | Total Hours | 131.50 |  |
|  | Total For Services |  | $90,480.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- |
| Debra Felder | 72.00 | 650.00 | 46,800.00 |
| Debra O. Fullem | 11.40 | 270.00 | 3,078.00 |
| Mary A. Wallace | 11.00 | 740.00 | 8,140.00 |
| Richard H. Wyron | 37.10 | 875.00 | 32,462.50 |
| Total All Timekeepers | 131.50 | $688.06 | $90,480.50 |

Disbursements  
    Document Reproduction      1,190.20  
    Outside Reproduction Services      6.60  
    Outside Services      277.40  
    Total Disbursements      $1,474.20

**Total For This Matter**      **$91,954.70**



Roger Frankel, Successor Future Claimants' - 17367  
page 7

December 13, 2013  
Invoice No. 1452894

For Legal Services Rendered Through November 30, 2013 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/01/13 | D. Felder | Review and revise application to employ Towers Watson, declaration in support and proposed order (1.0); review comments from R. Wyron regarding same (.3). | 1.30 |
| 11/05/13 | D. Felder | Review and revise Towers Watson employment application (.3); e-mail correspondence with J. Kimble regarding same (.1); e-mail correspondence with R. Frankel and R. Wyron regarding same and follow-up (.3). | 0.70 |
| 11/07/13 | D. Fullem | Confer with D. Felder regarding Towers application to employ. | 0.20 |
| 11/07/13 | D. Fullem | Review and respond to D. Felder regarding current status and timing of filing the application to employ Towers by the FCR. | 0.20 |
| 11/07/13 | D. Felder | Telephone call and e-mail correspondence to expert regarding status of retention (.2); follow-up e-mail correspondence and conference with R. Wyron regarding same (.1). | 0.30 |
| 11/08/13 | D. Fullem | Review e-mails from D. Felder (.2); prepare list of orders authorizing the quarterly fee applications filed by Towers Watson (1.0); e-mail same to D. Felder (.1). | 1.30 |
| 11/11/13 | D. Felder | Review revisions to Towers Watson employment application from J. Kimble (.5); e-mail to J. Kimble regarding same (.2); review e-mail and attachment from D. Fullem regarding disclosure issues (.3). | 1.00 |
| 11/14/13 | D. Fullem | Review e-mails regarding status of timing/filing of application to employ Towers. | 0.20 |
| 11/14/13 | D. Fullem | Confer with D. Felder regarding follow-up on items for FCR's employment application for Towers Watson. | 0.40 |
| 11/14/13 | D. Felder | E-mail correspondence with J. Kimble regarding retention application (.4); review, revise and finalize retention application and exhibits thereto (3.0); telephone conference with J. Kimble, R. Frankel and R. Wyron regarding next steps (.3); e-mail correspondence to J. Phillips, C. Hartman and D. Fullem regarding retention application and follow-up regarding same (1.0). | 4.70 |
| 11/15/13 | D. Fullem | Coordinate filing/serving of the FCR's application to employ Towers Watson. | 0.40 |



**ORRICK**

Roger Frankel, Successor Future Claimants' - 17367  
page 8

December 13, 2013  
Invoice No. 1452894

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/15/13 | D. Felder | E-mail correspondence with D. Fullem and J. Phillips regarding application to employ Towers Watson (.4); follow-up regarding same (.5); review final application and exhibits (.9); e-mail correspondence to R. Frankel, R. Wyron and J. Kimble regarding same (.1). | 1.90 |
| 11/21/13 | R. Wyron | Review Lincoln pleading filed in Bondex regarding disclosure. | 0.30 |
| 11/22/13 | D. Fullem | Review e-mail from D. Felder and J. Radecki supplemental disclosure. | 0.40 |
| 11/22/13 | D. Fullem | Review and respond to e-mails from D. Felder regarding Lincoln's retention in the Bondex case. | 0.30 |
| 11/22/13 | D. Felder | Review application to retain Lincoln in Bondex (.4); review and revise supplemental disclosure regarding same (.5). | 0.90 |
| 11/25/13 | D. Fullem | Review and respond to e-mails from D. Felder regarding supplemental declaration by J. Radecki (.3); assist with electronic filing and serving of same (.3). | 0.60 |
| 11/25/13 | D. Felder | Review e-mail and attachment from J. Solganick regarding supplemental disclosure (.2); e-mail correspondence with K. Orr and D. Fullem regarding same (.1); review, revise and finalize supplemental disclosure (.4); e-mail correspondence with J. Solganick and D. Fullem regarding same (.3). | 1.00 |
| 11/26/13 | D. Fullem | Prepare COS for Radecki Supplemental Declaration and coordinate filing with Court. | 0.50 |
| 11/26/13 | D. Felder | E-mail correspondence with J. Solganick regarding supplemental disclosure and follow-up regarding same. | 0.20 |

