# EXHIBIT A

*CASE ADMINISTRATION*

| | | | | |
|---|---|---|---|---|
| **KAUP, ANASTASIA N** | **CRDR** | **0.50** | **560.00** | **280.00 C** |
| | Subtotal | 0.50 | $ | 280.00 |

*CREDITOR COMMITTEE*

| | | | | |
|---|---|---|---|---|
| **BENTLEY, PHILIP** | **CRDR** | **0.90** | **895.00** | **805.50 C** |
| BLABEY, DAVID E | CRDR | 1.20 | 765.00 | 918.00 C |
| | Subtotal | 2.10 | $ | 1,723.50 |

*REORGANIZATION PLAN*

| | | | | |
|---|---|---|---|---|
| **BENTLEY, PHILIP** | **CRDR** | **10.60** | **895.00** | **9,487.00 C** |
| BRODY, JOSHUA | CRDR | 0.40 | 795.00 | 318.00 C |
| BLABEY, DAVID E | CRDR | 2.60 | 765.00 | 1,989.00 C |
| KAUP, ANASTASIA N | CRDR | 0.40 | 560.00 | 224.00 C |
| | Subtotal | 14.00 | $ | 12,018.00 |

*FEE APPLICATIONS, APPLICANT*

| | | | | |
|---|---|---|---|---|
| **BLABEY, DAVID E** | **CRDR** | **0.20** | **765.00** | **153.00 C** |
| KAUP, ANASTASIA N | CRDR | 1.60 | 560.00 | 896.00 C |
| | Subtotal | 1.80 | $ | 1,049.00 |
| | Total | 18.40 | $ | 15,070.50 |

KL4 2398361.1

FOR THE PERIOD NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 11.50 | 895.00 | 10,292.50 |
| BRODY, JOSHUA | PARTNER | 0.40 | 795.00 | 318.00 |
| BLABEY, DAVID E | ASSOCIATE | 4.00 | 765.00 | 3,060.00 |
| KAUP, ANASTASIA N | ASSOCIATE | 2.50 | 560.00 | 1,400.00 |
| | Total | 18.40 | | $15,070.50 |

KL4 2398361.1

FOR THE PERIOD NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013

| DISBURSEMENTS * | AMOUNT |
|---|---|
| WESTLAW ON-LINE RESEARCH | 72.45 |
| Subtotal | $72.45 |

* Based on the comments of the court at the January 18 interim fee hearing, applicant has determined to reserve its request for reimbursement of telecopy charges pending the establishment of a mechanism to account for the actual out-of-pocket cost of telecopy charges.

KL4 2398361.1