# EXHIBIT B

alp_132r: Matter Detail                                              PAGE    1

Run Date & Time: 12/10/2013 21:47:31

```
                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*
```

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/W/o manu. services

---------------------------------------------------------------------------------------------------------
                                         PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------

UNBILLED TIME FROM:                 TO:
UNBILLED DISB FROM:   11/01/2013    TO:   11/29/2013

----------------------------------------------
                        FEES          COSTS
                        ----          -----

GROSS BILLABLE AMOUNT:   0.00          72.45
AMOUNT WRITTEN DOWN:
           PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
         THRU DATE:                       11/29/2013
CLOSE MATTER/FINAL BILLING?   YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---------------------------------------------------------------------------------------------------------
ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH
--------------------------                            --------------

FEES:                        0.00    UNIDENTIFIED RECEIPTS:      0.00
DISBURSEMENTS:               0.00    PAID FEE RETAINER:          0.00
FEE RETAINER:                0.00    PAID DISB RETAINER:         0.00
DISB RETAINER:               0.00    TOTAL AVAILABLE FUNDS:      0.00
TOTAL OUTSTANDING:           0.00    TRUST BALANCE:

                                     BILLING HISTORY
                                     ---------------

DATE OF LAST BILL:   11/19/13        LAST PAYMENT DATE:      10/31/13
LAST BILL NUMBER:    634763          ACTUAL FEES BILLED TO DATE:   375,650.00
                                     ON ACCOUNT FEES BILLED TO DATE:    0.00
                                     TOTAL FEES BILLED TO DATE:    375,650.00
LAST BILL THRU DATE: 10/31/13        FEES WRITTEN OFF TO DATE:      86,047.00
                                     COSTS WRITTEN OFF TO DATE:     24,521.28

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time    (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development     (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____          CRC: _____
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE    2

Run Date & Time: 12/10/2013 21:47:31

*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                           Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                 Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ------------- Total Unbilled -------------
Code  Description                                 Oldest      Latest      Total
                                                  Entry       Entry       Amount
                                                  ------      ------      ------
0917  WESTLAW ON-LINE RESEARCH                     11/01/13    11/29/13     72.45

      Total                                                                72.45


U N B I L L E D   C O S T S   D E T A I L
Description/Code                 Employee        Date        Amount    Index#    Batch No   Batch Date
------------------               --------        ----        ------    ------    --------   ----------

WESTLAW ON-LINE RESEARCH 0917
  WESTLAW ON-LINE RESE           BLABEY, D E     11/01/13      3.45    10041267  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/04/13      3.45    10041268  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/05/13      3.45    10041269  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/06/13      3.45    10041270  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/07/13      3.45    10041271  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/08/13      3.45    10041272  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/11/13      3.45    10041273  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/12/13      3.45    10041274  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/13/13      3.45    10041275  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/14/13      3.45    10041276  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/15/13      3.45    10041277  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/18/13      3.45    10041278  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/19/13      3.45    10041279  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/20/13      3.45    10041280  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/21/13      3.45    10041281  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/22/13      3.45    10041282  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/25/13      3.45    10041283  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/26/13      3.45    10041284  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/27/13      3.45    10041285  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D B     11/28/13      3.45    10041286  1487804    12/02/13
  WESTLAW ON-LINE RESE           BLABEY, D E     11/29/13      3.45    10041287  1487804    12/02/13
                                 0917 WESTLAW ON-LINE RESE Total :    72.45


                                 Costs Total :                        72.45

alp_132r: Matter Detail         KRAMER LEVIN NAFTALIS & FRANKEL LLP         PAGE   3

Run Date & Time: 12/10/2013 21:47:31        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                            Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                   Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0917 WESTLAW ON-LINE RESEARCH | 72.45 | | | | | | |
| Costs Total : | 72.45 | | | | | | |