**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

December 24, 2013

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11511

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/1/2013 | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with BMC's July (.1) BMC's August (.1) BMC's September (.1) Grant's August (.2) and Beveridge's August (.2) fee and expense detail; update database with Hogan's July through September electronic detail (.2); Scarfone's July through September electronic detail (.1); Lauzon's July through September electronic detail (.1); Rich's October electronic detail (.1); Foley's July through September electronic detail (.1) | 1.40 | 112.00 |
|  | JAW | E-mail to A Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| 11/4/2013 | AL | update database with Bilzin's September electronic detail (.1); Ferry's September electronic detail (.1) | 0.20 | 16.00 |
|  | AL | update database with Kramer's September electronic detail | 0.10 | 8.00 |
|  | AL | receive and review email from W. Smith re approval of Stroock's 49th interim FR (.1); prepare same for electronic filing (.2); update database with same (.2); electronic filing with the court of Stroock's 49th interim FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 1.00 | 80.00 |
|  | AL | Update database with Scarfone's September fee application (.2); Hogan's September fee application (.1); Lauzon's September fee application (.1); Reed's September fee application (.2) | 0.60 | 48.00 |
|  | WHS | Detailed review of FR Stroock 49Q 4-6.13 | 0.20 | 67.00 |
| 11/5/2013 | JAW | Detailed review of Casner's September 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | AL | Update database with Kramer's September fee application | 0.20 | 16.00 |
|  | JAW | Detailed review of Hogan's September 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |

214 698-3868

W.R. Grace & Co.     Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/5/2013 | JAW | Detailed review of Saul's September 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| | JAW | Detailed review of Kramer's September 2013 fee application (0.40); draft summary of same (0.20) | 0.60 | 105.00 |
| | JAW | Detailed review of Reed's September 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of Scarfone's September 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Sanders' September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Lauzon's September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| 11/6/2013 | JAW | Detailed review of Foley's September 2013 fee application (0.80); draft summary of same (0.10) | 0.90 | 157.50 |
| | JAW | Detailed review of Higgins' September 2013 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
| | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Casner's September (.2) Foley's September (.1) Higgins' September (.2) Hogan's September (.1) Kramer's September (.2) Lauzon's September (.1) Sanders' September (.1) Saul's September (.2) and Scarfone's September (.1) fee and expense detail | 1.40 | 112.00 |
| | AL | update database with Beveridge's September electronic detail (.1); Woodcock's September electronic detail (.1) | 0.20 | 16.00 |
| 11/7/2013 | JAW | E-mail to A. Lopez forwarding fee application summaries and any exhibits prepared to save to server (0.10) | 0.10 | 17.50 |
| | AL | Update database with Blackstone's August fee application (.2); Beveridge's September fee application (.1); Woodcock's September fee application (.2) | 0.50 | 40.00 |
| | BSR | Draft final report re Baker Donelson's 33rd quarterly fee application (46Q) | 0.70 | 217.00 |
| 11/8/2013 | JAW | Detailed review of Woodcock's September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | BSR | Review and respond to email from Jerome de Almeida of Blackstone re publishing expenses charged by that firm | 0.10 | 31.00 |
| | BSR | Review of additional expense information sent by Frank Childress for Baker Donelson's quarterly fee application for the 49th interim period (.1); email to Frank Childress re same (.1) | 0.20 | 62.00 |

