# EXHIBIT A
# ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE INVOICES FOR THE TIME PERIOD NOVEMBER 1-30, 2013



ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

Roger Frankel, Future Claimants' Representative
for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

December 13, 2013
Client No. 29500
Invoice No. 1452893

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through November 30, 2013 in connection with the matters described on the attached pages: | $ | 45,322.25 |
| DISBURSEMENTS as per attached pages: | | 0.00 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **45,322.25** |

Matter(s): 29500/3, 4, 6, 7

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$96,084.63
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL 60677-4006<br>Reference: 29500/ Invoice: 1452893 | *ACH & Wire Transfers:*<br>*ABA Number 121000248*<br>*SWIFT CODE: WFBIUS6S*<br>*Account Number: 4123701088*<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA 94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 29500/ Invoice: 1452893*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn: Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL 60143<br>(213) 614-3248<br>Reference: 29500/ Invoice: 1452893 |



# ORRICK

Roger Frankel, Future Claimants' Representative
for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

December 13, 2013
Client No. 29500
Invoice No. 1452893

Orrick Contact: Roger Frankel

For Legal Services Rendered Through November 30, 2013 in Connection With:

**Matter: 3 - Compensation of FCR**

| | | | | |
|---|---|---|---|---|
| 11/21/13 | R. Frankel | Review FCR October invoice and fee application to Court. | | 0.60 |
| | | Total Hours | 0.60 | |
| | | Total For Services | | $597.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 0.60 | 995.00 | 597.00 |
| Total All Timekeepers | 0.60 | $995.00 | $597.00 |

**Total For This Matter**                    **$597.00**



Roger Frankel, Future Claimants' Representative - 29500  December 13, 2013
page 2  Invoice No. 1452893

For Legal Services Rendered Through November 30, 2013 in Connection With:

**Matter:  4 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/01/13 | R. Frankel | Confer with R. Wyron regarding effective date, call with A. Paul (.6); series of e-mails with Trustees (.4). | 1.00 |
| 11/01/13 | R. Frankel | Review effective date, closing issues, possible document changes. | 0.90 |
| 11/03/13 | R. Frankel | Review proposed e-mail to A. Paul regarding Trust implementation (.3); series of e-mails with R. Wyron, P. Lockwood regarding same (.2). | 0.50 |
| 11/04/13 | R. Frankel | Review orders in USG, Federal Mogul regarding implementation of Trust, Trustees. | 0.70 |
| 11/04/13 | R. Frankel | Confer with R. Wyron regarding implementation of Trust, Trustees (.3); notes regarding same (.2). | 0.50 |
| 11/05/13 | R. Frankel | Telephone conference with Grace, A. Paul, J. Donley, R. Wyron, P. Lockwood regarding case issues, effective date (1.0); confer with R. Wyron regarding same (.2). | 1.20 |
| 11/07/13 | R. Frankel | Review Lincoln memo regarding Sealed Air quarterly report (.6); review stock performance (.1). | 0.70 |
| 11/08/13 | R. Frankel | Series of e-mails with D. Felder, R. Wyron, J. Kimble regarding summary for trustees, employment of Towers Watson. | 0.40 |
| 11/08/13 | R. Frankel | Telephone conference with H. Huge regarding effective date issues, next steps (.1); e-mails regarding same (.2). | 0.30 |
| 11/11/13 | R. Frankel | Review, revise summary of plan terms, effective date issues from D. Felder. | 1.90 |
| 11/11/13 | R. Frankel | Review Grace 10-Q for period ending 9/30. | 0.60 |
| 11/11/13 | R. Frankel | Telephone conference with D. Felder, R. Wyron regarding summary for Trustees (.5); notes regarding same (.2). | 0.70 |
| 11/12/13 | R. Frankel | Review, edit draft summary for Trustees (1.2); confer with D. Felder regarding same (.5). | 1.70 |
| 11/12/13 | R. Frankel | Confer with J. Melville, D. Trafalet, L. Sifford regarding effective date issues, summary. | 0.60 |
| 11/13/13 | R. Frankel | Confer with prospective TAC members regarding Trust issues. | 0.50 |
| 11/13/13 | R. Frankel | Review TDP provisions in connection with MAP, percentage changes. | 0.60 |
| 11/13/13 | R. Frankel | Review, edit summary from D. Felder. | 1.80 |


