IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date:  01/16/14 |

NINETY-SEVENTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2013 through November 30, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $70,121.25 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $9.38 |

This is a:    ___XX___  monthly    _____  interim    _____  final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $  337.02 | $13,486.25 | $  337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $   57.62 | $46,587.50[3] | $   57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $  173.56 | $11,187.50 | $  173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $  156.33 | $16,106.25 | $  156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $   70.33 | $11,377.50 | $   70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $  356.81 | $13,693.75 | $  356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $  227.37 | $28,261.25 | $  227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $  285.26 | $10,103.75 | $  285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $   14.21 | $ 4,307.50 | $   14.21 |
| 9/25/06 | 8/1/06 – 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 – 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $  94.79 | $36,245.00 | $  94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $  74.16 | $19,480.00 | $  74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $  81.38 | $6,320.00 | $  81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $  54.14 | $5,358.00 | $  54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $  19.86 | $32,068.00 | $  19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $ 46.47 | $ 18,381.47 | $ 46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | $65,693.98 | $276.11 |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | $67,685.32 | $7,598.67 |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | $ 100,573.94 | $ 56.90 |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | $126,281.50 | $358.82 |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | $ 86,536.12 | $ 279.07 |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | $118,060.38 | $ 471.15 |
| 12/6/12 | 10/1/12 – 10/31/12 | $ 73,142.76 | $ 2,866.15 | $ 73,142.76 | $ 2,866.15 |
| 1/15/13 | 11/1/12 – 11/30/12 | $65,594.62 | $ 3,333.31 | $65,594.62 | $ 3,333.31 |
| 2/4/13 | 12/1/12 – 12/31/12 | $ 51,747.70 | $ 84.79 | $ 51,747.70 | $ 84.79 |
| 5/21/13 | 1/1/13 – 1/31/13 (Amended) | $ 72,915.30 | $ 370.59 | $ 72,915.30 | $ 370.59 |
| 3/22/13 | 2/1/13 – 2/28/13 | $ 56,287.35 | $ 378.50 | $ 56,287.35 | $ 378.50 |
| 5/7/13 | 3/1/13 – 3/31/13 | $ 52,251.30 | $1,406.51 | $ 52,251.30 | $1,406.51 |
| 6/6/13 | 4/1/13 – 4/30/13 | $ 57,437.55 | $ 278.04 | $ 57,437.55 | $ 278.04 |
| 7/12/13 | 5/1/13 – 5/31/13 | $53,474.85 | $ 26.82 | $53,474.85 | $ 26.82 |
| 8/6/13 | 6/1/13 – 6/30/13 | $46,882.80 | $ 1,192.15 | $46,882.80 | $ 1,192.15 |
| 9/13/13 | 7/1/31 – 7/31/13 | $81,002.70 | $ 177.53 | Pending | Pending |
| 10/21/13 | 8/1/13 – 8/31/13 | $ 60,075.00 | $ 980.64 | Pending | Pending |
| 11/6/13 | 9/1/13 – 9/30/13 | $ 47,064.15 | $ 2,748.83 | Pending | Pending |
| 12/17/13 | 10/1/13 – 10/31/13 | $ 70,049.70 | $ 1,607.67 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $545.00 | 55.30 | $30,138.50 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $750.00 | 26.50 | $19,875.00 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $365.00 | 24.30 | $8,869.50 |
| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | $535.00 | 0.70 | $374.50 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

| David A. Barker | Principal; Joined Firm 2005; Member MD Bar since 2002 | $525.00 | 28.70 | $12,771.50 |
|---|---|---|---|---|
| Tracy Horch | Paralegal | $205.00 | 11.00 | $2,255.00 |
| Gina Ecolino | Paralegal | $205.00 | 5.70 | $1,168.50 |
| Justine Nguyen | Paralegal | $205.00 | 12.00 | $2,460.00 |

|  |  |
|---|---|
| Fees: | $ 77,912.50 |
| Less 10% Discount: | ($7,791.25) |
| Total Fees: | $ 70,121.25 |
| Total Hours: | 164.20 |
| Blended Rate: | $ 427.00 |

