

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2216654 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 12/05/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00004 |
| Charlottesville, VA 22902 | |

Re:  Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/04/13 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 11/05/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 11/06/13 | TKD | Review all pleadings filed and share with team | 0.4 | 260.00 |
| 11/13/13 | TKD | Review all pleadings filed and share with team | 0.4 | 260.00 |
| 11/14/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/15/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 11/18/13 | TKD | Review all pleadings filed and share with team | 0.4 | 260.00 |
| 11/19/13 | TKD | Review all pleadings filed and share with team | 0.4 | 260.00 |
| 11/20/13 | TKD | Reviewed pleadings filed, including Third Circuit filings; and share with team | 0.4 | 260.00 |
| 11/21/13 | TKD | Review all pleadings filed and share with team | 0.5 | 325.00 |
| 11/22/13 | TKD | Review all daily pleadings filed, share with team | 0.5 | 325.00 |
| 11/25/13 | TKD | Review all daily filings and share with team | 0.4 | 260.00 |
| 11/26/13 | TKD | Review all daily filed pleadings and share with team | 0.4 | 260.00 |
| 11/27/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| | | TOTAL HOURS | 6.3 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 6.3 | at | $650.00 | = | 4,095.00 |

CURRENT FEES     4,095.00

**TOTAL AMOUNT OF THIS INVOICE**     4,095.00

**NET AMOUNT OF THIS INVOICE**     4,095.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2216655 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 12/05/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/13/13 | TKD | Review documents in preparation for Committee meeting/call | 0.7 | 455.00 |
| 11/14/13 | TKD | Committee meeting | 1.0 | 650.00 |
| | | TOTAL HOURS | 1.7 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.7 | at | $650.00 | = | 1,105.00 |

| | |
|---|---|
| CURRENT FEES | 1,105.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,105.00 |
| **NET AMOUNT OF THIS INVOICE** | 1,105.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2216657 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 12/05/13 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/20/13 | TBB | Draft CNO to Saul Ewing's fifty first monthly fee application. | 0.2 | 39.00 |
| 11/20/13 | TBB | File and serve CNO to Saul Ewing's fifty first monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Tracy B. Buck | 1.0 at | $195.00 = | 195.00 |

CURRENT FEES                                                195.00

TOTAL AMOUNT OF THIS INVOICE          ---        195.00

NET AMOUNT OF THIS INVOICE                       195.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2216659 |
| Invoice Date | 12/05/13 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:  Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/04/13 | TBB | Draft notice to Kramer Levin's one hundred and fifty-fifth monthly fee application. | 0.2 | 39.00 |
| 11/04/13 | TBB | File and serve Kramer Levin's one hundred and fifty-fifth monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Tracy B. Buck | 1.0 at | $195.00 = | 195.00 |

CURRENT FEES                                                                                         195.00

**TOTAL AMOUNT OF THIS INVOICE**                                                     195.00

**NET AMOUNT OF THIS INVOICE**                                                          195.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number  2216656 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date  12/05/13 |
| Peninsula Capital Advisors LLC | Client Number  359022 |
| 404B East Main Street | Matter Number  00014 |
| Charlottesville, VA  22902 | |

Re:  Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 56.80 |
| Docket Entries | 91.70 |
| Federal Express | 104.98 |
| CURRENT EXPENSES | 253.48 |

| | |
|---|---:|
| **TOTAL AMOUNT OF THIS INVOICE** | 253.48 |
| **NET AMOUNT OF THIS INVOICE** | 253.48 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP