# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**NOVEMBER 1, 2013 - NOVEMBER 30, 2013**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| | | | |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 2.8 | $ 2,058.00 |
| 0013 | Business Operations | 0.8 | 588.00 |
| 0014 | Case Administration | 3.5 | 821.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 1.0 | 950.00 |
| 0018 | Fee Application, Applicant | 4.7 | 1,922.00 |
| 0019 | Creditor Inquiries | 0.5 | 475.00 |
| 0020 | Fee Application, Others | 2.8 | 616.00 |
| 0040 | Employment Applications - Others | 2.4 | 1,871.50 |
| | | | |
| | **Total** | **18.5** | **$ 9,302.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | December 30, 2013 |
| INVOICE NO. | 608937 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through November 30, 2013, including:

| | |
|---|---|
| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
| | 699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/19/2013 | Review corresp. from R. Higgins (.2); review draft motion to fund 2013 QSF for Asbestos PI Trust (.4); email Frezza re 2013 QSF Motion and questions for Blackstone re same (.2); begin draft memo to Committee re Debtors' proposed QSF (.2). | Wildes, D. | 1.0 |
| 11/20/2013 | Draft memo to Committee re QSF motion. | Wildes, D. | 1.0 |
| 11/21/2013 | Revise, finalize draft memo to Committee re: QSF motion (.2); and email Frezza re review/comment (.1). | Wildes, D. | 0.3 |
| 11/22/2013 | Emails Frezza re: comments to draft memo to Committee re QSF Motion (.1); and review/revise same (.1). | Wildes, D. | 0.2 |
| 11/22/2013 | Review Debtors' filed Notice and QSF motion (.1) and update, finalize and send memo to Committee re same (.2). | Wildes, D. | 0.3 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 2.8 | $ 735 | $ 2,058.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,058.00 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 2,058.00 | |
|---|---|---|

# STROOCK

| RE | Business Operations 699843 0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/21/2013 | Review Capstone's draft 3Q Report and Emergence Update to Committee (.4); emails Frezza re comments to memo (.2). | Wildes, D. | 0.6 |
| 11/22/2013 | Review Capstone's final 3Q 2013 Report to Committee. | Wildes, D. | 0.1 |
| 11/25/2013 | Review corresp. from Frezza, Freedgood re Capstone's 3Q 2013 report to Committee. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.8 | $ 735 | $ 588.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 588.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 588.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration 699843 0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 11/04/2013 | Obtain and circulate recently docketed pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.5 |
| 11/05/2013 | Obtain and circulate recently docketed pleading in main case (.1); review case file documents (.4). | Mohamed, D. | 0.5 |
| 11/08/2013 | Obtain and circulate recently docketed pleadings in main case (.1); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.3 |
| 11/11/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 11/14/2013 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |
| 11/15/2013 | Obtain and circulate recently docketed pleadings in main case (.2); review appeals case nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 11/18/2013 | Obtain and circulate recently docketed pleading in main case (.1); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.3 |
| 11/22/2013 | Review appeals case docket nos. 11-199 and 12-1402 (.2); obtain pleading for attorney review (.1). | Mohamed, D. | 0.3 |
| 11/25/2013 | Obtain and circulate recently docketed pleading in main case (.1); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.3 |
| 11/26/2013 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |
| 11/26/2013 | Review Fee Auditor's Combined No Objection Final Report re 49th Fee Period. | Wildes, D. | 0.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 3.4 | $ 220 | $ 748.00 |
| Wildes, Denise K. | 0.1 | 735 | 73.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 821.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 821.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/25/2013 | Review memo to committee & underlying applications. | Pasquale, K. | 0.4 |
| 11/26/2013 | T/c's, emails w/creditors re recent filings (.3); appeal status (.3) . | Pasquale, K. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 1.0 | $ 950 | $ 950.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 950.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 950.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/05/2013 | Continue preparation of draft of SSL's 50th quarterly fee application for attorney review. | Mohamed, D. | 0.8 |
| 11/05/2013 | Review fee auditor's final report re: Stroock's 49th interim fee application. | Wildes, D. | 0.1 |
| 11/06/2013 | Review October fee detail. | Magzamen, M. | 0.1 |
| 11/11/2013 | Review/edit draft of 50th quarterly fee application and insert narrative description of services performed (1.0); conf. Mohamed re: same (.1). | Wildes, D. | 1.1 |
| 11/13/2013 | Review revised/updated draft of 50th quarterly fee application and make edits (.2); conf. Mohamed re: finalizing/filing same (.1). | Wildes, D. | 0.3 |
| 11/15/2013 | Prepare draft of SSL's 151st monthly fee application for attorney review. | Mohamed, D. | 0.6 |
| 11/18/2013 | Finalize SSL's 50th quarterly fee application for filing (.6); prepare notice and CoS re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.4). | Mohamed, D. | 1.5 |
| 11/21/2013 | Review draft monthly fee application (.1); conf. Mohamed re: same (.1). | Wildes, D. | 0.2 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Magzamen, Michael | 0.1 | $ 345 | $ 34.50 |
| Mohamed, David | 2.9 | 220 | 638.00 |
| Wildes, Denise K. | 1.7 | 735 | 1,249.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,922.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,922.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/11/2013 | t/c creditor re appeal status | Pasquale, K. | 0.2 |
| 11/22/2013 | t/c creditor re appeal status | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.5 | $ 950 | $ 475.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 475.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 475.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Others | |
| | 699843 0020 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/15/2013 | Review and finalize Capstone's 116th monthly fee application for filing (.5); prepare notice and CoS re same and forward to local counsel for filing (.4); prepare and effectuate service re fee application (.4). | Mohamed, D. | 1.3 |
| 11/26/2013 | Review and finalize Capstone's 39th quarterly fee application for filing (.7); prepare notice and CoS re same and forward to local counsel for filing (.4); prepare and effectuate service re fee application (.4). | Mohamed, D. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 2.8 | $ 220 | $ 616.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 616.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 616.00 |

# STROOCK

| RE | Expenses<br>699843  0024 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

| MATTER DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 87.85 |
| O/S Information Services | 174.40 |
| TOTAL DISBURSEMENTS/CHARGES | $ 262.25 |
| TOTAL FOR THIS MATTER | $ 262.25 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Employment Applications - Others |
|---|---|
| | 699843  0040 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/14/2013 | Review Debtors' motion to amend Blackstone retention. | Wildes, D. | 0.3 |
| 11/19/2013 | Review Blackstone amended retention application & related emails. | Pasquale, K. | 0.5 |
| 11/19/2013 | Emails Frezza, Pasquale re: motion to amend Blackstone retention to expand scope and proposed compensation terms. | Wildes, D. | 0.2 |
| 11/21/2013 | Work on draft memo to committee re: motion to amend Blackstone retention (.5); emails Frezza and Pasquale re: review/comment on same (.1). | Wildes, D. | 0.6 |
| 11/22/2013 | Emails Frezza re: comments/questions re: memo to Committee re: proposed amendment to Blackstone retention and compensation terms for same and interplay between success fee and monthly fees (.2); emails Mohamed re: Blackstone current retention and monthly fee and review same (.2). | Wildes, D. | 0.4 |
| 11/24/2013 | Revise, finalize and send memo to Committee re: motion to amend Blackstone retention. | Wildes, D. | 0.4 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.5 | $ 950 | $ 475.00 |
| Wildes, Denise K. | 1.9 | 735 | 1,396.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,871.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,871.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,302.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 262.25 |
| TOTAL BILL | $ 9,564.25 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.