# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**NOVEMBER 1, 2013 - NOVEMBER 30, 2013**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Pasquale, Kenneth | 2.0 | $ 950 | $ 1,900.00 |
| | | | |
| **Associates** | | | |
| Wildes, Denise | 7.3 | 735 | 5,365.50 |
| | | | |
| **Paraprofessionals** | | | |
| Magzaman, Michael | 0.1 | 345 | 34.50 |
| Mohamed, David | 9.1 | 220 | 2,002.00 |
| | | | |
| **Total** | **18.5** | | **$ 9,302.00** |