# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2013 - NOVEMBER 30, 2013**

| Outside Messenger Service | $ | 87.85 |
|---|---|---|
| O/S Information Services | | 174.40 |
| **Total** | **$** | **262.25** |

# STROOCK

## DISBURSEMENT REGISTER

| | |
|---|---|
| DATE | December 12, 2013 |
| INVOICE NO. | 608937 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR DISBUSRSMENT INCURRED in the captioned matter for the period through November 30, 2013, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 10/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827443 11.02.13 Tracking #: 1Z10X8270190009566 Shipment Date: 10/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.19 |
| 10/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827443 11.02.13 Tracking #: 1Z10X8270190775578 Shipment Date: 10/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.19 |
| 10/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827443 11.02.13 Tracking #: 1Z10X8270793580351 Shipment Date: 10/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.55 |
| 11/15/2013 | Vendor: United Parcel Service Invoice #: 00000010X827473 11.23.13 Tracking #: 1Z10X8270195969823 Shipment Date: 11/15/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.15 |
| 11/15/2013 | Vendor: United Parcel Service Invoice #: 00000010X827473 11.23.13 Tracking #: 1Z10X8270199160037 Shipment Date: 11/15/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.15 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/15/2013 | Vendor: United Parcel Service Invoice #: 00000010X827473 11.23.13 Tracking #: 1Z10X8270798762842 Shipment Date: 11/15/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.51 |
| 11/18/2013 | Vendor: United Parcel Service Invoice #: 00000010X827473 11.23.13 Tracking #: 1Z10X8270197420081 Shipment Date: 11/18/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.15 |
| 11/18/2013 | Vendor: United Parcel Service Invoice #: 00000010X827473 11.23.13 Tracking #: 1Z10X8270197625897 Shipment Date: 11/18/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.15 |
| 11/18/2013 | Vendor: United Parcel Service Invoice #: 00000010X827473 11.23.13 Tracking #: 1Z10X8270797006876 Shipment Date: 11/18/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.51 |
| 11/26/2013 | Vendor: United Parcel Service Invoice #: 00000010X827483 11.30.13 Tracking #: 1Z10X8270195917129 Shipment Date: 11/26/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.15 |
| 11/26/2013 | Vendor: United Parcel Service Invoice #: 00000010X827483 11.30.13 Tracking #: 1Z10X8270198785516 Shipment Date: 11/26/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.15 |

**Outside Messenger Service Total**     **87.85**

**O/S Information Services**

| 11/05/2013 | Pacer Search Service on 7/1/2013 | 172.60 |
|---|---|---|
| 11/05/2013 | Pacer Search Service on 7/30/2013 | 1.80 |

# STROOCK

| PAGE: 3 | |
|---|---|
| DATE        DESCRIPTION | AMOUNT |
| **O/S Information Services Total** | **174.40** |

| BILL DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 87.85 |
| O/S Information Services | 174.40 |
| TOTAL DISBURSEMENTS/CHARGES | $ 262.25 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.