IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**AMENDED NOTICE OF AMENDMENTS TO SCHEDULES "F" OF LIABILITIES OF
W. R. GRACE & CO.–CONN. (CASE NO. 01-01140-KJC)**

W. R. Grace & Co.–Conn., a Delaware Corporation, hereby amends its "*Schedule F – Creditors Holding Unsecured Nonpriority Claims*" (the "Schedules") as originally filed on May 24, 2001 and as supplemented on August 29, 2002, and February 11, 2003. The amendments are attached hereto as Exhibit A.

While every effort has been made to prepare complete and accurate amendments, errors may have occurred. The Debtor reserves fully its right to amend the Schedules and to challenge the amount and classification of each and every claim or item listed herein.

Please take notice that any party whose interests are affected by the Amendments and who disagrees with the amount and/or classification of liability set forth in the Amendments as outline above (or attached) may file a proof of claim for the amount and/or classification it

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

deems appropriate. The bar date for filing proofs of claim by any such affected claimants (and no others) is 21 days from the date of this Notice, or January 21, 2014.

| | |
|---|---|
| Dated:  December 30, 2013 | KIRKLAND & ELLIS LLP<br>Adam Paul<br>John Donley<br>300 North LaSalle Street<br>Chicago, IL 60654<br>(312) 862-2000<br><br>and<br><br>THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601<br>(312) 836-4047<br><br>and<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ James E. O'Neill*<br><br>Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705<br>(302) 652-4100<br>(302) 652-4400<br><br>Co-Counsel for the Debtors and Debtors-in-Possession |

# EXHIBIT A

In re **W.R. GRACE & CO.-CONN.**      Case No. **01-01140**
Debtor      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primary consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions Above) | | | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Vendor No. | 1758 | s119678 | | | | | | | |
| CARL E LEVI CITY TREASURER<br>102 CITY HALL<br>CHATTANOOGA, TN 37402-4284 | | | | | TRADE PAYABLE | | | | $0.00 |
| Vendor No. | 309656 | s114561 | | | | | | | |
| CLIMAX MOLYBDENUM CO.<br>1370 WASHINGTON PIKE<br>BRIDGEVILLE, PA 15017-2839 | | | | | TRADE PAYABLE<br>1000332809 | | | | $0.00 |
| Vendor No. | multi: see detail | s119214 | | | | | | | |
| CRYSTAL SPRINGS WATER CO.<br>PO BOX 3229<br>LANCASTER, PA 17604-3229 | | | | | TRADE PAYABLE | | | | $546.50 |
| Vendor No. | 305768 | s113826 | | | | | | | |
| CURTIS ENGLISH CONSTRUCTION, INC<br>3757 WAGENER RD.<br>AIKEN, SC 29801 | | | | | TRADE PAYABLE<br>1000332074 | | | | $0.00 |
| Vendor No. | multi: see detail | s117969 | | | | | | | |
| FERGUSON ENTERPRISES, INC<br>PO BOX 751497<br>CHARLOTTE, NC 28275 | | | | | TRADE PAYABLE | | | | $914.44 |

Sheet no. 1 of 3      sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Vendor No. 60467  s74317<br>FIRST UNION COMMERCIAL CORP.<br>1339 CHESTNUT STR. PA1317<br>PHILADELPHIA, PA 19107 | | TRADE PAYABLE | | | | $0.00 |
| Vendor No. 8001  s117009<br>FLORIDA INDEPENDENT CONCRETE<br>AND ASSOC. PRODS. INC.<br>318 NEWMAN ROAD<br>SEBRING, FL 33876-6702 | | TRADE PAYABLE | | | | $60.00 |
| Vendor No. 45016  s117671<br>GAYLON DISTRIBUTING INC<br>KAUFFMAN & FORMAN PA<br>BRUCE KAUFFMAN<br>406 W PENNSYLVANIA AVE<br>TOWSON, MD 21204 | | TRADE PAYABLE | | | | $24,266.29 |
| Vendor No. 58837  s119476<br>HERCULES<br>BETZ DEARBORN<br>PO BOX 846046<br>DALLAS, TX 75284-6046 | | TRADE PAYABLE | | | | $49.20 |
| Vendor No. 53451  s74227<br>ICN DOSIMETRY SERVICE<br>PO BOX 19536<br>(AKA) GLOBAL DOSIMETRY SOLUTION<br>IRVINE, CA 92623-9536 | | TRADE PAYABLE | | | | $0.00 |
| Vendor No. 54491  s115369<br>RE MICHEL CO, INC<br>PO BOX 2318<br>BALTIMORE, MD 21203 | | TRADE PAYABLE<br>1000333617 | | | | $1,426.43 |
| Vendor No. 100218  s113080<br>REED SMITH LLP<br>REED SMITH CENTRE<br>225 FIFTH AVE, STE 1200<br>PITTSBURGH, PA 15222-2716 | | TRADE PAYABLE<br>1000331328 | | | | $27,182.00 |
| Vendor No. 11385  s117210<br>SCALE SYSTEMS, INC<br>POBOX 116733<br>ATLANTA, GA 30368-6733 | | TRADE PAYABLE | | | | $1,180.05 |

Sheet no. 2 of 3    sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

In re **W.R. GRACE & CO.-CONN.**       Case No. **01-01140**
Debtor                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| Vendor No. 54240  s115333<br>SIGNAL FINANCE<br>9050 RELIABLE PKWY<br>CHICAGO, IL 60686-0090 | | TRADE PAYABLE<br>1000333581 | | $0.00 |
| Vendor No. 13985  s117296<br>T.H.E.M. OF NEW JERSEY<br>5 E STOW RD<br>STE A<br>MARLTON, NJ 08053-3145 | | TRADE PAYABLE | | $0.00 |
| Vendor No. 55158  s119755<br>WASTE MANAGEMENT OF INDIANA<br>P.O. BOX 9001054<br>LOUISVILLE, KY 40290-1054 | | TRADE PAYABLE | | $0.00 |
| Vendor No. 55054  s119316<br>ZANNINOS CATERING<br>7770 GOUGH ST.<br>BALTIMORE, MD 21224 | | TRADE PAYABLE | | $3,204.06 |

Sheet no. 3 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims      Total    $58,828.97

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) <br> ) |

**DECLARATION OF RICHARD FINKE UNDER PERJURY IN SUPPORT OF AMENDMENTS TO SCHEDULES "F" OF LIABILITIES FOR W.R. GRACE & CO.-CONN.**

1. As the authorized agent of the corporation named as the debtor in this case, I declare under penalty of perjury that I have read the preceding amended schedules, and that they are true and correct to the best of my knowledge, information and belief.

*Richard C. Finke*
Richard C. Finke
Vice President and Associate General Counsel
W. R. Grace & Co.-Conn.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.