**EXHIBIT A**

KE 28854632.4

### Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/15/2013 | Lisa G Esayian | 1.40 | Revise Royal/Arrowood escrow agreement (.7); correspond with ACC and FCR's counsel re same (.3); correspond with ACC's and FCR's counsel re potential settlements with certain insolvent insurers (.4). |
| 10/31/2013 | Lisa G Esayian | .80 | Correspond with ACC's and FCR's counsel re Midland insurance claim (.3); review key information re same (.5). |
|  | Total: | 2.20 |  |

A-2

### Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/25/2013 | Jeffrey Gettleman | 1.00 | Correspond with R. Higgins re 29th omnibus objection to claims (.2); review and revise claims objection and related documents re same (.4); correspond with A. Paul and R. Higgins re same (.3); correspond with A. Paul re review of omnibus claim objection documents (.1). |
| 10/28/2013 | Jeffrey Gettleman | 1.50 | Review and revise objection to P. Nelson claim, proposed order, and declaration of R. Finke in support (.8); review and analyze P. Nelson proof of claim re same (.2); correspond with R. Higgins re same (.5). |
| | Total: | 2.50 | |

A-3

## Matter 21 - Claims Analysis, Objection and Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/03/2013 | Lisa G Esayian | 1.60 | Review AMH and Canadian claimants' motions to reinstate District Court appeals (.4); review and analyze facts re appeals (.4); correspond with J. Donley, R. Barakat, A. Paul and R. Finke re same (.8). |
| 10/09/2013 | Lisa G Esayian | .30 | Analyze issues re Speights District Court appeals. |
| 10/30/2013 | Jeffrey Gettleman | .10 | Correspond with A. Paul re Howard v. A.W. Chesterton asbestos case. |
| | Total: | 2.00 | |

A-4

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/2013 | Mike Jones | 2.30 | Review and analyze documentation re Project Lantern transaction (.8); review and revise language in sale agreement re same (.9); correspond with working group re same (.6). |
| 10/02/2013 | Jeffrey Gettleman | 3.20 | Correspond with working group re Project Lantern bankruptcy issues (1.4); review and revise Project Lantern purchase agreement (.3); correspond with working group re same (1.5). |
| 10/02/2013 | Adam C Paul | 2.40 | Review and revise Project Lantern purchase agreement (.3); correspond with working group re same (2.1). |
| 10/03/2013 | Mike Jones | 1.70 | Review and analyze Project Lantern documentation (.8); revise same (.6); correspond with working group re same (.3). |
| 10/04/2013 | Mike Jones | 1.70 | Review and analyze Project Lantern documentation (.7); revise same (.6); correspond with working group re same (.4). |
| 10/04/2013 | Jeffrey Gettleman | .30 | Correspond with J. McFarland, M. Shelnitz, A. Paul and M. Jones re changes to asbestos language proposed by seller. |
| 10/04/2013 | Adam C Paul | 1.50 | Analyze Project Lantern issues. |
| 10/05/2013 | Jeffrey Gettleman | .30 | Office conference with S. Gordon re client hedging initiative (.1); correspond with A. Paul re same (.2). |
| 10/06/2013 | Adam C Paul | 1.20 | Analyze Project Lantern transaction issues. |
| 10/07/2013 | Jeffrey Gettleman | .10 | Correspond with S. Winters re timing for hedging initiative. |
| 10/08/2013 | Jeffrey Gettleman | .20 | Correspond with M. Shelnitz and A. Paul re interpretation of Project Lantern order. |
| 10/11/2013 | Mike Jones | .40 | Correspond with working group re Project Lantern transaction. |

A-5

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/11/2013 | Jeffrey Gettleman | .20 | Correspond with J. O'Connell and A. Paul re Project Lantern bid acceptance. |
| 10/14/2013 | Mike Jones | .30 | Correspond with working group re Project Lantern transaction. |
| 10/14/2013 | Jeffrey Gettleman | .20 | Correspond with J. O'Connell re Project Lantern purchase agreement (.1); correspond with M. Jones re Project Lantern sale (.1). |
| 10/28/2013 | Adam C Paul | .60 | Telephone conference with M. Shelnitz re Project Lantern (.3); telephone conference with J. Gettleman re same (.3). |
| 10/31/2013 | Ryan M Hehner | .70 | Office conference with J. Gettleman re Project Lantern fee motion (.1); review Project Lantern materials (.6). |
| 10/31/2013 | Jeffrey Gettleman | 2.50 | Correspond with working group re Project Lantern. |
| | Total: | 19.80 | |

