**EXHIBIT B**

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $131.27 |
| Standard Copies or Prints | $609.70 |
| Color Copies or Prints | $316.80 |
| Overnight Delivery | $22.28 |
| Computer Database Research | $5,242.90 |
| **Total:** | **$6,322.95** |

KE 28854632.4

**Matter 52 – Expenses – Itemized Expenses**

| **Date** | **Amount** | **Description** |
|---|---|---|
| 9/04/2013 | 99.28 | LexisNexis, Computer Database Research, Eggert, Mary, 9/4/2013 |
| 9/05/2013 | 35.98 | West, Computer Database Research, Esayian, Lisa G., September 2013 |
| 9/11/2013 | 123.59 | LexisNexis, Computer Database Research, Eggert, Mary, 9/11/2013 |
| 9/12/2013 | 40.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 09/2013, Andrew Brniak |
| 9/12/2013 | 106.98 | LexisNexis, Computer Database Research, Gettleman, Jeffrey, 9/12/2013 |
| 9/12/2013 | 139.80 | West, Computer Database Research, Gettleman, Jeffrey, September 2013 |
| 9/12/2013 | 62.78 | West, Computer Database Research, Jones, Mike, September 2013 |
| 9/15/2013 | 534.21 | West, Computer Database Research, Dukov, Nia, September 2013 |
| 9/16/2013 | 85.87 | West, Computer Database Research, Donley, John W., September 2013 |
| 9/16/2013 | 131.32 | West, Computer Database Research, Love, Kimberly, September 2013 |
| 9/17/2013 | 5.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 09/2013, Daniel Hill |
| 9/18/2013 | 91.19 | LexisNexis, Computer Database Research, Eggert, Mary, 9/18/2013 |
| 9/25/2013 | 99.30 | LexisNexis, Computer Database Research, Eggert, Mary, 9/25/2013 |
| 9/30/2013 | 3.95 | InterCall - Third Party Telephone Charges, J. Gettleman, 9/30/13 |
| 9/30/2013 | 59.45 | InterCall - Third Party Telephone Charges, J. Donley, 9/30/13 |
| 9/30/2013 | 5.05 | InterCall - Third Party Telephone Charges, M. Jones, 9/30/13 |
| 9/30/2013 | 14.46 | InterCall - Third Party Telephone Charges, A. Paul, 9/30/13 |
| 10/01/2013 | 15.60 | Standard Copies or Prints |
| 10/01/2013 | .50 | Standard Prints |
| 10/01/2013 | .10 | Standard Prints |
| 10/01/2013 | 34.65 | Color Prints |
| 10/01/2013 | 4.95 | Color Prints |
| 10/02/2013 | .70 | Standard Prints |
| 10/02/2013 | 94.02 | LexisNexis, Computer Database Research, Eggert, Mary, 10/2/2013 |
| 10/04/2013 | 4.10 | Standard Copies or Prints |
| 10/04/2013 | 3.90 | Standard Prints |
| 10/04/2013 | .40 | Standard Prints |
| 10/04/2013 | 1,398.60 | Pacer Service Center, Computer Database Research, 7/1/2013 thru 9/30/2013 |
| 10/07/2013 | 8.10 | LexisNexis, Computer Database Research, Eggert, Mary, 10/7/2013 |
| 10/08/2013 | 5.00 | Standard Prints |
| 10/08/2013 | 2.40 | Standard Prints |
| 10/09/2013 | .10 | Standard Copies or Prints |

B-3

| Date | Amount | Description |
|---|---:|---|
| 10/09/2013 | 11.60 | Standard Prints |
| 10/09/2013 | 9.30 | Standard Prints |
| 10/09/2013 | 76.45 | Color Prints |
| 10/09/2013 | 89.97 | LexisNexis, Computer Database Research, Eggert, Mary, 10/9/2013 |
| 10/10/2013 | 3.90 | Standard Prints |
| 10/10/2013 | 4.30 | Standard Prints |
| 10/15/2013 | 17.70 | Standard Prints |
| 10/16/2013 | 5.40 | Standard Prints |
| 10/16/2013 | 8.20 | Standard Prints |
| 10/17/2013 | 96.00 | Standard Copies or Prints |
| 10/17/2013 | 2.92 | West, Computer Database Research, Gettleman, Jeffrey, October 2013 |
| 10/20/2013 | 1,873.89 | West, Computer Database Research, Dukov, Nia, October 2013 |
| 10/21/2013 | 12.80 | Standard Prints |
| 10/21/2013 | 3.30 | Standard Prints |
| 10/21/2013 | 3.30 | Standard Prints |
| 10/21/2013 | 23.90 | Standard Prints |
| 10/21/2013 | 10.70 | Standard Prints |
| 10/21/2013 | 7.30 | Standard Prints |
| 10/21/2013 | 2.00 | Standard Prints |
| 10/21/2013 | 20.90 | Color Prints |
| 10/22/2013 | 12.70 | Standard Prints |
| 10/22/2013 | 13.50 | Standard Prints |
| 10/22/2013 | 12.80 | Standard Prints |
| 10/23/2013 | 20.35 | Color Prints |
| 10/23/2013 | 20.35 | Color Prints |
| 10/23/2013 | 20.35 | Color Prints |
| 10/24/2013 | 4.10 | Standard Prints |
| 10/24/2013 | 4.00 | Standard Prints |
| 10/24/2013 | 61.60 | Standard Prints |
| 10/24/2013 | 17.05 | Color Prints |
| 10/24/2013 | 20.35 | Color Prints |
| 10/24/2013 | 12.10 | Color Prints |
| 10/24/2013 | 17.05 | Color Prints |
| 10/24/2013 | 3.30 | Color Prints |
| 10/24/2013 | 15.40 | Color Prints |
| 10/24/2013 | 11.00 | Color Prints |
| 10/25/2013 | 1.65 | Color Copies or Prints |
| 10/25/2013 | 20.35 | Color Prints |

B-4

| Date | Amount | Description |
|---|---|---|
| 10/25/2013 | .55 | Color Prints |
| 10/25/2013 | 22.28 | Fed Exp to: Warren H. Smith, Rockwall, TX from: Adam Paul |
| 10/28/2013 | 51.30 | Standard Copies or Prints |
| 10/28/2013 | 5.40 | Standard Prints |
| 10/28/2013 | 2.90 | Standard Prints |
| 10/28/2013 | 3.90 | Standard Prints |
| 10/29/2013 | 137.18 | West, Computer Database Research, Hehner, Ryan, October 2013 |
| 10/30/2013 | 82.92 | West, Computer Database Research, Esayian, Lisa G., October 2013 |
| 10/31/2013 | 9.05 | InterCall - Third Party Telephone Charges, J. Donley, 10/31/13 |
| 10/31/2013 | 19.99 | InterCall - Third Party Telephone Charges, A. Paul, 10/31/13 |
| 10/31/2013 | 19.32 | InterCall - Third Party Telephone Charges, M. Jones, 10/31/13 |
| 10/31/2013 | 10.20 | Standard Copies or Prints |
| 10/31/2013 | 48.50 | Standard Prints |
| 10/31/2013 | 3.60 | Standard Prints |
| 10/31/2013 | .20 | Standard Prints |
| 10/31/2013 | 122.50 | Standard Prints |
| Total: | 6,322.95 | |

B-5