## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,1 | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 21, 2014** |
| | ) | |

## SUMMARY APPLICATION OF THE LAW OFFICES OF ROGER HIGGINS, LLC, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM NOVEMBER 1, 2013, THROUGH NOVEMBER 30, 2013

| | |
|---|---|
| Name of Applicant: | The Law Offices of Roger Higgins, LLC[2] |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | Retention Order entered February 4, 2011, effective as of March 1, 2011 |
| Period for which compensation and reimbursement is sought: | November 1, 2013, to November 30, 2013 |
| Amount of Compensation sought as actual, reasonable and necessary: | $60,467.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $491.95 |

This is a X monthly ___ interim __ final application.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]    Please note that, as of April 2, 2012, Baer Higgins Fruchtman LLC changed its name to the Law Offices of Roger J. Higgins, LLC.

The total time expended for the preparation of this application is approximately 5.0 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $2,000.00.

This is the monthly application of The Law Offices of Roger Higgins, LLC ("RJH") for interim compensation of services for the interim fee period November 1, 2013, through November 30, 2013. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| February 28, 2011 | Jan.1-31, 2011 | $106,532.50 | $7,884.34 | Interim approval | Interim approval |
| March 28, 2011 | Feb. 1-28, 2011 | $141,095.00 | $6,912.07 | Interim approval | Interim approval |
| April 29, 2011 | March 1-31, 2011 | $94,245.00 | $5,623.31 | Interim approval | Interim approval |
| May 31, 2011 | Jan.- Mar., 2011 | $341,872.50 | $20,419.72 | Interim approval | Interim approval |
| June 6, 2011 | April 1-30, 2011 | $126,115.00 | $6,719.75 | Interim approval | Interim approval |
| June 28, 2011 | May 1-31, 2011 | $137,742.50 | $649.13 | Interim approval | Interim approval |
| July 28, 2011 | June 1-31, 2011 | $179,485.00 | $7,869.26 | Interim approval | Interim approval |
| August 2, 2011 | Apr.-June 2011 | $443,342.50 | $15,238.14 | Interim approval | Interim approval |
| August 29, 2011 | July 1-31, 2011 | $117,850.00 | $5,127.01 | Interim approval | Interim approval |
| September 28, 2011 | Aug. 1-31, 2011 | $95,347.50 | $812.62 | Interim approval | Interim approval |
| October 28, 2011 | Sept. 1-30, 2011 | $146,110.00 | $1,716.51 | Interim approval | Interim approval |
| November 8, 2011 | July – Sept. 2011 | $359,307.50 | $7,656.14 | Interim approval | Interim approval |
| November 29, 2011 | Oct. 1-31, 2011 | $127,765.00 | $2,158.14 | Interim approval | Interim approval |
| December 28, 2011 | Nov. 1-30, 2011 | $104,060.00 | $2,036.03 | Interim approval | Interim approval |
| January 30, 2012 | Dec. 1-31, 2011 | $75,292.50 | $1,761.64 | Interim approval | Interim approval |
| February 10, 2012 | Oct. – Dec. 2011 | $307,117.50 | $5,955.81 | Interim approval | Interim approval |
| February 28, 2012 | Jan. 1-31, 2012 | $106,890.00 | $3,990.82 | Interim approval | Interim approval |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| March 28, 2012 | Feb. 1-29, 2012 | $107,737.50 | $1,069.63 | Interim approval | Interim approval |
| April 30, 2012 | Mar. 1-31, 2012 | $77,852.50 | $1,046.00 | Interim approval | Interim approval |
| May 2, 2012 | Jan.- Mar., 2012 | $292,480.00 | $6,106.45 | Interim approval | Interim approval |
| May 28, 2012 | Apr. 1-30, 2012 | $70,585.00 | $1,148.83 | Interim approval | Interim approval |
| July 3, 2012 | May 1-31, 2012 | $77,995.00 | $1,044,40 | Interim approval | Interim approval |
| July 30, 2012 | June 1-30, 2012 | $43,557.50 | $742.78 | Interim approval | Interim approval |
| August 7, 2012 | Apr.-June 2012 | $192,137.50 | $2,838.97 | Interim approval | Interim approval |
| August 31, 2012 | July 1-31, 2012 | $33,820.00 | $1,151.82 | Interim approval | Interim approval |
| October 1, 2012 | Aug.1-31, 2012 | $44,157.50 | $530.23 | Interim approval | Interim approval |
| November 7, 2012 | Sept. 1-30, 2012 | $36,147.50 | $571.31 | Interim approval | Interim approval |
| November 16, 2012 | July -Sept. 2012 | $114,125.00 | $2,350.40 | Interim approval | Interim approval |
| November 28, 2012 | Oct. 1-31, 2012 | $62,082.50 | $2,488.31 | Interim approval | Interim approval |
| January 2, 2013 | Nov. 1-30, 2012 | $62,993.50 | $1,188.23 | Interim approval | Interim approval |
| January 28, 2013 | Dec. 1-31, 2012 | $38,902.50 | $520.23 | Interim approval | Interim approval |
| February 14, 2013 | Oct.-Dec. 2012 | $163,978.50 | $3,528.77 | Interim approval | Interim approval |
| March 4, 2013 | Jan. 1-31, 2013 | $86,877.50 | $520.23 | Interim approval | Interim approval |
| March 28, 2013 | Feb. 1-28, 2013 | $70,585.00 | $711.47 | Interim approval | Interim approval |
| April 29, 2013 | Mar. 1-31, 2013 | $46,075.00 | $724.60 | Interim approval | Interim approval |
| May 15, 2013 | Jan.-Mar. 2013 | $203,537.50 | $1,956.30 | Interim approval | Interim approval |
| July 1, 2013 | May 1-31, 2013 | $50,540.00 | $581.59 | Interim approval | Interim approval |
| July 3, 2013 | April 1-30, 2013 | $77,472.50 | $992.93 | Interim approval | Interim approval |
| July 28, 2013 | June 1-30, 2013 | $39,472.50 | $550.95 | Interim approval | Interim approval |
| July 29, 2013 | April-June 2013 | $167,485.00 | $2,125.47 | Interim approval | Interim approval |
| August 28, 2013 | July 1-31, 2013 | $39,092.50 | $723.05 | Interim approval | Interim approval |
| October 1, 2013 | Aug. 1-31, 2013 | $38,665.00 | $490.00 | Interim approval | Interim approval |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| October 29, 2013 | Sept. 1-30, 2013 | $55,670.00 | $491.95 | Interim approval | Interim approval |
| November 15, 2013 | July-Sept. 2013 | $133,570.00 | $1,705.00 | Pending | Pending |
| December 3, 2013 | Oct. 1-31, 2013 | $78,280.00 | $839.28 | Interim approval | Interim approval |

