**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                11/30/2013
Wilmington  DE                                            ACCOUNT NO:        3000-01D
                                                          STATEMENT NO:             110

Asset Analysis and Recovery

PREVIOUS BALANCE                                                              $7.80

BALANCE DUE                                                                   $7.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2013
ACCOUNT NO:        3000-02D
STATEMENT NO:               150

Asset Disposition

PREVIOUS BALANCE                                                                          $240.10

BALANCE DUE                                                                               $240.10

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2013
ACCOUNT NO:     3000-03D
STATEMENT NO:              134

Business Operations

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $1,084.20 |
| 11/25/2013 | | | | |
| MTH | Reviewing Debtors' Motion re QSF and drafting e-mail to PVNL and Charter Oak re thoughts re same | | 0.70 | 273.00 |
| 11/26/2013 | | | | |
| MTH | Reviewing correspondence from PVNL re QSF Motion, additional review of Motion re same | | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.90 | 351.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.90 | $390.00 | $351.00 |

TOTAL CURRENT WORK                                                          351.00

| 11/05/2013 | Payment - Thank you. (August, 2013 - 80% Fees) | -343.20 |
|---|---|---|

BALANCE DUE                                                                  $1,092.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                           11/30/2013
Wilmington  DE                                              ACCOUNT NO:        3000-04D
                                                            STATEMENT NO:            150

Case Administration

PREVIOUS BALANCE                                                                $1,363.47

11/05/2013      Payment - Thank you. (August, 2013 - 80% Fees)                     -93.60

BALANCE DUE                                                                     $1,269.87

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2013
ACCOUNT NO:      3000-05D
STATEMENT NO:            150

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                                $2,321.60

BALANCE DUE                                                                        $2,321.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2013
ACCOUNT NO:      3000-06D
STATEMENT NO:           150

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                         -$194.70

|  |  | | HOURS | |
|---|---|---|---|---|
| 11/01/2013 | | | | |
| | MTH | Reviewing Debtors' Objection to Employee Claims | 0.30 | 117.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.30 | 117.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $390.00 | $117.00 |

TOTAL CURRENT WORK                                                                       117.00

CREDIT BALANCE                                                                            -$77.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 11/30/2013 |
| Wilmington  DE | ACCOUNT NO:     3000-07D |
| | STATEMENT NO:            150 |

Committee, Creditors, Noteholders, Equity Holders

|  |  |
|---|---|
| PREVIOUS BALANCE | $11,987.36 |

| | | | HOURS | |
|---|---|---|---|---|
| **11/01/2013** | | | | |
| | MK | Review committee events calendar and update attorney's case calendar. | 0.10 | 15.50 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Review and update subpoena tracking chart with newly received subpoenas | 0.10 | 11.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos; reviewing correspondence from SMC to Committee re same | 0.40 | 156.00 |
| | MTH | Reviewing various Committee information and correspondence with ACM and EB re same | 1.60 | 624.00 |
| **11/04/2013** | | | | |
| | PEM | Telephone conference with MH re: pending matters and ACC open issues. | 0.30 | 141.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute | 0.20 | 22.00 |
| | MTH | Committee conference call | 1.20 | 468.00 |
| | MTH | Preparing for Committee conference call; reviewing correspondence from ACM re same | 0.50 | 195.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **11/05/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute | 0.10 | 11.00 |
| | MTH | Review correspondence from EB re Committee minutes | 0.10 | 39.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |

Page: 2
11/30/2013

W.R. Grace

ACCOUNT NO:        3000-07D
STATEMENT NO:              150

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| **11/06/2013** | | | | |
| | PEM | Review medicare reporting language re: insurer requests. | 0.40 | 188.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **11/07/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review correspondence from ACM re Committee correspondence | 0.30 | 117.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **11/08/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Review correspondence from JS re weekly update | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos; reviewing correspondence from SMC to Committee re same | 0.50 | 195.00 |
| **11/10/2013** | | | | |
| | DAC | Review counsel's weekly memo | 0.40 | 208.00 |
| | DAC | Review memo re: Medicare issue | 0.20 | 104.00 |
| **11/11/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review correspondence from SMC re daily pleadings | 0.10 | 39.00 |
| **11/12/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **11/13/2013** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review correspondence from SMC re daily memo | 0.10 | 39.00 |

Page: 3
W.R. Grace                                                                        11/30/2013
                                                              ACCOUNT NO:        3000-07D
                                                              STATEMENT NO:           150

