```
Date: 12/10/13            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/05/13 #3201 | Peterson<br>Review TDP | 1.1<br>800.00 | 880.00 |
| 11/13/13 #3202 | Peterson<br>Telephone Relles re: discuss analyses and memos relating to formation of the Trust | 0.5<br>800.00 | 400.00 |
| 11/13/13 #3203 | Peterson<br>Review documents on setting Trust's initial payment percent | 2.7<br>800.00 | 2160.00 |
| 11/13/13 #3401 | Relles<br>Review analyses and memos relating to formation of the Trust | 2.5<br>540.00 | 1350.00 |
| 11/13/13 #3402 | Relles<br>Telephone Peterson re: discuss analyses and memos relating to formation of the Trust | 0.5<br>540.00 | 270.00 |
| 11/14/13 #3204 | Peterson<br>Review documents on setting Trust's initial payment percent | 3.2<br>800.00 | 2560.00 |
| 11/14/13 #3205 | Peterson<br>Review TDP | 0.6<br>800.00 | 480.00 |
| 11/14/13 #3206 | Peterson<br>Review Tillinghast forecast | 2.8<br>800.00 | 2240.00 |
| 11/14/13 #3403 | Relles<br>Reconstruct Tillinghast estimate of payment percentage | 3.2<br>540.00 | 1728.00 |
| 11/15/13 #3207 | Peterson<br>Telephone Relles re: payment percentage estimates | 0.4<br>800.00 | 320.00 |
| 11/15/13 #3208 | Peterson<br>Review alternative forecasts and resulting payment percentages | 2.7<br>800.00 | 2160.00 |

{D0279976.1 }

| 11/15/13 | Relles | | 1.5 | 810.00 |
| #3404 | Run additional variables of Tillinghast model, develop payment percentage estimates | 540.00 | | |

{D0279976.1 }

```
Date: 12/10/13            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 2

                       W. R. Grace
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 11/15/13 #3405 | Relles<br>Telephone Peterson re: payment percentage estimates | 0.4<br>540.00 | 216.00 |
| 11/19/13 #3209 | Peterson<br>Telephone Relles re: prepare for phone call with Inselbuch | 0.4<br>800.00 | 320.00 |
| 11/19/13 #3210 | Peterson<br>Conference call with Relles, Inselbuch re: discuss analysis plans | 0.4<br>800.00 | 320.00 |
| 11/19/13 #3211 | Peterson<br>Telephone Relles re: develop forecasts based on 2000s filing trends among other defendants | 0.6<br>800.00 | 480.00 |
| 11/19/13 #3406 | Relles<br>Telephone Peterson re: prepare for phone call with Inselbuch | 0.4<br>540.00 | 216.00 |
| 11/19/13 #3407 | Relles<br>Telephone Peterson re: develop forecasts based on 2000s filing trends among other defendants | 0.6<br>540.00 | 324.00 |
| 11/19/13 #3408 | Relles<br>Conference call with Peterson, Inselbuch re: discuss analysis plans | 0.4<br>540.00 | 216.00 |
| 11/19/13 #3409 | Relles<br>Look for publicly available in information on trends in the 2000-2010 decade | 1.3<br>540.00 | 702.00 |
| 11/23/13 #3212 | Peterson<br>Review Relles estimates of 2000-2010 filing trends | 1.3<br>800.00 | 1040.00 |
| 11/23/13 #3213 | Peterson<br>Telephone Relles re: 2000-2010 filing trends | 0.4<br>800.00 | 320.00 |
| 11/23/13 #3410 | Relles<br>Telephone Peterson re: 2000-2010 filing trends | 0.4<br>540.00 | 216.00 |
| 11/23/13 #3411 | Relles<br>Estimate trends in filings, 2000-2010 | 2.3<br>540.00 | 1242.00 |

{D0279976.1 }

| 11/24/13 | Peterson | | 0.8 | 640.00 |
| #3214 | Telephone Relles re: revisions to liability forecast (several) | 800.00 | | |

{D0279976.1 }

```
Date: 12/10/13            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 3

                          W. R. Grace


Date/Slip#  Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
11/24/13    Peterson                                              0.8      640.00
#3215       Review general filing trends and apply to Grace     800.00
            liability forecast

11/24/13    Peterson                                              0.5      400.00
#3216       Review revised forecasts                            800.00

11/24/13    Peterson                                              1.9     1520.00
#3217       Review Tillinghast and LAS forecasts in bankruptcy  800.00
            and Trust's TDP

11/24/13    Peterson                                              1.6     1280.00
#3218       Draft memo to Inselbuch re: initial payment percent 800.00

11/24/13    Relles                                                0.8      432.00
#3412       Telephone Peterson re: revisions to liability       540.00
            forecast (several)

11/24/13    Relles                                                3.3     1782.00
#3413       Produce new Trust projections                       540.00

11/24/13    Relles                                                0.8      432.00
#3414       Review and revise draft memorandum to Inselbuch     540.00

11/25/13    Peterson                                              0.5      400.00
#3219       Review and send memo on initial payment percent to  800.00
            Inselbuch

11/26/13    Peterson                                              0.3      240.00
#3220       Telephone Inselbuch re: changes to memo             800.00

11/26/13    Peterson                                              0.3      240.00
#3221       Make changes to memo                                800.00
-------------------------------------------------------------------------------
```

{D0279976.1 }

```
Date: 12/10/13            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 4

                  W. R. Grace

           Summary Of Time Charges, By Month and Person
                  November 2013 - November 2013

    MONTH       PERSON                              HOURS     AMOUNT
    ----------------------------------------------------------------
    November  - Relles                               18.4     9936.00
    November  - Peterson                             23.8    19040.00
    November  - Total                                42.2    28976.00

    Total     - Relles                               18.4     9936.00
    Total     - Peterson                             23.8    19040.00
    Total     - Total                                42.2    28976.00

    ----------------------------------------------------------------
```

{D0279976.1 }