# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: 100055.WRG01 |
| December 5, 2013 | INVOICE: 256901 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

### PROFESSIONAL SERVICES through 11/30/13

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/01/13 | Draft and revise insurance policy data spreadsheets (1.10); continue analysis of selected insurance policies re: limits, aggregates, follow form, voluntary payments and other issues (1.80). | W001 | GFF | 2.90 |
| 11/01/13 | Assisted in review of outstanding settlement amounts. | W001 | IF | 0.60 |
| 11/01/13 | Continued updating information and reviewing excess/umbrella insurance policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, following form language, payment and other insurance issues. | W001 | IF | 2.40 |
| 11/01/13 | Searched files and on-line resources re: settlement agreement and approval order. | W001 | IF | 1.10 |
| 11/01/13 | Respond to inquiry re: insurance company family limits. | W001 | MG | 5.70 |
| 11/01/13 | Attention to request from FCR regarding valuation of coverage. | W001 | RMH | 0.90 |
| 11/01/13 | Review and analysis in connection with resolution of post-settlement issues with insurance companies. | W001 | RYC | 1.80 |
| 11/04/13 | Review time and expense entries (1.20); review and confirm backup for time and expense entries (.20). | W011 | AHP | 1.40 |
| 11/04/13 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies re: limits, follow form, voluntary payments and other coverage issues (2.40). | W001 | GFF | 3.30 |

{D0280079.1 }

# Anderson Kill P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 5, 2013 | | INVOICE: | | 256901 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/04/13 | Continue updating information and reviewing excess policies, settlement agreements and coverage in place agreements re: indemnifications, insolvents, follow form language, payment and other insurance concerns. | W001 | IF | 2.60 |
| 11/04/13 | Revise cash model allocation. | W001 | MG | 2.20 |
| 11/04/13 | Attention to preparation of fee application. | W011 | RYC | 0.30 |
| 11/05/13 | Begin preparing monthly fee application (1.20); review changes and new entries to bill (.90). | W011 | AHP | 2.10 |
| 11/05/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form, and voluntary payments issues (1.10). | W001 | GFF | 1.80 |
| 11/05/13 | Continue updating information and reviewing excess policies, settlement agreements and coverage in place agreements re: indemnifications, insolvents, follow form language, payment and other insurance concerns. | W001 | IF | 1.80 |
| 11/05/13 | Revise cash model allocation. | W001 | MG | 3.20 |
| 11/05/13 | Review update in connection with insurance asset analysis. | W001 | RYC | 1.60 |
| 11/06/13 | Review changes to time and expense entries (1.30); continue to work on monthly fee application and forward for review (.90). | W011 | AHP | 2.20 |
| 11/06/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies (umbrella/excess) re: limits, follow form, and voluntary payments issues (2.10). | W001 | GFF | 2.90 |
| 11/06/13 | Continued to update information and review excess policies, settlement and reimbursement agreements re: indemnifications, insolvents, following form, payment issues and other insurance concerns. | W001 | IF | 1.70 |
| 11/06/13 | Review and transmit revised proposed escrow agreement for $5.8 million payment. | W001 | RMH | 0.60 |
| 11/06/13 | Review and comment upon fee application. | W011 | RYC | 0.80 |

{D0280079.1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE                        MATTER:      100055.WRG01

December 5, 2013                                        INVOICE:      256901

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/07/13 | Finalize and release monthly fee application and exhibit. | W011 | AHP | 1.20 |
| 11/07/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, and voluntary payments issues. | W001 | GFF | 1.60 |
| 11/07/13 | Continued updating information and reviewing excess policies, settlement and reimbursement agreements re: indemnifications, insolvents, following form information, payment issues and other insurance policy concerns. | W001 | IF | 2.70 |
| 11/08/13 | Continue review of selected insurance settlement agreements re: "subject policies" and scope of release issues (.90); continue analysis of selected insurance policies (umbrella/excess) re: limits, follow form, and voluntary payments issues (1.40). | W001 | GFF | 2.30 |
| 11/08/13 | Continue updating information and reviewing insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form information, payment issues and other policy concerns. | W001 | IF | 2.90 |
| 11/08/13 | Follow-up connection with insurance settlement analysis. | W001 | RYC | 1.20 |
| 11/10/13 | Communications with counsel (Schiavoni) regarding escrow agreement and communications with FCR counsel regarding same. | W001 | RMH | 0.30 |
| 11/11/13 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, and other coverage issues (1.30). | W001 | GFF | 2.20 |
| 11/11/13 | Continued to update information and review policies, settlement and reimbursement agreements re: indemnifications, insolvent insurance companies, following form, payment and other insurance policy issues. | W001 | IF | 2.60 |

