## EXHIBIT A

### Case Administration (3.40 Hours; $ 1,179.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $955 | 95.50 |
| Rita C. Tobin | 1.00 | $555 | 555.00 |
| Sara Joy DelSavio | 2.30 | $230 | 529.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/1/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 11/6/2013 | PVL | 955.00 | 0.10 | Rv ACM email re status & cn ACM re same |
| 11/7/2013 | SJD | 230.00 | 2.30 | Perform docket research per LMK and update and reorganize j-drive appeal files. |
| 11/8/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 11/15/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 11/22/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 11/27/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |

**Total Task Code .04        3.40**

### Claim Analysis Objection & Resolution (Asbestos) (.40 Hours; $ 382.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $955 | 382.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/4/2013 | PVL | 955.00 | 0.20 | Rv Grace obj. to Nelson claim |
| 11/5/2013 | PVL | 955.00 | 0.20 | Rv 29th omni cls. obj. |

**Total Task Code .05**         **.40**

## Committee, Creditors', Noteholders' or Equity Holders' (4.10 Hours; $ 3,146.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.80 | $1,000 | 1,800.00 |
| Ann C. McMillan | 1.90 | $660 | 1,254.00 |
| Eugenia Benetos | .40 | $230 | 92.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/1/2013 | EB | 230.00 | 0.40 | Draft and send email re status of committee conference calls and  draft minutes. |
| 11/4/2013 | ACM | 660.00 | 1.40 | Committee call (1.2); conference PVNL re same (.2). |
| 11/4/2013 | EI | 1,000.00 | 0.50 | Prepare for Committee conference call regarding Medicare. |
| 11/4/2013 | EI | 1,000.00 | 1.30 | Participate in Committee conference call. |
| 11/7/2013 | ACM | 660.00 | 0.20 | Send e-mail to Committee re Medicare issues. |
| 11/19/2013 | ACM | 660.00 | 0.30 | Review Committee minutes and exchange e-mails with M. Hurford re same. |

**Total Task Code .07**         **4.10**

## Fee Applications, Applicant (9.00 Hours; $ 3,370.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 4.00 | $555 | 2,220.00 |
| Eugenia Benetos | 5.00 | $230 | 1,150.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/5/2013 | EB | 230.00 | 0.50 | Perform review of fee application schedule and update accordingly. |

| 11/5/2013 | EB | 230.00 | 0.50 | Perform review of fee application schedule and update accordingly and send request email to local counsel. |
| 11/5/2013 | EB | 230.00 | 0.70 | Create a breakdown for EI, and myself, update fee application spreadsheet, and update check binder. |
| 11/6/2013 | RCT | 555.00 | 0.60 | Review pre bills. |
| 11/7/2013 | RCT | 555.00 | 0.20 | Review 2014 fee application schedules. |
| 11/11/2013 | RCT | 555.00 | 0.60 | Review fee application. |
| 11/11/2013 | RCT | 555.00 | 0.60 | Review exhibits. |
| 11/12/2013 | EB | 230.00 | 0.70 | Create a PDF of the signed original (.1); and email to CM re e-folder records (.2); duplicate and send a copy to APB for record keeping (.4). |
| 11/14/2013 | RCT | 555.00 | 0.10 | E-mails and telephone conference with EB and AB regarding format changes and database. |
| 11/15/2013 | EB | 230.00 | 0.50 | Prepare materials of signed original fee application to local counsel. |
| 11/18/2013 | RCT | 555.00 | 0.60 | Review 7 fee applications/final reports (other parties). |
| 11/19/2013 | RCT | 555.00 | 0.40 | Review 4 fee applications (other parties). |
| 11/25/2013 | EB | 230.00 | 1.60 | Work on monthly fee application (1.1); email APB most recent version and update J-Drive (.5). |
| 11/25/2013 | RCT | 555.00 | 0.70 | Review monthly fee application. |
| 11/26/2013 | RCT | 555.00 | 0.20 | Review fee application notices; other parties. |
| 11/26/2013 | EB | 230.00 | 0.50 | Update and QC fee application schedule with latest fees and expenses requested. |

**Total Task Code .12**          **9.00**

**Fee Applications, Others (.20 Hours; $ 191.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $955 | 191.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/18/2013 | PVL | 955.00 | 0.10 | Rv 7 fee apps. |
| 11/19/2013 | PVL | 955.00 | 0.10 | Rv 5 misc. fee apps. |

