**EXHIBIT B**

**Case Administration (3.40 Hours; $ 1,179.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Committee on all pending matters.

**Total Task Code .04  3.40**

**Claim Analysis Objection & Resolution (Asbestos) (.40 Hours; $ 382.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05  .40**

**Committee, Creditors', Noteholders' or Equity Holders' (4.10 Hours; $3,146.00)**

   Services rendered in this category include the Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07  4.10**

**Fee Applications, Applicant (9.00 Hours; $ 3,370.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee application.

**Total Task Code .12  9.00**

**Fee Applications, Others (.20 Hours; $ 191.00)**

   Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13  .20**

**Plan & Disclosure Statement (15.10 Hours; $ 13,535.50)**

{D0280035.1 }

Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17         15.10**