## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 17.28 |
| Photocopy | 1.20 |
| **Total:** | **$18.48** |

{D0280036.1 }