| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter      000 | Disbursements | 12/16/2013 |

Print Date/Time: 12/16/2013  3:44:49PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 11/30/2013

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 11/22/2013 | | 13,655 |
|---|---|---|---|---|---|---|---|---|---|

|  | $4,806.34 |  |  |  |  |
|---|---|---|---|---|---|
| Client Retainers Available | | Committed to Invoices: | $0.00 | Remaining: | $4,806.34 |

$3,950,010.73
Total Expenses Billed To Date

| Billing Empl: | 0120 | Elihu | Inselbuch |
|---|---|---|---|
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0380 | EB | Eugenia  Benetos | 0.00 | 1.20 | 0.00 | 1.20 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 17.28 | 0.00 | 17.28 |
| **Total Fees** | | | 0.00 | 18.48 | 0.00 | 18.48 |

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 3056873 | Photocopy | | E | 11/05/2013 | 0380  EB | 0.00 | | $0.10 | 0.00 | | $0.10 | 0.10 |
| 3056874 | Photocopy | | E | 11/05/2013 | 0380  EB | 0.00 | | $0.60 | 0.00 | | $0.60 | 0.70 |
| 3056879 | Photocopy | | E | 11/05/2013 | 0380  EB | 0.00 | | $0.40 | 0.00 | | $0.40 | 1.10 |
| 3057190 | Photocopy | | E | 11/11/2013 | 0380  EB | 0.00 | | $0.10 | 0.00 | | $0.10 | 1.20 |
| 3052417 | Federal Express -Delivery to T.Simpson, 10/25/13 | | E | 11/15/2013 | 0999  C&D | 0.00 | | $17.28 | 0.00 | | $17.28 | 18.48 |
| **Total Expenses** | | | | | | | 0.00 | $18.48 | | 0.00 | $18.48 | |
| | Matter Total Fees | | | | | | | 0.00 | | | 0.00 | |
| | Matter Total Expenses | | | | | | | 18.48 | | | 18.48 | |
| | | | | | | | | | | | 18.48 | |
| | Matter Total | | | | | | 0.00 | 18.48 | | 0.00 | | |

{D0280037.1 }

| | | |
|---|---|---|
| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
| Matter     000 | Disbursements | 12/16/2013 |

Print Date/Time: 12/16/2013  3:44:49PM

Attn:

Invoice #

**Prebill Total Fees**

**Prebill Total Expenses**                                                                $18.48            $18.48
                                                                                                           $18.48
                                                                           $18.48         0.00
**Prebill Total**                                              0.00

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 94,156 | 05/24/2013 | 48,738.50 | 9,747.70 |
| 94,576 | 06/19/2013 | 39,963.00 | 7,992.60 |
| 95,137 | 07/17/2013 | 46,734.00 | 9,346.80 |
| 95,666 | 08/14/2013 | 12,959.00 | 2,591.80 |
| 96,232 | 09/11/2013 | 5,717.00 | 1,143.40 |
| 97,318 | 10/23/2013 | 23,725.97 | 23,725.97 |
| 97,356 | 11/22/2013 | 12,285.53 | 12,285.53 |
| | | 319,297.00 | 81,690.63 |

{D0280037.1 }