```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R. Grace & Co.                          Invoice Number      2502936
   7500 Grace Drive                          Invoice Date        12/27/13
   Columbia, Maryland 21044                  Client Number        172573
   USA


==============================================================================
Re: W. R. Grace & Co.


(50002)  General Employment Advice

     Fees                                   1,710.00
     Expenses                                   0.00

                   TOTAL BALANCE DUE UPON RECEIPT           $1,710.00
                                                         =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



  W.R. Grace & Co.                        Invoice Number      2502936
  7500 Grace Drive                        Invoice Date       12/27/13
  Columbia, Maryland 21044                Client Number       172573
  USA                                     Matter Number         50002


==============================================================================

Re: (50002)  General Employment Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2013

  Date    Name                                                Hours
  ------- -----------                                         -----

 11/01/13 Husar       Review and evaluate Notice of            .90
                      Claim and Conference (0.4);
                      confer with Dru Edwards regarding
                      background information, strategy
                      for handling the claim, response
                      to claim and additional
                      information needed for further
                      review and evaluation (0.5).

 11/05/13 Husar       Review email from Dru Edwards and        .50
                      documents regarding DLSE
                      conference.

 11/06/13 Husar       Conference call with Dr Edwards         1.60
                      and John Forgach regarding Lola
                      claim and response to the same
                      (0.6); call deputy labor
                      commissioners office (0.5);
                      prepare letter to the DLSE
                      regarding mistakes in claim and
                      proposal for resolution (0.5).
                                                             ------
                                          TOTAL HOURS          3.00
```

```
172573  W. R. Grace & Co.                      Invoice Number   2502936
 50002  General Employment Advice              Page      2
        December 27, 2013


 TIME SUMMARY                    Hours          Rate         Value
 ------------------------        ----------------------      -------
 Linda S. Husar                   3.00   at  $  570.00  =    1,710.00

                          CURRENT FEES                                 1,710.00


                                                                     ------------

                          TOTAL BALANCE DUE UPON RECEIPT              $1,710.00
                                                                     ============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


   W.R. Grace & Co.                         Invoice Number      2502937
   7500 Grace Drive                         Invoice Date        12/27/13
   Columbia, Maryland 21044                 Client Number        172573
   USA



==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

     Fees                                  2,492.50
     Expenses                                  0.00

                     TOTAL BALANCE DUE UPON RECEIPT        $2,492.50
                                                        =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



   W.R. Grace & Co.                          Invoice Number    2502937
   7500 Grace Drive                          Invoice Date      12/27/13
   Columbia, Maryland 21044                  Client Number      172573
   USA                                       Matter Number       60029



   ==========================================================================

   Re: (60029)  Fee Applications-Applicant

   FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2013

     Date    Name                                              Hours
   -------- -----------                                        -----

   11/04/13 Muha            Review and comments on Oct.          .70
                            monthly fee and expense detail,
                            and emails re: same (0.3); review
                            and revise 50th Quarterly fee app.
                            materials (0.4).

   11/05/13 Ament           Review A. Muha comments re: 50th     .40
                            quarterly fee application (.10);
                            finalize summary re: same (.10);
                            finalize narrative re: same (.10);
                            e-mail summary and narrative to J.
                            Lord for DE filing (.10).

   11/13/13 Lord            Revise and finalize Reed Smith's    1.20
                            50th interim fee application.

   11/14/13 Lord            Revise, e-file and serve Reed        .40
                            Smith 50th quarterly fee
                            application

   11/14/13 Muha            Review fee and expense entries and   .50
                            prepare report to D. Cameron re:
                            same, per request.

   11/20/13 Ament           Begin drafting Oct. monthly fee      .20
                            application and spreadsheets.

   11/22/13 Ament           E-mails re: Oct. monthly fee         .10
                            application.

   11/22/13 Muha            Emails and attend to issues re:      .20
                            preparation and filing of October
                            monthly fee application.
```

```
172573 W. R. Grace & Co.                      Invoice Number   2502937
60029  Fee Applications-Applicant             Page    2
       December 27, 2013
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/25/13 | Ament | Calculate fees and expenses for Oct. monthly fee application (.30); prepare spreadsheets re: same (.20); draft Oct. monthly fee application (.20); provide same to A. Muha for review (.10); e-mails with team re: filing of same (.10); attention to billing matters (.10); finalize Oct. monthly fee application (.10); e-mail same to J. Lord for DE filing on 11/29 (.10). | 1.20 |
| 11/25/13 | Cameron | Review materials re: fee applications and attend to request from R. Finke re: same. | .60 |
| 11/25/13 | Lord | Communicate with S. Ament and A. Muha re: Reed Smith October monthly fee application. | .20 |
| 11/25/13 | Muha | Final review and revisions to Oct. 2013 monthly application | .30 |
| 11/26/13 | Lord | Revise and prepare Reed Smith's October monthly fee application for filing on 11/29 per A. Muha. | .90 |
| 11/27/13 | Ament | Review e-mail re: billing matters. | .10 |
| 11/27/13 | Lord | Draft and efile CNO to Reed Smith's September monthly fee application | .40 |

```
                                              TOTAL HOURS      7.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 0.60 | at $ | 690.00 | = | 414.00 |
| Andrew J. Muha | 1.70 | at $ | 495.00 | = | 841.50 |
| John B. Lord | 3.10 | at $ | 270.00 | = | 837.00 |
| Sharon A. Ament | 2.00 | at $ | 200.00 | = | 400.00 |

```
              CURRENT FEES                                    2,492.50


                                                         ------------
              TOTAL BALANCE DUE UPON RECEIPT              $2,492.50
                                                         ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



  W.R. Grace & Co.                          Invoice Number     2502938
  62 Whittemore Avenue                      Invoice Date       12/27/13
  Cambridge, MA   02140                     Client Number       172573




==============================================================================

Re: W. R. Grace & Co.


