REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2502945
7500 Grace Drive                          Invoice Date      12/27/13
Columbia, Maryland 21044                  Client Number       172573
USA


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                                         0.00
    Expenses                                   502.07

                 TOTAL BALANCE DUE UPON RECEIPT            $502.07
                                                  =============

```
                              REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number    2502945
   7500 Grace Drive                        Invoice Date      12/27/13
   Columbia, Maryland 21044                Client Number      172573
   USA                                     Matter Number        60029



==============================================================================

Re: (60029)  Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    PACER                                         21.90

    Duplicating/Printing/Scanning                 19.30

    Outside Duplicating -- VENDOR: DIGITAL LEGAL  460.87
    SERVICES, LLC: Copies, envelopes & postage --
    copying and postage costs for service of
    quarterly fee app. materials


                    CURRENT EXPENSES                      502.07
                                                      ------------
                    TOTAL BALANCE DUE UPON RECEIPT        $502.07
```

```
                            REED SMITH LLP
                            PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                       Invoice Number    2502945
  7500 Grace Drive                       Invoice Date    12/27/13
  Columbia, Maryland 21044               Client Number     172573
  USA                                    Matter Number      60029
```

==============================================================================

Re: (60029)  Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/31/13 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/31/13 | PACER | 3.00 |
| 10/31/13 | PACER | 18.90 |
| 11/04/13 | Duplicating/Printing/Scanning ATTY # 000559: 21 COPIES | 2.10 |
| 11/04/13 | Duplicating/Printing/Scanning ATTY # 000559: 21 COPIES | 2.10 |
| 11/04/13 | Duplicating/Printing/Scanning ATTY # 000559: 21 COPIES | 2.10 |
| 11/05/13 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 11/05/13 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 11/05/13 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 11/05/13 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 11/05/13 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 11/05/13 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |

172573 W. R. Grace & Co.                          Invoice Number   2502945
60029  Fee Applications-Applicant                 Page    2
       December 27, 2013


11/05/13   Duplicating/Printing/Scanning                          .70
           ATTY # 000559: 7 COPIES

11/05/13   Duplicating/Printing/Scanning                          .70
           ATTY # 000559: 7 COPIES

11/05/13   Duplicating/Printing/Scanning                          .90
           ATTY # 000559: 9 COPIES

11/14/13   Duplicating/Printing/Scanning                          .70
           ATTY # 000559: 7 COPIES

11/14/13   Duplicating/Printing/Scanning                          .80
           ATTY # 000559: 8 COPIES

11/18/13   Duplicating/Printing/Scanning                         2.10
           ATTY # 000559: 21 COPIES

11/20/13   Duplicating/Printing/Scanning                         1.30
           ATTY # 000559: 13 COPIES

11/25/13   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPIES

11/25/13   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPIES

11/25/13   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPIES

11/25/13   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPIES

11/25/13   Duplicating/Printing/Scanning                          .50
           ATTY # 000559: 5 COPIES

11/25/13   Duplicating/Printing/Scanning                          .80
           ATTY # 000559: 8 COPIES

11/25/13   Duplicating/Printing/Scanning                         1.30
           ATTY # 000559: 13 COPIES

11/25/13   Duplicating/Printing/Scanning                         1.30
           ATTY # 000559: 13 COPIES

11/27/13   Outside Duplicating -- VENDOR: DIGITAL LEGAL         187.47
           SERVICES, LLC: Copies, envelopes & postage --
           copying and postage costs for service of
           quarterly fee app. materials

```
172573 W. R. Grace & Co.                        Invoice Number  2502945
60029  Fee Applications-Applicant               Page   3
       December 27, 2013
```

```
 11/27/13   Outside Duplicating -- VENDOR: DIGITAL LEGAL        273.40
            SERVICES, LLC: Copies, envelopes & postage  --
            copying and postage costs for service of
            quarterly fee app. materials

                           CURRENT EXPENSES                    502.07
                                                          ------------
                           TOTAL BALANCE DUE UPON RECEIPT      $502.07
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number    2502946
62 Whittemore Avenue                  Invoice Date     12/27/13
Cambridge, MA  02140                  Client Number     172573
```

================================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

```
    Fees                                    0.00
    Expenses                               41.60

                 TOTAL BALANCE DUE UPON RECEIPT         $41.60
                                              =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number    2502946
62 Whittemore Avenue                  Invoice Date      12/27/13
Cambridge, MA  02140                  Client Number      172573
                                      Matter Number       60041
```

==============================================================================

Re: (60041)  Specifications Inquiry


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Duplicating/Printing/Scanning              41.60

                      CURRENT EXPENSES                    41.60
                                                    ------------
                      TOTAL BALANCE DUE UPON RECEIPT       $41.60
```

```
                           REED SMITH LLP
                           PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R. Grace & Co.                        Invoice Number    2502946
   62 Whittemore Avenue                    Invoice Date     12/27/13
   Cambridge, MA  02140                    Client Number     172573
                                           Matter Number      60041


==============================================================================

Re: (60041)  Specifications Inquiry



FOR COSTS ADVANCED AND EXPENSES INCURRED:

11/06/13   Duplicating/Printing/Scanning                 1.40
           ATTY # 007015: 14 COPIES

11/11/13   Duplicating/Printing/Scanning                 1.40
           ATTY # 007015: 14 COPIES

11/22/13   Duplicating/Printing/Scanning                 1.40
           ATTY # 007015: 14 COPIES

11/22/13   Duplicating/Printing/Scanning                 1.40
           ATTY # 007015: 14 COPIES

11/25/13   Duplicating/Printing/Scanning                36.00
           ATTY # 6410; 360 COPIES

                        CURRENT EXPENSES                 41.60
                                                     ------------
                   TOTAL BALANCE DUE UPON RECEIPT       $41.60
                                                     =============
```

```
                            REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
  W.R. Grace & Co.                        Invoice Number    2502947
  7500 Grace Drive                        Invoice Date     12/27/13
  Columbia, Maryland 21044                Client Number     172573
  USA
```

================================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

```
    Fees                                  0.00
    Expenses                              3.60

                 TOTAL BALANCE DUE UPON RECEIPT            $3.60
                                                    =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


   W.R. Grace & Co.                      Invoice Number    2502947
   7500 Grace Drive                      Invoice Date     12/27/13
   Columbia, Maryland 21044              Client Number      172573
   USA                                   Matter Number       80001


==============================================================================

Re: (80001)  Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning                 3.60

                        CURRENT EXPENSES                    3.60
                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $3.60
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                          Invoice Number    2502947
   7500 Grace Drive                          Invoice Date     12/27/13
   Columbia, Maryland 21044                  Client Number      172573
   USA                                       Matter Number       80001
```

===============================================================================

Re: (80001)  Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/29/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 16 COPIES | 1.60 |
| 10/30/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 4 COPIES | .40 |
| 10/30/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 8 COPIES | .80 |
| 10/31/13 | Duplicating/Printing/Scanning<br>ATTY # 008690: 8 COPIES | .80 |

```
                          CURRENT EXPENSES                   3.60
                                                        ------------
              TOTAL BALANCE DUE UPON RECEIPT               $3.60
                                                        ============
```