**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Re: Docket No. 31533 |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on the 31st day of December 2013, I caused a true and correct copy of the Monthly Fee Application of Reed Smith LLP for Compensation for Services and Reimbursement of Expenses as Special Asbestos Products Liability Defense Counsel to Debtors for the One Hundred Forty-Ninth Monthly Interim Period from November 1, 2013 through November 30, 2013 (with attached Fee and Expense Detail) to be served upon the parties on the attached service list in the manner indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500

Special Asbestos Products Liability Defense Counsel

# SERVICE LIST

**VIA FIRST CLASS MAIL AND ELECTRONIC MAIL**

Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road
Suite 105
Rockwall, TX  75087
E-mail:  feeaudit@whsmithlaw.com

**VIA FIRST CLASS MAIL**

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE  19801

**VIA ELECTRONIC MAIL**

John Donley, Esq.
Adam Paul, Esq.
Kirkland & Ellis
E-mail:  john.donleyl@kirkland.com
         adam.paul@kirkland.com

Roger J. Higgins, Esq.
Law Offices of Roger Higgins
E-mail: rhiggins@rogerhigginslaw.com

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
E-mail:  joneill@pszjlaw.com
         smcfarland@pszjlaw.com

David Heller, Esq.
Latham & Watkins
E-mail:  david.heller@lw.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
E-mail: lkruger@stroock.com

Michael R. Lastowski, Esq.
Duane Morris LLP
Email:  mlastowski@duanemorris.com

Scott L. Baena, Esq.
Bilzen, Sumberg, Dunn Baena, Price
  & Axelrod
E-mail:  jsakalo@bilzin.com

Michael B. Joseph, Esq.
Ferry Joseph & Pearce, P.A.
E-mail:   ttacconelli@ferryjoseph.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
E-mail:  pvnl@capdale.com

Mark T. Hurford, Esq.
Campbell & Levine, LLC
E-mail: mhurford@camlev.com

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
E-mail:  pbentley@kramerlevin.com

Teresa K. D. Currier, Esq.
Saul Ewing LLP
E-mail:  teresa.currier@saul.com

Neil B. Glassman, Esq.
Bayard, P.A.
E-mail:  nglassman@bayardlaw.com