**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 1/22/2014; 4:00 PM ET** |
| | § | **Hearing Date: TBD (if needed)** |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE SIXTY-FOURTH MONTHLY INTERIM
PERIOD FROM DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | December 1, 2013 through December 31, 2013 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $15,000.00   [80% of $18,750.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $679.48 |

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date  Filed | Period  Covered | Requested  Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

[1] At 80% of the total incurred.

| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
|---|---|---|---|---|---|
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
|---|---|---|---|---|---|
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
|---|---|---|---|---|---|
| 5/1/2013 | 4/1/2013 to 4/30/2013 | $10,024.00 | $26.50 | Paid | Paid |
| 6/3/2013 | 5/1/2013 to 5/31/2013 | $18,704.00 | $1,289.82 | Paid | Paid |
| 7/1/2013 | 6/1/2013 to 6/30/2013 | $34,980.00 | $3,478.25 | Paid | Paid |
| 8/1/2013 | 7/1/2013 to 7/31/2013 | $11,940.00 | $287.83 | Paid | Paid |
| 9/3/2013 | 8/1/2013 to 8/31/2013 | $8,220.00 | $30.00 | Paid | Paid |
| 10/1/2013 | 9/1/2013 to 9/30/2013 | $11,100.00 | $0.00 | Paid | Paid |
| 11/1/2013 | 10/1/2013 to 10/31/2013 | $5,820.00 | $0.00 | Paid | Paid |
| 12/2/2013 | 11/1/2013 to 11/30/2013 | $9,240.00 | $0.00 | Paid | Paid |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 29 years, and his billing rate is $750 per hour.  In this Application period Mr. Rich billed 25.0 hours,[2] for a total amount billed of $18,750.00, of which 80% is currently sought, in the amount of $15,000.00.   Expenses in the amount of $679.48 were incurred for this period.  The total sought in this Application is $15,679.48.

As stated above, this is the Sixty-Fourth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $1,125.00 will be requested in a future application.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 17.5 | $13,125.00 |
| Travel | 11.6  (100%) | $4,350.00   (50%) |
| Fee Application Matters | 1.7 | $1,275.00 |
| TOTAL | 30.8 | $18,750.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $679.48 |
| TOTAL | $679.48 |

[*Remainder of this page intentionally blank*]

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

     I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

                                Respectfully Submitted,

                                _____
                                Alan B. Rich, Esq.
                                Texas Bar No. 16842350
                                1201 Elm Street, Suite 4244
                                Dallas, Texas 75270
                                (214) 744-5100
                                (214) 744-5101 [fax]
                                arich@alanrichlaw.com

                                COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

<u>**CERTIFICATE OF SERVICE**</u>

     I certify that on the 2nd day of January, 2014, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

                                _____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*

4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (December, 2013)

## Client

**Judge Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

## Matter

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 12/1/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/2/2013 | Prepare, file and serve 63rd Monthly Fee Application and notice of filing thereof | 1.5 |
| 12/2/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/3/2013 | Review letter to Third Circuit from Amici Curiae Loan Syndications & Trading Association Inc and Managed Funds Association | 0.1 |
| 12/3/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/4/2013 | Review CNO for 15th Quarterly Fee Application of Lauzon Belanger Lesperance, Canadian ZAI counsel | 0.1 |
| 12/4/2013 | Review CNO for 15th Quarterly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |

| | | |
|---|---|---|
| 12/4/2013 | Review CNO for 15th Quarterly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 12/4/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/4/2013 | Review Certificate of No Objection re Motion to Amend Blackstone employment agreement | 0.1 |
| 12/4/2013 | Review Certificate of No Objection re Objection to Ramsay Claim | 0.1 |
| 12/5/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/6/2013 | Review CNO re PI FCR application to employ Towers Watson | 0.1 |
| 12/6/2013 | Review CNO re 147th monthly fee application of Bilzen Sumberg, PD committee counsel | 0.1 |
| 12/6/2013 | Review CNO re 149th monthly fee application of Ferry Joseph, Delaware counsel to PD committee | 0.1 |
| 12/6/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/6/2013 | Review Order disallowing Ramsey claim | 0.1 |
| 12/7/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/9/2013 | Review Order amending retention Order re Blackstone | 0.2 |
| 12/9/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/10/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 12/11/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/12/2013 | Preparations for PD Trust Effective Date meeting | 2.0 |
| 12/12/2013 | Review CNO re 29th Objection to Employee Claims | 0.1 |
| 12/12/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/12/2013 | Review Certification of Counsel re 49th Quarterly Project Categories | 0.3 |
| 12/12/2013 | Review Certification of Counsel re 49th Quarterly Fee Applications | 0.2 |

