**ONE HUNDRED AND SEVENTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 10-01-13 through 10-31-13**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $830 | 4.60 | $3,818.00 |
| R. Frezza | Member | $760 | 18.80 | $14,288.00 |
| M. DeSalvio | Director | $195 | 0.80 | $156.00 |
| M. Viola | Paraprofessional | $120 | 0.50 | $60.00 |
| **For the Period 10-01-13 through 10-31-13** | | | **24.70** | **$18,322.00** |

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 10-1-13 through 10-31-13**

| Task Code | Task Description | Hours | Fees |
|---|---|---:|---:|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant reviewed and analyzed Grace's announcement and Project Lantern Purchase and Sale Agreement. | 1.60 | $1,216.00 |
| 02. Case Administration | During the Fee Application period, the Applicant reviewed docket for new postings. | 2.20 | $1,686.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant participated in a call re: claims issues and prepared interest scenario update for counsel to review and distribute. | 3.70 | $2,833.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared August and September 2013 monthly fee statements. | 2.20 | $1,366.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the monthly results and 3Q13 results, prepared various analyses and prepared a report to the Committee thereon. | 13.80 | $10,733.00 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared a near-term work plan. | 0.40 | $332.00 |
| 21. Research | During the Fee Application period, the Applicant retrieved quarterly Peer Trend data and inputted it into Peer Trend analysis. | 0.80 | $156.00 |
| **For the Period 10-1-13 through 10-31-13** | | **24.70** | **$18,322.00** |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 10-1-13 through 10-31-13**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 10/14/2013 | R. Frezza | 0.50 | Reviewed and analyzed Grace's announcement re: winning bid for the Dow Polypropylene business. |
| 10/24/2013 | R. Frezza | 1.10 | Reviewed and analyzed Project Lantern Purchase and Sale Agreement. |
| Subtotal | | 1.60 | |
| 02. Case Administration | | | |
| 10/7/2013 | R. Frezza | 0.50 | Reviewed docket for new postings. |
| 10/14/2013 | R. Frezza | 0.50 | Reviewed docket for new postings. |
| 10/21/2013 | R. Frezza | 0.50 | Reviewed docket for new postings. |
| 10/22/2013 | E. Ordway | 0.20 | Reviewed items from docket per colleague suggestion. |
| 10/28/2013 | R. Frezza | 0.50 | Reviewed docket for new postings. |
| Subtotal | | 2.20 | |
| 03. Claims Analysis & Valuation | | | |
| 10/28/2013 | E. Ordway | 0.30 | Participated in call with Committee member to discuss claims issues. |
| 10/29/2013 | R. Frezza | 2.30 | Prepared interest scenario update per request of Counsel. |
| 10/30/2013 | R. Frezza | 1.10 | Finalized interest scenarios update requested by Counsel and issued to Counsel for review and distribution. |
| Subtotal | | 3.70 | |
| 07. Fee Applications & Invoices | | | |
| 10/1/2013 | M. Viola | 0.20 | Prepared August 2013 fee application. |
| 10/4/2013 | R. Frezza | 0.80 | Reviewed and approved final version of Capstone's August 2013 fee application. |
| 10/7/2013 | M. Viola | 0.10 | Prepared August 2013 fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/7/2013 | M. Viola | 0.20 | Prepared Capstone's September 2013 fee application. |
| 10/14/2013 | R. Frezza | 0.70 | Reviewed and analyzed initial draft of Capstone's September 2013 fee application. |
| 10/16/2013 | E. Ordway | 0.20 | Reviewed latest draft of Capstone's September fee application. |
| Subtotal | | 2.20 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/1/2013 | R. Frezza | 2.50 | Reviewed and analyzed Company's August 2013 monthly operating |
| 10/3/2013 | E. Ordway | 0.60 | Read and analyzed August 2013 monthly operating report. |
| 10/9/2013 | E. Ordway | 0.90 | Continued to read and analyze August 2013 monthly operating report. |
| 10/16/2013 | E. Ordway | 0.90 | Read and analyzed analyst reports related to chemical industry in connection with Capstone's preparation of Grace's 3Q13 financial report to the Committee |
| 10/24/2013 | R. Frezza | 2.10 | Reviewed and analyzed 3Q13 press release and related data. |
| 10/25/2013 | R. Frezza | 1.70 | Continued reading and analyzing analyst reports in preparation for preparing 3Q13 financial report to Committee. |
| 10/25/2013 | R. Frezza | 1.10 | Began preparing analytical charts for 3Q13 financial report to committee. |
| 10/28/2013 | E. Ordway | 0.50 | Read Grace's earnings and update press release for 3Q13. |
| 10/30/2013 | R. Frezza | 2.90 | Began reading and analyzing chemical industry analyst reports in preparation for 3Q13 financial report to committee. |
| 10/30/2013 | E. Ordway | 0.60 | Analyzed and discussed analyst report data with staff. |
| Subtotal | | 13.80 | |

09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/22/2013 | E. Ordway | 0.40 | Prepared near-term work plan to discuss with staff. |
| Subtotal | | 0.40 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 10/29/2013 | M. DeSalvio | 0.80 | Retrieved quarterly Peer Trend data from Bloomberg and input into Peer Trend analysis for L. Ahearn. |
| Subtotal | | 0.80 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **Total Hours** | | **24.70** | |

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Expense Detail**
**For the Period 10-1-13 through 10-31-13**

| Date | Professional | Detail | Amount |
|---|---|---|---|

Telecom

| | | | |
|---|---|---|---|
| 10/14/2013 | Capstone Expense | October telecom | $28.41 |

| | |
|---|---|
| Subtotal - Telecom | $28.41 |
| **For the Period 10-1-13 through 10-31-13** | $28.41 |