# EXHIBIT A
**(Fee Detail)**

## **FEES**

| LITIGATION AND LITIGATION CONSULTING | $11,105.00 |
|---|---|
| FEE APPLICATION – APPLICANT | $770.00 |
| TOTAL FEES | $11,875.00 |


**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 19, 2013
Bill Number 170541
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH NOVEMBER 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 11/01/13 | ARA | Monitor document production to Early Lucarelli firm (re: Pfizer). | 7.30 Hrs | 1,058.50 |
| 11/06/13 | ARA | Inventory and prepare ledgers to be picked up by copy company re: Pfizer document production/Early Luccarelli firm. | 2.00 Hrs | 290.00 |
| 11/06/13 | ARA | Document control. | 2.50 Hrs | 237.50 |
| 11/07/13 | MTM | Email to Karst re: no payment yet on Winthrop Square review in late August (.1); email to in-house counsel re: copies of documents produced to Early Lucarelli firm (.1); receipt and review of document search results from paralegal at CPD (.1); telephone call to ARA requesting her to pull originals re: same (.1); email to in-house counsel and paralegal at Early Lucarelli re: same (.2). | 0.60 Hrs | 180.00 |
| 11/07/13 | ARA | Telephone calls to MTM and from copy company re: pick-up ledgers for copying (.6). Per MTM, review list of documents and note where located, per Early Lucarrelli/Pfizer request (1.6) | 2.20 Hrs | 319.00 |

CASNER & EDWARDS LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH NOVEMBER 30, 2013

| <u>Date</u> | <u>Atty</u> | <u>Description</u> | <u>Time</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/07/13 | ARA | Document control. | 5.50 Hrs | 522.50 |
| 11/08/13 | MTM | Telephone call from ARA re: pulling originals from boxes re: Pfizer job site search. | 0.20 Hrs | 60.00 |
| 11/08/13 | ARA | Inventory list of documents from print out on computer (1.0); tag and pull specific documents for copying re: Pfizer production/Early Lucarelli (5.8). | 6.80 Hrs | 986.00 |
| 11/11/13 | RAM | Read updated Bankruptcy Court docket entries to select documents to read. | 0.10 Hrs | 35.00 |
| 11/11/13 | ARA | Inventory tagged documents for copying and oversee pick-up for copying (1.8); receipt of ledgers from copy service and quality control documents re: Pfizer/Early Lucarelli document production (3.5). | 5.30 Hrs | 768.50 |
| 11/12/13 | MTM | Telephone call from in-house counsel re: two Libby personnel files; telephone call to ARA re: same. | 0.10 Hrs | 30.00 |
| 11/12/13 | ARA | Receipt of ledgers from copy service and quality control documents re: Pfizer/Early Lucarelli document production (3.5). Per MTM's request, search for and review Libby personnel files and pink slips (1.7). | 5.20 Hrs | 754.00 |
| 11/12/13 | ARA | Document control. | 0.70 Hrs | 66.50 |
| 11/13/13 | MTM | Telephone call from ARA re: can't find one job site search document from Early Lucarelli production. | 0.10 Hrs | 30.00 |
| 11/13/13 | ARA | Oversee pick up of Libby personnel files for copying by copy company (.2). Receipt of ledgers from copy serve and quality control documents re: Pfizer/Early Lucarelli document production (5.5). | 5.70 Hrs | 826.50 |
| 11/14/13 | MTM | Telephone call to ARA re: bill for Early Lucarelli production and review same (.1); letter to Early Lucarelli re: same (.1). Telephone call to Karst's office re: bill for Winthrop Square review in late August (.1). | 0.30 Hrs | 90.00 |
| 11/14/13 | ARA | Prepare inventory of box numbers and document ranges of documents pulled (3.2); produce inventory to MTM re: Pfizer production (.7). | 3.90 Hrs | 565.50 |

Page 2

Mark A. Shelnitz
Re: Litigation and Litigation Consulting

THROUGH NOVEMBER 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 11/14/13 | ARA | Document control. | 1.70 Hrs | 161.50 |
| 11/15/13 | ARA | Quality control documents re: Pfizer/Early Lucarelli document production. | 4.50 Hrs | 652.50 |
| 11/18/13 | MTM | Letter to in-house counsel re: documents produced to Early Lucarelli. | 0.10 Hrs | 30.00 |
| 11/18/13 | ARA | Quality control documents from the Pfizer production | 1.70 Hrs | 246.50 |
| 11/18/13 | ARA | Document control. | 3.50 Hrs | 332.50 |
| 11/19/13 | MTM | Telephone call to Karst re: unpaid bill for August 2013 document review in Boston. | 0.10 Hrs | 30.00 |
| 11/19/13 | ARA | Quality control documents in the production set. | 5.80 Hrs | 841.00 |
| 11/20/13 | MTM | Receipt and review of email from in-house counsel requesting dates of employment of former Libby employee (.1); telephone call to ARA re: same (.1); telephone call to ARA and email to in-house counsel re: answer to his question re: employment dates (.2). Receipt and respond to email from Early Lucarelli paralegal re: ledger pages and job site search (.1). | 0.50 Hrs | 150.00 |
| 11/20/13 | ARA | Quality control documents in the production set (4.4). Per MTM's request, search for, locate and review Libby personnel files for dates of employment for D. Smith (1.5); produce information to MTM (.5). | 6.40 Hrs | 928.00 |
| 11/21/13 | ARA | Quality control documents in the production set. | 6.30 Hrs | 913.50 |
| 11/25/13 | RAM | Emails to/from R. Finke re whether to accept service of a Complaint and Summons; no; advise attorney Michaud. | 0.05 Hrs | No Charge |

TOTAL LEGAL SERVICES $11,105.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 0.10 | 350.00 | 35.00 |

Page 3

CASNER & EDWARDS LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

| | | | |
|---|---:|---:|---:|
| Matthew T. Murphy | 2.00 | 300.00 | 600.00 |
| Angela R. Anderson | 63.10 | 145.00 | 9,149.50 |
| Angela R. Anderson | 13.90 | 95.00 | 1,320.50 |
| Robert A. Murphy | 0.05 | 350.00 | No Charge |
| | 79.15 | | $11,105.00 |

|   |   |
|---|---:|
| TOTAL THIS BILL | $11,105.00 |

Page 4

# CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 19, 2013
Bill Number 170543
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH NOVEMBER 30, 2013

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 11/11/13 | RAM | Work on Quarterly fee application. | 0.70 Hrs | 245.00 |
| 11/12/13 | RAM | Send Quarterly fee application to Delaware counsel to file. | 0.05 Hrs | No Charge |
| 11/19/13 | RAM | Work on October Fee Application (1.1); conference with MTM re same (.1). | 1.20 Hrs | 420.00 |
| 11/21/13 | RAM | Work on October Fee Application and send it to in house counsel to review (approved for filing). | 0.30 Hrs | 105.00 |

TOTAL LEGAL SERVICES                $770.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.20 | 350.00 | 770.00 |
| Robert A. Murphy | 0.05 | 350.00 | No Charge |
|  | 2.25 |  | $770.00 |

Page 1

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

|  |  |
|---|---|
| TOTAL THIS BILL | $770.00 |