**EXHIBIT B**
**(Expense Detail)**

## EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,484.89 |
| **FEE APPLICATION – APPLICANT** | $86.33 |
| **TOTAL EXPENSES** | $12,571.22 |



**CASNER & EDWARDS, LLP**

A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 23, 2013
Bill Number  170563
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH NOVEMBER 30, 2013

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 11/30/13 | EXCESS POSTAGE | 5.84 | |
| | | | $5.84 |

FEDERAL EXPRESS
| | | | |
|---|---|---|---|
| 11/05/13 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski, Stang Ziehl from Casner and Edwards on October 11, 2013 by R A Murphy. | 20.86 | |
| | | | $20.86 |

PHOTOCOPYING
| | | | |
|---|---|---|---|
| 11/13/13 | 23 copies at $.10 per copy | 2.30 | |
| | | | $2.30 |

RENT REIMBURSEMENT
| | | | |
|---|---|---|---|
| 11/01/13 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - November 2013. | 12,047.59 | |
| | | | $12,047.59 |

MISCELLANEOUS
| | | | |
|---|---|---|---|
| 11/11/13 | RECORDKEEPER ARCHIVE CENTERS,: Storage | 408.30 | |

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting


**COSTS**

THROUGH NOVEMBER 30, 2013

from 11/1/13 through 11/30/13.

|  |  |
|---|---|
|  | $408.30 |
| TOTAL COSTS | $12,484.89 |
| TOTAL THIS BILL | $12,484.89 |

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 23, 2013
Bill Number  170564
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH NOVEMBER 30, 2013

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 11/30/13 | EXCESS POSTAGE | 1.92 | |
| | | | $1.92 |

FEDERAL EXPRESS
| | | | |
|---|---|---|---|
| 11/11/13 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl, Lynzy McGee from Casner and Edwards on October 28, 2013 by R A Murphy. | 55.91 | |
| 11/20/13 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones from Casner and Edwards on November 12, 2013 by R A Murphy. | 28.50 | |
| | | | $84.41 |

| | |
|---|---|
| TOTAL COSTS | $86.33 |
| TOTAL THIS BILL | $86.33 |