## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | **Re: Docket No. 31480** |

### DECLARATION OF SERVICE REGARDING:

Docket No. 31480

ORDER DISALLOWING EMPLOYEE CLAIMS (SUBSTANTIVE)
[Re: Docket No. 31294]

I, Mabel Soto, state as follows:

1.    I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 300 North Continental Boulevard, Suite 570, El Segundo, California 90245.

///

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      On December 26, 2013, at the direction of the Law Offices of Roger Higgins, LLC., co-counsel to the debtors and debtors in possession in the above-captioned cases, I caused the above-referenced document to be served on the Affected Parties referenced in Exhibit A via the mode of service described therein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 6th day of January 2014 at Paramount, California.

_____

Mabel Soto

# EXHIBIT A

# WR Grace & Co. et al

**Total number of parties: 13**

## Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 54679 | ANDERSON, W R, 41 HARROGATE RD, HOCKLEY ESSEX, SS55HT UNITED KINGDOM | US Mail (1st Class) |
| 54679 | BALDWIN, H FURLONG, (RE: BALDWIN, H FURLONG), 3215 EYRE HALL DR, CHERITON, VA, 23316 | US Mail (1st Class) |
| 54679 | BALDWIN, H FURLONG, C/O MERCANTILE BANKSHARES CORP, TWO HOPKINS PLAZA, STE 801, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 54679 | CAMBRE, RONALD C, NEWMONT MINING CORP, 1700 LINCOLN ST, DENVER, CO, 80203 | US Mail (1st Class) |
| 54679 | CHRILLESEN, JAN, (RE: CHRILLESEN, JAN), 1, RUE PAUL HENKES, LUXEMBOURG, L-1710 LUXEMBOURG | US Mail (1st Class) |
| 54679 | DALELIO, GINO, 70 RIVERWOOD TERRACE, BOLTON, ON, L7E1S4 CANADA | US Mail (1st Class) |
| 54679 | DONALD AND INGRID DOUGAL, (RE: DOUGAL, DONALD AND INGRID), IM SANDLOCH 5, WEDEL, DE-22880 GERMANY | US Mail (1st Class) |
| 54679 | GOODMAN, DR ERNEST M, (RE: GOODMAN, DR ERNEST M), DORFSTRASSE 21, ZELL AM MOOS, 4893 AUSTRIA | US Mail (1st Class) |
| 54679 | MURPHY, JOHN J, 4324 BORDEAUX AVE, DALLAS, TX, 75205 | US Mail (1st Class) |
| 54679 | NORRIS, PAUL J, (RE: NORRIS, PAUL J), 41 HOLLY GROVE RD, BLUFFTON, SC, 29909 | US Mail (1st Class) |
| 54679 | SOMMERFELT, OLE, BJARNE SKAUS VEI 2, HOSLE, N1347 NORWAY | US Mail (1st Class) |
| 54679 | VANDERSLICE, THOMAS A, (RE: VANDERSLICE, THOMAS A), LE RIVAGE, 4351 GULF SHORES BLVD, UNIT 10N, NAPLES, FL, 34103 | US Mail (1st Class) |
| 54679 | VANDERSLICE, THOMAS A, PO BOX 2072, 280 GRAND ISLAND DR, OSTERVILLE, MA, 02655 | US Mail (1st Class) |

**Subtotal for this group: 13**