IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

**DECLARATION OF SERVICE REGARDING:**

Exhibit 1    NOTICE OF AMENDMENTS TO SCHEDULES "F" OF LIABILITIES OF W.R. GRACE & CO. – CONN. (CASE NO. 01-01140-KJC) [custom sample attached hereto]

I, Mabel Soto, state as follows:

1.  I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 300 North Continental Boulevard, Suite 570, El Segundo, California 90245.

///

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp.,Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.  On December 30, 2013, at the direction of the Law Offices of Roger Higgins, LLC., co-counsel to the debtors and debtors in possession in the above-captioned cases, I caused the above-referenced document to be served on the Affected Parties referenced in Exhibit A via the mode of service described therein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 6th day of January 2014 at Paramount, California.

_____
Mabel Soto

# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| W. R. GRACE & CO., et al.,[1] | ) ) ) ) ) ) ) ) | Case No. 01-01139 (KJC) (Jointly Administered) |

## NOTICE OF AMENDMENTS TO SCHEDULES "F" OF LIABILITIES OF W.R. GRACE & CO. – CONN. (CASE NO. 01-01140-KJC)

| Name | Amended Amt | Original Schedule Amt | ScheduleID |
|---|---|---|---|
| NAME STREET ADDRESS CITY, STATE ZIP | $x.xx | $x,xxx.xx | xxxxx |

**PLEASE TAKE NOTICE** that on December 30, 2013 W. R. Grace & Co.– Conn. ("WRG") filed its Amendments to Schedules of Liabilities – Schedule F, (the "Amendments") with the United States Bankruptcy Court for the District of Delaware. Outlined is the original scheduled claim amount of the affected party receiving this notice and the corresponding amended amount now being listed for the claim by the appropriate debtor.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

**PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments and who disagrees with the amount and/or classification of liability set forth in the Amendments as outline above (or attached) may file a proof of claim for the amount and/or classification it deems appropriate. The bar date for filing proofs of claim is 21 days from the date of this Notice, or January 21, 2014 (the "Bar Date").

**PLEASE TAKE FURTHER NOTICE,** that proof of claim forms can be obtained from Rust Consulting, Inc., the Claims Processing Agent, toll free 1-800-432-1909 or visit the Grace chapter 11 website at www.bmcgroup.com/wrgrace for further information regarding the Amendments.

**PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments and who fails to file a proof of claim by the January 21, 2014 deadline will be bound by the classification and/or amount of liability set forth in the Amendments.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Bankr. P. 1009 and Rule 1009-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the following parties will receive a copy of the Amendments: (i) those who parties that are affected by the Amendments; (ii) the United States Trustee; and (iii) all parties who have requested notice pursuant to Fed. R. Bankr. P 2002.

Dated: December 30, 2013

KIRKLAND & ELLIS LLP
Adam Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
(312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP
/s/
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Debtors and Debtors-in-Possession

2

# EXHIBIT A

# WR Grace & Co. et al

Total number of parties: 20

## Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 54725 | CARL E LEVI CITY TREASURER, 102 CITY HALL, CHATTANOOGA, TN, 37402-4284 | US Mail (1st Class) |
| 54725 | CLIMAX MOLYBDENUM CO., 1370 WASHINGTON PIKE, BRIDGEVILLE, PA, 15017-2839 | US Mail (1st Class) |
| 54725 | CRYSTAL SPRINGS WATER CO., PO BOX 3229, LANCASTER, PA, 17604-3229 | US Mail (1st Class) |
| 54725 | CURTIS ENGLISH CONSTRUCTION, INC, 3757 WAGENER RD., AIKEN, SC, 29801 | US Mail (1st Class) |
| 54725 | FAIR HARBOR CAPITAL LLC, (TRANSFEROR: CRYSTAL SPRINGS WATER CO.), ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY, 10023 | US Mail (1st Class) |
| 54725 | FERGUSON ENTERPRISES, INC, PO BOX 751497, CHARLOTTE, NC, 28275 | US Mail (1st Class) |
| 54725 | FIRST UNION COMMERCIAL CORP., 1339 CHESTNUT STR. PA1317, PHILADELPHIA, PA, 19107 | US Mail (1st Class) |
| 54725 | FLORIDA INDEPENDENT CONCRETE, AND ASSOC. PRODS. INC., AND ASSOC. PRODS. INC., 318 NEWMAN ROAD, SEBRING, FL, 33876-6702 | US Mail (1st Class) |
| 54725 | GAYLON DISTRIBUTING INC, KAUFFMAN & FORMAN PA, BRUCE KAUFFMAN, 406 W PENNSYLVANIA AVE, TOWSON, MD, 21204 | US Mail (1st Class) |
| 54725 | HERCULES, BETZ DEARBORN, PO BOX 846046, DALLAS, TX, 75284-6046 | US Mail (1st Class) |
| 54725 | ICN DOSIMETRY SERVICE, PO BOX 19536, (AKA) GLOBAL DOSIMETRY SOLUTION, IRVINE, CA, 92623-9536 | US Mail (1st Class) |
| 54725 | RE MICHEL CO, INC, PO BOX 2318, BALTIMORE, MD, 21203 | US Mail (1st Class) |
| 54725 | REED SMITH LLP, MELLON SQUARE, REED SMITH CENTRE, 225 FIFTH AVE, STE 1200, PITTSBURGH, PA, 15222-2716 | US Mail (1st Class) |
| 54725 | SCALE SYSTEMS, INC, POBOX 116733, ATLANTA, GA, 30368-6733 | US Mail (1st Class) |
| 54725 | SIERRA LIQUIDITY FUND LLC, (TRANSFEROR: GAYLON DISTRIBUTING INC), 2699 WHITE RD, STE 255, IRVINE, CA, 92614 | US Mail (1st Class) |
| 54725 | SIGNAL FINANCE, 9050 RELIABLE PKWY, CHICAGO, IL, 60686-0090 | US Mail (1st Class) |
| 54725 | T.H.E.M. OF NEW JERSEY, 5 E STOW RD, STE A, MARLTON, NJ, 08053-3145 | US Mail (1st Class) |
| 54725 | TANNOR PARTNERS CREDIT FUND LP, (TRANSFEROR: ZANNINOS CATERING), 150 GRAND ST, STE 401, WHITE PLAINS, NY, 10601 | US Mail (1st Class) |
| 54725 | WASTE MANAGEMENT OF INDIANA, P.O. BOX 9001054, LOUISVILLE, KY, 40290-1054 | US Mail (1st Class) |
| 54725 | ZANNINOS CATERING, 7770 GOUGH ST., BALTIMORE, MD, 21224 | US Mail (1st Class) |

Subtotal for this group: 20

WR Grace & Co. et al