# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
**c/o Lauzon Belanger Lesperance**  
Attention: Careen Hannouche  
286 Rue St. Paul  
Quest bureau 100 Montreal QC H2Y 2A3

Date: 12/6/2013  
File Number: ZAI/WRG 060124-01  
Invoice Number: 21971

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2013 | KEH | E-mail correspondence with 'Careen Hannouche', re: status of payment for LBL's July and August fee applications. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | Email correspondence with Digital Legal transmitting the 15th Quarterly Fee Application Notice of LBL for hand delivery. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | Email correspondence with Digital Legal transmitting the 15th Quarterly Fee Application Notice of SH for hand delivery. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | Email correspondence with Digital Legal transmitting the 15th Quarterly Fee Application Notice of THF for hand delivery. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | KEH | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Fifteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to September 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 11/29/2013. | 0.20 | 195.00 | 39.00 |
| 11/01/2013 | KEH | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Fifteenth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to September 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 11/29/2013. | 0.20 | 195.00 | 39.00 |
| 11/01/2013 | KEH | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Fifteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to September 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 11/29/2013 | 0.20 | 195.00 | 39.00 |
| 11/01/2013 | GP | Email correspondence with fee auditor transmitting the 15th Quarterly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | Email correspondence with fee auditor transmitting the 15th Quarterly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | Email correspondence with fee auditor transmitting the 15th Quarterly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | Email correspondence with service parties transmitting the 15th Quarterly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |

| 12/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 | |
|---|---|---|---|---|---|---|
| 11/01/2013 | GP | | Email correspondence with service parties transmitting the 15th Quarterly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | | Email correspondence with service parties transmitting the 15th Quarterly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | KEH | | E-mail from Careen Hannouche - not yet received payment from Grace for LBL's July and August fee applications. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | | Prepared for and filed LBL's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/01/2013 | GP | | Prepared for and filed SH's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/01/2013 | GP | | Prepared for and filed THF's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/04/2013 | DKH | | E-mail correspondence with Ashlee White concerning the status of the remaining appeal involving the question about how much interest Grace owes on its bank loans. Replied to the email. | 0.30 | 400.00 | 120.00 |
| 11/04/2013 | DKH | | Reviewed Post-Confirmation Report for the Period September 2013. Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 11/06/2013 | DKH | | Retrieved and reviewed Certification of Counsel Regarding Omnibus Hearing Date. Filed by W.R. Grace & Co., et al.. (Attachments: # (1) Proposed Form of Order. | 0.30 | 400.00 | 120.00 |
| 11/14/2013 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Invoice for October 1, 2013 – October 31, 2013. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 11/14/2013 | DKH | | Reviewed status of appeals to the 3rd Circuit to determine the likelihood that there will be an appeal to the Supreme Court. Reviewed dockets and filings relative to the bank appeal on the interest rates. Sought to determine the likely timing of the effective date. | 1.50 | 400.00 | 600.00 |
| 11/19/2013 | GP | | Email correspondence with Careen Hannouche requesting October 2013 time statement. Receipt of October 2013 time statement. | 0.20 | 195.00 | 39.00 |
| 11/20/2013 | GP | | Calculated project codes for LBL's October 2013 time statement. | 0.30 | 195.00 | 58.50 |
| 11/20/2013 | GP | | Calculated project codes for SH's October 2013 time statement. | 0.30 | 195.00 | 58.50 |
| 11/20/2013 | GP | | Calculated project codes for THF's October 2013 time statement. | 1.00 | 195.00 | 195.00 |
| 11/20/2013 | GP | | Draft the 44th Monthly Fee Application for LBL. | 1.30 | 195.00 | 253.50 |
| 11/20/2013 | GP | | Draft the 44th Monthly Fee Application for SH. | 1.30 | 195.00 | 253.50 |
| 11/20/2013 | GP | | Draft the 44th Monthly Fee Application for THF. | 1.30 | 195.00 | 253.50 |
| 11/21/2013 | GP | | Draft the Certificate of No Objection for LBL's 43rd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/21/2013 | GP | | Draft the Certificate of No Objection for SH's 43rd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/21/2013 | GP | | Draft the Certificate of No Objection for THF's 43rd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/21/2013 | KEH | | E-mail correspondence with 'Careen Hannouche', re: status of LBL's July and August 2013 payments from WRGrace in the amount of $1,549.31 for use in preparation of fee applications. | 0.10 | 195.00 | 19.50 |
| 11/21/2013 | KEH | | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Third Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 195.00 | 39.00 |
| 11/21/2013 | KEH | | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Third Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 195.00 | 39.00 |
| 11/21/2013 | KEH | | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Third Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants | 0.20 | 195.00 | 39.00 |

