# EXHIBIT A

W.R. GRACE & CO., et al.  
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION  
DATE:  
November 30, 2013  
OUR FILE NO: 05L121

# Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS  
ONE JAMES STREET SOUTH  
14TH FLOOR  
P.O. BOX 926, DEPOT #1  
HAMILTON, ONTARIO  
L8N 3P9

TELEPHONE  
905-523-1333

TELEFAX  
905-523-5878

H.S.T. REGISTRATION NO.   873984314 RT – 0001

---

**CANADIAN ZAI MONTHLY FEE APPLICATION**  
**(November 1, 2013 – November 30, 2013)**

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11 /01/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 11 /01/13 | emails to and from Dan Hogan re: status of the 5th outstanding appeal by Grace, letter to co-counsel | DT | $575.00 | 0.25 | $143.75 |
| 11 /04/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 11 /04/13 | Email from David Thompson to Dan Hogan in follow-up to recent correspondence concerning status of U.S. appeals and issues towards Effective Date of Plan | MGM | $475.00 | 0.10 | $47.50 |
| 11 /05/13 | receipt of and respond to multiple class member inquiries, re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.35 | $201.25 |
| 11 /06/13 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement and US appeals | DT | $575.00 | 0.25 | $143.75 |
| 11 /06/13 | emails to and from Keith Ferbers re status of matter | DT | $575.00 | 0.25 | $143.75 |
| 11 /11/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 11 /12/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 11 /12/13 | finalize standard response, memos to and from Ashlee White, etc. | DT | $575.00 | 0.25 | $143.75 |
| 11 /13/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.10 | $57.50 |
| 11 /14/13 | receipt of and respond to various class member inquiries re: status of US appeals | DT | $575.00 | 0.25 | $143.75 |

| | | | | | |
|---|---|---|---|---|---|
| | and CDN ZAI settlement | | | | |
| 11/19/13 | emails to and from Careen Hannouche and follow-ups re: status of matters and possible meeting in Montreal re: claims administration | DT | $575.00 | 0.25 | $143.75 |
| 11/29/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.25 | $143.75 |
| 11/29/13 | review dockets for period November, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of November, 2013 | LC | $150.00 | 2.00 | $300.00 |
| | | | SUB-TOTAL | 5.30 | $2,187.50 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON 25 years - 1988 | DT | 3.20 | $575.00 | $1,840.00 | $239.20 |
| MATTHEW G. MOLOCI 15 years - 1998 | MGM | 0.10 | $475.00 | 47.50 | 6.18 |
| LAW CLERK Cindy Yates 31 years - 1982 | CY | 2.00 | $150.00 | $300.00 | $39.00 |
| SUB-TOTAL: | | 5.30 | | $2,187.50 | $284.38 |
| TOTAL FEES AND TAXES: | | | | | $2,471.88 |

## DISBURSEMENTS SUMMARY

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 11/01/13 11/30/13 | Long Distance Calls – Various calls | | $1.54 | $0.20 | $1.74 |
| TOTAL DISBURSEMENTS: | | | $1.54 | $0.20 | $1.74 |

| TOTAL FEES AND APPLICABLE TAXES: | $2,473.62 |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:

SCARFONE HAWKINS LLP
E. & O.E.

*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.