# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
## AVOCATS • ATTORNEYS

January 6, 2014

RE: W.R. GRACE & CO., and al.
U.S. FEE APPLICATION
CDN ZAI CLASS ACTION
Our file: 222

### CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
(November 1st 2013 to November 30th 2013)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**OUR FEES:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2013-11-01 | CH | Review of 15th Quarterly Fee Application | 0.40 | $285.00 | $114.00 |
| 2013-11-01 | CH | Email to G. Palagruto re: certification 15th Quarterly Fee Application | 0.20 | $285.00 | $57.00 |
| 2013-11-01 | CH | Email to Karen Harvey re: verification receipt of payment from Grace for the purposes of preparing LBL fee applications | 0.30 | $285.00 | $85.50 |
| 2013-11-01 | CH | Email from Daniel Hogan to David Thompson re: appeals timeline Chapter 11 | 0.20 | $285.00 | $57.00 |
| 2013-11-05 | CH | Review of email from Mr. Thompson to Mr. Hogan | 0.30 | $285.00 | $85.50 |
| 2013-11-19 | CH | Email to Cindy Yates re: payment of portion of The Hogan Firm fees | 0.30 | $285.00 | $85.50 |
| 2013-11-19 | CH | Review of October 2013 time statement | 0.30 | $285.00 | $85.50 |
| 2013-11-19 | CH | Email to G. Durstein re: October 2013 time statement | 0.20 | $285.00 | $57.00 |
| 2013-11-22 | CH | Telephone conversation with class member re: update on status of file | 0.30 | $285.00 | $85.50 |
| 2013-11-22 | CH | Review of October 2013 fee application | 0.30 | $285.00 | $85.50 |
| 2013-11-22 | CH | Email to G. Durstein re: signed certification October 2013 fee application | 0.20 | $285.00 | $57.00 |
| | | **OUR FEES:** | **3.00** | | **$ 855.00** |

TIME SUMMARY BY LAWYER
CH    285.00    3.00    $ 855.00

**DISBURSEMENTS**

Photocopies                                                                                           0.70

| | |
|---|---:|
| **SUB-TOTAL** | $ 855.70 |
| G.S.T. 5% | 42.79 |
| Q.S.T. 9.975 % | 85.36 |
| **TOTAL** | **$ 983.85** |

# G.S.T.   814682340 RT 0001
# Q.S.T.   1211542736 TQ 0001