# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

January 7, 2014

Invoice Number **104591**        91100  00001        LDJ

W.R. Grace & Co.
Liberty Tower
605 Chestnut Street, Suite 1700

Chattanooga, TN  37450

| | |
|---|---:|
| Balance forward as of last invoice, dated:  June 30, 2013 | $53,887.86 |
| Payments received since last invoice, last payment received -- December 27, 2013 | $14,097.80 |
| Net balance forward | $39,790.06 |

Re:   W.R. Grace and Co.

**Statement of Professional Services Rendered Through**        **07/31/2013**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| **Asset Disposition [B130]** | | | | | | |
| 07/23/13 | PEC | | Prepare Debtors' Forty-Eighth Quarterly Report of Asset Sales From April 1, 2013 Through June 30, 2013 in Accordance With That Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/23/13 | JEO | | Review quarterly sale report. | 0.40 | 695.00 | $278.00 |
| | **Task Code Total** | | | **0.90** | | **$423.00** |
| **Case Administration [B110]** | | | | | | |
| 07/01/13 | PEC | | Update critical dates | 0.40 | 290.00 | $116.00 |
| 07/01/13 | SLP | | Maintain docket control. | 0.60 | 195.00 | $117.00 |
| 07/01/13 | BMK | | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 07/02/13 | PEC | | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 07/02/13 | PEC | | Update critical dates | 0.70 | 290.00 | $203.00 |
| 07/02/13 | SLP | | Maintain docket control. | 0.70 | 195.00 | $136.50 |
| 07/02/13 | BMK | | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |

**Invoice number 104591**       91100   00001                                                   Page  2

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 07/03/13 | PEC | Update critical dates | 0.60 | 290.00 | $174.00 |
| 07/03/13 | SLP | Maintain docket control. | 0.70 | 195.00 | $136.50 |
| 07/03/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 07/08/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 07/08/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 07/09/13 | SLP | Maintain docket control. | 0.60 | 195.00 | $117.00 |
| 07/09/13 | KPM | Telephone call with R. Higgins regarding outstanding UST fees (.1); Draft email to R. Higgins regarding same (.1) | 0.20 | 525.00 | $105.00 |
| 07/09/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 07/09/13 | MM | Email to counsel re pending deadlines | 0.10 | 295.00 | $29.50 |
| 07/10/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 07/10/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 07/11/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 07/12/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 07/12/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 07/12/13 | MM | Maintain paper flow | 0.20 | 295.00 | $59.00 |
| 07/15/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 07/15/13 | PEC | Update critical dates | 0.80 | 290.00 | $232.00 |
| 07/15/13 | PEC | Respond to request of Yaprak Soysol for 2002 service list | 0.20 | 290.00 | $58.00 |
| 07/15/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 07/15/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 07/16/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 07/16/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 07/16/13 | SLP | Maintain docket control. | 0.70 | 195.00 | $136.50 |
| 07/17/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 07/17/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 07/17/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 07/17/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 07/18/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 07/18/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 07/18/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 07/19/13 | CAK | Review documents and organize to file. | 0.10 | 290.00 | $29.00 |
| 07/19/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 07/19/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |

**Invoice number 104591**       91100   00001                                                             Page 3

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/19/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 07/19/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 195.00 | $39.00 |
| 07/22/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 07/22/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 07/22/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 07/22/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 07/23/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 07/23/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 07/23/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 07/23/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 07/24/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 07/24/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 07/24/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 07/24/13 | KSN | Prepare hearing binders for 8/1/13 hearing. | 0.50 | 195.00 | $97.50 |
| 07/24/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 07/25/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 07/25/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 07/25/13 | SLP | Maintain docket control. | 0.60 | 195.00 | $117.00 |
| 07/25/13 | SLP | Prepare hearing binder. | 1.00 | 195.00 | $195.00 |
| 07/25/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 07/26/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 07/26/13 | PEC | Respond to request for 2002 service list | 0.20 | 290.00 | $58.00 |
| 07/26/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 07/26/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 07/26/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.30 | 195.00 | $58.50 |
| 07/29/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 07/29/13 | PEC | Update critical dates | 0.70 | 290.00 | $203.00 |
| 07/29/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 07/29/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 07/30/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 07/30/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 07/30/13 | SLP | Maintain docket control. | 0.60 | 195.00 | $117.00 |
| 07/30/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |

**Invoice number 104591**     91100  00001                                                                              **Page 4**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/31/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 07/31/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 07/31/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 07/31/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
|   |   | **Task Code Total** | **28.10** |   | **$6,763.00** |

**WRG-Employ. App., Others**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/22/13 | PEC | Prepare Affidavit Under 11 U.S.C. 327(e) of Stephen G. Adrian, a Partner of Westerman, Hattori, Daniels & Adrian, LLP for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 290.00 | $116.00 |
|   |   | **Task Code Total** | **0.40** |   | **$116.00** |

