# EXHIBIT A

**WR Grace**
**Nov 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 4 | Review docket and analysis | 0.2 |
| Tue 5 | Comm w/FCR re Bondex retention | 0.5 |
|  | Review docket and analysis | 0.2 |
| Wed 6 | Review docket and analysis | 0.2 |
| Thu 7 | Review docket and analysis, court schedule | 0.5 |
| Fri 8 | Review docket and analysis | 0.2 |
| Mon 11 | Comm w/OHS (DF) re exit financing particulars | 1.0 |
|  | Review docket and analysis | 0.2 |
| Tue 12 | Review docket and analysis | 0.2 |
| Wed 13 | Review docket and analysis | 0.2 |
| Thu 14 | I/C w/JS re Trust receipts, analysis | 1.0 |
|  | Review docket and analysis | 0.2 |
| Fri 15 | Review docket and analysis, Towers Watson application | 0.6 |
| Mon 18 | Review docket and analysis | 0.2 |
| Tue 19 | Review docket and analysis | 0.2 |
| Wed 20 | Comm with OHS (RW, RF, DF) re supplemental disclosure | 0.5 |
|  | Review docket and analysis | 0.2 |
| Thu 21 | Draft, edit Supplemental Disclosure | 1.4 |
|  | Comm w/OHS (RW) re supplemental | 0.2 |
|  | Review docket and analysis | 0.2 |
| Fri 22 | Review draft supp disc edits from OHS | 0.5 |
|  | Review docket and analysis | 0.2 |
| Mon 25 | Review further draft supp disc edits from OHS | 0.5 |
|  | Review docket and analysis | 0.2 |
| Tue 26 | Review docket and analysis | 0.2 |
| Wed 27 | Review docket and analysis | 0.2 |
|  | TOTAL HOURS | 9.9 |

**WR Grace**
**November 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Nov 1 | Review docket and analysis | 0.3 |
| Nov 4 | Preparation of memo re: SEE results | 1.4 |
| | Review docket and analysis | 0.3 |
| Nov 6 | Preparation of memo re: SEE results | 0.5 |
| Nov 8 | Review docket and analysis | 0.2 |
| | Review 10-Q filing | 1.0 |
| Nov 12 | Correspondence re: exit financing | 0.2 |
| Nov 13 | Review docket and analysis | 0.3 |
| Nov 14 | Call w/ Orrick re: trust issues | 0.2 |
| Nov 15 | Internal conversations re: trust issues | 0.2 |
| | Review SEE settlement agreement | 1.2 |
| | Call w/ Orrick re: trust issues | 0.2 |
| | Review docket and analysis | 0.3 |
| Nov 19 | Review docket and analysis | 0.3 |
| Nov 21 | Preparation of supplemental declaration | 1.2 |
| Nov 22 | Review docket and analysis | 0.2 |
| | Preparation of supplemental declaration | 0.4 |
| Nov 25 | Preparation of supplemental declaration | 1.5 |
| Nov 27 | Review docket and analysis | 0.3 |
| | TOTAL TIME (hrs) | 10.2 |

**WR Grace**
**November 2013 Time - Samuel Jackson, Associate**

| Day/Date | Action | Time |
|---|---|---|
| 2-Nov | Prep / Review of Sealed Air memo | 0.5 |
| 3-Nov | Prep / Review of Sealed Air memo | 1.5 |
| 5-Nov | Review docket and analysis | 0.6 |
| 8-Nov | Review docket and analysis | 0.5 |
| 12-Nov | Review docket and analysis | 0.5 |
| 19-Nov | Review docket and analysis | 1.0 |
| 20-Nov | Preparation of fee applications | 0.5 |
| 21-Nov | Preparation / Review of supplemental declaration | 1.0 |
| 22-Nov | Preparation / Review of supplemental declaration | 1.5 |
| 23-Nov | Preparation / review of fee applications | 0.5 |
| 25-Nov | Review docket and analysis | 0.5 |
| | TOTAL TIME (hrs) | 8.6 |

**W.R. Grace**
**November 2013 Time - Adam Karmali, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| 2-Nov | Preparation of Sealed Air memo | 1.7 |
| 3-Nov | Preparation of Sealed Air memo | 3.1 |
| 5-Nov | Review docket and analysis | 0.3 |
| 8-Nov | Review docket and analysis | 0.4 |
| 12-Nov | Review docket and analysis | 0.2 |
| 19-Nov | Review docket and analysis | 0.6 |
| 20-Nov | Preparation of fee applications | 1.7 |
| 21-Nov | Preparation of supplemental declaration | 3.0 |
| 22-Nov | Preparation of supplemental declaration | 2.7 |
| 23-Nov | Preparation of fee applications | 0.8 |
| 25-Nov | Review docket and analysis | 0.3 |
| | TOTAL TIME (hrs) | 14.8 |