# EXHIBIT B

### W.R. Grace
### Detail of expenses (November 1, 2013 – November 30, 2013)

July 8, 2013 Trip to Washington, DC for Meeting with FCR
    Travel – Car Service                                      $382.67

**Total for July 8, 2013 Trip to Washington, DC:**  **$382.67**

Miscellaneous
    Phone                $8.24

**Total Miscellaneous:**  **$8.24**

**TOTAL EXPENSES:**  **$390.91**