# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

August 31, 2013

Invoice Number **104592**        **91100  00001**      **LDJ**

W.R. Grace & Co.
Liberty Tower
605 Chestnut Street, Suite 1700

Chattanooga, TN  37450

| | |
|---|---|
| Balance forward as of last invoice, dated:  January 7, 2014 | $80,248.93 |
| Net balance forward | $80,248.93 |

Re:   W.R. Grace and Co.

**Statement of Professional Services Rendered Through**    **08/31/2013**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Appeals [B430]** | | | | | |
| 08/07/13 | JEO | Return call to Dennis Comestock regarding timing of appeals and decisions. | 0.20 | 695.00 | $139.00 |
| 08/07/13 | JEO | Review Garlock extension motion and send to co-counsel. | 0.40 | 695.00 | $278.00 |
| | **Task Code Total** | | **0.60** | | **$417.00** |
| | | | | | |
| **Case Administration [B110]** | | | | | |
| 08/01/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 08/01/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 08/01/13 | SLP | Maintain docket control. | 3.00 | 195.00 | $585.00 |
| 08/01/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/02/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 08/02/13 | PEC | Review and update core group service list | 0.40 | 290.00 | $116.00 |
| 08/02/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 08/02/13 | SLP | Maintain docket control. | 2.00 | 195.00 | $390.00 |
| 08/02/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/02/13 | PEC | Prepare June 2013 Post-Confirmation Report for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 290.00 | $116.00 |

**Invoice number  104592**     91100   00001                              **Page  2**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/13 | JEO | Review post confirmation report. | 0.30 | 695.00 | $208.50 |
| 08/05/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 08/05/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 08/05/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 08/05/13 | CJB | Document request for Patty Cuniff. | 0.20 | 195.00 | $39.00 |
| 08/05/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/06/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 08/06/13 | PEC | Update critical dates | 0.60 | 290.00 | $174.00 |
| 08/06/13 | PEC | Further update critical dates | 0.40 | 290.00 | $116.00 |
| 08/06/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 08/06/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/07/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 08/07/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 08/07/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 08/07/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/08/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 08/08/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 08/08/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 08/08/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/09/13 | CAK | Review documents and organize to file. | 0.10 | 290.00 | $29.00 |
| 08/09/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 08/09/13 | PEC | Update critical dates | 0.80 | 290.00 | $232.00 |
| 08/09/13 | SLP | Maintain docket control. | 0.80 | 195.00 | $156.00 |
| 08/12/13 | SLP | Maintain docket control. | 0.70 | 195.00 | $136.50 |
| 08/12/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 195.00 | $39.00 |
| 08/13/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 08/13/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/14/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 08/15/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 08/15/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/16/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 08/16/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/19/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.50 | 290.00 | $145.00 |
| 08/19/13 | PEC | Update critical dates | 0.80 | 290.00 | $232.00 |

**Invoice number  104592**        91100   00001                                    **Page  3**

| | | | | | |
|---|---|---|---|---|---|
| 08/19/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 08/20/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 08/20/13 | PEC | Update critical dates | 0.60 | 290.00 | $174.00 |
| 08/20/13 | SLP | Maintain docket control. | 0.80 | 195.00 | $156.00 |
| 08/20/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/21/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 08/21/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 08/21/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 08/21/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/22/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 08/22/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 08/22/13 | SLP | Maintain docket control. | 0.40 | 195.00 | $78.00 |
| 08/22/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/23/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 08/23/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 08/23/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 08/23/13 | KSN | Document request as per Patti Cuniff. | 0.30 | 195.00 | $58.50 |
| 08/23/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/26/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 08/26/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 08/26/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 08/26/13 | KSN | Prepare hearing binders for 8/29/13 hearing. | 0.50 | 195.00 | $97.50 |
| 08/26/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 195.00 | $39.00 |
| 08/27/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 08/27/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 08/27/13 | PEC | Review 8/29/13 Hearing Binders | 0.50 | 290.00 | $145.00 |
| 08/27/13 | SLP | Maintain docket control. | 0.70 | 195.00 | $136.50 |
| 08/28/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 08/28/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 08/28/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 08/29/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 195.00 | $39.00 |
| 08/30/13 | CAK | Review documents and organize to file. | 0.10 | 290.00 | $29.00 |
| 08/30/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |

**Invoice number 104592**      91100   00001                                    **Page  4**

| | | | | | |
|---|---|---|---|---:|---:|
| | | **Task Code Total** | | **32.00** | **$7,739.00** |

### WRG-Employ. App., Others

| | | | | | |
|---|---|---|---|---:|---:|
| 08/19/13 | PEC | Prepare Affidavit of Disinterestedness of Christopher Marraro in Support of Baker Hostetler LLP as an Ordinary Course Professional (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| | | **Task Code Total** | **0.50** | | **$145.00** |

### WRG-Fee Apps., Applicant

| | | | | | |
|---|---|---|---|---:|---:|
| 08/05/13 | PEC | Draft Certificate of No Objection Regarding PSZ&J LLP's March 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/19/13 | CAK | Review and update April fee application | 0.40 | 290.00 | $116.00 |
| 08/19/13 | CAK | Coordinate posting, filing and service of April fee application | 0.20 | 290.00 | $58.00 |
| 08/19/13 | LDJ | Review and finalize interim fee application (April 2013) | 0.30 | 975.00 | $292.50 |
| 08/28/13 | WLR | Prepare May 2013 fee application | 0.90 | 595.00 | $535.50 |
| 08/29/13 | WLR | Draft May 2013 fee application | 0.50 | 595.00 | $297.50 |
| 08/29/13 | WLR | Review and revise May 2013 fee application | 0.90 | 595.00 | $535.50 |
| | | **Task Code Total** | **3.80** | | **$2,009.00** |

