# EXHIBITS B-1, B-2, B-3 and B-4

The Letters (Filed Under Seal)