MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562)907-6820
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITORS
COUNTY OF SONOMA, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 01-01139-KJC |
| W.R. Grace & Co., et al | Chapter 11 |
| Debtor. | **REQUEST TO BE REMOVED FROM ELECTRONIC CASE FILING NOTIFICATION LISTS** |
| | (No Hearing Required) |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of Sonoma, California, A California Taxing Authority, hereby requests to be removed from all electronic case filing (ECF) notification lists concerning the bankruptcy of W. R. Grace & Co., et al, case number 01-01139-KJC.

Dated: January 07, 2014       ROMERO LAW FIRM


                              By /s/ MARTHA E. ROMERO
                              MARTHA E. ROMERO
                              ROMERO LAW FIRM
                              Attorneys for SECURED CREDITORS
                              COUNTY OF SONOMA, CA
                              A California Taxing Authority

1