## **EXHIBIT C**

September Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 31388 under Case No. 01-01139. Also available upon request from Kirkland & Ellis LLP or Pachulski Stang Ziehl & Jones LLP

KE 29004691.1