**EXHIBIT "A"**

## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Ph:(302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                                                                 Nov. 1, 2013 to Nov. 30, 2013

                                                                                                   Invoice #:        49452

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 4.60 | 1,460.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.10 | 38.00 |
| B18 | Fee Applications, Others - | 3.00 | 652.00 |
| B25 | Fee Applications, Applicant - | 3.00 | 482.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.80 | 304.00 |
| B36 | Plan and Disclosure Statement - | 0.30 | 114.00 |
| B45 | Professional Retention Issues - | 1.20 | 456.00 |
| | **Total** | **13.00** | **$3,506.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 1.10 | 341.00 |
| Theodore J. Tacconelli | 380.00 | 6.00 | 2,280.00 |
| Legal Assistant - KC | 150.00 | 5.30 | 795.00 |
| Legal Assistant - PR | 150.00 | 0.60 | 90.00 |
| **Total** | | **13.00** | **$3,506.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                                        **$61.62**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-13 | *Fee Applications, Applicant* - Review Sept. 2013 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Final Report re: A. Rich for the 49th Interim Period | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin August 2013 fee app for efiling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to August 2013 fee app for efiling, efile and service of same | 0.20 | KC |
| Nov-02-13 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Debtor's 29th Omnibus Objection to Claims with attachments | 0.80 | TJT |
| Nov-04-13 | *Case Administration* - Review Debtor's Post Confirmation Quarterly Report | 0.30 | TJT |
| Nov-05-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Stroock 49th Interim Period Fee app. | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare September 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Preparation of 50th Quarterly fee application for July, Aug, Sept. 2013 | 1.00 | KC |
| Nov-06-13 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review email from LLC re: address change,Bischof & Klein, review service list re:same | 0.20 | KC |
| Nov-07-13 | *Case Administration* - Review order scheduling omnibus hearing dates and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Notice of Change of Address for Bishof & Klein | 0.10 | TJT |
| | *Case Administration* - Review Certification of Counsel filed by debtors re: Ominbus Hearing dates | 0.10 | TJT |
| | *Case Administration* - Review email from LLC re: Order scheduling 2014 omnibus hearings, download order from docket | 0.20 | KC |
| Nov-08-13 | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re: new Omnibus Hearing dates | 0.10 | TJT |
| Nov-09-13 | *Case Administration* - Review Order scheduling Omnibus Hearing dates | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Nov-11-13 | *Case Administration* - Review Fee Auditor's Final Report re: Baker Donelson for 46th Interim Period | 0.10 | TJT |
| Nov-15-13 | *Professional Retention Issues* - Review Debtor's Motion to Amend Retention of Blackstone with attachments | 0.60 | TJT |
| Nov-16-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Professional Retention Issues* - Review PIFCR's Motion to Retain Towers Watson with attachments | 0.60 | TJT |
| Nov-18-13 | *Case Administration* - Review affidavit of M. Gerely filed by Debtors | 0.10 | TJT |
| Nov-19-13 | *Fee Applications, Others* - Correspondence with J. Sakalo re: Bilzin 49th Quarterly Fee App | 0.20 | TJT |
| | *Case Administration* - Confer with T. Tacconelli re: case status | 0.20 | KC |

