# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

September 30, 2013

Invoice Number **104594**      **91100  00001**      **LDJ**

W.R. Grace & Co.
Liberty Tower
605 Chestnut Street, Suite 1700

Chattanooga, TN  37450

| | |
|---|---:|
| Balance forward as of last invoice, dated:  August 31, 2013 | $125,023.47 |
| Net balance forward | $125,023.47 |

Re:   W.R. Grace and Co.

## Statement of Professional Services Rendered Through        09/30/2013

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Appeals [B430]** | | | | | |
| 09/04/13 | JEO | Review opinions on AMH, Montana and Canada rulings. | 2.00 | 695.00 | $1,390.00 |
| 09/13/13 | JEO | Review bank lender letter and send to clients | 0.50 | 695.00 | $347.50 |
| 09/16/13 | JEO | Check district court docket entry and email to R. Finke regarding Garlock Mandate. | 0.20 | 695.00 | $139.00 |
| 09/16/13 | JEO | Finalize and File letter in Bank Lender Appeal. | 0.30 | 695.00 | $208.50 |
| 09/20/13 | JEO | Review status of appeal | 1.00 | 695.00 | $695.00 |
| | **Task Code Total** | | **4.00** | | **$2,780.00** |
| | | | | | |
| **Case Administration [B110]** | | | | | |
| 09/03/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 09/03/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 09/03/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 09/04/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 09/04/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 09/04/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 09/04/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |

| | | | | | |
|---|---|---|---|---|---|
| 09/05/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 09/05/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 09/05/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 09/05/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 09/06/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 09/06/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 09/06/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 09/06/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 09/09/13 | JEO | Email to R. Higgins re: UST fees | 0.20 | 695.00 | $139.00 |
| 09/09/13 | JEO | Check with UST on status of quarterly fee payments | 0.20 | 695.00 | $139.00 |
| 09/09/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 09/09/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 09/09/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 09/09/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 09/10/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 09/10/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 09/10/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 09/10/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 09/11/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 09/11/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.30 | 195.00 | $58.50 |
| 09/12/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 09/12/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 09/12/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 09/13/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 09/13/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 09/13/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 09/13/13 | KSN | Maintain document control. | 0.30 | 195.00 | $58.50 |
| 09/13/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.50 | 195.00 | $97.50 |
| 09/16/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 09/16/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 09/17/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 09/17/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 09/17/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 09/17/13 | BMK | Prepared daily memo narrative and coordinated client | 0.10 | 195.00 | $19.50 |

| | | distribution. | | | |
|---|---|---|---|---|---|
| 09/18/13 | SLP | Maintain docket control. | 0.10 | 195.00 | $19.50 |
| 09/18/13 | KSN | Maintain document control. | 0.30 | 195.00 | $58.50 |
| 09/18/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 09/19/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 09/19/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 09/19/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 09/19/13 | KSN | Prepare hearing binders for 9/25/13 hearing. | 0.40 | 195.00 | $78.00 |
| 09/19/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 09/20/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 09/20/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 09/23/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 09/23/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 09/23/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 09/23/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 09/24/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 09/24/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 09/24/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 09/24/13 | KSN | Document request as per Patti Cuniff. | 0.20 | 195.00 | $39.00 |
| 09/24/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 09/25/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 09/25/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 09/25/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 09/25/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 09/26/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 09/26/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 09/26/13 | SLP | Maintain docket control. | 1.00 | 195.00 | $195.00 |
| 09/26/13 | KSN | Maintain document control. | 0.30 | 195.00 | $58.50 |
| 09/26/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 09/27/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 09/27/13 | PEC | Udpate critical dates | 0.20 | 290.00 | $58.00 |
| 09/27/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 09/27/13 | BMK | Prepared daily memo narrative and coordinate client distribution. | 0.10 | 195.00 | $19.50 |
| 09/30/13 | PEC | Review daily correspondence and pleadings and forward to | 0.20 | 290.00 | $58.00 |

**Invoice number  104594**    91100   00001                                   **Page  4**

|            |      | the appropriate parties |       |        |           |
|------------|------|-------------------------|-------|--------|-----------|
| 09/30/13   | PEC  | Update critical dates | 0.30 | 290.00 | $87.00 |
| 09/30/13   | SLP  | Maintain docket control. | 0.70 | 195.00 | $136.50 |
| 09/30/13   | KSN  | Maintain document control. | 0.30 | 195.00 | $58.50 |
| 09/30/13   | BMK  | Prepared daily memo narrative and coordinate client distribution. | 0.10 | 195.00 | $19.50 |
|            |      | **Task Code Total** | **23.70** | | **$5,667.00** |

**WRG Claim Analysis**

| 09/18/13 | JEO | Email exchange with Roger Higgins regarding claims register. | 0.30 | 695.00 | $208.50 |
|----------|-----|---------------------------------------------|------|--------|----------|
|          |     | **Task Code Total** | **0.30** | | **$208.50** |

