# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

October 31, 2013

Invoice Number **104599**        **91100  00001**        **LDJ**

W.R. Grace & Co.
Liberty Tower
605 Chestnut Street, Suite 1700

Chattanooga, TN  37450

| | |
|---|---|
| Balance forward as of last invoice, dated:  September 30, 2013 | $163,818.32 |
| Net balance forward | $163,818.32 |

Re:   W.R. Grace and Co.

**Statement of Professional Services Rendered Through**        **10/31/2013**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | **Asset Disposition [B130]** | | | | |
| 10/24/13 | JEO | Review third quarter 2013 sale notice | 0.30 | 695.00 | $208.50 |
| 10/24/13 | PEC | Prepare Debtors' Forty-Ninth Quarterly Report of Asset Sales From July 1, 2013 Through September 30, 2013 for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| | **Task Code Total** | | **0.80** | | **$353.50** |
| | **Appeals [B430]** | | | | |
| 10/01/13 | JEO | Email update with client regarding Montana and Crown filings. | 0.20 | 695.00 | $139.00 |
| 10/17/13 | JEO | Call with John Donley re: status of appeal | 0.30 | 695.00 | $208.50 |
| | **Task Code Total** | | **0.50** | | **$347.50** |
| | **Case Administration [B110]** | | | | |
| 10/01/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 10/01/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 10/01/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 10/01/13 | BMK | Prepared daily narrative and coordinated client | 0.10 | 195.00 | $19.50 |

**Invoice number  104599**      91100  00001                                                **Page  2**

| | | | | | |
|---|---|---|---|---|---|
| | | distribution. | | | |
| 10/02/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 10/02/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 10/02/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 10/02/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/03/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 10/03/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 10/03/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 10/03/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/04/13 | CAK | Review documents and organize to file. | 0.10 | 290.00 | $29.00 |
| 10/04/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 10/04/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 10/04/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 10/04/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/07/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 10/07/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 10/07/13 | SLP | Maintain docket control. | 0.10 | 195.00 | $19.50 |
| 10/07/13 | KSN | Maintain document control. | 0.20 | 195.00 | $39.00 |
| 10/07/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/08/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 10/08/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 10/08/13 | SLP | Maintain docket control. | 0.10 | 195.00 | $19.50 |
| 10/08/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/09/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 10/09/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 10/09/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 10/09/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/10/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 10/10/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 10/10/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 10/10/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/11/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 10/11/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |

**Invoice number  104599**      91100   00001                                    **Page  3**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/11/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 10/11/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/14/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 10/14/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 10/14/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 10/14/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/15/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 10/15/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 10/15/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 10/15/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/16/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 10/16/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 10/16/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 10/17/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 10/17/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 10/17/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 10/17/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/18/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 10/18/13 | PEC | Update critical dates | 0.60 | 290.00 | $174.00 |
| 10/18/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 10/21/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 10/21/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 10/21/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 10/21/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/22/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 10/22/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 10/22/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 10/22/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/23/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 10/23/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 10/23/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 10/23/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/24/13 | PEC | Review daily correspondence and pleadings and forward to | 0.20 | 290.00 | $58.00 |

**Invoice number  104599**      91100   00001                                    **Page  4**

| | | | | | |
|---|---|---|---|---|---|
| | | the appropriate parties | | | |
| 10/24/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 10/24/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 10/24/13 | CJB | Document request for Patty Cuniff. | 0.20 | 195.00 | $39.00 |
| 10/24/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/25/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 10/25/13 | PEC | Update critical dates | 0.10 | 290.00 | $29.00 |
| 10/25/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/28/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 10/28/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 10/28/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 10/29/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 10/29/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 10/29/13 | SLP | Maintain docket control. | 0.20 | 195.00 | $39.00 |
| 10/29/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.20 | 195.00 | $39.00 |
| 10/30/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 10/30/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 10/30/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 10/30/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 10/31/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 10/31/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 10/31/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| | | **Task Code Total** | **22.80** | | **$5,652.50** |

