# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

November 30, 2013

Invoice Number **104606**        91100  00001        LDJ

W.R. Grace & Co.
Liberty Tower
605 Chestnut Street, Suite 1700

Chattanooga, TN  37450

| | |
|---|---:|
| Balance forward as of last invoice, dated: October 31, 2013 | $187,879.65 |
| Net balance forward | $187,879.65 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**        **11/30/2013**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| | | **Case Administration [B110]** | | | | |
| 11/01/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | | 0.30 | 290.00 | $87.00 |
| 11/01/13 | PEC | Update critical dates | | 0.40 | 290.00 | $116.00 |
| 11/01/13 | SLP | Maintain docket control. | | 0.40 | 195.00 | $78.00 |
| 11/04/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | | 0.30 | 290.00 | $87.00 |
| 11/04/13 | PEC | Update critical dates | | 0.30 | 290.00 | $87.00 |
| 11/04/13 | SLP | Maintain docket control. | | 0.30 | 195.00 | $58.50 |
| 11/04/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | | 0.20 | 195.00 | $39.00 |
| 11/04/13 | PEC | Prepare Post Confirmation Report for the Period of July 1, 2013 Through September 30, 2013 for filing and service (.3); Draft Affidavit of Service (.1) | | 0.40 | 290.00 | $116.00 |
| 11/04/13 | JEO | Review post confirmation report. | | 0.30 | 695.00 | $208.50 |
| 11/05/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | | 0.30 | 290.00 | $87.00 |
| 11/05/13 | PEC | Update critical dates | | 0.30 | 290.00 | $87.00 |
| 11/05/13 | SLP | Maintain docket control. | | 0.20 | 195.00 | $39.00 |
| 11/05/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | | 0.10 | 195.00 | $19.50 |
| 11/06/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | | 0.20 | 290.00 | $58.00 |
| 11/06/13 | SLP | Maintain docket control. | | 0.30 | 195.00 | $58.50 |

**Invoice number 104606**    91100   00001                                                            Page  2

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/07/13 | CAK | Review documents and organize to file. | 0.10 | 290.00 | $29.00 |
| 11/07/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 11/07/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 11/07/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 11/07/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/08/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 11/08/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 11/08/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/11/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 11/11/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 11/11/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/12/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 11/12/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 11/12/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 11/12/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/13/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 11/13/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 11/14/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 11/14/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 11/14/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/15/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 11/15/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 11/15/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 11/15/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/18/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 11/18/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 11/18/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 11/18/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/19/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 11/19/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |

| Invoice number 104606 | 91100 00001 | | | Page 3 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 11/19/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 11/19/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/21/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 11/22/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 11/22/13 | PEC | Update critical dates | 0.80 | 290.00 | $232.00 |
| 11/22/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/25/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 11/25/13 | PEC | Update critical dates | 0.60 | 290.00 | $174.00 |
| 11/25/13 | SLP | Maintain docket control. | 0.30 | 195.00 | $58.50 |
| 11/25/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/26/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 11/26/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 11/26/13 | SLP | Maintain docket control. | 0.50 | 195.00 | $97.50 |
| 11/26/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 11/27/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.80 | 290.00 | $232.00 |
| 11/27/13 | KSN | Document request as per Patti Cuniff. | 0.70 | 195.00 | $136.50 |
| 11/27/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| | | **Task Code Total** | **18.20** | | **$4,829.50** |

**WRG Claim Analysis**

| | | | | | |
|---|---|---|---|---|---|
| 11/01/13 | PEC | Draft Notice of Debtors' Twenty-Ninth Omnibus Objection to Employee Claims and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 11/01/13 | JEO | Review employee claim objection and email with R. Higgins regarding same. | 2.00 | 695.00 | $1,390.00 |
| | | **Task Code Total** | **2.60** | | **$1,564.00** |

**WRG-Employ. App., Others**

| | | | | | |
|---|---|---|---|---|---|
| 11/08/13 | PEC | Certificate of No Objection Regarding Application of Debtors and Debtors in Possession for an Order Authorizing Them to Expand the Scope of the Retention of Davis Wright Tremaine LLP as Special Litigation Counsel and Certificate of Service (.3); Prepare for filing and service (.3) | 0.30 | 290.00 | $87.00 |

