UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (KJC)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Obj. deadline: January 29, 2014 |

**ONE HUNDRED AND TWENTY-FIFTH APPLICATION OF BLACKSTONE ADVISORY
PARTNERS L.P. AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

Name of Applicant:                                   Blackstone Advisory Partners L.P.

Authorized to Provide
Professional Services to:                            Debtors

Date of Retention Order:                            June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:                            October 1, 2013 through October 31, 2013

| Amount of Compensation<br>sought as actual, reasonable and necessary: | <u>Total</u><br>$25,000.00 | (Holdback @ 20%)<br>($5,000.00) |
|---|---|---|

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:          $1,173.06

Amount of Cash Payment Sought:                       $21,173.06

This is a _x_ monthly __ interim ____ final application

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Amount(s) |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Amount(s) |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | -- | 997.55 | -- | 997.55 | -- | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 100,000.00 | 2,618.39 | -- | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 150,000.00 | 377.34 | -- | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 75,000.00 | 1,468.54 | -- | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | 150,000.00 | 370.04 | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | 125,000.00 | 868.61 | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | 175,000.00 | 7,178.80 | -- | -- |
| 01/09/09 | 07/01/08 – 07/31/08 | 175,000.00 | 1,507.33 | 175,000.00 | 1,507.33 | -- | -- |
| 01/09/09 | 08/01/08 – 08/31/08 | 175,000.00 | 3,482.81 | 175,000.00 | 3,482.81 | -- | -- |
| 01/09/09 | 09/01/08 – 09/30/08 | 175,000.00 | 7,491.74 | 175,000.00 | 7,491.74 | -- | -- |
| 01/09/09 | 10/01/08 – 10/31/08 | 150,000.00 | 3,166.54 | 120,000.00 | 3,166.54 | -- | -- |
| 04/20/09 | 11/01/08 – 11/30/08 | 75,000.00 | 3,762.45 | 75,000.00 | 3,762.45 | -- | -- |
| 04/20/09 | 12/01/08 – 12/31/08 | 75,000.00 | 4,251.05 | 75,000.00 | 4,251.05 | -- | -- |
| 07/06/09 | 01/01/09 – 01/31/09 | 75,000.00 | 407.84 | 75,000.00 | 407.84 | -- | -- |
| 07/06/09 | 02/01/09 – 02/28/09 | 175,000.00 | 840.67 | 175,000.00 | 840.67 | -- | -- |
| 07/06/09 | 03/01/09 – 03/31/09 | 150,000.00 | 1,515.13 | 150,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 04/01/09 – 04/30/09 | 150,000.00 | 1,757.02 | 150,000.00 | 1,757.02 | -- | -- |
| 09/03/09 | 05/01/09 – 05/31/09 | 175,000.00 | 4,503.06 | 175,000.00 | 1,515.13 | -- | -- |
| 09/03/09 | 06/01/09 – 06/30/09 | 175,000.00 | 4,246.49 | 175,000.00 | 4,246.49 | -- | -- |
| 12/14/09 | 07/01/09 – 07/31/09 | 175,000.00 | 10,766.12 | 175,000.00 | 10,766.12 | -- | -- |
| 12/14/09 | 08/01/09 – 08/31/09 | 175,000.00 | 2,367.44 | 175,000.00 | 2,367.44 | -- | -- |
| 12/14/09 | 09/01/09 – 09/30/09 | 100,000.00 | 3,953.33 | 100,000.00 | 3,953.33 | -- | -- |
| 12/15/09 | 10/01/09 – 10/31/09 | 100,000.00 | 1,354.62 | 100,000.00 | 1,354.62 | -- | -- |
| -- | 11/01/09 – 11/30/09 | -- | -- | -- | -- | -- | -- |
| 02/12/10 | 12/01/09 – 12/31/09 | 100,000.00 | 1,839.20 | 100,000.00 | 1,839.20 | -- | -- |
| 03/12/10 | 01/01/10 – 01/31/10 | 150,000.00 | 1,633.77 | 150,000.00 | 1,633.77 | -- | -- |
| -- | 02/01/10 – 02/28/10 | -- | -- | -- | -- | -- | -- |
| 04/29/10 | 03/01/10 – 03/31/10 | 175,000.00 | 4,238.44 | 175,000.00 | 4,238.44 | -- | -- |
