**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX 75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

January 10, 2014

In Reference To:  Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11535

Professional Services

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/2/2013 | AL | Update database with Kramer's July through September fee application (.1); Foley's October fee application (.2) | 0.30 | 24.00 |
|  | AL | Update database with Alan Rich's November fee application (.2) and electronic detail (.1) | 0.30 | 24.00 |
|  | BSR | Receive and review project category spreadsheet for the 49th period (.4); email to James Wehrmann re same (.1) | 0.50 | 155.00 |
|  | JAW | Receive and review e-mail from B. Ruhlander re: issues with Baker Donaldson's 48th interim and BMC's 49th iterim fees in the project category spreadsheet (0.10); review Baker Donaldsons's 48th interim fee application (0.10); review BMC's 49th interim fee application (0.10); update 49th interm spreadsheet (0.10); e-mail updated spreadsheet to B. Ruhlander for her review (0.10) | 0.50 | 87.50 |
| 12/3/2013 | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
|  | AL | receive and review email from B. Ruhlander re Project Category Spreadsheet (.1); Revise same (.4); update database with same (.2); draft email to B. Ruhlander re revised version (.1) | 0.80 | 64.00 |
|  | JAW | Detailed review of Duane's July 1, 2013 - September 30, 2013 fee application (0.50); draft summary of same (0.20) | 0.70 | 122.50 |
|  | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
|  | AL | Update database with Lauzon's October CNO (.1); Scarfone's October CNO (.1); Hogan's October CNO (.1) | 0.30 | 24.00 |
|  | AL | Update database with Kramer's September CNO (.1); Stroock's October electronic detail (.1); Ewing's October electronic detail (.1); receive and review email from J. Wehrmann re fee and expense summaries (.1); update | 1.20 | 96.00 |

W.R. Grace & Co.                                                    Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | database with Scholer's September (.1) K&E's September (.2) Hogan's October (.1) Scholer's October (.2) Lauzon's October (.1) and Scarfone's October (.1) fee and expense summaries | | |
| 12/3/2013 | BSR | Receive and review pdf version of the project category spreadsheet for the 49th interim period | 0.10 | 31.00 |
| | BSR | E-mails to Jamie O'Neill re project category spreadsheet and fee and expense recommendation chart | 0.20 | 62.00 |
| | BSR | Review of revised version of the project category spreadsheet for the 49th interim period (.5); email same to Anthony Lopez (.1) | 0.60 | 186.00 |
| 12/4/2013 | JAW | Detailed review of Foley's October 2013 fee application (0.60); draft summary of same (0.20) | 0.80 | 140.00 |
| | AL | Update database with Ewing's October fee application (.2); Higgins' October fee application (.2); Kramer's October fee application (.1) | 0.50 | 40.00 |
| 12/5/2013 | AL | Update database with Higgins' October electronic detail (.2); Ferry's October CNO (.1); Woodcock's October electronic detail (.1); Woodcock's October through December interim electronic detail (.2); Frankel's October through December interim electronic detail (.1); Lincoln's October through December interim electronic detail (.1); Orrick's October through December interim electronic detail (.2); Lincoln's August electronic detail (.1); Lincoln's September electronic detail (.1); Tower's September CNO (.1) | 1.30 | 104.00 |
| 12/9/2013 | AL | Update database with Casner's October electronic detail | 0.10 | 8.00 |
| 12/10/2013 | AL | Update database with AKO's October electronic detail (.1); Caplin's October electronic detail (.1); Charter's October electronic detail (.1); Campbell's October electronic detail (.1) | 0.40 | 32.00 |
| | AL | Update database with Stroock's October fee application (.2); Blackstone's September fee application (.1); Casner's October fee application (.1); Woodcock's October fee application (.1); Reed's October fee application (.2) | 0.70 | 56.00 |
| 12/11/2013 | AL | research Pacer re Objections to WHSA's October fee application (.3); draft of WHSA's October CNO (.4); update database with same (.1); electronic filing with the court of October CNO (.3) | 1.10 | 88.00 |
| | AL | Update database with Casner's October electronic detail | 0.10 | 8.00 |
| 12/12/2013 | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |

