IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al.[1] | ) | Case No. 01-1139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | Re: Docket No. 29453 |

**SUPPLEMENTAL AFFIDAVIT OF C. STEPHEN BIGLER
UNDER 11 U.S.C. 327(e) IN SUPPORT OF RETENTION OF RICHARDS,
LAYTON & FINGER, P.A. AS AN ORDINARY COURSE PROFESSIONAL**

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | ss: |
| COUNTY OF NEW CASTLE | ) | |

C. Stephen Bigler, being duly sworn, upon his oath, deposes and says:

1. I am a director of Richards Layton & Finger, P.A., located at One Rodney Square, 920 N. King Street, Wilmington, DE 19801 (the "Firm").

2. The Debtors have requested that the Firm provide legal services to the Debtors as an ordinary course professional, and the Firm has consented to provide such services. Accordingly, on August 14, 2012, the Firm filed and served the *Affidavit of Richards, Layton &*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.- Conn., A-1 Bit & Tool Co., Inc., Alewife Boston, Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc. Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston, Ltd., G.C. Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G. C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B, Inc., Grace A-B II, Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G, Inc., Grace H-G II, Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Interdemco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson &

*Finger, P.A. Under 11 U.S.C. 327(e)* in accordance with the ordinary course professional retention procedures approved in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). No objections to the Original Affidavit were either filed on the docket in the Chapter 11 Cases or received by the Firm.

3. I submit this affidavit to supplement the disclosures included in the Original Affidavit as follows:

   a. Prior to its retention as an ordinary course professional of the Debtors, the Firm served as counsel to The Chase Manhattan Bank ("JPMorgan") for itself, and as agent under certain credit agreements, in connection with the Chapter 11 Cases. This engagement concluded in 2004, as evidenced by the *Notice of Withdrawal of Appearance* filed by the Firm on May 27, 2004 [Docket No. 5651]. Moreover, the work performed by the Firm for JPMorgan is unrelated to the work being performed by the Firm for the Debtors; and

   b. In October 2008, the Firm began representing The Scotts Company ("Scotts") in connection with the Chapter 11 Cases and a related adversary proceeding (Adv. Proc. No. 04-55083). This representation, however, has concluded. Moreover, the work performed by the Firm for Scotts is unrelated to the work being performed by the Firm for the Debtors.

4. At any time during the period of its employment, if the Firm should discover any additional facts bearing on the matters described in the Original Affidavit or herein, the Firm will further file a further supplemental affidavit.

---

Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Executed on October 24, 2013

Richards, Layton & Finger, P.A.

_____
C. Stephen Bigler
Director

Sworn to and subscribed before me
this 24th day of October, 2013

_____
Notary Public
My Commission expires:_____

PAULA McWHORTER
My Comm. Expires Nov. 2, 2014
Notary Public - State of Delaware

3

RLF1 9494807v.1