## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: Thurs. Dec. 12, 2013 at 4:00 p.m.** |
| | ) | **Hearing Date: Weds., March 26, 2014 at 10:00 a.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 31386

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Fiftieth Quarterly Fee Application of Bilzin Sumberg Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from July 1, 2013 through September 30, 2013 (the "Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than Thursday, December 12, 2013 at 4:00 p.m.

Dated: January 21, 2014

                                            Scott L. Baena, Esquire
                                            Jay M. Sakalo, Esquire
                                            BILZIN SUMBERG BAENA PRICE
                                            & AXELROD LLP
                                            1450 Brickell Avenue, Suite 2300
                                            Miami, FL 33131
                                            Tel:    (305) 374-7580
                                            Fax:   (305) 374-7593

                                                      -and-

        FERRY, JOSEPH & PEARCE, P.A.

    /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Tel:   (302) 575-1555
Fax:   (302) 575-1714

*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*