# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of November 2013**
**1/0/1900**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|------|-------|----------------------------------|-----------|--|---------------|
| **FEE APPLICATION PREPARATION** | | | | | |
| **Name: Ian Thomas** | | | | | |
| 11/4/2013 | 5.5 | Fee application preparation | $ 189.23 | $ | 1,040.77 |
| **Name: Sara Balthazor** | | | | | |
| 11/4/2013 | 3.0 | Fee application preparation | $ 254.00 | $ | 762.00 |
| | 8.5 | | | | |
| | 8.5 | Total Grace Fee Application Charged Hours | | $ | 1,802.77 |

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | $1,106.17 |
| Robert Martin Barrett | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | $1,106.17 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 3.0 | $3,318.51 |
| John A May | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.9 | $2,101.72 |
| Matthew E Sabatini | Audit Partner | 20+ | Integrated Audit | 1,084.58 | 1.5 | $1,626.87 |
| Brian C Wiegmann | Audit Director | 20+ | Integrated Audit | 886.46 | 1.0 | $886.46 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 17.5 | $14,646.28 |
| Teresa Yannacone | Tax Director | 20+ | Integrated Audit | 793.75 | 1.5 | $1,190.63 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 781.05 | 1.5 | $1,171.58 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 723.90 | 33.0 | $23,888.70 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 622.55 | 5.5 | $3,424.03 |
| Maria V Miretti | Audit Senior Manager | 12 | Integrated Audit | 594.36 | 0.8 | $475.49 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 505.46 | 80.0 | $40,436.80 |
| David C Sands | Audit Director | 11 | Integrated Audit | 459.74 | 1.5 | $689.61 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | 437.32 | 1.0 | $437.32 |
| Stanislaus Richard Gomes | Audit Manager | 9 | Integrated Audit | 416.56 | 1.0 | $416.56 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 30.0 | $9,982.20 |
| Alexandra L Schmidt | Audit Manager | 7 | Integrated Audit | 325.12 | 126.0 | $40,965.12 |
| Daniel James Burke | Tax Manager | 8 | Integrated Audit | 318.99 | 7.8 | $2,488.12 |
| Jeff Moore | Audit Senior Associate | 5 | Integrated Audit | 300.99 | 6.0 | $1,805.94 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 270.51 | 91.3 | $24,697.56 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 254.00 | 128.5 | $32,639.00 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 247.65 | 10.0 | $2,476.50 |
| Oleg Manzul | Audit Experienced Associate | 3 | Integrated Audit | 212.09 | 17.0 | $3,605.53 |
| Yang Zhao | Audit Experienced Associate | 3 | Integrated Audit | 212.09 | 6.0 | $1,272.54 |
| Ian Matthew Thomas | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 113.5 | $21,477.61 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 97.5 | $18,449.93 |
| Lola M Tashova | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 31.0 | $5,866.13 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 152.5 | $26,727.15 |
| Nicholas Bennardo | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 14.5 | $2,541.27 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 174.93 | 3.6 | $629.75 |
| Anabel De la Rosa | Tax Associate | 1 | Integrated Audit | 174.93 | 3.0 | $524.79 |
| Matthew Blake | Audit Associate | 1 | Integrated Audit | 172.73 | 0.8 | $138.18 |
| Christopher Michael Sutton | Audit Associate | 1 | Integrated Audit | 143.51 | 150.3 | $21,569.55 |
| Kiris Miranda | Audit Associate | 1 | Integrated Audit | 128.27 | 1.0 | $128.27 |
| Brian David Detwiler | Project Specialist | 1 | Integrated Audit | 120.00 | 1.4 | $168.00 |
| Husan M Hatamov | Project Specialist | 1 | Integrated Audit | 120.00 | 5.1 | $612.00 |
| Jeremy C Johnson | Project Specialist | 1 | Integrated Audit | 120.00 | 0.4 | $48.00 |
| Todd A Brown | Project Specialist | 1 | Integrated Audit | 120.00 | 1.2 | $144.00 |
| Maria F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | $120.00 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | $240.00 |
| Syed E Siraj | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | $120.00 |
| Ankit K Bajaj | Project Specialist | 1 | Integrated Audit | 120.00 | 0.1 | $12.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 120.00 | 0.3 | $36.00 |

| Andrea Vernengo | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | $240.00 |
| Hernan Hlace | Project Specialist | 1 | Integrated Audit | 120.00 | 19.3 | $2,316.00 |
| Fiorella de Paola | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | $120.00 |
| Timika Martin | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | $300.00 |
| Kathleen G Starnes | Project Specialist | 1 | Integrated Audit | 114.30 | 0.1 | $11.43 |
| Dawn L Zacharko | Project Specialist | 1 | Integrated Audit | 114.30 | 0.4 | $45.72 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | 114.30 | 1.0 | $114.30 |
| Diane Antonczak | Project Specialist | 1 | Integrated Audit | 114.30 | 4.2 | $480.06 |
| | | | | **Total** | 1,186.0 | $320,035.55 |