# EXHIBIT - B

**WR Grace**
**EXPENSE DETAIL**
**For the Month Ended November 2013**

| Staff Member Name | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Adam Wilkinson | Audit | 11/4/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 11/6/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 11/7/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 11/8/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 11/11/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 11/12/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 11/13/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 11/14/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 11/19/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 11/20/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 11/22/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 11/25/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | Audit | 11/26/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| Drew Levy | Audit | 11/1/13 | 12.44 | | | | Mileage in excess of daily commute (26 miles roundtrip to client site - 4 miles roundtrip normal commute to the office = 22 miles excess * .565 = 12.44). |
| | Audit | 11/1/13 | 8.00 | | | | Tolls in excess of daily commute (Baltimore Harbor Tunnel, $4.00 each way = $8.00 roundtrip). |
| | Audit | 11/4/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/5/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/6/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/8/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/11/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/12/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/13/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/14/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/15/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/18/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/19/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/20/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/21/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/22/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/25/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | Audit | 11/26/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| Lola Tashova | Audit | 11/18/13 | 53.12 | | | | Mileage in excess of daily commute (100 miles roundtrip to client - 6 miles roundtrip normal commute to the office = 94 miles excess * .565 = 53.12). |
| | Audit | 11/19/13 | 50.00 | | | | Mileage in excess of daily commute (94.5 miles roundtrip to client - 6 miles roundtrip normal commute to the office = 88.5 miles excess * .565 = 50.00). |
| Nick Bennardo | Audit | 11/21/13 | 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles excess * .565 = 22.60). |
| | Audit | 11/22/13 | 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles excess * .565 = 22.60). |
| Russell Moore | Audit | 11/12/13 | 137.00 | | | | Airline fee for oversees travel to Germany to visit client site in Worms, Germany. |
| | Audit | 11/14/13 | 510.81 | | | | Car service from airport to hotel in Worms, Germany while visiting client site in Worms. |
| | Audit | 11/15/13 | | 240.68 | | | Hotel Room while traveling to WR Grace in Worms, Germany - 3 nights @ $80.23/night |
| | Audit | 11/16/13 | | 103.15 | | | Hotel Room Tax while traveling to WR Grace in Worms, Germany - 3 nights @ $34.38/night |
| | Audit | 11/18/13 | 501.86 | | | | Car service from hotel in Worms, Germany to airport while visiting client site in Worms. |
| | Audit | 11/15/13 | 51.00 | | | | Airport Parking for 5 days while traveling to WR Grace site in Worms, Germany. |
| Thomas E Smith | Audit | 11/4/13 | 1,094.91 | | | | Roundtrip coach flight George Bush Intercontinental Airport to BWI for travel to WR Grace in Columbia, MD. |
| | Audit | 11/8/13 | 51.00 | | | | Parking for 3 days at Bush Intl.Airport, Houston, TX while traveling to WR Grace in Columbia MD. |
| | Audit | 11/8/13 | 109.95 | | | | Avis rental car for two days while away at client site in Columbia, MD. |
| | Audit | 11/8/13 | | | | 10.99 | Travel dinner for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | Audit | 11/8/13 | | 287.30 | | | Hotel Room while traveling to WR Grace in Columbia, MD - 2 nights @ $143.65/night |
| | Audit | 11/9/13 | | 37.36 | | | Hotel Room Tax while traveling to WR Grace in Columbia, MD - 2 nights @ $18.68/night |
| | Audit | 11/10/13 | | | | 30.25 | Travel dinner for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | Audit | 11/11/13 | | | | 45.25 | Travel dinner for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | Audit | 11/27/13 | 568.48 | | | | Roundtrip coach flight George Bush Intercontinental Airport to BWI for travel to WR Grace in Columbia, MD. |
| Kiris Miranda | Audit | 11/30/13 | | | 26.52 | | Steel Toed safety boots for W.R. Grace Darex Puerto Rico Inventory Count. |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 4,879.27 | $ 4,097.77 | $ 668.49 | $ 26.52 | $ 86.49 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended November 2013**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Adam Wilkinson | 11/4/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/6/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/7/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/8/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/11/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/12/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/13/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/14/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/19/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/20/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/22/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/25/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/26/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| Drew Levy | 11/1/13 | Audit Experienced Associate | 12.44 | Mileage in excess of daily commute (26 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 22 miles excess * .565 = 12.44) |
| | 11/1/13 | Audit Experienced Associate | 8.00 | Tolls in excess of daily commute (Baltimore Harbor Tunnel, $4.00 each way = $8.00 roundtrip). |
| | 11/4/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/5/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/6/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/8/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/11/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/12/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/13/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/14/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/15/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/18/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/19/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/20/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/21/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/22/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/25/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/26/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| Lola Tashova | 11/18/13 | Audit Experienced Associate | 53.12 | Mileage in excess of daily commute (100 miles roundtrip to client - 6 miles roundtrip normal commute to the office = 94 miles excess * .565 = 53.12). |
| | 11/19/13 | Audit Experienced Associate | 50.00 | Mileage in excess of daily commute (94.5 miles roundtrip to client - 6 miles roundtrip normal commute to the office = 88.5 miles excess * .565 = 50.00). |
| Nick Bennardo | 11/21/13 | Audit Associate | 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles excess * .565 = 22.60). |
| | 11/22/13 | Audit Associate | 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles excess * .565 = 22.60). |
| Russell Moore | 11/12/13 | Audit Partner | 137.00 | Airline fee for oversees travel to Germany to visit client site in Worms, Germany. |
| | 11/14/13 | Audit Partner | 510.81 | Car service from airport to hotel in Worms, Germany while visiting client site in Worms. |
| | 11/15/13 | Audit Partner | 240.68 | Hotel Room while traveling to WR Grace in Worms, Germany - 3 nights @ $80.23/night |
| | 11/16/13 | Audit Partner | 103.15 | Hotel Room Tax while traveling to WR Grace in Worms, Germany - 3 nights @ $34.38/night |
| | 11/18/13 | Audit Partner | 501.86 | Car service from hotel in Worms, Germany to airport while visiting client site in Worms. |
| | 11/15/13 | Audit Partner | 51.00 | Airport Parking for 5 while traveling to WR Grace in Worms, Germany. |
| Thomas E Smith | 11/4/13 | Audit Partner | 1,094.91 | Roundtrip coach flight George Bush Intercontinental Airport to BWI for travel to WR Grace in Columbia, MD. |
| | 11/8/13 | Audit Partner | 51.00 | Parking for 3 days at Bush Intl.Airport, Houston, TX while traveling to WR Grace in Columbia MD. |
| | 11/8/13 | Audit Partner | 109.95 | Avis rental car for two days while away at client site in Columbia, MD. |
| | 11/8/13 | Audit Partner | 10.99 | Travel dinner for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | 11/8/13 | Audit Partner | 287.30 | Hotel Room while traveling to WR Grace in Columbia, MD - 2 nights @ $143.65/night |
| | 11/9/13 | Audit Partner | 37.36 | Hotel Room Tax while traveling to WR Grace in Columbia, MD - 2 nights @ $18.68/night |
| | 11/10/13 | Audit Partner | 30.25 | Travel dinner for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | 11/11/13 | Audit Partner | 45.25 | Travel dinner for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | 11/27/13 | Audit Partner | 568.48 | Roundtrip coach flight George Bush Intercontinental Airport to BWI for travel to WR Grace in Columbia, MD. |
| Kiris Miranda | 11/30/13 | Audit Associate | 26.52 | Steel Toed Boots for W.R. Grace Darex Puerto Rico Inventory Count. |

**Total**
$ 4,879.27