**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the months of September - October 2013**

**Professional Profiles**
**W.R. Grace & Co. Time Tracking – Water's Edge Tax Project**
**For the months of September-October 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ligia Lynn Machado | Tax Partner | 20+ | SALT Consulting-CA Water's Edge | 735.00 | 9.5 | $6,982.50 |
| Alan D Bollinger | Director | 15+ | SALT Consulting-CA Water's Edge | 646.00 | 27.5 | $17,765.00 |
| Elaine Segarra Warneke | Director | 20+ | SALT Consulting-CA Water's Edge | 646.00 | 31.6 | $20,423.94 |
| Lorie Fale McDonald | Tax Partner | 20+ | SALT Consulting-CA Water's Edge | 635.00 | 1.0 | $635.00 |
| Emmanuel Oranes Mendoza | Manager | 10 | SALT Consulting-CA Water's Edge | 341.00 | 9.0 | $3,069.00 |
| Ricky Brandon Harrell | Associate | 2 | SALT Consulting-CA Water's Edge | 168.00 | 5.0 | $840.00 |
| Christina Nochea | Team Assistant | 2 | SALT Consulting-CA Water's Edge | 95.00 | 1.5 | $142.50 |
| Sandra L. Colombini | Team Assistant | 20+ | SALT Consulting-CA Water's Edge | 95.00 | 0.5 | $47.50 |
| Maritza I Paredes | Team Assistant | 15 | SALT Consulting-CA Water's Edge | 95.00 | 1.0 | $95.00 |
| | | | | Total | 86.6 | $50,000.44 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court**

| Totals | 3.0 | | $ 673.50 |

**Summary of PwC's Fees By Project Category:**
**For the months of September-October 2013**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |

::Watersedge Attach B Dec 2013.docx.1

| | | |
|---|---|---|
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **3.0** | **$673.50** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | **86.6** | **$50,000.44** |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | | |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |

::Watersedge Attach B Dec 2013.docx.1

| | | |
|---|---|---|
| **28-Data Analysis** | | |
| **TOTAL:** | **89.6** | **$50,673.94** |

**Expense Summary**
**September-October 2013**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $0.00 |
| **Lodging** | N/A | $0.00 |
| **Sundry** | N/A | $0.00 |
| **Business Meals** | N/A | $0.00 |
| **TOTAL:** | | $ 0.00 |

::Watersedge Attach B Dec 2013.docx.1