# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of December 2013**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Alyssa L Hagerty** | | | | |
| 12/13/2013 | 2.0 | Preparation of fee application and fee's billing template, reviewed WIP, changes and follow ups as a result of EL rates. Preparation of detailed billing description, etc.. | $ 174.25 | $ 348.50 |
| **Name: Emmanuel Mendoza** | | | | |
| 12/13/2013 | 1.0 | Preparation of fee application and fee's billing template, reviewed WIP, changes and follow ups as a result of EL rates. Preparation of detailed billing description, etc.. | $ 325.00 | $ 325.00 |
| | **3.0** | Total Grace Fee Application Charged Hours | | **$ 673.50** |

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ligia Lynn Machado | Tax Partner | 20+ | SALT Consulting-CA Water's Edge | 735.00 | 9.5 | $6,982.50 |
| Alan D Bollinger | Director | 15+ | SALT Consulting-CA Water's Edge | 646.00 | 27.5 | $17,765.00 |
| Elaine Segarra Warneke | Director | 20+ | SALT Consulting-CA Water's Edge | 646.00 | 31.6 | $20,423.94 |
| Lorie Fale McDonald | Tax Partner | 20+ | SALT Consulting-CA Water's Edge | 635.00 | 1.0 | $635.00 |
| Emmanuel Oranes Mendoza | Manager | 10 | SALT Consulting-CA Water's Edge | 341.00 | 9.0 | $3,069.00 |
| Ricky Brandon Harrell | Associate | 2 | SALT Consulting-CA Water's Edge | 168.00 | 5.0 | $840.00 |
| Christina Nochea | Team Assistant | 2 | SALT Consulting-CA Water's Edge | 95.00 | 1.5 | $142.50 |