# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue
Wilmington, DE 19806
(302) 656 7540
EIN 51-0352711

**Canadian ZAI Claimants**
c/o Lauzon Belanger Lesperance
Attention: Careen Hannouche
286 Rue St. Paul
Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 1/8/2014
**File Number:** ZAI/WRG 060124-01
**Invoice Number:** 22025

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/2013 | KEH | E-mail correspondence with 'Day, Jason' at WRGrace, re: follow up on emails of November 21st and 22nd regarding payments for Scarfone Hawkins and Lauzon Belanger Lesperance - also another payment question - request for Remittance Advice for the payment received by LBL in the amount of $2,329.89 - need to update WRG payment register for use in preparation of fee applications. | 0.20 | 195.00 | 39.00 |
| 12/03/2013 | GP | Draft the Certificate of No Objection for Lauzon Belanger Lesperance's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/03/2013 | GP | Draft the Certificate of No Objection for Scarfone Hawkin's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/03/2013 | GP | Draft the Certificate of No Objection for The Hogan Firm's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/03/2013 | KEH | E-mail correspondence with Careen Hannouche, re: application of future credit, re: distribution on fee applications; emailed WRGrace payment spreadsheet. | 0.10 | 195.00 | 19.50 |
| 12/03/2013 | KEH | E-mail correspondence with 'Careen Hannouche';'Cindy Yates' forwarding Jason Day's email and requesting clarification, re: Jason's statement that transfer was for $642 – please review and let me know since we have record that the payment was 426, not 642. | 0.10 | 195.00 | 19.50 |
| 12/03/2013 | KEH | E-mail correspondence with Cindy Yates, re: received the following amounts:<br>Aug 7th $426.00 Nov/12 holdback<br>Aug 12th $315.75 Oct/12 holdback<br>Aug 12th $326.25 Dec/12 holdback.<br><br>Update WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |

| 1/8/2014 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 | |
|---|---|---|---|---|---|---|
| 12/03/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Fifteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 12/03/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Fifteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 12/03/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Fifteenth Quarterly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 12/03/2013 | KEH | | E-mail from Jason Day at WRGrace, re: LBL wire transfer for $642.00 was sent on 8/12/13 for Oct, Dec 2012 20%; payment to LBL for $2,329.89 included a duplicate payment for the August 80% ($768.73 July, $780.58 August,$ 780.58 August = $2,329.89) - A credit has been entered on the account and will be applied to future invoices; update WRGrace payment spreadsheet to show same for use in preparation of fee applications. | 0.40 | 195.00 | 78.00 |
| 12/03/2013 | GP | | Email to Digital Legal transmitting the Certificate of No Objection for THF, SH, and LBL's 15th Quarterly Fee Applications. | 0.10 | 195.00 | 19.50 |
| 12/03/2013 | GP | | Email to service parties transmitting the Certificate of No Objection for THF, SH, and LBL's 15th Quarterly Fee Applications. | 0.10 | 195.00 | 19.50 |
| 12/03/2013 | GP | | Prepared for and filed the Certificate of No Objection for Lauzon Belanger Lesperance's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/03/2013 | GP | | Prepared for and filed the Certificate of No Objection for Scarfone Hawkins's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/03/2013 | GP | | Prepared for and filed the Certificate of No Objection for The Hogan Firm's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/03/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Fifteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/03/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of Scarfone Hawkin's Fifteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/03/2013 | DKH | | Reviewed and revised Certificate of No Objection Regarding the 15th Quarterly Application of The Hogan Firm. | 0.30 | 400.00 | 120.00 |
| 12/03/2013 | DKH | | Reviewed docket for objections to Lauzon Belanger Lesperance's Fifteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/03/2013 | DKH | | Reviewed docket for objections to Scarfone Hawkin's Fifteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/03/2013 | DKH | | Reviewed docket for objections to the 15th Quarterly Application of The Hogan Firm. | 0.30 | 400.00 | 120.00 |
| 12/06/2013 | DKH | | E-mail correspondence with Ashlee White regarding the status of Grace's timeline for Chapter 11 emergence. | 0.30 | 400.00 | 120.00 |
| 12/06/2013 | DKH | | Reviewed status of W.R.Grace's timeline for Chapter 11 emergence. Reviewed statements released yesterday by Grace concerning the appeals. | 0.70 | 400.00 | 280.00 |

