# EXHIBIT A

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
December 31, 2013
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS

ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

H.S.T. REGISTRATION NO. **873984314 RT – 0001**

### CANADIAN ZAI MONTHLY FEE APPLICATION
(December 1, 2013 – December 31, 2013)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/03/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 12/04/13 | receipt of and respond to class member inquiries | DT | $575.00 | 0.30 | $172.50 |
| 12/06/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 12/09/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 12/09/13 | memos to and from Cindy Yates | DT | $575.00 | 0.10 | $57.50 |
| 12/10/13 | review information on Grace website, discuss with AW re: webcast for December 12th, memo to file, memo to Matt Moloci | DT | $575.00 | 0.40 | $230.00 |
| 12/10/13 | memo to Matt Moloci re: webcast and possible meeting re: claims administration | DT | $575.00 | 0.30 | $172.50 |
| 12/12/13 | listen on webcast/Grace telephone conference call re: Chapter 11 emergence, memo to Matt Moloci | DT | $575.00 | 0.60 | 345.00 |
| 12/12/13 | Teleconference with Careen Hannouche and David Thompson regarding status of Grace proceedings and target effective date for emergence from bankruptcy and settlement | MGM | $475.00 | 0.10 | $47.50 |
| 12/16/13 | receipt of and respond to various class member inquiries re: status of US Appeal to Third Circuit Court and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 12/17/13 | receipt of and respond to class member inquiries re: status of US Appeal to Third Circuit Court, and status of CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 12/28/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN | DT | $575.00 | 0.30 | $172.50 |

| | | | | | |
|---|---|---|---|---|---|
| | ZAI settlement | | | | |
| 12 /30/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 12 /31/13 | discuss and review status with Matt Moloci, memo to Cindy Yates to arrange meeting | DT | $575.00 | 0.40 | $230.00 |
| 12 /31/13 | review dockets for period December, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of December, 2013 | LC | $150.00 | 2.00 | $300.00 |
| | | | **SUB-TOTAL** | **6.30** | **$2,762.50** |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON<br>25 years - 1988 | DT | 4.20 | $575.00 | $2,415.00 | $313.95 |
| MATTHEW G. MOLOCI<br>15 years - 1998 | MGM | 0.10 | $475.00 | 47.50 | 6.18 |
| LAW CLERK<br>Cindy Yates<br>31 years - 1982 | CY | 2.00 | $150.00 | $300.00 | $39.00 |
| **SUB-TOTAL:** | | **6.30** | | **$2,762.50** | **$359.13** |
| **TOTAL FEES AND TAXES:** | | | | | **$3,121.63** |

THIS IS OUR FEE APPLICATION,
Per:

**SCARFONE HAWKINS LLP**
E. & O.E.

***Del. Bankr. LR 2016-2(e)(iii) allows for $.10 per page for photocopies.**