# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
AVOCATS • ATTORNEYS

January 14, 2014

RE: W.R. GRACE & CO., and al.
U.S. FEE APPLICATION
CDN ZAI CLASS ACTION
Our file: 222

**CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION**
(December 1st 2013 to December 31st 2013)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**OUR FEES:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2013-12-03 | CH | Email to Karen Harvey re: credit payments from WR Grace for the purposes of preparing LBL's fee applications | 0.30 | $285.00 | $85.50 |
| 2013-12-05 | CH | Email to Karen Harvey re: confirmation receipt of wire transfer for the purposes of preparing LBL's fee applications | 0.30 | $285.00 | $85.50 |
| 2013-12-10 | CH | Telephone conversation with a class member re: update on the status of the proceedings | 0.40 | $285.00 | $114.00 |
| 2013-12-16 | CH | Letter to D. Thompson re: share of The Hogan Firm fees | 0.30 | $285.00 | $85.50 |
| 2013-12-17 | CH | Email to C. Yates re: letter for share of The Hogan Firm fees for October | 0.20 | $285.00 | $57.00 |
| | | **OUR FEES:** | **1.50** | | **$ 427.50** |

TIME SUMMARY BY LAWYER
CH     285.00     1.50     $ 427.50

**DISBURSEMENTS**

Photocopies (21 x .10 ¢)                                              2.10

**SUB-TOTAL**                                                          **$ 429.60**

G.S.T. 5%                                                              21.48
Q.S.T. 9.975 %                                                         42.85

**TOTAL**                                                              **$ 493.93**
# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001