Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2013 through November 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Bradley Rapp - Senior Managing Director | | | | | |
| 07-Oct-13 | BR | Review of weekly update report on Grace.* | 0.10 | $ 680.00 | $ 68.00 |
| 23-Oct-13 | BR | Review of Grace earnings release for 3Q13.* | 2.60 | $ 680.00 | $ 1,768.00 |
| 23-Oct-13 | BR | Grace earnings webcast.* | 0.80 | $ 680.00 | $ 544.00 |
| 06-Nov-13 | BR | Review and analysis of financial reporting package for September 2013. | 2.30 | $ 680.00 | $ 1,564.00 |
| 18-Nov-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 25-Nov-13 | BR | Review of Grace motion to make contribution to qualified settlement fund. | 0.50 | $ 680.00 | $ 340.00 |
| | | Total Bradley Rapp | 6.40 | | $ 4,352.00 |
| James Sinclair - Senior Managing Director | | | | | |
| 08-Nov-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| 12-Nov-13 | JS | Review, analyze Grace 3rd Quarter 2013 10-Q for monitoring. | 2.70 | $ 680.00 | $ 1,836.00 |
| 18-Nov-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 25-Nov-13 | JS | Review, analyze pricing information and date for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 26-Nov-13 | JS | Review for comment Grace Qualified Settlement Fund (QSF) 2013 Contribution Motion. | 1.90 | $ 680.00 | $ 1,292.00 |
| | | Total James Sinclair | 6.40 | | $ 4,352.00 |
| Peter Cramp - Associate | | | | | |
| 06-Nov-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 11-Nov-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 18-Nov-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 25-Nov-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| | | Total Peter Cramp | 5.80 | | $ 2,175.00 |
| Gibbons Sinclair - Associate | | | | | |
| 05-Nov-13 | GS | Review and revise September Monthly Fee Statement. | 0.40 | $375.00 | $ 150.00 |
| 12-Nov-13 | GS | Review and revise Interim Fee Application. | 0.90 | $375.00 | $ 337.50 |
| 28-Nov-13 | GS | Review and revise October Monthly Fee Statement. | 0.70 | $375.00 | $ 262.50 |
| | | Total Gibbons Sinclair | 2.00 | | $ 750.00 |
| | | TOTAL | 20.60 | | $ 11,629.00 |

* Not included in October 2013 Fee Statement

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2013 through November 30, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 06-Nov-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.50 | $375.00 | $ 562.50 |
| 08-Nov-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| 11-Nov-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 18-Nov-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 18-Nov-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 25-Nov-13 | JS | Review, analyze pricing information and date for purposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 25-Nov-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| | | Total Asset Analysis and Recovery | 7.60 | | $ 3,399.00 |
| Case Administration | | | | | |
| 07-Oct-13 | BR | Review of weekly update report on Grace.* | 0.10 | $ 680.00 | $ 68.00 |
| 23-Oct-13 | BR | Review of Grace earnings release for 3Q13.* | 2.60 | $ 680.00 | $ 1,768.00 |
| 23-Oct-13 | BR | Grace earnings webcast.* | 0.80 | $ 680.00 | $ 544.00 |
| 06-Nov-13 | BR | Review and analysis of financial reporting package for September 2013. | 2.30 | $ 680.00 | $ 1,564.00 |
| 18-Nov-13 | BR | Review of weekly update report on Grace. | 0.10 | $ 680.00 | $ 68.00 |
| 12-Nov-13 | JS | Review, analyze Grace 3rd Quarter 2013 10-Q for monitoring. | 2.70 | $ 680.00 | $ 1,836.00 |
| | | Total Case Administration | 8.60 | | $ 5,848.00 |
| Fee Applications (Applicant) | | | | | |
| 05-Nov-13 | GS | Review and revise September Monthly Fee Statement. | 0.40 | $375.00 | $ 150.00 |
| 12-Nov-13 | GS | Review and revise Interim Fee Application. | 0.90 | $375.00 | $ 337.50 |
| 28-Nov-13 | GS | Review and revise October Monthly Fee Statement. | 0.70 | $375.00 | $ 262.50 |
| | | Total Fee Applications (Applicant) | 2.00 | | $ 750.00 |
| Plan and Disclosure Statement | | | | | |
| 25-Nov-13 | BR | Review of Grace motion to make contribution to qualified settlement fund. | 0.50 | $ 680.00 | $ 340.00 |
| 26-Nov-13 | JS | Review for comment Grace Qualified Settlement Fund (QSF) 2013 Contribution Motion. | 1.90 | $ 680.00 | $ 1,292.00 |
| | | Total Plan and Disclosure Agreement | 2.40 | | $ 1,632.00 |
| | | TOTAL | 20.60 | | $ 11,629.00 |

* Not included in October 2013 Fee Statement

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2013 through November 30, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 6.40 | $ 680.00 | $ 4,352.00 |
| James Sinclair - Senior Managing Director | 6.40 | $ 680.00 | $ 4,352.00 |
| Peter Cramp - Associate | 5.80 | $ 375.00 | $ 2,175.00 |
| Gibbons Sinclair - Associate | 2.00 | $ 375.00 | $ 750.00 |
| Total Professional Hours and Fees | 20.60 | | $ 11,629.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period November 1, 2013 through November 30, 2013

| Date | Description of Item | Amount |
|---|---|---|
| | No Expenses During this Period | |
| | Total Expenses November 1, 2013 through November 30, 2013 | $0.00 |