**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF FILING OF UNDISPUTED CLAIMS EXHIBIT**

**PLEASE TAKE NOTICE** that, pursuant to Section 5.1 of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders As Modified Through December 23, 2010 [Docket no. 26368], including all exhibits thereto (the "Plan"), the Debtors have filed their Undisputed Claims Exhibit, which lists all Plan Claims (other than Asbestos PI Claims, Asbestos PD Claims, and CDN ZAI PD Claims) that the Debtors have already analyzed and to which the Debtors have no objection.[2]

**PLEASE TAKE FURTHER NOTICE** that you are receiving this notice because you are listed, as of January 21, 2014, as the holder of record of one or more Plan Claims listed on the Undisputed Claims Exhibit.

**PLEASE TAKE FURTHER NOTICE** that the Plan Claims listed in the Undisputed Claims Exhibit are Allowed Claims as set forth in Section 1.1.4 of the Plan. The Undisputed Claims Exhibit lists the Allowed amount of each Plan Claim and, to the extent applicable, the amount of interest to be paid in satisfaction of each such claim as of January 31, 2014.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, to the extent that the Plan Effective Date occurs after January 31, 2014, payment in satisfaction of Plan Claims on the Undisputed Claims Exhibit shall include interest at the applicable rate through and including the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Paragraph IV.K of the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified through December 23, 2010 [Docket no. 26155], dated January 31, 2011, the Debtors have determined that, as of the close of business on January 31, 2014, the various transfer and claims registers for each of the classes of Claims as maintained by the Debtors or their agents shall be deemed closed, and there shall be no further changes in the record holders of any of the Claims. The Debtors and the Reorganized Debtors shall have no obligation to recognize any transfer of the Claims occurring after the close of business on January 21, 2014.

**PLEASE TAKE FURTHER NOTICE** that you may view the Undisputed Claims Exhibit at www.bmcgroup.com/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that, if you have questions or concerns regarding your Plan Claim, you may contact the Debtors through it claims administrator, BMC Group Inc., as follows:

| | | |
|---|---|---|
| **Telephone:** | BMC's toll-free number: | 888-909-0100 |
| **E-mail:** | E-mail address: | wrgraceinfo@bmcgroup.com |
| **Facsimile**: | Facsimile number: | 888-316-2354 |

When you contact BMC by any of the above-described methods, please include your name and address, a daytime telephone number and (if you have one) an e-mail address. This will allow a BMC representative to contact you.

Dated: January 21, 2014

| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **THE LAW OFFICES OF ROGER HIGGINS, LLC** |
| Adam Paul | Roger J. Higgins |
| John Donley | 111 East Wacker Drive |
| 300 North LaSalle Street | Suite 2800 |
| Chicago, IL 60654 | Chicago, IL 60601 |
| (312) 862-2000 | (312) 836-4047 |

And

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/  James E. O'Neill

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
(302) 652-4400 (Fax)

Co-Counsel for the Debtors and Debtors-in-Possession