IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (KJC) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| Debtors. | ) Related Dkt. No. 30718, 30902 |

**FIRST SUPPLEMENTAL DECLARATION UNDER
FED. R. BANKR. P. 2014 AND 5002 IN SUPPORT OF THE
ORDER AUTHORIZING RETENTION AND
EMPLOYMENT OF ORRICK, HERRINGTON & SUTCLIFFE LLP AS
BANKRUPTCY COUNSEL TO ROGER FRANKEL AS
ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE**

I, Debra L. Felder, state:

1. I am a lawyer with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"). I am admitted to practice law before the Bars of the District of Columbia and the State of Maryland, and am authorized to execute this First Supplemental Declaration ("First Supplemental Declaration") on behalf of Orrick. Orrick is bankruptcy counsel to Roger Frankel, the Asbestos PI Future Claimants' Representative appointed by the Court (the "FCR") in the above-captioned cases, *nunc pro tunc*, to May 16, 2013 pursuant to an interim order entered May 29, 2013 [Dkt. No. 30681], as amended on May 30, 2013, and which became final by its terms on June 14, 2013 [Dkt. No. 30689].

2. On June 5, 2013, the FCR sought Court approval to retain and employ Orrick as his bankruptcy counsel (the "Application") [Dkt. No. 30718]. In support of the Application, Orrick submitted a declaration pursuant to Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Rules") [Dkt. No. 30171].

3. The Application was approved pursuant to an Order entered July 31, 2013, effective as of May 16, 2013 [Dkt. No. 30902].

4. The facts set forth in this First Supplemental Declaration are based upon my personal knowledge, upon records maintained by Orrick in the ordinary course of its business which have been reviewed by me and/or by others at Orrick, or upon information known to others at Orrick and conveyed to me.

5. I make this First Supplemental Declaration out of an abundance of caution, and not because I believe the matters set forth herein are within the scope of the Rules.

6. Kirkland & Ellis LLP ("Kirkland") is counsel to the Debtors in these chapter 11 bankruptcy proceedings. Orrick has been engaged by Kirkland on a matter regarding a financing which matter is completely unrelated to the Debtors, the FCR, and these chapter 11 cases.

7. Orrick will use reasonable efforts to identify any additional relevant fact or relationship not previously disclosed. If any fact or relationship is discovered, Orrick will, as soon as reasonably practicable, file additional supplemental declarations with the Court.

\* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

/s/ Debra L. Felder
Debra L. Felder

Executed on January 21, 2014

2