IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I, James E. O'Neill, hereby certify that on the 24th day of January, 2014, I caused

a copy of the following document(s) to be served on the individuals on the attached service list(s)

in the manner indicated:

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS'
MOTION PURSUANT TO SECTIONS 105, 363, 1107 AND 1108 OF THE
BANKRUPTCY CODE AND RULES 2002, 6004, 9014 AND 9019 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER
APPROVING THE ADDENDUM TO THE AMENDED AND RESTATED
SETTLEMENT AGREEMENT BETWEEN W. R. GRACE & CO. AND
HARPER INSURANCE LTD.**

_____
James E. O'Neill (Bar No. 4042)

**W. R. Grace Core Group Service List**
Case No. 01-1139 (KJC)
Doc. No. 27348
09 – Hand Delivery
12 – First Class Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
3rd and Market Street
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane Morris LLP
222 Delaware Avenue, 16th Floor
Wilmington, DE  19801-1246

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, 10th Floor
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
Richard L. Schepacarter
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
844 King Street, Room 2207
Wilmington, DE  19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19899

*Hand Delivery*
(Bankruptcy Counsel to Roger Frankel, Successor
Legal Representative for Future Asbestos Personal
Injury Claimants)
Philips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806

**Hand Delivery**
(Delaware Counsel to Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE   19801

**First Class Mail**
(Counsel to Debtor)
Roger Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

**First Class Mail**
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

**First Class Mail**
(W. R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**First Class Mail**
(Official Committee of Unsecured
Creditors)
Michael Magzamen, Esquire
Kenneth Pasquale, Esquire
Arlene Krieger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

**First Class Mail**
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

**First Class Mail**
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

**First Class Mail**
(Equity Committee Counsel)
Philip Bentley, Esquire
Douglas Mannal, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**First Class Mail**
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

**First Class Mail**
(Co-Counsel to the debtor-in-possession
lender)
David S. Heller, Esquire
Carol Hennessey, Esquire
Douglas S. Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

*First Class Mail*
(Bankruptcy Counsel Successor Legal Representative
for Future Asbestos Personal Injury Claimants)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706

*First Class Mail*
(Counsel to Hon. Alexander M. Sanders, Jr.
Property Damages Future Claims
Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich, Esquire
1201 Elm Street, Suite 4244
Dallas, TX  75270

*First Class Mail*
)
Robert M. Horkovich, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182