# EXHIBIT A

## PHILLIPS, GOLDMAN & SPENCE, P.A.

## INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## DECEMBER 1, 2013 THROUGH
## DECEMBER 31, 2013

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
EI #: 51-0328786

January 16, 2014

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   109330

Re: W. R. Grace & Co.
    Roger Frankel
Case No.: 01-01139 (RLB)

```
          Subtotal for FEES only: 12/31/13      $1,782.00
          Subtotal for COSTS only: 12/31/13       $858.41
                                                ------------
CURRENT PERIOD FEES AND COSTS: 12/31/13         $2,640.41
                                                ------------

                        PAY THIS AMOUNT         $2,640.41
                                                ============
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please send remittance copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

January 16, 2014

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   109330

Re:  W. R. Grace & Co.
     Roger Frankel

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| PLAN AND DISCLOSURE STATEMENT | 0.1 | 49.50 |
| CASE ADMINISTRATION | 0.2 | 33.00 |
| FEE/EMPLOYMENT APPLICATIONS | 4.5 | 907.50 |
| LITIGATION | 1.6 | 792.00 |
| Subtotal for FEES only: 12/31/13 | 6.4 | $1,782.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 495.00 | JCP | 2.20 | 2.20 | 1,089.00 | 0.00 | 0.00 |
| 165.00 | TLB | 0.10 | 0.10 | 16.50 | 0.00 | 0.00 |
| 165.00 | CAH | 4.10 | 4.10 | 676.50 | 0.00 | 0.00 |
| Totals | | | 6.40 | 6.40 | 1,782.00 | 0.00 | 0.00 |

```
Sorts:   Grouping code            (Paginate)
         Client code
         Actual employee code     (Subtotal)
         Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 109330 to 109330
```

|         |                             | Act | Trans   |                          | Billable | Billable | Gr |
| Cl code | Grouping code description   | Emp | Date    | Transaction description  | Hours    | Dollars  | Cd |
|---------|-----------------------------|-----|---------|--------------------------|----------|----------|----|
| WRG     | CASE ADMINISTRATION         | CAH | 12/03/13 | Update 2002 list.       | 0.20     | 33.00    | Ca |
|         |                             |     |         |                          | ------   | -------  |    |
|         |                             |     |         |                          | 0.20     | 33.00    |    |
|         |                             |     |         |                          | ------   | -------  |    |
|         |                             |     |         |                          | 0.20     | 33.00    |    |
|         |                             |     |         |                          | ------   | -------  |    |

Total records this group:  1

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 12/06/13 | Review of Order disallowing Nelson claim; review of Order Amending Blackstone's Retention Order with Second Engagement Letter. | 0.20 | 99.00 | Li |
| WRG | LITIGATION | JCP | 12/14/13 | Review of Amended Agenda canceling 12/16/13 Hearing; review of Order Authorizing Destruction of Documents; review of Order Extending Term of Estate; review of Certificate of No Objection re: Order Authorizing a Contribution to Qualified Settlement of Funds. | 0.30 | 148.50 | |
| WRG | LITIGATION | JCP | 12/16/13 | Review of Agenda for 12/18/13 Hearing. | 0.10 | 49.50 | |
| WRG | LITIGATION | JCP | 12/17/13 | Review of Order disallowing employee claims; review of Amended Agenda for 12/18/13 Hearing. | 0.20 | 99.00 | |
| WRG | LITIGATION | JCP | 12/23/13 | E-mail from Rick Wyron re: settlement with Bank Lenders (.1); review of Motion to Approve Settlement Agreement between Debtors and Bank Lenders Group (.5); letter from counsel for Debtors and counsel for Bank Lender Group to 3rd Circuit re: settlement (.1); e-mail from Celeste A. Hartman re: same (.1) | 0.80 | 396.00 | |
| | | | | | ------ | -------- | |
| | | | | | 1.60 | 792.00 | |
| | | | | | ------ | -------- | |
| | | | | | 1.60 | 792.00 | |
| | | | | | ------ | -------- | |

Total records this group: 5

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/05/13 | Download and file Certificate of No Objection for Towers retention. | 0.20 | 33.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/05/13 | Download file and e-mail receipt information for D. Fullem for Lincoln's August, September and Second Quarterly fee applications. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/05/13 | Download file and e-mail receipt information for D. Fullem for Orrick's and Frankel's Second Quarterly fee. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/11/13 | Conference with Tanya L. Birdsell re: incoming pleadings; conference with John C. Phillips, Jr. re: Phillips, Goldman & Spence fees. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/13/13 | Draft Certificate of No Objection for October fee application; conference with John C. Phillips, Jr. on same. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/13/13 | Draft November fee application; forward to John C. Phillips, Jr. | 0.70 | 115.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/18/13 | Respond to two e-mails received from D. Fullem; download Certificate of No Objections for Orrick and Frankel and file same; e-mail D. Fullem docket information. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/26/13 | Scan, OCR and file and serve Phillips, Goldman & Spence November fee application. | 0.30 | 49.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/26/13 | Download and file Frankel's November fee application; e-mail docket information back to D. Fullem; teleconference Orrick on exhibit. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/27/13 | Exchange of e-mails with D. Fullem; obtain Exhibit A to Frankel fee application and file same; e-mail docket entry to D. Fullem. | 0.40 | 66.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/27/13 | Respond to e-mail from D. Felder. | 0.10 | 16.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/31/13 | Download and file Certificate of No Objections for Lincoln's August and September fee applications; sending filing information to D. Fullem. | 0.30 | 49.50 | |
| | | | | | ------ | -------- | |
| | | | | | 3.90 | 643.50 | |
| | | | | | ------ | -------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/17/13 | Review of Order authorizing retention of Towers Watson; review of Order approving Quarterly Fee Applications including Phillips, Goldman & Spence application. | 0.20 | 99.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/21/13 | Review of, revise and execute Phillips, Goldman & Spence 7th Interim Fee Application. | 0.30 | 148.50 | |
| | | | | | ------ | -------- | |
| | | | | | 0.50 | 247.50 | |
| | | | | | ------ | -------- | |

ANAGMAST200MBLO4iz-Transaction
-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | TLB | 12/11/13 | E-file Application for Compensation of Sixth Monthly Interim Application for the period October 1, 2013 to October 31, 2013 for Lincoln Partners Advisors LLC. | 0.10 | 16.50 | fa |
| | | | | | ------ | ------- | |
| | | | | | 0.10 | 16.50 | |
| | | | | | ------ | ------- | |
| | | | | | 4.50 | 907.50 | |
| | | | | | ------ | ------- | |

Total records this group:   15

WRG-AUS                                    LEGALMASTER MIRC for Transactions                                          1/16/2014  Pg 5
                                                         -Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 12/02/13 | Review of Notice re: S. Nagaraj no longer representing Amicus Curiae LSTA and MFA. | 0.10 | 49.50 | ps |
|  |  |  |  |  | ------ | ------- |  |
|  |  |  |  |  | 0.10 | 49.50 |  |
|  |  |  |  |  | ------ | ------- |  |
|  |  |  |  |  | 0.10 | 49.50 |  |
|  |  |  |  |  | ------ | --------- |  |

Total records this group:   1

                                                                                                      6.40       1,782.00
                                                                                                     ======    ==========

22 records printed.