EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
DECEMBER 1, 2013 THROUGH
DECEMBER 31, 2013

Phillips, Goldman & Spence, P.A.

Page   2

January 16, 2014

Orrick, Herrington & Sutcliffe, LLP

File  WRG-AUS/JCP
Invoice number   109330

Re:  W. R. Grace & Co.
     Roger Frankel


COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 12/04/13 | Check No.: 53210 - Parcel's Inc. - Document Services. | 858.41 |
|  | Subtotal for COSTS only: 12/31/13 | $858.41 |