IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (KJC)<br>Jointly Administered<br><br>Related Docket No. 31557 |

**CERTIFICATE OF NO OBJECTION
REGARDING DOCKET NO. 31557**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **One Hundred and Seventeenth Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from October 1, 2013 through October 31, 2013** (the "Application") [Docket No. 31557] filed on January 2, 2014.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than January 22, 2013 at 4:00 p.m.

**[REMAINDER OF PAGE HAS BEEN INTENTIONALLY LEFT BLANK]**

DM3\2803016.1

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $14,657.60, which represents eighty percent (80%) of the requested compensation of $18,322.00, and one hundred percent (100%) of expenses of $28.41 without further order from the court.

Dated: January 27, 2014
       Wilmington, Delaware

/s/ *Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1246
Telephone:    (302)-657-4900
Facsimile:    (302)-657-4901
Email:        mlastowski@duanemorris.com
              rwriley@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors*