

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number  2221014 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date  01/17/14 |
| Peninsula Capital Advisors LLC | Client Number  359022 |
| 404B East Main Street | Matter Number  00014 |
| Charlottesville, VA  22902 | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 45.60 |
| Federal Express | 130.52 |
| CURRENT EXPENSES | 176.12 |
| **TOTAL AMOUNT OF THIS INVOICE** | 176.12 |
| **NET AMOUNT OF THIS INVOICE** | 176.12 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace – Official Committee of Equity Security Holders | Invoice Number 2221011 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 01/17/14 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00001 |
| Charlottesville, VA 22902 | |

Re: Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/26/13 | TKD | Review Notice of Request for Order, Pursuant to Excess Asset Sale Procedures, Entitling Purchaser to the Benefits and Protections Afforded by 11 U.S.C. Section 363(m) and Granting Certain Related Relief | 0.3 | 195.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $650.00 | = | 195.00 |

CURRENT FEES                                                                      195.00

**TOTAL AMOUNT OF THIS INVOICE**                                                  195.00

**NET AMOUNT OF THIS INVOICE**                                                    195.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2221012 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 01/17/14 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00004 |
| Charlottesville, VA 22902 | |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/02/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/03/13 | TKD | Review all daily case filings and share with team | 0.3 | 195.00 |
| 12/04/13 | TKD | Review daily case filings and share with team | 0.3 | 195.00 |
| 12/05/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/06/13 | TKD | Review all case filings daily and share with team | 0.5 | 325.00 |
| 12/09/13 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 12/10/13 | TKD | Review all daily case filings and share with team | 0.4 | 260.00 |
| 12/11/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/12/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/13/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/16/13 | TKD | Peruse all case filings and share with team | 0.4 | 260.00 |
| 12/17/13 | TKD | Review all daily filings and share with team | 0.4 | 260.00 |
| 12/18/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/19/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/20/13 | TKD | Review all case pleadings filed and share with team | 0.4 | 260.00 |
| 12/23/13 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 12/24/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 12/26/13 | TKD | Review all case filings and share with team | 0.4 | 260.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00004  
01/17/14

WR Grace - Official Committee of Equity Security Holders  
Case Administration

Invoice Number 2221012  
Page 2

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/27/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/30/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 12/31/13 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| | | TOTAL HOURS | 8.6 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 8.6 | at | $650.00 | = | 5,590.00 |

CURRENT FEES                                                5,590.00

**TOTAL AMOUNT OF THIS INVOICE**                            5,590.00

**NET AMOUNT OF THIS INVOICE**                              5,590.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2221013 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 01/17/14 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/23/13 | TKD | Review report to committee about Lender settlement | 0.2 | 130.00 |
| | | TOTAL HOURS | 0.2 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Teresa K.D. Currier | 0.2  at | $650.00  = | 130.00 |

CURRENT FEES                                                                 130.00

**TOTAL AMOUNT OF THIS INVOICE**                                             130.00

**NET AMOUNT OF THIS INVOICE**                                               130.00

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2221015 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 01/17/14 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/03/13 | TBB | Draft Saul Ewing's Eighteenth Quarterly Fee Application. | 0.6 | 117.00 |
| 12/03/13 | TBB | File and serve Saul Ewing's Eighteenth Quarterly Fee Application. | 0.8 | 156.00 |
| 12/03/13 | TBB | Draft Saul Ewing's Forty Second Monthly Fee Application. | 0.4 | 78.00 |
| 12/03/13 | TBB | File and serve Saul Ewing's Forty Second Monthly Fee Application. | 0.8 | 156.00 |
| 12/26/13 | TBB | Draft CNO to Saul Ewing's fifty-second monthly fee application. | 0.2 | 39.00 |
| 12/26/13 | TBB | File and swerve CNO to Saul Ewing's fifty-second monthly fee application | 0.8 | 156.00 |
| 12/26/13 | TBB | Draft CNO to Saul ewing's eighteenth quarterly fee application. | 0.2 | 39.00 |
| 12/26/13 | TBB | File and serve CNO to Saul Ewing's eighteenth quarterly fee application. | 0.8 | 156.00 |
| 12/26/13 | TBB | Draft Notice to Kramer Levin's one hundred and forty seventh monthly fee application. | 0.2 | 39.00 |
| 12/27/13 | TBB | Draft Saul Ewing's fifty-third monthly fee application. | 0.5 | 97.50 |
| 12/27/13 | TBB | File and serve Saul Ewing's fifty-third monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 6.1 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2221015 |
| 00015 | Holders | Page 2 |
| 01/17/14 | Fee Applications/Applicant | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 6.1 | at | $195.00 | = | 1,189.50 |

|  |  |
|---|---|
| CURRENT FEES | 1,189.50 |
| **TOTAL AMOUNT OF THIS INVOICE** | 1,189.50 |
| **NET AMOUNT OF THIS INVOICE** | 1,189.50 |

