# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: February 17, 2014<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $626.00 | 1.7 | $ 1,064.20 |
| | | | | | |
| TOTAL | | | | 1.7 | $ 1,064.20 |

4214802.1


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

January 28, 2014
Invoice No.: 533010
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through December 31, 2013

|  |  |  |
|---|---|---|
| Fees | | $1,064.20 |
| **Total Fees and Disbursements** | | **$1,064.20** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 533010
January 28, 2014
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 12/12/13 | Jaffe | P230 | Reviewing, revising, draft annual groundwater monitoring report (1.3). | 1.3 |
| 12/18/13 | Jaffe | P230 | Reviewing 1,4-dioxane results and emails with Ms. Sheehan regarding same (.4). | 0.4 |
| | | | **Total Hours** | **1.7** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 533010
January 28, 2014
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.7 | at | 626.00 | = | 1,064.20 |
| **Total Fees** | | | | | **$1,064.20** |
| **Total Fees** | | | | | **$1,064.20** |
| **Total Fees and Disbursements** | | | | | **$1,064.20** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

January 28, 2014
Invoice No.: 533010
Matter No.: 08743.00088

Re:    Acton Site OU3

Total Fees and Disbursements          <u>$1,064.20</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions**<br>CitiBank, N.A.<br>666 5th Avenue, Floor 5<br>New York, NY 10103 | ABA: 221172610<br>Swift #: CITIUS33<br>Account #: 1255513785<br>Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 533010
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $626.00 | 2.7 | $  1,690.20 |
| | | | | | |
| TOTAL | | | | 2.7 | $  1,690.20 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

January 28, 2014
Invoice No.: 533011
Matter No.: 08743.00102

**Re:     Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through December 31, 2013

Fees $1,690.20

**Total Fees and Disbursements** **$1,690.20**

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    PARIS    FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 533011
January 28, 2014
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 12/09/13 | Jaffe | P230 | Team telephone conference and preparing for same (1.3). | 1.3 |
| 12/20/13 | Jaffe | P230 | Reviewing Town redevelopment plan (.5); emails with team regarding property lien and sale (.4). | 0.9 |
| 12/31/13 | Jaffe | P230 | Reviewing revised draft scope and emails with team regarding same (.5). | 0.5 |
| | | | **Total Hours** | **2.7** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 533011
January 28, 2014
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 2.7 | at | 626.00 | = | 1,690.20 |
| **Total Fees** | | | | | **$1,690.20** |

| | |
|---|---|
| **Total Fees** | **$1,690.20** |
| **Total Fees and Disbursements** | **$1,690.20** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

January 28, 2014
Invoice No.: 533011
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**        **$1,690.20**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions**<br>CitiBank, N.A.<br>666 5th Avenue, Floor 5<br>New York, NY 10103 | ABA: 221172610<br>Swift #: CITIUS33<br>Account #: 1255513785<br>Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 533011
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:**  W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $626.00 | 8.4 | $  5,258.40 |
| | | | | | |
| **TOTAL** | | | | **8.4** | **$  5,258.40** |

Expenses

| Description | Total |
|---|---|
| Telephone | $        9.23 |
| Parking | $      23.00 |
| Meals* | $    122.15 |
| | |
| **TOTAL** | **$    154.38** |

*Pre-meeting and lunch for 7 at our offices before meeting at EPA regarding reuse of the Grace Source Area Property at the Wells G&H Superfund Site


## FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

January 28, 2014
Invoice No.: 533012
Matter No.: 08743.00103

**Re:**    **Wells G&H Superfund Site**

For Professional Services rendered through December 31, 2013

| | |
|---|---:|
| Fees | $5,258.40 |
| Disbursements | 154.38 |
| **Total Fees and Disbursements** | **$5,412.78** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    PARIS    FOLEYHOAG.COM

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 533012
January 28, 2014
Page 2

| <u>Date</u> | <u>Timekeeper</u> | <u>Tsk</u> | <u>Narrative</u> | <u>Hours</u> |
|------|-----------|-----|-----------|-------|
| 12/04/13 | Jaffe | P230 | Reviewing draft EPA meeting agenda and emails with Mr. Smith regarding same (.2). | 0.2 |
| 12/09/13 | Jaffe | P230 | Reviewing Mr. Guswa memorandum regarding Cummings property scope (.5). | 0.5 |
| 12/10/13 | Jaffe | P230 | Team telephone conference regarding EPA meeting and preparation for same (1.3); reviewing groundwater data and emails with Ms. Sheehan regarding same (.2). | 1.5 |
| 12/17/13 | Jaffe | P230 | Meeting with EPA regarding property sale (2.3); team meeting to prepare for same (2.0); reviewing consent decree and presentation materials (.4); attention to Central Area allocation, including emails with Mr. Bibler and team (.3). | 5.0 |
| 12/18/13 | Jaffe | P230 | Emails with Mr. Bibler and team regarding mediation (.4). | 0.4 |
| 12/20/13 | Jaffe | P230 | Telephone call with Ms. Duff, emails with team, email with Mr. Bibler, all regarding potential mediation (.8). | 0.8 |
| | | | **Total Hours** | **8.4** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 8.4 | at | 626.00 | = | 5,258.40 |
| **Total Fees** | | | | | **$5,258.40** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 533012
January 28, 2014
Page 4

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 12/17/13 | Telephone 19018202024 - Memphis - TN (USA) call from conf. room 17B | 9.23 |
| 12/23/13 | Mileage, Toll, Parking Parking - Seth D. Jaffe Meeting at Environmental Protection Agency 12/17/13 | 23.00 |
| 12/19/13 | MEALS - SODEXHO, INC. & AFFLIATES - 12/17/13 WR GRACE | 122.15 |
| | **Total Disbursements** | **$154.38** |

| | |
|---|---|
| **Total Fees** | **$5,258.40** |
| **Total Disbursements** | 154.38 |
| **Total Fees and Disbursements** | **$5,412.78** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

January 28, 2014
Invoice No.: 533012
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

**Total Fees and Disbursements**     <u>$5,412.78</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions**<br>CitiBank, N.A.<br>666 5th Avenue, Floor 5<br>New York, NY 10103 | ABA: 221172610<br>Swift #: CITIUS33<br>Account #: 1255513785<br>Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 533012
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 115 – Town of Acton litigation

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Jesse Alderman | Associate | Environmental | $338.00 | 0.4 | $ 135.20 |
| Seth D. Jaffe | Partner | Environmental | $626.00 | 0.4 | $ 250.40 |
| | | | | | |
| **TOTAL** | | | | **0.8** | **$ 385.60** |

### Expenses

| Description | Total |
|---|---|
| Transcripts | $ 35.10 |
| | |
| **TOTAL** | **$ 35.10** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

January 28, 2014
Invoice No.: 533013
Matter No.: 08743.00115

**Re:**   **Town of Acton litigation**

For Professional Services rendered through December 31, 2013

| | |
|---|---:|
| Fees | $385.60 |
| Disbursements | 35.10 |
| **Total Fees and Disbursements** | **$420.70** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON   WASHINGTON   PARIS   FOLEYHOAG.COM

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 533013
January 28, 2014
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 12/09/13 | Jaffe | P230 | Reviewing letter from MassDEP to court (.2); emails with Mr. Rosen at DOJ, Mr. Alderman and Ms. Duff regarding same (.2). | 0.4 |
| 12/09/13 | Alderman | P230 | E-filed MassDEP letter (.3); transmitted same to L. Duff and e-mail with S. Jaffe regarding same (.1). | 0.4 |
| | | | **Total Hours** | **0.8** |

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 533013
January 28, 2014
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jesse Alderman | 0.4 | at | 338.00 | = | 135.20 |
| Seth D. Jaffe | 0.4 | at | 626.00 | = | 250.40 |
| **Total Fees** | | | | | **$385.60** |

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 533013
January 28, 2014
Page 4

## Disbursement Summary

| Date | | Amount |
|------|------|--------|
| 12/12/13 | Stenographic Transcripts BRENDA HANCOCK Transcript of 11/8/13 Hearing of Town of Acton, et al. v. W.R. Grace 12/09/13 | 35.10 |
| | **Total Disbursements** | **$35.10** |
| | **Total Fees** | **$385.60** |
| | **Total Disbursements** | 35.10 |
| | **Total Fees and Disbursements** | **$420.70** |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

January 28, 2014
Invoice No.: 533013
Matter No.: 08743.00115

Re:    **Town of Acton litigation**

     **Total Fees and Disbursements**     <u>**$420.70**</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account #: 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00115, **Invoice #:** 533013
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:**  W.R. Grace & Company

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    PARIS    FOLEYHOAG.COM