# EXHIBIT A

# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067

December 31, 2013

Invoice Number **105035**       91100  00001       LDJ

W.R. Grace & Co.
Liberty Tower
605 Chestnut Street, Suite 1700

Chattanooga, TN  37450

| | |
|---|---:|
| Balance forward as of last invoice, dated:  November 30, 2013 | $220,055.75 |
| Payments received since last invoice, last payment received -- January 23, 2014 | $38,672.78 |
| Net balance forward | $181,382.97 |

Re:   W.R. Grace and Co.

**Statement of Professional Services Rendered Through**       **12/31/2013**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| **Case Administration [B110]** | | | | | | |
| 12/02/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | | 0.20 | 290.00 | $58.00 |
| 12/02/13 | PEC | Update critical dates | | 0.70 | 290.00 | $203.00 |
| 12/02/13 | SLP | Maintain docket control. | | 0.20 | 215.00 | $43.00 |
| 12/02/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | | 0.10 | 195.00 | $19.50 |
| 12/03/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | | 0.20 | 290.00 | $58.00 |
| 12/03/13 | PEC | Update critical dates | | 0.50 | 290.00 | $145.00 |
| 12/03/13 | SLP | Maintain docket control. | | 0.50 | 215.00 | $107.50 |
| 12/03/13 | KSN | Maintain document control. | | 0.20 | 195.00 | $39.00 |
| 12/03/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | | 0.10 | 195.00 | $19.50 |
| 12/04/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | | 0.20 | 290.00 | $58.00 |
| 12/04/13 | PEC | Update critical dates | | 0.40 | 290.00 | $116.00 |
| 12/04/13 | SLP | Maintain docket control. | | 0.30 | 215.00 | $64.50 |
| 12/04/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | | 0.10 | 195.00 | $19.50 |
| 12/05/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | | 0.30 | 290.00 | $87.00 |
| 12/05/13 | PEC | Update critical dates | | 0.30 | 290.00 | $87.00 |

**Invoice number 105035**        91100   00001                                                                  Page 2

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/13 | SLP | Maintain docket control. | 0.30 | 215.00 | $64.50 |
| 12/05/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 12/06/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 12/06/13 | PEC | Update critical dates | 0.40 | 290.00 | $116.00 |
| 12/06/13 | KSN | Document request as per Patti Cuniff. | 0.20 | 195.00 | $39.00 |
| 12/06/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 12/09/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.40 | 290.00 | $116.00 |
| 12/09/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 12/10/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 12/10/13 | PEC | Update critical dates | 0.20 | 290.00 | $58.00 |
| 12/11/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 12/11/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 12/11/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 12/12/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |
| 12/13/13 | KSN | Prepare hearing binders for 12/18/13 hearing. | 1.00 | 195.00 | $195.00 |
| 12/16/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 12/16/13 | PEC | Update critical dates | 0.30 | 290.00 | $87.00 |
| 12/16/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 12/17/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 12/17/13 | PEC | Update critical dates | 0.50 | 290.00 | $145.00 |
| 12/17/13 | SLP | Maintain docket control. | 0.50 | 215.00 | $107.50 |
| 12/17/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 12/18/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 12/18/13 | PEC | Update critical dates | 0.80 | 290.00 | $232.00 |
| 12/18/13 | SLP | Maintain docket control. | 0.30 | 215.00 | $64.50 |
| 12/18/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 12/19/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 290.00 | $87.00 |
| 12/19/13 | PEC | Update critical dates | 1.00 | 290.00 | $290.00 |
| 12/19/13 | SLP | Maintain docket control. | 0.30 | 215.00 | $64.50 |
| 12/19/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 12/20/13 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 290.00 | $58.00 |

**Invoice number 105035**     91100   00001                                                                    Page 3

| | | | | | |
|---|---|---|---|---|---|
| 12/20/13 | PEC | Update critical dates | 0.80 | 290.00 | $232.00 |
| 12/20/13 | SLP | Prepare hearing binder. | 0.50 | 215.00 | $107.50 |
| 12/20/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 12/23/13 | SLP | Maintain docket control. | 0.50 | 215.00 | $107.50 |
| 12/24/13 | SLP | Maintain docket control. | 0.50 | 215.00 | $107.50 |
| 12/26/13 | KFF | Prepare Amendments to Schedule F for Remedium Group and Co.-Conn for e-filing | 0.60 | 295.00 | $177.00 |
| 12/26/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 12/26/13 | JEO | Work on Schedule Amendments. | 0.80 | 695.00 | $556.00 |
| 12/27/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.30 | 195.00 | $58.50 |
| 12/30/13 | KFF | Finalize, e-file and serve Amendments to Schedules "F" of Liabilities for W.R. Grace & Co.-Conn., including drafting affidavit of service and service documents | 0.80 | 295.00 | $236.00 |
| 12/30/13 | KFF | Review Court docket for docket numbers of original schedules and amendments to schedules for W.R. Grace & Co.-Conn in connection with filing Amended Notice of Amendments to Schedules "F" | 0.40 | 295.00 | $118.00 |
| 12/30/13 | KFF | Revise, finalize, e-file and serve Amended Notice of Amendments to Schedules "F" of Liabilities for W.R. Grace & Co.-Conn, including drafting affidavit of service and service documents | 0.90 | 295.00 | $265.50 |
| 12/30/13 | BMK | Prepared daily memo narrative and coordinated client distribution. | 0.10 | 195.00 | $19.50 |
| 12/30/13 | JEO | Work on schedule amendments regarding WR Grace Co.-Conn. | 0.80 | 695.00 | $556.00 |
| 12/31/13 | SLP | Maintain docket control. | 0.30 | 215.00 | $64.50 |
| | | **Task Code Total** | **21.60** | | **$6,316.00** |

**WRG Claim Analysis**

| | | | | | |
|---|---|---|---|---|---|
| 12/03/13 | JEO | Email exchange with R. Higgins regarding claim objection. | 0.20 | 695.00 | $139.00 |
| 12/04/13 | PEC | Draft Certificate of No Objection Regarding Objection to Non-Asbestos Personal Injury Claim No. 18509 Filed by Paulette Ramsey Nelson (Non-Substantive) and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 12/04/13 | JEO | Review status of Paulette Ramsey Nelson objection. | 0.20 | 695.00 | $139.00 |
| 12/12/13 | PEC | Draft Certificate of No Objection Regarding Debtors' Twenty-Ninth Omnibus Objection to Employee Claims and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 12/12/13 | JEO | Review status of objection to employee claims and file CNO. | 0.20 | 695.00 | $139.00 |
| 12/17/13 | JEO | Update Exhibit for Employee Claim Objection. | 0.70 | 695.00 | $486.50 |
| 12/17/13 | JEO | Review Claims matters with Roger Higgins. | 0.40 | 695.00 | $278.00 |

**Invoice number 105035**        91100   00001                                        Page  4

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Task Code Total |  | 2.90 |  | $1,529.50 |

**WRG-Employ. App., Others**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/13 | JEO | Emails w/co-counsel regarding Blackstone retention. | 0.40 | 695.00 | $278.00 |
| 12/05/13 | PEC | Correspond via email with James O'Neill regarding the status of the Amended Blackstone Retention Application | 0.30 | 290.00 | $87.00 |
| 12/05/13 | JEO | Emails with P. Cuniff regarding Blackstone order status. | 0.40 | 695.00 | $278.00 |
| 12/06/13 | PEC | Review docket for signed Blackstone Retention Order and correspond with James O'Neill regarding same | 0.40 | 290.00 | $116.00 |
| 12/06/13 | JEO | Check on status of Blackstone order and email to co-counsel regarding same. | 0.40 | 695.00 | $278.00 |
|  | **Task Code Total** |  | **1.90** |  | **$1,037.00** |

**WRG-Fee Apps., Applicant**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/08/13 | WLR | Review and revise 51st quarterly fee application | 0.80 | 595.00 | $476.00 |
| 12/12/13 | PEC | Draft Certificate of No Objection Regarding PSZ&J LLP's June 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 12/13/13 | WLR | Prepare July 2013 fee application | 0.80 | 595.00 | $476.00 |
| 12/13/13 | MLM | Coordinate filing and service of certificate of no objection re: PSZ&J's June 2013 fee application | 0.20 | 295.00 | $59.00 |
| 12/16/13 | WLR | Draft July 2013 fee application | 0.80 | 595.00 | $476.00 |
| 12/21/13 | WLR | Draft 52nd quarterly fee application | 0.60 | 595.00 | $357.00 |
|  | **Task Code Total** |  | **3.80** |  | **$2,018.00** |

**WRG-Fee Applications, Others**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/13 | PEC | Draft Certification of No Objection Regarding The Blackstone Group's August 2013 Monthly Fee Application and Certificate of Service | 0.30 | 290.00 | $87.00 |
| 12/02/13 | PEC | Draft Certification of No Objection Regarding Beveridge & Diamond LLP's September 2013 Monthly Fee Application and Certificate of Service | 0.30 | 290.00 | $87.00 |
| 12/02/13 | PEC | Draft Certification of No Objection Regarding Woodcock Washburn LLP's September 2013 Monthly Fee Application and Certificate of Service | 0.30 | 290.00 | $87.00 |
| 12/03/13 | JEO | Review Roger Higgins October 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 12/03/13 | PEC | Prepare The Law Offices of Roger Higgins LLP's October 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 12/04/13 | KFF | E-file and serve certification of no objection for Blackstone Advisory's August fees | 0.40 | 295.00 | $118.00 |

**Invoice number 105035**       91100   00001                                            Page 5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/04/13 | KFF | E-file and serve certification of no objection for Woodcock's September fees | 0.40 | 295.00 | $118.00 |
| 12/04/13 | KFF | E-file and serve certification of no objection for Beveridge's Septembert fees | 0.40 | 295.00 | $118.00 |
| 12/04/13 | JEO | Review Blackstone September 2013 fee app. Emails with co-counsel regarding status of Amended retention for Blackstone. | 0.20 | 695.00 | $139.00 |
| 12/04/13 | PEC | Prepare Certification of No Objection Regarding The Blackstone Group's August 2013 Monthly Fee Application for filing and service | 0.20 | 290.00 | $58.00 |
| 12/04/13 | PEC | Prepare Certification of No Objection Regarding Beveridge & Diamond LLP's September 2013 Monthly Fee Application for filing and service | 0.20 | 290.00 | $58.00 |
| 12/04/13 | PEC | Prepare Certification of No Objection Regarding Woodcock Washburn LLP's September 2013 Monthly Fee Application for filing and service | 0.20 | 290.00 | $58.00 |
| 12/04/13 | PEC | Prepare The Blackstone Advisory Partner LP's September 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 12/05/13 | PEC | Prepare Woodcock Washburn LLP's October 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 12/06/13 | PEC | Prepare Casner & Edwards LLP's September 2013 Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 290.00 | $145.00 |
| 12/06/13 | PEC | Draft Notice of Filing Blackstone Advisory Services LLP's Quarterly Fee Application for the Period of July Through September 2013 and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 12/12/13 | JEO | Work on COC and finalize order and chart for 49th period. | 0.80 | 695.00 | $556.00 |
| 12/12/13 | PEC | Draft Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Forty-Ninth Period, Proposed Order and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 12/12/13 | PEC | Draft Certification of Counsel Regarding Forty-Ninth Quarter Project Category Summary and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 12/12/13 | PEC | Draft Certificate of No Objection Regarding Kirkland & Ellis LLP's August 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 12/16/13 | PEC | Draft Certificate of No Objection Regarding Kay Scholer LLP's September 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 12/16/13 | PEC | Draft Certificate of No Objection Regarding Kay Scholer LLP's October 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 12/16/13 | PEC | Draft Certificate of No Objection Regarding Kirkland & Ellis LLP's September 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/17/13 | JEO | Review Beveridge Diamond fee app for October 2013. | 0.20 | 695.00 | $139.00 |
| 12/17/13 | PEC | Prepare Beveridge & Diamond LLP's October 2013 Monthly Fee Application for filing and service (.3); Draft Affidavit of Service (.1) | 0.40 | 290.00 | $116.00 |
| 12/17/13 | PEC | Draft Notice of Filing Beveridge & Diamond LLP's Thirty-Fourth Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 290.00 | $232.00 |
| 12/20/13 | PEC | Draft Certification of No Objection Regarding Foley Hoag LLP's October 2013 Monthly Fee Application and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 12/23/13 | JEO | Review monthly fee app for Kaye Scholer for November 2013. | 0.20 | 695.00 | $139.00 |
| 12/23/13 | JEO | Email with Frank Childers regarding Baker Donelson fee app. | 0.20 | 695.00 | $139.00 |
| 12/23/13 | JEO | Email with staff regarding Kaye Scholer fee app. | 0.20 | 695.00 | $139.00 |
| 12/24/13 | KFF | E-file and serve monthly and quarterly fee applications for Baker Donelson, including August, September, October, November and July - September 2013 | 1.80 | 295.00 | $531.00 |
| 12/24/13 | JEO | Review Baker Donelson quarterly fee app for July - Sept. 2013 | 0.20 | 695.00 | $139.00 |
| 12/24/13 | JEO | Review Baker Donelson Nov. 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 12/24/13 | JEO | Review Baker Donelson Oct 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 12/24/13 | JEO | Review Baker Donelson Sept 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 12/24/13 | JEO | Review Baker Donelson Aug 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 12/26/13 | KFF | E-fie and serve certification of no objection for Roger Higgins' October fees | 0.60 | 295.00 | $177.00 |
| 12/27/13 | KFF | E-file and serve November fee application for Beveridge & Diamond PC, including drafting affidavit of service and service documents | 0.80 | 295.00 | $236.00 |
| 12/27/13 | KFF | E-file and serve certification of no objection for Blackstone's September fees | 0.80 | 295.00 | $236.00 |
| 12/27/13 | JEO | Review Beveridge & Diamond fee app. | 0.20 | 695.00 | $139.00 |
| 12/30/13 | KFF | E-file and serve certification of no objection for Casner & Edwards' October fees | 0.70 | 295.00 | $206.50 |
| 12/30/13 | KFF | E-file and serve certification of no objection for Woodcock Washburn's October fees | 0.70 | 295.00 | $206.50 |
| 12/30/13 | KFF | E-file and serve Foley & Hoag's November fees, including drafting affidavit of service and service documents | 0.90 | 295.00 | $265.50 |
| 12/30/13 | KFF | E-file and serve Kirkland's October fee application, including drafting affidavit of service and service documents | 0.80 | 295.00 | $236.00 |
| 12/30/13 | JEO | Review K&E October fee app. | 0.20 | 695.00 | $139.00 |
| 12/30/13 | JEO | Review Foley Hoag LLP November 2013 fee app. | 0.20 | 695.00 | $139.00 |
| 12/30/13 | JEO | Review BMC Quarterly fee app. | 0.20 | 695.00 | $139.00 |
| 12/30/13 | JEO | Review Roger Higgins fee app. | 0.20 | 695.00 | $139.00 |
| 12/30/13 | MLM | Finalize and coordinate filing of Foley Hoag's November 2013 fee application (.3); prepare and coordinate service of same (.2) | 0.50 | 295.00 | $147.50 |
| 12/31/13 | KFF | E-file and serve BMC Group's quarterly fee application | 0.90 | 295.00 | $265.50 |

| Invoice number 105035 | 91100  00001 | | | | Page 7 |
|---|---|---|---|---|---|
| | | (July - September 2013) | | | |
| 12/31/13 | KFF | Draft and e-file affidavit of service for Baker Donelson's quarterly fees (July-September) | 0.50 | 295.00 | $147.50 |
| 12/31/13 | KFF | E-file affidavit of service for Kirkland's October fees | 0.40 | 295.00 | $118.00 |
| 12/31/13 | KFF | E-file and serve November fee application for Law Offices of Roger J. Higgins, including drafting affidavit of service and service documents | 0.80 | 295.00 | $236.00 |
| | | **Task Code Total** | **25.10** | | **$8,956.00** |
| | | **Financing [B230]** | | | |
| 12/30/13 | JEO | Review issues regarding Exit Financing with Roger Higgins and J. Gettleman. | 0.80 | 695.00 | $556.00 |
| | | **Task Code Total** | **0.80** | | **$556.00** |
| | | **Litigation (Non-Bankruptcy)** | | | |
| 12/03/13 | JEO | Review 2014 hearing dates and scheduling issues. | 0.20 | 695.00 | $139.00 |
| 12/05/13 | JEO | Emails regarding status of appeals (J. Donley, R. Finke). | 0.30 | 695.00 | $208.50 |
| 12/10/13 | JEO | Review status of matters scheduled for hearing on 12/18. | 0.50 | 695.00 | $347.50 |
| 12/12/13 | PEC | Draft Notice of Agenda for 12/18/13 Hearing | 0.50 | 290.00 | $145.00 |
| 12/12/13 | PEC | Draft Certificate of No Objection Regarding Motion to Allow Contributions to Qualified Settlement Funds and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 12/13/13 | JEO | Work on Agenda for 12/18 hearing. | 0.50 | 695.00 | $347.50 |
| 12/13/13 | JEO | Review status of OSF motion and file CNO. | 0.40 | 695.00 | $278.00 |
| 12/13/13 | JEO | Circulate 12/18 Agenda to team members. | 0.40 | 695.00 | $278.00 |
| 12/13/13 | JEO | Circulate 12/18 Agenda draft to ACC & FCR Counsel. | 0.20 | 695.00 | $139.00 |
| 12/13/13 | MLM | Coordinate filing and service of certificate of no objection re: motion authorizing Debtors to make contribution to qualified settlement funds | 0.20 | 295.00 | $59.00 |
| 12/16/13 | JEO | Emails with Counsel for ACC & FCR regarding 12/18 hearing status. | 0.20 | 695.00 | $139.00 |
| 12/16/13 | JEO | Review and finalize Agenda for 12/18 hearing. | 0.50 | 695.00 | $347.50 |
| 12/16/13 | JEO | Hearing prep for 12/18 hearing. | 0.50 | 695.00 | $347.50 |
| 12/16/13 | PEC | Revise and review Notice of Agenda for 12/18/13 Hearing | 0.40 | 290.00 | $116.00 |
| 12/16/13 | PEC | File and serve Notice of Agenda for 12/18/13 Hearing (.3); Draft Certificate of Service (.1) | 0.40 | 290.00 | $116.00 |
| 12/16/13 | PEC | Review Hearing Binders for 12/18/13 Hearing | 0.30 | 290.00 | $87.00 |
| 12/17/13 | JEO | Review matters scheduled for hearing on 12/18 and email Court regarding status. | 0.40 | 695.00 | $278.00 |
| 12/17/13 | JEO | Email to client regarding hearing status. | 0.10 | 695.00 | $69.50 |
| 12/17/13 | JEO | Emails with Counsel regarding hearing status. | 0.80 | 695.00 | $556.00 |
| 12/17/13 | JEO | Review Amended Agenda regarding hearing canceled. | 0.50 | 695.00 | $347.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/17/13 | PEC | Draft Amended Notice of Agenda Cancelling 12/28/13 Hearing (.3); Draft Certificate of Service (.1) | 0.40 | 290.00 | $116.00 |
| 12/17/13 | PEC | File and serve Amended Notice of Agenda Cancelling 12/18/13 Hearing | 0.50 | 290.00 | $145.00 |
| 12/18/13 | JEO | Email co-counsel regarding notice parties. | 0.20 | 695.00 | $139.00 |
| 12/18/13 | JEO | Review and finalize motion regarding Amended Harper Insurance Motion. | 0.80 | 695.00 | $556.00 |
| 12/18/13 | PEC | Draft Notice of Debtor's Motion to Approve Compromise under Rule 9019 with Harper Insurance Company and Certificate of Service (.3); Prepare for filing and service (.3) | 0.60 | 290.00 | $174.00 |
| 12/22/13 | JEO | Emails with co-counsel regarding case status and pending matters. | 0.50 | 695.00 | $347.50 |
| 12/23/13 | KFF | Draft and revise Notice of Motion to Approve Settlement Agreement with Bank Lender Group | 0.90 | 295.00 | $265.50 |
| 12/23/13 | KFF | E-file and serve Motion to Approve Settlement Agreement with Bank Lender Group, including drafting certificate of service and service documents and e-filing Letter in Third Circuit for bank group appeals | 1.20 | 295.00 | $354.00 |
| 12/23/13 | JEO | Review and finalize motion to approve settlement with bank lenders and related pleadings and communications | 3.00 | 695.00 | $2,085.00 |
| 12/24/13 | JEO | Emails with co-counsel regarding January hearing status. | 0.40 | 695.00 | $278.00 |
| 12/30/13 | JEO | Email with UST regarding case status. | 0.20 | 695.00 | $139.00 |
| 12/31/13 | KFF | Respond to request from Roger J. Higgins, Esq. for copies of 7 peittions of Debtors | 0.80 | 295.00 | $236.00 |
|  |  | **Task Code Total** | **17.40** |  | **$9,354.50** |
|  |  | **Total professional services:** | **73.50** |  | **$29,767.00** |

### Costs Advanced:

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/02/2013 | FE | 91100.00001 FedEx Charges for 12-02-13 | $12.34 |
| 12/02/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 12/02/2013 | RE | ( 34 @0.10 PER PG) | $3.40 |
| 12/02/2013 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | $4.40 |
| 12/03/2013 | FE | 91100.00001 FedEx Charges for 12-03-13 | $8.23 |
| 12/03/2013 | FE | 91100.00001 FedEx Charges for 12-03-13 | $12.44 |
| 12/03/2013 | FE | 91100.00001 FedEx Charges for 12-03-13 | $12.34 |
| 12/03/2013 | RE | ( 128 @0.10 PER PG) | $12.80 |
| 12/03/2013 | RE | ( 58 @0.10 PER PG) | $5.80 |
| 12/03/2013 | RE | ( 47 @0.10 PER PG) | $4.70 |
| 12/03/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 12/04/2013 | FE | 91100.00001 FedEx Charges for 12-04-13 | $8.23 |
| 12/04/2013 | FE | 91100.00001 FedEx Charges for 12-04-13 | $12.44 |
| 12/04/2013 | FE | 91100.00001 FedEx Charges for 12-04-13 | $12.34 |
| 12/04/2013 | RE | ( 31 @0.10 PER PG) | $3.10 |

Invoice number 105035        91100  00001                                      Page 9

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/04/2013 | RE | ( 9 @0.10 PER PG) | $0.90 |
| 12/04/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 12/04/2013 | RE | ( 27 @0.10 PER PG) | $2.70 |
| 12/04/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 12/04/2013 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 12/04/2013 | RE | ( 93 @0.10 PER PG) | $9.30 |
| 12/04/2013 | RE | ( 36 @0.10 PER PG) | $3.60 |
| 12/04/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 12/04/2013 | RE | ( 129 @0.10 PER PG) | $12.90 |
| 12/04/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 12/04/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 12/05/2013 | FE | 91100.00001 FedEx Charges for 12-05-13 | $12.44 |
| 12/05/2013 | FE | 91100.00001 FedEx Charges for 12-05-13 | $8.23 |
| 12/05/2013 | FE | 91100.00001 FedEx Charges for 12-05-13 | $12.34 |
| 12/05/2013 | RE | ( 8 @0.10 PER PG) | $0.80 |
| 12/05/2013 | RE | ( 51 @0.10 PER PG) | $5.10 |
| 12/05/2013 | RE | ( 21 @0.10 PER PG) | $2.10 |
| 12/05/2013 | RE | ( 19 @0.10 PER PG) | $1.90 |
| 12/05/2013 | RE | ( 106 @0.10 PER PG) | $10.60 |
| 12/05/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 12/06/2013 | DC | 91100.00001 Digital Legal Charges for 12-06-13 | $27.00 |
| 12/06/2013 | DC | 91100.00001 Digital Legal Charges for 12-06-13 | $5.00 |
| 12/06/2013 | DC | 91100.00001 Digital Legal Charges for 12-06-13 | $27.00 |
| 12/06/2013 | DC | 91100.00001 Digital Legal Charges for 12-06-13 | $423.00 |
| 12/06/2013 | DC | 91100.00001 Digital Legal Charges for 12-06-13 | $6.83 |
| 12/06/2013 | DC | 91100.00001 Digital Legal Charges for 12-06-13 | $27.00 |
| 12/06/2013 | DC | 91100.00001 Digital Legal Charges for 12-06-13 | $27.00 |
| 12/06/2013 | DC | 91100.00001 Digital Legal Charges for 12-06-13 | $135.00 |
| 12/06/2013 | DC | 91100.00001 Digital Legal Charges for 12-06-13 | $10.65 |
| 12/06/2013 | FE | 91100.00001 FedEx Charges for 12-06-13 | $12.44 |
| 12/06/2013 | FE | 91100.00001 FedEx Charges for 12-06-13 | $8.23 |
| 12/06/2013 | FE | 91100.00001 FedEx Charges for 12-06-13 | $12.34 |
| 12/06/2013 | RE | ( 54 @0.10 PER PG) | $5.40 |
| 12/06/2013 | RE | ( 79 @0.10 PER PG) | $7.90 |
| 12/06/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 12/06/2013 | RE | ( 50 @0.10 PER PG) | $5.00 |
| 12/06/2013 | RE | ( 27 @0.10 PER PG) | $2.70 |
| 12/06/2013 | RE | ( 44 @0.10 PER PG) | $4.40 |
| 12/06/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 12/06/2013 | RE | ( 996 @0.10 PER PG) | $99.60 |
| 12/06/2013 | RE | ( 880 @0.10 PER PG) | $88.00 |
| 12/06/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 12/06/2013 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | $3.50 |

Invoice number 105035      91100  00001                                               Page 10

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/06/2013 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | $3.50 |
| 12/06/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 12/06/2013 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | $3.50 |
| 12/06/2013 | RE2 | SCAN/COPY ( 40 @0.10 PER PG) | $4.00 |
| 12/08/2013 | RE | Reproduction Expense. [E101] 17 pages, WLR | $1.70 |
| 12/09/2013 | DC | 91100.00001 Digital Legal Charges for 12-09-13 | $27.00 |
| 12/09/2013 | DC | 91100.00001 Digital Legal Charges for 12-09-13 | $45.00 |
| 12/09/2013 | FE | 91100.00001 FedEx Charges for 12-09-13 | $12.34 |
| 12/09/2013 | RE | ( 44 @0.10 PER PG) | $4.40 |
| 12/09/2013 | RE | ( 193 @0.10 PER PG) | $19.30 |
| 12/09/2013 | RE | ( 496 @0.10 PER PG) | $49.60 |
| 12/09/2013 | RE | ( 4721 @0.10 PER PG) | $472.10 |
| 12/09/2013 | RE | ( 4714 @0.10 PER PG) | $471.40 |
| 12/09/2013 | RE | ( 134 @0.10 PER PG) | $13.40 |
| 12/09/2013 | RE | ( 21 @0.10 PER PG) | $2.10 |
| 12/09/2013 | RE | ( 25 @0.10 PER PG) | $2.50 |
| 12/09/2013 | RE | ( 43 @0.10 PER PG) | $4.30 |
| 12/09/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 12/09/2013 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | $3.10 |
| 12/09/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 12/10/2013 | DC | 91100.00001 Digital Legal Charges for 12-10-13 | $45.00 |
| 12/10/2013 | DC | 91100.00001 Digital Legal Charges for 12-10-13 | $27.00 |
| 12/10/2013 | DC | 91100.00001 Digital Legal Charges for 12-10-13 | $27.00 |
| 12/10/2013 | DC | 91100.00001 Digital Legal Charges for 12-10-13 | $27.00 |
| 12/10/2013 | DC | 91100.00001 Digital Legal Charges for 12-10-13 | $27.00 |
| 12/10/2013 | DC | 91100.00001 Digital Legal Charges for 12-10-13 | $369.00 |
| 12/10/2013 | DC | 91100.00001 Digital Legal Charges for 12-10-13 | $10.65 |
| 12/10/2013 | DC | 91100.00001 Digital Legal Charges for 12-10-13 | $360.00 |
| 12/10/2013 | DC | 91100.00001 Digital Legal Charges for 12-10-13 | $8.46 |
| 12/10/2013 | RE | ( 14 @0.10 PER PG) | $1.40 |
| 12/10/2013 | RE | ( 19 @0.10 PER PG) | $1.90 |
| 12/10/2013 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | $3.30 |
| 12/11/2013 | FE | 91100.00001 FedEx Charges for 12-11-13 | $12.34 |
| 12/11/2013 | RE | ( 190 @0.10 PER PG) | $19.00 |
| 12/12/2013 | DC | 91100.00001 Digital Legal Charges for 12-12-13 | $40.00 |
| 12/12/2013 | DC | 91100.00001 Digital Legal Charges for 12-12-13 | $35.00 |
| 12/12/2013 | DC | 91100.00001 Digital Legal Charges for 12-12-13 | $18.00 |
| 12/12/2013 | DC | 91100.00001 Digital Legal Charges for 12-12-13 | $18.00 |
| 12/12/2013 | RE | ( 78 @0.10 PER PG) | $7.80 |
| 12/12/2013 | RE | ( 2059 @0.10 PER PG) | $205.90 |
| 12/12/2013 | RE | ( 6059 @0.10 PER PG) | $605.90 |
| 12/12/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 12/12/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |

Invoice number 105035        91100  00001                                          Page  11

| Date | Type | Description | Amount |
|---|---|---|---|
| 12/12/2013 | RE | ( 101 @0.10 PER PG) | $10.10 |
| 12/12/2013 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 12/12/2013 | RE | ( 52 @0.10 PER PG) | $5.20 |
| 12/12/2013 | RE | ( 3198 @0.10 PER PG) | $319.80 |
| 12/12/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 12/12/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 12/12/2013 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | $5.60 |
| 12/12/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 12/12/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 12/12/2013 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | $4.60 |
| 12/12/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 12/12/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 12/12/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 12/12/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |
| 12/12/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | $0.30 |
| 12/12/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 12/13/2013 | DC | 91100.00001 Digital Legal Charges for 12-13-13 | $27.00 |
| 12/13/2013 | DC | 91100.00001 Digital Legal Charges for 12-13-13 | $45.00 |
| 12/13/2013 | DC | 91100.00001 Digital Legal Charges for 12-13-13 | $27.00 |
| 12/13/2013 | DC | 91100.00001 Digital Legal Charges for 12-13-13 | $360.00 |
| 12/13/2013 | DC | 91100.00001 Digital Legal Charges for 12-13-13 | $8.46 |
| 12/13/2013 | RE | ( 280 @0.10 PER PG) | $28.00 |
| 12/13/2013 | RE | ( 228 @0.10 PER PG) | $22.80 |
| 12/13/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 12/13/2013 | RE | ( 52 @0.10 PER PG) | $5.20 |
| 12/16/2013 | DC | 91100.00001 Digital Legal Charges for 12-16-13 | $27.00 |
| 12/16/2013 | DC | 91100.00001 Digital Legal Charges for 12-16-13 | $27.00 |
| 12/16/2013 | DC | 91100.00001 Digital Legal Charges for 12-16-13 | $153.00 |
| 12/16/2013 | DC | 91100.00001 Digital Legal Charges for 12-16-13 | $6.83 |
| 12/16/2013 | DC | 91100.00001 Digital Legal Charges for 12-16-13 | $5.00 |
| 12/16/2013 | FE | 91100.00001 FedEx Charges for 12-16-13 | $12.34 |
| 12/16/2013 | RE | Reproduction Expense. [E101] 8 pages, WLR | $0.80 |
| 12/16/2013 | RE | ( 22 @0.10 PER PG) | $2.20 |
| 12/16/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 12/16/2013 | RE | ( 232 @0.10 PER PG) | $23.20 |
| 12/16/2013 | RE | ( 288 @0.10 PER PG) | $28.80 |
| 12/16/2013 | RE | ( 24 @0.10 PER PG) | $2.40 |
| 12/16/2013 | RE | ( 63 @0.10 PER PG) | $6.30 |
| 12/16/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 12/16/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 12/17/2013 | DC | 91100.00001 Digital Legal Charges for 12-17-13 | $5.00 |
| 12/17/2013 | DC | 91100.00001 Digital Legal Charges for 12-17-13 | $27.00 |
| 12/17/2013 | DC | 91100.00001 Digital Legal Charges for 12-17-13 | $27.00 |

Invoice number 105035        91100   00001                                              Page 12

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/17/2013 | DC | 91100.00001 Digital Legal Charges for 12-17-13 | $54.00 |
| 12/17/2013 | DC | 91100.00001 Digital Legal Charges for 12-17-13 | $6.19 |
| 12/17/2013 | FE | 91100.00001 FedEx Charges for 12-17-13 | $12.34 |
| 12/17/2013 | FE | 91100.00001 FedEx Charges for 12-17-13 | $12.44 |
| 12/17/2013 | FE | 91100.00001 FedEx Charges for 12-17-13 | $8.23 |
| 12/17/2013 | RE | ( 5 @0.10 PER PG) | $0.50 |
| 12/17/2013 | RE | ( 348 @0.10 PER PG) | $34.80 |
| 12/17/2013 | RE | ( 33 @0.10 PER PG) | $3.30 |
| 12/17/2013 | RE | ( 69 @0.10 PER PG) | $6.90 |
| 12/17/2013 | RE | ( 1035 @0.10 PER PG) | $103.50 |
| 12/17/2013 | RE | ( 2351 @0.10 PER PG) | $235.10 |
| 12/17/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 12/18/2013 | DC | 91100.00001 Digital Legal Charges for 12-18-13 | $5.00 |
| 12/18/2013 | DC | 91100.00001 Digital Legal Charges for 12-18-13 | $27.00 |
| 12/18/2013 | DC | 91100.00001 Digital Legal Charges for 12-18-13 | $45.00 |
| 12/18/2013 | DC | 91100.00001 Digital Legal Charges for 12-18-13 | $27.00 |
| 12/18/2013 | DC | 91100.00001 Digital Legal Charges for 12-18-13 | $18.00 |
| 12/18/2013 | DC | 91100.00001 Digital Legal Charges for 12-18-13 | $432.00 |
| 12/18/2013 | DC | 91100.00001 Digital Legal Charges for 12-18-13 | $18.76 |
| 12/18/2013 | RE | ( 40 @0.10 PER PG) | $4.00 |
| 12/18/2013 | RE | ( 52 @0.10 PER PG) | $5.20 |
| 12/18/2013 | RE | ( 1093 @0.10 PER PG) | $109.30 |
| 12/18/2013 | RE | ( 6033 @0.10 PER PG) | $603.30 |
| 12/18/2013 | RE | ( 1000 @0.10 PER PG) | $100.00 |
| 12/18/2013 | RE | ( 231 @0.10 PER PG) | $23.10 |
| 12/18/2013 | RE | ( 105 @0.10 PER PG) | $10.50 |
| 12/18/2013 | RE | ( 4784 @0.10 PER PG) | $478.40 |
| 12/18/2013 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | $2.90 |
| 12/18/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | $2.80 |
| 12/18/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 12/18/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 12/18/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 12/19/2013 | DC | 91100.00001 Digital Legal Charges for 12-19-13 | $45.00 |
| 12/19/2013 | DC | 91100.00001 Digital Legal Charges for 12-19-13 | $27.00 |
| 12/19/2013 | RE | ( 158 @0.10 PER PG) | $15.80 |
| 12/19/2013 | RE | ( 25 @0.10 PER PG) | $2.50 |
| 12/19/2013 | RE | ( 56 @0.10 PER PG) | $5.60 |
| 12/19/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 12/19/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 12/20/2013 | DC | 91100.00001 Digital Legal Charges for 12-20-13 | $27.00 |
| 12/20/2013 | DC | 91100.00001 Digital Legal Charges for 12-20-13 | $27.00 |
| 12/20/2013 | DC | 91100.00001 Digital Legal Charges for 12-20-13 | $45.00 |
| 12/20/2013 | DC | 91100.00001 Digital Legal Charges for 12-20-13 | $369.00 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/20/2013 | DC | 91100.00001 Digital Legal Charges for 12-20-13 | $8.46 |
| 12/20/2013 | DC | 91100.00001 Digital Legal Charges for 12-20-13 | $27.00 |
| 12/20/2013 | DC | 91100.00001 Digital Legal Charges for 12-20-13 | $360.00 |
| 12/20/2013 | DC | 91100.00001 Digital Legal Charges for 12-20-13 | $9.38 |
| 12/20/2013 | DC | 91100.00001 Digital Legal Charges for 12-20-13 | $35.00 |
| 12/20/2013 | DC | 91100.00001 Digital Legal Charges for 12-20-13 | $18.00 |
| 12/20/2013 | RE | ( 72 @0.10 PER PG) | $7.20 |
| 12/20/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 12/20/2013 | RE | ( 48 @0.10 PER PG) | $4.80 |
| 12/20/2013 | RE2 | SCAN/COPY ( 50 @0.10 PER PG) | $5.00 |
| 12/20/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 12/23/2013 | DC | 91100.00001 Digital Legal Charges for 12-23-13 | $8.46 |
| 12/23/2013 | RE | ( 92 @0.10 PER PG) | $9.20 |
| 12/23/2013 | RE | ( 140 @0.10 PER PG) | $14.00 |
| 12/23/2013 | RE | ( 8545 @0.10 PER PG) | $854.50 |
| 12/23/2013 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | $4.20 |
| 12/23/2013 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | $3.10 |
| 12/23/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 12/23/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 12/23/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 12/23/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | $2.30 |
| 12/23/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 12/24/2013 | DC | 91100.00001 Digital Legal Charges for 12-24-13 | $45.00 |
| 12/24/2013 | DC | 91100.00001 Digital Legal Charges for 12-24-13 | $27.00 |
| 12/24/2013 | DC | 91100.00001 Digital Legal Charges for 12-24-13 | $27.00 |
| 12/24/2013 | DC | 91100.00001 Digital Legal Charges for 12-24-13 | $369.00 |
| 12/24/2013 | DC | 91100.00001 Digital Legal Charges for 12-24-13 | $7.78 |
| 12/24/2013 | DC | 91100.00001 Digital Legal Charges for 12-24-13 | $35.00 |
| 12/24/2013 | DC | 91100.00001 Digital Legal Charges for 12-24-13 | $18.00 |
| 12/24/2013 | FE | 91100.00001 FedEx Charges for 12-24-13 | $8.23 |
| 12/24/2013 | FE | 91100.00001 FedEx Charges for 12-24-13 | $12.44 |
| 12/24/2013 | FE | 91100.00001 FedEx Charges for 12-24-13 | $12.44 |
| 12/24/2013 | FE | 91100.00001 FedEx Charges for 12-24-13 | $8.23 |
| 12/24/2013 | RE | ( 501 @0.10 PER PG) | $50.10 |
| 12/24/2013 | RE | ( 70 @0.10 PER PG) | $7.00 |
| 12/24/2013 | RE | ( 278 @0.10 PER PG) | $27.80 |
| 12/24/2013 | RE | ( 179 @0.10 PER PG) | $17.90 |
| 12/24/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 12/24/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 12/24/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | $2.40 |
| 12/26/2013 | DC | 91100.00001 Digital Legal Charges for 12-26-13 | $35.00 |
| 12/26/2013 | DC | 91100.00001 Digital Legal Charges for 12-26-13 | $18.00 |
| 12/26/2013 | FE | 91100.00001 FedEx Charges for 12-26-13 | $12.34 |

**Invoice number 105035**     91100   00001                                                            Page 14

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/26/2013 | RE | ( 1 @0.10 PER PG) | $0.10 |
| 12/26/2013 | RE | ( 3 @0.10 PER PG) | $0.30 |
| 12/26/2013 | RE | ( 50 @0.10 PER PG) | $5.00 |
| 12/26/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 12/26/2013 | RE | ( 408 @0.10 PER PG) | $40.80 |
| 12/26/2013 | RE | ( 12 @0.10 PER PG) | $1.20 |
| 12/26/2013 | RE | ( 216 @0.10 PER PG) | $21.60 |
| 12/27/2013 | DC | 91100.00001 Digital Legal Charges for 12-27-13 | $18.76 |
| 12/27/2013 | DC | 91100.00001 Digital Legal Charges for 12-27-13 | $13.32 |
| 12/27/2013 | DC | 91100.00001 Digital Legal Charges for 12-27-13 | $35.00 |
| 12/27/2013 | DC | 91100.00001 Digital Legal Charges for 12-27-13 | $18.00 |
| 12/27/2013 | FE | 91100.00001 FedEx Charges for 12-27-13 | $8.23 |
| 12/27/2013 | FE | 91100.00001 FedEx Charges for 12-27-13 | $12.44 |
| 12/27/2013 | FE | 91100.00001 FedEx Charges for 12-27-13 | $12.34 |
| 12/27/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 12/27/2013 | RE | ( 49 @0.10 PER PG) | $4.90 |
| 12/27/2013 | RE | ( 32 @0.10 PER PG) | $3.20 |
| 12/27/2013 | RE | ( 54 @0.10 PER PG) | $5.40 |
| 12/27/2013 | RE | ( 13 @0.10 PER PG) | $1.30 |
| 12/27/2013 | RE | ( 198 @0.10 PER PG) | $19.80 |
| 12/27/2013 | RE | ( 21 @0.10 PER PG) | $2.10 |
| 12/27/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 12/30/2013 | DC | 91100.00001 Digital Legal Charges for 12-30-13 | $26.64 |
| 12/30/2013 | DC | 91100.00001 Digital Legal Charges for 12-30-13 | $35.00 |
| 12/30/2013 | DC | 91100.00001 Digital Legal Charges for 12-30-13 | $18.00 |
| 12/30/2013 | FE | 91100.00001 FedEx Charges for 12-30-13 | $8.23 |
| 12/30/2013 | FE | 91100.00001 FedEx Charges for 12-30-13 | $12.44 |
| 12/30/2013 | FE | 91100.00001 FedEx Charges for 12-30-13 | $12.44 |
| 12/30/2013 | FE | 91100.00001 FedEx Charges for 12-30-13 | $8.23 |
| 12/30/2013 | RE | ( 2 @0.10 PER PG) | $0.20 |
| 12/30/2013 | RE | ( 52 @0.10 PER PG) | $5.20 |
| 12/30/2013 | RE | ( 6 @0.10 PER PG) | $0.60 |
| 12/30/2013 | RE | ( 74 @0.10 PER PG) | $7.40 |
| 12/30/2013 | RE | ( 182 @0.10 PER PG) | $18.20 |
| 12/30/2013 | RE | ( 104 @0.10 PER PG) | $10.40 |
| 12/30/2013 | RE | ( 10 @0.10 PER PG) | $1.00 |
| 12/30/2013 | RE | ( 4 @0.10 PER PG) | $0.40 |
| 12/30/2013 | RE | ( 23 @0.10 PER PG) | $2.30 |
| 12/30/2013 | RE | ( 7 @0.10 PER PG) | $0.70 |
| 12/30/2013 | RE | ( 47 @0.10 PER PG) | $4.70 |
| 12/30/2013 | RE | ( 44 @0.10 PER PG) | $4.40 |
| 12/30/2013 | RE | ( 333 @0.10 PER PG) | $33.30 |
| 12/30/2013 | RE | ( 1200 @0.10 PER PG) | $120.00 |

Invoice number 105035        91100   00001                                               Page 15

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/30/2013 | RE | ( 45 @0.10 PER PG) | $4.50 |
| 12/30/2013 | RE | ( 868 @0.10 PER PG) | $86.80 |
| 12/30/2013 | RE | ( 868 @0.10 PER PG) | $86.80 |
| 12/30/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 12/30/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | $3.20 |
| 12/30/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 12/31/2013 | DC | 91100.00001 Digital Legal Charges for 12-31-13 | $45.00 |
| 12/31/2013 | DC | 91100.00001 Digital Legal Charges for 12-31-13 | $27.00 |
| 12/31/2013 | DC | 91100.00001 Digital Legal Charges for 12-31-13 | $35.00 |
| 12/31/2013 | DC | 91100.00001 Digital Legal Charges for 12-31-13 | $18.00 |
| 12/31/2013 | DC | 91100.00001 Digital Legal Charges for 12-31-13 | $27.00 |
| 12/31/2013 | DC | 91100.00001 Digital Legal Charges for 12-31-13 | $27.00 |
| 12/31/2013 | DC | 91100.00001 Digital Legal Charges for 12-31-13 | $369.00 |
| 12/31/2013 | DC | 91100.00001 Digital Legal Charges for 12-31-13 | $10.65 |
| 12/31/2013 | DC | 91100.00001 Digital Legal Charges for 12-31-13 | $18.00 |
| 12/31/2013 | DC | 91100.00001 Digital Legal Charges for 12-31-13 | $18.00 |
| 12/31/2013 | DC | 91100.00001 Digital Legal Charges for 12-31-13 | $30.00 |
| 12/31/2013 | PAC | Pacer - Court Research | $1,581.90 |
| 12/31/2013 | RE | ( 70 @0.10 PER PG) | $7.00 |
| 12/31/2013 | RE | ( 23 @0.10 PER PG) | $2.30 |
| 12/31/2013 | RE | ( 127 @0.10 PER PG) | $12.70 |
| 12/31/2013 | RE | ( 1242 @0.10 PER PG) | $124.20 |
| 12/31/2013 | RE | ( 21 @0.10 PER PG) | $2.10 |
| 12/31/2013 | RE | ( 43 @0.10 PER PG) | $4.30 |
| 12/31/2013 | RE | ( 102 @0.10 PER PG) | $10.20 |
| 12/31/2013 | RE | ( 43 @0.10 PER PG) | $4.30 |
| 12/31/2013 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | $4.20 |
| 12/31/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 12/31/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | $2.10 |
| 12/31/2013 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | $5.80 |

Total Expenses:                                                                      **$13,657.02**

## Summary:

| | |
|---|---|
| Total professional services | $29,767.00 |
| Total expenses | $13,657.02 |
| **Net current charges** | **$43,424.02** |
| | |
| Net balance forward | $181,382.97 |
| **Total balance now due** | **$224,806.99** |

**Invoice number 105035**     91100   00001                                             Page   16

| | | | | |
|---|---|---|---|---|
| BMK | Koveleski, Beatrice M. | 1.70  | 195.00 | $331.50 |
| JEO | O'Neill, James E.      | 19.90 | 695.00 | $13,830.50 |
| KFF | Finalyson, Kathe F.    | 16.50 | 295.00 | $4,867.50 |
| KSN | Neil, Karen S.         | 1.40  | 195.00 | $273.00 |
| MLM | McGee, Margaret L.     | 0.90  | 295.00 | $265.50 |
| PEC | Cuniff, Patricia E.    | 25.90 | 290.00 | $7,511.00 |
| SLP | Pitman, L. Sheryle     | 4.20  | 215.00 | $903.00 |
| WLR | Ramseyer, William L.   | 3.00  | 595.00 | $1,785.00 |
|     |                        | 73.50 |        | $29,767.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CA   | Case Administration [B110]     | 21.60 | $6,316.00 |
| CR02 | WRG Claim Analysis             | 2.90  | $1,529.50 |
| EA01 | WRG-Employ. App., Others       | 1.90  | $1,037.00 |
| FA   | WRG-Fee Apps., Applicant       | 3.80  | $2,018.00 |
| FA01 | WRG-Fee Applications, Others   | 25.10 | $8,956.00 |
| FN   | Financing [B230]               | 0.80  | $556.00 |
| LN   | Litigation (Non-Bankruptcy)    | 17.40 | $9,354.50 |
|      |                                | 73.50 | $29,767.00 |

## Expense Code Summary

| | |
|---|---|
| Delivery/Courier Service     | $5,528.28 |
| Federal Express [E108]       | $342.44 |
| Pacer - Court Research       | $1,581.90 |
| Reproduction Expense [E101]  | $6,041.60 |
| Reproduction/ Scan Copy      | $162.80 |
|                              | $13,657.02 |