# Exhibit 12

**Updated Unresolved Asbestos PD Claims Schedule**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.**, *et al.*[1] | ) | Case No.: 01-01139 (~~JFK~~KJC) |
| | ) | (Jointly Administered) |
| **Debtors.** | ) | |

# EXHIBIT 21 TO EXHIBIT BOOK
# UNRESOLVED ASBESTOS PD CLAIMS SCHEDULE

**EXHIBIT 21**

Attached.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Vida Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, ON Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace NH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# UNRESOLVED ASBESTOS PD BAR CLAIMS

## I.     Active PD Claims

### Speights Canadian Claims

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|----|---|---|---|---|---|---|
| 1. | Canadian Imperial Bank Of Commerce | 012536 | Daniel A Speights | Speights & Runyan | | 215 Water Street St John's, NL Alc6c9 |
| 2. | Great West Life | 012534 | Daniel A Speights | Speights & Runyan | | 199 Bay Street, Commerce Court West Toronto, ON M511e2 |

### Speights U.S. Claims

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|----|---|---|---|---|---|---|
| 1. | Anderson Memorial Hospital | 011008 | Daniel A Speights | Speights & Runyan | | 800 North Fant Anderson, SC 29261, |

**~~State of California Department of General Services~~**

|    | Claimant Name | Claim Number | Counsel | Firm Name | Building Name | Property Address |
|----|---|---|---|---|---|---|
| ~~1.~~ | ~~State of California Dept of General Services~~ | ~~010653~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~7650 South Newcastle Road Stockton, CA 95213~~ |
| ~~2.~~ | ~~State of California Dept of General Services~~ | ~~010662~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~744 P Street Sacramento, CA 95814~~ |
| ~~3.~~ | ~~State of California Dept of General Services~~ | ~~010661~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~31 East Channel Street Stockton, CA 95202~~ |
| ~~4.~~ | ~~State of California Dept of General Services~~ | ~~010660~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~End of Highway 202 at Cummings Valley Tehachapi, CA 93561~~ |
| ~~5.~~ | ~~State of California Dept of General Services~~ | ~~010659~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~1234 East Shaw Ave. Fresno, CA 93710~~ |
| ~~6.~~ | ~~State of California Dept of General Services~~ | ~~010657~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~2501 Harbor Blvd. Costa Mesa, CA 92626~~ |
| ~~7.~~ | ~~State of California Dept of General Services~~ | ~~010656~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~End of Highway 202 at Cummings Valley Tehachapi, CA 93561~~ |
| ~~8.~~ | ~~State of California Dept of General Services~~ | ~~010654~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~2501 Harbor Blvd. Costa Mesa, CA 92626~~ |
| ~~9.~~ | ~~State of California Dept of General Services~~ | ~~010655~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~5100 O'byrnes Ferry Road, Jamestown, CA 95327~~ |
| ~~10.~~ | ~~State of California Dept of General Services~~ | ~~010652~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ | | ~~714 P Street Sacramento, CA 95814~~ |

|  | **Claimant Name** | **Claim Number** | **Counsel** | **Firm Name** | **Building Name** | **Property Address** |
|---|---|---|---|---|---|---|
| ~~11.~~ | ~~State of California Dept of General Services~~ | ~~010651~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ |  | ~~1234 East Shaw Ave. Fresno, CA 93710~~ |
| ~~12.~~ | ~~State of California Dept of General Services~~ | ~~010650~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ |  | ~~10333 El Camino Real Atascidero, CA 93423~~ |
| ~~13.~~ | ~~State of California Dept of General Services~~ | ~~010649~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ |  | ~~1416 9th Street Sacramento, CA 95814~~ |
| ~~14.~~ | ~~State of California Dept of General Services~~ | ~~010648~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ |  | ~~28 Civic Center Plaza Santa Ana, CA 92701~~ |
| ~~15.~~ | ~~State of California Dept of General Services~~ | ~~010658~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ |  | ~~3100 Wright Road Camarillo, CA 93010~~ |
| ~~16.~~ | ~~State of California Dept of General Services~~ | ~~014411~~ | ~~Steven Mandelsberg~~ | ~~Hahn & Hessen, LLP~~ |  | ~~7650 S. Newcastle Road, Stockton, CA 95213~~ |

## II.    PD Claims on Appeal

### Speights Canadian Claims

|  | **Claimant Name** | **Claim Number** | **Counsel** | **Firm Name** | **Building Name** | **Property Address** |
|---|---|---|---|---|---|---|
| 1. | 354401 Alberta LTD. C/O Redcliff Realty Management Inc. | 011620 | Daniel A Speights | Speights & Runyan |  | 287 Broadway Winnipeg, MB R3c0r9 |
| 2. | Calgary Board of Education | 012454 | Daniel A Speights | Speights & Runyan | James Fowler High | 4004-4th St. Nw Calgary, AB T2k1a1 |
| 3. | Calgary Board of Education | 012457 | Daniel A Speights | Speights & Runyan | Kingsland Elementary | 7430 5th Street Sw Calgary, AB T2v1b1 |
| 4. | Calgary Board of Education | 012443 | Daniel A Speights | Speights & Runyan | William Aberhart High | 3009 Morley Train Nw Calgary, AB T2m4g9 |
| 5. | Calgary Board of Education | 014885 | Daniel A Speights | Speights & Runyan | Altadore Elementary | 4506 16th Street SW Calgary, AB T2t4h9 |
| 6. | Calgary Board of Education | 012442 | Daniel A Speights | Speights & Runyan | Wildwood Elementary | 120 45th Street Sw Calgary, AB T3c2b3 |
| 7. | Calgary Board of Education | 012570 | Daniel A Speights | Speights & Runyan | Balmoral Junior High | 220 16th Avenue Calgary, AB T2m0h4 |
| 8. | Calgary Board of Education | 012590 | Daniel A Speights | Speights & Runyan | Parkdale Elementary | 728 32nd Street NW Calgary, AB T2n2v9 |
| 9. | Calgary Board of Education | 012591 | Daniel A Speights | Speights & Runyan | Queen Elizabeth | 512 18th Street NW Calgary, AB T2n2g5 |

|  | **Claimant Name** | **Claim Number** | **Counsel** | **Firm Name** | **Building Name** | **Property Address** |
|---|---|---|---|---|---|---|
|  |  |  |  |  | High |  |
| 10. | Calgary Board of Education | 012438 | Daniel A Speights | Speights & Runyan | Vincent Massey Junior High | 939 45th St Sw Calgary, AB  T3c2b9 |
| 11. | Calgary Board of Education | 012439 | Daniel A Speights | Speights & Runyan | Viscount Bennett | 2519 Richmond Road Sw Calgary, AB  T3e4m2 |
| 12. | Calgary Board of Education | 012412 | Daniel A Speights | Speights & Runyan | Cambrian Heights Elementary | 640 Northmount Dr Nw Calgary, AB  T2k3j5 |
| 13. | Calgary Board of Education | 012410 | Daniel A Speights | Speights & Runyan | Briar Hill Elementary | 1233 21st Street Nw Calgary, AB  T2n2l8 |
| 14. | City Of Edmonton | 012489 | Daniel A Speights | Speights & Runyan | Century Place | 9803 102a Avenue Edmonton, AB  T5j3a3 |
| 15. | City Of Vancouver | 012476 | Daniel A Speights | Speights & Runyan | Q.E. And Playhouse Theatres | 649-695 Cambie Vancouver, BC |
| 16. | Edmonton Public Schools | 012549 | Daniel A Speights | Speights & Runyan | Wellington School | 13160 127 Street Edmonton, AB  T5l1b2 |
| 17. | Edmonton Public Schools | 012557 | Daniel A Speights | Speights & Runyan | Eastglen School | 11430 68 Street Edmonton, AB  T5b1p1 |
| 18. | Edmonton Public Schools | 012554 | Daniel A Speights | Speights & Runyan | Woodcroft School | 13750 Woodcroft Avenue Edmonton, AB  T5t5x9 |
| 19. | Edmonton Public Schools | 012548 | Daniel A Speights | Speights & Runyan | Victoria School | 10210 108 Avenue Edmonton, AB  T5h1a8 |
| 20. | Edmonton Public Schools | 012546 | Daniel A Speights | Speights & Runyan | Strathcona School | 10450 72 Avenue Edmonton, AB  T6e0z6 |
| 21. | Edmonton Public Schools | 012542 | Daniel A Speights | Speights & Runyan | North Edmonton School | 6920 128 Avenue Edmonton, AB  T5c1s7 |
| 22. | Edmonton Public Schools | 012576 | Daniel A Speights | Speights & Runyan | JA Fife School | 15004 76 Street Edmonton, AB  T6c1c2 |
| 23. | Edmonton Public Schools | 012541 | Daniel A Speights | Speights & Runyan | Newton School | 5523 122 Avenue Edmonton, AB  T5w1s3 |
| 24. | Edmonton Public Schools | 012394 | Daniel A Speights | Speights & Runyan | Bonnie Doon School | 8205 90 Avenue Edmonton, AB  T6c1n8 |
| 25. | Edmonton Public Schools | 012377 | Daniel A Speights | Speights & Runyan | Delton School | 12126 89 Street Edmonton, AB |

|  | **Claimant Name** | **Claim Number** | **Counsel** | **Firm Name** | **Building Name** | **Property Address** |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | T5b3w4 |
| 26. | Edmonton Public Schools | 012388 | Daniel A Speights | Speights & Runyan | Allendale | 6415 106 Street Edmonton, AB T6h2v5 |
| 27. | Edmonton Public Schools | 012537 | Daniel A Speights | Speights & Runyan | Parkview School | 14313 92 Street Edmonton, AB T5r3b3 |
| 28. | Edmonton Public Schools | 012503 | Daniel A Speights | Speights & Runyan | Sherbrooke School | 12245 131 Street Edmonton, AB T5l1m8 |
| 29. | Edmonton Public Schools | 012500 | Daniel A Speights | Speights & Runyan | Ritchie School | 9750 74 Avenue Edmonton, AB T6j1t4 |
| 30. | Edmonton Public Schools | 012498 | Daniel A Speights | Speights & Runyan | Queen Alexandra School | 7730 106 Street Edmonton, AB T6g0x4 |
| 31. | Edmonton Public Schools | 012496 | Daniel A Speights | Speights & Runyan | Prince Rupert School | 11515 113 Avenue Edmonton, AB T5g0j3 |
| 32. | Edmonton Public Schools | 012501 | Daniel A Speights | Speights & Runyan | Ross Sheppard School | 13546 111 Avenue Edmonton, AB T5m2p2 |
| 33. | Oxford Properties Group | 012421 | Daniel A Speights | Speights & Runyan |  | 10025-102 Avenue Edmonton, AB T5j2z1 |
| 34. | Oxford Properties Group | 012422 | Daniel A Speights | Speights & Runyan | Edmonton City Centre East | Between 100/101/102 & 102a St Edmonton, AB T5j2y8 |
| 35. | Oxford Properties Group | 012423 | Daniel A Speights | Speights & Runyan |  | 10088-102 Avenue Edmonton, AB T5j2z1 |
| 36. | School District 68 Nanaimo-Ladysmith | 011627 | Daniel A Speights | Speights & Runyan | Nanaimo Senior Secondary | 3955 Wakesiah Ave Nanaimo, BC V9r3k5 |
| 37. | School District 68 Nanaimo-Ladysmith | 011632 | Daniel A Speights | Speights & Runyan | Woodlands Secondary | 1270 Strathmore Street Nanaimo, BC V9s2i9 |

### III.    Inactive Anderson Memorial Class Claims

### Anderson Memorial Class Claims

|  | **Claimant Name** | **Claim Number** | **Counsel** | **Firm Name** | **Building Name** | **Property Address** |
|---|---|---|---|---|---|---|
| 1. | Anderson Memorial Hospital | 009911 | Daniel A Speights | Speights & Runyan | Various | Various locations worldwide |
| 2. | Anderson Memorial | 009914 | Daniel A | Speights & | Various | Various locations |

4

5

| | **Claimant Name** | **Claim Number** | **Counsel** | **Firm Name** | **Building Name** | **Property Address** |
|---|---|---|---|---|---|---|
| | Hospital | | Speights | Runyan | | statewide South Carolina |