**Exhibit 20**

**Updated Government Release**

## ~~Exhibit 2:~~ GOVERNMENT RELEASE

All capitalized terms not otherwise defined in this Government Release shall have the meaning ascribed thereto in ~~the Settlement Agreement and Release (the "Agreement")~~ that certain Settlement Agreement and Release, dated November 10, 2003, by and among the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, Sealed Air Corporation, and Cryovac, Inc., as amended by the Order Approving, Authorizing, and Implementing Settlement Agreement by and among the Plaintiffs, Sealed Air Corporation and Cryovac, Inc., dated June 27, 2005, and entered by the United States Bankruptcy Court for the District of Delaware on June 29, 2005, in Case No. 01-01139, Dkt. No. 8742 (as amended, the "Agreement"), to which this Government Release is made a part.

In consideration of the transfers to be made pursuant to paragraph II(a) of the Agreement, the United States of America hereby releases the Released Parties from, and covenants not to sue the Released Parties with respect to, any and all civil or administrative Claims, Demands, and Damages arising under: (a) 28 U.S.C. §§ 3304 and 3306 as asserted in the United States' Complaint in Intervention filed in the Action; and (b) theories of successor liability, piercing the corporate veil, or similar claims for which the relief would be the avoidance of all or any part of the Cryovac Transaction or a money judgment for all or any part of the value of the Cryovac Transaction.

This Government Release is conditioned upon the satisfactory performance by Cryovac, Inc. and Sealed Air Corporation of their obligations under the Agreement and extends only to the Released Parties and does not extend to any other person. This Government Release does not pertain to any matters other than those expressly specified herein. The United States reserves any and all claims and demands with respect to all other matters (including the treatment of the Cryovac Cash Amount and the Settlement Shares under the Internal Revenue

Code), which it or any department or agency may have against any of the Released Parties. Prior to or simultaneous with the transfers contemplated by paragraph II(a) of the Agreement, the United States will deliver to Cryovac, Inc. and Sealed Air Corporation a duly executed Stipulation of Dismissal With Prejudice of the Action in the form appended to the Agreement as Exhibit 4.

FOR THE UNITED STATES OF AMERICA

Date: _____

_____
~~THOMAS L. SANSONETTI~~
ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resource Division
~~U.S.~~ United States Department of Justice
950 Pennsylvania Ave., NW
Room 2~~14~~603
Washington, D.C. 20530

Date: _____

_____
JEREL L. ELLINGTON
~~Senior Counsel~~

JAMES D. FREEMAN
Attorneys
Environmental Enforcement Section
~~U.S.~~ United States Department of Justice
999 18th Street, South Terrace, Suite ~~945N~~ 370
Denver, CO 80202
~~Telephone:  (303) 312-7321~~

~~- 1 -~~
[Signature Page to Government Release]

KE 28429126