# **Exhibit 21**

**Updated Sealed Air Release**

## ~~Exhibit 3:~~ RELEASE

All capitalized terms not otherwise defined in this Release shall have the meaning ascribed thereto in ~~the~~that certain Settlement Agreement~~.~~ and Release, dated November 10, 2003, by and among the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, Sealed Air Corporation, and Cryovac, Inc., as amended by the Order Approving, Authorizing, and Implementing Settlement Agreement by and among the Plaintiffs, Sealed Air Corporation and Cryovac, Inc., dated June 27, 2005, and entered by the United States Bankruptcy Court for the District of Delaware on June 29, 2005, in Case No. 01-01139, Dkt. No. 8742 (as amended, the "Agreement").

In consideration of the transfers made pursuant to paragraph II(a) of the Agreement, Plaintiffs ~~and~~, Debtors, and the Non-Debtor Affiliates listed on **Schedule A** attached hereto hereby irrevocably release, acquit, and forever discharge the Released Parties from any and all Asbestos-Related Claims, and any and all Claims, Debts, and Damages on the basis of, arising from, or attributable to (in whole or in part, directly or indirectly) the Fresenius Transaction, that have accrued or been asserted or that hereafter might accrue or be asserted.

Plaintiffs ~~and~~, Debtors, and the Non-Debtor Affiliates listed on **Schedule A** attached hereto further agree that neither the Plaintiffs, the Non-Debtor Affiliates listed on **Schedule A** attached hereto, the Debtors, nor their bankruptcy estates shall institute, participate in, maintain, maintain a right to or assert against the Released Parties, either directly or indirectly, on its own behalf, derivatively, or on behalf of any other Person any and all Asbestos-Related Claims, and any and all Claims, Debts, and Damages on the basis of, arising from, or attributable to (in whole or in part, directly or indirectly) the Fresenius Transaction, that have accrued or been asserted or that hereafter might accrue or be asserted.

KE 27797296

        OFFICIAL COMMITTEE OF ASBESTOS
        PERSONAL INJURY CLAIMANTS

        By:_____
        Print Name:_____

Sworn to before me
this _____ day of 20~~0~~ 14.

_____
Notary Public


        OFFICIAL COMMITTEE OF ASBESTOS
        PROPERTY DAMAGE CLAIMANTS

        By:_____
        Print Name:_____

Sworn to before me
this _____ day of 20~~0~~ 14.

_____
Notary Public

        ~~[AS TO EACH OTHER DEBTOR]~~

        ~~By:_____~~
        ~~Print Name:_____~~

        ~~[WILL ADD SIGNATURE LINE FOR EACH DEBTOR]~~


        **W. R. GRACE & CO.**, on behalf of itself and the Non-Debtor Affiliates listed on **Schedule A** attached hereto

        By:_____

[Signature Pages to Sealed Air Release]

Title:_____

**DAREX PUERTO RICO, INC.**

By:_____

Title:_____

**DEWEY AND ALMY, LLC.**

By:_____

Title:_____

**GLOUCESTER NEW COMMUNITIES COMPANY, INC.**

By:_____

Title:_____

**GRACE CHEMICAL COMPANY OF CUBA**

By:_____

Title:_____

**GRACE ENERGY CORPORATION**

By:_____

Title:_____

**GRACE EUROPE, INC.**

By:_____

Title:_____

**GRACE INTERNATIONAL HOLDINGS, INC.**
(f/k/a Dearborn International Holdings, Inc.)

By:_____

Title:_____

[Signature Pages to Sealed Air Release]

**GRACE PAR CORPORATION**

By:_____

Title:_____

**GUANICA-CARIBE LAND DEVELOPMENT CORPORATION**

By:_____

Title:_____

**HANOVER SQUARE CORPORATION**

By:_____

Title:_____

**KOOTENAI DEVELOPMENT COMPANY**

By:_____

Title:_____

**REMEDIUM GROUP, INC.** (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.)

By:_____

Title:_____

**W. R. GRACE CAPITAL CORPORATION**

By:_____

Title:_____

**W. R. GRACE & CO.-CONN.**

By:_____

Title:_____

[Signature Pages to Sealed Air Release]

**W. R GRACE LAND CORPORATION**

By:_____

Title:_____

**WATER STREET CORPORATION**

By:_____

Title:_____

Sworn to before me
this _____ day of 20~~0~~ 14.

_____
Notary Public

[Signature Pages to Sealed Air Release]

KE 27797296

**Schedule A**

**Non-Debtor Affiliates**

1. A.A. Consultancy & Cleaning Company Limited
2. Alltech Applied Science B.V.
3. Alltech Applied Science Labs (HK) Limited
4. Alltech Associates (Australia) Pty. Ltd.
5. Alltech Associates Applied Science Limited
6. Alltech Associates, Inc.
7. Alltech France S.A.R.L.
8. Alltech Grom GmbH
9. Alltech Italia S.R.L.
10. Alltech Scientific (China) Limited
11. Alltech y Applied Science Para Mexico, S.A. de C.V.
12. Amicon Ireland Limited
13. AP Chem Incorporated
14. CJCS Grace Kriz
15. Construction Products Dubai, Inc
16. Darex UK Limited
17. Davison Chemicals India Pvt. Ltd. (f/k/a Flexit Laboratories Private Ltd.)
18. Denac Nederland B.V.
19. Exemere Limited
20. GEC Divestment Corporation Ltd.
21. Grace (New Zealand) Limited
22. Grace AB
23. Grace Asia Pacific, Inc.
24. Grace Australia Pty. Ltd.
25. Grace Bauprodukte GmbH
26. Grace Brasil Ltda.
27. Grace Canada, Inc.
28. Grace Catalyst AB
29. Grace Chemicals, Inc.
30. Grace China Ltd.
31. Grace CIS LLC
32. Grace Collections, Inc.
33. Grace Colombia S.A.
34. Grace Construction Products (Ireland) Limited
35. Grace Construction Products Limited
36. Grace Construction Products N.V.
37. Grace Construction Products S.A. (f/k/a Pieri S.A.)
38. Grace Container, S. A. de C. V.
39. Grace Darex GmbH
40. Grace Davison (Proprietary) Limited
41. Grace Davison Ltda.
42. Grace GermanyGmbH (f/k/a Grace Energy GmbH and Grace Holding GmbH)

KE 27797296

43. Grace Értékesito Kft.
44. Grace Europe Holding GmbH
45. Grace GmbH & Co. KG
46. Grace GP GmbH
47. Grace Hellas E.P.E.
48. Grace Japan Kabushiki Kaisha
49. Grace Korea Inc.
50. Grace Management GP GmbH
51. Grace Management Services, Inc.
52. Grace Produits de Construction SAS
53. Grace Quimica Compania Limitada
54. Grace S.A./N.V.
55. Grace Silica GmbH
56. Grace Sp. z o.o.
57. Grace Sweden AB
58. Grace Trading (Shanghai) Co., Ltd.
59. Grace Venezuela, S.A.
60. Grace, S.A.
61. Inverco Benelux N.V.
62. Inversiones GSC, S.A.
63. PT. Grace Specialty Chemicals Indonesia
64. Grace European Finance (Dublin) Limited (f/k/a Trans-Meridian Insurance (Dublin) Ltd.)
65. W. R. Grace & Co. (India) Private Limited
66. W. R. Grace & Co. Employees Disaster Relief Foundation, Inc.
67. W. R. Grace (Hong Kong) Limited
68. W. R. Grace (Malaysia) Sendiran Berhad
69. W. R. Grace (Philippines), Inc.
70. W. R. Grace (Singapore) Private Limited
71. W. R. Grace (Thailand) Limited
72. W. R. Grace Africa (Proprietary) Limited
73. W. R. Grace Argentina S.A.
74. W. R. Grace B.V.
75. W. R. Grace Finance (NRO) Ltd.
76. W. R. Grace Foundation, Inc.
77. W. R. Grace Holdings, S. A. de C. V.
78. W. R. Grace Italiana S.p.A.
79. W. R. Grace Limited
80. W. R. Grace S.A.
81. W. R. Grace Specialty Chemicals (Malaysia) Sdn. Bhd.
82. W. R. Grace Taiwan, Inc.
83. W. R. Grace Vietnam Company Limited