**Exhibit 22**

**Updated Settlement Agreement and Mutual Release**

**RELEASE**

All capitalized terms not otherwise defined in this Release shall have the meaning ascribed thereto in (i) that certain First Amended Settlement Agreement and Release of Claims, dated as of February 6, 2003 (the "Settlement Agreement), by and among the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, and the Debtors and (ii) the *Order Authorizing, Approving, and Implementing Settlement Agreement*, dated as of June 25, 2003, and entered by the United States District Court for the District of Delaware in Case Nos. 02-2210 & 02-2211 (the "Settlement Order" and, collectively with the Settlement Agreement, the "Agreement").

In consideration of the Settlement Payment to be made pursuant to Section 2.03 of the Agreement, and effective upon the making of such Settlement Payment, each of the Asbestos Committees, the Debtors, and the "Reorganized Debtors" (as defined in the Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified Through December 23, 2010), hereby irrevocably releases, acquits, and forever discharges the NMC Defendants from any and all Asbestos-Related Claims, Grace-Related Claims, and any and all Claims, Debts, and Damages on the basis of, arising from, or attributable to (in whole or in part, directly or indirectly) the NMC Transaction, that have accrued or been asserted or that hereafter might accrue or be asserted.

Each of the Asbestos Committees, the Debtors, and the Reorganized Debtors further agrees that it shall not institute, participate in, maintain, maintain a right to or assert against the NMC Defendants, either directly or indirectly, on its own behalf, derivatively, or on behalf of any other Person any and all Asbestos-Related Claims, Grace-Related Claims, or any

KE 29314059

and all Claims, Debts, and Damages on the basis of, arising from, or attributable to (in whole or in part, directly or indirectly) the NMC Transaction, that have accrued or been asserted or that hereafter might accrue or be asserted.

OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS


By:_____
Print Name:_____

Sworn to before me
this _____ day of 2014.

_____
Notary Public

OFFICIAL COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS


By:_____
Print Name:_____

Sworn to before me
this _____ day of 2014.

_____
Notary Public

**W. R. GRACE & CO.**[1]

By:_____

Title:_____

---

[1] [K&E confirming that merged subsidiaries need not sign pursuant to order authorizing merger]

[Signature Pages to Fresenius Release]

KE 29314059

~~**DEWEY AND ALMY, LLC.**~~

~~By:_____~~

~~Title:_____~~

**DAREX PUERTO RICO, INC.**

By:_____

Title:_____

**DEWEY AND ALMY, LLC.**

By:_____

Title:_____

**GLOUCESTER NEW COMMUNITIES COMPANY, INC.**

By:_____

Title:_____

**GRACE CHEMICAL COMPANY OF CUBA**

By:_____

Title:_____

**GRACE ENERGY CORPORATION**

By:_____

Title:_____

**GRACE EUROPE, INC.**

By:_____

Title:_____

[Signature Pages to Fresenius Release]

KE 29314059

**GRACE INTERNATIONAL HOLDINGS, INC.**
(f/k/a Dearborn International Holdings, Inc.)

By:_____

Title:_____

~~**GRACE MANAGEMENT SERVICES, INC.**~~

~~By:_____~~

~~Title:_____~~

**GRACE PAR CORPORATION**

By:_____

Title:_____

**GUANICA-CARIBE LAND DEVELOPMENT CORPORATION**

By:_____

Title:_____

**HANOVER SQUARE CORPORATION**

By:_____

Title:_____

**KOOTENAI DEVELOPMENT COMPANY**

By:_____

Title:_____

**REMEDIUM GROUP, INC.** (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.)

By:_____

Title:_____

[Signature Pages to Fresenius Release]

[Signature Pages to Fresenius Release]

**W. R. GRACE CAPITAL CORPORATION**

By:_____

Title:_____

**W. R. GRACE & CO.-CONN.**

By:_____

Title:_____

**W. R. GRACE LAND CORPORATION**

By:_____

Title:_____

**WATER STREET CORPORATION**

By:_____

Title:_____

Sworn to before me
this _____ day of 2014.

_____
Notary Public

[Signature Pages to Fresenius Release]

KE 29314059