# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 01/29/2014
Calendar Time: 10:00 AM ET

2nd Revision 01/29/2014 06:44 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6066495 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Other Prof., Official Committee of Equity Security Holders / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6071817 | Rachel E. Brennan | (212) 373-3235 | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6021713 | Peg Brickley | (215) 462-0953 | Dow Jones & Co. | Interested Party, Peg Brickley / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6069576 | Gabriella Cellarosi-Daniel | (202) 659-6000 | Eckert, Seamans, Cherin & Mellott, LL | Creditor, Maryland Casualty Co. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6071357 | Nathan F. Coco | (312) 984-3658 | McDermott Will & Emery LLP | Creditor, Fresenius / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6069868 | Teresa Currier | (302) 421-6826 | Saul Ewing LLP | Creditor, Official Committee of Equity Security Holders / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6067712 | John Donley | (312) 862-2068 | Kirkland & Ellis, LLP | Debtor, W. R. Grace & Co. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6067784 | Lisa Esayian | (312) 862-2226 | Kirkland & Ellis LLP | Debtor, W. R. Grace & Co. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6069210 | Debra Felder | (202) 339-8567 | Orrick, Herrington & Sutcliffe LLP | Other Prof., Future Claimants Representative / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6069200 | Roger Frankel | (202) 903-0700 | Frankel Wyron LLP | Other Prof., Future Claimants Representative / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6071814 | Max A. Frumes | (212) 257-4010 | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6070764 | Michael Giannotto | 202-346-4124 | Goodwin Procter LLP | Creditor, CNA Insurance / LIVE |
| | | W.R. Grace & Co., et al | 01-01139 | Hearing | 6067797 | Roger Higgins | (312) 836-4047 | The Law Offices of Roger Higgins LLC | Debtor, W.R Grace & Co., et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6070326 | Daniel K. Hogan | 302-656-7540 | The Hogan Firm | Claimant, Canadian ZAI Claimants / LIVE |

Raymond Reyes ext. 881    CourtConfCal2012    Page 1 of 4

| Debtor | Case | Type | ID | Name | Firm | Phone | Representing |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 5927075 | Robert M. Horkovich | Anderson Kill & Olick, P.C. | 212-278-1000 | Creditor, Official Committee of Asbestos Personal Injury Claimants / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6069999 | Mark Hurford | Campbell & Levine | (302) 426-1900 | Creditor, Official Committee of Unsecured Creditors / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6070953 | Madalina Iacob | DebtWire | (646) 378-3137 | Interested Party, Madalina Iacob / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6070313 | Michael R. Lastowski | Duane Morris LLP | 302-657-4900 | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6069225 | Peter Lockwood | Caplin & Drysdale | (202) 862-5065 | Creditor, Committee of Asbestos Personal Injury Claimants / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6071749 | Francis Monaco | Womble Carlyle Sandridge & Rice, PLL | (302) 252-4340 | Creditor, The State of Montana and Her Majesty the Queen in Right of Canada / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6041694 | Hanna Morikami | Nomura Securities | 310-733-7059 | Interested Party, Nomura Securities / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6069423 | James E. O'Neill | Pachulski Stang Ziehl & Jones (All Offi | (302) 778-6407 | Debtor, W.R. Grace & Co., et al. / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6067792 | Adam Paul | Kirkland & Ellis LLP | (312) 862-3120 | Debtor, W.R Grace & Co., et al / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6069093 | John C. Phillips, Jr. | Phillips, Goldman & Spence, P.A. | 302-655-4200 | Other Prof., David T. Austern Future Claims Representative / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6069760 | Alan B. Rich | Law Office of Alan B. Rich | 214-744-5100 | Interested Party, Property Damage FCR / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6067936 | Jay Sakalo | Bilzin Sumberg Baena Price Axelrod, L | (305) 375-6156 | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6022098 | Darrel Scott | Scott Law Group, P.S. | 509-455-3966 | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6069544 | Mark Shelnitz | W. R. Grace & Co. | 410-531-4212 | Consultant, Mark Shelnitz / LIVE |

| Case Name | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6070306 | Theodore J. Tacconelli | 302-575-1555 | Ferry Joseph & Pearce P.A. | Interested Party, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6070115 | Edward Toole | (215) 981-4594 | Pepper Hamilton, LLP | Creditor, BNSF / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6071761 | David M. Turetsky | (212) 735-3000 | Skadden Arps Slate Meagher & Flom | Interested Party, Sealed Air Corp. / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6067849 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook & Brickman | Creditor, CAI / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6066792 | Denise Wildes | 212-806-6023 ext. 00 | Stroock & Stroock & Lavan LLP | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6070161 | Jeffrey C. Wisler | (302) 757-7300 | Connolly Gallagher LLP | Creditor, Maryland Casualty Company / LIVE |
| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6069208 | Richard Wyron | (202) 903-0700 | Frankel Wyron LLP | Other Prof., Future Claimants Representative / LIVE |