# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**DECEMBER 1, 2013 - DECEMBER 31, 2013**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.1 | $ 73.50 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 0.1 | 73.50 |
| 0014 | Case Administration | 3.3 | 880.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 1.9 | 1,805.00 |
| 0018 | Fee Application, Applicant | 4.3 | 1,203.50 |
| 0019 | Creditor Inquiries | 2.8 | 2,617.00 |
| 0036 | Plan and Disclosure Statement | 3.6 | 2,646.00 |
| 0037 | Hearings | 0.3 | 220.50 |
| 0040 | Employment Applications - Others | 0.1 | 73.50 |
| | **Total** | **16.5** | **$ 9,593.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | January 29, 2014 |
| INVOICE NO. | 611670 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through December 31, 2013, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/18/2013 | Review Debtors' Motion to approve addendum to Settlement Agreement with Harper Insurance. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.1 | $ 735 | $ 73.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 73.50 |

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) |
|---|---|
|    | 699843  0009 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/17/2013 | Review Court's Order entered approving Debtors' QSF motion. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.1 | $ 735 | $ 73.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 73.50 |
|---|---|

# STROOCK

| RE | Case Administration<br>699843 0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2013 | Obtain and circulate recently docketed pleading in main case (.1); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.3 |
| 12/06/2013 | Obtain and circulate recently docketed pleading in main case (.4); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.6 |
| 12/09/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 12/12/2013 | Review Debtors' proposed Order re 49th Interim Fee Applications. | Wildes, D. | 0.1 |
| 12/13/2013 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 12/16/2013 | Obtain and circulate recently docketed pleading in main case (.1); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.3 |
| 12/17/2013 | Obtain and circulate recently entered orders in main case. | Mohamed, D. | 0.3 |
| 12/17/2013 | Review Court's Order entered approving 49th fee application. | Wildes, D. | 0.1 |
| 12/23/2013 | Obtain and circulate recently docketed pleadings in main case (.3); obtain recent pleading re Appeals case no. 12-1402 for attorney review (.1). | Mohamed, D. | 0.4 |
| 12/30/2013 | Obtain and circulate recently docketed pleadings in main case (.5); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.7 |
| 12/30/2013 | Review Debtors' Amendments to Schedule F of Liabilities. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 3.0 | $ 220 | $ 660.00 |
| Wildes, Denise K. | 0.3 | 735 | 220.50 |

| | | | |
|---|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 880.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/23/2013 | Review bank lenders' settlement motion; emails & t/c's re same. | Pasquale, K. | 1.0 |
| 12/24/2013 | Email, t/c's creditors re bank lenders' settlement issues. | Pasquale, K. | 0.6 |
| 12/31/2013 | T/c creditor re effective date; email B. Frezza re same. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 1.9 | $ 950 | $ 1,805.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 1,805.00 |

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2013 | Finalize SSL's 151st monthly fee application for filing (.3); prepare notice and CoS re same and forward to local counsel for filing (.4); prepare and effectuate service re fee application (.4). | Mohamed, D. | 1.1 |
| 12/05/2013 | Review revised fee detail and prepare draft of SSL's 152nd monthly fee application for attorney review. | Mohamed, D. | 0.8 |
| 12/11/2013 | Review and edit monthly fee application (.2); confs. Mohamed re same (.1). | Wildes, D. | 0.3 |
| 12/12/2013 | Revise draft of SSL's 152nd monthly fee application for attorney review. | Mohamed, D. | 0.3 |
| 12/24/2013 | Revise draft of SSL's 152nd monthly fee application for attorney review. | Mohamed, D. | 0.2 |
| 12/24/2013 | Emails Mohamed re review of 152nd monthly fee application. | Wildes, D. | 0.1 |
| 12/26/2013 | Review 152nd monthly fee application. | Wildes, D. | 0.1 |
| 12/30/2013 | Finalize SSL's 152nd monthly fee application for filing (.6); prepare notice and CoS re same and forward to local counsel for filing (.4); prepare and effectuate service re fee application (.4). | Mohamed, D. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 3.8 | $ 220 | $ 836.00 |
| Wildes, Denise K. | 0.5 | 735 | 367.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 1,203.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | |
|---|---|---|
| RE | Creditor Inquiries | |
| | 699843  0019 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/10/2013 | T/c creditor re distribution details & status. | Pasquale, K. | 0.3 |
| 12/12/2013 | Review WRG press release re: emergence; t/c's & emails w/multiple creditors re: emergence. | Pasquale, K. | 0.8 |
| 12/13/2013 | T/c creditor re: emergence issues | Pasquale, K. | 0.3 |
| 12/16/2013 | Conf call w/creditor re history; emergence issues; follow-up email re same. | Pasquale, K. | 1.2 |
| 12/31/2013 | Emails Pasquale, Frezza re creditor inquiry re interest calculations for trade creditors under Plan (.1); review/forward Debtors' proposed Plan Exhibit re Allowed Claims and interest calculations included therein (.1). | Wildes, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 2.6 | $ 950 | $ 2,470.00 |
| Wildes, Denise K. | 0.2 | 735 | 147.00 |
| | | | |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 2,617.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses 699843 0024 | |
|---|---|---|
| | TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

### MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 31.32 |
|---|---|
| Long Distance Telephone | 3.62 |
| Duplicating Costs-in House | 0.40 |
| TOTAL DISBURSEMENTS/CHARGES | $ 35.34 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Plan and Disclosure Statement<br>699843  0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/05/2013 | Review corresp. from Higgins re Allowed Claims exhibit to Plan and Committee review of same and call to discuss same. | Wildes, D. | 0.1 |
| 12/09/2013 | Begin review proposed Allowed Claims Exhibit (.2); emails Frezza and KP re same and re timing re exit (.1). | Wildes, D. | 0.3 |
| 12/10/2013 | Follow up emails Frezza, Higgins re conf. call to discuss Allowed Claims Exhibit to Plan. | Wildes, D. | 0.1 |
| 12/11/2013 | Prepare for and participate on conference call with Higgins and Blackstone to review/discuss Allowed Claims Exhibit to Plan and interest calculations for certain claims. | Wildes, D. | 1.0 |
| 12/23/2013 | Review Debtors' Motion to approve settlement with Bank Lenders re Post-Petition Interest to be paid under Plan and review settlement (.3); emails Frezza and Pasquale re same (.2); review letter filed with Third Circuit re proposed settlement w/ Banks of appeal (.1); draft memo to committee re proposed settlement with Bank Lenders (.7); email KP re same (.1); revise, finalize and send memo to Committee (.2); corresp. w/ Christie at Sealed Air re same (.1). | Wildes, D. | 1.7 |
| 12/24/2013 | Emails Frezza and Committee members re proposed settlement with Bank Lenders and expected date of emergence/plan effectiveness. | Wildes, D. | 0.2 |
| 12/31/2013 | Corresp. with Higgins re updating Allowed Claims Exhibit to reflect agreement with banks re post-petition interest to be paid under Plan and re timing re filing of Exhibit re Allowed Claims with Court (.1); emails Pasquale and Frezza re same (.1). | Wildes, D. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 3.6 | $ 735 | $ 2,646.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,646.00 | |

# STROOCK

| RE | Hearings 699843 0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/16/2013 | Review agenda for hearing (.1); conf. Mohamed re sign-up for Courtcall for hearing (.1). | Wildes, D. | 0.2 |
| 12/17/2013 | Review notice re cancelation of court hearing. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.3 | $ 735 | $ 220.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 220.50 |

# STROOCK

| RE | Employment Applications - Others<br>699843  0040 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/17/2013 | Review Court's Order approving amended Blackstone retention. | Wildes, D. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.1 | $ 735 | $ 73.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 73.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,593.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 35.34 |
| TOTAL BILL | $ 9,628.34 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.