# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**DECEMBER 1, 2013 - DECEMBER 31, 2013**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Pasquale, Kenneth | 4.5 | $ 950 | $ 4,275.00 |
| | | | |
| **Associates** | | | |
| Wildes, Denise | 5.2 | 735 | 3,822.00 |
| | | | |
| **Paraprofessionals** | | | |
| Mohamed, David | 6.8 | 220 | 1,496.00 |
| | | | |
| **Total** | **16.5** | | **$ 9,593.00** |