# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**DECEMBER 1, 2013 - DECEMBER 31, 2013**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 31.32 |
| Long Distance Telephone | | 3.62 |
| Duplicating Costs-in House Total | | 0.40 |
| **Total** | **$** | **35.34** |

# STROOCK

## DISBURSEMENT REGISTER

| | |
|---|---|
| DATE | January 23, 2014 |
| INVOICE NO. | 611670 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through December 31, 2013, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 11/26/2013 | Vendor: United Parcel Service Invoice #: 00000010X827493 12.07.13 Tracking #: 1Z10X8270795945338 Shipment Date: 11/26/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.51 |
| 12/02/2013 | Vendor: United Parcel Service Invoice #: 00000010X827493 12.07.13 Tracking #: 1Z10X8270190727307 Shipment Date: 12/02/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.15 |
| 12/02/2013 | Vendor: United Parcel Service Invoice #: 00000010X827493 12.07.13 Tracking #: 1Z10X8270193912511 Shipment Date: 12/02/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.15 |
| 12/02/2013 | Vendor: United Parcel Service Invoice #: 00000010X827493 12.07.13 Tracking #: 1Z10X8270790934895 Shipment Date: 12/02/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.51 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Outside Messenger Service Total** | **31.32** |
| | **Long Distance Telephone** | |
| 12/10/2013 | EXTN.795562, TEL.8162927045, S.T.11:26, DUR.00:05:35 | 1.67 |
| 12/31/2013 | EXTN.795562, TEL.9733766179, S.T.10:09, DUR.00:06:28 | 1.95 |
| | **Long Distance Telephone Total** | **3.62** |
| | **Duplicating Costs-in House** | |
| 12/16/2013 | | 0.40 |
| | By Pasquale, Kenneth | |
| | **Duplicating Costs-in House Total** | **0.40** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 31.32 |
| Long Distance Telephone | 3.62 |
| Duplicating Costs-in House | 0.40 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 35.34 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.