**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (KJC)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |
| | ) | **Objection Deadline: February 18, 2014 at 4:00 p.m.** |
| | ) | **Hearing date:** To be scheduled only if objections are |
| | ) | timely filed and served. |

**ONE HUNDRED AND NINETEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013)</u>**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (<u>nunc</u> <u>pro</u> <u>tunc</u> to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | December 1, 2013 through December 31, 2013 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $25,239.00): | $    20,191.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | <u>$           38.41</u> |
| Total Amount Due: | $    20,229.61 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, <u>nunc</u> <u>pro</u> <u>tunc</u> to February 4, 2004, so ordered by the Court on June 8, 2004.

The time expended and included herein for the preparation of the 39th Quarterly application, the October 2013 application, and the November 2013 application totals 5.3 hours, and the corresponding compensation request totals $3,722.00.

This is the ONE HUNDRED AND NINETEENTH Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows: