**ONE HUNDRED AND NINETEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED <u>(FOR THE PERIOD FROM DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013)</u>**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 12-1-13 through 12-31-13**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $830 | 2.50 | $2,075.00 |
| R. Frezza | Member | $760 | 30.40 | $23,104.00 |
| M. Viola | Paraprofessional | $120 | 0.50 | $60.00 |
| **For the Period 12-1-13 through 12-31-13** | | | **33.40** | **$25,239.00** |

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 12-1-13 through 12-31-13**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 02. Case Administration | During the Fee Application period, the Applicant updated Capstone's accounts receivable detail analysis and reviewed and analyzed docket for new postings. | 1.50 | $1,140.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant reviewed and analyzed claims exhibit, participated in calls re: bank debt, responded to numerous Committee member questions, reviewed and analyzed Bank Lender settlement and prepared for and responded to Counsel questions re: interest rate. | 17.20 | $13,121.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the 39th quarterly and October and November monthly fee statements. | 5.30 | $3,722.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant reviewed and analyzed Grace's Citi Basic Materials Conference presentation and prepared questions for Blackstone, provided detailed response to Committee member, read and analyzed recent analysts reports, participated in follow up call with Committee member, reviewed and analyzed Grace press release, prepared for and participated in webcast presentation, reviewed and analyzed Grace's monthly operating report and reviewed charts relating to interest computations. | 8.30 | $6,420.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant prepared for and participated in call with Counsel re: anticipated emergence date. | 1.10 | $836.00 |
| **For the Period 12-1-13 through 12-31-13** | | **33.40** | **$25,239.00** |

**Capstone Advisory Group, LLC**                                        Page 1 of 1
**Invoice for the December 2013 Fee Application**

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Detailed Time Description by Task Code**
**For the Period 12-1-13 through 12-31-13**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 02. Case Administration | | | |
| 12/9/2013 | R. Frezza | 0.80 | Updated Capstone's accounts receivable detail analysis with most recent cash receipts and reconciled to internal WIP systems. |
| 12/20/2013 | R. Frezza | 0.70 | Reviewed and analyzed docket for new postings. |
| Subtotal | | 1.50 | |
| 03. Claims Analysis & Valuation | | | |
| 12/5/2013 | R. Frezza | 0.50 | Participated in email exchange with Counsel re: forthcoming allowed claims exhibit to be issued by Grace. |
| 12/9/2013 | R. Frezza | 2.90 | Reviewed and analyzed detailed allowed claims exhibit in preparation for discussion with Counsel and call with Grace and its advisers. |
| 12/10/2013 | E. Ordway | 0.30 | Reviewed claims analysis and data collected by team. |
| 12/10/2013 | R. Frezza | 1.80 | Updated interest analysis one final time for comparison to bank lender settlement at request of Committee member. |
| 12/10/2013 | R. Frezza | 1.30 | Conferred with Counsel re: observations on allowed claims exhibit and agreed on course of action and time to speak with Company re: questions thereon. |
| 12/10/2013 | R. Frezza | 1.90 | Continued detailed review and analysis of allowed claims exhibit and prepared question list for call with Grace and its advisers |
| 12/17/2013 | E. Ordway | 0.40 | Participated in call with holder of bank debt re: claim calculation. |
| 12/23/2013 | R. Frezza | 1.30 | Responded to numerous Committee member questions re: the bank lender settlement. |
| 12/23/2013 | R. Frezza | 2.10 | Reviewed and analyzed settlement with bank lenders document. |
| 12/23/2013 | R. Frezza | 1.10 | Responded to Counsel questions re: financial aspects of bank lender settlement. |
| 12/24/2013 | R. Frezza | 1.10 | Prepared for and participated in call with Blackstone re: construct and evolution of bank lender settlement. |
| 12/24/2013 | R. Frezza | 1.40 | Responded to additional questions from Committee members re: bank lender settlement. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/30/2013 | R. Frezza | 1.10 | Prepared for and responded to Counsel questions re: interest on the federal judgment rate per questions from trade claim holder. |
| Subtotal | | 17.20 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/2/2013 | R. Frezza | 0.90 | Reviewed and analyzed details supporting Capstone's October 2013 fee application. |
| 12/3/2013 | R. Frezza | 0.50 | Reviewed and analyzed revised detail supporting Capstone's October 2013 fee application. |
| 12/6/2013 | R. Frezza | 0.70 | Reviewed and analyzed Certificate of No Objection re: Capstone's 39th quarterly fee application. |
| 12/9/2013 | R. Frezza | 0.60 | Reviewed and analyzed Capstone's 2013 October fee application and submitted to Counsel for filing. |
| 12/9/2013 | R. Frezza | 1.20 | Reviewed and analyzed Capstone's November 2013 fee and expense details in preparation for fee application submission. |
| 12/9/2013 | E. Ordway | 0.20 | Prepared and edited November 2013 fee application. |
| 12/23/2013 | M. Viola | 0.50 | Prepared November 2013 fee application. |
| 12/30/2013 | R. Frezza | 0.70 | Reviewed and analyzed the Certificate of No Objection for Capstone's 116th fee application and sought payment. |
| Subtotal | | 5.30 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/2/2013 | R. Frezza | 1.20 | Reviewed and analyzed Grace's Citi Basic Materials Conference presentation and prepared questions for Blackstone. |
| 12/3/2013 | R. Frezza | 1.10 | Provided detailed response to Committee member questions (M. Handler - Liquidity Solutions). |
| 12/3/2013 | E. Ordway | 0.70 | Read and analyzed recent analysts reports. |
| 12/5/2013 | R. Frezza | 0.60 | Participated in follow up call with Committee member (M. Handler) re: additional questions. |
| 12/5/2013 | R. Frezza | 0.80 | Reviewed and analyzed full press release issued by Grace re: UNIPOL acquisition and emergence status. |
| 12/11/2013 | R. Frezza | 1.60 | Prepared for and participated in webcast presentation re: Unipol acquisition and emergence timing. |
| 12/12/2013 | R. Frezza | 1.40 | Reviewed and analyzed Grace's October 2013 monthly operating report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/13/2013 | E. Ordway | 0.50 | Reviewed charts relating to interest computations. |
| 12/19/2013 | E. Ordway | 0.40 | Reviewed most recent monthly operating report. |
| Subtotal | | 8.30 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 12/9/2013 | R. Frezza | 1.10 | Prepared for and participated in call with Counsel re: anticipated emergence date, issues that impact general unsecured creditors and preparations therefor. |
| Subtotal | | 1.10 | |
| **Total Hours** | | **33.40** | |

**Capstone Advisory Group, LLC**  Page 3 of 3
**Invoice for the December 2013 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 12-01-13 through 12-31-13

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Telecom | | | |
| 12/5/2013 | Capstone Expense | December telecom | $38.41 |
| Subtotal - Telecom | | | $38.41 |
| **For the Period 12-01-13 through 12-31-13** | | | **$38.41** |