# EXHIBIT A

# To Quarterly Application

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: December 16, 2013 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |

## FORTY-FOURTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | October 1, 2013, through October 31, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $      10,498.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $      36.39 |

This is Applicant's Forty-Fourth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 – March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $ 469.58 | $12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $ 12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 $ 1,397.60 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $12,104.00 | $ 799.82 | $ 9,683.20 $ 2,420.80 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 $ 2,127.10 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012- July 31, 2012 | $ 7,056.00 Reduction- $246.00 | $ 450.95 | $ 5,644.80 $ 1,165.20 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012- August 31, 2012 | $ 11,845.00 Reduction- $ 715.50 | $ 116.60 | $ 9,476.00 $ 1,653.50 | $ 116.60 |
| 10/26/2012 Dkt. #29818 | September 1, 2012- September 30, 2012 | $ 7,495.50 Reduction- $ 430.00 | $ 834.05 | $ 5,996.40 $ 1,068.60 | $ 834.05 |
| 12/18/12 Dkt. #30060 | October 1, 2012- October 31, 2012 | $ 9,367.50 Reduction- $ 553.50 | $ 54.90 | $ 7,494.00 $1,873.50 | $ 54.90 |
| 1/18/2013 Dkt. #30167 | November 1, 2012- November 30, 2012 | $ 9,384.50 Reduction- $ 369.00 | $ 59.25 | $ 7,507.60 $1,876.90 | $ 59.25 |

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

| | | | | | |
|---|---|---|---|---|---|
| 2/21/2013 Dkt. #30303 | December 1, 2012– December 31, 2012 | $ 8,250.50 Reduction- $922.50 | $ 301.94 | $ 6,600.40 $727.60 | $ 301.94 |
| 3/19/2013 Dkt. #30413 | January 1, 2013– January 31, 2013 | $ 6,901.00 | $ 40.35 | $ 5,520.80 $1,380.20 | $ 40.35 |
| 4/26/2013 Dkt. #30556 | February 1, 2013– February 28, 2013 | $ 9,507.00 | $ 99.10 | $ 7,605.60 $1,901.40 | $ 99.10 |
| 5/24/2013 Dkt. #30668 | March 1, 2013– March 31, 2013 | $ 8,346.00 | $ 1,521.79 | $ 6,676.80 $1,669.20 | $1,521.79 |
| 6/27/2013 Dkt. #30779 | April 1, 2013– April 30, 2013 | $ 6,559.00 | $ 29.50 | $5,247.20 $1,311.80 | $29.50 |
| 7/26/2013 Dkt. #30879 | May 1, 2013– May 31, 2013 | $ 8,200.50 | $ 84.65 | $6,560.40 $1,640.10 | $84.65 |
| 8/13/2013 Dkt. #30960 | June 1, 2013– June 30, 2013 | $ 4,626.00 | $ 834.50 | $3,700.80 $925.20 | $834.50 |
| 9/23/2013 Dkt. #31152 | July 1, 2013– July 31, 2013 | $6,964.50 | $56.80 | $5,571.60 $1,392.90 | $56.80 |
| 9/26/2013 Dkt. #31167 | August 1, 2013– August 31, 2013 | $9,790.00 | $907.50 | $7,832.00 $1,958.00 | $907.50 |
| 10/29/2013 Dkt. #31274 | September 1, 2013– September 30, 2013 | $11,680.00 | $85.97 | Pending | Pending |

**Fee Detail by Professional for the Period of October 1, 2013, through October 31, 2013:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 16.30 | $6,520.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 3.8 | $741.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $195.00 | 16.60 | $3,237.00 |
| Grand Total | | | 36.70 | $10,498.00 |
| Blended Rate | | | | $286.05 |
| Blended Rate (excluding paralegal time): | | | | $400.00 |

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

**Monthly Compensation by Matter Description for the Period of October 1, 2013, through October 31, 2013:**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 7.40 | $2,960.00 |
| 11 - Fee Applications, Applicant | 10.10 | $2,625.50 |
| 12 - Fee Applications, Others | 19.20 | $4,912.50 |
| 14 - Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| **TOTAL** | **36.70** | **$10,498.00** |

**Monthly Expense Summary for the Period October 1, 2013, through October 31, 2013:**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house | $15.60 |
| Postage | First Class Mail | $5.04 |
| Outside Copy & Serve | Digital Legal, LLC | $15.75 |
| **TOTAL** | | **$36.39** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for October 1, 2013, through October 31, 2013, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and

---

[4] Applicant's Invoice for October 1, 2013, through October 31, 2013, is attached hereto as **Exhibit A.**

Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before December 16, 2013, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period October 1, 2013, through October 31, 2013, an allowance be made to The Hogan Firm for compensation in the amount of $10,498.00 and actual and necessary expenses in the amount of $36.39 for a total allowance of $10,534.39; Actual Interim Payment of $8,398.40 (80% of the

allowed fees) and reimbursement of $36.39 (100% of the allowed expenses) be authorized for a total payment of $8,434.79; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.   A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: November 22, 2013                         Respectfully submitted,

By:     */s/ Daniel K. Hogan*
          Daniel K. Hogan (DE Bar No. 2814)
          THE HOGAN FIRM
          1311 Delaware Avenue
          Wilmington, Delaware 19806
          Telephone: 302.656.7540
          Facsimile: 302.656.7599
          Email: dkhogan@dkhogan.com

          **Counsel to Representative Counsel
          for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**
**c/o Lauzon Belanger Lesperance**
Attention: Careen Hannouche
286 Rue St. Paul
Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 11/6/2013
**File Number:** ZAI/WRG 060124-01
**Invoice Number:** 21881

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|------|----------|------------------------|-------|------|--------|
| 10/02/2013 | KEH | E-mail from Grace Accounts Payable transmitting Deposit Advice for The Hogan Firm's January, February & March holdback - save and review; Revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.40 | 195.00 | 78.00 |
| 10/08/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Statement of Professionals' Compensation /Debtors' Statement of Amounts Paid to Ordinary Course Professionals from July 1, 2013 Through September 30, 2013 Filed by W.R. Grace & Co., et al. | 0.30 | 400.00 | 120.00 |
| 10/10/2013 | KEH | E-mail correspondence with Cindy Yates, re: payment of SH's holdback for January ($348.00), February ($588.50) and March ($347.50), 2013; review and revise WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 10/16/2013 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Statement for September 1, 2013 – September 30, 2013.  Reviewed same. | 0.40 | 400.00 | 160.00 |
| 10/16/2013 | GP | Email from Cindy Yates transmitting September 2013 time statement. | 0.10 | 195.00 | 19.50 |
| 10/17/2013 | DKH | E-mail correspondence with Cindy Yates concerning Scarfone Hawkins LLP Monthly Fee Statement for September 1, 2013 – September 30, 2013. | 0.10 | 400.00 | 40.00 |
| 10/18/2013 | DKH | E-mail correspondence with Ashlee White concerning certain questions related to the timing of the effective date of the plan and related issues. | 0.20 | 400.00 | 80.00 |

| 11/6/2013 | ZAI/WRG 060124-01 | Canadian ZAI Claimants | Page:2 | | |
|---|---|---|---|---|---|
| | | c/o Lauzon Belanger Lesperance | | | |
| 10/18/2013 | DKH | Reviewed the time limits in Section 7.8 of the First Amended Joint Plan relative to the Canadian ZAI minutes of settlement which run from the "Effective Date" as defined in Plan. Reviewed the Canadian ZAI minutes of settlement for operation of settlement. | 0.90 | 400.00 | 360.00 |
| | | The First Amended Joint Plan defines the "Effective Date" as the first business day after satisfaction or waiver of the conditions precedent specified in Section 7.8 of the First Amended Joint Plan. | | | |
| 10/23/2013 | GP | Draft the Certificate of No Objection for Lauzon Belanger Lesperance's 41st Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | Draft the Certificate of No Objection for Lauzon Belanger Lesperance's 42nd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | Draft the Certificate of No Objection for Scarfone Hawkin's 41st Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | Draft the Certificate of No Objection for Scarfone Hawkin's 42nd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | Draft the Certificate of No Objection for The Hogan Firm's 41st Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | Draft the Certificate of No Objection for The Hogan Firm's 42nd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | Email correspondence with Careen Hannouche, re: September 2013 time statement. | 0.10 | 195.00 | 19.50 |
| 10/23/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-First Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 10/23/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-First Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 10/23/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-First Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 10/23/2013 | GP | Email to Digital Legal transmitting the Certificate of No Objection, re: the 41st Monthly Fee Applications of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 10/23/2013 | GP | Email to service parties transmitting the Certificate of No Objection, re: the 41st Monthly Fee Applications of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 10/23/2013 | GP | Prepared for and filed the Certificate of No Objection for Lauzon Belanger Lesperance's 41st Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | Prepared for and filed the Certificate of No Objection for Scarfone Hawkin's 41st Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | GP | Prepared for and filed the Certificate of No Objection for The Hogan Firm's 41st Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/23/2013 | DKH | Reviewed Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-First Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/23/2013 | DKH | Reviewed Certificate of No Objection (No Order Required) of Scarfone Hawkins' Forty-First Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |

| 11/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
|---|---|---|---|---|---|---|
| 10/23/2013 | DKH | Reviewed Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-First Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | | 0.20 | 400.00 | 80.00 |
| 10/23/2013 | DKH | Reviewed docket for objections to Lauzon Belanger Lesperance's Forty-First Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 10/23/2013 | DKH | Reviewed docket for objections to Scarfone Hawkins' Forty-First Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | | 0.20 | 400.00 | 80.00 |
| 10/23/2013 | DKH | Reviewed docket for objections to The Hogan Firm's Forty-First Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | | 0.30 | 400.00 | 120.00 |
| 10/24/2013 | DKH | Conducted research on the likelihood of W.R. Grace's emergence from bankruptcy.  Read press release and researched status of appeals to the Third Circuit Court of Appeals. | | 1.00 | 400.00 | 400.00 |
| 10/24/2013 | DKH | E-mail correspondence with Ashlee White regarding the anticipated timing of WR Grace's exit from bankruptcy and transmitting linkd to news reports regarding their anticipated emergence. | | 0.30 | 400.00 | 120.00 |
| 10/24/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Notice of Sale /Debtors' Forty-Ninth Quarterly Report of Asset Sales From July 1, 2013 Through September 30, 2013 In Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets. (related document(s)[833]) Filed by W.R. Grace & Co., et al. | | 0.30 | 400.00 | 120.00 |
| 10/24/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Notice of Settlement /Debtors' Forty-Ninth Quarterly Report of Settlements From July 1, 2013 Through September 30, 2013 In Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought By or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding. Filed by W.R. Grace & Co., et al. | | 0.40 | 400.00 | 160.00 |
| 10/24/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Second Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | | 0.20 | 195.00 | 39.00 |
| 10/24/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Second Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | | 0.20 | 195.00 | 39.00 |
| 10/24/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Second Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | | 0.20 | 195.00 | 39.00 |
| 10/24/2013 | GP | Email to Digital Legal transmitting the Certificate of No Objection, re: the 42nd Monthly Fee Applications of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance. | | 0.10 | 195.00 | 19.50 |

11/6/2013          ZAI/WRG 060124-01          Canadian ZAI Claimants                    Page:4
                                              c/o Lauzon Belanger Lesperance

| Date | | Description | | | |
|---|---|---|---|---|---|
| 10/24/2013 | GP | Email to service parties transmitting the Certificate of No Objection, re: the 42nd Monthly Fee Applications of The Hogan Firm, Scarfone Hawkins and Lauzon Belanger Lesperance. | 0.10 | 195.00 | 19.50 |
| 10/24/2013 | GP | Prepared for and filed the Certificate of No Objection for Lauzon Belanger Lesperance's 42nd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/24/2013 | GP | Prepared for and filed the Certificate of No Objection for Scarfone Hawkin's 42nd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/24/2013 | GP | Prepared for and filed the Certificate of No Objection for The Hogan Firm's 42nd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 10/24/2013 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Second Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/24/2013 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Second Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/24/2013 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Second Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/24/2013 | DKH | Reviewed docket for objections to Lauzon Belanger Lesperance's Forty-Second Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/24/2013 | DKH | Reviewed docket for objections to Scarfone Hawkin's Forty-Second Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/24/2013 | DKH | Reviewed docket for objections to The Hogan Firm's Forty-Second Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 10/25/2013 | DKH | E-mail correspondence with Ashlee White transmitting the Third Circuit opinion relative to Montana and the Crown. | 0.10 | 400.00 | 40.00 |
| 10/25/2013 | DKH | Reviewed Third Circuit opinion regarding the appeals of Montana and the Crown (Nos. 12-1521/2904). | 1.50 | 400.00 | 600.00 |
| 10/28/2013 | GP | Calculated project codes for LBL's September 2013 invoice. | 0.30 | 195.00 | 58.50 |
| 10/28/2013 | GP | Calculated project codes for SH's September 2013 invoice. | 0.30 | 195.00 | 58.50 |
| 10/28/2013 | GP | Calculated project codes for THF's September 2013 invoice. | 1.00 | 195.00 | 195.00 |
| 10/28/2013 | DKH | Reviewed and revised Monthly Application for Compensation (Forty-Third) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2013 to September 30, 2013. | 0.70 | 400.00 | 280.00 |
| 10/28/2013 | DKH | Reviewed and revised Monthly Application for Compensation (Forty-Third) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period September 1, 2013 to September 30, 2013. | 1.00 | 400.00 | 400.00 |
| 10/29/2013 | DKH | Conducted research on the status of the various appeals to the Third Circuit. Read the Anderson Hospital opinion and conducted research on the status of the last pending appeal on bank interest. | 2.00 | 400.00 | 800.00 |
| 10/29/2013 | GP | Draft the 43rd Monthly Fee Application for LBL. | 1.30 | 195.00 | 253.50 |
| 10/29/2013 | GP | Draft the 43rd Monthly Fee Application for SH. | 1.30 | 195.00 | 253.50 |
| 10/29/2013 | GP | Draft the 43rd Monthly Fee Application for THF. | 1.30 | 195.00 | 253.50 |
| 10/29/2013 | KEH | E-mail correspondence from Day, Jason, re: duplicate payment, A/P's response and repayment preference request. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | DKH | E-mail correspondence with Ashlee White asking questions about the status of the appeals and the likelihood of an appeal to the Supreme Court. | 0.20 | 400.00 | 80.00 |
| 10/29/2013 | GP | Email correspondence with Careen Hannouche, re: draft 43rd Monthly Fee Application for LBL. Receipt of signed certification. | 0.20 | 195.00 | 39.00 |

| 11/6/2013 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:5 | |
|---|---|---|---|---|---|
| 10/29/2013 | KEH | E-mail correspondence with Careen Hannouche, re: received a payment of $475.95 on October 23, 2013 for LBL; review WRGrace payment spreadsheet and revise same for use in preparation of fee applications. | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | GP | Email correspondence with Cindy Yates, re: draft 43rd Monthly Fee Application of SH.  Receipt of signed certification. | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | KEH | E-mail correspondence with 'Day, Jason' -  to avoid confusion, we will issue a check back to W.R. Grace in the amount of $8,739.05 once it hits our account.  Should we send it to the address below, Attn: Marisa Guzman | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | DKH | E-mail correspondence with DEBdb_ECF_Reply @deb.uscourts.gov. Reviewed Objection to Claim by Claimant (s) Paulette Ramsey Nelson. Filed by W.R. Grace & Co., et al. | 0.20 | 400.00 | 80.00 |
| 10/29/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - Monthly Application for Compensation (Forty-Third) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2013 to September 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 11/20/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Third) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2013 to September 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 11/20/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Third) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period September 1, 2013 to September 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 11/20/2013. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | GP | Email correspondence with digital legal transmitting the 43rd Monthly Fee Application of LBL, THF and SH for hand delivery. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | GP | Email correspondence with fee auditor transmitting the 43rd Monthly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | GP | Email correspondence with fee auditor transmitting the 43rd Monthly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | GP | Email correspondence with fee auditor transmitting the 43rd Monthly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | KEH | E-mail correspondence with 'Jason.Day@grace.com', re: received the remittance advice for a deposit tomorrow, 10/30/2013 - shows THF being paid twice for August 2013 application. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | GP | Email correspondence with service parties transmitting the 43rd Monthly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | GP | Email correspondence with service parties transmitting the 43rd Monthly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | GP | Email correspondence with service parties transmitting the 43rd Monthly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 10/29/2013 | KEH | E-mail from Grace Accounts Payable transmitting Deposit Advice for THF's July and August 2013 fee applications - August on deposit twice; review WRGrace spreadsheet. | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | GP | Prepared for and filed the 43rd Monthly Fee Application of LBL. | 0.30 | 195.00 | 58.50 |
| 10/29/2013 | GP | Prepared for and filed the 43rd Monthly Fee Application of SH. | 0.30 | 195.00 | 58.50 |
| 10/29/2013 | GP | Prepared for and filed the 43rd Monthly Fee Application of THF. | 0.30 | 195.00 | 58.50 |

| 11/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:6 | |
|---|---|---|---|---|---|---|
| 10/29/2013 | KEH | | Review WRGrace payment spreadsheet; E-mail correspondence with 'Careen Hannouche', re: status of holdback payment for LBL's January through March fee applications in the amount of $475.95 | 0.20 | 195.00 | 39.00 |
| 10/29/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Forty-Third) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period September 1, 2013 to September 30, 2013. | 0.80 | 400.00 | 320.00 |
| 10/30/2013 | GP | | Draft the 15th Quarterly Fee Application For LBL. | 1.50 | 195.00 | 292.50 |
| 10/30/2013 | GP | | Draft the 15th Quarterly Fee Application for SH. | 1.50 | 195.00 | 292.50 |
| 10/31/2013 | GP | | Draft the 15th Quarterly Fee Application for THF. | 1.50 | 195.00 | 292.50 |
| 10/31/2013 | GP | | Email correspondence with Careen Hannouche transmitting the 15th Quarterly Fee Application of LBL. Receipt of signed Certification. | 0.20 | 195.00 | 39.00 |
| 10/31/2013 | GP | | Email correspondence with Cindy Yates transmitting the 15th Quarterly Fee Application of Scarfone Hawkins. Receipt of signed Certification. | 0.20 | 195.00 | 39.00 |
| 10/31/2013 | KEH | | E-mails with Cindy Yates, re: received from WR Grace today: July, 2013, monthly fee application - $2,845.80 August, 2013, monthly fee application - $1,803.04 Review and revise WRGrace payment spreadsheet for use in preparation of fee applicaions. | 0.40 | 195.00 | 78.00 |
| 10/31/2013 | DKH | | Reviewed and revised Quarterly Application for Compensation (Fifteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to September 30, 2013. | 0.80 | 400.00 | 320.00 |
| 10/31/2013 | DKH | | Reviewed and revised Quarterly Application for Compensation (Fifteenth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to September 30, 2013. | 1.20 | 400.00 | 480.00 |
| 10/31/2013 | DKH | | Reviewed and revised Quarterly Application for Compensation (Fifteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to September 30, 2013. | 1.30 | 400.00 | 520.00 |
| | | | **Total Fees** | 36.70 | | $10,498.00 |

**Expenses**

| 10/25/2013 | Digital Legal - WR Grace | 7.75 | |
|---|---|---|---|
| 10/25/2013 | Digital Legal - WR Grace | 8.00 | |
| 10/29/2013 | Photocopies- 43rd Mo Fee Apps to Fee Auditor and Finke | 15.60 | |
| 10/29/2013 | Postage- 43rd Mo Fee Apps to Fee Auditor and Finke | 5.04 | |
| | **Total Expenses** | | $36.39 |

| **TOTAL NEW CHARGES** | $10,534.39 |
|---|---|

11/6/2013          ZAI/WRG 060124-01          Canadian ZAI Claimants                    Page:7
                                              c/o Lauzon Belanger Lesperance

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Prior Balance | 11,765.97 |
| Payments | -11,765.97 |
| Current Fees | 10,498.00 |
| Current Expenses | 36.39 |
| **AMOUNT DUE AND OWING TO DATE** | **$10,534.39** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

## Payments

| Date | Ref # | Description | Amount |
|---|---|---|---:|
| 10/28/2013 | 997 2277 | Payment on Account | 11,765.97 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                          : ss
COUNTY OF NEW CASTLE :

        I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

        1.      I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

        2.      The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

        3.      I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

        4.      I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

        I verify under penalty of perjury that the foregoing is true and correct.

                                     Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 22nd day of November 2013.

_____
Notary Public
My Commission Expires: _____