# EXHIBIT B

## To Quarterly Application

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: January 28, 2014 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

### FORTY-FIFTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

Name of Applicant:                The Hogan Firm

Authorized to Provide
Professional Services to:         Lauzon Bélanger and Scarfone Hawkins LLP
                                  ("Representative Counsel") as Special Counsel for
                                  the Canadian ZAI Claimants by Appointment Order,
                                  Dated March 19, 2010 [Docket No. 24508]

Date of Retention:                March 19, 2010 *nunc pro tunc* to December 21, 2009

Period for which compensation
and reimbursement is sought:      November 1, 2013 through November 30, 2013

Amount of compensation sought
as actual, reasonable and necessary:   $   5,985.50

Amount of expense reimbursement
sought as actual, reasonable and necessary:  $   877.94

This is Applicant's Forty-Fifth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 – March 31, 2010 | $56,262.00 Reduction -$687.00 | $2,056.92 | $45,009.60 $10,565.40 | $2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $37,248.00 | $562.10 | $29,798.40 $7,449.60 | $562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $31,588.00 | $2,237.65 | $25,270.40 $6,317.60 | $2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $28,580.00 | $1,860.20 | $22,864.00 $5,716.00 | $1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $21,993.00 | $203.15 | $17,594.40 $4,398.60 | $203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $19,978.00 | $2,003.31 | $15,982.40 $3,995.60 | $2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $15,108.00 | $469.58 | $12,086.40 $3,021.60 | $469.58 |
| 12/03/2010 Dkt. #25856 | October 1, 2010 – October 31, 2010 | $10,300.00 | $132.92 | $8,240.00 $2,060.00 | $132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $10,964.00 | $1,814.35 | $8,771.20 $2,192.80 | $1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $15,868.00 | $378.98 | $12,694.40 $3,173.60 | $378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $17,694.00 | $1,041.00 | $14,155.20 $3,538.80 | $1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $16,187.00 | $814.73 | $12,949.60 $3,237.40 | $814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $13,172.00 | $358.40 | $10,537.60 $2,634.40 | $358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $12,491.00 | $357.35 | $9,992.80 $2,498.20 | $357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $13,139.00 | $112.91 | $10,511.20 $2,627.80 | $112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $16,507.00 Reduction -$120.00 | $1,176.26 | $13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $11,632.00 | $226.85 | $9,305.60 $2,326.40 | $226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $14,654.00 | $637.96 | $11,723.20 $2,930.80 | $637.96 |

Page | 2

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $ 12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 $ 1,397.60 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $ 12,104.00 | $ 799.82 | $ 9,683.20 $ 2,420.80 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 $ 2,127.10 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012- July 31, 2012 | $ 7,056.00 Reduction- $ 246.00 | $ 450.95 | $ 5,644.80 $ 1,165.20 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012- August 31, 2012 | $ 11,845.00 Reduction- $ 715.50 | $ 116.60 | $ 9,476.00 $ 1,653.50 | $ 116.60 |
| 10/26/2012 Dkt. #29818 | September 1, 2012- September 30, 2012 | $ 7,495.50 Reduction- $ 430.00 | $ 834.05 | $ 5,996.40 $ 1,068.60 | $ 834.05 |
| 12/18/12 Dkt. #30060 | October 1, 2012- October 31, 2012 | $ 9,367.50 Reduction- $ 553.50 | $ 54.90 | $ 7,494.00 $ 1,873.50 | $ 54.90 |
| 1/18/2013 Dkt. #30167 | November 1, 2012- November 30, 2012 | $ 9,384.50 Reduction- $ 369.00 | $ 59.25 | $ 7,507.60 $ 1,876.90 | $ 59.25 |

---

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

Page | 3

| Date / Dkt | Period | Amount | | | |
|---|---|---|---|---|---|
| 2/21/2013 Dkt. #30303 | December 1, 2012-December 31, 2012 | $8,250.50 Reduction-$922.50 | $301.94 | $6,600.40 $727.60 | $301.94 |
| 3/19/2013 Dkt. #30413 | January 1, 2013-January 31, 2013 | $6,901.00 | $40.35 | $5,520.80 $1,380.20 | $40.35 |
| 4/26/2013 Dkt. #30556 | February 1, 2013-February 28, 2013 | $9,507.00 | $99.10 | $7,605.60 $1,901.40 | $99.10 |
| 5/24/2013 Dkt. #30668 | March 1, 2013-March 31, 2013 | $8,346.00 | $1,521.79 | $6,676.80 $1,669.20 | $1,521.79 |
| 6/27/2013 Dkt. #30779 | April 1, 2013-April 30, 2013 | $6,559.00 | $29.50 | $5,247.20 $1,311.80 | $29.50 |
| 7/26/2013 Dkt. #30879 | May 1, 2013-May 31, 2013 | $8,200.50 | $84.65 | $6,560.40 $1,640.10 | $84.65 |
| 8/13/2013 Dkt. #30960 | June 1, 2013-June 30, 2013 | $4,626.00 | $834.50 | $3,700.80 $925.20 | $834.50 |
| 9/23/2013 Dkt. #31152 | July 1, 2013-July 31, 2013 | $6,964.50 | $56.80 | $5,571.60 $1,392.90 | $56.80 |
| 9/26/2013 Dkt. #31167 | August 1, 2013-August 31, 2013 | $9,790.00 | $907.50 | $7,832.00 $1,958.00 | $907.50 |
| 10/29/2013 Dkt. #31274 | September 1, 2013-September 30, 2013 | $11,680.00 | $85.97 | $9,344.00 $2,336.00 | $85.97 |
| 11/22/2013 Dkt. #31383 | October 1, 2013-October 31, 2013 | $10,498.00 | $36.39 | Pending | Pending |

**Fee Detail by Professional for the Period of November 1, 2013, through November 30, 2013:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 7.70 | $3,080.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 3.40 | $663.00 |
| Gabrielle Palagruto | Paralegal - since 2008 | $195.00 | 11.50 | $2,242.50 |
| Grand Total | | | 22.6 | $5,985.50 |
| Blended Rate | | | | $264.85 |

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

Page | 4

| | | | | |
|---|---|---|---|---|
| Blended Rate (excluding paralegal time): | | | | $400.00 |

**Monthly Compensation by Matter Description for the Period of November 1, 2013, through November 30, 2013:**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 – Case Administration | 2.50 | $1,000.00 |
| 11 – Fee Applications, Applicant | 6.20 | $1,537.00 |
| 12 – Fee Applications, Others | 13.90 | $3,448.50 |
| 14 – Hearings | 0.00 | 0.00 |
| 16 – Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| **TOTAL** | **22.6** | **$5,985.50** |

**Monthly Expense Summary for the Period November 1, 2013, through November 30, 2013:**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house | $18.00 |
| Postage | First Class Mail | $4.24 |
| Outside Copy & Serve | Digital Legal, LLC | $855.70 |
| **TOTAL** | | **$877.94** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for November 1, 2013 through November 30, 2013, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative

---

[4] Applicant's Invoice for November 1, 2013 through November 30, 2013, is attached hereto as **Exhibit A.**

Page | 5

Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before January 28, 2014, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period November 1, 2013 through November 30, 2013, an allowance be made to The Hogan Firm

for compensation in the amount of $5,985.50 and actual and necessary expenses in the amount of $877.94 for a total allowance of $6,863.44; Actual Interim Payment of $4,788.40 (80% of the allowed fees) and reimbursement of $877.94 (100% of the allowed expenses) be authorized for a total payment of $5,666.34; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: January 7, 2014            Respectfully submitted,

By:    /s/ Daniel K. Hogan
       Daniel K. Hogan (DE Bar No. 2814)
       THE HOGAN FIRM
       1311 Delaware Avenue
       Wilmington, Delaware 19806
       Telephone: 302.656.7540
       Facsimile: 302.656.7599
       Email: dkhogan@dkhogan.com

       **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**
c/o Lauzon Belanger Lesperance
Attention: Careen Hannouche
286 Rue St. Paul
Ouest bureau 100 Montreal QC H2Y 2A3

Date: 12/6/2013
File Number: ZAI/WRG 060124-01
Invoice Number: 21971

Re: Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2013 | KEH | E-mail correspondence with 'Careen Hannouche', re: status of payment for LBL's July and August fee applications. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | Email correspondence with Digital Legal transmitting the 15th Quarterly Fee Application Notice of LBL for hand delivery. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | Email correspondence with Digital Legal transmitting the 15th Quarterly Fee Application Notice of SH for hand delivery. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | Email correspondence with Digital Legal transmitting the 15th Quarterly Fee Application Notice of THF for hand delivery. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | KEH | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Fifteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to September 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 11/29/2013. | 0.20 | 195.00 | 39.00 |
| 11/01/2013 | KEH | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Fifteenth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to September 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 11/29/2013. | 0.20 | 195.00 | 39.00 |
| 11/01/2013 | KEH | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Fifteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period July 1, 2013 to September 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 11/29/2013 | 0.20 | 195.00 | 39.00 |
| 11/01/2013 | GP | Email correspondence with fee auditor transmitting the 15th Quarterly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | Email correspondence with fee auditor transmitting the 15th Quarterly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | Email correspondence with fee auditor transmitting the 15th Quarterly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | Email correspondence with service parties transmitting the 15th Quarterly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |

| 12/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:2 | |
|---|---|---|---|---|---|---|
| 11/01/2013 | GP | | Email correspondence with service parties transmitting the 15th Quarterly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | | Email correspondence with service parties transmitting the 15th Quarterly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | KEH | | E-mail from Careen Hannouche - not yet received payment from Grace for LBL's July and August fee applications. | 0.10 | 195.00 | 19.50 |
| 11/01/2013 | GP | | Prepared for and filed LBL's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/01/2013 | GP | | Prepared for and filed SH's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/01/2013 | GP | | Prepared for and filed THF's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/04/2013 | DKH | | E-mail correspondence with Ashlee White concerning the status of the remaining appeal involving the question about how much interest Grace owes on its bank loans. Replied to the email. | 0.30 | 400.00 | 120.00 |
| 11/04/2013 | DKH | | Reviewed Post-Confirmation Report for the Period September 2013. Filed by W.R. Grace & Co., et al. | 0.40 | 400.00 | 160.00 |
| 11/06/2013 | DKH | | Retrieved and reviewed Certification of Counsel Regarding Omnibus Hearing Date. Filed by W.R. Grace & Co., et al.. (Attachments: # (1) Proposed Form of Order. | 0.30 | 400.00 | 120.00 |
| 11/14/2013 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Invoice for October 1, 2013 – October 31, 2013. Reviewed same. | 0.40 | 400.00 | 160.00 |
| 11/14/2013 | DKH | | Reviewed status of appeals to the 3rd Circuit to determine the likelihood that there will be an appeal to the Supreme Court. Reviewed dockets and filings relative to the bank appeal on the interest rates. Sought to determine the likely timing of the effective date. | 1.50 | 400.00 | 600.00 |
| 11/19/2013 | GP | | Email correspondence with Careen Hannouche requesting October 2013 time statement. Receipt of October 2013 time statement. | 0.20 | 195.00 | 39.00 |
| 11/20/2013 | GP | | Calculated project codes for LBL's October 2013 time statement. | 0.30 | 195.00 | 58.50 |
| 11/20/2013 | GP | | Calculated project codes for SH's October 2013 time statement. | 0.30 | 195.00 | 58.50 |
| 11/20/2013 | GP | | Calculated project codes for THF's October 2013 time statement. | 1.00 | 195.00 | 195.00 |
| 11/20/2013 | GP | | Draft the 44th Monthly Fee Application for LBL. | 1.30 | 195.00 | 253.50 |
| 11/20/2013 | GP | | Draft the 44th Monthly Fee Application for SH. | 1.30 | 195.00 | 253.50 |
| 11/20/2013 | GP | | Draft the 44th Monthly Fee Application for THF. | 1.30 | 195.00 | 253.50 |
| 11/21/2013 | GP | | Draft the Certificate of No Objection for LBL's 43rd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/21/2013 | GP | | Draft the Certificate of No Objection for SH's 43rd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/21/2013 | GP | | Draft the Certificate of No Objection for THF's 43rd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/21/2013 | KEH | | E-mail correspondence with 'Careen Hannouche', re: status of LBL's July and August 2013 payments from WRGrace in the amount of $1,549.31 for use in preparation of fee applications. | 0.10 | 195.00 | 19.50 |
| 11/21/2013 | KEH | | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Third Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 195.00 | 39.00 |
| 11/21/2013 | KEH | | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Third Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 195.00 | 39.00 |
| 11/21/2013 | KEH | | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Third Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants | 0.20 | 195.00 | 39.00 |

| 12/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:3 |
|---|---|---|---|---|---|---|
| 11/21/2013 | GP | | Email to Digital Legal transmitting the Certificate of No Objection, re: the 43rd Monthly Fee Applications of THF, LBL and SH. | 0.10 | 195.00 | 19.50 |
| 11/21/2013 | KEH | | E-mail to Jason Day at WRGrace, re: followed up with Cindy at Scarfone Hawkins - still show outstanding holdback for October ($315.75) and December ($326.25), 2012, for a total of $642.00. Cindy advised that they received $426.00 not the $642.00. Requested detailed information regarding the payments in order to reconcile the Grace payment spreadsheet for future fee applications. | 0.20 | 195.00 | 39.00 |
| 11/21/2013 | GP | | Email to service parties transmitting the Certificate of No Objection, re: the 43rd Monthly Fee Applications of THF, LBL and SH. | 0.10 | 195.00 | 19.50 |
| 11/21/2013 | KEH | | E-mails with Cindy Yates, re: Payments from Grace - she spoke to Jason Day re: amount owing to SH for October ($315.75) and December ($326.25), 2012 for a total of $642.00 ; SH received $426.00 not $642.00. Need accurate information from Grace so we can revise payment spreadsheet for fee applications. | 0.20 | 195.00 | 39.00 |
| 11/21/2013 | GP | | Prepared for and filed the Certificate of No Objection for LBL's 43rd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/21/2013 | GP | | Prepared for and filed the Certificate of No Objection for SH's 43rd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/21/2013 | GP | | Prepared for and filed the Certificate of No Objection for THF's 43rd Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 11/21/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Third Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 11/21/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Third Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 11/21/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Third Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.20 | 400.00 | 80.00 |
| 11/21/2013 | DKH | | Reviewed docket for objections to Lauzon Belanger Lesperance's Forty-Third Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/21/2013 | DKH | | Reviewed docket for objections to Scarfone Hawkin's Forty-Third Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/21/2013 | DKH | | Reviewed docket for objections to The Hogan Firm's Forty-Third Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 11/22/2013 | GP | | Email correspondence with Careen Hannouche, re: draft 44th Monthly Fee Application for LBL. Receipt of signed certification. | 0.20 | 195.00 | 39.00 |
| 11/22/2013 | GP | | Email correspondence with Cindy Yates, re: draft 44th Monthly Fee Application for SH. Receipt of signed certification. | 0.20 | 195.00 | 39.00 |
| 11/22/2013 | KEH | | E-mail correspondence with Day, Jason, at WRGrace, re: another payment concern - need Remittance Advice for the payment received by LBL in the amount of $2,329.89 - attempting to update Grace payment register (for preparation of fee applications) and cannot find a combination of outstanding fee applications (80% Fees 100% Expenses) to equal said amount; | 0.30 | 195.00 | 58.50 |
| 11/22/2013 | GP | | Email correspondence with Digital legal transmitting the 44th Monthly Fee Application of LBL, SH and THF for hand delivery. | 0.10 | 195.00 | 19.50 |

| 12/6/2013 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 11/22/2013 | KEH | | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Fourth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to October 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 12/16/2013. | 0.20 | 195.00 | 39.00 |
| 11/22/2013 | KEH | | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Fourth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to October 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 12/16/2013. | 0.20 | 195.00 | 39.00 |
| 11/22/2013 | KEH | | E-mail correspondence with dummail@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Fourth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to October 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 12/16/2013. | 0.20 | 195.00 | 39.00 |
| 11/22/2013 | GP | | Email correspondence with fee auditor transmitting the 44th Monthly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 11/22/2013 | GP | | Email correspondence with fee auditor transmitting the 44th Monthly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 11/22/2013 | GP | | Email correspondence with fee auditor transmitting the 44th Monthly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 11/22/2013 | GP | | Email correspondence with service parties transmitting the 44th Monthly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 11/22/2013 | GP | | Email correspondence with service parties transmitting the 44th Monthly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 11/22/2013 | GP | | Email correspondence with service parties transmitting the 44th Monthly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 11/22/2013 | KEH | | E-mail from Careen Hannouche, re: received payment of $2,329.89 instead of $1,549.31 - Reviewed payment spreadsheet and corresponding fee applicatoins - need to have WRGrace clarlify payment before updating Grace payment spreadsheet. | 0.30 | 195.00 | 58.50 |
| 11/22/2013 | GP | | Prepared for and filed the 44th Monthly Fee Application of LBL. | 0.30 | 195.00 | 58.50 |
| 11/22/2013 | GP | | Prepared for and filed the 44th Monthly Fee Application of SH. | 0.30 | 195.00 | 58.50 |
| 11/22/2013 | GP | | Prepared for and filed the 44th Monthly Fee Application of THF. | 0.30 | 195.00 | 58.50 |
| 11/22/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Forty-Fourth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to October 31, 2013. | 0.80 | 400.00 | 320.00 |
| 11/22/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Forty-Fourth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to October 31, 2013. | 0.90 | 400.00 | 360.00 |
| 11/22/2013 | DKH | | Reviewed and revised Monthly Application for Compensation (Forty-Fourth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to October 31, 2013. | 1.10 | 400.00 | 440.00 |
| 11/25/2013 | KEH | | E-mail correspondence with Grace Accounts Payable, re: payment for THF's September 2013 fee application (80% fees, 100% Expenses) - update WRGrace payment spreadsheet for us in preparation of fee applications. | 0.30 | 195.00 | 58.50 |
| 11/26/2013 | DKH | | E-mail correspondence with Bobbi Ruhlander transmitting the fee auditor's combined no objection final report. | 0.10 | 400.00 | 40.00 |
| 11/26/2013 | DKH | | Received and reviewed Fee Auditor's Report Combined Final Report Regarding Those Fee Applications With No Fee or Expense Issues for the Forty-Ninth Interim Period Filed by Warren H. Smith & Associates, P.C. | 0.40 | 400.00 | 160.00 |
| | | | **Total Fees** | **22.60** | | **$5,985.50** |

| 12/6/2013 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:5 |
|---|---|---|---|---|

### Expenses

| | | | |
|---|---|---|---|
| 11/06/2013 | Digital Legal, LLC - CanZai-LBL 15th Quarter | 847.70 | |
| 11/21/2013 | Photocopies- CNOs for 43rd Mo Fee Apps to DKH for review | 1.20 | |
| 11/22/2013 | Photocopies- 44th Mo Fee Apps to Fee Auditor and Finke | 15.60 | |
| 11/26/2013 | Digital Legal - WR Grace - PRD - 13 - 1797 | 8.00 | |
| 11/26/2013 | Postage- 44th Mo Fee Apps to Fee Auditor and Finke | 4.24 | |
| 12/03/2013 | Photocopies- 15th Qrtrly CNOs for Review | 1.20 | |
| | **Total Expenses** | | **$877.94** |

**TOTAL NEW CHARGES**      **$6,863.44**

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Prior Balance | 10,534.39 |
| Payments | -10,534.39 |
| Current Fees | 5,985.50 |
| Current Expenses | 877.94 |
| **AMOUNT DUE AND OWING TO DATE** | **$6,863.44** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.**

### Payments

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 11/19/2013 | 997 2293 | Payment on Account | 10,534.39 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE  :
: ss
COUNTY OF NEW CASTLE :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this _____ day of January 2014

_____
Notary Public
My Commission Expires:

GABRIELLE PALAGRUTO
MY COMMISSION EXPIRES
Feb. 15, 2015
NOTARY PUBLIC
STATE OF DELAWARE