# EXHIBIT C

## To Quarterly Application

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., _et. al._, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: February 12, 2014 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## FORTY-SIXTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 _nunc pro tunc_ to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | December 1, 2013 through December 31, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 5,346.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 30.24 |

This is Applicant's Forty-Sixth Monthly Application.

[Remainder of Page Intentionally Left Blank]

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 – March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $ 17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $ 15,108.00 | $ 469.58 | $ 12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. # 25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $ 378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $ 3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $ 10,537.60 $ 2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $ 2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $ 3,181.40 | $ 1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

Page | 2

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[1] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011- November 30, 2011 | $ 12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011- December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012- January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012- February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012- April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 $ 1,397.60 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012- May 31, 2012 | $ 12,104.00 | $ 799.82 | $ 9,683.20 $ 2,420.80 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012- June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 $ 2,127.10 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012- July 31, 2012 | $ 7,056.00 Reduction- $ 246.00 | $ 450.95 | $ 5,644.80 $ 1,165.20 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012- August 31, 2012 | $ 11,845.00 Reduction- $ 715.50 | $ 116.60 | $ 9,476.00 $ 1,653.50 | $ 116.60 |
| 10/26/2012 Dkt. #29818 | September 1, 2012- September 30, 2012 | $ 7,495.50 Reduction- $ 430.00 | $ 834.05 | $ 5,996.40 $ 1,068.60 | $ 834.05 |
| 12/18/12 Dkt. #30060 | October 1, 2012- October 31, 2012 | $ 9,367.50 Reduction- $ 553.50 | $ 54.90 | $ 7,494.00 $ 1,873.50 | $ 54.90 |
| 1/18/2013 Dkt. #30167 | November 1, 2012- November 30, 2012 | $ 9,384.50 Reduction- $ 369.00 | $ 59.25 | $ 7,507.60 $ 1,876.90 | $ 59.25 |

---

[1] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

Page | 3

| | | | | | |
|---|---|---|---|---|---|
| 2/21/2013 Dkt. #30303 | December 1, 2012- December 31, 2012 | $8,250.50 Reduction- $922.50 | $301.94 | $6,600.40 $727.60 | $301.94 |
| 3/19/2013 Dkt. #30413 | January 1, 2013- January 31, 2013 | $6,901.00 | $40.35 | $5,520.80 $1,380.20 | $40.35 |
| 4/26/2013 Dkt. #30556 | February 1, 2013- February 28, 2013 | $9,507.00 | $99.10 | $7,605.60 $1,901.40 | $99.10 |
| 5/24/2013 Dkt. #30668 | March 1, 2013- March 31, 2013 | $8,346.00 | $1,521.79 | $6,676.80 $1,669.20 | $1,521.79 |
| 6/27/2013 Dkt. #30779 | April 1, 2013- April 30, 2013 | $6,559.00 | $29.50 | $5,247.20 $1,311.80 | $29.50 |
| 7/26/2013 Dkt. #30879 | May 1, 2013- May 31, 2013 | $8,200.50 | $84.65 | $6,560.40 $1,640.10 | $84.65 |
| 8/13/2013 Dkt. #30960 | June 1, 2013- June 30, 2013 | $4,626.00 | $834.50 | $3,700.80 $925.20 | $834.50 |
| 9/23/2013 Dkt. #31152 | July 1, 2013- July 31, 2013 | $6,964.50 | $56.80 | $5,571.60 $1,392.90 | $56.80 |
| 9/26/2013 Dkt. #31167 | August 1, 2013- August 31, 2013 | $9,790.00 | $907.50 | $7,832.00 $1,958.00 | $907.50 |
| 10/29/2013 Dkt. #31274 | September 1, 2013- September 30, 2013 | $11,680.00 | $85.97 | $9,344.00 $2,336.00 | $85.97 |
| 11/22/2013 Dkt. #31383 | October 1, 2013- October 31, 2013 | $10,498.00 | $36.39 | Pending | Pending |
| 1/7/2014 Dkt. #31570 | November 1, 2013- November 30, 2013 | $5,985.50 | $877.94 | Pending | Pending |

**Fee Detail by Professional for the Period of December 1, 2013, through December 31, 2013:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[2] | 8.10 | $3,240.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[3] | 2.70 | $526.50 |
| Gabrielle Palagruto | Paralegal - since 2008 | $195.00 | 8.10 | $1,579.50 |
| Grand Total | | | 18.90 | $5,346.00 |

---

[2] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.

[3] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

Page | 4

| Blended Rate | | | | $282.86 |
|---|---|---|---|---|
| Blended Rate (excluding paralegal time): | | | | $400.00 |

**Monthly Compensation by Matter Description for the Period of December 1, 2013, through December 31, 2013:**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 – Case Administration | 4.20 | $1,680.00 |
| 11 – Fee Applications, Applicant | 4.80 | $1,120.50 |
| 12 – Fee Applications, Others | 9.90 | $2,545.50 |
| 14 – Hearings | 0.00 | 0.00 |
| 16 – Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| **TOTAL** | **18.90** | **$5,346.00** |

**Monthly Expense Summary for the Period December 1, 2013, through December 31, 2013:**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house | $3.00 |
| Postage | First Class Mail | $11.50 |
| Outside Copy & Serve | Digital Legal, LLC | $15.74 |
| **TOTAL** | | **$30.24** |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for December 1, 2013 through December 31, 2013, (this "Monthly Fee Statement")[4] pursuant to the terms of the Modified Order Granting

---

[4] Applicant's Invoice for December 1, 2013 through December 31, 2013, is attached hereto as **Exhibit A.**

Page | 5

Application Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before February 12, 2014, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period December 1, 2013 through December 31, 2013, an allowance be made to The Hogan Firm for compensation in the amount of $5,346.00 and actual and necessary expenses in the amount of $30.24 for a total allowance of $5,376.24; Actual Interim Payment of $4,276.80 (80% of the allowed fees) and reimbursement of $30.24 (100% of the allowed expenses) be authorized for a total payment of $4,307.04; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: January 21, 2014                    Respectfully submitted,

                                    By:    */s/ Daniel K. Hogan*
                                           Daniel K. Hogan (DE Bar No. 2814)
                                           THE HOGAN FIRM
                                           1311 Delaware Avenue
                                           Wilmington, Delaware 19806
                                           Telephone: 302.656.7540
                                           Facsimile: 302.656.7599
                                           Email: dkhogan@dkhogan.com

                                           **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**  
c/o Lauzon Belanger Lesperance  
Attention: Careen Hannouche  
286 Rue St. Paul  
Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 1/8/2014  
**File Number:** ZAI/WRG 060124-01  
**Invoice Number:** 22025

**Re:** Canadian Zonolite Claimants  
WRGrace Chapter 11 Bankruptcy  
Our File No. 060124-01

---

| Date | Initials | Description of Service | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/2013 | KEH | E-mail correspondence with 'Day, Jason' at WRGrace, re: follow up on emails of November 21st and 22nd regarding payments for Scarfone Hawkins and Lauzon Belanger Lesperance - also another payment question - request for Remittance Advice for the payment received by LBL in the amount of $2,329.89 - need to update WRG payment register for use in preparation of fee applications. | 0.20 | 195.00 | 39.00 |
| 12/03/2013 | GP | Draft the Certificate of No Objection for Lauzon Belanger Lesperance's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/03/2013 | GP | Draft the Certificate of No Objection for Scarfone Hawkin's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/03/2013 | GP | Draft the Certificate of No Objection for The Hogan Firm's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/03/2013 | KEH | E-mail correspondence with Careen Hannouche, re: application of future credit, re: distribution on fee applications; emailed WRGrace payment spreadsheet. | 0.10 | 195.00 | 19.50 |
| 12/03/2013 | KEH | E-mail correspondence with 'Careen Hannouche';'Cindy Yates' forwarding Jason Day's email and requesting clarification, re: Jason's statement that transfer was for $642 -- please review and let me know since we have record that the payment was 426, not 642. | 0.10 | 195.00 | 19.50 |
| 12/03/2013 | KEH | E-mail correspondence with Cindy Yates, re: received the following amounts: Aug 7th $426.00 Nov/12 holdback Aug 12th $315.75 Oct/12 holdback Aug 12th $326.25 Dec/12 holdback. Update WRGrace payment spreadsheet for use in preparation of fee applications. | 0.30 | 195.00 | 58.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/8/2014 | | ZAI/WRG 060124-01    Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | | Page:2 |
| 12/03/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Fifteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 12/03/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Fifteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 12/03/2013 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - reviewed receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Fifteenth Quarterly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 12/03/2013 | KEH | E-mail from Jason Day at WRGrace, re: LBL wire transfer for $642.00 was sent on 8/12/13 for Oct, Dec 2012 20%; payment to LBL for $2,329.89 included a duplicate payment for the August 80% ($768.73 July, $780.58 August,$ 780.58 August = $2,329.89) - A credit has been entered on the account and will be applied to future invoices; update WRGrace payment spreadsheet to show same for use in preparation of fee applications. | 0.40 | 195.00 | 78.00 |
| 12/03/2013 | GP | Email to Digital Legal transmitting the Certificate of No Objection for THF, SH, and LBL's 15th Quarterly Fee Applications. | 0.10 | 195.00 | 19.50 |
| 12/03/2013 | GP | Email to service parties transmitting the Certificate of No Objection for THF, SH, and LBL's 15th Quarterly Fee Applications. | 0.10 | 195.00 | 19.50 |
| 12/03/2013 | GP | Prepared for and filed the Certificate of No Objection for Lauzon Belanger Lesperance's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/03/2013 | GP | Prepared for and filed the Certificate of No Objection for Scarfone Hawkins's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/03/2013 | GP | Prepared for and filed the Certificate of No Objection for The Hogan Firm's 15th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/03/2013 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Fifteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/03/2013 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) of Scarfone Hawkin's Fifteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/03/2013 | DKH | Reviewed and revised Certificate of No Objection Regarding the 15th Quarterly Application of The Hogan Firm. | 0.30 | 400.00 | 120.00 |
| 12/03/2013 | DKH | Reviewed docket for objections to Lauzon Belanger Lesperance's Fifteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/03/2013 | DKH | Reviewed docket for objections to Scarfone Hawkin's Fifteenth Quarterly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/03/2013 | DKH | Reviewed docket for objections to the 15th Quarterly Application of The Hogan Firm. | 0.30 | 400.00 | 120.00 |
| 12/06/2013 | DKH | E-mail correspondence with Ashlee White regarding the status of Grace's timeline for Chapter 11 emergence. | 0.30 | 400.00 | 120.00 |
| 12/06/2013 | DKH | Reviewed status of W.R.Grace's timeline for Chapter 11 emergence. Reviewed statements released yesterday by Grace concerning the appeals. | 0.70 | 400.00 | 280.00 |

| 1/8/2014 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:3 | |
|---|---|---|---|---|---|---|
| 12/09/2013 | KEH | | E-mail from Cindy Yates, re: received today $2,073.66 in payment of SH September, 2013 monthly fee account; update WRGrace payment register for use in preparation of fee applications. | 0.20 | 195.00 | 39.00 |
| 12/13/2013 | DKH | | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Invoice for November 1, 2013 -- November 30, 2013. Reviewed same. | 0.50 | 400.00 | 200.00 |
| 12/16/2013 | DKH | | Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 12/18/2013 at 11:00 AM. | 0.30 | 400.00 | 120.00 |
| 12/17/2013 | DKH | | Retrieved and reviewed Amended HEARING CANCELLED/RESCHEDULED. Notice of Agenda of Matters Scheduled for Hearing. | 0.20 | 400.00 | 80.00 |
| 12/17/2013 | DKH | | Retrieved and reviewed Order Approving Quarterly Fee Applications for the Forty-Ninth Period. | 0.40 | 400.00 | 160.00 |
| 12/17/2013 | DKH | | Retrieved and reviewed Order Authorizing, But Not Requiring, the Debtors to Make a Contribution to Qualified Settlement Funds. | 0.50 | 400.00 | 200.00 |
| 12/18/2013 | DKH | | E-mail correspondence with Bobbi Ruhlander asking me to remind attorneys Careen Hannouche and David Thompson to bill in tenth of an hour increments, as required by the Delaware Local Rules. | 0.20 | 400.00 | 80.00 |
| 12/18/2013 | DKH | | Retrieved and reviewed Motion to Approve Compromise under Rule 9019 // Debtors' Motion Pursuant to Sections 105, 363, 1107, and 1108 of the Bankruptcy Code and Rules 2002, 6004, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure for an Order Approving the Addendum to the Amended and Restated Settlement Agreement Between W.R. Grace & Co. and Harper Insurance Ltd. Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 12/19/2013 | GP | | Draft the Certificate of No Objection for LBL's 44th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/19/2013 | GP | | Draft the Certificate of No Objection for SH's 44th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/19/2013 | GP | | Draft the Certificate of No Objection for THF's 44th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/19/2013 | KEH | | E-mail correspondence from Bobbi Ruhlander, re: Fee Auditor review of monthly and quarterly fee applications of The Hogan Firm, Scarfone Hawkins, and Lauzon Bélanger Lespérance for the period of July-Sept. 2013 (50th Interim). We will be including these applications on our combined "no objection" final report for the quarter; meet with DKHogan, re: same; per Bobbi Ruhlander's request, emailed Careen Hannouche and David Thompson to remind them to bill in tenth of an hour increments, as required by the Delaware Local Rules. | 0.20 | 195.00 | 39.00 |
| 12/19/2013 | DKH | | E-mail correspondence to Bobbie Ruhlander about local rules. | 0.10 | 400.00 | 40.00 |
| 12/19/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Fourth Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/19/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Fourth Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/20/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Fourth Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |

| 1/8/2014 | | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:4 | |
|---|---|---|---|---|---|---|
| 12/20/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Fourth Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 12/20/2013 | KEH | | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Fourth Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 12/20/2013 | GP | | Email to Digital Legal transmitting the Certificate of No Objection, re: the 44th Monthly Fee Applications of THF, LBL and SH. | 0.10 | 195.00 | 19.50 |
| 12/20/2013 | GP | | Email to service parties transmitting the Certificate of No Objection, re: the 44th Monthly Fee Applications of THF, LBL and SH. | 0.10 | 195.00 | 19.50 |
| 12/20/2013 | GP | | Prepared for and filed the Certificate of No Objection for LBL's 44th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/20/2013 | GP | | Prepared for and filed the Certificate of No Objection for SH's 44th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/20/2013 | GP | | Prepared for and filed the Certificate of No Objection for THF's 44th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 12/20/2013 | DKH | | Reviewed and revised Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Fourth Monthly Fee Application as Counsel to the Canadian ZAI Claimants. | 0.30 | 400.00 | 120.00 |
| 12/23/2013 | GP | | Email correspondence with Careen Hannouche, re: November 2013 time statement | 0.20 | 195.00 | 39.00 |
| 12/23/2013 | DKH | | Retrieved and reviewed Motion for the Entry of an Order Approving and Authorizing Implementation of The Settlement Agreement Between and Among the Debtor and the Bank Lender Group, Docket No 31504. | 1.70 | 400.00 | 680.00 |
| 12/30/2013 | GP | | Calculated project codes for Sh's November 2013 time statement. | 0.30 | 195.00 | 58.50 |
| 12/30/2013 | GP | | Calculated project codes for THF's November 2013 time statement. | 1.00 | 195.00 | 195.00 |
| 12/30/2013 | GP | | Draft 45th Monthly Fee Application for SH. | 1.30 | 195.00 | 253.50 |
| 12/30/2013 | GP | | Draft 45th Monthly Fee Application for THF. | 1.30 | 195.00 | 253.50 |
| | | | **Total Fees** | **18.90** | | **$5,346.00** |

**Expenses**

| 12/09/2013 | Digital Legal, LLC - Print B\W from Tiff or PDF assembled - stapled per document - Hand delivery | 7.69 |
|---|---|---|
| 12/20/2013 | Photocopies- 44th Mo Certificates of No Objection | 3.00 |
| 12/24/2013 | Digital Legal - Print B/W from Tiff or PDF assembled (stapled per document) Hand delivery | 8.05 |
| 12/26/2013 | Postage- 44th Mo Appl - PRD -13 - 1802 | 11.50 |
| | **Total Expenses** | **$30.24** |

**TOTAL NEW CHARGES** $5,376.24

| 1/8/2014 | ZAI/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | Page:5 |

**STATEMENT OF ACCOUNT**

| | |
|---|---:|
| Prior Balance | 6,863.44 |
| Payments | -6,863.44 |
| Current Fees | 5,346.00 |
| Current Expenses | 30.24 |
| **AMOUNT DUE AND OWING TO DATE** | **$5,376.24** |

**TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5% PER MONTH;** Please call 302.656.7540 if you have any questions or concerns.

### Payments

| Date | Ref # | Description | Amount |
|---|---|---|---:|
| 12/23/2013 | 020 0700 | Payment on Account | 6,863.44 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE   :
   : ss
COUNTY OF NEW CASTLE  :

I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

1. I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

2. The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

3. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

4. I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

                                                Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this __21st__ day of January 2014.

_____
Notary Public
My Commission Expires: Feb. 15, 2015