# EXHIBIT C

## To Quarterly Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: February 12, 2014 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## FORTY-SIXTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | Scarfone Hawkins LLP |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | December 1, 2013 through December 31, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $    2,762.50 |
| Amount of expense reimbursement (includes Harmonized Sales Tax of 13%[1]) sought as actual, reasonable and necessary: | CDN $    359.13 |

This Applicant's Forty-Sixth Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 – March 31, 2010 | $98,678.75 Reduction -$708.50 | $10,399.55 | $78,943.00 $19,027.25 | $10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $14,765.25 | $812.67 | $11,812.20 $2,953.05 | $812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $21,221.25 | $3,327.71 | $16,977.00 $4,244.25 | $3,327.71 |
| 07/28/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $23,507.50 | $2,994.15 | $18,806.00 $4,701.50 | $2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $17,232.50 | $2,259.90 | $13,786.00 $3,446.50 | $2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $10,663.75 | $1,403.95 | $8,531.00 $2,132.75 | $1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $5,833.75 | $2,153.94 | $4,667.00 $1,166.75 | $2,153.94 |
| 12/03/2010 Dkt. #25858 | October 1, 2010 – October 31, 2010 | $6,840.00 | $897.99 | $5,472.00 $1,368.00 | $897.99 |
| 01/05/2011 Dkt. #26018 | November 1, 2010 – November 30, 2010 | $5,030.00 | $653.90 | $4,024.00 $1,006.00 | $653.90 |
| 01/28/2011 Dkt. #26132 | December 1, 2010 – December 31, 2010 | $11,478.75 | $1,513.55 | $9,183.00 $2,295.75 | $1,513.55 |
| 03/08/2011 Dkt. #26512 | January 1, 2011 – January 31, 2011 | $22,076.25 | $4,516.93 | $17,661.00 $4,415.25 | $4,516.93 |
| 04/01/2011 Dkt. #26700 | February 1, 2011 – February 28, 2011 | $13,196.25 | $2,535.34 | $10,557.00 $2,639.25 | $2535.34 |
| 05/12/2011 Dkt. #26925 | March 1, 2011 – March 31, 2011 | $6,217.50 | $808.28 | $4,974.00 $1,243.50 | $808.28 |
| 06/10/2011 Dkt. #27068 | April 1, 2011 – April 30, 2011 | $17,471.25 | $2,475.77 | $13,977.00 $3,494.25 | $2,475.77 |
| 06/30/2011 Dkt. #27196 | May 1, 2011 – May 31, 2011 | $3,720.00 | $493.40 | $2,976.00 $744.00 | $493.40 |
| 08/04/2011 Dkt. #27374 | June 1, 2011 – June 30, 2011 | $7,965.00 | $1,067.51 | $6,372.00 $1,593.00 | $1,067.51 |
| 08/31/2011 Dkt. #27534 | July 1, 2011 – July 31, 2011 | $7,597.50 | $989.49 | $6,078.00 $1,519.50 | $989.49 |
| 10/04/2011 Dkt. #27716 | August 1, 2011 – August 31, 2011 | $6,483.75 | $851.59 | $5,187.00 $1,296.75 | $851.59 |
| 11/14/2011 Dkt. #27939 | September 1, 2011 – September 30, 2011 | $15,104.64 | $4,604.40 | $12,083.71 $3,020.93 | $4,604.40 |

Page | 2

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 12/15/2011 Dkt. #28163 | October 1, 2011 – October 31, 2011 | $ 3,735.00 Reduction- $ 573.75 | $ 2,705.74 | $ 2,988.00 $ 173.25 | $ 2,705.74 |
| 01/25/2012 Dkt. #28414 | November 1, 2011- November 30, 2011 | $ 3,450.00 Reduction- $ 510.00 | $ 448.50 | $ 2,760.00 $ 180.00 | $ 448.50 |
| 2/21/2012 Dkt. #28556 | December 1, 2011- December 31, 2011 | $ 2,598.75 Reduction- $ 150.00 | $ 337.84 | $ 2,079.00 $ 369.75 | 337.84 |
| 3/9/2012 Dkt. #28647 | January 1, 2012- January 31, 2012 | $ 3,435.00 | $ 449.79 | $ 2,748.00 $ 529.50 | $ 449.79 |
| 4/17/2012 Dkt. #28788 | February 1, 2012- February 29, 2012 | $ 7,451.25 | $ 978.82 | $ 5,961.00 $ 1,496.25 | $ 978.82 |
| 5/4/2012 Dkt. #28879 | March 1, 2012- March 31, 2012 | $ 4,796.25 | $ 627.60 | $ 3,837.00 $ 730.50 | $ 627.60 |
| 6/1/2012 Dkt. #29011 | April 1, 2012- April 30, 2012 | $ 2,812.50 | $ 368.23 | $ 2,250.00 $ 562.50 | 368.23 |
| 7/5/2012 Dkt. #29195 | May 1, 2012- May 31, 2012 | $ 3,236.25 | $ 420.71 | $ 2,589.00 $ 647.25 | 420.71 |
| 8/8/2012 Dkt. #29419 | June 1, 2012- June 30, 2012 | $ 2,486.25 Reduction- $ 183.75 | $ 323.21 | $ 1,989.00 $ 313.50 | 323.21 |
| 9/5/2012 Dkt. #29578 | July 1, 2012- July 31, 2012 | $ 3,603.75 | $ 468.49 | $ 2,883.00 $ 720.75 | $ 468.49 |
| 10/5/2012 Dkt. #29740 | August 1, 2012- August 31, 2012 | $ 2,272.50 | $ 295.43 | $ 1,818.00 $ 454.50 | $ 295.43 |
| 10/26/2012 Dkt. #29819 | September 1, 2012- September 30, 2012 | $ 1,867.50 | $ 242.78 | $ 1,494.00 $ 373.50 | $ 242.78 |
| 12/18/2012 Dkt. #30063 | October 1, 2012- October 31, 2012 | $ 1,578.75 | $ 205.24 | $ 1,263.00 $ 315.75 | $ 205.24 |
| 1/18/2013 Dkt. #30168 | November 1, 2012- November 30, 2012 | $ 2,130.00 | $ 276.90 | $ 1,704.00 $ 426.00 | $ 276.90 |
| 2/21/2013 Dkt. #30304 | December 1, 2012- December 31, 2012 | $ 1,631.25 | $ 215.00 | $ 1,305.00 $ 326.25 | $ 215.00 |
| 3/19/2013 Dkt. #30414 | January 1, 2013- January 31, 2013 | $ 1,740.00 | $ 226.20 | $ 1,392.00 $ 348.00 | $ 226.20 |
| 4/26/2013 Dkt. #30557 | February 1, 2013- February 28, 2013 | $ 2,942.50 | $ 382.53 | $ 2,354.00 $ 588.50 | $382.53 |

| | | | | | |
|---|---|---|---|---|---|
| 5/24/2013 Dkt. #30669 | March 1, 2013- March 31, 2013 | $1,737.50 | $225.87 | $1,390.00 $347.50 | $225.87 |
| 6/27/2013 Dkt. #30780 | April 1, 2013- April 30, 2013 | $2,388.75 | $313.46 | $1,911.00 $477.75 | $313.46 |
| 7/26/2013 Dkt. #30880 | May 1, 2013- May 31, 2013 | $2,493.75 | $325.55 | $1,995.00 $498.75 | $325.55 |
| 8/13/2013 Dkt. #30959 | June 1, 2013- June 30, 2013 | $2,137.50 | $277.88 | $1,710.00 $427.50 | $277.88 |
| 9/23/2013 Dkt. #31153 | July 1, 2013- July 31, 2013 | $3,060.00 | $397.80 | $2,448.00 $612.00 | $397.80 |
| 9/26/2013 Dkt. #31168 | August 1, 2013- August 31, 2013 | $1,938.75 | $252.04 | $1,551.00 $387.75 | $252.04 |
| 10/29/2013 Dkt. #31275 | September 1, 2013- September 30, 2013 | $2,226.25 | $292.66 | $1,781.00 $445.25 | $292.66 |
| 11/22/2013 Dkt. #31384 | October 1, 2013- October 31, 2013 | $3,203.75 | $416.49 | Pending | Pending |
| 1/7/2014 Dkt. #31571 | November 1, 2013- November 30, 2013 | $2,187.50 | $286.12 | Pending | Pending |

**Fee Detail by Professional for the Period of December 1, 2013, through December 31, 2013:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[2] (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 25 Years; 1988 | $575.00 | 4.20 | $2,415.00 |
| Matthew G. Moloci | Partner, 15 Years; 1998 | $475.00 | 0.10 | $47.50 |
| Cindy Yates | Law Clerk, 31 Yrs. | $150.00[3] | 2.00 | $300.00 |
| **Grand Total** | | | 6.30 | $2,762.50 |
| Blended Rate | | | | $438.49 |
| Blended Rate (excluding Law Clerk time) | | | | $572.67 |

---

[2] Scarfone Hawkins LLP increased its hourly rates as of February 1, 2013.
[3] Scarfone Hawkins LLP increased its Law Clerk hourly fee as of March 1, 2013

Page | 4

**Monthly Compensation by Matter Description for the Period of December 1, 2013, through December 31, 2013:**

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 4.30 | $2,462.50 |
| 11 - Fee Applications, Applicant | 2.00 | $300.00 |
| 12 – Fee Applications, Others | 0.00 | 0.00 |
| 14 – Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| **TOTAL** | **6.30** | **$2,762.50** |

**Monthly Expense Summary for the Period December 1, 2013, through December 31, 2013:**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Travel – Meals | | 0.00 |
| Travel – Accommodations | | 0.00 |
| Travel – Airline | | 0.00 |
| Travel – Taxi & Parking | | 0.00 |
| Long Distance Calls | | 0.00 |
| Harmonized Sales Tax (HST) 13% | | $359.13 |
| **TOTAL** | | **$359.13** |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for December 1, 2013 through December 31, 2013, (this "Monthly Fee Statement")[4] pursuant to the Modified Order Granting The Canadian ZAI Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the

---

[4] Applicant's Invoice for December 1, 2013, through December 31, 2013, is attached hereto as **Exhibit A.**

Page | 5

Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before February 12, 2014, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period December 1, 2013 through December 31, 2013, an allowance be made to Scarfone Hawkins LLP for compensation in the amount of CDN $2,762.50 and actual and necessary expenses in the

amount of CDN $359.13 (Includes 13% Harmonized Sales Tax) for a total allowance of CDN $3,121.63; Actual Interim Payment of CDN $2,210.00 (80% of the allowed fees) and reimbursement of CDN $359.13 (100% of the allowed expenses) be authorized for a total payment of CDN $2,569.13; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit B**.

Dated: January 21, 2014

Respectfully submitted,

By:    */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: dkhogan@dkhogan.com

**Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
December 31, 2013
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
BARRISTERS AND SOLICITORS
ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

H.S.T. REGISTRATION NO. 873984314 RT – 0001

### CANADIAN ZAI MONTHLY FEE APPLICATION
(December 1, 2013 – December 31, 2013)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/03/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 12/04/13 | receipt of and respond to class member inquiries | DT | $575.00 | 0.30 | $172.50 |
| 12/06/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 12/09/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 12/09/13 | memos to and from Cindy Yates | DT | $575.00 | 0.10 | $57.50 |
| 12/10/13 | review information on Grace website, discuss with AW re: webcast for December 12th, memo to file, memo to Matt Moloci | DT | $575.00 | 0.40 | $230.00 |
| 12/10/13 | memo to Matt Moloci re: webcast and possible meeting re: claims administration | DT | $575.00 | 0.30 | $172.50 |
| 12/12/13 | listen on webcast/Grace telephone conference call re: Chapter 11 emergence, memo to Matt Moloci | DT | $575.00 | 0.60 | 345.00 |
| 12/12/13 | Teleconference with Careen Hannouche and David Thompson regarding status of Grace proceedings and target effective date for emergence from bankruptcy and settlement | MGM | $475.00 | 0.10 | $47.50 |
| 12/16/13 | receipt of and respond to various class member inquiries re: status of US Appeal to Third Circuit Court and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 12/17/13 | receipt of and respond to class member inquiries re: status of US Appeal to Third Circuit Court, and status of CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 12/28/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN | DT | $575.00 | 0.30 | $172.50 |

| Date | Description | ID | Rate | Hours | Total |
|---|---|---|---|---|---|
| | ZAI settlement | | | | |
| 12/30/13 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 12/31/13 | discuss and review status with Matt Moloci, memo to Cindy Yates to arrange meeting | DT | $575.00 | 0.40 | $230.00 |
| 12/31/13 | review dockets for period December, 2013, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of December, 2013 | LC | $150.00 | 2.00 | $300.00 |
| | | | SUB-TOTAL | 6.30 | $2,762.50 |

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON<br>25 years - 1988 | DT | 4.20 | $575.00 | $2,415.00 | $313.95 |
| MATTHEW G. MOLOCI<br>15 years - 1998 | MGM | 0.10 | $475.00 | 47.50 | 6.18 |
| LAW CLERK<br>Cindy Yates<br>31 years - 1982 | CY | 2.00 | $150.00 | $300.00 | $39.00 |
| SUB-TOTAL: | | 6.30 | | $2,762.50 | $359.13 |
| TOTAL FEES AND TAXES: | | | | | $3,121.63 |

THIS IS OUR FEE APPLICATION,
Per:

**SCARFONE HAWKINS LLP**
E. & O.E.

*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO    :
                       : ss
CITY OF HAMILTON       :

I, David Thompson, after being duly sworn according to law, depose and say as follows:

1. I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5. I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

6. I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
David Thompson

SWORN AND SUBSCRIBED
Before me this ___ day of January, 2014.

_____
Notary Public
My Commission Expires: _____

Cindy Lea Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2015.