**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |
| _____ | ) | |

**ORDER GRANTING SIXTEENTH QUARTERLY APPLICATION**
**OF SCARFONE HAWKINS FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES**
**FOR OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013**

Scarfone Hawkins ("Applicant"), as Special Counsel for the Canadian ZAI Claimants pursuant to appointment order, dated March 19, 2010 [Docket No. 24508], filed its Sixteenth Quarterly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period From October 1, 2013 through December 31, 2013 ("Sixteenth Quarterly Application"). The Court has reviewed the Sixteenth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Sixteenth Quarterly Application, and any hearing on the Sixteenth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Sixteenth Quarterly Application. Accordingly, it is

ORDERED that the Sixteenth Quarterly Application is GRANTED on an interim basis. Debtors shall pay to Scarfone Hawkins the sum of CDN $8,153.75 as compensation and CDN $1,061.74 as reimbursement of expenses, for a total of CDN $9,215.49 for services rendered and disbursements incurred by Scarfone Hawkins for the period October 1, 2013 through December 31, 2013, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____                             _____
                                                                                    Kevin J. Carey
                                                                                    United States Bankruptcy Judge