IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: February 18, 2014 |

**SUMMARY APPLICATION OF KAYE SCHOLER LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE &
CO., ET AL.,
THROUGH THE MONTHLY PERIOD OF December 31, 2013**

Name *of Applicant*: **Kaye Scholer LLP**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention as Special Counsel for Intellectual Property **Retention Order entered April 7, 2010**

Period for which compensation and reimbursement is sought **December 1, 2013- December 31, 2013**

Amount of Compensation sought as actual, reasonable and necessary: **$3,909.42**

Amount of Expense Reimbursement sought **$0.30**

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of December 2013. This is the twelfth application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2013 calendar year. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 12/01/2012-01/31/2013 | February 14, 2013 | $7,149.66 | $0.00 |
| 02/01/2013-02/28/2013 | April 1, 2013 | $1,907.75 | $0.00 |
| 03/01/2013-03/31/2013 | April 24, 2013 | $1,661.21 | $0.00 |
| 04/01/2013-04/30/2013 | May 16, 2013 | $2,048.63 | $0.20 |
| 05/01/2013-05/31/2013 | June 24, 2013 | $2,841.08 | $0.00 |
| 06/01/2013-06/30/2013 | August 2, 2013 | $3,475.04 | $0.00 |
| 07/01/2013-07/31/2013 | August 30, 2013 | $1,267.92 | $0.30 |
| 08/01/2013-08/31/2013 | September 13, 2013 | 7,525.34 | $0.00 |
| 09/01/2013-09/30/2013 | November 20, 2013 | $17,557.17 | $0.30 |
| 10/01/2013-10/31/2013 | November 21, 2013 | $4,255.75 | $0.00 |
| 11/01/2013-11/30/2013 | December 23, 2013 | $2,160.16 | $0.00 |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of | Position | Year | Department | Hourly | Total | Total Fees |
|---|---|---|---|---|---|---|

| Professional | with the Applicant | Admitted to Bar | | Billing Rate | Billed Hours | Generated |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 6.66 | $3,909.42 |

Total Fees: $3,909.42

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $3,909.72 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (December 1, 2013-December 31, 2013), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: January 29, 2014

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE | SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co-Conn.                         January 24, 2014
     7500 Grace Drive
     Columbia, Maryland 21004
     Attn: Robert A. Maggio, Chief Patent Counsel

RE: General                                        Invoice#: 760908
Our File Number:63812/0001
Client Reference: 100062                            PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2013

|            |                  |                                                                                                     | Hours |
|------------|------------------|-----------------------------------------------------------------------------------------------------|-------|
| 12/13/2013 | Rynkiewicz, John P | GRACE mark review, check PTO records for new filings, third party uses of concern; research.       | 1.83  |
|            |                  | Total Hours................                                                                           | 1.83  |
|            |                  | Fees through 12/31/2013....................................                                           | $1,074.21 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                   | Rate    | Hours | Fees       |
|-------------------|---------|-------|------------|
| Rynkiewicz, John P | $587.00 | 1.83  | $1,074.21  |
| Fees through 12/31/2013.............. | | 1.83  | $1,074.21  |

*--------------------COSTS ADVANCED THROUGH 12/31/2013--------------------*

| Duplicating |  | $0.30 |
|-------------|--|-------|
| Total Costs through 12/31/2013......................... | | $0.30 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 628636   | 03/31/2010 | $440.43    |
| 628637   | 03/31/2010 | 1,690.79   |
| 637193   | 06/30/2010 | 3,978.07   |
| 639770   | 07/28/2010 | 813.08     |
| 641101   | 08/10/2010 | 3,477.98   |
| 643967   | 09/09/2010 | 1,171.42   |

# KAYE SCHOLER LLP

TO:    W.R. Grace & Co-Conn.

January 24, 2014

**RE:** General

**Invoice#:** 760908

**Our File Number:** 63812/0001
**Client Reference:** 100062

**PAGE:**    2

| Invoice# | Date | Amount |
|---|---|---|
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 1,587.66 |
| 693780 | 02/08/2012 | 1,242.09 |
| 697370 | 03/19/2012 | 528.30 |
| 699311 | 04/11/2012 | 478.99 |
| 705645 | 06/18/2012 | 302.89 |
| 710014 | 07/31/2012 | 117.50 |
| 710887 | 08/09/2012 | 225.41 |
| 713798 | 09/14/2012 | 253.58 |
| 716233 | 10/08/2012 | 282.93 |
| 720485 | 11/13/2012 | 176.10 |
| 722803 | 12/10/2012 | 372.16 |
| 728711 | 02/13/2013 | 685.61 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE|SCHOLER LLP

TO:   W.R. Grace & Co-Conn.                                January 24, 2014

**RE:** General                                          **Invoice#: 760908**
**Our File Number:** 63812/0001
**Client Reference:** 100062                              **PAGE:   3**

| Invoice# | Date | Amount |
|---|---|---|
| 731956 | 03/25/2013 | 284.11 |
| 734500 | 04/16/2013 | 234.80 |
| 737555 | 05/13/2013 | 273.58 |
| 739834 | 06/14/2013 | 333.42 |
| 743721 | 07/31/2013 | 498.95 |
| 747545 | 09/11/2013 | 282.93 |
| 754409 | 11/15/2013 | 2,442.22 |
| 754410 | 11/15/2013 | 833.54 |
| 757588 | 12/20/2013 | 1,127.04 |
| Prior Balance Due............................................... | | $35,496.01 |

| | |
|---|---|
| Fees this Invoice............................................ | $1,074.21 |
| Costs this Invoice........................................... | $0.30 |
| Total Due this Invoice...................................... | $1,074.51 |
| Prior Balance Due (from above)............................ | 35,496.01 |
| **TOTAL DUE**.............................................. | **$36,570.52** |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0001
Invoice Number: 760908
Total Amount Due: $36,570.52

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                              January 24, 2014
       Legal Department
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.


RE: Special Counsel                           Invoice#: 760911
Our File Number:63812/0108
Client Reference: 100071                      PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2013

|  |  |  | Hours |
|---|---|---|---|
| 12/09/2013 | Rynkiewicz, John P | | 1.25 |
| | Fee application, review prior bills and draft,revise document for 20% fee hold back recovery. | | |
| 12/23/2013 | Rynkiewicz, John P | | 1.83 |
| | Review and prepare  Special Counsel fee application for submission to court. | | |
| | | Total Hours................. | 3.08 |
| | Fees through 12/31/2013..................................... | | $1,807.96 |

*-----------------------------TIME AND FEE SUMMARY-----------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 3.08 | $1,807.96 |
| | Fees through 12/31/2013.............. | 3.08 | $1,807.96 |

*-----------------------------OUTSTANDING BALANCE-----------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 628642 | 03/31/2010 | $484.20 |
| 637196 | 06/30/2010 | 1,008.17 |
| 643961 | 09/09/2010 | 321.37 |
| 647689 | 10/18/2010 | 217.65 |
| 650341 | 11/04/2010 | 180.31 |
| 654089 | 12/10/2010 | 528.44 |
| 660967 | 02/28/2011 | 94.12 |

# KAYE | SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    January 24, 2014

RE: Special Counsel                                    Invoice#: 760911
Our File Number: 63812/0108
Client Reference: 100071                                    PAGE:    2

| Invoice# | Date | Amount |
|----------|------|--------|
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 161.03 |
| 693784 | 02/08/2012 | 38.74 |
| 697372 | 03/19/2012 | 245.37 |
| 699312 | 04/11/2012 | 58.70 |
| 704036 | 05/31/2012 | 78.66 |
| 705642 | 06/18/2012 | 88.05 |
| 710015 | 07/31/2012 | 126.69 |
| 710886 | 08/09/2012 | 106.83 |
| 713793 | 09/14/2012 | 137.36 |
| 716235 | 10/08/2012 | 205.45 |
| 720486 | 11/13/2012 | 88.05 |
| 722819 | 12/10/2012 | 117.40 |
| 728712 | 02/13/2013 | 695.00 |
| 731957 | 03/25/2013 | 97.44 |
| 734501 | 04/16/2013 | 97.44 |
| 737557 | 05/13/2013 | 136.14 |
| 739839 | 06/14/2013 | 234.80 |

# KAYE | SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                                    January 24, 2014

RE: Special Counsel                                             Invoice#: 760911
Our File Number: 63812/0108
Client Reference: 100071                                        PAGE:    3

| Invoice# | Date | Amount |
|---|---|---|
| 743725 | 07/31/2013 | 196.06 |
| 746119 | 08/27/2013 | 253.88 |
| 747548 | 09/11/2013 | 333.41 |
| 754411 | 11/15/2013 | 974.42 |
| 754412 | 11/15/2013 | 1,220.96 |
| 757587 | 12/20/2013 | 639.83 |
| Prior Balance Due........................................................................... | | $10,120.80 |

| | |
|---|---|
| Fees this Invoice................................................................... | $1,807.96 |
| Total Due this Invoice........................................................... | $1,807.96 |
| Prior Balance Due (from above)............................................. | 10,120.80 |
| **TOTAL DUE**........................................................................ | **$11,928.76** |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: W.R. Grace Trademarks
      Our File Number: 63812/0108
      Invoice Number: 760911
      Total Amount Due: $11,928.76

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                                    January 24, 2014
       7500 Grace Drive
       Columbia, Maryland 21004
       Attn: Robert A. Maggio, Chief Patent Counsel


       **RE: Davison FCC**                          **Invoice#:** 760914
       **Our File Number:**63812/3002
       **Client Reference:** 100075                 **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2013

|  |  | **Hours** |
|---|---|---|
|  |  | 1.75 |
| 12/05/2013 | Rynkiewicz, John P | |

Review prior communications, requests for searches for FCC proposed marks; check status re same following preliminary searches; review Grace filed FCC marks.

| | Total Hours................ | 1.75 |
|---|---|---|
| | Fees through 12/31/2013.................................... | $1,027.25 |

*--------------------------------TIME AND FEE SUMMARY------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 1.75 | $1,027.25 |
| Fees through 12/31/2013.............. | | 1.75 | $1,027.25 |

*--------------------------------OUTSTANDING BALANCE------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 643956 | 09/09/2010 | $56.25 |
| 654094 | 12/10/2010 | 82.27 |
| 657781 | 01/19/2011 | 387.83 |
| 660964 | 02/28/2011 | 28.35 |
| 672311 | 06/27/2011 | 141.75 |
| 674227 | 07/15/2011 | 17.61 |
| 678877 | 08/31/2011 | 28.09 |
| 682918 | 10/13/2011 | 1,323.38 |
| 685378 | 11/07/2011 | 253.86 |

# KAYE | SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                    January 24, 2014

**RE:** Davison FCC                                        **Invoice#:** 760914
**Our File Number:** 63812/3002
**Client Reference:** 100075                               **PAGE:**   2

| Invoice# | Date | Amount |
|----------|------|--------|
| 688471 | 12/12/2011 | 54.28 |
| 692943 | 01/31/2012 | 144.54 |
| 693787 | 02/08/2012 | 322.85 |
| 697377 | 03/19/2012 | 29.35 |
| 699314 | 04/11/2012 | 106.83 |
| 704039 | 05/31/2012 | 58.70 |
| 716236 | 10/08/2012 | 38.74 |
| 722784 | 12/10/2012 | 117.40 |
| 728714 | 02/13/2013 | 49.33 |
| 747550 | 09/11/2013 | 517.73 |
| 754414 | 11/15/2013 | 6,363.08 |
| 754415 | 11/15/2013 | 2,201.25 |
| 757119 | 12/13/2013 | 393.29 |
| Prior Balance Due........................................................ | | $12,716.76 |

| | |
|---|---|
| Fees this Invoice.................................................................. | $1,027.25 |
| Total Due this Invoice........................................................... | $1,027.25 |
| Prior Balance Due (from above)................................................. | 12,716.76 |
| **TOTAL DUE**........................................................................ | **$13,744.01** |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3002
Invoice Number: 760914
Total Amount Due: $13,744.01

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH