## APPENDIX A

### VERIFICATION

PHILADELPHIA                                :
                                            :
COMMONWEALTH OF PENNSYLVANIA                :

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a director with the applicant professional services firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax advisors to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Fourteenth Interim Application to which this verification is attached and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order, except as otherwise noted herein.

_____
Jared Gordon

SWORN AND SUBSCRIBED
before me this 29 day of January, 2014

_____
Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARGARET A. MADDEN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 9, 2017