## EXHIBIT A

**December 2013 Fee Detail**

**Matter 3**                                           **Business Operations**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/10/2013 | Telephone conference with J. McFarland re proposed business transaction (.70). | .70 | $475 | $332.50 |
| RJH | 12/11/2013 | Legal analysis re cash repatriation issues (.50); exchange correspondence with various parties re same (.10). | .60 | $475 | $285.00 |
| RJH | 12/26/2013 | Legal analysis re cash repatration issues (1.30). | 1.30 | $475 | $617.50 |
| **Total** | | | 2.60 | | $1,235.00 |

**Matter 4**                                              **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/2/2013 | Respond to creditor inquiries (.40). | .40 | $475 | $190.00 |
| RJH | 12/4/2013 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| RJH | 12/9/2013 | Respond to various creditor inquiries (1.10). | 1.10 | $475 | $522.50 |
| RJH | 12/10/2013 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| RJH | 12/18/2013 | Respond to multiple creditor inquiries (.60). | .60 | $475 | $285.00 |
| **Total** | | | 2.70 | | $1,282.50 |

**Matter 6**                                    **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/3/2013 | Analyze letter of credit issues (.90); telephone conference with M. Araki re same (1.30); analyze Hanmar/Hankin issues (.50); legal research re Cummings-Woburn claim (.50). | 3.20 | $475 | $1,520.00 |
| RJH | 12/4/2013 | Analyze issues re Tantalo claim (.70). | .70 | $475 | $332.50 |
| RJH | 12/5/2013 | Telephone conference with H. Feichko and others re Tantalo (.50); analyze open claims issues (1.10). | 1.60 | $475 | $760.00 |
| RJH | 12/9/2013 | Update claims task list (1.20); legal analysis re Seneca Meadows & GTE claims (1.10); telephone conference re same with H. Feichko, K. Hogan, R. Finke, et al. re same (.70). | 3.00 | $475 | $1,425.00 |
| RJH | 12/10/2013 | Draft GTE Tantalo claim stipulation (2.90); legal analysis re same (.60); telephone conference with M. Owens re settlement agreement issues and attend to matters re same (.70). | 4.20 | $475 | $1,995.00 |
| RJH | 12/11/2013 | Draft and revise GTE Tantalo claim stipulation (2.00); legal analysis re same (.50); review and analyze documents re open tax claims (1.30); participate in telephone conference with client and professionals re same (1.30); telephone conference with M. Araki re RAR adjustment payments issue (.50); exchange correspondence with S. Butler re open tax claims issues (.10); legal analysis re Town of Acton sewer assessment claim (.80). | 6.50 | $475 | $3,087.50 |
| RJH | 12/12/2013 | Revise GTE claim withdrawal stipulation (1.00); legal analysis re open tax claims issues (1.70); telephone conference with S. Butler re various tax claim and related issues (.50). | 3.20 | $475 | $1,520.00 |
| RJH | 12/13/2013 | Analyze and resolve issues re open tax claims (1.00). | 1.00 | $475 | $475.00 |
| RJH | 12/16/2013 | Revise GTE claim withdrawal stipulation (.70); legal analysis re open tax claims (1.50). | 2.20 | $475 | $1,045.00 |
| RJH | 12/17/2013 | Legal analysis re tax claims (1.40); draft correspondence re same (.60); telephone conference with J. O'Neill re same and other issues (.50); participate in telephone conference with C. Finke. D. Teichen and S. Butler re same (1.20); telephone conference with S. Butler re same (.20); legal analysis re schedule amendments (1.00); exchange correspondence with various parties re same (.30); draft form of individualized notice of schedule amendment and other forms of documents (1.00). | 6.20 | $475 | $2,945.00 |

3

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/18/2013 | Analyze open scheduled claim issues (2.00); exchange correspondence with various parties re same (.50); telephone conference with M. Araki re same (.30); telephone conference with R. Finke re same (.30). | 3.10 | $475 | $1,472.50 |
| RJH | 12/24/2013 | Review and analyze draft schedule amendments (1.30). | 1.30 | $475 | $617.50 |
| RJH | 12/26/2013 | Legal analysis re schedule amendments (.80); exchange correspondence with various parties re same (.60); telephone conference with J. Gettleman re same and other issues (.40). | 1.80 | $475 | $855.00 |
| RJH | 12/27/2013 | Respond to multiple creditor inquiries (1.00). | 1.00 | $475 | $475.00 |
| RJH | 12/30/2013 | Respond to various creditor inquiries (.30); exchange correspondence with R. Finke, et al. re 10-K filing (.30). | .60 | $475 | $285.00 |
| RJH | 12/30/2013 | Telephone conference with K. Finlayson re filing of schedule amendments (.30); revise notice re same (1.00); coordinate service of same with M. Araki (.30). | 1.60 | $475 | $760.00 |
| RJH | 12/31/2013 | Analyze unresolved claims report and revise same (2.20). | 2.20 | $475 | $1,045.00 |
| **Total** | | | 43.40 | | $20,615.00 |

4

**Matter 10**                                   **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/5/2013 | Analyze issues re OCPs (.30); telephone conference with R. Finke re same and other issues (.50). | .80 | $475 | $380.00 |
| **Total** | | | 0.80 | | $ 380.00 |

**Matter 11**                                    **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/2/2013 | Prepare October fee application (2.00). | 2.00 | $475 | $950.00 |
| RJH | 12/30/2013 | Prepare November fee application 1.50). | 1.50 | $475 | $712.50 |
| RJH | 12/31/2013 | Prepare November fee application for filing (.30). | .30 | $475 | $142.50 |
| **Total** | | | 3.80 | | $1,805.00 |

Matter 13                                          Financing

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/20/2013 | Telephone conference with R. Finke re exit financing due diligence issue (.30); exchange correspondence with various parties re same (.20); telephone conference with A. Davis re same (.70); analyze and resolve issues re same (1.00). | 2.20 | $475 | $1,045.00 |
| **Total** | | | 2.20 | | $1,045.00 |

**Matter 14**                                                    **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 12/3/2013 | Prepare overview for client re upcoming hearing dates and concomitant filing deadlines (.80). | .80 | $475 | $380.00 |
| RJH | 12/4/2013 | Resolve matters re certificates of no objection for 12/18 hearing matters (.50). | .50 | $475 | $237.50 |
| RJH | 12/6/2013 | Attend to matters re Nelson claim disallowance order (.40). | .60 | $475 | $285.00 |
| RJH | 12/11/2013 | Attend to matters re QSF motion and employee objection deadlines for objections and responses (.50). | .50 | $475 | $237.50 |
| RJH | 12/12/2013 | Telephone conference with J. O'Neill re 12/18 hearing (.20); attend to matters re same (.40). | .60 | $475 | $285.00 |
| **Total** | | | 3.00 | | $1,425.00 |

8

Matter 15                          **Litigation and Litigation Consulting**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/2/2013 | Analyze client documents re letters rogatory (1.40); analyze relevant pleadings and orders re same (.70); legal research re same (.40); telephone conference with A. Paul re same (.40). | 2.90 | $475 | $1,377.50 |
| RJH | 12/9/2013 | Telephone conference with T. Cobb re adversary proceeding and related issues (.60). | .60 | $475 | $285.00 |
| RJH | 12/12/2013 | Telephone conference with R. Finke re Argentine letter rogatory issue (.50); legal analysis re same (.90); telephone conference with A. Paul re same (.30). | 1.70 | $475 | $807.50 |
| RJH | 12/16/2013 | Analyze documents re Argentine letter rogatory (1.00). | 1.00 | $475 | $475.00 |
| RJH | 12/17/2013 | Further legal analysis re Argentine letter rogatory (2.50); participate in telephone conference with R. Finke, J. McFarland and D. Poole re same (1.10). | 3.60 | $475 | $1,710.00 |
| RJH | 12/18/2013 | Legal analysis re letter rogatory issue (1.00). | 1.00 | $475 | $475.00 |
| **Total** | | | 10.80 | | $5,130.00 |

**Matter 16**                                    **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/2/2013 | Respond to telephone inquiries regarding W-9 notice (.50); telephone conferences with R. Finke re Asbestos PI Trust cooperation agreement (.40); legal research re same (1.50); telephone conferences with M. Araki re same (.50); draft correspondence re same (.10). | 3.00 | $475 | $1,425.00 |
| RJH | 12/3/2013 | Participate in telephone conference with plan proponents' counsel re plan and confirmation appeal status (1.80); analyze L. Gardner issues re emergence (.50); participate in telephone conference with S. Scarlis, R. Finke et al. re same (1.10). | 3.40 | $475 | $1,615.00 |
| RJH | 12/5/2013 | Analyze issues re Undisputed Claims Exhibit (1.50); telephone conference with M. Araki re same (.20); exchange correspondence with D. Wildes re same (.20); telephone conference with S. Scarlis et al. re emergence issues (1.00); analyze and resolve issues re same (1.20); telephone conference with E. Filon and others re emergence issues (1.10). | 5.20 | $475 | $2,470.00 |
| RJH | 12/6/2013 | Analyze and resolve issues re the Undisputed Claims Exhibit (.80); analyze and resolve various emergence-related matters (.50) | 1.30 | $475 | $617.50 |
| RJH | 12/9/2013 | Review Undisputed Claims Exhibit and analyze issues re same (1.50); telephone conference with D. Wildes re same (.30); exchange correspondence with various parties re same (.50); telephone conference with J. Gettleman re funds flow matters (.40); analyze draft exit financing documents re same (.60). | 3.30 | $475 | $1,567.50 |
| RJH | 12/10/2013 | Analyze effective date issues (1.10); respond to L. Gardner inquiry re Undisputed Claims Exhibit (.70); exchange correspondence with D. Wildes and others re same (.30); telephone conference with A. Schlesinger re emergence issues (.40); exchange correspondence with E. Filon re QSF motion (.40). | 2.90 | $475 | $1,377.50 |
| RJH | 12/11/2013 | Telephone conference with D. Wildes et al. re Undisputed Claims Exhibit (.60); follow-on telephone conference with A. Schlesinger re same (.30); telephone conference with R. Finke re same (.30); analyze and resolve emergence issues (.80). | 2.00 | $475 | $950.00 |
| RJH | 12/12/2013 | Analyze and resolve emergence issues (1.10); telephone conference with client and professionals re Undisputed Claims Exhibit and related emergence issues (.40). | 1.50 | $475 | $712.50 |
| RJH | 12/13/2013 | Analyze and resolve emergence issues (.50). | .50 | $475 | $237.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|:---:|:---:|:---|:---:|:---:|:---:|
| RJH | 12/15/2013 | Analyze and resolve various emergence-related matters (1.00) | 1.00 | $475 | $475.00 |
| RJH | 12/16/2013 | Participate in telephone conference with plan proponents' counsel re plan and confirmation appeal status (.50); analyze issues re Class 7A allowed claims list (.60); telephone conference with M. Araki re same (.30); telephone conference with A. Schlesinger re various emergence issues (.70); telephone conference with A. Paul re same (.20); analyze and resolve same (1.00). | 3.30 | $475 | $1,567.50 |
| RJH | 12/18/2013 | Exchange correspondence with M. Jones re emergence issues (.30); analyze same and prepare for emergence meeting (.50); analyze draft allowed class 7A claims exhibit (.60). | 1.40 | $475 | $665.00 |
| RJH | 12/19/2013 | Analyze and resolve emergence issues (.50); participate by telephone conference in effective date conference with plan proponents' counsel (1.20); participate in telephone conference with client and professionals re emergence preparations (.60). | 2.30 | $475 | $1,092.50 |
| RJH | 12/23/2013 | Review and analyze issues and draft correspondence re claimant W-9s (.30); review and analyze motion to approve Bank Lender settlement (1.00); attend to various effective date issues (.50). | 1.80 | $475 | $855.00 |
| RJH | 12/26/2013 | Participate in telephone conference with S. Scarlis, R. Finke, et al. re effective date preparations (.70); analyse and resolve same (.50); legal analysis re authority to sign issue (1.00). | 2.20 | $475 | $1,045.00 |
| RJH | 12/27/2013 | Analysis re undisputed claims exhibit (1.00); exchange correspondence with various parties re same (.50); legal analysis re signing authority issue (.70). | 2.20 | $475 | $1,045.00 |
| RJH | 12/30/2013 | Participate in calls with A. Paul et al. re exit financing (1.00); analyze issues re same (.50); analyze various effective date issues (1.80); analyze issues re Class 7A allowed claims list (.70). | 4.00 | $475 | $1,900.00 |
| RJH | 12/31/2013 | Analyze and resolve emergence date issues (1.10); correspond with M. Araki re same (.30); analyze signature authority issues (.50). | 1.90 | $475 | $902.50 |
| **Total** | | | 43.20 | | $20,520.00 |

11

**Matter 18**                                          **Tax Issues**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 12/19/2013 | Telephone conference with C. Finke re escheatment issue (.50); telephone conferences with S. Lima re escheatment issue (.70); legal research re same (5.00). | 6.20 | $475 | $2,945.00 |
| RJH | 12/20/2013 | Legal analysis re escheatment issue (2.50); telephone conferences with S. Lima re same (.40); telephone conference with J. Gettleman re same (.30). | 3.20 | $475 | $1,520.00 |
| RJH | 12/23/2013 | Legal analysis re escheatment issues (1.80); exchange correspondence with S. Lima re same (.30). | 2.10 | $475 | $997.50 |
| **Total** | | | 11.50 | | $5,462.50 |