## EXHIBIT B

**December 2013 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Online research | $475.00 |
| Postage | $320.82 |
| **Total:** | **$ 812.77** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| none | $0.00 | NA |
| **Total** | **$0.00** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 12/31/2013 | $475.00 | Lexis Nexis - Grace charges for December |
| 12/31/2013 | $16.95 | Fax and other charges - December |
| 12/31/2013 | $96.70 | PACER (10/1/13 - 12/31/13) |
| 12/31/2013 | $224.12 | ICL *Telecon* IC |
| **Total** | **$ 812.77** | |

Total December 2013 Expenses:  $ 812.77