```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



    W.R. Grace & Co.                         Invoice Number       2513345
    7500 Grace Drive                         Invoice Date         01/29/14
    Columbia, Maryland 21044                 Client Number         172573
    USA




==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

      Fees                                       345.00
      Expenses                                     0.00

                       TOTAL BALANCE DUE UPON RECEIPT           $345.00
                                                             =============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630



    W.R. Grace & Co.                         Invoice Number      2513345
    7500 Grace Drive                         Invoice Date       01/29/14
    Columbia, Maryland 21044                 Client Number       172573
    USA                                      Matter Number        60026


==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2013

  Date    Name                                                Hours
 -------- -----------                                          -----

 12/16/13 Cameron        Review materials re: open issues,       .50
                         bankruptcy status, emails re: same

                                                              ------
                                                TOTAL HOURS      .50


 TIME SUMMARY                 Hours         Rate        Value
 ------------------------    ---------------------     -------
 Douglas E. Cameron           0.50  at  $  690.00  =    345.00

                          CURRENT FEES                                345.00


                                                                ------------
                          TOTAL BALANCE DUE UPON RECEIPT            $345.00
                                                                ============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W. R. Grace                              Invoice Number     2513346
   5400 Broken Sound Blvd., N.W.            Invoice Date       01/29/14
   Boca Raton, FL 33487                     Client Number       172573




==============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

     Fees                                      2,444.00
     Expenses                                      0.00

                    TOTAL BALANCE DUE UPON RECEIPT           $2,444.00
                                                           =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



  W. R. Grace                              Invoice Number     2513346
  5400 Broken Sound Blvd., N.W.            Invoice Date      01/29/14
  Boca Raton, FL 33487                     Client Number      172573
                                           Matter Number       60027



==============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2013

  Date     Name                                              Hours
  -------- -----------                                       -----

  12/08/13 Lima          One-half travel time to client       3.50
                         meeting in Columbia, Maryland
                         (extended travel time due to
                          snowstorm)

  12/10/13 Lima          Half travel time back to             1.70
                         Philadelphia.
                                                             ------
                                           TOTAL HOURS        5.20


  TIME SUMMARY                Hours         Rate        Value
  -------------------------   ---------------------    -------
  Sara A. Lima                 5.20  at $  470.00  =   2,444.00

                     CURRENT FEES                                2,444.00

                                                              ------------
                     TOTAL BALANCE DUE UPON RECEIPT             $2,444.00
                                                              ============
```

```
                          REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



    W.R. Grace & Co.                         Invoice Number      2513347
    7500 Grace Drive                         Invoice Date        01/29/14
    Columbia, Maryland 21044                 Client Number        172573
    USA



==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

     Fees                                    1,031.00
     Expenses                                    0.00

                     TOTAL BALANCE DUE UPON RECEIPT        $1,031.00
                                                          =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630




    W.R. Grace & Co.                          Invoice Number     2513347
    7500 Grace Drive                          Invoice Date      01/29/14
    Columbia, Maryland 21044                  Client Number      172573
    USA                                       Matter Number       60029



==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2013

  Date     Name                                                  Hours
  -------- -----------                                           -----

  12/08/13 Cameron         Review fee application materials        .20

  12/09/13 Ament           E-mails re: billing matters (.10);      .30
                           begin drafting Nov. monthly fee
                           application (.20).

  12/12/13 Muha            Review and revise fee and expense       .30
                           detail for Nov. 2013 monthly
                           application.

  12/16/13 Ament           Attention to billing matters            .20
                           (.10); review and respond to
                           e-mail from D. Cameron re: same
                           (.10).

  12/27/13 Lord            Review and revise Reed Smith            .80
                           November monthly fee application.

  12/30/13 Ament           Attention to billing matters           1.30
                           (.10); e-mails re: same (.10);
                           review invoices relating to Nov.
                           monthly fee application (.10);
                           calculate fees and expenses for
                           same (.30); prepare spreadsheets
                           re: same (.20); draft 149th Nov.
                           monthly fee application (.20);
                           provide same to A. Muha for review
                           (.10); finalize Nov. monthly fee
                           application and fee and expense
                           details (.10); e-mail same to J.
                           Lord for DE filing (.10).
```

```
 172573 W. R. Grace & Co.                       Invoice Number   2513347
 60029  Fee Applications-Applicant              Page    2
        January 29, 2014


   Date    Name                                                     Hours
 --------  -----------                                               -----

 12/30/13 Muha            Review and revise final draft of             .30
                          Nov. 2013 monthly application, and
                          conference with S. Ament re: same.

 12/31/13 Ament           E-mails re: filing of Nov. monthly           .10
                          fee application.

                                                                    ------
                                                   TOTAL HOURS        3.50


 TIME SUMMARY                   Hours         Rate           Value
 -------------------------    ---------------------         -------

 Douglas E. Cameron            0.20  at  $  690.00   =       138.00
 Andrew J. Muha                0.60  at  $  495.00   =       297.00
 John B. Lord                  0.80  at  $  270.00   =       216.00
 Sharon A. Ament               1.90  at  $  200.00   =       380.00

                              CURRENT FEES                                    1,031.00

                                                                          ------------
                              TOTAL BALANCE DUE UPON RECEIPT                 $1,031.00
                                                                          ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



    W.R. Grace & Co.                        Invoice Number      2513348
    7500 Grace Drive                        Invoice Date       01/29/14
    Columbia, Maryland 21044                Client Number        172573
    USA



===============================================================================

Re: W. R. Grace & Co.


(80001)   Unclaimed Property Advice

      Fees                              17,444.00
      Expenses                               0.00

                     TOTAL BALANCE DUE UPON RECEIPT      $17,444.00
                                                        =============
```

```
                         REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


   W.R. Grace & Co.                           Invoice Number      2513348
   7500 Grace Drive                           Invoice Date       01/29/14
   Columbia, Maryland 21044                   Client Number       172573
   USA                                        Matter Number         80001



   ==========================================================================

   Re: (80001)  Unclaimed Property Advice

   FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2013

     Date    Name                                               Hours
   -------- -----------                                         -----

   12/02/13 Lima              Prepare for upcoming meeting at      .30
                              client location.

   12/09/13 Lima              Working group meeting in Columbia, 10.00
                              Maryland

   12/10/13 Lima              Working group meeting in Columbia   4.00
                              Maryland.

   12/11/13 Lima              Follow up on working group meeting.  1.00

   12/16/13 Lima              Confer with J. Reichardt regarding   1.30
                              bankruptcy preemption of escheat
                              of stock issue(.30); review
                              miscellaneous income detail with
                              statistician (.50); draft follow
                              up questions for K. Lankford (.50)

   12/16/13 Reichardt         Discussion with Sara Lima on new      .30
                              research assignment regarding
                              unclaimed property and bankruptcy.

   12/16/13 Yu                Begin analyzing data for              .80
                              statistical sample.


   12/17/13 Lima              Confer internally with J.             .80
                              Reichardt regarding bankruptcy
                              preemption issue (.30); Discuss
                              statistical sampling (.30); Review
                              correspondence from K. Lankford
                              regarding miscellaneous income
                              account (.20)
```

```
172573  W. R. Grace & Co.                        Invoice Number   2513348
 80001  Unclaimed Property Advice                 Page     2
        January 29, 2014
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/17/13 | Reichardt | Completed case law research and analysis with review of all found cases on interaction of unclaimed property and bankruptcy to determine which property is escheatable (1.80); research into the application of unclaimed property rules in Chapter 11 bankruptcy proceeding (.70). | 2.50 |
| 12/18/13 | Lima | Confer with J. Reichardt regarding research for escheatment of securities during bankruptcy | .20 |
| 12/18/13 | Reichardt | Reviewed research on unclaimed property ramifications in bankruptcy and drafted response to questions on the same. | .70 |
| 12/18/13 | Yu | Draft steps for a statistical sample. | .60 |
| 12/19/13 | Lima | Review and analyze research concerning bankruptcy preemption of unclaimed property (1.0); assist in preparing upcoming management presentation (.50); confer internally with statistician regarding sample of Miscellaneous Income accounts (.90). | 2.40 |
| 12/19/13 | Reichardt | Conducted research to respond to question from Sara Lima on bankruptcy. | .20 |
| 12/19/13 | Sollie | Discussion with S. Lima regarding strategy on bankruptcy issues, etc. | .50 |
| 12/19/13 | Yu | Begin preparing statistical sample. | 3.00 |
| 12/20/13 | Lima | Telephone conference with R. Higgins regarding bankruptcy, unclaimed property issues and follow up. | 1.00 |
| 12/20/13 | Yu | Continue preparing statistical sampling. | .10 |

```
172573 W. R. Grace & Co.                        Invoice Number    2513348
80001  Unclaimed Property Advice                Page    3
       January 29, 2014


  Date    Name                                                      Hours
--------  -----------                                                -----

12/23/13  Lima            Analyze bankruptcy court order on           1.40
                          securities.

12/24/13  Sampson         Anaylze Delaware stock escheatment          3.00
                          issue.

12/26/13  Lima            Confer with A. Sampson regarding             .40
                          securities transfers in unclaimed
                          property

12/27/13  Sampson         Continue analysis of Delaware               1.00
                          stock escheat issue.

12/27/13  Yu              Continue preparing statistical              2.20
                          sampling.

12/30/13  Lima            Confer with team regarding next             1.20
                          steps in support of statistical
                          sample (.50); review securities
                          research (.30); begin drafting
                          correspondence to client regarding
                          securities research (.40).

12/30/13  Yu              Continue preparing statistical               .50
                          sample.

12/30/13  Yu              Continue preparing statistical               .50
                          sample.
                                                                    ------
                                                   TOTAL HOURS       39.90


TIME SUMMARY                     Hours         Rate           Value
------------------------    ---------------------         -------
Kyle O. Sollie                   0.50  at  $  680.00  =      340.00
Sara A. Lima                    24.00  at  $  470.00  =   11,280.00
Alexandra P. E. Sampson          4.00  at  $  450.00  =    1,800.00
Jaime S. Reichardt               3.70  at  $  380.00  =    1,406.00
Guannan Yu                       7.70  at  $  340.00  =    2,618.00

              CURRENT FEES                                              17,444.00

                                                                     ------------
              TOTAL BALANCE DUE UPON RECEIPT                           $17,444.00
                                                                     ============
```