```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


   W.R. Grace & Co.                         Invoice Number      2513351
   7500 Grace Drive                         Invoice Date        01/29/14
   Columbia, Maryland 21044                 Client Number        172573
   USA                                      Matter Number         60029


===============================================================================

Re: Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Duplicating/Printing/Scanning              49.50
      Postage Expense                            10.22

                  CURRENT EXPENSES                                 59.72
                                                               -------------

                  TOTAL BALANCE DUE UPON RECEIPT                  $59.72
                                                               =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W.R. Grace & Co.                         Invoice Number      2513351
    7500 Grace Drive                         Invoice Date       01/29/14
    Columbia, Maryland 21044                 Client Number        172573
    USA



==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

    Fees                                        0.00
    Expenses                                   59.72

                    TOTAL BALANCE DUE UPON RECEIPT              $59.72
                                                            =============
```

```
                             REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number     2513351
7500 Grace Drive                          Invoice Date      01/29/14
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number        60029
```

===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/02/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 42 COPIES | 4.20 |
| 12/02/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 58 COPIES | 5.80 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/04/13 | Postage Expense<br>Postage Expense: ATTY # 000718 User: Equitrac By | 10.22 |
| 12/06/13 | Duplicating/Printing/Scanning<br>ATTY # 007015: 13 COPIES | 1.30 |
| 12/09/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |

```
172573 W. R. Grace & Co.                           Invoice Number   2513351
60029  Fee Applications-Applicant                  Page     2
       January 29, 2014


  12/16/13   Duplicating/Printing/Scanning                            2.10
             ATTY # 000559: 21 COPIES

  12/16/13   Duplicating/Printing/Scanning                            2.10
             ATTY # 000559: 21 COPIES

  12/18/13   Duplicating/Printing/Scanning                            1.90
             ATTY # 000349: 19 COPIES

  12/18/13   Duplicating/Printing/Scanning                            1.90
             ATTY # 000349: 19 COPIES

  12/18/13   Duplicating/Printing/Scanning                            1.50
             ATTY # 000349: 15 COPIES

  12/18/13   Duplicating/Printing/Scanning                            2.10
             ATTY # 000559: 21 COPIES

  12/18/13   Duplicating/Printing/Scanning                            2.10
             ATTY # 000559: 21 COPIES

  12/30/13   Duplicating/Printing/Scanning                            4.20
             ATTY # 000559: 42 COPIES

  12/30/13   Duplicating/Printing/Scanning                             .10
             ATTY # 000559: 1 COPIES

  12/30/13   Duplicating/Printing/Scanning                             .20
             ATTY # 000559: 2 COPIES

  12/30/13   Duplicating/Printing/Scanning                            2.10
             ATTY # 000559: 21 COPIES

  12/30/13   Duplicating/Printing/Scanning                            2.10
             ATTY # 000559: 21 COPIES

  12/30/13   Duplicating/Printing/Scanning                            2.10
             ATTY # 000559: 21 COPIES

                             CURRENT EXPENSES                        59.72
                                                              ------------
                             TOTAL BALANCE DUE UPON RECEIPT         $59.72
                                                              ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



    W.R. Grace & Co.                       Invoice Number      2513352
    7500 Grace Drive                       Invoice Date       01/29/14
    Columbia, Maryland 21044               Client Number       172573
    USA                                    Matter Number        80001



==============================================================================

Re: Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Lodging                                       404.54
    Parking/Tolls/Other Transportation             16.00
    Mileage Expense                               135.60
    Meal Expense                                   94.15
    General Expense                                44.06

                 CURRENT EXPENSES                                694.35
                                                            -------------

                 TOTAL BALANCE DUE UPON RECEIPT                 $694.35
                                                            =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
  W.R. Grace & Co.                       Invoice Number       2513352
  7500 Grace Drive                       Invoice Date         01/29/14
  Columbia, Maryland 21044               Client Number          172573
  USA


===============================================================================

Re: W. R. Grace & Co.


(80001)   Unclaimed Property Advice

     Fees                                   0.00
     Expenses                             694.35

                  TOTAL BALANCE DUE UPON RECEIPT            $694.35
                                                         =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630



   W.R. Grace & Co.                            Invoice Number       2513352
   7500 Grace Drive                            Invoice Date        01/29/14
   Columbia, Maryland 21044                    Client Number        172573
   USA                                         Matter Number         80001



   ==============================================================================

   Re: (80001)  Unclaimed Property Advice



   FOR COSTS ADVANCED AND EXPENSES INCURRED:

   12/08/13   Meal Expense                                            8.68
              Business Travel - Lunch - VENDOR: Sara A. Lima,
              Lunch to attend Unclaimed Property Workout
              Session in Maryland.
              Sara A. Lima
              BURGER KING DE10612000 Purch ID: 81233427

   12/08/13   Mileage Expense                                       135.60
              Mileage - VENDOR: Sara A. Lima, Dec 08, 2013
              Drive to Maryland to attend Unclaimed Property
              Workout Session.

   12/08/13   General Expense                                        44.06
              Other - VENDOR: Sara A. Lima, Dec 08, 2013
              Fuel for drive to Maryland to attend Unclaimed
              Property Workout Session.
              Fuel purchased while stuck on 95 during
              snowstorm for 6 hours.

   12/08/13   Meal Expense                                            2.09
              Business Travel - Breakfast - VENDOR: Sara A. Li
              Cofffee for drive to Maryland to attend
              Unclaimed Property Workout Session.
              Sara A. Lima

   12/08/13   Meal Expense                                           43.32
              Business Travel - Dinner - VENDOR: Sara A. Lima,
              Dinner at hotel in Maryland to attend Unclaimed
              Property Workout Session.
              Sara A. Lima

   12/09/13   Meal Expense Business Travel - Breakfast -             19.88
              VENDOR: Sara A. Lima, Breakfast at hotel in
              Maryland to attend Unclaimed Property Workout
              Session. Sara A. Lima
```

```
172573 W. R. Grace & Co.                         Invoice Number    2513352
 80001 Unclaimed Property Advice                 Page       2
       January 29, 2014


 12/10/13   Meal Expense Business Travel - Breakfast -              2.39
            VENDOR: Sara A. Lima - Cofffee for drive home
            from Maryland to attend Unclaimed Property
            Workout Session. Sara A. Lima

 12/10/13   Meal Expense Business Travel - Lunch - VENDOR:         17.79
            Sara A. Lima, Lunch at rest stop in Maryland to
            attend Unclaimed Property Workout Session. Sara
            A. Lima

 12/11/13   Lodging Lodging - VENDOR: Sara A. Lima, Dec 11,       404.54
            2013 Two nighs at Sheraton Hotel in Maryland to
            attend Unclaimed Property Workout Session.

 12/11/13   Parking/Tolls/Other Transportation                     16.00
            Toll - VENDOR: Sara A. Lima, Dec 11, 2013
            Roundtrip tolls on drive to Maryland to attend
            Unclaimed Property Workout Session.

                           CURRENT EXPENSES                              694.35
                                                                   ------------
                           TOTAL BALANCE DUE UPON RECEIPT              $694.35
                                                                   ============
```