

January 17, 2014

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   247045

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH November 30, 2013

### CLIENT SUMMARY

**BALANCE AS OF- 11/30/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| **.15537 -** 01- Case Administration | $299.00 | $57.97 | $356.97 |
| **.15538 -** 02 - Debtors' Business Operations | $0.00 | $0.00 | $0.00 |
| **.15539 -** 03 - Creditors Committee | $1,195.00 | $0.00 | $1,195.00 |
| **.15543 -** 07 - Applicant's Fee Application | $913.50 | $0.00 | $913.50 |
| **.15544 -** 08 - Hearings | $0.00 | $0.00 | $0.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $0.00 | $0.00 | $0.00 |
| **Client Total** | **$2,407.50** | **$57.97** | **$2,465.47** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593   www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 0.30 | $725.00 | $217.50 |
| Sakalo, Jay M | 2.10 | $575.00 | $1,207.50 |
| Snyder, Jeffrey I | 0.60 | $445.00 | $267.00 |
| Donaire, Gloria | 1.30 | $230.00 | $299.00 |
| Flores, Luisa M | 1.70 | $245.00 | $416.50 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | | ***$2,407.50*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $10.64 |
| Pacer - Online Services | $1.40 |
| Westlaw-Online Legal Research | $44.43 |
| Copies | $1.50 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$57.97*** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$2,465.47** |

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 11/01/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/04/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/05/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/12/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/13/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/15/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/26/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/27/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES** $299.00

## COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 10/01/13 | Pacer - Online Services PACER - (DEBK) 01-01139-KJC FIL OR ENT: FILED FROM: 9/3 | 0.30 |
| 10/01/13 | Pacer - Online Services PACER - (DEDC) 1:11-CV-00199-RLB START DATE: 9/30/2013 | 1.10 |
| 10/18/13 | Westlaw-Online Legal Research VENDOR: WEST PUBLISHING COMPANY; INVOICE#: 828367682; DATE: 11/1/2013 - Account#1000201074 | 44.43 |
| 11/19/13 | Long Distance Telephone (302)573-6484; 1 Mins. | 0.76 |
| 11/20/13 | Long Distance Telephone (302)573-6491; 2 Mins. | 1.52 |
| 11/20/13 | Long Distance Telephone (312)862-3120; 1 Mins. | 0.76 |
| 11/21/13 | Long Distance Telephone (212)390-4283; 10 Mins. | 7.60 |
| 11/16/13 | Copies 15 pgs @ 0.10/pg | 1.50 |

**TOTAL COSTS ADVANCED** **$57.97**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 1.30 | $230.00 | $299.00 |
| **TOTAL** | **1.30** | | **$299.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $10.64 |
| Pacer - Online Services | $1.40 |
| Westlaw-Online Legal Research | $44.43 |
| Copies | $1.50 |
| **TOTAL** | **$57.97** |

**CURRENT BALANCE DUE THIS MATTER** **$356.97**

Atty – SLB
Client No.: 74817/15538

RE: **02 - Debtors' Business Operations**

**PROFESSIONAL SERVICES** $0.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $0.00

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/03/13 | SLB | 0.30 | 217.50 | Telephone conference from and memo for M. Dies regarding status of confirmation and consumation of settlements. |
| 11/08/13 | JMS | 0.40 | 230.00 | Email to committee regarding upcoming omnibus hearings (.2); brief telephone conference with D. Speights regarding same (.2). |
| 11/20/13 | JMS | 0.60 | 345.00 | Email exchange with M. Dies regarding status of appeals and research regarding same. |
| 11/22/13 | JMS | 0.70 | 402.50 | Telephone conference with A. Paul regarding pending appeals and email to M. Dies thereon. |

**PROFESSIONAL SERVICES** $1,195.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $725.00 | $217.50 |
| Sakalo, Jay M | 1.70 | $575.00 | $977.50 |
| *TOTAL* | *2.00* | | *$1,195.00* |

**CURRENT BALANCE DUE THIS MATTER** $1,195.00

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 11/16/13 | LMF | 1.40 | 343.00 | Attend to preparing quarterly fee application. |
| 11/18/13 | LMF | 0.30 | 73.50 | Revise quarterly application per attorney's comments and submit to local counsel for filing. |
| 11/18/13 | JIS | 0.60 | 267.00 | Review and revise 50th quarterly interim fee application (0.4); review and revise October prebill (0.2). |
| 11/20/13 | JMS | 0.40 | 230.00 | Telephone conference with D. Wynn at UST's office regarding filing of CNO and email to T. Tacconelli regarding same. |

**PROFESSIONAL SERVICES** $913.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $575.00 | $230.00 |
| Snyder, Jeffrey I | 0.60 | $445.00 | $267.00 |
| Flores, Luisa M | 1.70 | $245.00 | $416.50 |
| **TOTAL** | **2.70** | | **$913.50** |

**CURRENT BALANCE DUE THIS MATTER** $913.50

Atty – SLB
Client No.: 74817/15544

RE:  08 - Hearings

| **PROFESSIONAL SERVICES** | | | **$0.00** |

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** — **$0.00**

MIAMI 4007559.1 74817/15537

Atty – SLB
Client No.: 74817/15554

RE:  18 - Plan & Disclosure Statement

**PROFESSIONAL SERVICES** $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $0.00