

January 17, 2014

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   247044

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH December 31, 2013

**CLIENT SUMMARY**

**BALANCE AS OF- 12/31/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| **.15537 -** 01- Case Administration | $414.00 | $55.42 | $469.42 |
| **.15539 -** 03 - Creditors Committee | $0.00 | $0.00 | $0.00 |
| **.15543 -** 07 - Applicant's Fee Application | $147.00 | $0.00 | $147.00 |
| **.15544 -** 08 - Hearings | $280.50 | $0.00 | $280.50 |
| **.15554 -** 18 - Plan & Disclosure Statement | $3,678.00 | $0.00 | $3,678.00 |
| **Client Total** | **$4,519.50** | **$55.42** | **$4,574.92** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456   Tel 305.374.7580   Fax 305.374.7593                    www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Sakalo, Jay M | 5.80 | $575.00 | $3,335.00 |
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| Flores, Luisa M | 2.60 | $245.00 | $637.00 |
| | | **TOTAL PROFESSIONAL FEES THIS PERIOD** | ***$4,519.50*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $9.12 |
| Copies | $46.30 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | ***$55.42*** |

| | |
|---|---|
| **TOTAL BALANCE DUE THIS PERIOD** | **$4,574.92** |

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| Date | | | | |
|---|---|---|---|---|
| 12/02/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/04/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/05/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/09/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/10/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/12/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/16/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/17/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/18/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/19/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/20/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/23/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/26/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/27/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/30/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/31/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES** $414.00

### COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 12/24/13 | Long Distance Telephone (512)476-4394; 12 Mins. | 9.12 |
| 12/30/13 | Copies 453 pgs @ 0.10/pg | 45.30 |
| 12/03/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/12/13 | Copies 2 pgs @ 0.10/pg | 0.20 |

**TOTAL COSTS ADVANCED** $55.42

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| **TOTAL** | **1.80** | | **$414.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $9.12 |
| Copies | $46.30 |
| **TOTAL** | **$55.42** |

**CURRENT BALANCE DUE THIS MATTER** $469.42

Atty – SLB
Client No.: 74817/15539

**RE: 03 - Creditors Committee**

**PROFESSIONAL SERVICES** $0.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

**CURRENT BALANCE DUE THIS MATTER** $0.00

MIAMI 4007557.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| 12/10/13 | LMF | 0.60 | 147.00 | Prepare notice and summary of fees for October and submit to local counsel for filing. |

**PROFESSIONAL SERVICES** $147.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.60 | $245.00 | $147.00 |
| **TOTAL** | **0.60** | | **$147.00** |

**CURRENT BALANCE DUE THIS MATTER** $147.00

Atty – SLB  
Client No.: 74817/15544

**RE: 08 - Hearings**

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 12/12/13 | LMF | 0.30 | 73.50 | Attend to possible attendance at hearing on various matters and review docket to confirm if hearing agenda has been filed. |
| 12/12/13 | JIS | 0.20 | 89.00 | Emails from J. Sakalo regarding 12/18 omnibus hearing; discuss briefly with J. Sakalo and confer with L. Flores re: arranging courtcall. |
| 12/13/13 | LMF | 0.30 | 73.50 | Arrange for telephone appearance for attorney at omnibus hearing. |
| 12/16/13 | JIS | 0.10 | 44.50 | Review hearing agenda. |

**PROFESSIONAL SERVICES** $280.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Flores, Luisa M | 0.60 | $245.00 | $147.00 |
| **TOTAL** | **0.90** | | **$280.50** |

**CURRENT BALANCE DUE THIS MATTER** $280.50

Atty – SLB  
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/24/13 | JMS | 1.70 | 977.50 | Review motion to approve Bank Lender Group settlement and exhibits to same and email to Committee thereon (.9); telephone conference with M. Dies regarding same (.4); follow up emails with E. Westbrook and T. Brandi regarding same (.4). |
| 12/25/13 | JMS | 0.40 | 230.00 | Email exchange with E. Westbrook regarding counsel to 7B trustee and email to D. Felder regarding same. |
| 12/26/13 | LMF | 1.40 | 343.00 | Research and compile various documents for attorney's review in connection with plan and confirmation of same. |
| 12/26/13 | JMS | 1.30 | 747.50 | Email exchange with D. Felder regarding Class 7B trustee's counsel (.4); email exchange with T. Brandi regarding plan update (.3); email to committee regarding further update from Debtors' counsel regarding timing (.3); email exchange with M. Dies regarding same (.3). |
| 12/30/13 | JMS | 0.80 | 460.00 | Conference with L. Flores regarding plan documents needed for review (.1); begin review of same (.7). |
| 12/31/13 | JMS | 1.60 | 920.00 | Continue review of requirements to go effective under the plan, including review of underlying agreements requiring action by PD Committee or claimants. |

**PROFESSIONAL SERVICES** $3,678.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 5.80 | $575.00 | $3,335.00 |
| Flores, Luisa M | 1.40 | $245.00 | $343.00 |
| **TOTAL** | **7.20** | | **$3,678.00** |

**CURRENT BALANCE DUE THIS MATTER** $3,678.00