IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>　　　　　　Debtors. | Chapter 11<br>Case No. 01-01139 (KJC)<br>(Jointly Administered)<br><br>Objection Deadline: February 14, 2014 at 4:00 p.m.<br>Hearing Date: March 26, 2014 at 10:00 a.m. |

**NOTICE OF APPLICATION OF ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR THE ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF FRANKEL WYRON LLP AS BANKRUPTCY CO-COUNSEL <u>*NUNC PRO TUNC* TO JANUARY 16, 2014</u>**

　　　　PLEASE TAKE NOTICE that Roger Frankel, the Asbestos PI Future Claimants' Representative (the "Asbestos PI FCR"), filed and served the *Application of Roger Frankel, Asbestos PI Future Claimants Representative, for the Entry of an Order Authorizing the Retention and Employment of Frankel Wyron LLP as Bankruptcy Co-Counsel* Nunc Pro Tunc *to January 16, 2014* (the "Application"), attached hereto.

　　　　PLEASE TAKE FURTHER NOTICE that objections, if any to the Application, are to be served and filed as to be received by the Court and the following counsel on or before February 14, 2014:

| **Asbestos PI FCR** | **Proposed Co-Counsel to Asbestos PI FCR** |
|---|---|
| Roger Frankel, Esquire, FCR, | Richard Wyron, Esquire |
| Frankel Wyron LLP | Frankel Wyron LLP |
| 2101 L Street, N.W. | 2101 L Street, N.W. |
| Suite 800 | Suite 800 |
| Washington, DC 20037 | Washington, DC  20037 |

| **Co-Counsel to Asbestos PI FCR** | **Co-Counsel to Asbestos PI FCR** |
|---|---|
| John C. Phillips, Jr., Esquire | Debra L. Felder, Esquire |
| Phillips, Goldman & Spence, P.A. | Orrick, Herrington & Sutcliffe LLP |
| 1200 North Broom Street | 1152 15th Street, N.W. |
| Wilmington, DE 19806 | Washington, DC  20005 |

| | |
|---|---|
| **Co-Counsel to the Debtors**<br>John Donley, Esquire<br>Adam Paul, Esquire<br>Kirkland & Ellis, LLP<br>300 North LaSalle<br>Chicago, IL 60654 | **Co-Counsel to the Debtors**<br>Roger J. Higgins, Esquire<br>The Law Offices of Roger Higgins, LLC<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601 |
| **Co-Counsel to the Debtors**<br>Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones, P.C.<br>919 North Market Street, Suite 1600<br>Wilmington, DE 19801 | **Counsel to the Asbestos PD FCR**<br>Alan B. Rich, Esquire<br>Law Office of Alan B. Rich, Esquire<br>1201 Elm Street, Suite 4244<br>Dallas, TX  75270 |
| **Counsel to the Official Committee of**<br>**Asbestos Property Damage Claimants**<br>Scott L. Baena, Esquire<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, FL  33131-3456 | **Co-Counsel to Official Committee**<br>**of Unsecured Creditors**<br>Michael R. Lastowski, Esquire<br>Duane Morris, LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801 |
| **Co-Counsel to Official Committee**<br>**to Asbestos Personal Injury Claimants**<br>Elihu Inselbuch, Esquire<br>Caplin & Drysdale<br>600 Lexington Avenue, 21st Floor<br>New York, NY 10022-6000 | **Counsel to the Official Committee of**<br>**Asbestos Property Damage Claimants**<br>Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899 |
| **Counsel to Official Committee**<br>**of Equity Holders**<br>Thomas M. Mayer, Esquire<br>Kramer Levin Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022 | **Co-Counsel to Official Committee**<br>**to Asbestos Personal Injury Claimants**<br>Marla R. Eskin, Esquire<br>Mark T. Hurford, Esquire<br>Kathleen Campbell Davis, Esquire<br>Campbell & Levine, LLC<br>222 Delaware Avenue, Suite 1620<br>Wilmington, DE 19801 |

| | |
|---|---|
| **Counsel to the Asbestos PD** **Future Claimants' Representative** Alan B. Rich, Esquire Law Office of Alan B. Rich, Esquire 1201 Elm Street, Suite 4244 Dallas, TX  75270 | **Counsel to Official Committee** **of Equity Holders** Teresa K.D. Currier Saul Ewing LLP 222 Delaware Avenue P.O. Box 1266 Wilmington, DE 19899-1397 |

A HEARING ON THE APPLICATION IS SCHEDULED FOR **MARCH 26, 2014 AT 10:00 A.M.** BEFORE THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY COURT, 824 N. MARKET STREET, COURTROOM 5, WILMINGTON, DE 19801.

IF NO OBJECTIONS ARE FILED AND RECEIVED BY THE OBJECTION DEADLINE, THE COURT MAY APPROVE THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.  IF OBJECTIONS ARE RECEIVED, THE COURT WILL SCHEDULE A HEARING ON THE MATTER.

Respectfully submitted,

_____
Roger Frankel, in his capacity as the
Asbestos PI Future Claimants' Representative
Frankel Wyron LLP
2101 L Street, N.W., Suite 800
Washington, DC  20037
Phone: 202.903.0700
Fax:     202.627.3002
Email: rfrankel@frankelwyron.com

*Asbestos PI Future Claimants' Representative*

Date:   January 31, 2014

OHSUSA:756270404.2