IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) **Chapter 11** |
| W.R. GRACE & CO., <u>et</u> <u>al</u>. | ) **Case No. 01-01139 (KJC)** |
| | ) **(Jointly Administered)** |
| Debtors. | ) |
| | ) |

## NOTICE OF CHANGE OF LAW FIRM AND ADDRESS

**PLEASE TAKE NOTICE** that the undersigned who is the Court-appointed legal representative for future asbestos claimants (the "FCR") has changed his law firm and office address as follows:

> Orrick, Herrington & Sutcliffe LLP
> 1152 15th Street, N.W.
> Washington, DC  20007
>
> to:
>
> Frankel Wyron LLP
> 2101 L Street, N.W., Suite 800
> Washington, DC 20037
> Phone:    202.903.0700
> Facsimile: 202.627.3002

**PLEASE TAKE FURTHER NOTICE** that the FCR has applied for authority to retain Frankel Wyron LLP as bankruptcy counsel, to co-counsel with Orrick.  Orrick continues to represent the FCR in these proceedings.

Dated: January 28, 2014         */S/ ROGER FRANKEL*
                                Roger Frankel, as FCR
                                FRANKEL WYRON LLP
                                2101 L Street, N.W., Suite 800
                                Washington, DC 20037
                                Phone:    202.903.0700
                                Facsimile: 202.627.3002