IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Debtors. | ) | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Details of the extent of the interests transferred are set forth in Exhibit A hereto.

| Name of Transferee: | Sheldon H. Solow, Solow Development Corp., Solovieff Realty Corp., LLC, and Solow Building Company, LLC | Name of Transferor: | UBS AG, Stamford Branch, as Collateral Agent |
|---|---|---|---|
| Name and address where notices to Transferee and payments on Claim should be sent: | Solow Realty & Development Company, LLC<br>Attn: Counsel<br>9 West 57th Street, 45th Floor<br>New York, NY 10019 | Claim # | 7020, as allowed by Settlement Agreement dated August 12, 2009 |
| Phone: | (212) 715-0250 | Amount of Claim as Filed: | $35,000,000 |
| Acct Reference | Solow Realty Dev. Corp. | | |

*[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SHELDON H. SOLOW

_____  January 31, 2014
Name: Sheldon H. Solow          Date

SOLOW DEVELOPMENT CORPORATION

_____  January 31, 2014
Name: Sheldon H. Solow          Date
Title:  President

SOLOVIEFF REALTY CORP., LLC

By:    SHS Property Management Corp.,
       its managing member

_____  January 31, 2014
Name: Sheldon H. Solow          Date
Title:  President

SOLOW BUILDING COMPANY, LLC

By:    SHS Property Management Corp.,
       its managing member

_____  January 31, 2014
Name: Sheldon H. Solow          Date
Title:  President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT A

Evidence of Transfer Other Than for Security

SHELDON H. SOLOW
SOLOW DEVELOPMENT CORPORATION
SOLOVIEFF REALTY CORP., LLC
SOLOW BUILDING COMPANY, LLC
c/o Solow Realty and Development Company, LLC
9 West 57th Street
45th Floor
New York, New York 10019

UBS AG, STAMFORD BRANCH,
AS COLLATERAL AGENT
677 Washington Blvd.
Stamford, Connecticut 06901

February 1, 2012

VIA FEDERAL EXPRESS

W.R. GRACE & CO., ET. AL.
7500 Grace Drive
Columbia, MD 21044
Attn: Richard C. Finke

> Re: Settlement Agreement dated August 12, 2009 (the "Settlement Agreement") by and between Sheldon H. Solow, Solow Development Corporation, Solovieff Realty Corp., LLC, and Solow Building Company, LLC (collectively, "Claimant"), and W.R. Grace & Co., et. al. (collectively, "Grace")

Ladies and Gentlemen:

Reference is made to the Settlement Agreement and to the letters from Claimant to you dated June 17, 2011 and June 23, 2011 (collectively, the "Letters") relating to an assignment of Settlement Agreement proceeds by Claimant to UBS AG, Stamford Branch, as Collateral Agent (in such capacity, "Collateral Agent"). Claimant and Collateral Agent hereby notify Grace of the termination of the Letters, including but not limited to the payment instructions included therein, and any obligations Grace has thereunder, effective immediately.

*[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]*

NYDOCS03/942130.3

Very truly yours,

SOLOW DEVELOPMENT CORPORATION

By: _____
Name: Sheldon H. Solow
Title: President

SOLOVIEFF REALTY CO., LLC

By: SHS Property Management Corp., its managing member

By: _____
Name: Sheldon H. Solow
Title: President

SOLOW BUILDING COMPANY, LLC

By: SHS Property Management Corp., its managing member

By: _____
Name: Sheldon H. Solow
Title: President

*[Signatures continue on the next page]*

SOLOVIEFF REALTY CORP., LLC

By: _____
    Name:
    Title:

SOLOW BUILDING COMPANY, LLC

By: _____
    Name:
    Title:

UBS AG, Stamford Branch,
as Collateral Agent

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:
                               R. Otsa
                             Associate Director
                             Banking Products
                                US

SHELDON H. SOLOW
SOLOW DEVELOPMENT CORPORATION
SOLOVIEFF REALTY CORP., LLC
SOLOW BUILDING COMPANY, LLC
c/o Solow Realty & Development Company, LLC
9 West 57th Street
45th Floor
New York, New York 10019

June 17, 2011

W.R. GRACE & CO., ET. AL. (collectively, "Grace")
7500 Grace Drive
Columbia, MD 21044

UBS AG, Stamford Branch, as Collateral Agent
under the Security Agreement referred to below,
677 Washington Boulevard
Stamford, Connecticut 06901

> Re: Settlement Agreement dated August 12, 2009 (the "Settlement Agreement")
> by and between Sheldon H. Solow, Solow Development Corporation, Solovieff
> Realty Corp., LLC, and Solow Building Company, LLC (collectively,
> "Claimant"), and Grace

Ladies and Gentlemen:

Claimant represents that on April 25, 2011 it collaterally assigned its interests in and to the Settlement Agreement, including, without limitation, any monies to be paid to Claimant thereunder (the "Settlement Agreement Claim"), to UBS AG, Stamford Branch ("Collateral Agent"), pursuant to a Security Agreement from Claimant (among others) to Collateral Agent as security in part for a loan to be made to affiliates of Claimant.

On the basis of the foregoing representation, Claimant hereby irrevocably directs you to pay (A) all amounts payable to Claimant under the Settlement Agreement, net of all attorney's fees and expenses incurred by Claimant in connection with the Settlement Agreement ("Attorney's Fees") (which fees and expenses shall not exceed the lesser of (i) $4,000,000 and (ii) an amount equal to the product of 11.5% *multiplied by* the aggregate cash proceeds Grace is required to pay under the Settlement Agreement) ("Settlement Proceeds") to the Collateral Agent as specified on Annex A hereto or to such other account as the Collateral Agent may direct and (B) upon payment of the amount described above in clause (A) to the Collateral Agent, Attorney's Fees shall be paid by Grace directly to Claimant. Claimant shall promptly provide Grace and the Collateral Agent notice of the amount of the Attorney's Fees prior to Grace's payment to the Collateral Agent, as described in this paragraph.

In reliance on Claimant's representations herein, Grace hereby (a) irrevocably consents to such collateral assignment and transfer of, and the granting of the security interest in the Settlement Agreement Claim, (b) agrees and confirms that all Settlement Proceeds shall be paid as provided in the immediately preceding paragraph, (c) confirms that such consent is entered into in the ordinary course of its business and (d) agrees and confirms that the Collateral Agent (and its successors and assigns) may, to the extent assigned by Claimant, exercise any legally permissible remedies with respect to the Claimant's interests in, to and under the Settlement Agreement and enforce the Settlement Agreement Claim.

Claimant acknowledges and agrees that nothing herein shall effect Claimant's obligations under the terms of the Settlement Agreement, including but not limited to Claimant's obligations pursuant to Paragraph 15 of the Settlement Agreement.

This letter shall remain in full force and effect until Grace receives written notice of termination signed by both Claimant and Collateral Agent.

This letter may be signed in multiple counterparts, all of which shall constitute a single instrument. Counterparts of this letter sent by facsimile or scanned electronic mail attachment shall have the same effectiveness as manually-signed original counterparts hereof.

Very truly yours,

*Andrew W. Hayes*

Andrew W. Hayes
General Counsel


SOLOW DEVELOPMENT CORPORATION

By: _____
Name: Andrew W. Hayes
Title:  General Counsel


SOLOVIEFF REALTY CORP., LLC

By: _____
Name: Andrew W. Hayes
Title:  General Counsel

SOLOW BUILDING COMPANY, LLC

By: *Andrew W. Hayes*
    Name:  Andrew W. Hayes
    Title:  General Counsel

ACCEPTED & AGREED:

W.R. GRACE & CO., ET. AL., DEBTOR AND
DEBTOR IN POSSESSION

By: *Richard C. Finke*
    Name:  Richard C. Finke
    Title:  Assistant General Counsel - Litigation

Annex A

Payment Instructions



SHELDON H. SOLOW
SOLOW DEVELOPMENT CORPORATION
SOLOVIEFF REALTY CORP., LLC
SOLOW BUILDING COMPANY, LLC
c/o Solow Realty & Development Company, LLC
9 West 57th Street
45th Floor
New York, New York 10019

June 23, 2011

W.R. GRACE & CO., ET. AL. (collectively, "Grace")
7500 Grace Drive
Columbia, MD 21044

UBS AG, Stamford Branch, as Collateral Agent
under the Security Agreement referred to below,
677 Washington Boulevard
Stamford, Connecticut 06901

    Re: Consent to Assignment of Proceeds, dated June 22, 2011 (the "Consent Letter"), of Settlement Agreement dated August 12, 2009 (the "Settlement Agreement") by and between Sheldon H. Solow, Solow Development Corporation, Solovieff Realty Corp., LLC, and Solow Building Company, LLC (collectively, "Claimant"), and Grace

Ladies and Gentlemen:

We are writing at the request of your counsel to confirm our mutual understanding that the Claimant herein has been, is, and remains solely liable for the payment of any and all of Claimant's attorneys' fees, costs, and expenses incurred in connection with the litigation and settlement referenced in the Consent Letter. Nothing in the Consent Letter is intended as, nor shall it claimed to be, a change with regard to Claimant's, or Grace's, obligations pursuant to the Settlement Agreement.

Very truly yours,

*Andrew W. Hayes*
Andrew W. Hayes
General Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Debtors. | ) | |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 7020 (as allowed by Settlement Agreement dated August 12, 2009) was filed in this case by the original transferor. It was subsequently transferred to the original transferee. That entity is now transferring the claim, other than for security, back to the original transferor as current alleged transferee. As evidence of the transfer of the claim, the current alleged transferee filed a Transfer of Claim Other Than for Security in the clerk's office of this court on January 31, 2014.

| Name of Alleged Transferor: | UBS AG, Stamford Branch, as Collateral Agent | Name of Alleged Transferee: | Sheldon H. Solow, Solow Development Corp., Solovieff Realty Corp., LLC, and Solow Building Company, LLC |
|---|---|---|---|
| Address of Alleged Transferor | UBS AG, Stamford Branch 677 Washington Blvd. Stamford, CT 06901 Attn: Banking Products Services Agency | Address of Alleged Transferee: | Solow Realty & Development Company, LLC 9 West 57th Street New York, NY 10019 |

### DEADLINE TO OBJECT TO TRANSFER

The current alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the current alleged transferee will be substituted as the original claimant without further order of the court.

Date: _____
**CLERK OF THE COURT**