**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                           )

**In re:**                                      )
                                           )      **Chapter 11**
**W.R. GRACE & CO., et al.**             )      **Case No. 01-01139 (KJC)**
                                           )      **(Jointly Administered)**
                **Debtors.**        )
_____)

## NOTICE OF CHANGE OF LAW FIRM AND ADDRESS

**PLEASE TAKE NOTICE** that the undersigned attorney who appeared in these cases as counsel to Roger Frankel, the Court-appointed legal representative for future asbestos claimants (the "FCR") has changed his law firm and office address as follows:

> Orrick, Herrington & Sutcliffe LLP
> 1152 15th Street, N.W.
> Washington, DC  20007
>
> to:
>
> Frankel Wyron LLP
> 2101 L Street, N.W., Suite 800
> Washington, DC 20037
> Phone:     202.903.0700
> Facsimile: 202.627.3002

**PLEASE TAKE FURTHER NOTICE** that this change applies only to the undersigned attorney. The FCR has applied for authority to retain Frankel Wyron LLP as bankruptcy counsel, to co-counsel Orrick. Orrick continues to represent the FCR in these proceedings.

Dated: January 28, 2014        /S/ RICHARD H. WYRON
                                      Richard H. Wyron
                                      FRANKEL WYRON LLP
                                      2101 L Street, N.W., Suite 800
                                      Washington, DC 20037
                                      Phone:     202.903.0700
                                      Facsimile: 202.627.3002