**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 2/24/2014; 4:00 PM ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
HOLDERS OF DEMANDS FOR THE SIXTY-FIFTH MONTHLY INTERIM
<u>PERIOD FROM JANUARY 1, 2014 THROUGH JANUARY 31, 2014</u>**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2014 through January 31, 2014 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $43,860.00   [80% of $54,825.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $3,485.67 |

This is a(n):   ☒Monthly     ☐Interim     ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | Paid | Paid |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | Paid | Paid |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | Paid | Paid |
| 1/2/2009 | 12/1/2008 to 12/31/2008 | $18,510.00 | $1,482.39 | Paid | Paid |
| 2/1/2009 | 1/1/2009 to 1/31/2009 | $31,740.00 | $2,717.34 | Paid | Paid |
| 3/2/2009 | 2/1/2009 to 2/28/2009 | $32,614.00 | $2,420.56 | Paid | Paid |
| 4/2/2009 | 3/1/2009 to 3/31/2009 | $27,186.00 | $4,556.30 | Paid | Paid |
| 5/5/2009 | 4/1/2009 to 4/30/2009 | $25,898.00 | $2,612.62 | Paid | Paid |
| 6/2/2009 | 5/1/2009 to 5/31/2009 | $56,304.00 | $5,301.01 | Paid | Paid |
| 7/1/2009 | 6/1/2009 to 6/30/2009 | $56,902.00 | $7,769.09 | Paid | Paid |
| 8/22/2009 | 7/1/2009 to 7/31/2009 | $40,296.00 | $4,279.60 | Paid | Paid |
| 9/1/2009 | 8/1/2009 to 8/31/2009 | $56,442.00 | $6,484.97 | Paid | Paid |
| 10/1/2009 | 9/1/2009 to 9/30/2009 | $65,184.00 | $6,064.05 | Paid | Paid |
| 11/1/2009 | 10/1/2009 to 10/31/2009 | $28,848.00 | $2,337.16 | Paid | Paid |
| 12/1/2009 | 11/1/2009 to 11/30/2009 | $16,176.00 | $10.35 | Paid | Paid |
| 1/3/2010 | 12/1/2009 to 12/31/2009 | $7,200.00 | $194.00 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 2/1/2010 | 1/1/2010 to 1/31/2010 | $29,088.00 | $2,415.28 | Paid | Paid |
| 3/2/2010 | 2/1/2010 to 2/28/2010 | $7,392.00 | $187.00 | Paid | Paid |
| 4/1/2010 | 3/1/2010 to 3/31/2010 | $7,200.00 | $150.56 | Paid | Paid |
| 5/3/2010 | 4/1/2010 to 4/30/2010 | $11,040.00 | $805.28 | Paid | Paid |
| 6/1/2010 | 5/1/2010 to 5/31/2010 | $5,808.00 | $44.00 | Paid | Paid |
| 7/1/2010 | 6/1/2010 to 6/30/2010 | $9,792.00 | $779.81 | Paid | Paid |
| 8/1/2010 | 7/1/2010 to 7/31/2010 | $7,824.00 | $208.00 | Paid | Paid |
| 9/1/2010 | 8/1/2010 to 8/31/2010 | $4,272.00 | $273.00 | Paid | Paid |
| 10/1/2010 | 9/1/2010 to 9/30/2010 | $6,672.00 | $30.00 | Paid | Paid |
| 11/1/2010 | 10/1/2010 to 10/31/2010 | $3,408.00 | $44.00 | Paid | Paid |
| 12/1/2010 | 11/1/2010 to 11/30/2010 | $6,012.00 | $0 | Paid | Paid |
| 1/3/2011 | 12/1/2010 to 12/31/2010 | $13,572.00 | $1,146.02 | Paid | Paid |
| 2/1/2011 | 1/1/2011 to 1/31/2011 | $13,416.00 | $1,247.19 | Paid | Paid |
| 3/1/2011 | 2/1/2011 to 2/28/2011 | $17,992.00 | $1,509.34 | Paid | Paid |
| 4/1/2011 | 3/1/2011 to 3/31/2011 | $10,660.00 | $201.00 | Paid | Paid |
| 5/2/2011 | 4/1/2011 to 4/30/2011 | $13,364.00 | $44.00 | Paid | Paid |
| 6/1/2011 | 5/1/2011 to 5/31/2011 | $22,932.00 | $243.05 | Paid | Paid |
| 7/1/2011 | 6/1/2011 to 6/30/2011 | $18,824.00 | $533.60 | Paid | Paid |
| 8/1/2011 | 7/1/2011 to 7/31/2011 | $10,088.00 | $0 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2011 | 8/1/2011 to 8/31/2011 | $6,708.00 | $20.88 | Paid | Paid |
| 10/3/2011 | 9/1/2011 to 9/30/2011 | $6,500.00 | $0 | Paid | Paid |
| 11/1/2011 | 10/1/2011 to 10/31/2011 | $6,396.00 | $0 | Paid | Paid |
| 12/5/2011 | 11/1/2011 to 11/30/2011 | $6,084.00 | $0 | Paid | Paid |
| 1/3/2012 | 12/1/2011 to 12/31/2011 | $3,484.00 | $30.00 | Paid | Paid |
| 2/1/2012 | 1/1/2012 to 1/31/2012 | $8,372.00 | $0 | Paid | Paid |
| 3/5/2012 | 2/1/2012 to 2/29/2012 | $13,312.00 | $30.00 | Paid | Paid |
| 4/2/2012 | 3/1/2012 to 3/31/2012 | $8,060.00 | $0 | Paid | Paid |
| 5/3/2012 | 4/1/2012 to 4/30/2012 | $8,628.00 | $637.84 | Paid | Paid |
| 6/1/2012 | 5/1/2012 to 5/31/2012 | $18,460.00 | $1,613.72 | Paid | Paid |
| 7/2/2012 | 6/1/2012 to 6/30/2012 | $21,164.00 | $1,753.72 | Paid | Paid |
| 8/1/2012 | 7/1/2012 to 7/31/2012 | $22,400.00 | $565.23 | Paid | Paid |
| 9/4/2012 | 8/1/2012 to 8/31/2012 | $17,808.00 | $0.00 | Paid | Paid |
| 10/1/2012 | 9/1/2012 to 9/30/2012 | $5,992.00 | $0.00 | Paid | Paid |
| 11/1/2012 | 10/1/2012 to 10/31/2012 | $8,120.00 | $30.00 | Paid | Paid |
| 12/4/2012 | 11/1/2012 to 11/30/2012 | $12,880.00 | $0.00 | Paid | Paid |
| 1/2/2013 | 12/1/2012 to 12/31/20121 | $17,696.00 | $339.28 | Paid | Paid |
| 2/1/2013 | 1/1/2013 to 1/31/2013 | $28,168.00 | $393.21 | Paid | Paid |
| 3/1/2013 | 2/1/2013 to 2/28/2013 | $10,640.00 | $344.94 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 4/1/2013 | 3/1/2013 to 3/31/2013 | $11,872.00 | $0.00 | Paid | Paid |
| 5/1/2013 | 4/1/2013 to 4/30/2013 | $10,024.00 | $26.50 | Paid | Paid |
| 6/3/2013 | 5/1/2013 to 5/31/2013 | $18,704.00 | $1,289.82 | Paid | Paid |
| 7/1/2013 | 6/1/2013 to 6/30/2013 | $34,980.00 | $3,478.25 | Paid | Paid |
| 8/1/2013 | 7/1/2013 to 7/31/2013 | $11,940.00 | $287.83 | Paid | Paid |
| 9/3/2013 | 8/1/2013 to 8/31/2013 | $8,220.00 | $30.00 | Paid | Paid |
| 10/1/2013 | 9/1/2013 to 9/30/2013 | $11,100.00 | $0.00 | Paid | Paid |
| 11/1/2013 | 10/1/2013 to 10/31/2013 | $5,820.00 | $0.00 | Paid | Paid |
| 12/2/2013 | 11/1/2013 to 11/30/2013 | $9,240.00 | $0.00 | Paid | Paid |
| 1/2/2014 | 12/1/2013 to 12/31/2013 | $15,000.00 | $679.48 | CNO Filed | CNO Filed |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 29 years, and his billing rate is $750 per hour. In this Application period Mr. Rich billed 73.1 hours,[2] for a total amount billed of $54,825.00, of which 80% is currently sought, in the amount of $43,860.00. Expenses in the amount of $3,485.67 were incurred for this period. The total sought in this Application is $47,345.67.

As stated above, this is the Sixty-Fifth application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $1,125.00 will be requested in a future application.

---

[2] Travel Time, if any, is included in this figure at 50% of actual time.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 59.1 | $44,325.00 |
| Travel | 22.2 (100%) | $8,325.00 (50%) |
| Fee Application Matters | 2.9 | $2,175.00 |
| TOTAL | 84.2 | $54,825.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $3,455.67 |
| Courtcall | $30.00 |
| TOTAL | $3,485.67 |

[*Remainder of this page intentionally blank*]

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

    I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

    Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

### CERTIFICATE OF SERVICE

    I certify that on the 2nd day of February, 2014, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

# ALAN B. RICH

*Attorney and Counselor*
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Telephone 214.744.5100
Fax 214.744.5101
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (January, 2014)

**Client**

Judge Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

**Matter**

*In re W. R. Grace*, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|---|---|---|
| 1/2/2014 | Prepare, file and serve 64th Monthly Fee Application and notice of filing thereof | 1.5 |
| 1/2/2014 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/3/2014 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/3/2014 | Begin Review of Effective Date documents | 2.1 |
| 1/4/2014 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/4/2014 | Review Amendments to Schedules "F" of Liabilities for WR Grace & Co.-Conn | 0.2 |
| 1/4/2014 | Review Amended Notice to Amendments to Schedules "F" of Liabilities for WR Grace & Co.-Conn | 0.2 |
| 1/6/2014 | Emails re changes to Effective Date documents | 0.2 |

| | | |
|---|---|---|
| 1/6/2014 | Review Class 7A PD Trustee's proposed changes to By-Laws and the PD Trust Agreement and emails re same | 0.6 |
| 1/6/2014 | Prepare, file and serve 48th Monthly Fee Application of the PD FCR and notice of filing thereof | 0.7 |
| 1/6/2014 | Continue Review of Effective Date documents | 2.0 |
| 1/6/2014 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/7/2014 | Emails with client re By-Laws and effective date meeting | 0.1 |
| 1/7/2014 | Review PD Trustee changes to PD Trust Agreement and By-Laws and emails re same | 0.3 |
| 1/7/2014 | Continue Review of Effective Date documents | 2.5 |
| 1/7/2014 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/7/2014 | Review 45th Monthly Fee Application of Lauzon Belanger Lesperance, Canadian ZAI counsel | 0.1 |
| 1/7/2014 | Review 45th Monthly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |
| 1/7/2014 | Review 45th Monthly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 1/7/2014 | Email with Debtors' counsel re effective date documents | 0.1 |
| 1/7/2014 | Review Sonoma County Request to be removed from mailing lists | 0.1 |
| 1/7/2014 | Review Debtors' Exit Financing Motion with Sealed Exhibits | 1.0 |
| 1/7/2014 | Review debtors' changes to PI Trust Agreement | 0.2 |
| 1/8/2014 | Emails with PD Trust counsel re effective date documents | 0.1 |
| 1/8/2014 | Conclude review of Effective Date documents | 1.0 |
| 1/8/2014 | Travel to New York for meeting with Plan Proponents re Effective Date preparations  (5.2 hrs. @ ½) | 2.6 |

| Date | Description | Hours |
|---|---|---|
| 1/8/2014 | Review 151st Monthly Fee Application of Delaware counsel to the PD Committee | 0.1 |
| 1/8/2014 | Conference call with PD Trust parties re status | 0.2 |
| 1/8/2014 | Review PI FCR changes to Medicare reporting provisions of the PI Trust Agreement | 0.2 |
| 1/8/2014 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/9/2014 | Emails with client re effective date meeting | 0.1 |
| 1/9/2014 | Emails with PI FCR counsel re Intercreditor Agreement | 0.1 |
| 1/9/2014 | Meeting with Plan Proponents re preparation for Effective Date | 5.0 |
| 1/9/2014 | Travel from New York to Dallas following Effective Date preparation meeting (5.4 hrs. @ ½) | 2.7 |
| 1/9/2014 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/9/2014 | Emails with PD Trust parties and debtors re effective date issues | 0.2 |
| 1/10/2014 | Review email from US Trustee re Exit Financing motion | 0.1 |
| 1/10/2014 | Review undisputed claim exhibit | 0.5 |
| 1/10/2014 | Review draft changes to Class 7A Deferred Payment agreement and emails re same | 0.2 |
| 1/10/2014 | Review new Fresenius Release and revised draft of the Stipulation of Dismissal of Fresenius and Sealed Air litigation | 0.3 |
| 1/10/2014 | Review Sealed Air changes to Effective Date documents | 1.0 |
| 1/10/2014 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/11/2014 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/13/2014 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/14/2014 | Review 4Q2014 Statement of Ordinary Course Professional's compensation | 0.2 |
| 1/14/2014 | Review Miscellaneous Pleadings received today | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 1/15/2014 | Email from Debtors' counsel re planning meeting | 0.1 |
| 1/15/2014 | Review Revised Set of Effective Date documents received from Debtors | 3.0 |
| 1/15/2014 | Emails with client re planning meeting | 0.1 |
| 1/15/2014 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/15/2014 | Review Certificate of No Objection re Settlement with Bank Lenders | 0.1 |
| 1/15/2014 | Review inserts from PI Trust counsel | 0.2 |
| 1/16/2014 | Review PD Trustee changes to PD Trust Agreement re Canadian ZAI payment and emails re same | 0.3 |
| 1/16/2014 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/17/2014 | Review Order Approving Bank Lender settlement | 0.1 |
| 1/17/2014 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/17/2014 | Review Notice of Filing Redacted Exhibits to Exit Financing Motion | 0.5 |
| 1/18/2014 | Review emails regarding exit financing motion | 0.1 |
| 1/18/2014 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/20/2014 | Review PI Trust counsel comments to various effective date documents | 1.0 |
| 1/20/2014 | Review Blacklines of PD Trust Agreement from Debtor to reflect accepted changes of the 7A PD Trustee | 0.4 |
| 1/21/2014 | Email to Debtors' counsel and PD parties re changes to PD Trust agreement | 0.1 |
| 1/21/2014 | Review 46th Monthly Fee Application of Lauzon Belanger Lesperance, Canadian ZAI counsel | 0.1 |
| 1/21/2014 | Review 46th Monthly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |
| 1/21/2014 | Review 46th Monthly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 1/21/2014 | Review Certificate of No Objection re 3Q13 Fee Application of Ferry, Joseph, Delaware counsel to the PD Committee | 0.1 |
| 1/21/2014 | Review Certificate of No Objection re 3Q13 Fee Application of Bilzin Sumberg, counsel to the PD Committee | 0.1 |
| 1/21/2014 | Review Certificate of No Objection re 148th monthly fee application of Bilzen Sumberg, PD committee counsel | 0.1 |
| 1/21/2014 | Review Certificate of No Objection re 150th monthly fee application of Ferry Joseph, Delaware counsel to PD committee | 0.1 |
| 1/21/2014 | Email to parties regarding PI Trust counsel proposed changes to Effective Date documents | 0.1 |
| 1/21/2014 | Emails with PD Trust counsel re meeting | 0.1 |
| 1/21/2014 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/21/2014 | Emails with ZTAC members re changes to PD Trust Agreement | 0.2 |
| 1/21/2014 | Review Notice of Filing of list of Undisputed Claims | 0.2 |
| 1/21/2014 | Review First Supplemental Declaration of Roger Frankel re PI FCR counsel retention | 0.1 |
| 1/21/2014 | Review revisions to Effective Date documents received from debtors' counsel | 0.7 |
| 1/22/2014 | Review revisions to Effective Date documents received from Sealed Air counsel | 0.5 |
| 1/22/2014 | Travel to and in New York for pre-Effective Date meeting (5.2 hrs. @ ½) | 2.6 |
| 1/22/2014 | Prepare for and attend pre-Effective Date meeting at the office of Debtors' counsel, including review of additional revisions to documents | 4.3 |
| 1/22/2014 | Review of PD Trust D&O quotes and policy forms | 1.5 |
| 1/22/2014 | Review PD Settlements Payee spreadsheets | 0.5 |
| 1/22/2014 | Review Miscellaneous Pleadings received today | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 1/22/2014 | Prepare, file and serve CNO for 64th Monthly Fee Application | 0.2 |
| 1/22/2014 | Review emails re Trust EIN | 0.1 |
| 1/22/2014 | Review PD Trust 7A initial budget and emails re same | 0.2 |
| 1/23/2014 | Emails with debtors' counsel re PD Trust Agreement | 0.1 |
| 1/23/2014 | Conference with client re status | 0.1 |
| 1/23/2014 | Emails from ZTAC re documents | 0.1 |
| 1/23/2014 | Travel from New York to Dallas (6.4 hrs. @ ½) | 3.2 |
| 1/23/2014 | Review revisions to PD Trust agreement | 0.2 |
| 1/23/2014 | Emails re closing documents | 0.1 |
| 1/23/2014 | Emails re BMC and PD Trust | 0.1 |
| 1/23/2014 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/23/2014 | Emails re D&O Insurance | 0.1 |
| 1/24/2014 | Emails re Effective Date original documents | 0.1 |
| 1/24/2014 | Emails re D&O coverage | 0.1 |
| 1/24/2014 | Review additional changes/comments of Sealed Air to PD Trust Agreement and PI Trust Agreement | 0.2 |
| 1/24/2014 | Begin Review of Final Drafts of Effective Date documents | 2.0 |
| 1/24/2014 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/24/2014 | Emails re PD Trust Agreement | 0.1 |
| 1/24/2014 | Review PI Committee changes to latest versions of Effective Date documents | 0.3 |
| 1/25/2014 | Conclude review of Final Drafts of Effective Date documents | 2.0 |
| 1/25/2014 | Review Miscellaneous Pleadings received today | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 1/25/2014 | Review Certificate of No Objection re Exit Financing motion | 0.1 |
| 1/25/2014 | Review Certificate of No Objection re motion to approve Addendum to the Amended and Restated Settlement Agreement Between W. R. Grace & Co. and Harper Insurance Ltd | 0.1 |
| 1/25/2014 | Emails with WRG counsel re revisions to PD documents | 0.1 |
| 1/27/2014 | Review additional PI Committee changes to certificates | 0.2 |
| 1/27/2014 | Emails re PD Trust EIN's | 0.1 |
| 1/27/2014 | Review Additional PI Committee changes to various effective date documents and email to WRG counsel re same | 0.4 |
| 1/27/2014 | Review Agenda for January Omnibus hearing | 0.1 |
| 1/27/2014 | Review Execution Copies of Effective Date documents and emails re same | 3.0 |
| 1/27/2014 | Email to client re January omnibus hearing | 0.1 |
| 1/27/2014 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/27/2014 | Emails re Trust D&O coverage and review of files re same | 0.3 |
| 1/27/2014 | Emails re ZAI Trust meeting | 0.1 |
| 1/27/2014 | Telephone call with Aon re D&O issues | 0.2 |
| 1/27/2014 | Prepare, file and serve CNO for 48th Monthly Fee Application of PD FCR | 0.2 |
| 1/27/2014 | Review additional changes to Warrant Agreement | 0.1 |
| 1/27/2014 | Review Wilmington Trust agremeent | 0.2 |
| 1/27/2014 | Review additional changes to effective date documents by Sealed Air | 0.3 |
| 1/27/2014 | Emails re closing date logistics | 0.2 |
| 1/28/2014 | Emails re D&O coverage | 0.3 |
| 1/28/2014 | Review Miscellaneous Pleadings received today | 0.1 |

| | | |
|---|---|---|
| 1/28/2014 | Review Revised Set of Execution Effective Date documents received from Debtors | 2.0 |
| 1/28/2014 | Emails with client re closing | 0.1 |
| 1/28/2014 | Review Order Approving Exit Financing Motion | 0.1 |
| 1/28/2014 | Review Order Approving Amended Harper Insurance Settlement | 0.1 |
| 1/28/2014 | Review Amended Agenda for January Omnibus hearing | 0.1 |
| 1/28/2014 | Email to client re January omnibus hearing | 0.1 |
| 1/28/2014 | Telephone call with PD Trustee re D&O coverage | 0.1 |
| 1/28/2014 | Emails with client and various parties re ZAI counsel fee motion | 0.2 |
| 1/29/2014 | Attend January Omnibus hearing | 0.2 |
| 1/29/2014 | Emails re D&O insurance and review of underwriting submittal materials | 0.5 |
| 1/29/2014 | Emails and analysis re proposed 7B subordination agreement | 0.3 |
| 1/29/2014 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/29/2014 | Review Notice of Filing of Updated Effective Date Documents and Exhibits | 1.5 |
| 1/29/2014 | Review CNO for 45th Monthly Fee Application of Lauzon Belanger Lesperance, Canadian ZAI counsel | 0.1 |
| 1/29/2014 | Review CNO for 45th Monthly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.1 |
| 1/29/2014 | Review CNO for 45th Monthly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.1 |
| 1/29/2014 | Review 16th Quarterly Fee Application of Lauzon Belanger Lesperance, Canadian ZAI counsel | 0.2 |
| 1/29/2014 | Review 16th Quarterly Fee Application of the Hogan Firm, Canadian ZAI counsel | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 1/29/2014 | Review 16th Quarterly Fee Application of Scarfone Hawkins, Canadian ZAI counsel | 0.2 |
| 1/29/2014 | Review Revised PD 7A Trust budget and emails re same | 0.2 |
| 1/29/2014 | Email from Debtors' counsel re final documents | 0.1 |
| 1/29/2014 | Email from Debtors' counsel re rescheduled closing time | 0.1 |
| 1/29/2014 | Correspondence to Debtor from PI Trust re signature pages | 0.1 |
| 1/30/2014 | Conference with client re status | 0.1 |
| 1/30/2014 | Emails re ZAI fee application | 0.1 |
| 1/30/2014 | Emails re closing | 0.1 |
| 1/30/2014 | Review Miscellaneous Pleadings received today | 0.2 |
| 1/30/2014 | Review revised PD Trust D&O proposals and emails re same | 0.5 |
| 1/30/2014 | Email re Wilmington Trust agreement, executed agreement and documents to be executed at closing | 0.2 |
| 1/30/2014 | Emails with Verus re PD Trust | 0.1 |
| 1/31/2014 | Review Miscellaneous Pleadings received today | 0.1 |
| 1/31/2014 | Conference with client re closing | 0.1 |
| 1/31/2014 | Review draft notice of filing and Waivers of Effective Date conditions | 0.2 |
| 1/31/2014 | Review 149th monthly fee application of Bilzen Sumberg, PD committee counsel | 0.1 |
| 1/31/2014 | Review 150th monthly fee application of Bilzen Sumberg, PD committee counsel | 0.1 |
| 1/31/2014 | Review draft affidavit re special counsel fee application and emails re same | 0.3 |
| 1/31/2014 | Review Amended Notice of Undisputed Claims | 0.4 |
| 1/31/2014 | Review PI FCR's Motion to Employ Frankel Wyron, LLP | 0.5 |

| | | |
|---|---|---|
| 1/31/2014 | Review Notice of Transfer of Solow PD Settlement and emails re same | 0.4 |
| 1/31/2014 | Review Notice of Address Change for PI FCR and counsel | 0.1 |
| 1/31/2014 | Review Second Supplemental Affidavit of Disinterestedness of PI FCR | 0.1 |

    Total:   73.1 hours @ $750/hour = $54,825.00

Expenses:   $3,485.67 (See attached detail)

    Total Fees and Expenses Due: $58,310.67

EXPENSES FOR JANUARY 2014

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 1/8/2014 | Round Trip Coach Airfare (DFW-LGA) | $1,237.00 |
| 1/8/2014 | Taxi to Hotel | $44.79 |
| 1/8/2014 | Dinner | $40.37 |
| 1/8/2014 | Taxi to Hotel | $10.00 |
| 1/9/2014 | Hotel | $332.48 |
| 1/9/2014 | Internet Access | $15.95 |
| 1/9/2014 | Airport Parking | $55.13 |
| 1/22/2014 | Round Trip Coach Airfare (DFW-LGA) | $1,237.00 |
| 1/22/2014 | Taxi to Counsel's Office | $37.50 |
| 1/22/2014 | Lunch | $9.58 |
| 1/22/2014 | Taxi to Hotel | $9.00 |
| 1/22/2014 | Hotel | $269.68 |
| 1/22/2014 | Internet Access | $16.24 |
| 1/22/2014 | Dinner | $36.00 |
| 1/22/2014 | Taxi to Hotel | $15.00 |
| 1/23/2014 | Lunch | $19.82 |
| 1/23/2014 | Taxi to Airport (partial) | $15.00 |
| 1/23/2014 | Airport Parking | $55.13 |
| 1/29/2014 | Courtcall | $30.00 |
| | Total | $3,485.67 |