# EXHIBIT A

## K R A M E R  L E V I N  N A F T A L I S  &  F R A N K E L LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

January 24, 2014

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number: 638683
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

#### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES | $840.00 |
| DISBURSEMENTS | 122.40 |
| MATTER TOTAL | $962.40 |

#### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $23,290.50 |
| DISBURSEMENTS | 8.94 |
| MATTER TOTAL | $23,299.44 |

#### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES | $657.00 |
| DISBURSEMENTS | 46.10 |
| MATTER TOTAL | $703.10 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| Bank: | Citibank, N.A. |
| | 153 East 53rd Street, 23rd Floor New York, N.Y. 10022 |
| ABA No.: | 021000089 |
| Account Name: | Kramer Levin Naftalis & Frankel LLP Account AR |
| Account No.: | 4979206709 |
| Reference: | Invoice No. 638683 |
| Attention: | Joseph Scotto (212) 559-6338 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP

Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE
056772

January 24, 2014
Invoice No. 638683

### 056772-00019/HEARINGS

| | |
|---|---|
| FEES | $89.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $89.50 |
| | |
| CLIENT GRAND TOTAL | $25,054.44 |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001

January 24, 2014
Invoice No. 638683

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/13/13 | KAUP, ANASTASIA N | Review docket, filings to prepare for upcoming hearing on fee applications et al. (.5); T/C w/ Courtcall to make arrangements for D. Blabey to telephonically attend same (.2); emails w/ D. Blabey re: same (.1). | 0.80 | 448.00 |
| 12/16/13 | KAUP, ANASTASIA N | Review hearing agenda, docket, filings re: upcoming hearing (.2); emails w/ P. Bentley, D. Blabey re: same (.2). | 0.40 | 224.00 |
| 12/17/13 | KAUP, ANASTASIA N | Review amended hearing agenda, update team re: hearing cancellation (.1). | 0.10 | 56.00 |
| 12/20/13 | KAUP, ANASTASIA N | Review docket for events and filings to update team (.1); T/C and email w/ D. Blabey re: same (.1). | 0.20 | 112.00 |

**TOTAL HOURS AND FEES**                                                           **1.50**   **$840.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| RESEARCH SERVICES | 14.00 |
| DOCUMENT RETRIEVAL FEES | 108.40 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          **$122.40**

**TOTAL FOR THIS MATTER**          **$962.40**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/02/13 | BENTLEY, PHILIP | Trade e-mails re plan issues. | 0.20 | 179.00 |
| 12/03/13 | BENTLEY, PHILIP | Conf call with Debtors, ACC and FCR re Plan and Lender appeal issues (1.5); additional analysis re same (.8), and discs DB and trade e-mails, re same (.4) | 2.70 | 2,416.50 |
| 12/03/13 | BLABEY, DAVID E | Call with Plan Proponents' counsel re proposed stipulation (1.5); follow up discussions with P. Bentley re same (.4). | 1.90 | 1,453.50 |
| 12/04/13 | KAUP, ANASTASIA N | Review appeals dockets for new filings and events to update team (.1); emails w/ P. Bentley, D. Blabey re: same (.1). | 0.20 | 112.00 |
| 12/04/13 | BENTLEY, PHILIP | Review e-mails re plan issues. | 0.10 | 89.50 |
| 12/04/13 | BLABEY, DAVID E | Draft email to client re stipulation and appellate developments (.3); review info re postpetition interest accrual (.1). | 0.40 | 306.00 |
| 12/05/13 | BENTLEY, PHILIP | Review e-mails re appeal status. | 0.10 | 89.50 |
| 12/10/13 | BENTLEY, PHILIP | Trade e-mails w/K&E re draft lender stip. | 0.50 | 447.50 |
| 12/10/13 | BLABEY, DAVID E | Review drafts of revised effective date documents. | 3.40 | 2,601.00 |
| 12/11/13 | BENTLEY, PHILIP | Review and comment on revised draft stip re lender appeal, and trade e-mails re same | 1.50 | 1,342.50 |
| 12/11/13 | BLABEY, DAVID E | Review bank lender comments to proposed stip. | 0.40 | 306.00 |
| 12/12/13 | BENTLEY, PHILIP | Review e-mails re Plan issues. | 0.20 | 179.00 |
| 12/20/13 | BENTLEY, PHILIP | T/c T. Weschler (0.3) and D. Blabley (0.2), and follow-up (0.8), re Lender settlement. | 1.30 | 1,163.50 |
| 12/20/13 | BLABEY, DAVID E | Calls with T. Weschler re potential settlement (.6); call with P. Bentley re same (.2). | 0.80 | 612.00 |
| 12/21/13 | BENTLEY, PHILIP | Review and comment on successive drafts of Lender settlement agreement and approval motion, and trade multiple e-mails re same (4.7); t/c w/K&E (0.9), T. Weschler/D. Blabey (0.5), D. Blabey (0.4) and J. Donley (0.3), and notes (0.4), re same. | 7.20 | 6,444.00 |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                              January 24, 2014
056772-00007                                                  Invoice No. 638683

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 12/22/13 | BENTLEY, PHILIP | Conf calls w/J. Donley/A. Paul (0.4), Paul Weiss/K&E (0.3) and T. Weschler (0.2) re Lender settlement agreement and approval motion; review and comment on draft approval motion, and trade multiple e-mails re same (3.8). | 4.70 | 4,206.50 |
| 12/23/13 | BENTLEY, PHILIP | T/cs J. Donley and T. Weschler (0.4), and review final settlement docs and trade e-mails (.7), re lender settlement and approval motion; prepare e-mail report to cmtee re same (0.4). | 1.50 | 1,342.50 |

**TOTAL HOURS AND FEES**                                     **27.10**   **$23,290.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| LONG-DISTANCE TEL. | 8.94 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          **$8.94**


**TOTAL FOR THIS MATTER**                          **$23,299.44**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

January 24, 2014
Invoice No. 638683

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/10/13 | BLABEY, DAVID E | Review edits to fee application. | 0.10 | 76.50 |
| 12/13/13 | KAUP, ANASTASIA N | Review/revise monthly fee application pleading to prepare for filing (.3); emails w/ D. Blabey and local counsel re: same, filing of same (.2). | 0.50 | 280.00 |
| 12/13/13 | BLABEY, DAVID E | Review monthly fee application. | 0.10 | 76.50 |
| 12/16/13 | BLABEY, DAVID E | Exchange emails and calls with P. Bentley re quarterly fee app and upcoming hearing. | 0.10 | 76.50 |
| 12/16/13 | BECKER, BRYON | Revise November invoice (.5). | 0.50 | 147.50 |
| **TOTAL HOURS AND FEES** | | | **1.30** | **$657.00** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|-------------|--------|
| DOCUMENT RETRIEVAL FEES | 46.10 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$46.10** |

**TOTAL FOR THIS MATTER**                                    **$703.10**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00019

January 24, 2014
Invoice No. 638683

**HEARINGS**

DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/16/13 | BENTLEY, PHILIP | Trade e-mails re December 18 hearing. | 0.10 | 89.50 |
| **TOTAL HOURS AND FEES** | | | **0.10** | **$89.50** |

**TOTAL FOR THIS MATTER**                                    $89.50