# EXHIBIT B

alp_133r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    1
                                                          *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 01/23/2014 10:36:24

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:   5445341
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

------------------------------------------------------------------------------------------------------------------------------------
                                                PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:                                TO:
                UNBILLED DISB FROM:   12/03/2013                   TO:  12/31/2013

                                      FEES                                     COSTS

        GROSS BILLABLE AMOUNT:        0.00                                     122.40
        AMOUNT WRITTEN DOWN:
                     PREMIUM:
            ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:                                              12/31/2013
    CLOSE MATTER/FINAL BILLING?    YES OR  NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:

------------------------------------------------------------------------------------------------------------------------------------
                                   ACCOUNTS RECEIVABLE TOTALS                                       UNAPPLIED CASH

                  FEES:                 0.00
         DISBURSEMENTS:               122.40         UNIDENTIFIED RECEIPTS:          0.00
          FEE RETAINER:                 0.00            PAID FEE RETAINER:           0.00
         DISB RETAINER:                 0.00           PAID DISB RETAINER:           0.00
     TOTAL OUTSTANDING:               122.40        TOTAL AVAILABLE FUNDS:           0.00
                                                            TRUST BALANCE:
                                                          BILLING HISTORY

    DATE OF LAST BILL:    12/10/13           LAST PAYMENT DATE:             01/23/14
    LAST BILL NUMBER:     637322 ACTUAL FEES BILLED TO DATE:              375,930.00
                              ON ACCOUNT FEES BILLED TO DATE:                   0.00
                                   TOTAL FEES BILLED TO DATE:             375,930.00
    LAST BILL THRU DATE:  11/30/13         FEES WRITTEN OFF TO DATE:       86,047.00
                                          COSTS WRITTEN OFF TO DATE:       24,640.52
FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee              (4) Excessive Legal Time          (7) Fixed Fee
        (2) Late Time & Costs Posted        (5) Business Development          (8) Premium
        (3) Pre-arranged Discount           (6) Summer Associate              (9) Rounding             (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____

```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE     2
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/23/2014 10:36:24

Matter No: 056772-00001                               Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    5445341
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status      : ACTIVE

U N B I L L E D    C O S T S   S U M M A R Y  ------------- Total Unbilled -----------------
Code  Description                            Oldest      Latest        Total
                                             Entry       Entry         Amount
-----  -----------                           -------     -------       -------
0841   RESEARCH SERVICES                     12/03/13    12/03/13         14.00
0972   DOCUMENT RETRIEVAL FEES               12/31/13    12/31/13        108.40

              Total                                                      122.40


U N B I L L E D    C O S T S   D E T A I L
Description/Code                            Employee                    Date            Amount       Index#    Batch No    Batch Date
----------------                            --------                    ----            ------       ------    --------    ----------

RESEARCH SERVICES 0841
  RESEARCH SERVICES                         NG, E N                     12/03/13         14.00      10049316   1491572     12/11/13
  WR Grace outstanding shares for A KAUP

             0841 RESEARCH SERVICES Total :                                               14.00

DOCUMENT RETRIEVAL FEES 0972
  DOCUMENT RETRIEVAL F                      PIZZARELLO, C               12/31/13         13.90     10065790   1504848     01/10/14
  DOCUMENT RETRIEVAL F                      PIZZARELLO, C               12/31/13         83.40     10065791   1504848     01/10/14
  DOCUMENT RETRIEVAL F                      PIZZARELLO, C               12/31/13         11.10     10065792   1504848     01/10/14
                                          0972 DOCUMENT RETRIEVAL F Total :             108.40


             Costs Total :                                                              122.40
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/23/2014 10:36:24

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    5445341
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                Amount              Bill           W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward

0841 RESEARCH SERVICES           14.00
0972 DOCUMENT RETRIEVAL FEES    108.40

         Costs Total :          122.40
```

```
alp_1332r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    4
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/23/2014 10:36:24

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS      - 06975           Proforma Number:   5445341
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP  - 02495           Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status        : ACTIVE

Special Billing Instructions:

===================================================================================================================
                                             PRE-BILLING SUMMARY REPORT
===================================================================================================================

           UNBILLED TIME FROM:                           TO:
           UNBILLED DISB FROM:   11/20/2013              TO:   11/20/2013

                                     FEES                                COSTS
                                     ----                                -----
      GROSS BILLABLE AMOUNT:            0.00                                8.94
      AMOUNT WRITTEN DOWN:      _____                            _____
                   PREMIUM:     _____                            _____
         ON ACCOUNT BILLED:     _____                            _____
DEDUCTED FROM PAID RETAINER:    _____                            _____
             AMOUNT BILLED:     _____                            _____
                 THRU DATE:                                              11/20/2013
  CLOSE MATTER/FINAL BILLING?   YES   OR   NO
  EXPECTED DATE OF COLLECTION:  _____

  BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:

===================================================================================================================

                             ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                 FEES:                   0.00
         DISBURSEMENTS:                  8.94      UNIDENTIFIED RECEIPTS:            0.00
         FEE RETAINER:                   0.00         PAID FEE RETAINER:             0.00
        DISB RETAINER:                   0.00        PAID DISB RETAINER:             0.00
     TOTAL OUTSTANDING:                  8.94      TOTAL AVAILABLE FUNDS:            0.00
                                                           TRUST BALANCE:
                                                         BILLING HISTORY

      DATE OF LAST BILL:      12/10/13         LAST PAYMENT DATE:          01/23/14
      LAST BILL NUMBER:        637322 ACTUAL FEES BILLED TO DATE:    1,430,006.50
                                      ON ACCOUNT FEES BILLED TO DATE:        0.00
                                            TOTAL FEES BILLED TO DATE: 1,430,006.50
      LAST BILL THRU DATE:    11/30/13      FEES WRITTEN OFF TO DATE:       539.50
                                            COSTS WRITTEN OFF TO DATE:    2,162.00

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee          (4) Excessive Legal Time     (7) Fixed Fee
       (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
       (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding           (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____           FRC:_____     CRC:_____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    5
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/23/2014 10:36:24

Matter No: 056772-00007                                   Orig Prtnr : CRED. RGTS   - 06975              Proforma Number:     5445341
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : REORGANIZATION PLAN                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status        : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  ---------- Total Unbilled ----------
Code Description                                 Oldest      Latest      Total
                                                 Entry       Entry       Amount
---  -----------------------------               ------      ------      ------
0885 LONG-DISTANCE TEL.                          11/20/13    11/20/13      8.94

                    Total                                                  8.94


U N B I L L E D    C O S T S    D E T A I L
Description/Code                          Employee            Date           Amount       Index#     Batch No   Batch Date
-------------------------------           --------            ----           ------       ------     --------   ----------

LONG-DISTANCE TEL. 0885
  PREMIERE CONFERENCING                   BENTLEY, P          11/20/13          8.94      10059536   1498009    12/30/13
  Philip Bentley

                                          0885 LONG-DISTANCE TEL. Total :     8.94


                    Costs Total :                                             8.94
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   6
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/23/2014 10:36:24

Matter No: 056772-00007                                           Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    5445341
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount                           Bill        W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward

0885 LONG-DISTANCE TEL.         8.94  _____   _____

           Costs Total :        8.94
```

```
alp_1325: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    7
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/23/2014 10:36:24
                                                                                                                  Proforma Number:  5445341
Matter No: 056772-00008                                      Orig Prtnr : CRED. RGTS    - 06975                   Bill Frequency: M
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495
Matter Name : FEE APPLICATIONS, APPLICANT                    Supv Prtnr : MAYER THOMAS MOERS - 03976              Status         : ACTIVE
Matter Opened : 07/27/2001

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                               TO:
           UNBILLED DISB FROM: 12/31/2013                    TO: 12/31/2013

                            FEES                      COSTS

GROSS BILLABLE AMOUNT:       0.00                      46.10
AMOUNT WRITTEN DOWN:
           PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
          THRU DATE:                                        12/31/2013
CLOSE MATTER/FINAL BILLING?  YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


ACCOUNTS RECEIVABLE TOTALS                                                        UNAPPLIED CASH

            FEES:                0.00
    DISBURSEMENTS:               46.10     UNIDENTIFIED RECEIPTS:         0.00
    FEE RETAINER:                0.00      PAID FEE RETAINER:             0.00
    DISB RETAINER:               0.00      PAID DISB RETAINER:            0.00
 TOTAL OUTSTANDING:              46.10     TOTAL AVAILABLE FUNDS:         0.00
                                                    TRUST BALANCE:
                                                 BILLING HISTORY
DATE OF LAST BILL:      12/10/13           LAST PAYMENT DATE:          01/23/14
LAST BILL NUMBER:       637322  ACTUAL FEES BILLED TO DATE:          264,686.00
                                ON ACCOUNT FEES BILLED TO DATE:            0.00
                                   TOTAL FEES BILLED TO DATE:        264,686.00
LAST BILL THRU DATE:    11/30/13        FEES WRITTEN OFF TO DATE:     23,878.01
                                       COSTS WRITTEN OFF TO DATE:        944.50
FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee       (4) Excessive Legal Time      (7) Fixed Fee
   (2) Late Time & Costs Posted (5) Business Development      (8) Premium
   (3) Pre-arranged Discount    (6) Summer Associate          (9) Rounding       (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL: _____  Processed by: _____  FRC: _____    CRC: _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    8
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 01/23/2014 10:36:24

Matter No: 056772-00008                                                   Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  5445341
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status     : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y ------------ Total Unbilled ------------
Code Description                                 Oldest       Latest        Total
                                                 Entry        Entry         Amount
---- --------------------------------            --------     --------      --------
0972 DOCUMENT RETRIEVAL FEES                     12/31/13     12/31/13       46.10

                Total                                                        46.10


U N B I L L E D    C O S T S    D E T A I L
Description/Code                         Employee                    Date           Amount        Index#    Batch No   Batch Date
------------------------------------     ---------------             --------       --------      --------  --------   ----------

DOCUMENT RETRIEVAL FEES 0972
    DOCUMENT RETRIEVAL F                 PIZZARELLO, C               12/31/13         46.10      10065793   1504848    01/10/14
                                         0972 DOCUMENT RETRIEVAL F Total :            46.10


                Costs Total :                                                         46.10
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    9
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/23/2014 10:36:24

Matter No: 056772-00008                                           Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:  5445341
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount                         Bill        W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward

0972 DOCUMENT RETRIEVAL FEES    46.10     _____       _____

              Costs Total :     46.10
```