**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2013

ACCOUNT NO:  3000-01D
STATEMENT NO:  111

Asset Analysis and Recovery

| | | | | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $7.80 |

| | | | HOURS | |
|---|---|---|---|---|
| 12/18/2013 | | | | |
| | MTH | Reviewing Motion to approve amended and restated settlement agreement with Harper insurance | 0.30 | 117.00 |
| 12/20/2013 | | | | |
| | DAC | Review report re: discussions with FCR's counsel | 0.30 | 156.00 |
| 12/30/2013 | | | | |
| | DAC | Call with partner and M. Hurford re: status of tasks | 0.30 | 156.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.90 | 429.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.60 | $520.00 | $312.00 |
| Mark T. Hurford | 0.30 | 390.00 | 117.00 |

| | | | |
|---|---|---|---|
| | TOTAL CURRENT WORK | | 429.00 |
| 12/27/2013 | Payment - Thank you. (April, 2013 - 20% Fees) | | -7.80 |
| | BALANCE DUE | | $429.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                |                |
|----------------|----------------|
|                | Page: 1        |
| W.R. Grace     | 12/31/2013     |
| Wilmington  DE | ACCOUNT NO:    3000-02D |
|                | STATEMENT NO:       151 |

Asset Disposition

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $240.10 |
| | | |
| 12/27/2013 | Payment - Thank you. (April, 2013 - 20% Fees) | -195.00 |
| 12/27/2013 | Payment - Thank you. (May, 2013 - 20% Fees) | -7.80 |
| | TOTAL PAYMENTS | -202.80 |
| | BALANCE DUE | $37.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2013
ACCOUNT NO:        3000-03D
STATEMENT NO:              135

Business Operations

PREVIOUS BALANCE                                                                                    $1,092.00

12/19/2013      Payment - Thank you. (September, 2013 - 80% Fees)                          -312.00

BALANCE DUE                                                                                        $780.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 12/31/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-04D |
| | STATEMENT NO:              151 |

Case Administration


PREVIOUS BALANCE                                                                                        $1,269.87


12/27/2013        Payment - Thank you. (June, 2013 - 20% Fees)                              -70.20


BALANCE DUE                                                                                              $1,199.67


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2013
ACCOUNT NO:       3000-05D
STATEMENT NO:              151

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                              $2,321.60

BALANCE DUE                                                                   $2,321.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 12/31/2013 |
| Wilmington  DE | ACCOUNT NO: | 3000-06D |
|  | STATEMENT NO: | 151 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | -$77.70 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/20/2013 |  |  |  |  |
| DAC | Review Counsel's weekly memo |  | 0.20 | 104.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.20 | 104.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.20 | $520.00 | $104.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 104.00 |

| | | |
|---|---|---|
| 12/27/2013 | Payment - Thank you. (April, 2013 - 20% Fees) | -31.20 |
| 12/27/2013 | Payment - Thank you. (May, 2013 - 20% Fees) | -23.40 |
|  | TOTAL PAYMENTS | -54.60 |
|  | CREDIT BALANCE | -$28.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2013 |
| Wilmington  DE | ACCOUNT NO:     3000-07D |
|  | STATEMENT NO:            151 |

Committee, Creditors, Noteholders, Equity Holders

| | PREVIOUS BALANCE | | $16,388.86 |
|---|---|---|---|
| | | HOURS | |
| **12/02/2013** | | | |
| MK | Review e-mail from MTH re: documents filed; index same. | 0.10 | 15.50 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **12/03/2013** | | | |
| MTH | Review daily memo | 0.10 | 39.00 |
| **12/04/2013** | | | |
| SMB | Review recently filed pleadings and electronic  filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **12/05/2013** | | | |
| SMB | Review recently filed pleadings and electronic  filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review correspondence from JS re weekly update | 0.10 | 39.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| **12/06/2013** | | | |
| MK | Telephone call with MTH re: final fee app.  Review files. | 0.40 | 62.00 |
| PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| SMB | Review recently filed pleadings and electronic  filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 39.00 |
| MTH | Prepare weekly recommendation memos; correspondence to Committee re same | 0.40 | 156.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/09/2013 | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | DAC | Review counsel's weekly memo | 0.20 | 104.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 12/10/2013 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| 12/11/2013 | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 12/12/2013 | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 12/13/2013 | | | | |
| | MTH | Prepare weekly recommendation memos; correspondence to Committee re same | 0.60 | 234.00 |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| 12/16/2013 | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review correspondence from JS re weekly update | 0.10 | 39.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 12/17/2013 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| 12/18/2013 | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review correspondence from RH re Motion to Amend Settlement Agreement | 0.20 | 78.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

Page: 3
12/31/2013
ACCOUNT NO:        3000-07D
STATEMENT NO:            151

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **12/19/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **12/20/2013** | | | | |
| | PEM | Review weekly recommendation memorandum re: pending motions and matters. | 0.10 | 47.00 |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | MTH | Prepare weekly recommendation memos | 0.50 | 195.00 |
| **12/23/2013** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Review correspondence from ACM to Committee re resolution with Bank Lenders | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **12/24/2013** | | | | |
| | PEM | Review memo re: pleadings filed. | 0.10 | 47.00 |
| **12/26/2013** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| **12/27/2013** | | | | |
| | MK | Review committee events calendar. | 0.10 | 15.50 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Prepare weekly recommendation memos | 0.60 | 234.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| | SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| **12/30/2013** | | | | |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | MTH | Review correspondence from JS re weekly report | 0.10 | 39.00 |
| | SMB | Review recently filed pleading and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **12/31/2013** | | | | |
| | MTH | Reviewing various materials from MRE | 0.50 | 195.00 |
| | MTH | Review daily memo | 0.10 | 39.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and | | |

Page: 4

W.R. Grace

12/31/2013

ACCOUNT NO:       3000-07D

STATEMENT NO:            151

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| distribute daily memo |  | 0.20 | 22.00 |
| FOR CURRENT SERVICES RENDERED |  | 10.40 | 2,926.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.20 | $520.00 | $104.00 |
| Philip E. Milch | 0.80 | 470.00 | 376.00 |
| Michele Kennedy | 0.90 | 155.00 | 139.50 |
| Santae M. Boyd | 3.60 | 110.00 | 396.00 |
| Mark T. Hurford | 4.90 | 390.00 | 1,911.00 |

TOTAL CURRENT WORK                                                2,926.50

| 12/19/2013 | Payment - Thank you. (September, 2013 - 80% Fees) | -3,094.00 |
|---|---|---|
| 12/27/2013 | Payment - Thank you. (April, 2013 - 20% Fees) | -751.80 |
| 12/27/2013 | Payment - Thank you. (May, 2013 - 20% Fees) | -747.30 |
| 12/27/2013 | Payment - Thank you. (June, 2013 - 20% Fees) | -662.70 |
|  | TOTAL PAYMENTS | -5,255.80 |
|  | BALANCE DUE | $14,059.56 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                   12/31/2013
Wilmington  DE                                                      ACCOUNT NO:        3000-08D
                                                                   STATEMENT NO:             150

Employee Benefits/Pension

PREVIOUS BALANCE                                                                        -$874.90

12/27/2013       Payment - Thank you. (April, 2013 - 20% Fees)                           -39.00

CREDIT BALANCE                                                                          -$913.90

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-10D |
|  | STATEMENT NO:           151 |

Employment Applications, Others

| | | |
|---|---|---:|
| PREVIOUS BALANCE | | $1,677.30 |

| | | |
|---|---|---:|
| 12/27/2013 | Payment - Thank you. (April, 2013 - 20% Fees) | -15.60 |
| 12/27/2013 | Payment - Thank you. (May, 2013 - 20% Fees) | -46.80 |
| 12/27/2013 | Payment - Thank you. (June, 2013 - 20% Fees) | -117.00 |
| | TOTAL PAYMENTS | -179.40 |
| | BALANCE DUE | $1,497.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

| | |
|---|---|
| | Page: 1 |
| W.R. Grace | 12/31/2013 |
| Wilmington  DE | ACCOUNT NO:    3000-11D |
| | STATEMENT NO:    149 |

Expenses

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $5,605.40 |
| 12/01/2013 | Pacer charges for the month of November | 93.10 |
| 12/02/2013 | Printing - November 2013 | 205.90 |
| 12/10/2013 | Parcels - copy/service - Monthly Fee Applications (4) | 382.40 |
| 12/13/2013 | Parcels - copy/service - September Monthly Fee Applications and Interim Applications (10) | 64.20 |
| 12/31/2013 | Photocopying  charges for December, 2013 | 47.80 |
| 12/31/2013 | Verizon Long Distance Phone Charges - November, 2013 | 5.81 |
| 12/31/2013 | Scanning - December 2013 | 2.40 |
| 12/31/2013 | Copying - December 2013 | 1.20 |
| 12/31/2013 | Printing - December 2013 | 244.60 |
| | TOTAL EXPENSES | 1,047.41 |
| | TOTAL CURRENT WORK | 1,047.41 |
| 12/19/2013 | Payment - Thank you. (September, 2013 - 100% Expenses) | -634.60 |
| | BALANCE DUE | $6,018.21 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2013
ACCOUNT NO:      3000-12D
STATEMENT NO:              149

Fee Applications, Applicant

PREVIOUS BALANCE                                                                    $3,399.80

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/05/2013 | | | | |
| | TS | Review e-mail from DS re: October bill (.1); Prepare C&L October fee application (.3) | 0.40 | 44.00 |
| 12/06/2013 | | | | |
| | TS | Work related to C&L final fee application | 4.20 | 462.00 |
| 12/08/2013 | | | | |
| | MTH | Reviewing pre-bill | 0.40 | 156.00 |
| 12/09/2013 | | | | |
| | TS | Work related to C&L final fee application | 0.80 | 88.00 |
| | TS | Review pre-bill | 0.20 | 22.00 |
| 12/10/2013 | | | | |
| | MTH | Reviewing C&L October 2013 fee application for filing and service | 0.30 | 117.00 |
| | TS | Work related to C&L final fee application | 0.50 | 55.00 |
| | TS | Finalize and e-file C&L October fee application | 0.30 | 33.00 |
| 12/12/2013 | | | | |
| | TS | Work related to C&L final fee application | 3.80 | 418.00 |
| 12/13/2013 | | | | |
| | MTH | Reviewing correspondence re CNO to be filed for C&L September 2013 Monthly; reviewing docket and reviewing CNO for filing | 0.10 | 39.00 |
| | TS | Prepare Certificate of No Objection re: C&L September monthly (.2); Finalize and e-file CNO(.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection re: C&L interim fee application (.2); Finalize and e-file CNO(.2) | 0.40 | 44.00 |

W.R. Grace

Fee Applications, Applicant

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 12/16/2013 | TS | Work relate to C&L final fee application | 3.50 | 385.00 |
| 12/17/2013 | TS | Work related to C&L final fee application | 3.70 | 407.00 |
| 12/18/2013 | TS | Work related to C&L final fee application | 6.00 | 660.00 |
| 12/20/2013 | TS | Review e-mail from DS re: C&L November bill (.1); Prepare C&L November fee application (.3) | 0.40 | 44.00 |
|  | TS | Discussion with MTH re: final fee application | 0.20 | 22.00 |
| 12/31/2013 | MTH | Reviewing and signing the C&L November 2013 fee application | 0.30 | 117.00 |
|  | SMB | Finalize and e-file November fee application of Campbell & Levine | 0.30 | 33.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 26.20 | 3,190.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.30 | $110.00 | $33.00 |
| Mark T. Hurford | 1.10 | 390.00 | 429.00 |
| Timothy Simpson | 24.80 | 110.00 | 2,728.00 |

TOTAL CURRENT WORK    3,190.00

| 12/19/2013 | Payment - Thank you. (September, 2013 - 80% Fees) | -586.40 |
|---|---|---|
| 12/27/2013 | Payment - Thank you. (April, 2013 - 20% Fees) | -234.00 |
| 12/27/2013 | Payment - Thank you. (May, 2013 - 20% Fees) | -155.20 |
| 12/27/2013 | Payment - Thank you. (June, 2013 - 20% Fees) | -133.40 |
|  | TOTAL PAYMENTS | -1,109.00 |
|  | BALANCE DUE | $5,480.80 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-13D |
|  | STATEMENT NO:              136 |

Fee Applications, Others

| | PREVIOUS BALANCE | | $15,555.50 |
|---|---|---|---|

| | | HOURS | |
|---|---|---|---|
| **12/02/2013** | | | |
| MTH | Review correspondence from JBL re Reed Smith monthly fee application | 0.10 | 39.00 |
| MTH | Review correspondence from TBB re Kramer Levin fee application and CNO | 0.10 | 39.00 |
| MTH | Review correspondence from D.M. re SSL monthly fee application for October | 0.10 | 39.00 |
| **12/03/2013** | | | |
| MTH | Review correspondence from DP re Higgins fee application for October 2013 | 0.10 | 39.00 |
| MTH | Review correspondence from GD re three CNO's filed for Canadian ZAI counsel | 0.10 | 39.00 |
| **12/05/2013** | | | |
| TS | Review e-mail from EB re: C&D October fee application (.1); Update C&D October fee application (.3) | 0.40 | 44.00 |
| TS | Review e-mail from AP re: AK October fee application (.1); Update AK October fee application (.3) | 0.40 | 44.00 |
| **12/06/2013** | | | |
| SMB | Review October 2013 application of Reed Smith LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2013 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2013 application of Stroock Stroock & Lavan LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Alan B. Rich (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2013 application of The Law Offices of Roger Higgins LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

|      |      |                                                                                                                        | HOURS |       |
|------|------|------------------------------------------------------------------------------------------------------------------------|-------|-------|
|      | SMB  | Review July through September 2013 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1)     | 0.20  | 22.00 |
|      | SMB  | Review October 2013 application of Saul Ewing LLP (.1); update weekly recommendation memorandum (.1)                    | 0.20  | 22.00 |
|      | SMB  | Review September 2013 application of Blackstone Advisory Partners LP (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00 |
|      | SMB  | Review July through September 2013 application of Roger Frankel LLP (.1); update weekly recommendation memorandum (.1)  | 0.20  | 22.00 |
|      | SMB  | Review July through September 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00 |
|      | SMB  | Review July through September 2013 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00 |
|      | SMB  | Review September 2013 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1)   | 0.20  | 22.00 |
|      | SMB  | Review August 2013 application of  Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1)     | 0.20  | 22.00 |
|      | SMB  | Review October 2013 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1)             | 0.20  | 22.00 |
| 12/10/2013 |      |                                                                                                            |       |       |
|      | MTH  | Reviewing C&D October 2013 fee application for filing and service                                                       | 0.20  | 78.00 |
|      | MTH  | Reviewing AK October 2013 fee application for filing and service                                                        | 0.20  | 78.00 |
|      | MTH  | Reviewing Charter Oak October 2013 fee application for filing and service                                               | 0.20  | 78.00 |
|      | TS   | Finalize and e-file C&D October fee application                                                                         | 0.30  | 33.00 |
|      | TS   | Finalize and e-file AK October fee application                                                                          | 0.30  | 33.00 |
|      | TS   | Finalize and e-file Charter Oak October fee application                                                                 | 0.30  | 33.00 |
| 12/11/2013 |      |                                                                                                            |       |       |
|      | MTH  | Review correspondence from DF re Lincoln fee application for October                                                    | 0.10  | 39.00 |
| 12/12/2013 |      |                                                                                                            |       |       |
|      | SMB  | Review October 2013 application of Casner & Edwards LLP (.1); update weekly recommendation memorandum (.1)              | 0.20  | 22.00 |
|      | SMB  | Review July through September 2013 application of Blackstone Advisory Partners LP (.1); update weekly recommendation memorandum (.1) | 0.20  | 22.00 |
|      | SMB  | Review October 2013 application of Lincoln Partners Advisors LLC (.1); update weekly recommendation memorandum (.1)     | 0.20  | 22.00 |
| 12/13/2013 |      |                                                                                                            |       |       |
|      | MTH  | Reviewing correspondence re CNO to be filed for LAS September 2013 Monthly; reviewing docket and reviewing CNO for filing | 0.20  | 78.00 |
|      | MTH  | Reviewing correspondence re CNO to be filed for AK September 2013 Monthly; reviewing docket and reviewing CNO for filing | 0.10  | 39.00 |
|      | MTH  | Reviewing correspondence re CNO to be filed for C&D September 2013 Monthly; reviewing docket and reviewing CNO for filing | 0.10  | 39.00 |

Page: 3
W.R. Grace 12/31/2013
ACCOUNT NO: 3000-13D
STATEMENT NO: 136

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | TS | Prepare Certificate of No Objection re: C&D September monthly (.2); Finalize and e-file CNO(.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection re: AK September monthly (.2); Finalize and e-file CNO(.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection re: LAS September monthly (.2); Finalize and e-file CNO(.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection re: C&D interim fee application (.2); Finalize and e-file CNO(.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection re: AK interim fee application (.2); Finalize and e-file CNO(.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection re: LAS interim fee application (.2); Finalize and e-file CNO(.2) | 0.40 | 44.00 |
| | TS | Prepare Certificate of No Objection re: Charter Oak interim fee application (.2); Finalize and e-file CNO(.2) | 0.40 | 44.00 |
| 12/19/2013 | | | | |
| | MTH | Review correspondence from TBB re CNO for Kramer Levin | 0.10 | 39.00 |
| 12/20/2013 | | | | |
| | MTH | Review correspondence from GD re 3 CNO's filed | 0.10 | 39.00 |
| | SMB | Review October 2013 application of Ferry Joseph & Pearce P.A.  (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2013 application of Bilzin Sumberg Baena Price & Axelrod LLP  (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2013 application of Beveridge & Diamond, P.C.  (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| 12/27/2013 | | | | |
| | MTH | Review correspondence from KF re Beveridge fee application for November | 0.10 | 39.00 |
| | SMB | Review November 2013 application of KayeScholer LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Warren H. Smith & Associates P.C. (1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Roger Frankel (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Kramer Levin Naftalis & Frankel LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Orrick Herrington & Sutcliffe LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Phillips Goldman & Spence P.A. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2013 application of Baker Donelson Bearman & Caldwell (.1); update weekly recommendation memorandum | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | (.1) | 0.20 | 22.00 |
| SMB | Review August 2013 application of Baker Donelson Bearman & Caldwell (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Baker Donelson Bearman & Caldwell (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2013 application of Baker Donelson Bearman & Caldwell (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Baker Donelson Bearman & Caldwell (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

**12/30/2013**

| | | | |
|---|---|---|---|
| MTH | Review correspondence from D.M. re SSL November fee application | 0.10 | 39.00 |
| MTH | Review and various correspondence with DR (at LAS) and SMC re status of various fee applications | 0.40 | 156.00 |
| MTH | Reviewing correspondence from KF re Foley Hoag November fee application | 0.10 | 39.00 |
| SMB | Review e-mail from D. Relles re: LAS November fee application (.1); Prepare LAS November fee application (.3) | 0.40 | 44.00 |

**12/31/2013**

| | | | |
|---|---|---|---|
| MTH | Review correspondence from KF re Higgins November Fee Application | 0.10 | 39.00 |
| MTH | Review correspondence from DF re CNO's for Lincoln's August and September monthly fee applications | 0.10 | 39.00 |
| MTH | Reviewing C&D fee application for November 2013 for filing and service | 0.20 | 78.00 |
| MTH | Reviewing and signing for filing the November 2013 fee application of Anderson Kill | 0.30 | 117.00 |
| MTH | Reviewing and signing the LAS November 2013 fee application | 0.30 | 117.00 |
| MTH | Various e-mails re service of fee applications on fee auditor and notice parties | 0.20 | 78.00 |
| MTH | Review correspondence from KF re Kirkland October fee application | 0.10 | 39.00 |
| SMB | Draft Campbell & Levine LLC November 2013 fee application | 0.40 | 44.00 |
| SMB | Finalize and e-file November 2013 application of Legal Analysis Systems | 0.30 | 33.00 |
| SMB | Finalize and e-file November 2013 application of Anderson Kill P.C. | 0.30 | 33.00 |
| SMB | Finalize and e-file November 2013 application of Caplin & Drysdale | 0.30 | 33.00 |
|  | FOR CURRENT SERVICES RENDERED | 16.40 | 2,868.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 8.10 | $110.00 | $891.00 |
| Mark T. Hurford | 3.80 | 390.00 | 1,482.00 |
| Timothy Simpson | 4.50 | 110.00 | 495.00 |

TOTAL CURRENT WORK                                                                        2,868.00

Page: 5
W.R. Grace 12/31/2013
ACCOUNT NO: 3000-13D
STATEMENT NO: 136

Fee Applications, Others

| | | |
|---|---|---|
| 12/19/2013 | Payment - Thank you. (September, 2013 - 80% Fees) | -3,611.20 |
| 12/27/2013 | Payment - Thank you. (April, 2013 - 20% Fees) | -687.80 |
| 12/27/2013 | Payment - Thank you. (May, 2013 - 20% Fees) | -1,006.80 |
| 12/27/2013 | Payment - Thank you. (June, 2013 - 20% Fees) | -527.20 |
| | TOTAL PAYMENTS | -5,833.00 |
| | BALANCE DUE | $12,590.50 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 12/31/2013 |
| Wilmington  DE | ACCOUNT NO:  3000-15D |
| | STATEMENT NO:  151 |

Hearings

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $4,655.05 |
| 12/13/2013 | | | | |
| MTH | Reviewing draft hearing Agenda | | 0.10 | 39.00 |
| 12/17/2013 | | | | |
| MTH | Multiple correspondence with ACC professionals re fee hearing and preparations re same | | 0.40 | 156.00 |
| 12/18/2013 | | | | |
| MTH | Various correspondence with ACC professionals re cancellation of hearing | | 0.20 | 78.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.70 | 273.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $390.00 | $273.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 273.00 |

| | | |
|---|---|---|
| 12/19/2013 | Payment - Thank you. (September, 2013 - 80% Fees) | -374.40 |
| 12/27/2013 | Payment - Thank you. (April, 2013 - 20% Fees) | -23.40 |
| 12/27/2013 | Payment - Thank you. (May, 2013 - 20% Fees) | -15.60 |
| 12/27/2013 | Payment - Thank you. (June, 2013 - 20% Fees) | -608.40 |
| | TOTAL PAYMENTS | -1,021.80 |
| | BALANCE DUE | $3,906.25 |

W.R. Grace

Hearings

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2013 |
| Wilmington  DE | ACCOUNT NO:      3000-16D |
|  | STATEMENT NO:           136 |

Litigation and Litigation Consulting

| | PREVIOUS BALANCE | -$1,830.20 |
|---|---|---|

| 12/19/2013 | Payment - Thank you. (September, 2013 - 80% Fees) | -156.00 |
|---|---|---|
| 12/27/2013 | Payment - Thank you. (April, 2013 - 20% Fees) | -596.20 |
| 12/27/2013 | Payment - Thank you. (May, 2013 - 20% Fees) | -15.60 |
| | TOTAL PAYMENTS | -767.80 |
| | CREDIT BALANCE | -$2,598.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2013 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
|  | STATEMENT NO:         136 |

Plan and Disclosure Statement

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $7,448.20 |

|  |  |  | HOURS | |
|---|---|---|---|---|
| 12/23/2013 | | | | |
| MTH | Telephone conference with JON (x2) re resolution with Bank Lenders; reviewing correspondence to CA3 re same | | 0.40 | 156.00 |
| MTH | Reviewing Debtors' Motion re resolution with Bank Lenders | | 0.30 | 117.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.70 | 273.00 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $390.00 | $273.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 273.00 |

| | | |
|---|---|---|
| 12/19/2013 | Payment - Thank you. (September, 2013 - 80% Fees) | -2,840.00 |
| 12/27/2013 | Payment - Thank you. (April, 2013 - 20% Fees) | -54.60 |
| 12/27/2013 | Payment - Thank you. (May, 2013 - 20% Fees) | -54.60 |
| 12/27/2013 | Payment - Thank you. (June, 2013 - 20% Fees) | -249.60 |
| | TOTAL PAYMENTS | -3,198.80 |
| | BALANCE DUE | $4,522.40 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 12/31/2013 |
| Wilmington  DE | ACCOUNT NO: | 3000-18D |
|  | STATEMENT NO: | 136 |

Relief from Stay Proceedings

PREVIOUS BALANCE                                              -$257.70

CREDIT BALANCE                                               -$257.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2013
ACCOUNT NO:     3000-20D
STATEMENT NO:            135

Tax Litigation

PREVIOUS BALANCE                                                                   $468.80

BALANCE DUE                                                                        $468.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-21D |
|  | STATEMENT NO:               127 |

Travel-Non-Working

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $74.00 |
| 12/27/2013 | Payment - Thank you. (June, 2013 - 20% Fees) | -78.00 |
| | CREDIT BALANCE | -$4.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 12/31/2013 |
| Wilmington  DE | ACCOUNT NO:        3000-22D |
|  | STATEMENT NO:                140 |

Valuation


PREVIOUS BALANCE                                                                    $1,185.00


BALANCE DUE                                                                          $1,185.00


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2013
ACCOUNT NO:        3000-23D
STATEMENT NO:              140

ZAI Science Trial

PREVIOUS BALANCE                                                                   $1,203.30

BALANCE DUE                                                                          $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
12/31/2013

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 7.80 | 429.00 | 0.00 | 0.00 | -7.80 | $429.00 |
| 3000-02 Asset Disposition | | | | | |
| 240.10 | 0.00 | 0.00 | 0.00 | -202.80 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 1,092.00 | 0.00 | 0.00 | 0.00 | -312.00 | $780.00 |
| 3000-04 Case Administration | | | | | |
| 1,269.87 | 0.00 | 0.00 | 0.00 | -70.20 | $1,199.67 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -77.70 | 104.00 | 0.00 | 0.00 | -54.60 | -$28.30 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 16,388.86 | 2,926.50 | 0.00 | 0.00 | -5,255.80 | $14,059.56 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -874.90 | 0.00 | 0.00 | 0.00 | -39.00 | -$913.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,677.30 | 0.00 | 0.00 | 0.00 | -179.40 | $1,497.90 |
| 3000-11 Expenses | | | | | |
| 5,605.40 | 0.00 | 1,047.41 | 0.00 | -634.60 | $6,018.21 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 3,399.80 | 3,190.00 | 0.00 | 0.00 | -1,109.00 | $5,480.80 |
| 3000-13 Fee Applications, Others | | | | | |
| 15,555.50 | 2,868.00 | 0.00 | 0.00 | -5,833.00 | $12,590.50 |
| 3000-15 Hearings | | | | | |
| 4,655.05 | 273.00 | 0.00 | 0.00 | -1,021.80 | $3,906.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -1,830.20 | 0.00 | 0.00 | 0.00 | -767.80 | -$2,598.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 7,448.20 | 273.00 | 0.00 | 0.00 | -3,198.80 | $4,522.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 74.00 | 0.00 | 0.00 | 0.00 | -78.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 59,552.08 | 10,063.50 | 1,047.41 | 0.00 | -18,764.60 | $51,898.39 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.