## EXHIBIT A

### Case Administration (1.10 Hours; $ 615.50)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $955 | 477.50 |
| Eugenia Benetos | .60 | $230 | 138.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/02/13 | PVL | 955.00 | 0.10 | Rv 4 misc. filings |
| 12/04/13 | EB | 230.00 | 0.50 | Perform review of players list. |
| 12/05/13 | EB | 230.00 | 0.10 | Draft and send email to ACM re FCR query. |
| 12/11/13 | PVL | 955.00 | 0.30 | Rv docs for filing |
| 12/27/13 | PVL | 955.00 | 0.10 | Rv 6 misc. filings |

**Total Task Code .04        1.10**


### Fee Applications, Applicant (5.60 Hours; $ 1,938.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.00 | $555 | 1,110.00 |
| Eugenia Benetos | 3.60 | $230 | 828.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/05/13 | RCT | 555.00 | 0.10 | Telephone conference with M. Hurford regarding DE UST guidelines. |
| 12/05/13 | RCT | 555.00 | 0.30 | Reviewed numerous files and memorandums regarding new guidelines obtained from M. Hurford. |
| 12/10/13 | RCT | 555.00 | 0.60 | Review and edit pre bills. |
| 12/12/13 | RCT | 555.00 | 0.80 | Review and edit exhibits. |

{D0281757.1 }    706671v.1 2/3/2014

Case 01-01139-AMC    Doc 31698-1    Filed 02/03/14    Page 2 of 6

2

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/13/13 | RCT | 555.00 | 0.20 | Review local counsel correspondence regarding CNO (.1); e-mail EB and respond to local counsel (.1). |
| 12/16/13 | EB | 230.00 | 0.40 | Send email to APB with most updated version and save it in the J-drive. |
| 12/17/13 | EB | 230.00 | 0.50 | Perform review of docket re necessary materials and create folder re fee hearing. |
| 12/19/13 | EB | 230.00 | 0.60 | Create monthly check breakdown for EI and Accounting (.2); update fee application schedule (.1); make duplicates of check and update fee binder (.3). |
| 12/23/13 | EB | 230.00 | 1.00 | Work on monthly fee application. |
| 12/24/13 | EB | 230.00 | 0.50 | Make edits to monthly fee application and re-send. |
| 12/30/13 | EB | 230.00 | 0.60 | Create Interim Holdback check breakdown for EI and Accounting (.3); update fee application schedule (.1); make duplicates of check and update fee binder (.2). |

**Total Task Code .12        5.60**

**Litigation and Litigation Consulting (.30 Hours; $ 126.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Andrew J. Sackett | .30 | $420 | 126.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/09/13 | AJS | 420.00 | 0.30 | Prep and review of emails to and from EI re pro se claimant Pinzone (0.1); call w/ Pinzone re case status (0.2). |

**Total Task Code .16        .30**

**Plan & Disclosure Statement (37.80 Hours; $ 32,753.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .80 | $1,000 | 800.00 |
| Peter Van N. Lockwood | 25.60 | $955 | 24,448.00 |
| Ann C. McMillan | 11.20 | $660 | 7,392.00 |
| New M. Kochman | .20 | $565 | 113.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/02/13 | PVL | 955.00 | 1.60 | Rv revised plan exhibits (1.3); teleconf. Wyron re same (.3) |
| 12/03/13 | PVL | 955.00 | 1.50 | Tcn Shelnitz, Finke, Paul, Donley, Frankel, Wyron, Bentley et al |
| 12/04/13 | ACM | 660.00 | 1.00 | Teleconference M. Eskin re various TDP and Cooperation Agreement issues (.3); review documents re same (.5); teleconference claimant (.1); exchange e-mails with R. Phillips re Zonolite issues (.1). |
| 12/05/13 | PVL | 955.00 | 2.20 | Cns ACM re TDP (.3); rv TA & TDP (.5); tcn Eskin & ACM (.5); teleconf. Eskin (.2); emails Paul (.2); teleconf. Wyron (.5) |
| 12/05/13 | ACM | 660.00 | 3.10 | Review Plan documents (2.2); conference PVNL re same (.4); teleconference PVNL, M. Eskin re same (.5). |
| 12/06/13 | PVL | 955.00 | 0.60 | Cn NMK re QSF (.1); teleconf. Wyron re TA (.3); rv revised TA (.1); cn ACM re TDP (.1) |
| 12/06/13 | NMK | 565.00 | 0.20 | Conference with PVNL re QSF question |
| 12/08/13 | PVL | 955.00 | 0.40 | Rv KMK, memos re trust escheat issues |
| 12/09/13 | PVL | 955.00 | 3.10 | Rv Phillips emails & EPA rept. (.3); research re TDP issue (.2); cn ACM re TA (.1); rv emails & reply re 12/12 mtg. (.1); rv revised POR exhibits (2.4) |
| 12/09/13 | EI | 1,000.00 | 0.10 | Claimant inquiry. |
| 12/09/13 | ACM | 660.00 | 0.90 | Teleconference and e-mail exchange with PVNL re R. Phillips issue (.2); exchange e-mails with R. Phillips re same (.1); review Trust Bylaws and exchange e-mails with PVNL re same (.4); exchange e-mails with PVNL re TAC (.2). |

{D0281757.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 12/10/13 | PVL | 955.00 | 0.20 | Rv revised drafts of Lender stip. |
| 12/11/13 | PVL | 955.00 | 3.50 | Rv revised draft POR exhibits (.5); tcn Wyron and Felder re same (2.4); rv emails (.1); rv revised coop. agmt. and cn w/ACM re same (.5) |
| 12/11/13 | ACM | 660.00 | 1.40 | Conference PVNL re Cooperation Agreement (.3); review same (1.1). |
| 12/12/13 | PVL | 955.00 | 0.70 | Teleconf. Wyron re POR exhs. |
| 12/12/13 | EI | 1,000.00 | 0.20 | Telephone conference with D. Trafelet regarding DCF issues. |
| 12/12/13 | ACM | 660.00 | 1.10 | Review DCPF documents re possibility of Grace Trust becoming a member. |
| 12/16/13 | PVL | 955.00 | 0.40 | Tcn Shelnitz, Donley, Paul, Frankel and Wyron (.3); rv agenda notice and email (.1) |
| 12/17/13 | ACM | 660.00 | 0.20 | Teleconference claimant (.1); exchange e-mails with R. Paul re status of case (.1). |
| 12/18/13 | PVL | 955.00 | 0.60 | Rv Wyron emails re TA (.1); rv draft Eff. Date chart (.4); prep. for mtg (.1) |
| 12/18/13 | ACM | 660.00 | 0.60 | Review proposed changes to Trust Agreement (.5); exchange e-mails with PVNL re same (.1). |
| 12/19/13 | PVL | 955.00 | 4.80 | Cn Paul, Finke, Gettleman, Jones, Frankel, Wyron, Felder et al. (4.6); prep. for mtg. (.1); rv emails (.1) |
| 12/20/13 | ACM | 660.00 | 0.60 | Teleconference P. Milch re effective date issues (.1); teleconference EI re same (.1); exchange e-mails with EI, PVNL re same (.2); send e-mails to R. Phillips, M. Eskin, P. Milch re Zonolite (.2). |
| 12/21/13 | PVL | 955.00 | 0.30 | Teleconf. Donley re Lender agmt |
| 12/22/13 | PVL | 955.00 | 1.40 | Rv draft Lender settlement docs. (.7); tcn Donley, Paul, Frankel and Wyron re same (.6); rv draft ltr. to CA 3 (.1) |
| 12/23/13 | PVL | 955.00 | 0.60 | Rv drafts of Lender motion (.1); teleconf. EI re Lender agmt (.2); cn ACM re same (.1); rv final Lender settlement motion (.2) |

{D0281757.1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 12/23/13 | EI | 1,000.00 | 0.50 | Bank settlement with PVNL (.2); insurance escrow issue with R. Horkovich (.3). |
| 12/23/13 | ACM | 660.00 | 1.80 | Exchange e-mails with PVNL re settlement with bank group (.1); review documents re same (1.2); send memo to Committee re same (.5). |
| 12/27/13 | PVL | 955.00 | 0.50 | Rv revised draft eff. date docs. (.2); cn JAL re status and docs. (.3) |
| 12/30/13 | PVL | 955.00 | 2.70 | Rv Sinclair emails (.1); rv revised draft Effective Date docs and email comments to Jones et al (2.6) |
| 12/31/13 | PVL | 955.00 | 0.50 | Rv emails re eff. date docs & reply (.1); rv revised draft eff. date docs. (.4) |
| 12/31/13 | ACM | 660.00 | 0.50 | Exchange e-mails with designated TAC members, D. Campbell and M. Brown re effective date matters (.3); teleconference S. Baron re same (.2). |

**Total Task Code   .17         37.80**


**Travel Non - Working (.60 Hours; $ 286.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $477.50 | 286.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/19/13 | PVL | 477.50 | 0.60 | Travel to and from K&E office for mtg |

**Total Task Code   .21         .60**

{D0281757.1 }

Other Charges:

  Air Freight & Express Mail                                               17.20

                                              **Total:**         **17.20**