**EXHIBIT B**

**Case Administration (1.10 Hours; $ 615.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   **1.10**


**Fee Applications, Applicant (5.60 Hours; $ 1,938.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee application.

**Total Task Code .12**   **5.60**


**Litigation and Litigation Consulting (.30 Hours; $ 126.00)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**   **.30**


**Plan & Disclosure Statement (37.80 Hours; $ 32,753.00)**

   Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17**   **37.80**


**Travel-Non - Working (.60 Hours; $ 286.50)**

   Services rendered in this category include non-working time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**   **.60**