## **EXHIBIT C**

Other Charges:

   Air Freight & Express Mail                                           $17.20

                                                         **Total:**         **$17.20**

{D0281759.1 }