| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| Matter | 000 | Disbursements | | 1/21/2014 |

Print Date/Time: 01/21/2014 12:23:37PM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 12/31/2013

**Matter     000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 12/23/2013 | 13,655 |

| | | | | |
|---|---|---|---|---|
| Client Retainers Available | $4,806.34 | Committed to Invoices: | $0.00 | Remaining: | $4,806.34 |

| | | | |
|---|---|---|---|
| Total Expenses Billed To Date | $3,950,029.21 | Billing Empl: | 0120   Elihu  Inselbuch |
| | | Responsible Empl: | 0120   Elihu  Inselbuch |
| | | Alternate Empl: | 0120   Elihu  Inselbuch |
| | | Originating Empl: | 0120   Elihu  Inselbuch |

**Summary by Employee**

| | | | ---------- ACTUAL ---------- | | ---------- BILLING --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 17.20 | 0.00 | 17.20 |
| **Total Fees** | | | 0.00 | 17.20 | 0.00 | 17.20 |

**Detail Time / Expense by Date**

| | | | | | | ---------- ACTUAL ---------- | | | ---------- BILLING --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 3063051 | Federal Express -Delivery to T.Simpson, 11/25/13 | E | 12/16/2013 | 0999  C&D | | 0.00 | $17.20 | | 0.00 | $17.20 | 17.20 |
| **Total Expenses** | | | | | | 0.00 | $17.20 | | 0.00 | $17.20 | |
| Matter Total Fees | | | | | | | 0.00 | | | 0.00 | |
| Matter Total Expenses | | | | | | | 17.20 | | | 17.20 | |
| | | | | | | | | | | 17.20 | |
| Matter Total | | | | | | 0.00 | 17.20 | | 0.00 | | |
| | | | | | | | | | | | |
| Prebill Total Fees | | | | | | | | | | | |
| Prebill Total Expenses | | | | | | | $17.20 | | | $17.20 | |
| | | | | | | | | | | $17.20 | |
| | | | | | | | $17.20 | | 0.00 | | |
| Prebill Total | | | | | | | 0.00 | | | | |

{D0281760.1 }

| | | | |
|---|---|---|---|
| **Client Number:** 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
| **Matter** 000 | Disbursements | | 1/21/2014 |

Print Date/Time: 01/21/2014 12:23:37PM

**Attn:**

Invoice #

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 95,666 | 08/14/2013 | 12,959.00 | 2,591.80 |
| 96,232 | 09/11/2013 | 5,717.00 | 1,143.40 |
| 97,318 | 10/23/2013 | 23,709.00 | 4,741.80 |
| 97,356 | 11/22/2013 | 12,285.53 | 12,285.53 |
| 98,324 | 12/23/2013 | 21,822.48 | 21,822.48 |
| | | 205,667.01 | 57,441.84 |

{D0281760.1 }