# Anderson Kill P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

W. R. GRACE/CLAIMANTS COMMITTEE                              MATTER:    100055.WRG01

January 14, 2014                                             INVOICE:        257540

MATTER:  CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 12/31/13

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/02/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form and voluntary payments issues. | W001 | GFF | 2.80 |
| 12/02/13 | Continued to update information and review insurance policies, reimbursement and settlement agreements re: indemnifications, insolvents, follow form, payment and other insurance issues. | W001 | IF | 1.70 |
| 12/02/13 | Revise charts in connection with net present value of potential present settlement of insurance policies. | W001 | MG | 4.10 |
| 12/02/13 | Follow-up regarding impending claims determination for insolvent insurance coverage. | W001 | RYC | 1.30 |
| 12/03/13 | Review and revise draft bill (1.30); begin preparing monthly fee application (.60). | W011 | AHP | 1.90 |
| 12/03/13 | Continue to update information and review excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvents, following form, payment issues and other insurance issues. | W001 | IF | 1.80 |
| 12/03/13 | Revise NPV charts. | W001 | MG | 4.70 |
| 12/03/13 | Communicate with insurance company counsel regarding expiration of settlement agreement. | W001 | RMH | 0.60 |
| 12/03/13 | Evaluate information regarding insurance portfolio requested by claimants' committee. | W001 | RYC | 0.90 |
| 12/04/13 | Proof changes (.90); finish drafting monthly fee application (.90). | W011 | AHP | 1.80 |

{D0281763.1 }

# Anderson Kill P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                        MATTER:      100055.WRG01

January 14, 2014                                                    INVOICE:          257540

MATTER:  CLAIMANTS COMMITTEE                                  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/04/13 | Review email from R. Horkovich re: questions on settlement methodology. | W001 | DJN | 0.10 |
| 12/04/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, follow form, and voluntary payments issues. | W001 | GFF | 1.60 |
| 12/04/13 | Continued reviewing and updating information on excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvents, follow form, payment and other policy issues. | W001 | IF | 1.60 |
| 12/04/13 | Review information and response to queries re: settlement. | W001 | MG | 4.20 |
| 12/04/13 | Communications with insurance company regarding information needed for proof of claim approval. | W001 | RMH | 0.90 |
| 12/04/13 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 12/05/13 | Finalize time and expense entries, monthly fee application and release. | W011 | AHP | 1.20 |
| 12/05/13 | Continue reviewing and updating information on insurance policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, following form information, payment and other insurance issues. | W001 | IF | 2.30 |
| 12/05/13 | Continue to review information and response to queries re: settlement. | W001 | MG | 4.20 |
| 12/06/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and voluntary payments issues (1.70); continue analysis of selected insurance company settlement agreements re: "subject policies" and scope of release issues (1.60). | W001 | GFF | 3.30 |
| 12/06/13 | Continued reviewing and updating information on excess policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, follow form information, payment and other insurance issues. | W001 | IF | 1.10 |

{D0281763.1}

# Anderson Kill P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| January 14, 2014 | | INVOICE: | | 257540 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/06/13 | Research and analysis into queries re: settlement. | W001 | MG | 3.80 |
| 12/06/13 | Edit escrow agreement; circulate and recirculate for comments (2.40). Confer with Royal counsel (Schiavoni)(0.50). Report to incoming Trustees (.90). | W001 | RMH | 3.80 |
| 12/06/13 | Follow-up research and analysis in connection with anticipated Trust insurance asset portfolio. | W001 | RYC | 1.20 |
| 12/09/13 | Review and revise monitoring chart. | W011 | AHP | 0.70 |
| 12/09/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies (umbrella/excess) re: follow form, aggregates, and voluntary payments issues (1.30). | W001 | GFF | 1.90 |
| 12/09/13 | Continue reviewing and updating information on insurance policies, settlement agreements and coverage in place agreements re: indemnifications, insolvent insurance companies, following form provisions, payment issues and other policy issues. | W001 | IF | 1.90 |
| 12/09/13 | Follow-up review of settlement queries and prepare response thereto. | W001 | MG | 3.70 |
| 12/09/13 | Negotiations related to escrow with insurance companies. | W001 | RMH | 2.20 |
| 12/10/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of select insurance company settlements re: "subject policies" and scope of release issues (1.60). | W001 | GFF | 2.30 |
| 12/10/13 | Continued to update information and review excess insurance policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment and other policy concerns. | W001 | IF | 2.40 |
| 12/10/13 | Review information and response to queries re: settlement and revise allocation spreadsheet re: same. | W001 | MG | 3.90 |

{D0281763.1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                 **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                                     MATTER:       100055.WRG01

January 14, 2014                                                                     INVOICE:            257540

MATTER:  CLAIMANTS COMMITTEE                                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/10/13 | Attention to amendment of settlement due to potential expiration. (1.00). Edit escrow for ($5.9 million) payment. (0.80). | W001 | RMH | 1.80 |
| 12/11/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, follow form, voluntary payments, and other coverage issues (1.80); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.60 |
| 12/11/13 | Continued to update information and review policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, following form, payment and other policy concerns. | W001 | IF | 1.20 |
| 12/11/13 | Communications with insurer re: possible settlement and work on allocation spreadsheet re: same. | W001 | MG | 4.20 |
| 12/12/13 | Continue analysis of selected insurance policies (umbrella/excess) re: aggregates, follow form and voluntary payments issues (.70); draft and revise insurance policy data spreadsheets (1.40). | W001 | GFF | 2.10 |
| 12/12/13 | Continue reviewing and updating information on excess insurance policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, follow form, payment and other policy concerns. | W001 | IF | 2.40 |
| 12/12/13 | Continued communications with insurer re: possible settlement; work on allocation spreadsheet re: same. | W001 | MG | 2.60 |
| 12/12/13 | Edit escrow agreement for $5.9 million payment (1.20). Edit addendum to settlement agreement that is expiring (1.00). | W001 | RMH | 2.20 |
| 12/12/13 | Review and analysis in connection with post-bankruptcy Trust asset analysis. | W001 | RYC | 2.30 |
| 12/13/13 | Begin year-end fee application analysis for P. Schwartz. | W011 | AHP | 0.60 |

{D0281763.1 }

# Anderson Kill P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| January 14, 2014 | | INVOICE: | | 257540 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/13/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies (umbrella/excess) re: follow form, aggregates, voluntary payments and other coverage issues (.90); continue review of insurance company settlement agreements re: "subject policies" and scope of release issues (.70). | W001 | GFF | 2.40 |
| 12/13/13 | Continued to review and update information on excess policies, settlement and reimbursement agreements re: indemnifications, insolvent insurance companies, following form, payment and other policy concerns. | W001 | IF | 2.60 |
| 12/13/13 | Follow-up communications with insurer re: possible settlement; work on allocation spreadsheet re: same. | W001 | MG | 3.40 |
| 12/13/13 | Edit escrow agreement with US Bank for $5.9 million payment (1.00). Communicate with US Bank counsel (.40). Communicate with FCR counsel re: same (.40). Communicate with counsel (Jay Borowky) regarding amendment to expiring Settlement agreement. (1.00). | W001 | RMH | 2.80 |
| 12/16/13 | Continued year-end fee application analysis for R. Horkovich. | W011 | AHP | 1.30 |
| 12/16/13 | Research for R. Chung regarding Order and parties on docket list. | W001 | AHP | 0.80 |
| 12/16/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies (umbrella/excess) re: follow form, loss payable, aggregates, and other coverage issues (1.60). | W001 | GFF | 2.30 |
| 12/16/13 | Continue to review and update information on insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form language, payment and other policy concerns. | W001 | IF | 2.20 |
| 12/16/13 | Work on allocation spreadsheet and cash flow calculations. | W001 | MG | 2.30 |

{D0281763.1 }

# Anderson Kill P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| January 14, 2014 | | INVOICE: | | 257540 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/16/13 | Edit escrow for $5.9 million payment (0.60). Edit amendment to settlement agreement (0.80). | W001 | RMH | 1.40 |
| 12/16/13 | Research and analysis in connection with pending insurance coverage issues impeding settlement. | W001 | RYC | 2.20 |
| 12/17/13 | Continued efforts at researching contact information and year-end fee application analysis including multiple emails with R. Horkovich, K. Blood and R. Finke (both at W. R. Grace) as well as a telephone conversation with R. Finke re: same. | W011 | AHP | 1.70 |
| 12/17/13 | Continued to review and update information on insurance policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, following form provisions, payment and other insurance related concerns. | W001 | IF | 1.90 |
| 12/17/13 | Communications with insurer re: possible settlement and work on allocation spreadsheet re: same. | W001 | MG | 3.30 |
| 12/17/13 | Edit supplemental settlement agreement. | W001 | RMH | 0.40 |
| 12/17/13 | Attention to potential fee application approval issues raised by committee's bankruptcy counsel. | W011 | RYC | 0.30 |
| 12/18/13 | Continued efforts at researching year-end fee application analysis including multiple emails with R. Horkovich and K. Blood re: same. | W011 | AHP | 1.20 |
| 12/18/13 | Continue analysis of selected insurance Company settlement agreements re: "subject policies" and scope of release issue (.80); continue analysis of selected insurance policies re: (umbrella/excess) re: follow form, loss payable issues, aggregates, and other coverage issues (1.30). | W001 | GFF | 2.10 |
| 12/18/13 | Continue to review and update information on insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment and other insurance related concerns. | W001 | IF | 2.30 |
| 12/18/13 | Work on allocation spreadsheet and cash flow calculations. | W001 | MG | 3.90 |

{D0281763.1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| January 14, 2014 | | INVOICE: | | 257540 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/18/13 | Research and analysis in connection with pending insurance coverage issues relating to unresolved insurance company disputes. | W011 | RYC | 2.20 |
| 12/19/13 | Continued efforts at researching year-end fee application analysis including multiple emails with R. Horkovich and K. Blood re:  same. | W011 | AHP | 0.80 |
| 12/19/13 | Draft and revise insurance policy data spreadsheets (1.20); continue analysis of selected insurance policies (umbrella/excess) re: follow form, loss payable and other issues (.90). | W001 | GFF | 2.10 |
| 12/19/13 | Continued to update information and review excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, follow form, payment and other insurance related concerns. | W001 | IF | 2.20 |
| 12/19/13 | Work on allocation spreadsheet and cash flow calculations for settlement. | W001 | MG | 2.20 |
| 12/20/13 | Continued to research and monitor year-end fee application analysis including emails with R. Horkovich and K. Blood re:  same. | W011 | AHP | 0.60 |
| 12/20/13 | Draft and revise insurance policy data spreadsheets (1.30); continue review of selected insurance company settlement agreements re: "subject policies" and scope of release issues (1.10). | W001 | GFF | 2.40 |
| 12/20/13 | Continued to update information and review excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, follow form, payment and other insurance related concerns. | W001 | IF | 1.20 |
| 12/20/13 | Follow-up evaluation of pending insurance coverage issues relating to unresolved insurance company disputes projected into eventual Trust claims processing. | W001 | RYC | 2.80 |

{D0281763.1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                   MATTER:    100055.WRG01

January 14, 2014                                                       INVOICE:           257540

MATTER:  CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/23/13 | Draft and revise insurance policy data spreadsheets (1.70); continue analysis of selected insurance policies (umbrella/excess) re: follow form, loss payable issues and other coverage issues (1.10). | W001 | GFF | 2.80 |
| 12/23/13 | Review additional conditions imposed by proposed escrow agent (0.60). Multiple communications with client regarding proposed escrow (0.60). | W001 | RMH | 1.20 |
| 12/23/13 | Work on preparation for anticipated transfer of coverage claims from Grace to the Trust. | W001 | RYC | 2.70 |
| 12/24/13 | Draft and revise insurance policy data spreadsheets (1.9); continue analysis of selected insurance policies (umbrella/excess) re: follow form, loss payable, aggregates, and other coverage issues (1.2). | W001 | GFF | 3.10 |
| 12/24/13 | Review additional conditions imposed by US Bank as proposed escrow agent for the $5.8 million payment (.80). Communicate with counsel and client regarding the same (0.50). | W001 | RMH | 1.30 |
| 12/25/13 | Communicate with counsel regarding proposed solution to the escrow problem with the $5.8 million payment. | W001 | RMH | 0.60 |
| 12/26/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies (umbrella/excess) re: follow form, aggregates, loss payable issues and other coverage issues (2.10). | W001 | GFF | 2.80 |
| 12/26/13 | Continue to update information and review excess policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, following form, payment and other insurance related concerns. | W001 | IF | 2.20 |
| 12/26/13 | Communicate with counsel regarding potential amendment of the settlement agreement to provide for payment directly to the Trust. | W001 | RMH | 0.40 |

{D0281763.1 }

# Anderson Kill P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

| | | | | |
|---|---|---|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| January 14, 2014 | | INVOICE: | | 257540 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/26/13 | Evaluation and analysis of documents in preparation for anticipated transfer of coverage claims to the Trust. | W001 | RYC | 2.40 |
| 12/27/13 | Continued to update information and review excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, following form, bankruptcy clause, payment and other insurance related concerns. | W001 | IF | 2.40 |
| 12/27/13 | Follow-up review and evaluation of documents in preparation for anticipated transfer of coverage claims from Grace to the Trust. | W001 | RYC | 1.60 |
| 12/30/13 | Continue analysis of selected insurance policies (umbrella/excess) re: follow form, aggregates, loss payable issues, and other coverage issues (2.40); draft and revise insurance policy data spreadsheets (1.40). | W001 | GFF | 3.80 |
| 12/30/13 | Continue to update information and review excess policies, reimbursement and settlement agreements re: insolvent insurance companies, follow form, bankruptcy clause, payment and other insurance related concerns. | W001 | IF | 2.80 |
| 12/30/13 | Provide insurance asset collection information to the incoming Trustees. (0.50). Communicate with counsel regarding potential amendment to settlement agreement to permit payment of $5.8 million directly to the Trust rather than into an escrow (.50). | W001 | RMH | 1.00 |
| 12/30/13 | Continue evaluation and revisions of litigation summary and strategy in anticipation of transfer of coverage claims to the Trust. | W001 | RYC | 2.70 |
| 12/31/13 | Continue analysis of selected insurance policies (excess) re: asbestos exclusion types and issues (2.60); draft and revise insurance policy data spreadsheets (1.10). | W001 | GFF | 3.70 |

{D0281763.1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

January 14, 2014                                   INVOICE:         257540

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 12/31/13 | Continued to update information and review excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, following form, bankruptcy clause, asbestos exclusion, payment and other insurance related concerns. | W001 | IF | 2.30 |
| 12/31/13 | Review summary and evaluations of Grace insurance portfolio status and anticipated recoveries. | W001 | RYC | 2.90 |

**TOTAL FEES:**                                               **$101,173.00**

{D0281763.1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

January 14, 2014                                   INVOICE:              257540

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 270.00 | 12.60 | 3,402.00 |
| Dennis J. Nolan | 495.00 | 0.10 | 49.50 |
| Glenn F Fields | 365.00 | 44.10 | 16,096.50 |
| Izak Feldgreber | 315.00 | 38.50 | 12,127.50 |
| Mark Garbowski | 650.00 | 50.50 | 32,825.00 |
| Robert M Horkovich | 925.00 | 20.60 | 19,055.00 |
| Robert Y Chung | 675.00 | 26.10 | 17,617.50 |
| **TOTAL FEES:** | | | **$101,173.00** |

{D0281763.1 }

# Anderson Kill P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:       100055.WRG01

January 14, 2014                                INVOICE:            257540

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                       | HOURS  | TOTALS      |
|-----------------------|--------|-------------|
| Arline H Pelton       | 0.80   | 216.00      |
| Dennis J. Nolan       | 0.10   | 49.50       |
| Glenn F Fields        | 44.10  | 16,096.50   |
| Izak Feldgreber       | 38.50  | 12,127.50   |
| Mark Garbowski        | 50.50  | 32,825.00   |
| Robert M Horkovich    | 20.60  | 19,055.00   |
| Robert Y Chung        | 23.00  | 15,525.00   |
| **TOTAL:**            | **177.60** | **$95,894.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|                       | HOURS  | TOTALS      |
|-----------------------|--------|-------------|
| Arline H Pelton       | 11.80  | 3,186.00    |
| Robert Y Chung        | 3.10   | 2,092.50    |
| **TOTAL:**            | **14.90** | **$5,278.50** |

{D0281763.1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| January 14, 2014 | INVOICE:        257540 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

**COSTS through 12/31/13**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 12/02/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/03/13 | DI - PHOTOCOPYING - | E101 | 2.20 |
| 12/03/13 | DI - PHOTOCOPYING - | E101 | 7.60 |
| 12/05/13 | DI - PHOTOCOPYING - | E101 | 2.50 |
| 12/05/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 12/09/13 | DI - PHOTOCOPYING - | E101 | 1.60 |
| 12/16/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/19/13 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 12/20/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 12/20/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 12/24/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/26/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 12/31/13 | DI - PHOTOCOPYING - | E101 | 0.20 |

**TOTAL COSTS:**                                                                                  **$16.30**

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| XE | DI - PHOTOCOPYING - | 16.30 |
| | **TOTAL COSTS:** | **$16.30** |

**TOTAL DUE:**                                                                                   **$101,189.30**

{D0281763.1 }