IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF SATISFACTION OR WAIVER OF CONDITIONS
### TO OCCURRENCE OF EFFECTIVE DATE OF PLAN

TO:  Parties required to receive notice pursuant to Del. Bankr. LR 2001-1.

**PLEASE TAKE NOTICE** that the Effective Date[2] of the Debtors' *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace and Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders As Modified*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.) ("Holdings"), W. R. Grace & Co.-Conn. ("Company"), A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Plan (as defined herein).


*Through December 23, 2010* [Docket No. 26368] (including all exhibits and schedules attached thereto, the "Plan") occurred on February 3, 2014, and all conditions to the occurrence of the Effective Date set forth in Section 7.8 of the Plan have been satisfied or waived.

*[Signature Pages Follow]*

IN WITNESS WHEREOF, the parties below acknowledge the satisfaction or waiver of the conditions to the Effective Date:

**W. R. GRACE & CO.** (on behalf of the Debtors and Reorganized Debtors)

By: _____
Name: Mark Shelnitz
Title: Vice President, General Counsel, and Secretary


**OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS**

By: _____
Name: Peter Van N. Lockwood
Title: Counsel to the ACC


**ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE**

By: _____
Name: Roger Frankel
Title: Future Claimants' Representative


**OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

By: _____
Name: _____
Title: _____


[Signature Pages to the Notice of Satisfaction or Waiver of Effective Date Conditions]

IN WITNESS WHEREOF, the parties below acknowledge the satisfaction or waiver of the conditions to the Effective Date:

**W. R. GRACE & CO.** (on behalf of the Debtors and Reorganized Debtors)

By: _____
Name: _____
Title: _____

**OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS**

By: _____
Name: _____
Title: _____

**ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE**

By: _____
Name: _____
Title: _____

**OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

By: *[signature]*
Name: *Philip Bentley*
Title: *Counsel to Equity Committee*

[Signature Pages to the Notice of Satisfaction or Waiver of Effective Date Conditions]

SEALED AIR CORPORATION

By: *[signature]*
Name: Carol P. Lowe
Title: Senior Vice President and
Chief Financial Officer


CRYOVAC, INC.

By: *[signature]*
Name: Norman D. Finch Jr.
Title: Vice President and Secretary


FRESENIUS MEDICAL CARE
HOLDINGS, INC.


By:_____
Name:_____
Title:_____


NATIONAL MEDICAL CARE, INC.


By:_____
Name:_____
Title:_____


[Signature Pages to the Notice of Satisfaction or Waiver of Effective Date Conditions]

**SEALED AIR CORPORATION**

By:_____
Name:_____
Title:_____

**CRYOVAC, INC.**

By:_____
Name:_____
Title:_____

**FRESENIUS MEDICAL CARE HOLDINGS, INC.**

By: _/s/_____
Name:_____
Title:_____

**NATIONAL MEDICAL CARE, INC.**

By: _/s/_____
Name:_____
Title:_____

[Signature Pages to the Notice of Satisfaction or Waiver of Effective Date Conditions]

Dated: February 3, 2014

KIRKLAND & ELLIS LLP
Adam Paul
John Donley
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
111 East Wacker Drive
Suite 2800
Chicago, IL 60601
Telephone: (312) 836-4047

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

*Co-Counsel for the Debtors and Debtors-in-Possession*