IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 01-01139 (KJC) |
| W. R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | A.I. 31680 |
| | ) | |

## ORDER DISALLOWING AND EXPUNGING
## PROPERTY DAMAGE CLAIMS

WHEREAS the Debtors and the Dies & Hile firm have stipulated and agreed that the following Asbestos Property Damage ("PD") claims filed by the City of Houston (Claim No. 6968), the County of Orange (Claim No. 12700), the State of Arkansas (Claim No. 12690), the State of Connecticut (Claim No. 12683), the State of Oklahoma (Claim Nos. 6957, 6958, 6959, 6960, 6961, 6962, 6963, 6964, 6965, and 6966), and the State of Oregon (Claim No. 5662) shall be withdrawn and expunged.

IT IS HEREBY ORDERED that PD claims filed by the City of Houston (Claim No. 6968), the County of Orange (Claim No. 12700), the State of Arkansas (Claim No. 12690), the State of Connecticut (Claim No. 12683), the State of Oklahoma (Claim Nos. 6957, 6958, 6959, 6960, 6961, 6962, 6963, 6964, 6965, and 6966), and the State of Oregon (Claim No. 5662) are hereby withdrawn and expunged.

Dated: Feb 3, 2014

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge