**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                                    )
**In re:**                                                          )        **Chapter 11**
                                                                    )
**W.R. GRACE & CO., et al.,**                                       )        **Case No. 01-1139 (KJC)**
                                                                    )
                        **Debtors.**                                )
_____)

## **VERIFICATION**

**DISTRICT OF COLUMBIA, TO WIT:**

      Roger Frankel, after being duly sworn according to law, deposes and says:

      1.    I am the Asbestos Personal Injury Future Claimants' Representative appointed by the Court in these cases, effective as of May 16, 2013.

      2.    I personally performed the work as set forth in the attached Exhibit A.

      3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.


                                                  */S/ ROGER FRANKEL*
                                                  ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 4TH DAY OF FEBRUARY, 2014


*/S/ MICHELLE JORDAN*
Notary Public

My commission expires: 4/30/2014