# EXHIBIT A
# ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE INVOICES FOR THE TIME PERIOD DECEMBER 1-31, 2013



**ORRICK**

Roger Frankel, Future Claimants' Representative  
for W.R. Grace  
c/o Orrick, Herrington & Sutcliffe LLP  
1152 15th Street, NW  
Washington, DC  20005

January 15, 2014  
Client No. 29500  
Invoice No. 1456855

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through December 31, 2013 in connection with the matters described on the attached pages: | $ | 43,083.50 |
| DISBURSEMENTS as per attached pages: | | 278.60 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **43,362.10** |

Matter(s): 29500/3, 4

## DUE UPON RECEIPT

The following is for information only:  
Previous Balance not included in this invoice:  
$106,243.58  
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,  
please reference your **INVOICE** and **CLIENT** numbers on your remittance.  
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP*  *Lockbox #774619*  *4619 Solutions Center*  *Chicago, IL 60677-4006*  *Reference: 29500/ Invoice: 1456855* | ***ACH & Wire Transfers:***  ***ABA Number 121000248***  ***SWIFT CODE: WFBIUS6S***  ***Account Number: 4123701088***  *Wells Fargo*  *420 Montgomery Street*  *San Francisco, CA 94104*  *Account of*  *Orrick, Herrington & Sutcliffe LLP*  *Reference: 29500/ Invoice: 1456855*  *E.I.N. 94-2952627* | *Orrick, Herrington & Sutcliffe LLP*  *c/o Wells Fargo*  *Attn: Lockbox #774619*  *350 East Devon Avenue*  *Itasca, IL 60143*  *(213) 614-3248*  *Reference: 29500/ Invoice: 1456855* |



Roger Frankel, Future Claimants' Representative
for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

January 15, 2014
Client No. 29500
Invoice No. 1456855

Orrick Contact: Roger Frankel

For Legal Services Rendered Through December 31, 2013 in Connection With:

### Matter: 3 - Compensation of FCR

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/04/13 | R. Frankel | Review, sign quarterly application for FCR compensation during July-September 2013. | 0.40 |

|  | Total Hours | 0.40 |  |
|---|---|---|---|
|  | Total For Services |  | $398.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 0.40 | 995.00 | 398.00 |
| Total All Timekeepers | 0.40 | $995.00 | $398.00 |

**Total For This Matter**  $398.00



**ORRICK**

Roger Frankel, Future Claimants' Representative - 29500  
page 2

January 15, 2014  
Invoice No. 1456855

For Legal Services Rendered Through December 31, 2013 in Connection With:

**Matter:  4 - Litigation**

| | | | |
|---|---|---|---|
| 12/02/13 | R. Frankel | Review memos, marked documents from M. Wallace, D. Felder regarding Effective Date documents. | 1.80 |
| 12/02/13 | R. Frankel | Confer with R. Wyron regarding Effective Date documents, timeline for discussion (.4); review e-mails with R. Wyron regarding P. Lockwood telephone conference (.2). | 0.60 |
| 12/03/13 | R. Frankel | Telephone conference with J. Donley, A. Paul, M. Shelnitz, R. Finke, P. Lockwood, R. Wyron regarding effective date issues (1.5); confer with R. Wyron regarding documents review (.4). | 1.90 |
| 12/03/13 | R. Frankel | Review Effective Date documents (1.0); series of e-mails with D. Felder, R. Wyron regarding same (.4). | 1.40 |
| 12/03/13 | R. Frankel | Confer with R. Wyron, D. Felder regarding J. Kimble work on estimated liabilities (.3); review J. Kimble e-mails, responses regarding estimated liabilities (.4). | 0.70 |
| 12/04/13 | R. Frankel | Review Deferred Payment Agreement (PI), proposed changes, M. Wallace comments. | 1.80 |
| 12/05/13 | R. Frankel | Review effective date documents in preparation for meeting. | 1.30 |
| 12/05/13 | R. Frankel | Confer with R. Wyron, D. Felder regarding effective date documents. | 1.60 |
| 12/10/13 | R. Frankel | Telephone conference with R. Wyron regarding Effective Date documents (.3); review, consider Trust Agreement (.4); review series of e-mails regarding meeting at K&E (.2). | 0.90 |
| 12/10/13 | R. Frankel | Review, consider Towers Watson cash flow scenarios, payment percentage issues (1.6); prepare notes for meeting with Towers Watson (.6). | 2.20 |
| 12/12/13 | R. Frankel | Review marked versions of lender stipulation. | 1.20 |
| 12/12/13 | R. Frankel | Review R. Wyron changes to PI Trust Agreement medicare provisions. | 0.80 |
| 12/12/13 | R. Frankel | Monitor Grace analyst call regarding emergence issues (.7); review Lincoln memo regarding same (.2). | 0.90 |
| 12/13/13 | R. Frankel | Review revised Bank Lender Stipulation with changes from P. Bentley. | 0.90 |
| 12/13/13 | R. Frankel | Review, consider Grace proposed changes to Cooperation Agreement (.4); review Agreement (.4). | 0.80 |



Roger Frankel, Future Claimants' Representative - 29500  
page 3

January 15, 2014  
Invoice No. 1456855

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/13/13 | R. Frankel | Review D. Felder changes to Bank Lender Stipulation (.2); series of e-mails regarding same (.3). | 0.50 |
| 12/16/13 | R. Frankel | Telephone conference with J. Donley regarding January 31 closing date (.3); review related issues (.3). | 0.60 |
| 12/16/13 | R. Frankel | Telephone conference with A. Paul, J. Donley, M. Shelnitz, P. Lockwood, R. Wyron regarding effective date issues (.4); confer with R. Wyron regarding same (.4). | 0.80 |
| 12/16/13 | R. Frankel | Telephone conference with J. Kimble, R. Wyron, D. Felder regarding claims forecast report. | 1.60 |
| 12/17/13 | R. Frankel | Review, consider D. Felder memo regarding open issues with effective date documents (.6); review documents (1.0). | 1.60 |
| 12/17/13 | R. Frankel | Review, consider changes to Cooperation Agreement. | 0.90 |
| 12/18/13 | R. Frankel | Review issues, e-mails regarding implementation letter regarding effective date of FCR (.5); review confirmation order regarding same (.6). | 1.10 |
| 12/18/13 | R. Frankel | Confer with D. Felder, R. Wyron in preparation for meeting with Grace regarding effective date (.6); notes regarding same (.3). | 0.90 |
| 12/18/13 | R. Frankel | Review updated issues list from D. Felder (.6); review certificate worksheets (.5). | 1.10 |
| 12/19/13 | R. Frankel | Review effective date chart from Kirkland in preparation for meeting. | 0.80 |
| 12/19/13 | R. Frankel | Attend meeting at Kirkland to review effective date documents (4.7); travel with R. Wyron, D. Felder and discuss same (.4). | 5.10 |
| 12/19/13 | R. Frankel | Confer with T. Florence regarding Grace effective date issues. | 0.60 |
| 12/20/13 | R. Frankel | Review schedule from Grace of undisputed scheduled and filed claims. | 0.80 |
| 12/20/13 | R. Frankel | Review open issues regarding effective date (.5); review related files (.6). | 1.10 |
| 12/22/13 | R. Frankel | Review Towers Watson updated report with various payment percentage scenarios. | 1.60 |
| 12/22/13 | R. Frankel | Telephone conference with J. Donley regarding settlement with Lenders (.3); notes regarding same (.1). | 0.40 |
| 12/22/13 | R. Frankel | Review Grace-Lenders Settlement Agreement (1.0); draft motion to approve settlement and order and draft Stipulation (1.3). | 2.30 |
| 12/22/13 | R. Frankel | Telephone conference with J. Donley, A. Paul, P. Lockwood and R. Wyron regarding current status of settlement, next steps (.6); notes regarding same (.2). | 0.80 |


**ORRICK**

Roger Frankel, Future Claimants' Representative - 29500  
page 4

January 15, 2014  
Invoice No. 1456855

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/23/13 | R. Frankel | Review final settlement agreement, stipulation, letter to Third Circuit. | 1.10 |
| 12/23/13 | R. Frankel | Review Grace 8-Ks, e-mails regarding settlement. | 0.40 |

Total Hours 42.90  
Total For Services $42,685.50

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 42.90 | 995.00 | 42,685.50 |
| Total All Timekeepers | 42.90 | $995.00 | $42,685.50 |

Disbursements  
    Travel Expense, Air Fare      278.60  
    Total Disbursements      $278.60

**Total For This Matter**      **$42,964.10**

### * * * COMBINED TOTALS * * *

Total Hours      43.30  
Total Fees, all Matters      $43,083.50  
Total Disbursements, all Matters      $278.60  
Total Amount Due      $43,362.10