**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

| | | |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (KJC)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: February 24, 2014 at 4:00 .m. |
| _____ | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO EIGHTH MONTHLY INTERIM APPLICATION OF**
**ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL**
**TO ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR**
**COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES FOR THE TIME PERIOD DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("Orrick") |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of May 16, 2013, pursuant to Order entered by the Court on July 31, 2013 [Dkt. No. 30902] |
| Period for which compensation is sought: | December 1-31, 2013 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $121,284.50 |
| 80% of fees to be paid: | $ 97,027.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 2,052.61 |
| Total Fees @ 80% and 100% Expenses: | $ 99,080.21 |

This is an:      ____   interim      _X_   monthly   ___      final application.

The total time expended for fee application preparation during this time period is 10.20 hours, $4,506.00 in fees and $729.14 in expenses for Orrick's fee applications and 35.00 hours, $11,696.00 in fees and $1,218.30 in expenses for the FCR and the FCR's other professionals' fee applications.  Any additional time spent for these matters will be requested in subsequent monthly interim applications.

This is Orrick's eighth interim fee application for the period December 1-31, 2013, as counsel to Roger Frankel, as FCR.  Orrick, as counsel to Roger Frankel, has previously filed with the Court the following interim fee applications since May 16, 2013:[1]

| **Interim Period** | **Fees@ 100%** | **Fees @ 80%** | **Expenses @ 100%** | **Total Fees @ 80% & 100% Expenses** |
|---|---|---|---|---|
| First Interim Period May 16-31, 2013 | $68,098.50 | $54,478.80 | $25.30 | $54,504.10 |
| Second Interim Period June 1-30, 2013 | $69,766.50 | $55,813.20 | $4,883.95 | $60,697.15 |
| Third Interim Period July 1-31, 2013 | $53,120.00 | $42,496.00 | $768.94 | $43,264.94 |
| Fourth Interim Period August 1-31, 2013 | $30,326.50 | $24,261.20 | $1,741.74 | $26,002.94 |
| Fifth Interim Period September 1-30, 2013 | $55,125.00 | $44,100.00 | $1,303.53 | $45,403.52 |
| Sixth Interim Period October 1-31, 2013 | $97,180.00 | $77,744.00 | $703.06 | $78,447.06 |
| Seventh Interim Period Nov 1-30, 2013 | $116,319.00 | $93,055.20 | $5,204.28 | $98,259.48 |

As of January 29 2014, Orrick, as counsel to Roger Frankel, has received the following payment from the Debtors:[2]

- $54,504.10 representing 80% fees/100% expenses for May 16-31, 2013
- $60,697.15 representing 80% fees/100% expenses for June 1-30, 2013
- $43,264.94 representing 80% fees/100% expenses for July 1-31, 2013
- $26,002.94 representing 80% fees/100% expenses for August 1-31, 2013
- $45,403.52 representing 80% fees/100% expenses for September 1-30, 2013
- $57,816.60 representing 20% fees (holdback) for April 1-June 30, 2013

---

[1]    Orrick has filed additional fee applications with the Court in connection with its representation of the former FCR, David Austern.

[2]    Orrick has received additional payments from the Debtors in connection with its representation of the former FCR, David Austern.

## COMPENSATION SUMMARY
### DECEMBER 1-31, 2013

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Peri Mahaley | Of Counsel, 21 years in position; 34 years relevant experience; 1979, Insurance | $665 | 9.50 | $6,317.50 |
| Mary A. Wallace | Of Counsel, 9 years in position; 24 years relevant experience; 1989, Restructuring | $740 | 1.20 | $888.00 |
| Richard H. Wyron | Partner, 24 years in position; 34 years relevant experience; 1979, Restructuring | $875 | 65.80 | $57,575.00 |
| | | | | |
| Debra L. Felder | Associate, 11 years in position; 11 years relevant experience; 2002, Restructuring | $650 | 73.00 | $47,450.00 |
| | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $270 | 31.50 | $8,505.00 |
| Laura Lukasik | Paralegal | $90 | 6.10 | $549.00 |
| **TOTAL FEES** | | | **187.10** | **$121,284.50** |
| **Blended Rate: $648.23** | | | | |

## COMPENSATION BY PROJECT CATEGORY
### DECEMBER 1-31, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Compensation of Professionals-Orrick | 10.20 | $4,506.00 |
| Compensation of Professionals-Other | 35.00 | $11,696.00 |
| Insurance | 11.40 | $7,980.00 |
| Litigation | 128.90 | $96,594.50 |
| Retention of Professionals - Other | 1.60 | $508.00 |
| **TOTAL** | **187.10** | **$121,284.50** |

**EXPENSE SUMMARY**
**DECEMBER 1-31, 2013**

| Expense Category | Total |
|---|---|
| Duplicating | $1,581.60 |
| Express Delivery | $154.77 |
| Postage | $316.24 |
| **TOTAL EXPENSES** | **$2,052.61** |

Orrick's Client Charges and Disbursements Policy, effective January 1, 2013, is as follows:

a.    ***Duplicating*** -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 10¢ per page in order to comply with the Local Rules of this Court.  This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.  Color copies are charged at $1.25 per page.

b.    ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

c.    ***Overtime*** -- It is Orrick's practice to allow staff and certain paraprofessionals in its Washington D.C. office working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge of up to $7.50.  It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime.  Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances.
.

4

d.    ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so.  Use of fee based internet research services is charged at Orrick's cost.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:*/S/ DEBRA L. FELDER*
    Debra L. Felder, admitted *pro hac vice*
    Columbia Center
    1152 15th Street, NW
    Washington, DC  20005
    (202) 339-8400

*Counsel to Roger Frankel, Asbestos PI Future Claimants' Representative*

Dated: February 4, 2014

5