# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD

# DECEMBER 1-31, 2013



Roger Frankel, Successor Future Claimants' Representative for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

January 15, 2014
Client No. 17367
Invoice No. 1456850

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through December 31, 2013 in connection with the matters described on the attached pages: | $ | 121,284.50 |
| DISBURSEMENTS as per attached pages: | | 2,052.61 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | **$** | **123,337.11** |

Matter(s): 17367/10, 11, 13, 7, 8, 9

**DUE UPON RECEIPT**

The following is for information only:
Previous Balance not included in this invoice:
$246,513.54
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

**REMITTANCE ADDRESS:**

*Orrick, Herrington & Sutcliffe LLP*
*Lockbox #774619*
*4619 Solutions Center*
*Chicago, IL 60677-4006*
*Reference: 17367/ Invoice: 1456850*

**ELECTRONIC FUNDS TRANSFERS:**

***ACH & Wire Transfers:***
***ABA Number 121000248***
***SWIFT CODE: WFBIUS6S***
***Account Number: 4123701088***
*Wells Fargo*
*420 Montgomery Street*
*San Francisco, CA 94104*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Reference: 17367/ Invoice: 1456850*
*E.I.N. 94-2952627*

**OVERNIGHT DELIVERY:**

*Orrick, Herrington & Sutcliffe LLP*
*c/o Wells Fargo*
*Attn: Lockbox #774619*
*350 East Devon Avenue*
*Itasca, IL 60143*
*(213) 614-3248*
*Reference: 17367/ Invoice: 1456850*



Roger Frankel, Successor Future Claimants' Representative for W.R. Grace
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

January 15, 2014
Client No. 17367
Invoice No. 1456850

Orrick Contact: Roger Frankel

For Legal Services Rendered Through December 31, 2013 in Connection With:

**Matter: 7 - Insurance Matters**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 12/02/13 | P. Mahaley | Review and analyze draft of Exhibit 5 to Exhibit Book to Plan (1.0); review and analyze draft schedule of insurance settlement agreements to Transfer Agreement (.6). | 1.60 |
| 12/06/13 | P. Mahaley | Draft addendum to Harper settlement agreement regarding extension of automatic termination date (.8); discuss with R. Wyron (.3). | 1.10 |
| 12/06/13 | R. Wyron | Review Harper issue and identify follow-up items. | 0.40 |
| 12/09/13 | P. Mahaley | Revise addendum to Harper settlement agreement and communicate with Committee and Grace regarding same. | 0.70 |
| 12/09/13 | R. Wyron | Review Harper Addendum and e-mails regarding same. | 0.80 |
| 12/11/13 | P. Mahaley | Analyze implications of Exhibit 19 to the Plan (.5); revise Royal escrow agreement (.8). | 1.30 |
| 12/12/13 | P. Mahaley | Analyze proposed revisions to addendum to Harper settlement agreement. | 0.40 |
| 12/13/13 | P. Mahaley | Revise draft Royal escrow agreement (.7); communicate with counsel for Committee and Grace and with counsel for escrow agent regarding proposed revisions to escrow agreement (1.0). | 1.70 |
| 12/13/13 | R. Wyron | Review e-mails regarding Royal escrow and follow-up (.4); conference with P. Mahaley regarding issues (.3). | 0.70 |
| 12/16/13 | P. Mahaley | Revise draft escrow agreement for Royal settlement and communicate with ACC and Grace counsel regarding same (1.3); review and revise motion for approval of addendum to Harper settlement agreement (.2). | 1.50 |
| 12/18/13 | P. Mahaley | Revise draft Royal escrow agreement and communicate with U.S. Bank and its counsel regarding same. | 0.50 |
| 12/30/13 | P. Mahaley | Follow up on status of Royal escrow agreement. | 0.70 |

| | | |
|---|---|---|
| Total Hours | 11.40 | |
| Total For Services | | $7,980.00 |



Roger Frankel, Successor Future Claimants' - 17367
page 2

January 15, 2014
Invoice No. 1456850

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Peri N. Mahaley | 9.50 | 665.00 | 6,317.50 |
| Richard H. Wyron | 1.90 | 875.00 | 1,662.50 |
| Total All Timekeepers | 11.40 | $700.00 | $7,980.00 |

**Total For This Matter** **$7,980.00**


For Legal Services Rendered Through December 31, 2013 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 12/01/13 | D. Felder | E-mail correspondence to R. Frankel, R. Wyron and M. Wallace regarding effective date documents. | 0.60 |
| 12/02/13 | D. Fullem | Review effective date documents (2.8); discuss with R. Wyron re same (.2). | 3.00 |
| 12/02/13 | D. Felder | Conference with M. Hurford regarding update (.5); e-mail correspondence with R. Wyron regarding effective date documents (.2); conference with R. Wyron regarding same (.3); telephone conference with P. Mahaley regarding same (.2); follow-up review regarding same (1.5). | 2.70 |
| 12/02/13 | R. Wyron | Begin review of documents (1.2); conference with R. Frankel regarding issues and follow-up (.4); telephone conference with P. Lockwood regarding issues and e-mails regarding same (.9); review stipulation for 12/3 call (.3); follow-up on Dow transactions (.2). | 3.00 |
| 12/03/13 | D. Felder | Conference with R. Wyron regarding update (.2); continue review of effective date documents (3.5); telephone conference with R. Wyron regarding payment percentage issues (.1); follow-up e-mail correspondence with R. Wyron and J. Kimble regarding same (.4); conference with R. Frankel and R. Wyron regarding same (.2). | 4.40 |
| 12/03/13 | D. Felder | Continue review of effective date documents and note issues regarding same. | 2.60 |
| 12/03/13 | R. Wyron | Work on issues list from new documents (.6); status call with Grace, ACC and K&E and follow-up regarding effective date issues(1.3); telephone conference with J. Radecki regarding analyst call (.2); continue document review (1.8); review Towers Watson assumptions and follow-up (.7). | 4.60 |
| 12/04/13 | D. Fullem | Review and respond to D. Felder regarding objection period regarding Lincoln employment in Bondex case. | 0.20 |
| 12/04/13 | R. Wyron | Review plan documents and organize comments. | 2.30 |
| 12/05/13 | D. Felder | Prepare for meeting regarding effective date documents and review notes and comments (1.9); conference with R. Frankel and R. Wyron regarding same (2.0). | 3.90 |



| | | | |
|---|---|---|---|
| 12/05/13 | R. Wyron | Continue review of Plan documents (2.2); meet with R. Frankel and D. Felder regarding Plan documents and follow-up (1.4); organize notes (.3); telephone conference with P. Lockwood and follow-up (.8); calls regarding Grace analysts call (.3). | 5.00 |
| 12/06/13 | R. Wyron | Continue review of Plan documents (1.4); e-mails regarding status and follow-up (.2); conference with P. Lockwood regarding Medicare reporting issue and follow-up (.6). | 2.20 |
| 12/09/13 | D. Felder | E-mail correspondence to/from R. Wyron regarding effective date issues (.2); review effective date closing checklist and issues regarding same (1.0); e-mail correspondence with D. Fullem regarding status (.1). | 1.30 |
| 12/09/13 | R. Wyron | Continue review of Effective Date planning issues and status (1.2); review additional documents (1.4). | 2.60 |
| 12/10/13 | M. Wallace | Discuss Grace closing documents and trust agreement issues with R. Wyron. | 0.30 |
| 12/10/13 | R. Wyron | Continue work on plan documents (2.9); update effective date issues list (.9). | 3.80 |
| 12/11/13 | D. Felder | Conference with R. Wyron regarding effective date documents (.2); review same and prepare notes for call with P. Lockwood (2.5); telephone conference with P. Lockwood and R. Wyron regarding same (2.3); review revisions to Cooperation Agreement from A. Paul (.5). | 5.50 |
| 12/11/13 | M. Wallace | Review and respond to correspondence regarding document comments. | 0.10 |
| 12/11/13 | R. Wyron | Review new draft of cooperation agreement and e-mails regarding same (1.2); organize notes for call with ACC (.8); call with P. Lockwood and follow-up regarding Plan documents (2.7); respond to e-mails regarding issues and status (.3). | 5.00 |
| 12/12/13 | D. Felder | Conference with M. Wallace regarding effective date documents and follow-up regarding same (.3); review Cooperation Agreement from Kirkland and consider issues (1.5); e-mail to R. Wyron regarding same (.1). | 1.90 |
| 12/12/13 | M. Wallace | Discuss document inquiries with D. Felder. | 0.20 |
| 12/12/13 | R. Wyron | Conference with trustees regarding open issues (.8); work on Plan documents and notes regarding same (1.6); call with P. Lockwood and follow-up (1.1). | 3.50 |


| | | | |
|---|---|---|---|
| 12/13/13 | D. Felder | Review revised Lender stipulation (1.0); consider issues with R. Wyron and R. Frankel regarding same and follow-up (.5); review and consider issues regarding Cooperation Agreement from A. Paul (1.5); review draft report from Towers Watson regarding payment percentage and notes regarding same (2.0). | 5.00 |
| 12/13/13 | R. Wyron | Review cooperation agreement issues (.7); conference with D. Felder regarding cooperation agreement and follow-up (.4); organize notes for document review with Grace and ACC (.6); begin review of notes for call with Towers Watson (.9). | 2.60 |
| 12/15/13 | R. Wyron | Review Towers Watson report and notes regarding same. | 1.40 |
| 12/16/13 | D. Fullem | Confer with CourtCall regarding dial-ins for R. Frankel, R. Wyron and D. Felder for the December 18 hearing. | 0.50 |
| 12/16/13 | D. Felder | Review and revise Cooperation Agreement and note issues regarding same (1.0); review effective date documents (1.5); prepare issues list for Kirkland meeting regarding effective date documents (1.7); review draft report from Towers Watson and prepare for conference call regarding same (1.0); telephone conference with Towers Watson, R. Frankel and R. Wyron regarding payment percentage issues (1.5); follow-up review regarding same (.2). | 6.90 |
| 12/16/13 | R. Wyron | Review comments to Plan documents (.8); telephone conference with Grace and ACC counsel (.4); telephone conference with Towers Watson and follow-up (1.1); prepare notes for 12/19 meeting (.3); review Towers Watson report (.9). | 3.50 |
| 12/17/13 | D. Felder | Review revisions to cooperation agreement (.5); review next steps regarding effective date (1.0); review draft closing checklist (1.3); note issues regarding same (.5). | 3.30 |
| 12/17/13 | R. Wyron | Work on plan documents for 12/19 meeting. | 1.30 |
| 12/18/13 | D. Felder | E-mail correspondence with M. Jones regarding effective date issues (.5); follow-up with R. Frankel and R. Wyron regarding same (.7); review issues regarding FCR on effective date (.5); review documents regarding effective date (1.5); prepare for meeting with R. Frankel and R. Wyron regarding same (.7); conference with R. Frankel and R. Wyron regarding preparation for Kirkland meeting regarding effective date (.6); follow-up regarding same (.9); review closing checklist from Kirkland (1.0). | 6.40 |


| | | | |
|---|---|---|---|
| 12/18/13 | R. Wyron | Review Plan document changes to prepare for 12/19 meeting (1.3); meet with R. Frankel and D. Felder regarding issues (.9); organize notes for 12/19 meeting (.4); review insurance issues for cash flow (.5). | 3.10 |
| 12/19/13 | D. Felder | Review effective date checklist (.5); meeting with R. Finke, A. Paul, M. Jones, J. Gettleman, R. Frankel, R. Wyron and P. Lockwood at Kirkland regarding effective date issues (5.5); follow-up conference with M. Jones regarding same (.5). | 6.50 |
| 12/19/13 | M. Wallace | Review deferred payment agreement and respond to inquiry regarding delivery of financial certificates/worksheets. | 0.60 |
| 12/19/13 | R. Wyron | Review Plan documents (1.1); meet with Grace and ACC counsel regarding Plan documents (4.6); organize notes regarding open items (.4); telephone conference with J. Kimble and e-mails regarding same (.6). | 6.70 |
| 12/20/13 | R. Wyron | Review and organize notes on open issues with Plan documents (1.2); review cash flow scenarios and follow-up (1.3). | 2.50 |
| 12/21/13 | D. Felder | E-mail correspondence with M. Jones regarding edits to effective date documents (.1); follow-up regarding same (.4). | 0.50 |
| 12/21/13 | R. Wyron | Telephone conference with J. Donley regarding lenders and follow-up. | 0.80 |
| 12/22/13 | R. Wyron | Review pleadings regarding lenders (.7); telephone conference with Grace and ACC counsel and notes regarding same (.8); review revised pleadings (.3). | 1.80 |
| 12/23/13 | D. Felder | Review settlement term sheet and motion regarding Bank Lender appeal (1.0); review e-mail correspondence from R. Wyron and J. Donley regarding same (.2); review additional scenarios from J. Kimble regarding payment percentage (1.2). | 2.40 |
| 12/23/13 | R. Wyron | Review lender settlement pleadings and e-mails regarding same (.9); organize notes for effective date checklist (.6); review Towers Watson report and notes regarding same (.9). | 2.40 |
| 12/26/13 | R. Wyron | Review plan document issues and notes (.8); telephone conference with Trust counsel and e-mails regarding same (1.1). | 1.90 |
| 12/27/13 | D. Felder | E-mail correspondence with M. Jones regarding PD ZAI trustee (.2); follow-up regarding same (.2); review third circuit filing (.3). | 0.70 |
| 12/30/13 | D. Felder | Review trust effective date issues (1.1); begin review of revised effective date documents (2.6); e-mail correspondence with M. Jones regarding same (.2). | 3.90 |

| | | | |
|---|---|---|---|
| 12/30/13 | R. Wyron | Review status with J. Radecki and follow-up (.3); review and respond to e-mails regarding Plan documents (.6). | 0.90 |
| 12/31/13 | D. Felder | Review issues regarding updated effective date documents (2.5); conference with R. Wyron regarding same (.2); e-mail correspondence with R. Frankel and R. Wyron regarding same (.1). | 2.80 |
| 12/31/13 | R. Wyron | Review Plan documents (1.1); conference with D. Felder (.3); respond to e-mails regarding waivers (.4). | 1.80 |

| | | |
|---|---|---|
| Total Hours | 128.90 | |
| Total For Services | | $96,594.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 61.30 | 650.00 | 39,845.00 |
| Debra O. Fullem | 3.70 | 270.00 | 999.00 |
| Mary A. Wallace | 1.20 | 740.00 | 888.00 |
| Richard H. Wyron | 62.70 | 875.00 | 54,862.50 |
| Total All Timekeepers | 128.90 | $749.38 | $96,594.50 |

| Disbursements | | |
|---|---|---|
| Document Reproduction | 10.00 | |
| Express Delivery | 81.97 | |
| Outside Reproduction Services | 13.20 | |
| Total Disbursements | | $105.17 |

| | |
|---|---|
| **Total For This Matter** | **$96,699.67** |



ORRICK

For Legal Services Rendered Through December 31, 2013 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 12/03/13 | D. Fullem | Review and respond to e-mail from D. Felder; prepare draft CNO and COS for FCR's employment of Lincoln. | 0.50 |
| 12/03/13 | D. Felder | Review CNO for application to employ Towers Watson and e-mail correspondence with D. Fullem regarding same. | 0.20 |
| 12/05/13 | D. Fullem | Revise and finalize CNO for FCR's application to employ Towers; confer with D. Felder; coordinate filing/serving of same. | 0.50 |
| 12/06/13 | D. Fullem | Review Grace docket for order on Towers' employment; update D. Felder. | 0.20 |
| 12/17/13 | D. Fullem | Review Order approving Towers' employment and D. Felder's e-mail to J. Kimble regarding same. | 0.20 |

| | | |
|---|---|---|
| Total Hours | 1.60 | |
| Total For Services | | $508.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.20 | 650.00 | 130.00 |
| Debra O. Fullem | 1.40 | 270.00 | 378.00 |
| Total All Timekeepers | 1.60 | $317.50 | $508.00 |

**Total For This Matter** **$508.00**


For Legal Services Rendered Through December 31, 2013 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/03/13 | D. Fullem | Draft quarterly fee application for Frankel/FCR for July-September 2013. | 1.00 |
| 12/03/13 | D. Fullem | Review, revise draft quarterly fee application for Lincoln for July-September 2013. | 0.80 |
| 12/04/13 | D. Fullem | Review FCR's November prebill. | 0.50 |
| 12/04/13 | D. Fullem | Review, revise, finalize Lincoln's August and September monthly fee applications and the quarterly for period July-September 2013; update D. Felder regarding same. | 1.50 |
| 12/04/13 | D. Fullem | Follow-up with A. Karmali at Lincoln regarding status of fee applications. | 0.20 |
| 12/04/13 | D. Fullem | Review and respond to e-mail from D. Felder regarding Lincoln's monthly and quarterly fee applications. | 0.20 |
| 12/04/13 | D. Fullem | Update D. Felder regarding status of fee application filings. | 0.20 |
| 12/05/13 | D. Fullem | Finalize, file and serve Frankel/FCR and Lincoln quarterly fee applications for the time period July-September 2013. | 1.00 |
| 12/05/13 | D. Fullem | Finalize, file and serve Lincoln's monthly fee applications for August and September. | 1.00 |
| 12/05/13 | D. Felder | Review Lincoln fee applications for August, September and quarterly period (.8); conference with D. Fullem regarding same (.2). | 1.00 |
| 12/05/13 | D. Felder | Review FCR's November prebill. | 0.50 |
| 12/06/13 | D. Fullem | E-mail to A. Karmali at Lincoln regarding final versions of Lincoln's September monthly and July-September quarterly fee applications. | 0.30 |
| 12/09/13 | D. Fullem | Update calendar/schedule of fee applications filed to date. | 0.30 |
| 12/10/13 | D. Fullem | Prepare updates to fee/expense charts for Frankel/FCR; e-mail to R. Wyron for review. | 0.70 |
| 12/11/13 | D. Fullem | Prepare revisions to Lincoln's October fee application (.3); finalize (.2); coordinate filing and serving of same (.3); review and respond to e-mail from A. Karmali at Lincoln regarding final version (.2). | 1.00 |
| 12/11/13 | D. Fullem | Update chart of professionals' fee applications. | 0.30 |
| 12/11/13 | D. Felder | Review Lincoln's October fee application (.3); e-mail correspondence with D. Fullem regarding same (.1). | 0.40 |

| | | | |
|---|---|---|---|
| 12/13/13 | D. Fullem | Review and respond to R. Wyron e-mail regarding recent payment on FCR account; prepare update fee/expense spreadsheets and circulate to group. | 0.30 |
| 12/16/13 | D. Fullem | Prepare draft of CNO for Frankel's October fee application. | 0.20 |
| 12/17/13 | D. Fullem | Review proposed final fee application and charts in support of same. | 1.00 |
| 12/17/13 | D. Fullem | Update schedule of fee applications. | 0.20 |
| 12/17/13 | D. Felder | Review CNO for FCR's October fee application (.1); revise final fee application for D. Austern (1.4). | 1.50 |
| 12/18/13 | D. Fullem | Begin preparing summary charts in support of D. Austern's final fee application. | 1.20 |
| 12/19/13 | D. Fullem | Continue preparing charts in support of D. Austern's final fee application. | 2.00 |
| 12/19/13 | D. Fullem | Prepare FCR's November monthly fee application. | 1.00 |
| 12/20/13 | D. Fullem | Confer with D. Felder regarding final fee application for D. Austern (.3); prepare updates to Austern's final fee application and charts in support of same (1.7). | 2.00 |
| 12/20/13 | D. Felder | Review FCR's November fee application. | 0.50 |
| 12/23/13 | D. Felder | Revise D. Austern final fee applications (.5); review and revise schedules from D. Fullem regarding same (.7). | 1.20 |
| 12/26/13 | D. Fullem | Finalize, file and serve R. Frankel's November monthly fee application. | 0.50 |
| 12/27/13 | D. Fullem | Review and respond to e-mails from D. Felder regarding Austern final fee app and Lincoln's CNOs for August and September 2013. | 0.50 |
| 12/27/13 | D. Felder | Revise exhibits to D. Austern's final fee application (3.0); e-mail correspondence with D. Fullem regarding same (.3). | 3.30 |
| 12/27/13 | D. Felder | E-mail correspondence with D. Fullem regarding CNOs for Lincoln's fee applications. | 0.10 |
| 12/30/13 | D. Fullem | Review e-mails from J. Solganick regarding UST questions on fee applications; review D. Felder's reply regarding same. | 0.20 |
| 12/30/13 | D. Fullem | Prepare CNOs for August and September 2013 monthly fee applications. | 0.50 |
| 12/30/13 | D. Fullem | Review and respond to e-mail from D. Felder regarding D. Austern final fee application and follow-up. | 0.50 |
| 12/31/13 | L. Lukasik | Review D. Austern's monthly and quarterly fee applications from 2004 to 2012 for final fee application. | 6.10 |
| 12/31/13 | D. Fullem | Review e-mail from D. Felder; finalize, file and serve CNOs for Lincoln's August and September monthly fee applications. | 0.50 |

Roger Frankel, Successor Future Claimants' - 17367
page 11

January 15, 2014
Invoice No. 1456850

| | | | |
|---|---|---|---|
| 12/31/13 | D. Fullem | Review and respond to several e-mails from GOC regarding fee apps and orders for D. Austern's final fee application. | 0.50 |
| 12/31/13 | D. Felder | Review CNOs for Lincoln's August and September fee applications (.2); e-mail correspondence with D. Fullem regarding same (.1). | 0.30 |

| | | |
|---|---|---|
| Total Hours | 35.00 | |
| Total For Services | | $11,696.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 8.80 | 650.00 | 5,720.00 |
| Debra O. Fullem | 20.10 | 270.00 | 5,427.00 |
| Laura T. Lukasik | 6.10 | 90.00 | 549.00 |
| Total All Timekeepers | 35.00 | $334.17 | $11,696.00 |

| Disbursements | | |
|---|---|---|
| Document Reproduction | 847.60 | |
| Express Delivery | 54.46 | |
| Postage | 316.24 | |
| Total Disbursements | | $1,218.30 |

**Total For This Matter** **$12,914.30**



For Legal Services Rendered Through December 31, 2013 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 12/03/13 | D. Fullem | Draft quarterly fee application for Orrick for July-September 2013. | 1.00 |
| 12/03/13 | R. Wyron | Review Orrick's Quarterly fee application and comments regarding same. | 0.30 |
| 12/04/13 | D. Fullem | Review Orrick's November prebill. | 1.00 |
| 12/05/13 | D. Fullem | Finalize, file, and serve Orrick quarterly fee applications for the time period July-September 2013. | 0.80 |
| 12/05/13 | D. Felder | Review Orrick's November prebill. | 0.50 |
| 12/06/13 | D. Fullem | Review and respond to D. Felder and R. Wyron regarding status of November prebill. | 0.20 |
| 12/06/13 | D. Felder | Finish review of Orrick's November prebill (.6); conference with D. Fullem regarding same (.2). | 0.80 |
| 12/06/13 | R. Wyron | Review November prebill and e-mails regarding same. | 0.50 |
| 12/09/13 | D. Fullem | Update schedule of fee applications filed to date. | 0.20 |
| 12/10/13 | D. Fullem | Prepare updates to fee/expense charts for Orrick (.4); e-mail to R. Wyron (.2); review comments (.2); and update same (.2). | 1.00 |
| 12/11/13 | D. Fullem | Follow-up with P. Reyes regarding November prebill. | 0.20 |
| 12/12/13 | D. Felder | Review certificate of counsel regarding order approving quarterly fee applications (.2); e-mail correspondence to D. Fullem regarding same (.1). | 0.30 |
| 12/16/13 | D. Fullem | Prepare draft of CNO for Orrick's October monthly fee application. | 0.20 |
| 12/17/13 | D. Fullem | Update schedule of fee applications. | 0.20 |
| 12/17/13 | D. Felder | Review CNO for Orrick's October fee application. | 0.10 |
| 12/19/13 | D. Fullem | Prepare November monthly fee application. | 1.00 |
| 12/20/13 | D. Felder | Review Orrick's November fee application (.5); conference with D. Fullem regarding same (.1). | 0.60 |
| 12/23/13 | R. Wyron | Review November interim applications and e-mails regarding same. | 0.40 |
| 12/26/13 | D. Fullem | Finalize, file, serve Orrick's November monthly fee application. | 0.50 |
| 12/27/13 | D. Felder | E-mail correspondence with C. Hartman regarding fee application filings (.2); review of filings for Orrick regarding same (.2). | 0.40 |



| | | |
|---|---|---|
| Total Hours | 10.20 | |
| Total For Services | | $4,506.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 2.70 | 650.00 | 1,755.00 |
| Debra O. Fullem | 6.30 | 270.00 | 1,701.00 |
| Richard H. Wyron | 1.20 | 875.00 | 1,050.00 |
| Total All Timekeepers | 10.20 | $441.76 | $4,506.00 |

| Disbursements | | |
|---|---|---|
| Document Reproduction | 710.80 | |
| Express Delivery | 18.34 | |
| Total Disbursements | | $729.14 |

**Total For This Matter** **$5,235.14**

*** * * COMBINED TOTALS * * ***

| | | |
|---|---|---|
| Total Hours | 187.10 | |
| Total Fees, all Matters | | $121,284.50 |
| Total Disbursements, all Matters | | $2,052.61 |
| Total Amount Due | | $123,337.11 |