# EXHIBIT A
**(Fee Detail)**

## FEES

| LITIGATION AND LITIGATION CONSULTING | $13,766.00 |
| --- | --- |
| FEE APPLICATION – APPLICANT | $665.00 |
| TOTAL FEES | $14,431.00 |

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 24, 2014
Bill Number  172218
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH DECEMBER 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/02/13 | ARA | Quality control documents in the production set. | 1.80 Hrs | 261.00 |
| 12/02/13 | ARA | Document control. | 3.00 Hrs | 285.00 |
| 12/03/13 | ARA | Quality control documents in the production set. | 3.70 Hrs | 536.50 |
| 12/04/13 | ARA | Quality control documents in the production set. | 2.00 Hrs | 290.00 |
| 12/04/13 | ARA | Document control. | 4.10 Hrs | 389.50 |
| 12/05/13 | ARA | Quality control documents in the production set. | 6.60 Hrs | 957.00 |
| 12/06/13 | ARA | Quality control documents in the production set. | 5.50 Hrs | 797.50 |
| 12/09/13 | MTM | Review file and email to Attorney Karst re: copy bill still unpaid. | 0.10 Hrs | 30.00 |
| 12/09/13 | ARA | Quality control documents in the production set. | 7.00 Hrs | 1,015.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting


THROUGH DECEMBER 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/10/13 | ARA | Quality control documents in the production set. | 5.70 Hrs | 826.50 |
| 12/10/13 | ARA | Document control. | 1.10 Hrs | 104.50 |
| 12/11/13 | ARA | Quality control documents in the production set. | 6.20 Hrs | 899.00 |
| 12/11/13 | ARA | Document control. | 0.30 Hrs | 28.50 |
| 12/12/13 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 70.00 |
| 12/12/13 | ARA | Quality control documents in the production set. | 6.50 Hrs | 942.50 |
| 12/13/13 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | 70.00 |
| 12/13/13 | ARA | Quality control documents in the production set. | 3.70 Hrs | 536.50 |
| 12/13/13 | ARA | Document control. | 2.00 Hrs | 190.00 |
| 12/16/13 | ARA | Quality control documents in the production set. | 2.70 Hrs | 391.50 |
| 12/16/13 | ARA | Document control. | 3.80 Hrs | 361.00 |
| 12/17/13 | ARA | Quality control documents in the production set. | 3.00 Hrs | 435.00 |
| 12/18/13 | MTM | Email to Atty. Karst re: still no check for August Winthrop Sq. document review. | 0.10 Hrs | 30.00 |
| 12/18/13 | ARA | Document control. | 1.50 Hrs | 142.50 |
| 12/18/13 | ARA | Quality control documents in the production set. | 4.50 Hrs | 652.50 |
| 12/19/13 | ARA | Document control. | 0.50 Hrs | 47.50 |
| 12/19/13 | ARA | Quality control documents in the production set. | 1.40 Hrs | 203.00 |
| 12/20/13 | ARA | Quality control Libby personnel files. | 0.50 Hrs | 72.50 |
| 12/20/13 | ARA | Document control. | 3.70 Hrs | 351.50 |
| 12/23/13 | MTM | Voicemail message from in-house counsel re: copies of Winthrop Square repository documents (.2); telephone call to/from ARA re: same (.4). | 0.60 Hrs | 180.00 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting


THROUGH DECEMBER 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/23/13 | ARA | Quality control documents in the production set (4.5). Per telephone call from MTM, review EPA files/inventories to verify what production set documents were copied (.5); search for files and review my files re: in-house counsel request (.8). | 5.80 Hrs | 841.00 |
| 12/24/13 | ARA | Document control. | 1.50 Hrs | 142.50 |
| 12/24/13 | ARA | Per MTM's request, continue to review EPA project files re: in-house counsel's request. | 1.30 Hrs | 188.50 |
| 12/30/13 | MTM | Conference with ARA re: paper copy of Winthrop Square project. | 0.30 Hrs | 90.00 |
| 12/30/13 | ARA | Per MTM's request, continue to review EPA project files re: in-house counsel's request (1.3); telephone calls and discussions with MTM re: same (.3); review microfilm tapes re: same (1.4). | 3.00 Hrs | 435.00 |
| 12/31/13 | MTM | Telephone call to in-house counsel re: call from M. Armes requesting depo transcripts and copies of repository boxes (.2); telephone call to M. Armes re: request for depo transcripts (.1); telephone call to ARA re: same (.1). Receipt and review of check from Atty. Karst; letter to him enclosing documents identified during his August review of the repository (.1). Telephone call from ARA re: her search of microfilm tapes to identify which repository boxes not on tape (.2). | 0.70 Hrs | 210.00 |
| 12/31/13 | ARA | Document control. | 0.40 Hrs | 38.00 |
| 12/31/13 | ARA | Review microfilm tapes; match with document production sets re: in-house counsel's request (3.6). Per MTM's request, search for NY cases to locate Walter Boch witness deposition re: request from M. Armes (1.4). | 5.00 Hrs | 725.00 |

TOTAL LEGAL SERVICES   $13,766.00


**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.40 | 350.00 | 140.00 |

Page 3

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| Matthew T. Murphy | 1.80 | 300.00 | 540.00 |
| Angela R. Anderson | 75.90 | 145.00 | 11,005.50 |
| Angela R. Anderson | 21.90 | 95.00 | 2,080.50 |
| | 100.00 | | $13,766.00 |

TOTAL THIS BILL          $13,766.00

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 24, 2014
Bill Number  172219
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

THROUGH DECEMBER 31, 2013

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 12/03/13 | RAM | Work on October Fee application. | 0.10 Hrs | 35.00 |
| 12/04/13 | RAM | Finalize October fee application and send it to Delaware counsel to file. | 0.30 Hrs | 105.00 |
| 12/10/13 | RAM | Send "as filed" October fee application to Fee Auditor. | 0.10 Hrs | 35.00 |
| 12/16/13 | RAM | Work on November fee application. | 0.30 Hrs | 105.00 |
| 12/18/13 | RAM | Work on November fee application (1.0); send it to in-house counsel to review; OK to file (.1). | 1.10 Hrs | 385.00 |

TOTAL LEGAL SERVICES          $665.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 1.90 | 350.00 | 665.00 |
| | 1.90 | | $665.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Fee Applications, Applicant

TOTAL THIS BILL          $665.00