## EXHIBIT B
**(Expense Detail)**

## EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $12,542.74 |
| **FEE APPLICATION – APPLICANT** | $22.39 |
| **TOTAL EXPENSES** | $12,565.13 |

# CASNER & EDWARDS, LLP

E  T  T  O  R  N  E  Y  S      A  T      L  A  W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 24, 2014
Bill Number  172220
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH DECEMBER 31, 2013

PHOTOCOPYING
| 12/03/13 | 23 copies at $.10 per copy | 2.30 | |
|---|---|---|---|
| | | | $2.30 |

RENT REIMBURSEMENT
| 12/02/13 | ONE WINTHROP SQUARE, LLC: Rent and utilities for document repository at One Winthrop Square - December 2013. | 12,132.14 | |
|---|---|---|---|
| | | | $12,132.14 |

MISCELLANEOUS
| 12/09/13 | RECORDKEEPER ARCHIVE CENTERS,: Storage 12/01/13 through 12/31/13. | 408.30 | |
|---|---|---|---|
| | | | $408.30 |

| | TOTAL COSTS | $12,542.74 |
|---|---|---|

| | TOTAL THIS BILL | $12,542.74 |
|---|---|---|

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 24, 2014
Bill Number  172221
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

## COSTS

THROUGH DECEMBER 31, 2013

EXCESS POSTAGE
| 12/31/13 | EXCESS POSTAGE | 1.72 | |
|---|---|---|---|
| | | | $1.72 |

FEDERAL EXPRESS
| 12/18/13 | FEDERAL EXPRESS CORPORATION: To 919 North Market Street, Pachulski Stang Ziehl Jones, Lynzy McGee from Casner and Edwards on December 5, 2013 by R A Murphy. | 20.67 | |
|---|---|---|---|
| | | | $20.67 |

|  | TOTAL COSTS | $22.39 |
|---|---|---|
|  | TOTAL THIS BILL | $22.39 |