**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY ALLIANCE
WITH MIRANDA &
ESTAVILLO

December 10, 2013

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001         Invoice# 1919827              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 2.10 hrs. at | $795.00 | /hr. = | $1,669.50 |
| S LENKIEWICZ | PARALEGAL | 8.00 hrs. at | $195.00 | /hr. = | $1,560.00 |

$3,229.50

DISBURSEMENTS
PACER FEDERAL DOCKET COSTS                            $68.20
PRINTING & DUPLICATING                               $280.20
TOTAL DISBURSEMENTS                                                      $348.40

BALANCE DUE THIS INVOICE                                                 $3,577.90

DUANE MORRIS LLP

Duane Morris
December 10, 2013
Page 2

File # K0248-00001 INVOICE# 1919827
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/22/2013 | 003 | MR LASTOWSKI | REVIEW CAPSTONE 3RD QUARTER UPDATE | 0.30 | $238.50 |
| 11/25/2013 | 003 | MR LASTOWSKI | E-MAIL FROM D. WILDES RE: STATUS | 0.60 | $477.00 |
| | | | Code Total | 0.90 | $715.50 |

Duane Morris
December 10, 2013
Page 3

File # K0248-00001 INVOICE# 1919827
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/18/2013 | 004 | S LENKIEWICZ | REVIEW OMNIBUS HEARING ORDER AND DOCKET RE FEE HEARINGS (.2); EMAIL TO D. MOHAMMAD RE SAME (.1); CALENDAR HEARING DATES (.1) | 0.40 | $78.00 |
| 11/19/2013 | 004 | S LENKIEWICZ | CALENDAR HEARING DATES | 0.10 | $19.50 |
| 11/27/2013 | 004 | S LENKIEWICZ | RETRIEVE REPORTED OPINION IN GARLOCK THIRD CIRCUIT APPEAL FROM WESTLAW AND FORWARD TO M. LASTOWSKI (.3); DOWNLOAD BRIEFING RE SAME AND FORWARD TO M. LASTOWSKI (.5) | 0.80 | $156.00 |
| | | | Code Total | 1.30 | $253.50 |

Duane Morris
December 10, 2013
Page 4

File # K0248-00001  INVOICE# 1919827
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/1/2013 | 006 | MR LASTOWSKI | REVIEW CLAIM OBJECTION | 0.40 | $318.00 |
| | | | Code Total | 0.40 | $318.00 |

Duane Morris
December 10, 2013
Page 5

File # K0248-00001　　　　　　　　　　　　　　　　　　　　　　　　　　INVOICE# 1919827
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/1/2013 | 012 | MR LASTOWSKI | REVIEW DUANE MORRIS MONTHLY FEE APPLICATION | 0.20 | $159.00 |
| 11/20/2013 | 012 | MR LASTOWSKI | REVIEW FIFTIETH QUARTERLY FEE APPLICATION | 0.20 | $159.00 |
| 11/20/2013 | 012 | S LENKIEWICZ | PREPARE DUANE MORRIS 50TH QUARTERLY FEE APPLICATION AND NOTICE (1.1); PREPARE EXHIBITS TO SAME FOR EFILING (.3) | 1.40 | $273.00 |
| 11/21/2013 | 012 | S LENKIEWICZ | REVISE DUANE MORRIS 50TH QUARTERLY FEE APPLICATION | 0.30 | $58.50 |
| 11/25/2013 | 012 | S LENKIEWICZ | PREPARE CERTIFICATE OF NO OBJECTION RE 138TH MONTHLY AND EFILE SAME (.3); PREPARE CERTIFICATE OF NO OBJECTION RE 139TH MONTHLY FEE APPLICATION AND EFILE SAME (.3); PREPARE CERTIFICATE OF NO OBJECTION RE 140TH MONTHLY FEE APPLICATION AND EFILE SAME (.3) | 0.90 | $175.50 |
| 11/25/2013 | 012 | S LENKIEWICZ | FINALIZE DM 50TH QUARTERLY FEE APPLICATION FOR EFILING (.2); PREPARE CERTIFICATE OF SERVICE RE SAME AND FINALIZE FOR EFILING (.2) | 0.40 | $78.00 |
| 11/26/2013 | 012 | S LENKIEWICZ | REVISE FINALIZE DUANE MORRIS 50TH QUARTERLY FEE APPLICATION FOR E-FILING (.2); REVISE CERTIFICATE OF SERVICE AND FINALIZE SAME (.2); EFILE SAME (.3); COORDINATE SERVICE OF SAME (.1) | 0.80 | $156.00 |
| | | | Code Total | 4.20 | $1,059.00 |

Duane Morris
December 10, 2013
Page 6

File # K0248-00001  INVOICE# 1919827
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/14/2013 | 013 | S LENKIEWICZ | PREPARE CNO RE CAPSTONE'S 115TH MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| 11/18/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL 50TH QUARTERLY FEE APPLICATION (.2); PREPARE CERTIFICATE OF SERVICE RE NOTICE PARTIES (.1); FINALIZE APPLICATION, EXHIBITS AND CERTIFICATES OF SERVICE FOR EFILING (.2); EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1); COORDINATE SERVICE OF NOTICE (.1) | 1.00 | $195.00 |
| 11/26/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF CAPSTONE'S 39TH QUARTERLY FEE APPLICATION FOR FILING (.2); FINALIZE APPLICATION AND EXHIBITS RE SAME (.1); PREPARE CERTIFICATE OF SERVICE FOR NOTICE AND FINALIZE FOR EFILING (.2); EFILE CAPSTONE'S 39TH QUARTERLY FEE APPLICATION (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1); COORDINATE SERVICE OF NOTICE (.1) | 0.90 | $175.50 |
| 11/26/2013 | 013 | S LENKIEWICZ | PREPARE CNO REGARDING STROOCK'S 150TH MONTHLY FEE APPLICATION (.2); EFILE SAME(.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| | | | Code Total | 2.90 | $565.50 |

Duane Morris
December 10, 2013
Page 7

File # K0248-00001                                                                                              INVOICE# 1919827
　　　W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|---|---|
| 11/14/2013 | 017 | MR LASTOWSKI | REVIEW APPEAL STATUS | | 0.40 | $318.00 |
| | | | | Code Total | 0.40 | $318.00 |
| | | | TOTAL SERVICES | | 10.10 | $3,229.50 |

Duane Morris
December 10, 2013
Page 8

File # K0248-00001                                                INVOICE# 1919827
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 11/30/2013 | PACER FEDERAL DOCKET COSTS | | 68.20 |
| | | Total: | $68.20 |
| 11/30/2013 | PRINTING & DUPLICATING | | 280.20 |
| | | Total: | $280.20 |
| | | TOTAL DISBURSEMENTS | $348.40 |

Duane Morris
December 10, 2013
Page 9

File # K0248-00001                                                                INVOICE# 1919827
         W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 2.10 | 795.00 | $1,669.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 8.00 | 195.00 | $1,560.00 |
| | | | 10.10 | | $3,229.50 |