**EXHIBIT A**

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

January 08, 2014

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1924880          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2013 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 2.90 hrs. at | $795.00 /hr. = | $2,305.50 | |
| S LENKIEWICZ | PARALEGAL | 5.40 hrs. at | $195.00 /hr. = | $1,053.00 | |
| | | | | | $3,358.50 |

DISBURSEMENTS
MESSENGER SERVICE                                   $10.00
OVERNIGHT MAIL                                      $21.52
PACER FEDERAL DOCKET COSTS                          $46.20
POSTAGE                                            $244.18
TOTAL DISBURSEMENTS                                                $321.90

BALANCE DUE THIS INVOICE                                         $3,680.40

Duane Morris
January 08, 2014
Page 2

File # K0248-00001 INVOICE# 1924880
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/12/2013 | 004 | S LENKIEWICZ | REVIEW DOCKET RE OMNIBUS HEARING AND ORDER REGARDING QUARTERLY FEE APPLICATIONS(.2); OFFICE CONFERENCE WITH M. LASTOWSKI RE SAME (.1) | 0.30 | $58.50 |
| | | | Code Total | 0.30 | $58.50 |

File # K0248-00001                                                                                          INVOICE# 1924880
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/17/2013 | 006 | MR LASTOWSKI | REVIEW AMENDED HEARING AGENDA (.1); REVIEW ORDERS ENTERED IN CONNECTION WITH HEARING (.3) | 0.40 | $318.00 |
| | | | Code Total | 0.40 | $318.00 |

Duane Morris
January 08, 2014
Page 4

File # K0248-00001  INVOICE# 1924880
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/3/2013 | 012 | S LENKIEWICZ | REVIEW DUANE MORRIS' OCTOBER INVOICE AND PREPARE SAME FOR EFILING | 0.20 | $39.00 |
| 12/4/2013 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS MAY AND JUNE MONTHLY FEE APPLICATIONS (.1); PREPARE CNO RE MAY AND JUNE FEE APPLICATIONS (.3); EFILE SAME (.3); FORWARD AS-FIELD COPIES TO J. DAY (.1) | 0.80 | $156.00 |
| 12/6/2013 | 012 | S LENKIEWICZ | REVIEW DOCKET RE OBJECTIONS TO DUANE MORRIS 136TH MONTHLY FEE APPLICATION (.1); PREPARE AND EFILE CNO RE SAME (.3) | 0.40 | $78.00 |
| 12/10/2013 | 012 | S LENKIEWICZ | PREPARE 141ST MONTHLY FEE APPLICATION OF DUANE MORRIS LLP AND EFILE SAME (.7) | 0.70 | $136.50 |
| | | | Code Total | 2.10 | $409.50 |

Duane Morris
January 08, 2014
Page 5

File # K0248-00001  INVOICE# 1924880
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/2/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL 151ST MONTHLY FEE APPLICATION (.1); FINALIZE SSL 151ST MONTHLY FEE APPLICATION AND EFILE SAME (.4); FORWARD FILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 12/6/2013 | 013 | S LENKIEWICZ | PREPARE CNO'S REGARDING SSL'S 49TH QUARTERLY (.2) AND CAPSTONE'S 38TH QUARTERLY (.1); EFILE SAME (.3); FORWARD EFILING CONFIRMATIONS TO D. MOHAMMAD (.1) | 0.70 | $136.50 |
| 12/30/2013 | 013 | S LENKIEWICZ | PREPARE CNO RE CAPSTONE 116TH MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 12/30/2013 | 013 | S LENKIEWICZ | PREPARE CNO RE SSL 151ST H MONTHLY FEE APPLICATION (.2); FINALIZE AND EFILE SAME (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.60 | $117.00 |
| 12/30/2013 | 013 | S LENKIEWICZ | FINALIZE NOTICE OF SSL'S 152ND MONTHLY FEE APPLICATION (.1); FINALIZE AND EFILE SSL 152ND MONTHLY FEE APPLICATION, CERTIFICATE OF SERVICE AND EXHIBITS (.3); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $97.50 |
| | | | Code Total | 3.00 | $585.00 |

Duane Morris
January 08, 2014
Page 6

File # K0248-00001  INVOICE# 1924880
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/16/2013 | 017 | MR LASTOWSKI | REVIEW APPELLATE STATUS | 0.30 | $238.50 |
| 12/24/2013 | 017 | MR LASTOWSKI | E-MAIL FROM D. WILDES RE: SETTLEMENT BETWEEN DEBTORS AND LENDER GROUP; REVIEW SETTLEMENT MOTION | 2.20 | $1,749.00 |
| | | | Code Total | 2.50 | $1,987.50 |
| | | | TOTAL SERVICES | 8.30 | $3,358.50 |

File # K0248-00001                                                                INVOICE# 1924880
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---|
| 12/31/2013 | POSTAGE | 244.18 |
| | Total: | $244.18 |
| 11/26/2013 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITHASSOCIATES - ROCKWALL, TX FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #797250198460) | 11.84 |
| 11/26/2013 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM STEPHANIE LENKIEWICZ AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #797250206430) | 9.68 |
| | Total: | $21.52 |
| 12/31/2013 | PACER FEDERAL DOCKET COSTS | 46.20 |
| | Total: | $46.20 |
| 12/31/2013 | MESSENGER SERVICE | 10.00 |
| | Total: | $10.00 |
| | TOTAL DISBURSEMENTS | $321.90 |

Duane Morris
January 08, 2014
Page 8

File # K0248-00001                                                                               INVOICE# 1924880
         W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 2.90 | 795.00 | $2,305.50 |
| 03723 | S LENKIEWICZ | PARALEGAL | 5.40 | 195.00 | $1,053.00 |
| | | | 8.30 | | $3,358.50 |