## EXHIBIT A

### December 2013
### Summary of Hours

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 12/5/2013 | 1.50 | $575 | $862.50 | Peer review of cash flow analysis of pro rata share |
| | | 1.50 | | $862.50 | |
| Jeff Kimble | 12/2/2013 | 1.50 | $515 | $772.50 | Prepared 12/9/13 and 12/20/13 reports to Orrick estimating Trust cash flows under various scenarios |
| Jeff Kimble | 12/3/2013 | 2.50 | $515 | $1,287.50 | Prepared 12/9/13 and 12/20/13 reports to Orrick estimating Trust cash flows under various scenarios |
| Jeff Kimble | 12/4/2013 | 3.00 | $515 | $1,545.00 | Prepared 12/9/13 and 12/20/13 reports to Orrick estimating Trust cash flows under various scenarios |
| Jeff Kimble | 12/5/2013 | 5.50 | $515 | $2,832.50 | Prepared 12/9/13 and 12/20/13 reports to Orrick estimating Trust cash flows under various scenarios |
| Jeff Kimble | 12/6/2013 | 1.50 | $515 | $772.50 | Prepared 12/9/13 and 12/20/13 reports to Orrick estimating Trust cash flows under various scenarios |
| Jeff Kimble | 12/9/2013 | 1.20 | $515 | $618.00 | Prepared 12/9/13 and 12/20/13 reports to Orrick estimating Trust cash flows under various scenarios |
| Jeff Kimble | 12/16/2013 | 2.00 | $515 | $1,030.00 | Prepared 12/9/13 and 12/20/13 reports to Orrick estimating Trust cash flows under various scenarios |
| Jeff Kimble | 12/17/2013 | 0.50 | $515 | $257.50 | Prepared 12/9/13 and 12/20/13 reports to Orrick estimating Trust cash flows under various scenarios |
| Jeff Kimble | 12/19/2013 | 6.50 | $515 | $3,347.50 | Prepared 12/9/13 and 12/20/13 reports to Orrick estimating Trust cash flows under various scenarios |
| Jeff Kimble | 12/20/2013 | 2.50 | $515 | $1,287.50 | Prepared 12/9/13 and 12/20/13 reports to Orrick estimating Trust cash flows under various scenarios |
| | | 26.70 | | $13,750.50 | |
| Steve Lin | 12/19/2013 | 3.50 | $575 | $2,012.50 | Peer review of 12/20/13 PowerPoint report on cash flow |
| Steve Lin | 12/20/2013 | 1.00 | $575 | $575.00 | Peer review of 12/20/13 PowerPoint report on cash flow |
| | | 4.50 | | $2,587.50 | |
| Adam Luechtefeld | 12/5/2013 | 2.00 | $330 | $660.00 | Technical review of cash flow scenarios |
| Adam Luechtefeld | 12/19/2013 | 1.00 | $330 | $330.00 | Technical review of cash flow scenarios |
| Adam Luechtefeld | 12/20/2013 | 0.50 | $330 | $165.00 | Technical review of cash flow scenarios |
| | | 3.50 | | $1,155.00 | |
| Rhamonda Riggins | 12/4/2013 | 1.50 | $330 | $495.00 | Review RUST database for additional fields identifying settled claims |
| | | 1.50 | | $495.00 | |
| David Wolf | 12/3/2013 | 3.50 | $450 | $1,575.00 | Update of cash flow projection model |
| David Wolf | 12/4/2013 | 5.00 | $450 | $2,250.00 | Update of cash flow projection model |
| David Wolf | 12/5/2013 | 1.50 | $450 | $675.00 | Update of cash flow projection model |
| David Wolf | 12/16/2013 | 2.00 | $450 | $900.00 | Update of cash flow projection model |
| David Wolf | 12/17/2013 | 2.00 | $450 | $900.00 | Update of cash flow projection model |
| David Wolf | 12/19/2013 | 1.00 | $450 | $450.00 | Update of cash flow projection model |
| David Wolf | 12/20/2013 | 1.50 | $450 | $675.00 | Update of cash flow projection model |
| | | 16.50 | | $7,425.00 | |
| | | 54.20 | | $26,275.50 | |