# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners 1, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 101 - Bankruptcy Matters**

**Expenses**

| Description | Total | |
|---|---|---|
| Photocopying | $ | 15.20 |
| | | |
| **TOTAL** | $ | **15.20** |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 30, 2013
Invoice No.: 531092
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through November 30, 2013

Disbursements                                                              $15.20

**Total Fees and Disbursements**                              **$15.20**

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 531092
December 30, 2013
Page 2

## Disbursement Summary

| Date | | Amount |
|------|------|--------|
| 11/06/13 | In-House Photocopying | 15.20 |
| | **Total Disbursements** | **$15.20** |
| | **Total Fees and Disbursements** | **$15.20** |


# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 30, 2013
Invoice No.: 531092
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

**Total Fees and Disbursements**          **$15.20**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions**<br>CitiBank, N.A.<br>666 5th Avenue, Floor 5<br>New York, NY 10103 | ABA: 221172610<br>Swift #: CITIUS33<br>Account #: 1255513785<br>Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 531092
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $626.00 | 3.8 | $ 2,378.80 |
| Jacob N. Polatin | Partner | Real Estate | $585.00 | 8.6 | $ 5,031.00 |
| | | | | | |
| TOTAL | | | | 12.4 | $ 7,409.80 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $ 6.76 |
| Title Examination | $ 876.00 |
| | |
| TOTAL | $ 882.76 |



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 30, 2013
Invoice No.: 531093
Matter No.: 08743.00102

Re:   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through November 30, 2013

| | |
|---|---:|
| Fees | $7,409.80 |
| Disbursements | 882.76 |
| **Total Fees and Disbursements** | **$8,292.56** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON   WASHINGTON   PARIS   FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 531093
December 30, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/01/13 | Jaffe | P230 | Team telephone conference regarding status of cleanup issues and negotiations with town, and preparing for same (1.3). | 1.3 |
| 11/06/13 | Jaffe | P230 | Reviewing, revising, draft MOU with Town and emails with team regarding same (1.2). | 1.2 |
| 11/06/13 | Polatin | P230 | Revise GERE and draft new GEREs (4.1). | 4.1 |
| 11/07/13 | Polatin | P230 | Revise GEREs (2.9). | 2.9 |
| 11/12/13 | Jaffe | P230 | Attention to Shaffer issues, including reviewing EPA information request to Shaffers and emails with team regarding same (.4). | 0.4 |
| 11/13/13 | Polatin | P230 | Review title to Oak Hill Trust lot; send plan to client to confirm lot (1.6). | 1.6 |
| 11/15/13 | Jaffe | P230 | Emails with Mr. Bucens regarding Shaffer issues and reviewing emails between Shaffers and EPA (.4). | 0.4 |
| 11/21/13 | Jaffe | P230 | Reviewing final documents from Mr. Campbell (.5). | 0.5 |
| | | | **Total Hours** | **12.4** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 531093
December 30, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 3.8 | at | 626.00 | = | 2,378.80 |
| Jacob N. Polatin | 8.6 | at | 585.00 | = | 5,031.00 |
| **Total Fees** | | | | | **$7,409.80** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 531093
December 30, 2013
Page 4

**Disbursement Summary**

| Date | | Amount |
|---|---|---|
| 11/21/13 | Telephone | 6.76 |
| 11/21/13 | Title Searches, Reports & Related Costs ADELSON LORIA & WEISMAN P.C. Title examination with Norfolk County Registry of Deeds, report of November 13, 2013 & Registry photocopies. 11/14/13 | 876.00 |
| | **Total Disbursements** | **$882.76** |

| | | |
|---|---|---|
| **Total Fees** | | $7,409.80 |
| **Total Disbursements** | | 882.76 |
| **Total Fees and Disbursements** | | $8,292.56 |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 30, 2013
Invoice No.: 531093
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**   **$8,292.56**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions**<br>CitiBank, N.A.<br>666 5th Avenue, Floor 5<br>New York, NY 10103 | ABA: 221172610<br>Swift #: CITIUS33<br>Account #: 1255513785<br>Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #: 08743.00102, Invoice #: 531093**
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 103 – Wells G&H Superfund Site**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $626.00 | 4.6 | $  2,879.60 |
| | | | | | |
| TOTAL | | | | 4.6 | $  2,879.60 |


# FOLEY
# HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 30, 2013
Invoice No.: 531094
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

For Professional Services rendered through November 30, 2013

Fees                                                           $2,879.60

**Total Fees and Disbursements**                        **$2,879.60**

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 531094
December 30, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/05/13 | Jaffe | P230 | Emails with Mr. Bibler and Ms. Duff regarding Central Area allocation issues (.3). | 0.3 |
| 11/08/13 | Jaffe | P230 | Meeting with Ms. Duff regarding potential mediation (.4). | 0.4 |
| 11/12/13 | Jaffe | P230 | Reviewing, revising, draft annual groundwater report and emails with team regarding same (1.6); reviewing, revising, draft report to court and emails with team regarding same (.4). | 2.0 |
| 11/13/13 | Jaffe | P230 | Attention to annual groundwater report, including reviewing, revising, same, and emails with team regarding same (1.3). | 1.3 |
| 11/13/13 | Jaffe | P230 | Emails with Mr. Bibler and Ms. Duff regarding mediation (.3) | 0.3 |
| 11/22/13 | Jaffe | P230 | Emails with Ms. Duff regarding potential mediation (.3). | 0.3 |
| | | | **Total Hours** | **4.6** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 531094
December 30, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 4.6 | at | 626.00 | = | 2,879.60 |
| **Total Fees** | | | | | $2,879.60 |

| | | |
|---|---|---|
| **Total Fees** | | $2,879.60 |
| **Total Fees and Disbursements** | | $2,879.60 |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

December 30, 2013
Invoice No.: 531094
Matter No.: 08743.00103

Re:   **Wells G&H Superfund Site**

Total Fees and Disbursements                $2,879.60

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions**<br>CitiBank, N.A.<br>666 5th Avenue, Floor 5<br>New York, NY 10103 | ABA: 221172610<br>Swift #: CITIUS33<br>Account #: 1255513785<br>Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 531094
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 115 – Town of Acton litigation

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Jesse Alderman | Associate | Environmental | $338.00 | 8.6 | $ 2,906.80 |
| Coleen Doyle | Paralegal | Administrative | $248.00 | 0.3 | $ 74.40 |
| Seth D. Jaffe | Partner | Environmental | $626.00 | 18.7 | $ 11,706.20 |
| | | | | | |
| TOTAL | | | | 27.6 | $ 14,687.40 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $ 6.89 |
| Document Production | $ 200.70 |
| Computer Research | $ 38.00 |
| | |
| TOTAL | $ 245.59 |



**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

December 30, 2013
Invoice No.: 531095
Matter No.: 08743.00115

**Re:**    **Town of Acton litigation**

For Professional Services rendered through November 30, 2013

| | |
|---|---:|
| Fees | $14,687.40 |
| Disbursements | 245.59 |
| **Total Fees and Disbursements** | **$14,932.99** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    PARIS    FOLEYHOAG.COM

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 531095
December 30, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 11/01/13 | Alderman | P230 | Analysis and review of groundwater MCLs, MLCGs, and monitoring data and drafting of related argument regarding Bylaw stringency (1.1); final proofread of Reply (1.0); filing of brief (.4); transmission of materials through large file transfer system (.2); conferences with S. Jaffe (.2). | 2.9 |
| 11/01/13 | Jaffe | P230 | Finalizing reply brief and preparing for oral argument (1.4). | 1.4 |
| 11/01/13 | Doyle | P230 | File via ECF Motion for Leave to File Reply Brief along with Proposed Reply Brief and electronic correspondence with J. Alderman regarding same (.3). | 0.3 |
| 11/04/13 | Alderman | P230 | Discussion with Clerk Kellyann Moore regarding filing of allowed brief (.2); docket management (.2); attention to electronic filing of brief (.4). | 0.8 |
| 11/05/13 | Jaffe | P230 | Attention to oral argument preparation, including reviewing cases for same and emails with EPA counsel regarding same (1.8). | 1.8 |
| 11/06/13 | Jaffe | P230 | Preparing for oral argument, including reviewing briefs, affidavits, and cases, and telephone call with DOJ attorney (3.3). | 3.3 |
| 11/06/13 | Alderman | P230 | Conference with S. Jaffe and P. Rosen regarding oral argument preparation. | 0.3 |
| 11/07/13 | Jaffe | P230 | Preparing for court hearing, including reviewing briefs and cases and telephone call and email with DOJ attorney (4.3) | 4.3 |
| 11/07/13 | Alderman | P230 | Compiled cases for S. Jaffe in preparation for oral argument (.1); attention to e-mails (.1). | 0.2 |
| 11/08/13 | Alderman | P230 | Case preparation conference with L. Duff and S. Jaffe (1.5); preparation of materials, binders and case indices for oral argument (1.0); attended oral argument (1.8). | 4.3 |
| 11/08/13 | Jaffe | P230 | Attention to motion hearing, including preparation for same; meeting with Ms. Duff and Mr. Alderman regarding same; attendance at hearing, and post-mortem (6.5); telephone calls to MassDEP regarding state preemption | 6.8 |

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 531095
December 30, 2013
Page 3

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| | | | issues (.3). | |
| 11/13/13 | Jaffe | P230 | Telephone call with MassDEP counsel (.2). | 0.2 |
| 11/14/13 | Alderman | P230 | Ordered Transcript of Hearing from Court Reporter (.1). | 0.1 |
| 11/14/13 | Jaffe | P230 | Emails with DOJ counsel regarding MassDEP (.3). | 0.3 |
| 11/15/13 | Jaffe | P230 | Emails with DOJ attorney regarding contacts with DEP (.3). | 0.3 |
| 11/22/13 | Jaffe | P230 | Emails with Ms. Duff regarding MassDEP response to court (.3). | 0.3 |
| | | | **Total Hours** | **27.6** |

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 531095
December 30, 2013
Page 4

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jesse Alderman | 8.6 | at | 338.00 | = | 2,906.80 |
| Coleen Doyle | 0.3 | at | 248.00 | = | 74.40 |
| Seth D. Jaffe | 18.7 | at | 626.00 | = | 11,706.20 |
| **Total Fees** | | | | | **$14,687.40** |

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 531095
December 30, 2013
Page 5

## Disbursement Summary

| Date | | Amount |
|------|------|--------|
| 11/06/13 | Telephone 12023537792 - Washington - DC (USA) | 1.43 |
| 11/08/13 | Telephone 14105314646 - Columbia - MD (USA) call made from conf. room 16 Bubble | 1.04 |
| 11/08/13 | Telephone 14105318802 - Columbia - MD (USA) call made from conf. room 16 Bubble | 1.82 |
| 11/08/13 | Telephone 14105318802 - Columbia - MD (USA) call made from conf. room 16 Bubble | 1.43 |
| 11/08/13 | Telephone 14109608614 - Baltimore - MD (USA) call made from conf. room 16 Bubble | 1.17 |
| 11/08/13 | Document Production 1000 or 1 more | 196.30 |
| 11/08/13 | Tabs | 4.40 |
| 11/07/13 | Computer Research, Westlaw Firm User: ALDERMAN,JESSE H | 38.00 |

**Total Disbursements** $245.59

| | |
|------|------|
| **Total Fees** | $14,687.40 |
| **Total Disbursements** | 245.59 |
| **Total Fees and Disbursements** | $14,932.99 |



FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

## To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

December 30, 2013
Invoice No.: 531095
Matter No.: 08743.00115

Re:    Town of Acton litigation

Total Fees and Disbursements          $14,932.99

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions**<br>CitiBank, N.A.<br>666 5th Avenue, Floor 5<br>New York, NY 10103 | ABA: 221172610<br>Swift #: CITIUS33<br>Account #: 1255513785<br>Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00115, **Invoice #:** 531095
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:**  W.R. Grace & Company