# EXHIBIT A

Professional services rendered through: October 31, 2013

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/21/13 | M.D. Lerner | Discuss question regarding IRS carrybacks with client. | 0.90 |
| 10/22/13 | M.D. Lerner | Review materials on NOLs and communicate response | 0.40 |
| 10/21/13 | B. Davidson | In response to Mr. Lerner's request, research procedures for expedited refunds and draft outline about such procedures | 6.30 |
| 10/22/13 | B. Davidson | Follow-up research on refund of overpayments and application of NOLs. | 6.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 1.30 | 950.00 | 1,235.00 |
| B. Davidson | 12.30 | 555.00 | 6,826.00 |

Total Fees $8,061.50

Disbursements: None

Total Disbursements $0

6