**EXHIBIT B**

**STEPTOE**

**Detail Cost Report**

**No Costs**