Page 1

1  UNITED STATES BANKRUPTCY COURT
2  DISTRICT OF DELAWARE
3  Case No. 01-01139(KJC)
4  - - - - - - - - - - - - - - - - - - - - - - - - - - -x
5  In the Matter of:
6
7  W.R. GRACE & CO., ET AL.,
8
9          Debtors.
10
11 - - - - - - - - - - - - - - - - - - - - - - - - - - -x
12
13                          United States Bankruptcy Court
14                          824 North Market Street
15                          Wilmington, Delaware
16
17                          January 29, 2014
18                          10:00 AM
19
20 B E F O R E :
21 HON KEVIN J. CAREY
22 U.S. BANKRUPTCY JUDGE
23
24 ECR OPERATOR:  AL LUGANO
25

1  HEARING re Telephonic Hearing
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Dawn South

```
 1  A P P E A R A N C E S :
 2  PACHULSKI STANG ZIEHL & JONES
 3       Attorney for the Debtors
 4       919 North Market Street
 5       17th Floor
 6       Wilmington, DE 19801
 7
 8  BY:  JAMES E. O'NEILL, ESQ. (TELEPHONIC)
 9
10  KIRKLAND & ELLIS LLP
11       Attorney for the Debtors
12       300 North LaSalle
13       Chicago, IL 60654
14
15  BY:  ADAM PAUL, ESQ. (TELEPHONIC)
16
17
18
19
20
21
22
23
24
25
```

1                P R O C E E D I N G S
2         THE CLERK:  Court is now in session.
3         THE COURT:  Good morning this is Judge Carey,
4    we're on the record on the W.R. Grace & Co. and related
5    Chapter 11 proceedings.
6         There were matters listed for hearing today, but I
7    did, based on submission of certificates, sign the orders
8    for those listed matters.
9         But because after inheriting this case I really
10   haven't had an overall discussion with the parties I've
11   asked the parties to join me by conference telephone today
12   simply to tell me where things stand and how the exit from
13   Chapter 11 will work and when.
14        So at this point I'll turn the matter initially
15   over to counsel for debtor.
16        MR. O'NEILL:  Good morning, Your Honor, James
17   O'Neill appearing on behalf of the debtors.  Thank very much
18   for entering the orders on our agenda.
19        My co-counsel, Adam Paul, from the Kirkland &
20   Ellis firm is appearing by telephone today, and he can give
21   the Court an overall view as to where we go from here.
22        THE COURT:  All right.  Thank you.
23        MR. PAUL:  Good morning, Your Honor, Adam Paul
24   appearing on behalf of the debtors and debtors in
25   possession, which as Your Honor pointed out and has probably

1   been able to see from some of the filings -- or the more

2   recent filings associated with the settlement of our issues

3   with the prepetition lenders, the exit financing, and then

4   certain stipulations of dismissal, we're hopeful that this

5   will be a call where it would be the final call where I am

6   appearing on behalf of the debtors in possession, soon to be

7   reorganized debtors.

8           Your Honor, it is appropriate to give Your Honor a

9   status update at this time, because as I was saying

10  previously, and as Your Honor has seen from the recent

11  filings, we are in the very active stages and hopefully

12  final stages of finalizing all of the effective date

13  documents and satisfying all of the conditions, which in a

14  case such as this one are a number of substantive conditions

15  to going effective.

16          The parties, following the dismissal of all of the

17  appeals, other than the lender appeal, have been working

18  cooperatively and constructively in finalizing all of the

19  effective date documents and attempting to satisfy all of

20  the conditions to the effective date.  And while obviously

21  again in a case as complicated as this one there are a

22  number of plan proponents along with two contributors to the

23  asbestos PI trust and PD trust, (indiscernible - 10:03:32)

24  that are also interested in the satisfaction for wavier of

25  these conditions to the effective date.

1                And so while Your Honor we're cautiously
2    optimistic that we will be emerging from bankruptcy in the
3    very near term, obviously all of the parties are still
4    reserving their rights to review and ultimately be satisfied
5    that these conditions to the effective date have either been
6    satisfied or waived.
7                But for all intents and purposes, Your Honor, and
8    given the recent settlements that we reached with the
9    prepetition lenders, given our successful motion to enter
10   into the exit financing papers, and our recent finalization
11   of all of the effective date documents, many of which were
12   filed with the court last night, we again are optimistic
13   that we are in the final stages and we will be going
14   effective in the very near term.
15               I'm happy to answer any questions Your Honor has
16   with respect to where things stand or any of the recent
17   motions or any questions with rest to post-effective
18   matters.
19               THE COURT:  I don't at the moment, thank you,
20   Mr. Paul.
21               But I will ask if anyone else wishes to be heard
22   simply in connection with general status.  I hear no
23   response.
24               Well, I thank you then for joining me this morning
25   for this brief report, I appreciate it.  Wish you the best

1 of luck in finishing up this long-standing Chapter 11.
2          With that I will end this hearing and stand in
3 recess.  Thank you all.
4      (Whereupon these proceedings were concluded at 10:05
5 AM)

1  C E R T I F I C A T I O N

2

3  I, Dawn South, certify that the foregoing transcript is a

4  true and accurate record of the proceedings.

5

6  Dawn South  Digitally signed by Dawn South
DN: cn=Dawn South, o, ou,
email=digital1@veritext.com,
c=US
Date: 2014.02.10 14:45:30
-05'00'

7

8  AAERT Certified Electronic Transcriber CET**D-408

9

10  Veritext

11  330 Old Country Road

12  Suite 300

13  Mineola, NY 11501

14

15  Date:   January 30, 2014