**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, <u>et</u> <u>al.</u>, | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 31593**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for December 1, 2013 through December 31, 2013 filed on January 14, 2014. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than February 11, 2014. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

February 12, 2014                                        **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _/s/ Warren H. Smith_
             Warren H. Smith
             State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
(214) 698-3868 (Main)
(214) 722-0081 (Fax)

**FEE AUDITOR**