# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | : | |
| | : | Chapter 11 |
| W. R. GRACE & CO. | : | |
| | : | Case No. 01-01139 (KJC) |
| Debtor. | : | Related Docket Item: 31613 |

### <u>NO ORDER REQUIRED</u> CERTIFICATION OF NO OBJECTION TO INTERIM FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE CALIFORNIA WATER'S EDGE ELECTION TAX PROJECT FOR THE MONTHS OF SEPTEMBER THROUGH OCTOBER 2013

On January 21, 2014, PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants to the Debtors filed its <u>Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses for the California Water's Edge Election Tax Project for the Months of September through October 2013</u> (Docket No. 31613) (the "Application"). The notice filed with the Application provided an objection deadline of 4:00 pm (Eastern Standard Time) on February 10, 2014. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Administrative Order Pursuant to Sections 105 and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals dated December 31, 2001 ("the Order"), the Debtor is authorized to pay PwC $40,539.15 which represents eighty percent (80%) of the fees requested in the Application upon the filing of this Certification and without the need for entry of a Court order approving the Application.

| | |
|---|---|
| Dated:  February 12, 2014 | SMITH, KATZENSTEIN & JENKINS LLP |

/s/Kathleen M. Miller
Kathleen Miller (I.D.  No. 2898)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone:  302-652-8400
Facsimile:  302-652-8405
Email: Kmiller@skjlaw.com

Attorneys for PricewaterhouseCoopers LLP

**CERTIFICATE OF SERVICE**

    I hereby certify that on the **12th** day of **February 2014** a copy of the *No Order Required Certification of No Objection to Interim Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the California Water's Edge Election Tax Project for the Months of September through October 2013* was served on the following parties in the manner herein indicated:

Mark Shelnitz, Senior Vice President and General Counsel
Richard C. Finke, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
VIA U.S. MAIL / E-MAIL IN PDF FORMAT TO
mark.shelnitz@grace.com
richard.finke@grace.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
VIA E-MAIL IN PDF FORMAT TO  ljones@pszjlaw.com

Neil Glassman, Esq.
Kathryn Sallie, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT TO nglassman@bayardlaw.com

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
VIA E-MAIL IN PDF FORMAT TO mlastowski@duanemorris.com

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT TO ttacconelli@ferryjoseph.com

Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801
VIA E-MAIL IN PDF FORMAT TO mhurford@camlev.com

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington DE  19801
VIA E-MAIL IN PDF FORMAT TO tcurrier@saul.com.

Richard Schepacarter
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801
VIA U.S. MAIL

Roger J. Higgins, Esq.
The Law Offices of Roger Higgins, LLC
111 East Wacker Dr.
Suite 2800
Chicago, IL 60601
VIA E-MAIL IN PDF FORMAT TO
rhiggins@rogerhigginslaw.com

02411:PLDG:10228976.DOC.1

| | |
|---|---|
| Latham & Watkins<br>Sears Tower<br>Suite 5800<br>Chicago, IL 60606<br>VIA E-MAIL IN PDF FORMAT<br>TO douglas.bacon@lw.com and<br>carol.hennessey@lw.com | Philip Bentley, Esq.<br>Kramer, Levin, Naftalis &<br>Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022<br>VIA E-MAIL IN PDF FORMAT<br>TO pbentley@kramerlevin.com |
| Denise K. Wildes, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>VIA E-MAIL IN PDF FORMAT TO<br>dwildes@stroock.com | Warren H. Smith<br>Warren H. Smith & Associates<br>2235 Ridge Road<br>Suite 105<br>Rockwall, TX 75087<br>VIA U.S. MAIL/E-MAIL IN AN<br>ELECTRONIC FORMAT TO<br>feeaudit@whsmithlaw.com |
| Scott L. Baena, Esq.<br>Jay M. Sakalo, Esq.<br>Bilzin, Sumberg, Dunn, Baena,<br>Price & Axelrod, LLP<br>First Union Financial Center<br>200 South Biscayne Blvd, Suite 2500<br>Miami, FL 33131<br>VIA E-MAIL IN PDF FORMAT<br>TO jsakalo@bilzin.com | James E. O'Neill, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>VIA E-MAIL IN PDF FORMAT<br>TO joneill@pszyj.com |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022<br>VIA E-MAIL IN PDF FORMAT<br>TO pvnl@capdale.com | |

*/s/Kathleen M. Miller*
Kathleen M. Miller (ID No. 2898)