# Attachment B
# To Fee Application
# Summary of PwC's Fees By Professional
# For the month of December 2013

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of December 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | 1,106.17 |
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | 1,106.17 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | 1,106.17 |
| Sara L DeSmith | Audit Partner | 20+ | Integrated Audit | 1,036.32 | 1.5 | 1,554.48 |
| Edward J Abahoonie | Audit Partner | 20+ | Integrated Audit | 927.10 | 2.5 | 2,317.75 |
| Yosef Barbut | Audit Director | 20+ | Integrated Audit | 886.46 | 4.0 | 3,545.84 |
| Gina M Klein | Audit Director | 20+ | Integrated Audit | 886.46 | 1.0 | 886.46 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 13.5 | 11,298.56 |
| Nicole S. Berman | Tax Director | 20+ | Integrated Audit | 793.76 | 0.5 | 396.88 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 781.05 | 1.0 | 781.05 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 723.90 | 22.0 | 15,925.80 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 622.55 | 11.0 | 6,848.05 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 505.46 | 58.0 | 29,316.68 |
| David C Sands | Audit Director | 11 | Integrated Audit | 459.74 | 1.0 | 459.74 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | 437.33 | 1.5 | 656.00 |
| Stanislaus Richard Gomes | Audit Manager | 9 | Integrated Audit | 416.56 | 4.0 | 1,666.24 |
| Pavel Katsiak | Audit Manager | 9 | Integrated Audit | 388.62 | 5.5 | 2,137.41 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 5.0 | 1,663.70 |
| Alexandra L Schmidt | Audit Senior Associate | 7 | Integrated Audit | 325.12 | 102.0 | 33,162.24 |
| Jeff Moore | Audit Senior Associate | 5 | Integrated Audit | 300.99 | 7.5 | 2,257.43 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 270.51 | 108.2 | 29,269.18 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 254.00 | 114.5 | 29,083.00 |
| Steven A De La Fe | Tax Senior Associate | 4 | Integrated Audit | 252.11 | 5.0 | 1,260.55 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 247.65 | 26.0 | 6,438.90 |
| Yang Zhao | Audit Experienced Associate | 3 | Integrated Audit | 212.09 | 1.0 | 212.09 |
| Thang Toan To | Audit Associate | 2 | Integrated Audit | 196.85 | 82.5 | 16,240.13 |
| Ian Matthew Thomas | Audit Associate | 2 | Integrated Audit | 189.23 | 99.8 | 18,885.15 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 8.0 | 1,513.84 |

::131st December Fee App - Attach B.docx.1

| Name | Title | | Project Category | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 116.5 | 20,417.79 |
| Jake Schoenfeld | Audit Associate | 1 | Integrated Audit | 175.26 | 69.0 | 12,092.94 |
| Anabel De la Rosa | Tax Associate | 1 | Integrated Audit | 174.93 | 6.0 | 1,049.58 |
| Christopher Michael Sutton | Audit Associate | 1 | Integrated Audit | 143.51 | 116.7 | 16,747.62 |
| Leslie Ann Bradley | Audit Associate | 1 | Integrated Audit | 143.51 | 40.0 | 5,740.40 |
| Michael Schmidt | Audit Associate | 1 | Integrated Audit | 128.27 | 0.7 | 89.79 |
| Kiris Miranda | Audit Associate | 1 | Integrated Audit | 128.27 | 13.3 | 1,705.99 |
| Jeremy C Johnson | Project Specialist | 1 | Integrated Audit | 120.00 | 0.2 | 24.00 |
| Alicia Bolland | Project Specialist | 1 | Integrated Audit | 120.00 | 9.9 | 1,188.00 |
| Todd A Brown | Project Specialist | 1 | Integrated Audit | 120.00 | 0.2 | 24.00 |
| Brian David Detwiler | Project Specialist | 1 | Integrated Audit | 120.00 | 1.2 | 144.00 |
| Vineet Agarwal | Project Specialist | 1 | Integrated Audit | 120.00 | 0.2 | 24.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | 300.00 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | 300.00 |
| Maximiliano Benitez | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Shilpi Agarwal | Project Specialist | 1 | Integrated Audit | 120.00 | 0.8 | 96.00 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | 300.00 |
| Carolina Sanchez Hernandez | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Laura Audette | Project Specialist | 1 | Integrated Audit | 120.00 | 6.3 | 756.00 |
| LucÃa B Salazar | Project Specialist | 1 | Integrated Audit | 120.00 | 15.5 | 1,860.00 |
| Shanee Ceglarek | Project Specialist | 1 | Integrated Audit | 120.00 | 6.6 | 792.00 |
| Timika Martin | Project Specialist | 1 | Integrated Audit | 120.00 | 17.2 | 2,064.00 |
| Mariano Salinas | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Robert Damon | Project Specialist | 1 | Integrated Audit | 120.00 | 1.1 | 132.00 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | 114.30 | 0.4 | 45.72 |
| Maria C Zeballos | Project Specialist | 1 | Integrated Audit | 114.30 | 0.6 | 68.58 |
| Diane Antonczak | Project Specialist | 1 | Integrated Audit | 114.30 | 4.8 | 548.64 |
| Rebekah Weintraub | Project Specialist | 1 | Integrated Audit | 114.30 | 1.0 | 114.30 |
| | | | | **Total** | 1,131.2 | 288,441.01 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 4.5 | | $948.69 |
|---|---|---|---|

::131st December Fee App - Attach B.docx.1

**Summary of PwC's Fees By Project Category:**
**For the month of December 2013**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 4.5 | $948.69 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay | | |

::131st December Fee App - Attach B.docx.1

| | | |
|---|---|---|
| **Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | 1,131.2 | $288,441.01 |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | 1,135.7 | $289,389.70 |

## Expense Summary
### For the month of December 2013

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $ 1,812.33 |
| **Lodging** | N/A | $ 143.12 |
| **Sundry** | N/A | $ 470.12 |
| **Business Meals** | N/A | $ 49.63 |
| **TOTAL:** | | $ 2,475.20 |

::131st December Fee App - Attach B.docx.1