# EXHIBIT - B

WR Grace
EXPENSE DETAIL
For the Month Ended December 2013

| Staff Member Name | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Adam Wilkinson | Audit | 12/2/2013 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36. |
| | Audit | 12/3/2013 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36. |
| Ryan Boyle | Audit | 12/3/2013 | 41.81 | | | | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41.i |
| | Audit | 12/9/2013 | 41.81 | | | | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41.i |
| | Audit | 12/18/2013 | 41.81 | | | | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41.i |
| | Audit | 12/19/2013 | 41.81 | | | | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41.i |
| Drew Levy | Audit | 12/2/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.1 |
| | Audit | 12/3/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.1 |
| | Audit | 12/4/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.1 |
| | Audit | 12/5/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.1 |
| | Audit | 12/6/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.1 |
| | Audit | 12/9/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.1 |
| | Audit | 12/11/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.1 |
| | Audit | 12/13/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.1 |
| | Audit | 12/16/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.1 |
| | Audit | 12/17/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.1 |
| | Audit | 12/18/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.1 |
| | Audit | 12/19/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.1 |
| | Audit | 12/20/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.1 |
| Jake Schoenfeld | Audit | 12/9/2013 | 23.84 | | | | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.i |
| | Audit | 12/11/2014 | 23.84 | | | | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.i |
| | Audit | 12/13/2014 | 23.84 | | | | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.i |
| | Audit | 12/16/2014 | 23.84 | | | | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.i |
| | Audit | 12/17/2014 | 23.84 | | | | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.i |
| | Audit | 12/18/2014 | 23.84 | | | | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.i |
| Leslie Bradley | Audit | 12/16/2013 | 31.64 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31.( |
| | Audit | 12/17/2013 | 31.64 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31.( |
| | Audit | 12/18/2013 | 31.64 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31.( |
| | Audit | 12/20/2013 | 31.64 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31.( |
| Michael Schmidt | Audit | 12/7/2013 | | | | 75.77 | Client-required steel-toed boots bought for use during Mt. Pleasant, TN inventory observation |
| Thomas Smith | Audit | 12/9/2013 | | | | 9.17 | Breakfast for 1 (Tom Smith, PwC) while visiting client site |
| | Audit | 12/9/2013 | | | | 15.94 | Dinner for 1 (Tom Smith, PwC) while visiting client site |
| | Audit | 12/9/2013 | | 126.65 | | | Hotel for 1 night while visiting client site |
| | Audit | 12/9/2013 | | 16.47 | | | Hotel tax for 1 night while visiting client site |
| | Audit | 12/9/2013 | 106.93 | | | | Avis rental car for two days while at client site |
| | Audit | 12/9/2013 | 7.92 | | | | Fuel for rental car |
| | Audit | 12/9/2013 | 66.50 | | | | Parking for 3 days at Bush Intl Airport, Houston, TX while traveling to WR Grace in Columbia MI |
| | Audit | 12/11/2013 | | | | 24.52 | Dinner for 1 (Tom Smith, PwC) while visiting client site |
| Thang To | Audit | 12/3/2013 | 25.43 | | | | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.4; |
| | Audit | 12/4/2013 | 25.43 | | | | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.4; |
| | Audit | 12/5/2014 | 25.43 | | | | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.4; |
| | Audit | 12/6/2014 | 25.43 | | | | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.4; |
| Katherine Matheson | Audit | 12/2/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | Audit | 12/4/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | Audit | 12/5/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | Audit | 12/9/2014 | 60.00 | | | | Taxi service from client event to client site |
| | Audit | 12/9/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | Audit | 12/11/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | Audit | 12/12/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | Audit | 12/16/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | Audit | 12/18/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| Ian Thomas | Audit | 12/18/2013 | 318.28 | | | | Roundtrip coach flight to Mt Nashville, TN from Baltimore, MD for travel to client inventory observation in Mt. Pleasant, T |
| Henry S Rusek | Audit | 12/10/2013 | | | 27.57 | | Expense for Accounting Resource Manual for use by W.R. Grace management. |
| Maria N Araujo | Audit | 12/26/2013 | | | 13.28 | | Shipping fees for cash and debt confirmations |
| | Audit | 12/28/2013 | | | 363.50 | | Fees for electronic cash and debt confirmations |
| **Summary** | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | $ 2,475.20 | $ 1,812.33 | $ 143.12 | $ 470.12 | $ 49.63 | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended December 2013**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Adam Wilkinson | 12/2/2013 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 12/3/2013 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| Ryan Boyle | 12/3/2013 | Audit Senior Associate | 41.81 | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41.81 ) |
| | 12/9/2013 | Audit Senior Associate | 41.81 | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41.81 ) |
| | 12/18/2013 | Audit Senior Associate | 41.81 | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41.81 ) |
| | 12/19/2013 | Audit Senior Associate | 41.81 | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41.81 ) |
| Drew Levy | 12/2/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 12/3/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 12/4/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 12/5/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 12/6/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 12/9/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 12/11/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 12/13/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 12/16/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 12/17/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 12/18/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 12/19/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 12/20/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| Jake Schoenfeld | 12/9/2013 | Audit Associate | 23.84 | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.84). |
| | 12/11/2014 | Audit Associate | 23.84 | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.84). |
| | 12/13/2014 | Audit Associate | 23.84 | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.84). |
| | 12/16/2014 | Audit Associate | 23.84 | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.84). |
| | 12/17/2014 | Audit Associate | 23.84 | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.84). |
| | 12/18/2014 | Audit Associate | 23.84 | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.84). |
| Leslie Bradley | 12/16/2013 | Audit Associate | 31.64 | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31.64). |
| | 12/17/2013 | Audit Associate | 31.64 | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31.64). |
| | 12/18/2013 | Audit Associate | 31.64 | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31.64). |
| | 12/20/2013 | Audit Associate | 31.64 | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31.64). |
| Michael Schmidt | 12/7/2013 | Audit Associate | 75.77 | Client-required steel-toed boots bought for use during Mt. Pleasant, TN inventory observation. |
| Thomas Smith | 12/9/2013 | Audit Partner | 9.17 | Breakfast for 1 (Tom Smith, PwC) while visiting client site. |
| | 12/9/2013 | Audit Partner | 15.94 | Dinner for 1 (Tom Smith, PwC) while visiting client site. |
| | 12/9/2013 | Audit Partner | 126.65 | Hotel for 1 night while visiting client site. |
| | 12/9/2013 | Audit Partner | 16.47 | Hotel tax for 1 night while visiting client site. |
| | 12/9/2013 | Audit Partner | 106.93 | Avis rental car for two days while at client site. |
| | 12/9/2013 | Audit Partner | 7.92 | Fuel for rental car. |
| | 12/9/2013 | Audit Partner | 66.50 | Parking for 3 days at Bush Intl.Airport, Houston, TX while traveling to WR Grace in Columbia MD. |
| | 12/11/2013 | Audit Partner | 24.52 | Dinner for 1 (Tom Smith, PwC) while visiting client site. |
| Thang To | 12/3/2013 | Audit Associate | 25.43 | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.425). |
| | 12/4/2013 | Audit Associate | 25.43 | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.425). |
| | 12/5/2014 | Audit Associate | 25.43 | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.425). |
| | 12/6/2014 | Audit Associate | 25.43 | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.425). |
| Katherine Matheson | 12/2/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | 12/4/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | 12/5/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | 12/9/2014 | Audit Senior Manager | 60.00 | Taxi service from client event to client site. |
| | 12/9/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | 12/11/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | 12/12/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | 12/16/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| | 12/18/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| Ian Thomas | 12/18/2013 | Audit Experienced Associate | 318.28 | Roundtrip coach flight to Mt Nashville, TN from Baltimore, MD for travel to client inventory observation in Mt. Pleasant, TN. |
| Henry S Rusek | 12/10/2013 | Finance Manager | 27.57 | Expense for Accounting Resource Manual for use by W.R. Grace management. |
| Maria N Araujo | 12/26/2013 | Audit Project Specialist | 13.28 | Shipping fees for cash and debt confirmations. |
| | 12/28/2013 | Audit Project Specialist | 353.50 | Fees for electronic cash and debt confirmations. |

**Total**

$ 2,475.20