**Attachment A – 1**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the months of October 2013 through December 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | 1,106.17 |
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 2.0 | 2,212.34 |
| John A May | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.9 | 2,101.72 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 10.5 | 11,614.79 |
| Robert Martin Barrett | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | 1,106.17 |
| Matthew E Sabatini | Audit Partner | 20+ | Integrated Audit | 1,084.58 | 1.5 | 1,626.87 |
| Sara L DeSmith | Audit Partner | 20+ | Integrated Audit | 1,036.32 | 1.5 | 1,554.48 |
| Edward J Abahoonie | Audit Partner | 20+ | Integrated Audit | 927.10 | 2.5 | 2,317.75 |
| Brian C Wiegmann | Audit Director | 20+ | Integrated Audit | 886.46 | 1.0 | 886.46 |
| Gina M Klein | Audit Director | 20+ | Integrated Audit | 886.46 | 1.0 | 886.46 |
| Yosef Barbut | Audit Director | 20+ | Integrated Audit | 886.46 | 4.0 | 3,545.84 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 51.0 | 42,683.43 |
| Nicole S. Berman | Tax Director | 20+ | Integrated Audit | 793.76 | 0.5 | 396.88 |
| Teresa Yannacone | Tax Director | 20+ | Integrated Audit | 793.75 | 1.5 | 1,190.63 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 781.05 | 8.0 | 6,248.40 |
| Kristin Marie Orrell | Transactions Services Director | 20+ | Integrated Audit | 764.53 | 0.3 | 229.36 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 723.90 | 55.0 | 39,814.50 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 622.55 | 43.3 | 26,956.42 |
| Maria V Miretti | Audit Senior Manager | 12 | Integrated Audit | 594.36 | 0.8 | 475.49 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 505.46 | 249.5 | 126,112.27 |
| Amy Keller | Transactions Services Senior Associate | 7 | Integrated Audit | 492.76 | 1.5 | 739.14 |

| Name | Title | Years | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| David C Sands | Audit Director | 11 | Integrated Audit | 459.74 | 5.0 | 2,298.70 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | 437.33 | 26.0 | 11,370.58 |
| Todd S. Chesla | Tax Manager | 8 | Integrated Audit | 437.33 | 5.5 | 2,405.30 |
| Stanislaus Richard Gomes | Audit Manager | 9 | Integrated Audit | 416.56 | 5.0 | 2,082.80 |
| Pavel Katsiak | Audit Manager | 9 | Integrated Audit | 388.62 | 5.5 | 2,137.41 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 35.0 | 11,645.90 |
| Alexandra L Schmidt | Audit Manager | 7 | Integrated Audit | 325.12 | 381.0 | 123,870.72 |
| Daniel James Burke | Tax Manager | 8 | Integrated Audit | 318.99 | 109.6 | 34,961.30 |
| Jeff Moore | Audit Senior Associate | 5 | Integrated Audit | 300.99 | 13.5 | 4,063.37 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 270.51 | 353.9 | 95,733.49 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 254.00 | 462.7 | 117,525.80 |
| Steven A De La Fe | Tax Senior Associate | 4 | Integrated Audit | 252.12 | 5.0 | 1,260.60 |
| Yimei Lin | Audit Senior Associate | 4 | Integrated Audit | 247.66 | 0.5 | 123.83 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 247.65 | 36.0 | 8,915.40 |
| Oleg Manzul | Audit Experienced Associate | 3 | Integrated Audit | 212.09 | 17.0 | 3,605.53 |
| Yang Zhao | Audit Experienced Associate | 3 | Integrated Audit | 212.09 | 7.0 | 1,484.63 |
| Thang Toan To | Audit Experienced Associate | 2 | Integrated Audit | 196.85 | 123.0 | 24,212.55 |
| Sarah Vogt | Audit Experienced Associate | 2 | Integrated Audit | 190.50 | 27.0 | 5,143.50 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 221.5 | 41,914.45 |
| Ian Matthew Thomas | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 375.3 | 71,018.02 |
| Lola M Tashova | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 31.0 | 5,866.13 |
| David Michael Allen | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 10.0 | 1,752.60 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 466.0 | 81,671.16 |
| Jake Schoenfeld | Audit Associate | 1 | Integrated Audit | 175.26 | 69.0 | 12,092.94 |
| Nicholas Bennardo | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 14.5 | 2,541.27 |
| Anabel De la Rosa | Tax Associate | 1 | Integrated Audit | 174.93 | 54.5 | 9,533.69 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 174.93 | 51.1 | 8,938.92 |

::51st Quarterly Fee App - Attachment A-1.docx.1

| Name | Title | Col | Matter | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| Matthew Blake | Audit Associate | 1 | Integrated Audit | 172.73 | 0.8 | 138.18 |
| Christopher Michael Sutton | Audit Associate | 1 | Integrated Audit | 143.51 | 441.9 | 63,417.07 |
| Leslie Ann Bradley | Audit Associate | 1 | Integrated Audit | 143.51 | 40.0 | 5,740.40 |
| Andrew L Lupica | Audit Associate | 1 | Integrated Audit | 137.16 | 10.0 | 1,371.60 |
| Benjamin Veldman | Audit Associate | 1 | Integrated Audit | 137.16 | 12.5 | 1,714.50 |
| Philip Kahn | Audit Associate | 1 | Integrated Audit | 137.16 | 9.2 | 1,261.87 |
| Kiris Miranda | Audit Associate | 1 | Integrated Audit | 128.27 | 14.3 | 1,834.26 |
| Michael Schmidt | Audit Associate | 1 | Integrated Audit | 128.27 | 0.7 | 89.79 |
| Alicia Bolland | Project Specialist | 1 | Integrated Audit | 120.00 | 9.9 | 1,188.00 |
| Alyssa Joyce Sherman | Project Specialist | 1 | Integrated Audit | 120.00 | 6.8 | 816.00 |
| Andrea Vernengo | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Ankit K Bajaj | Project Specialist | 1 | Integrated Audit | 120.00 | 2.1 | 252.00 |
| Ayelen Florencia Di Martino | Project Specialist | 1 | Integrated Audit | 120.00 | 6.0 | 720.00 |
| Barbara Usoz Mors | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Brian David Detwiler | Project Specialist | 1 | Integrated Audit | 120.00 | 5.6 | 672.00 |
| Camila Zalba Alvarado | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Carie Lee Hall | Project Specialist | 1 | Integrated Audit | 120.00 | 4.0 | 480.00 |
| Carina Centeno | Project Specialist | 1 | Integrated Audit | 120.00 | 17.5 | 2,100.00 |
| Carolina Sanchez Hernandez | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 120.00 | 13.3 | 1,596.00 |
| Diego Orieta | Project Specialist | 1 | Integrated Audit | 120.00 | 9.5 | 1,140.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 120.00 | 7.4 | 888.00 |
| Fiorella de Paola | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Florencia Bonacci | Project Specialist | 1 | Integrated Audit | 120.00 | 5.0 | 600.00 |
| Gonzalo Suarez | Project Specialist | 1 | Integrated Audit | 120.00 | 4.0 | 480.00 |
| Hernan Hlace | Project Specialist | 1 | Integrated Audit | 120.00 | 43.8 | 5,256.00 |
| Husan M Hatamov | Project Specialist | 1 | Integrated Audit | 120.00 | 5.1 | 612.00 |

::51st Quarterly Fee App - Attachment A-1.docx.1

| Name | Title | | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Ishu Singhania | Project Specialist | 1 | Integrated Audit | 120.00 | 0.5 | 60.00 |
| Jeremy C Johnson | Project Specialist | 1 | Integrated Audit | 120.00 | 0.8 | 96.00 |
| John Michael Fitzsimmons | Project Specialist | 1 | Integrated Audit | 120.00 | 2.6 | 312.00 |
| Kai Anton Belgrave | Project Specialist | 1 | Integrated Audit | 120.00 | 1.5 | 180.00 |
| Laura Audette | Project Specialist | 1 | Integrated Audit | 120.00 | 6.3 | 756.00 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 120.00 | 6.5 | 780.00 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | 120.00 | 3.0 | 360.00 |
| LucÃa B Salazar | Project Specialist | 1 | Integrated Audit | 120.00 | 15.5 | 1,860.00 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | 120.00 | 6.0 | 720.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 120.00 | 4.5 | 540.00 |
| Maria Sanchez | Project Specialist | 1 | Integrated Audit | 120.00 | 3.0 | 360.00 |
| Mariano Salinas | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Maximiliano Benitez | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Ornella A Insaurralde | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Robert Damon | Project Specialist | 1 | Integrated Audit | 120.00 | 1.1 | 132.00 |
| Romina M Cantero | Project Specialist | 1 | Integrated Audit | 120.00 | 0.5 | 60.00 |
| Shanee Ceglarek | Project Specialist | 1 | Integrated Audit | 120.00 | 6.6 | 792.00 |
| Shilpi Agarwal | Project Specialist | 1 | Integrated Audit | 120.00 | 0.8 | 96.00 |
| Syed E Siraj | Project Specialist | 1 | Integrated Audit | 120.00 | 1.5 | 180.00 |
| Timika Martin | Project Specialist | 1 | Integrated Audit | 120.00 | 19.7 | 2,364.00 |
| Todd A Brown | Project Specialist | 1 | Integrated Audit | 120.00 | 2.1 | 252.00 |
| Vineet Agarwal | Project Specialist | 1 | Integrated Audit | 120.00 | 0.2 | 24.00 |
| Dawn L Zacharko | Project Specialist | 1 | Integrated Audit | 114.30 | 0.4 | 45.72 |
| Diane Antonczak | Project Specialist | 1 | Integrated Audit | 114.30 | 12.1 | 1,383.03 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | 114.30 | 1.4 | 160.02 |
| Kathleen G Starnes | Project Specialist | 1 | Integrated Audit | 114.30 | 0.3 | 34.29 |
| Maria C Zeballos | Project Specialist | 1 | Integrated Audit | 114.30 | 0.6 | 68.58 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rebekah Weintraub | Project Specialist | 1 | Integrated Audit | 114.30 | 1.0 | 114.30 |
| Vanina Straniero | Project Specialist | 1 | Integrated Audit | 100.00 | 0.3 | 30.00 |
| | | | | Total | 4,131.6 | 1,067,663.77 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Totals**     14.0                        **$3,005.46**

## Summary of PwC's Fees By Project Category:
## For the months of October 2013 through December 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | **14** | **$3,005.46** |
| 13-Financing | | |

::51st Quarterly Fee App - Attachment A-1.docx.1

| | | |
|---|---|---|
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | 4,131.6 | $1,067,663.77 |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | 4,145.6 | $1,070,669.23 |

**Expense Summary**
**October 2013 - December 2013**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $10,261.34 |
| **Lodging** | N/A | $2,288.87 |
| **Sundry** | N/A | $710.74 |
| **Business Meals** | N/A | $1,043.31 |
| **TOTAL:** | | $14,304.26 |

::51st Quarterly Fee App - Attachment A-1.docx.1