**Prior Interim Fee Applications filed:**

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 11/15/02 #3006 (1st, 2nd & 3rd Quarterly App.) | 01/10/2002 to 9/30/2002 | $495,442.11 | $11,962.48 | n/a | Approved 03/14/03 #3511 | Approved 03/14/03 #3511 |
| 12/30/02 #3206 (PWC First Mothly Fee App.) | 10/01/2002-10/31/2002 | $63,783.20 (80% of $79,729.00) | $3,022.43 | Filed on 01/29/03 #3288 | Approved 07/28/03 #4157 | Approved 07/28/03 #4157 |
| 12/30/02 #3208 | 11/01/2002-11/30/2002 | $72,958.40 (80% of $91,198.00) | $13,082.89 | Filed on 01/29/03 #3288 | Approved 07/28/03 #4157 | Approved 07/28/03 #4157 |
| 02/12/03 #3380 | 12/01/2002-12/31/2002 | $79,774.00 (80% of $99,717.50) | $3,941.77 | Filed on # | Approved 07/28/03 #4157 | Approved 07/28/03 #4157 |
| 04/03/03 #3612 | 01/01/2003-01/31/2003 | $274,984.93 (80% of $343,731.17) | $7,670.04 | Filed on 06/03/03 #3859 | Approved 09/22/03 #4480 | Approved 09/22/03 #4480 |
| 04/17/03 #3675 | 02/01/2003-02/28/2003 | $42,508.77 (80% of $53,135.96) | $554.24 | Filed on 06/03/03 #3861 | Approved 09/22/03 #4480 | Approved 09/22/03 #4480 |
| 05/13/03 #3784 | 03/01/2003-03/31/2003 | $38,152.12 (80% of $47,690.15) | $1,212.82. | Filed on 06/13/30 #3898 | Approved 09/22/03 #4480 | Approved 09/22/03 #4480 |
| 07/09/03 #4033 | 04/01/2003-04/30/2003 | $56939.48 (80% of $71,174.34) | $1,863.75 | Filed on 07/31/03 #4127 | Approved 12/05/03 #4827 | Approved 12/05/03 #4827 |
| 07/09/03 #4034 | 05/01/2003-05/31/2003 | $31,018.90 (80% of $38,773.62 | $192.96 | Filed on 07/31/03 #4126 | Approved 12/05/03 #4827 | Approved 12/05/03 #4827 |
| 08/14/03 #4265 | 06/01/2003-06/30/2003 | $49,885.74 (80% of $62,357.17) | $546.79 | Filed on 09/11/03 #4418 | Approved 12/05/03 #4827 | Approved 12/05/03 #4827 |
| 09/09/03 #4397 | 07/01/2003-07/31/2003 | $48,639.72 (805 of $60,799.65) | $1,191.98 | Filed on 10/01/03 #4516 | Approved 04/26/04 #5482 | Approved 04/26/04 #5482 |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 10/22/03 #4602 | 08/01/2003-08/31/2003 | $22,757.36 (80% of $28,446.71) | $865.06 | Filed on 11/24/03 #4730 | Approved 04/26/04 #5482 | Approved 04/26/04 #5482 |
| 11/11/03 #4678 | 09/01/2003-09/30/2003 | $19,983.17 (80% of $24,978.97 | $167.05 | Filed on 12/09/03 #4795 | Approved 04/26/04 #5482 | Approved 04/26/04 #5482 |
| 12/12/03 #4802 | 10/01/2003-10/31/03 | $99,663.38 (80% of $124,579.22) | $3,640.12 | Filed on 01/13/04 #4920 | Approved 06/16/04 #5822 | Approved 06/16/04 #5822 |
| 01/14/04 #4931 | 11/01/2003-11/30/2003 | $134,278.56 (80% of $167,848.20) | $10,882.52 | Filed on 02/06/04 #5084 | Approved 06/16/04 #5822 | Approved 06/16/04 #5822 |
| 02/06/04 #5078 | 12/01/2003-12/31/2003 | $104,698.76 (80% of $130,873.45) | $5,081.79 | Filed on 03/10/04 #5257 | Approved 06/16/04 #5822 | Approved 06/16/04 #5822 |
| 03/10/04 #5258 | 01/01/2004-01/31/2004 | $281,909.27 (80% of $352,386.59) | $10,231.48 | Filed on 04/14/04 #5443 | Approved 09/27/04 #6465 | Approved 09/27/04 #6465 |
| 04/14/04 #5444 | 02/01/2004-02/29/2004 | $67,984.11 (80% of $84,980.14) | $1,538.06 | Filed on 05/13/04 #5571 | Approved 09/27/04 #6465 | Approved 09/27/04 #6465 |
| 05/07/04 #5541 | 03/01/2004-03/31/2004 | $66,596.32 (80% of $83,245.40) | $1,910.25 | Filed on 06/24/04 #5880 | Approved 09/27/04 #6465 | Approved 09/27/04 #6465 |
| 06/08/04 #5742 | 04/01/2004-04/30/2004 | $101,753.13 (80% of $127,191.42) | $2,503.45 | Filed on 07/01/04 #5906 | Approved 01/26/05 #7622 | Approved 01/26/05 #7622 |
| 06/30/04 #5896 | 05/01/2004-05/31/2004 | $67609.01 (80% of $84,511.26) | $2,749.03 | Filed on 07/27/04 #6034 | Approved 01/26/05 #7622 | Approved 01/26/25 #7622 |
| 07/30/04 #6070 | 06/01/2004-06/30/2004 | $83,769.75 (80% of $104,712.19) | $725.38 | Filed on 08/25/04 #6253 | Approved 01/26/05 #7622 | Approved 01/26/05 #7622 |
| 09/14/04 #6397 | 07/01/2004-07/31/2004 | $182,008.32 (80% of $227,510.41) | $981.41 | Filed on 10/06/04 #6552 | Approved 03/22/05 #8081 | Approved 03/22/05 #8081 |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 10/15/04 #6648 | 08/01/2004-08/30/2004 | $112,531.58 (80% of $144,664.48) | $4,650.43 | Filed on 11/12/04 #6887 | Approved 03/22/05 #8081 | Approved 03/22/05 #8081 |
| 11/15/04 #6901 | 09/01/2004-09/30/2004 | $145,714.49 (80% of $182,143.12 | $23,234.78 | Filed on 12/15/04 #7173 | Approved 03/22/05 #8081 | Approved 03/22/05 #8081 |
| 12/20/04 #7225 | 10/01/2004-10/31/2004 | $239,770.86 (80% of $299,713.58) | $17,929.28 | Filed on 01/13/05 #7549 | Approved 06/29/05 #8728 | Approved 06/29/05 #8728 |
| 01/14/05 #7574 | 11/01/2004-11/30/2004 | $231,623.17 (80% of $289,528.97) | $6,188.23 | Filed on 02/15/05 #7782 | Approved 06/29/05 #8728 | Approved 06/29/05 #8728 |
| 02/17/05 #7818 | 12/01/2004-12/31/2004 | $228,064.37 (80% of $285,080.47) | $7,571.78 | Filed on 03/11/05 #8012 | Approved 06/29/05 #8728 | Approved 06/29/05 #8728 |
| 03/18/05 #8073 | 01/01/2005-01/31/2005 | $299,738.00 (80% of $374672.51) | $4,146.11 | Filed on 04/14/05 #8221 | Approved 09/27/05 #9513 | Approved 09/27/05 #9513 |
| 4/21/05 #8260 | 02/01/2005-02/28/2005 | $389,653.39 (80% of $793,066.74) | $2,109.42 | Filed on 05/18/05 #8457 | Approved 09/27/05 #9513 | Approved 09/27/05 #9513 |
| 5/17/05 #8453 | 03/01/05-03/31/05 | $207,775.869 (80% of $259,719.83) | $2,173.71 | Filed on 06/17/05 #8637 | Approved 09/27/05 #9513 | Approved 09/27/05 #9513 |
| 6/17/05 #8635 | 04/01/2005-04/30/05 | $119,101.60 (80% of $148,877.00) | $754.16 | Filed on 08/10/05 #9159 | Approved 12/19/05 #11402 | Approved 12/19/05 #11402 |
| 8/2/05 #9128 | 05/01/2005-05/31/2005 | $43,934.88 (80% of 54,918.60) | $303.06 | Filed on 08/24/05 #9242 | Approved 12/19/05 #11402 | Approved 12/19/05 #11402 |
| 8/12/05 #9178 | 06/1/2005-06/30/2005 | $29,401.04 (80% of 36,751.30) | $89.39 | Filed on 09/07/05 #9348 | Approved 12/19/05 #11402 | Approved 12/19/05 #11402 |
| 9/14/05 #9428 | 07/01/2005-07/31/2005 | $155,557.20 (80% of 194,446.50) | $22,856.48 | Filed on 11/29/05 #11198 | Approved 03/24/06 #12121 | Approved 06/24/06 #12121 |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 10/17/02 #9662 | 08/01/2005-8/31/2005 | $90,289.12 (80% of $ $112,861.40) | $1,318.21 | Filed on 11/09/05 #11017 | Approved 03/24/06 #12121 | Approved 03/24/06 #12121 |
| 11/29/05 #11193 | 09/01/2005-09/30/2005 | $117,820.32 (80% $147,275.40) | $2,395.04 | Filed on 12/20/05 #11379 | Approved 03/24/06 #12121 | Approved 03/24/06 #12121 |
| 12/20/05 #11380 | 10/01/2005-10/31/2005 | $331,028.80 (80% of $413,786.00) | $30,647.50 | Filed on 01/12/06 #11529 | Approved 06/16/06 #12660 | Approved 06/16/06 #12660 |
| 01/09/06 #11509 | 11/01/2005-11/30/2005 | $96,586.88 (80% of $120,733.60) | $7,343.64 | Filed on 02/02/06 #11705 | Approved 06/16/06 #12660 | Approved 06/16/06 #12660 |
| 02/13/2006 #11753 | 12/01/2005 - 12/31/2005 | $176,439.80 (80% of (220,549.75) | $20,180.16 | Filed on 03/20/06 #12090 | Approved 06/16/06 #12660 | Approved 06/16/06 #12660 |
| 03/21/2006 #12095 | 01/01/2006 - 01/31/2006 | $408,296.20 (80% of 510,375.25) | $5,119.77 | Filed on 04/13/06 #12239 | Approved 09/26/06 #13298 | Approved 09/26/06 #13298 |
| 03/27/2006 #12122 (Amended Nov. 06 Fee App) | 11/01/2005-11/30/2005 | $152,586.88 (80% of $190,733.60) | $7,343.64 | Filed on 04/25/06 #12308 | Approved 06/16/06 #12660 | Approved 06/16/06 #12660 |
| 05/05/2006 #12374 | 02/01/2006 - 02/28/2006 | $169,638.64 (80% of $212,048.30) | $1,362.01 | Filed on 05/31/06 #12566 | Approved 09/26/06 #13298 | Approved 09/26/06 #13298 |
| 05/19/2006 #12470 | 03/01/2006 - 03/31/2006 | $105,193.28 (80% of $131,491.60) | $1,031.24 | Filed on 06/13/06 #12635 | Approved 09/26/06 #13298 | Approved 09/26/06 #13298 |
| 07/21/2006 #12840 | 04/01/2006 - 04/30/2006 | $101,069.52 (80% of $126,336.90) | $856.41 | Filed on 08/15/06 #12987 | Approved 12/19/06 #14069 | Approved 12/19/06 #14069 |
| 08/16/2006 #13003 | 05/01/2006 - 05/31/2006 | $63,990.40 (80% of $79,988.00) | $468.23 | Filed on 09/11/06 #13191 | Approved 12/19/06 #14069 | Approved 12/19/06 #14069 |
| 09/20/2006 #13268 | 06/01/2006 - 06/30/2006 | $40,229.36 (80% of $50,286.70) | $772.69 | Filed on 10/17/06 #13418 | Approved 12/19/06 #14069 | Approved 12/19/06 #14069 |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 10/09/2006 #13379 | 07/01/2006 - 07/31/2006 | $109,709.04 (80% of $137,136.30) | $1,963.05 | Filed on 11/08/06 #13603 | Approved 03/30/07 #15044 | Approved 03/30/07 #15044 |
| 11/08/2006 #13604 | 08/01/2006 - 08/31/2006 | $116,407.44 (80% of $145,509.30) | $6,158.20 | Filed on 12/08/06 #13975 | Approved 03/30/07 #15044 | Approved 03/30/07 #15044 |
| 11/22/2006 #13751 | 09/01/2006 - 09/30/2006 | $125,759.28 (80% of $157,199.10) | $2,792.62 | Filed on 12/27/06 #14164 | Approved 03/30/07 #15044 | Approved 03/30/07 #15044 |
| 02/13/2007 #14558 | 10/01/2006 - 10/31/2006 | $228,762.75 (80% of $285,953.44) | $8,092.41 | Filed on 03/09/07 #14818 | Approved 06/20/07 #16105 | Approved 06/20/07 #16105 |
| 02/21/2007 #14632 | 11/01/2006 - 11/30/52006 | $225,166.29 (80% of $281,457.87) | $7,912.30 | Filed on 03/21/07 #14926 | Approved 06/20/07 #16105 | Approved 06/20/07 #16105 |
| 04/18/2007 #15231 | 12/01/2006 - 12/31/2006 | $147,537.06 (80% of $184,421.33) | $1,928.49 | Filed on 05/15/07 #15658 | Approved 06/20/2007 #16105 | Approved 06/20/2007 #16105 |
| 04/24/2007 #15274 | 01/01/2007 - 01/31/2007 | $376,173.85 (80% of $470,217.32) | $4,634.99 | Filed on 05/25/07 #15815 | Approved 11/27/07 #16916 | Approved 11/27/07 #16916 |
| 06/11/2007 #16008 | 02/01/2007 - 02/28/2007 | $317,672.26 (80% of $397,090.33) | $2,575.45 | Filed on 07/05/07 #16231 | Approved 11/27/07 #16916 | Approved 11/27/07 #16916 |
| 06/15/2007 #16050 | 03/01/2007 - 03/31/2007 | $110,456.20 (80% of $110,456.20) | $5,867.10 | Filed on 07/10/2007 #16261 | Approved 11/27/2007 #16916 | Approved 11/27/2007 #16916 |
| 07/30/2007 #16429 | 04/01/2007 - 04/30/2007 | $167,640.40 (80% of 209,550.51) | $1,591.91 | Filed on 09/10/07 #16782 | Approved 12/13/07 #17629 | Approved 12/13/07 #17629 |
| 08/14/2007 #16555 | 05/01/2007 - 05/31/2007 | $75,085.98 (80% of 93,857.48) | $595.89 | Filed on 09/10/07 #16783 | Approved 12/13/2007 #17629 | Approved 12/13/2007 #17629 |
| 08/14/2007 #16556 | 06/01/2007 - 06/30/2007 | $36,187.40 (80% of $45,234.25) | $247.16 | Filed on 09/17/07 #16836 | Approved 12/13/07 #17629 | Approved 12/13/007 #17629 |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 09/04/2007 #16742 | 07/01/2007 - 07/31/2007 | $119,870.92 (80% of $149,838.66) | $294.27 | Due on 10/05/07 #17010 | Approved 03/12/08 #18270 | Approved 03/12/08 #18270 |
| 11/02/2007 #17279 | 08/01/2007 - 08/31/2008 | $83,060.52 (80% of $103,825.65) | $198.51 | Filed on 12/17/07 #17640 | Approved 03/12/08 #18270 | Approved 03/12/08 #18270 |
| 10/29/2007 #17495 | 09/01/2007 - 09/30/2007 | $102,768.20 (80% of $128,460.25) | $2,798.46 | Filed on 01/21/08 #17861 | Approved 03/12/2008 #18270 | Approved 03/12/2008 #18270 |
| 01/08/2008 #17781 | 10/01/2007 - 10/31/2007 | $202,777.57 (80% of $253,471.96) | $6,762.07 | Filed on 02/01/08 #17951 | Approved 06/23/08 #18989 revised 07/22/2008 #19120 | Approved 06/23/08 #18989 revised 07/22/2008 #19120 |
| 01/23/2008 #17877 | 11/01/2007 - 11/30/2007 | $143,887.16 (80% of $179,858.96) | $6,547.69 | Filed on 02/28/08 #18141 | Approved 06/23/08 #18989 revised 07/22/2008 #19120 | Approved 06/23/08 #18989 revised 07/22/2008 #19120 |
| 02/11/2008 #18015 | 12/01/2007 - 12/31/2007 | $135,224.88 (80% of $169,031.11) | $9,241.43 | Filed on 03/06/08 #18241 | Approved 06/23/08 #18989 revised 07/22/08 #19120 | Approved 06/23/08 #18989 revised 07/22/08 #19120 |
| 03/19/2008 #18337 | 01/01/2008 - 01/31/2008 | $391.771.84 (80% of $489,714.80) | $3,224.45 | Filed on 04/14/08 #18514 | Approved 10/01/08 #19663 | Approved 10/01/08 #19663 |
| 04/25/2008 #18614 | 02/01/2008 - 02/29/2008 | $343,335.69 (80% of $429,169.61) | $1,894.82 | Filed on 05/20/08 #18747 | Approved 10/01/08 #19663 | Approved 10/01/08 #19663 |
| 05/07/2008 #18682 | 03/01/2008 - 03/31/2008 | $37,012.31 (80% of $46,265.39) | $1,062.03 | Filed on 06/02/08 #18839 | Approved 10/01/08 #19663 | Approved 10/01/08 #19663 |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 06/19/2008 #18961 | 04/01/2008 - 04/30/2008 | $135,663.84 (80% of 169,579.81) | $2,688.33 | Filed on 07/14/08 #19077 | Approved 12/17/08 #20283 | Approved 12/17/08 #20283 |
| 07/02/2008 #19037 | 05/01/06 – 07/31/07 Darex | $119,193.07 (%80 of $148,991.34) | $791.22 | Filed on 07/29/08 #19156 | Approved 12/17/08 #20283 | Approved 12/17/08 #20283 |
| 07/09/2008 #19062 | 05/01/2008 - 05/31/2008 | $64,429.64 (%80 of $80,537.06) | $560.69 | Filed on 08/04/08 #19218 | Approved 12/17/08 #20283 | Approved 12/17/08 #20283 |
| 08/04/2008 #19219 | 06/01/2008 - 06/30/2008 | $61,986.24 (80% of $77,482.80) | $2,298.34 | Filed on 09/12/08 #19529 | Approved 12/17/08 #20283 | Approved 12/17/08 #20283 |
| 09/12/2008 #19530 | 07/01/2008 - 07/31/2008 | $144,911.38 (80% of $181,139.23) | $5,971.28 | Filed on 10/07/08 #19712 | Approved 04/02/09 #21173 | Approved 04/02/09 #21173 |
| 10/03/2008 #19696 | 08/01/2008 - 08/31/2008 | $96,691.38 (80% of $120,864.23) | $5,246.39 | Filed on 10/28/08 #19892 | Approved 04/02/09 #21173 | Approved 04/02/09 #21173 |
| 11/04/2008 #19939 | 09/01/2008 - 09/30/2008 | $106,303.33 (80% of 132,879.17) | $1,987.52 | Filed on 12/11/08 #20254 | Approved 04/02/09 #21173 | Approved 04/02/09 #21173 |
| 12/16/2008 #20281 | 10/01/2008 - 10/31/2008 | $322,374.33 (80% of 402,967.92) | 11,948.24 | Filed on 01/13/09 #20512 | Approved 07/07/09 #22354 | Approved 07/07/09 #22354 |
| 01/15/2009 #20528 | 11/01/2008 - 11/30/2008 | $199,754.80 (80% of $249,693.51) | $12,993.14 | Filed on 02/09/09 #20696 | Approved 07/07/09 #22354 | Approved 07/07/09 #22354 |
| 02/09/2009 #20697 | 12/01/2008 - 12/31/2008 | $188,114.41 (80% of $235,143.01) | $2,736.14 | Filed on 03/09/09 #20935 | Approved 07/07/09 #22354 | Approved 07/07/09 #22354 |
| 03/26/2009 #21118 | 01/01/2009 - 01/31/2009 | $428,655.13 (80% of 535,818.92 | $30,654.33 | Filed on 04/29/09 #21463 | Approved 09/28/09 #23352 | Approved 09/28/09 #23352 |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 04/15/2009 #21280 | 02/01/2009 - 02/28/2009 | $399,478.03 (80% of $499,347.54) | $4,785.11 | Filed on 05/08/09 #21574 | Approved 09/28/09 #23352 | Approved 09/28/09 #23352 |
| 05/08/2009 #21575 | 03/01/2009 - 03/31/2009 | $109,409.04 (80% of $136,761.31 | $3,602.91 | Filed on 06/05/09 #21998 | Approved 09/28/09 #23352 | Approved 09/28/09 #23352 |
| 06/11/2009 #22051(withdrawn) #22054 | 04/01/2009 - 04/30/2009 | $228,172.33 (80% of $285,215.42) | $1,581.35 | Filed on 07/06/09 #22339 | Approved 12/11/09 #23996 | Approved 12/11/09 #23996 |
| 06/15/2009 #22096 | Advisory Service Project 2009 | $119,995.20 (80% of $149,994.00) | $17,492.95 | Filed on 08/13/09 #22764 | Approved 09/28/09 #23352 | Approved 09/28/09 #23352 |
| 07/17/2009 #22497 | 05/01/2009 - 05/31/2009 | $73,972.08 (80% of $92,465.10) | $1,051.85 | Filed on 08/11/09 #22740 | Approved 12/11/09 #23996 | Approved 12/11/09 #23996 |
| 07/20/2009 #22523 | Darex 2007 Puerto Rico | $29,317.98 (80% of $36,647.48) | $78.81 | Filed on 10/14/09 #23509 | Approved #23996 | Approved #23996 |
| 08/07/2009 #22717 | 06/01/2009 - 06/30/2009 | $53,135.00 (80% of $66,418.75) | $1,887.31 | Filed on 09/02/09 #23085 | Approved 12/11/09 #23996 | Approved 12/11/09 #23996 |
| 09/02/2009 #23092 | 07/01/2009 - 07/31/2009 | $152,889.75 (80% of $191,112.19) | $1,899.54 | Filed on 09/29/09 #23366 | Approved 03/19/10 #24470 | Approved 03/19/10 #24470 |
| 09/20/2009 #23367 | Darex Final | $41,011.64 (80% of $51,264.56) | $40.00 | Filed on 10/28/09 #23579 | Approved 12/11/09 #23996 | Approved 12/11/09 #23996 |
| 10/19/2009 #23522 | 08/01/2009 - 08/31/2009 | $115,452.09 (80% of 144,315.12) | $779.83 | Filed on 11/16/09 #23763 | Approved 03/19/10 #24470 | Approved 03/19/10 #24470 |
| 11/11/2009 #23731 | 09/01/2009 - 09/30/2009 | $132,211.50 (80% of 165,264.38) | $7,275.80 | Filed on 12/04/09 #23943 | Approved 03/19/10 #24470 | Approved 03/19/10 #24470 |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 12/14/2009 #23999 | 10/01/2009 - 10/31/2009 | $199,872.72 (80% of 249,840.90) | $4,141.90 | Filed on 01/11/10 #24139 | Approved 06/07/10 #24917 | Approved 06/07/10 #24917 |
| 01/08/2010 #24131 | 11/01/2009 - 11/30/2009 | $195,259.20 (80% of $244,074.00) | $11,307.59 | Filed on 02/04/10 #24236 | Approved 06/07/10 #24917 | Approved 06/07/10 #24917 |
| 01/28/2010 #24203 | 12/01/2009 - 12/31/2009 | $180,510.02 (80% of 225,637.53) | $6,275.99 | Filed on 02/23/10 #24332 | Approved 06/07/10 #24917 | Approved 06/07/10 #24917 |
| 03/19/2010 #24475 | 01/01/2010 - 01/31/2010 | $414,865.49 (80% of $518,581.87) | $9,697.93 | Filed on 04/20/10 #24632 | Approved 09/13/10 #25397 | Approved 09/13/10 #25397 |
| 04/21/2010 #24639 | 02/01/2010 - 02/28/2010 | $371,922.83 (80% of $464,903.54) | $10,112.89 | Filed on 05/13/10 #24762 | Approved 09/13/10 #25397 | Approved 09/13/10 #25397 |
| 05/17//2010 #24780 | 03/01/2010 - 03/31/2010 | $37,108.60 (80% of $46,385.76) | $942.94 | Filed on 06/11/10 #24939 | Approved 09/13/10 #25397 | Approved 09/13/10 #25397 |
| 06/17/2010 #24953 | 04/01/2010 - 04/30/2010 | $226,602.69 (80% of $283,253.37) | $3,845.92 | Filed on 07/16/10 #25079 | Approved 12/10/10 #25905 | Approved 12/10/10 #25905 |
| 07/22/2010 #25107 | Controls Optimization Project March 2010 | $2,262.97 (80% of 2,828.72) | $0.00 | Filed on 08/16/10 #25222 | Approved 09/20/11 #27622 | Approved 09/20/11 #27622 |
| 7/22/2010 #25108 | Controls Optimization Project April - May 2010 | $21,501.40 (80% of $26,876.76) | $374.50 | Filed on 08/16/10 #25223 | Approved 09/20/11 #27622 | Approved 09/20/11 #27622 |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 7/22/2010 #25105 | 05/01/2010 - 05/31/2010 | $107,514.32 (80% of $134,392.90) | $1,963.35 | Filed on 08/16/10 #25221 | Approved 12/10/10 #25905 | Approved 12/10/10 #25905 |
| 8/16/2010 #25224 | 06/01/2010 - 06/30/2010 | $82,508.83 (80% of $103,136.04) | $1,203.66 | Filed on 09/10/10 #25389 | Approved 12/10/10 #25905 | Approved 12/10/10 #25905 |
| 09/10/2010 #25391 | 07/01/2010 - 07/31/2010 | $226,963.36 (80% of $283,704.21) | $4,235.51 | Filed on 10/07/10 #25563 | Approved 03/25/11 #26627 | Approved 03/25/11 #26627 |
| 09/19/2010 #25597 | 08/01/2010 - 08/31/2010 | $171,558.12 (80% of $214,447.65) | $5,105.41 | Filed on 11/22/10 #25794 | Approved 03/25/11 #26627 | Approved 03/25/11 #26627 |
| 11/16/2010 #25757 | 09/01/2010 - 09/30/2010 | $172,339.34 (80% of $215,424.18) | $3,285.38 | Filed on 12/10/10 #25904 | Approved 03/25/11 #26627 | Approved 03/25/11 #26627 |
| 12/21/2010 #25943 | 10/01/2010 - 10/31/2010 | $262,995.25 (80% of $328,744.07 | $3,597.50 | Filed on 01/17/11 #26080 | Approved 06/30/11 #27188 | Approved 06/30/11 #27188 |
| 01/17/2011 #26081 | 11/01/2010 - 11/30/2010 | $221,296.70 (80% of $276,620.88) | $16,249.11 | Filed on 02/10/11 #26230 | Approved 06/30/11 #27188 | Approved 06/30/11 #27188 |
| 01/25/2011 #26112 | Shared Services Project July 2010 | $35,543.04 (80% of $44,428.80) | $1,403.26 | Filed on 02/17/11 #26319 | Approved 09/20/11 #27622 | Approved 09/20/11 #27622 |
| 01/25/2011 #26113 | Controls Optimization Project June 2010 | $16,634.04 (80% of $20,792.56) | $105.00 | Filed on 02/17/11 #26317 | Approved 09/20/11 #27622 | Approved 09/20/11 #27622 |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 01/25/2011 #26111 | Darex Puerto Rico Project July 2010 | $53,602.64 (80% of $67,003.30) | $618.15 | Filed on 02/17/11 #26318 | Approved 09/20/11 #27622 | Approved 09/20/11 #27622 |
| 02/10/2011 #26231 | 12/01/2010 - 12/31/2010 | $115,219.19 (80% of 144,023.98) | $4,104.45 | Filed on 03/18/11 #26297 | Approved 06/30/11 #27188 | Approved 06/30/11 #27188 |
| 03/18/2011 #26593 | 01/01/2011 - 01/31/2011 | $417,669.84 (80% of $522.087.73) | $4,258.88 | Filed on 04/13/11 #26782 | Approved 09/20/11 #27622 | Approved 09/20/11 #27622 |
| 04/27/2011 #26823 | 02/01/2011 - 02/28/2011 | $153,988.55 (80% of 192,485.69) | $20,908.00 | Filed on 05/25/11 #26999 | Approved 09/20/11 #27622 | Approved 09/20/11 #27622 |
| 05/16/2011 #26934 | 03/01/2011 - 03/31/2011 | $82,907.16 (80% of $103,633.96) | $2,852.75 | Filed on 06/15/11 #27082 | Approved 09/20/11 #27622 | Approved 09/20/11 #27622 |
| 05/25/2011 #27001 | Darex March - April 2011 | $27,767.08 (80% of $35,958.86) | $2,685.42 | Filed on 06/21/11 #27118 | Approved 12/14/11 #28150 | Approved 12/14/11 #28150 |
| 06/15/2011 #27083 | 04/01/2001 - 04/30/2011 | $166,119.90 (80% of $207,649.88) | $2,005.84 | Filed on 07/13/11 #27246 | Approved 12/14/11 #28150 | Approved 12/14/11 #28150 |
| 7/15/2011 #27256 | 05/01/2011 - 05/31/2011 | $106,682.71 (80% of $133,353.39) | $5,321.29 | Filed on 08/11/11 #27411 | Approved 12/14/11 #28150 | Approved 12/14/11 #28150 |
| 8/11/2011 #27412 | 06/01/2011 - 06/30/2011 | $73,377.16 (80% of $91,721.45) | $795.65 | Filed on 09/07//11 #27564 | Approved 12/14/11 #28150 | Approved 12/14/11 #28150 |
| 9/1/2011 #27541 | 07/01/22011 - 07/31/2011 | $160,098.45 (80% of $200,123.07) | $2,304.02 | Filed on 09/29/11 #27686 | Approved 03/23/12 #28705 | Approved 03/23/12 #28705 |
| 9/1/2011 #27542 | 05/01/2011 - 07/31/2011 Darex | $19,231.28 (80% of $24,039.11) | $94.80 | Filed on 09/29/11 #27684 | Approved 03/23/12 #28705 | Approved 03/23/12 #28705 |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 9/1/2011 #27543 | 04/01/2011 - 07/31/2011 Global Restructuring Project | $55,845.76 (80% of $69,807.20) | n/a | Filed on 09/29/11 #27683 | Approved 03/23/12 #28705 | Approved 03/23/12 #28705 |
| 9/29/2011 #27681 | 08/01/2011 - 08/31/2011 | $178,023.04 (80% of $222,528.80) | $3,532.57 | Filed on 10/25/11 #27824 | Approved 03/23/12 #28705 | Approved 03/23/12 #28705 |
| 9/29/2011 #27680 | 07/01/2011 - 07/31/2011 (Supplemental Global Restructuring Project) | $4,128.52 (80% of $5,160.65) | n/a | Filed on 11/04/11 #27881 | Approved 03/23/12 #28705 | Approved 03/23/12 #28705 |
| 11/07/2011 #27885 | 09/01/2011 - 09/30/2011 | $207,956.43 (80% of $259,945.54) | $5,200.15 | Filed on 12/7/11 #28114 | Approved 03/23/12 #28705 | Approved 03/23/12 #28705 |
| 11/07/2011 #27886 | 08/01/2011 - 09/30/2011 Global Restructuring Project) | $165,110.88 (80% of $206,388.60) | n/a | Filed on 12/7/11 #28115 | Approved 03/23/12 #28705 | Approved 03/23/12 #28705 |
| 2/13/2012 #28512 | 10/01/2011 - 12/31/2011 Combined Monthly | $499,407.45 (80% of $624,259.32) | $23,359.11 | Filed on 03/16/12 #28672 | Approved 06/14/12 #29054 | Approved 06/14/12 #29054 |
| 2/13/2012 #28513 | 10/01/11 - 12/31/11 (Global Restructuring Project) | $76,560.88 (80% of $95,701.10) | n/a | Filed on 03/16/12 #28673 | Approved 06/14/12 #29054 | Approved 06/14/12 #29054 |
| 4/3/2012 #28758 | 01/01/2012 - 02/29/2012 Combined Monthly | $523,319.21 (80% of 654,149.02) | $19,845.07 | Filed on 04/25/12 #28825 | Approved 10/09/12 #29746 | Approved 10/09/12 #29746 |
| 5/3/2012 #28866 | 03/01/12 - 03/31/12 | $35,031.62 (80% of $43,789.53) | $420.14 | Filed on 06/1/12 #29005 | Approved 10/09/12 #29746 | Approved 10/09/12 #29746 |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 5/3/2012 #28867 | 01/01/12 - 03/31/12 (Global Restructuring Project) | $123,200.24 (80% of $154,000.31 ) | $4,083.72 | Filed on 06/1/12 #29006 | Approved 10/09/12 #29746 | Approved 10/09/12 #29746 |
| 6/1/2012 #29007 | 04/01/2012 - 04/30/12 | $175,192.14 (80% of $218,990.18) | $988.07 | Filed on 06/26/12 #29109 | Approved 12/11/12 #30036 | Approved 12/11/12 #30036 |
| 7/5/2012 #29196 | 05/01/2012 - 05/31/2012 | $132,893.56 (80% of $166,116.96) | $3,780.45 | Filed on 07/31/12 #29377 | Approved 12/11/12 #30036 | Approved 12/11/12 #30036 |
| 7/5/2012 #29197 | Global Restructuring April 2012 through May 2012 | $35,131.97 (80% of $43,914.97) | $0.00 | Filed on 07/31/12 $29379 | Approved 12/11/12 #30036 | Approved 12/11/12 #30036 |
| 7/5/2012 #29198 | Darex December 2011 - through May 2012 | $46,094.58 (80% of $57,618.23) | $2,628.39. | Filed on 07/31/12 #29378 | Approved 12/11/12 #30036 | Approved 12/11/12 #30036 |
| 8/6/2012 #29410 | 06/01/2012 - 06/30/2012 | $153,002.55 (80% of $191,253.19) | $3,489.46 | Filed on 09/5/12 #29580 | Approved 12/11/12 #30036 | Approved 12/11/12 #30036 |
| 8/27/2012 #29510 | 07/01/2012 - 07/12/2012 | $237,762.76 (80% of $297,203.46) | $21,545.16 | Filed on 10/2/12 #29730 | Approved 03/27/13 #30440 | Approved 03/27/13 #30440 |
| 10/16/2012 #29776 AMENDED | AMENDED 07/01/2012 - 7/12/2012 | $231,012.69 (80% of $288,765.87) | $21,545.16 | Filed on 11/8/12 #29874 | Approved 03/27/13 #30440 | Approved 03/27/13 #30440 |
| 10/16/2012 #29777 | 08/01/2012 - 08/31/2012 | $239,057.86 (%80 of $298,822.33) | $5,125.96 | Filed on 11/8/12 #29875 | Approved 03/27/13 #30440 | Approved 03/27/13 #30440 |
| 10/16/2012 #29778 | 06/01/2012 - 08/31/2012 Darex | $19,200.77 (%80 of 24,000.97) | $0.00 | Filed on 11/8/12 #29876 | Approved 03/27/13 #30440 | Approved 03/27/13 #30440 |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 11/13/2012 # 29887 | 09/01/2012 - 09/30/2012 | $181,460.93 (%80 of $226,826.17) | $9,675.17 | Filed on 12/11/12 #30026 | Approved 03/27/13 #30440 | Approved 03/27/13 #30440 |
| 11/27/2012 #29945 | 10/01/2012 - 10/31/2012 | $368,467.55 (80% of $460,584.44) | 9,077.72 | Filed on 12/21/12 #30079 | Approved 07/31/13 #30907 | Approved 07/31/13 #30907 |
| 1/2/2013 #30105 | 11/01/2012 - 11/30/2012 | $225,188.34 (80% of $281,485.43) | $6,127.86 | Filed on 01/29/13 #30209 | Approved 07/31/13 #30907 | Approved 07/31/13 #30907 |
| 1/29/2013 #30210 | 12/01/2012 - 12/31/2012 | $170,316.68 (80% of $212,895.86) | $3,332.05 | Filed on 02/22/13 #30312 | Approved 07/31/13 #30907 | Approved 07/31/13 #30907 |
| 5/15/2013 #30628 | 01/01/2013 - 02/28/2013 | $442,939.93 (80% of $553,674.92) | $25,390.46 | Filed on 06/13/13 #30741 | Approved 09/24/13 #31158 | Approved 09/24/13 #31158 |
| 5/15/2013 #30629 | 03/01/2013 - 03/31/2013 | $90,621,34 (80% of $113,276.68) | $486.00 | Filed on 06/13/13 | Approved 09/24/13 #31158 | Approved 09/24/13 #31158 |
| 6/24/2013 #30769 | 04/01/2013 - 04/30/2013 | $269,834.58 (80% of $337,293.23) | $2,388.29 | Filed on 07/29/13 #30882 | Approved 12/12/13 #31482 | Approved 12/12/13 #31482 |
| 6/24/2013 #30770 | 06/01/2012 - 09/30/2012 Global Restructuring | $36,108.98 (80% of $45,13623) | n/a | Filed on 07/29/13 #30883 | Approved 12/12/13 #31482 | Approved 12/12/13 #31482 |
| 7/12/2013 #30828 | 05/01/2013 - 05/31/2013 | $132,021.56 (80% of $165,026.96) | $3,792.27 | Filed on 8/5/13 #30924 | Approved 12/12/13 #31482 | Approved 12/12/13 #31482 |
| 7/29/2013 #30884 | 06/01/2013 - 6/30/2013 | $102,694.19 (80% of $128,367.74) | $521.88 | Filed on 09/4/13 #31061 | Approved 12/12/13 #31482 | Approved 12/12/13 #31482 |
| 7/29/2013 #30885 | 05/01/2013 - 05/31/2013 IRS Audit Project | $12,531.68 (80% of $15,664.60) | n/a | Filed on 09/4/13 #31062 | Approved 12/12/13 #31482 | Approved 12/12/13 #31482 |
| 9/12/2013 #31117 | 070/1/2013 - 07/31/2013 | $273,616.41 (80% of $342,020.52) | $6,145.35 | Filed on 10/15/13 #31222 | Pending | Pending |

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Cert. of No. Obj. | Status Fees | Status Expenses |
|---|---|---|---|---|---|---|
| 9/12/2013 #31118 | 07/01/2013 - 07/31/2013 IRS Audit Project | $7,944.10 (80% of $9,930.13) | n/a | Filed on 10/15/13 #31224 | Pending | Pending |
| 9/12/2013 #31119 | 12/01/2012 - 08/31/2013 Darex Project | $71,440.28 (80% of $89,300.36) | n/a | Filed on 10/15/13 #31223 | Pending | Pending |
| 10/15/2013 #31221 | 08/01/2013 - 08/31/2013 | $250,600.23 (80% of $313,250.29) | $7,258.63 | Filed on 11/4/13 #31339 | Pending | Pending |
| 11/14/2013 #31340 | 09/01/2012 - 09/30/2013 | $228,576.31 (80% of $285,720.39) | $5,319.45 | Filed on 12/23/13 #31501 | Pending | Pending |
| 11/14/2013 #31341 | 09/01/2012 - 9/30/2013 Darex Proj | $16,241.23 (80% of $20,301.54) | n/a | Filed on 12/23/13 #31502 | Pending | Pending |
| 12/23/2013 #31503 | 10/01/2013 - 10/31/2013 | $367,552.96 (80% of $459,441.21) | $6,949.79 | Obj. Filed 01/21/14 #31611 | Pending | Pending |
| 01/21/2014 #31612 | 11/01/2013 - 11/30/2013 | $257,470.65 (80% of $321,838.32) | $4,879.27 | Obj. Filed 02/14/14 #31723 | Pending | Pending |
| 01/21/2014 #31613 | 09/01/2013 - 10/31/2013 Water's Edge Election Proj. | $40,539.15 (80% of $50,673.94) | n/a | Obj. Filed 02/14/14 #31724 | Pending | Pending |
| 02/14/2014 #31725 | 12/01/2013 - 12/31/2013 | $231,511.76 (80% of $289,389.70) | $2,475.20 | Obj. Due 03/06/14 | Pending | Pending |

**Prior Quarterly Interim Fee Applications filed:**

| Date Filed Docket Number | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1st Quarterly 11/15/2002 #3006 | 01/10/2002-03/31/2002 | $291,774.94 | $7,575.78 | $291,774.94[*] | $7,575.78 |
| 2nd Quarterly 11/15/2002 #3006 | 04/01/2002-06/30/2002 | $104,915.25 | $1,734.67 | $104,915.25[*] | $1,734.67 |
| 3rd Quarterly 11/15/2002 #3006 | 07/01/2002-09/30/2002 | $98,751.92 | $2,652.03 | $98,751.92[*] | $2,652.03 |
| 4th Quarterly 02/14/2003 #3396 | 10/01/2002-12/31/2002 | $270,097.00 | $20,047.10 | $263,914.19 | $19,997.27 |
| 5th Quarterly 05/13/2003 #3782 | 01/01/2003-03/31/2003 | $445,994.70 | $9,437.10 | $444,280.26 | $9,296.54 |
| 9th Quarterly 08/14/2003 #4266 | 04/01/2003-06/30/2003 | $172,305.13 | $2,594.86 | $166,142.09 | $2,594.86 |
| 10th Quarterly 11/11/2003 #4679 | 07/01/2003-09/30/2003 | $112,016.95 | $2,224.09 | $112,016.95 | $2,224.09 |
| 11th Quarterly 02/12/2004 #5104 | 10/01/2003-12/31/2003 | $432,701.01 | $19,604.43 | $422,981.51 | $19,604.43 |
| 12th Quarterly 05/07/2004 #5543 | 01/01/2004-03/31/2004 | $520,612.13 | $13,680.49 | $513,685.23 | $13,680.49 |
| 13th Quarterly 07/30/2004 #6071 | 04/01/2004-06/30/2004 | $316,627.89 | $5,819.86 | $315,627.89 | $5,799.86 |
| 14th Quarterly 11/15/2004 #6904 | 07/01/2004-09/30/2004 | $550,318.00 | $28,866.62 | $550,318.00 | $28,866.62 |
| 15th Quarterly 2/17/2005 #7819 | 10/01/2004-12/31/2004 | $874,323.01 | $31,689.29 | $842,531.26 | $28,010.99 |
| 16th Quarterly 7/7/2005 #8960 | 01/01/2005-03/31/2005 | $1,119,455.03 | $8,429.23 | $1,103,292.46 | $8,429.23 |

---

[*] Fees in the amount of $5,086.22 were granted for preparation of the First, Second and Third Quarterly Fee Applications.

| | | | | | |
|---|---|---|---|---|---|
| 17th Quarterly 10/03/2005 #9550 | 04/01/2005- 06/30/2005 | $240,546.90 | $1,146.61 | $239,067.30 | $1,146.61 |
| 18th Quarterly 01/19/2006 #11575 | 07/01/2005 - 09/30/2005 | $454,583.30 | $26,569.73 | $450,767.30 | $26,569.73 |
| 19th Quarterly 05/04/2006 #12371 | 10/01/2006 - 12/31/2006 | $825,069.35 | $58,171.30 | $825,069.35 | $58,171.30 |
| 20th Quarterly 08/29/2006 #13083 | 01/01/2006 - 03/31/2006 | $853,910.15 | $7,513.01 | $853,910.15 | $7,513.01 |
| 21st Quarterly 11/13/2006 #13650 | 04/01/2006 - 06/01/2006 | $256,575.60 | $2,097.33 | $256,575.60 | $2,097.33 |
| 22nd Quarterly 02/23/2007 #14666 | 07/01/2006 - 09/30/2006 | $439,844.65 | $10,913.87 | $439,844.65 | $10,913.87 |
| 23rd Quarterly 05/21/2007 #15751 | 10/01/2007 - 12/31/2007 | $751,822.64 | $17,933.20 | $751,822.64 | $17,933.20 |
| 24th Quarterly 08/16/2007 #16584 | 01/01/2007 - 03/31/2007 | $1,005,377.90 | $15,340.46 | $1,005,377.90 | $15,340.46 |
| 25th Quarterly 10/05/2007 #17012 | 04/01/2007 - 06/30/2007 | $348,642.26 | $8,530.06 | $348,642.26 | $8,530.06 |
| 26th Quarterly 01/30/2008 #17937 | 07/01/2007 - 09/30/2007 | $382,044.55 | $3,291.24 | $382,044.55 | $3,291.24 |
| 27th 02/14/2008 #18041 | 10/01/2007 - 12/31/2007 | $609,820.26 | $22,551.19 | $602,362.04 | $22,551.19 |
| 28th Quarterly 05/12/2008 #18697 | 01/01/2008 - 03/31/2008 | $970,270.83 | $13,145.28 | $970,270.83 | $13,145.28 |
| 29th Quarterly 08/13/2008 #19291 | 04/01/2008 - 06/30/2008 | $327.599.66 | $5,547.36 | $327.599.66 | $5,547.36 |
| 30th Quarterly 11/14/2008 #20035 | 07/01/2008 - 09/30/2008 | $434,882.63 | $13,205.19 | $434,882.63 | $13,205.19 |

| | | | | | |
|---|---|---|---|---|---|
| 31st Quarterly 02/17/2009 #20733 | 10/01/2008 - 12/31/2008 | $887,804.53 | $27,677.52 | $887,804.53 | $27,677.52 |
| 32nd Quarterly 05/12/2009 #21644 | 01/01/2009 - 03/31/2009 | $1,171,927.72 | $39,042.35 | $1,171,927.72 | $27,102.25 |
| 33rd Quarterly 08/13/2009 #22765 | 04/01/2009 - 06/30/2009 | $444,099.25 | $4,520.51 | $444,099.25 | $4,520.51 |
| 34th Quarterly 11/16/2009 #23765 | 07/01/2009 - 09/30/2009 | $500,691.65 | $9,955.17 | $500,691.65 | $9,955.17 |
| 35th Quarterly 02/16/2010 #24305 | 10/01/2009 - 12/31/2009 | $719,552.43 | $21,725.48 | $719,552.43 | $21,725.48 |
| 36th Quarterly 05/17/2010 #24781 | 01/01/2010 - 03/31/2010 | $1,029,871.17 | $20,753.76 | $1,029,871.17 | $20,753.76 |
| 37th Quarterly 08/16/2010 #25228 | 04/01/2010 - 06/30/2010 | $520,782.32 | $7,012.93 | $520,782.32 | $7,012.93 |
| 38th Quarterly 11/16/2010 #25763 | 07/01/2010 - 09/30/2010 | $713,576.04 | $12,626.30 | $712,554.20 | $12,626.30 |
| 39th Quarterly 02/15/2011 #26285 | 10/01/2010 - 12/31/2010 | $749,388.94 | $23,951.06 | $749.272.10 | $23,951.06 |
| 40th Quarterly 05/16/2011 #26935 | 01/01/2011 - 03/31/2011 | $1,367,034.48 | $48,923.52 | $1,367,034.48 | $48,923.52 |
| 41st Quarterly 08/15/2011 #27430 | 04/01/2011 - 06/30/2011 Darex March - April 2011 | $432,727.72 $35,958.86 | $8,122.78 $2,685.42 | $432,727.72 $35,958.86 | $8,122.78 $2,685.42 |
| 42nd Quarterly 11/07/2011 #27888 | 07/01/2011 - 09/30/2011 Darex May - July 2011 Tax Proj. April - | $682,597.41 $ 24,039.11 $281,356.45 | $11,036.74 $94.80 n/a | $682,597.41 $ 24,039.11 $281,356.45 | $11,036.74 $94.80 n/a |

| | | | | | |
|---|---|---|---|---|---|
| 43rd Quarterly 2/13/2012 #28514 | 10/01/2011 - 12/31/2011 Tax Proj. Oct. - Dec. | $624,259.32<br><br>$95,701.10 | $23,359.11<br><br>n/a | $624,115.33<br><br>$95,701.10 | $23,259.11<br><br>n/a |
| 44th Quarterly 05/08/2012 #28891 | 01/01/2012 - 03/31/2012 Tax Proj. Jan. - March | $697,938.55<br><br>$154,000.31 | $20,265.21<br><br>$4,083.72 | $697,938.55<br><br>$154,000.31 | $20,265.21<br><br>$4,083.72 |
| 45th Quarterly 08/06/12 #29411 | 04/01/2012 - 06/30/2012 Tax Proj. April - May Darex Dec. 2011 - May 2012 | $574,531.33<br><br>$43,914.97<br><br>$56,997.63 | $8,257.98<br><br>n/a<br><br>$2,628.39 | $576,360.33<br><br>$43,914.97<br><br>$57,618.23 | $8,257.98<br><br>n/a<br><br>$2,628.39 |
| 46th Quarterly 11/13/2012 #29888 | 07/01/2012 - 09/30/2012 Darex July - September 2012 | $810,433.10<br><br>$24,000.97 | $63,346.28<br><br>n/a | $814,414.37<br><br>$24,000.97 | $63,346.28<br><br>n/a |
| 47th Quarterly 02/14/2013 #30280 | 10/01/2012 - 12/31/212 | $954,965.73 | 18,537.63 | $954,965.73 | 18,537.63 |
| 48th Quarterly 05/15/2013 #30630 | 01/01/2013 - 03/31/2013 | $666,951.60 | $25,876.46 | $25,876.46 | $25,876.46 |
| 49th Quarterly 08/12/2013 #30950 | 04/01/2013 - 06/30/2013 Global Restructuring IRS Audit | $630,687.93<br><br>$45,136.23<br><br>$15,664.60 | $6,702.44<br><br>n/a<br><br>n/a | $630,687.93<br><br>$45,136.23<br><br>$15,664.60 | $6,702.44<br><br>n/a<br><br>n/a |
| 50th Quarterly 11/14/2013 #31342 | 07/01/2013 - 9/30/2013 | $1,055,613.61 | $18,723.43 | Pending | Pending |
| | | | | | |