**Warren H. Smith & Associates, P.C.**

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

---

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


February 12, 2014

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11551


Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/2/2014 | BSR | Review of Casner & Edwards' quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.40 | 124.00 |
|  | JAW | Detailed review of Saul's November 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
|  | JAW | Detailed review of PwC's October 2013 fee application (0.4); draft summary of same (0.1) | 0.50 | 87.50 |
|  | JAW | Detailed review of Kirkland's October 2013 fee application (2.1); draft summary of same (0.8) | 2.90 | 507.50 |
|  | JAW | Detailed review of Beveridge's November 2013 fee application (0.5); draft summary of same (0.1) | 0.60 | 105.00 |
|  | AL | Update database with Reed's November electronic detail (.1); Rich's December electronic detail (.1); Capstone's October electronic detail (.1) | 0.30 | 24.00 |
|  | JAW | Detailed review of Foley's November 2013 fee application (0.4); draft summary of same (0.3) | 0.70 | 122.50 |
|  | BSR | Review of Campbell & Levine's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.40 | 124.00 |
|  | BSR | Detailed review of Phillips Goldman & Spence's quarterly and monthly fee applications for the 50th interim period | 0.50 | 155.00 |
|  | BSR | Review of Caplin & Drysdale's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.30 | 93.00 |
|  | BSR | Review of Foley Hoag's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.40 | 124.00 |

---

W.R. Grace & Co.                                                    Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/2/2014 | BSR | Review of Anderson Kill's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.40 | 124.00 |
| | BSR | Review of LAS' September 2013 and quarterly fee application for the 50th interim period, as well as fee summary re same | 0.20 | 62.00 |
| 1/3/2014 | BSR | Review of Law Office of Roger Higgins' quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.60 | 186.00 |
| | JAW | Detailed review of Stroock's November 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
| | BSR | Review of Reed Smith's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.40 | 124.00 |
| | BSR | Review of Charter Oak's quarterly and monthly fee applications for the 50th interim period, as well as fee and expense summaries re same | 0.30 | 93.00 |
| | JAW | Detailed review of Higgins' November 2013 fee application (0.4); draft summary of same (0.1) | 0.50 | 87.50 |
| | AL | Update database with Stroock's November fee application (.2); Higgins' November fee application (.2); Baker's July through September fee application (.1) | 0.50 | 40.00 |
| 1/6/2014 | BSR | Review of Duane Morris' quarterly and monthly fee applications for the 50th interim period | 0.40 | 124.00 |
| | BSR | Review of Capstone's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.40 | 124.00 |
| | BSR | Review of Bilzin Sumberg's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.30 | 93.00 |
| | BSR | E-mail to Roger Higgins re possible fee error in his 50th interim fee application | 0.10 | 31.00 |
| | BSR | Review of Stroock's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.40 | 124.00 |
| | BSR | Review of Hon. Alexander Sanders' Sept 2013 monthly fee application (and fee summary re same), as well as quarterly fee application for the 50th interim period | 0.20 | 62.00 |
| | BSR | Review of Alan Rich's quarterly and monthly fee applications for the 50th interim period (.5); email to Warren Smith re same (.1); email to Alan Rich re same (.1) | 0.70 | 217.00 |
| | BSR | Research server and docket for applications and other pertinent filings | 0.50 | 155.00 |

W.R. Grace & Co.                                                                                                  Page    3

|            |     |                                                                                                                                                                                 | Hours | Amount |
|------------|-----|-----|---|---|
| 1/6/2014   | AL  | Update database with Phillips' October CNO (.1); Rich's October electronic detail (.1) | 0.20 | 16.00 |
| 1/7/2014   | AL  | Update database with Lincoln's October CNO (.1); Hogan's November electronic detail (.1); Scarfone's November electronic detail (.2); Lauzon's November electronic detail (.1) | 0.50 | 40.00 |
|            | AL  | Update database with Casner's November electronic detail (.1); Lincoln's November electronic detail (.1); Pachulski's July electronic detail (.2); Pachulski's August electronic detail (.1) | 0.50 | 40.00 |
|            | BSR | Review of Lincoln Partners' quarterly and monthly fee applications for the 50th interim period | 0.50 | 155.00 |
|            | BSR | Review of Saul Ewing's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.30 | 93.00 |
|            | BSR | Draft initial report re Kramer Levin's fee applications for the 50th interim period | 0.50 | 155.00 |
|            | BSR | Review of Kramer Levin's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.40 | 124.00 |
|            | BSR | Review of Ferry Joseph & Pearce's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.30 | 93.00 |
|            | BSR | receive, review, and respond to Roger Higgins' email re 50th interim fee application | 0.10 | 31.00 |
|            | AL  | Receive, review and finalize IR of Kramer's 50th interim (.3); update database with same (.2); draft email to B. Ruhlander re service (.1) | 0.60 | 48.00 |
|            | BSR | Review of Woodcock Washburn's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same (.3); email to Warren Smith re same (.1); email to Gary Levin re same (.1) | 0.50 | 155.00 |
| 1/8/2014   | BSR | E-mail to Debra Fullem re Lincoln Partners' July 2013 monthly fee application | 0.10 | 31.00 |
|            | BSR | Continued review of Lincoln Partners' quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.40 | 124.00 |
|            | BSR | Review of Roger Frankel's quarterly and monthly fee applications for the 50th interim period, as well as fee summary re same | 0.40 | 124.00 |
|            | BSR | Review of Blackstone's quarterly and monthly fee applications for the 50th interim period | 0.30 | 93.00 |
|            | BSR | Review of Beveridge & Diamond's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.60 | 186.00 |

W.R. Grace & Co.                                                 Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/8/2014 | BSR | Review of Orrick's quarterly and monthly fee applications for the 50th interim period, as well as fee summary re same (0.9); review and reformat expense spreadsheet for inclusion in final report (0.6) | 1.50 | 465.00 |
| | BSR | Review of Baker Donelson's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.20 | 62.00 |
| | BSR | Review of PwC's quarterly and monthly fee applications for the 50th interim period | 0.20 | 62.00 |
| | AL | Update database with Campbell's November fee application (.2); LAS's November fee application (.1); AKO's November fee application (.1); Caplin's November fee application (.2); BMC's July through September fee application (.1); Reed's November fee application (.1); Pachulski's July fee application (.2); Casner's November fee application (.1); Capstone's November fee application (.1) | 1.20 | 96.00 |
| 1/9/2014 | AL | Update database with Pachulski's September electronic detail (.2); Ferry's November electronic detail (.1); Pachulski's October electronic detail (.1); Pachulski's November electronic detail (.2); Blackstone's November electronic detail (.1) | 0.70 | 56.00 |
| | BSR | Continue review of PwC's quarterly and monthly fee applications for the 50th interim period, Darex Audit, and IRS Audit applications, as well as fee summaries re same (1.0); email to Kathleen Miller re same (.1) | 1.10 | 341.00 |
| | BSR | E-mail to Debra Fullem re status of Towers' quarterly application for the 50th interim period | 0.10 | 31.00 |
| | BSR | E-mail to Patty Cuniff re status of Pachulski's and Kirkland & Ellis' quarterly fee applications for the 50th interim period | 0.10 | 31.00 |
| | AL | Update database with Pachulski's September fee application | 0.20 | 16.00 |
| 1/10/2014 | BSR | receive, review, and respond to email from Tony Scoles at Deloitte Tax re next applications to be heard and other matters | 0.40 | 124.00 |
| | AL | Draft WHSA's December fee application (1.3) confer with B. Ruhlander (.1); update database with same (.2); draft email to J. Wehrmann re review (.1) | 1.70 | 136.00 |
| | AL | Update database with Norton's May electronic detail | 0.10 | 8.00 |
| | AL | Update database with Norton's October electronic detail | 0.10 | 8.00 |
| | JAW | Proofread Warren H. Smith's December 2013 fee statement and Notice of Filing (0.3); e-mail to A. Lopez regarding revisions needed to same (0.2); review e-mail from A. Lopez and revisions made to fee statement (0.1); e-mail to A. Lopez advising no further revisions needed (0.1) | 0.70 | 122.50 |
| | JAW | Detailed review of Pachulski's July 2013 fee application (0.5); draft summary of same (0.1) | 0.60 | 105.00 |

W.R. Grace & Co. Page 5

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/10/2014 AL | receive and review email from J. Wehrmann re revisions to WHSA's December fee application (.1); revise same (.3); update database with same (.1); draft email to J. Wehrmann re review (.1) | | 0.60 | 48.00 |
| | JAW | Detailed review of Capstone's October 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
| | JAW | Detailed review of Casner's November 2013 fee application (0.2); draft summary of same (0.1) | 0.30 | 52.50 |
| | JAW | Detailed review of Campbell's November 2013 fee application (0.4); draft summary of same (0.1) | 0.50 | 87.50 |
| 1/13/2014 JAW | Detailed review of LAS' November 2013 fee application (0.2); draft summary of same (0.1) | | 0.30 | 52.50 |
| | JAW | Detailed review of Anderson's November 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
| | JAW | E-mail to A. Lopez forwarding summaries prepared (0.1) | 0.10 | 17.50 |
| | JAW | Detailed review of Reed's November 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
| | JAW | Detailed review of Caplin's November 2013 fee application (0.4); draft summary of same (0.2) | 0.60 | 105.00 |
| | BSR | Review of Pachulski's quarterly and monthly fee applications for the 50th interim period, as well as fee summaries re same | 0.30 | 93.00 |
| | BSR | receive, review, and respond to email from Tony Scoles re Deloitte Tax's fee applications through Sept. 2013 | 0.10 | 31.00 |
| | BSR | receive, review, and respond to Gary Levin re Woodcock Washburn 50th interim fee application | 0.10 | 31.00 |
| | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Pachulski's July (.1) Capstone's October (.1) K&E's October (.2) PWC's October (.1) AKO's November (.1) Beveridge's November (.1) Campbell's November (.1) Caplin's November (.1) Casner's November (.1) Foley's November (.2) Higgins' November (.1) LAS' November (.1) Reed's November (.1) Ewing's November (.1) and Stroock's November (.2) fee and expense summaries | 1.90 | 152.00 |
| | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
| | AL | Update database with Pachulski's October fee application (.2); Pachulski's November fee application (.2); Blackstone's October fee application (.1); Norton's March through May fee application (.1) | 0.60 | 48.00 |

W.R. Grace & Co.                                                                                                Page     6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/14/2014 JAW | Detailed review of Pachulski's October 2013 fee application (0.4); draft summary of same (0.2) | | 0.60 | 105.00 |
| | JAW | Detailed review of Pachulski's November 2013 fee application (0.4); draft summary of same (0.3) | 0.70 | 122.50 |
| | AL | Update database with Baker's December electronic detail (.1); Research Pacer re Pachulski's August fee application (.3); update database with Pachulski's August fee application (.2) and electronic detail (.1) | 0.70 | 56.00 |
| | AL | receive and review email from W. Smith re approval of WHSA's December fee application (.1); prepare same for electronic filing (.2); update database with same (.1); electronic filing with the court of WHSA's December fee application (.3); prepare same for service (.1) | 0.80 | 64.00 |
| | JAW | Detailed review of Blackstone's October 2013 fee application (0.3); draft summary of same (0.1) | 0.40 | 70.00 |
| | JAW | Detailed review of Pachulski's September 2013 fee application (0.5); draft summary of same (0.1) | 0.60 | 105.00 |
| 1/15/2014 JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Capstone's 49th interim (0.2); draft final fee chart for 49th interim for Capstone reflecting same (0.1) | | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Casner's 49th interim (0.2); draft final fee chart for 49th interim for Casner reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Caplin's 49th interim (0.2); draft final fee chart for 49th interim for Caplin reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Campbell's 49th interim (0.2); draft final fee chart for 49th interim for Campbell reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: BMC's 49th interim (0.2); draft final fee chart for 49th interim for BMC reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Blacksone's 49th interim (0.2); draft final fee chart for 49th interim for Blackstone reflecting same (0.1) | 0.30 | 52.50 |

W.R. Grace & Co.  Page    7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/15/2014 JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Charter's 49th interim (0.2); draft final fee chart for 49th interim for Charter reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Duane's 49th interim (0.2); draft final fee chart for 49th interim for Duane reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Ferry's 49th interim (0.2); draft final fee chart for 49th interim for Ferry reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Foley's 49th interim (0.2); draft final fee chart for 49th interim for Foley reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Fragomen's 49th interim (0.2); draft final fee chart for 49th interim for Fragomen reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Baker Donaldson's 47th interim (0.2); draft final fee chart for 47th interim for Baker Donaldson reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER and server for any orders approving for payment of Baker Donaldson's 43rd - 45th interim fee applications (0.6) | | 0.60 | 105.00 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Bilzin's 49th interim (0.2); draft final fee chart for 49th interim for Bilzin reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Baker Donaldson's 49th interim (0.2); draft final fee chart for 49th interim for Baker Donaldson reflecting same (0.1) | | 0.30 | 52.50 |
| JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Baker Donaldson's 48th interim (0.2); draft final fee chart for 48th interim for Baker Donaldson reflecting same (0.1) | | 0.30 | 52.50 |

W.R. Grace & Co.     Page   8

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/15/2014 | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Baker Donaldson's 46th interim (0.4); draft final fee chart for 46th interim for Baker Donaldson reflecting same (0.1) | 0.50 | 87.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Anderson's 49th interim (0.2); draft final fee chart for 49th interim for Anderson reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | E-mail to A. Lopez forwarding summaries prepared (0.1) | 0.10 | 17.50 |
| | AL | Update database with Baker's December fee application (.2); Casner's November fee application (.2); Pachulski's July through September fee application (.1); Hogan's November fee application (.1); Scarfone's November fee application (.2); K&E's July through September fee application (.1); Lauzon's November fee application (.1); Ferry's November fee application (.2) | 1.20 | 96.00 |
| | AL | research Pacer re objections to WHSA's November fee application (.2); draft WHSA's November CNO (.3); update database with same (.1); electronic filing with the court of WHSA's November CNO (.3) | 0.90 | 72.00 |
| | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Pachulski's September (.1) Blackstone's October (.1) Pachulski's October (.2) and Pachulski's November (.1) fee and expense summaries | 0.60 | 48.00 |
| 1/16/2014 | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Phillip's 49th interim (0.2); draft final fee chart for 49th interim for Phillip reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: PwC's 49th interim (0.2); draft final fee chart for 49th interim for PwC reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: PwC-GRB's 49th interim (0.2); draft final fee chart for 49th interim for PwC-GRB reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: PwC-IRS's 49th interim (0.2); draft final fee chart for 49th interim for PwC-IRS reflecting same (0.1) | 0.30 | 52.50 |

W.R. Grace & Co.     Page 9

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/16/2014 | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Protiviti's 45th-49th interims (0.2); draft final fee chart for 45th-49th interims for Protiviti reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Reed's 49th interim (0.2); draft final fee chart for 49th interim for Reed reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Pachulski's 49th interim (0.2); draft final fee chart for 49th interim for Pachulski reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Rich's 49th interim (0.3); draft final fee chart for 49th interim for Rich reflecting same (0.1) | 0.40 | 70.00 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Sander's 49th interim (0.2); draft final fee chart for 49th interim for Sander reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Saul's 49th interim (0.2); draft final fee chart for 49th interim for Saul reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Scarfone's 49th interim (0.2); draft final fee chart for 49th interim for Scarfone reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Stroock's 49th interim (0.2); draft final fee chart for 49th interim for Stroock reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Tower's 49th interim (0.2); draft final fee chart for 49th interim for Tower reflecting same (0.1) | 0.30 | 52.50 |
| | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Woodcock's 49th interim (0.2); draft final fee chart for 49th interim for Woodcock reflecting same (0.1) | 0.30 | 52.50 |

W.R. Grace & Co.                                                                                             Page    10

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 1/16/2014 | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Lincoln's 48th interim (0.2); draft final fee chart for 48th interim for Lincoln reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Orrick's 49th interim (as counsel for Roger Frankel) (0.1); draft final fee chart for 49th interim for Orrick (as counsel for Roger Frankel) reflecting same (0.1) | 0.20 | 35.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Orrick's 49th interim (as counsel for David Austern) (0.2); draft final fee chart for 49th interim for Orrick (as counsel for David Austern) reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER and excel spreadsheet for information regarding double payment of Norton's 45th interim fees and expenses.  Confirm that same was paid by twice, by Order for the 47th and 49th interims.  Docket numbers 30907 and 31482 respectively (0.4); e-mail to B. Ruhlander regarding same (0.1); review e-mail received from B. Ruhlander regarding same (0.1) | 0.60 | 105.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Norton's 45th interim (0.2); draft final fee chart for 45th interim for Norton reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Lincoln's 49th interim (as counsel for Roger Frankel) (0.1); draft final fee chart for 49th interim for Lincoln (as counsel for Roger Frankel) reflecting same (0.1) | 0.20 | 35.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Lincoln's 49th interim (as counsel for David Austern) (0.2); draft final fee chart for 49th interim for Lincoln (as counsel for David Austern) reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Lauzon's 49th interim (0.2); draft final fee chart for 49th interim for Lauzon reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Kramer's 49th interim (0.2); draft final fee chart for 49th interim for Kramer reflecting same (0.1) | 0.30 | 52.50 |

W.R. Grace & Co.                                                                                                                    Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/16/2014 | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: K&E's 49th interim (0.2); draft final fee chart for 49th interim for K&E reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Hogan's 49th interim (0.2); draft final fee chart for 49th interim for Hogan reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Higgin's 49th interim (0.2); draft final fee chart for 49th interim for Higgin reflecting same (0.1) | 0.30 | 52.50 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Grant's 48th interim (0.2); draft final fee chart for 48th interim for Grant reflecting same (0.2) | 0.40 | 70.00 |
|  | JAW | Research PACER for docket number of interim fee application, amounts applied for, final report docket number and date, amounts approved, order docket number and date entered re: Frankel's 49th interim (0.2); draft final fee chart for 49th interim for Frankel reflecting same (0.4) | 0.60 | 105.00 |
|  | AL | Update database with Sanders' December fee application (.1); Rich's December fee application (.2) | 0.30 | 24.00 |
| 1/20/2014 | JAW | Update database with Blackstone's November 2013 fee application (0.1) | 0.10 | 8.00 |
| 1/21/2014 | BSR | receive, review, and respond to email from Mat Abraham re approval of Grant Thornton's 3rd interim fee application and forward copy of fee order | 0.20 | 62.00 |
|  | JAW | Update database with Capstone's November 2013 fee application (0.1) and Hogan's December 2013 fee application (0.1) | 0.20 | 16.00 |
|  | JAW | Update database with 50th Interim electronic detail for Woodcock (0.1), December 2013 electronic detail for Scarfone (0.1), Lauzon (0.1), and August 2013 electronic detaill for Pachulski (0.1) | 0.40 | 32.00 |
|  | JAW | Detailed review of Pachulski's August 2013 fee application (0.5); draft summary of same (0.1); email summary to B. Ruhlander (0.1) | 0.70 | 122.50 |
| 1/22/2014 | JAW | Update database with Woodcock's November 2013 electronic detail (0.1) | 0.10 | 8.00 |
| 1/23/2014 | BSR | receive, review, and respond to email from Tatiana Bessonova at Fragomen re firm's most recent application and signatory | 0.10 | 31.00 |
| 1/25/2014 | BSR | Left detailed telephone voicemail for Luisa Flores in response to her call regarding the prior period spreadsheet | 0.10 | 31.00 |

W.R. Grace & Co.                                                                                                          Page    12

|              |     |                                                                                                                                                                                                                                                                                                                                                                        | Hours | Amount |
|--------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 1/27/2014    | BSR | Receive and review email from Luisa Flores at Bilzin Sumberg regarding Excel worksheets for PD professionals (.1); email to James Wehrmann re same (.3)                                                                                                                                                                                                                | 0.40  | 124.00 |
|              | BSR | Review of Pachulski's June 2013 monthly fee application and fee summary re same (.1); detailed review of Pachulski's July 2013 monthly fee application (.4) and quarterly fee application for the 50th interim period (.2)                                                                                                                                             | 0.70  | 217.00 |
|              | BSR | Review of Pachulski's July, August, and Sept. 2013 monthly fee statements and fee summaries re same, as well as quarterly application for the 50th interim period                                                                                                                                                                                                       | 0.40  | 124.00 |
|              | BSR | Review of Grant Thornton's August 2013 monthly fee application (including fee and expense summary re same) and quarterly fee application for the July-Sept 2013 (50th) period (.4); email to Mat Abraham with questions re same (.2); review Mat Abraham's response email and check figures (.3); telephone conference with Mat Abraham re mathematical errors in Grant Thornton's Aug. 2013 monthly fee application (.2) | 1.10  | 341.00 |
| 1/28/2014    | BSR | Receive and review Jan. 29 hearing agenda                                                                                                                                                                                                                                                                                                                              | 0.10  | 31.00  |
|              | JAW | Update database with Phillips' (0.1); Saul's (0.1); Scarfone's (0.1); Hogan's (0.1), Lauzon's (0.1), PwC's (0.1), PwC's Calif. Tax Proj (0.2) fee applications for December 2013 and Grant's 51st interim fee application (0.1)                                                                                                                                         | 0.90  | 72.00  |
| 1/29/2014    | JAW | Update database with Pachulski's (0.1) and Woodcock's (0.1) December 2013 fee applications.                                                                                                                                                                                                                                                                            | 0.20  | 16.00  |
|              | JAW | Update database with Hohan's (0.2) , Scarfone's (0.2), and Lauzon's (0.2) electronic detail for the 51st interim.                                                                                                                                                                                                                                                      | 0.60  | 48.00  |
| 1/30/2014    | JAW | Update database with Strook's (0.1) and Capstone's (0.1) December electronic detail and Kaye Scholer's December fee application (0.2)                                                                                                                                                                                                                                  | 0.40  | 32.00  |
| 1/31/2014    | BSR | Emails to and from James Wehrmann re spreadsheet to send to Bilzin Sumberg                                                                                                                                                                                                                                                                                             | 0.30  | 93.00  |
|              | JAW | E-mail to fee audit forwarding summaries prepared (0.1)                                                                                                                                                                                                                                                                                                                | 0.10  | 17.50  |
|              | JAW | Update database with Capstone's (0.1), Stroock's (0.1) and Higgin's (0.1) December 2013 fee applications.                                                                                                                                                                                                                                                              | 0.30  | 24.00  |
|              | JAW | Update database with Pachulski's  August 2013 (0.1) prepared summary.                                                                                                                                                                                                                                                                                                  | 0.10  | 8.00   |
|              | JAW | Review of BSR email re: Bilzin's request for prior period information for Bilzin, Conway, Hamilton, Hilsoft, PD Committee, Hilton and LECG to use in preparation of final fee applications (0.1); prepare and revise several versions of Excel spreadsheet re: this request and forward same to B. Ruhlander for review and approval (0.9); several emails with B. Ruhlander re: same and changes needed (0.3) | 1.30  | 227.50 |

W.R. Grace & Co.                                                                                                                 Page    13

|  | Hours | Amount |
|---|---:|---:|
| **For professional services rendered** | **66.00** | **$12,439.00** |

Additional Charges :

| | Amount |
|---|---:|
| 1/31/2014 Third party copies & document prep/setup. | 77.56 |
| Copying cost | 31.00 |
| PACER Charges | 32.20 |
| **Total additional charges** | **$140.76** |
| **Total amount of this bill** | **$12,579.76** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 14.20 | 80.00 | $1,136.00 |
| Bobbi S. Ruhlander | 18.90 | 310.00 | $5,859.00 |
| James A. Wehrmann | 29.60 | 175.00 | $5,180.00 |
| James A. Wehrmann | 3.30 | 80.00 | $264.00 |