## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.** | ) | **Case No. 01-01139-JKF** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

### NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 31729 ENTERED IN ERROR

PLEASE TAKE NOTICE that the undersigned attorney hereby requests the Clerk of the

Court to withdraw the document filed at docket number 31729.  The document was filed in error

Date: February 13, 2014

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____

      Warren H. Smith
      Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, TX 75087
214-698-3868 (main)
214-722-0081 (fax)
whsmith@whsmithlaw.com