# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline:  December 23, 2013, at 4:00 p.m.** |
| | ) | **Hearing Date:  Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED FORTY-EIGHTH MONTHLY INTERIM PERIOD FROM OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | October 1 Through October 31, 2013 |
| Amount of fees sought as actual, reasonable and necessary: | $6,376.50 |
| Amount of expenses sought as actual, reasonable and necessary | $72.50 |

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food ´N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

US_ACTIVE-115372710.1-SAAMENT

This is a(n):  X  monthly  __ interim  __ final application.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through | $172,838.75 | $34,384.69 | No objections served on | No objections served on |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 10/31/02 | | | counsel | counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through | $21,531.00 | $85.71 | No objections | No objections |

---

[2]    Although Reed Smith initially requested $9,795.00 for the December 2003 monthly period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 1/31/04 | | | served on counsel | served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on counsel | No objections served on counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 8/1/12 through 8/31/12 | $19,765.50 | $1,291.20 | No objections served on counsel | No objections served on counsel |
| 10/31/12 | 91/1/12 through 9/30/12 | $2,159.00 | $16.00 | No objections served on counsel | No objections served on counsel |
| 11/29/12 | 10/1/12 through 10/31/12 | $7,989.00 | $40.00 | No objections served on counsel | No objections served on counsel |
| 12/31/12 | 11/1/12 through 11/30/12 | $4,819.00 | $758.10 | No objections served on counsel | No objections served on counsel |
| 1/29/13 | 12/1/12 through 12/31/12 | $4,171.00 | $42.70 | No objections served on counsel | No objections served on counsel |
| 3/4/13 | 1/1/13 through 1/31/13 | $14,051.50 | $37.90 | No objections served on counsel | No objections served on counsel |
| 3/29/13 | 2/1/13 through 2/28/13 | $4,560.50 | $382.29 | No objections served on counsel | No objections served on counsel |
| 5/1/13 | 3/1/13 through 3/31/13 | $13,962.00 | $336.74 | No objections served on counsel | No objections served on counsel |
| 6/3/13 | 4/1/13 through 4/30/13 | $48,898.00 | $140.54 | No objections served on counsel | No objections served on counsel |

| 7/1/13 | 5/1/13 through 5/31/13 | $5,282.00[3] | $710.37 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 7/30/13 | 6/1/13 through 6/30/13 | $2,584.00 | $89.63 | No objections served on counsel | No objections served on counsel |
| 9/3/13 | 7/1/13 through 7/31/13 | $3,027.00 | $57.12 | No objections served on counsel | No objections served on counsel |
| 9/30/13 | 8/1/13 through 8/31/13 | $1,892.00 | $579.44 | No objections served on counsel | No objections served on counsel |
| 10/28/13 | 9/1/13 through 9/30/13 | $5,352.50 | $35.14 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred forty-eighth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately four hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kyle O. Sollie | Partner | 1996 | Business & Finance | $680.00 | 2.30 | $1,564.00 |
| Anthony B. Klapper | Partner | 1994 | Litigation | $635.00 | .80 | $508.00 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $610.00 | .90 | $549.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $495.00 | .70 | $346.50 |
| Sara A. Lima | Associate | 2002 | Business & Finance | $470.00 | 4.50 | $2,115.00 |

---

[3]     Pursuant to informal discussion with the United States Trustee, Reed Smith voluntarily reduced its requested fees for the 143rd monthly interim period (May 2013) from $6,124.50 to $5,282.00, a reduction of $842.50.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 21 Years | Bankruptcy | $270.00 | 2.20 | $594.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $200.00 | 3.50 | $700.00 |

**Total Fees: $6,376.50**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Fee Application | 6.40 | $1,640.50 |
| Specifications Inquiry | 1.70 | $1,057.00 |
| Unclaimed Property Advice | 6.80 | $3,679.00 |
| **Total** | **14.90** | **$6,376.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $58.80 | $0.00 |
| PACER | $13.70 | $0.00 |
| SUBTOTAL | $72.50 | $0.00 |
| **TOTAL** | **$72.50** | **$0.00** |

Dated:   November 29, 2013                          REED SMITH LLP
         Wilmington, Delaware


                                        By: /s/ Kurt F. Gwynne
                                            Kurt F. Gwynne (No. 3951)
                                            1201 Market Street, Suite 1500
                                            Wilmington, DE  19801
                                            Telephone:  (302) 778-7500
                                            Facsimile:  (302) 778-7575
                                            E-mail: kgwynne@reedsmith.com

                                                And

                                            James J. Restivo, Jr., Esquire
                                            Douglas E. Cameron, Esquire
                                            Reed Smith Centre
                                            225 Fifth Avenue
                                            Pittsburgh, PA 15222
                                            Telephone:  (412) 288-3131
                                            Facsimile:  (412) 288-3063

                                            Special Asbestos Products Liability Defense
                                            Counsel

```
                            REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number     2489748
7500 Grace Drive                        Invoice Date       11/22/13
Columbia, Maryland 21044                Client Number       172573
USA
```

===========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
   Fees                           1,640.50
   Expenses                           0.00

                  TOTAL BALANCE DUE UPON RECEIPT     $1,640.50
                                                    =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2489748
7500 Grace Drive                          Invoice Date       11/22/13
Columbia, Maryland 21044                  Client Number        172573
USA                                       Matter Number         60029
```

=============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2013

| Date | Name | | Hours |
|------|------|---|-------|
| 09/30/13 | Lord | Draft and e-file CNO to Reed Smith July monthly fee application (.3); revise, e-file and serve Reed Smith August monthly fee application (.6). | .90 |
| 10/04/13 | Ament | Attention to billing matters (.10); e-mails re: same (.10). | .20 |
| 10/08/13 | Ament | Attention to billing matters (.20); various e-mails re: same (.20); follow-up call re: same (.10). | .50 |
| 10/10/13 | Muha | Review of and revisions to Sept. monthly fee application materials, and emails re: verification of fee information. | .30 |
| 10/25/13 | Ament | Attention to billing matters (.10); begin drafting Sept. monthly fee application and spreadsheets (.20). | .30 |
| 10/25/13 | Muha | Review and comments on fee and expense invoices for Sept. 2013 monthly application. | .20 |
| 10/28/13 | Ament | Calculate fees and expenses for Sept. monthly fee application (.20); prepare spreadsheets re: same (.20); draft fee application (.20); provide same to A. Muha for review (.10); finalize Sept. | 1.20 |

172573  W. R. Grace & Co.                         Invoice Number   2489748
60029   Fee Applications-Applicant               Page    2
        November 22, 2013

       Date   Name                                                    Hours
    --------  -----------                                             -----

                            monthly fee application (.10);
                            e-mail same to J. Lord for DE
                            filing (.10); attention to billing
                            matters (.10); e-mails re: same
                            (.10); e-mails with J. Lord re:
                            quarterly fee application (.10).

     10/28/13 Lord          Draft, e-file and serve CNO to              1.30
                            Reed Smith August monthly fee
                            application (.4); revise, e-file
                            and serve Reed Smith September
                            monthly fee application (.8);
                            communicate with S. Ament re: fee
                            issues (.1).

     10/28/13 Muha          Final review and revisions to               .20
                            September 2013 monthly application.

     10/31/13 Ament         Calculate fees and expenses for            1.30
                            50th quarterly fee application
                            (.50); prepare spreadsheet re:
                            same (.30); draft 50th quarterly
                            fee application summary (.20);
                            draft 50th quarterly fee
                            application narrative (.20);
                            provide same to A. Muha for review
                            (.10).

                                                            ------
                                             TOTAL HOURS     6.40

    TIME SUMMARY              Hours          Rate          Value
    ------------------------  -------------  ------------  -------
    Andrew J. Muha            0.70  at  $  495.00  =       346.50
    John B. Lord              2.20  at  $  270.00  =       594.00
    Sharon A. Ament           3.50  at  $  200.00  =       700.00

                            CURRENT FEES                   1,640.50

                                                           ------------
                            TOTAL BALANCE DUE UPON RECEIPT    $1,640.50
                                                           ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2489749
62 Whittemore Avenue                      Invoice Date    11/22/13
Cambridge, MA  02140                      Client Number     172573


=============================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

        Fees                            1,057.00
        Expenses                            0.00

                TOTAL BALANCE DUE UPON RECEIPT        $1,057.00
                                                     =============

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


     W.R. Grace & Co.                        Invoice Number      2489749
     62 Whittemore Avenue                    Invoice Date       11/22/13
     Cambridge, MA  02140                    Client Number       172573
                                             Matter Number        60041
```

==============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2013

```
      Date   Name                                                   Hours
    -------- ----------                                             -----

    10/31/13 Klapper        Prepare for call with client and         .80
                            confer with J. Luchini re same
                            (0.3); participate in call re
                            white paper (0.5).

    10/31/13 Luchini        Prepare for and attend conference        .90
                            call re: white paper.

                                                                    ------
                                                     TOTAL HOURS      1.70
```

```
    TIME SUMMARY              Hours        Rate         Value
    ----------------------- ---------- ------------    -------
    Joseph S. Luchini        0.90  at $ 610.00  =       549.00
    Antony B. Klapper        0.80  at $ 635.00  =       508.00

                            CURRENT FEES                         1,057.00


                                                             ------------
                            TOTAL BALANCE DUE UPON RECEIPT      $1,057.00
                                                             =============
```

Case 01-01139-AMC   Doc 31407-1   Filed 11/26/13   Page 6 of 8

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                      Invoice Number    2489750
   7500 Grace Drive                      Invoice Date      11/22/13
   Columbia, Maryland 21044              Client Number      172573
   USA


===============================================================================

   Re: W. R. Grace & Co.


   (80001)  Unclaimed Property Advice

        Fees                          3,679.00
        Expenses                          0.00

                   TOTAL BALANCE DUE UPON RECEIPT       $3,679.00
                                                      =============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
W.R. Grace & Co.                         Invoice Number     2489750
7500 Grace Drive                         Invoice Date      11/22/13
Columbia, Maryland 21044                 Client Number       172573
USA                                      Matter Number        80001
```

==========================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2013

```
   Date   Name                                              Hours
 -------- -----------                                       -----

10/14/13 Lima        Prepare for and participate in          2.00
                     call with client regarding
                     upcoming Voluntary Disclosure
                     filings and Delaware strategy

10/14/13 Sollie      Prepare for and participate in          1.00
                     telecon w/ client regarding status
                     of Delaware audit.

10/16/13 Lima        Prepare for upcoming call with           .20
                     CBIZ.

10/17/13 Lima        Prepare for and participate in          1.50
                     call with CBIZ and client
                     regarding Kovel arrangement.

10/17/13 Sollie      Prepare for and participate in          1.30
                     telecon w/ C. Finke.

10/28/13 Lima        Review edits to Kovel agreement          .20
                     from CBIZ.

10/31/13 Lima        Revise and submit Kovel to client;       .60
                     review correspondence from CBIZ
                     regarding same.

                                                           ------
                                          TOTAL HOURS        6.80
```

```
172573 W. R. Grace & Co.                      Invoice Number   2489750
80001  Unclaimed Property Advice              Page     2
       November 22, 2013
```

```
TIME SUMMARY                 Hours          Rate            Value
-------------------------    ----------------------       -------
Kyle O. Sollie               2.30  at  $  680.00  =     1,564.00
Sara A. Lima                 4.50  at  $  470.00  =     2,115.00


                      CURRENT FEES                       3,679.00


                                                       ------------
                      TOTAL BALANCE DUE UPON RECEIPT     $3,679.00
                                                       =============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
    W.R. Grace & Co.                          Invoice Number      2489753
    7500 Grace Drive                          Invoice Date        11/22/13
    Columbia, Maryland 21044                  Client Number        172573
    USA
```

==========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
        Fees                                  0.00
        Expenses                             72.50

                    TOTAL BALANCE DUE UPON RECEIPT        $72.50
                                                   =============
```

Case 01-01139-AMC   Doc 31407-2   Filed 11/26/13   Page 24 of 27

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number    2489753
   7500 Grace Drive                    Invoice Date     11/22/13
   Columbia, Maryland 21044            Client Number     172573
   USA                                 Matter Number       60029


==============================================================================

Re: Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      PACER                                13.70
      Duplicating/Printing/Scanning       58.80

                    CURRENT EXPENSES                     72.50
                                                   -------------

                 TOTAL BALANCE DUE UPON RECEIPT        $72.50
                                                   =============
```

Case 01-01139-AMC    Doc 31407-2    Filed 11/26/13    Page 5 of 3

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number     2489753
7500 Grace Drive                          Invoice Date      11/22/13
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       60029
```

========================================================================

Re: (60029)  Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|-------:|
| 09/30/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 09/30/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 09/30/13 | PACER | 11.50 |
| 09/30/13 | PACER | 2.20 |
| 10/04/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 10/04/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 10/04/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 10/08/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/08/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 10/08/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 10/08/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 10/08/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |

```
172573 W. R. Grace & Co.                        Invoice Number  2489753
60029  Fee Applications-Applicant               Page   2
       November 22, 2013
```

| | | |
|---|---|---|
| 10/08/13 | Duplicating/Printing/Scanning ATTY # 000559: 21 COPIES | 2.10 |
| 10/25/13 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/28/13 | Duplicating/Printing/Scanning ATTY # 000559: 21 COPIES | 2.10 |
| 10/28/13 | Duplicating/Printing/Scanning ATTY # 000559: 21 COPIES | 2.10 |
| 10/28/13 | Duplicating/Printing/Scanning ATTY # 000559: 60 COPIES | 6.00 |
| 10/31/13 | Duplicating/Printing/Scanning ATTY # 4810; 46 COPIES | 4.60 |
| 10/31/13 | Duplicating/Printing/Scanning ATTY # 000559: 121 COPIES | 12.10 |
| 10/31/13 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/31/13 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |
| 10/31/13 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |
| 10/31/13 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |
| 10/31/13 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |
| 10/31/13 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |
| 10/31/13 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 10/31/13 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 10/31/13 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 10/31/13 | Duplicating/Printing/Scanning ATTY # 000559: 21 COPIES | 2.10 |

172573 W. R. Grace & Co.                          Invoice Number  2489753
60029  Fee Applications-Applicant                 Page    3
       November 22, 2013


10/31/13   Duplicating/Printing/Scanning                     2.10
           ATTY # 000559: 21 COPIES

10/31/13   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

10/31/13   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

                       CURRENT EXPENSES                     72.50
                                                        ------------
                       TOTAL BALANCE DUE UPON RECEIPT      $72.50
                                                        =============