# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: January 23, 2104, at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are Filed** |

## SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE ONE HUNDRED FORTY-NINTH MONTHLY INTERIM PERIOD FROM NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013

Name of Applicant:             Reed Smith LLP

Authorized to Provide Prof. Services to:   W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:             July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:           November 1 Through November 30, 2013

Amount of fees sought as actual,
reasonable and necessary:          $14,397.00

Amount of expenses sought as actual,
reasonable and necessary           $547.27

This is a(n): __X__ monthly   ___ interim   ___ final application.

---

[1]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food  N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 | $115,576.00 | $12,630.85 | No objections | No objections |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | through 11/30/02 | | | served on counsel | served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through | $21,116.00 | $2,537.94 | No objections served on | No objections served on |

---

[2]     Although Reed Smith initially requested $9,795.00 for the December 2003 monthly period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
|  | 2/29/04 |  |  | counsel | counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on | No objections served on |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | | | | counsel | counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through | $265,172.00 | $14,840.69 | No objections | No objections |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 4/30/08 | | | served on counsel | served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on | No objections served on |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | | | | counsel | counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through | $42,361.00 | $6,074.23 | No objections | No objections |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 5/31/12 | | | served on counsel | served on counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 8/1/12 through 8/31/12 | $19,765.50 | $1,291.20 | No objections served on counsel | No objections served on counsel |
| 10/31/12 | 91/1/12 through 9/30/12 | $2,159.00 | $16.00 | No objections served on counsel | No objections served on counsel |
| 11/29/12 | 10/1/12 through 10/31/12 | $7,989.00 | $40.00 | No objections served on counsel | No objections served on counsel |
| 12/31/12 | 11/1/12 through 11/30/12 | $4,819.00 | $758.10 | No objections served on counsel | No objections served on counsel |
| 1/29/13 | 12/1/12 through 12/31/12 | $4,171.00 | $42.70 | No objections served on counsel | No objections served on counsel |
| 3/4/13 | 1/1/13 through 1/31/13 | $14,051.50 | $37.90 | No objections served on counsel | No objections served on counsel |
| 3/29/13 | 2/1/13 through 2/28/13 | $4,560.50 | $382.29 | No objections served on counsel | No objections served on counsel |
| 5/1/13 | 3/1/13 through 3/31/13 | $13,962.00 | $336.74 | No objections served on counsel | No objections served on counsel |
| 6/3/13 | 4/1/13 through 4/30/13 | $48,898.00 | $140.54 | No objections served on counsel | No objections served on counsel |

| 7/1/13 | 5/1/13 through 5/31/13 | $5,282.00[3] | $710.37 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 7/30/13 | 6/1/13 through 6/30/13 | $2,584.00 | $89.63 | No objections served on counsel | No objections served on counsel |
| 9/3/13 | 7/1/13 through 7/31/13 | $3,027.00 | $57.12 | No objections served on counsel | No objections served on counsel |
| 9/30/13 | 8/1/13 through 8/31/13 | $1,892.00 | $579.44 | No objections served on counsel | No objections served on counsel |
| 10/28/13 | 9/1/13 through 9/30/13 | $5,352.50 | $35.14 | No objections served on counsel | No objections served on counsel |
| 11/29/13 | 10/1/13 through 10/31/13 | $6,376.50 | $72.50 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred forty-ninth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately four hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $690.00 | .60 | $414.00 |
| Kyle O. Sollie | Partner | 1996 | Business & Finance | $680.00 | 1.60 | $1,088.00 |
| Anthony B. Klapper | Partner | 1994 | Litigation | $635.00 | 3.50 | $2,222.50 |
| Joseph S. Luchini | Partner | 1973 | Litigation | $610.00 | 6.20 | $3,782.00 |
| Linda S. Husar | Partner | 1980 | Litigation | $570.00 | 3.00 | $1,710.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $495.00 | 1.70 | $841.50 |
| Sara A. Lima | Associate | 2002 | Business & Finance | $470.00 | 6.60 | $3,102.00 |

---

3       Pursuant to informal discussion with the United States Trustee, Reed Smith voluntarily reduced its requested fees for the 143rd monthly interim period (May 2013) from $6,124.50 to $5,282.00, a reduction of $842.50.

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 21 Years | Bankruptcy | $270.00 | 3.10 | $837.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $200.00 | 2.00 | $400.00 |

**Total Fees: $14,397.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Fee Application | 7.40 | $2,492.50 |
| Specifications Inquiry | 9.70 | $6,004.50 |
| Unclaimed Property Advice | 8.20 | $4,190.00 |
| General Employment Advice | 3.00 | $1,710.00 |
| **Total** | **28.30** | **$14,397.00** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $64.50 | $0.00 |
| Outside Duplicating | $460.87 | $0.00 |
| PACER | $21.90 | $0.00 |
| SUBTOTAL | $547.27 | $0.00 |
| **TOTAL** | **$547.27** | **$0.00** |

Dated:   December 31, 2013                    REED SMITH LLP
         Wilmington, Delaware

                                              By: /s/ Kurt F. Gwynne
                                                  Kurt F. Gwynne (No. 3951)
                                                  1201 Market Street, Suite 1500
                                                  Wilmington, DE  19801
                                                  Telephone:  (302) 778-7500
                                                  Facsimile:  (302) 778-7575
                                                  E-mail: kgwynne@reedsmith.com

                                                      And

                                                  James J. Restivo, Jr., Esquire
                                                  Douglas E. Cameron, Esquire
                                                  Reed Smith Centre
                                                  225 Fifth Avenue
                                                  Pittsburgh, PA 15222
                                                  Telephone:  (412) 288-3131
                                                  Facsimile:  (412) 288-3063

                                                  Special Asbestos Products Liability Defense
                                                  Counsel

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    2502936
7500 Grace Drive                    Invoice Date     12/27/13
Columbia, Maryland 21044            Client Number     172573
USA
```

===========================================================================

Re: W. R. Grace & Co.


(50002)  General Employment Advice

```
     Fees                          1,710.00
     Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT       $1,710.00
                                                  =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R. Grace & Co. | | Invoice Number | 2502936 |
|---|---|---|---|
| 7500 Grace Drive | | Invoice Date | 12/27/13 |
| Columbia, Maryland 21044 | | Client Number | 172573 |
| USA | | Matter Number | 50002 |


===============================================================================

Re: (50002)  General Employment Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2013

| Date | Name | | Hours |
|---|---|---|---|
| 11/01/13 | Husar | Review and evaluate Notice of Claim and Conference (0.4); confer with Dru Edwards regarding background information, strategy for handling the claim, response to claim and additional information needed for further review and evaluation (0.5). | .90 |
| 11/05/13 | Husar | Review email from Dru Edwards and documents regarding DLSE conference. | .50 |
| 11/06/13 | Husar | Conference call with Dr Edwards and John Forgach regarding Lola claim and response to the same (0.6); call deputy labor commissioners office (0.5); prepare letter to the DLSE regarding mistakes in claim and proposal for resolution (0.5). | 1.60 |

                                                    ------
                                    TOTAL HOURS     3.00

```
172573 W. R. Grace & Co.                    Invoice Number   2502936
50002  General Employment Advice            Page   2
       December 27, 2013


TIME SUMMARY             Hours        Rate         Value
------------------------ --------------------- -------
Linda S. Husar            3.00  at $  570.00  =   1,710.00

                         CURRENT FEES                       1,710.00


                                                       ------------

                TOTAL BALANCE DUE UPON RECEIPT           $1,710.00
                                                       ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2502937
7500 Grace Drive                          Invoice Date        12/27/13
Columbia, Maryland 21044                  Client Number        172573
USA


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                            2,492.50
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $2,492.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2502937
7500 Grace Drive                          Invoice Date     12/27/13
Columbia, Maryland 21044                  Client Number      172573
USA                                       Matter Number       60029


===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2013

   Date   Name                                            Hours
-------- -----------                                      -----

11/04/13 Muha            Review and comments on Oct.        .70
                         monthly fee and expense detail,
                         and emails re: same (0.3); review
                         and revise 50th Quarterly fee app.
                         materials (0.4).

11/05/13 Ament           Review A. Muha comments re: 50th   .40
                         quarterly fee application (.10);
                         finalize summary re: same (.10);
                         finalize narrative re: same (.10);
                         e-mail summary and narrative to J.
                         Lord for DE filing (.10).

11/13/13 Lord            Revise and finalize Reed Smith's  1.20
                         50th interim fee application.

11/14/13 Lord            Revise, e-file and serve Reed      .40
                         Smith 50th quarterly fee
                         application

11/14/13 Muha            Review fee and expense entries and .50
                         prepare report to D. Cameron re:
                         same, per request.

11/20/13 Ament           Begin drafting Oct. monthly fee    .20
                         application and spreadsheets.

11/22/13 Ament           E-mails re: Oct. monthly fee       .10
                         application.

11/22/13 Muha            Emails and attend to issues re:    .20
                         preparation and filing of October
                         monthly fee application.

```
172573 W. R. Grace & Co.                    Invoice Number  2502937
60029  Fee Applications-Applicant           Page    2
       December 27, 2013
```

```
  Date   Name                                              Hours
-------- -----------                                       -----

11/25/13 Ament          Calculate fees and expenses for     1.20
                        Oct. monthly fee application
                        (.30); prepare spreadsheets re:
                        same (.20); draft Oct. monthly fee
                        application (.20); provide same to
                        A. Muha for review (.10); e-mails
                        with team re: filing of same
                        (.10); attention to billing
                        matters (.10); finalize Oct.
                        monthly fee application (.10);
                        e-mail same to J. Lord for DE
                        filing on 11/29 (.10).

11/25/13 Cameron        Review materials re: fee             .60
                        applications and attend to request
                        from R. Finke re: same.

11/25/13 Lord           Communicate with S. Ament and A.     .20
                        Muha re: Reed Smith October
                        monthly fee application.

11/25/13 Muha           Final review and revisions to Oct.   .30
                        2013 monthly application

11/26/13 Lord           Revise and prepare Reed Smith's      .90
                        October monthly fee application
                        for filing on 11/29 per A. Muha.

11/27/13 Ament          Review e-mail re: billing matters.   .10

11/27/13 Lord           Draft and efile CNO to Reed          .40
                        Smith's September monthly fee
                        application
                                                            ------
                                        TOTAL HOURS           7.40
```

```
TIME SUMMARY               Hours       Rate        Value
-----------------------    ---------------------   -------
Douglas E. Cameron         0.60  at $ 690.00  =    414.00
Andrew J. Muha             1.70  at $ 495.00  =    841.50
John B. Lord               3.10  at $ 270.00  =    837.00
Sharon A. Ament            2.00  at $ 200.00  =    400.00

                           CURRENT FEES                   2,492.50

                                                      ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $2,492.50
                                                      ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    2502938
62 Whittemore Avenue                Invoice Date      12/27/13
Cambridge, MA  02140                Client Number      172573
```

===========================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

```
    Fees                        6,004.50
    Expenses                        0.00

            TOTAL BALANCE DUE UPON RECEIPT      $6,004.50
                                               =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2502938
62 Whittemore Avenue                      Invoice Date      12/27/13
Cambridge, MA  02140                      Client Number        172573
                                          Matter Number         60041


===============================================================================

Re: (60041)  Specifications Inquiry

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2013

   Date   Name                                              Hours
-------- -----------                                        -----


11/05/13 Klapper      Draft supplement to White paper        2.30
                      and make additional substantive
                      edits throughout.

11/06/13 Klapper      Finalize edits to supplemental          .40
                      White paper (0.2); confer with J.
                      Luchini re same and re exhibits
                      (0.2).

11/06/13 Luchini      Review/analyze matter materials        3.30
                      (0.9); review/edit final version
                      of half flange white paper (1.1);
                      identify and assemble exhibits for
                      white paper (1.3).

11/07/13 Luchini      Complete review of white paper and      .80
                      identification of exhibits.

11/11/13 Luchini      Finalize white paper.                   .70

11/25/13 Klapper      Make additional edits to white          .80
                      paper in response to suggestions
                      from client.

11/25/13 Luchini      Review suggested changes to white      1.40
                      paper (0.6); telephone call from
                      T. Klapper to discuss changes
                      (0.2);  Review final version (0.6).

                                                            ------
                                          TOTAL HOURS        9.70

```
172573 W. R. Grace & Co.                    Invoice Number  2502938
60041  Specifications Inquiry               Page   2
       December 27, 2013


   TIME SUMMARY            Hours         Rate         Value

   ------------------------  ----------------------    -------
   Joseph S. Luchini        6.20  at  $  610.00  =   3,782.00
   Antony B. Klapper        3.50  at  $  635.00  =   2,222.50

                            CURRENT FEES                       6,004.50


                                                     ------------
                       TOTAL BALANCE DUE UPON RECEIPT     $6,004.50
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R. Grace & Co.                        Invoice Number      2502939
7500 Grace Drive                        Invoice Date        12/27/13
Columbia, Maryland 21044                Client Number        172573
USA
```

==============================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

```
    Fees                          4,190.00
    Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $4,190.00
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2502939 |
| 7500 Grace Drive | Invoice Date     12/27/13 |
| Columbia, Maryland 21044 | Client Number      172573 |
| USA | Matter Number       80001 |


===============================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2013

| Date | Name | | Hours |
|------|------|---|-----|
| 11/01/13 | Lima | Review and revise Statements of Work in accordance with Kovel protection. | 1.00 |
| 11/11/13 | Lima | Review and respond to correspondence from client regarding California return and bankruptcy plan provision. | .30 |
| 11/11/13 | Sollie | Review corresp. regarding UP audit (0.1); prepare for call regarding strategy (0.2). | .30 |
| 11/18/13 | Lima | Call concerning VDA next steps and follow up. | 1.00 |
| 11/18/13 | Sollie | Prepare for, participate in telecon regarding UP audit. | 1.10 |
| 11/22/13 | Lima | Confer with M. Kline regarding VDA chart and scope of privilege (0.6); draft correspondence regarding same (0.9). | 1.50 |
| 11/25/13 | Lima | Call with client and follow up. | 1.30 |
| 11/25/13 | Lima | Review VDA agreements in anticipation of call with client. | 1.50 |
| 11/25/13 | Sollie | Discuss with S. Lima regarding client call. | .20 |

```
                                                   ------
                                   TOTAL HOURS      8.20
```

```
172573 W. R. Grace & Co.                      Invoice Number  2502939
80001  Unclaimed Property Advice              Page   2
       December 27, 2013
```

```
TIME SUMMARY                  Hours          Rate            Value
------------------------     ----------------------     -------
Kyle O. Sollie               1.60  at  $ 680.00  =    1,088.00
Sara A. Lima                 6.60  at  $ 470.00  =    3,102.00

                             CURRENT FEES                          4,190.00


                                                         ------------
                             TOTAL BALANCE DUE UPON RECEIPT    $4,190.00
                                                         =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


    W.R. Grace & Co.                    Invoice Number    2502945
    7500 Grace Drive                    Invoice Date      12/27/13
    Columbia, Maryland 21044            Client Number      172573
    USA


==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                          0.00
    Expenses                    502.07

                  TOTAL BALANCE DUE UPON RECEIPT       $502.07
                                                  =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630
```

```
W.R. Grace & Co.                       Invoice Number      2502945
7500 Grace Drive                       Invoice Date       12/27/13
Columbia, Maryland 21044               Client Number       172573
USA                                    Matter Number        60029
```

=========================================================================

Re: (60029)  Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    PACER                                       21.90

    Duplicating/Printing/Scanning               19.30

    Outside Duplicating -- VENDOR: DIGITAL LEGAL   460.87
    SERVICES, LLC: Copies, envelopes & postage --
    copying and postage costs for service of
    quarterly fee app. materials


                    CURRENT EXPENSES                502.07
                                                ------------
                    TOTAL BALANCE DUE UPON RECEIPT  $502.07
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2502945
7500 Grace Drive                          Invoice Date     12/27/13
Columbia, Maryland 21044                  Client Number     172573
USA                                       Matter Number      60029


===========================================================================

Re: (60029)  Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

10/31/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

10/31/13   PACER                                               3.00

10/31/13   PACER                                              18.90

11/04/13   Duplicating/Printing/Scanning                      2.10
           ATTY # 000559: 21 COPIES

11/04/13   Duplicating/Printing/Scanning                      2.10
           ATTY # 000559: 21 COPIES

11/04/13   Duplicating/Printing/Scanning                      2.10
           ATTY # 000559: 21 COPIES

11/05/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

11/05/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

11/05/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

11/05/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

11/05/13   Duplicating/Printing/Scanning                        .10
           ATTY # 000559: 1 COPIES

11/05/13   Duplicating/Printing/Scanning                        .90
           ATTY # 000559: 9 COPIES

172573 W. R. Grace & Co.                          Invoice Number  2502945
60029  Fee Applications-Applicant                 Page    2
       December 27, 2013


11/05/13   Duplicating/Printing/Scanning                      .70
           ATTY # 000559: 7 COPIES

11/05/13   Duplicating/Printing/Scanning                      .70
           ATTY # 000559: 7 COPIES

11/05/13   Duplicating/Printing/Scanning                      .90
           ATTY # 000559: 9 COPIES

11/14/13   Duplicating/Printing/Scanning                      .70
           ATTY # 000559: 7 COPIES

11/14/13   Duplicating/Printing/Scanning                      .80
           ATTY # 000559: 8 COPIES

11/18/13   Duplicating/Printing/Scanning                     2.10
           ATTY # 000559: 21 COPIES

11/20/13   Duplicating/Printing/Scanning                     1.30
           ATTY # 000559: 13 COPIES

11/25/13   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

11/25/13   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

11/25/13   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

11/25/13   Duplicating/Printing/Scanning                      .10
           ATTY # 000559: 1 COPIES

11/25/13   Duplicating/Printing/Scanning                      .50
           ATTY # 000559: 5 COPIES

11/25/13   Duplicating/Printing/Scanning                      .80
           ATTY # 000559: 8 COPIES

11/25/13   Duplicating/Printing/Scanning                     1.30
           ATTY # 000559: 13 COPIES

11/25/13   Duplicating/Printing/Scanning                     1.30
           ATTY # 000559: 13 COPIES

11/27/13   Outside Duplicating -- VENDOR: DIGITAL LEGAL    187.47
           SERVICES, LLC: Copies, envelopes & postage --
           copying and postage costs for service of
           quarterly fee app. materials

Case 01-01139-KJC   Doc 31553-2   Filed 12/31/13   Page 31 of 13

172573 W. R. Grace & Co.                         Invoice Number   2502945
60029  Fee Applications-Applicant                Page     3
       December 27, 2013


11/27/13   Outside Duplicating -- VENDOR: DIGITAL LEGAL        273.40
           SERVICES, LLC: Copies, envelopes & postage  --
           copying and postage costs for service of
           quarterly fee app. materials

                         CURRENT EXPENSES                      502.07
                                                           ------------
                 TOTAL BALANCE DUE UPON RECEIPT             $502.07
                                                           ============

```
                            REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
   W.R. Grace & Co.                    Invoice Number    2502946
   62 Whittemore Avenue                Invoice Date    12/27/13
   Cambridge, MA  02140                Client Number    172573
```

=============================================================================

Re: W. R. Grace & Co.


(60041)  Specifications Inquiry

```
   Fees                       0.00
   Expenses                  41.60

                 TOTAL BALANCE DUE UPON RECEIPT        $41.60
                                                 =============
```

```
                        REED SMITH LLP
                       PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W.R. Grace & Co.                     Invoice Number      2502946
62 Whittemore Avenue                 Invoice Date       12/27/13
Cambridge, MA  02140                 Client Number       172573
                                     Matter Number        60041
```

==========================================================================

Re: (60041)  Specifications Inquiry

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning                41.60

                        CURRENT EXPENSES                    41.60
                                                     ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $41.60

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    2502946
62 Whittemore Avenue                      Invoice Date      12/27/13
Cambridge, MA  02140                      Client Number      172573
                                          Matter Number       60041

===========================================================================

Re: (60041)  Specifications Inquiry

FOR COSTS ADVANCED AND EXPENSES INCURRED:

11/06/13   Duplicating/Printing/Scanning              1.40
           ATTY # 007015: 14 COPIES

11/11/13   Duplicating/Printing/Scanning              1.40
           ATTY # 007015: 14 COPIES

11/22/13   Duplicating/Printing/Scanning              1.40
           ATTY # 007015: 14 COPIES

11/22/13   Duplicating/Printing/Scanning              1.40
           ATTY # 007015: 14 COPIES

11/25/13   Duplicating/Printing/Scanning             36.00
           ATTY # 6410; 360 COPIES

                    CURRENT EXPENSES               41.60
                                                 ------------
              TOTAL BALANCE DUE UPON RECEIPT       $41.60
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2502947
7500 Grace Drive                        Invoice Date      12/27/13
Columbia, Maryland 21044                Client Number      172573
USA

===============================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

    Fees                          0.00
    Expenses                      3.60

                         TOTAL BALANCE DUE UPON RECEIPT        $3.60
                                                       =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


   W.R. Grace & Co.                    Invoice Number    2502947
   7500 Grace Drive                    Invoice Date     12/27/13
   Columbia, Maryland 21044            Client Number      172573
   USA                                 Matter Number       80001


===========================================================================

Re: (80001)  Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Duplicating/Printing/Scanning             3.60

                       CURRENT EXPENSES                   3.60
                                                    ------------
                  TOTAL BALANCE DUE UPON RECEIPT        $3.60
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    2502947
7500 Grace Drive                        Invoice Date      12/27/13
Columbia, Maryland 21044                Client Number      172573
USA                                     Matter Number       80001

===============================================================================

Re: (80001)  Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

10/29/13   Duplicating/Printing/Scanning                 1.60
           ATTY # 008690: 16 COPIES

10/30/13   Duplicating/Printing/Scanning                  .40
           ATTY # 008690: 4 COPIES

10/30/13   Duplicating/Printing/Scanning                  .80
           ATTY # 008690: 8 COPIES

10/31/13   Duplicating/Printing/Scanning                  .80
           ATTY # 008690: 8 COPIES

                        CURRENT EXPENSES                  3.60
                                                    ------------
              TOTAL BALANCE DUE UPON RECEIPT            $3.60
                                                    =============