# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline:  January 24, 2014, at 4:00 p.m.** |
| | ) | **Hearing Date:  Only if Objections are Filed** |

**SUMMARY OF APPLICATION OF REED SMITH LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO
DEBTORS FOR THE ONE HUNDRED FIFTIETH MONTHLY INTERIM
PERIOD FROM DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Prof. Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | December 1 Through December 31, 2013 |
| Amount of fees sought as actual, reasonable and necessary: | $21,264.00 |
| Amount of expenses sought as actual, reasonable and necessary | $754.07 |

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food  N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a(n):  X  monthly    __ interim    __ final application.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through | $172,838.75 | $34,384.69 | No objections served on | No objections served on |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 10/31/02 | | | counsel | counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through | $21,531.00 | $85.71 | No objections | No objections |

---

[2]     Although Reed Smith initially requested $9,795.00 for the December 2003 monthly period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 1/31/04 | | | served on counsel | served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |
| 9/29/08 | 8/1/08 through 8/31/08 | $133,508.50 | $25,510.91 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 9/1/08 through 9/30/08 | $178,342.50 | $62,002.21 | No objections served on counsel | No objections served on counsel |
| 11/28/08 | 10/1/08 through 10/31/08 | $180,835.00 | $97,238.00 | No objections served on counsel | No objections served on counsel |
| 12/29/08 | 11/1/08 through 11/30/08 | $262,272.50 | $66,906.64 | No objections served on counsel | No objections served on counsel |
| 2/2/09 | 12/1/08 through 12/31/08 | $296,040.50 | $61,115.32 | No objections served on counsel | No objections served on counsel |
| 3/5/09 | 1/1/09 through 1/31/09 | $187,083.50 | $48,496.26 | No objections served on counsel | No objections served on counsel |
| 3/30/09 | 2/1/09 through 2/28/09 | $170,090.00 | $71,440.61 | No objections served on counsel | No objections served on counsel |
| 4/28/09 | 3/1/09 through 3/31/09 | $119,493.00 | $91,664.16 | No objections served on counsel | No objections served on counsel |
| 5/28/09 | 4/1/09 through 4/30/09 | $82,997.00 | $31,796.74 | No objections served on counsel | No objections served on counsel |
| 6/29/09 | 5/1/09 through 5/31/09 | $46,410.00 | $1,641.97 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/29/09 | 6/1/09 through 6/30/09 | $37,799.50 | $8,098.44 | No objections served on counsel | No objections served on counsel |
| 8/31/09 | 7/1/09 through 7/31/09 | $26,413.00 | $6,408.90 | No objections served on counsel | No objections served on counsel |
| 9/30/09 | 8/1/09 through 8/31/09 | $57,230.00 | $5,569.75 | No objections served on counsel | No objections served on counsel |
| 10/29/09 | 9/1/09 through 9/30/09 | $26,700.00 | $35,383.32 | No objections served on counsel | No objections served on counsel |
| 12/1/09 | 10/1/09 through 10/31/09 | $36,478.50 | $11,042.24 | No objections served on counsel | No objections served on counsel |
| 12/31/09 | 11/1/09 through 11/30/09 | $26,217.00 | $6,599.14 | No objections served on counsel | No objections served on counsel |
| 1/29/10 | 12/1/09 through 12/31/09 | $18,402.00 | $350.26 | No objections served on counsel | No objections served on counsel |
| 3/2/10 | 1/1/1 through 1/31/10 | $67,941.00 | $5,542.74 | No objections served on counsel | No objections served on counsel |
| 3/29/10 | 2/1/10 through 02/28/10 | $8,019.00 | $1,025.90 | No objections served on counsel | No objections served on counsel |
| 4/28/10 | 3/1/10 through 3/31/10 | $7,581.50 | $2,008.26 | No objections served on counsel | No objections served on counsel |
| 5/28/10 | 4/1/10 through 4/30/10 | $28,603.00 | $1,030.65 | No objections served on counsel | No objections served on counsel |
| 6/29/10 | 5/1/1/10 through 5/31/10 | $6,594.50 | $1,375.18 | No objections served on counsel | No objections served on counsel |
| 7/28/10 | 6/1/10 through 6/30/10 | $7,500.50 | $299.18 | No objections served on counsel | No objections served on counsel |
| 8/31/10 | 7/1/10 through 7/31/10 | $9,446.00 | $100.30 | No objections served on counsel | No objections served on counsel |
| 9/28/10 | 8/1/10 through 8/31/10 | $3,635.50 | $821.90 | No objections served on counsel | No objections served on counsel |
| 10/28/10 | 9/1/10 through 9/30/10 | $5,575.50 | $49.74 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/30/10 | 10/1/10 through 10/31/10 | $6,159.30 | $18.26 | No objections served on counsel | No objections served on counsel |
| 12/29/10 | 11/1/10 through 11/30/10 | $19,070.80 | $76.00 | No objections served on counsel | No objections served on counsel |
| 1/31/11 | 12/1/10 through 12/31/10 | $15,773.50 | $1,381.58 | No objections served on counsel | No objections served on counsel |
| 2/28/11 | 1/1/11 through 1/31/11 | $29,967.50 | $1,110.22 | No objections served on counsel | No objections served on counsel |
| 3/28/11 | 2/1/11 through 2/28/11 | $41,503.00 | $11,883.46 | No objections served on counsel | No objections served on counsel |
| 4/29/11 | 3/1/11 through 3/31/11 | $6,362.50 | $2,549.26 | No objections served on counsel | No objections served on counsel |
| 5/31/11 | 4/1/11 through 4/30/11 | $18,201.00 | $147.45 | No objections served on counsel | No objections served on counsel |
| 6/29/11 | 5/1/11 through 5/31/11 | $6,949.00 | $785.03 | No objections served on counsel | No objections served on counsel |
| 7/28/11 | 6/1/11 through 6/30/11 | $24,354.50 | $387.90 | No objections served on counsel | No objections served on counsel |
| 8/29/11 | 7/1/11 through 7/31/11 | $11,068.00 | $81.61 | No objections served on counsel | No objections served on counsel |
| 9/29/11 | 8/1/11 through 8/31/11 | $8,986.50 | $1,113.30 | No objections served on counsel | No objections served on counsel |
| 10/28/11 | 9/1/11 through 9/30/11 | $12,101.50 | $94.10 | No objections served on counsel | No objections served on counsel |
| 11/29/11 | 10/1/11 through 10/31/11 | $19,260.50 | $31.80 | No objections served on counsel | No objections served on counsel |
| 12/30/11 | 11/1/11 through 11/30/11 | $19,841.50 | $304.30 | No objections served on counsel | No objections served on counsel |
| 1/31/12 | 12/1/11 through 12/31/11 | $27,648.00 | $4,961.85 | No objections served on counsel | No objections served on counsel |
| 3/1/12 | 1/1/12 through 1/31/12 | 74,726.00 | 9,717.03 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/12 | 2/1/12 through 2/29/12 | $20,952.50 | $1,692.53 | No objections served on counsel | No objections served on counsel |
| 4/30/12 | 3/1/12 through 3/31/12 | $59,351.00 | $1,350.33 | No objections served on counsel | No objections served on counsel |
| 5/29/12 | 4/1/12 through 4/30/12 | $23,893.50 | $924.72 | No objections served on counsel | No objections served on counsel |
| 6/29/12 | 5/1/12 through 5/31/12 | $42,361.00 | $6,074.23 | No objections served on counsel | No objections served on counsel |
| 7/30/12 | 6/1/12 through 6/30/12 | $18,687.50 | $2,761.21 | No objections served on counsel | No objections served on counsel |
| 8/29/12 | 7/1/12 through 7/31/12 | $9,649.00 | $24.40 | No objections served on counsel | No objections served on counsel |
| 10/2/12 | 8/1/12 through 8/31/12 | $19,765.50 | $1,291.20 | No objections served on counsel | No objections served on counsel |
| 10/31/12 | 91/1/12 through 9/30/12 | $2,159.00 | $16.00 | No objections served on counsel | No objections served on counsel |
| 11/29/12 | 10/1/12 through 10/31/12 | $7,989.00 | $40.00 | No objections served on counsel | No objections served on counsel |
| 12/31/12 | 11/1/12 through 11/30/12 | $4,819.00 | $758.10 | No objections served on counsel | No objections served on counsel |
| 1/29/13 | 12/1/12 through 12/31/12 | $4,171.00 | $42.70 | No objections served on counsel | No objections served on counsel |
| 3/4/13 | 1/1/13 through 1/31/13 | $14,051.50 | $37.90 | No objections served on counsel | No objections served on counsel |
| 3/29/13 | 2/1/13 through 2/28/13 | $4,560.50 | $382.29 | No objections served on counsel | No objections served on counsel |
| 5/1/13 | 3/1/13 through 3/31/13 | $13,962.00 | $336.74 | No objections served on counsel | No objections served on counsel |
| 6/3/13 | 4/1/13 through 4/30/13 | $48,898.00 | $140.54 | No objections served on counsel | No objections served on counsel |

| 7/1/13 | 5/1/13 through 5/31/13 | $5,282.00[3] | $710.37 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 7/30/13 | 6/1/13 through 6/30/13 | $2,584.00 | $89.63 | No objections served on counsel | No objections served on counsel |
| 9/3/13 | 7/1/13 through 7/31/13 | $3,027.00 | $57.12 | No objections served on counsel | No objections served on counsel |
| 9/30/13 | 8/1/13 through 8/31/13 | $1,892.00 | $579.44 | No objections served on counsel | No objections served on counsel |
| 10/28/13 | 9/1/13 through 9/30/13 | $5,352.50 | $35.14 | No objections served on counsel | No objections served on counsel |
| 11/29/13 | 10/1/13 through 10/31/13 | $6,376.50 | $72.50 | No objections served on counsel | No objections served on counsel |
| 12/31/13 | 11/1/13 through 11/30/13 | $14,397.00 | $547.27 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the one hundred fiftieth application for monthly interim compensation of services filed with the Bankruptcy Court in these chapter 11 cases.

The total time expended for the preparation of this application is approximately four hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,200.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $690.00 | .70 | $483.00 |
| Kyle O. Sollie | Partner | 1996 | Business & Finance | $680.00 | .50 | $340.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $495.00 | .60 | $297.00 |
| Sara A. Lima | Associate | 2002 | Business & Finance | $470.00 | 29.20 | $13,724.00 |
| Alexandra P. E. Sampson | Associate | 2007 | Business & Finance | $450.00 | 4.00 | $1,800.00 |

---

3    Pursuant to informal discussion with the United States Trustee, Reed Smith voluntarily reduced its requested fees for the 143rd monthly interim period (May 2013) from $6,124.50 to $5,282.00, a reduction of $842.50.

| Name of Professional Person | Position with the applicant | Year Admitted | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Jaime S. Reichardt | Associate | 2009 | Business & Finance | $380.00 | 3.70 | $1,406.00 |
| Guannan Yu | Associate | Admission Pending (JD 2013) | Business & Finance | $340.00 | 7.70 | $2,618.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant and number of years as a paraprofessional | | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 22 Years | Bankruptcy | $270.00 | .80 | $216.00 |
| Sharon A. Ament | Paralegal | 7 Years | Litigation | $200.00 | 1.90 | $380.00 |

**Total Fees: $21,264.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Consulting | .50 | $345.00 |
| Travel – Nonworking | 5.20 | $2,444.00 |
| Fee Applications | 3.50 | $1,031.00 |
| Unclaimed Property Advice | 39.90 | $17,444.00 |
| **Total** | **49.10** | **$21,264.00** |

**EXPENSE SUMMARY**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $49.50 | $0.00 |
| Postage Expense | $10.22 | $0.00 |
| Lodging | $404.54 | $0.00 |
| Parking/Tolls/Other Transportation | $16.00 | $0.00 |
| Mileage Expense | $135.60 | $0.00 |
| Meal Expense | $94.15 | $0.00 |
| General Expense:  Fuel for S. Lima's drive to MD to attend Unclaimed Property Workout Session on 12/8/13 purchased while stuck on Route 95 during snowstorm for six hours | $44.06 | $0.00 |
| SUBTOTAL | $754.07 | $0.00 |
| **TOTAL** | **$754.07** | **$0.00** |

Dated: January 31, 2014                    REED SMITH LLP
       Wilmington, Delaware

                                    By: /s/ Kurt F. Gwynne
                                        Kurt F. Gwynne (No. 3951)
                                        1201 Market Street, Suite 1500
                                        Wilmington, DE  19801
                                        Telephone:  (302) 778-7500
                                        Facsimile:  (302) 778-7575
                                        E-mail: kgwynne@reedsmith.com

                                            And

                                        James J. Restivo, Jr., Esquire
                                        Douglas E. Cameron, Esquire
                                        Reed Smith Centre
                                        225 Fifth Avenue
                                        Pittsburgh, PA 15222
                                        Telephone:  (412) 288-3131
                                        Facsimile:  (412) 288-3063

                                        Special Asbestos Products Liability Defense
                                        Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     2513345
7500 Grace Drive                          Invoice Date       01/29/14
Columbia, Maryland 21044                  Client Number      172573
USA


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                          345.00
    Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT          $345.00
                                            =============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


  W.R. Grace & Co.                     Invoice Number    2513345
  7500 Grace Drive                     Invoice Date      01/29/14
  Columbia, Maryland 21044             Client Number     172573
  USA                                  Matter Number       60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2013

    Date   Name                                         Hours
  -------- -----------                                  -----

  12/16/13 Cameron      Review materials re: open issues,   .50
                        bankruptcy status, emails re: same

                                                       ------
                                       TOTAL HOURS       .50


TIME SUMMARY              Hours       Rate        Value
------------------------  ----------------------  -------
Douglas E. Cameron        0.50  at  $  690.00  =   345.00

                          CURRENT FEES                345.00


                                                  ------------
                     TOTAL BALANCE DUE UPON RECEIPT   $345.00
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number    2513346
5400 Broken Sound Blvd., N.W.            Invoice Date      01/29/14
Boca Raton, FL 33487                     Client Number     172573



==============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

    Fees                            2,444.00
    Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT        $2,444.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      2513346
5400 Broken Sound Blvd., N.W.        Invoice Date        01/29/14
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60027


=============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2013

   Date   Name                                                   Hours
 -------- -----------                                            -----

12/08/13 Lima            One-half travel time to client          3.50
                         meeting in Columbia, Maryland
                         (extended travel time due to
                         snowstorm)

12/10/13 Lima            Half travel time back to                1.70
                         Philadelphia.

                                                                ------
                                             TOTAL HOURS         5.20


TIME SUMMARY                   Hours        Rate          Value
------------------------    ----------------------      -------
Sara A. Lima                  5.20  at  $  470.00  =    2,444.00

                            CURRENT FEES                          2,444.00


                                                      ------------
                      TOTAL BALANCE DUE UPON RECEIPT    $2,444.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2513347
7500 Grace Drive                          Invoice Date      01/29/14
Columbia, Maryland 21044                  Client Number     172573
USA


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                          1,031.00
    Expenses                          0.00

                 TOTAL BALANCE DUE UPON RECEIPT      $1,031.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      2513347
7500 Grace Drive                         Invoice Date      01/29/14
Columbia, Maryland 21044                 Client Number       172573
USA                                      Matter Number        60029

========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2013

| Date     | Name    |                                                      | Hours |
| -------- | ------- | ---------------------------------------------------- | ----- |
| 12/08/13 | Cameron | Review fee application materials                     | .20   |
| 12/09/13 | Ament   | E-mails re: billing matters (.10); begin drafting Nov. monthly fee application (.20). | .30 |
| 12/12/13 | Muha    | Review and revise fee and expense detail for Nov. 2013 monthly application. | .30 |
| 12/16/13 | Ament   | Attention to billing matters (.10); review and respond to e-mail from D. Cameron re: same (.10). | .20 |
| 12/27/13 | Lord    | Review and revise Reed Smith November monthly fee application. | .80 |
| 12/30/13 | Ament   | Attention to billing matters (.10); e-mails re: same (.10); review invoices relating to Nov. monthly fee application (.10); calculate fees and expenses for same (.30); prepare spreadsheets re: same (.20); draft 149th Nov. monthly fee application (.20); provide same to A. Muha for review (.10); finalize Nov. monthly fee application and fee and expense details (.10); e-mail same to J. Lord for DE filing (.10). | 1.30 |

```
172573  W. R. Grace & Co.                      Invoice Number   2513347
60029   Fee Applications-Applicant             Page    2
        January 29, 2014


    Date    Name                                               Hours
    --------  -----------                                      -----


    12/30/13  Muha          Review and revise final draft of     .30
                            Nov. 2013 monthly application, and
                            conference with S. Ament re: same.

    12/31/13  Ament         E-mails re: filing of Nov. monthly   .10
                            fee application.


                                                   ------
                                   TOTAL HOURS       3.50


    TIME SUMMARY               Hours        Rate          Value
    ------------------------  ---------------------      -------
    Douglas E. Cameron         0.20  at  $  690.00  =    138.00
    Andrew J. Muha             0.60  at  $  495.00  =    297.00
    John B. Lord               0.80  at  $  270.00  =    216.00
    Sharon A. Ament            1.90  at  $  200.00  =    380.00

                              CURRENT FEES                            1,031.00


                                                        ------------
                              TOTAL BALANCE DUE UPON RECEIPT    $1,031.00
                                                        ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2513348
7500 Grace Drive                          Invoice Date        01/29/14
Columbia, Maryland 21044                  Client Number        172573
USA


==============================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

        Fees                           17,444.00
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT     $17,444.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number      2513348
7500 Grace Drive                           Invoice Date      01/29/14
Columbia, Maryland 21044                   Client Number       172573
USA                                        Matter Number        80001


===============================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2013

   Date   Name                                              Hours
-------- -----------                                        -----


12/02/13 Lima            Prepare for upcoming meeting at      .30
                         client location.

12/09/13 Lima            Working group meeting in Columbia,  10.00
                         Maryland

12/10/13 Lima            Working group meeting in Columbia    4.00
                         Maryland.

12/11/13 Lima            Follow up on working group meeting.  1.00

12/16/13 Lima            Confer with J. Reichardt regarding   1.30
                         bankruptcy preemption of escheat
                         of stock issue(.30); review
                         miscellaneous income detail with
                         statistician (.50); draft follow
                         up questions for K. Lankford (.50)

12/16/13 Reichardt       Discussion with Sara Lima on new     .30
                         research assignment regarding
                         unclaimed property and bankruptcy.

12/16/13 Yu              Begin analyzing data for             .80
                         statistical sample.


12/17/13 Lima            Confer internally with J.            .80
                         Reichardt regarding bankruptcy
                         preemption issue (.30); Discuss
                         statistical sampling (.30); Review
                         correspondence from K. Lankford
                         regarding miscellaneous income
                         account (.20)

```
172573  W. R. Grace & Co.                       Invoice Number  2513348
80001   Unclaimed Property Advice               Page    2
        January 29, 2014
```

| Date | Name | | Hours |
|------|------|------|-------|
| 12/17/13 | Reichardt | Completed case law research and analysis with review of all found cases on interaction of unclaimed property and bankruptcy to determine which property is escheatable (1.80); research into the application of unclaimed property rules in Chapter 11 bankruptcy proceeding (.70). | 2.50 |
| 12/18/13 | Lima | Confer with J. Reichardt regarding research for escheatment of securities during bankruptcy | .20 |
| 12/18/13 | Reichardt | Reviewed research on unclaimed property ramifications in bankruptcy and drafted response to questions on the same. | .70 |
| 12/18/13 | Yu | Draft steps for a statistical sample. | .60 |
| 12/19/13 | Lima | Review and analyze research concerning bankruptcy preemption of unclaimed property (1.0); assist in preparing upcoming management presentation (.50); confer internally with statistician regarding sample of Miscellaneous Income accounts (.90). | 2.40 |
| 12/19/13 | Reichardt | Conducted research to respond to question from Sara Lima on bankruptcy. | .20 |
| 12/19/13 | Sollie | Discussion with S. Lima regarding strategy on bankruptcy issues, etc. | .50 |
| 12/19/13 | Yu | Begin preparing statistical sample. | 3.00 |
| 12/20/13 | Lima | Telephone conference with R. Higgins regarding bankruptcy, unclaimed property issues and follow up. | 1.00 |
| 12/20/13 | Yu | Continue preparing statistical sampling. | .10 |

```
172573 W. R. Grace & Co.                        Invoice Number  2513348
80001  Unclaimed Property Advice                Page   3
       January 29, 2014
```

```
   Date   Name                                             Hours
 -------- -----------                                      -----

 12/23/13 Lima            Analyze bankruptcy court order on   1.40
                          securities.

 12/24/13 Sampson         Anaylze Delaware stock escheatment  3.00
                          issue.

 12/26/13 Lima            Confer with A. Sampson regarding     .40
                          securities transfers in unclaimed
                          property

 12/27/13 Sampson         Continue analysis of Delaware       1.00
                          stock escheat issue.

 12/27/13 Yu              Continue preparing statistical      2.20
                          sampling.

 12/30/13 Lima            Confer with team regarding next     1.20
                          steps in support of statistical
                          sample (.50); review securities
                          research (.30); begin drafting
                          correspondence to client regarding
                          securities research (.40).

 12/30/13 Yu              Continue preparing statistical       .50
                          sample.

 12/30/13 Yu              Continue preparing statistical       .50
                          sample.

                                                           ------
                                          TOTAL HOURS      39.90
```

```
TIME SUMMARY               Hours        Rate        Value
------------------------  --------  -----------    -------
Kyle O. Sollie              0.50  at $  680.00  =     340.00
Sara A. Lima               24.00  at $  470.00  =  11,280.00
Alexandra P. E. Sampson     4.00  at $  450.00  =   1,800.00
Jaime S. Reichardt          3.70  at $  380.00  =   1,406.00
Guannan Yu                  7.70  at $  340.00  =   2,618.00

                          CURRENT FEES                    17,444.00


                                                     ------------
             TOTAL BALANCE DUE UPON RECEIPT          $17,444.00
                                                     ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    2513351 |
| 7500 Grace Drive | Invoice Date      01/29/14 |
| Columbia, Maryland 21044 | Client Number     172573 |
| USA | Matter Number      60029 |

===============================================================================

Re: Fee Applications-Applicant

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Duplicating/Printing/Scanning | 49.50 |
| Postage Expense | 10.22 |

|  |  |
|---|---|
| CURRENT EXPENSES | 59.72 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $59.72 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2513351
7500 Grace Drive                          Invoice Date      01/29/14
Columbia, Maryland 21044                  Client Number      172573
USA


========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                          0.00
    Expenses                     59.72

              TOTAL BALANCE DUE UPON RECEIPT        $59.72
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    2513351
7500 Grace Drive                          Invoice Date      01/29/14
Columbia, Maryland 21044                  Client Number     172573
USA                                       Matter Number     60029


===========================================================================

Re: (60029)  Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/02/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 42 COPIES | 4.20 |
| 12/02/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 58 COPIES | 5.80 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/03/13 | Duplicating/Printing/Scanning<br>ATTY # 000349: 19 COPIES | 1.90 |
| 12/04/13 | Postage Expense<br>Postage Expense: ATTY # 000718 User: Equitrac By | 10.22 |
| 12/06/13 | Duplicating/Printing/Scanning<br>ATTY # 007015: 13 COPIES | 1.30 |
| 12/09/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |

```
172573 W. R. Grace & Co.                        Invoice Number   2513351
60029  Fee Applications-Applicant               Page    2
       January 29, 2014
```

```
12/16/13   Duplicating/Printing/Scanning                      2.10
           ATTY # 000559: 21 COPIES

12/16/13   Duplicating/Printing/Scanning                      2.10
           ATTY # 000559: 21 COPIES

12/18/13   Duplicating/Printing/Scanning                      1.90
           ATTY # 000349: 19 COPIES

12/18/13   Duplicating/Printing/Scanning                      1.90
           ATTY # 000349: 19 COPIES

12/18/13   Duplicating/Printing/Scanning                      1.50
           ATTY # 000349: 15 COPIES

12/18/13   Duplicating/Printing/Scanning                      2.10
           ATTY # 000559: 21 COPIES

12/18/13   Duplicating/Printing/Scanning                      2.10
           ATTY # 000559: 21 COPIES

12/30/13   Duplicating/Printing/Scanning                      4.20
           ATTY # 000559: 42 COPIES

12/30/13   Duplicating/Printing/Scanning                       .10
           ATTY # 000559: 1 COPIES

12/30/13   Duplicating/Printing/Scanning                       .20
           ATTY # 000559: 2 COPIES

12/30/13   Duplicating/Printing/Scanning                      2.10
           ATTY # 000559: 21 COPIES

12/30/13   Duplicating/Printing/Scanning                      2.10
           ATTY # 000559: 21 COPIES

12/30/13   Duplicating/Printing/Scanning                      2.10
           ATTY # 000559: 21 COPIES

                        CURRENT EXPENSES                      59.72
                                                       ------------
             TOTAL BALANCE DUE UPON RECEIPT               $59.72
                                                       =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


    W.R. Grace & Co.                   Invoice Number      2513352
    7500 Grace Drive                   Invoice Date        01/29/14
    Columbia, Maryland 21044           Client Number        172573
    USA                                Matter Number         80001


===============================================================================

Re: Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Lodging                                    404.54
    Parking/Tolls/Other Transportation          16.00
    Mileage Expense                            135.60
    Meal Expense                                94.15
    General Expense                             44.06

                      CURRENT EXPENSES                   694.35
                                                   -------------

                TOTAL BALANCE DUE UPON RECEIPT        $694.35
                                                   =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
 W.R. Grace & Co.                        Invoice Number    2513352
 7500 Grace Drive                        Invoice Date     01/29/14
 Columbia, Maryland 21044                Client Number     172573
 USA
```

===============================================================================

Re: W. R. Grace & Co.


(80001)  Unclaimed Property Advice

```
     Fees                           0.00
     Expenses                     694.35

                TOTAL BALANCE DUE UPON RECEIPT        $694.35
                                                 ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number    2513352
7500 Grace Drive                           Invoice Date    01/29/14
Columbia, Maryland 21044                   Client Number     172573
USA                                        Matter Number      80001


============================================================================

Re: (80001)  Unclaimed Property Advice


FOR COSTS ADVANCED AND EXPENSES INCURRED:


12/08/13    Meal Expense                                      8.68
            Business Travel - Lunch - VENDOR: Sara A. Lima,
            Lunch to attend Unclaimed Property Workout
            Session in Maryland.
            Sara A. Lima
            BURGER KING DE10612000 Purch ID: 81233427


12/08/13    Mileage Expense                                 135.60
            Mileage - VENDOR: Sara A. Lima, Dec 08, 2013
            Drive to Maryland to attend Unclaimed Property
            Workout Session.


12/08/13    General Expense                                  44.06
            Other - VENDOR: Sara A. Lima, Dec 08, 2013
            Fuel for drive to Maryland to attend Unclaimed
            Property Workout Session.
            Fuel purchased while stuck on 95 during
            snowstorm for 6 hours.


12/08/13    Meal Expense                                      2.09
            Business Travel - Breakfast - VENDOR: Sara A. Li
            Cofffee for drive to Maryland to attend
            Unclaimed Property Workout Session.
            Sara A. Lima


12/08/13    Meal Expense                                     43.32
            Business Travel - Dinner - VENDOR: Sara A. Lima,
            Dinner at hotel in Maryland to attend Unclaimed
            Property Workout Session.
            Sara A. Lima


12/09/13    Meal Expense Business Travel - Breakfast -       19.88
            VENDOR: Sara A. Lima, Breakfast at hotel in
            Maryland to attend Unclaimed Property Workout
            Session. Sara A. Lima

172573 W. R. Grace & Co.                          Invoice Number   2513352
80001  Unclaimed Property Advice                  Page   2
       January 29, 2014


12/10/13   Meal Expense Business Travel - Breakfast -          2.39
           VENDOR: Sara A. Lima - Cofffee for drive home
           from Maryland to attend Unclaimed Property
           Workout Session. Sara A. Lima

12/10/13   Meal Expense Business Travel - Lunch - VENDOR:     17.79
           Sara A. Lima, Lunch at rest stop in Maryland to
           attend Unclaimed Property Workout Session. Sara
           A. Lima

12/11/13   Lodging Lodging - VENDOR: Sara A. Lima, Dec 11,   404.54
           2013 Two nighs at Sheraton Hotel in Maryland to
           attend Unclaimed Property Workout Session.

12/11/13   Parking/Tolls/Other Transportation                16.00
           Toll - VENDOR: Sara A. Lima, Dec 11, 2013
           Roundtrip tolls on drive to Maryland to attend
           Unclaimed Property Workout Session.

                        CURRENT EXPENSES                     694.35
                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $694.35
                                                         =============