**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: February 12, 2014 @ 4:00 pm |
| | ) | |

**NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 31617 (FORTY-SIXTH MONTHLY APPLICATION OF LAUZON BÉLANGER LESPÉRANCE AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS FOR THE PERIOD DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Forty-Sixth Monthly Application of Lauzon Bélanger Lespérance as Special Counsel for the Canadian ZAI Claimants for the Period December 1, 2013 through December 31, 2013 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, February 12, 2014.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, upon the filing of this certification and without the need for entry of a Court order approving the Application, the Debtors are authorized to pay the Applicant CDN $342.00 (which is 80% of the total amount of the fees, CDN $427.50) plus CDN $66.43 (100% of the expenses and taxes) requested in the Application for the period; a total of CDN $408.43.

Dated: February 17, 2014                    Respectfully submitted,

                                       By:    */s/ Daniel K. Hogan*
                                                       Daniel K. Hogan (DE Bar No. 2814)
                                                       THE HOGAN FIRM
                                                       1311 Delaware Avenue
                                                       Wilmington, Delaware 19806
                                                       Telephone: 302.656.7540
                                                       Facsimile: 302.656.7599
                                                       Email: dkhogan@dkhogan.com

                                                       **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**