IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date:  March 10, 2014 @ 4 p.m.** |

**NOTICE OF ANDERSON KILL P.C.'S QUARTERLY FEE APPLICATION
FOR THE FIFTY-FIRST INTERIM PERIOD OF
OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013 FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR
THE OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS OF W. R. GRACE & CO., *ET AL.*[1]**

| | |
|---|---|
| Name of Applicant: | Anderson Kill P.C. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 14, 2005, nunc pro tunc to March 17, 2005 |
| Period for which compensation and reimbursement is sought: | October 1, 2013 through December 31, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $269,831.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $186.66 |
| Total amount of holdback fees sought for applicable period: | $53,966.30 |

This is an: _____monthly ____X____ interim_____ final application.

---

[1]    Per discussion with B. Ruhlander on 5/5/11, hereinafter our quarterly applications shall mirror her numbering system, making this our 34th Quarterly Application covering the 51st Interim Period of October, November and December 2013.

**Error! Unknown document property name.**

If this is not the first application filed, disclose the following for each prior application:

**Error! Unknown document property name.**

**Monthly Interim Fee Applications for October 1, 2013 through December 31, 2013**:

| Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 12/10/13<br>D.I. #31448 | 10/1/13 through<br>10/31/13 | $80,418.40<br>(80% of $100,523.00) | $46.36 | **Pending** | **Pending** |
| 12/31/13<br>D.I. #31551 | 11/1/13 through<br>11/30/13 | $54,508.40<br>(80% of $68,135.50) | $124.00 | **Pending** | **Pending** |
| **02/3/14**<br>**D.I. #** | 12/1/13 through<br>12/31/13 | $80,938.40<br>(80% of $129,553.50) | $16.30 | **Pending** | **Pending** |

**Interim Fee Applications:**

| Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 11/15/05<br>1st Interim | July through<br>September 2005 | $16,348.00 | $186.75 | $16,348.00 | $186.75 |
| 2/14/06<br>2nd Interim | October through<br>December 2005 | $7,283.00 | $129.06 | $7,283.00 | $129.06 |
| 5/15/06<br>3rd Interim | January through<br>March 2006 | $ 17,264.50 | $ 46.48 | $17,264.50 | $46.48 |
| 8/14/06<br>4th Interim | April through<br>June 2006 | $ 214,295.00 | $ 844.80 | $214,295.00 | $844.80 |
| 11/14/06<br>5th Interim | July through<br>September 2006 | $ 84,800.00 | $ 596.91 | $84,800.00 | $596.91 |
| 2/15/07<br>6th Interim | October through<br>December 2006 | $ 74,785.00 | $ 525.88 | $74,785.00 | $525.88 |
| 5/15/07<br>7th Interim | January through<br>March 2007 | $ 21,533.00 | -$ 152.20 | $21,533.00 | -$152.20 |
| 8/14/07<br>8th Interim | April through<br>June 2007 | $ 54,146.50 | $ 2,665.63 | $54,146.50 | $2,665.63 |
| 11/15/07<br>9th Interim | July through<br>September 2007 | $ 330,831.00 | $ 2,643.22 | $330,831.00 | $2,643.22 |
| 2/15/08<br>10th Interim | October through<br>December 2007 | $ 136,058.50 | $ 69.88 | $ 136,058.50 | $ 69.88 |
| 5/15/08<br>11th Interim | January through<br>March 2008 | $ 250,420.50 | $ 3,199.44 | $250,420.50 | $3,199.44 |
| 8/14/08<br>12th Interim | April through<br>June 2008 | $ 522,325.00 | $ 5,879.01 | $552,325.00 | $5,879.01 |
| 11/17/08<br>13th Interim | July through<br>September 2008 | $ 449,116.00 | $ 2,897.32 | $449,116.00 | $2,897.32 |
| 2/13/09<br>14th Interim | October through<br>December 2008 | $ 578,214.50 | $ 4,659.16 | $578,214.50 | $4,659.16 |
| 5/13/09<br>15th Interim | January through<br>March 2009 | $ 750,505.00 | $ 7.987.34 | $ 750,505.00 | $ 7.987.34 |

**Error! Unknown document property name.**

**Interim Fee Applications:**

| Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 8/17/09<br>16th Interim | April through June 2009 | $ 986,833.00 | $ 11,359.81 | $ 986,833.00 | $ 11,359.81 |
| 11/16/09<br>17th Interim | July through September 2009 | $ 1,199,112.00 | $ 22,671.58 | $ 1,199,112.00 | $ 22,671.58 |
| 2/12/10<br>18th Interim | October through December 2009 | $ 632,543.50 | $ 8,688.60 | $ 632,543.50 | $ 8,688.60 |
| 5/14/10<br>19th Interim | January through March 2010 | $ 454,788.00 | $ 8,691.58 | $ 454,788.00 | $ 8,691.58 |
| 8/13/10<br>20th Interim | April through June 2010 | $477,320.50 | $3,175.40 | $477,320.50 | $3,175.40 |
| 11/15/10<br>21st Interim | July through September 2010 | $522,461.00 | $8,741.24 | $522,461.00 | $8,741.24 |
| 2/15/11<br>22s Interim | October through December 2010 | $452,438.50 | $1,862.82 | $452,438.50 | $1,862.82 |
| 5/16/11<br>23rd Interim | January through March 2011 | $440,943.00 | ($1,471.63)[2] | $440,943.00 | ($1,471.63)[3] |
| 8/15/2011<br>24th Interim | April through June 2011 | $360,916.50 | $327.07 | $360,916.50 | $327.07 |
| 11/14/2011<br>25th Interim | July through September 2011 | $226,658.50 | $426.29 | $226,658.50 | $426.29 |
| 02/15/2012<br>26th Interim | October through December 2011 | $233,851.10 | $6,479.80 | $233,851.10 | $6,479.80 |
| 05/15/2012<br>27th Interim | January through March 2012 | $402,648.50 | $4,061.99 | $402,648.50 | $4,061.99 |
| 08/14/2012<br>28th Interim | April through June 2012 | $336,373.00 | $3,705.65 | $336,373.00 | $3,705.65 |
| 11/14/2012<br>29th Interim | July through September 2012 | $297,555.00 | $2,896.74 | $297,555.00 | $2,896.74 |
| 02/14/2013<br>30th Interim | October through December 2012 | $341,590.50 | $121.57 | $341,590.50 | $121.57 |
| 05/15/2013<br>31st Interim | January through March 2013 | $392,374.50 | $121.41 | $392,374.50 | $121.41 |
| 08/14/2013<br>32nd Interim | April through June 2013 | $225,014.50 | ($204.50) | $225,014.50 | ($204.50) |
| 11/13/2013<br>33rd Interim | July through September 2013 | $320,465.00 | $418.01 | **Pending** | **Pending** |

---

[2]   Negative balance reflects two credits for $1,962.99 and $620.62, previously for entries dated January 20, 2010 and April 14, 2010, respectively, as addressed in the Fee Auditor's report filed under D.I. 26232 on February 10, 2011 and reflected on AK's January 2011 application.

[3]   See footnote 2.

**Interim Fee Applications:**

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 02/17/2014<br>34th Interim | October through<br>December 2013 | $269,831.50 | $186.66 | **Pending** | **Pending** |

[Remainder of Page Intentionally Left Blank]

**Error! Unknown document property name.**

**SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING
PERIOD OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013**

| Name and Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---:|---:|---:|
| Robert M. Horkovich, Esq. | 54.50 | $925.00 | $44,137.50 |
| Robert Y. Chung, Esq. | 55.80 | $675.00 | $37,665.00 |
| Mark Garbowski, Esq. | 109.20 | $650.00 | $73,207.50 |
| Dennis J. Nolan | .10 | $495.00 | $49.50 |
| Glenn F. Fields, Insurance Specialist | 133.80 | $365.00 | $48,837.00 |
| Izak Feldgreber, Paralegal | 118.80 | $315.00 | $47,572.50 |
| Harris E. Gershman, Paralegal | 30.10 | $295.00 | $9,371.50 |
| Arline Pelton, Paralegal | 33.30 | $270.00 | $8,991.00 |
| **Totals:** | **535.60** | | **$269,831.50** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 10/01/13 through 12/31/13 | Total Fees for the Period 10/01/13 through 12/31/13 |
|---|---:|---:|
| Asset Analysis & Recovery | 497.40 | $257,209.00 |
| Case Administration | 0.00 | $0.00 |
| Committee Matters | 0.00 | $0.00 |
| Non-Working Travel Time | 0.00 | $0.00 |
| Plan and Disclosure Statement | 0.00 | $0.00 |
| Hearings | 0.00 | $0.00 |
| Fee Applications, Applicant | 38.20 | $12,622.50 |
| Litigation | 0.00 | $0.00 |
| Data Analysis | 0.00 | $0.00 |
| Financing | 0.00 | $0.00 |
| **TOTAL:** | **535.60** | **$269,831.50** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period 10/1/13 through 12/31/13 |
|---|---|---|
| Airfreight | Federal Express | $18.23 |
| Filing/Witness Fees | | $0.00 |
| Facsimile ($0.50 per page) | | $0.00 |
| Local Travel | | $2.75 |
| Messenger | | $0.00 |
| Outside Messenger | | $0.00 |
| Other (Court Documents) | | $0.00 |
| Postage | | $0.00 |
| In-House Reproduction ($.10 per copy) | | $55.00 |
| Library and Legal Research | WestLaw | $50.68 |
| Telephone | CourtCall | $60.00 |
| Transcripts | | $0.00 |
| | | |
| **Total:** | | **$186.66** |

Dated:  February 17, 2014

ANDERSON KILL P.C.

*/s/ Robert Y. Chung*
Robert Y. Chung
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1039

*Special Insurance Coverage Counsel for the*
*Official Committee of Asbestos Claimants*