# EXHIBIT A

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W. R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

November 7, 2013                             INVOICE:           256531

MATTER:  CLAIMANTS COMMITTEE                 ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 10/31/13

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/01/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage data (1.60). | W001 | GFF | 2.40 |
| 10/01/13 | Continued reviewing and updating information on excess insurance policies, settlement agreements and reimbursement agreements re: follow form, indemnifications, insolvents, payment and other policy concerns. | W001 | IF | 2.70 |
| 10/01/13 | Follow-up in connection with Centennial Order confirming proof of claim final bar date. | W001 | RYC | 0.60 |
| 10/02/13 | Begin drafting monthly application (.80); begin drafting interim application (.80). | W011 | AHP | 1.60 |
| 10/02/13 | Draft and revise insurance policy data spreadsheets (.70); continue review of selected insurance company settlement agreements re: "subject policies" and scope of release issues (.80); continue analysis of selected insurance policies re: limits, aggregates, follow form, and assignment clause issues (1.10). | W001 | GFF | 2.60 |
| 10/02/13 | Continue reviewing and updating information on excess insurance policies, settlement and reimbursement agreements re: indemnifications, insolvents, following form, payment and other policy concerns. | W001 | IF | 2.40 |
| 10/02/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 2.70 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE

November 7, 2013

MATTER:  CLAIMANTS COMMITTEE

MATTER:      100055.WRG01

INVOICE:         256531

ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/03/13 | Review and revise time and expense entries (1.20); begin preparing interim chart (.80); review changes (.80). | W011 | AHP | 2.80 |
| 10/03/13 | Draft and revise insurance policy data spreadsheets (.60); continue review of selected insurance settlements re: "subject policies" and scope of release issues (.80); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (.90). | W001 | GFF | 2.30 |
| 10/03/13 | Continued to update information and review excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvents, following form provisions, payment and other insurance issues. | W001 | IF | 2.10 |
| 10/03/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 3.20 |
| 10/03/13 | Attention to fee application review. | W011 | RYC | 0.10 |
| 10/04/13 | Draft and revise insurance policy data spreadsheets (.80); continue review of selected insurance company settlement agreements re: "subject policies" and scope of release issues (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage issues (1.10). | W001 | GFF | 2.60 |
| 10/04/13 | Continue updating information and reviewing excess insurance policies, reimbursement agreements and settlement agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment and other insurance issues. | W001 | IF | 2.60 |
| 10/04/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 2.40 |
| 10/07/13 | Finish reviewing changes (.60); continue drafting monthly (.70); finish drafting interim chart (1.20); continue drafting interim application (.40). | W011 | AHP | 2.90 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE

November 7, 2013

MATTER:  CLAIMANTS COMMITTEE

MATTER:      100055.WRG01

INVOICE:          256531

ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/07/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues. | W001 | GFF | 1.90 |
| 10/07/13 | Research re: additional insurance company settlement payment timeline. | W001 | HEG | 1.30 |
| 10/07/13 | Continued to update information and review excess policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, following form clauses, payment and other insurance issues. | W001 | IF | 2.30 |
| 10/07/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 2.40 |
| 10/08/13 | Additional changes to time and expense entries and forward to attorney for review (.40); continue preparing interim chart (.60); continue preparing interim application (.40). | W011 | AHP | 1.40 |
| 10/08/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.40). | W001 | GFF | 2.10 |
| 10/08/13 | Continue to update information and review excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, follow form, payment and other policy issues. | W001 | IF | 1.90 |
| 10/08/13 | Review and comment upon fee application. | W011 | RYC | 0.50 |
| 10/09/13 | Review timekeeper practices and relay information to R. Horkovich (.40); additional changes to time and expense entries (.40); finalize and release monthly fee application and bill (.90). | W011 | AHP | 1.70 |
| 10/09/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form, other coverage issues. | W001 | GFF | 1.60 |
| 10/09/13 | Reviewed settlement agreement re: updated information "notice" and "termination." | W001 | IF | 1.40 |

{ 02 264 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          EIN: 13-2743351
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE            MATTER:      100055.WRG01

November 7, 2013                           INVOICE:          256531

MATTER: CLAIMANTS COMMITTEE                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/09/13 | Continued updating information and reviewing excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, following form, payment and other insurance issues. | W001 | IF | 1.10 |
| 10/09/13 | Chart payment due dates and requirements for Trustees from settling insurance companies (.90). Identify and work on missing escrow agreement for $5.8 million payment from insurance company (.90). | W001 | RMH | 1.80 |
| 10/09/13 | Research and analysis in connection with pending insurance coverage settlement issues (2.30). Follow-up in connection with intervening to obtain previously inaccessible insolvent insurance coverage (1.50). | W001 | RYC | 3.80 |
| 10/09/13 | Follow-up regarding fee application comments. | W011 | RYC | 0.30 |
| 10/10/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.70). | W001 | GFF | 2.40 |
| 10/10/13 | Continue updating information and reviewing excess policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, follow form, payment and other insurance issues. | W001 | IF | 1.80 |
| 10/10/13 | Review and revise allocations and cash flow analysis. | W001 | MG | 3.20 |
| 10/10/13 | Follow-up in connection with analysis of pending insurance settlement issues. | W001 | RYC | 1.90 |
| 10/11/13 | Continue analysis of selected insurance policies re: limits aggregates, follow form and other coverage issues. | W001 | GFF | 1.10 |
| 10/11/13 | Continued updating information and reviewing excess insurance policies, reimbursement agreements and settlement agreements re: indemnifications, insolvents, following form clauses, payment and other policy issues. | W001 | IF | 2.10 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000      EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

November 7, 2013                                              INVOICE:            256531

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 10/11/13 | Editing escrow agreement for funding of settlement. | W001 | RMH | 1.20 |
| 10/11/13 | Continue investigation regarding potentially unfavorable impending insolvent insurance company bar dates. | W001 | RYC | 1.30 |
| 10/14/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage issues (1.70). | W001 | GFF | 2.40 |
| 10/14/13 | Review of time line chart re: insurance company agreements and payment obligations. | W001 | HEG | 3.40 |
| 10/14/13 | Continue updating information and reviewing excess policies, reimbursement and settlement agreements re: indemnifications, insolvents, following form clauses, payment and other policy issues. | W001 | IF | 2.40 |
| 10/14/13 | Work on allocation cash flow analysis. | W001 | MG | 2.60 |
| 10/15/13 | Continued work on interim chart (.80); continued work on interim fee application (1.40). | W011 | AHP | 2.20 |
| 10/15/13 | Continue review of selected insurance company settlement agreements re: "subject policies" and scope of release (.80); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.80). | W001 | GFF | 2.60 |
| 10/15/13 | Additional analysis of insurance agreement payment obligation. | W001 | HEG | 0.80 |
| 10/15/13 | Continued to update information and review excess policies, coverage in place and settlement agreements re: indemnifications, insolvent insurance companies, follow form clauses, payment and other policy issues. | W001 | IF | 2.40 |
| 10/15/13 | Respond to inquiry re: settlement and allocation issues. | W001 | MG | 1.80 |
| 10/15/13 | Edit escrow agreement and transmit to and communicate with counsel for insurance company regarding same. | W001 | RMH | 1.70 |
| 10/15/13 | Review and comment upon interim fee application. | W011 | RYC | 0.60 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
E-Mail: Accounting@andersonkill.com

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

November 7, 2013                                   INVOICE:          256531

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/16/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.90). | W001 | GFF | 2.70 |
| 10/16/13 | Continue updating information and reviewing umbrella and excess insurance policies, coverage in place agreements and settlement agreements re: indemnifications, insolvent insurance companies, follow form clauses, payment and other policy issues. | W001 | IF | 2.30 |
| 10/16/13 | Work on allocation cash flow analysis. | W001 | MG | 3.40 |
| 10/16/13 | Review and analysis of post-petition Trust funding based upon future settlement payments. | W001 | RYC | 2.60 |
| 10/17/13 | Continue analysis of selected insurance settlement agreements re: "subject policies" and scope of release issues (1.20); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.40). | W001 | GFF | 2.60 |
| 10/17/13 | Continued to review and update information on umbrella and excess policies, coverage in place and settlement agreements re: indemnifications, insolvent insurance companies, following form clauses, payment and other policy issues. | W001 | IF | 2.80 |
| 10/17/13 | Work on allocation cash flow analysis. | W001 | MG | 3.80 |
| 10/17/13 | Edit report to Trustees re: payment of insurance assets and confer with FCR counsel re: requests for information. | W001 | RMH | 1.80 |
| 10/17/13 | Prepare revised summary in connection with post-petition Trust funding based upon future settlement payments. | W001 | RYC | 2.20 |
| 10/18/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.20). | W001 | GFF | 1.90 |

{ 02 264  1}

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE            MATTER:      100055.WRG01

November 7, 2013                           INVOICE:          256531

MATTER: CLAIMANTS COMMITTEE                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/18/13 | Continue to review and update information on excess policies, coverage in place and settlement agreements re: indemnifications, insolvent insurance companies, follow form clauses, payment and other insurance issues. | W001 | IF | 2.10 |
| 10/18/13 | Prepare set of allocation results (2.50); check cash flow figures and discount rates (2.40). | W001 | MG | 4.90 |
| 10/18/13 | Provide Medicare reporting material requested by FCR counsel (.90).  Provide remaining insurance company nominal value information requested by FCR counsel (0.80). | W001 | RMH | 1.70 |
| 10/18/13 | Review status of on going insolvent insurance coverage disputes. | W001 | RYC | 0.70 |
| 10/21/13 | Finalize and forward interim fee application and exhibits to local counsel for filing. | W011 | AHP | 1.20 |
| 10/21/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.70). | W001 | GFF | 2.40 |
| 10/21/13 | Continued reviewing and updating information on excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, following form provisions, payment and other policy concerns. | W001 | IF | 1.40 |
| 10/21/13 | Adjust cash flow projection. | W001 | MG | 3.20 |
| 10/22/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues. | W001 | GFF | 2.10 |
| 10/22/13 | Continue to review and update information on excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment and other insurance concerns. | W001 | IF | 1.70 |
| 10/22/13 | Research and analysis in connection with post-bankruptcy insurance recovery analysis. | W001 | RYC | 2.30 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    EIN: 13-2743351
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE

November 7, 2013

MATTER:  CLAIMANTS COMMITTEE

| | | |
|---|---|---|
| MATTER: | 100055.WRG01 |
| INVOICE: | 256531 |
| ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/23/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form, and voluntary payments issues. | W001 | GFF | 1.60 |
| 10/23/13 | Continued to update information and review excess insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvent insurance companies, following form clauses, payment and other insurance concerns. | W001 | IF | 2.40 |
| 10/23/13 | Adjust cash flow projection. | W001 | MG | 2.90 |
| 10/24/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies re: limits, aggregates, follow form and voluntary payments issues (1.10). | W001 | GFF | 1.70 |
| 10/24/13 | Continue to update information and review excess policies, settlement and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form clauses, payment and other insurance concerns. | W001 | IF | 2.10 |
| 10/24/13 | Review and evaluate prior summary information in connection with post-bankruptcy insurance recovery analysis. | W001 | RYC | 2.10 |
| 10/25/13 | Draft and revise insurance policy data spreadsheets (1.80); continue analysis of selected insurance policies regarding limits, aggregates, follow form, voluntary payments and other coverage issues (.90). | W001 | GFF | 2.70 |
| 10/25/13 | Adjust cash flow projection. | W001 | MG | 2.30 |
| 10/25/13 | Attention to creation of escrow account for $5.8 million payment and communicate with counsel regarding same. | W001 | RMH | 0.60 |
| 10/25/13 | Continue analysis of summary of anticipated Trust insurance recovery. | W001 | RYC | 2.60 |
| 10/28/13 | Draft and revise insurance policy data spreadsheets (1.70); continue analysis of selected insurance policies re: limits, aggregates, follow form, and voluntary payments issues (.90). | W001 | GFF | 2.60 |

{ 02 264 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

November 7, 2013                                   INVOICE:          256531

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 10/28/13 | Continued reviewing and updating information on excess insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvent insurance companies, following form provisions, payment and other insurance issues. | W001 | IF | 2.90 |
| 10/28/13 | Review and revise allocation. | W001 | MG | 2.20 |
| 10/28/13 | Continue analysis of summary of anticipated Trust insurance recovery. | W001 | RYC | 2.60 |
| 10/29/13 | Draft and revise insurance policy data spreadsheets (1.60); continue analysis of selected insurance policies re: limits, aggregates, follow form and other coverage issues (1.10). | W001 | GFF | 2.70 |
| 10/29/13 | Continue reviewing and updating information on excess policies, settlement and reimbursement agreements re: indemnifications, insolvents, following form provisions, payment and other insurance issues. | W001 | IF | 2.60 |
| 10/29/13 | Review and revise allocation and cash flow. | W001 | MG | 2.40 |
| 10/29/13 | Review and evaluate settlement agreement payment analysis. | W001 | RYC | 2.60 |
| 10/30/13 | Draft and revise insurance policy data spreadsheets (1.40); continue analysis of selected insurance policies re: limits, aggregates, follow form, and other coverage issues (1.30). | W001 | GFF | 2.70 |
| 10/30/13 | Continued to update information and review excess insurance policies, settlement and reimbursement agreements re: indemnities, insolvent insurance companies, following form language, payment and other insurance issues. | W001 | IF | 1.60 |
| 10/30/13 | Review and revise allocation and cash flow. | W001 | MG | 2.40 |
| 10/31/13 | Draft and revise insurance policy data spreadsheets (1.20); continue analysis of selected insurance policies re: limits, follow form, consent to settle and other coverage issues (1.40). | W001 | GFF | 2.60 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE

November 7, 2013

MATTER:  CLAIMANTS COMMITTEE

MATTER:      100055.WRG01

INVOICE:          256531

ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 10/31/13 | Continue to update information and review excess policies, settlement and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form language, payment and other insurance issues. | W001 | IF | 2.90 |
| 10/31/13 | Respond to inquiry re: insurance company family limits. | W001 | MG | 4.80 |
| 10/31/13 | Revise analysis of summary of anticipated Trust insurance recoveries. | W001 | RYC | 1.80 |

**TOTAL FEES:**                                              **$100,523.00**

{ 02 264 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:    100055.WRG01

November 7, 2013                          INVOICE:        256531

MATTER:  CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

## FEE SUMMARY

|                     | RATE   | HOURS  | TOTALS       |
|---------------------|--------|--------|--------------|
| Arline H Pelton     | 270.00 | 13.80  | 3,726.00     |
| Glenn F Fields      | 365.00 | 52.30  | 19,089.50    |
| Harris E Gershman   | 295.00 | 5.50   | 1,622.50     |
| Izak Feldgreber     | 315.00 | 50.00  | 15,750.00    |
| Mark Garbowski      | 650.00 | 50.60  | 32,890.00    |
| Robert M Horkovich  | 925.00 | 8.80   | 8,140.00     |
| Robert Y Chung      | 675.00 | 28.60  | 19,305.00    |
| **TOTAL FEES:**     |        |        | **$100,523.00** |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001      Asset Analysis and Recovery

|                     | HOURS    | TOTALS       |
|---------------------|----------|--------------|
| Glenn F Fields      | 52.30    | 19,089.50    |
| Harris E Gershman   | 5.50     | 1,622.50     |
| Izak Feldgreber     | 50.00    | 15,750.00    |
| Mark Garbowski      | 50.60    | 32,890.00    |
| Robert M Horkovich  | 8.80     | 8,140.00     |
| Robert Y Chung      | 27.10    | 18,292.50    |
| **TOTAL:**          | **194.30** | **$95,784.50** |

ACTIVITY CODE: W011      Fee Applications (Applicant)

|                     | HOURS    | TOTALS       |
|---------------------|----------|--------------|
| Arline H Pelton     | 13.80    | 3,726.00     |
| Robert Y Chung      | 1.50     | 1,012.50     |
| **TOTAL:**          | **15.30** | **$4,738.50** |

{ 02 264 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          EIN: 13-2743351
**E-Mail: Accounting@andersonkill.com**

Page 12

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

November 7, 2013                                  INVOICE:        256531

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

## COSTS through 10/31/13

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 09/11/13 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 240794385 Tracking Number: 796653323211 Reference: 100055 WRG01 01587  Billing Note: From: Robert Y Chung, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: John Pearson Kelly, GC, Superintendent of Financial Se, of the State of NY as Liquidat, NEW YORK CITY, NY, 10038, US | E107 | 8.94 |
| 09/27/13 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 242262768 Tracking Number: 796790366553 Reference: 100055 WRG01 01587    Billing Note: From: Robert Y Chung, Anderson Kill & Olick, PC, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: New York Liquidation Bureau, The Centennial Ins  Co In  Liq, 110 William St, NEW YORK CITY, NY, 10038, US | E107 | 9.29 |
| 10/01/13 | LIBRARY & LEGAL RESEARCH WESTLAW | E124 | 50.68 |
| 10/01/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 10/01/13 | DI - PHOTOCOPYING - | E101 | 1.90 |
| 10/02/13 | LOCAL TRAVEL - VENDOR: HORKOVICH, ROBERT M. Fare incurred while traveling to court | E110 | 2.75 |
| 10/09/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/09/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/09/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/18/13 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 10/23/13 | AP - TELEPHONE -INV#5372409 | | (30.00) |
| 10/28/13 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 10/31/13 | DI - PHOTOCOPYING - | E101 | 0.20 |

**TOTAL COSTS:**                                              **$46.36**

{ 02 264 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                   EIN: 13-2743351
**E-Mail: Accounting@andersonkill.com**

Page 13

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

November 7, 2013                                INVOICE:       256531

MATTER: CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| AF | AIRFREIGHT | 18.23 |
| LT | LOCAL TRAVEL | 2.75 |
| TE | AP - TELEPHONE - | (30.00) |
| WEST LB | LIBRARY & LEGAL RESEARCH WESTLAW | 50.68 |
| XE | DI - PHOTOCOPYING - | 4.70 |
| | **TOTAL COSTS:** | **$46.36** |
| | **TOTAL DUE:** | **$100,569.36** |

{ 02 264 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

November 7, 2013                                      INVOICE:          256531

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES
SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

| ACCT# 1000509141 ANDERSON KILL & OLICK PC NEW YORK, NY 10020-1104 | CLIENT/REFERENCE BY USER BY DAY DETAIL SEP 01, 2013 - SEP 30, 2013 | | INVOICE # 824095098 POSTING # 6069229658 | | PAGE 18 |
|---|---|---|---|---|---|
| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
| TOTAL SPECIAL PRICING INCLUDED CHARGES:() | 55:22T | 01 | :90T | 01 | 328.16T |
| 09/30/2013 SPECIAL PRICING INCLUDED CHARGES:() | | | | | |
| TIME CLASS | 42:35 | | | | 479.76 |
| COMMUNICATIONS | 42:35 | | | | 0.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES:() | 1:25:10T | 01 | :50T | 01 | 479.76T |
| TOTAL 099500-SEA06 CHARGES | 5:24:10S | 05 | :00S | 1,278S | 2,547.73S |
| 100055-WRG01 | | | | | |
| 4971638  NEGRON, VANESSA | | | | | |
| 09/16/2013 SPECIAL PRICING INCLUDED CHARGES:() | | | | | |
| STANDARD | 9:24 | | | | 148.61 |
| ALLFILES | :39 | | | | 18.86 |
| COMMUNICATIONS | 6:53 | | | | 0.00 |
| HOURLY CONNECT | | | 8:53 | | 0.00 |
| WESTLAW LINES | | | | 4,194 | 251.15 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES:() | 17:46T | 01 | 8:53T | 4,194T | 418.62T |
| TOTAL 100055-WRG01 CHARGES | 17:46S | 0S | 8:53S | 4,194S | 418.62S |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    EIN: 13-2743351
**E-Mail: Accounting@andersonkill.com**

Page 1

W. R. GRACE/CLAIMANTS COMMITTEE

December 5, 2013

MATTER:  CLAIMANTS COMMITTEE

MATTER:       100055.WRG01

INVOICE:            256901

ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

### PROFESSIONAL SERVICES through 11/30/13

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 11/01/13 | Draft and revise insurance policy data spreadsheets (1.10); continue analysis of selected insurance policies re: limits, aggregates, follow form, voluntary payments and other issues (1.80). | W001 | GFF | 2.90 |
| 11/01/13 | Assisted in review of outstanding settlement amounts. | W001 | IF | 0.60 |
| 11/01/13 | Continued updating information and reviewing excess/umbrella insurance policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, following form language, payment and other insurance issues. | W001 | IF | 2.40 |
| 11/01/13 | Searched files and on-line resources re: settlement agreement and approval order. | W001 | IF | 1.10 |
| 11/01/13 | Respond to inquiry re: insurance company family limits. | W001 | MG | 5.70 |
| 11/01/13 | Attention to request from FCR regarding valuation of coverage. | W001 | RMH | 0.90 |
| 11/01/13 | Review and analysis in connection with resolution of post-settlement issues with insurance companies. | W001 | RYC | 1.80 |
| 11/04/13 | Review time and expense entries (1.20); review and confirm backup for time and expense entries (.20). | W011 | AHP | 1.40 |
| 11/04/13 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies re: limits, follow form, voluntary payments and other coverage issues (2.40). | W001 | GFF | 3.30 |

( 02 264 1)

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    EIN: 13-2743351
**E-Mail: Accounting@andersonkill.com**

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:       100055.WRG01

December 5, 2013                          INVOICE:            256901

MATTER: CLAIMANTS COMMITTEE              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 11/04/13 | Continue updating information and reviewing excess policies, settlement agreements and coverage in place agreements re: indemnifications, insolvents, follow form language, payment and other insurance concerns. | W001 | IF | 2.60 |
| 11/04/13 | Revise cash model allocation. | W001 | MG | 2.20 |
| 11/04/13 | Attention to preparation of fee application. | W011 | RYC | 0.30 |
| 11/05/13 | Begin preparing monthly fee application (1.20); review changes and new entries to bill (.90). | W011 | AHP | 2.10 |
| 11/05/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies re: limits, aggregates, follow form, and voluntary payments issues (1.10). | W001 | GFF | 1.80 |
| 11/05/13 | Continue updating information and reviewing excess policies, settlement agreements and coverage in place agreements re: indemnifications, insolvents, follow form language, payment and other insurance concerns. | W001 | IF | 1.80 |
| 11/05/13 | Revise cash model allocation. | W001 | MG | 3.20 |
| 11/05/13 | Review update in connection with insurance asset analysis. | W001 | RYC | 1.60 |
| 11/06/13 | Review changes to time and expense entries (1.30); continue to work on monthly fee application and forward for review (.90). | W011 | AHP | 2.20 |
| 11/06/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies (umbrella/excess) re: limits, follow form, and voluntary payments issues (2.10). | W001 | GFF | 2.90 |
| 11/06/13 | Continued to update information and review excess policies, settlement and reimbursement agreements re: indemnifications, insolvents, following form, payment issues and other insurance concerns. | W001 | IF | 1.70 |
| 11/06/13 | Review and transmit revised proposed escrow agreement for $5.8 million payment. | W001 | RMH | 0.60 |
| 11/06/13 | Review and comment upon fee application. | W011 | RYC | 0.80 |

{ 02 264 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

December 5, 2013                                   INVOICE:             256901

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 11/07/13 | Finalize and release monthly fee application and exhibit. | W011 | AHP | 1.20 |
| 11/07/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, and voluntary payments issues. | W001 | GFF | 1.60 |
| 11/07/13 | Continued updating information and reviewing excess policies, settlement and reimbursement agreements re: indemnifications, insolvents, following form information, payment issues and other insurance policy concerns. | W001 | IF | 2.70 |
| 11/08/13 | Continue review of selected insurance settlement agreements re: "subject policies" and scope of release issues (.90); continue analysis of selected insurance policies (umbrella/excess) re: limits, follow form, and voluntary payments issues (1.40). | W001 | GFF | 2.30 |
| 11/08/13 | Continue updating information and reviewing insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form information, payment issues and other policy concerns. | W001 | IF | 2.90 |
| 11/08/13 | Follow-up connection with insurance settlement analysis. | W001 | RYC | 1.20 |
| 11/10/13 | Communications with counsel (Schiavoni) regarding escrow agreement and communications with FCR counsel regarding same. | W001 | RMH | 0.30 |
| 11/11/13 | Draft and revise insurance policy data spreadsheets (.90); continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, and other coverage issues (1.30). | W001 | GFF | 2.20 |
| 11/11/13 | Continued to update information and review policies, settlement and reimbursement agreements re: indemnifications, insolvent insurance companies, following form, payment and other insurance policy issues. | W001 | IF | 2.60 |

{ 02 264 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

December 5, 2013                                 INVOICE:            256901

MATTER: CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 11/11/13 | Communications regarding terminus date of 12/31/13 for settlement agreement with insurance company and implications of same with FCR counsel. | W001 | RMH | 0.40 |
| 11/12/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, follow form and voluntary payments issues (1.40); continue review of insurance settlement agreements re: "subject policies" and scope of release issues (1.30). | W001 | GFF | 2.70 |
| 11/12/13 | Continued updating information and reviewing excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvents, follow form, payment issues and other insurance issues. | W001 | IF | 2.20 |
| 11/12/13 | Revise cash flow model allocation. | W001 | MG | 2.80 |
| 11/13/13 | Confer with counsel (Jay Borowsky) regarding settlement. | W001 | RMH | 0.40 |
| 11/14/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, and voluntary payments issues (1.60). | W001 | GFF | 2.40 |
| 11/14/13 | Revise cash flow model allocation. | W001 | MG | 3.30 |
| 11/15/13 | Draft and revise insurance policy data spreadsheets (.40); continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, voluntary payments, and other coverage issues (1.20); continue review of selected insurance settlement agreements re: "subject policies" and scope of release issues (.80). | W001 | GFF | 2.40 |
| 11/15/13 | Confer with counsel (Schiavoni) regarding escrow. | W001 | RMH | 0.60 |
| 11/15/13 | Review and analysis in connection with insurance settlement analysis. | W001 | RYC | 2.60 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

December 5, 2013                                   INVOICE:        256901

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 11/18/13 | Draft and revise insurance policy data spreadsheets (1.30); Continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, voluntary payments, and other coverage issues (1.80). | W001 | GFF | 3.10 |
| 11/18/13 | Revise model allocation. | W001 | MG | 2.70 |
| 11/18/13 | Continue review and analysis in connection with insurance settlement analysis. | W001 | RYC | 2.60 |
| 11/19/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, and other coverage issues. | W001 | GFF | 1.30 |
| 11/19/13 | Revise model allocation. | W001 | MG | 3.20 |
| 11/19/13 | Attention to claim (0.30).  Confer with Mr. Inselbuch regarding insurance asset valuation report (0.10). | W001 | RMH | 0.40 |
| 11/19/13 | Update regarding recovery analysis in connection with impaired insurance coverage. | W001 | RYC | 2.70 |
| 11/20/13 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.10 |
| 11/20/13 | Investigation in connection with insolvent insurance recovery efforts (1.50). Investigation in connection with post-settlement insurance asset analysis (1.30). | W001 | RYC | 2.80 |
| 11/21/13 | Draft and revise insurance policy data spreadsheets (1.20); continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, and voluntary payments issues (1.40). | W001 | GFF | 2.60 |
| 11/21/13 | Continue to revise model allocation. | W001 | MG | 2.40 |
| 11/21/13 | Edit escrow agreement for payment. | W001 | RMH | 0.60 |
| 11/21/13 | Research and analysis in connection with establishing support for insurance coverage pending Trust processing of claims (1.60). Review and update of insurance coverage issues in recent bankruptcy pleadings (0.80). | W001 | RYC | 2.40 |

{ 02 264 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                 **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

December 5, 2013                                 INVOICE:         256901

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|--------------------------|----------|------|-------|
| 11/22/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies (umbrella/excess) re: follow form, aggregates, and voluntary payments issues (.90). | W001 | GFF | 1.70 |
| 11/22/13 | Continue to revise model. allocation. | W001 | MG | 2.40 |
| 11/22/13 | Transmit insurance asset report to Mr. Inselbuch (0.20).   Edit payment escrow agreement and communicate with Ms. Esayian and Ms. Mahaley regarding same (0.70).   Bring insurance asset valuation report up to date, calculate interests on amounts escrowed and communicate same to Mr. Inselbuch (0.50). | W001 | RMH | 1.40 |
| 11/22/13 | Continue research and analysis in connection with anticipation of insurance coverage issues raised by non-processed claims (1.70).   Follow-up in connection with insurance settlement analysis (1.10). | W001 | RYC | 2.80 |
| 11/25/13 | Review insurance settlement payment analysis (1.60).   Update and analysis in connection with ongoing claims determination of pending proofs of claim with insolvent insurance companies (1.20). | W001 | RYC | 2.80 |
| 11/26/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, and voluntary payments. | W001 | GFF | 2.40 |
| 11/26/13 | Continue updating information and reviewing excess policies, reimbursement agreements and settlement agreements re: indemnifications, insolvents, following form, payment issues and other insurance issues. | W001 | IF | 1.90 |
| 11/26/13 | Attention to settlement discussions with a major insurance company. | W001 | RMH | 0.60 |
| 11/27/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form, voluntary payments, and other coverage issues. | W001 | GFF | 0.70 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:     100055.WRG01

December 5, 2013          INVOICE:          256901

MATTER:  CLAIMANTS COMMITTEE          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 11/27/13 | Continued updating information and reviewing excess/umbrella insurance policies, reimbursement and settlement agreements re: indemnifications, insolvents, following form, payment issues and other insurance issues. | W001 | IF | 2.10 |
| 11/27/13 | Calculate NPV for settlement claim. | W001 | MG | 2.40 |
| 11/27/13 | Update insurance asset report. (0.50). Edit escrow agreement for deposit of $5.8 million from Arrowood. (1.40). | W001 | RMH | 1.90 |
| 11/27/13 | Continue update and analysis in connection with ongoing claims determination of pending proofs of claim with insolvent insurance companies. | W001 | RYC | 1.80 |

**TOTAL FEES:**                                          **$68,135.50**

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                        EIN: 13-2743351
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE

December 5, 2013

MATTER:  CLAIMANTS COMMITTEE

MATTER:       100055.WRG01

INVOICE:        256901

ROBERT M. HORKOVICH

### FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Arline H Pelton | 270.00 | 6.90 | 1,863.00 |
| Glenn F Fields | 365.00 | 37.40 | 13,651.00 |
| Izak Feldgreber | 315.00 | 24.60 | 7,749.00 |
| Mark Garbowski | 650.00 | 30.30 | 19,695.00 |
| Robert M Horkovich | 925.00 | 8.10 | 7,492.50 |
| Robert Y Chung | 675.00 | 26.20 | 17,685.00 |
| **TOTAL FEES:** | | | **$68,135.50** |

### SUMMARY OF SERVICES BY ACTIVITY
### THIS BILLING PERIOD

ACTIVITY CODE: W001       Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Glenn F Fields | 37.40 | 13,651.00 |
| Izak Feldgreber | 24.60 | 7,749.00 |
| Mark Garbowski | 30.30 | 19,695.00 |
| Robert M Horkovich | 8.10 | 7,492.50 |
| Robert Y Chung | 25.10 | 16,942.50 |
| **TOTAL:** | **125.50** | **$65,530.00** |

ACTIVITY CODE: W011       Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 6.90 | 1,863.00 |
| Robert Y Chung | 1.10 | 742.50 |
| **TOTAL:** | **8.00** | **$2,605.50** |

{ 02 264 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

December 5, 2013                                INVOICE:          256901

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

### COSTS through 11/30/13

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 11/04/13 | DI - PHOTOCOPYING - | E101 | 1.10 |
| 11/14/13 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic appearance 1/29/14 | E125 | 30.00 |
| 11/14/13 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic appearance 2/20/14 | E125 | 30.00 |
| 11/14/13 | AP - TELEPHONE - VENDOR: COURT CALL LLC Initial fee for telephonic appearance 3/26/14 | E125 | 30.00 |
| 11/18/13 | DI - PHOTOCOPYING - | E101 | 6.00 |
| 11/22/13 | DI - PHOTOCOPYING - | E101 | 26.20 |
| 11/25/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 11/26/13 | DI - PHOTOCOPYING - | E101 | 0.60 |

**TOTAL COSTS:**                                                **$124.00**

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| TE | AP - TELEPHONE - | 90.00 |
| XE | DI - PHOTOCOPYING - | 34.00 |
| | **TOTAL COSTS:** | **$124.00** |

**TOTAL DUE:**                                      **$68,259.50**

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W. R. GRACE/CLAIMANTS COMMITTEE

January 14, 2014

MATTER:  CLAIMANTS COMMITTEE

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

MATTER:      100055.WRG01

INVOICE:         257540

ROBERT M. HORKOVICH

## PROFESSIONAL SERVICES through 12/31/13

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/02/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, aggregates, follow form and voluntary payments issues. | W001 | GFF | 2.80 |
| 12/02/13 | Continued to update information and review insurance policies, reimbursement and settlement agreements re: indemnifications, insolvents, follow form, payment and other insurance issues. | W001 | IF | 1.70 |
| 12/02/13 | Revise charts in connection with net present value of potential present settlement of insurance policies. | W001 | MG | 4.10 |
| 12/02/13 | Follow-up regarding impending claims determination for insolvent insurance coverage. | W001 | RYC | 1.30 |
| 12/03/13 | Review and revise draft bill (1.30); begin preparing monthly fee application (.60). | W011 | AHP | 1.90 |
| 12/03/13 | Continue to update information and review excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvents, following form, payment issues and other insurance issues. | W001 | IF | 1.80 |
| 12/03/13 | Revise NPV charts. | W001 | MG | 4.70 |
| 12/03/13 | Communicate with insurance company counsel regarding expiration of settlement agreement. | W001 | RMH | 0.60 |
| 12/03/13 | Evaluate information regarding insurance portfolio requested by claimants' committee. | W001 | RYC | 0.90 |
| 12/04/13 | Proof changes (.90); finish drafting monthly fee application (.90). | W011 | AHP | 1.80 |

{ 02 2650 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

January 14, 2014                                   INVOICE:           257540

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 12/04/13 | Review email from R. Horkovich re: questions on settlement methodology. | W001 | DJN | 0.10 |
| 12/04/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, follow form, and voluntary payments issues. | W001 | GFF | 1.60 |
| 12/04/13 | Continued reviewing and updating information on excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvents, follow form, payment and other policy issues. | W001 | IF | 1.60 |
| 12/04/13 | Review information and response to queries re: settlement. | W001 | MG | 4.20 |
| 12/04/13 | Communications with insurance company regarding information needed for proof of claim approval. | W001 | RMH | 0.90 |
| 12/04/13 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 12/05/13 | Finalize time and expense entries, monthly fee application and release. | W011 | AHP | 1.20 |
| 12/05/13 | Continue reviewing and updating information on insurance policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, following form information, payment and other insurance issues. | W001 | IF | 2.30 |
| 12/05/13 | Continue to review information and response to queries re: settlement. | W001 | MG | 4.20 |
| 12/06/13 | Continue analysis of selected insurance policies re: limits, aggregates, follow form and voluntary payments issues (1.70); continue analysis of selected insurance company settlement agreements re: "subject policies" and scope of release issues (1.60). | W001 | GFF | 3.30 |
| 12/06/13 | Continued reviewing and updating information on excess policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, follow form information, payment and other insurance issues. | W001 | IF | 1.10 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

January 14, 2014                          INVOICE:          257540

MATTER:  CLAIMANTS COMMITTEE            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 12/06/13 | Research and analysis into queries re: settlement. | W001 | MG | 3.80 |
| 12/06/13 | Edit escrow agreement; circulate and recirculate for comments (2.40). Confer with Royal counsel (Schiavoni)(0.50). Report to incoming Trustees (.90). | W001 | RMH | 3.80 |
| 12/06/13 | Follow-up research and analysis in connection with anticipated Trust insurance asset portfolio. | W001 | RYC | 1.20 |
| 12/09/13 | Review and revise monitoring chart. | W011 | AHP | 0.70 |
| 12/09/13 | Draft and revise insurance policy data spreadsheets (.60); continue analysis of selected insurance policies (umbrella/excess) re: follow form, aggregates, and voluntary payments issues (1.30). | W001 | GFF | 1.90 |
| 12/09/13 | Continue reviewing and updating information on insurance policies, settlement agreements and coverage in place agreements re: indemnifications, insolvent insurance companies, following form provisions, payment issues and other policy issues. | W001 | IF | 1.90 |
| 12/09/13 | Follow-up review of settlement queries and prepare response thereto. | W001 | MG | 3.70 |
| 12/09/13 | Negotiations related to escrow with insurance companies. | W001 | RMH | 2.20 |
| 12/10/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of select insurance company settlements re: "subject policies" and scope of release issues (1.60). | W001 | GFF | 2.30 |
| 12/10/13 | Continued to update information and review excess insurance policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment and other policy concerns. | W001 | IF | 2.40 |
| 12/10/13 | Review information and response to queries re: settlement and revise allocation spreadsheet re: same. | W001 | MG | 3.90 |

{ 02 2650 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:       100055.WRG01

January 14, 2014                               INVOICE:            257540

MATTER: CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/10/13 | Attention to amendment of settlement due to potential expiration. (1.00). Edit escrow for ($5.9 million) payment. (0.80). | W001 | RMH | 1.80 |
| 12/11/13 | Continue analysis of selected insurance policies (umbrella/excess) re: limits, follow form, voluntary payments, and other coverage issues (1.80); draft and revise insurance policy data spreadsheets (.80). | W001 | GFF | 2.60 |
| 12/11/13 | Continued to update information and review policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, following form, payment and other policy concerns. | W001 | IF | 1.20 |
| 12/11/13 | Communications with insurer re: possible settlement and work on allocation spreadsheet re: same. | W001 | MG | 4.20 |
| 12/12/13 | Continue analysis of selected insurance policies (umbrella/excess) re: aggregates, follow form and voluntary payments issues (.70); draft and revise insurance policy data spreadsheets (1.40). | W001 | GFF | 2.10 |
| 12/12/13 | Continue reviewing and updating information on excess insurance policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, follow form, payment and other policy concerns. | W001 | IF | 2.40 |
| 12/12/13 | Continued communications with insurer re: possible settlement; work on allocation spreadsheet re: same. | W001 | MG | 2.60 |
| 12/12/13 | Edit escrow agreement for $5.9 million payment (1.20). Edit addendum to settlement agreement that is expiring (1.00). | W001 | RMH | 2.20 |
| 12/12/13 | Review and analysis in connection with post-bankruptcy Trust asset analysis. | W001 | RYC | 2.30 |
| 12/13/13 | Begin year-end fee application analysis for P. Schwartz. | W011 | AHP | 0.60 |

{ 02 2650 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                     EIN: 13-2743351
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE

January 14, 2014

MATTER:  CLAIMANTS COMMITTEE

MATTER:      100055.WRG01

INVOICE:          257540

ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|--------------------------|----------|------|-------|
| 12/13/13 | Draft and revise insurance policy data spreadsheets (.80); continue analysis of selected insurance policies (umbrella/excess) re: follow form, aggregates, voluntary payments and other coverage issues (.90); continue review of insurance company settlement agreements re: "subject policies" and scope of release issues (.70). | W001 | GFF | 2.40 |
| 12/13/13 | Continued to review and update information on excess policies, settlement and reimbursement agreements re: indemnifications, insolvent insurance companies, following form, payment and other policy concerns. | W001 | IF | 2.60 |
| 12/13/13 | Follow-up communications with insurer re: possible settlement; work on allocation spreadsheet re: same. | W001 | MG | 3.40 |
| 12/13/13 | Edit escrow agreement with US Bank for $5.9 million payment (1.00). Communicate with US Bank counsel (.40). Communicate with FCR counsel re: same (.40). Communicate with counsel (Jay Borowky) regarding amendment to expiring Settlement agreement. (1.00). | W001 | RMH | 2.80 |
| 12/16/13 | Continued year-end fee application analysis for R. Horkovich. | W011 | AHP | 1.30 |
| 12/16/13 | Research for R. Chung regarding Order and parties on docket list. | W001 | AHP | 0.80 |
| 12/16/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies (umbrella/excess) re: follow form, loss payable, aggregates, and other coverage issues (1.60). | W001 | GFF | 2.30 |
| 12/16/13 | Continue to review and update information on insurance policies, settlement agreements and reimbursement agreements re: indemnifications, insolvent insurance companies, follow form language, payment and other policy concerns. | W001 | IF | 2.20 |
| 12/16/13 | Work on allocation spreadsheet and cash flow calculations. | W001 | MG | 2.30 |

( 02 2650 1 )

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          EIN: 13-2743351
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE                     MATTER:     100055.WRG01

January 14, 2014                                    INVOICE:         257540

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/16/13 | Edit escrow for $5.9 million payment (0.60). Edit amendment to settlement agreement (0.80). | W001 | RMH | 1.40 |
| 12/16/13 | Research and analysis in connection with pending insurance coverage issues impeding settlement. | W001 | RYC | 2.20 |
| 12/17/13 | Continued efforts at researching contact information and year-end fee application analysis including multiple emails with R. Horkovich, K. Blood and R. Finke (both at W. R. Grace) as well as a telephone conversation with R. Finke re: same. | W011 | AHP | 1.70 |
| 12/17/13 | Continued to review and update information on insurance policies, settlement and coverage in place agreements re: indemnifications, insolvent insurance companies, following form provisions, payment and other insurance related concerns. | W001 | IF | 1.90 |
| 12/17/13 | Communications with insurer re: possible settlement and work on allocation spreadsheet re: same. | W001 | MG | 3.30 |
| 12/17/13 | Edit supplemental settlement agreement. | W001 | RMH | 0.40 |
| 12/17/13 | Attention to potential fee application approval issues raised by committee's bankruptcy counsel. | W011 | RYC | 0.30 |
| 12/18/13 | Continued efforts at researching year-end fee application analysis including multiple emails with R. Horkovich and K. Blood re: same. | W011 | AHP | 1.20 |
| 12/18/13 | Continue analysis of selected insurance Company settlement agreements re: "subject policies" and scope of release issue (.80); continue analysis of selected insurance policies re: (umbrella/excess) re: follow form, loss payable issues, aggregates, and other coverage issues (1.30). | W001 | GFF | 2.10 |
| 12/18/13 | Continue to review and update information on insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, follow form provisions, payment and other insurance related concerns. | W001 | IF | 2.30 |
| 12/18/13 | Work on allocation spreadsheet and cash flow calculations. | W001 | MG | 3.90 |

{ 02 2650 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

January 14, 2014                          INVOICE:          257540

MATTER: CLAIMANTS COMMITTEE               ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/18/13 | Research and analysis in connection with pending insurance coverage issues relating to unresolved insurance company disputes. | W011 | RYC | 2.20 |
| 12/19/13 | Continued efforts at researching year-end fee application analysis including multiple emails with R. Horkovich and K. Blood re: same. | W011 | AHP | 0.80 |
| 12/19/13 | Draft and revise insurance policy data spreadsheets (1.20); continue analysis of selected insurance policies (umbrella/excess) re: follow form, loss payable and other issues (.90). | W001 | GFF | 2.10 |
| 12/19/13 | Continued to update information and review excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, follow form, payment and other insurance related concerns. | W001 | IF | 2.20 |
| 12/19/13 | Work on allocation spreadsheet and cash flow calculations for settlement. | W001 | MG | 2.20 |
| 12/20/13 | Continued to research and monitor year-end fee application analysis including emails with R. Horkovich and K. Blood re: same. | W011 | AHP | 0.60 |
| 12/20/13 | Draft and revise insurance policy data spreadsheets (1.30); continue review of selected insurance company settlement agreements re: "subject policies" and scope of release issues (1.10). | W001 | GFF | 2.40 |
| 12/20/13 | Continued to update information and review excess insurance policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, follow form, payment and other insurance related concerns. | W001 | IF | 1.20 |
| 12/20/13 | Follow-up evaluation of pending insurance coverage issues relating to unresolved insurance company disputes projected into eventual Trust claims processing. | W001 | RYC | 2.80 |

{ 02 2650 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

January 14, 2014                               INVOICE:            257540

MATTER: CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 12/23/13 | Draft and revise insurance policy data spreadsheets (1.70); continue analysis of selected insurance policies (umbrella/excess) re: follow form, loss payable issues and other coverage issues (1.10). | W001 | GFF | 2.80 |
| 12/23/13 | Review additional conditions imposed by proposed escrow agent (0.60). Multiple communications with client regarding proposed escrow (0.60). | W001 | RMH | 1.20 |
| 12/23/13 | Work on preparation for anticipated transfer of coverage claims from Grace to the Trust. | W001 | RYC | 2.70 |
| 12/24/13 | Draft and revise insurance policy data spreadsheets (1.9); continue analysis of selected insurance policies (umbrella/excess) re: follow form, loss payable, aggregates, and other coverage issues (1.2). | W001 | GFF | 3.10 |
| 12/24/13 | Review additional conditions imposed by US Bank as proposed escrow agent for the $5.8 million payment (.80). Communicate with counsel and client regarding the same (0.50). | W001 | RMH | 1.30 |
| 12/25/13 | Communicate with counsel regarding proposed solution to the escrow problem with the $5.8 million payment. | W001 | RMH | 0.60 |
| 12/26/13 | Draft and revise insurance policy data spreadsheets (.70); continue analysis of selected insurance policies (umbrella/excess) re: follow form, aggregates, loss payable issues and other coverage issues (2.10). | W001 | GFF | 2.80 |
| 12/26/13 | Continue to update information and review excess policies, reimbursement and settlement agreements re: indemnifications, insolvent insurance companies, following form, payment and other insurance related concerns. | W001 | IF | 2.20 |
| 12/26/13 | Communicate with counsel regarding potential amendment of the settlement agreement to provide for payment directly to the Trust. | W001 | RMH | 0.40 |

{ 02 2650 1}

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

January 14, 2014                                    INVOICE:            257540

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 12/26/13 | Evaluation and analysis of documents in preparation for anticipated transfer of coverage claims to the Trust. | W001 | RYC | 2.40 |
| 12/27/13 | Continued to update information and review excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, following form, bankruptcy clause, payment and other insurance related concerns. | W001 | IF | 2.40 |
| 12/27/13 | Follow-up review and evaluation of documents in preparation for anticipated transfer of coverage claims from Grace to the Trust. | W001 | RYC | 1.60 |
| 12/30/13 | Continue analysis of selected insurance policies (umbrella/excess) re: follow form, aggregates, loss payable issues, and other coverage issues (2.40); draft and revise insurance policy data spreadsheets (1.40). | W001 | GFF | 3.80 |
| 12/30/13 | Continue to update information and review excess policies, reimbursement and settlement agreements re: insolvent insurance companies, follow form, bankruptcy clause, payment and other insurance related concerns. | W001 | IF | 2.80 |
| 12/30/13 | Provide insurance asset collection information to the incoming Trustees. (0.50). Communicate with counsel regarding potential amendment to settlement agreement to permit payment of $5.8 million directly to the Trust rather than into an escrow (.50). | W001 | RMH | 1.00 |
| 12/30/13 | Continue evaluation and revisions of litigation summary and strategy in anticipation of transfer of coverage claims to the Trust. | W001 | RYC | 2.70 |
| 12/31/13 | Continue analysis of selected insurance policies (excess) re: asbestos exclusion types and issues (2.60); draft and revise insurance policy data spreadsheets (1.10). | W001 | GFF | 3.70 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

January 14, 2014                               INVOICE:          257540

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 12/31/13 | Continued to update information and review excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, following form, bankruptcy clause, asbestos exclusion, payment and other insurance related concerns. | W001 | IF | 2.30 |
| 12/31/13 | Review summary and evaluations of Grace insurance portfolio status and anticipated recoveries. | W001 | RYC | 2.90 |

**TOTAL FEES:**                                                    **$101,173.00**

{ 02 2650 1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W. R. GRACE/CLAIMANTS COMMITTEE               MATTER:     100055.WRG01

January 14, 2014                              INVOICE:         257540

MATTER:  CLAIMANTS COMMITTEE                  ROBERT M. HORKOVICH

### FEE SUMMARY

|                    | RATE   | HOURS | TOTALS      |
|--------------------|--------|-------|-------------|
| Arline H Pelton    | 270.00 | 12.60 | 3,402.00    |
| Dennis J. Nolan    | 495.00 | 0.10  | 49.50       |
| Glenn F Fields     | 365.00 | 44.10 | 16,096.50   |
| Izak Feldgreber    | 315.00 | 38.50 | 12,127.50   |
| Mark Garbowski     | 650.00 | 50.50 | 32,825.00   |
| Robert M Horkovich | 925.00 | 20.60 | 19,055.00   |
| Robert Y Chung     | 675.00 | 26.10 | 17,617.50   |
| **TOTAL FEES:**    |        |       | **$101,173.00** |

{ 02 2650 1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

January 14, 2014                                    INVOICE:          257540

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH


## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                     | HOURS  | TOTALS      |
|---------------------|--------|-------------|
| Arline H Pelton     | 0.80   | 216.00      |
| Dennis J. Nolan     | 0.10   | 49.50       |
| Glenn F Fields      | 44.10  | 16,096.50   |
| Izak Feldgreber     | 38.50  | 12,127.50   |
| Mark Garbowski      | 50.50  | 32,825.00   |
| Robert M Horkovich  | 20.60  | 19,055.00   |
| Robert Y Chung      | 23.00  | 15,525.00   |
| **TOTAL:**          | **177.60** | **$95,894.50** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

|                  | HOURS | TOTALS     |
|------------------|-------|------------|
| Arline H Pelton  | 11.80 | 3,186.00   |
| Robert Y Chung   | 3.10  | 2,092.50   |
| **TOTAL:**       | **14.90** | **$5,278.50** |

{ 02 2650 1 }

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

January 14, 2014                         INVOICE:         257540

MATTER:  CLAIMANTS COMMITTEE                 ROBERT M. HORKOVICH

### COSTS through 12/31/13

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|------|--------|
| 12/02/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/03/13 | DI - PHOTOCOPYING - | E101 | 2.20 |
| 12/03/13 | DI - PHOTOCOPYING - | E101 | 7.60 |
| 12/05/13 | DI - PHOTOCOPYING - | E101 | 2.50 |
| 12/05/13 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 12/09/13 | DI - PHOTOCOPYING - | E101 | 1.60 |
| 12/16/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/19/13 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 12/20/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 12/20/13 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 12/24/13 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 12/26/13 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 12/31/13 | DI - PHOTOCOPYING - | E101 | 0.20 |

**TOTAL COSTS:**                                      **$16.30**

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| XE | DI - PHOTOCOPYING - | 16.30 |
| | **TOTAL COSTS:** | **$16.30** |

**TOTAL DUE:**                       **$101,189.30**

{ 02 2650 1 }