IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | **Objection Date: March 10, 2014 @ 4 p.m.** |

**NOTICE OF FORTY FIFTH INTERIM FEE APPLICATION
OF LEGAL ANALYSIS SYSTEMS, INC.,
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
ASBESTOS-RELATED BODILY INJURY CONSULTANT TO THE OFFICIAL
COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE &
CO., FOR THE PERIOD OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013**

| | |
|---|---|
| Name of Applicant: | Legal Analysis Systems, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | October 1, 2013 through December 31, 2013 |
| Amount of compensation sought as actual, reasonable and necessary: | $28,976.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount of holdback fees sought for applicable period: | $5,795.20 |

This is an: _____monthly ____X_____interim _____ final application.

**Monthly Fee Applications for October 1, 2013 through December 31, 2013:**

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/31/2013 D.I. 31550 | November 2013 | $23,180.80 (80% of $28, 976.00) | $0.00 | Pending | Pending |

**Interim Fee Applications:**

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 9/21/01 | April 2002 Through July 2001 | $38,340.50 | $2,001.38 | $30,672.40 | $2,001.38 |
| 8/13/02 | May 2002 Through June 2002 | $313,462.00 | $8,965.18 | $250,769.60 | $8,965.18 |
| 11/14/02 | July 2002 Through September 2002 | $477,111.00 | $19,850.07 | $477,045.00 | $19,017.07 |
| 2/6/03 | October 2002 Through December 2002 | $85,149.00 | $0.00 | $85,149.00 | $0.00 |
| 5/15/03 | January 2003 Through March 2003 | $2,239.00 | $0.00 | $2,239.00 | $0.00 |
| 8/13/03 | April 2003 Through June 2003 | $8,848.00 | $0.00 | $8,848.00 | $0.00 |
| 11/14/03 | July 2003 Through September 2003 | $8,848.00 | $0.00 | $21,758.50 | $0.00 |
| 5/14/04 | January 2004 Through March 2004 | $20,212.50 | $0.00 | $20,212.50 | $0.00 |
| 8/16/04 | April 2004 through June 2004 | $17,977.50 | $0.00 | $17,977.50 | $0.00 |
| 11/15/04 | July 2004 through September 2004 | $35,155.00 | $492.96 | $35,155.00 | $494.96 |
| 2/14/05 | October 2004 Through December 2004 | $1,455.00 | $0.00 | $1,455.00 | $0.00 |
| 5/13/05 | January 2005 through March 2005 | $12,000.00 | $0.00 | $12,000.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/12/05 | April 2005 through June 2005 | $2,000.00 | $0.00 | $2,000.00 | $0.00 |
| 11/15/05 | July 2005 through September 2005 | $38,812.50 | $0.00 | $38,812.50 | $0.00 |
| 2/14/06 | October 2005 through December 2005 | $39,142.50 | $0.00 | $39,142.50 | $0.00 |
| 5/15/06 | January through March 2006 | $ 46,712.50 | $ 0.00 | $46,712.50 | $0.00 |
| 8/14/06 | April through June 2006 | $ 107,480.00 | $ 210.00 | $107,480.00 | $210.00 |
| 11/14/06 | July through September 2006 | $ 412,232.50 | $ 0.00 | $412,232.50 | $0.00 |
| 2/15/07 | October through December 2006 | $ 631,458.75 | $ 9,173.79 | $631,458.75 | $9,173.79 |
| 5/15/07 | January through March 2007 | $ 487,316.00 | $ 0.00 | $487,316.00 | $0.00 |
| 8/14/07 | April through June 2007 | $ 547,634.00 | $ 12,500.00 | $547,634.00 | $12,500.00 |
| 11/15/07 | July through September 2007 | $ 750,915.50 | $ 0.00 | $750,915.50 | $0.00 |
| 2/15/08 | October through December 2007 | $ 514,527.50 | $ 574.38 | $514,527.50 | $574.38 |
| 5/15/08 | January through March 2008 | $ 837,579.00 | $ 9,602.82 | $837,579.00 | $9,602.82 |
| 8/14/08 | April through June 2008 | $ 256,882.50 | $ 0.00 | $256,882.50 | $0.00 |
| 11/17/08 | July through September 2008 | $ 48,157.50 | $ 0.00 | $48,157.50 | $0.00 |
| 2/13/09 | October through December 2008 | $ 72,400.00 | $ 0.00 | $72,400.00 | $0.00 |
| 5/13/09 | January through March 2009 | $ 269,270.00 | $0.00 | $ 269,270.00 | $0.00 |
| 8/17/09 | April through June 2009 | $ 154,137.50 | $ 0.00 | $ 154,137.50 | $ 0.00 |
| 11/16/09 | July through September 2009 | $ 300,425.00 | $ 4,833.06 | $ 300,425.00 | $ 4,833.06 |
| 2/12/10 | October through December 2009 | $ 15,257.00 | $ 0.00 | $ 15,257.00 | $ 0.00 |
| 5/14/10 | January through March 2010 | $ 4,940.00 | $ 0.00 | $ 4,940.00 | $ 0.00 |
| 8/13/2010 | April through June 2010 | $2,000.00 | $0.00 | $2,000.00 | $0.00 |
| 2/15/2011 | July through December 2010 | $5,070.00 | $0.00 | $5,070.00 | $0.00 |
| 5/16/2011 | January through March 2011 | $18,212.50 | $0.00 | $18,212.50 | $0.00 |

| 5/15/2012 | October 2011 through March 2012 | $1,522.50 | $304.50 | $1,522.50 | $304.50 |
| 11/14/2012 | July through September 2012 | $3,410.00 | $0.00 | $3,410.00 | $0.00 |
| 2/14/2013 | October through December 2012 | $9,066.00 | $0.00 | $9,066.00 | $0.00 |
| 5/15/2013 | January through March 2013 | $1,362.00 | $0.00 | $1,362.00 | $0.00 |
| 11/13/2013 | July through September 2013 | $5,920.00 | $0.00 | $5,920.00 | $0.00 |

### SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING PERIOD OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
|---|---|---|---|
| Mark A. Peterson, Principal, 25+ years | 23.8 | $800.00 | $19,040.00 |
| Dan Relles, Statistician, 28+ years | 18.4 | $540.00 | $9,936.00 |
| Patricia Ebener, Data Consultant, 26+ years | 0 | $335.00 | $0.00 |
| Bill Brelsford, Data Consultant | 0 | $245.00 | $0.00 |
| Totten, Data Consultant | 0 | $200.00 | $0.00 |
| **Total** | **42.2** | | **$28,976.00** |

### COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 10/1/13 through 12/31/13 | Total Fees for the Period 10/1/13 through 12/31/13 |
|---|---|---|
| Asset Analysis and Recovery | 0 | $0 |
| Asset Disposition | 0 | $0 |
| Business Operations | 0 | $0 |
| Case Administration | 0 | $0 |
| Claims Analysis Objection & Resolution (Asbestos) | 0 | $0 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0 | $0 |

| | | |
|---|---|---|
| Committee Administration | 0 | $0 |
| Data Analysis | 42.2 | $28,976.00 |
| Employee Benefits/Pension | 0 | $0 |
| Employment Applications (applicant) | 0 | $0 |
| Employment Applications (others) | 0 | $0 |
| Fee Applications (applicant) | 0 | $0 |
| Fee Applications (others) | 0 | $0 |
| Financing | 0 | $0 |
| Hearings | 0 | $0 |
| Litigation | 0 | $0 |
| Plan and Disclosure Statement | 0 | $0 |
| Relief from Stay Proceedings | 0 | $0 |
| Tax Issues | 0 | $0 |
| Tax Litigation | 0 | $0 |
| Travel (non-working) | 0 | $0 |
| Valuation | 0 | $0 |
| ZAI Science Trial | 0 | $0 |
| **Totals:** | **42.2** | **$28,976.00** |

[Remainder of Page Intentionally Left Blank]

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period October 1, 2013 through December 31, 2013 |
|---|---|---|
| In-House Reproduction ($.10-cents per page) | | $0.00 |
| Facsimile (50-cents per page) | | $0.00 |
| Federal Express | | $0.00 |
| Long Distance Telephone | AT&T | $0.00 |
| Postage | | $0.00 |
| Travel & Meals | | $0.00 |
| Jury Reports/Verdicts | | $0.00 |
| Acquisition of Data | | $0.00 |
| Research Materials | | $0.00 |
| **Total:** | | **$0.00** |

Dated:  February 17, 2014

LEGAL ANALYSIS SYSTEMS, INC.

*/s/Mark A. Peterson*

Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA  91360
(805) 499-3572

*Asbestos-Related Bodily Injury Consultant for the Official Committee of Asbestos Personal Injury Claimants*