# EXHIBIT A

## January 2014 Fee Detail

Matter 18                                                   R&D Study

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Stargel, Andrew L | 1/14/2014 | Began initial document gathering and organization for Ebullated Bed Catalyst Business Component Analysis (.9) | 0.9 | $265.00 | $238.50 |
| Stargel, Andrew L | 1/15/2014 | Prepared the Ebullated Bed Catalyst business component analysis (5.0) | 5 | $265.00 | $1,325.00 |
| Stargel, Andrew L | 1/16/2014 | Gathered and organized client provided documentation for High Activity Catalyst and HOP business component analysis (2.20). Began write up of High Activity Catalyst BCA (4.5). Follow up with Wagner on project status (.3) | 7 | $265.00 | $1,855.00 |
| Ely, Catherine Elizabeth Wagne | 1/20/2014 | drafting 2012 memos related to the Chicago facility(5.0) | 5 | $350.00 | $1,750.00 |
| Stargel, Andrew L | 1/20/2014 | Initial analysis of additional Ebullated Bed catalyst documentation, edited the BCA as needed (.8) | 0.8 | $265.00 | $212.00 |
| Ely, Catherine Elizabeth Wagne | 1/21/2014 | Internal team meeting with Lynes and Wagner (1.0), drafting 2012 memos related to the Chicago facility(4.0) | 5 | $350.00 | $1,750.00 |
| Stargel, Andrew L | 1/21/2014 | Internal team meeting with Lynes and Wagner (1.0), uploaded completed EB BCA to symphony and organized files accordingly (.2) | 1.2 | $265.00 | $318.00 |
| Ely, Catherine Elizabeth Wagne | 1/22/2014 | drafting 2012 memos related to the Chicago facility(3.0), reviewing Stargel's memos (1.0) | 4 | $350.00 | $1,400.00 |
| Lynes, Daniel A. | 1/22/2014 | Multiple discussions with Wagner of GT regarding the status of the 2009 and 2010 R&D tax credit memos (0.8 hours). | 0.8 | $400.00 | $320.00 |
| Stargel, Andrew L | 1/22/2014 | Completed High Activity Catalyst Memorandum (1.2), began HOP business component analysis (3.0). | 4.2 | $265.00 | $1,113.00 |
| Ely, Catherine Elizabeth Wagne | 1/23/2014 | reviewing Stargel's draft memos (3.0), completing Chicago facility memos (1.0) | 4 | $350.00 | $1,400.00 |
| Stargel, Andrew L | 1/23/2014 | Completed HOP catalyst BCA (3.0) | 3 | $265.00 | $795.00 |

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Ely, Catherine Elizabeth Wagne | 1/24/2014 | sent Chicago memos to Lynes to review and clear comments (2.0), explain to Stargel about the deliverable (.5), drafting Chicago facility memos (1.5) | 4 | $350.00 | $1,400.00 |
| Lynes, Daniel A. | 1/24/2014 | Review of 2009 and 2010 R&D project write-ups (3.70 hours). | 3.7 | $400.00 | $1,480.00 |
| Stargel, Andrew L | 1/24/2014 | Cleared revision comments for Ebullated Bed (1.5) and High Activity Catalyst (1.5), updated business component analyses (2.0). | 5 | $265.00 | $1,325.00 |
| Andrus, Mark M | 1/28/2014 | Review of R&D Analysis (.5) | 0.5 | $700.00 | $350.00 |
| Stargel, Andrew L | 1/29/2014 | Performed initial data gathering and documentation analysis for Hyrocracking BCA (2.3), organized and uploaded all documentation to symphony (.70). | 3 | $265.00 | $795.00 |
| Ely, Catherine Elizabeth Wagne | 1/30/2014 | review Stargel's memos (1.5), clear Lynes comments (1.0), discussion with Levin about project status (.5) | 3 | $350.00 | $1,050.00 |
| Stargel, Andrew L | 1/30/2014 | Began write up for hydrocracking business component analysis (2.3). | 2.3 | $265.00 | $609.50 |
| Stargel, Andrew L | 1/31/2014 | Completed write up for hydrocracking business component analysis (2.7) | 2.7 | $265.00 | $715.50 |
| **Total** | | | **65.1** | | **$20,201.50** |