# EXHIBIT C

**Summary Chart of Time Spent and Fees Incurred by Stroock Attorneys and Paraprofessionals During the Compensation Period <u>October 1, 2013 – December 31, 2013</u>**

**WR GRACE & CO**
**SUMMARY OF FEES**
**OCTOBER 1, 2013 - DECEMBER 31, 2013**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Pasquale, Kenneth | 8.3 | $ 950 | $ 7,885.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Wildes, Denise | 13.6 | 735 | 9,996.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.1 | 345 | 34.50 |
| Mohamed, David | 22.4 | 220 | 4,928.00 |
|  |  |  |  |
|  |  |  |  |
| **Total** | **44.4** |  | **$ 22,843.50** |