# EXHIBIT D

## Summary of Fees by Project Category
## October 1, 2013 – December 31, 2013

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**OCTOBER 1, 2013 - DECEMBER 31, 2013**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.2 | $ 147.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 3.5 | 2,572.50 |
| 0013 | Business Operations | 0.8 | 588.00 |
| 0014 | Case Administration | 8.4 | 2,105.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 3.1 | 2,945.00 |
| 0018 | Fee Application, Applicant | 12.8 | 4,064.50 |
| 0019 | Creditor Inquiries | 4.9 | 4,612.00 |
| 0020 | Fee Application, Others | 4.2 | 924.00 |
| 0036 | Plan and Disclosure Statement | 3.7 | 2,719.50 |
| 0037 | Hearing | 0.3 | 220.50 |
| 0040 | Employment Applications - Others | 2.5 | 1,945.00 |
| | | | |
| | **Total** | **44.4** | **$ 22,843.50** |