# EXHIBIT E

## Expense Summary
## October 1, 2013 – December 31, 2013

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**OCTOBER 1, 2013 - DECEMBER 31, 2013**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 143.10 |
| O/S Information Services | | 174.40 |
| Long Distance Telephone | | 3.62 |
| Duplicating Costs-in House | | 0.40 |
| | | |
| **Total** | **$** | **321.52** |