IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.,** | ) ) | Case No. 01-01139 (KJC) (Jointly Administered) |
| Debtors. | ) ) | Objection Deadline: February 14, 2014 Ref. No. 31687 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 31687

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Application of Roger Frankel, Legal Representative for Future Asbestos Personal Injury Claimants, for Entry of an Order Authorizing the Retention and Employment of Frankel Wyron LLP as Bankruptcy Co-Counsel* Nunc Pro Tunc *to January 16, 2014* ("Application") filed with the Court on January 31, 2014, and entered on the Court's docket as Docket No. 31687. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than February 14, 2014.

The undersigned respectfully requests this Court enter the Order attached to the Application at its earliest convenience.

Dated: February 19, 2014          Respectfully submitted,

By: */s/ Roger Frankel*
Roger Frankel, in his capacity as the
Asbestos PI Future Claimants' Representative
Frankel Wyron LLP
2101 L Street, N.W., Suite 800
Washington, DC 20037
Phone: 202.903.0700; Fax: 202.627.3002
Email: rfrankel@frankelwyron.com