**EXHIBIT A**

A-1

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/08/2013 | Lisa G Esayian | 1.60 | Correspond with FCR's counsel re proceeds from insurance settlements and issues re reimbursement agreements (.3); review information re same (.4); follow up with FCR's counsel re same (.3); review status re reimbursement agreements (.6). |
| 11/22/2013 | Lisa G Esayian | .20 | Correspond with ACC's counsel re Grace insurance proceeds account. |
| | Total: | 1.80 | |

A-2

## Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/11/2013 | Lisa G Esayian | .40 | Correspond with CNA's counsel re proof of claim. |
| 11/12/2013 | Lisa G Esayian | .40 | Correspond with CNA's counsel re proof of claim. |
| 11/13/2013 | Lisa G Esayian | .30 | Correspond with CNA's counsel re proof of claim. |
| 11/15/2013 | Lisa G Esayian | .70 | Office conference with J. Young re CNA's proof of claim (.4); correspond with J. Posner and R. Finke re same (.3). |
| | Total: | 1.80 | |

A-3

**Matter 21 - Claims Analysis, Objection and Resolution (Asbestos) - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/2013 | Lisa G Esayian | .30 | Review status of Speights District Court appeals re certain PD claims. |
| 11/06/2013 | Lisa G Esayian | .20 | Review status of Speights District Court appeals re certain PD claims. |
| 11/25/2013 | Lisa G Esayian | .80 | Review and analyze issues re certain specific PD claims. |
| | Total: | 1.30 | |

A-4

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/2013 | Mike Jones | .80 | Correspond with working group re Project Lantern confidentiality agreement (.4); review and analyze same (.4). |
| 11/01/2013 | Ryan M Hehner | 2.60 | Research re Blackstone fee motions and notice periods (.7); draft Blackstone fee motion (1.9). |
| 11/04/2013 | Ryan M Hehner | .70 | Review precedent re Project Lantern fee motion. |
| 11/04/2013 | Daniel Hill | .70 | Research re precedent re authorization of separate fees. |
| 11/04/2013 | Jeffrey Gettleman | .10 | Correspond with A. Paul re approval of Blackstone fees re Project Lantern. |
| 11/05/2013 | Ryan M Hehner | 1.80 | Review precedent re Project Lantern fee (1.6); correspond with working group re same (.2). |
| 11/05/2013 | Jeffrey Gettleman | .50 | Correspond with A. Paul and R. Hehner re Project Lantern fee. |
| 11/05/2013 | Adam C Paul | .40 | Correspond with M. Shelnitz re Project Lantern fee. |
| 11/06/2013 | Ryan M Hehner | .90 | Research and review precedent re Project Lantern fee motion (.8); correspond with J. Gettleman re same (.1). |
| 11/06/2013 | Andrew Brniak | 2.00 | Prepare and compile precedent re Blackstone retention materials and motions authorizing separate transaction fees (1.9); correspond with R. Hehner re same (.1). |
| 11/06/2013 | Jeffrey Gettleman | .10 | Correspond with R. Hehner re review of Blackstone engagement letter. |
| 11/07/2013 | Ryan M Hehner | 5.10 | Research re Project Lantern fee motion (4.8); office conference and correspond with J. Gettleman re same (.3). |
| 11/07/2013 | Andrew Brniak | .40 | Prepare and compile precedent re Blackstone retention materials (.3); correspond with R. Hehner re same (.1). |

A-5

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 11/07/2013 | Jeffrey Gettleman | 1.20 | Correspond with A. Paul and R. Hehner re Project Lantern fee (.9); office conference with R. Hehner re same (.3). |
| 11/07/2013 | Adam C Paul | .60 | Correspond with M. Shelnitz re Blackstone fee (.3); correspond with working group re same (.3). |
| 11/08/2013 | Carrie Sroka | 1.30 | Compile precedent re U.S. Trustee objections to Blackstone retentions (.9); review case docket re protective order and related seal diligence (.4). |
| 11/08/2013 | Ryan M Hehner | 7.10 | Review and revise Project Lantern motion (2.9); research precedent re same (3.6); telephone conference and correspond with working group re same (.6). |
| 11/08/2013 | Jeffrey Gettleman | 2.60 | Correspond with working group re Project Lantern fee (1.8); telephone and office conferences with R. Hehner re same (.8). |
| 11/08/2013 | Jeffrey Gettleman | .80 | Correspond with A. Paul, R. Hehner and M. Jones re objection deadline for Blackstone fee motion (.6); correspond with R. Hehner re declaration in support of Blackstone fee motion (.2). |
| 11/08/2013 | Adam C Paul | 1.30 | Review Blackstone motion (.9); telephone conferences and correspondence re same (.4). |
| 11/09/2013 | Ryan M Hehner | 6.10 | Review and revise Project Lantern fee motion (5.7); correspond with working group re same (.4). |
| 11/09/2013 | Jeffrey Gettleman | 2.90 | Correspond working group re Project Lantern fee motion (2.1); review and revise same (.8). |
| 11/10/2013 | Ryan M Hehner | 3.20 | Review and revise Project Lantern fee motion (2.9); correspond with working group re same (.3). |
| 11/10/2013 | Jeffrey Gettleman | 2.40 | Correspond with A. Paul, J. O'Connell and R. Hehner re Project Lantern motion (1.5); review and revise same (.9). |
| 11/10/2013 | Adam C Paul | 1.70 | Review and revise Project Lantern motion. |

A-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/11/2013 | Carrie Sroka | 2.40 | Compile precedent re sale advisor engagement letters and orders approving retention (1.2); correspond with R. Hehner re same (.3); review precedent re approval of sale fees (.9). |
| 11/11/2013 | Ryan M Hehner | 6.90 | Review and revise Project Lantern fee motion (3.4); correspond with working group re same (.6); research re precedent for fee rate (2.9). |
| 11/11/2013 | Jeffrey Gettleman | .40 | Telephone conference with J. O'Connell and R. Hehner re review of Project Lantern fee motion (.3); correspond with A. Paul and R. Hehner re same (.1). |
| 11/11/2013 | Jeffrey Gettleman | .40 | Correspond with R. Hehner re comparable transactions re fee motion (.3); circulation of motion to Blackstone for review (.1). |
| 11/12/2013 | Carrie Sroka | .40 | Compile precedent re orders approving professional retention. |
| 11/12/2013 | Ryan M Hehner | 4.00 | Review and revise Project Lantern fee motion (3.8); correspond with working group re same (.2). |
| 11/12/2013 | Andrew Brniak | 1.10 | Revise and review Blackstone Project Lantern fee motion (.9); correspond with R. Hehner re same (.2). |
| 11/12/2013 | Jeffrey Gettleman | .10 | Correspond with R. Hehner re postponement of filing of Blackstone fee approval motion. |
| 11/12/2013 | Jeffrey Gettleman | 2.80 | Review and revise Project Lantern fee motion (.8); correspond with J. O'Connell and R. Hehner re same (1.2); office and telephone conferences with working group re same (.8). |
| 11/12/2013 | Adam C Paul | .90 | Review Project Lantern fee motion. |
| 11/13/2013 | Ryan M Hehner | 2.50 | Review and revise Project Lantern fee motion (2.1); correspond with working group re same (.4). |
| 11/13/2013 | Jeffrey Gettleman | .20 | Review Blackstone order. |
| 11/13/2013 | Jeffrey Gettleman | .10 | Correspond with R. Hehner re Blackstone motion. |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/14/2013 | Ryan M Hehner | 1.30 | Review and revise Project Lantern fee motion (1.1); correspond with working group re same (.1); telephone conference with J. Gettleman re same (.1). |
| 11/14/2013 | Jeffrey Gettleman | 1.20 | Review and revise Project Lantern fee motion (.4); correspond with working group re same (.7); telephone conference with R. Hehner re same (.1). |
| 11/15/2013 | Ryan M Hehner | 1.10 | Correspond with working group re Project Lantern fee motion. |
| 11/15/2013 | Jeffrey Gettleman | .90 | Correspond with J. Rohen re filing of Blackstone fee approval motion (.3); correspond with A. Paul re same (.1); correspond with R. Hehner re circulation of filed version of same (.1); review correspondence from R. Hehner to working group re filed copy of Blackstone fee approval motion (.1); review correspondence from R. Hehner re necessity of sealing Blackstone fee motion (.2); correspond with R. Hehner re confidentiality issues re Project Lantern (.1). |
| 11/15/2013 | Jeffrey Gettleman | .10 | Correspond with R. Hehner re necessity of filing Blackstone motion under seal. |
| 11/27/2013 | Jeffrey Gettleman | .20 | Correspond with A. Paul, R. Hehner and J. O'Neill re certificate of no objection for Blackstone fee motion. |
| | Total: | 74.30 | |

A-8

**Matter 32 - Fee Applications, Applicant - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/05/2013 | Ryan M Hehner | .60 | Review and revise supplemental affidavit. |
| 11/05/2013 | Adam C Paul | 1.30 | Analyze and revise August and September fee applications. |
| 11/12/2013 | Maureen McCarthy | 2.20 | Draft August fee application. |
| 11/14/2013 | Maureen McCarthy | 2.70 | Review and revise August fee application (.8); draft September fee application (1.9). |
| 11/15/2013 | Mike Jones | 1.60 | Review and revise supplemental affidavit (1.2); correspond with working group re same (.4). |
| 11/15/2013 | Ryan M Hehner | 1.10 | Review and revise supplemental affidavit of disinterestedness (.9); correspond with working group re same (.2). |
| 11/15/2013 | Jeffrey Gettleman | 1.10 | Review and revise supplemental affidavit (.4); correspond with working group re same (.4); telephone conference with R. Hehner re same (.3). |
| 11/15/2013 | Adam C Paul | .60 | Revise August fee application. |
| 11/15/2013 | Maureen McCarthy | 1.30 | Revise August fee application (.9); prepare same for filing and service (.3); correspond with local counsel re filing and serving of same (.1). |
| 11/19/2013 | Mike Jones | .30 | Correspond with working group re supplemental affidavit. |
| 11/19/2013 | Jeffrey Gettleman | .40 | Correspond with working group re supplemental affidavit. |
| 11/20/2013 | Maureen McCarthy | 1.90 | Revise September fee application. |
| 11/21/2013 | Adam C Paul | .80 | Revise September fee application. |
| 11/22/2013 | Maureen McCarthy | 1.30 | Review, revise and finalize September fee application for filing and service (1.2); correspond with local counsel re filing of same (.1). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/25/2013 | Mike Jones | 1.90 | Review and revise invoices (1.6); correspond with working group re same (.3). |
| 11/25/2013 | Ryan M Hehner | .60 | Correspond with working group re supplemental affidavit. |
| 11/25/2013 | Jeffrey Gettleman | .40 | Review supplemental affidavit (.1); correspond with A. Paul and R. Hehner re same (.3). |
| 11/26/2013 | Ryan M Hehner | 1.60 | Review invoices (1.4); correspond with M. Jones re same (.2). |
| | Total: | 21.70 | |

A-10

**Matter 35 - Fee Applications, Others - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/15/2013 | Jeffrey Gettleman | .10 | Correspond with R. Higgins re payment of Richards Layton invoice. |
| 11/18/2013 | Jeffrey Gettleman | .40 | Correspond with A. Paul and R. Higgins re Richards Layton invoice. |
| 11/19/2013 | Jeffrey Gettleman | .40 | Correspond with A. Paul and R. Higgins re Richards Layton invoice (.3); office conference with A. Paul re same (.1). |
| | Total: | .90 | |

A-11

KE 29648968.3

## Matter 37 - Plan and Disclosure Statement - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/2013 | Mike Jones | 2.70 | Review and analyze Effective Date documents (2.1); correspond with working group re same (.6). |
| 11/01/2013 | Ryan M Hehner | 3.90 | Revise Effective Date documents and correspond with working group re same. |
| 11/01/2013 | Daniel Hill | .20 | Prepare binder re plan exhibit blacklines. |
| 11/01/2013 | Jeffrey Gettleman | .50 | Correspond with M. Jones and R. Finke re execution of government releases in Sealed Air settlement agreement (.1); correspond with M. Jones re certificates of incorporation (.2); correspond with M. Jones re corrected closing document Review Binder II & III (.2). |
| 11/01/2013 | Jeffrey Gettleman | 3.60 | Telephone conference with A. Paul, R. Wyron and P. Lockwood re pre-Effective Date preparation (.4); correspond with A. Paul re same (.1); correspond with A. Paul and J. Donley re trustees' retention of counsel (.3); telephone conference with A. Paul and M. Jones re Effective Date planning and timetable (.6); correspond with M. Jones and R. Hehner re funds flow documents (.1); review Effective Date documents (1.3); correspond with M. Jones re same (.2); correspond with A. Paul re question re warrant agreement (.2); review and analyze warrant approval motion and implementation letter re same (.3); correspond with A. Paul re same (.1). |
| 11/01/2013 | Adam C Paul | 4.70 | Telephone conferences with M. Shelnitz and J. Donley re Effective Date and board meeting (.6); analyze Effective Date issues (4.1). |
| 11/01/2013 | Keith S Crow, P.C. | .40 | Review and analyze trust formation checklist (.2); review and analyze trust by-laws (.2). |

A-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/2013 | John Donley, P.C. | 2.90 | Correspond and telephone conference with A. Rosenberg re lender issues (.3); analyze and outline emergence issues (.9); correspond and telephone conference with A. Paul re emergence and lender issues (.3); telephone conference with M. Shelnitz, A. Paul and R. Finke re current issues (.5); prepare for board meeting (.9). |
| 11/02/2013 | Jeffrey Gettleman | 2.10 | Review and revise Effective Date documents. |
| 11/03/2013 | Mike Jones | 2.40 | Review and analyze Effective Date documents (2.1); correspond with working group re same (.3). |
| 11/03/2013 | Ryan M Hehner | 1.40 | Revise Effective Date documents. |
| 11/03/2013 | Jeffrey Gettleman | 3.40 | Correspond with M. Jones re deferred payments agreement and plan funding requirements (.1); correspond with M. Jones re registration rights agreement (.1); review and revise Effective Date documents (3.1); correspond with M. Jones re same (.1). |
| 11/04/2013 | Peter C Marshall, Jr. | 1.70 | Draft trust formation checklist. |
| 11/04/2013 | Mike Jones | 3.10 | Correspond with working group re plan documents (.4); correspond with Blackstone re same (.3); review and revise Effective Date documents (2.4). |
| 11/04/2013 | Ryan M Hehner | 6.80 | Office conference with M. Jones re Effective Date planning (.4); review and revise Effective Date documents (6.4). |
| 11/04/2013 | Daniel Hill | 1.60 | Review Effective Date documents. |
| 11/04/2013 | Jeffrey Gettleman | 6.10 | Review and revise Effective Date documents (3.4); office conference and correspond with M. Jones and R. Hehner re same (2.2); correspond with working group re Effective Date planning (.4); correspond with A. Paul re Ninth Circuit opinion in Plant Insulation case (.1). |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/04/2013 | Adam C Paul | 4.10 | Analyze and revise board presentation (.9); prepare for board meeting (2.3); analyze Effective Date issues (.9). |
| 11/04/2013 | Keith S Crow, P.C. | .70 | Review and analyze trust formation issues and review checklists re same (.4); review trust by-laws (.3). |
| 11/04/2013 | John Donley, P.C. | 6.50 | Analyze emergence issues and prepare for board of directors meeting (2.8); prepare and revise demonstratives (2.6); correspond with C. Landau re certiorari issues (.2); telephone conferences and correspond with F. Monaco and G. Cassada re emergence issues (.4); telephone conferences and correspond with M. Shelnitz re emergence issues (.5). |
| 11/04/2013 | Lisa G Esayian | .80 | Correspond with working group re potential additional appeals (.4); analyze issues re Royal escrow agreement (.4). |
| 11/05/2013 | Mike Jones | 8.20 | Draft talking points for A. Paul use at board meeting (2.3); correspond with working group re same (.3); review and revise Effective Date documents (1.9); office conference and correspond with working group re same (.7); review and revise Effective Date planning chart (2.6); correspond with working group re same (.4). |
| 11/05/2013 | Ryan M Hehner | 1.70 | Review and revise Effective Date documents (1.5); correspond with working group re same (.2). |
| 11/05/2013 | Jeffrey Gettleman | 3.10 | Correspond with working group re Effective Date issues (1.1); correspond with working group re motion schedule (.8); correspond with working group re Sealed Air settlement and indemnification agreements (.4); review and analyze same (.8). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/05/2013 | Jeffrey Gettleman | 2.30 | Correspond with A. Paul re bank lender stipulation (.1); correspond with A. Paul and M. Jones re board meeting (.6); telephone conference with A. Paul, J. Donley and plan proponents re emergence (1.1); correspond with M. Jones and R. Hehner re Effective Date documents (.2); correspond with A. Paul, J. O'Neill and R. Higgins re 2014 omnibus hearing dates (.3). |
| 11/05/2013 | Adam C Paul | 4.80 | Telephone conference with ACC and FCR re strategy (1.1); prepare for board meeting (.9); telephone conference with J. Donley re same (.6); analyze Effective Date issues (1.4); telephone conferences with J. Donley and D. Turetsky re same (.8). |
| 11/05/2013 | Keith S Crow, P.C. | .20 | Review status and issues re trust formation. |
| 11/05/2013 | John Donley, P.C. | 5.80 | Analyze emergence issues and prepare for board of directors meeting (2.5); telephone conference with M. Shelnitz, A. Paul and ACC and FCR co-plan proponents' counsel re status and strategy (1.4); review and revise slide deck (.8); telephone conferences and correspond with A. Paul re emergence and board issues (.6) telephone conference with M. Shelnitz, R. Finke and A. Paul re board issues (.5). |
| 11/06/2013 | Mike Jones | 2.30 | Review and revise Effective Date documents (1.9); office conference and correspond with working group re same (.4). |
| 11/06/2013 | Ryan M Hehner | 7.20 | Review and revise Effective Date documents (6.9); correspond with M. Jones re same (.3). |
| 11/06/2013 | Daniel Hill | .80 | Prepare blacklines of Effective Date documents for distribution. |
| 11/06/2013 | Kimberly K Love | .40 | Review and obtain certificate of no objection to forward to Norton Rose (.2); prepare and organize materials for distribution to case files (.2). |
| 11/06/2013 | Andrew Brniak | .30 | Correspond with M. Jones re amended and restated certificates of incorporation. |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/06/2013 | Jeffrey Gettleman | 1.50 | Correspond with working group re hearing dates (.5); telephone conference and correspond with R. Higgins and R. Hehner re filing deadlines (.3); correspond with working group re Effective Date document circulation (.7). |
| 11/06/2013 | Jeffrey Gettleman | 1.70 | Correspond with working group re Effective Date planning chart (.9); office conference with M. Jones re same (.3); review and revise same (.4); correspond with M. Jones and A. Paul re bank lender appeal talking points (.1). |
| 11/06/2013 | Adam C Paul | 5.40 | Attend board meeting (1.2); prepare for same (2.9); analyze Effective Date issues (1.3). |
| 11/06/2013 | John Donley, P.C. | 3.40 | Prepare for and participate in Board meeting (3.1); telephone conference and correspond with A. Paul re emergence issues (.3). |
| 11/07/2013 | Mike Jones | 1.80 | Review and revise Effective Date documents (1.2); correspond with working group and client re same (.6). |
| 11/07/2013 | Daniel Hill | .90 | Prepare and distribute binders re Effective Date documents (.3); distribute 2005 fee applications (.4); research re Bank Lender Group (.2). |
| 11/07/2013 | Kimberly K Love | .90 | Review files and materials re various bank lender issues. |
| 11/07/2013 | Jeffrey Gettleman | 3.80 | Review and revise bank lender stipulation (2.3); review precedent re same (.4); correspond and office conference with working group re same (1.1). |
| 11/07/2013 | Jeffrey Gettleman | 1.70 | Correspond with A. Paul re amendment to Sealed Air settlement agreement (.2); telephone conference with working group re Effective Date documents (.7); correspond with M. Jones, R. Finke and A. Paul re same (.8). |
| 11/07/2013 | Adam C Paul | 3.10 | Analyze Effective Date strategy. |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/07/2013 | Lisa G Esayian | .60 | Review and analyze issues re Royal settlement agreement. |
| 11/08/2013 | Mike Jones | 2.90 | Review and revise Effective Date documents (1.3); correspond with working group re same (.4); research re timing of objection deadline (1.2). |
| 11/08/2013 | Jeffrey Gettleman | 1.20 | Correspond with D. Hill re analysis of bank lender group entities in appellate pleadings (.1); correspond with A. Paul and R. Finke re circulation of Effective Date documents to plan proponents (.2); correspond with S. Butler and R. Hehner re proposed language for Sealed Air settlement agreement (.2); correspond with A. Paul re comments to bank lender stipulation (.1); correspond with A. Paul re Grace parent certificate of incorporation (.1); correspond with A. Paul and S. Butler re tax issues re Sealed Air settlement agreement (.5). |
| 11/08/2013 | Adam C Paul | 1.90 | Analyze Effective Date strategy. |
| 11/08/2013 | Lisa G Esayian | .70 | Review ITCAN 10/25 reply brief re no future demands in Flintkote District Court appeal (.4); review status of Flintkote appeal and timing of possible decision (.3). |
| 11/11/2013 | Mike Jones | 6.60 | Review and revise Sealed Air settlement motion (1.9); correspond with working group re same (.6); review and revise Effective Date documents (1.2); correspond with working group re same (.3); draft responses to PD Trustee legal issues (2.3); correspond with working group re same (.3). |
| 11/11/2013 | Ryan M Hehner | 2.20 | Review and revise Sealed Air settlement motion (1.9); correspond with working group re same (.3). |
| 11/11/2013 | Kimberly K Love | 1.40 | Review files and materials for information re engagement letters. |
| 11/11/2013 | Andrew Brniak | .80 | Review disclosure statement for Cryovac transaction contractual obligations language (.6); correspond with J. Gettleman re same (.2). |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/11/2013 | Jeffrey Gettleman | 3.70 | Correspond with working group re funding of trusts (.2); correspond with working group re timing of Sealed Air settlement agreement motion (.7); correspond with A. Paul and M. Jones re adding language to parent company certificate of incorporation (.2); review and revise draft of Sealed Air settlement approval motion (.9); correspond with R. Hehner re same (.1); correspond with R. Hehner re attaching disclosure statement and precedential settlement motion (.2); correspond with M. Jones re draft responses to questions of PD Trustee (.3); correspond with M. Jones re PD Trustee's legal issue (.1); review and revise answers to PD Trustee legal issues (.8); correspond with M. Jones re same (.2). |
| 11/11/2013 | Adam C Paul | 2.60 | Analyze Effective Date strategy (1.9); review Sealed Air settlement (.4); analyze and revise tax notices (.3). |
| 11/11/2013 | John Donley, P.C. | .40 | Review emergence-related materials and correspond with A. Paul re same (.2); review various recent pleadings and filings (.2). |
| 11/11/2013 | Lisa G Esayian | 1.20 | Analyze Effective Date strategy re certain insurance settlements. |
| 11/12/2013 | Mike Jones | 2.80 | Review and revise responses to PD Trustee issues (1.2); correspond with working group re same (.4); correspond with working group re Effective Date planning (.5); review and analyze documents re same (.7). |
| 11/12/2013 | Ryan M Hehner | 3.30 | Review and revise settlement agreement motion (2.9); correspond with working group re same (.4). |
| 11/12/2013 | Andrew Brniak | .90 | Prepare and compile docketed pleadings from Official Committee of Asbestos PI and PD Claimants v. Sealed Air Corp. and Cryovac, Inc. proceeding (.4); correspond with R. Hehner re same (.1); prepare and compile cash-settled collar agreement pleadings (.3); correspond with J. Gettleman re same (.1). |

A-18

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 11/12/2013 | Jeffrey Gettleman | 2.70 | Review and revise Sealed Air settlement motion (.7); research re same (.9); correspond with A. Paul and R. Hehner re same (.6); telephone conference with R. Higgins re warrant agent issues (.3); correspond with M. Jones and R. Higgins re closing documents (.2). |
| 11/12/2013 | Jeffrey Gettleman | 3.50 | Correspond with A. Paul and M. Jones re PD Trustee questions (.4); review and revise analysis of same (.5); analyze warrant agent issues (1.4); correspond with working group re same (1.2). |
| 11/12/2013 | Adam C Paul | 3.00 | Analyze Effective Date strategy (2.6); telephone conference with P. Bentley re Effective Date (.4). |
| 11/12/2013 | John Donley, P.C. | .30 | Telephone conference and correspond with A. Paul re emergence issues (.2); correspond with M. Shelnitz re same (.1). |
| 11/13/2013 | Mike Jones | 4.40 | Correspond with working group re Effective Date planning (.8); review and analyze Sealed Air settlement agreement (1.1); draft issues list re same (2.1); correspond with working group re same (.4). |
| 11/13/2013 | Ryan M Hehner | 2.60 | Review and revise settlement agreement motion (1.9); correspond with working group re same (.7). |
| 11/13/2013 | Andrew Brniak | .90 | Prepare and compile precedent re settlement motions (.8); correspond with R. Hehner re same (.1). |
| 11/13/2013 | Jeffrey Gettleman | 2.40 | Correspond and office conference with working group re Effective Date issues (.4); correspond with M. Jones and J. O'Neill re Effective Date documents (.2); telephone conference with A. Paul, P. Bentley and B. Blabey re Effective Date update (.4); correspond with P. Bentley and A. Paul re rescheduling of Kramer Levin call (.1); research re warrant agents and warrant agent agreements (.9); draft, review and revise analysis and summary re same (.3); correspond with A. Paul re same (.1). |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/13/2013 | Jeffrey Gettleman | 5.90 | Correspond and office conference with working group re Sealed Air settlement agreement (2.2); review and revise same (.6); review and revise bank lender stipulation (1.2); research re same (.9); office conference and correspond with A. Paul and M. Jones re same (1.0). |
| 11/13/2013 | Adam C Paul | 6.30 | Telephone conference with P. Bentley re Effective Date (.8); prepare for Effective Date (3.1); analyze and revise Sealed Air settlement agreement motion (1.1); telephone conference with D. Turetsky re same (.5); analyze Sealed Air settlement agreement (.8). |
| 11/13/2013 | Keith S Crow, P.C. | .40 | Review Section 303 of Delaware Code re emergence issue. |
| 11/13/2013 | John Donley, P.C. | 2.00 | Review various recent pleadings and filings (.2), correspond with K. Love re hearings (.1); correspond and telephone conference with A. Paul re lender and emergence issues (.4); analyze, correspond and telephone conference with J. O'Connell re lender issues (1.3). |
| 11/14/2013 | Mike Jones | 2.90 | Correspond with client and working group re Effective Date planning (.6); review and analyze documents re same (.4); review and revise Sealed Air settlement issues list (.7); research re Effective Date issues (.9); correspond with working group re same (.3). |
| 11/14/2013 | Ryan M Hehner | .60 | Review and revise settlement agreement motion (.2); telephone conference with working group re Effective Date planning (.4). |
| 11/14/2013 | Kimberly K Love | 1.40 | Prepare and organize various bank lender filings requested by J. Gettleman including appeal filings. |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/14/2013 | Jeffrey Gettleman | 4.00 | Review and revise bank lender stipulation (1.4); research re same (.4); correspond with working group re same (.8); correspond with working group re Effective Date documents and planning (.7); telephone conference with working group re Effective Date planning (.6); correspond with R. Higgins re bank lender appeal consolidation order (.1). |
| 11/14/2013 | Jeffrey Gettleman | 2.90 | Correspond, telephone conference and office conference with working group re Sealed Air settlement agreement (2.7); telephone conference with R. Higgins re appeal from proof of claim sustainment order (.2). |
| 11/14/2013 | Adam C Paul | 7.40 | Analyze Sealed Air settlement agreement (1.9); telephone conference with working group re same (1.3); analyze Effective Date strategy (4.2). |
| 11/14/2013 | Keith S Crow, P.C. | .30 | Analyze board approval. |
| 11/14/2013 | John Donley, P.C. | .80 | Review and analyze lender issues (.5); review and analyze draft stipulation (.3). |
| 11/14/2013 | Lisa G Esayian | .70 | Review information from settling insurers' counsel re Medicare reporting issues. |
| 11/15/2013 | Ryan M Hehner | 3.20 | Review stipulation re bank lender claims (.1); review and revise Sealed Air settlement agreement (.4); research re Effective Date board approval (2.4); correspond with working group re same (.3). |
| 11/15/2013 | Kimberly K Love | 2.40 | Review, edit and cite check stipulation between debtors and bank lenders. |
| 11/15/2013 | Jeffrey Gettleman | 1.80 | Correspond with R. Hehner re board resolution question (.9); correspond with A. Paul, M. Jones and R. Hehner re bank lender stipulation (.4); correspond with D. Turetsky and A. Paul re next week's call re Sealed Air settlement agreement (.2); correspond with R. Hehner re Sealed Air settlement motion draft (.3). |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/15/2013 | Jeffrey Gettleman | 4.80 | Review and revise bank lender stipulation (1.3); review and analyze plan terms re same (.6); review comments to same (.2); telephone conference and correspond with working group re same (1.3); review comments to Sealed Air settlement agreement (.4); correspond with A. Paul and R. Hehner re same (.5); office conference and correspond with R. Hehner re board resolutions (.4); correspond with A. Paul and R. Wyron re Effective Date documents (.1). |
| 11/15/2013 | Adam C Paul | 5.10 | Analyze Effective Date strategy (.9); analyze and revise lender stipulation (2.3); telephone conference with R. Higgins re Effective Date (.3); correspond with R. Wyron re Sealed Air settlement (.3); review and analyze same (1.3). |
| 11/15/2013 | Keith S Crow, P.C. | .20 | Review and analyze board resolutions. |
| 11/15/2013 | John Donley, P.C. | 1.40 | Analyze emergence issues (.5); review and revise stipulation (.7); correspond with L. Esayian and A. Paul re BNSF issue (.2). |
| 11/15/2013 | Lisa G Esayian | .60 | Conference with T. Schiavoni, R. Horkovich and P. Mahaley re issues re Royal settlement payment and escrow agreement (.4); correspond with A. Paul re BNSF and Libby issues (.2). |
| 11/16/2013 | Keith S Crow, P.C. | .30 | Analyze board approval mechanics. |
| 11/17/2013 | Adam C Paul | .20 | Correspond with D. Cohn re BNSF. |
| 11/18/2013 | Mike Jones | 3.10 | Review and analyze stipulation re cure (.8); correspond with working group re Sealed Air issues (.4); review and revise Effective Date documents (.9); correspond with working group re same (.3); correspond with working group re settlement agreement (.7). |
| 11/18/2013 | Ryan M Hehner | 3.20 | Review and revise Effective Date documents (1.3); research re bank lender settlements (1.8); correspond with working group re same (.1). |
| 11/18/2013 | Kimberly K Love | .40 | Prepare and organize credit agreements. |

A-22

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 11/18/2013 | Andrew Brniak | .40 | Correspond with R. Hehner re J.P. Morgan Chase Bank proof of claims. |
| 11/18/2013 | Jeffrey Gettleman | 1.20 | Correspond with A. Paul and M. Jones re Sealed Air settlement (.5); correspond with R. Finke and M. Jones re comments to Effective Date closing documents (.2); correspond with A. Paul and M. Shelnitz re Sealed Air reaction to stipulation (.1); correspond with A. Paul re bank lender stipulation review (.2); review comments of P. Lockwood re same (.1); correspond with A. Paul re same (.1). |
| 11/18/2013 | Jeffrey Gettleman | 1.90 | Telephone conference with A. Paul and R. Finke re Effective Date documents (.3); correspond with A. Paul and M. Jones re same (.1); correspond with A. Paul and R. Hehner re lender settlement issues (.2); review Blackstone analysis re same (.2); office conference with A. Paul re same (.2); correspond with M. Jones re Sealed Air settlement agreement (.1); review and analyze status of ongoing filings and related tasks (.1); correspond with R. Hehner and A. Paul re same (.3); telephone conference with A. Paul re Sealed Air settlement issues (.2); correspond with M. Jones re same (.1); correspond with A. Paul re bank lender stipulation (.1). |
| 11/18/2013 | Adam C Paul | 5.90 | Telephone conference with working group re Effective Date (.9); analyze Effective Date issues (2.1); telephone conference with working group re bank lender stipulation (1.2); finalize Sealed Air settlement (.9); analyze and revise bank lender stipulation (.8). |
| 11/18/2013 | John Donley, P.C. | 2.20 | Analyze emergence issues and draft bank lender stipulation (.9); telephone conference and correspond with A. Paul re same (.5); telephone conference with M. Shelnitz re same (.3); telephone conference with F. Festa re current issues (.3); review recent motions and pleadings (.2). |
| 11/18/2013 | Lisa G Esayian | .80 | Review and analyze issues re Royal settlement (.2); review developments re Medicare provisions in bankruptcy plans (.6). |

A-23

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/19/2013 | Mike Jones | 4.10 | Telephone conference with working group re Sealed Air settlement agreement (.6); review and revise Effective Date documents (2.3); office conference and correspond with working group re same (1.2). |
| 11/19/2013 | Ryan M Hehner | 5.70 | Prepare Effective Date documents for distribution (4.2); research re individual bank lender settlements (1.5). |
| 11/19/2013 | Kimberly K Love | .90 | Prepare and organize opinions by Judge Buckwalter. |
| 11/19/2013 | Jeffrey Gettleman | 2.30 | Correspond with working group re Medicare reporting language (.8); correspond with A. Paul and M. Jones re Effective Date documents (.3); office conference with A. Paul re emergence issues (.4); correspond with A. Paul and R. Hehner re board resolutions (.2); correspond with A. Paul and L. Esayian re health insurers motion re Pfizer (.1); correspond with J. Donley re appellate issues (.1); correspond with working group re comments to bank lender stipulation (.4). |
| 11/19/2013 | Jeffrey Gettleman | 2.20 | Correspond with working group re Effective Date closing documents (.2); correspond with C. Finke re collar agreement (.1); retrieve warrant motion, exhibits and order and transmit same to C. Finke (.2); office conference with M. Jones re emergence issues (.4); correspond with A. Paul re same (.2); telephone conference with A. Paul, J. Donley and plan proponents re lender stipulation, Sealed Air issues and Third Circuit procedural issues (1.1). |
| 11/19/2013 | Adam C Paul | 4.60 | Review bank lender stipulation (1.8); telephone conference with working group re bank lender stipulation (1.1); analyze Effective Date issues (1.7). |
| 11/19/2013 | Keith S Crow, P.C. | .20 | Analyze board approval mechanics. |

A-24

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/19/2013 | John Donley, P.C. | 6.10 | Analyze emergence issues and strategy (.8); telephone conferences with working group re same (1.8); review various lower court opinions and briefings (.4); analyze and annotate same relating to current emergence issues (1.5); correspond with J. Gettleman and A. Paul re same (.2); review and analyze lender materials including Blackstone work product (.5); review and analyze lender motion with Third Circuit (.3); telephone conference with C. Landau re same (.1); correspond with M. Shelnitz re same (.3); telephone conference with A. Schlesinger re lender analysis (.2). |
| 11/19/2013 | Lisa G Esayian | .80 | Review motion filed in Quigley cases re Medicare issues (.6); correspond with A. Paul re implications for Grace (.2). |
| 11/20/2013 | Mike Jones | 3.10 | Correspond with working group re cure stipulation (.3); office conferences and correspond with working group re Effective Date documents (1.1); review and revise same (1.7). |
| 11/20/2013 | Ryan M Hehner | 4.90 | Telephone conference with working group re Sealed Air settlement (.9); review documents re board resolutions and bank lender stipulation (2.1); review and revise outstanding issues chart and Effective Date documents (1.6); office conference with M. Jones re same (.3). |
| 11/20/2013 | Jeffrey Gettleman | 6.90 | Correspond with working group re Medicare reporting language (2.4); telephone conference and correspond with working group re Sealed Air issues (1.8); telephone conference, office conference, and correspond with M. Jones and R. Hehner re Effective Date planning (.8); review and revise bank lender stipulation (1.4); correspond with A. Paul re same (.2); telephone conference with J. Donley re bank lender appeals (.1); correspond with plan proponents re same (.1); correspond with M. Jones and R. Hehner re same (.1) |

A-25

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/20/2013 | Adam C Paul | 4.20 | Telephone conference with Sealed Air and Grace re settlement agreement (1.1); prepare for same (1.3); analyze Effective Date strategy (1.8). |
| 11/20/2013 | Keith S Crow, P.C. | .20 | Analyze board process issues. |
| 11/20/2013 | John Donley, P.C. | 3.70 | Analyze lender settlement issues (.5); telephone conference with M. Shelnitz and correspond with Blackstone re same (.4); analyze emergence issues (.4); telephone conferences with M. Shelnitz and A. Paul re same (1.3); review draft stipulation revisions (.3); participate in telephone conference with Sealed Air and A. Paul re emergence issues (.8). |
| 11/20/2013 | Lisa G Esayian | .70 | Correspond with J. Gettleman re Medicare reporting provision for Asbestos PI Trust agreement (.3); review language re same (.4). |
| 11/21/2013 | Mike Jones | 3.90 | Review and revise Effective Date documents (1.3); office conference and correspond with working group re same (.9); coordinate distribution of same to plan proponents (1.4); correspond with working group re same (.3). |
| 11/21/2013 | Ryan M Hehner | 2.30 | Research and office conference with J. Gettleman re bank lender settlements (.4); revise Effective Date documents and coordinate distribution of same (1.7); research re claims procedure (.2). |
| 11/21/2013 | Jeffrey Gettleman | 4.90 | Correspond with working group re distribution of Effective Date documents (1.7); review and revise Effective Date documents (.8); review plan re same (.2); correspond with A. Paul re same (.1); review analysis of R. Hehner re U.S. Code reference in Sealed Air settlement agreement draft (.1); correspond with C. Poulson re formatting adjustments to Sealed Air settlement agreement (.1); correspond with A. Paul and R. Hehner re edits to Sealed Air settlement motion (.2); review and revise same (1.1); legal research re same (.6). |

A-26

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/21/2013 | Adam C Paul | 2.10 | Telephone conferences with J. Sakalo and Kramer Levin re Effective Date (.8); analyze Effective Date issues (1.3). |
| 11/21/2013 | John Donley, P.C. | 2.80 | Analyze lender issues (1.2); telephone conference with A. Rosenberg re lender negotiation (.4); correspond with J. O'Connell re lender issues (.2); analyze emergence issues (.4); correspond and telephone conferences with A. Paul re same (.4); correspond with A. Rosenberg re lender issues (.2). |
| 11/22/2013 | Mike Jones | .40 | Correspond with working group re Effective Date documents. |
| 11/22/2013 | Ryan M Hehner | 1.40 | Coordinate distribution of Effective Date documents (.2); telephone conference with J. Gettleman re Sealed Air settlement motion (.1); draft bank lender settlement agreement (.9); review confirmation order to prepare for drafting board resolutions (.2). |
| 11/22/2013 | Jeffrey Gettleman | 1.30 | Review plan definitions re Sealed Air settlement agreement (.3); correspond with A. Paul re same (.2); telephone conference with A. Paul, L. Esayian and M. Jones re PD Trust issues and edits (.6); correspond with R. Hehner and M. Jones re revisions to Sealed Air settlement agreement (.2). |
| 11/22/2013 | Jeffrey Gettleman | 3.00 | Correspond with M. Jones re distributions of closing documents (.3); review and revise Sealed Air settlement agreement (1.6); correspond with A. Paul and R. Hehner re same (.3); correspond with A. Paul and M. Jones re modifications to plan exhibits (.2); telephone conference with A. Paul re edits to revised draft of Sealed Air settlement agreement (.4); correspond with A. Paul re same (.2). |
| 11/22/2013 | Adam C Paul | 4.20 | Analyze Effective Date strategy (2.4); analyze and revise Sealed Air settlement agreement (1.6); telephone conference with L. Esayian re PD Trust (.2). |
| 11/22/2013 | John Donley, P.C. | .60 | Analyze lender issues. |

A-27

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/22/2013 | Lisa G Esayian | 2.20 | Telephone conference with A. Paul, J. Gettleman and M. Jones re PD Trust and Trust agreement (.4); review ZAI claims relevant to same (1.2); review revisions to Royal escrow agreement (.3); draft comments re same (.3). |
| 11/23/2013 | Ryan M Hehner | .20 | Review revised bank lender stipulation. |
| 11/23/2013 | Jeffrey Gettleman | .20 | Correspond with A. Paul re comments of D. Turetsky re bank lender stipulation draft. |
| 11/24/2013 | Adam C Paul | 1.20 | Analyze and revise Sealed Air settlement agreement (.9); correspond with J. Gettleman re same (.3). |
| 11/24/2013 | Lisa G Esayian | .80 | Analyze PD Trust's handling and payment of ZAI claims. |
| 11/25/2013 | Mike Jones | 3.70 | Telephone conferences and correspond with working group re Sealed Air settlement agreement (1.8); correspond with client re Effective Date planning (.4); review and revise Effective Date planning chart (1.2); correspond with working group re same (.3). |
| 11/25/2013 | Ryan M Hehner | 8.50 | Correspond with M. Jones re board resolutions (.1); correspond with M. Jones re Effective Date documents and planning (.2); review and revise Sealed Air settlement agreement (4.1); telephone conference with M. Jones re same (.5); draft bank lender settlement agreement (3.2); correspond with J. Gettleman re same (.4). |
| 11/25/2013 | Jeffrey Gettleman | 6.20 | Correspond with working group re bank lender stipulation (1.9); correspond with R. Hehner re drafting individual bank lender settlement agreement (.1); review and revise Sealed Air settlement agreement (2.9); office conferences and correspond with working group re same (1.3) |

A-28

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/25/2013 | Jeffrey Gettleman | .90 | Review R. Hehner analysis of certain language in Sealed Air edits to bank lender stipulations (.2); correspond with R. Hehner re same (.1); correspond with A. Paul re same (.1); correspond with A. Paul re PD Trust issues to resolve (.3); correspond with L. Esayian and M. Jones re answers to certain PD Trustee issues (.2). |
| 11/25/2013 | Adam C Paul | 5.40 | Analyze and revise bank lender stipulation (2.7); correspond with J. Donley re same (.4); analyze and revise Sealed Air settlement (1.2); analyze Effective Date issues (1.1). |
| 11/25/2013 | John Donley, P.C. | 2.30 | Review revisions to bank lender stipulation draft and review relevant plan sections (.7); correspond and telephone conference with A. Paul re revisions (.5); analyze lender issues (.9); correspond with Blackstone re same (.2). |
| 11/25/2013 | Lisa G Esayian | 1.20 | Analyze issues re plan funding re PD claims (.8); correspond with A. Paul, J. Gettleman and M. Jones re same (.4). |
| 11/26/2013 | Mike Jones | 2.20 | Office conferences and correspond with working group re Sealed Air settlement agreement (1.4); review and analyze documents re same (.8). |
| 11/26/2013 | Ryan M Hehner | 4.40 | Review and revise bank lender stipulation (.5); correspond with working group re same (.1); review and revise Sealed Air settlement agreement (3.6); correspond with working group re same (.2). |
| 11/26/2013 | Jeffrey Gettleman | 4.90 | Correspond with working group re blank lender stipulation (1.4); review and revise Sealed Air settlement (1.6); office conference and correspond with working group re same (1.8); correspond with L. Esayian re PD Trustee issues (.1). |
| 11/26/2013 | Adam C Paul | 2.50 | Analyze Effective Date strategy (2.1); correspond with J. Gettleman re Sealed Air settlement agreement (.4). |

A-29

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/26/2013 | John Donley, P.C. | 2.10 | Review bank lender stipulation (.4); correspond and telephone conferences with A. Paul re emergence issues (.6); telephone conference with M. Shelnitz, R. Finke and A. Paul re emergence, bank lender and other current issues (.5); review and analyze bank lenders issues and options (.4); correspond with M. Shelnitz re current issues (.2). |
| 11/26/2013 | Lisa G Esayian | 2.30 | Analyze issues re Asbestos PD Trust (.8); correspond with A. Paul re same (.3); analyze issues re PD Trust's handling of ZAI claims (1.2). |
| 11/27/2013 | Ryan M Hehner | .10 | Correspond with J. O'Neill re certificate of no objection. |
| 11/27/2013 | Jeffrey Gettleman | 2.40 | Review and analyze A. Paul comments to Sealed Air settlement agreement (.3); review and revise Sealed Air settlement agreement (1.4); correspond with working group re same (.6); telephone conference with A. Paul re "cure" language re same (.1). |
| 11/27/2013 | Adam C Paul | 1.60 | Analyze and revise Sealed Air settlement agreement (1.2); telephone conference with J. Gettleman re same (.4). |
| 11/27/2013 | John Donley, P.C. | 1.80 | Analyze emergence issues (1.1); correspond with P. Lockwood, R. Frankel and A. Paul re same (.2); analyze lender issues (.4); correspond with A. Rosenberg re same (.1). |
| 11/27/2013 | Lisa G Esayian | 1.20 | Analyze issues re PD Trust agreement. |
| | Total: | 384.40 | TOTAL HOURS |

A-30

**Matter 41 - Tax Issues - Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|-------|-------------|
| 11/08/2013 | Stephen H Butler | 1.00 | Correspond with J. Gettleman re tax issues in Sealed Air settlement agreement (.3); legal research re same (.7). |
| 11/11/2013 | Stephen H Butler | .40 | Review W-9 and W-8 solicitation letter for tax issues. |
| 11/11/2013 | Jeffrey Gettleman | .40 | Correspond with R. Higgins re W-9 notice form for distributions (.1); correspond with S. Butler re same (.1); correspond with S. Butler re comments to draft W-9 form (.1); correspond with R. Higgins re same (.1). |
| 11/13/2013 | Stephen H Butler | .10 | Telephone conference with R. Hehner re tax issues in Sealed Air settlement. |
| 11/14/2013 | Stephen H Butler | 1.40 | Review 2013 qualified settlement fund motion for tax issues (.6); draft mark-up of tax comments re same (.7); correspond with T. Maynes and J. Gettleman re same (.1). |
| 11/14/2013 | Ryan M Hehner | 1.40 | Review qualified settlement fund motion precedent and analyze for compliance with related documents. |
| 11/14/2013 | Jeffrey Gettleman | 1.00 | Correspond with R. Higgins re updated 2013 qualified settlement fund motion (.1); correspond with A. Paul and R. Hehner re conformance of qualified settlement fund motion to other related documents (.6); correspond with S. Butler, M. Jones and R. Hehner re comments to qualified settlement fund motion (.3). |
| 11/19/2013 | Stephen H Butler | .20 | Correspond with M. Jones re tax issues in restructuring. |
| 11/19/2013 | Jeffrey Gettleman | .30 | Correspond with T. Maynes, C. Finke, M. Jones and S. Butler re qualified settlement fund opinions. |
| 11/20/2013 | Todd F Maynes, P.C. | .40 | Correspond with working group re asbestos trust tax issues. |
| 11/21/2013 | Stephen H Butler | .40 | Draft mark-up of tax comments to qualified settlement fund motion (.3); correspond with R. Higgins re same (.1). |

A-31

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/21/2013 | Jeffrey Gettleman | 1.10 | Correspond with R. Higgins, T. Maynes and S. Butler qualified settlement fund motion (.7); review and revise draft of qualified settlement fund motion (.4). |
| 11/22/2013 | Stephen H Butler | .10 | Correspond with R. Higgins re tax issues in qualified settlement fund motion. |
| 11/22/2013 | Todd F Maynes, P.C. | .30 | Telephone conference with D. Teichen re asbestos trust tax issues. |
| 11/25/2013 | Adam C Paul | .30 | Analyze Grace tax issue. |
| 11/25/2013 | Todd F Maynes, P.C. | .30 | Telephone conference with D. Teichen re asbestos trust tax issues. |
| 11/26/2013 | Adam C Paul | 1.40 | Telephone conference with R. Finke re foreign taxes (.6); prepare for same (.8). |
| | Total: | 10.50 | |

A-32

## Matter 42 - Travel - Non-working - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/06/2013 | Adam C Paul | 2.30 | Travel to Baltimore, MD for Board meeting (billed at half time). |
| 11/06/2013 | John Donley, P.C. | 3.20 | Travel to and from Baltimore, MD for Board meeting (billed at half time). |
| 11/07/2013 | Adam C Paul | 2.10 | Travel from Baltimore, MD (billed at half time). |
| | Total: | 7.60 | |

KE 29648968.3

## Matter 61 - Credit Agreement Advice - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/2013 | Jeffrey Gettleman | 1.40 | Review and analyze plan re timing of exit financing (.6); correspond with A. Paul and M. Jones re same (.4); correspond with R. Hehner re notice period for exit financing motion (.4). |
| 11/01/2013 | Ashley S Gregory | 1.90 | Review precedent marketing term sheet. |
| 11/04/2013 | Kathryn K Leonard | 1.30 | Draft term sheet and engagement letter. |
| 11/04/2013 | Jeffrey Gettleman | .20 | Correspond with R. Hehner re notice period for exit financing motion (.1); correspond with R. Hehner re status of drafting exit financing motion (.1). |
| 11/06/2013 | Kathryn K Leonard | 4.90 | Draft term sheet and engagement letter. |
| 11/07/2013 | Kathryn K Leonard | 2.30 | Draft term sheet and engagement letter. |
| 11/07/2013 | Christian O Nagler | .80 | Telephone conference and correspond with A. Paul re requirement for court approval for exit financing. |
| 11/07/2013 | Ashley S Gregory | 3.90 | Review draft term sheet (3.1); telephone conference with K. Leonard re same (.8). |
| 11/08/2013 | Ryan M Hehner | 2.00 | Research re exit financing and objection timelines. |
| 11/08/2013 | Jeffrey Gettleman | .40 | Correspond with R. Hehner re A. Paul question re plan provisions re exit financing. |
| 11/08/2013 | Adam C Paul | .60 | Analyze issues re exit financing. |
| 11/09/2013 | Kathryn K Leonard | 9.30 | Draft term sheet and engagement letter. |
| 11/09/2013 | Ryan M Hehner | .20 | Research re exit financing issues. |
| 11/09/2013 | Jeffrey Gettleman | .10 | Correspond with R. Hehner re exit financing legal issue. |
| 11/10/2013 | Ashley S Gregory | 9.90 | Review and revise term sheets and review precedent agreements. |
| 11/11/2013 | Andrew Brniak | .70 | Review document management system for exit financing engagement letters filed under seal. |

A-34

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/11/2013 | Jeffrey Gettleman | 3.70 | Review and analyze exit financing letters and precedent (1.8); correspond and office conference with working group re same (1.9). |
| 11/11/2013 | Christian O Nagler | .90 | Correspond with working group re bond offering (.2); telephone conference with E. Filon re same (.3); draft same (.4). |
| 11/11/2013 | Adam C Paul | 1.60 | Analyze ability to obtain exit financing. |
| 11/11/2013 | Ashley S Gregory | 2.40 | Telephone conference with E. Filon re exit financing. |
| 11/12/2013 | Jeffrey Gettleman | .60 | Telephone conference with A. Paul, C. Nagler and A. Gregory re exit financing issues. |
| 11/12/2013 | Adam C Paul | 1.20 | Analyze exit financing. |
| 11/13/2013 | Ryan M Hehner | .60 | Review precedent re exit financing motions (.4); correspond with J. Gettleman re same (.2). |
| 11/13/2013 | Jeffrey Gettleman | .30 | Correspond with A. Paul, E. Filon and R. Hehner re necessity for exit financing motions. |
| 11/14/2013 | Jeffrey Gettleman | 1.20 | Telephone conference with E. Filon, Goldman, Blackstone and K&E working group re exit financing planning and related issues (.4); correspond with A. Paul re same (.1); correspond with E. Filon and A. Paul re today's call re exit financing issues (.2); telephone conference with J. O'Connell, E. Filon and A. Paul re exit financing issues (.4); correspond with A. Paul re scheduling bi-weekly call re exit financing (.1). |
| 11/14/2013 | Christian O Nagler | .80 | Telephone conference with working group re exit financing. |
| 11/14/2013 | Adam C Paul | 1.30 | Telephone conference with Goldman Sachs re exit financing (.5); telephone conference with working group re same (.8). |
| 11/14/2013 | Ashley S Gregory | .90 | Telephone conference with working group re exit financing. |

A-35

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/18/2013 | Ashley S Gregory | 1.90 | Telephone conference with working group re exit financing. |
| 11/19/2013 | Kathryn K Leonard | .90 | Draft term sheet and engagement letter. |
| 11/19/2013 | Christian O Nagler | .40 | Revise non-disclosure agreement. |
| 11/20/2013 | Kathryn K Leonard | 7.40 | Draft term sheet and engagement letter. |
| 11/20/2013 | Jeffrey Gettleman | .30 | Correspond with R. Hehner re drafting of exit financing motion (.1); correspond with R. Hehner re contacting J. O'Neill re draft commitment letters re same (.1); correspond with R. Hehner re exit financing commitment letters (.1). |
| 11/20/2013 | Christian O Nagler | 1.30 | Telephone conference with working group re debt terms. |
| 11/20/2013 | Ashley S Gregory | 1.80 | Telephone conference with E. Filon re exit financing. |
| 11/21/2013 | Kathryn K Leonard | 2.40 | Draft term sheet and engagement letter. |
| 11/21/2013 | Ryan M Hehner | 1.60 | Review exit financing documents and correspond with working group re need for a motion. |
| 11/21/2013 | Jeffrey Gettleman | .40 | Review R. Hehner analysis of necessity of motion re exit financing (.1); correspond with C. Nagler and others re draft commitment letter re exit financing (.1); correspond with A. Paul, M. Jones and R. Hehner re necessity of motion authorizing entry into same (.2). |
| 11/21/2013 | Christian O Nagler | .90 | Telephone conference with working group re financing. |
| 11/21/2013 | Adam C Paul | 2.20 | Analyze necessity of exit financing (.8); analyze commitment letters (.9); telephone conference with working group re same (.5). |
| 11/21/2013 | Ashley S Gregory | 5.80 | Telephone conference with working group re financing (.9); review and revise term sheet (4.9). |
| 11/24/2013 | Kathryn K Leonard | 1.90 | Draft term sheet and engagement letter. |

A-36

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/25/2013 | Kathryn K Leonard | 2.90 | Draft term sheet and engagement letter. |
| 11/25/2013 | Jeffrey Gettleman | .10 | Correspond with K. Leonard re Grace exit financing commitment letters. |
| 11/25/2013 | Christian O Nagler | 1.40 | Review exit financing documents (.5); attend telephone conference re same (.9). |
| 11/25/2013 | Ashley S Gregory | 4.40 | Telephone conference with Grace re engagement, commitment and fee letters (1.1); review letters (3.3). |
| 11/26/2013 | Kathryn K Leonard | 4.40 | Draft term sheet and engagement letter. |
| 11/26/2013 | Jeffrey Gettleman | .20 | Correspond with K. Leonard re updates to exit financing documents. |
| 11/26/2013 | Adam C Paul | .40 | Analyze need for exit financing. |
| 11/26/2013 | Ashley S Gregory | 1.80 | Telephone conference with Grace re term sheet. |
| 11/27/2013 | Kathryn K Leonard | 1.80 | Draft term sheet and engagement letter. |
| 11/27/2013 | Ryan M Hehner | .20 | Office conference and correspond with J. Gettleman re exit financing. |
| 11/27/2013 | Jeffrey Gettleman | 2.70 | Correspond with K. Leonard re exit financing term sheet edits (.3); review and analyze letters re exit financing (1.4); office conference with R. Hehner re exit financing issues (.2); draft, review and revise analysis of bankruptcy issues in exit financing documents (.4); correspond with A. Paul re same (.1); correspond with R. Levy, R. Hehner and A. Paul re necessity for exit financing authorization order (.2); correspond with A. Paul, R. Hehner and K. Leonard re exit financing issues (.1). |
| 11/27/2013 | Adam C Paul | .90 | Correspond with working group re exit financing. |
| 11/27/2013 | Ashley S Gregory | .90 | Telephone conference re exit financing. |
| 11/29/2013 | Kathryn K Leonard | 2.80 | Draft term sheet and engagement letter. |
|  | Total: | 109.50 |  |

A-37