**EXHIBIT B**

KE 29648968.3

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---:|
| Travel Expense | $282.98 |
| Airfare | $1,406.40 |
| Transportation to/from airport | $745.06 |
| Travel Meals | $51.00 |
| Other Travel Expenses | $13.56 |
| **Total:** | **$2,499.00** |

KE 29648968.3

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 10/21/13 | 725.80 | John Donley, Airfare, Baltimore, MD, 11/06/2013 to 11/06/2013, Attend Board meeting |
| 10/24/13 | 680.60 | Adam Paul, Airfare, Baltimore, MD, 11/06/2013 to 11/07/2013, Meeting |
| 11/06/13 | 282.98 | Adam Paul, Lodging, Sheraton Inner Harbor, Baltimore, MD, 11/06/2013 to 11/07/2013, Meeting |
| 11/06/13 | 108.29 | All About Charter Inc., Transportation to/from airport, John Donley, P.C., 11/6/2013 |
| 11/06/13 | 119.48 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 11/06/13 |
| 11/06/13 | 139.19 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul, pick up at Baltimore Washington Airport and drop off at Baltimore, MD |
| 11/06/13 | 38.00 | John Donley, Transportation To/From Airport, Attend Board meeting |
| 11/06/13 | 46.00 | John Donley, Transportation To/From Airport, Attend Board meeting |
| 11/06/13 | 45.00 | John Donley, Transportation To/From Airport, Attend Board meeting |
| 11/06/13 | 16.00 | John Donley, Travel Meals, Baltimore, MD, Attend Board meeting, Dinner |
| 11/06/13 | 35.00 | Adam Paul, Travel Meals, Baltimore, MD, Meeting, Lunch |
| 11/06/13 | 13.56 | John Donley, Mileage, O'Hare Airport (24.00 miles), Attend Board meeting |
| 11/07/13 | 122.49 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul, pick up at Baltimore, MD and drop off at Baltimore Washington Airport |
| 11/07/13 | 126.61 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 11/07/13 |
| Total: | 2,499.00 | |

B-3

KE 29648968.3

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $59.66 |
| Standard Copies or Prints | $228.20 |
| Color Copies or Prints | $309.65 |
| CD-ROM Duplicates/Master | $119.00 |
| Production Blowbacks | $1,007.10 |
| Overnight Delivery | $138.91 |
| Outside Messenger Services | $196.56 |
| Computer Database Research | $311.20 |
| **Total:** | **$2,370.28** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 11/01/2013 | 122.30 | Production Blowbacks |
| 11/01/2013 | 80.43 | LexisNexis, Computer Database Research, Des Jardins, Ken, 11/1/2013 |
| 11/03/2013 | 163.17 | Comet Messenger Service Inc., Outside Messenger Services, 300 N. LaSalle, Jeffrey Gettleman, 11/3/2013 |
| 11/04/2013 | 1.40 | Standard Prints |
| 11/04/2013 | 2.30 | Standard Prints |
| 11/04/2013 | .20 | Standard Prints |
| 11/04/2013 | 10.30 | Standard Prints |
| 11/04/2013 | 4.90 | Standard Prints |
| 11/04/2013 | 3.30 | Color Prints |
| 11/04/2013 | 3.30 | Color Prints |
| 11/04/2013 | 2.20 | Color Prints |
| 11/04/2013 | 3.30 | Color Prints |
| 11/04/2013 | 15.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 11/2013, Daniel Hill |
| 11/05/2013 | 5.80 | Standard Prints |
| 11/05/2013 | 6.40 | Standard Prints |
| 11/05/2013 | 2.20 | Color Prints |
| 11/05/2013 | 11.00 | Color Prints |
| 11/05/2013 | 24.75 | Color Prints |
| 11/05/2013 | 2.20 | Color Prints |
| 11/05/2013 | 16.41 | Fed Exp to: Adam Paul (Guest), Baltimore, MD |
| 11/05/2013 | 93.15 | West, Computer Database Research, Donley, John W., November 2013 |
| 11/06/2013 | 2.80 | Standard Prints |
| 11/06/2013 | 3.90 | Standard Prints |
| 11/06/2013 | 3.60 | Standard Prints |
| 11/06/2013 | 35.00 | CD-ROM Duplicates/Master |
| 11/06/2013 | 13.93 | Fed Exp to: Adam Paul, Chicago, IL |
| 11/06/2013 | 2.30 | West, Computer Database Research, Esayian, Lisa G., November 2013 |
| 11/06/2013 | 80.00 | Restructuring Concepts LLC, Computer Database Research, Chapter 11 Dockets Usage for 11/2013, Andrew Brniak |
| 11/07/2013 | 14.30 | Color Prints |
| 11/07/2013 | 11.00 | Color Prints |
| 11/07/2013 | 9.90 | Color Prints |
| 11/07/2013 | 9.90 | Color Prints |
| 11/07/2013 | 884.80 | Production Blowbacks |

KE 29648968.3

| Date | Amount | Description |
|---|---|---|
| 11/09/2013 | 40.32 | West, Computer Database Research, Hehner, Ryan, November 2013 |
| 11/12/2013 | 10.60 | Standard Prints |
| 11/12/2013 | 3.60 | Standard Prints |
| 11/12/2013 | 6.20 | Standard Prints |
| 11/12/2013 | 4.80 | Standard Prints |
| 11/12/2013 | 10.23 | Fed Exp to: Roger Higgins, Chicago, IL from: J. Michael Jones |
| 11/14/2013 | .55 | Color Prints |
| 11/14/2013 | 21.45 | Color Prints |
| 11/14/2013 | 4.40 | Color Prints |
| 11/14/2013 | 21.45 | Color Prints |
| 11/14/2013 | 22.00 | Color Prints |
| 11/14/2013 | 84.00 | CD-ROM Duplicates/Master |
| 11/14/2013 | 10.23 | Fed Exp to: Adam Schlesinger, New York, NY from: J. Michael Jones |
| 11/15/2013 | 11.55 | Color Prints |
| 11/15/2013 | 2.20 | Color Prints |
| 11/15/2013 | 2.20 | Color Prints |
| 11/16/2013 | 12.36 | Jeffrey Gettleman, Cell Phone Calls, 10/17/2013 to 11/16/2013, Cell Phone Charges |
| 11/19/2013 | 23.20 | Standard Prints |
| 11/19/2013 | 2.20 | Standard Prints |
| 11/19/2013 | 5.10 | Standard Prints |
| 11/19/2013 | .30 | Standard Prints |
| 11/20/2013 | .60 | Standard Copies or Prints |
| 11/20/2013 | 2.90 | Standard Prints |
| 11/20/2013 | 21.80 | Standard Prints |
| 11/20/2013 | 5.20 | Standard Prints |
| 11/20/2013 | 7.40 | Standard Prints |
| 11/20/2013 | 3.00 | Standard Prints |
| 11/20/2013 | 1.65 | Color Prints |
| 11/20/2013 | 2.20 | Color Copies or Prints |
| 11/20/2013 | 34.65 | Color Prints |
| 11/20/2013 | 35.20 | Color Prints |
| 11/20/2013 | 1.65 | Color Prints |
| 11/20/2013 | .55 | Color Prints |
| 11/20/2013 | .55 | Color Prints |
| 11/20/2013 | 2.20 | Color Prints |
| 11/20/2013 | 1.65 | Color Prints |

KE 29648968.3

| Date | Amount | Description |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 11/21/2013 | 2.30 | Standard Prints |
| 11/21/2013 | 2.70 | Standard Prints |
| 11/21/2013 | .50 | Standard Prints |
| 11/21/2013 | 11.90 | Standard Prints |
| 11/21/2013 | 10.23 | Fed Exp to: David Turetsky, New York, NY from: Ryan Hehner |
| 11/21/2013 | 10.23 | Fed Exp to: Nathan Coco, Chicago, IL from: Ryan Hehner |
| 11/21/2013 | 10.23 | Fed Exp to: Peter Lockwood, New York, NY from: Ryan Hehner |
| 11/21/2013 | 10.23 | Fed Exp to: Philip Bentley, New York, NY from: Ryan Hehner |
| 11/21/2013 | 10.23 | Fed Exp to: Richard Wyron, Washington, DC from: Ryan Hehner |
| 11/21/2013 | 10.23 | Fed Exp to: Roger Frankel, New York, NY from: Ryan Hehner |
| 11/22/2013 | 5.70 | Standard Prints |
| 11/22/2013 | 3.00 | Standard Prints |
| 11/22/2013 | 1.40 | Standard Prints |
| 11/22/2013 | 8.30 | Standard Prints |
| 11/22/2013 | .40 | Standard Prints |
| 11/22/2013 | 39.60 | Standard Prints |
| 11/22/2013 | 18.15 | Color Prints |
| 11/22/2013 | 26.73 | Fed Exp to: Debra Felder, Washington, DC from: Ryan Hehner |
| 11/25/2013 | 11.10 | Standard Prints |
| 11/25/2013 | 2.80 | Standard Prints |
| 11/25/2013 | 3.85 | Color Prints |
| 11/25/2013 | 22.00 | Color Prints |
| 11/25/2013 | 2.20 | Color Prints |
| 11/27/2013 | 33.39 | Comet Messenger Service Inc., Outside Messenger Services, 300 N. La Salle, Adam C. Paul, 11/27/2013 |
| 11/30/2013 | 6.49 | Intercall - Teleconference, Conference Calls, M. Jones, 11/30/13 |
| 11/30/2013 | 21.03 | Intercall - Teleconference, Conference Calls, J. Donley, 11/30/13 |
| 11/30/2013 | 19.78 | Intercall - Teleconference, Conference Calls, A. Paul, 11/30/13 |
| Total: | 2,370.28 | |

KE 29648968.3