IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (KJC) |
| | : | |
| Debtor | : | Jointly Administered |

Objection Date: March 11, 2014 @ 4:00pm
Hearing Date: To be determined

**NOTICE OF FIFTY-FIRST INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  October 1, 2013 through December 31, 2013

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $69,764.50

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $79.71

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $27,236.40

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $62.51

Total Amount of Holdback Fees Sought for applicable period:  $13,952.90

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
| --- | --- | --- | --- | --- | --- |
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 31447; 12/10/2013 | October 2013 | $12,241.50 | $44.03 | $9,793.20 | $44.03 |
| 31552; 12/31/2013 | November 2013 | $21,804.00 | $18.48 | $17,443.20 | $18.48 |
| 31698; 2/3/2014 | December 2013 | $35,719.00 | $17.20 | $0.00 | $0.00 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative October-December 2013 Hours | Cumulative October-December 2013 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
| --- | --- | --- | --- | --- |
| Asset Analysis and Recovery | .0 | $.00 | 24.7 | $ 13,840.50 |
| Asset Disposition | .0 | .00 | 8.9 | 5,461.50 |
| Business Operations | .3 | 208.50 | 70.4 | 42,598.50 |
| Case Administration | 5.5 | 2,350.00 | 5,677.6 | 1,805,312.50 |
| Claim Analysis Objection & Resolution (Asbestos) | .0 | .00 | 1,877.4 | 787,360.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .4 | 382.00 | 91.0 | 47,498.00 |
| Committee, Creditors', Noteholders' or Equity Holders' | 6.0 | 3,951.50 | 180.2 | 106,327.00 |
| Employee Benefits/Pension | .0 | .00 | 21.4 | 14,922.00 |
| Employment Applications, Applicant | .0 | .00 | 62.3 | 18,649.50 |

| | | | | |
|---|---:|---:|---:|---:|
| Employment Applications, Others | .0 | .00 | 89.2 | 42,674.00 |
| Fee Applications, Applicant | 19.2 | 6,756.00 | 1,031.3 | 367,111.50 |
| Fee Applications, Others | .2 | 191.00 | 125.2 | 49,926.00 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .0 | .00 | 412.1 | 322,110.00 |
| Litigation and Litigation Consulting | .3 | 126.00 | 29,107.8 | 13,117,093.50 |
| Plan & Disclosure Statement | 63.7 | 55,513.00 | 6,336.7 | 3,979,165.00 |
| Relief from Stay Proceedings | .0 | .00 | 3.5 | 2,417.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | .6 | 286.50 | 1,864.2 | 495,427.00 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | .0 | .00 | 196.6 | 99,674.00 |
| **Totals** | **96.2** | **$69,764.50** | **47,366.7** | **21,394,103.00** |

## CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 10/01/13 – 12/31/13 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $.00 | $ 432,105.33 |
| Pacer Database Charges | 26.90 | 355.66 |
| Research Material | .00 | 12,428.21 |
| Air Freight & Express Mail | 51.61 | 25,392.40 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,418.22 |
| Outside Photocopy Service | .00 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,805.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | .00 | 65,093.76 |
| Air & Train Transportation | .00 | 222,616.74 |
| Meals Related to Travel | .00 | 30,530.59 |
| Travel Expenses – Hotel Charges | .00 | 130,234.28 |
| Travel Expenses – Ground Transportation | .00 | 85,993.48 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation - DC | .00 | 7,151.31 |
| Local Transportation – NY | .00 | 657.52 |
| Xeroxing | 1.20 | 116,337.45 |
| Postage | .00 | 6,982.05 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone – DC | .00 | 2,608.37 |
| NYO Long Distance Telephone | .00 | 16,318.80 |
| Use of Cell/Home Phone | .00 | 3,216.99 |
| Conference Call Services | .00 | 90.44 |
| **TOTALS** | **$ 79.71** | **$ 3,950,046.31** |

CAPLIN & DRYSDALE


*/s/Elihu Inselbuch*
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
600 Lexington Avenue at 52nd Street
21st Floor
New York, NY  10022
(212) 379-6000
(212)379-6001

*National Counsel for Official Committee
Of Asbestos Personal Injury Claimants*

Dated: February 19, 2014