## EXHIBIT A

**Business Operations (.30 Hours; $ 208.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $955 | 95.50 |
| Jeffrey A. Liesemer | .20 | $545 | 113.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/2/2013 | JAL | 565.00 | 0.20 | Reviewed memo from Charter Oak re financial matter. |
| 10/15/2013 | PVL | 955.00 | 0.10 | Rv Festa letter to Dow and Grace press release. |

**Total Task Code .03        .30**


**Case Administration (5.50 Hours; $ 2,350.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $955 | 573.00 |
| Rita C. Tobin | 2.00 | $555 | 1,110.00 |
| Eugenia Benetos | .60 | $230 | 138.00 |
| Sara Joy DelSavio | 2.30 | $230 | 529.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/4/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 10/11/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 10/18/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 10/25/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 10/31/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/1/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 11/6/2013 | PVL | 955.00 | 0.10 | Rv ACM email re status & cn ACM re same |
| 11/7/2013 | SJD | 230.00 | 2.30 | Perform docket research per LMK and update and reorganize j-drive appeal files. |
| 11/8/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 11/15/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 11/22/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 11/27/2013 | RCT | 555.00 | 0.20 | Review documents and local counsel recommendations regarding EI update. |
| 12/2/2013 | PVL | 955.00 | 0.10 | Rv 4 misc. filings |
| 12/4/2013 | EB | 230.00 | 0.50 | Perform review of players list. |
| 12/5/2013 | EB | 230.00 | 0.10 | Draft and send email to ACM re FCR query. |
| 12/11/2013 | PVL | 955.00 | 0.30 | Rv docs for filing |
| 12/27/2013 | PVL | 955.00 | 0.10 | Rv 6 misc. filings |

**Total Task Code .04          5.50**


**Claim Analysis Objection & Resolution (Asbestos) (.40 Hours; $ 382.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $955 | 382.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/4/2013 | PVL | 955.00 | 0.20 | Rv Grace obj. to Nelson claim |
| 11/5/2013 | PVL | 955.00 | 0.20 | Rv 29th omni cls. obj. |

**Total Task Code .05         .40**

**Committee, Creditors', Noteholders' or Equity Holders' (6.00 Hours; $ 3,951.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.90 | $1,000 | 1,900.00 |
| Ann C. McMillan | 2.50 | $660 | 1,650.00 |
| Kevin C. Maclay | .10 | $565 | 56.50 |
| Eugenia Benetos | 1.50 | $230 | 345.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2013 | EI | 1,000.00 | 0.10 | Prepare status memorandum. |
| 10/1/2013 | KCM | 565.00 | 0.10 | Review memo to Committee. |
| 10/25/2013 | ACM | 660.00 | 0.60 | Draft memo to Committee (.3); exchange e-mails with EI re same (.1); exchange e-mails with Committee Co-Chairs and PVNL re same (.1); send memo to Committee (.1). |
| 10/25/2013 | EB | 230.00 | 1.10 | Set up folder with materials for upcoming conference call (.2); review draft minutes chart (.4); send calendar invite to attorney group (.3); update committee minutes binder (.2). |
| 11/1/2013 | EB | 230.00 | 0.40 | Draft and send email re status of committee conference calls and draft minutes. |
| 11/4/2013 | EI | 1,000.00 | 0.50 | Prepare for Committee conference call regarding Medicare. |
| 11/4/2013 | ACM | 660.00 | 1.40 | Committee call (1.2); conference PVNL re same (.2). |
| 11/4/2013 | EI | 1,000.00 | 1.30 | Participate in Committee conference call. |
| 11/7/2013 | ACM | 660.00 | 0.20 | Send e-mail to Committee re Medicare issues. |
| 11/19/2013 | ACM | 660.00 | 0.30 | Review Committee minutes and exchange e-mails with M. Hurford re same. |

**Total Task Code .07         6.00**

**Fee Applications, Applicant (19.20 Hours; $ 6,756.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 7.20 | $555 | 3,996.00 |
| Eugenia Benetos | 12.00 | $230 | 2,760.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2013 | EB | 230.00 | 0.50 | Update fee application schedule and quality check spreadsheet. |
| 10/4/2013 | EB | 230.00 | 0.40 | Update fee application schedule (.2); make duplicates (.1); create and send PDF to Accounting (.1). |
| 10/7/2013 | RCT | 555.00 | 0.50 | Address fee issues. |
| 10/15/2013 | EB | 230.00 | 0.80 | Create a check breakdown for EI's reference (.4); update fee application schedule (.2); make duplicates for myself and Accounting (.1); create and send PDF to Accounting (.1). |
| 10/22/2013 | EB | 230.00 | 1.40 | Work on monthly fee application. |
| 10/25/2013 | EB | 230.00 | 0.30 | Send email to local counsel re fee application and change cover section. |
| 10/28/2013 | RCT | 555.00 | 0.20 | Respond to local counsel regarding CNOs (.1); confer with EB regarding same (.1). |
| 10/31/2013 | RCT | 555.00 | 0.50 | Address fee issues. |
| 11/5/2013 | EB | 230.00 | 0.50 | Perform review of fee application schedule and update accordingly. |
| 11/5/2013 | EB | 230.00 | 0.50 | Perform review of fee application schedule and update accordingly and send request email to local counsel. |
| 11/5/2013 | EB | 230.00 | 0.70 | Create a breakdown for EI, and myself, update fee application spreadsheet, and update check binder. |
| 11/6/2013 | RCT | 555.00 | 0.60 | Review pre bills. |
| 11/7/2013 | RCT | 555.00 | 0.20 | Review 2014 fee application schedules. |
| 11/11/2013 | RCT | 555.00 | 0.60 | Review fee application. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/11/2013 | RCT | 555.00 | 0.60 | Review exhibits. |
| 11/12/2013 | EB | 230.00 | 0.70 | Create a PDF of the signed original (.1); and email to CM re e-folder records (.2); duplicate and send a copy to APB for record keeping (.4). |
| 11/14/2013 | RCT | 555.00 | 0.10 | E-mails and telephone conference with EB and AB regarding format changes and database. |
| 11/15/2013 | EB | 230.00 | 0.50 | Prepare materials of signed original fee application to local counsel. |
| 11/18/2013 | RCT | 555.00 | 0.60 | Review 7 fee applications/final reports (other parties). |
| 11/19/2013 | RCT | 555.00 | 0.40 | Review 4 fee applications (other parties). |
| 11/25/2013 | EB | 230.00 | 1.60 | Work on monthly fee application (1.1); email APB most recent version and update J-Drive (.5). |
| 11/25/2013 | RCT | 555.00 | 0.70 | Review monthly fee application. |
| 11/26/2013 | RCT | 555.00 | 0.20 | Review fee application notices; other parties. |
| 11/26/2013 | EB | 230.00 | 0.50 | Update and QC fee application schedule with latest fees and expenses requested. |
| 12/5/2013 | RCT | 555.00 | 0.10 | Telephone conference with M. Hurford regarding DE UST guidelines. |
| 12/5/2013 | RCT | 555.00 | 0.30 | Reviewed numerous files and memorandums regarding new guidelines obtained from M. Hurford. |
| 12/10/2013 | RCT | 555.00 | 0.60 | Review and edit pre bills. |
| 12/12/2013 | RCT | 555.00 | 0.80 | Review and edit exhibits. |
| 12/13/2013 | RCT | 555.00 | 0.20 | Review local counsel correspondence regarding CNO (.1); e-mail EB and respond to local counsel (.1). |
| 12/16/2013 | EB | 230.00 | 0.40 | Send email to APB with most updated version and save it in the J-drive. |
| 12/17/2013 | EB | 230.00 | 0.50 | Perform review of docket re necessary materials and create folder re fee hearing. |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/19/2013 | EB | 230.00 | 0.60 | Create monthly check breakdown for EI and Accounting (.2); update fee application schedule (.1); make duplicates of check and update fee binder (.3). |
| 12/23/2013 | EB | 230.00 | 1.00 | Work on monthly fee application. |
| 12/24/2013 | EB | 230.00 | 0.50 | Make edits to monthly fee application and re-send. |
| 12/30/2013 | EB | 230.00 | 0.60 | Create Interim Holdback check breakdown for EI and Accounting (.3); update fee application schedule (.1); make duplicates of check and update fee binder (.2). |

**Total Task Code .12        19.20**


**Fee Applications - Others (.20 Hours; $ 191.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $955 | 191.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/18/2013 | PVL | 955.00 | 0.10 | Rv 7 fee apps. |
| 11/19/2013 | PVL | 955.00 | 0.10 | Rv 5 misc. fee apps. |

**Total Task Code .13        .20**


**Litigation and Litigation Consulting (.30 Hours; $ 126.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Andrew J. Sackett | .30 | $420 | 126.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/9/2013 | AJS | 420.00 | 0.30 | Prep and review of emails to and from EI re pro se claimant Pinzone (0.1); call w/ Pinzone re case status (0.2). |

**Total Task Code .16        .30**

**Plan & Disclosure Statement (63.70 Hours; $ 55,513.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 5.40 | $1,000 | 5,400.00 |
| Peter Van N. Lockwood | 39.70 | $955 | 37,913.50 |
| Ann C. McMillan | 18.10 | $660 | 11,946.00 |
| Jeffrey A. Liesemer | .10 | $565 | 56.50 |
| Neal M. Kochman | .20 | $565 | 113.00 |
| Andrew J. Sackett | .20 | $420 | 84.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/7/2013 | EI | 1,000.00 | 0.20 | Telephone conference with R. Frankel. |
| 10/10/2013 | ACM | 660.00 | 0.20 | Exchange e-mails with S. Kazan and R. Finke re product question. |
| 10/14/2013 | ACM | 660.00 | 0.10 | Exchange e-mails with S. Kazan re product issue. |
| 10/15/2013 | ACM | 660.00 | 0.20 | Teleconference claimant. |
| 10/17/2013 | PVL | 955.00 | 0.10 | Rv Paul email & reply |
| 10/18/2013 | PVL | 955.00 | 1.20 | Rv Esayian email and att. re TA amends (.5); teleconf. Wyron re same (.7) |
| 10/18/2013 | ACM | 660.00 | 0.10 | Exchange e-mails with R. Horkovich re Medicare issues. |
| 10/21/2013 | PVL | 955.00 | 1.60 | Tcn Paul, Esayian, Jones, Frankel & Wyron (1.0); rv Esayian email & attached CMS materials (.6) |
| 10/21/2013 | ACM | 660.00 | 0.20 | Send e-mail to E. Bouvier re document repositary (.1); exchange e-mails with PVNL re Medicare (.1). |
| 10/22/2013 | PVL | 955.00 | 0.10 | Rv emails & reply |
| 10/22/2013 | ACM | 660.00 | 0.20 | Exchange e-mails with PVNL re Medicare issues. |
| 10/23/2013 | ACM | 660.00 | 1.00 | Conference PVNL re Medicare (.5); teleconference PVNL, EI re effective date issues (.3); teleconference EI re same (.2). |
| 10/23/2013 | PVL | 955.00 | 1.10 | Teleconf. EI re TA issues (.4); cn ACM re same (.4); tcn EI & ACM re same (.3) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/23/2013 | EI | 1,000.00 | 0.30 | Medicare and other status issues with ACM and PVNL. |
| 10/25/2013 | EI | 1,000.00 | 0.10 | Telephone conference with ACM regarding Committee call. |
| 10/25/2013 | PVL | 955.00 | 0.90 | Rv ACM emal re MMSEA issue & reply (.1); teleconfs. Wyron re MMSEA issue & TA agmt. (.8) |
| 10/28/2013 | PVL | 955.00 | 0.20 | Cn ACM re Cascino inquiry re TDP |
| 10/28/2013 | ACM | 660.00 | 0.70 | Teleconference PVNL re Zonolite (.2); exchange e-mails with J. Cooney re same (.3); exchange e-mails with D. Cohn re Medicare issues (.2). |
| 10/29/2013 | PVL | 955.00 | 0.40 | Teleconf. Wyron |
| 10/30/2013 | ACM | 660.00 | 0.10 | Conference EI, AJS re issues related to the formation of the Trust. |
| 10/30/2013 | PVL | 955.00 | 0.30 | Teleconf. EI re trustees |
| 10/31/2013 | PVL | 955.00 | 0.40 | Cn ACM re trustees (.2); rv orders & email re trustees in other cases (.2) |
| 10/31/2013 | ACM | 660.00 | 1.00 | Conference PVNL re Medicare issues and Trustee funding issues (.3); review files for examples of Trustee funding motions/orders (.5); send e-mails to PVNL re same (.1); exchange e-mails with EB re Committee call (.1). |
| 10/31/2013 | EI | 1,000.00 | 0.10 | Memorandum to R. Horkovich regarding Midland offer. |
| 11/1/2013 | ACM | 660.00 | 0.50 | Exchange e-mails with M. Hurford re minutes (.1); prepare agenda for Committee call (.4). |
| 11/1/2013 | EI | 1,000.00 | 0.20 | Telephone conference with PVNL regarding Medicare issues. |
| 11/1/2013 | PVL | 955.00 | 1.00 | Tcn Paul & Wyron re trustees (.6); teleconf. Wyron re same (.2); teleconf. EI re same (.2) |
| 11/4/2013 | PVL | 955.00 | 1.50 | Rv Wyron emails & reply (.1); tcn ACC, Hurford, EI & ACM re TA issues (1.3); cn ACM re same (.1) |
| 11/5/2013 | PVL | 955.00 | 1.00 | Tcn Shelnitz, Finke, Donley, Paul, Frankel & Wyron |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/5/2013 | ACM | 660.00 | 0.20 | Teleconference EI re TDP (.1); send e-mail to M. Peterson re same (.1). |
| 11/5/2013 | EI | 1,000.00 | 0.30 | Telephone conference with M. Peterson regarding preparation for payment percentage discussions. |
| 11/6/2013 | ACM | 660.00 | 0.20 | Conference PVNL re status of case (.1); update memo re same (.1). |
| 11/10/2013 | ACM | 660.00 | 0.10 | Send e-mail to EI and PVNL re Trustees. |
| 11/11/2013 | ACM | 660.00 | 0.10 | Exchange e-mails with EI re Trustee designees. |
| 11/14/2013 | ACM | 660.00 | 0.10 | Send e-mail to PVNL re designated Trustee issue. |
| 11/14/2013 | EI | 1,000.00 | 0.50 | Telephone conference with M. Peterson regarding payment percentage issues. |
| 11/15/2013 | PVL | 955.00 | 1.30 | Rv Paul & Wyron emails re trustees (.1); rv Orrick draft memo to trustees & email Wyron re same (1.2) |
| 11/15/2013 | ACM | 660.00 | 1.00 | Send e-mail to Trustee designees (.1); review Orrich memo for Trustees (.9). |
| 11/15/2013 | EI | 1,000.00 | 0.20 | Telephone conference with M. Peterson regarding IPP. |
| 11/18/2013 | ACM | 660.00 | 0.50 | Teleconference EI re DCPF as potential claims processor (.1); exchange e-mails with D. Felder re TDP question (.1); review same (.3). |
| 11/18/2013 | EI | 1,000.00 | 0.30 | Set up meeting with R. Frankel (.2); telephone conference with D. Trafelet regarding Grace trust (.1). |
| 11/18/2013 | PVL | 955.00 | 0.90 | Rv Felder emails re TDP & reply (.4); rv draft stip. re Lenders and email comments to Paul et al (.5) |
| 11/19/2013 | PVL | 955.00 | 1.20 | Rv Paul et al emails & reply (.1); tcn Donley, Paul, Gettleman, Frankel & Wyron (1.1) |
| 11/19/2013 | EI | 1,000.00 | 1.10 | Work on payment percentage issues including telephone conference with M. Peterson and D. Relles (1.0); telephone conference with M. Horkovich regarding same (.1). |
| 11/19/2013 | AJS | 420.00 | 0.20 | Voice mail for pro se claimant Burgess re plan status (0.1); phone call w/ pro se claimant Burgess re plan status (0.1). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/20/2013 | JAL | 565.00 | 0.10 | Review and analysis of materials re confirmation issues. |
| 11/20/2013 | PVL | 955.00 | 0.40 | Rv emails (.1); rv Gettleman memo re Lender appeals (.1); rv draft QSF motion & email comments (.2) |
| 11/20/2013 | ACM | 660.00 | 0.20 | Teleconference EI re payment percentage (.1); review TDP re same (.1). |
| 11/20/2013 | EI | 1,000.00 | 0.10 | Telephone conference with H. Huge regarding start up. |
| 11/25/2013 | ACM | 660.00 | 0.10 | Exchange e-mails with NDF re TDP. |
| 11/25/2013 | EI | 1,000.00 | 0.40 | Review M. Peterson memorandum and telephone conference with M. Peterson regarding same. |
| 11/26/2013 | PVL | 955.00 | 0.50 | Rv revised draft Lender stip. and email comments to Paul et al (.2); rv QSF motion and email Hurford et al re same (.3) |
| 11/26/2013 | EI | 1,000.00 | 0.50 | Review M. Peterson materials. |
| 11/26/2013 | EI | 1,000.00 | 0.30 | Confer with R. Frankel regarding his firm issues. |
| 11/27/2013 | ACM | 660.00 | 0.10 | Exchange e-mails with J. Baden re TDP. |
| 12/2/2013 | PVL | 955.00 | 1.60 | Rv revised plan exhibits (1.3); teleconf. Wyron re same (.3) |
| 12/3/2013 | PVL | 955.00 | 1.50 | Tcn Shelnitz, Finke, Paul, Donley, Frankel, Wyron, Bentley et al |
| 12/4/2013 | ACM | 660.00 | 1.00 | Teleconference M. Eskin re various TDP and Cooperation Agreement issues (.3); review documents re same (.5); teleconference claimant (.1); exchange e-mails with R. Phillips re Zonolite issues (.1). |
| 12/5/2013 | ACM | 660.00 | 3.10 | Review Plan documents (2.2); conference PVNL re same (.4); teleconference PVNL, M. Eskin re same (.5). |
| 12/5/2013 | PVL | 955.00 | 2.20 | Cns ACM re TDP (.3); rv TA & TDP (.5); tcn Eskin & ACM (.5); teleconf. Eskin (.2); emails Paul (.2); teleconf. Wyron (.5) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/6/2013 | PVL | 955.00 | 0.60 | Cn NMK re QSF (.1); teleconf. Wyron re TA (.3); rv revised TA (.1); cn ACM re TDP (.1) |
| 12/6/2013 | NMK | 565.00 | 0.20 | Conference with PVNL re QSF question |
| 12/8/2013 | PVL | 955.00 | 0.40 | Rv KMK, memos re trust escheat issues |
| 12/9/2013 | ACM | 660.00 | 0.90 | Teleconference and e-mail exchange with PVNL re R. Phillips issue (.2); exchange e-mails with R. Phillips re same (.1); review Trust Bylaws and exchange e-mails with PVNL re same (.4); exchange e-mails with PVNL re TAC (.2). |
| 12/9/2013 | EI | 1,000.00 | 0.10 | Claimant inquiry. |
| 12/9/2013 | PVL | 955.00 | 3.10 | Rv Phillips emails & EPA rept. (.3); research re TDP issue (.2); cn ACM re TA (.1); rv emails & reply re 12/12 mtg. (.1); rv revised POR exhibits (2.4) |
| 12/10/2013 | PVL | 955.00 | 0.20 | Rv revised drafts of Lender stip. |
| 12/11/2013 | PVL | 955.00 | 3.50 | Rv revised draft POR exhibits (.5); tcn Wyron and Felder re same (2.4); rv emails (.1); rv revised coop. agmt. and cn w/ACM re same (.5) |
| 12/11/2013 | ACM | 660.00 | 1.40 | Conference PVNL re Cooperation Agreement (.3); review same (1.1). |
| 12/12/2013 | ACM | 660.00 | 1.10 | Review DCPF documents re possibility of Grace Trust becoming a member. |
| 12/12/2013 | PVL | 955.00 | 0.70 | Teleconf. Wyron re POR exhs. |
| 12/12/2013 | EI | 1,000.00 | 0.20 | Telephone conference with D. Trafelet regarding DCF issues. |
| 12/16/2013 | PVL | 955.00 | 0.40 | Tcn Shelnitz, Donley, Paul, Frankel and Wyron (.3); rv agenda notice and email (.1) |
| 12/17/2013 | ACM | 660.00 | 0.20 | Teleconference claimant (.1); exchange e-mails with R. Paul re status of case (.1). |
| 12/18/2013 | ACM | 660.00 | 0.60 | Review proposed changes to Trust Agreement (.5); exchange e-mails with PVNL re same (.1). |
| 12/18/2013 | PVL | 955.00 | 0.60 | Rv Wyron emails re TA (.1); rv draft Eff. Date chart (.4); prep. for mtg (.1) |

| Date | | Rate | Hours | Description |
|---|---|---|---|---|
| 12/19/2013 | PVL | 955.00 | 4.80 | Cn Paul, Finke, Gettleman, Jones, Frankel, Wyron, Felder et al. (4.6); prep. for mtg. (.1); rv emails (.1) |
| 12/20/2013 | ACM | 660.00 | 0.60 | Teleconference P. Milch re effective date issues (.1); teleconference EI re same (.1); exchange e-mails with EI, PVNL re same (.2); send e-mails to R. Phillips, M. Eskin, P. Milch re Zonolite (.2). |
| 12/21/2013 | PVL | 955.00 | 0.30 | Teleconf. Donley re Lender agmt |
| 12/22/2013 | PVL | 955.00 | 1.40 | Rv draft Lender settlement docs. (.7); tcn Donley, Paul, Frankel and Wyron re same (.6); rv draft ltr. to CA 3 (.1) |
| 12/23/2013 | ACM | 660.00 | 1.80 | Exchange e-mails with PVNL re settlement with bank group (.1); review documents re same (1.2); send memo to Committee re same (.5). |
| 12/23/2013 | EI | 1,000.00 | 0.50 | Bank settlement with PVNL (.2); insurance escrow issue with R. Horkovich (.3). |
| 12/23/2013 | PVL | 955.00 | 0.60 | Rv drafts of Lender motion (.1); teleconf. EI re Lender agmt (.2); cn ACM re same (.1); rv final Lender settlement motion (.2) |
| 12/27/2013 | PVL | 955.00 | 0.50 | Rv revised draft eff. date docs. (.2); cn JAL re status and docs. (.3) |
| 12/30/2013 | PVL | 955.00 | 2.70 | Rv Sinclair emails (.1); rv revised draft Effective Date docs and email comments to Jones et al (2.6) |
| 12/31/2013 | ACM | 660.00 | 0.50 | Exchange e-mails with designated TAC members, D. Campbell and M. Brown re effective date matters (.3); teleconference S. Baron re same (.2). |
| 12/31/2013 | PVL | 955.00 | 0.50 | Rv emails re eff. date docs & reply (.1); rv revised draft eff. date docs. (.4) |

**Total Task Code .17    63.70**


**Travel – Non Working (.60 Hours; $ 286.50)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $477.50 | 286.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 12/19/2013 | PVL | 477.50 | 0.60 | Travel to and from K&E office for mtg |

**Total Task Code .21        .60**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $51.61 |
| Pacer - Database Charges | $26.90 |
| Photocopy | $1.20 |
| **Total** | **$79.71** |