**EXHIBIT B**

**Business Operations (.30 Hours; $ 208.50)**

      Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**      .30

**Case Administration (5.50 Hours; $ 2,350.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case.

**Total Task Code .04**      5.50

**Claim Analysis Objection & Resolution (Asbestos) (.40 Hours; $ 382.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**      .40

**Committee, Creditors', Noteholders' or Equity Holders' (6.00 Hours; $ 3,951.50)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and National Counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**      .6.00

**Fee Applications, Applicant (19.20 Hours; $ 6,756.00)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications.

**Total Task Code .12**      19.20

**Fee Application, Others (.20 Hours; $ 191.00)**

  Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13  .20**

**Litigation and Litigation Consulting (.30 Hours; $ 126.00)**

  Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  .30**

**Plan & Disclosure Statement (63.70 Hours; $ 55,513.00)**

  Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17  63.70**

**Travel – Non Working (.60 Hours; $ 286.50)**

  Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  .60**