## **EXHIBIT C**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $51.61 |
| Pacer - Database Charges | $26.90 |
| Photocopy | $1.20 |
| **Total** | **$79.71** |