| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter    000 | Disbursements | 11/22/2013 |

Attn:    Print Date/Time: 11/22/2013 10:15:45AM

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:   1/1/1950  to: 10/31/2013

Matter    000
Disbursements

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 10/23/2013 | 13,655 |

Client Retainers Available    $4,806.34    Committed to Invoices:    $0.00    Remaining:    $4,806.34

Total Expenses Billed To Date    $3,949,966.70

| Billing Empl: | 0120 | Elihu Inselbuch |
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

### Summary by Employee

| | | | ---------- ACTUAL ---------- | | ---------- BILLING ---------- | |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 0380 | EB | Eugenia Benetos | 0.00 | 26.90 | 0.00 | 26.90 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 17.13 | 0.00 | 17.13 |
| Total Fees | | | 0.00 | 44.03 | 0.00 | 44.03 |

### Detail Time / Expense by Date

| | | | | | | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | | |
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3040165 | Federal Express -Delivery to T.Simpson, 9/26/13 | E | 10/16/2013 | 0999 | C&D | | 0.00 | $17.13 | | 0.00 | $17.13 | 17.13 |
| 3044580 | Pacer Service Center -Court Electronic Records, 7/1/13 - 9/30/13 (EB) | E | 10/29/2013 | 0380 | EB | | 0.00 | $26.90 | | 0.00 | $26.90 | 44.03 |

Total Expenses    0.00    $44.03    0.00    $44.03

Matter Total Fees    0.00    0.00
Matter Total Expenses    44.03    44.03
    44.03

Matter Total    0.00    44.03    0.00    44.03

Prebill Total Fees
Prebill Total Expenses    $44.03    $44.03

```
Client Number:  4642          Grace Asbestos Personal Injury Claimants                                       Page: 1
Matter      000               Disbursements                                                                11/22/2013

                                                                                          Print Date/Time: 11/22/2013 10:15:45AM
Attn:
                                                                                                              Invoice #
                                                                                   $44.03                      $44.03
                                                               0.00        $44.03                 0.00
            Prebill Total                                      0.00
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 94,156 | 05/24/2013 | 48,738.50 | 9,747.70 |
| 94,576 | 06/19/2013 | 39,963.00 | 7,992.60 |
| 95,137 | 07/17/2013 | 46,734.00 | 9,346.80 |
| 95,666 | 08/14/2013 | 12,959.00 | 2,591.80 |
| 96,232 | 09/11/2013 | 5,717.00 | 1,143.40 |
| 97,318 | 10/23/2013 | 23,725.97 | 23,725.97 |
|  |  | 307,011.47 | 69,405.10 |

```
Client Number:  4642            Grace Asbestos Personal Injury Claimants                                                    Page: 1
Matter      000                 Disbursements                                                                            12/16/2013

                                                                                              Print Date/Time: 12/16/2013  3:44:49PM
Attn:
                                                                                                                         Invoice #
                                       PREBILL / CONTROL  REPORT


                                                         Trans Date Range:  1/1/1950  to: 11/30/2013

Matter      000
Disbursements

Bill Cycle:       Monthly            Style:        i1       Start:    4/16/2001   Last Billed :   11/22/2013               13,655
                                     $4,806.34
Client Retainers Available           Committed to Invoices:              $0.00        Remaining:        $4,806.34

                                                              $3,950,010.73
                         Total Expenses Billed To Date                       Billing Empl:      0120   Elihu  Inselbuch
                                                                             Responsible Empl:  0120   Elihu  Inselbuch
                                                                             Alternate Empl:    0120   Elihu  Inselbuch
                                                                             Originating Empl:  0120   Elihu  Inselbuch
```

Summary by Employee

|  |  |  | ---------- ACTUAL ---------- | | ---------- BILLING --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0380 | EB | Eugenia Benetos | 0.00 | 1.20 | 0.00 | 1.20 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 17.28 | 0.00 | 17.28 |
| Total Fees | | | 0.00 | 18.48 | 0.00 | 18.48 |

Detail Time / Expense by Date

|  |  |  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 3056873 | Photocopy | E | 11/05/2013 | 0380 EB |  | 0.00 | $0.10 |  | 0.00 | $0.10 | 0.10 |
| 3056874 | Photocopy | E | 11/05/2013 | 0380 EB |  | 0.00 | $0.60 |  | 0.00 | $0.60 | 0.70 |
| 3056879 | Photocopy | E | 11/05/2013 | 0380 EB |  | 0.00 | $0.40 |  | 0.00 | $0.40 | 1.10 |
| 3057190 | Photocopy | E | 11/11/2013 | 0380 EB |  | 0.00 | $0.10 |  | 0.00 | $0.10 | 1.20 |
| 3052417 | Federal Express -Delivery to T.Simpson, 10/25/13 | E | 11/15/2013 | 0999 C&D |  | 0.00 | $17.28 |  | 0.00 | $17.28 | 18.48 |
| Total Expenses |  |  |  |  |  | 0.00 | $18.48 |  | 0.00 | $18.48 |  |
| Matter Total Fees |  |  |  |  |  |  | 0.00 |  |  | 0.00 |  |
| Matter Total Expenses |  |  |  |  |  |  | 18.48 |  |  | 18.48 |  |
|  |  |  |  |  |  |  |  |  |  | 18.48 |  |
| Matter Total |  |  |  |  |  | 0.00 | 18.48 |  | 0.00 |  |  |

```
Client Number:  4642           Grace Asbestos Personal Injury Claimants                                            Page: 1
Matter     000                 Disbursements                                                                   12/16/2013

                                                                                       Print Date/Time: 12/16/2013  3:44:49PM
Attn:                                                                                                            Invoice #

        Prebill Total Fees

        Prebill Total Expenses                                                         $18.48                    $18.48
                                                                            $18.48                               $18.48
        Prebill Total                                               0.00                                  0.00
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 94,156 | 05/24/2013 | 48,738.50 | 9,747.70 |
| 94,576 | 06/19/2013 | 39,963.00 | 7,992.60 |
| 95,137 | 07/17/2013 | 46,734.00 | 9,346.80 |
| 95,666 | 08/14/2013 | 12,959.00 | 2,591.80 |
| 96,232 | 09/11/2013 | 5,717.00 | 1,143.40 |
| 97,318 | 10/23/2013 | 23,725.97 | 23,725.97 |
| 97,356 | 11/22/2013 | 12,285.53 | 12,285.53 |
|  |  | 319,297.00 | 81,690.63 |

```
Client Number:  4642           Grace Asbestos Personal Injury Claimants                                      Page: 1
Matter      000                Disbursements                                                                 1/21/2014

                                                                                      Print Date/Time: 01/21/2014 12:23:37PM
Attn:
                                                                                                          Invoice #
                                          PREBILL / CONTROL REPORT


                                                          Trans Date Range:  1/1/1950  to: 12/31/2013

Matter      000
Disbursements

Bill Cycle:      Monthly        Style:      i1        Start:   4/16/2001   Last Billed :  12/23/2013         13,655
                                $4,806.34
Client Retainers Available                Committed to Invoices:       $0.00       Remaining:    $4,806.34

                                                         $3,950,029.21
                                 Total Expenses Billed To Date           Billing Empl:       0120   Elihu Inselbuch
                                                                         Responsible Empl:   0120   Elihu Inselbuch
                                                                         Alternate Empl:     0120   Elihu Inselbuch
                                                                         Originating Empl:   0120   Elihu Inselbuch
```

Summary by Employee

| | | | ---------- ACTUAL ---------- | | ---------- BILLING ---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 17.20 | 0.00 | 17.20 |
| Total Fees | | | 0.00 | 17.20 | 0.00 | 17.20 |

Detail Time / Expense by Date

| | | | | | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 3063051 | Federal Express -Delivery to T.Simpson, 11/25/13 | E | 12/16/2013 | 0999  C&D | | 0.00 | $17.20 | | 0.00 | $17.20 | 17.20 |
| Total Expenses | | | | | | 0.00 | $17.20 | | 0.00 | $17.20 | |
| Matter Total Fees | | | | | | | 0.00 | | | 0.00 | |
| Matter Total Expenses | | | | | | | 17.20 | | | 17.20 | |
| | | | | | | | | | | 17.20 | |
| Matter Total | | | | | | 0.00 | 17.20 | | 0.00 | | |
| Prebill Total Fees | | | | | | | | | | | |
| Prebill Total Expenses | | | | | | | $17.20 | | | $17.20 | |
| | | | | | | | | | | $17.20 | |
| Prebill Total | | | | | | | $17.20 | | 0.00 | | |
| | | | | | | 0.00 | | | | | |

Client Number:  4642  Grace Asbestos Personal Injury Claimants                      Page: 1
Matter      000        Disbursements                                                 1/21/2014

Attn:                                                                    Print Date/Time: 01/21/2014 12:23:37PM
                                                                                      Invoice #

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 95,666 | 08/14/2013 | 12,959.00 | 2,591.80 |
| 96,232 | 09/11/2013 | 5,717.00 | 1,143.40 |
| 97,318 | 10/23/2013 | 23,709.00 | 4,741.80 |
| 97,356 | 11/22/2013 | 12,285.53 | 12,285.53 |
| 98,324 | 12/23/2013 | 21,822.48 | 21,822.48 |
|  |  | 205,667.01 | 57,441.84 |