Total Hours 16.80  
Total For Services $9,277.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 12.00 | 650.00 | 7,800.00 |
| Debra O. Fullem | 4.50 | 270.00 | 1,215.00 |
| Richard H. Wyron | 0.30 | 875.00 | 262.50 |
| Total All Timekeepers | 16.80 | $552.23 | $9,277.50 |



**ORRICK**

Roger Frankel, Successor Future Claimants' - 17367  
page 9

December 13, 2013  
Invoice No. 1452894

Disbursements  
    Document Reproduction        2,630.00  
    Postage        798.60  
        Total Disbursements        $3,428.60

**Total For This Matter**        $12,706.10



ORRICK

Roger Frankel, Successor Future Claimants' - 17367  
page 10

December 13, 2013  
Invoice No. 1452894

For Legal Services Rendered Through November 30, 2013 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 11/01/13 | D. Fullem | Several follow-up e-mails with K. Boeger regarding status of payments received from Grace and outstanding amounts; update D. Felder regarding same. | 0.30 |
| 11/01/13 | D. Fullem | Review and respond to e-mails from D. Felder regarding status of D. Austern's final fee application. | 0.20 |
| 11/01/13 | D. Felder | Revise final fee application for D. Austern. | 2.00 |
| 11/04/13 | D. Fullem | Review/respond to e-mail from D. Felder regarding CNO for Lincoln's April fee application; prepare CNO and COS for same; e-mail to D. Felder for review/comment. | 0.40 |
| 11/04/13 | D. Fullem | Review/respond to e-mails from D. Felder and R. Wyron regarding Towers fee applications and chart of fees/expenses during the course of the case. | 0.40 |
| 11/04/13 | D. Fullem | Review e-mail from D. Felder with comments to Lincoln April CNO; revise same. | 0.20 |
| 11/04/13 | D. Felder | Review CNO for Lincoln's April fee app (.2); e-mail with D. Fullem regarding same (.1). | 0.30 |
| 11/05/13 | D. Felder | Review FCR's October prebill. | 0.80 |
| 11/06/13 | D. Fullem | E-mail to D. Felder regarding status of Lincoln CNO for April monthly fee application. | 0.20 |
| 11/07/13 | D. Fullem | Coordinate filing/serving of Lincoln's CNO for April monthly fee application. | 0.20 |
| 11/07/13 | R. Wyron | Review FCR October pre-bill and comments regarding same. | 0.30 |
| 11/11/13 | D. Fullem | Prepare Towers Watson quarterly fee application for April 1-June 30. | 1.00 |
| 11/11/13 | D. Fullem | Review e-mail from K. Boeger and e-mail to D. Felder regarding outstanding amounts due to Towers from Grace. | 0.20 |
| 11/11/13 | D. Felder | Review and revise Towers Watson quarterly fee application for April through June 2013 (.7); e-mail correspondence to D. Fullem regarding same (.1). | 0.80 |
| 11/12/13 | D. Fullem | Review/revise Towers' 29th quarterly for April - June 2013 (.5); confer with D. Felder and P. Reyes regarding timing of filing/serving (.1). | 0.60 |
| 11/12/13 | D. Fullem | Review recent fee application filings. | 0.20 |



Roger Frankel, Successor Future Claimants' - 17367  
page 11

December 13, 2013  
Invoice No. 1452894

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/12/13 | D. Felder | Conference with D. Fullem regarding Towers Watson quarterly fee application (.1); review revised fee application (.2). | 0.30 |
| 11/13/13 | D. Fullem | Continue work on D. Austern's final fee application. | 1.00 |
| 11/15/13 | D. Fullem | Coordinate electronic filing/serving of Towers Watson quarterly fee application for April 1-June 30. | 0.40 |
| 11/18/13 | D. Fullem | Finalize/file/serve CNO for FCR/Frankel's September fee application. | 0.40 |
| 11/18/13 | D. Felder | Review CNO for R. Frankel's September fee application and conference with D. Fullem regarding same. | 0.10 |
| 11/18/13 | D. Felder | Review and revise D. Austern's final fee application. | 0.50 |
| 11/19/13 | D. Fullem | Prepare draft of Frankel/FCR's October monthly fee application. | 1.00 |
| 11/19/13 | D. Fullem | Respond to and prepare D. Felder's revisions to FCR's sixth monthly fee application for October. | 0.30 |
| 11/19/13 | R. Wyron | Review FCR's fee application and comments regarding same. | 0.30 |
| 11/20/13 | D. Fullem | Review, finalize draft of Frankel/FCR October monthly fee application; send to R. Frankel for final approval. | 0.40 |
| 11/21/13 | D. Fullem | Prepare Frankel/FCR second quarterly fee application for July 1-September 30, 2013. | 1.00 |
| 11/21/13 | D. Fullem | Review and respond to e-mail from R. Frankel regarding questions on FCR's October monthly fee application. | 0.20 |
| 11/21/13 | D. Fullem | Review recent fee application filings by other professionals. | 0.20 |
| 11/22/13 | D. Fullem | Prepare revisions and finalize second quarterly fee application by FCR/Frankel for July-Sept. | 0.50 |
| 11/22/13 | D. Felder | Review FCR's second quarterly fee application (.7); conference with D. Fullem regarding same (.2). | 0.90 |
| 11/25/13 | D. Fullem | Follow-up with R. Frankel and D. Felder regarding status of filing of FCR's October monthly fee application. | 0.20 |
| 11/26/13 | D. Fullem | Review status of payments. | 0.20 |
| 11/26/13 | D. Fullem | Coordinate finalizing, filing, serving of FCR's October monthly fee application. | 0.50 |
| 11/26/13 | D. Felder | Review FCR's October fee application and conference with D. Fullem regarding same. | 0.30 |

Total Hours      16.80  
Total For Services      $7,179.00


**ORRICK**

Roger Frankel, Successor Future Claimants' - 17367  
page 12

December 13, 2013  
Invoice No. 1452894

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 6.00 | 650.00 | 3,900.00 |
| Debra O. Fullem | 10.20 | 270.00 | 2,754.00 |
| Richard H. Wyron | 0.60 | 875.00 | 525.00 |
| Total All Timekeepers | 16.80 | $427.32 | $7,179.00 |

Disbursements
  Document Reproduction          6.60
  Express Delivery              36.28
  Outside Services             174.70
              Total Disbursements          $217.58

**Total For This Matter**          **$7,396.58**

Case 01-01139-AMC   Doc 31521-3   Filed 12/26/13   Page 15 of 16



**ORRICK**

Roger Frankel, Successor Future Claimants' - 17367  
page 13

December 13, 2013  
Invoice No. 1452894

For Legal Services Rendered Through November 30, 2013 in Connection With:

### Matter: 13 - Compensation of Professionals - Orrick

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/04/13 | D. Fullem | Review latest payment information from Grace. | 0.20 |
| 11/05/13 | D. Felder | Review October prebill. | 1.00 |
| 11/07/13 | R. Wyron | Review October prebill and comments regarding same. | 0.40 |
| 11/11/13 | D. Fullem | Review recent payment from Grace. | 0.20 |
| 11/11/13 | D. Fullem | Review October prebill. | 1.00 |
| 11/18/13 | D. Fullem | Finalize/file/serve CNO for Orrick's September fee application. | 0.40 |
| 11/18/13 | D. Felder | Review CNO for Orrick's September fee application and conference with D. Fullem regarding same. | 0.10 |
| 11/19/13 | D. Fullem | Prepare draft of Orrick's October monthly fee application. | 1.00 |
| 11/19/13 | D. Fullem | Respond to and prepare D. Felder's revisions to Orrick's sixth monthly fee application for October. | 0.30 |
| 11/19/13 | R. Wyron | Review draft October fee application and comments regarding same. | 0.30 |
| 11/20/13 | D. Fullem | Review and respond to e-mail from R. Wyron regarding corrections to October fee application; update same; circulate revised final version. | 0.40 |
| 11/21/13 | D. Fullem | Prepare Orrick's second quarterly fee application for July 1-September 30, 2013. | 1.00 |
| 11/22/13 | D. Fullem | Prepare revisions and finalize Orrick's second quarterly fee application for July-Sept. | 0.50 |
| 11/22/13 | D. Fullem | Review and respond to e-mail regarding status of invoices. | 0.50 |
| 11/25/13 | D. Fullem | Follow-up with D. Felder and R. Wyron regarding status of filing of Orrick's October monthly fee application. | 0.20 |
| 11/25/13 | D. Fullem | Review status of payments. | 0.20 |
| 11/26/13 | D. Fullem | Review status of payments. | 0.20 |
| 11/26/13 | D. Fullem | Coordinate finalizing, filing, serving of Orrick's October monthly fee application. | 0.50 |
| 11/26/13 | D. Felder | Review Orrick's October fee application and conference with D. Fullem regarding same. | 0.20 |

Total Hours            8.60  
Total For Services                    $3,239.50



ORRICK

Roger Frankel, Successor Future Claimants' - 17367  
page 14

December 13, 2013  
Invoice No. 1452894

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** | |
|---|---|---|---|---|
| Debra Felder | 1.30 | 650.00 | 845.00 | |
| Debra O. Fullem | 6.60 | 270.00 | 1,782.00 | |
| Richard H. Wyron | 0.70 | 875.00 | 612.50 | |
| Total All Timekeepers | 8.60 | $376.69 | $3,239.50 | |
| Disbursements | | | | |
| Outside Services | | 83.90 | | |
| | | Total Disbursements | | $83.90 |
| | | **Total For This Matter** | | **$3,323.40** |

### * * * COMBINED TOTALS * * *

| | | | |
|---|---|---|---|
| Total Hours | 182.40 | | |
| Total Fees, all Matters | | | $116,319.00 |
| Total Disbursements, all Matters | | | $5,204.28 |
| Total Amount Due | | | $121,523.28 |