W.R. Grace & Co.                                                                                                         Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/8/2013 | BSR | Research docket for applications and other pertinent filings (.2); email to Patty Cuniff at Pachulski re status of firm's June monthly and quarterly fee application for April - June 2013 (.1) | 0.30 | 93.00 |
|  | BSR | Receive and review email from James Wehrmann re fee and expense summaries recently completed | 0.10 | 31.00 |
|  | JAW | E-mail to A. Lopez forwarding fee application summaries and any exhibits prepared to save to server (0.10) | 0.10 | 17.50 |
|  | JAW | Detailed review of Beveridge's September 2013 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
|  | JAW | Detailed review of Blackstone's August 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | BSR | Continue drafting final report re Baker Donelson's 33rd quarterly fee application (46th interim period) | 3.10 | 961.00 |
|  | AL | update database with Caplin's September electronic detail (.1); AKO's September electronic detail (.1); LAS's September electronic detail (.2); Charter's September electronic detail (.1);receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Woodcock's September (.1) Beveridge's September (.2) and Blackstone's September (.2) fee and expense summaries; receive and review email from B. Ruhlander re Baker's 46th Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1); receive and review email from B. Ruhlander re March 26 fee hearing (.1); update database with same (.2); draft email to B. Ruhlander re scheduling (.1) | 1.90 | 152.00 |
| 11/11/2013 | BSR | Draft omnibus final report for the 49th interim period | 2.40 | 744.00 |
|  | AL | receive and review email from W. Smith re approval of Baker's 46th interim FR (.1); prepare same for electronic filing (.2); update database with same (.2); electronic filing with the court of Baker's 46th interim FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 1.00 | 80.00 |
| 11/12/2013 | AL | Update database with Rich's September fee application (.2); Hogan's July through September fee application (.1); Scarfone's July through September fee application (.1); Rich's October fee application (.2); Lauzon's July through September fee application (.1); Stroock's September fee application (.2);  Foley's July through September fee application (.1) | 1.00 | 80.00 |
|  | JAW | Detailed review of Rich's September 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Rich's October 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Stroock's September 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |

W.R. Grace & Co.                                                                                                              Page    4

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/12/2013 | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Rich's September (.1) Stroock's September (.2) and Rich's October (.1) fee and expense summaries; update database with Phillips' July through September electronic detail (.2) | 0.70 | 56.00 |
| 11/13/2013 | BSR | receive, review, and respond to email from Patty Cunniff re Pachulski's fee applications | 0.10 | 31.00 |
|  | AL | Research fees and expenses of WHSA's October (.4); draft of WHSA's October fee application (.6); update database with same (.2); draft email to J. Wehrmann re review of fee application (.1); receive and review email from J. Wehrmann re no issues (.1); draft email to W. Smith re review of same (.1) | 1.50 | 120.00 |
|  | BSR | telephone conference with Matt Abraham re Grant Thornton's quarterly fee application for the 48th interim period; respond to email from Matt Abraham re same | 0.10 | 31.00 |
|  | JAW | Proofread Warren H. Smith's October 2013 fee statement and Notice of Filing (0.60); e-mail to A. Lopez regarding no issues with regard to same (0.10) | 0.70 | 122.50 |
|  | AL | Research Pacer re objections to WHSA's September fee application (.2); draft CNO (.3); update database with same (.1); electronic filing with the court of WHSA's September CNO (.2) | 0.80 | 64.00 |
|  | AL | update database with AKO's July through September electronic detail (.1); Charter's July through September electronic detail (.1); LAS's July through September electronic detail (.1); Campbell's July through September electronic detail (.2); Caplin's July through September electronic detail (.1) | 0.60 | 48.00 |
| 11/14/2013 | AL | update database with PWC's September CNO | 0.10 | 8.00 |
| 11/15/2013 | JAW | E-mail to A. Lopez forwarding fee application summaries and any exhibits prepared to save to server (0.10) | 0.10 | 17.50 |
|  | JAW | Detailed review of Anderson's September 2013 fee application (1.10); draft summary of same (0.10) | 1.20 | 210.00 |
|  | JAW | Detailed review of Caplin's September 2013 fee application (0.50); draft summary of same (0.10) | 0.60 | 105.00 |
|  | JAW | Detailed review of Charter Oak's September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Campbell's September 2013 fee application (0.50); draft summary of same (0.10) | 0.60 | 105.00 |
|  | JAW | Detailed review of LAS' September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |

W.R. Grace & Co. Page 5

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/15/2013 | JAW | Detailed review of Bilzin's September 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of Ferry's September 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | AL | Update database with Caplin's September fee application (.1); AKO's September fee application (.2); LAS's September fee application (.2); Charter's September fee application (.1); Campbell's September fee application (.2); Casner's September fee application (.1); Bilzin's September fee application (.1); Ferry's September fee application (.2) | 1.20 | 96.00 |
| | AL | update database with Higgins's July through September electronic detail (.1); Rich's July through September electronic detail (.1); Capstone's September electronic detail (.1) | 0.30 | 24.00 |
| | BSR | Receive and review email from James Wehrmann re most recent fee summaries completed | 0.10 | 31.00 |
| 11/18/2013 | AL | update database with K&E's August electronic detail (.1); Towers' April through June electronic detail (.2); Frankel's September CNO (.1); Stroock's July through September electronic detail (.1); Deloitte's August (.1) July (.1) June (.1) and May (.1) electronic detail | 0.90 | 72.00 |
| | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with AKO's September (.1) Ferry's September (.1) Bilzin's September (.2) Lasi's September (.1) Campbell's September (.1) Caplin's September (.2) and Charter's September (.1) fee and expense summaries | 1.00 | 80.00 |
| | JAW | Detailed review of Kirkland's August 2013 fee application (3.30); draft summary of same (0.50). | 3.80 | 665.00 |
| | AL | Update database with Tower's April through June fee application (.1); K&E's August fee application (.2) | 0.30 | 24.00 |
| 11/19/2013 | AL | receive and review email from W. Smith re approval of WHSA's October fee application (.1); prepare same for electronic filing (.2); update database with same (.2); electronic filing with the court of WHSA's October fee application (.4); prepare same for service (.1) | 1.00 | 80.00 |
| | AL | update database with Frankel's September CNO | 0.10 | 8.00 |
| 11/20/2013 | BSR | Research docket for applications and other pertinent filings | 0.20 | 62.00 |
| | AL | update database with Bilzin's April through June electronic detail (.1); Ewing's August CNO (.1) | 0.20 | 16.00 |
| | AL | receive, review and finalize Protiviti's 49th interim IR (.3); update database with same (.1); draft email to B. Ruhlander re service (.1) | 0.50 | 40.00 |

W.R. Grace & Co.                                                                                                                 Page    6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/20/2013 | AL | update database with Scholer's September electronic detail (.1); Lauzon's September CNO (.1); Scarfone's September CNO (.1); Hogan's September CNO (.1); Pachulski's June electronic detail (.2) | 0.60 | 48.00 |
|  | AL | Update database with Deloitte Tax's June fee application (.2); Phillps' July through September fee application (.1); PWC's  July through September fee application (.1); Deloitte Tax's August fee application (.2); Deloitte Tax's May fee application (.2); Reed's July through September fee application (.1); Casner's July through September fee application (.1); Protiviti's April 2012 - April 2013 fee application (.2); Deloitte Tax's July fee application (.2); LAS's July through September fee application (.1); Charter's July through September fee application (.1); Capstone's September fee application (.2); AKO's July through September fee application (.1); Caplin's July through September fee application (.1); PWC's September fee application (.2); PWC DAREX's September 2012-September 2013 fee application (.2); Campbell's July through September fee application (.1); Stroock's Casner's July through September fee application (.1) | 2.60 | 208.00 |
|  | BSR | Review of Towers Watson's April 2013 and quarterly fee application for the 49th interim period | 0.20 | 62.00 |
|  | BSR | Draft initial report re Protiviti's quarterly fee application covering April 2012 through April 2013 | 0.60 | 186.00 |
|  | BSR | Review of Protiviti's April 2013 monthly fee application and quarterly fee application for the period of April 1, 2012 through April 30, 2013 | 0.20 | 62.00 |
|  | BSR | Review of Roger Frankel's retention application for Towers Watson | 0.20 | 62.00 |
| 11/21/2013 | JAW | Detailed review of Deloitte Tax' June 2013 fee application (0.80); draft summary of same (0.40) | 1.20 | 210.00 |
|  | JAW | Detailed review of Deloitte Tax' May 2013 fee application (1.10); draft summary of same (0.10) | 1.20 | 210.00 |
|  | JAW | Detailed review of Protiviti's 21st Quarterly fee application (4-1-12 to 4-30-13) (0.30) | 0.30 | 52.50 |
|  | JAW | Detailed review of Deloitte Tax' July 2013 fee application (0.70); draft summary of same (0.20) | 0.90 | 157.50 |
|  | BSR | E-mail to Protiviti re initial report (49Q) | 0.10 | 31.00 |
|  | BSR | Receive and review response of Protiviti to initial report | 0.10 | 31.00 |
|  | BSR | Continue drafting omnibus final report for the 49th interim period | 1.30 | 403.00 |
| 11/22/2013 | BSR | Continue drafting omnibus final report for the 49th interim period | 1.50 | 465.00 |
|  | BSR | Review of Pachulski's June 2013 monthly fee application and quarterly fee application for April through June 2013 | 0.50 | 155.00 |

W.R. Grace & Co.       Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/22/2013 | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| | BSR | E-mail to James Wehrmann and Anthony Lopez re Pachulski fee applications | 0.10 | 31.00 |
| | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
| | BSR | Conference with James Wehrmann re files for project category spreadsheet (.1); telephone conference with James Wehrmann re transfer of files (.1) | 0.20 | 62.00 |
| | JAW | Detailed review of Capstone's September 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | AL | update database with Lauzon's October electronic detail (.1); Hogan's October electronic detail (.1); Scarfone's October electronic detail (.1) | 0.30 | 24.00 |
| | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with K&E's August (.2) Deloitte's May (.1) Deloitte's June (.1) Deloitte's July (.1) Deloitte's August (.1) Capstone's September (.2) and PWC's September (.1) fee and expense summaries | 1.00 | 80.00 |
| | AL | update database with Pachulski's June electronic detail (.1); K&E's September September electronic detail (.1) | 0.20 | 16.00 |
| | JAW | Detailed review of Deloitte Tax' August 2013 fee application (0.80); draft summary of same (0.10) | 0.90 | 157.50 |
| | JAW | Detailed review of PwC Darex P.R. 2011 interim fee application (9-1-12 to 9-30-13) (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of PwC's September 2013 fee application (0.50); draft summary of same (0.30) | 0.80 | 140.00 |
| 11/24/2013 | BSR | Continue drafting omnibus final report for the 49th interim period | 3.00 | 930.00 |
| 11/25/2013 | BSR | Continue drafting omnibus final report for the 49th interim period | 2.20 | 682.00 |
| | BSR | Conference with James Wehrmann re remainder of files needed for preparation of project category spreadsheet | 0.10 | 31.00 |
| | AL | receive and review email from B. Ruhlander re Omnibus' 49th interim FR (.1); update database with same (.2); draft email to W. Smith re approval (.1) | 0.40 | 32.00 |
| | AL | update database with Phillips' October electronic detail | 0.10 | 8.00 |
| | BSR | Review of email from Warren Smith re draft omnibus final report (49Q) and revise report accordingly (.3); email to Warren Smith re same (.1) | 0.40 | 124.00 |
| | BSR | receive, review, and respond to email from Warren Smith re Baker Donelson's fee applications | 0.60 | 186.00 |

W.R. Grace & Co.      Page   8

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 11/25/2013 | BSR | Draft fee and expense exhibit for 49th interim fee order | 3.30 | 1,023.00 |
|  | AL | Update database with Kirkland's September fee application (.2); Lauzon's October fee application (.1); Scarfone's October fee application (.1); Hogan's October fee application (.1); Scholer's October fee application (.2); Scholer's September fee application (.1); Pachulski's June fee application (.2) | 1.00 | 80.00 |
| 11/26/2013 | BSR | telephone conference with Anthony Lopez re exhibits to omnibus final report (49Q) | 0.10 | 31.00 |
|  | BSR | E-mail to applicants regarding omnibus final report for the 49th interim period | 0.30 | 93.00 |
|  | BSR | Revise omnibus final report for the 49th interim period per instructions of Warren Smith (.3); email to Warren Smith re same (.1) | 0.40 | 124.00 |
|  | JAW | Detailed review of Hogan Firm's October 2013 fee application (0.30); draft summary of same (0.10). | 0.40 | 70.00 |
|  | JAW | Detailed review of Kaye Scholer's October 2013 fee application (0.10); draft summary of same (0.10). | 0.20 | 35.00 |
|  | JAW | Detailed review of Scarfone's October 2013 fee application (0.20); draft summary of same (0.10). | 0.30 | 52.50 |
|  | JAW | Detailed review of Lauzon's October 2013 fee application (0.20); draft summary of same (0.10). | 0.30 | 52.50 |
|  | JAW | Detailed review of Kirkland's September 2013 fee application (2.30); draft summary of same (0.50). | 2.80 | 490.00 |
|  | JAW | Detailed review of Kaye Scholer's September 2013 fee application (0.20); draft summary of same (0.10). | 0.30 | 52.50 |
|  | AL | receive and review email from W. Smith re approval of Omnibus' 49th interim FR (.1); prepare same for electronic filing (.2); update database with same (.2); electronic filing with the court of Omnibus' 49th interim FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 1.00 | 80.00 |
|  | AL | update database with Roger's October electronic detail (.1); Orrick's October electronic detail (.1); Capstone's July through September electronic detail (.1); receive and review email from B. Ruhlander re Revised Omnibus' 49th interim FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); update database with Kramer's July through September electronic detail (.2) | 0.90 | 72.00 |
|  | AL | Update database with Blackstone's July electronic detail | 0.10 | 8.00 |

W.R. Grace & Co. Page 9

| | | Hours | Amount |
|---|---|---|---|
| 11/27/2013 AL | Update database with Ferry's July through September fee application (.2); Bilzin's July through September fee application (.2); Pachulski's April through June fee application (.1); Higgins' July through September fee application (.1); Morris's July through September fee application (.2) | 0.80 | 64.00 |
| 11/29/2013 JAW | Review of 49th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants, compare to Exhibit "A" to Fee Auditor's Final Report for 49th interim to confirm no discrepencies with same for the following: Anderson (0.3); Baker Donaldson 46th (0.2); Baker Donaldson 47th (0.2); Baker Donaldson 48th (0.2); Baker Donaldson 49th (0.3); Beveridge (0.3); Bilzin (0.3); Blackstone (0.3); BMC (0.5); Campbell (0.3); Caplin (0.3), Capstone (0.3); Casner (0.3); Charter Oak (0.3); Duane Morris (0.3); Ferry (0.3); Foley (0.2); Fragomen (0.2); Frankel (0.2); Grant Thornton (0.2); Higgins (0.3); Hogan Firm (0.3); Kirkland (0.3); Kramer (0.3); Lauzon (0.2); LAS (0.1); Lincoln - Frankel (0.2); and Lincoln - Austern (0.2) | 7.40 | 1,295.00 |
| 11/30/2013 JAW | Review of 49th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants, compare to Exhibit "A" to Fee Auditor's Final Report for 49th interim to confirm no discrepencies with same for the following: Norton (0.2); Orrick - Frankel (0.3); Orrick - Austern (0.3); Pachulski (0.3); Phillips - Frankel (0.3); Phillips - Austern (0.3); PwC (0.3); PwC IRS audit project for May 2013 (0.3); PwC CRP June 2012 - September 2012 (0.2); Protiviti (0.3); Reed (0.3); Rich (0.3); Sanders (0.2); Saul Ewing (0.3); Scarfone (0.2); Stroock (0.3); Towers (0.2); Woodcock (0.3); and Warren Smith (0.3) | 5.20 | 910.00 |
| | **For professional services rendered** | **89.10** | **$16,084.50** |

Additional Charges :

| | | |
|---|---|---|
| 11/30/2013 | Third party copies & document prep/setup. | 485.54 |
| | PACER Charges | 59.40 |
| | Copying cost | 18.70 |
| | **Total additional charges** | **$563.64** |
| | **Total amount of this bill** | **$16,648.14** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Anthony Lopez | 27.70 | 80.00 | $2,216.00 |
| Bobbi S. Ruhlander | 22.90 | 310.00 | $7,099.00 |
| James A. Wehrmann | 38.30 | 175.00 | $6,702.50 |
| Warren H Smith | 0.20 | 335.00 | $67.00 |