ORRICK

Roger Frankel, Future Claimants' Representative - 29500  
page 3

December 13, 2013  
Invoice No. 1452893

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/14/13 | R. Frankel | Telephone conference with D. Felder, J. Kimble, R. Wyron regarding next steps for Towers Watson (.4); confer with R. Wyron regarding payment percentage issues (.4). | 0.80 |
| 11/14/13 | R. Frankel | Review prior reports from Towers Watson regarding payment percentage forecasts. | 1.20 |
| 11/15/13 | R. Frankel | Review projected post-effective date asset flow from R. Wyron (.5); telephone conference with R. Wyron regarding summary, cash flows (.3). | 0.80 |
| 11/15/13 | R. Frankel | Review status of summary for trustees, e-mails regarding same. | 0.40 |
| 11/18/13 | R. Frankel | Review, edit final version of summary for Trustees. | 1.70 |
| 11/18/13 | R. Frankel | Confer with D. Felder, R. Wyron regarding final changes to summary. | 0.70 |
| 11/18/13 | R. Frankel | Review further changes to summary (.9); series of e-mails with Trustees (.4). | 1.30 |
| 11/19/13 | R. Frankel | Review, consider draft stipulation between Plan Proponents and Bank Lenders (1.1); review related Plan issues (.6). | 1.70 |
| 11/19/13 | R. Frankel | Telephone conference with H. Huge regarding status. | 0.30 |
| 11/19/13 | R. Frankel | Conference with R. Wyron regarding draft stipulation, various confirmation order scenarios. | 0.70 |
| 11/19/13 | R. Frankel | Prepare comments to assumptions for Towers Watson. | 0.70 |
| 11/19/13 | R. Frankel | Telephone conference with J. Mekus regarding claims handling by DE facility (.9); confer with R. Wyron regarding same (.4). | 1.30 |
| 11/19/13 | R. Frankel | Review Bank Lender motion filed in Third Circuit. | 0.50 |
| 11/20/13 | R. Frankel | Telephone conference with H. Huge regarding Trustees meeting; summary. | 0.30 |
| 11/20/13 | R. Frankel | Telephone conference with P. Bentley, R. Wyron regarding plan, effective date issues (.4); notes regarding same (.1). | 0.50 |
| 11/21/13 | R. Frankel | Review, consider memo from Kirkland regarding technical status of two bank lender appeals. | 1.10 |
| 11/21/13 | R. Frankel | Review draft and previous motion authorizing contributions to QSF and orders regarding same (1.0); review series of e-mails with P. Lockwood, R. Higgins (.3). | 1.30 |
| 11/21/13 | R. Frankel | Review 8/21/12 projection scenarios from Towers Watson. | 1.20 |
| 11/22/13 | R. Frankel | Review letter from U.S. Bank, and draft escrow agreement from P. Mahaley regarding insurance settlement. | 0.80 |
| 11/22/13 | R. Frankel | Begin review of Effective Date closing documents received from Kirkland. | 2.70 |
| 11/26/13 | R. Frankel | Review, consider revised stipulation from A. Paul (.5); consider effective date issues (.4); series of e-mails with A. Paul, P. Lockwood, P. Bentley regarding same (.5). | 1.40 |



Roger Frankel, Future Claimants' Representative - 29500
page 4

December 13, 2013
Invoice No. 1452893

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/26/13 | R. Frankel | Review revised effective date documents. | 2.20 |
| 11/26/13 | R. Frankel | Confer with E. Inselbuch regarding effective date, payment percentage issues. | 1.00 |
| 11/27/13 | R. Frankel | Review revised Stipulation as sent to counsel for Bank Lenders, compare to prior version. | 0.80 |
| 11/27/13 | R. Frankel | Review draft effective date documents (2.0); series of e-mails with M. Wallace, D. Felder regarding same (.3). | 2.30 |

Total Hours 42.30
Total For Services $42,088.50

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 42.30 | 995.00 | 42,088.50 |
| Total All Timekeepers | 42.30 | $995.00 | $42,088.50 |

**Total For This Matter**     $42,088.50


**ORRICK**

Roger Frankel, Future Claimants' Representative - 29500  
page 5

December 13, 2013  
Invoice No. 1452893

For Legal Services Rendered Through November 30, 2013 in Connection With:

### Matter: 6 - Retention of FCR and FCR Professionals

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/05/13 | R. Frankel | Review draft application to employ Towers Watson, draft disclosure of Towers Watson. | 0.50 |
| 11/14/13 | R. Frankel | Review final application to employ Towers Watson and final engagement letter (.6); series of e-mails with J. Kimble (.2). | 0.80 |
| 11/22/13 | R. Frankel | Review draft, revised supplemental disclosure of Lincoln International. | 0.60 |

|  |  | Total Hours | 1.90 |  |
|---|---|---|---|---|
|  |  | Total For Services |  | $1,890.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 1.90 | 995.00 | 1,890.50 |
| Total All Timekeepers | 1.90 | $995.00 | $1,890.50 |

**Total For This Matter**     $1,890.50



**ORRICK**

Roger Frankel, Future Claimants' Representative - 29500  
page 6

December 13, 2013  
Invoice No. 1452893

For Legal Services Rendered Through November 30, 2013 in Connection With:

### Matter: 7 - Travel Time (Non-Working)

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/20/13 | R. Frankel | Travel to NY (meeting with E. Inselbuch). | 1.50 |

|  | Total Hours | 1.50 |  |
|---|---|---|---|
|  | Total For Services |  | $746.25 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 1.50 | 497.50 | 746.25 |
| Total All Timekeepers | 1.50 | $497.50 | $746.25 |

**Total For This Matter**     **$746.25**

### * * * COMBINED TOTALS * * *

| | | |
|---|---|---|
| Total Hours | 46.30 | |
| Total Fees, all Matters | | $45,322.25 |
| Total Disbursements, all Matters | | $0.00 |
| Total Amount Due | | $45,322.25 |