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 164.20 | $71,121.25 |

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | @ 0.10 per page | $2.90 |
| Postage |  | $6.48 |

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period November 1, 2013 through November 30, 2013, an interim allowance be made to Beveridge & Diamond, P.C. for compensation in the amount of $70,121.25 and actual and necessary expenses in the amount of $9.38 for a total allowance of $70,130.63 and payment of $56,097.00 (80% of the allowed fees) and reimbursement of $9.38 (100% of the allowed expenses) be authorized for a total payment of $56,106.38 and for such other and further relief as this Court may deem just and proper.

Dated:  December 23, 2013

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 23 day of December, 2013.

Notary Public: Debora R. Melnyk
My Commission Expires:  May 27, 2017

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
NOVEMBER 1, 2013 THROUGH NOVEMBER 30,  2013

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (IRIS)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000


W. R. Grace & Co.                              December 13, 2013
Attn: Lydia B. Duff, Esq.                      Client/Matter #  01246-015172
7500 Grace Drive                               Invoice # 157642
Columbia, MD  21044                            Federal ID# 52-1247549

---

For Legal Services Rendered Through 11/30/13 in Connection With:


**IRIS**


| Date | Attorney | | Hours | Description |
|------|----------|--|-------|-------------|
| 11/01/13 | P. Marks | C300 | 1.20 | FOIA litigation issues, including preparation of settlement proposal. |
| 11/01/13 | D. Barker | C300 | 2.90 | Review case law on FOIA privacy exemption; edit and follow up on letter to A. Schmitt; follow up on briefing schedule. |
| 11/01/13 | J. Lanham | C300 | 4.00 | Research and prepare letter to A Schmitt re settlement and communications with P. Marks, D. Barker, and A. Schmitt re same. |
| 11/04/13 | K. Bourdeau | C300 | 0.80 | Conference with P. Marks re strategic options. |
| 11/04/13 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks re issues re petition. |
| 11/04/13 | P. Marks | C300 | 1.70 | Telephone conference with K. Bourdeau re issues and strategy; evaluate same. |
| 11/04/13 | P. Marks | C300 | 1.60 | Address FOIA litigation issues and pleadings, and coordinate with J. Lanham and H. Feichko re same. |
| 11/04/13 | D. Barker | C300 | 1.20 | Follow up on scheduling questions and settlement issues. |
| 11/04/13 | J. Lanham | C300 | 3.50 | Prepare and send correspondence to A. Schmitt re litigation and follow-up communications with A. Schmitt, P. Marks, D. Barker, and H. Feichko re litigation. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157642
December 13, 2013
PAGE 2

| | | | | |
|---|---|---|---|---|
| 11/05/13 | G. Ecolino | C300 | 2.50 | Prepare a notice of appearance for J. Lanham, update pleadings binders with new docket entries, review and manage file, prepare and submit new docket control requests issued by minute order. |
| 11/06/13 | P. Marks | C300 | 0.80 | Prepare strategy memorandum re FOIA, review FOIA developments and prepare email to client re same. |
| 11/06/13 | J. Lanham | C300 | 2.50 | Prepare strategy memorandum and research re FOIA requests and appeals procedures. |
| 11/07/13 | K. Bourdeau | C300 | 0.50 | Participate in Grace team status call. |
| 11/07/13 | P. Marks | C300 | 0.50 | Participate in weekly update call. |
| 11/07/13 | P. Marks | C300 | 0.50 | Telephone conference with consultant and H. Feichko re coordinating messages. |
| 11/07/13 | J. Lanham | C300 | 1.50 | Research re Montana Public Records Act appeals procedures and balancing test between right to privacy and disclosure of public documents. |
| 11/11/13 | P. Marks | C300 | 1.00 | Conference with Grace legal team re strategy. |
| 11/11/13 | P. Marks | C300 | 1.00 | Review information re ATSDR study and evaluate FOIA issues. |
| 11/11/13 | D. Barker | C300 | 2.60 | Review consent form materials, prepare timeline of communications re production and outline motion for summary judgment in FOIA action for Larson study data. |
| 11/12/13 | K. Bourdeau | C300 | 0.30 | E-mail communications re FOIA request appeals and path forward re same. |
| 11/12/13 | P. Marks | C300 | 0.50 | Coordination with consultants re technical support. |
| 11/12/13 | P. Marks | C300 | 0.50 | Prepare summary of FOIA issues and strategy memorandum transmittal. |
| 11/12/13 | P. Marks | C300 | 1.40 | Coordinate with H. Feichko re transparency advocacy, and with team on related issues. |
| 11/12/13 | P. Marks | C300 | 1.00 | Prepare correspondence. |
| 11/12/13 | P. Marks | C300 | 1.00 | Further evaluation of FOIA issues. |
| 11/12/13 | P. Marks | C300 | 0.40 | Coordinate with J. Cannon for review and client re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157642
December 13, 2013
PAGE  3

| 11/12/13 | D. Barker | C300 | 3.70 | Draft amended motion for summary judgment in FOIA action. |
|---|---|---|---|---|
| 11/13/13 | P. Marks | C300 | 0.60 | Coordinate with team re FOIA litigation developments. |
| 11/13/13 | P. Marks | C300 | 1.50 | Telephone conferences with consultant and team re technical/scientific issue and review documents re same. |
| 11/13/13 | D. Barker | C300 | 7.50 | Finish draft amended summary judgment brief and motion for FOIA action. |
| 11/13/13 | J. Lanham | C300 | 0.50 | Prepare strategy memorandum and telephone conference with P. Marks re same. |
| 11/14/13 | K. Bourdeau | C300 | 1.50 | Review draft plan and participate in Grace team status/strategy call. |
| 11/14/13 | P. Marks | C300 | 1.00 | Team weekly telephone call. |
| 11/14/13 | P. Marks | C300 | 3.30 | Prepare motion for summary judgment and coordinate with team re finalizing same and new information from DOJ re documents and settlement. |
| 11/14/13 | D. Barker | C300 | 5.10 | Revise and circulate draft memorandum for summary judgment in FOIA action, confer with J. Lanham re same, and J. Nguyen re brief preparation and preparation of exhibits. |
| 11/14/13 | J. Lanham | C300 | 3.00 | Prepare amended motion for summary judgment and follow-up communications with D. Barker and P. Marks re same. |
| 11/14/13 | J. Lanham | C300 | 0.50 | Communications with A. Schmitt, P. Marks, and D. Barker re settlement. |
| 11/14/13 | J. Nguyen | C300 | 3.50 | Prepare and gather exhibits, draft Exhibit List, and begin cite-checking draft brief. |
| 11/15/13 | P. Marks | C300 | 0.50 | Prepare FOIA motion and telephone conference with D. Barker re same. |
| 11/15/13 | P. Marks | C300 | 2.00 | Telephone conference with consultant re science policy issues and follow-up with other consultants re same and related technical issues. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157642
December 13, 2013
PAGE  4

| 11/15/13 | D. Barker | C300 | 4.50 | Draft amended declaration, statement of material facts, and proposed order, and coordinate, finalize and file amended motion for summary judgment. |
| 11/15/13 | J. Lanham | C300 | 1.00 | Prepare amended motion for summary judgment and affidavit re same. |
| 11/15/13 | J. Nguyen | C300 | 8.30 | Continue proofreading, cite-checking, and fact-checking brief, and finalize brief and exhibits for filing. |
| 11/17/13 | P. Marks | C300 | 3.00 | Evaluate information from consultant re IRIS precedent and develop strategy options re same. |
| 11/18/13 | P. Marks | C300 | 0.50 | FOIA litigation settlement issues. |
| 11/18/13 | P. Marks | C300 | 0.50 | Coordinate with L. Duff and H. Feichko re tasks. |
| 11/18/13 | P. Marks | C300 | 2.20 | Evaluate presentation of issues in light of changed EPA policies and consultant information and prepare written materials re same. |
| 11/18/13 | D. Barker | C300 | 0.30 | Follow-up re settlement response and issues. |
| 11/18/13 | G. Ecolino | C300 | 3.00 | Update pleading binders with recent filings; review and manage electronic file. |
| 11/18/13 | J. Nguyen | C300 | 0.20 | Messages with team re filing of amended motion. |
| 11/19/13 | K. Bourdeau | C300 | 0.80 | Review correspondence and prepare comments on same. |
| 11/19/13 | P. Marks | C300 | 0.80 | Strategic planning call with consultants. |
| 11/19/13 | P. Marks | C300 | 0.80 | Prepare draft correspondence and incorporate K. Bourdeau comments re same. |
| 11/19/13 | P. Marks | C300 | 0.50 | Evaluate and coordinate with consultant re technical policy question. |
| 11/19/13 | P. Marks | C300 | 0.30 | Evaluate and coordinate with team re FOIA offer and settlement negotiations. |
| 11/19/13 | J. Lanham | C300 | 0.30 | Communications with P. Marks and A. Schmitt re settlement offer. |
| 11/20/13 | K. Bourdeau | C300 | 0.80 | E-mail communications re correspondence and provide input re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157642
December 13, 2013
PAGE  5

| | | | | |
|---|---|---|---|---|
| 11/20/13 | P. Marks | C300 | 0.50 | Telephone conference with H. Feichko re strategy. |
| 11/20/13 | P. Marks | C300 | 0.70 | Prepare draft correspondence. |
| 11/20/13 | G. Ecolino | C300 | 0.20 | Review and manage file. |
| 11/21/13 | K. Bourdeau | C300 | 0.30 | E-mail communications re correspondence. |
| 11/21/13 | P. Marks | C300 | 1.30 | Telephone conference with H. Feichko and evaluate related issues and send requested information to her. |
| 11/21/13 | P. Marks | C300 | 1.00 | Weekly team call. |
| 11/21/13 | P. Marks | C300 | 1.80 | Prepare information for ACC. |
| 11/21/13 | P. Marks | C300 | 0.50 | FOIA negotiation related communications. |
| 11/21/13 | D. Barker | C300 | 0.90 | Review and follow-up on details re proposed settlement. |
| 11/21/13 | J. Lanham | C300 | 1.50 | Conferences with P. Marks, D. Barker, and A. Schmitt re settlement offer and follow-up emails re same. |
| 11/22/13 | K. Bourdeau | C300 | 0.80 | Brief review of recent developments. |
| 11/22/13 | P. Marks | C300 | 0.40 | Email exchanges with consultants and brief review of draft correspondence re same. |
| 11/22/13 | P. Marks | C300 | 0.30 | FOIA settlement issue follow-up. |
| 11/25/13 | K. Bourdeau | C300 | 1.30 | Review changes to correspondence and send comments to Grace re same. |
| 11/25/13 | P. Marks | C300 | 0.50 | Coordinate with client and consultant re FOIA appeal positions. |
| 11/26/13 | K. Bourdeau | C300 | 0.80 | Review revised draft correspondence, prepare and circulate comments on same, and follow-up communications re same. |
| 11/27/13 | P. Marks | C300 | 1.10 | Review EPA produced documents, and J. Lanham summary re same. |
| 11/27/13 | P. Marks | C300 | 0.30 | Telephone conference with H. Feichko re correspondence and review same. |
| 11/27/13 | J. Lanham | C300 | 6.00 | Review documents and email correspondence to P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157642
December 13, 2013
PAGE  6

Total Hours :          118.10

Total Fees :        $52,824.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157642
December 13, 2013
PAGE  7

**Time Summary :**

|  | Hours<br>Worked | Billed<br>Per Hour | Bill<br>Amount |
|---|---|---|---|
| K. Bourdeau | 8.40 | $750.00 | $6,300.00 |
| P. Marks | 39.00 | $545.00 | $21,255.00 |
| D. Barker | 28.70 | $445.00 | $12,771.50 |
| J. Lanham | 24.30 | $365.00 | $8,869.50 |
| G. Ecolino | 5.70 | $205.00 | $1,168.50 |
| J. Nguyen | 12.00 | $205.00 | $2,460.00 |

|  |  |
|---|---|
| Total Fees : | $52,824.50 |
| 10% Discount : | (5,282.45) |
| Total Fees Due : | $47,542.05 |

**Summary by Task Codes :**

| CODE | Hours | Bill<br>Amount |
|---|---|---|
| C300 | 118.10 | $52,824.50 |
| Total | 118.10 | $52,824.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 118.10 | $52,824.50 |
| 10% Discount : |  | (5,282.45) |
| Total Fees Due : |  | $47,542.05 |

**Summary by Disbursement Codes :**

|  |  |
|---|---|
| TOTAL DUE : | $47,542.05 |

# EXHIBIT B

**(Petition)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                         December 12, 2013
Attn: Lydia B. Duff, Esq.                 Client/Matter #  01246-015504
7500 Grace Drive                          Invoice # 157611
Columbia, MD  21044                       Federal ID# 52-1247549

---

For Legal Services Rendered Through 11/30/13 in Connection With:


**Petition**


| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 11/05/13 | P. Marks | C300 | 0.50 | Direct staff re edits. |
| 11/05/13 | T. Horch | C300 | 0.50 | Review questions with P. Marks. |
| 11/07/13 | P. Marks | C300 | 0.80 | Telephone conference with H. Feichko re petition strategic issues. |
| 11/11/13 | K. Bourdeau | C300 | 2.70 | Participate in two conference calls with client; conference with P. Marks re same. |
| 11/11/13 | P. Marks | C300 | 3.00 | Prepare petition. |
| 11/11/13 | P. Marks | C300 | 1.30 | Conference with Grace counsel team and K. Bourdeau re petition. |
| 11/11/13 | P. Marks | C300 | 1.40 | Conference with Grace project team and K. Bourdeau re petition and follow-up tasks. |
| 11/12/13 | K. Bourdeau | C300 | 0.50 | Review new developments ; e-mail communications with Grace team and P. Marks re same. |
| 11/12/13 | T. Horch | C300 | 1.50 | Review beginning of document and proof. |
| 11/13/13 | T. Horch | C300 | 2.00 | Review footnotes and correct cites and exhibits. |
| 11/14/13 | P. Marks | C300 | 0.80 | Coordinate with K. Bourdeau (emails) and meeting with T. Horch re preparation. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157611
December 12, 2013
PAGE  2

| 11/14/13 | T. Horch | C300 | 3.00 | Meeting with P. Marks, review exhibits and check formats of cites. |
|---|---|---|---|---|
| 11/15/13 | K. Bourdeau | C300 | 1.00 | E-mail communications with P. Marks and J. Cannon re review of draft petition; review and revision of draft petition. |
| 11/15/13 | P. Marks | C300 | 0.50 | Coordinate with staff re petition edits. |
| 11/15/13 | P. Marks | C300 | 0.70 | Add technical citations to petition. |
| 11/16/13 | K. Bourdeau | C300 | 2.50 | Review and prepare edits to/comments on revised draft of petition, and communications with P. Marks re same. |
| 11/17/13 | K. Bourdeau | C300 | 1.50 | Review of and work on draft petition. |
| 11/18/13 | K. Bourdeau | C300 | 1.50 | Further review and revision of draft petition. |
| 11/19/13 | P. Marks | C300 | 1.40 | Review edits and direct staff re same. |
| 11/20/13 | K. Bourdeau | C300 | 1.50 | Further review and revision of draft petition. |
| 11/20/13 | P. Marks | C300 | 2.80 | Prepare petition and send to H. Feichko and J. Cannon. |
| 11/20/13 | T. Horch | C300 | 4.00 | Review petition and edit as directed by P. Marks. |
| 11/21/13 | K. Bourdeau | C300 | 0.80 | Work on petition. |
| 11/22/13 | K. Bourdeau | C300 | 1.00 | Further work on petition. |
| 11/24/13 | K. Bourdeau | C300 | 3.80 | Further work on revisions to petition; transmit same to P. Marks. |
| 11/27/13 | K. Bourdeau | C300 | 1.30 | Conference with P. Marks and follow-up communications re same. |
| 11/27/13 | P. Marks | C300 | 0.90 | Telephone conference with K. Bourdeau re petition strategy and review comments re same. |
| 11/29/13 | P. Marks | C300 | 2.20 | Prepare petition and send to J. Cannon for review. |

Total Hours :        45.40

Total Fees :     $24,713.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157611
December 12, 2013
PAGE  3

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157611
December 12, 2013
PAGE  4

**Time Summary :**

|                | Hours Worked | Billed Per Hour | Bill Amount |
|----------------|--------------|-----------------|-------------|
| K. Bourdeau    | 18.10        | $750.00         | $13,575.00  |
| P. Marks       | 16.30        | $545.00         | $8,883.50   |
| T. Horch       | 11.00        | $205.00         | $2,255.00   |

|                      |            |
|----------------------|------------|
| Total Fees :         | $24,713.50 |
| 10% Discount :       | (2,471.35) |
| Total Fees Due :     | $22,242.15 |

**Summary by Task Codes :**

| CODE  | Hours | Bill Amount |
|-------|-------|-------------|
| C300  | 45.40 | $24,713.50  |
| Total | 45.40 | $24,713.50  |

|                      |       |            |
|----------------------|-------|------------|
| Total Fees :         | 45.40 | $24,713.50 |
| 10% Discount :       |       | (2,471.35) |
| Total Fees Due :     |       | $22,242.15 |

**Summary by Disbursement Codes :**

|             |            |
|-------------|------------|
| TOTAL DUE : | $22,242.15 |

# EXHIBIT C

## (Curtis Bay Air)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          December 12, 2013
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015577
7500 Grace Drive                           Invoice # 157612
Columbia, MD  21044                        Federal ID# 52-1247549

---

For Legal Services Rendered Through 11/30/13 in Connection With:

**Curtis Bay Air**

11/22/13   L. McAfee      C300        0.70   Telephone conference with client re NH3
                                             calculation question.

                                  Total Hours :          0.70

                                  Total Fees :        $374.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157612
December 12, 2013
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 0.70 | $535.00 | $374.50 |
| Total Fees : | | | $374.50 |
| 10% Discount : | | | (37.45) |
| Total Fees Due : | | | $337.05 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 0.70 | $374.50 |
| Total | 0.70 | $374.50 |
| Total Fees : | 0.70 | $374.50 |
| 10% Discount : | | (37.45) |
| Total Fees Due : | | $337.05 |

## Summary by Disbursement Codes :

TOTAL DUE :                    $337.05

# EXHIBIT D

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-1300

W. R. Grace & Co. - Conn                  December 12, 2013
Attn: Lydia B. Duff, Esq.                 Client/Matter #  01246-012629
7500 Grace Drive                          Invoice # 157610
Columbia, MD  21044                       Federal ID# 52-1247549

---

For Legal Services Rendered Through 11/30/13 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**
**100035**

**Disbursements:**

|              |        |
|--------------|--------|
| Copying      | 2.90   |
| Postage      | 6.48   |

|                          |         |
|--------------------------|---------|
| **Total Disbursements :**| $9.38   |
| **TOTAL DUE :**          | $9.38   |