A-6

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/08/2013 | Maureen McCarthy | 2.20 | Edit July fee application. |
| 10/10/2013 | Maureen McCarthy | 2.40 | Revise and finalize July fee application (2.2); prepare same for filing and service (.2). |
| 10/11/2013 | Maureen McCarthy | .80 | Prepare filed applications and searchable files re July fee application and monthly applications re 49th quarterly fee application. |
| 10/14/2013 | Mike Jones | .30 | Correspond with working group re response to fee auditor letter. |
| 10/14/2013 | Adam C Paul | .80 | Review and revise response to fee auditor letter. |
| 10/16/2013 | Ryan M Hehner | 2.40 | Review and revise September invoices. |
| 10/17/2013 | Mike Jones | .30 | Correspond with working group re invoices. |
| 10/17/2013 | Ryan M Hehner | 3.70 | Review and revise September invoices. |
| 10/17/2013 | Daniel Hill | .80 | Prepare and compile quarterly fee applications and orders. |
| 10/18/2013 | Ryan M Hehner | 1.50 | Review and revise September invoices (1.3); draft fee auditor response letter (.2). |
| 10/18/2013 | Daniel Hill | 1.00 | Prepare and compile quarterly fee applications and orders |
| 10/21/2013 | Mike Jones | 1.40 | Correspond with working group re response to fee auditor letter (.5); review and revise same (.9). |
| 10/21/2013 | Ryan M Hehner | .30 | Correspond with working group re fee auditor letter. |
| 10/21/2013 | Daniel Hill | .80 | Prepare and compile certificates of no objection re monthly fee applications. |
| 10/22/2013 | Ryan M Hehner | .40 | Revise fee auditor response letter (.3); correspond with working group re same (.1). |
| 10/22/2013 | Daniel Hill | .30 | Prepare binder re quarterly fee orders. |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/24/2013 | Mike Jones | 1.60 | Review and revise response to fee auditor letter (.9); correspond with working group re same (.4); correspond with working group re supplemental affidavit (.3). |
| 10/24/2013 | Ryan M Hehner | 1.90 | Office conference with M. Jones re invoices and fee auditor letter (.9); review conflicts reports and correspond with A. Brniak re same (.9); review revised fee auditor letter (.1). |
| 10/24/2013 | Andrew Brniak | .40 | Prepare and compile precedent re K&E supplemental declarations in support of retention (.3); correspond with R. Hehner re same (.1). |
| 10/25/2013 | Ryan M Hehner | .20 | Review revised fee auditor letter. |
| 10/25/2013 | Andrew Brniak | 1.00 | Prepare and compile precedent re K&E supplemental declarations in support of retention agreements (.9); correspond with R. Hehner re same (.1). |
| 10/25/2013 | Adam C Paul | .30 | Correspond with working group re response to fee auditor. |
| 10/28/2013 | Mike Jones | 1.70 | Correspond with working group re supplemental affidavit (.3); review and revise invoices (1.4). |
| 10/29/2013 | Mike Jones | 1.60 | Review and revise invoices (1.4); correspond with working group re same (.2). |
| 10/29/2013 | Daniel Hill | .40 | Compile certificates of no objection re monthly fee applications. |
| 10/30/2013 | Daniel Hill | 3.20 | Compile certificates of no objection re monthly fee applications (.3); prepare spreadsheet re fees/expenses (2.9). |
| 10/31/2013 | Mike Jones | .30 | Correspond with working group and fee auditor re response to fee auditor letter. |
| 10/31/2013 | Ryan M Hehner | .90 | Review conflicts reports and revise supplemental affidavit. |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/31/2013 | Jeffrey Gettleman | .10 | Correspond with M. Jones re supplemental declaration. |
| | Total: | 33.00 | |

## Matter 35 - Fee Applications, Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/17/2013 | Jeffrey Gettleman | .30 | Correspond with A. Paul re OCP issues (.1); telephone conference with A. Paul re same (.2). |
| 10/18/2013 | Jeffrey Gettleman | .60 | Telephone conference with R. Higgins re OCP invoice (.2); correspond with R. Higgins attaching Richards, Layton invoice (.1); correspond with R. Higgins and A. Paul re OCP issue (.3). |
| 10/23/2013 | Jeffrey Gettleman | .30 | Correspond with R. Higgins and R. Finke re Richards Layton OCP invoice (.1); correspond with A. Paul and D. Myers re same (.2). |
| | Total: | 1.20 | |

A-10

**Matter 37 - Plan and Disclosure Statement - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/2013 | Mike Jones | 4.80 | Review and revise Effective Date documents (2.7); correspond with working group re same (.5); review and analyze documents re funds flow memorandum (1.2); correspond with working group re same (.4). |
| 10/01/2013 | Kimberly K Love | .50 | Prepare and organize materials from L. Esayian for inclusion into case files (.2); prepare and organize materials requested by Norton Rose re certificates of no objection (.3). |
| 10/01/2013 | Jeffrey Gettleman | .50 | Correspond with R. Finke re timing of certiorari petitions (.1); correspond with A. Paul re appellate deadlines (.1); telephone conference with A. Paul re funds flow memorandum (.1); correspond with M. Jones re same (.2). |
| 10/01/2013 | Adam C Paul | 1.40 | Analyze legal issues re appeals (.6); prepare for Effective Date (.8). |
| 10/01/2013 | Rana Barakat | .50 | Review Supreme Court rules re deadlines to file certiorari petitions and determine deadlines for appellants to file petitions. |
| 10/01/2013 | John Donley, P.C. | .30 | Correspond with working group and client re Montana filing and deadlines. |
| 10/02/2013 | Mike Jones | .40 | Correspond with working group re funds flow memorandum. |
| 10/02/2013 | Kimberly K Love | .40 | Prepare and organize recently received materials for inclusion into case files. |
| 10/02/2013 | Jeffrey Gettleman | .70 | Correspond with working group re precedential funds flow memoranda (.3); office conference with M. Jones re same (.2); review and analyze precedential funds flow memorandum (.2). |
| 10/02/2013 | Adam C Paul | .50 | Correspond with M. Shelnitz re lender claims (.2); analyze AMH pleadings (.3). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/2013 | Rana Barakat | .50 | Review Supreme Court rules re deadlines for filing certiorari petitions (.2); draft summary for J. Donley re appellants' deadlines re same (.3). |
| 10/02/2013 | John Donley, P.C. | .50 | Correspond with R. Barakat re Montana filing and certiorari issues (.2); review recent pleadings and filings (.2); correspond with A. Paul re current emergence issues (.1). |
| 10/03/2013 | Mike Jones | 1.60 | Review and analyze Effective Date documents. |
| 10/03/2013 | Adam C Paul | 1.70 | Correspond with J. Donley re AMH appeal (.9); telephone conference with J. Donley re AMH and Sealed Air issues (.8). |
| 10/03/2013 | Rana Barakat | .20 | Office conference with J. Donley and L. Esayian re AMH's motion to reinstate appeals. |
| 10/03/2013 | John Donley, P.C. | 2.90 | Review AMH motions and Buckwalter rulings re same (.3); review and analyze history of motions and L. Esayian summary re same (.7); telephone conference with L. Esayian, A. Paul and R. Barakat re same (.3); correspond and telephone conference with A. Paul re current issues (.3); analyze lender, appeal and emergence issues (.8); telephone conference with M. Shelnitz and R. Finke re current issues (.5). |
| 10/04/2013 | Mike Jones | 2.20 | Review and analyze Effective Date documents. |
| 10/04/2013 | Adam C Paul | .20 | Correspond with M. Shelnitz re Sealed Air settlement. |
| 10/04/2013 | John Donley, P.C. | .70 | Analyze emergence issues (.5); correspond with M. Shelnitz and A. Paul re same (.2). |
| 10/07/2013 | Mike Jones | 1.70 | Review and analyze Effective Date documents. |
| 10/07/2013 | Jeffrey Gettleman | .30 | Correspond with A. Paul re telephone conference with D. Williamson re PD Trust. |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/07/2013 | Adam C Paul | 1.00 | Telephone conference with D. Williamson re PD Trust (.4); prepare for same (.2); analyze AMH pleadings (.4). |
| 10/07/2013 | Lisa G Esayian | .40 | Correspond with A. Paul re insurers' questions re potential amendments to Asbestos PI Trust agreement re Medicare reporting issues. |
| 10/08/2013 | Mike Jones | 2.10 | Office conference with J. Gettleman re PD Trust issues (.4); correspond with Trustee re same (.3); review and analyze documents re same (1.4). |
| 10/08/2013 | Jeffrey Gettleman | 2.20 | Correspond with working group re Effective Date planning (.9); correspond with working group re PD Trustee issues (1.2); correspond with A. Paul re Sealed Air settlement issues (.1). |
| 10/08/2013 | Adam C Paul | 1.80 | Telephone conference with FCR and M. Shelnitz re Effective Date status (.6); analyze Effective Date issues (1.2). |
| 10/08/2013 | John Donley, P.C. | .70 | Prepare for and participate in strategy call with client and ACC and FCR counsel (.5); review recent pleadings and filings (.2). |
| 10/08/2013 | Lisa G Esayian | 1.20 | Review and analyze Effective Date documents. |
| 10/09/2013 | Jeffrey Gettleman | .10 | Correspond with M. Jones re certificates of incorporation for reorganized Grace entities. |
| 10/09/2013 | Adam C Paul | 1.80 | Analyze lender claims (1.1); prepare for Effective Date (.7). |
| 10/09/2013 | Lisa G Esayian | 1.30 | Correspond with ACC and FCR counsel re issues re Arrowood settlement (.3); review and analyze same (1.0). |
| 10/10/2013 | Adam C Paul | 1.50 | Analyze default interest and lender claims (1.2); telephone conference with J. Donley re same (.3). |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/10/2013 | John Donley, P.C. | 1.90 | Analyze emergence issues and review plan documents, pleadings and transcripts re same (1.4); telephone conference with A. Paul re same (.2); telephone conference with R. Wyron re same (.3). |
| 10/10/2013 | Lisa G Esayian | 1.20 | Review and analyze issues re Effective Date and insurance settlements. |
| 10/11/2013 | Mike Jones | 1.30 | Review and analyze Effective Date documents. |
| 10/11/2013 | Kimberly K Love | 2.00 | Review files and obtain materials requested by J. Donley re bank lenders and various hearing transcripts (1.3); prepare and organize additional bank lender materials requested by N. Dukov (.7). |
| 10/11/2013 | Jeffrey Gettleman | 1.80 | Correspond with working group re lender appeal (.9); correspond with working group re exit financing (.6); correspond with working group re PD Trustee issues (.3). |
| 10/11/2013 | Adam C Paul | 3.20 | Analyze Effective Date tax claims (.1); telephone conference with M. Shelnitz re lender claims (.5); prepare for same (1.1); analyze exit solvency predicates (.4); analyze Effective Date issues (1.1). |
| 10/11/2013 | Nia Dukov | 1.80 | Legal research re potential recovery of attorneys' fees by lenders. |
| 10/11/2013 | John Donley, P.C. | 2.00 | Analyze and outline emergence issues (.9); telephone conference and correspond with J. Gettleman re same (.3); telephone conference with A. Paul re same (.3); telephone conference with A. Paul, M. Shelnitz and H. LaForce re same (.5). |
| 10/11/2013 | Lisa G Esayian | 1.30 | Review and analyze questions from certain insurers re insurance transfer agreement and Effective Date (.5); review and analyze issues re implementation of Royal and CNA settlements (.8). |
| 10/14/2013 | Mike Jones | .40 | Correspond with working group re PD Trust issues. |
| 10/14/2013 | Jeffrey Gettleman | .50 | Correspond with working group re PD Trustee (.3); correspond with M. Jones re interest question (.2). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/14/2013 | Adam C Paul | 2.40 | Telephone conference with R. Wyron re status and Effective Date (.7); analyze Effective Date issues (1.7). |
| 10/14/2013 | Nia Dukov | 3.10 | Research re potential recovery of attorneys' fees by lenders. |
| 10/14/2013 | John Donley, P.C. | .50 | Review and analyze emergence issues and review materials and correspondence from A. Paul and J. O'Connell re same. |
| 10/14/2013 | Lisa G Esayian | 1.80 | Telephone conference with A. Paul re potential revisions to Asbestos PI Trust agreement re Medicare lien and reporting issues (.3); review recent examples re same (.6); correspond with insurers' counsel re same (.4); review and analyze various Effective Date documents (.5). |
| 10/15/2013 | Nia Dukov | 1.60 | Legal research re potential recovery of attorneys' fees by lenders. |
| 10/15/2013 | John Donley, P.C. | .20 | Review and analyze Flintkote filings relevant to AMH and Montana appeals. |
| 10/15/2013 | Lisa G Esayian | 1.80 | Review supplemental briefing in Flintkote District Court appeal re Third Circuit rulings in WR Grace re "no future demands" (1.4); correspond with R. Finke re same (.4). |
| 10/16/2013 | Mike Jones | 3.10 | Correspond with working group re work in process (.7); correspond with working group re interest payments under plan (.4); review and analyze documents re same (1.2); draft summary of same (.8). |
| 10/16/2013 | Ryan M Hehner | 3.70 | Office conference with J. Gettleman re Effective Date issues (.4); review and analyze plan and Effective Date planning chart (2.4); office conference with M. Jones re same (.9). |

A-15

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 10/16/2013 | Jeffrey Gettleman | 1.40 | Correspond with M. Jones re research projects re closing documents (.1); office conference with R. Hehner re Effective Date and plan issues (.4); correspond with A. Paul re same (.2); office conference with M. Jones re PD Trustee issues and analysis of amended interest provisions in plan (.4); correspond with M. Jones re questions re "December 23" version of plan (.1); review M. Jones analysis of interest provision in plan (.2). |
| 10/16/2013 | Adam C Paul | 1.20 | Analyze lender appeal and Effective Date issues. |
| 10/16/2013 | John Donley, P.C. | .50 | Analyze bank lender emergence issues. |
| 10/16/2013 | Lisa G Esayian | .90 | Review and analyze issues re implementation of certain insurance settlements at Effective Date. |
| 10/17/2013 | Mike Jones | 2.80 | Correspond with working group re Sealed Air settlement agreement (.4); review and analyze same (1.6); correspond with working group re Medicare reporting requirements (.8). |
| 10/17/2013 | Jeffrey Gettleman | 4.00 | Correspond with working group re Sealed Air issues (1.2); review and revise Sealed Air settlement (1.2); correspond with working group re Medicare reporting issue (1.1); research re Sealed Air settlement issues (.3); correspond with working group re notice of submission (.2). |
| 10/17/2013 | Adam C Paul | 2.90 | Analyze and revise Sealed Air settlement agreement (1.1); telephone conference with M. Shelnitz re appeals (.9); analyze Medicare reporting requirements (.9). |
| 10/17/2013 | John Donley, P.C. | 3.30 | Analyze and outline emergence issues (.9); review and analyze Effective Date materials received from M. Jones (.3); telephone conference and correspond with A. Paul re same (.3); analyze certiorari and appeal issues (.5); telephone conferences with J. O'Neill re same (.3); telephone conference with C. Landau re same (.3); telephone conference with M. Shelnitz, A. Paul and R. Finke re same (.7). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/17/2013 | Lisa G Esayian | 1.40 | Correspond with A. Paul re potential plan documentation re Medicare reporting issues (.3); review updated information re same (.8); correspond with certain insurers' counsel re escrow issues re settlement funds (.3). |
| 10/18/2013 | Mike Jones | 4.90 | Review and revise Sealed Air settlement agreement (1.6); correspond with working group re same (.4); telephone conference and correspond with working group re Sealed Air claims (2.1); review and analyze same (.8). |
| 10/18/2013 | Ryan M Hehner | 1.80 | Office conference with M. Jones re Sealed Air settlement agreement order (.5); correspond with A. Brniak re same (.1); review and revise Sealed Air settlement agreement order (1.2). |
| 10/18/2013 | Andrew Brniak | 1.50 | Revise and review Sealed Air draft settlement agreement (.9); correspond with M. Jones re revisions of same (.1); prepare and compile precedent re settlement pleadings (.4); correspond with R. Hehner re same (.1). |
| 10/18/2013 | Jeffrey Gettleman | 3.10 | Correspond with working group re Sealed Air settlement agreement issues (1.1); review and revise same (1.6); correspond with working group re Medicare reporting issues (.4). |
| 10/18/2013 | Adam C Paul | 2.20 | Analyze and revise Sealed Air settlement agreement (.4); analyze Effective Date issues (.8); analyze Medicare reporting requirement (.9); correspond with J. Gettleman re Sealed Air settlement (.1). |
| 10/18/2013 | Nia Dukov | 6.30 | Legal research re potential recovery of attorneys' fees by lenders. |
| 10/18/2013 | Lisa G Esayian | 1.60 | Review and analyze Effective Date insurance documents (.8); draft summary for ACC's and FCR's counsel re potential Medicare reporting language for Asbestos PI Trust agreement (.8). |
| 10/19/2013 | Jeffrey Gettleman | .10 | Correspond with working group re issues in draft Sealed Air settlement agreement. |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/20/2013 | Ryan M Hehner | 3.10 | Review and revise settlement agreement order (2.3); correspond with M. Jones re same (.8). |
| 10/20/2013 | Nia Dukov | 3.60 | Research re potential recovery of attorneys' fees by lenders. |
| 10/21/2013 | Mike Jones | 2.80 | Review and revise Sealed Air settlement documents (.6); correspond with working group and client re same (.8); telephone conference and correspond with working group re Medicare reporting requirements (1.4). |
| 10/21/2013 | Ryan M Hehner | 2.20 | Prepare for telephone conference with working group (.1); attend same (.9); office conference with M. Jones re same (.3); review and revise settlement agreement (.3); legal research re plan modification standard (.6). |
| 10/21/2013 | Jeffrey Gettleman | 2.10 | Correspond with working group re Sealed Air settlement (1.2); review and analyze same (.6); correspond with working group re Medicare reporting requirements (.3). |
| 10/21/2013 | Adam C Paul | 4.60 | Telephone conference with ACC/FCR re Medicare reporting (1.1); prepare for same (.6); telephone conference with J. Donley re same (.3); telephone conference with M. Shelnitz re Sealed Air settlement agreement (.9); prepare for same (.9); analyze and revise Sealed Air settlement agreement (.8). |
| 10/21/2013 | Rana Barakat | 2.10 | Legal research re Supreme Court Rules re deadlines for filing certiorari petitions (.3); review Third Circuit pleadings for relevant filing dates (.5); draft memorandum re deadlines for filing certiorari petitions for AMH, Garlock, Montana, and the Crown (1.3). |
| 10/21/2013 | Nia Dukov | .40 | Legal research re potential recovery of attorneys' fees by lenders. |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/21/2013 | John Donley, P.C. | 1.70 | Review Medicare reporting materials (.3); telephone conference with A. Paul re Medicare and emergence issues (.3); correspond with R. Barakat re certiorari issues (.1); review and analyze research and analysis re bank lender issue and N. Dukov memorandum (.6); telephone conference with N. Dukov re same (.2); review and analyze recent pleadings and filings (.2). |
| 10/21/2013 | Lisa G Esayian | 4.70 | Telephone conference with P. Lockwood, R. Frankel, R. Wyron and A. Paul re issues re Medicare reporting provisions potentially to be added to Asbestos PI Trust agreement (.8); review and analyze follow-up issues re same (3.4); correspond with P. Lockwood, R. Frankel, R. Wyron and A. Paul re same (.5). |
| 10/22/2013 | Mike Jones | 4.80 | Correspond with working group re works in process (.5); review and analyze Sealed Air issues in plan (1.3); correspond with working group re same (.4); correspond with working group re Medicare reporting requirements (.6); review and analyze documents re same (.9); review and revise Sealed Air settlement agreement (.5); telephone conference and correspond with working group re same (.6). |
| 10/22/2013 | Ryan M Hehner | 1.40 | Legal research re plan modification standards. |
| 10/22/2013 | Jeffrey Gettleman | .30 | Correspond with A. Paul and M. Jones re legal issue in draft Sealed Air settlement agreement (.2); correspond with M. Jones re answers to questions of PD Trustee (.1). |
| 10/22/2013 | Adam C Paul | 3.20 | Analyze lender claims (1.1); review and edit Sealed Air settlement agreement (2.1). |
| 10/22/2013 | John Donley, P.C. | .70 | Review appeal and certiorari issues and correspond with P. Lockwood and R. Barakat re same (.3); correspond with L. Esayian, P. Lockwood and R. Wyron re Medicare reporting issue (.2); review and analyze materials re Speights appeals (.2). |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/22/2013 | Lisa G Esayian | 1.30 | Review and analyze Flintkote brief re future demands in confirmation appeal (.5); correspond with R. Finke re same (.3); correspond with ACC and FCR counsel re certain insurance escrow arrangements (.3); correspond with R. Finke re status of Speights' four District Court appeals (.2). |
| 10/23/2013 | Mike Jones | 1.60 | Review and revise Sealed Air settlement documents. |
| 10/23/2013 | Ryan M Hehner | 3.10 | Review and analyze revised settlement agreement and order (.1); legal research re plan modification standard (2.4); correspond with M. Jones re same (.6). |
| 10/23/2013 | Jeffrey Gettleman | 3.40 | Telephone conference with working group re Sealed Air settlement (1.1); correspond with working group re same (.9); review and revise documents re same (1.4). |
| 10/23/2013 | Adam C Paul | 4.30 | Review and edit Sealed Air settlement (3.1); telephone conference with M. Shelnitz re lender claims (.3); telephone conference with J. Donley re same (.9). |
| 10/23/2013 | John Donley, P.C. | 1.30 | Analyze lender legal issue (.3); telephone conference with A. Paul re same (.2); analyze emergence issues (.8). |
| 10/24/2013 | Mike Jones | 2.70 | Review and revise Sealed Air settlement documents (1.6); correspond with working group re same (.6); correspond with working group re work in process (.5). |
| 10/24/2013 | Ryan M Hehner | .60 | Office conference with M. Jones re settlement agreement and supplemental disclosure. |
| 10/24/2013 | Kimberly K Love | .40 | Review and analyze files and materials for information re upcoming omnibus hearings as requested by M. Jones. |
| 10/24/2013 | Jeffrey Gettleman | 2.30 | Correspond with working group re Sealed Air settlement (1.2); review and revise documents re same (1.1). |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/24/2013 | Adam C Paul | 3.70 | Review and revise Sealed Air settlement agreement. |
| 10/24/2013 | John Donley, P.C. | 1.20 | Analyze emergence issues (1.1); review recent Grace filings (.1). |
| 10/25/2013 | Mike Jones | .40 | Correspond with working group re Sealed Air settlement agreement. |
| 10/25/2013 | Ryan M Hehner | 3.10 | Review precedential settlement motions and correspond with A. Brniak re same (.8); draft Sealed Air settlement motion (1.8); legal research re 363(b) sales (.5). |
| 10/25/2013 | Jeffrey Gettleman | .60 | Correspond with A. Paul re call with D. Turetsky re draft Sealed Air settlement agreement (.1); office conference with A. Paul re call to D. Turetsky re draft Sealed Air settlement agreement (.1); telephone conference with D. Turetsky and A. Paul re edits to Sealed Air settlement agreement (.4). |
| 10/25/2013 | Adam C Paul | 1.60 | Analyze Effective Date issues (1.1); telephone conference with D. Turetsky re Sealed Air settlement (.5). |
| 10/28/2013 | Mike Jones | 4.60 | Correspond with working group re Sealed Air settlement documents (.7); correspond with working group re Effective Date planning (.9); review and revise Effective Date planning chart (1.6); review and revise Sealed Air settlement motion (1.4). |
| 10/28/2013 | Ryan M Hehner | 6.80 | Telephone conference with working group re Effective Date planning (1.8); review and revise Sealed Air settlement agreement motion and correspond with M. Jones re same (4.1); research re motion filing deadline and correspond with M. Jones re same (.9). |
| 10/28/2013 | Jeffrey Gettleman | 2.70 | Correspond with working group re Effective Date planning (1.2); review and analyze documents re same (1.1); correspond with working group re need for exit financing motion (.2); correspond with M. Jones re Sealed Air settlement and PD Trustee questions (.2). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/28/2013 | Adam C Paul | 1.80 | Telephone conference with creditor re status of appeals (.6); analyze Effective Date issues (1.2). |
| 10/28/2013 | Keith S Crow, P.C. | .20 | Review and analyze trust formation status. |
| 10/28/2013 | Lisa G Esayian | .80 | Review, analyze and provide comments re revised Royal escrow agreement (.6); research re status of Speights District Court appeals (.2). |
| 10/29/2013 | Mike Jones | 3.40 | Correspond with working group re Effective Date planning (.7); coordinate revision of Effective Date documents (1.2); telephone conference with working group re same (.8); review and revise Sealed Air settlement agreement (.7). |
| 10/29/2013 | Ryan M Hehner | 6.20 | Review and revise Sealed Air settlement agreement motion (5.4); office conference with M. Jones re same (.6); office and telephone conferences with J. Gettleman re tax annexes re same (.2). |
| 10/29/2013 | Daniel Hill | 3.10 | Prepare redlines of plan exhibits for circulation to plan proponents. |
| 10/29/2013 | Andrew Brniak | .20 | Correspond with J. Gettleman re final confirmed plan. |
| 10/29/2013 | Jeffrey Gettleman | 5.40 | Telephone conferences and correspond with working group re Effective Date documents (1.8); review and analyze same (3.6). |
| 10/29/2013 | Adam C Paul | 2.60 | Analyze Effective Date documents (2.2); correspond with M. Shelnitz and H. LaForce re shareholder restrictions in certificates of incorporation (.4). |
| 10/29/2013 | Keith S Crow, P.C. | .50 | Correspond with M. Jones re trust formation issues (.2); review and analyze trust agreements re formation mechanics (.3). |
| 10/29/2013 | Lisa G Esayian | 2.00 | Review and analyze Effective Date actions re insurance settlements (1.2); review and analyze new cases relevant to AMH class claims (.8). |

A-22

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/30/2013 | Mike Jones | .50 | Correspond with working group re Effective Date documents. |
| 10/30/2013 | Ryan M Hehner | 2.40 | Review and analyze tax Annex I and II re Sealed Air settlement (2.1); correspond with J. Gettleman re same (.3). |
| 10/30/2013 | Andrew Brniak | .30 | Correspond with R. Hehner re trust and settlement agreements. |
| 10/30/2013 | Jeffrey Gettleman | 2.10 | Correspond with working group re Effective Date planning (.5); review and analyze Third Circuit opinions (1.5); correspond with R. Hehner re analysis of Annexes I and II re Sealed Air settlement (.1). |
| 10/30/2013 | Adam C Paul | 3.30 | Analyze Effective Date issues (2.7); telephone conference with M. Shelnitz and J. Gettleman re same (.6). |
| 10/30/2013 | Keith S Crow, P.C. | 1.10 | Review and analyze trust formation and implementation steps (.8); review and revise trust by-laws (.3). |
| 10/31/2013 | Mike Jones | 1.70 | Correspond with working group re confirmation order documents (.4); review and analyze documents re same (.4); telephone conference with working group re Effective Date planning (.5); prepare for same (.4). |
| 10/31/2013 | Ryan M Hehner | .50 | Telephone conference with working group re Effective Date planning. |
| 10/31/2013 | Jeffrey Gettleman | 1.20 | Correspond with R. Hehner re Annex I and II re Sealed Air settlement (.2); correspond with A. Brniak re final approved version of confirmation order (.1); correspond with M. Jones and D. Hill re docket number for final confirmation order (.2); correspond with M. Jones and D. Hill re final confirmation order (.1); telephone conference with working group re client and plan proponent review of Effective Date closing documents, changes to certificates of incorporation and related issues (.5); correspond with M. Jones re research re PD Trustee questions (.1). |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/31/2013 | Adam C Paul | 1.10 | Analyze Effective Date issues. |
| 10/31/2013 | Keith S Crow, P.C. | .30 | Review and analyze trust formation issues. |
| | Total: | 236.20 | |

A-24

## Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/2013 | Todd F Maynes, P.C. | .30 | Telephone conferences with C. Finke re Annex I and II. |
| 10/02/2013 | Andrew Brniak | .50 | Prepare and compile Sealed Air agreement and related annexes (.4); correspond with T. Maynes and J. Gettleman re same (.1). |
| 10/02/2013 | Jeffrey Gettleman | .40 | Correspond with working group re Annex I and II. |
| 10/02/2013 | Todd F Maynes, P.C. | .30 | Review and analyze Annex I and II. |
| 10/03/2013 | Jeffrey Gettleman | .50 | Correspond with T. Maynes re questions re PI and PD Trust agreements (.1); review and analyze documents re same (.3); correspond with T. Maynes re same (.1). |
| 10/03/2013 | Todd F Maynes, P.C. | .30 | Review and analyze Annex I and II. |
| 10/04/2013 | Todd F Maynes, P.C. | .30 | Telephone conferences with C. Finke re Annex I and II. |
| 10/09/2013 | Stephen H Butler | 1.50 | Legal research re withholding tax issues (1.3); correspond with T. Maynes re same (.2). |
| 10/10/2013 | Jeffrey Gettleman | .30 | Correspond with T. Maynes, R. Higgins and A. Paul re tax reporting and withholding certificates. |
| 10/10/2013 | Todd F Maynes, P.C. | .50 | Correspond with working group re 1099 reporting. |
| 10/11/2013 | Todd F Maynes, P.C. | .40 | Correspond with working group re 1099 reporting. |
| 10/18/2013 | Stephen H Butler | 1.90 | Review Sealed Air settlement agreement (1.1); draft mark-up of tax comments re same (.6); correspond with J. Gettleman re same (.2). |
| 10/21/2013 | Todd F Maynes, P.C. | .50 | Telephone conference with working group re Sealed Air settlement (.3); legal research re same (.2). |
| 10/22/2013 | Todd F Maynes, P.C. | 1.00 | Telephone conference with working group re Sealed Air settlement (.4); legal research re same (.6). |
| 10/23/2013 | Todd F Maynes, P.C. | 1.40 | Telephone conference with working group re Sealed Air settlement (.6); legal research re same (.8). |

A-25

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/24/2013 | Todd F Maynes, P.C. | .50 | Telephone conference with working group re Sealed Air settlement (.2); legal research re same (.3). |
| 10/25/2013 | Todd F Maynes, P.C. | .30 | Telephone conference with working group re Sealed Air settlement (.1); legal research re same (.2). |
| 10/29/2013 | Stephen H Butler | .20 | Telephone conference with J. Gettleman and R. Higgins re QSF tax issues in restructuring. |
| 10/29/2013 | Jeffrey Gettleman | .50 | Telephone conference with R. Higgins and S. Butler re necessity for 2013 QSF motion (.2); review and analyze 2012 QSF motion and order re same (.1); correspond with R. Higgins re same (.1); correspond with R. Higgins and E. Filon re 2013 QSF motion (.1). |
| | Total: | 11.60 | |

A-26

## Matter 61 - Credit Agreement Advice - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/08/2013 | Adam C Paul | .30 | Analyze need for exit financing. |
| 10/08/2013 | Ashley S Gregory | 1.00 | Telephone conference with working group re financing issues. |
| 10/09/2013 | Kathryn K Leonard | .90 | Analyze financing issues. |
| 10/09/2013 | Jeffrey Gettleman | .30 | Correspond with A. Gregory re Grace exit financing (.1); correspond with K. Leonard and others re same (.1); correspond with A. Gregory and K. Leonard re same (.1). |
| 10/09/2013 | Ashley S Gregory | .90 | Telephone conference with company re financing issues. |
| 10/11/2013 | Christian O Nagler | 1.00 | Telephone conferences with working group re potential emergence financing (.8); correspond with working group re same (.2). |
| 10/11/2013 | Ashley S Gregory | .80 | Telephone conference with working group re exit financing. |
| 10/14/2013 | Kathryn K Leonard | 2.30 | Analyze financing issues. |
| 10/23/2013 | Kathryn K Leonard | .30 | Analyze financing issues. |
| 10/24/2013 | Kathryn K Leonard | 1.40 | Analyze financing issues. |
| 10/28/2013 | Kathryn K Leonard | 3.00 | Analyze financing issues. |
| 10/29/2013 | Ashley S Gregory | 2.00 | Review proposed precedent agreements and covenant summary (1.7); correspond with K. Leonard re same (.3). |
| 10/31/2013 | Christian O Nagler | 1.30 | Telephone conference with company re necessary documents for bond offering. |
| 10/31/2013 | Ashley S Gregory | .90 | Telephone conference with working group re financing status. |
| | Total: | 16.40 | |

A-27