The following RJH attorney rendered professional services in these cases during the Fee Period:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Roger J. Higgins | Member | 1999 | Restructuring | $475.00 | 127.30 | $60,467.50 |
| Totals for Attorneys | | | | | 127.30 | $60,467.50 |

There are no paraprofessionals of RJH who rendered professional services in these cases during the Fee Period that have charged fees to the Debtors.

Grand Total for Fees:        $60,467.50

Grand Total for Expenses:   $491.95

## COMPENSATION BY MATTER SUMMARY

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|:---:|---|---:|---:|
| 4 | Case Administration | 2.50 | $1,187.50 |
| 6 | Claim Analysis Objection & Resolution (Non-asbestos) | 54.00 | $25,650.00 |
| 10 | Employment Applications, Others | 2.80 | $1,330.00 |
| 11 | Fee Applications, Applicant | 2.00 | $950.00 |
| 12 | Fee Applications, Others | 0.50 | $237.50 |
| 14 | Hearings | 0.50 | $237.50 |
| 15 | Litigation and Litigation Consulting | 3.50 | $1,662.50 |
| 16 | Plan and Disclosure Statement | 61.50 | $29,212.50 |
| **Totals for Matters** | | **127.30** | **$60,467.50** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| Facsimile | $16.95 |
| Online research | $475.00 |
| **Total:** | **$491.95** |

WHEREFORE, RJH respectfully requests (a) that an allowance be made to it, as fully described above for: (i) 80% of the amount of $60,467.50 for reasonable and necessary professional services RJH has rendered to the Debtors during the Fee Period ($48,374.00); and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by RJH during the Fee Period ($491.95); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated:   December 31, 2013                    Respectfully submitted,

The Law Offices of Roger Higgins, LLC

Roger J. Higgins

The Law Offices of Roger Higgins, LLC
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 836-4022

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[3] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  January 21, 2014** |
| | ) | |

**FEE AND EXPENSE DETAIL FOR THE LAW OFFICES OF ROGER HIGGINS, LLC,
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY
INTERIM PERIOD FROM NOVEMBER 1, 2013, THROUGH NOVEMBER 30, 2013**

## Compensation by Matter Summary

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 4 | Case Administration | 2.50 | $1,187.50 |
| 6 | Claim Analysis Objection & Resolution (Non-asbestos) | 54.00 | $25,650.00 |
| 10 | Employment Applications, Others | 2.80 | $1,330.00 |
| 11 | Fee Applications, Applicant | 2.00 | $950.00 |
| 12 | Fee Applications, Others | 0.50 | $237.50 |
| 14 | Hearings | 0.50 | $237.50 |
| 15 | Litigation and Litigation Consulting | 3.50 | $1,662.50 |
| 16 | Plan and Disclosure Statement | 61.50 | $29,212.50 |

---

[3]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| **Totals for Matters** | | 127.30 | $60,467.50 |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Online research | $475.00 |
| Total: | **$491.95** |

<u>**EXHIBIT A**</u>

**November 2013 Fee Detail**

**Matter 4**                                    **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 11/4/2013 | Respond to creditor inquiries (.40). | .40 | $475 | $190.00 |
| RJH | 11/8/2013 | Respond to multiple creditor inquiries (.80). | .80 | $475 | $380.00 |
| RJH | 11/11/2013 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| RJH | 11/12/2013 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 11/25/2013 | Respond to various creditor inquiries (.50). | .50 | $475 | $237.50 |
| **Total** | | | 2.50 | | $1,187.50 |

**Matter 6**                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 11/1/2013 | Revise employee claims objection (2.20); prepare same for filing (.50); analyze and resolve issues re same (.30); analyze issues re Hanmar/Hankin (.90); exchange correspondence with various parties re same (.60). | 4.50 | $475 | $2,137.50 |
| RJH | 11/4/2013 | Legal analysis re Hanmar/Hankin claim (3.00); telephone conference with A. Schlesinger re same and other issues (.60); analyze issues re Wolter-Owens settlement agreement and draft correspondence re same (.50); telephone conference with J. Wolter re same (.40). | 4.50 | $475 | $2,137.50 |
| RJH | 11/5/2013 | Analyze Hanmar/Hankin counsel letter of 11/1/13 (1.30); legal research re same (1.00); telephone conference with M. Owens re settlement agreement issues (.30); telephone conference with J. McFarland re same (.40); analyze issues re same (.20); exchange correspondence with various parties re same (.20). | 3.40 | $475 | $1,615.00 |
| RJH | 11/6/2013 | Legal analysis re Hanmar claim (1.00); telephone conference with R. Finke re same and other issues (1.10); revise Wolter/Owen stipulation and circulate for comment (1.00). | 3.10 | $475 | $1,472.50 |
| RJH | 11/7/2013 | Revise Wolter & Owens stipulation and circulate for execution (1.20); analyze and resolve issues re Bolduc and other VSPP recipient payments (.80). | 2.00 | $475 | $950.00 |
| RJH | 11/8/2013 | Analyze Wachovia L/C issues (.80); exchange correspondence with various parties re same (.20). | 1.00 | $475 | $475.00 |
| RJH | 11/11/2013 | Prepare for telephone conference with J. Carignan re Hanmar claim (.30); participate in same (.50); analyze issues re same (1.70); analyze employee claim payment issues (.50); participate in telephone conference with S. Scarlis and R. Finke re same (.60); ; analyze open scheduled claims issues (1.00); telephone conference with C. Finke re open tax claims and other issues (.60). | 5.20 | $475 | $2,470.00 |
| RJH | 11/12/2013 | Legal analysis re open scheduled claims and revise reports re same (2.00); telephone conference with M. Araki re same (.60); further revise reports re same (.90); telephone conference with R. Finke re same (.30); telephone conference with V. Finkelstein and S. Dempsey re remaining open real estate claims (.80); legal analysis re same (.70); legal analysis re Hanmar claim (.30); revise open claims task list (.70). | 6.30 | $475 | $2,992.50 |

2

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 11/13/2013 | Analyze Hanmar/Hankin issues (2.30); analyze open real estate claim issues (.70); analysis re LWD claim (.50); exchange correspondence with various parties re same (.30); telephone conference with L. Duff and E. Dwyer re same (.40). | 4.20 | $475 | $1,995.00 |
| RJH | 11/14/2013 | Revise open scheduled claims reports and circulate for comment (.80). | .80 | $475 | $380.00 |
| RJH | 11/19/2013 | Analyze unresolved claims issues (1.00). | 1.00 | $475 | $475.00 |
| RJH | 11/20/2013 | Telephone conference with M. Kiley re RAR-generated state tax payment issues (.60); legal research re same (.80). | 1.40 | $475 | $665.00 |
| RJH | 11/21/2013 | Review and analyze open claims issues and various reports re same (1.70). | 1.70 | $475 | $807.50 |
| RJH | 11/22/2013 | Analyze M. Araki open claims report (1.40); participate in telephone conference with M. Araki and A. Schlesinger re same (2.50); further analyze tax claim issues (.40). | 4.30 | $475 | $2,042.50 |
| RJH | 11/25/2013 | Analyze and comment on Blackstone claims analysis (2.90); analyze and resolve open scheduled claims issues and update status lists re same (.90); analyze and resolve issues re Holme Roberts (.40). | 4.20 | $475 | $1,995.00 |
| RJH | 11/26/2013 | Update claims task list and analyze issues re same (2.00); further analyze and comment on Blackstone remaining claims analysis (1.70); participate in telephone conferences with A. Schlesinger, M. Araki and J. Federbush re same (1.50); analyze and resolve various employee claims issues (.90); follow up re execution of Wolter/Owens stipulation (.30). | 6.40 | $475 | $3,040.00 |
| **Total** | | | 54.00 | | $25,650.00 |

3

**Matter 10**                                     **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 11/25/2013 | Update chart re professionals' affidavits and claims (2.80). | 2.80 | $475 | $1,330.00 |
| **Total** | | | 2.80 | | $1,330.00 |

4

**Matter 11**                                     **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 11/13/2013 | Prepare quarterly fee application (1.50). | 1.50 | $475 | $712.50 |
| RJH | 11/15/2013 | Revise quarterly fee application and prepare for filing (.50). | .50 | $475 | $237.50 |
| **Total** | | | 2.00 | | $ 950.00 |

**Matter 12**                                    **Fee Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 11/11/2013 | Review and analyze Baker Donelson fee report (.30); telephone conference with F. Childress re same (.20). | .50 | $475 | $237.50 |
| **Total** | | | 0.50 | | $ 237.50 |

6

**Matter 14**                                      **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 11/6/2013 | Analyze issues re prospective hearing dates and exchange correspondence re same (.50). | .50 | $475 | $237.50 |
| **Total** | | | .50 | | $237.50 |

**Matter 15**                                    **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/26/2013 | Analyze issues re letter rogatory and exchange correspondence re same (1.00); telephone conference with A. Paul and R. Finke re same (.50). | 1.50 | $475 | $712.50 |
| RJH | 11/27/2013 | Legal research re letter rogatory issue (1.90); exchange correspondence with J. O'Neill re same (.10). | 2.00 | $475 | $950.00 |
| **Total** | | | 3.50 | | $1,662.50 |

8

Matter 16                                    **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 11/4/2013 | Draft QSF motion (.80); legal research re same (.50); review and analyze client documents re emergence issues (.80); telephone conference with S. Scarlis, B. Dockman, R. Finke et al. re same (1.00); telephone conference with S. Scarlis in preparation for same (.30). | 3.40 | $475 | $1,615.00 |
| RJH | 11/5/2013 | Participate in telephone conference with plan sponsors' counsel (1.20); draft QSF settlement motion (4.30); telephone conference with M. Jones re effective date issues (.80); analyze issues re same (.40). | 6.70 | $475 | $3,182.50 |
| RJH | 11/6/2013 | Legal analysis re effective date issues (.80); telephone conference with M. Araki re same (.70). | 1.50 | $475 | $712.50 |
| RJH | 11/7/2013 | Telephone conference with company and advisors re allowed claims exhibit and other emergence issues (1.00); analyze and resolve emergence issues (.70). | 1.70 | $475 | $807.50 |
| RJH | 11/11/2013 | Analyze W-9 issues and revise draft notice re same (1.50); analyze other effective date issues (.40); telephone conference with M. Araki re same (.70); legal research re unclaimed distributions (.50). | 3.10 | $475 | $1,472.50 |
| RJH | 11/12/2013 | Revise QSF motion (2.00); telephone conference with E. Filon re same (.40); incorporate comments to form of W-9 notice (1.10); telephone conference with J. Gettleman re effective date issues (.30); analyze and resolve same (.20). | 4.00 | $475 | $1,900.00 |
| RJH | 11/13/2013 | Review and analyze W-9 notice and resolve issues re same (1.30); telephone conference with M. Araki re same (.30); review and revise QSF motion and circulate for comment (1.10). | 2.70 | $475 | $1,282.50 |
| RJH | 11/14/2013 | Analyze and resolve effective date issues (2.00); revise W-9 notice (.60); telephone conference with M. Araki re same (.30); participate in telephone conference with company and advisors re effective date preparations (.70); telephone conference with E. Filon, J. O'Connell et al. re qualified settlement fund motion (.70); revise same and circulate for comment (1.00); telephone conference with J. Gettleman re bank lender stipulation issue (.40); analyze issues re same (.20). | 5.90 | $475 | $2,802.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 11/15/2013 | Legal research re effective date issues (2.50); telephone conference with J. Gettleman re same (.20); exchange correspondence with M. Jones re related issues (.30); telephone conference with A. Paul re various effective date and other case issues (.30); analyze allowed claims exhibit issues (.90); telephone conference with M. Araki re same (.20); review and analyze 11-6 draft effective date documents (1.30). | 5.70 | $475 | $2,707.50 |
| RJH | 11/18/2013 | Analyze and comment on S. Scarlis presentation (1.20); analyze and respond to R. Finke comments re same (.60); telephone conferences with J. Federbush and A Schlesinger re funds flow issues (.90); telephone conference with M. Araki re effective date issues (.60); analyze and resolve effective date issues (1.30). | 4.60 | $475 | $2,185.00 |
| RJH | 11/19/2013 | Analyze effective date issues (1.50); telephone conference with S. Scarlis et al. re allowed claims exhibit (1.30); exchange correspondence with various parties re same (.80); telephone conferences with A. Schlesinger re same (.50); telephone conference with R. Finke re same (.30); review and revise QSF motion and circulate same for comment (.80). | 5.20 | $475 | $2,470.00 |
| RJH | 11/20/2013 | Prepare for conference call with H. LaForce et al. re allowed claims exhibit and other emergence issues (.50); participate in same (1.20); follow-up conference call with A. Schlesinger re same (.40); telephone conference with R. Finke re same and other issues (.40); analyze open effective date issues (1.10); analyze issues re QSF motion (1.00); revise same (.50); exchange correspondence with P. Lockwood and A. Schlesinger re same (.80). | 5.90 | $475 | $2,802.50 |
| RJH | 11/21/2013 | Exchange correspondence with various parties re QSF motion (.50); revise same (2.20); participate in update conference call with company and professionals re allowed claims exhibit (1.00); telephone conference re follow-up items from H. LaForce conference call with A. Schlesinger and M. Araki (1.70); analyze issues re same (.60); analyze and resolve various effective date issues (.60). | 6.60 | $475 | $3,135.00 |
| RJH | 11/22/2013 | Further revise QSF motion (2.50); prepare same for filing (.30); telephone conferences with D. Teichen re same (.50); exchange correspondence with various parties re same (.60); analyze emergence issues raised by L. Gardiner correspondence (.60). | 4.50 | $475 | $2,137.50 |
| **Total** | | | 61.50 | | $29,212.50 |

## Exhibit B

**September 2013 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Online research | $475.00 |
| **Total**: | **$491.95** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| **Total** | **$0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 12/6/2013 | $16.95 | Fax and other charges - November |
| 12/15/2013 | $475.00 | Lexis Nexis - Grace charges for November |
| **Total** | **$491.95** | |

Total November 2013 Expenses: $491.95