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **11/14/2013** | | | | |
| | MK | Review of plan related documents and document organization for critical documents. | 4.30 | 666.50 |
| | FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **11/15/2013** | | | | |
| | MK | Continue work to organize documents. | 2.30 | 356.50 |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos; reviewing correspondence from SMC to Committee re same | 0.50 | 195.00 |
| **11/18/2013** | | | | |
| | PEM | Address claimant and law firm inquiries. | 0.60 | 282.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review correspondence from JS re weekly update | 0.10 | 39.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **11/19/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Drafting minutes of Committee meeting (.8); correspondence with ACM and EB re same (.2) | 1.00 | 390.00 |
| **11/20/2013** | | | | |
| | MK | Review 11.4.2013 draft minutes. | 0.10 | 15.50 |
| | PEM | Review draft minutes from ACC meeting. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Correspondence with ACM re revisions to draft minutes; reviewing and revising same; correspondence to EI re draft minutes and reviewing response. | 0.50 | 195.00 |
| | MTH | Correspondence to Committee re draft minutes for review | 0.10 | 39.00 |
| **11/21/2013** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |

Page: 4
W.R. Grace                                                                                  11/30/2013
                                                                  ACCOUNT NO:              3000-07D
                                                                  STATEMENT NO:                 150

Committee, Creditors, Noteholders, Equity Holders

|       |                                                                                      | HOURS |          |
|-------|--------------------------------------------------------------------------------------|-------|----------|
| PEM   | Review memo re: pleadings filed.                                                     | 0.10  | 47.00    |
| **11/22/2013** |                                                                             |       |          |
| MTH   | Prepare weekly recommendation memos; correspondence to Committee re same             | 0.70  | 273.00   |
| MTH   | Review daily memo                                                                    | 0.10  | 39.00    |
| PEM   | Review weekly recommendation memorandum re: pending motions and matters.             | 0.10  | 47.00    |
| **11/24/2013** |                                                                             |       |          |
| DAC   | Review counsel's memo                                                                | 0.20  | 104.00   |
| **11/25/2013** |                                                                             |       |          |
| MTH   | Review correspondence from JS re update re financials                                | 0.10  | 39.00    |
| MTH   | Review daily memo                                                                    | 0.10  | 39.00    |
| DAC   | Review draft of 11/4/13 minutes                                                      | 0.10  | 52.00    |
| SMB   | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **11/26/2013** |                                                                             |       |          |
| PEM   | Review memorandum re: pleadings filed.                                               | 0.10  | 47.00    |
| DAC   | Review counsel's weekly memo                                                         | 0.20  | 104.00   |
| MTH   | Review daily memo                                                                    | 0.10  | 39.00    |
| SMB   | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **11/27/2013** |                                                                             |       |          |
| PEM   | Review weekly recommendation memorandum re: pending motions and matters.             | 0.10  | 47.00    |
| MK    | Review committee events calendar.                                                    | 0.10  | 15.50    |
| MTH   | Review daily memo                                                                    | 0.10  | 39.00    |
| MTH   | Prepare weekly recommendation memo; reviewing correspondence from SMC to Committee re same | 0.50 | 195.00 |
| SMB   | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB   | Review and retrieve plan confirmation documents                                      | 0.30  | 33.00    |
| SMB   | Prepare weekly recommendation memorandum                                             | 0.30  | 33.00    |
|       | FOR CURRENT SERVICES RENDERED                                                        | 25.50 | 7,255.50 |

## RECAPITULATION

| TIMEKEEPER          | HOURS | HOURLY RATE | TOTAL     |
|---------------------|-------|-------------|-----------|
| Douglas A. Campbell | 1.10  | $520.00     | $572.00   |
| Philip E. Milch     | 2.40  | 470.00      | 1,128.00  |
| Michele Kennedy     | 7.00  | 155.00      | 1,085.00  |
| Santae M. Boyd      | 4.60  | 110.00      | 506.00    |
| Mark T. Hurford     | 10.10 | 390.00      | 3,939.00  |

Page: 5
11/30/2013
ACCOUNT NO:        3000-07D
STATEMENT NO:            150

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Freddie Koenig-Leuck | 0.30 | 85.00 | 25.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 7,255.50 |

| 11/05/2013 | Payment - Thank you. (August, 2013 - 80% Fees) | -2,854.00 |
|---|---|---|

|  |  |
|---|---|
| BALANCE DUE | $16,388.86 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-08D |
|  | STATEMENT NO:           149 |

Employee Benefits/Pension

PREVIOUS BALANCE                                                    -$874.90

CREDIT BALANCE                                                       -$874.90

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-10D |
|  | STATEMENT NO:           150 |

Employment Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $1,279.50 |
| 11/15/2013 | | | | |
| | MTH | Reviewing Debtors' Motion to amend Blackstone fee agreement/terms | 0.60 | 234.00 |
| 11/19/2013 | | | | |
| | MTH | Reviewing FCR's Application to Retain Towers Perrin | 0.50 | 195.00 |
| | | FOR CURRENT SERVICES RENDERED | 1.10 | 429.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.10 | $390.00 | $429.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 429.00 |

| | | |
|---|---|---|
| 11/05/2013 | Payment - Thank you. (August, 2013 - 80% Fees) | -31.20 |
| | BALANCE DUE | $1,677.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-11D |
|  | STATEMENT NO:              148 |

Expenses

| | PREVIOUS BALANCE | $5,408.89 |
|---|---|---|

| | | |
|---|---|---|
| 11/01/2013 | Pacer charges for the month of October | 48.00 |
| 11/05/2013 | Parcels - copy/service - (4) Certificates of No Objection to August Fee | |
| | Applications (10/28/2013) | 46.20 |
| 11/08/2013 | Parcels - copy/service - September 2013 Fee Applications | 421.40 |
| 11/13/2013 | Parcels - copy/service - Notice of Interim Fee Applications (5) | 1,334.79 |
| 11/13/2013 | Parcels - copy/service - Interim Fee Applications (5) | 617.80 |
| 11/29/2013 | Photocopying for November, 2013 | 170.50 |
| | TOTAL EXPENSES | 2,638.69 |
| | TOTAL CURRENT WORK | 2,638.69 |

| | | |
|---|---|---|
| 11/05/2013 | Payment - Thank you. (August, 2013 - 100% Expenses) | -2,442.18 |
| | BALANCE DUE | $5,605.40 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2013 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
|  | STATEMENT NO:          148 |

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,387.40 |
| **11/06/2013** | | | |
| TS | Finalize and e-file September fee application of C&L | 0.30 | 33.00 |
| **11/08/2013** | | | |
| TS | Review prebill for October | 0.20 | 22.00 |
| MTH | Reviewing C&L September fee application for filing and service | 0.30 | 117.00 |
| MTH | Reviewing pre-bill | 0.40 | 156.00 |
| **11/12/2013** | | | |
| TS | Draft C&L interim fee application | 0.40 | 44.00 |
| **11/13/2013** | | | |
| TS | Finalize and e-file C&L interim fee application | 0.30 | 33.00 |
| TS | Reviewing C&L Interim Fee Application for filing and service | 0.30 | 33.00 |
| | FOR CURRENT SERVICES RENDERED | 2.20 | 438.00 |

| RECAPITULATION | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| Mark T. Hurford | 0.70 | $390.00 | $273.00 |
| Timothy Simpson | 1.50 | 110.00 | 165.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 438.00 |
| 11/05/2013    Payment - Thank you. (August, 2013 - 80% Fees) | | -425.60 |
| BALANCE DUE | | $3,399.80 |

Page: 2

W.R. Grace                                                                    11/30/2013
                                                        ACCOUNT NO:         3000-12D
                                                        STATEMENT NO:            148

Fee Applications, Applicant

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
11/30/2013
ACCOUNT NO:      3000-13D
STATEMENT NO:           135

Fee Applications, Others

PREVIOUS BALANCE                                                                $15,075.50

|  |  | HOURS |  |
|---|---|---|---|
| **11/01/2013** | | | |
| SMB | Review September 2013 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2013 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2013 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review April through May 2013 application of Lincoln Partners Advisors, LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review May through June 2013 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Roger Frankel (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Orrick Herrington Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of The Law Offices of Roger Higgins (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of The Hogan Firm (.1); update | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Review correspondence from GD re Hogan Firm Interim Fee Application | 0.10 | 39.00 |
| MTH | Review correspondence from GD re Scarfone Interim Fee Application | 0.10 | 39.00 |
| MTH | Review correspondence from GD re Lauzon Interim Fee Application | 0.10 | 39.00 |
| **11/04/2013** | | | |
| TS | Review e-mail from CS re: Charter Oak September bill (.1); Prepare Charter oak September fee application (.3) | 0.40 | 44.00 |
| MTH | Review correspondence from TBB re Kramer Levin's fee application | 0.10 | 39.00 |
| MTH | Review correspondence from TS re draft fee application for Charter Oak | 0.10 | 39.00 |
| **11/05/2013** | | | |
| MTH | Review correspondence from GS re Charter Oak fee application for September | 0.10 | 39.00 |
| **11/06/2013** | | | |
| TS | Review e-mail from EB re: C&D September fee application (.1); Update C&D September fee application (.3); Finalize and e-file application (.3) | 0.70 | 77.00 |
| TS | Review e-mail from AP re: AK September fee application (.1); Update AK September fee application (.3); Finalize and e-file application (.3) | 0.70 | 77.00 |
| TS | Finalize and e-file September fee application of LAS | 0.30 | 33.00 |
| TS | Finalize and e-file September fee application of Charter Oak | 0.30 | 33.00 |
| MTH | Review correspondence from GS re September fee application for Charter Oak | 0.10 | 39.00 |
| MTH | Review correspondence from MS re Woodcock fee application; Beveridge fee application | 0.10 | 39.00 |
| **11/07/2013** | | | |
| MTH | Review correspondence from AP re October 2013 fee application for AKO | 0.10 | 39.00 |
| **11/08/2013** | | | |
| SMB | Review October 2013 application of Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2013 application of Lauzon Belanger Lesperance Alan B. Rich, Esquire (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2013 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2013 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Beveridge & Diamond P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2013 application of Foley Hoag LLP (.1); | | |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Reviewing C&D September monthly fee application for filing and service | 0.20 | 78.00 |
| MTH | Reviewing AKO September monthly fee application for filing and service | 0.20 | 78.00 |
| MTH | Reviewing LAS September monthly fee application for filing and service | 0.20 | 78.00 |
| MTH | Reviewing Charter Oak September monthly fee application for filing and service | 0.20 | 78.00 |
| **11/11/2013** | | | |
| TS | Prepare LAS interim fee application | 0.40 | 44.00 |
| TS | Prepare Charter Oak interim fee application | 0.40 | 44.00 |
| MTH | Review correspondence from TS re draft fee application for LAS and response to same from LAS | 0.10 | 39.00 |
| MTH | Review correspondence from TS re draft fee application for Charter Oak | 0.10 | 39.00 |
| **11/12/2013** | | | |
| TS | Review e-mail from EB re: C&D interim fee application (.1); Update C&D interim fee application (.3) | 0.40 | 44.00 |
| TS | Review e-mail from AP re: AK interim fee application (.1); Update AK interim fee application (.2) | 0.30 | 33.00 |
| MTH | Review correspondence from EB re C&D interim fee application | 0.10 | 39.00 |
| MTH | Review correspondence from GS re revised fee application for Charter Oak | 0.10 | 39.00 |
| **11/13/2013** | | | |
| TS | Finalize and e-file C&D interim fee application | 0.30 | 33.00 |
| TS | Finalize and e-file AK interim fee application | 0.30 | 33.00 |
| TS | Finalize and e-file Charter Oak interim fee application | 0.30 | 33.00 |
| TS | Finalize and e-file LAS interim fee application | 0.30 | 33.00 |
| MTH | Reviewing Interim Fee Application of LAS for filing and service | 0.30 | 117.00 |
| MTH | Reviewing Interim Fee Application of Charter Oak for filing and service | 0.30 | 117.00 |
| MTH | Reviewing Interim Fee Application of AKO for filing and service | 0.20 | 78.00 |
| MTH | Reviewing Interim Fee Application of C&D for filing and service | 0.20 | 78.00 |
| MTH | Review correspondence from CH re Quarterly Fee Application for PG&S | 0.10 | 39.00 |
| **11/14/2013** | | | |
| MTH | Review correspondence from YS re fee applications and CNO filed for PWC | 0.10 | 39.00 |
| **11/15/2013** | | | |
| SMB | Review July through September 2013 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | SMB | Review April 2013 application of Protiviti, Inc. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2013 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2013 application of Phillips Goldman & Spence P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from DP re K&E fee application for August 2013 | 0.10 | 39.00 |
| | MTH | Review correspondence from D.M. re Capstone fee application for September 2013 | 0.10 | 39.00 |
| **11/18/2013** | | | | |
| | MTH | Review correspondence from MS re Deloitte fee applications for May, June, July and August | 0.10 | 39.00 |
| | MTH | Reviewing correspondence from D.M. re Stroock Quarterly for July through September | 0.10 | 39.00 |
| | MTH | Reviewing correspondence from DF re CNO's for two fee applications | 0.10 | 39.00 |
| | MTH | Reviewing correspondence from DF re employment application for Towers | 0.10 | 39.00 |
| **11/19/2013** | | | | |
| | MTH | Review correspondence from CH re CNO for PG&S fee application | 0.10 | 39.00 |
| **11/20/2013** | | | | |
| | SMB | Review August 2013 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July 2013 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review June 2013 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review May 2013 application of Deloitte Tax LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2013 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review August 2013 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review September 2013 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2013 application of Law Offices of Roger Higgins LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2013 application of Alan B. Rich (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2013 application of Alexander M. Sanders Jr. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review April through June 2013 application of Towers Watson (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | SMB | Review October 2013 application of Warren H. Smith & Associates (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | MTH | Review correspondence from TBB re CNO for Saul Ewing monthly fee application. | 0.10 | 39.00 |
| 11/21/2013 | | | | |
| | MTH | Review correspondence from MS re KayeScholer fee applications for September and October 2013 | 0.10 | 39.00 |
| | MTH | Review correspondence from GD re three CNO's filed for CND ZAI counsel | 0.10 | 39.00 |
| | MTH | Review correspondence from MS re Pachulski fee application for June | 0.10 | 39.00 |
| 11/22/2013 | | | | |
| | MTH | Review correspondence from GD (x3) re October 2013 monthly fee applications for CND ZAI counsel | 0.10 | 39.00 |
| | TS | Correspondence with GS re: Charter Oak October fees | 0.10 | 11.00 |
| 11/25/2013 | | | | |
| | MTH | Review correspondence from CH re Interim Fee Application of PG&S | 0.10 | 39.00 |
| | MTH | Review correspondence from EB re C&D monthly fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from GS re Charter Oak hours for October fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from DP re September 2013 fees for K&E | 0.10 | 39.00 |
| 11/26/2013 | | | | |
| | MTH | Review correspondence from TS to Charter Oak re draft fee application | 0.10 | 39.00 |
| | MTH | Review correspondence from D.M. re Capstone fee application for 39th Interim | 0.10 | 39.00 |
| | MTH | Review correspondence from DF re October Fee Application for FCR | 0.10 | 39.00 |
| | MTH | Review e-mail from DF re Orrick October fee application | 0.10 | 39.00 |
| | TS | Review e-mail from GS re: Charter Oak October bill (.1); Prepare Charter Oak October fee application (.3) | 0.40 | 44.00 |
| | TS | E-mail DR re: LAS October fees | 0.10 | 11.00 |
| 11/27/2013 | | | | |
| | MTH | Review correspondence from TBB re Kramer Levin Quarterly Fee Application | 0.10 | 39.00 |
| | SMB | Review September 2013 application of Kirkland & Ellis LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2013 application of Ferry Joseph & Peace P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2013 application of Bilzin Sumberg Baena Price & Axelrod LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2013 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

W.R. Grace

ACCOUNT NO:        3000-13D
STATEMENT NO:               135

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| SMB | Review October 2013 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2013 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2013 application of Phillips Goldman & Spence, P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2013 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2013 application of Roger Frankel (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2013 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2013 application of Duane Morris LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| TS | Review Fee Auditor report | 0.10 | 11.00 |
| | FOR CURRENT SERVICES RENDERED | 21.60 | 3,888.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 10.40 | $110.00 | $1,144.00 |
| Mark T. Hurford | 5.40 | 390.00 | 2,106.00 |
| Timothy Simpson | 5.80 | 110.00 | 638.00 |

TOTAL CURRENT WORK                                                      3,888.00

| 11/05/2013 | Payment - Thank you. (August, 2013 - 80% Fees) | -3,408.00 |
|---|---|---|

BALANCE DUE                                                              $15,555.50

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2013 |
| Wilmington  DE | ACCOUNT NO:    3000-15D |
|  | STATEMENT NO:    150 |

Hearings

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $5,029.45 |
| 11/05/2013 | Payment - Thank you. (August, 2013 - 80% Fees) | -374.40 |
| | BALANCE DUE | $4,655.05 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-16D |
|  | STATEMENT NO:               135 |

Litigation and Litigation Consulting


PREVIOUS BALANCE                                                              -$1,830.20


CREDIT BALANCE                                                                -$1,830.20


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                   |                  |
|-------------------|------------------|
|                   | Page: 1          |
| W.R. Grace        | 11/30/2013       |
| Wilmington  DE    | ACCOUNT NO:    3000-17D |
|                   | STATEMENT NO:    135 |

Plan and Disclosure Statement

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $7,005.40 |

|            |       |                                                              | HOURS |          |
|------------|-------|--------------------------------------------------------------|-------|----------|
| 11/15/2013 |       |                                                              |       |          |
|            | DAC   | Review plan exhibits and disclosure statement                | 2.00  | 1,040.00 |
| 11/20/2013 |       |                                                              |       |          |
|            | MTH   | Reviewing Motion filed to Amend Opinion and Order entered re same | 0.20  | 78.00 |
|            |       | FOR CURRENT SERVICES RENDERED                                | 2.20  | 1,118.00 |

RECAPITULATION

| TIMEKEEPER          | HOURS | HOURLY RATE | TOTAL      |
|---------------------|-------|-------------|------------|
| Douglas A. Campbell | 2.00  | $520.00     | $1,040.00  |
| Mark T. Hurford     | 0.20  | 390.00      | 78.00      |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 1,118.00 |

| | | |
|---|---|---|
| 11/05/2013 | Payment - Thank you. (August, 2013 - 80% Fees) | -675.20 |

| | | |
|---|---|---|
| BALANCE DUE | | $7,448.20 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 11/30/2013 |
| Wilmington  DE | ACCOUNT NO: | 3000-18D |
|  | STATEMENT NO: | 135 |

Relief from Stay Proceedings

PREVIOUS BALANCE                                                          -$257.70

CREDIT BALANCE                                                           -$257.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-20D |
|  | STATEMENT NO:               134 |

Tax Litigation


PREVIOUS BALANCE                                                                    $468.80

BALANCE DUE                                                                            $468.80


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/2013 |
| Wilmington  DE | ACCOUNT NO:       3000-21D |
|  | STATEMENT NO:             126 |

Travel-Non-Working

| | |
|---|---|
| PREVIOUS BALANCE | $74.00 |
| BALANCE DUE | $74.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                              11/30/2013
Wilmington  DE                                    ACCOUNT NO:        3000-22D
                                                  STATEMENT NO:            139

Valuation

PREVIOUS BALANCE                                               $1,185.00

BALANCE DUE                                                    $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                              11/30/2013
Wilmington  DE                                              ACCOUNT NO:       3000-23D
                                                            STATEMENT NO:            139

ZAI Science Trial

PREVIOUS BALANCE                                                            $1,203.30

BALANCE DUE                                                                 $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE                                              ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 7.80 | 0.00 | 0.00 | 0.00 | 0.00 | $7.80 |
| 3000-02 Asset Disposition | | | | | |
| 240.10 | 0.00 | 0.00 | 0.00 | 0.00 | $240.10 |
| 3000-03 Business Operations | | | | | |
| 1,084.20 | 351.00 | 0.00 | 0.00 | -343.20 | $1,092.00 |
| 3000-04 Case Administration | | | | | |
| 1,363.47 | 0.00 | 0.00 | 0.00 | -93.60 | $1,269.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -194.70 | 117.00 | 0.00 | 0.00 | 0.00 | -$77.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 11,987.36 | 7,255.50 | 0.00 | 0.00 | -2,854.00 | $16,388.86 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -874.90 | 0.00 | 0.00 | 0.00 | 0.00 | -$874.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,279.50 | 429.00 | 0.00 | 0.00 | -31.20 | $1,677.30 |
| 3000-11 Expenses | | | | | |
| 5,408.89 | 0.00 | 2,638.69 | 0.00 | -2,442.18 | $5,605.40 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,387.40 | 438.00 | 0.00 | 0.00 | -425.60 | $3,399.80 |
| 3000-13 Fee Applications, Others | | | | | |
| 15,075.50 | 3,888.00 | 0.00 | 0.00 | -3,408.00 | $15,555.50 |
| 3000-15 Hearings | | | | | |
| 5,029.45 | 0.00 | 0.00 | 0.00 | -374.40 | $4,655.05 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,830.20 | 0.00 | 0.00 | 0.00 | 0.00 | -$1,830.20 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 7,005.40 | 1,118.00 | 0.00 | 0.00 | -675.20 | $7,448.20 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 74.00 | 0.00 | 0.00 | 0.00 | 0.00 | $74.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 53,964.27 | 13,596.50 | 2,638.69 | 0.00 | -10,647.38 | $59,552.08 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.