{D0280079.1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                      MATTER:      100055.WRG01

December 5, 2013                                                                            INVOICE:           256901

MATTER: CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/11/13 | Communications regarding terminus date of 12/31/13 for settlement agreement with insurance company and implications of same with FCR counsel. | W001 | RMH | 0.40 |
| 11/12/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, follow form and voluntary payments issues (1.40); continue review of insurance settlement agreements re: "subject policies" and scope of release issues (1.30). | W001 | GFF | 2.70 |
| 11/12/13 | Continued updating information and reviewing excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvents, follow form, payment issues and other insurance issues. | W001 | IF | 2.20 |
| 11/12/13 | Revise cash flow model allocation. | W001 | MG | 2.80 |
| 11/13/13 | Confer with counsel (Jay Borowsky) regarding settlement. | W001 | RMH | 0.40 |
| 11/14/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, and voluntary payments issues (1.60). | W001 | GFF | 2.40 |
| 11/14/13 | Revise cash flow model allocation. | W001 | MG | 3.30 |
| 11/15/13 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, voluntary payments, and other coverage issues (1.20); continue review of selected insurance settlement agreements re: "subject policies" and scope of release issues (.80). | W001 | GFF | 2.40 |
| 11/15/13 | Confer with counsel (Schiavoni) regarding escrow. | W001 | RMH | 0.60 |
| 11/15/13 | Review and analysis in connection with insurance settlement analysis. | W001 | RYC | 2.60 |

{D0280079.1 }

# Anderson Kill P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 5, 2013 | | INVOICE: | | 256901 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/18/13 | Draft and revise insurance policy data spreadsheets (1.30); Continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, voluntary payments, and other coverage issues (1.80). | W001 | GFF | 3.10 |
| 11/18/13 | Revise model allocation. | W001 | MG | 2.70 |
| 11/18/13 | Continue review and analysis in connection with insurance settlement analysis. | W001 | RYC | 2.60 |
| 11/19/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, and other coverage issues. | W001 | GFF | 1.30 |
| 11/19/13 | Revise model allocation. | W001 | MG | 3.20 |
| 11/19/13 | Attention to claim (0.30).  Confer with Mr. Inselbuch regarding insurance asset valuation report (0.10). | W001 | RMH | 0.40 |
| 11/19/13 | Update regarding recovery analysis in connection with impaired insurance coverage. | W001 | RYC | 2.70 |
| 11/20/13 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.10 |
| 11/20/13 | Investigation in connection with insolvent insurance recovery efforts (1.50). Investigation in connection with post-settlement insurance asset analysis (1.30). | W001 | RYC | 2.80 |
| 11/21/13 | Draft and revise insurance policy data spreadsheets (1.20); continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, and voluntary payments issues (1.40). | W001 | GFF | 2.60 |
| 11/21/13 | Continue to revise model allocation. | W001 | MG | 2.40 |
| 11/21/13 | Edit escrow agreement for payment. | W001 | RMH | 0.60 |
| 11/21/13 | Research and analysis in connection with establishing support for insurance coverage pending Trust processing of claims (1.60). Review and update of insurance coverage issues in recent bankruptcy pleadings (0.80). | W001 | RYC | 2.40 |

{D0280079.1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                          MATTER:        100055.WRG01

December 5, 2013                                                          INVOICE:            256901

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/22/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies (umbrella/excess) re: follow form, aggregates, and voluntary payments issues (.90). | W001 | GFF | 1.70 |
| 11/22/13 | Continue to revise model. allocation. | W001 | MG | 2.40 |
| 11/22/13 | Transmit insurance asset report to Mr. Inselbuch (0.20).  Edit payment escrow agreement and communicate with Ms. Esayian and Ms. Mahaley regarding same (0.70).  Bring insurance asset valuation report up to date, calculate interests on amounts escrowed and communicate same to Mr. Inselbuch (0.50). | W001 | RMH | 1.40 |
| 11/22/13 | Continue research and analysis in connection with anticipation of insurance coverage issues raised by non-processed claims (1.70). Follow-up in connection with insurance settlement analysis (1.10). | W001 | RYC | 2.80 |
| 11/25/13 | Review insurance settlement payment analysis (1.60).  Update and analysis in connection with ongoing claims determination of pending proofs of claim with insolvent insurance companies (1.20). | W001 | RYC | 2.80 |
| 11/26/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, and voluntary payments. | W001 | GFF | 2.40 |
| 11/26/13 | Continue updating information and reviewing excess policies, reimbursement agreements and settlement agreements re: indemnifications, insolvents, following form, payment issues and other insurance issues. | W001 | IF | 1.90 |
| 11/26/13 | Attention to settlement discussions with a major insurance company. | W001 | RMH | 0.60 |
| 11/27/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, voluntary payments, and other coverage issues. | W001 | GFF | 0.70 |

{D0280079.1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                           **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE                         MATTER:      100055.WRG01

December 5, 2013                                         INVOICE:         256901

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/27/13 | Continued updating information and reviewing excess/umbrella insurance policies, reimbursement and settlement agreements re: indemnifications, insolvents, following form, payment issues and other insurance issues. | W001 | IF | 2.10 |
| 11/27/13 | Calculate NPV for settlement claim. | W001 | MG | 2.40 |
| 11/27/13 | Update insurance asset report. (0.50). Edit escrow agreement for deposit of $5.8 million from Arrowood. (1.40). | W001 | RMH | 1.90 |
| 11/27/13 | Continue update and analysis in connection with ongoing claims determination of pending proofs of claim with insolvent insurance companies. | W001 | RYC | 1.80 |

**TOTAL FEES:**                                                         **$68,135.50**

{D0280079.1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                  MATTER:     100055.WRG01

December 5, 2013                                  INVOICE:        256901

MATTER: CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

## FEE SUMMARY

|                    | RATE   | HOURS | TOTALS     |
|--------------------|--------|-------|------------|
| Arline H Pelton    | 270.00 | 6.90  | 1,863.00   |
| Glenn F Fields     | 365.00 | 37.40 | 13,651.00  |
| Izak Feldgreber    | 315.00 | 24.60 | 7,749.00   |
| Mark Garbowski     | 650.00 | 30.30 | 19,695.00  |
| Robert M Horkovich | 925.00 | 8.10  | 7,492.50   |
| Robert Y Chung     | 675.00 | 26.20 | 17,685.00  |
| **TOTAL FEES:**    |        |       | **$68,135.50** |

## SUMMARY OF SERVICES BY ACTIVITY
## THIS BILLING PERIOD

ACTIVITY CODE: W001     Asset Analysis and Recovery

|                    | HOURS  | TOTALS     |
|--------------------|--------|------------|
| Glenn F Fields     | 37.40  | 13,651.00  |
| Izak Feldgreber    | 24.60  | 7,749.00   |
| Mark Garbowski     | 30.30  | 19,695.00  |
| Robert M Horkovich | 8.10   | 7,492.50   |
| Robert Y Chung     | 25.10  | 16,942.50  |
| **TOTAL:**         | **125.50** | **$65,530.00** |

ACTIVITY CODE: W011     Fee Applications (Applicant)

|                 | HOURS  | TOTALS    |
|-----------------|--------|-----------|
| Arline H Pelton | 6.90   | 1,863.00  |
| Robert Y Chung  | 1.10   | 742.50    |
| **TOTAL:**      | **8.00** | **$2,605.50** |

{D0280079.1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                   MATTER:    100055.WRG01

December 5, 2013                                  INVOICE:         256901

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

**COSTS through 11/30/13**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 11/04/13 | DI - PHOTOCOPYING - | E101 | 1.10 |
| 11/14/13 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic appearance 1/29/14 | E125 | 30.00 |
| 11/14/13 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic appearance 2/20/14 | E125 | 30.00 |
| 11/14/13 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic appearance 3/26/14 | E125 | 30.00 |
| 11/18/13 | DI - PHOTOCOPYING - | E101 | 6.00 |
| 11/22/13 | DI - PHOTOCOPYING - | E101 | 26.20 |
| 11/25/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 11/26/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| **TOTAL COSTS:** | | | **$124.00** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| TE | AP - TELEPHONE - | 90.00 |
| XE | DI - PHOTOCOPYING - | 34.00 |
| | **TOTAL COSTS:** | **$124.00** |
| | **TOTAL DUE:** | **$68,259.50** |

{D0280079.1 }