**Total Task Code .13**          **.20**

**Plan & Disclosure Statement (15.10 Hours; $ 13,535.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.90 | $1,000 | 3,900.00 |
| Peter Van N. Lockwood | 7.80 | $955 | 7,449.00 |
| Ann C. McMillan | 3.10 | $660 | 2,046.00 |
| Jeffrey A. Liesemer | .10 | $565 | 56.50 |
| Andrew J. Sackett | .20 | $420 | 84.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/1/2013 | PVL | 955.00 | 1.00 | Tcn Paul & Wyron re trustees (.6); teleconf. Wyron re same (.2); teleconf. EI re same (.2) |
| 11/1/2013 | EI | 1,000.00 | 0.20 | Telephone conference with PVNL regarding Medicare issues. |
| 11/1/2013 | ACM | 660.00 | 0.50 | Exchange e-mails with M. Hurford re minutes (.1); prepare agenda for Committee call (.4). |
| 11/4/2013 | PVL | 955.00 | 1.50 | Rv Wyron emails & reply (.1); tcn ACC, Hurford, EI & ACM re TA issues (1.3); cn ACM re same (.1) |
| 11/5/2013 | PVL | 955.00 | 1.00 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron |
| 11/5/2013 | ACM | 660.00 | 0.20 | Teleconference EI re TDP (.1); send e-mail to M. Peterson re same (.1). |

| 11/5/2013 | EI | 1,000.00 | 0.30 | Telephone conference with M. Peterson regarding preparation for payment percentage discussions. |
|---|---|---|---|---|
| 11/6/2013 | ACM | 660.00 | 0.20 | Conference PVNL re status of case (.1); update memo re same (.1). |
| 11/10/2013 | ACM | 660.00 | 0.10 | Send e-mail to EI and PVNL re Trustees. |
| 11/11/2013 | ACM | 660.00 | 0.10 | Exchange e-mails with EI re Trustee designees. |
| 11/14/2013 | ACM | 660.00 | 0.10 | Send e-mail to PVNL re designated Trustee issue. |
| 11/14/2013 | EI | 1,000.00 | 0.50 | Telephone conference with M. Peterson regarding payment percentage issues. |
| 11/15/2013 | PVL | 955.00 | 1.30 | Rv Paul & Wyron emails re trustees (.1); rv Orrick draft memo to trustees & email Wyron re same (1.2) |
| 11/15/2013 | ACM | 660.00 | 1.00 | Send e-mail to Trustee designees (.1); review Orrich memo for Trustees (.9). |
| 11/15/2013 | EI | 1,000.00 | 0.20 | Telephone conference with M. Peterson regarding IPP. |
| 11/18/2013 | ACM | 660.00 | 0.50 | Teleconference EI re DCPF as potential claims processor (.1); exchange e-mails with D. Felder re TDP question (.1); review same (.3). |
| 11/18/2013 | PVL | 955.00 | 0.90 | Rv Felder emails re TDP & reply (.4); rv draft stip. re Lenders and email comments to Paul et al (.5) |
| 11/18/2013 | EI | 1,000.00 | 0.30 | Set up meeting with R. Frankel (.2); telephone conference with D. Trafelet regarding Grace trust (.1). |
| 11/19/2013 | EI | 1,000.00 | 1.10 | Work on payment percentage issues including telephone conference with M. Peterson and D. Relles (1.0); telephone conference with M. Horkovich regarding same (.1). |
| 11/19/2013 | PVL | 955.00 | 1.20 | Rv Paul et al emails & reply (.1); tcn Donley, Paul, Gettleman, Frankel & Wyron (1.1) |
| 11/19/2013 | AJS | 420.00 | 0.20 | Voice mail for pro se claimant Burgess re plan status (0.1); phone call w/ pro se claimant Burgess re plan status (0.1). |
| 11/20/2013 | JAL | 565.00 | 0.10 | Review and analysis of materials re confirmation issues. |

| 11/20/2013 | ACM | 660.00 | 0.20 | Teleconference EI re payment percentage (.1); review TDP re same (.1). |
| 11/20/2013 | EI | 1,000.00 | 0.10 | Telephone conference with H. Huge regarding start up. |
| 11/20/2013 | PVL | 955.00 | 0.40 | Rv emails (.1); rv Gettleman memo re Lender appeals (.1); rv draft QSF motion & email comments (.2) |
| 11/25/2013 | ACM | 660.00 | 0.10 | Exchange e-mails with NDF re TDP. |
| 11/25/2013 | EI | 1,000.00 | 0.40 | Review M. Peterson memorandum and telephone conference with M. Peterson regarding same. |
| 11/26/2013 | PVL | 955.00 | 0.50 | Rv revised draft Lender stip. and email comments to Paul et al (.2); rv QSF motion and email Hurford et al re same (.3) |
| 11/26/2013 | EI | 1,000.00 | 0.50 | Review M. Peterson materials. |
| 11/26/2013 | EI | 1,000.00 | 0.30 | Confer with R. Frankel regarding his firm issues. |
| 11/27/2013 | ACM | 660.00 | 0.10 | Exchange e-mails with J. Baden re TDP. |

**Total Task Code   .17       15.10**

<u>Other Charges</u>:

| | |
|---|---|
| Air Freight & Express Mail | 17.28 |
| Photocopy | 1.20 |

**Total:**        $<u>**18.48**</u>