(60041)   Specifications Inquiry

     Fees                                 6,004.50
     Expenses                                 0.00

                       TOTAL BALANCE DUE UPON RECEIPT        $6,004.50
                                                          =============
```

```
                            REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number      2502938
   62 Whittemore Avenue                     Invoice Date       12/27/13
   Cambridge, MA   02140                    Client Number       172573
                                            Matter Number        60041


===========================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2013

   Date     Name                                              Hours
   -------- -----------                                       -----

   11/05/13 Klapper       Draft supplement to White paper      2.30
                          and make additional substantive
                          edits throughout.

   11/06/13 Klapper       Finalize edits to supplemental        .40
                          White paper (0.2); confer with J.
                          Luchini re same and re exhibits
                          (0.2).

   11/06/13 Luchini       Review/analyze matter materials      3.30
                          (0.9); review/edit final version
                          of half flange white paper (1.1);
                          identify and assemble exhibits for
                          white paper (1.3).

   11/07/13 Luchini       Complete review of white paper and    .80
                          identification of exhibits.

   11/11/13 Luchini       Finalize white paper.                 .70

   11/25/13 Klapper       Make additional edits to white        .80
                          paper in response to suggestions
                          from client.

   11/25/13 Luchini       Review suggested changes to white    1.40
                          paper (0.6); telephone call from
                          T. Klapper to discuss changes
                          (0.2);  Review final version (0.6).
                                                              ------
                                              TOTAL HOURS       9.70
```

```
172573 W. R. Grace & Co.                        Invoice Number   2502938
 60041   Specifications Inquiry                 Page     2
         December 27, 2013


 TIME SUMMARY                    Hours           Rate          Value

 ------------------------    ---------------------         -------

 Joseph S. Luchini            6.20   at  $  610.00   =     3,782.00
 Antony B. Klapper            3.50   at  $  635.00   =     2,222.50

                             CURRENT FEES                                  6,004.50


                                                                         ------------
                             TOTAL BALANCE DUE UPON RECEIPT               $6,004.50
                                                                         ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



    W.R. Grace & Co.                          Invoice Number      2502939
    7500 Grace Drive                          Invoice Date       12/27/13
    Columbia, Maryland 21044                  Client Number       172573
    USA


==============================================================================

Re: W. R. Grace & Co.


(80001)   Unclaimed Property Advice

      Fees                                  4,190.00
      Expenses                                  0.00

                        TOTAL BALANCE DUE UPON RECEIPT        $4,190.00
                                                            =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630



   W.R. Grace & Co.                         Invoice Number      2502939
   7500 Grace Drive                         Invoice Date       12/27/13
   Columbia, Maryland 21044                 Client Number       172573
   USA                                      Matter Number        80001



===============================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2013

   Date    Name                                            Hours
 -------- -----------                                      -----

 11/01/13 Lima          Review and revise Statements of     1.00
                        Work in accordance with Kovel
                        protection.

 11/11/13 Lima          Review and respond to                .30
                        correspondence from client
                        regarding California return and
                        bankruptcy plan provision.

 11/11/13 Sollie        Review corresp. regarding UP audit   .30
                        (0.1); prepare for call regarding
                        strategy (0.2).

 11/18/13 Lima          Call concerning VDA next steps and  1.00
                        follow up.

 11/18/13 Sollie        Prepare for, participate in         1.10
                        telecon regarding UP audit.

 11/22/13 Lima          Confer with M. Kline regarding VDA  1.50
                        chart and scope of privilege
                        (0.6); draft correspondence
                        regarding same (0.9).

 11/25/13 Lima          Call with client and follow up.     1.30

 11/25/13 Lima          Review VDA agreements in            1.50
                        anticipation of call with client.

 11/25/13 Sollie        Discuss with S. Lima regarding       .20
                        client call.
                                                          ------
                                          TOTAL HOURS       8.20
```

```
172573 W. R. Grace & Co.                         Invoice Number   2502939
 80001 Unclaimed Property Advice                 Page    2
       December 27, 2013




TIME SUMMARY                    Hours         Rate        Value
-------------------------    ----------------------     -------
Kyle O. Sollie               1.60  at  $  680.00   =    1,088.00
Sara A. Lima                 6.60  at  $  470.00   =    3,102.00

                             CURRENT FEES                               4,190.00


                                                         ------------
                             TOTAL BALANCE DUE UPON RECEIPT    $4,190.00
                                                         ============
```