| | | |
|---|---|---|
| 12/12/2013 | Emails re PD Trust meeting | 0.1 |
| 12/13/2013 | Travel to and from Charleston, SC for PD Trust Effective Date issues meeting    (11.6 hrs. @ 50%) | 5.8 |
| 12/13/2013 | Attend PD Trust Effective Date issues meeting | 3.0 |
| 12/13/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/14/2013 | Review 3Q13 WRG business update slides | 1.0 |
| 12/14/2013 | Review CNO re 2013 contribution to QSF | 0.1 |
| 12/14/2013 | Review emergence preparation documents from Debtor | 1.0 |
| 12/14/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/15/2013 | Emails with debtors' counsel and PD Trust counsel re effective date issues | 0.2 |
| 12/16/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 12/16/2013 | Review agenda for December Omnibus hearing | 0.1 |
| 12/16/2013 | Emails with ZAI Special Counsel re Effective Date issues | 0.1 |
| 12/16/2013 | Review Draft By-Laws | 0.3 |
| 12/17/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/17/2013 | Review 148th monthly fee application of Bilzen Sumberg, PD committee counsel | 0.1 |
| 12/17/2013 | Review 150th monthly fee application of Ferry Joseph, Delaware counsel to PD committee | 0.1 |
| 12/17/2013 | Review Order Granting 49th Quarter Fee Applications | 0.2 |
| 12/17/2013 | Review Order re 2013 QSF Contribution | 0.1 |
| 12/17/2013 | Review Amended December Omnibus Agenda | 0.1 |
| 12/17/2013 | Review Order Granting PI FCR Motion to retain Towers Watson | 0.1 |
| 12/17/2013 | Review Order Granting Omnibus Objection to Employee Claims | 0.1 |

| | | |
|---|---|---|
| 12/17/2013 | Email to client re December Omnibus hearing | 0.1 |
| 12/18/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/18/2013 | Review Motion to Approve Addendum to Amended and Restated Settlement with Harper Insurance | 0.5 |
| 12/19/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/19/2013 | Review Notice of Address Change of Chason Serv. Engineers, Inc. | 0.1 |
| 12/19/2013 | Review Notice of Address Change of Safety Harbor Resort & Spa | 0.1 |
| 12/20/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/20/2013 | Review CNO for 44th Monthly Fee Application of Lauzon Belanger Lesperance, Canadian ZAI counsel | 0.1 |
| 12/20/2013 | Review CNO for 44th Monthly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |
| 12/20/2013 | Review CNO for 44th Monthly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 12/23/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/23/2013 | Prepare, file and serve CNO for 63rd Monthly Fee Application | 0.2 |
| 12/23/2013 | Review Grace Settlement with Bank Lenders and letter to Third Circuit re settlement | 0.7 |
| 12/23/2013 | Email to client re Bank Lender settlement | 0.1 |
| 12/23/2013 | Email to PD Trust group re Bank Lender Settlement | 0.1 |
| 12/24/2013 | Review Miscellaneous Pleadings received today | 0.3 |
| 12/24/2013 | Emails re Bank Lender settlement | 0.1 |
| 12/24/2013 | Email from Debtor re effective date documents | 0.1 |
| 12/26/2013 | Review Miscellaneous Pleadings received today | 0.2 |

| | | |
|---|---|---|
| 12/26/2013 | Email from PD Trustee re effective date issues | 0.1 |
| 12/27/2013 | Review Miscellaneous Pleadings received today | 0.1 |
| 12/27/2013 | Emails with PD Trust parties and document review re PD Trust issues | 0.8 |
| 12/30/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 12/30/2013 | Emails with PD Trust counsel re status and revisions to By-Laws | 0.5 |
| 12/30/2013 | Emails re Effective Date Planning meeting | 0.1 |
| 12/30/2013 | Emails re changes to effective date documents | 0.1 |
| 12/31/2013 | Review Miscellaneous Pleadings received today | 0.2 |
| 12/31/2013 | Correspondence from Debtors' counsel re effective date documents | 0.1 |

Total:   25.0 hours @ $750/hour = $18,750.00

Expenses:       $679.48  (See attached detail)

Total Fees and Expenses Due:  $19,429.48

EXPENSES FOR DECEMBER 2013

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 12/6/2013 | RT Coach Airfare for Charleston meeting | $569.80 |
| 12/6/2013 | Taxi | $70.00 |
| 12/6/2013 | Meals | $21.68 |
| 12/6/2013 | DFW Parking | $18.00 |
| | Total Expenses | $679.48 |