| 12/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
|---|---|---|---|---|---|---|
| 11/21/2013 | GP | | Email to Digital Legal transmitting the Certificate of No Objection, re: the 43rd Monthly Fee Applications of THF, LBL and SH. | 0.10 | 195.00 | 19.50 |
| 11/21/2013 | KEH | | E-mail to Jason Day at WRGrace, re: followed up with Cindy at Scarfone Hawkins - still show outstanding holdback for October ($315.75) and December ($326.25), 2012, for a total of $642.00. Cindy advised that they received $426.00 not the $642.00. Requested detailed information regarding the payments in order to reconcile the Grace payment spreadsheet for future fee applications. | 0.20 | 195.00 | 39.00 |
| 11/21/2013 | GP | | Email to service parties transmitting the Certificate of No Objection, re: the 43rd Monthly Fee Applications of THF, LBL and SH. | 0.10 | 195.00 | 19.50 |
| 11/21/2013 | KEH | | E-mails with Cindy Yates, re: Payments from Grace - she spoke to Jason Day re: amount owing to SH for October ($315.75) and December ($326.25), 2012 for a total of $642.00 ; SH received $426.00 not $642.00. Need accurate information from Grace so we can revise payment spreadsheet for fee applications. | 0.20 | 195.00 | 39.00 |
| 11/21/2013 | GP | | Prepared for and filed the Certificate of No Objection for LBL's 43rd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/21/2013 | GP | | Prepared for and filed the Certificate of No Objection for SH's 43rd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/21/2013 | GP | | Prepared for and filed the Certificate of No Objection for THF's 43rd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/21/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Third Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 11/21/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Third Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 11/21/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Third Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 11/21/2013 | DKH | | Reviewed docket for objections to Lauzon Belanger Lesperance's Forty-Third Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/21/2013 | DKH | | Reviewed docket for objections to Scarfone Hawkin's Forty-Third Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/21/2013 | DKH | | Reviewed docket for objections to The Hogan Firm's Forty-Third Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/22/2013 | GP | | Email correspondence with Careen Hannouche, re: draft 44th Monthly Fee Application for LBL. Receipt of signed certification. | 0.20 | 195.00 | 39.00 |
| 11/22/2013 | GP | | Email correspondence with Cindy Yates, re: draft 44th Monthly Fee Application for SH. Receipt of signed certification. | 0.20 | 195.00 | 39.00 |
| 11/22/2013 | KEH | | E-mail correspondence with Day, Jason, at WRGrace, re: another payment concern - need Remittance Advice for the payment received by LBL in the amount of $2,329.89 - attempting to update Grace payment register (for preparation of fee applications) and cannot find a combination of outstanding fee applications (80% Fees 100% Expenses) to equal said amount; | 0.30 | 195.00 | 58.50 |
| 11/22/2013 | GP | | Email correspondence with Digital legal transmitting the 44th Monthly Fee Application of LBL, SH and THF for hand delivery. | 0.10 | 195.00 | 19.50 |

| 12/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:4 |
|---|---|---|---|---|---|---|
| 11/22/2013 | KEH | | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Fourth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to October 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 12/16/2013. | 0.20 | 195.00 | 39.00 |
| 11/22/2013 | KEH | | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Fourth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to October 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 12/16/2013. | 0.20 | 195.00 | 39.00 |
| 11/22/2013 | KEH | | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Fourth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to October 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 12/16/2013. | 0.20 | 195.00 | 39.00 |
| 11/22/2013 | GP | | Email correspondence with fee auditor transmitting the 44th Monthly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 11/22/2013 | GP | | Email correspondence with fee auditor transmitting the 44th Monthly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 11/22/2013 | GP | | Email correspondence with fee auditor transmitting the 44th Monthly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 11/22/2013 | GP | | Email correspondence with service parties transmitting the 44th Monthly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 11/22/2013 | GP | | Email correspondence with service parties transmitting the 44th Monthly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 11/22/2013 | GP | | Email correspondence with service parties transmitting the 44th Monthly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 11/22/2013 | KEH | | E-mail from Careen Hannouche, re: received payment of $2,329.89 instead of $1,549.31 - Reviewed payment spreadsheet and corresponding fee applicatoins - need to have WRGrace clariify payment before updating Grace payment spreadsheet. | 0.30 | 195.00 | 58.50 |
| 11/22/2013 | GP | | Prepared for and filed the 44th Monthly Fee Application of LBL. | 0.30 | 195.00 | 58.50 |
| 11/22/2013 | GP | | Prepared for and filed the 44th Monthly Fee Application of SH. | 0.30 | 195.00 | 58.50 |
| 11/22/2013 | GP | | Prepared for and filed the 44th Monthly Fee Application of THF. | 0.30 | 195.00 | 58.50 |
| 11/22/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Forty-Fourth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to October 31, 2013. | 0.80 | 400.00 | 320.00 |
| 11/22/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Forty-Fourth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to October 31, 2013. | 0.90 | 400.00 | 360.00 |
| 11/22/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Forty-Fourth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to October 31, 2013. | 1.10 | 400.00 | 440.00 |
| 11/25/2013 | KEH | | E-mail correspondence with Grace Accounts Payable, re: payment for THF's September 2013 fee application (80% fees, 100% Expenses) - update WRGrace payment spreadsheet for us in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 11/26/2013 | DKH | | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditor's combined no objection final report. | 0.10 | 400.00 | 40.00 |
| 11/26/2013 | DKH | | Received and reviewed Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee or Expense Issues for the Forty-Ninth Interim Period Filed by Warren H. Smith & Associates, P.C. | 0.40 | 400.00 | 160.00 |
| | | | **Total Fees** | **22.60** | | **$5,985.50** |

| | | | |
|---|---|---|---|
| 12/6/2013 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:5 |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 11/06/2013 | Digital Legal, LLC - CanZai-LBL 15th Quarter | 847.70 |
| 11/21/2013 | Photocopies- CNOs for 43rd Mo Fee Apps to DKH for review | 1.20 |
| 11/22/2013 | Photocopies- 44th Mo Fee Apps to Fee Auditor and Finke | 15.60 |
| 11/26/2013 | Digital Legal - WR Grace - PRD - 13 - 1797 | 8.00 |
| 11/26/2013 | Postage- 44th Mo Fee Apps to Fee Auditor and Finke | 4.24 |
| 12/03/2013 | Photocopies- 15th Qrtrly CNOs for Review | 1.20 |

**Total Expenses** $877.94

**TOTAL NEW CHARGES** $6,863.44

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 10,534.39 |
| Payments | -10,534.39 |
| Current Fees | 5,985.50 |
| Current Expenses | 877.94 |
| **AMOUNT DUE AND OWING TO DATE** | **$6,863.44** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;** Please call 302.656.7540 if you have any questions or concerns.

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 11/19/2013 | 997 2293 | Payment on Account | 10,534.39 |