**WRG-Fee Apps., Applicant**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/13 | CAK | Review and update March fee application | 0.40 | 290.00 | $116.00 |
| 07/02/13 | PEC | Draft Certificate of No Objection Regarding PSZ&J LLP's February 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 07/02/13 | KPM | Review and execute Cert of No Obj. for PSZ&J February 2013 fee application | 0.10 | 525.00 | $52.50 |
| 07/05/13 | LDJ | Review and finalize interim fee application (March 2013) | 0.30 | 975.00 | $292.50 |
| 07/08/13 | CAK | Edit March fee application; coordinate posting, filing and service of same. | 0.30 | 290.00 | $87.00 |
| 07/08/13 | MM | Prepare affidavit of service re PSZ&J March 2013 fee application (.1); finalize, file and serve application (.4) | 0.50 | 295.00 | $147.50 |
| 07/09/13 | WLR | Prepare April 2013 fee application | 0.90 | 595.00 | $535.50 |
| 07/11/13 | LDJ | Review and finalize forty-eighth quarterly fee application (January 1 - March 31, 2013) | 0.30 | 975.00 | $292.50 |
| 07/11/13 | CAK | Update spreadsheet in preparation of 48th Quarterly fee application; prepare exhibits to same. | 0.30 | 290.00 | $87.00 |
| 07/11/13 | CAK | Review and update 48th Quarterly fee application | 0.50 | 290.00 | $145.00 |
| 07/11/13 | MM | Conference with James E. O'Neill regarding PSZ&J's 48th quarterly fee application (.1); prepare notice and certificates of service regarding same (.3); finalize, file and serve notice and application (.3); revise application regarding caption (.2) | 0.90 | 295.00 | $265.50 |
| 07/12/13 | WLR | Prepare April 2013 fee application | 0.20 | 595.00 | $119.00 |
| 07/12/13 | WLR | Draft April 2013 fee application | 0.90 | 595.00 | $535.50 |
| 07/15/13 | WLR | Review and revise April 2013 fee application | 0.90 | 595.00 | $535.50 |
| 07/24/13 | JEO | Respond to fee auditor inquiry regarding PSZ&J 48th Interim fee app. | 0.50 | 695.00 | $347.50 |

Invoice number 104591        91100   00001                                                     Page  5

|  |  |  | | |
|---|---|---|---|---|
|  |  | Task Code Total | 7.60 | $3,732.50 |

**WRG-Fee Applications, Others**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/13 | PEC | Prepare Monthly Fee Application for the Law Offices of Roger J. Higgins for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/01/13 | PEC | Prepare Monthly Fee Application of Protiviti Inc. for the Period of April 2013 for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/02/13 | PEC | Draft Certificate of No Objection Regarding Beveridge & Diamond LLP's April 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 07/02/13 | PEC | Draft Certificate of No Objection Regarding Woodcock Washburn LLP's April 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 07/02/13 | PEC | Draft Certificate of No Objection Regarding Casner & Edwards LLP's April 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 07/02/13 | KPM | Review and execute Cert of No Obj. for Casner & Edwards April 2013 fee application | 0.10 | 525.00 | $52.50 |
| 07/02/13 | KPM | Review and execute Cert of No Obj. for Beveridge & Diamond April 2013 fee application | 0.10 | 525.00 | $52.50 |
| 07/02/13 | KPM | Review and execute Cert of No Obj. for Woodcock & Washburn April 2013 fee application | 0.10 | 525.00 | $52.50 |
| 07/03/13 | PEC | Prepare April 2013 Monthly Fee Application of the Law Offices of Roger J. Higgins LLP for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 290.00 | $174.00 |
| 07/08/13 | MM | Coordinate filing and service of CNO re Norton Rose 69th fee application | 0.10 | 295.00 | $29.50 |
| 07/09/13 | MM | Email exchange with M. Araki re BMC April and May fee applications (.2); prepare affidavits of service re same (.2); finalize, file and serve same (.3) | 0.70 | 295.00 | $206.50 |
| 07/10/13 | MM | Coordinate filing and service of Cert of No Obj. Regarding K&E April fee application | 0.10 | 295.00 | $29.50 |
| 07/11/13 | JEO | Review Nortton Fullbright fee apps for December 2012. | 0.20 | 695.00 | $139.00 |
| 07/11/13 | MLM | Finalize and coordinate filing of Norton Rose Fulbright Canada's December 2012 fee application (.3); prepare and coordinate service of same (.2); correspondence re: same (.1) | 0.60 | 295.00 | $177.00 |
| 07/11/13 | MM | Email from James E. O'Neill regarding OCP payment statement (.1); conference with James E. O'Neill regarding same (.1) | 0.20 | 295.00 | $59.00 |
| 07/11/13 | MM | Prepare certificate of service regarding OCP payment statement (.1); finalize, file and serve same (.3) | 0.40 | 295.00 | $118.00 |
| 07/12/13 | JEO | Review Beveridge & Diamond May 2013 fee application. | 0.20 | 695.00 | $139.00 |
| 07/12/13 | JEO | Review OCP quarterly statement. | 0.30 | 695.00 | $208.50 |

**Invoice number 104591**     91100   00001                                                                                    Page  6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/12/13 | MM | Receive and review Beveridge & Diamond's 91st monthly fee application (.2); prepare Certificate of Service regarding same (.1); finalize, file and serve same (.3) | 0.60 | 295.00 | $177.00 |
| 07/16/13 | PEC | Draft Certificate of No Objection Regarding The Blackstone Group LP's April 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 07/18/13 | PEC | Draft Notice of Filing Fragomen Del Rey, Bernsen & Loewy, LLP's Twenty-Fourth Quarterly Fee Application for the Period From April 1, 2013 Through June 30, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 07/18/13 | PEC | Draft Notice of Filing Fragomen Del Rey, Bernsen & Loewy, LLP's Twenty-Third Quarterly Fee Application for the Period From January 1, 2013 Through March 31, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 07/18/13 | PEC | Prepare Fragomen Del Rey, Bernsen & Loewy, LLP's January 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/18/13 | PEC | Prepare Fragomen Del Rey, Bernsen & Loewy, LLP's February 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/18/13 | PEC | Prepare Fragomen Del Rey, Bernsen & Loewy, LLP's March 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/18/13 | PEC | Prepare Fragomen Del Rey, Bernsen & Loewy, LLP's April 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/18/13 | PEC | Prepare Fragomen Del Rey, Bernsen & Loewy, LLP's May 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/18/13 | PEC | Prepare Fragomen Del Rey, Bernsen & Loewy, LLP's June 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/18/13 | JEO | Review Fragomen fee applications - quarterly and monthly Jan-June 2013 | 0.60 | 695.00 | $417.00 |
| 07/22/13 | PEC | Draft Certificate of No Objection Regarding Foley Hoag LLP's May 213 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 07/22/13 | PEC | Draft Certificate of No Objection Regarding Casner & Edwards LLP's May 213 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 07/22/13 | PEC | Draft Certificate of No Objection Regarding Kaye Scholer LLP's May 213 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 07/22/13 | PEC | Draft Certificate of No Objection Regarding The BMC Group's March 213 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 07/23/13 | PEC | Update fee applications service lists | 0.40 | 290.00 | $116.00 |
| 07/23/13 | PEC | Draft Certificate of No Objection Regarding The Law | 0.60 | 290.00 | $174.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Offices of Roger Higgins LLC's May 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | | | |
| 07/23/13 | PEC | Prepare Woodcock Washburn LLP's May 2013 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/23/13 | PEC | Draft Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Seventh Period, Proposed Order and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 07/23/13 | PEC | Draft Certification of Counsel Regarding Forty-Seventh Quarter Project Category Summary and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 07/23/13 | JEO | Review Certifications regarding fees. | 0.50 | 695.00 | $347.50 |
| 07/23/13 | JEO | Review Woodcock Washburn fee app for May 2013. | 0.20 | 695.00 | $139.00 |
| 07/29/13 | PEC | Prepare Foley Hoag LLP's June 2013 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/29/13 | PEC | Prepare The Law Offices of Roger Higgins, LLC's June 2013 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/29/13 | JEO | Review Roger Higgins June 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 07/29/13 | JEO | Review Foley Hoag June 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 07/30/13 | PEC | Draft Notice of Thirty-Second Quarterly Fee Application of Beveridge & Diamond P.C. and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 07/30/13 | PEC | Draft Certificate of No Objection Regarding The Law Offices of Roger Higgins, LLC's April 2013 Monthly Fee Applications and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| | | **Task Code Total** | 21.90 | | $7,407.00 |

**Litigation (Non-Bankruptcy)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/13 | JEO | Email with M. Lastowski regarding Hearing schedule. | 0.20 | 695.00 | $139.00 |
| 07/01/13 | JEO | Email with court staff regarding 8/1 hearing and open issues. | 0.30 | 695.00 | $208.50 |
| 07/01/13 | JEO | Email with ACC counsel regarding appeal transcript. | 0.20 | 695.00 | $139.00 |
| 07/08/13 | JEO | Email exchange with co-counsel Mike Jones regarding Project Lantern timing and requirements. | 0.40 | 695.00 | $278.00 |
| 07/11/13 | JEO | Telephone call with co-counsel Mike Jones and Roger Higgins regarding Judge Carey's procedures. | 0.40 | 695.00 | $278.00 |
| 07/15/13 | PEC | Draft Notice of Agenda for 8/1/13 Hearing | 0.40 | 290.00 | $116.00 |
| 07/16/13 | PEC | Review and review Notice of Agenda for 8/1/13 Hearing | 0.50 | 290.00 | $145.00 |
| 07/16/13 | JEO | Review Agenda draft for 8/1 hearing and circulate to co-counsel and FCR/ACC. | 0.50 | 695.00 | $347.50 |
| 07/16/13 | JEO | Review and revise Agenda for 8/1 hearing. | 0.40 | 695.00 | $278.00 |
| 07/16/13 | JEO | Telephone call with co-counsel Adam Paul regarding 8/1 hearing. | 0.30 | 695.00 | $208.50 |

**Invoice number 104591**     91100    00001                                    Page 8

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 07/22/13 | JEO | Email correspondence with co-counsel Adam Paul and Roger Higgins regarding upcoming hearings. | 0.50 | 695.00 | $347.50 |
| 07/22/13 | JEO | Review status of Project Lantern filing and review related documents, provide comments on logistic for Project Lantern filing. | 2.00 | 695.00 | $1,390.00 |
| 07/22/13 | JEO | Review status of matters scheduled for 8/1 hearing. | 0.50 | 695.00 | $347.50 |
| 07/23/13 | PEC | Prepare Debtors' Forty-Eighth Quarterly Report of Settlements From April 1, 2013 Through June 30, 2013 In Accordance With That Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By Or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/23/13 | JEO | Telephone call with Adam Paul and Roger Higgins regarding 8/1 hearing. | 0.40 | 695.00 | $278.00 |
| 07/23/13 | JEO | Review Quarterly Settlement report. | 0.40 | 695.00 | $278.00 |
| 07/24/13 | PEC | Revise and review 8/1/13 Agenda | 0.40 | 290.00 | $116.00 |
| 07/24/13 | JEO | Review Garlock opinion. | 0.50 | 695.00 | $347.50 |
| 07/25/13 | PEC | Prepare service list for 8/1/13 Agenda | 0.30 | 290.00 | $87.00 |
| 07/25/13 | PEC | Revise and review 8/1/13 Agenda | 0.20 | 290.00 | $58.00 |
| 07/25/13 | PEC | File and serve Notice of Agenda for 8/1/13 Hearing (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/25/13 | JEO | Work on Agenda for 8/1 hearing. | 2.00 | 695.00 | $1,390.00 |
| 07/25/13 | JEO | Email exchanges with counsel regarding 8/1 hearing. | 0.50 | 695.00 | $347.50 |
| 07/26/13 | PEC | Respond to request from James O'Neill for samples of Motions to File Under Seal and Draft coverpage for sealed document | 0.40 | 290.00 | $116.00 |
| 07/26/13 | JEO | Emails with co-counsel regarding Project Lantern Motions. | 0.80 | 695.00 | $556.00 |
| 07/26/13 | JEO | Email exchanges regarding status of matters scheduled for 8/1 hearing. | 0.60 | 695.00 | $417.00 |
| 07/28/13 | JEO | Email exchange with co-counsel M. Jones regarding Project Lantern timing. | 0.40 | 695.00 | $278.00 |
| 07/29/13 | JEO | Correspondence regarding status of matters scheduled for 8/1 hearing. | 0.50 | 695.00 | $347.50 |
| 07/30/13 | PEC | Draft Amended Notice of Agenda for 8/1/13 Hearing and circulate to co-counsel | 0.50 | 290.00 | $145.00 |
| 07/30/13 | PEC | File and serve Amended Notice of Agenda for 8/1/13 Hearing (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 07/30/13 | JEO | Correspondence with Court and parties regarding 8/1 hearing. | 0.60 | 695.00 | $417.00 |
| 07/30/13 | JEO | Emails with co-counsel regarding status of hearing. | 0.40 | 695.00 | $278.00 |
| 07/30/13 | JEO | Review and finalize revised Agenda for 8/1 hearing. | 0.80 | 695.00 | $556.00 |
| 07/30/13 | JEO | Email with Client R. Finke regarding status of hearing. | 0.20 | 695.00 | $139.00 |
| 07/31/13 | JEO | Hearing preparation for 8/1 hearing. | 0.50 | 695.00 | $347.50 |
| 07/31/13 | JEO | Email exchange with co-counsel regarding seal issues for Project Lantern. | 0.50 | 695.00 | $347.50 |

**Task Code Total**                                                                  **19.00**                 **$11,504.00**

Invoice number 104591        91100  00001                                              Page  9

|              |       | Total professional services:                        | 77.90   | $29,945.50 |

**Costs Advanced:**

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/01/2013 | DC | 91100.00001 Digital Legal Charges for 07-01-13 | $27.00 |
| 07/01/2013 | DC | 91100.00001 Digital Legal Charges for 07-01-13 | $45.00 |
| 07/01/2013 | FE | Federal Express [E108] | $8.12 |
| 07/01/2013 | FE | Federal Express [E108] | $12.27 |
| 07/01/2013 | FE | Federal Express [E108] | $12.17 |
| 07/01/2013 | PO | 91100.00001 :Postage Charges for 07-01-13 | $1.12 |
| 07/01/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 07/01/2013 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 07/01/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 07/01/2013 | RE | ( 54 @0.10 PER PG) | $5.40 |
| 07/01/2013 | RE | ( 57 @0.10 PER PG) | $5.70 |
| 07/01/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 07/01/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 07/02/2013 | PO | 91100.00001 :Postage Charges for 07-02-13 | $15.68 |
| 07/02/2013 | RE | ( 176 @0.10 PER PG) | $17.60 |
| 07/02/2013 | RE | ( 29 @0.10 PER PG) | $2.90 |
| 07/02/2013 | RE | ( 41 @0.10 PER PG) | $4.10 |
| 07/02/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 07/02/2013 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | $3.60 |
| 07/02/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 07/02/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 07/02/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 07/03/2013 | DC | 91100.00001 Digital Legal Charges for 07-03-13 | $28.98 |
| 07/03/2013 | DC | 91100.00001 Digital Legal Charges for 07-03-13 | $10.65 |
| 07/03/2013 | DC | 91100.00001 Digital Legal Charges for 07-03-13 | $40.00 |
| 07/03/2013 | FE | 91100.00001 FedEx Charges for 07-03-13 | $12.27 |
| 07/03/2013 | FE | 91100.00001 FedEx Charges for 07-03-13 | $8.12 |
| 07/03/2013 | FE | 91100.00001 FedEx Charges for 07-03-13 | $12.17 |
| 07/03/2013 | RE | ( 241 @0.10 PER PG) | $24.10 |
| 07/03/2013 | RE | ( 58 @0.10 PER PG) | $5.80 |
| 07/03/2013 | RE | ( 49 @0.10 PER PG) | $4.90 |
| 07/03/2013 | RE | ( 18 @0.10 PER PG) | $1.80 |
| 07/06/2013 | OS | Parcels Inc, Inv. 461412, Documents Downloaded, LDJ | $7.20 |
| 07/08/2013 | DC | 91100.00001 Digital Legal Charges for 07-08-13 | $28.98 |
| 07/08/2013 | FE | 91100.00001 FedEx Charges for 07-08-13 | $8.12 |
| 07/08/2013 | FE | 91100.00001 FedEx Charges for 07-08-13 | $15.72 |
| 07/08/2013 | PO | 91100.00001 :Postage Charges for 07-08-13 | $14.56 |
| 07/08/2013 | RE | ( 126 @0.10 PER PG) | $12.60 |
| 07/08/2013 | RE | ( 84 @0.10 PER PG) | $8.40 |

**Invoice number 104591**  91100  00001  **Page 10**

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/08/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 07/08/2013 | RE | ( 116 @0.10 PER PG) | $11.60 |
| 07/08/2013 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | $3.40 |
| 07/09/2013 | DC | 91100.00001 Digital Legal Charges for 07-09-13 | $6.19 |
| 07/09/2013 | DC | 91100.00001 Digital Legal Charges for 07-09-13 | $72.00 |
| 07/09/2013 | FE | 91100.00001 FedEx Charges for 07-09-13 | $8.12 |
| 07/09/2013 | FE | 91100.00001 FedEx Charges for 07-09-13 | $12.27 |
| 07/09/2013 | FE | 91100.00001 FedEx Charges for 07-09-13 | $12.17 |
| 07/09/2013 | RE | ( 114 @0.10 PER PG) | $11.40 |
| 07/09/2013 | RE | ( 136 @0.10 PER PG) | $13.60 |
| 07/09/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | $2.00 |
| 07/09/2013 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | $4.40 |
| 07/09/2013 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | $3.30 |
| 07/09/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 07/10/2013 | FE | 91100.00001 FedEx Charges for 07-10-13 | $12.17 |
| 07/10/2013 | PO | 91100.00001 :Postage Charges for 07-10-13 | $11.96 |
| 07/10/2013 | RE | ( 25 @0.10 PER PG) | $2.50 |
| 07/10/2013 | RE | ( 50 @0.10 PER PG) | $5.00 |
| 07/10/2013 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 07/10/2013 | RE | ( 52 @0.10 PER PG) | $5.20 |
| 07/11/2013 | DC | 91100.00001 Digital Legal Charges for 07-11-13 | $7.25 |
| 07/11/2013 | DC | 91100.00001 Digital Legal Charges for 07-11-13 | $63.00 |
| 07/11/2013 | DC | 91100.00001 Digital Legal Charges for 07-11-13 | $27.00 |
| 07/11/2013 | FE | 91100.00001 FedEx Charges for 07-11-13 | $8.12 |
| 07/11/2013 | FE | 91100.00001 FedEx Charges for 07-11-13 | $15.72 |
| 07/11/2013 | RE | ( 58 @0.10 PER PG) | $5.80 |
| 07/11/2013 | RE | ( 19 @0.10 PER PG) | $1.90 |
| 07/11/2013 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 07/11/2013 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 07/12/2013 | FE | 91100.00001 FedEx Charges for 07-12-13 | $8.12 |
| 07/12/2013 | FE | 91100.00001 FedEx Charges for 07-12-13 | $12.27 |
| 07/12/2013 | FE | 91100.00001 FedEx Charges for 07-12-13 | $12.17 |
| 07/12/2013 | PO | 91100.00001 :Postage Charges for 07-12-13 | $305.52 |
| 07/12/2013 | PO | 91100.00001 :Postage Charges for 07-12-13 | $9.80 |
| 07/12/2013 | PO | 91100.00001 :Postage Charges for 07-12-13 | $67.20 |
| 07/12/2013 | RE | Reproduction Expense. [E101] 19 Pgs, WLR | $1.90 |
| 07/12/2013 | RE | ( 61 @0.10 PER PG) | $6.10 |
| 07/12/2013 | RE | ( 77 @0.10 PER PG) | $7.70 |
| 07/12/2013 | RE | ( 2403 @0.10 PER PG) | $240.30 |
| 07/12/2013 | RE | ( 3032 @0.10 PER PG) | $303.20 |
| 07/15/2013 | DC | 91100.00001 Digital Legal Charges for 07-15-13 | $13.32 |
| 07/15/2013 | DC | 91100.00001 Digital Legal Charges for 07-15-13 | $240.00 |
| 07/15/2013 | DC | 91100.00001 Digital Legal Charges for 07-15-13 | $27.00 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/15/2013 | DC | 91100.00001 Digital Legal Charges for 07-15-13 | $27.00 |
| 07/15/2013 | DC | 91100.00001 Digital Legal Charges for 07-15-13 | $27.00 |
| 07/15/2013 | FE | 91100.00001 FedEx Charges for 07-15-13 | $12.17 |
| 07/15/2013 | RE | ( 324 @0.10 PER PG) | $32.40 |
| 07/15/2013 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 07/15/2013 | RE | ( 80 @0.10 PER PG) | $8.00 |
| 07/15/2013 | RE | ( 74 @0.10 PER PG) | $7.40 |
| 07/15/2013 | RE2 | SCAN/COPY ( 115 @0.10 PER PG) | $11.50 |
| 07/16/2013 | PO | 91100.00001 :Postage Charges for 07-16-13 | $14.56 |
| 07/16/2013 | RE | ( 128 @0.10 PER PG) | $12.80 |
| 07/16/2013 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | $3.60 |
| 07/17/2013 | FE | 91100.00001 FedEx Charges for 07-17-13 | $12.17 |
| 07/17/2013 | PO | 91100.00001 :Postage Charges for 07-17-13 | $5.60 |
| 07/17/2013 | RE | ( 29 @0.10 PER PG) | $2.90 |
| 07/17/2013 | RE | ( 28 @0.10 PER PG) | $2.80 |
| 07/17/2013 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 07/18/2013 | FE | Federal Express [E108] | $12.27 |
| 07/18/2013 | FE | Federal Express [E108] | $8.12 |
| 07/18/2013 | PO | 91100.00001 :Postage Charges for 07-18-13 | $279.08 |
| 07/18/2013 | PO | 91100.00001 :Postage Charges for 07-18-13 | $24.84 |
| 07/18/2013 | PO | 91100.00001 :Postage Charges for 07-18-13 | $43.44 |
| 07/18/2013 | RE | ( 221 @0.10 PER PG) | $22.10 |
| 07/18/2013 | RE | ( 225 @0.10 PER PG) | $22.50 |
| 07/18/2013 | RE | ( 3897 @0.10 PER PG) | $389.70 |
| 07/18/2013 | RE | ( 368 @0.10 PER PG) | $36.80 |
| 07/18/2013 | RE | ( 309 @0.10 PER PG) | $30.90 |
| 07/18/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 07/18/2013 | RE | ( 96 @0.10 PER PG) | $9.60 |
| 07/18/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 07/18/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 07/18/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 07/18/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 07/18/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 07/18/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 07/18/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 07/18/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 07/18/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 07/18/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 07/19/2013 | DC | 91100.00001 Digital Legal Charges for 07-19-13 | $27.00 |
| 07/19/2013 | DC | 91100.00001 Digital Legal Charges for 07-19-13 | $45.00 |
| 07/19/2013 | FE | 91100.00001 FedEx Charges for 07-19-13 | $12.17 |
| 07/19/2013 | RE | ( 440 @0.10 PER PG) | $44.00 |
| 07/19/2013 | RE | ( 443 @0.10 PER PG) | $44.30 |

Invoice number 104591          91100   00001                                                      Page 12

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/22/2013 | DC | 91100.00001 Digital Legal Charges for 07-22-13 | $10.65 |
| 07/22/2013 | DC | 91100.00001 Digital Legal Charges for 07-22-13 | $423.00 |
| 07/22/2013 | DC | 91100.00001 Digital Legal Charges for 07-22-13 | $7.25 |
| 07/22/2013 | DC | 91100.00001 Digital Legal Charges for 07-22-13 | $72.00 |
| 07/22/2013 | DC | 91100.00001 Digital Legal Charges for 07-22-13 | $27.00 |
| 07/22/2013 | DC | 91100.00001 Digital Legal Charges for 07-22-13 | $27.00 |
| 07/22/2013 | FE | 91100.00001 FedEx Charges for 07-22-13 | $12.17 |
| 07/22/2013 | PO | 91100.00001 :Postage Charges for 07-22-13 | $9.80 |
| 07/22/2013 | PO | 91100.00001 :Postage Charges for 07-22-13 | $178.20 |
| 07/22/2013 | PO | 91100.00001 :Postage Charges for 07-22-13 | $84.80 |
| 07/22/2013 | PO | 91100.00001 :Postage Charges for 07-22-13 | $18.24 |
| 07/22/2013 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 07/22/2013 | RE | ( 72 @0.10 PER PG) | $7.20 |
| 07/22/2013 | RE | ( 102 @0.10 PER PG) | $10.20 |
| 07/22/2013 | RE | ( 541 @0.10 PER PG) | $54.10 |
| 07/22/2013 | RE | ( 172 @0.10 PER PG) | $17.20 |
| 07/22/2013 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | $6.90 |
| 07/22/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 07/23/2013 | DC | 91100.00001 Digital Legal Charges for 07-23-13 | $13.32 |
| 07/23/2013 | DC | 91100.00001 Digital Legal Charges for 07-23-13 | $423.00 |
| 07/23/2013 | DC | 91100.00001 Digital Legal Charges for 07-23-13 | $27.00 |
| 07/23/2013 | DC | 91100.00001 Digital Legal Charges for 07-23-13 | $27.00 |
| 07/23/2013 | DC | 91100.00001 Digital Legal Charges for 07-23-13 | $27.00 |
| 07/23/2013 | DC | 91100.00001 Digital Legal Charges for 07-23-13 | $45.00 |
| 07/23/2013 | FE | 91100.00001 FedEx Charges for 07-23-13 | $12.17 |
| 07/23/2013 | OS | Digital Legal Services, Inv. 75631, 14193 Pgs | $1,703.16 |
| 07/23/2013 | OS | Digital Legal Services, Inv. 75631, Postage | $549.44 |
| 07/23/2013 | PO | 91100.00001 :Postage Charges for 07-23-13 | $13.44 |
| 07/23/2013 | RE | ( 122 @0.10 PER PG) | $12.20 |
| 07/23/2013 | RE | ( 358 @0.10 PER PG) | $35.80 |
| 07/23/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 07/23/2013 | RE | ( 82 @0.10 PER PG) | $8.20 |
| 07/23/2013 | RE | ( 37 @0.10 PER PG) | $3.70 |
| 07/23/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 07/23/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 07/23/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 07/23/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 07/23/2013 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | $3.30 |
| 07/23/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 07/23/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 07/23/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 07/24/2013 | DC | 91100.00001 Digital Legal Charges for 07-24-13 | $13.32 |
| 07/24/2013 | DC | 91100.00001 Digital Legal Charges for 07-24-13 | $423.00 |

Invoice number 104591        91100   00001                                                    Page 13

| Date | Type | Description | Amount |
|---|---|---|---|
| 07/24/2013 | DC | 91100.00001 Digital Legal Charges for 07-24-13 | $27.00 |
| 07/24/2013 | DC | 91100.00001 Digital Legal Charges for 07-24-13 | $27.00 |
| 07/24/2013 | DC | 91100.00001 Digital Legal Charges for 07-24-13 | $27.00 |
| 07/24/2013 | DC | 91100.00001 Digital Legal Charges for 07-24-13 | $45.00 |
| 07/24/2013 | RE | ( 49 @0.10 PER PG) | $4.90 |
| 07/24/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 07/24/2013 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 07/24/2013 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 07/24/2013 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 07/24/2013 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 07/24/2013 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 07/25/2013 | DC | 91100.00001 Digital Legal Charges for 07-25-13 | $5.00 |
| 07/25/2013 | DC | 91100.00001 Digital Legal Charges for 07-25-13 | $5.00 |
| 07/25/2013 | FE | 91100.00001 FedEx Charges for 07-25-13 | $12.17 |
| 07/25/2013 | PO | 91100.00001 :Postage Charges for 07-25-13 | $3.36 |
| 07/25/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 07/25/2013 | RE | ( 17 @0.10 PER PG) | $1.70 |
| 07/25/2013 | RE | ( 61 @0.10 PER PG) | $6.10 |
| 07/25/2013 | RE | ( 496 @0.10 PER PG) | $49.60 |
| 07/25/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 07/25/2013 | RE | ( 78 @0.10 PER PG) | $7.80 |
| 07/26/2013 | FE | 91100.00001 FedEx Charges for 07-26-13 | $12.17 |
| 07/26/2013 | RE | ( 255 @0.10 PER PG) | $25.50 |
| 07/26/2013 | RE | ( 50 @0.10 PER PG) | $5.00 |
| 07/26/2013 | RE | ( 45 @0.10 PER PG) | $4.50 |
| 07/26/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 07/29/2013 | FE | 91100.00001 FedEx Charges for 07-29-13 | $8.12 |
| 07/29/2013 | FE | 91100.00001 FedEx Charges for 07-29-13 | $12.27 |
| 07/29/2013 | FE | 91100.00001 FedEx Charges for 07-29-13 | $12.17 |
| 07/29/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 07/29/2013 | RE | ( 52 @0.10 PER PG) | $5.20 |
| 07/29/2013 | RE | ( 112 @0.10 PER PG) | $11.20 |
| 07/29/2013 | RE | ( 102 @0.10 PER PG) | $10.20 |
| 07/29/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 07/29/2013 | RE | ( 21 @0.10 PER PG) | $2.10 |
| 07/29/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 07/29/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 07/30/2013 | FE | 91100.00001 FedEx Charges for 07-30-13 | $12.17 |
| 07/30/2013 | OS | Digital Legal Services, Inv. 75631, 996 Pgs | $119.52 |
| 07/30/2013 | OS | Digital Legal Services, Inv. 75631, Postage | $226.24 |
| 07/30/2013 | PO | 91100.00001 :Postage Charges for 07-30-13 | $67.20 |
| 07/30/2013 | RE | ( 36 @0.10 PER PG) | $3.60 |
| 07/30/2013 | RE | ( 36 @0.10 PER PG) | $3.60 |

Invoice number 104591        91100   00001                                          Page 14

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/30/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 07/30/2013 | RE | ( 282 @0.10 PER PG) | $28.20 |
| 07/30/2013 | RE | ( 2221 @0.10 PER PG) | $222.10 |
| 07/30/2013 | RE | ( 58 @0.10 PER PG) | $5.80 |
| 07/30/2013 | RE | ( 271 @0.10 PER PG) | $27.10 |
| 07/30/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 07/30/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 07/30/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 07/30/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 07/31/2013 | DC | 91100.00001 Digital Legal Charges for 07-31-13 | $5.00 |
| 07/31/2013 | DC | 91100.00001 Digital Legal Charges for 07-31-13 | $5.00 |
| 07/31/2013 | DC | 91100.00001 Digital Legal Charges for 07-31-13 | $45.00 |
| 07/31/2013 | DC | 91100.00001 Digital Legal Charges for 07-31-13 | $27.00 |
| 07/31/2013 | DC | 91100.00001 Digital Legal Charges for 07-31-13 | $27.00 |
| 07/31/2013 | PAC | Pacer - Court Research | $1,457.80 |
| 07/31/2013 | PO | 91100.00001 :Postage Charges for 07-31-13 | $2.45 |
| 07/31/2013 | PO | 91100.00001 :Postage Charges for 07-31-13 | $5.75 |
| 07/31/2013 | RE | ( 126 @0.10 PER PG) | $12.60 |
| 07/31/2013 | RE | ( 140 @0.10 PER PG) | $14.00 |
| 07/31/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 07/31/2013 | RE | ( 2080 @0.10 PER PG) | $208.00 |
| 07/31/2013 | RE | ( 18 @0.10 PER PG) | $1.80 |
| 07/31/2013 | RE | ( 42 @0.10 PER PG) | $4.20 |

Total Expenses:                                                                     $10,513.37

## Summary:

| | |
|---|---|
| Total professional services | $29,945.50 |
| Total expenses | $10,513.37 |
| **Net current charges** | $40,458.87 |
| Net balance forward | $39,790.06 |
| **Total balance now due** | $80,248.93 |

| | | | | |
|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | 2.10 | 195.00 | $409.50 |
| CAK | Knotts, Cheryl A. | 1.60 | 290.00 | $464.00 |
| JEO | O'Neill, James E. | 18.10 | 695.00 | $12,579.50 |
| KPM | Makowski, Kathleen P. | 0.60 | 525.00 | $315.00 |
| KSN | Neil, Karen S. | 0.50 | 195.00 | $97.50 |
| LDJ | Jones, Laura Davis | 0.60 | 975.00 | $585.00 |

| | | | | |
|---|---|---:|---:|---:|
| MLM | McGee, Margaret L. | 0.60 | 295.00 | $177.00 |
| MM | Molitor, Monica | 3.80 | 295.00 | $1,121.00 |
| PEC | Cuniff, Patricia E. | 34.60 | 290.00 | $10,034.00 |
| SLP | Pitman, L. Sheryle | 12.50 | 195.00 | $2,437.50 |
| WLR | Ramseyer, William L. | 2.90 | 595.00 | $1,725.50 |
| | | 77.90 | | $29,945.50 |

## Task Code Summary

| Code | Description | Hours | Amount |
|---|---|---:|---:|
| AD | Asset Disposition [B130] | 0.90 | $423.00 |
| CA | Case Administration [B110] | 28.10 | $6,763.00 |
| EA01 | WRG-Employ. App., Others | 0.40 | $116.00 |
| FA | WRG-Fee Apps., Applicant | 7.60 | $3,732.50 |
| FA01 | WRG-Fee Applications, Others | 21.90 | $7,407.00 |
| LN | Litigation (Non-Bankruptcy) | 19.00 | $11,504.00 |
| | | 77.90 | $29,945.50 |

## Expense Code Summary

| | |
|---|---:|
| Delivery/Courier Service | $2,572.91 |
| Federal Express [E108] | $340.40 |
| Outside Services | $2,605.56 |
| Pacer - Court Research | $1,457.80 |
| Postage [E108] | $1,176.60 |
| Reproduction Expense [E101] | $2,219.50 |
| Reproduction/ Scan Copy | $140.60 |
| | $10,513.37 |