### WRG-Fee Applications, Others

| | | | | | |
|---|---|---|---|---:|---:|
| 08/01/13 | JEO | Review BMC June 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 08/01/13 | JEO | Review Casner & Edwards month fee app. | 0.20 | 695.00 | $139.00 |
| 08/01/13 | PEC | Prepare The BMC Group LLC's June 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 08/01/13 | PEC | Prepare Casner & Edwards LLC's June 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 08/02/13 | JEO | Review quarterly fee app for Roger Higgins. | 0.20 | 695.00 | $139.00 |
| 08/02/13 | PEC | Draft Notice of Filing Tenth Quarterly Fee Application of Roger J. Higgins, LLC for the Period of April 1, 2013 Through June 30, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 08/05/13 | JEO | Review Grant Thornton January 2013 monthly fee app. | 0.20 | 695.00 | $139.00 |
| 08/05/13 | PEC | Draft Certificate of No Objection Regarding The BMC Group's April 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/05/13 | PEC | Draft Certificate of No Objection Regarding The BMC | 0.60 | 290.00 | $174.00 |

|          |     | Group's May  2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) |      |        |          |
|----------|-----|---------------------------------------------------------------------------------------------------------------|------|--------|----------|
| 08/05/13 | PEC | Draft Certificate of No Objection Regarding Grant Thornton LLP's January 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/06/13 | JEO | Review Beveridge and Diamond June 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 08/06/13 | PEC | Prepare Beveridge & Diamond LLPs June 2013 Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 290.00 | $174.00 |
| 08/06/13 | PEC | Draft Certificate of No Objection Regarding Norton Rose Fulbright Canada LLP's December 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/06/13 | PEC | Draft Certificate of No Objection Regarding Protiviti Inc.'s April 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/07/13 | JEO | Review Grant Thornton February 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 08/07/13 | JEO | Review Woodcock Washburn Quarterly fee app. | 0.20 | 695.00 | $139.00 |
| 08/07/13 | PEC | Prepare Woodcock Washburn LLP's June 2013 Monthly Fee Application and Certificate of Service for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 290.00 | $174.00 |
| 08/07/13 | PEC | Prepare Grant Thornton LLP's February 2013 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 290.00 | $174.00 |
| 08/09/13 | JEO | Review Foley Hoag Quarterly fee app. | 0.20 | 695.00 | $139.00 |
| 08/09/13 | PEC | Draft Notice of Thirty-Second Quarterly Interim Application of Foley Hoag LLP for Compensation and Reimbursement of Expenses as Special Environmental Counsel to W.R. Grace & Co., et al., for Interim Periods April 2013 Through June 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 08/12/13 | KFF | E-file six monthly fee applications  (January - June 2013) for Fragomen, Del Rey, Bernsen & Loewy, LLP | 1.20 | 295.00 | $354.00 |
| 08/12/13 | KFF | Serve six monthly fee applications (January - June 2013) for Fragomen, Del Rey, Bernsen & Loewy, LLP | 0.80 | 295.00 | $236.00 |
| 08/12/13 | JEO | Review status of Fragomen fee app and sign CNO's. | 0.40 | 695.00 | $278.00 |
| 08/12/13 | JEO | Review Grant Thornton fee app and call with Matt Abraham. | 0.30 | 695.00 | $208.50 |
| 08/13/13 | KFF | Prepare Quarterly fee application (April - June 2013) for Casner & Edwards for e-fiilng and service | 0.90 | 295.00 | $265.50 |
| 08/14/13 | KFF | E-file and serve Quarterly fee application of Cassner & Edwards for the period April - June 2013 | 1.20 | 295.00 | $354.00 |
| 08/14/13 | KFF | E-file and serve May fee application for Kirkland and Ellis, including drafting affidavit of service and service documents | 1.00 | 295.00 | $295.00 |
| 08/14/13 | JEO | Email exchange of K&E case administration regarding status. | 0.30 | 695.00 | $208.50 |
| 08/14/13 | JEO | Review K&E May 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 08/14/13 | JEO | Review Casner & Edwards quarterly fee app. | 0.20 | 695.00 | $139.00 |

**Invoice number 104592**   91100  00001   **Page 6**

| | | | | | |
|---|---|---|---|---|---|
| 08/15/13 | KFF | Revise, e-file and serve certification of no objection regarding May fee application for Woodcock Washburn | 0.70 | 295.00 | $206.50 |
| 08/16/13 | KFF | E-file and serve Blackstone's monthly fee application for May-June 2013, including drafting affidavit of service | 0.80 | 295.00 | $236.00 |
| 08/16/13 | JEO | Review Blackstone May and June Fee Applications | 0.20 | 695.00 | $139.00 |
| 08/19/13 | JEO | Review Deloitte Tax April 2013 fee application | 0.20 | 695.00 | $139.00 |
| 08/19/13 | JEO | Review Deloitte Tax March 2013 fee application | 0.20 | 695.00 | $139.00 |
| 08/19/13 | JEO | Review Deloitte Tax February 2013 fee application | 0.20 | 695.00 | $139.00 |
| 08/19/13 | JEO | Review Deloitte Tax January 2013 fee application | 0.20 | 695.00 | $139.00 |
| 08/19/13 | PEC | Prepare Deloitte Tax LLP's January 2013 Monthly Fee Application for filing and service (.5); Draft affidavit of Service (.1) | 0.60 | 290.00 | $174.00 |
| 08/19/13 | PEC | Prepare Deloitte Tax LLP's February 2013 Monthly Fee Application for filing and service (.5); Draft affidavit of Service (.1) | 0.60 | 290.00 | $174.00 |
| 08/19/13 | PEC | Prepare Deloitte Tax LLP's March 2013 Monthly Fee Application for filing and service (.5); Draft affidavit of Service (.1) | 0.60 | 290.00 | $174.00 |
| 08/19/13 | PEC | Prepare Deloitte Tax LLP's April 2013 Monthly Fee Application for filing and service (.5); Draft affidavit of Service (.1) | 0.60 | 290.00 | $174.00 |
| 08/20/13 | JEO | Review Woodcock Washburn quarterly fee applications | 0.20 | 695.00 | $139.00 |
| 08/20/13 | PEC | Draft Notice of Filing of Woodcock Washburn LLP's April Through June 2013 Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.60 | 290.00 | $174.00 |
| 08/21/13 | PEC | Draft Certificate of No Objection Regarding the Law Office of Roger Higgins' June 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/21/13 | PEC | Draft Certificate of No Objection Regarding Foley Hoag's June 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/23/13 | JEO | Review Woodcreek Washburn July 2013 fee application | 0.20 | 695.00 | $139.00 |
| 08/23/13 | PEC | Prepare Woodcock Washburn LLPs July 2013 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 290.00 | $174.00 |
| 08/23/13 | PEC | Draft Certificate of No Objection Regarding June 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/26/13 | JEO | Email with fee auditor regarding hearing schedule. | 0.20 | 695.00 | $139.00 |
| 08/26/13 | PEC | Draft Certificate of No Objection Regarding the BMC Group LLP's June 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/27/13 | PEC | Draft Certificate of No Objection Regarding Grant Thornton January 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/28/13 | JEO | Review Foley Hoag July 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 08/28/13 | JEO | Review Roger Higgins July 2013 fee app. | 0.20 | 695.00 | $139.00 |

**Invoice number 104592**        91100   00001                                              **Page  7**

| | | | | | |
|---|---|---|---|---|---|
| 08/28/13 | PEC | Draft Certificate of No Objection Regarding Beveridge & Diamond LLP's June 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/28/13 | PEC | Draft Certificate of No Objection Regarding Grant Thornton LLP's February 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/28/13 | PEC | Draft Certificate of No Objection Regarding Woodcock Washburn LLP's June 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/28/13 | PEC | Prepare Foley Hoag LLP's July 2013 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 290.00 | $174.00 |
| 08/29/13 | KFF | E-file and serve certification of no objection for Grant Thornton's February fees | 0.60 | 295.00 | $177.00 |
| 08/29/13 | KFF | E-file and serve certification of no objection for Woodcock's June fees | 0.60 | 295.00 | $177.00 |
| 08/29/13 | JEO | Review Casner & Edwards fee app for July 2013. | 0.20 | 695.00 | $139.00 |
| 08/29/13 | MLM | Finalize and coordinate filing of Casner & Edwards' July 2013 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 295.00 | $147.50 |
| 08/30/13 | KFF | E-file and serve BMC Group's Quarterly fee application, including revising Notice | 0.90 | 295.00 | $265.50 |
| 08/30/13 | JEO | Review BMC quarterly fee app. | 0.20 | 695.00 | $139.00 |
| | **Task Code Total** | | **31.00** | | **$11,223.00** |

### Litigation (Non-Bankruptcy)

| | | | | | |
|---|---|---|---|---|---|
| 08/01/13 | JEO | Attend and participate in telephonic status hearing. | 0.50 | 695.00 | $347.50 |
| 08/01/13 | JEO | Emails with co-counsel Mike Jones regarding Final documents and filing requirements for Project Lantern. | 0.80 | 695.00 | $556.00 |
| 08/02/13 | JEO | Finalize responses to Ansell discovery. | 3.50 | 695.00 | $2,432.50 |
| 08/02/13 | JEO | Review and finalize Project Lantern motion and related seal motion. | 1.00 | 695.00 | $695.00 |
| 08/12/13 | JEO | Email with client regarding Project Lantern documents. | 0.20 | 695.00 | $139.00 |
| 08/12/13 | JEO | Email to Court regarding hearing dates. | 0.20 | 695.00 | $139.00 |
| 08/21/13 | PEC | Draft Notice of Agenda for 8/29/13 Hearing | 0.80 | 290.00 | $232.00 |
| 08/22/13 | PEC | Review and review Notice of Agenda for 8/29/13 Hearing | 0.60 | 290.00 | $174.00 |
| 08/23/13 | JEO | Review status of project latern motion and respond to inquiries | 0.50 | 695.00 | $347.50 |
| 08/23/13 | PEC | Revise and review Notice of Agenda for 8/29/13 Hearing | 0.20 | 290.00 | $58.00 |
| 08/26/13 | JEO | Review status of Project Lantern matters and emails with K&E team regarding same. | 1.00 | 695.00 | $695.00 |
| 08/26/13 | PEC | Update 8/29/13 Agenda | 0.30 | 290.00 | $87.00 |
| 08/27/13 | JEO | Work on Agenda for 8/29 hearing. | 0.80 | 695.00 | $556.00 |
| 08/27/13 | JEO | Follow-up with Client regarding entry of Landers orders. | 0.50 | 695.00 | $347.50 |

**Invoice number 104592**     91100   00001                                                **Page  8**

| | | | | | |
|---|---|---|---|---|---|
| 08/27/13 | JEO | Review Agenda canceling hearing. | 0.40 | 695.00 | $278.00 |
| 08/27/13 | JEO | Emails to co-counsel and ACC/FCR regarding 8/59 hearing dates. | 0.40 | 695.00 | $278.00 |
| 08/27/13 | JEO | Work on hearing dates and COC for same. | 0.30 | 695.00 | $208.50 |
| 08/27/13 | PEC | Draft Certification of Counsel Scheduling Omnibus Hearing Dates and related Order (.4); Prepare for filing and service (.3); Draft Certificate of Service (.1) | 0.80 | 290.00 | $232.00 |
| 08/27/13 | PEC | Revise and review Notice of Agenda for 8/29/13 Hearing | 0.20 | 290.00 | $58.00 |
| 08/27/13 | PEC | File and serve Notice of Agenda for 8/29/13 Hearing (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 08/27/13 | PEC | Draft Notice of Agenda canceling 8/29/13 Hearing and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 08/28/13 | JEO | Review pending deadlines with ACC and FCR counsel. | 0.30 | 695.00 | $208.50 |
| 08/28/13 | JEO | Review service of Project Lantern order. | 0.60 | 695.00 | $417.00 |
| | | **Task Code Total** | **15.00** | | **$8,805.00** |

**Operations [B210]**

| | | | | | |
|---|---|---|---|---|---|
| 08/02/13 | PEC | Prepare service list for Sealed Motion to Participate in Competitive Auction | 0.40 | 290.00 | $116.00 |
| 08/02/13 | PEC | Serve [Filed Under Seal] Motion to Allow Debtor to participate in Competitive Auction (.8); Draft Certificates of Service and prepare for filing (.3) | 1.10 | 290.00 | $319.00 |
| 08/26/13 | PEC | Draft Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing, But not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 08/26/13 | PEC | Draft Certificate of No Objection Regarding Motion for Entry of a Protective Order Authorizing the Debtors to File Under Seal Their Motion for Entry of an Order Authorizing, But not Requiring, the Debtors (A) to Participate in a Competitive Auction and (B) if Selected as the Winning Bidder, to Consummate a Proposed Acquisition and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 08/27/13 | PEC | Serve [Signed] Order Authorizing Debtor to Participate in Competitive Auction under seal (.5); Draft Affidavit of Service and prepare for filing (.3) | 0.80 | 290.00 | $232.00 |
| 08/27/13 | PEC | Serve [Signed] Order Approving Motion for Protective ORder Allowing Debtor to File Motion Under Seal (.2); Draft Affidavit of Service and prepare for filing (.3) | 0.50 | 290.00 | $145.00 |
| | | **Task Code Total** | **4.40** | | **$1,276.00** |

**Plan & Disclosure Stmt. [B320]**

**Invoice number  104592**      91100   00001                                    **Page  9**

| 08/15/13 | JEO | Research plan exhibit issue. | 2.00 | 695.00 | $1,390.00 |

|  |  | **Task Code Total** | **2.00** |  | **$1,390.00** |

|  |  | **Total professional services:** | **89.30** |  | **$33,004.00** |

### Costs Advanced:

| 08/01/2013 | FE | 91100.00001 FedEx Charges for 08-01-13 | $12.27 |
|---|---|---|---|
| 08/01/2013 | FE | 91100.00001 FedEx Charges for 08-01-13 | $8.12 |
| 08/01/2013 | FE | 91100.00001 FedEx Charges for 08-01-13 | $12.17 |
| 08/01/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 08/01/2013 | RE | ( 99 @0.10 PER PG) | $9.90 |
| 08/01/2013 | RE | ( 37 @0.10 PER PG) | $3.70 |
| 08/01/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 08/02/2013 | DC | 91100.00001 Digital Legal Charges for 08-02-13 | $20.00 |
| 08/02/2013 | DC | 91100.00001 Digital Legal Charges for 08-02-13 | $40.00 |
| 08/02/2013 | DC | 91100.00001 Digital Legal Charges for 08-02-13 | $18.00 |
| 08/02/2013 | PO | 91100.00001 :Postage Charges for 08-02-13 | $18.24 |
| 08/02/2013 | PO | 91100.00001 :Postage Charges for 08-02-13 | $10.60 |
| 08/02/2013 | PO | 91100.00001 :Postage Charges for 08-02-13 | $20.64 |
| 08/02/2013 | PO | 91100.00001 :Postage Charges for 08-02-13 | $10.60 |
| 08/02/2013 | PO | 91100.00001 :Postage Charges for 08-02-13 | $307.04 |
| 08/02/2013 | PO | 91100.00001 :Postage Charges for 08-02-13 | $13.44 |
| 08/02/2013 | RE | ( 292 @0.10 PER PG) | $29.20 |
| 08/02/2013 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 08/02/2013 | RE | ( 271 @0.10 PER PG) | $27.10 |
| 08/02/2013 | RE | ( 455 @0.10 PER PG) | $45.50 |
| 08/02/2013 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 08/02/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 08/02/2013 | RE | ( 61 @0.10 PER PG) | $6.10 |
| 08/02/2013 | RE | ( 410 @0.10 PER PG) | $41.00 |
| 08/02/2013 | RE | ( 6054 @0.10 PER PG) | $605.40 |
| 08/02/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/02/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/02/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/02/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/02/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/02/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/02/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 08/02/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 08/05/2013 | DC | 91100.00001 Digital Legal Charges for 08-05-13 | $10.00 |
| 08/05/2013 | DC | 91100.00001 Digital Legal Charges for 08-05-13 | $531.00 |

**Invoice number 104592**        91100  00001                                   **Page  10**

| 08/05/2013 | DC | 91100.00001 Digital Legal Charges for 08-05-13 | $9.38 |
| 08/05/2013 | DC | 91100.00001 Digital Legal Charges for 08-05-13 | $27.00 |
| 08/05/2013 | DC | 91100.00001 Digital Legal Charges for 08-05-13 | $27.00 |
| 08/05/2013 | DC | 91100.00001 Digital Legal Charges for 08-05-13 | $45.00 |
| 08/05/2013 | DC | 91100.00001 Digital Legal Charges for 08-05-13 | $27.00 |
| 08/05/2013 | DC | 91100.00001 Digital Legal Charges for 08-05-13 | $27.00 |
| 08/05/2013 | FE | 91100.00001 FedEx Charges for 08-05-13 | $12.33 |
| 08/05/2013 | FE | 91100.00001 FedEx Charges for 08-05-13 | $8.16 |
| 08/05/2013 | FE | 91100.00001 FedEx Charges for 08-05-13 | $12.23 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |

**Invoice number  104592**      91100  00001                                      **Page  11**

| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
|---|---|---|---|
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | FX | ( 13 @1.00 PER PG) | $13.00 |
| 08/05/2013 | PO | 91100.00001 :Postage Charges for 08-05-13 | $2.24 |
| 08/05/2013 | PO | 91100.00001 :Postage Charges for 08-05-13 | $7.56 |

**Invoice number  104592**        91100   00001                        **Page   12**

| 08/05/2013 | PO  | 91100.00001 :Postage Charges for 08-05-13 | $3.36 |
|---|---|---|---|
| 08/05/2013 | PO  | 91100.00001 :Postage Charges for 08-05-13 | $0.92 |
| 08/05/2013 | RE  | ( 24 @0.10 PER PG) | $2.40 |
| 08/05/2013 | RE  | ( 239 @0.10 PER PG) | $23.90 |
| 08/05/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 08/05/2013 | RE2 | SCAN/COPY ( 65 @0.10 PER PG) | $6.50 |
| 08/05/2013 | RE2 | SCAN/COPY ( 64 @0.10 PER PG) | $6.40 |
| 08/05/2013 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | $4.90 |
| 08/05/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 08/05/2013 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | $5.60 |
| 08/05/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 08/05/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 08/06/2013 | FE  | 91100.00001 FedEx Charges for 08-06-13 | $12.33 |
| 08/06/2013 | FE  | 91100.00001 FedEx Charges for 08-06-13 | $8.16 |
| 08/06/2013 | FE  | 91100.00001 FedEx Charges for 08-06-13 | $12.23 |
| 08/06/2013 | PO  | 91100.00001 :Postage Charges for 08-06-13 | $24.64 |
| 08/06/2013 | RE  | ( 13 @0.10 PER PG) | $1.30 |
| 08/06/2013 | RE  | ( 71 @0.10 PER PG) | $7.10 |
| 08/06/2013 | RE  | ( 36 @0.10 PER PG) | $3.60 |
| 08/06/2013 | RE  | ( 129 @0.10 PER PG) | $12.90 |
| 08/07/2013 | DC  | 91100.00001 Digital Legal Charges for 08-07-13 | $27.00 |
| 08/07/2013 | DC  | 91100.00001 Digital Legal Charges for 08-07-13 | $63.00 |
| 08/07/2013 | DC  | 91100.00001 Digital Legal Charges for 08-07-13 | $8.46 |
| 08/07/2013 | FE  | 91100.00001 FedEx Charges for 08-07-13 | $12.33 |
| 08/07/2013 | FE  | 91100.00001 FedEx Charges for 08-07-13 | $8.16 |
| 08/07/2013 | FE  | 91100.00001 FedEx Charges for 08-07-13 | $12.23 |
| 08/07/2013 | RE  | ( 56 @0.10 PER PG) | $5.60 |
| 08/07/2013 | RE  | ( 68 @0.10 PER PG) | $6.80 |
| 08/07/2013 | RE  | ( 37 @0.10 PER PG) | $3.70 |
| 08/07/2013 | RE  | ( 206 @0.10 PER PG) | $20.60 |
| 08/07/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 08/07/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 08/07/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/07/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 08/08/2013 | RE  | ( 44 @0.10 PER PG) | $4.40 |
| 08/08/2013 | RE  | ( 32 @0.10 PER PG) | $3.20 |
| 08/09/2013 | PO  | 91100.00001 :Postage Charges for 08-09-13 | $67.20 |
| 08/09/2013 | PO  | 91100.00001 :Postage Charges for 08-09-13 | $9.00 |
| 08/09/2013 | PO  | 91100.00001 :Postage Charges for 08-09-13 | $226.24 |
| 08/09/2013 | RE  | ( 1576 @0.10 PER PG) | $157.60 |
| 08/09/2013 | RE  | ( 11 @0.10 PER PG) | $1.10 |
| 08/09/2013 | RE  | ( 110 @0.10 PER PG) | $11.00 |
| 08/09/2013 | RE  | ( 327 @0.10 PER PG) | $32.70 |

**Invoice number  104592**          91100   00001                               **Page   13**

| | | | |
|---|---|---|---|
| 08/09/2013 | RE | ( 1045 @0.10 PER PG) | $104.50 |
| 08/09/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 08/09/2013 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | $7.40 |
| 08/09/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 08/09/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 08/09/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/09/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 08/12/2013 | DC | 91100.00001 Digital Legal Charges for 08-12-13 | $441.00 |
| 08/12/2013 | DC | 91100.00001 Digital Legal Charges for 08-12-13 | $13.32 |
| 08/12/2013 | DC | 91100.00001 Digital Legal Charges for 08-12-13 | $27.00 |
| 08/12/2013 | DC | 91100.00001 Digital Legal Charges for 08-12-13 | $45.00 |
| 08/12/2013 | DC | 91100.00001 Digital Legal Charges for 08-12-13 | $18.00 |
| 08/12/2013 | DC | 91100.00001 Digital Legal Charges for 08-12-13 | $18.00 |
| 08/12/2013 | FE | 91100.00001 FedEx Charges for 08-12-13 | $12.23 |
| 08/12/2013 | PO | 91100.00001 :Postage Charges for 08-12-13 | $67.20 |
| 08/12/2013 | PO | 91100.00001 :Postage Charges for 08-12-13 | $15.84 |
| 08/12/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 08/12/2013 | RE | ( 240 @0.10 PER PG) | $24.00 |
| 08/12/2013 | RE | ( 401 @0.10 PER PG) | $40.10 |
| 08/12/2013 | RE | ( 650 @0.10 PER PG) | $65.00 |
| 08/12/2013 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | $3.10 |
| 08/12/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 08/12/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 08/13/2013 | CC | Conference Call [E105] August 1, 2013 through August 30, 2013 | $30.00 |
| 08/13/2013 | DC | 91100.00001 Digital Legal Charges for 08-13-13 | $18.00 |
| 08/13/2013 | DC | 91100.00001 Digital Legal Charges for 08-13-13 | $35.00 |
| 08/13/2013 | DC | 91100.00001 Digital Legal Charges for 08-13-13 | $10.65 |
| 08/13/2013 | FE | 91100.00001 FedEx Charges for 08-13-13 | $12.23 |
| 08/13/2013 | PO | 91100.00001 :Postage Charges for 08-13-13 | $67.20 |
| 08/13/2013 | RE | ( 9 @0.10 PER PG) | $0.90 |
| 08/13/2013 | RE | ( 93 @0.10 PER PG) | $9.30 |
| 08/13/2013 | RE2 | SCAN/COPY ( 108 @0.10 PER PG) | $10.80 |
| 08/13/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 08/14/2013 | FE | 91100.00001 FedEx Charges for 08-14-13 | $12.33 |
| 08/14/2013 | FE | 91100.00001 FedEx Charges for 08-14-13 | $8.16 |
| 08/14/2013 | PO | 91100.00001 :Postage Charges for 08-14-13 | $67.20 |
| 08/14/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 08/14/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 08/14/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 08/14/2013 | RE | ( 1967 @0.10 PER PG) | $196.70 |
| 08/14/2013 | RE | ( 101 @0.10 PER PG) | $10.10 |
| 08/14/2013 | RE | ( 98 @0.10 PER PG) | $9.80 |

**Invoice number 104592**       91100   00001                                      **Page  14**

| | | | |
|---|---|---|---:|
| 08/14/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 08/14/2013 | TR | Transcript [E116] Veritext New York Reporting, Inv. NY1823158, P. Cuniff | $117.90 |
| 08/15/2013 | DC | 91100.00001 Digital Legal Charges for 08-15-13 | $72.00 |
| 08/15/2013 | DC | 91100.00001 Digital Legal Charges for 08-15-13 | $7.25 |
| 08/15/2013 | DC | 91100.00001 Digital Legal Charges for 08-15-13 | $35.00 |
| 08/15/2013 | DC | 91100.00001 Digital Legal Charges for 08-15-13 | $18.00 |
| 08/15/2013 | PO | 91100.00001 :Postage Charges for 08-15-13 | $11.04 |
| 08/15/2013 | RE | ( 124 @0.10 PER PG) | $12.40 |
| 08/15/2013 | RE | ( 34 @0.10 PER PG) | $3.40 |
| 08/15/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 08/15/2013 | RE | ( 300 @0.10 PER PG) | $30.00 |
| 08/15/2013 | RE | ( 471 @0.10 PER PG) | $47.10 |
| 08/15/2013 | RE | ( 21 @0.10 PER PG) | $2.10 |
| 08/15/2013 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 08/15/2013 | RE2 | SCAN/COPY ( 100 @0.10 PER PG) | $10.00 |
| 08/15/2013 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | $4.20 |
| 08/15/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 08/15/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 08/15/2013 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | $3.70 |
| 08/15/2013 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | $4.10 |
| 08/15/2013 | RE2 | SCAN/COPY ( 118 @0.10 PER PG) | $11.80 |
| 08/15/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 08/16/2013 | FE | 91100.00001 FedEx Charges for 08-16-13 | $12.33 |
| 08/16/2013 | FE | 91100.00001 FedEx Charges for 08-16-13 | $8.16 |
| 08/16/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 08/16/2013 | RE | ( 22 @0.10 PER PG) | $2.20 |
| 08/16/2013 | RE | ( 46 @0.10 PER PG) | $4.60 |
| 08/16/2013 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 08/16/2013 | RE | ( 167 @0.10 PER PG) | $16.70 |
| 08/16/2013 | RE | ( 28 @0.10 PER PG) | $2.80 |
| 08/16/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 08/16/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 08/16/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 08/16/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 08/16/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 08/16/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 08/19/2013 | DC | 91100.00001 Digital Legal Charges for 08-19-13 | $9.38 |
| 08/19/2013 | FE | 91100.00001 FedEx Charges for 08-19-13 | $12.33 |
| 08/19/2013 | FE | 91100.00001 FedEx Charges for 08-19-13 | $8.16 |
| 08/19/2013 | OS | Digital Legal Services, Inv. 76526 | $200.00 |
| 08/19/2013 | PO | 91100.00001 :Postage Charges for 08-19-13 | $9.00 |
| 08/19/2013 | PO | 91100.00001 :Postage Charges for 08-19-13 | $226.24 |

**Invoice number 104592**      91100  00001                              **Page  15**

| | | | |
|---|---|---|---:|
| 08/19/2013 | RE | ( 78 @0.10 PER PG) | $7.80 |
| 08/19/2013 | RE | ( 58 @0.10 PER PG) | $5.80 |
| 08/19/2013 | RE | ( 313 @0.10 PER PG) | $31.30 |
| 08/19/2013 | RE | ( 18 @0.10 PER PG) | $1.80 |
| 08/19/2013 | RE | ( 790 @0.10 PER PG) | $79.00 |
| 08/19/2013 | RE | ( 191 @0.10 PER PG) | $19.10 |
| 08/19/2013 | RE | ( 110 @0.10 PER PG) | $11.00 |
| 08/19/2013 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | $3.60 |
| 08/19/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 08/19/2013 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | $3.30 |
| 08/19/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/19/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 08/19/2013 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | $3.80 |
| 08/20/2013 | DC | 91100.00001 Digital Legal Charges for 08-20-13 | $27.00 |
| 08/20/2013 | DC | 91100.00001 Digital Legal Charges for 08-20-13 | $45.00 |
| 08/20/2013 | FE | 91100.00001 FedEx Charges for 08-20-13 | $12.23 |
| 08/20/2013 | PO | 91100.00001 :Postage Charges for 08-20-13 | $30.24 |
| 08/20/2013 | PO | 91100.00001 :Postage Charges for 08-20-13 | $218.40 |
| 08/20/2013 | PO | 91100.00001 :Postage Charges for 08-20-13 | $8.20 |
| 08/20/2013 | RE | ( 280 @0.10 PER PG) | $28.00 |
| 08/20/2013 | RE | ( 968 @0.10 PER PG) | $96.80 |
| 08/20/2013 | RE | ( 1044 @0.10 PER PG) | $104.40 |
| 08/20/2013 | RE | ( 82 @0.10 PER PG) | $8.20 |
| 08/20/2013 | RE | ( 55 @0.10 PER PG) | $5.50 |
| 08/20/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 08/20/2013 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 08/20/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 08/20/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/20/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 08/21/2013 | DC | 91100.00001 Digital Legal Charges for 08-21-13 | $45.00 |
| 08/21/2013 | DC | 91100.00001 Digital Legal Charges for 08-21-13 | $27.00 |
| 08/21/2013 | FE | 91100.00001 FedEx Charges for 08-21-13 | $12.23 |
| 08/21/2013 | PO | 91100.00001 :Postage Charges for 08-21-13 | $1.12 |
| 08/21/2013 | PO | 91100.00001 :Postage Charges for 08-21-13 | $13.44 |
| 08/21/2013 | RE | ( 95 @0.10 PER PG) | $9.50 |
| 08/21/2013 | RE | ( 88 @0.10 PER PG) | $8.80 |
| 08/21/2013 | RE | ( 81 @0.10 PER PG) | $8.10 |
| 08/21/2013 | RE | ( 94 @0.10 PER PG) | $9.40 |
| 08/21/2013 | RE | ( 1309 @0.10 PER PG) | $130.90 |
| 08/22/2013 | DC | 91100.00001 Digital Legal Charges for 08-22-13 | $27.00 |
| 08/22/2013 | RE | ( 22 @0.10 PER PG) | $2.20 |
| 08/22/2013 | RE | ( 179 @0.10 PER PG) | $17.90 |
| 08/22/2013 | RE | ( 16 @0.10 PER PG) | $1.60 |

**Invoice number 104592**     91100  00001                     **Page  16**

| | | | |
|---|---|---|---|
| 08/23/2013 | DC | 91100.00001 Digital Legal Charges for 08-23-13 | $27.00 |
| 08/23/2013 | DC | 91100.00001 Digital Legal Charges for 08-23-13 | $27.00 |
| 08/23/2013 | DC | 91100.00001 Digital Legal Charges for 08-23-13 | $369.00 |
| 08/23/2013 | DC | 91100.00001 Digital Legal Charges for 08-23-13 | $7.78 |
| 08/23/2013 | DC | 91100.00001 Digital Legal Charges for 08-23-13 | $27.00 |
| 08/23/2013 | DC | 91100.00001 Digital Legal Charges for 08-23-13 | $432.00 |
| 08/23/2013 | DC | 91100.00001 Digital Legal Charges for 08-23-13 | $8.46 |
| 08/23/2013 | DC | 91100.00001 Digital Legal Charges for 08-23-13 | $27.00 |
| 08/23/2013 | DC | 91100.00001 Digital Legal Charges for 08-23-13 | $63.00 |
| 08/23/2013 | DC | 91100.00001 Digital Legal Charges for 08-23-13 | $10.65 |
| 08/23/2013 | FE | 91100.00001 FedEx Charges for 08-23-13 | $12.33 |
| 08/23/2013 | FE | 91100.00001 FedEx Charges for 08-23-13 | $8.16 |
| 08/23/2013 | PO | 91100.00001 :Postage Charges for 08-23-13 | $12.32 |
| 08/23/2013 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 08/23/2013 | RE | ( 28 @0.10 PER PG) | $2.80 |
| 08/23/2013 | RE | ( 19 @0.10 PER PG) | $1.90 |
| 08/23/2013 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 08/23/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 08/23/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 08/23/2013 | RE2 | SCAN/COPY ( 62 @0.10 PER PG) | $6.20 |
| 08/26/2013 | DC | 91100.00001 Digital Legal Charges for 08-26-13 | $27.00 |
| 08/26/2013 | DC | 91100.00001 Digital Legal Charges for 08-26-13 | $63.00 |
| 08/26/2013 | DC | 91100.00001 Digital Legal Charges for 08-26-13 | $9.38 |
| 08/26/2013 | OS | Digital Legal Services, Inv. 76526, Postage | $14.56 |
| 08/26/2013 | OS | Digital Legal Services, Inv. 76526, Postage | $13.44 |
| 08/26/2013 | PO | 91100.00001 :Postage Charges for 08-26-13 | $0.92 |
| 08/26/2013 | RE | ( 15 @0.10 PER PG) | $1.50 |
| 08/26/2013 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 08/26/2013 | RE | ( 268 @0.10 PER PG) | $26.80 |
| 08/26/2013 | RE | ( 28 @0.10 PER PG) | $2.80 |
| 08/26/2013 | RE | ( 70 @0.10 PER PG) | $7.00 |
| 08/26/2013 | RE | ( 94 @0.10 PER PG) | $9.40 |
| 08/26/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 08/26/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 08/26/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 08/27/2013 | DC | 91100.00001 Digital Legal Charges for 08-27-13 | $5.00 |
| 08/27/2013 | DC | 91100.00001 Digital Legal Charges for 08-27-13 | $27.00 |
| 08/27/2013 | DC | 91100.00001 Digital Legal Charges for 08-27-13 | $27.00 |
| 08/27/2013 | DC | 91100.00001 Digital Legal Charges for 08-27-13 | $135.00 |
| 08/27/2013 | DC | 91100.00001 Digital Legal Charges for 08-27-13 | $18.76 |
| 08/27/2013 | PO | 91100.00001 :Postage Charges for 08-27-13 | $9.00 |
| 08/27/2013 | PO | 91100.00001 :Postage Charges for 08-27-13 | $13.44 |
| 08/27/2013 | PO | 91100.00001 :Postage Charges for 08-27-13 | $265.32 |

**Invoice number 104592**     91100  00001                                    **Page  17**

| | | | |
|---|---|---|---|
| 08/27/2013 | RE | ( 44 @0.10 PER PG) | $4.40 |
| 08/27/2013 | RE | ( 52 @0.10 PER PG) | $5.20 |
| 08/27/2013 | RE | ( 25 @0.10 PER PG) | $2.50 |
| 08/27/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 08/27/2013 | RE | ( 22 @0.10 PER PG) | $2.20 |
| 08/27/2013 | RE | ( 11 @0.10 PER PG) | $1.10 |
| 08/27/2013 | RE | ( 13 @0.10 PER PG) | $1.30 |
| 08/27/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 08/27/2013 | RE | ( 56 @0.10 PER PG) | $5.60 |
| 08/27/2013 | RE | ( 2028 @0.10 PER PG) | $202.80 |
| 08/27/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 08/27/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/27/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 08/27/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/28/2013 | DC | 91100.00001 Digital Legal Charges for 08-28-13 | $5.00 |
| 08/28/2013 | DC | 91100.00001 Digital Legal Charges for 08-28-13 | $5.00 |
| 08/28/2013 | DC | 91100.00001 Digital Legal Charges for 08-28-13 | $5.00 |
| 08/28/2013 | DC | 91100.00001 Digital Legal Charges for 08-28-13 | $27.00 |
| 08/28/2013 | DC | 91100.00001 Digital Legal Charges for 08-28-13 | $45.00 |
| 08/28/2013 | DC | 91100.00001 Digital Legal Charges for 08-28-13 | $27.00 |
| 08/28/2013 | DC | 91100.00001 Digital Legal Charges for 08-28-13 | $27.00 |
| 08/28/2013 | DC | 91100.00001 Digital Legal Charges for 08-28-13 | $423.00 |
| 08/28/2013 | DC | 91100.00001 Digital Legal Charges for 08-28-13 | $10.65 |
| 08/28/2013 | DC | 91100.00001 Digital Legal Charges for 08-28-13 | $25.00 |
| 08/28/2013 | FE | 91100.00001 FedEx Charges for 08-28-13 | $12.23 |
| 08/28/2013 | FE | 91100.00001 FedEx Charges for 08-28-13 | $12.33 |
| 08/28/2013 | FE | 91100.00001 FedEx Charges for 08-28-13 | $8.16 |
| 08/28/2013 | PO | 91100.00001 :Postage Charges for 08-28-13 | $33.60 |
| 08/28/2013 | PO | 91100.00001 :Postage Charges for 08-28-13 | $13.44 |
| 08/28/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 08/28/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 08/28/2013 | RE | ( 28 @0.10 PER PG) | $2.80 |
| 08/28/2013 | RE | ( 72 @0.10 PER PG) | $7.20 |
| 08/28/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 08/28/2013 | RE | ( 27 @0.10 PER PG) | $2.70 |
| 08/28/2013 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 08/28/2013 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 08/28/2013 | RE | ( 129 @0.10 PER PG) | $12.90 |
| 08/28/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 08/28/2013 | RE | ( 87 @0.10 PER PG) | $8.70 |
| 08/28/2013 | RE | ( 316 @0.10 PER PG) | $31.60 |
| 08/28/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 08/28/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |

**Invoice number  104592**      91100   00001                                    **Page  18**

| 08/28/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
|---|---|---|---|
| 08/28/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 08/28/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 08/28/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/28/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 08/28/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 08/29/2013 | DC | 91100.00001 Digital Legal Charges for 08-29-13 | $27.00 |
| 08/29/2013 | DC | 91100.00001 Digital Legal Charges for 08-29-13 | $63.00 |
| 08/29/2013 | DC | 91100.00001 Digital Legal Charges for 08-29-13 | $7.78 |
| 08/29/2013 | DC | 91100.00001 Digital Legal Charges for 08-29-13 | $35.00 |
| 08/29/2013 | DC | 91100.00001 Digital Legal Charges for 08-29-13 | $18.00 |
| 08/29/2013 | FE | 91100.00001 FedEx Charges for 08-29-13 | $12.33 |
| 08/29/2013 | FE | 91100.00001 FedEx Charges for 08-29-13 | $8.16 |
| 08/29/2013 | FE | 91100.00001 FedEx Charges for 08-29-13 | $8.16 |
| 08/29/2013 | FE | 91100.00001 FedEx Charges for 08-29-13 | $12.33 |
| 08/29/2013 | FE | 91100.00001 FedEx Charges for 08-29-13 | $12.23 |
| 08/29/2013 | PO | 91100.00001 :Postage Charges for 08-29-13 | $13.44 |
| 08/29/2013 | RE | ( 89 @0.10 PER PG) | $8.90 |
| 08/29/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 08/29/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 08/29/2013 | RE | ( 99 @0.10 PER PG) | $9.90 |
| 08/29/2013 | RE | ( 54 @0.10 PER PG) | $5.40 |
| 08/29/2013 | RE | Reproduction Expense. [E101] | $2.20 |
| 08/29/2013 | RE | Reproduction Expense. [E101] | $0.80 |
| 08/29/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 08/29/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 08/29/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 08/29/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 08/30/2013 | DC | 91100.00001 Digital Legal Charges for 08-30-13 | $18.76 |
| 08/30/2013 | FE | 91100.00001 FedEx Charges for 08-30-13 | $12.23 |
| 08/30/2013 | RE | ( 40 @0.10 PER PG) | $4.00 |
| 08/30/2013 | RE | ( 1149 @0.10 PER PG) | $114.90 |
| 08/30/2013 | RE | ( 157 @0.10 PER PG) | $15.70 |
| 08/30/2013 | RE | ( 53 @0.10 PER PG) | $5.30 |
| 08/30/2013 | RE | ( 93 @0.10 PER PG) | $9.30 |
| 08/30/2013 | RE | ( 34 @0.10 PER PG) | $3.40 |
| 08/30/2013 | RE | ( 820 @0.10 PER PG) | $82.00 |
| 08/30/2013 | RE | ( 17 @0.10 PER PG) | $1.70 |
| 08/30/2013 | RE2 | SCAN/COPY ( 53 @0.10 PER PG) | $5.30 |
| 08/30/2013 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | $3.90 |
| 08/31/2013 | PAC | Pacer - Court Research | $1,202.40 |
| 08/31/2013 | RE | Reproduction Expense. [E101] | $1.70 |

**Invoice number  104592**      91100  00001                                    **Page  19**

Total Expenses:                                                    **$11,770.54**

## Summary:

| | | |
|---|---|---|
| Total professional services | $33,004.00 | |
| Total expenses | $11,770.54 | |
| **Net current charges** | **$44,774.54** | |
| | | |
| Net balance forward | $80,248.93 | |
| **Total balance now due** | **$125,023.47** | |

| | | | | |
|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | 2.10 | 195.00 | $409.50 |
| CAK | Knotts, Cheryl A. | 0.80 | 290.00 | $232.00 |
| CJB | Bouzoukis, Charles J. | 0.20 | 195.00 | $39.00 |
| JEO | O'Neill, James E. | 19.30 | 695.00 | $13,413.50 |
| KFF | Finalyson, Kathe F. | 8.70 | 295.00 | $2,566.50 |
| KSN | Neil, Karen S. | 0.80 | 195.00 | $156.00 |
| LDJ | Jones, Laura Davis | 0.30 | 975.00 | $292.50 |
| MLM | McGee, Margaret L. | 0.50 | 295.00 | $147.50 |
| PEC | Cuniff, Patricia E. | 39.90 | 290.00 | $11,571.00 |
| SLP | Pitman, L. Sheryle | 14.40 | 195.00 | $2,808.00 |
| WLR | Ramseyer, William L. | 2.30 | 595.00 | $1,368.50 |
| | | 89.30 | | $33,004.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AP | Appeals [B430] | 0.60 | $417.00 |
| CA | Case Administration [B110] | 32.00 | $7,739.00 |
| EA01 | WRG-Employ. App., Others | 0.50 | $145.00 |
| FA | WRG-Fee Apps., Applicant | 3.80 | $2,009.00 |
| FA01 | WRG-Fee Applications, Others | 31.00 | $11,223.00 |
| LN | Litigation (Non-Bankruptcy) | 15.00 | $8,805.00 |
| OP | Operations [B210] | 4.40 | $1,276.00 |
| PD | Plan & Disclosure Stmt. [B320] | 2.00 | $1,390.00 |
| | | 89.30 | $33,004.00 |

**Invoice number  104592**          91100   00001                              **Page   20**

## Expense Code Summary

| | |
|---|---:|
| Conference Call [E105] | $30.00 |
| Delivery/Courier Service | $3,898.66 |
| Federal Express [E108] | $359.76 |
| Fax Transmittal [E104] | $975.00 |
| Outside Services | $228.00 |
| Pacer - Court Research | $1,202.40 |
| Postage [E108] | $1,818.32 |
| Reproduction Expense [E101] | $2,895.60 |
| Reproduction/ Scan Copy | $244.90 |
| Transcript [E116] | $117.90 |
| | $11,770.54 |