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Others* - Review email from L. Flores, download Bilzin 50th Quarterly fee application, revisions to same, prepare cos, exhibit, to LLC for review of same | 0.50 | KC |
|  | *Fee Applications, Applicant* - Continued preparation of 50th Quarterly fee application, cos, exhibit, to LLC for review of same | 0.40 | KC |
| Nov-20-13 | *Fee Applications, Others* - Confer with KC re: CNO re: Bilzin 49th quarterly fee app | 0.10 | LLC |
|  | *Fee Applications, Others* - Confer with T. Tacconelli re: Certificate of No Objection for Bilzin 49th Quarterly fee app | 0.10 | LLC |
|  | *Fee Applications, Others* - Review CNO re: Bilzin 49th Quarterly fee app and confer with KC re: filing of same | 0.10 | LLC |
|  | *Case Administration* - Confer with KC re: case status | 0.20 | TJT |
|  | *Fee Applications, Others* - Correspondence with J. Sakalo re: Bilzin 49th Quarterly Fee App | 0.20 | TJT |
|  | *Fee Applications, Others* - Confer with KC re: Certificate of No Objection re: Bilzin's 49th Quarterly Fee App | 0.10 | TJT |
|  | *Fee Applications, Others* - Confer with L. Coggins re: Bilzin's 49th quarterly Fee App | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Motion to Amend Anderson Memorial Hospital Opinion by A. Rosenberg | 0.10 | TJT |
|  | *Fee Applications, Others* - Confer with TJT re: status of Bilzin 49th quarterly fee app | 0.10 | KC |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin 49th quarterly fee app | 0.10 | KC |
|  | *Fee Applications, Others* - Draft certificate of no objection to Bilzin 49th Quarterly fee app, to LLC for review of same | 0.20 | KC |
| Nov-21-13 | *Plan and Disclosure Statement* - Review order granting Motion to Amend Anderson Memorial Hospital Opinion by A. Rosenberg | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review Amended Anderson Memorial Hospital Opinion | 0.10 | TJT |
| Nov-22-13 | *Case Administration* - Review Notice of Appearance and forward same to KC | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Bilzin 50th Quarterly fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review 50th Quarterly fee app for filing | 0.10 | LLC |
|  | *Case Administration* - Review Amended Notice of Appearance re: Wells Fargo | 0.10 | TJT |
|  | *Fee Applications, Others* - Prepare 50th Quarterly fee app of Bilzin Sumberg for efiling, efile same, coordinate service with P. Rooney | 0.30 | KC |
|  | *Fee Applications, Applicant* - Prepare 50th Quarterly fee app for efling, efile same, coordinate service with P. Rooney | 0.30 | KC |
|  | *Fee Applications, Others* - Confer with KC, coordinate service of Bilzin 50th Quarterly fee app through Digital Legal | 0.30 | PR |
|  | *Fee Applications, Applicant* - Confer with KC, coordinate service of 50th Quarterly fee application through Digital Legal | 0.30 | PR |
| Nov-23-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
|  | *Case Administration* - Review Debtor's Motion for Authorization to Make Contribution to qualified Settlement Fund | 0.60 | TJT |
| Nov-25-13 | *Case Administration* - Memo re: case status from T. Tacconelli, research and reply to same | 0.20 | KC |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review amended notice of appearance, review 2002 service list, memo to LLC re: same | 0.30 | KC |
| Nov-26-13 | *Case Administration* - Review e-notice of fee auditor's combined report and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - E-mail from B. Ruhlander re: fee auditor's combined report | 0.10 | LLC |
|  | *Case Administration* - Review Declaration by J. Radecki | 0.10 | TJT |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin Sept. 2013 monthly fee app | 0.10 | KC |
|  | *Fee Applications, Others* - Draft CNO to Bilzin Sept. 2013 monthly fee app; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Applicant* - Review docket for objections to Sept. 2013 monthly fee app | 0.10 | KC |
|  | *Fee Applications, Applicant* - Draft certificate of no objection to Sept. 2013 monthly fee app; to LLC for review | 0.20 | KC |
| Nov-27-13 | *Case Administration* - Review correspondence from B. Ruhlander re: Fee Auditor's Combined Final Report for 49th Interim Period | 0.10 | TJT |
| Nov-28-13 | *Case Administration* - Review Fee Auditor's Combined Final Report for 49th Interim Period with attachments | 0.20 | TJT |
|  | *Case Administration* - Review status re: various pending Motions | 0.10 | TJT |
| Nov-29-13 | *Case Administration* - Review 33rd Supplemental Affidavit of K&E | 0.20 | TJT |
|  | Totals | 13.00 |  |

### DISBURSEMENTS

| | | |
|---|---|---|
| Nov-05-13 | Cost Advance - postage | 1.92 |
| Nov-08-13 | Cost Advance - Lexis Nexis - Legal research October | 45.00 |
| Nov-16-13 | Photocopy Cost | 1.65 |
|  | Photocopy Cost | 1.80 |
|  | Photocopy Cost | 1.20 |
| Nov-20-13 | Photocopy Cost | 1.50 |
|  | Photocopy Cost | 2.10 |
|  | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 1.65 |
|  | Photocopy Cost | 2.10 |
|  | Photocopy Cost | 1.80 |
|  | Totals | $61.62 |

**Total Fees & Disbursements**                                    **$3,567.62**