**WRG-Fee Apps., Applicant**

| 09/12/13 | PEC | Draft Certificate of No Objection Regarding PSZ&J LLP's April 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
|----------|-----|---------------------------------------------|------|--------|----------|
| 09/16/13 | CAK | Review and update May fee application | 0.40 | 290.00 | $116.00 |
| 09/16/13 | LDJ | Review and finalize interim fee application (May 2013) | 0.30 | 975.00 | $292.50 |
| 09/17/13 | CAK | Edit May fee application; coordinate posting, filing and service of same. | 0.20 | 290.00 | $58.00 |
| 09/17/13 | PEC | Prepare PSZ&J LLP's May 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 09/18/13 | WLR | Prepare June 2013 fee application | 0.60 | 595.00 | $357.00 |
| 09/18/13 | WLR | Draft June 2013 fee application | 0.80 | 595.00 | $476.00 |
| 09/19/13 | WLR | Review and revise June 2013 fee application | 0.70 | 595.00 | $416.50 |
|          |     | **Task Code Total** | **4.10** | | **$2,035.00** |

**WRG-Fee Applications, Others**

| 09/03/13 | JEO | Review Kaye Scholer June Fee application | 0.20 | 695.00 | $139.00 |
|----------|-----|---------------------------------------------|------|--------|----------|
| 09/03/13 | PEC | Prepare KayeScholer LLP's June 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 09/03/13 | PEC | Prepare KayeScholer LLP's July 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 09/04/13 | PEC | Draft Notice of Withdrawal of KayeScholer LLP's June 2013 Fee Application (.2); Prepare for filing (.2) | 0.40 | 290.00 | $116.00 |
| 09/04/13 | JEO | Review Kaye Scholer fee app. | 0.20 | 695.00 | $139.00 |
| 09/04/13 | PEC | File and serve KayeScholer LLP's July 2013 Monthly Fee | 0.50 | 290.00 | $145.00 |

|            |     | Application (.4); Draft Certificate of Service (.1) |      |        |          |
|------------|-----|-----------------------------------------------------|------|--------|----------|
| 09/05/13   | PEC | Draft Certificate of No Objection Regarding Kirkland & Ellis LLP's May 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.2) | 0.50 | 290.00 | $145.00 |
| 09/09/13   | PEC | Draft Certificate of No Objection Regarding Blackstone Advisory Partners L.P.'s Monthly Fee Application for the Period of May 1, 2013 Through June 30, 2013 and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 09/10/13   | JEO | Review Baker Donelson fee application (July 2013) | 0.20 | 695.00 | $139.00 |
| 09/10/13   | JEO | Review quarterly fee application for Baker Donelson (Jan-March 2013) | 0.20 | 695.00 | $139.00 |
| 09/10/13   | JEO | Review quarterly fee application for Baker Donelson (Oct. - Dec. 2013) | 0.20 | 695.00 | $139.00 |
| 09/10/13   | JEO | Review quarterly fee application for Baker Donelson (July-Sept. 2013) | 0.20 | 695.00 | $139.00 |
| 09/10/13   | JEO | Review fee application for Norton Rose Fulbright (January 2013) | 0.20 | 695.00 | $139.00 |
| 09/10/13   | JEO | Review Baker Donelson fee application (June 2013) | 0.20 | 695.00 | $139.00 |
| 09/10/13   | JEO | Review Baker Donelson fee application (May 2013) | 0.20 | 695.00 | $139.00 |
| 09/10/13   | JEO | Review Baker Donelson fee application (April 2013) | 0.20 | 695.00 | $139.00 |
| 09/10/13   | JEO | Review Baker Donelson fee application (March 2013) | 0.20 | 695.00 | $139.00 |
| 09/10/13   | JEO | Review Baker Donelson fee application (Feb 2013) | 0.20 | 695.00 | $139.00 |
| 09/10/13   | JEO | Review Baker Donelson fee application (Jan. 2013) | 0.20 | 695.00 | $139.00 |
| 09/10/13   | JEO | Review Baker Donelson fee application (Dec. 2013) | 0.20 | 695.00 | $139.00 |
| 09/10/13   | PEC | Prepare Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s December 2012 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 290.00 | $116.00 |
| 09/10/13   | PEC | Prepare Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s January 2013 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 290.00 | $116.00 |
| 09/10/13   | PEC | Prepare Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s February 2013 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 290.00 | $116.00 |
| 09/10/13   | PEC | Prepare Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s March 2013 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 290.00 | $116.00 |
| 09/10/13   | PEC | Prepare Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s April 2013 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 290.00 | $116.00 |
| 09/10/13   | PEC | Prepare Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s May 2013 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 290.00 | $116.00 |
| 09/10/13   | PEC | Prepare Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s June 2013 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 290.00 | $116.00 |
| 09/10/13   | PEC | Prepare Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s July 2013 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.1) | 0.40 | 290.00 | $116.00 |
| 09/10/13   | PEC | Draft Notice of Filing Baker Donelson Bearman Caldwell | 0.80 | 290.00 | $232.00 |

**Invoice number  104594**     91100  00001                                **Page  6**

| | | | | | |
|---|---|---|---|---|---|
| | | & Berkowitz, P.C.'s Quarterly Fee Application for the Period of July 1, 2012 Thorough September 30, 2012 and Certificates of Service (.4); Prepare for filing and service (.4) | | | |
| 09/10/13 | PEC | Draft Notice of Filing Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s Quarterly Fee Application for the Period of October 1, 2012 Thorough December 31, 2012 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 09/10/13 | PEC | Draft Notice of Filing Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s Quarterly Fee Application for the Period of January 1, 2013 Thorough March 31, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 09/10/13 | PEC | Draft Notice of Filing Baker Donelson Bearman Caldwell & Berkowitz, P.C.'s Quarterly Fee Application for the Period of April 1, 2013 Thorough June 30, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 09/10/13 | PEC | Prepare Norton Rose January 2013 Monthly Fee Application for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 290.00 | $116.00 |
| 09/12/13 | PEC | Draft Certificate of No Objection Regarding Deloitte Tax LLP's January 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 09/12/13 | PEC | Draft Certificate of No Objection Regarding Deloitte Tax LLP's February 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 09/12/13 | PEC | Draft Certificate of No Objection Regarding Deloitte Tax LLP's March 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 09/12/13 | PEC | Draft Certificate of No Objection Regarding Deloitte Tax LLP's April 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 09/13/13 | JEO | Review Kaye Scholer Fee Application for August 2013 | 0.20 | 695.00 | $139.00 |
| 09/13/13 | PEC | Prepare KayeScholer LLP's August 2013 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 09/17/13 | PEC | Prepare Woodcock Washburn LLP's July 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 09/19/13 | JEO | Review Beveridge & Diamond quarterly fee application. | 0.20 | 695.00 | $139.00 |
| 09/19/13 | JEO | Review B&D monthly fee application - July 2013 | 0.20 | 695.00 | $139.00 |
| 09/19/13 | JEO | Review fee order and related documents | 0.40 | 695.00 | $278.00 |
| 09/19/13 | PEC | Draft Notice of Beveridge & Diamond LLP's Forty-Third Quarterly Fee Application for the Period of April 1, 2013 Through June 30, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 09/19/13 | PEC | Prepare Beveridge & Diamond LLP's July 2013 Monthly Fee Application for filing and service (.3); Draft Affidavit | 0.40 | 290.00 | $116.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | of Service (.1) | | | |
| 09/19/13 | PEC | Draft Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Eighth Period and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 09/19/13 | PEC | Draft Certification of Counsel Regarding Forty-Eighth Quarter Project Category Summary and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 09/19/13 | PEC | Draft Certificate of No Objection Regarding The Law Office of Roger J. Higgins LLC's July 2013 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 09/19/13 | PEC | Draft Certificate of No Objection Regarding Foley Hoag LLP's July 2013 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 09/20/13 | JEO | Review status of fee order and related documents for 9/25 hearing | 0.50 | 695.00 | $347.50 |
| 09/23/13 | PEC | Draft Certificate of No Objection Regarding Casner & Edwards LLP's July 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 09/23/13 | PEC | Draft Certificate of No Objection Regarding Kirkland & Ellis LLP's June 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 09/24/13 | PEC | Draft Notice of Filing Kirkland & Ellis LLP's Forty-Ninth Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 09/26/13 | JEO | Review Blackstone Quarterly fee app. | 0.20 | 695.00 | $139.00 |
| 09/26/13 | PEC | Draft Notice of Filing Blackstone Advisory Partners L.P.' Forty-Fifth Quarterly Fee Application for the Period of April 1, 2013 Through June 30, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 09/27/13 | PEC | Draft Certificate of No Objection Regarding KayeScholer LLP's June 2013 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 09/27/13 | PEC | Draft Certificate of No Objection Regarding KayeScholer LLP's July 2013 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 09/30/13 | JEO | Review Foley Hoag August 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 09/30/13 | PEC | Prepare Foley Hoag LLP's August 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| | | **Task Code Total** | **26.80** | | **$9,675.50** |

**Financing [B230]**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/30/13 | JEO | Email with J. Gettleman regarding finance motion. | 0.30 | 695.00 | $208.50 |
| | | **Task Code Total** | **0.30** | | **$208.50** |

**Invoice number  104594**       91100  00001                                                    **Page  8**

### Litigation (Non-Bankruptcy)

| | | | | | |
|---|---|---|---|---|---|
| 09/09/13 | JEO | Email exchange regarding AMH opinion and error on counsel list. | 0.30 | 695.00 | $208.50 |
| 09/10/13 | JEO | Participate in status call with plan proponents | 1.00 | 695.00 | $695.00 |
| 09/16/13 | JEO | Review response to Bank Lender's letter and email co-counsel regarding same. | 0.30 | 695.00 | $208.50 |
| 09/19/13 | JEO | Participate in status call | 1.00 | 695.00 | $695.00 |
| 09/19/13 | PEC | Draft Notice of Agenda for 9/25/13 Hearing | 0.50 | 290.00 | $145.00 |
| 09/20/13 | JEO | Review and circulate Agenda for 9/25 hearing | 0.60 | 695.00 | $417.00 |
| 09/23/13 | JEO | Email with Roger Higgins regarding Grace Hearing. | 0.30 | 695.00 | $208.50 |
| 09/23/13 | JEO | Finalize Agenda for Hearing. | 0.50 | 695.00 | $347.50 |
| 09/23/13 | PEC | File and serve Notice of Agenda for 9/25/13 Hearing (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 09/23/13 | PEC | Review Hearing Binders for 9/25/13 Hearing | 0.30 | 290.00 | $87.00 |
| 09/23/13 | PEC | Prepare service list for 9/25/13 Hearing | 0.20 | 290.00 | $58.00 |
| 09/24/13 | JEO | Review hearing status and amended Agenda cancelling hearing. | 0.80 | 695.00 | $556.00 |
| 09/24/13 | PEC | Draft Amended Notice of Agenda Canceling the 9/25/13 Hearing and Certificate of Service (.4); Prepare for filing and service (.4) | 0.40 | 290.00 | $116.00 |
| 09/30/13 | JEO | Email with Roger Higgins regarding Town of Action. | 0.30 | 695.00 | $208.50 |

|                          |        |            |
|--------------------------|-------:|-----------:|
| **Task Code Total**      | 7.00   | $4,095.50  |

|                                  |        |             |
|----------------------------------|-------:|------------:|
| **Total professional services:** | 66.20  | $24,670.00  |

### *Costs Advanced:*

| | | | |
|---|---|---|---|
| 09/03/2013 | DC | 91100.00001 Digital Legal Charges for 09-03-13 | $27.00 |
| 09/03/2013 | DC | 91100.00001 Digital Legal Charges for 09-03-13 | $45.00 |
| 09/03/2013 | DC | 91100.00001 Digital Legal Charges for 09-03-13 | $27.00 |
| 09/03/2013 | DC | 91100.00001 Digital Legal Charges for 09-03-13 | $27.00 |
| 09/03/2013 | FE | 91100.00001 FedEx Charges for 09-03-13 | $12.44 |
| 09/03/2013 | FE | 91100.00001 FedEx Charges for 09-03-13 | $8.23 |
| 09/03/2013 | FE | 91100.00001 FedEx Charges for 09-03-13 | $12.34 |
| 09/03/2013 | RE | ( 35 @0.10 PER PG) | $3.50 |
| 09/03/2013 | RE | ( 42 @0.10 PER PG) | $4.20 |
| 09/03/2013 | RE | ( 190 @0.10 PER PG) | $19.00 |
| 09/03/2013 | RE | ( 54 @0.10 PER PG) | $5.40 |
| 09/03/2013 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | $5.40 |
| 09/04/2013 | FE | 91100.00001 FedEx Charges for 09-04-13 | $12.34 |
| 09/04/2013 | PO | 91100.00001 :Postage Charges for 09-04-13 | $1.12 |
| 09/04/2013 | PO | 91100.00001 :Postage Charges for 09-04-13 | $13.44 |

**Invoice number 104594**       91100   00001                                      **Page  9**

| | | | |
|---|---|---|---|
| 09/04/2013 | RE | ( 17 @0.10 PER PG) | $1.70 |
| 09/04/2013 | RE | ( 13 @0.10 PER PG) | $1.30 |
| 09/04/2013 | RE | ( 178 @0.10 PER PG) | $17.80 |
| 09/04/2013 | RE | ( 41 @0.10 PER PG) | $4.10 |
| 09/05/2013 | FE | 91100.00001 FedEx Charges for 09-05-13 | $12.34 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |

**Invoice number 104594**       91100  00001                                    **Page  10**

| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
|---|---|---|---|
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |

**Invoice number  104594**      91100   00001                              **Page  11**

| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 12 @1.00 PER PG) | $12.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |

**Invoice number 104594**    91100  00001                                    **Page  12**

| | | | |
|---|---|---|---|
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 09/05/2013 | RE | ( 391 @0.10 PER PG) | $39.10 |
| 09/05/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 09/05/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 09/06/2013 | DC | 91100.00001 Digital Legal Charges for 09-06-13 | $18.00 |
| 09/06/2013 | DC | 91100.00001 Digital Legal Charges for 09-06-13 | $63.00 |
| 09/06/2013 | DC | 91100.00001 Digital Legal Charges for 09-06-13 | $18.76 |
| 09/06/2013 | FE | 91100.00001 FedEx Charges for 09-06-13 | $12.34 |
| 09/06/2013 | RE | ( 247 @0.10 PER PG) | $24.70 |
| 09/09/2013 | FE | 91100.00001 FedEx Charges for 09-09-13 | $12.34 |
| 09/09/2013 | PO | 91100.00001 :Postage Charges for 09-09-13 | $11.04 |
| 09/09/2013 | PO | 91100.00001 :Postage Charges for 09-09-13 | $5.60 |
| 09/09/2013 | PO | 91100.00001 :Postage Charges for 09-09-13 | $67.20 |
| 09/09/2013 | PO | 91100.00001 :Postage Charges for 09-09-13 | $10.60 |
| 09/09/2013 | PO | 91100.00001 :Postage Charges for 09-09-13 | $305.52 |
| 09/09/2013 | RE | ( 60 @0.10 PER PG) | $6.00 |
| 09/09/2013 | RE | ( 64 @0.10 PER PG) | $6.40 |
| 09/09/2013 | RE | ( 256 @0.10 PER PG) | $25.60 |
| 09/09/2013 | RE | ( 93 @0.10 PER PG) | $9.30 |
| 09/10/2013 | DC | 91100.00001 Digital Legal Charges for 09-10-13 | $27.00 |
| 09/10/2013 | DC | 91100.00001 Digital Legal Charges for 09-10-13 | $63.00 |

| | | | |
|---|---|---|---|
| 09/10/2013 | DC | 91100.00001 Digital Legal Charges for 09-10-13 | $8.46 |
| 09/10/2013 | FE | 91100.00001 FedEx Charges for 09-10-13 | $12.44 |
| 09/10/2013 | FE | 91100.00001 FedEx Charges for 09-10-13 | $8.23 |
| 09/10/2013 | FE | 91100.00001 FedEx Charges for 09-10-13 | $12.34 |
| 09/10/2013 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 09/10/2013 | RE | ( 450 @0.10 PER PG) | $45.00 |
| 09/10/2013 | RE | ( 200 @0.10 PER PG) | $20.00 |
| 09/10/2013 | RE | ( 260 @0.10 PER PG) | $26.00 |
| 09/10/2013 | RE | ( 1350 @0.10 PER PG) | $135.00 |
| 09/10/2013 | RE | ( 4011 @0.10 PER PG) | $401.10 |
| 09/10/2013 | RE | ( 740 @0.10 PER PG) | $74.00 |
| 09/11/2013 | DC | 91100.00001 Digital Legal Charges for 09-11-13 | $27.00 |
| 09/11/2013 | DC | 91100.00001 Digital Legal Charges for 09-11-13 | $45.00 |
| 09/11/2013 | DC | 91100.00001 Digital Legal Charges for 09-11-13 | $27.00 |
| 09/11/2013 | DC | 91100.00001 Digital Legal Charges for 09-11-13 | $432.00 |
| 09/11/2013 | DC | 91100.00001 Digital Legal Charges for 09-11-13 | $18.76 |
| 09/11/2013 | FE | 91100.00001 FedEx Charges for 09-11-13 | $12.34 |
| 09/11/2013 | PO | 91100.00001 :Postage Charges for 09-11-13 | $15.84 |
| 09/11/2013 | PO | 91100.00001 :Postage Charges for 09-11-13 | $57.12 |
| 09/11/2013 | PO | 91100.00001 :Postage Charges for 09-11-13 | $2.25 |
| 09/11/2013 | PO | 91100.00001 :Postage Charges for 09-11-13 | $13.44 |
| 09/11/2013 | PO | 91100.00001 :Postage Charges for 09-11-13 | $67.20 |
| 09/11/2013 | PO | 91100.00001 :Postage Charges for 09-11-13 | $506.52 |
| 09/11/2013 | PO | 91100.00001 :Postage Charges for 09-11-13 | $17.40 |
| 09/11/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 09/11/2013 | RE | ( 108 @0.10 PER PG) | $10.80 |
| 09/11/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 09/11/2013 | RE | ( 135 @0.10 PER PG) | $13.50 |
| 09/12/2013 | RE | ( 95 @0.10 PER PG) | $9.50 |
| 09/13/2013 | FE | 91100.00001 FedEx Charges for 09-13-13 | $12.44 |
| 09/13/2013 | FE | 91100.00001 FedEx Charges for 09-13-13 | $8.23 |
| 09/13/2013 | FE | 91100.00001 FedEx Charges for 09-13-13 | $12.34 |
| 09/13/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 09/13/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 09/13/2013 | RE | ( 44 @0.10 PER PG) | $4.40 |
| 09/13/2013 | RE | ( 123 @0.10 PER PG) | $12.30 |
| 09/13/2013 | RE | ( 165 @0.10 PER PG) | $16.50 |
| 09/13/2013 | RE | ( 42 @0.10 PER PG) | $4.20 |
| 09/13/2013 | RE | ( 497 @0.10 PER PG) | $49.70 |
| 09/13/2013 | RE | ( 35 @0.10 PER PG) | $3.50 |
| 09/13/2013 | RE | ( 169 @0.10 PER PG) | $16.90 |
| 09/16/2013 | DC | 91100.00001 Digital Legal Charges for 09-16-13 | $63.00 |
| 09/16/2013 | DC | 91100.00001 Digital Legal Charges for 09-16-13 | $6.83 |

**Invoice number  104594**        91100  00001                                **Page  14**

| 09/16/2013 | DC | 91100.00001 Digital Legal Charges for 09-16-13 | $27.00 |
|---|---|---|---|
| 09/16/2013 | FE | 91100.00001 FedEx Charges for 09-16-13 | $12.34 |
| 09/16/2013 | FE | 91100.00001 FedEx Charges for 09-16-13 | $13.82 |
| 09/16/2013 | FE | 91100.00001 FedEx Charges for 09-16-13 | $12.34 |
| 09/16/2013 | RE | ( 97 @0.10 PER PG) | $9.70 |
| 09/16/2013 | RE | ( 206 @0.10 PER PG) | $20.60 |
| 09/16/2013 | RE | ( 23 @0.10 PER PG) | $2.30 |
| 09/17/2013 | DC | 91100.00001 Digital Legal Charges for 09-17-13 | $27.00 |
| 09/17/2013 | DC | 91100.00001 Digital Legal Charges for 09-17-13 | $45.00 |
| 09/17/2013 | DC | 91100.00001 Digital Legal Charges for 09-17-13 | $45.00 |
| 09/17/2013 | DC | 91100.00001 Digital Legal Charges for 09-17-13 | $252.00 |
| 09/17/2013 | DC | 91100.00001 Digital Legal Charges for 09-17-13 | $13.32 |
| 09/17/2013 | FE | 91100.00001 FedEx Charges for 09-17-13 | $8.23 |
| 09/17/2013 | FE | 91100.00001 FedEx Charges for 09-17-13 | $12.44 |
| 09/17/2013 | FE | 91100.00001 FedEx Charges for 09-17-13 | $12.34 |
| 09/17/2013 | RE | ( 28 @0.10 PER PG) | $2.80 |
| 09/17/2013 | RE | ( 50 @0.10 PER PG) | $5.00 |
| 09/17/2013 | RE | ( 73 @0.10 PER PG) | $7.30 |
| 09/17/2013 | RE | ( 68 @0.10 PER PG) | $6.80 |
| 09/17/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 09/17/2013 | RE | ( 44 @0.10 PER PG) | $4.40 |
| 09/18/2013 | DC | 91100.00001 Digital Legal Charges for 09-18-13 | $27.00 |
| 09/18/2013 | DC | 91100.00001 Digital Legal Charges for 09-18-13 | $63.00 |
| 09/18/2013 | DC | 91100.00001 Digital Legal Charges for 09-18-13 | $6.48 |
| 09/18/2013 | FE | 91100.00001 FedEx Charges for 09-18-13 | $12.34 |
| 09/18/2013 | RE | ( 26 @0.10 PER PG) | $2.60 |
| 09/18/2013 | RE | ( 95 @0.10 PER PG) | $9.50 |
| 09/18/2013 | RE | Reproduction Expense. [E101] 8 Pgs, WLR | $0.80 |
| 09/19/2013 | FE | 91100.00001 FedEx Charges for 09-19-13 | $8.23 |
| 09/19/2013 | FE | 91100.00001 FedEx Charges for 09-19-13 | $12.44 |
| 09/19/2013 | FE | 91100.00001 FedEx Charges for 09-19-13 | $12.34 |
| 09/19/2013 | RE | ( 192 @0.10 PER PG) | $19.20 |
| 09/19/2013 | RE | ( 66 @0.10 PER PG) | $6.60 |
| 09/19/2013 | RE | ( 125 @0.10 PER PG) | $12.50 |
| 09/19/2013 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 09/19/2013 | RE | ( 84 @0.10 PER PG) | $8.40 |
| 09/19/2013 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 09/19/2013 | RE | ( 101 @0.10 PER PG) | $10.10 |
| 09/19/2013 | RE | ( 76 @0.10 PER PG) | $7.60 |
| 09/19/2013 | RE | ( 2028 @0.10 PER PG) | $202.80 |
| 09/19/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 09/19/2013 | RE | ( 73 @0.10 PER PG) | $7.30 |
| 09/19/2013 | RE | ( 9563 @0.10 PER PG) | $956.30 |

| 09/19/2013 | RE  | ( 3562 @0.10 PER PG)                                | $356.20 |
| 09/20/2013 | DC  | 91100.00001 Digital Legal Charges for 09-20-13     | $45.00  |
| 09/20/2013 | DC  | 91100.00001 Digital Legal Charges for 09-20-13     | $27.00  |
| 09/20/2013 | DC  | 91100.00001 Digital Legal Charges for 09-20-13     | $423.00 |
| 09/20/2013 | DC  | 91100.00001 Digital Legal Charges for 09-20-13     | $7.25   |
| 09/20/2013 | DC  | 91100.00001 Digital Legal Charges for 09-20-13     | $27.00  |
| 09/20/2013 | DC  | 91100.00001 Digital Legal Charges for 09-20-13     | $27.00  |
| 09/20/2013 | DC  | 91100.00001 Digital Legal Charges for 09-20-13     | $97.50  |
| 09/20/2013 | FE  | 91100.00001 FedEx Charges for 09-20-13             | $12.34  |
| 09/20/2013 | RE  | ( 12 @0.10 PER PG)                                 | $1.20   |
| 09/20/2013 | RE  | ( 82 @0.10 PER PG)                                 | $8.20   |
| 09/20/2013 | RE  | ( 5 @0.10 PER PG)                                  | $0.50   |
| 09/23/2013 | DC  | 91100.00001 Digital Legal Charges for 09-23-13     | $5.00   |
| 09/23/2013 | DC  | 91100.00001 Digital Legal Charges for 09-23-13     | $5.00   |
| 09/23/2013 | FE  | 91100.00001 FedEx Charges for 09-23-13             | $12.34  |
| 09/23/2013 | PO  | 91100.00001 :Postage Charges for 09-23-13          | $13.44  |
| 09/23/2013 | RE  | ( 30 @0.10 PER PG)                                 | $3.00   |
| 09/23/2013 | RE  | ( 10 @0.10 PER PG)                                 | $1.00   |
| 09/23/2013 | RE  | ( 429 @0.10 PER PG)                                | $42.90  |
| 09/23/2013 | RE  | ( 2 @0.10 PER PG)                                  | $0.20   |
| 09/23/2013 | RE  | ( 88 @0.10 PER PG)                                 | $8.80   |
| 09/23/2013 | RE2 | SCAN/COPY ( 9608 @0.10 PER PG)                     | $960.80 |
| 09/23/2013 | RE2 | SCAN/COPY ( 6514 @0.10 PER PG)                     | $651.40 |
| 09/23/2013 | RE2 | SCAN/COPY ( 6514 @0.10 PER PG)                     | $651.40 |
| 09/24/2013 | DC  | 91100.00001 Digital Legal Charges for 09-24-13     | $27.00  |
| 09/24/2013 | DC  | 91100.00001 Digital Legal Charges for 09-24-13     | $63.00  |
| 09/24/2013 | DC  | 91100.00001 Digital Legal Charges for 09-24-13     | $13.32  |
| 09/24/2013 | DC  | 91100.00001 Digital Legal Charges for 09-24-13     | $5.00   |
| 09/24/2013 | DC  | 91100.00001 Digital Legal Charges for 09-24-13     | $5.00   |
| 09/24/2013 | FE  | 91100.00001 FedEx Charges for 09-24-13             | $12.34  |
| 09/24/2013 | PO  | 91100.00001 :Postage Charges for 09-24-13          | $23.04  |
| 09/24/2013 | RE  | ( 25 @0.10 PER PG)                                 | $2.50   |
| 09/24/2013 | RE  | ( 56 @0.10 PER PG)                                 | $5.60   |
| 09/24/2013 | RE  | ( 20 @0.10 PER PG)                                 | $2.00   |
| 09/24/2013 | RE  | ( 3 @0.10 PER PG)                                  | $0.30   |
| 09/24/2013 | RE  | ( 33 @0.10 PER PG)                                 | $3.30   |
| 09/24/2013 | RE  | ( 588 @0.10 PER PG)                                | $58.80  |
| 09/24/2013 | RE  | ( 282 @0.10 PER PG)                                | $28.20  |
| 09/24/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG)                       | $2.30   |
| 09/24/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG)                       | $2.50   |
| 09/24/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG)                       | $5.00   |
| 09/25/2013 | DC  | 91100.00001 Digital Legal Charges for 09-25-13     | $27.00  |
| 09/25/2013 | DC  | 91100.00001 Digital Legal Charges for 09-25-13     | $27.00  |

| | | | |
|---|---|---|---|
| 09/25/2013 | DC | 91100.00001 Digital Legal Charges for 09-25-13 | $45.00 |
| 09/25/2013 | DC | 91100.00001 Digital Legal Charges for 09-25-13 | $27.00 |
| 09/25/2013 | DC | 91100.00001 Digital Legal Charges for 09-25-13 | $423.00 |
| 09/25/2013 | DC | 91100.00001 Digital Legal Charges for 09-25-13 | $8.46 |
| 09/25/2013 | FE | 91100.00001 FedEx Charges for 09-25-13 | $12.34 |
| 09/25/2013 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 09/25/2013 | RE | ( 110 @0.10 PER PG) | $11.00 |
| 09/25/2013 | RE | ( 35 @0.10 PER PG) | $3.50 |
| 09/25/2013 | RE | ( 170 @0.10 PER PG) | $17.00 |
| 09/26/2013 | PO | 91100.00001 :Postage Charges for 09-26-13 | $30.24 |
| 09/26/2013 | PO | 91100.00001 :Postage Charges for 09-26-13 | $9.00 |
| 09/26/2013 | PO | 91100.00001 :Postage Charges for 09-26-13 | $225.12 |
| 09/26/2013 | RE | ( 198 @0.10 PER PG) | $19.80 |
| 09/26/2013 | RE | ( 95 @0.10 PER PG) | $9.50 |
| 09/26/2013 | RE | ( 216 @0.10 PER PG) | $21.60 |
| 09/26/2013 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 09/26/2013 | RE | ( 539 @0.10 PER PG) | $53.90 |
| 09/26/2013 | RE | ( 498 @0.10 PER PG) | $49.80 |
| 09/26/2013 | RE | ( 948 @0.10 PER PG) | $94.80 |
| 09/26/2013 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | $4.70 |
| 09/26/2013 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | $4.30 |
| 09/26/2013 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | $3.90 |
| 09/26/2013 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | $4.90 |
| 09/26/2013 | RE2 | SCAN/COPY ( 45 @0.10 PER PG) | $4.50 |
| 09/26/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 09/26/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 09/27/2013 | DC | 91100.00001 Digital Legal Charges for 09-27-13 | $45.00 |
| 09/27/2013 | DC | 91100.00001 Digital Legal Charges for 09-27-13 | $27.00 |
| 09/27/2013 | DC | 91100.00001 Digital Legal Charges for 09-27-13 | $27.00 |
| 09/27/2013 | DC | 91100.00001 Digital Legal Charges for 09-27-13 | $432.00 |
| 09/27/2013 | DC | 91100.00001 Digital Legal Charges for 09-27-13 | $8.46 |
| 09/27/2013 | FE | 91100.00001 FedEx Charges for 09-27-13 | $12.34 |
| 09/27/2013 | PO | 91100.00001 :Postage Charges for 09-27-13 | $13.44 |
| 09/27/2013 | RE | ( 74 @0.10 PER PG) | $7.40 |
| 09/27/2013 | RE | ( 202 @0.10 PER PG) | $20.20 |
| 09/27/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 09/27/2013 | RE | ( 88 @0.10 PER PG) | $8.80 |
| 09/30/2013 | DC | 91100.00001 Digital Legal Charges for 09-30-13 | $27.00 |
| 09/30/2013 | DC | 91100.00001 Digital Legal Charges for 09-30-13 | $63.00 |
| 09/30/2013 | DC | 91100.00001 Digital Legal Charges for 09-30-13 | $9.38 |
| 09/30/2013 | FE | 91100.00001 FedEx Charges for 09-30-13 | $12.44 |
| 09/30/2013 | FE | 91100.00001 FedEx Charges for 09-30-13 | $8.23 |
| 09/30/2013 | FE | 91100.00001 FedEx Charges for 09-30-13 | $12.34 |

**Invoice number  104594**    91100  00001                                      **Page  17**

| | | | |
|---|---|---|---:|
| 09/30/2013 | PAC | Pacer - Court Research | $1,697.50 |
| 09/30/2013 | RE | ( 270 @0.10 PER PG) | $27.00 |
| 09/30/2013 | RE | ( 64 @0.10 PER PG) | $6.40 |
| 09/30/2013 | RE | ( 47 @0.10 PER PG) | $4.70 |
| 09/30/2013 | RE | ( 80 @0.10 PER PG) | $8.00 |
| 09/30/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |

Total Expenses:                                              **$14,124.85**

### Summary:

| | |
|---|---:|
| Total professional services | $24,670.00 |
| Total expenses | $14,124.85 |
| **Net current charges** | $38,794.85 |
| | |
| Net balance forward | $125,023.47 |
| **Total balance now due** | $163,818.32 |

| | | | | |
|---|---|---:|---:|---:|
| BMK | Koveleski, Beatrice M. | 2.50 | 195.00 | $487.50 |
| CAK | Knotts, Cheryl A. | 0.60 | 290.00 | $174.00 |
| JEO | O'Neill, James E. | 14.80 | 695.00 | $10,286.00 |
| KSN | Neil, Karen S. | 1.80 | 195.00 | $351.00 |
| LDJ | Jones, Laura Davis | 0.30 | 975.00 | $292.50 |
| PEC | Cuniff, Patricia E. | 34.00 | 290.00 | $9,860.00 |
| SLP | Pitman, L. Sheryle | 10.10 | 195.00 | $1,969.50 |
| WLR | Ramseyer, William L. | 2.10 | 595.00 | $1,249.50 |
| | | 66.20 | | $24,670.00 |

## Task Code Summary

|  |  | Hours | Amount |
|---|---|---:|---:|
| AP | Appeals [B430] | 4.00 | $2,780.00 |
| CA | Case Administration [B110] | 23.70 | $5,667.00 |
| CR02 | WRG Claim Analysis | 0.30 | $208.50 |
| FA | WRG-Fee Apps., Applicant | 4.10 | $2,035.00 |
| FA01 | WRG-Fee Applications, Others | 26.80 | $9,675.50 |
| FN | Financing [B230] | 0.30 | $208.50 |
| LN | Litigation (Non-Bankruptcy) | 7.00 | $4,095.50 |
|  |  | 66.20 | $24,670.00 |

## Expense Code Summary

| | |
|---|---:|
| Delivery/Courier Service | $3,422.98 |
| Federal Express [E108] | $372.30 |
| Fax Transmittal [E104] | $1,691.00 |
| Pacer - Court Research | $1,697.50 |
| Postage [E108] | $1,408.57 |
| Reproduction Expense [E101] | $3,221.40 |
| Reproduction/ Scan Copy | $2,311.10 |
| | $14,124.85 |