**WRG Claim Analysis**

| | | | | | |
|---|---|---|---|---|---|
| 10/25/13 | JEO | Email exchange with Roger Higgins regarding claim objection for employees. | 0.20 | 695.00 | $139.00 |
| 10/29/13 | JEO | Review and finalize objections to claims of Paulette Nelson. | 0.80 | 695.00 | $556.00 |
| | | **Task Code Total** | **1.00** | | **$695.00** |

**WRG-Employ. App., Others**

| | | | | | |
|---|---|---|---|---|---|
| 10/18/13 | JEO | Emails and calls with R. Higgins re: Richards Layton | 0.40 | 695.00 | $278.00 |

**Invoice number  104599**      91100  00001                                      **Page  5**

service as OCP

| | | | | | |
|---|---|---|---|---|---|
| | | **Task Code Total** | **0.40** | | **$278.00** |
| | | | | | |
| | | **WRG-Fee Apps., Applicant** | | | |
| | | | | | |
| 10/06/13 | WLR | Draft 50th quarterly fee application | 0.50 | 595.00 | $297.50 |
| 10/09/13 | PEC | Draft Certificate of No Objection Regarding PSZ&J LLP's May 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| | | | | | |
| | | **Task Code Total** | **1.10** | | **$471.50** |
| | | | | | |
| | | **WRG-Fee Applications, Others** | | | |
| | | | | | |
| 10/01/13 | JEO | Review Grant Thorton Quarterly fee app. | 0.20 | 695.00 | $139.00 |
| 10/01/13 | JEO | Review R. Higgins August 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 10/01/13 | PEC | Prepare The Law Offices of Roger J. Higgins LLP's August 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 10/01/13 | PEC | Draft Notice of Filing Third Quarterly Fee Application of Grant Thornton for the Period of January 1, 2013 Through March 31, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 10/01/13 | PEC | Draft Certificate of No Objection Regarding Norton Rose's January 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 10/02/13 | PEC | Draft Certification of No Objection Regarding Baker Donelson Bearman Caldwell & Berkowitz P.C.'s December 2012 Monthly Fee Application and Certificate of Service (.3) Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 10/02/13 | PEC | Draft Certification of No Objection Regarding Baker Donelson Bearman Caldwell & Berkowitz P.C.'s January 2013 Monthly Fee Application and Certificate of Service (.3) Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 10/02/13 | PEC | Draft Certification of No Objection Regarding Baker Donelson Bearman Caldwell & Berkowitz P.C.'s February 2013 Monthly Fee Application and Certificate of Service (.3) Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 10/02/13 | PEC | Draft Certification of No Objection Regarding Baker Donelson Bearman Caldwell & Berkowitz P.C.'s March 2013 Monthly Fee Application and Certificate of Service (.3) Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 10/02/13 | PEC | Draft Certification of No Objection Regarding Baker Donelson Bearman Caldwell & Berkowitz P.C.'s April 2013 Monthly Fee Application and Certificate of Service (.3) Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 10/02/13 | PEC | Draft Certification of No Objection Regarding Baker Donelson Bearman Caldwell & Berkowitz P.C.'s May 2013 Monthly Fee Application and Certificate of Service | 0.60 | 290.00 | $174.00 |

|            |     |                                                                                                                                                                                |      |        |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|----------|
|            |     | (.3) Prepare for filing and service (.3)                                                                                                                                        |      |        |          |
| 10/02/13   | PEC | Draft Certification of No Objection Regarding Baker Donelson Bearman Caldwell & Berkowitz P.C.'s June 2013 Monthly Fee Application and Certificate of Service (.3) Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00  |
| 10/02/13   | PEC | Draft Certification of No Objection Regarding Baker Donelson Bearman Caldwell & Berkowitz P.C.'s July 2013 Monthly Fee Application and Certificate of Service (.3) Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00  |
| 10/04/13   | JEO | Work on Blackstone July 2013 fee app.                                                                                                                                          | 0.20 | 695.00 | $139.00  |
| 10/04/13   | PEC | Prepare Blackstone Advisory Partners LP's July 2013 Monthly Fee Application for filing and service                                                                            | 0.50 | 290.00 | $145.00  |
| 10/08/13   | PEC | Prepare Statement of Amount Paid to Ordinary Course Professionals for filing and service (.4); Draft Certificate of Service (.1)                                              | 0.50 | 290.00 | $145.00  |
| 10/08/13   | JEO | Review Norton Rose fee application                                                                                                                                            | 0.40 | 695.00 | $278.00  |
| 10/08/13   | JEO | Review OCP compensation statement                                                                                                                                             | 0.30 | 695.00 | $208.50  |
| 10/08/13   | PEC | Draft Certificate of No Objection Regarding KayeScholer LLP's August 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3)       | 0.60 | 290.00 | $174.00  |
| 10/09/13   | JEO | Review Norton Rose Fulbright February 2013 Fee Application                                                                                                                    | 0.20 | 695.00 | $139.00  |
| 10/09/13   | JEO | Review Woodcock Washburn July-September 2013 Fee Application                                                                                                                   | 0.20 | 695.00 | $139.00  |
| 10/09/13   | PEC | Draft Certification of No Objection Regarding Norton Rose LLP's February 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3)    | 0.60 | 290.00 | $174.00  |
| 10/09/13   | PEC | Draft Certification of No Objection Regarding Woodcock Washburn LLP's August 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00  |
| 10/10/13   | JEO | Work on K&E fee app for July 2013.                                                                                                                                            | 0.30 | 695.00 | $208.50  |
| 10/11/13   | PEC | Draft Certificate of No Objection Regarding Beveridge & Diamond LLP's July 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3)  | 0.60 | 290.00 | $174.00  |
| 10/14/13   | JEO | Review Casner & Edwards August 2013 fee app.                                                                                                                                  | 0.20 | 695.00 | $139.00  |
| 10/14/13   | PEC | Prepare Casner & Edwards LLP's August 2013 Monthly Fee Application for filing and service (.3); Draft Certificate of Service (.3)                                            | 0.60 | 290.00 | $174.00  |
| 10/22/13   | JEO | Review BMC July 2013 fee application                                                                                                                                          | 0.20 | 695.00 | $139.00  |
| 10/22/13   | JEO | Review BMC September 2013 fee application                                                                                                                                      | 0.20 | 695.00 | $139.00  |
| 10/22/13   | JEO | Review BMC August 2013 fee application                                                                                                                                        | 0.20 | 695.00 | $139.00  |
| 10/22/13   | PEC | Prepare The BMC Group LLP's July 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1)                                                   | 0.50 | 290.00 | $145.00  |
| 10/22/13   | PEC | Prepare The BMC Group LLP's August 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1)                                                 | 0.50 | 290.00 | $145.00  |

**Invoice number  104599**          91100   00001                                    **Page  7**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/22/13 | PEC | Prepare The BMC Group LLP's September 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 10/23/13 | PEC | Draft Certificate of No Objection Regarding The Law Offices of Roger J. Higgins LLP's August 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 10/23/13 | PEC | Draft Certificate of No Objection Regarding Foley Hoag LLP's August 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 10/24/13 | JEO | Review Beveridge & Diamond August fee application | 0.20 | 695.00 | $139.00 |
| 10/24/13 | JEO | Review Grant Thornton August 2013 monthly fee application | 0.20 | 695.00 | $139.00 |
| 10/24/13 | PEC | Prepare Grant Thornton LLP's August 2013 Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 290.00 | $174.00 |
| 10/24/13 | PEC | Prepare Beveridge & Diamond LLP's August 2013 Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 10/25/13 | PEC | Respond to request of KayeScholer and review docket for all KayScholer Fee Applications and Certifications of No objection filed since January 2011(.8); Create spreadsheet and forward to KayeScholer (1.1) | 1.90 | 290.00 | $551.00 |
| 10/29/13 | JEO | Review Casner & Edwards September 2013 fee application | 0.20 | 695.00 | $139.00 |
| 10/30/13 | JEO | Review R. Higgins September 2013 fee app. | 0.20 | 695.00 | $139.00 |
| | | **Task Code Total** | **20.00** | | **$7,258.00** |

**Litigation (Non-Bankruptcy)**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/13 | JEO | Review Anderson Memorial Motion to reopen. | 0.50 | 695.00 | $347.50 |
| 10/09/13 | JEO | Review status of pending matters. | 0.50 | 695.00 | $347.50 |
| 10/16/13 | JEO | Email with client regarding hearing dates and filing deadlines. | 0.40 | 695.00 | $278.00 |
| 10/16/13 | JEO | Review status of open matters. | 0.50 | 695.00 | $347.50 |
| 10/24/13 | JEO | Review third quarter 2013 settlement notice | 0.30 | 695.00 | $208.50 |
| 10/24/13 | PEC | Prepare Debtors' Forty-Ninth Quarterly Report of Settlements From July 1, 2013 Through September 30, 2013 for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 10/28/13 | JEO | Email exchange with R. Higgins regarding hearing date. | 0.20 | 695.00 | $139.00 |
| | | **Task Code Total** | **2.90** | | **$1,813.00** |

|  |  | **Total professional services:** | **49.50** | | **$16,869.00** |

*Costs Advanced:*

**Invoice number 104599**      91100  00001                    **Page  8**

| | | | |
|---|---|---|---|
| 10/01/2013 | FE | 91100.00001 FedEx Charges for 10-01-13 | $8.23 |
| 10/01/2013 | FE | 91100.00001 FedEx Charges for 10-01-13 | $12.44 |
| 10/01/2013 | FE | 91100.00001 FedEx Charges for 10-01-13 | $12.34 |
| 10/01/2013 | RE | ( 152 @0.10 PER PG) | $15.20 |
| 10/01/2013 | RE | ( 780 @0.10 PER PG) | $78.00 |
| 10/01/2013 | RE | ( 47 @0.10 PER PG) | $4.70 |
| 10/01/2013 | RE | ( 22 @0.10 PER PG) | $2.20 |
| 10/01/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 10/01/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 10/01/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 10/01/2013 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | $1.50 |
| 10/01/2013 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | $0.80 |
| 10/01/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 10/01/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 10/02/2013 | DC | 91100.00001 Digital Legal Charges for 10-02-13 | $45.00 |
| 10/02/2013 | DC | 91100.00001 Digital Legal Charges for 10-02-13 | $27.00 |
| 10/02/2013 | DC | 91100.00001 Digital Legal Charges for 10-02-13 | $27.00 |
| 10/02/2013 | DC | 91100.00001 Digital Legal Charges for 10-02-13 | $27.00 |
| 10/02/2013 | DC | 91100.00001 Digital Legal Charges for 10-02-13 | $423.00 |
| 10/02/2013 | DC | 91100.00001 Digital Legal Charges for 10-02-13 | $9.38 |
| 10/02/2013 | FE | 91100.00001 FedEx Charges for 10-02-13 | $12.34 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |

**Invoice number  104599**        91100   00001                                    **Page  9**

| | | | |
|---|---|---|---|
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |

**Invoice number  104599**      91100  00001                                    **Page  10**

| | | | |
|---|---|---|---|
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 5 @1.00 PER PG) | $5.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |
| 10/02/2013 | FX | ( 10 @1.00 PER PG) | $10.00 |

**Invoice number  104599**      91100   00001                                    **Page  11**

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | FX | ( 11 @1.00 PER PG) | $11.00 |
| 10/02/2013 | RE | ( 168 @0.10 PER PG) | $16.80 |
| 10/02/2013 | RE | ( 82 @0.10 PER PG) | $8.20 |
| 10/03/2013 | RE | ( 18 @0.10 PER PG) | $1.80 |
| 10/03/2013 | RE | ( 328 @0.10 PER PG) | $32.80 |
| 10/03/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |

**Invoice number 104599**         91100   00001                                   **Page  12**

| 10/03/2013 | RE2 | SCAN/COPY ( 76 @0.10 PER PG) | $7.60 |
|---|---|---|---|
| 10/04/2013 | DC | 91100.00001 Digital Legal Charges for 10-04-13 | $27.00 |
| 10/04/2013 | DC | 91100.00001 Digital Legal Charges for 10-04-13 | $5.00 |
| 10/04/2013 | DC | 91100.00001 Digital Legal Charges for 10-04-13 | $63.00 |
| 10/04/2013 | DC | 91100.00001 Digital Legal Charges for 10-04-13 | $8.46 |
| 10/04/2013 | FE | 91100.00001 FedEx Charges for 10-04-13 | $12.34 |
| 10/04/2013 | FE | 91100.00001 FedEx Charges for 10-04-13 | $12.44 |
| 10/04/2013 | FE | 91100.00001 FedEx Charges for 10-04-13 | $8.23 |
| 10/04/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 10/04/2013 | RE | ( 180 @0.10 PER PG) | $18.00 |
| 10/04/2013 | RE | ( 27 @0.10 PER PG) | $2.70 |
| 10/04/2013 | RE | ( 54 @0.10 PER PG) | $5.40 |
| 10/04/2013 | RE2 | SCAN/COPY ( 67 @0.10 PER PG) | $6.70 |
| 10/04/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 10/07/2013 | DC | 91100.00001 Digital Legal Charges for 10-07-13 | $10.65 |
| 10/07/2013 | FE | 91100.00001 FedEx Charges for 10-07-13 | $12.45 |
| 10/07/2013 | RE | ( 221 @0.10 PER PG) | $22.10 |
| 10/07/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 10/07/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 10/08/2013 | FE | 91100.00001 FedEx Charges for 10-08-13 | $12.45 |
| 10/08/2013 | PO | 91100.00001 :Postage Charges for 10-08-13 | $1.12 |
| 10/08/2013 | PO | 91100.00001 :Postage Charges for 10-08-13 | $11.04 |
| 10/08/2013 | PO | 91100.00001 :Postage Charges for 10-08-13 | $265.32 |
| 10/08/2013 | PO | 91100.00001 :Postage Charges for 10-08-13 | $9.80 |
| 10/08/2013 | RE | ( 122 @0.10 PER PG) | $12.20 |
| 10/08/2013 | RE | ( 210 @0.10 PER PG) | $21.00 |
| 10/08/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 10/08/2013 | RE | ( 992 @0.10 PER PG) | $99.20 |
| 10/08/2013 | RE | ( 992 @0.10 PER PG) | $99.20 |
| 10/08/2013 | RE2 | SCAN/COPY ( 304 @0.10 PER PG) | $30.40 |
| 10/08/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 10/08/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 10/09/2013 | DC | 91100.00001 Digital Legal Charges for 10-09-13 | $27.00 |
| 10/09/2013 | DC | 91100.00001 Digital Legal Charges for 10-09-13 | $45.00 |
| 10/09/2013 | DC | 91100.00001 Digital Legal Charges for 10-09-13 | $27.00 |
| 10/09/2013 | DC | 91100.00001 Digital Legal Charges for 10-09-13 | $72.00 |
| 10/09/2013 | DC | 91100.00001 Digital Legal Charges for 10-09-13 | $8.46 |
| 10/09/2013 | FE | 91100.00001 FedEx Charges for 10-09-13 | $12.55 |
| 10/09/2013 | FE | 91100.00001 FedEx Charges for 10-09-13 | $8.31 |
| 10/09/2013 | FE | 91100.00001 FedEx Charges for 10-09-13 | $12.45 |
| 10/09/2013 | PO | 91100.00001 :Postage Charges for 10-09-13 | $13.44 |
| 10/09/2013 | RE | ( 82 @0.10 PER PG) | $8.20 |
| 10/09/2013 | RE | ( 30 @0.10 PER PG) | $3.00 |

**Invoice number 104599**        91100  00001                              **Page  13**

| | | | |
|---|---|---|---:|
| 10/09/2013 | RE | ( 36 @0.10 PER PG) | $3.60 |
| 10/09/2013 | RE | ( 47 @0.10 PER PG) | $4.70 |
| 10/09/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 10/09/2013 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 10/10/2013 | DC | 91100.00001 Digital Legal Charges for 10-10-13 | $27.00 |
| 10/10/2013 | DC | 91100.00001 Digital Legal Charges for 10-10-13 | $63.00 |
| 10/10/2013 | DC | 91100.00001 Digital Legal Charges for 10-10-13 | $7.78 |
| 10/10/2013 | FE | 91100.00001 FedEx Charges for 10-10-13 | $12.45 |
| 10/10/2013 | FE | 91100.00001 FedEx Charges for 10-10-13 | $8.31 |
| 10/10/2013 | FE | 91100.00001 FedEx Charges for 10-10-13 | $12.55 |
| 10/10/2013 | RE | ( 35 @0.10 PER PG) | $3.50 |
| 10/10/2013 | RE | ( 53 @0.10 PER PG) | $5.30 |
| 10/10/2013 | RE | ( 79 @0.10 PER PG) | $7.90 |
| 10/10/2013 | RE | ( 582 @0.10 PER PG) | $58.20 |
| 10/10/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 10/10/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 10/10/2013 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | $3.40 |
| 10/11/2013 | DC | 91100.00001 Digital Legal Charges for 10-11-13 | $27.00 |
| 10/11/2013 | DC | 91100.00001 Digital Legal Charges for 10-11-13 | $6.48 |
| 10/11/2013 | FE | 91100.00001 FedEx Charges for 10-11-13 | $12.45 |
| 10/11/2013 | PO | 91100.00001 :Postage Charges for 10-11-13 | $11.04 |
| 10/11/2013 | RE | ( 40 @0.10 PER PG) | $4.00 |
| 10/11/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 10/11/2013 | RE | ( 61 @0.10 PER PG) | $6.10 |
| 10/11/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 10/14/2013 | DC | 91100.00001 Digital Legal Charges for 10-14-13 | $27.00 |
| 10/14/2013 | DC | 91100.00001 Digital Legal Charges for 10-14-13 | $63.00 |
| 10/14/2013 | DC | 91100.00001 Digital Legal Charges for 10-14-13 | $7.25 |
| 10/14/2013 | FE | 91100.00001 FedEx Charges for 10-14-13 | $8.31 |
| 10/14/2013 | FE | 91100.00001 FedEx Charges for 10-14-13 | $12.55 |
| 10/14/2013 | FE | 91100.00001 FedEx Charges for 10-14-13 | $12.45 |
| 10/14/2013 | RE | ( 40 @0.10 PER PG) | $4.00 |
| 10/14/2013 | RE | ( 16 @0.10 PER PG) | $1.60 |
| 10/14/2013 | RE | ( 50 @0.10 PER PG) | $5.00 |
| 10/15/2013 | FE | 91100.00001 FedEx Charges for 10-15-13 | $12.45 |
| 10/15/2013 | RE | ( 124 @0.10 PER PG) | $12.40 |
| 10/15/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 10/16/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 10/17/2013 | FE | 91100.00001 FedEx Charges for 10-17-13 | $12.45 |
| 10/17/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 10/18/2013 | RE | ( 206 @0.10 PER PG) | $20.60 |
| 10/21/2013 | FE | 91100.00001 FedEx Charges for 10-21-13 | $12.45 |
| 10/21/2013 | RE | ( 82 @0.10 PER PG) | $8.20 |

**Invoice number 104599**        91100   00001                                      **Page  14**

| | | | |
|---|---|---|---|
| 10/21/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 10/22/2013 | DC | 91100.00001 Digital Legal Charges for 10-22-13 | $27.00 |
| 10/22/2013 | FE | 91100.00001 FedEx Charges for 10-22-13 | $12.55 |
| 10/22/2013 | FE | 91100.00001 FedEx Charges for 10-22-13 | $8.31 |
| 10/22/2013 | FE | 91100.00001 FedEx Charges for 10-22-13 | $12.45 |
| 10/22/2013 | RE | ( 208 @0.10 PER PG) | $20.80 |
| 10/22/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 10/22/2013 | RE | ( 178 @0.10 PER PG) | $17.80 |
| 10/22/2013 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 10/22/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | $1.20 |
| 10/22/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 10/22/2013 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | $2.90 |
| 10/22/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 10/22/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 10/23/2013 | FE | 91100.00001 FedEx Charges for 10-23-13 | $12.45 |
| 10/23/2013 | PO | 91100.00001 :Postage Charges for 10-23-13 | $13.44 |
| 10/23/2013 | PO | 91100.00001 :Postage Charges for 10-23-13 | $225.12 |
| 10/23/2013 | PO | 91100.00001 :Postage Charges for 10-23-13 | $8.20 |
| 10/23/2013 | RE | ( 107 @0.10 PER PG) | $10.70 |
| 10/23/2013 | RE | ( 66 @0.10 PER PG) | $6.60 |
| 10/23/2013 | RE | ( 88 @0.10 PER PG) | $8.80 |
| 10/23/2013 | RE | ( 76 @0.10 PER PG) | $7.60 |
| 10/23/2013 | RE | ( 237 @0.10 PER PG) | $23.70 |
| 10/23/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 10/23/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 10/23/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 10/24/2013 | DC | 91100.00001 Digital Legal Charges for 10-24-13 | $28.98 |
| 10/24/2013 | DC | 91100.00001 Digital Legal Charges for 10-24-13 | $27.00 |
| 10/24/2013 | FE | 91100.00001 FedEx Charges for 10-24-13 | $12.55 |
| 10/24/2013 | FE | 91100.00001 FedEx Charges for 10-24-13 | $8.31 |
| 10/24/2013 | FE | 91100.00001 FedEx Charges for 10-24-13 | $12.45 |
| 10/24/2013 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 10/24/2013 | RE | ( 112 @0.10 PER PG) | $11.20 |
| 10/24/2013 | RE | ( 112 @0.10 PER PG) | $11.20 |
| 10/24/2013 | RE | ( 1035 @0.10 PER PG) | $103.50 |
| 10/24/2013 | RE | ( 93 @0.10 PER PG) | $9.30 |
| 10/24/2013 | RE | ( 114 @0.10 PER PG) | $11.40 |
| 10/24/2013 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | $1.30 |
| 10/24/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 10/25/2013 | DC | 91100.00001 Digital Legal Charges for 10-25-13 | $27.00 |
| 10/25/2013 | DC | 91100.00001 Digital Legal Charges for 10-25-13 | $45.00 |
| 10/25/2013 | DC | 91100.00001 Digital Legal Charges for 10-25-13 | $27.00 |
| 10/25/2013 | DC | 91100.00001 Digital Legal Charges for 10-25-13 | $387.00 |

**Invoice number  104599**       91100  00001                                    **Page  15**

| | | | |
|---|---|---|---:|
| 10/25/2013 | DC | 91100.00001 Digital Legal Charges for 10-25-13 | $10.65 |
| 10/25/2013 | FE | 91100.00001 FedEx Charges for 10-25-13 | $12.45 |
| 10/25/2013 | RE | ( 174 @0.10 PER PG) | $17.40 |
| 10/25/2013 | RE | ( 992 @0.10 PER PG) | $99.20 |
| 10/25/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 10/25/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 10/28/2013 | FE | 91100.00001 FedEx Charges for 10-28-13 | $12.55 |
| 10/28/2013 | FE | 91100.00001 FedEx Charges for 10-28-13 | $8.31 |
| 10/28/2013 | RE | ( 80 @0.10 PER PG) | $8.00 |
| 10/28/2013 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | $3.50 |
| 10/29/2013 | FE | 91100.00001 FedEx Charges for 10-29-13 | $8.31 |
| 10/29/2013 | FE | 91100.00001 FedEx Charges for 10-29-13 | $12.55 |
| 10/29/2013 | FE | 91100.00001 FedEx Charges for 10-29-13 | $8.31 |
| 10/29/2013 | FE | 91100.00001 FedEx Charges for 10-29-13 | $12.55 |
| 10/29/2013 | FE | 91100.00001 FedEx Charges for 10-29-13 | $12.45 |
| 10/29/2013 | PO | 91100.00001 :Postage Charges for 10-29-13 | $1.12 |
| 10/29/2013 | PO | 91100.00001 :Postage Charges for 10-29-13 | $2.12 |
| 10/29/2013 | PO | 91100.00001 :Postage Charges for 10-29-13 | $13.44 |
| 10/29/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 10/29/2013 | RE | ( 20 @0.10 PER PG) | $2.00 |
| 10/29/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 10/29/2013 | RE | ( 41 @0.10 PER PG) | $4.10 |
| 10/29/2013 | RE | ( 41 @0.10 PER PG) | $4.10 |
| 10/29/2013 | RE | ( 373 @0.10 PER PG) | $37.30 |
| 10/29/2013 | RE | ( 174 @0.10 PER PG) | $17.40 |
| 10/29/2013 | RE | ( 34 @0.10 PER PG) | $3.40 |
| 10/29/2013 | RE | ( 25 @0.10 PER PG) | $2.50 |
| 10/29/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 10/29/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 10/29/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 10/29/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 10/29/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 10/29/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 10/29/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 10/30/2013 | DC | 91100.00001 Digital Legal Charges for 10-30-13 | $27.00 |
| 10/30/2013 | DC | 91100.00001 Digital Legal Charges for 10-30-13 | $27.00 |
| 10/30/2013 | DC | 91100.00001 Digital Legal Charges for 10-30-13 | $45.00 |
| 10/30/2013 | DC | 91100.00001 Digital Legal Charges for 10-30-13 | $423.00 |
| 10/30/2013 | DC | 91100.00001 Digital Legal Charges for 10-30-13 | $10.65 |
| 10/30/2013 | DC | 91100.00001 Digital Legal Charges for 10-30-13 | $27.00 |
| 10/30/2013 | FE | 91100.00001 FedEx Charges for 10-30-13 | $12.45 |
| 10/30/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 10/30/2013 | RE | ( 142 @0.10 PER PG) | $14.20 |

**Invoice number  104599**     91100   00001                          **Page   16**

| | | | |
|---|---|---|---:|
| 10/30/2013 | RE | ( 53 @0.10 PER PG) | $5.30 |
| 10/30/2013 | RE | ( 139 @0.10 PER PG) | $13.90 |
| 10/31/2013 | PAC | Pacer - Court Research | $1,179.40 |
| 10/31/2013 | RE | ( 206 @0.10 PER PG) | $20.60 |
| 10/31/2013 | RE | ( 42 @0.10 PER PG) | $4.20 |
| 10/31/2013 | RE | ( 44 @0.10 PER PG) | $4.40 |
| 10/31/2013 | RE | ( 36 @0.10 PER PG) | $3.60 |

Total Expenses:                                                   **$7,192.33**

### Summary:

| | | |
|---|---:|---|
| Total professional services | $16,869.00 | |
| Total expenses | $7,192.33 | |
| **Net current charges** | **$24,061.33** | |
| | | |
| Net balance forward | $163,818.32 | |
| **Total balance now due** | **$187,879.65** | |

| | | | | |
|---|---|---:|---:|---:|
| BMK | Koveleski, Beatrice M. | 2.10 | 195.00 | $409.50 |
| CAK | Knotts, Cheryl A. | 0.10 | 290.00 | $29.00 |
| CJB | Bouzoukis, Charles J. | 0.20 | 195.00 | $39.00 |
| JEO | O'Neill, James E. | 8.20 | 695.00 | $5,699.00 |
| KSN | Neil, Karen S. | 0.20 | 195.00 | $39.00 |
| PEC | Cuniff, Patricia E. | 30.60 | 290.00 | $8,874.00 |
| SLP | Pitman, L. Sheryle | 7.60 | 195.00 | $1,482.00 |
| WLR | Ramseyer, William L. | 0.50 | 595.00 | $297.50 |
| | | 49.50 | | $16,869.00 |

**Invoice number  104599**       91100   00001                    **Page   17**

## Task Code Summary

|     |                              | Hours | Amount |
|-----|------------------------------|-------|--------|
| AD | Asset Disposition [B130] | 0.80 | $353.50 |
| AP | Appeals [B430] | 0.50 | $347.50 |
| CA | Case Administration [B110] | 22.80 | $5,652.50 |
| CR02 | WRG Claim Analysis | 1.00 | $695.00 |
| EA01 | WRG-Employ. App., Others | 0.40 | $278.00 |
| FA | WRG-Fee Apps., Applicant | 1.10 | $471.50 |
| FA01 | WRG-Fee Applications, Others | 20.00 | $7,258.00 |
| LN | Litigation (Non-Bankruptcy) | 2.90 | $1,813.00 |
|     |                              | 49.50 | $16,869.00 |

## Expense Code Summary

| | |
|---|---|
| Delivery/Courier Service | $2,219.74 |
| Federal Express [E108] | $431.99 |
| Fax Transmittal [E104] | $1,527.00 |
| Pacer - Court Research | $1,179.40 |
| Postage [E108] | $575.20 |
| Reproduction Expense [E101] | $1,132.20 |
| Reproduction/ Scan Copy | $126.80 |
| | $7,192.33 |