Invoice number 104606         91100  00001                                                     Page 4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/12/13 | PEC | Draft Notice of Motion to Amend Protiviti Retention Application and prepare for filing | 0.40 | 290.00 | $116.00 |
| 11/13/13 | JEO | Emails with co-counsel regarding Blackstone. | 0.40 | 695.00 | $278.00 |
| 11/14/13 | PEC | Revise and review Notice of Motion to Amend Blackstone Retention (.2); Prepare Motion for filing and service (.3) | 0.50 | 290.00 | $145.00 |
| 11/14/13 | JEO | Work on Blackstone motion. | 1.00 | 695.00 | $695.00 |
| 11/18/13 | PEC | Prepare Affidavit Under 11 U.S.C. 327(e) of Michelle Gerety for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 11/18/13 | JEO | Review OCP declaration. | 0.20 | 695.00 | $139.00 |
| 11/25/13 | PEC | Prepare Thirty-Third Supplemental Affidavit of Disinterestedness of Kirkland & Ellis for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 11/25/13 | JEO | Review K&E supplemental declaration. | 0.20 | 695.00 | $139.00 |
| 11/27/13 | JEO | Email with co-counsel regarding status of Blackstone retention. | 0.40 | 695.00 | $278.00 |
| | | **Task Code Total** | **4.40** | | **$2,167.00** |

**WRG-Fee Apps., Applicant**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/11/13 | LDJ | Correspondence with Patricia E. Cuniff regarding interim fee applications | 0.20 | 975.00 | $195.00 |
| 11/19/13 | CAK | Review and update June fee application | 0.40 | 290.00 | $116.00 |
| 11/19/13 | JEO | Review billing issue. | 0.20 | 695.00 | $139.00 |
| 11/21/13 | CAK | Update spreadsheet in preparation of 49th Quarterly fee application | 0.40 | 290.00 | $116.00 |
| 11/21/13 | CAK | Review and update 49th Quarterly fee application | 0.40 | 290.00 | $116.00 |
| 11/21/13 | CAK | Edit June fee application; coordinate posting, filing and service of same. | 0.20 | 290.00 | $58.00 |
| 11/21/13 | LDJ | Review and finalize interim fee application (June 2013) | 0.30 | 975.00 | $292.50 |
| 11/21/13 | PEC | Prepare PSZ&J LLP's June 2013 Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1) | 0.50 | 290.00 | $145.00 |
| 11/21/13 | PEC | Draft Certificate of No Objection Regarding PSZ&J LLP's June 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 11/21/13 | PEC | Draft Notice of Filing PSZ&J LLP's Forty-Ninth Quarterly Fee Application for the Period of April 1, 2013 Through June 30, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| | | **Task Code Total** | **4.00** | | **$1,583.50** |

**WRG-Fee Applications, Others**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/05/13 | JEO | Review and finalize Blackstone August 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 11/05/13 | PEC | Prepare The Blackstone Group's August 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of | 0.50 | 290.00 | $145.00 |

**Invoice number 104606**     91100   00001                                                                   **Page   5**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Service (.1) | | | |
| 11/05/13 | PEC | Draft Certification of No Objection Regarding Woodcock Washburn August 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 11/05/13 | PEC | Draft Certification of No Objection Regarding Kirkland & Ellis LLP's July 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 11/05/13 | PEC | Prepare Norton Rose Fulbright Canada LLP's February 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 11/06/13 | JEO | Review Foley Hoag quarterly fee app. | 0.20 | 695.00 | $139.00 |
| 11/06/13 | JEO | Review Woodcock Washburn September 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 11/06/13 | JEO | Review Beveridge & Diamond September 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 11/06/13 | PEC | Draft Notice of Filing Foley Hoag LLP's Quarterly Fee Application for the Period of July 1, 2013 Through September 30, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 11/06/13 | PEC | Prepare Beveridge & Diamond LLP's September 2013 Monthly Fee Application for filing and service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 11/06/13 | PEC | Prepare Woodcock Washburn LLP's September 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 11/08/13 | PEC | Draft Certificate of No Objection Regarding Casner & Edwards LLP's August 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 11/13/13 | JEO | Review quarterly fee app for Casner. | 0.20 | 695.00 | $139.00 |
| 11/13/13 | JEO | Review fee auditor issues. | 1.00 | 695.00 | $695.00 |
| 11/13/13 | JEO | Review Protiviti April 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 11/13/13 | PEC | Respond to request of Andrew Struthers-Kennedy for information on Protiviti's Fifty-Fourth and Fifty-Fifth Quarterly Fee Applications | 0.30 | 290.00 | $87.00 |
| 11/13/13 | PEC | Draft Notice of Protiviti Inc.'s Twenty-Fist Quarterly Fee Application for the Period of April 1, 2012 Through April 30, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 11/13/13 | PEC | Draft Notice of Casner & Edwards LLP's Fifth Quarterly Fee Application for the Period of July 1, 2013 Through September 30, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 11/14/13 | PEC | Draft Certificate of Service Regarding BMC's July 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 11/14/13 | PEC | Draft Certificate of Service Regarding BMC's August 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 11/14/13 | PEC | Draft Certificate of Service Regarding BMC's September 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |

| | | | | | |
|---|---|---|---|---|---|
| Invoice number 104606 | | 91100   00001 | | | Page  6 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/15/13 | JEO | Review Roger Higgins quarterly fee app. | 0.20 | 695.00 | $139.00 |
| 11/15/13 | JEO | Review KE fee app. | 0.20 | 695.00 | $139.00 |
| 11/15/13 | PEC | Draft Notice of Filing the Law Offices of Roger J. Higgins LLP's Eleventh Quarterly Fee Application for the Period of July 1, 2013 Through September 30, 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 11/15/13 | PEC | Prepare Kirkland & Ellis LLP's August 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 11/18/13 | JEO | Review Deloitte Tax July 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 11/18/13 | JEO | Review Deloitte Tax August 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 11/18/13 | JEO | Review Deloitte Tax June 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 11/18/13 | JEO | Review Deloitte Tax May 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 11/18/13 | PEC | Prepare Deloitte Tax LLP's May 2013 Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 290.00 | $174.00 |
| 11/18/13 | PEC | Prepare Deloitte Tax LLP's June 2013 Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 290.00 | $174.00 |
| 11/18/13 | PEC | Prepare Deloitte Tax LLP's July 2013 Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 290.00 | $174.00 |
| 11/18/13 | PEC | Prepare Deloitte Tax LLP's August 2013 Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 290.00 | $174.00 |
| 11/18/13 | PEC | Draft Certification of No Objection Regarding Grant Thornton LLP's August 2013 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 11/18/13 | PEC | Draft Certification of No Objection Regarding Beveridge & Diamond LLP's August 2013 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 11/21/13 | JEO | Review Kaye Scholer October 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 11/21/13 | JEO | Review Kaye Scholer September 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 11/21/13 | PEC | Prepare Kaye Scholer LLP's September 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 11/21/13 | PEC | Prepare Kaye Scholer LLP's October 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 11/21/13 | PEC | Draft Certificate of No Objection Regarding Foley Hoag LLP's September 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 11/21/13 | PEC | Draft Certificate of No Objection Regarding Casner & Edwards LLP's September 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 11/22/13 | MLM | Finalize and coordinate filing of K&E's September 2013 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 295.00 | $147.50 |

| Invoice number 104606 | 91100  00001 | | | Page 7 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 11/26/13 | PEC | Draft Notice of Woodcock Washburn LLP's Fiftieth Quarterly Fee Application for the Period of July 1, 2013 Through September 30, 2013 and Certificates of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 11/27/13 | PEC | Prepare Foley Hoag LLP's October 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| | | **Task Code Total** | **21.30** | | **$7,718.50** |

**Litigation (Non-Bankruptcy)**

| | | | | | |
|---|---|---|---|---|---|
| 11/04/13 | JEO | Follow-up email to Court regarding hearings. | 0.20 | 695.00 | $139.00 |
| 11/04/13 | JEO | Email to co-counsel regarding deadlines. | 0.20 | 695.00 | $139.00 |
| 11/05/13 | JEO | Email to co-counsel regarding proposed hearing draft. | 0.30 | 695.00 | $208.50 |
| 11/05/13 | JEO | Email to co-counsel regarding hearing status. | 0.30 | 695.00 | $208.50 |
| 11/06/13 | JEO | Work on hearing schedule for 2014 1st Quarter. | 0.50 | 695.00 | $347.50 |
| 11/06/13 | PEC | Draft Certification of Counsel Scheduling Omnibus Hearing Dates and proposed Order Scheduling Hearing Dates (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 11/11/13 | JEO | Review status of matters fro December hearing. | 0.50 | 695.00 | $347.50 |
| 11/11/13 | PEC | Serve [Signed] Order Scheduling Omnibus Hearing Dates (.2); Draft Affidavit of Service and prepare for filing (.3) | 0.50 | 290.00 | $145.00 |
| 11/18/13 | JEO | Emails with lender's counsel regarding transcipt. | 0.40 | 695.00 | $278.00 |
| 11/19/13 | JEO | Email exchange with co-counsel regarding informal transcripts. | 0.50 | 695.00 | $347.50 |
| 11/19/13 | JEO | Email to lender's counsel regarding transcripts. | 0.60 | 695.00 | $417.00 |
| 11/22/13 | JEO | Review and finalize Qualified Settlement Funds Motion. | 0.50 | 695.00 | $347.50 |
| 11/22/13 | PEC | Draft Notice of Motion to Authorize Payment of Settlement Contribution and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 11/27/13 | JEO | Email exchange with Roger Higgins regarding filings. | 0.50 | 695.00 | $347.50 |
| | | **Task Code Total** | **6.20** | | **$3,620.50** |
| | | **Total professional services:** | **56.70** | | **$21,483.00** |

***Costs Advanced:***

| | | | |
|---|---|---|---|
| 11/01/2013 | DC | 91100.00001 Digital Legal Charges for 11-01-13 | $200.00 |
| 11/01/2013 | DC | 91100.00001 Digital Legal Charges for 11-01-13 | $18.00 |
| 11/01/2013 | DC | 91100.00001 Digital Legal Charges for 11-01-13 | $18.00 |
| 11/01/2013 | DC | 91100.00001 Digital Legal Charges for 11-01-13 | $30.00 |
| 11/01/2013 | PO | 91100.00001 :Postage Charges for 11-01-13 | $13.80 |
| 11/01/2013 | PO | 91100.00001 :Postage Charges for 11-01-13 | $0.90 |
| 11/01/2013 | PO | 91100.00001 :Postage Charges for 11-01-13 | $2.30 |

Invoice number 104606    91100   00001    Page 8

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/01/2013 | PO | 91100.00001 :Postage Charges for 11-01-13 | $464.00 |
| 11/01/2013 | RE | ( 130 @0.10 PER PG) | $13.00 |
| 11/01/2013 | RE | ( 5216 @0.10 PER PG) | $521.60 |
| 11/01/2013 | RE | ( 66 @0.10 PER PG) | $6.60 |
| 11/01/2013 | RE | ( 5132 @0.10 PER PG) | $513.20 |
| 11/01/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/01/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 11/01/2013 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | $3.60 |
| 11/01/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 11/04/2013 | DC | 91100.00001 Digital Legal Charges for 11-04-13 | $18.76 |
| 11/04/2013 | DC | 91100.00001 Digital Legal Charges for 11-04-13 | $40.00 |
| 11/04/2013 | DC | 91100.00001 Digital Legal Charges for 11-04-13 | $18.00 |
| 11/04/2013 | FE | 91100.00001 FedEx Charges for 11-04-13 | $12.40 |
| 11/04/2013 | PO | 91100.00001 :Postage Charges for 11-04-13 | $18.20 |
| 11/04/2013 | RE | ( 444 @0.10 PER PG) | $44.40 |
| 11/04/2013 | RE | ( 40 @0.10 PER PG) | $4.00 |
| 11/04/2013 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 11/04/2013 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 11/04/2013 | RE | ( 324 @0.10 PER PG) | $32.40 |
| 11/05/2013 | DC | 91100.00001 Digital Legal Charges for 11-05-13 | $13.32 |
| 11/05/2013 | FE | 91100.00001 FedEx Charges for 11-05-13 | $8.27 |
| 11/05/2013 | FE | 91100.00001 FedEx Charges for 11-05-13 | $12.50 |
| 11/05/2013 | FE | 91100.00001 FedEx Charges for 11-05-13 | $12.40 |
| 11/05/2013 | PO | 91100.00001 :Postage Charges for 11-05-13 | $13.40 |
| 11/05/2013 | RE | ( 91 @0.10 PER PG) | $9.10 |
| 11/05/2013 | RE | ( 36 @0.10 PER PG) | $3.60 |
| 11/05/2013 | RE | ( 38 @0.10 PER PG) | $3.80 |
| 11/05/2013 | RE | ( 157 @0.10 PER PG) | $15.70 |
| 11/05/2013 | RE | ( 224 @0.10 PER PG) | $22.40 |
| 11/06/2013 | FE | 91100.00001 FedEx Charges for 11-06-13 | $8.27 |
| 11/06/2013 | FE | 91100.00001 FedEx Charges for 11-06-13 | $12.50 |
| 11/06/2013 | FE | 91100.00001 FedEx Charges for 11-06-13 | $12.40 |
| 11/06/2013 | RE | ( 102 @0.10 PER PG) | $10.20 |
| 11/06/2013 | RE | ( 84 @0.10 PER PG) | $8.40 |
| 11/06/2013 | RE | ( 269 @0.10 PER PG) | $26.90 |
| 11/06/2013 | RE | ( 11 @0.10 PER PG) | $1.10 |
| 11/06/2013 | RE | ( 2027 @0.10 PER PG) | $202.70 |
| 11/06/2013 | RE | ( 1603 @0.10 PER PG) | $160.30 |
| 11/06/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 11/06/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 11/06/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 11/06/2013 | RE2 | SCAN/COPY ( 76 @0.10 PER PG) | $7.60 |
| 11/06/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |

**Invoice number 104606**          91100   00001                                        Page  9

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/06/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 11/06/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 11/06/2013 | RE2 | SCAN/COPY ( 76 @0.10 PER PG) | $7.60 |
| 11/07/2013 | FE | 91100.00001 FedEx Charges for 11-07-13 | $12.40 |
| 11/07/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 11/08/2013 | FE | 91100.00001 FedEx Charges for 11-08-13 | $12.40 |
| 11/08/2013 | PO | 91100.00001 :Postage Charges for 11-08-13 | $1.30 |
| 11/08/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 11/08/2013 | RE | ( 67 @0.10 PER PG) | $6.70 |
| 11/08/2013 | RE | ( 66 @0.10 PER PG) | $6.60 |
| 11/11/2013 | FE | 91100.00001 FedEx Charges for 11-11-13 | $12.40 |
| 11/11/2013 | PO | 91100.00001 :Postage Charges for 11-11-13 | $1.10 |
| 11/11/2013 | PO | 91100.00001 :Postage Charges for 11-11-13 | $225.10 |
| 11/11/2013 | RE | ( 25 @0.10 PER PG) | $2.50 |
| 11/11/2013 | RE | ( 172 @0.10 PER PG) | $17.20 |
| 11/11/2013 | RE | ( 539 @0.10 PER PG) | $53.90 |
| 11/11/2013 | RE | ( 22 @0.10 PER PG) | $2.20 |
| 11/11/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/11/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 11/12/2013 | RE | ( 54 @0.10 PER PG) | $5.40 |
| 11/12/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/12/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 11/13/2013 | FE | 91100.00001 FedEx Charges for 11-13-13 | $12.40 |
| 11/13/2013 | PO | 91100.00001 :Postage Charges for 11-13-13 | $67.20 |
| 11/13/2013 | RE | ( 254 @0.10 PER PG) | $25.40 |
| 11/13/2013 | RE | ( 2916 @0.10 PER PG) | $291.60 |
| 11/13/2013 | RE | ( 15 @0.10 PER PG) | $1.50 |
| 11/13/2013 | RE | ( 38 @0.10 PER PG) | $3.80 |
| 11/13/2013 | RE | ( 687 @0.10 PER PG) | $68.70 |
| 11/13/2013 | RE | ( 1038 @0.10 PER PG) | $103.80 |
| 11/13/2013 | RE | ( 63 @0.10 PER PG) | $6.30 |
| 11/13/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 11/13/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/13/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 11/14/2013 | PO | 91100.00001 :Postage Charges for 11-14-13 | $7.60 |
| 11/14/2013 | PO | 91100.00001 :Postage Charges for 11-14-13 | $12.20 |
| 11/14/2013 | PO | 91100.00001 :Postage Charges for 11-14-13 | $378.20 |
| 11/14/2013 | RE | ( 88 @0.10 PER PG) | $8.80 |
| 11/14/2013 | RE | ( 7937 @0.10 PER PG) | $793.70 |
| 11/14/2013 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | $1.80 |
| 11/15/2013 | FE | 91100.00001 FedEx Charges for 11-15-13 | $8.27 |
| 11/15/2013 | FE | 91100.00001 FedEx Charges for 11-15-13 | $12.50 |
| 11/15/2013 | FE | 91100.00001 FedEx Charges for 11-15-13 | $12.40 |

| Invoice number 104606 | | 91100    00001 | Page    10 |
|---|---|---|---|
| 11/15/2013 | OS | Digital Legal Service, Inv.78460, 820 pages | $98.40 |
| 11/15/2013 | OS | Digital Legal Service, Inv.78460, Postage | $225.12 |
| 11/15/2013 | PO | 91100.00001 :Postage Charges for 11-15-13 | $15.80 |
| 11/15/2013 | PO | 91100.00001 :Postage Charges for 11-15-13 | $2.40 |
| 11/15/2013 | PO | 91100.00001 :Postage Charges for 11-15-13 | $13.40 |
| 11/15/2013 | RE | ( 104 @0.10 PER PG) | $10.40 |
| 11/15/2013 | RE | ( 447 @0.10 PER PG) | $44.70 |
| 11/15/2013 | RE | ( 81 @0.10 PER PG) | $8.10 |
| 11/15/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 11/15/2013 | RE | ( 116 @0.10 PER PG) | $11.60 |
| 11/15/2013 | RE | ( 36 @0.10 PER PG) | $3.60 |
| 11/15/2013 | RE | ( 343 @0.10 PER PG) | $34.30 |
| 11/15/2013 | RE | ( 73 @0.10 PER PG) | $7.30 |
| 11/15/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 11/15/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 11/15/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | $2.00 |
| 11/15/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/15/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | $1.20 |
| 11/16/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 11/16/2013 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | $5.70 |
| 11/18/2013 | FE | 91100.00001 FedEx Charges for 11-18-13 | $12.50 |
| 11/18/2013 | FE | 91100.00001 FedEx Charges for 11-18-13 | $8.27 |
| 11/18/2013 | FE | 91100.00001 FedEx Charges for 11-18-13 | $12.40 |
| 11/18/2013 | RE | ( 46 @0.10 PER PG) | $4.60 |
| 11/18/2013 | RE | ( 92 @0.10 PER PG) | $9.20 |
| 11/18/2013 | RE | ( 56 @0.10 PER PG) | $5.60 |
| 11/18/2013 | RE | ( 180 @0.10 PER PG) | $18.00 |
| 11/18/2013 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 11/18/2013 | RE | ( 88 @0.10 PER PG) | $8.80 |
| 11/18/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 11/18/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 11/18/2013 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 11/18/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/18/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/18/2013 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | $4.90 |
| 11/18/2013 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 11/18/2013 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | $3.80 |
| 11/18/2013 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | $3.10 |
| 11/19/2013 | FE | 91100.00001 FedEx Charges for 11-19-13 | $12.40 |
| 11/19/2013 | RE | ( 786 @0.10 PER PG) | $78.60 |
| 11/19/2013 | RE | ( 350 @0.10 PER PG) | $35.00 |
| 11/19/2013 | RE | ( 278 @0.10 PER PG) | $27.80 |
| 11/20/2013 | RE | ( 52 @0.10 PER PG) | $5.20 |

| Invoice number 104606 | | 91100   00001 | Page  11 |
|---|---|---|---|
| 11/20/2013 | RE | ( 30 @0.10 PER PG) | $3.00 |
| 11/21/2013 | FE | 91100.00001 FedEx Charges for 11-21-13 | $12.50 |
| 11/21/2013 | FE | 91100.00001 FedEx Charges for 11-21-13 | $8.27 |
| 11/21/2013 | OS | Digital Legal Service, Inv.78460, 992 Pages | $119.04 |
| 11/21/2013 | OS | Digital Legal Service, Inv.78460, Postage | $225.12 |
| 11/21/2013 | PO | 91100.00001 :Postage Charges for 11-21-13 | $67.20 |
| 11/21/2013 | RE | ( 314 @0.10 PER PG) | $31.40 |
| 11/21/2013 | RE | ( 34 @0.10 PER PG) | $3.40 |
| 11/21/2013 | RE | ( 1308 @0.10 PER PG) | $130.80 |
| 11/21/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 11/21/2013 | RE | ( 80 @0.10 PER PG) | $8.00 |
| 11/21/2013 | RE | ( 113 @0.10 PER PG) | $11.30 |
| 11/21/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 11/21/2013 | RE | ( 39 @0.10 PER PG) | $3.90 |
| 11/21/2013 | RE | ( 97 @0.10 PER PG) | $9.70 |
| 11/21/2013 | RE | ( 1180 @0.10 PER PG) | $118.00 |
| 11/21/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 11/21/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/22/2013 | FE | 91100.00001 FedEx Charges for 11-22-13 | $12.40 |
| 11/22/2013 | FE | 91100.00001 FedEx Charges for 11-22-13 | $8.27 |
| 11/22/2013 | FE | 91100.00001 FedEx Charges for 11-22-13 | $12.50 |
| 11/22/2013 | OS | Digital Legal Service, Inv.78460, 4305 Pages | $516.60 |
| 11/22/2013 | OS | Digital Legal Services, Inv.78460, Postage | $484.41 |
| 11/22/2013 | RE | ( 159 @0.10 PER PG) | $15.90 |
| 11/22/2013 | RE | ( 73 @0.10 PER PG) | $7.30 |
| 11/22/2013 | RE | ( 92 @0.10 PER PG) | $9.20 |
| 11/22/2013 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 11/22/2013 | RE | ( 946 @0.10 PER PG) | $94.60 |
| 11/22/2013 | RE | ( 334 @0.10 PER PG) | $33.40 |
| 11/22/2013 | RE | ( 460 @0.10 PER PG) | $46.00 |
| 11/22/2013 | RE | ( 210 @0.10 PER PG) | $21.00 |
| 11/22/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 11/22/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/22/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 11/22/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | $1.20 |
| 11/22/2013 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | $0.90 |
| 11/22/2013 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | $1.70 |
| 11/22/2013 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | $1.80 |
| 11/22/2013 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | $1.90 |
| 11/22/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | $0.50 |
| 11/25/2013 | FE | 91100.00001 FedEx Charges for 11-25-13 | $12.40 |
| 11/25/2013 | OS | Digital Legal Services, Inv.78460, 2976 Pages | $357.12 |
| 11/25/2013 | OS | Digital Legal Services, Inv.78460, Postage | $265.32 |

Invoice number 104606      91100   00001                                              Page 12

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/25/2013 | RE | ( 51 @0.10 PER PG) | $5.10 |
| 11/25/2013 | RE | ( 319 @0.10 PER PG) | $31.90 |
| 11/25/2013 | RE | ( 252 @0.10 PER PG) | $25.20 |
| 11/25/2013 | RE | ( 52 @0.10 PER PG) | $5.20 |
| 11/25/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 11/25/2013 | RE | ( 196 @0.10 PER PG) | $19.60 |
| 11/25/2013 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 11/25/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/25/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 11/25/2013 | RE2 | SCAN/COPY ( 110 @0.10 PER PG) | $11.00 |
| 11/25/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 11/26/2013 | FE | 91100.00001 FedEx Charges for 11-26-13 | $12.40 |
| 11/26/2013 | PO | 91100.00001 :Postage Charges for 11-26-13 | $1.10 |
| 11/26/2013 | PO | 91100.00001 :Postage Charges for 11-26-13 | $27.80 |
| 11/26/2013 | PO | 91100.00001 :Postage Charges for 11-26-13 | $225.10 |
| 11/26/2013 | RE | ( 404 @0.10 PER PG) | $40.40 |
| 11/26/2013 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 11/26/2013 | RE | ( 920 @0.10 PER PG) | $92.00 |
| 11/26/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 11/26/2013 | RE | ( 1086 @0.10 PER PG) | $108.60 |
| 11/26/2013 | RE | ( 162 @0.10 PER PG) | $16.20 |
| 11/26/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 11/26/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 11/27/2013 | FE | 91100.00001 FedEx Charges for 11-27-13 | $8.27 |
| 11/27/2013 | FE | 91100.00001 FedEx Charges for 11-27-13 | $12.50 |
| 11/27/2013 | FE | 91100.00001 FedEx Charges for 11-27-13 | $12.40 |
| 11/27/2013 | RE | ( 75 @0.10 PER PG) | $7.50 |
| 11/27/2013 | RE | ( 86 @0.10 PER PG) | $8.60 |
| 11/27/2013 | RE | ( 427 @0.10 PER PG) | $42.70 |
| 11/27/2013 | RE | ( 78 @0.10 PER PG) | $7.80 |
| 11/27/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 11/27/2013 | RE | ( 44 @0.10 PER PG) | $4.40 |
| 11/27/2013 | RE | ( 55 @0.10 PER PG) | $5.50 |
| 11/27/2013 | RE | ( 110 @0.10 PER PG) | $11.00 |
| 11/27/2013 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | $2.50 |
| 11/27/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 11/27/2013 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | $3.40 |
| 11/27/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 11/27/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 11/27/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 11/27/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 11/27/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 11/27/2013 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | $3.80 |

| Invoice number 104606 | 91100 00001 | | | Page 13 |
|---|---|---|---|---|
| 11/30/2013 | PAC | Pacer - Court Research | | $1,661.20 |
| | | Total Expenses: | | $10,693.10 |

### Summary:

| | | |
|---|---|---|
| Total professional services | | $21,483.00 |
| Total expenses | | $10,693.10 |
| **Net current charges** | | $32,176.10 |
| Net balance forward | | $187,879.65 |
| **Total balance now due** | | $220,055.75 |

| | | | | |
|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | 1.60 | 195.00 | $312.00 |
| CAK | Knotts, Cheryl A. | 1.50 | 290.00 | $435.00 |
| JEO | O'Neill, James E. | 13.00 | 695.00 | $9,035.00 |
| KSN | Neil, Karen S. | 0.70 | 195.00 | $136.50 |
| LDJ | Jones, Laura Davis | 0.50 | 975.00 | $487.50 |
| MLM | McGee, Margaret L. | 0.50 | 295.00 | $147.50 |
| PEC | Cuniff, Patricia E. | 35.20 | 290.00 | $10,208.00 |
| SLP | Pitman, L. Sheryle | 3.70 | 195.00 | $721.50 |
| | | 56.70 | | $21,483.00 |

### Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CA | Case Administration [B110] | 18.20 | $4,829.50 |
| CR02 | WRG Claim Analysis | 2.60 | $1,564.00 |
| EA01 | WRG-Employ. App., Others | 4.40 | $2,167.00 |
| FA | WRG-Fee Apps., Applicant | 4.00 | $1,583.50 |
| FA01 | WRG-Fee Applications, Others | 21.30 | $7,718.50 |
| LN | Litigation (Non-Bankruptcy) | 6.20 | $3,620.50 |
| | | 56.70 | $21,483.00 |

| Invoice number 104606 | 91100   00001 | Page  14 |
|---|---|---|

## Expense Code Summary

| | |
|---|---:|
| Delivery/Courier Service | $356.08 |
| Federal Express [E108] | $318.99 |
| Outside Services | $2,291.13 |
| Pacer - Court Research | $1,661.20 |
| Postage [E108] | $1,558.10 |
| Reproduction Expense [E101] | $4,310.00 |
| Reproduction/ Scan Copy | $197.60 |
| | $10,693.10 |