| 05/28/10 | 04/01/10 – 04/30/10 | 175,000.00 | 4,575.58 | 175,000.00 | 4,575.58 | -- | -- |
| 06/25/10 | 05/01/10 – 05/31/10 | 175,000.00 | 7,750.24 | 175,000.00 | 7,750.24 | -- | -- |
| 08/05/10 | 06/01/10 – 06/30/10 | 175,000.00 | 5,202.91 | 175,000.00 | 5,202.91 | -- | -- |
| 09/09/10 | 07/01/10 – 07/31/10 | 50,000.00 | 6,204.42 | 50,000.00 | 6,204.42 | -- | -- |
| -- | 08/01/10 – 08/31/10 | -- | -- | -- | -- | -- | -- |
| 11/16/10 | 09/01/10 – 09/30/10 | 125,000.00 | 2,435.45 | 125,000.00 | 1,283.70 | -- | -- |
| 12/13/10 | 10/01/10 – 10/31/10 | 175,000.00 | 475.19 | 175,000.00 | 475.19 | -- | -- |
| 02/01/11 | 11/01/10 – 11/30/10 | 175,000.00 | 2,625.52 | 175,000.00 | 2,625.52 | -- | -- |
| 02/09/11 | 12/01/10 – 12/31/10 | 125,000.00 | 590.30 | 125,000.00 | 590.30 | -- | -- |
| 02/25/11 | 01/01/11 – 01/31/11 | 175,000.00 | 1,365.89 | 175,000.00 | 1,365.89 | -- | -- |
| 04/05/11 | 02/01/11 – 02/28/11 | 175,000.00 | 2,531.48 | 175,000.00 | 2,531.48 | -- | -- |
| 04/28/11 | 03/01/11 – 03/31/11 | 125,000.00 | 714.49 | 125,000.00 | 714.49 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Amount(s) |
|---|---|---|---|---|---|---|---|
| 06/06/11 | 04/01/11 – 04/30/11 | 175,000.00 | 1,130.07 | 175,000.00 | 1,130.07 | -- | -- |
| 07/19/11 | 05/01/11 – 05/30/11 | 175,000.00 | 711.36 | 175,000.00 | 711.36 | -- | -- |
| 08/05/11 | 06/01/11 – 06/30/11 | 175,000.00 | 46.88 | 175,000.00 | 46.88 | -- | -- |
| 09/22/11 | 07/01/11 – 07/31/11 | 175,000.00 | 896.76 | 175,000.00 | 896.76 | -- | -- |
| 10/13/11 | 08/01/11 – 08/31/11 | 125,000.00 | 834.50 | 125,000.00 | 834.50 | -- | -- |
| 11/28/11 | 09/01/11 – 09/30/11 | 75,000.00 | 150.00 | 75,000.00 | 150.00 | -- | -- |
| 12/20/11 | 10/01/11 – 10/31/11 | 25,000.00 | 1,430.65 | 25,000.00 | 1,430.65 | -- | -- |
| 01/17/12 | 11/01/11 – 11/30/11 | 50,000.00 | -- | 50,000.00 | -- | -- | -- |
| 02/21/12 | 12/01/11 – 12/31/11 | 75,000.00 | 135.30 | 75,000.00 | 135.30 | -- | -- |
| 03/14/12 | 01/01/12 – 01/31/12 | 75,000.00 | 1,215.61 | 75,000.00 | 1,215.61 | -- | -- |
| 04/03/12 | 02/01/12 – 02/29/12 | 75,000.00 | 302.18 | 75,000.00 | 302.18 | -- | -- |
| 05/02/12 | 03/01/12 – 03/31/12 | 100,000.00 | 984.89 | 100,000.00 | 984.89 | -- | -- |
| 06/06/12 | 04/01/12 – 04/30/12 | 25,000.00 | 178.45 | 25,000.00 | 178.45 | -- | -- |
| 07/19/12 | 05/01/12 – 05/31/12 | 50,000.00 | 392.56 | 50,000.00 | 392.56 | -- | -- |
| 08/08/12 | 06/01/12 – 06/30/12 | 125,000.00 | 136.76 | 125,000.00 | 136.76 | -- | -- |
| 09/10/12 | 07/01/12 – 07/31/12 | 125,000.00 | 266.07 | 125,000.00 | 266.07 | -- | -- |
| 10/19/12 | 08/01/12 – 08/31/12 | 100,000.00 | 162.47 | 125,000.00 | 162.47 | -- | -- |
| 11/09/12 | 09/01/12 – 09/30/12 | 100,000.00 | -- | 100,000.00 | -- | -- | -- |
| 12/12/12 | 10/01/12 – 10/31/12 | 50,000.00 | 321.30 | 50,000.00 | 321.30 | -- | -- |
| 01/17/13 | 11/01/12 – 11/30/12 | 50,000.00 | 20.10 | 50,000.00 | 20.10 | -- | -- |
| 02/04/13 | 12/01/12 – 12/31/12 | 75,000.00 | -- | 75,000.00 | -- | -- | -- |
| 03/18/11 | 01/01/13 – 01/31/13 | 100,000.00 | 1.82 | 100,000.00 | 1.82 | -- | -- |
| 06/04/13 | 02/01/13 – 03/31/13 | 25,000.00 | 75.50 | 25,000.00 | 75.50 | -- | -- |
| 06/21/13 | 04/01/13 – 04/30/13 | 75,000.00 | -- | 75,000.00 | -- | -- | -- |
| 08/16/13 | 05/01/13 – 06/30/13 | 125,000.00 | 583.33 | 100,000.00 | 583.33 | 25,000.00 | 25,000.00 |
| 10/03/13 | 07/01/13 – 07/31/13 | 50,000.00 | 886.56 | 40,000.00 | 886.56 | 10,000.00 | 10,000.00 |
| 11/05/13 | 08/01/13 – 08/31/13 | 25,000.00 | 193.30 | 20,000.00 | 193.30 | 5,000.00 | 5,0000.00 |
| 12/04/13 | 09/01/13 – 09/30/13 | 25,000.00 | 29.50 | -- | -- | -- | -- |

# Blackstone Advisory Partners L.P.

January 7, 2014

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---:|
| Monthly Fee for the period of October 1, 2013 through October 31, 2013: | $ | 25,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order: | | (5,000.00) |

Out-of-pocket expenses processed for the period through October 31, 2013: [1]

| | | | |
|---|---|---:|---:|
| Ground Transportation | $ | 719.34 | |
| Meals | | 444.72 | |
| Research | | 9.00 | 1,173.06 |
| **Total Amount Due** | $ | | **21,173.06** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice No. 1916

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**

|  | GL Detail Oct-13 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 35.70 | $ 35.70 |
| Ground Transportation - Out-Of-Town Travel | 19.64 | 19.64 |
| Ground Transportation - Railroad | 664.00 | 664.00 |
| Meals with Client | 355.96 | 355.96 |
| Employee Meals | 88.76 | 88.76 |
| External Research - Online Database | 9.00 | 9.00 |
| **Total Expenses** | $ 1,173.06 | $ 1,173.06 |
|  |  |  |
| **Ground Transportation** | | $ 719.34 |
| **Meals** | | 444.72 |
| **Research** | | 9.00 |
| **Total** | | $ 1,173.06 |

W. R. Grace & Co.
Detail of Expenses Processed
Through October 31, 2013
Invoice No. 1916

**Ground Transportation - Local Travel**

| | | |
|---|---|---|
| Federbush (weeknight taxi home from Blackstone after working late) | 09/23/13 | 10.50 |
| Schlesinger (taxi to New York Penn Station from Blackstone) | 06/17/13 | 25.20 |
| Subtotal - Ground Transportation - Local Travel | | $ 35.70 |

**Ground Transportation - Out-Of-Town Travel**

| | | |
|---|---|---|
| Schlesinger (taxi to from train station from Court hearing in Philadelphia, PA) | 06/17/13 | 7.96 |
| Schlesinger (taxi to Court hearing from train station in Philadelphia, PA) | 06/17/13 | 11.68 |
| Subtotal - Ground Transportation - Out-Of-Town Travel | | 19.64 |

**Ground Transportation - Railroad**

| | | |
|---|---|---|
| O'Connell (travel agency fee for booking of round trip flight to/from Philadelphia, PA from/to Stamford, CT on 06/17/13) | 06/14/13 | 40.00 |
| O'Connell (round trip train travel to/from Philadelphia, PA from/to Stamford, CT) | 06/17/13 | 325.00 |
| Schlesinger (travel agency fee for booking of round trip flight to/from Philadelphia, PA from/to New York, NY on 06/17/13) | 06/14/13 | 40.00 |
| Schlesinger (round trip train travel to/from Philadelphia, PA from/to New York, NY) | 06/17/13 | 259.00 |
| Subtotal - Ground Transportation - Railroad | | 664.00 |

**Meals with Clients**

| | | |
|---|---|---|
| Schlesinger (catered meal for 8 people during client meeting held @ Blackstone) | 07/16/13 | 355.96 |
| Subtotal - Meals with Clients | | 355.96 |

**Employee Meals**

| | | |
|---|---|---|
| Federbush (weeknight working dinner meal @ Blackstone while working late) | 09/24/13 | 27.53 |
| Federbush (weeknight working dinner meal @ Blackstone while working late) | 09/23/13 | 31.22 |
| Schlesinger (working lunch meal while traveling) | 06/17/13 | 18.95 |
| O'Connell (working lunch meal while traveling) | 06/17/13 | 11.06 |
| Subtotal - Employee Meals | | 88.76 |

**External Research - Online Database**

| | | |
|---|---|---|
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 07/03/13 | 9.00 |
| Subtotal - External Research - Online Database | | 9.00 |

| | | |
|---|---|---|
| Total Expenses | | $ 1,173.06 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professionals | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 5.3 |
| Adam Schlesinger | Associate | 25.1 |
| Justin Federbush | Analyst | 19.0 |
| | **Total** | **49.4** |

BLACKSTONE ADVISORY PARTNERS L.P.
HOURLY DETAILS FOR THE PERIOD OF
OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/02/13 | 1.0 | Business Analysis | Review bank debt interest calculation |
| Adam Schlesinger | 10/02/13 | 0.6 | Business Analysis | DPO covenant review |
| Jamie O'Connell | 10/02/13 | 0.4 | Business Analysis | Meeting with management to discuss business matter |
| Jamie O'Connell | 10/02/13 | 0.2 | Business Analysis | Call with counsel regarding business matter |
| Justin Federbush | 10/02/13 | 0.5 | Business Analysis | Bank Debt Interest Calculation |
| Adam Schlesinger | 10/04/13 | 1.0 | Business Analysis | Review emergence analyses |
| Jamie O'Connell | 10/04/13 | 0.2 | Business Analysis | Meeting with J. Federbush regarding financial analysis |
| Justin Federbush | 10/04/13 | 0.2 | Business Analysis | Meeting with J. O'Connell regarding financial analysis |
| Justin Federbush | 10/04/13 | 1.0 | Business Analysis | Sources & Uses Analysis |
| Adam Schlesinger | 10/08/13 | 0.5 | Business Analysis | Review emergence analyses |
| Jamie O'Connell | 10/10/13 | 0.2 | Business Analysis | Correspondence with management regarding business matter |
| Jamie O'Connell | 10/11/13 | 1.0 | Business Analysis | Correspondence and calls with management and advisors regarding business matter |
| Jamie O'Connell | 10/14/13 | 0.1 | Business Analysis | Correspondence to management regarding business matter |
| Jamie O'Connell | 10/14/13 | 0.3 | Business Analysis | Correspondence to financial advisors regarding business matter |
| Adam Schlesinger | 10/15/13 | 0.2 | Business Analysis | Call with Management regarding financial model |
| Justin Federbush | 10/15/13 | 0.2 | Business Analysis | Call with Management regarding financial model |
| Adam Schlesinger | 10/16/13 | 1.5 | Business Analysis | Review financial model |
| Adam Schlesinger | 10/22/13 | 1.0 | Business Analysis | Review financial model |
| Adam Schlesinger | 10/23/13 | 1.0 | Business Analysis | Review financial model |
| Justin Federbush | 10/24/13 | 2.0 | Business Analysis | Editing financial model |
| Justin Federbush | 10/24/13 | 2.0 | Business Analysis | Editing financial model |
| Adam Schlesinger | 10/25/13 | 2.0 | Business Analysis | Review financial model |
| Justin Federbush | 10/25/13 | 2.0 | Business Analysis | Editing financial model |
| Adam Schlesinger | 10/26/13 | 0.5 | Business Analysis | Review financial model |
| Justin Federbush | 10/29/13 | 1.0 | Business Analysis | Editing financial model |
| Justin Federbush | 10/30/13 | 0.5 | Business Analysis | Editing financial model |
| Adam Schlesinger | 10/31/13 | 0.5 | Business Analysis | Review financial model |
| Justin Federbush | 10/31/13 | 0.5 | Business Analysis | Editing financial model |
| | | 22.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/01/13 | 0.3 | Case Administration | Meeting with J. O'Connell to discuss various matters |
| Jamie O'Connell | 10/01/13 | 0.3 | Case Administration | Meeting with A. Schlesinger to discuss various matters |
| Adam Schlesinger | 10/28/13 | 1.5 | Case Administration | Review emergence checklist |
| Adam Schlesinger | 10/28/13 | 1.5 | Case Administration | Conference call with management and counsel |
| Jamie O'Connell | 10/28/13 | 1.5 | Case Administration | Conference call with management and counsel |
| Justin Federbush | 10/28/13 | 1.5 | Case Administration | Conference call with management and counsel |
| Adam Schlesinger | 10/29/13 | 1.5 | Case Administration | Review emergence checklist |
| Adam Schlesinger | 10/30/13 | 1.0 | Case Administration | Review draft motions |
| Jamie O'Connell | 10/30/13 | 0.6 | Case Administration | Calls with management and counsel regarding various matters |
| Justin Federbush | 10/30/13 | 0.6 | Case Administration | Calls with management and counsel regarding various matters |
| Jamie O'Connell | 10/31/13 | 0.5 | Case Administration | Review of analysis and related correspondence |
| | | 10.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/03/13 | 0.7 | Claims Analysis Objection/Resolution | Call with counsel regarding claims |
| Adam Schlesinger | 10/03/13 | 0.6 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Adam Schlesinger | 10/03/13 | 0.8 | Claims Analysis Objection/Resolution | Review of documents regarding claims |
| Adam Schlesinger | 10/04/13 | 0.5 | Claims Analysis Objection/Resolution | Call with counsel regarding claims |
| Adam Schlesinger | 10/10/13 | 0.3 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 10/10/13 | 0.3 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Adam Schlesinger | 10/11/13 | 0.9 | Claims Analysis Objection/Resolution | Review draft funds flow memorandum |
| Adam Schlesinger | 10/15/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 10/15/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Adam Schlesinger | 10/22/13 | 0.5 | Claims Analysis Objection/Resolution | Review draft funds flow memorandum |
| Adam Schlesinger | 10/22/13 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel regarding draft funds flow memorandum |
| Adam Schlesinger | 10/23/13 | 0.3 | Claims Analysis Objection/Resolution | Edit draft funds flow memorandum |
| Adam Schlesinger | 10/24/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 10/24/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 10/24/13 | 2.0 | Claims Analysis Objection/Resolution | Claims Analysis - Interest Calculations |
| Justin Federbush | 10/28/13 | 1.0 | Claims Analysis Objection/Resolution | Claims Analysis - Interest Calculations |
| Adam Schlesinger | 10/31/13 | 0.5 | Claims Analysis Objection/Resolution | Review open claims |
| Adam Schlesinger | 10/31/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 10/31/13 | 1.0 | Claims Analysis Objection/Resolution | Claims Analysis - Interest Calculations |
| Justin Federbush | 10/31/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| | | 12.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/01/13 | 0.4 | Committee | Communication with committees regarding business matter |
| Adam Schlesinger | 10/01/13 | 1.0 | Committee | Review senior-subordinated spreads analysis |
| | | 1.4 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/04/13 | 0.5 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 10/31/13 | 0.4 | Fee Applications | Review draft fee application |
| | | 0.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/21/13 | 0.3 | Financing | Review financing analysis |
| | | 0.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Justin Federbush | 10/01/13 | 0.2 | Other | Flow of Funds Memo |
| Justin Federbush | 10/30/13 | 1.0 | Other | Creating timeline for emergence tasks |
| | | 1.2 | | |