W.R. Grace & Co.                                                                                                                Page     3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/12/2013 | AL | Update database with Lincoln's October electronic detail (.1); receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Foley's October (.1) and Morris's July through September (.2) fee and expense summaries | 0.50 | 40.00 |
|  | JAW | Detailed review of Blackstone's September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| 12/13/2013 | AL | Update database with Higgins' October fee application (.2); Orrick's July through September fee application (.2); Woodcock's July through September fee application (.1); Lincoln's July through September fee application (.1); Ewing's July through September fee application (.1); Rich's November fee application (.2); Casner's October fee application (.2); Capstone's July through September fee application (.1); Campbell's October fee application (.2); Caplin's October fee application (.2); AKO's October fee application (.2); Charter's October fee application (.1); Frankel's July through September fee application (.1); Blackstone's July through September fee application (.1) | 2.10 | 168.00 |
|  | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Blackstone's September (.1) Casner's October (.1) Higgins' October (.1) Kramer's October (.2) Reed's October (.1) Ewing's October (.1) Stroock's October (.1) and Woodcock's October (.1) | 1.00 | 80.00 |
|  | JAW | Detailed review of Casner's October 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | Detailed review of Higgin's October 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
|  | JAW | Detailed review of Saul's October 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | Detailed review of Reed's October 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of Stroock's October 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | JAW | Detailed review of Woodcock's October 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Kramer's October 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| 12/14/2013 | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| 12/15/2013 | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |

W.R. Grace & Co.  Page   4

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 12/16/2013 | BSR | Research docket for signed fee order (49th) | 0.10 | 31.00 |
| | AL | Research Pacer re 49th interim hearing agenda and proposed order (.4); update database with agenda (.1) | 0.50 | 40.00 |
| 12/17/2013 | BSR | Review of The Hogan Firm's quarterly and monthly fee applications for the 50th interim application period, as well as fee and expense summaries re same | 0.50 | 155.00 |
| | BSR | Receive and review signed fee order for the 49th interim period (.1); email to Jamie O'Neill re same (.1) | 0.20 | 62.00 |
| | BSR | Research docket for signed fee order (49th), quarterly applications for the 40th interim period, and other pertinent filings | 0.60 | 186.00 |
| | JAW | Detailed review of Campbell's October 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of Wooster's November 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Rich's November 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Anderson's October 2013 fee application (0.50); draft summary of same (0.10) | 0.60 | 105.00 |
| | JAW | Detailed review of Caplin's October 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of Lincoln's interim fee application (7-1-13 to 9-30-13) (0.30); draft summary of same (0.20) | 0.50 | 87.50 |
| | JAW | Detailed review of Charter's October 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | AL | receive and review email from B. Ruhlander re 49th interim fee order (.1); update database with 49th interim fee order (.1) | 0.20 | 16.00 |
| | AL | Update database with Ferry's October electronic detail (.1); Bilzin's October electronic detail (.1) | 0.20 | 16.00 |
| 12/18/2013 | JAW | Detailed review of Frankel's September 2013 fee application (0.30); detailed review of Frankel's August 2013 fee application (0.30); detailed review of Frankel's July 2013 fee application (0.3); detailed review of Frankel's interim fee application (July 2013 - September 2013) to confirm fee and expense totals equal those in the monthly fee applications (0.30); draft summary of interim fee application (0.10) | 1.30 | 227.50 |
| | AL | Receive and review email from J. Wehrmann re missing Orrick and Frankel fee applications (.1); research Pacer re Orrick and Frankel's July through September monthly fee applications (.4); update database with Orrick's July | 1.20 | 96.00 |

W.R. Grace & Co. Page 5

| | | | Hours | Amount |
|---|---|---|---|---|
| | | through September fee applications (.2) and electronic detail (.1); Frankel's July through September fee applications (.2) and electronic detail (.1); draft email to J. Wehrmann re fee applications (.1) | | |
| 12/18/2013 | AL | Update database with Beveridge's October fee application | 0.20 | 16.00 |
| | BSR | E-mail to Dan Hogan re fee applications of the Canadian ZAI professionals for the 50th interim period | 0.10 | 31.00 |
| | BSR | Review of Lauzon Belanger's monthly and quarterly fee applications for the 50th interim period (July-Sept. 2013), as well as fee and expense summaries re same | 0.40 | 124.00 |
| | JAW | Research PACER and server for Frankel's and Orrick's July 2013 - September 2013 fee applications (0.50); e-mail to B. Ruhlander requesting Orrick and Frankel missing fee application (0.10) | 0.60 | 105.00 |
| | JAW | Detailed review of Orrick's September 2013 fee application (0.70); detailed review of Orrick's August 2013 fee application (0.50); detailed review of Orrick's July 2013 fee application (0.5); detailed review of Orrick's interim fee application (July 2013 - September 2013) to confirm fee and expense totals equal those in the monthly fee applications (0.30); draft summary of interim fee application (0.30) | 2.30 | 402.50 |
| | AL | Update database with Beveridge's July through September fee application | 0.20 | 16.00 |
| | JAW | Detailed review of Beveridge's October 2013 fee application (0.50); draft summary of same (0.10) | 0.60 | 105.00 |
| | BSR | Review of Scarfone Hawkins' monthly and quarterly fee applications for the 50th Interim Period (July-Sept 2013), as well as fee and expense summaries re same | 0.40 | 124.00 |
| 12/19/2013 | AL | Update database with Kramer's 46th quarterly CNO | 0.10 | 8.00 |
| 12/20/2013 | BSR | receive, review, and respond to email from Debra Fullem re Orrick's expenses for the 50th interim period | 0.10 | 31.00 |
| 12/23/2013 | AL | Update database with PWC Darex September CNO (.1); PWC September CNO (.1) | 0.20 | 16.00 |
| | AL | Draft WHSA's November fee application (1.5); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 1.80 | 144.00 |
| | AL | Update database with Scholer's November electronic detail | 0.10 | 8.00 |
| 12/24/2013 | JAW | Proofread Warren H. Smith's November 2013 fee statement and Notice of Filing (0.40); e-mail to A. Lopez regarding revisions needed to same (0.10) | 0.50 | 87.50 |

W.R. Grace & Co. Page 6

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 12/24/2013 | AL | receive and review email from J. Wehrmann re revisions (.1); revise WHSA's November fee application (.6); update database with same (.1); draft email to J. Wehrmann re review (.1) | 0.90 | 72.00 |
| | AL | Update database with Baker's August (.1) September (.1) October (.1) and November (.1) electronic detail | 0.40 | 32.00 |
| 12/26/2013 | AL | Update database with Phillips' November electronic detail | 0.10 | 8.00 |
| | AL | receive and review email from W. Smith re approval of WHSA's November fee application (.1); prepare same for electronic filing with the court (.4); update database with same (.2); electronic filing with the court of WHSA's November fee application (.3); prepare same for service (.1) | 1.10 | 88.00 |
| | AL | Update database with Kramer's November electronic detail | 0.10 | 8.00 |
| | AL | Update database with Kramer's October CNO (.1); Ewing's October CNO (.1) | 0.20 | 16.00 |
| | AL | Update database with Orrick's November electronic detail | 0.10 | 8.00 |
| | AL | Update database with Frankel's November electronic detail | 0.10 | 8.00 |
| | JAW | Proofread revisions made to Warren H. Smith's November 2013 fee statement (0.10); e-mail to A. Lopez advising no further revisions needed to same (0.10) | 0.20 | 35.00 |
| | AL | Update database with Orrick's October electronic detail | 0.10 | 8.00 |
| 12/27/2013 | AL | Update database with Baker's October fee application (.1); Baker's September fee application (.1); Baker's August fee application (.2); Scholer's November fee application (.2); Bilzin's October fee application (.1); Ferry's October fee application (.2) | 0.90 | 72.00 |
| | AL | Update database with Ewing's October CNO | 0.10 | 8.00 |
| | AL | Update database with Beveridge's November electronic detail | 0.10 | 8.00 |
| | AL | Update database with Kramer's November fee application | 0.20 | 16.00 |
| 12/28/2013 | JAW | Detailed review of Baker Donaldson's September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Baker Donaldson's November 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Baker Donaldson's October 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Ferry's October 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |

W.R. Grace & Co.                                                                                                                    Page     7

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                 | Hours | Amount |
|------------|-----|---|---|---|
| 12/28/2013 | JAW | Detailed review of Baker Donaldson's August 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|            | JAW | Research PACER and server for fee detail to Kramer's November 2013 fee application (0.30); e-mail to B. Ruhlander requesting missing fee detail (0.10) | 0.40 | 70.00 |
|            | JAW | Detailed review of Kaye's November 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|            | JAW | Detailed review of Bilzin's October 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|            | BSR | E-mail to Kramer Levin requesting Nov. 2013 fee and expense detail | 0.10 | 31.00 |
| 12/30/2013 | AL  | Update database with Ewing's November fee application (.1); Beveridge's November fee application (.1); PWC's October fee application (.2) | 0.40 | 32.00 |
|            | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
|            | AL  | Update database with Beveridge's July through September fee application | 0.20 | 16.00 |
|            | AL  | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Frankel's July through September (.1) Lincoln's July through September (.1) Orrick's July through September (.2) Baker's August (.1) Baker's September (.1) AKO's October (.2) Baker's October (.1) Beveridge's October (.2) Bilzin's October (.1) Campbell's October (.1) Caplin's October (.1) Charter's October (.1) Ferry's October (.2) Baker's November (.1) Scholer's November (.1) Kramer's November (.1) and Rich's November (.1) fee and expense summaries | 2.20 | 176.00 |
|            | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
|            | JAW | Detailed review of Kramer's November 2013 fee application (0.30); draft summary of same (0.20) | 0.50 | 87.50 |
|            | AL  | Update database with Foley's November electronic detail | 0.10 | 8.00 |
|            | AL  | Update database with Stroock's November electronic detail | 0.20 | 16.00 |
|            | AL  | Update database with K&E's October electronic detail | 0.10 | 8.00 |
| 12/31/2013 | AL  | Update database with Foley's Novemer fee application (.1); K&E's October fee application (.1) | 0.20 | 16.00 |
|            | BSR | Conference with James Wehrmann re applications recently reviewed and ready to be picked up | 0.10 | 31.00 |
|            | AL  | Update database with Caplin's November electronic detail (.1); AKO's November electronic detail (.1); LAS's November electronic detail (.1); Campbell's November electronic detail (.1) | 0.40 | 32.00 |

W.R. Grace & Co. Page 8

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 12/31/2013 | AL | Update database with Lincoln's August CNO (.1); Lincoln's September CNO (.1) | 0.20 | 16.00 |
| | AL | Update database with Higgins' November electronic detail | 0.10 | 8.00 |
| | AL | Update database with Reed's November electronic detail | 0.10 | 8.00 |
| | | **For professional services rendered** | **44.10** | **$6,031.50** |

Additional Charges :

| | | Amount |
|---|---|---:|
| 12/31/2013 | PACER Charges | 37.50 |
| | Copying cost | 24.50 |
| | Third party copies & document prep/setup. | 17.45 |
| | **Total additional charges** | **$79.45** |
| | **Total amount of this bill** | **$6,110.95** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 24.00 | 80.00 | $1,920.00 |
| Bobbi S. Ruhlander | 4.40 | 310.00 | $1,364.00 |
| James A. Wehrmann | 15.70 | 175.00 | $2,747.50 |