| 1/8/2014 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
|---|---|---|---|---|---|---|
| 12/09/2013 | KEH | | E-mail from Cindy Yates, re: received today $2,073.66 in payment of SH September, 2013 monthly fee account; update WRGrace payment register for use in preparation of fee applications. | 0.20 | 195.00 | 39.00 |
| 12/13/2013 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Invoice for November 1, 2013 – November 30, 2013. Reviewed same. | 0.50 | 400.00 | 200.00 |
| 12/16/2013 | DKH | | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 12/18/2013 at 11:00 AM. | 0.30 | 400.00 | 120.00 |
| 12/17/2013 | DKH | | Retrieved and reviewed Amended HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. | 0.20 | 400.00 | 80.00 |
| 12/17/2013 | DKH | | Retrieved and reviewed Order Approving Quarterly Fee Applications for the Forty-Ninth Period. | 0.40 | 400.00 | 160.00 |
| 12/17/2013 | DKH | | Retrieved and reviewed Order Authorizing, But Not Requiring, the Debtors to Make a Contribution to Qualified Settlement Funds. | 0.50 | 400.00 | 200.00 |
| 12/18/2013 | DKH | | E-mail correspondence with Bobbi Ruhlander asking me to remind attorneys Careen Hannouche and David Thompson to bill in tenth of an hour increments, as required by the Delaware Local Rules. | 0.20 | 400.00 | 80.00 |
| 12/18/2013 | DKH | | Retrieved and reviewed Motion to Approve Compromise under Rule 9019 // Debtors' Motion Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Addendum to the Amended and Restated Settlement Agreement Between W.R. Grace & Co. and Harper Insurance Ltd. Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 12/19/2013 | GP | | Draft the Certificate of No Objection for LBL's 44th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/19/2013 | GP | | Draft the Certificate of No Objection for SH's 44th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/19/2013 | GP | | Draft the Certificate of No Objection for THF's 44th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/19/2013 | KEH | | E-mail correspondence from Bobbi Ruhlander, re: Fee Auditor review of monthly and quarterly fee applications of The Hogan Firm, Scarfone Hawkins, and Lauzon Bélanger Lespérance for the period of July-Sept. 2013 (50th Interim). We will be including these applications on our combined "no objection" final report for the quarter; meet with DKHogan, re: same; per Bobbi Ruhlander's request, emailed Careen Hannouche and David Thompson to remind them to bill in tenth of an hour increments, as required by the Delaware Local Rules. | 0.20 | 195.00 | 39.00 |
| 12/19/2013 | DKH | | E-mail correspondence to Bobbie Ruhlander about local rules. | 0.10 | 400.00 | 40.00 |
| 12/19/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Fourth Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/19/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Fourth Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/20/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Fourth Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |

| 1/8/2014 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 12/20/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Fourth Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 12/20/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Fourth Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 12/20/2013 | GP | | Email to Digital Legal transmitting the Certificate of No Objection, re: the 44th Monthly Fee Applications of THF, LBL and SH. | 0.10 | 195.00 | 19.50 |
| 12/20/2013 | GP | | Email to service parties transmitting the Certificate of No Objection, re: the 44th Monthly Fee Applications of THF, LBL and SH. | 0.10 | 195.00 | 19.50 |
| 12/20/2013 | GP | | Prepared for and filed the Certificate of No Objection for LBL's 44th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/20/2013 | GP | | Prepared for and filed the Certificate of No Objection for SH's 44th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/20/2013 | GP | | Prepared for and filed the Certificate of No Objection for THF's 44th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/20/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Fourth Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/23/2013 | GP | | Email correspondence with Careen Hannouche, re: November 2013 time statement | 0.20 | 195.00 | 39.00 |
| 12/23/2013 | DKH | | Retrieved and reviewed Motion for the Entry of an Order Approving and Authorizing Implementation of The Settlement Agreement Between and Among the Debtor and the Bank Lender Group, Docket No 31504. | 1.70 | 400.00 | 680.00 |
| 12/30/2013 | GP | | Calculated project codes for Sh's November 2013 time statement. | 0.30 | 195.00 | 58.50 |
| 12/30/2013 | GP | | Calculated project codes for THF's November 2013 time statement. | 1.00 | 195.00 | 195.00 |
| 12/30/2013 | GP | | Draft 45th Monthly Fee Application for SH. | 1.30 | 195.00 | 253.50 |
| 12/30/2013 | GP | | Draft 45th Monthly Fee Application for THF. | 1.30 | 195.00 | 253.50 |
| | | | **Total Fees** | 18.90 | | $5,346.00 |

**Expenses**

| 12/09/2013 | Digital Legal, LLC - Print B\W from Tiff or PDF assembled - stapled per document - Hand delivery | 7.69 | |
|---|---|---|---|
| 12/20/2013 | Photocopies- 44th Mo Certificates of No Objection | 3.00 | |
| 12/24/2013 | Digital Legal - Print B/W from Tiff or PDF assembled (stapled per document) Hand delivery | 8.05 | |
| 12/26/2013 | Postage- 44th Mo Appl - PRD -13 - 1802 | 11.50 | |
| | **Total Expenses** | | $30.24 |

| **TOTAL NEW CHARGES** | | | $5,376.24 |
|---|---|---|---|

| 1/8/2014 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:5 |

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Prior Balance | 6,863.44 |
| Payments | -6,863.44 |
| Current Fees | 5,346.00 |
| Current Expenses | 30.24 |
| **AMOUNT DUE AND OWING TO DATE** | **$5,376.24** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

### Payments

| Date | Ref # | Description | Amount |
|---|---|---|---:|
| 12/23/2013 | 020 0700 | Payment on Account | 6,863.44 |