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2221016 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 01/17/14 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00016 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/02/13 | TBB | Draft Notice to Kramer Levin's One Hundred and Forty-Sixth Monthly fee Application. | 0.2 | 39.00 |
| 12/02/13 | TBB | File and serve Notice to Kramer Levin's One Hundred and Forty-Sixth Monthly fee Application. | 0.8 | 156.00 |
| 12/02/13 | TBB | Draft CNO to Kramer Levin's One Hundred and Forty Fifth Monthly Fee Application. | 0.2 | 39.00 |
| 12/02/13 | TBB | File and serve CNO to Kramer Levin's One Hundred and Forty Fifth Monthly Fee Application. | 0.8 | 156.00 |
| 12/18/13 | TBB | Draft CNO to Kramer Levin's forty sixth monthly fee application. | 0.2 | 39.00 |
| 12/19/13 | TBB | File and serve the CNO to Kramer Levin's forty sixth quarterly fee application. | 0.8 | 156.00 |
| 12/26/13 | TKD | Review filings and file Kramer Levin fee app | 0.3 | 195.00 |
| 12/26/13 | TBB | Draft CNO to Kramer LEvin's one hundred and forty=sixth monthly fee application. | 0.2 | 39.00 |
| 12/26/13 | TBB | File and serve CNO to kramer Levin's one hundred and forty-sixth monthly fee application. | 0.8 | 156.00 |
| 12/26/13 | TBB | File and serve Kramer Levin's one hundred and forty seventh monthly fee application | 0.8 | 156.00 |
| | | TOTAL HOURS | 5.1 | |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

359022  
00016  
01/17/14

WR Grace - Official Committee of Equity Security Holders  
Fee Applications/Others

Invoice Number 2221016  
Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 4.8 | at | $195.00 | = | 936.00 |
| Teresa K.D. Currier | 0.3 | at | $650.00 | = | 195.00 |

CURRENT FEES     1,131.00

**TOTAL AMOUNT OF THIS INVOICE**     1,131.00

**NET AMOUNT OF THIS INVOICE**     1,131.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2221017 |
| Invoice Date | 01/17/14 |
| Client Number | 359022 |
| Matter Number | 00017 |

Re: Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/13:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/17/13 | TKD | Coordinated about hearing tomorrow with DAvid Blabey, and with Jamie ONeill | 0.3 | 195.00 |
| | | TOTAL HOURS | 0.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.3 | at | $650.00 | = | 195.00 |

CURRENT FEES                                     195.00

**TOTAL AMOUNT OF THIS INVOICE**                 195.00

**NET AMOUNT OF THIS INVOICE**                   195.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**Saul Ewing LLP**

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

Invoice Number    2221018
Invoice Date      01/17/14
Client Number     359022
Matter Number     00020

Re:  Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/13:

| Date     | Tkpr | Description                                                                           | Hours | Value  |
|----------|------|---------------------------------------------------------------------------------------|-------|--------|
| 12/19/13 | TKD  | Review Motion to Approve Compromise with Harper Insurance Company                     | 0.3   | 195.00 |
| 12/23/13 | TKD  | Review communication to committee about lender settlement and review letter to court  | 0.3   | 195.00 |
| 12/23/13 | TKD  | Review pleadings filed to implement Lender settlement                                 | 0.4   | 260.00 |
|          |      | TOTAL HOURS                                                                           | 1.0   |        |

TIMEKEEPER TIME SUMMARY:

| Timekeeper         | Hours |    | Rate     |   | Value  |
|--------------------|-------|----|----------|---|--------|
| Teresa K.D. Currier| 1.0   | at | $650.00  | = | 650.00 |

CURRENT FEES                                        650.00

**TOTAL AMOUNT OF THIS INVOICE**                    650.00

**NET AMOUNT OF THIS INVOICE**                      650.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP