# EXHIBIT A

## (IRIS)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

January 29, 2014  
Client/Matter #  01246-015172  
Invoice # 158389  
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/13 in Connection With:

**IRIS**

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 12/02/13 | K. Bourdeau | C300 | 0.50 | E-mail communications re recent developments. |
| 12/02/13 | K. Bourdeau | C300 | 0.20 | Telephone conference with P. Marks re tasks and issues. |
| 12/02/13 | P. Marks | C300 | 0.20 | Follow-up task planning telephone conference with K. Bourdeau. |
| 12/02/13 | P. Marks | C300 | 0.50 | Review draft correspondence and comments and send revision to H. Feichko. |
| 12/02/13 | P. Marks | C300 | 0.40 | Summary emails to team re new data and updated strategy memorandum. |
| 12/02/13 | J. Lanham | C300 | 0.50 | Conferences with P. Marks and L. Ross (EPA). |
| 12/03/13 | K. Bourdeau | C300 | 0.50 | Review revised letter and provide comments thereon and communications re new developments. |
| 12/03/13 | P. Marks | C300 | 0.90 | FOIA litigation correspondence and review draft motion and prepare correspondence. |
| 12/03/13 | P. Marks | C300 | 0.50 | Telephone conference with H. Feichko re FOIA litigation. |
| 12/03/13 | P. Marks | C300 | 0.50 | Confer with consultants re data question re FOIA litigation. |

BEVERIDGE & DIAMOND, P.C.                                        INVOICE # 158389
                                                                 January 29, 2014
                                                                 PAGE   2

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/03/13 | D. Barker | C300 | 1.70 | Follow up on settlement plan and schedule, review materials and responses re potential problems with data and draft joint motion for stay. |
| 12/03/13 | J. Lanham | C300 | 2.30 | Email communications and telephone conference with A. Schmitt (Department of Justice) re settlement, communications with P. Marks re same, and prepare motion for court re same. |
| 12/04/13 | D. Barker | C300 | 0.40 | Follow up on timing and strategy for data review and stay. |
| 12/04/13 | J. Lanham | C300 | 1.50 | Email communications and telephone conference with A. Schmitt re settlement, communications with P. Marks re same, and prepare motion for court re same. |
| 12/05/13 | K. Bourdeau | C300 | 0.60 | Participate in status/strategy conference call. |
| 12/05/13 | K. Bourdeau | C300 | 0.80 | Conference with J. Gledhill and review document. |
| 12/05/13 | P. Marks | C300 | 1.20 | Telephone conference with H. Feichko and outside organization re issues. |
| 12/05/13 | P. Marks | C300 | 0.60 | Team weekly update. |
| 12/05/13 | P. Marks | C300 | 0.40 | Address FOIA settlement issues. |
| 12/05/13 | D. Barker | C300 | 0.40 | Edit stay motion and follow up re timing and scheduling issues. |
| 12/05/13 | J. Lanham | C300 | 1.00 | Communications with client, P. Marks, and A. Schmitt re settlement. |
| 12/06/13 | P. Marks | C300 | 0.50 | Telephone conference with H. Feichko and consultant re coordinating tasks. |
| 12/06/13 | P. Marks | C300 | 0.70 | Telephone conference with H. Feichko re tasks and strategy. |
| 12/06/13 | P. Marks | C300 | 1.70 | Telephone conference with H. Feichko, R. Finke and J. Lanham re FOIA strategy memorandum and discussion points, and brief follow-up telephone conference with D. Barker and J. Lanham re same and task assignments. |
| 12/06/13 | P. Marks | C300 | 0.50 | Review FOIA information and emails and telephone conference re same. |

BEVERIDGE & DIAMOND, P.C. INVOICE # 158389
January 29, 2014
PAGE 3

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 12/06/13 | P. Marks | C300 | 0.50 | Telephone conference with K. Bourdeau re strategic issues. |
| 12/06/13 | D. Barker | C300 | 1.10 | Review data production and materials, conference with P. Marks and J. Lanham re same, and finalize and file motion for stay. |
| 12/06/13 | J. Lanham | C300 | 3.50 | Communications with client, P. Marks, D. Barker, and A. Schmitt re settlement and review materials provided in response to settlement agreement. |
| 12/06/13 | G. Ecolino | C300 | 1.70 | Review and manage file, circulate filings to team, and update reset deadlines in docket control. |
| 12/09/13 | P. Marks | C300 | 1.00 | Conference with consultant re strategic issues. |
| 12/09/13 | P. Marks | C300 | 1.80 | Evaluation of data, coordination with J. Lanham and consultants re same, and emails with client re same. |
| 12/09/13 | D. Barker | C300 | 0.50 | Follow up on questions raised re data produced by ATSDR. |
| 12/09/13 | J. Lanham | C300 | 1.00 | Communications with P. Marks, consultant, and A. Schmitt re data provided for settlement. |
| 12/09/13 | J. Lanham | C300 | 1.30 | Research and prepare appeal. |
| 12/09/13 | G. Ecolino | C300 | 0.30 | Review and manage file. |
| 12/10/13 | P. Marks | C300 | 1.00 | Coordinate with consultants re strategy and assess same in light of EPA IRIS presentations. |
| 12/10/13 | P. Marks | C300 | 0.30 | Coordinate with client re scheduling. |
| 12/10/13 | J. Lanham | C300 | 6.00 | Research and prepare FOIA appeal. |
| 12/11/13 | K. Bourdeau | C300 | 0.50 | Review draft strategic memorandum and provide comments on same. |
| 12/11/13 | P. Marks | C300 | 2.00 | Prepare FOIA appeal and conference with J. Lanham re same. |
| 12/11/13 | P. Marks | C300 | 0.50 | Email exchanges with consultant re FOIA litigation data. |
| 12/11/13 | P. Marks | C300 | 0.60 | Review FOIA response and evaluate and coordinate with J. Lanham re same. |
| 12/11/13 | P. Marks | C300 | 0.60 | Review data in Excel format from consultant. |

BEVERIDGE & DIAMOND, P.C.                                              INVOICE # 158389
                                                                       January 29, 2014
                                                                       PAGE   4

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/11/13 | P. Marks | C300 | 0.70 | Coordinate with consultants and client re evaluation of technical issue. |
| 12/11/13 | D. Barker | C300 | 1.10 | Review FOIA appeal re Lockey data and follow up on issues with data re data request. |
| 12/11/13 | J. Lanham | C300 | 1.00 | Communications with P. Marks, consultant, and A. Schmitt re data provided for settlement. |
| 12/11/13 | J. Lanham | C300 | 2.50 | Research and prepare FOIA appeal. |
| 12/12/13 | K. Bourdeau | C300 | 0.50 | E-mail communications with P. Marks re strategy. |
| 12/12/13 | P. Marks | C300 | 0.80 | Weekly client call. |
| 12/12/13 | P. Marks | C300 | 0.80 | Telephone conference with L. Duff re strategy issues. |
| 12/12/13 | P. Marks | C300 | 3.20 | Coordinate with consultants to understand FOIA lawsuit data issues and review same and work with J. Lanham re same. |
| 12/12/13 | P. Marks | C300 | 1.20 | Prepare EPA FOIA appeal. |
| 12/12/13 | D. Barker | C300 | 2.10 | Prepare FOIA appeal re Lockey data. |
| 12/12/13 | J. Lanham | C300 | 5.00 | Communications with P. Marks, R. Finke, and consultants re data provided for settlement and review of data provided for settlement. |
| 12/12/13 | J. Lanham | C300 | 3.00 | Research and prepare FOIA appeal and communications re same. |
| 12/13/13 | P. Marks | C300 | 1.30 | Coordinate with consultants re settlement terms. |
| 12/13/13 | P. Marks | C300 | 0.80 | Organize needed calls and meetings re path forward on FOIA and communications issues. |
| 12/13/13 | P. Marks | C300 | 0.70 | Other tasks re EPA FOIA appeal issues and conference with J. Lanham re same. |
| 12/13/13 | J. Lanham | C300 | 2.50 | Prepare and file FOIA appeal and communications re same. |
| 12/16/13 | K. Bourdeau | C300 | 0.80 | Conference with P. Marks, L. Duff, and H. Feichko re strategy. |
| 12/16/13 | P. Marks | C300 | 0.60 | Follow-up telephone conference with L. Duff re strategy. |

BEVERIDGE & DIAMOND, P.C.                              INVOICE # 158389
                                                       January 29, 2014
                                                       PAGE   5

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/16/13 | P. Marks | C300 | 0.40 | Coordinate with consultants re technical/guidance issue. |
| 12/16/13 | P. Marks | C300 | 2.40 | Evaluate FOIA litigation correspondence, coordinate with consultants and clients re same, and prepare responses re same. |
| 12/16/13 | P. Marks | C300 | 0.80 | Telephone conference with L. Duff, H. Feichko and K. Bourdeau re strategy. |
| 12/16/13 | D. Barker | C300 | 0.70 | Follow-up re tasks re data discrepancies and issues. |
| 12/16/13 | J. Lanham | C300 | 0.50 | Email communications with P. Marks and D. Barker re settlement discussions with Department of Justice. |
| 12/17/13 | P. Marks | C300 | 2.30 | FOIA issues and telephone conference with consultant re data received, potential use of data, and whether settlement obligations were met, and follow-up evaluation re correspondence and data. |
| 12/17/13 | P. Marks | C300 | 0.40 | Direct staff re exhibits. |
| 12/17/13 | J. Lanham | C300 | 0.50 | Email communications with A. Schmitt re settlement. |
| 12/18/13 | P. Marks | C300 | 0.40 | Review information from consultant re ATSDR data usage and correspondence re same. |
| 12/18/13 | P. Marks | C300 | 2.20 | Review FOIA settlement status, and conference with J. Lanham re same, and telephone conferences with H. Feichko and R. Finke re whether to dismiss case. |
| 12/18/13 | P. Marks | C300 | 0.50 | Evaluate email from A. Schmitt and prepare response re settlement. |
| 12/18/13 | P. Marks | C300 | 1.40 | Prepare for strategy meeting. |
| 12/18/13 | D. Barker | C300 | 0.40 | Review and edit email re settlement and stipulation of dismissal, and follow-up tasks re same. |
| 12/18/13 | J. Lanham | C300 | 1.50 | Communications with P. Marks, D. Barker, H. Feichko, and R. Finke re settlement and prepare emails re same. |
| 12/19/13 | K. Bourdeau | C300 | 2.50 | Attend strategy session meeting and follow-up with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE # 158389
                                                               January 29, 2014
                                                               PAGE   6

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 12/19/13 | P. Marks | C300 | 5.50 | Conference with client team and associated pre- and post meeting preparation and evaluation with L. Duff and individual conferences with consultant and K. Bourdeau re tasks. |
| 12/19/13 | P. Marks | C300 | 0.90 | Review and evaluate information from consultants, and follow-up emails re same. |
| 12/20/13 | K. Bourdeau | C300 | 0.30 | Review L. Duff list of action items and provide comments thereon. |
| 12/20/13 | P. Marks | C300 | 1.40 | Telephone conference with L. McAfee re EPA program and interrelationship of air issues, evaluate same and telephone conference with L. Duff and H. Feichko re summary of same. |
| 12/20/13 | P. Marks | C300 | 0.90 | Telephone conference with L. Duff and H. Feichko re tasks. |
| 12/20/13 | P. Marks | C300 | 0.70 | Coordinate with consultants re technical issues. |
| 12/20/13 | L. McAfee | C300 | 0.70 | Research, emails, and discussion with P. Marks re air issues. |
| 12/20/13 | D. Barker | C300 | 0.60 | Finalize and file stipulation of dismissal and follow-up re same. |
| 12/20/13 | G. Ecolino | C300 | 0.30 | Review and manage file. |
| 12/23/13 | P. Marks | C300 | 3.20 | Prepare petition exhibits, work with staff re preparing same, and telephone conference with K. Bourdeau re tasks. |
| 12/23/13 | P. Marks | C300 | 0.30 | Coordination with outside entity. |
| 12/23/13 | P. Marks | C300 | 2.70 | Prepare summary of talking points. |
| 12/26/13 | K. Bourdeau | C300 | 2.30 | Communications with P. Marks re related issues and review documents re same. |
| 12/26/13 | P. Marks | C300 | 1.40 | Prepare talking points and Appendix A, and coordinate with K. Bourdeau re input on same. |
| 12/26/13 | P. Marks | C300 | 2.90 | Evaluate comments and revise talking points and send to client team. |
| 12/26/13 | P. Marks | C300 | 2.00 | Review FOIA production. |
| 12/27/13 | K. Bourdeau | C300 | 1.00 | Conference with L. Duff, P. Marks, and outside commenter and follow-up conferences with P. Marks, and with L. Duff and P. Marks. |

BEVERIDGE & DIAMOND, P.C.                                INVOICE # 158389
                                                         January 29, 2014
                                                         PAGE   7

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 12/27/13 | P. Marks | C300 | 4.50 | Review FOIA production. |
| 12/27/13 | P. Marks | C300 | 3.40 | Telephone conference with L. Duff and K. Bourdeau re recommendations re focused requests and begin to assess same. |
| 12/28/13 | K. Bourdeau | C300 | 0.30 | Review document. |
| 12/29/13 | P. Marks | C300 | 2.50 | Review FOIA produced documents and evaluate use of same. |
| 12/30/13 | K. Bourdeau | C300 | 2.50 | Numerous e-mail exchanges with P. Marks, review of documents forwarded by P. Marks and conference with P. Marks re same. |
| 12/30/13 | K. Bourdeau | C300 | 1.50 | Review revised talking points and related strategy documents and provide comments to P. Marks re same. |
| 12/30/13 | P. Marks | C300 | 6.70 | Complete review of documents produced by EPA and preliminary selection of candidates for expert review on several technical issues, confer with J. Lanham re same, direct staff re same and emails to client team and K. Bourdeau re same. |
| 12/30/13 | J. Lanham | C300 | 2.50 | Research and prepare documents. |
| 12/30/13 | G. Ecolino | C300 | 0.50 | Update pleadings binders. |
| 12/31/13 | K. Bourdeau | C300 | 2.00 | Participation in Grace conference call. |
| 12/31/13 | P. Marks | C300 | 0.70 | Assess potential use of selected documents (from FOIA production) and send R. Medler copies for input. |
| 12/31/13 | P. Marks | C300 | 3.30 | Prepare talking points and associated documents, and incorporate edits from client team re same. |
| 12/31/13 | P. Marks | C300 | 2.00 | Telephone conference with R. Medler, L. Duff, R. Finke, H. Feichko and K. Bourdeau re talking points, tasks, telephone conference with outside commenter and documents obtained via FOIA request. |

                                           Total Hours :         148.20

                                           Total Fees :     $75,856.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158389
January 29, 2014
PAGE   8

```
BEVERIDGE & DIAMOND, P.C.                          INVOICE # 158389
                                                   January 29, 2014
                                                   PAGE   9
```

Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 16.80 | $750.00 | $12,600.00 |
| P. Marks | 82.80 | $545.00 | $45,126.00 |
| L. McAfee | 0.70 | $535.00 | $374.50 |
| D. Barker | 9.00 | $445.00 | $4,005.00 |
| J. Lanham | 36.10 | $365.00 | $13,176.50 |
| G. Ecolino | 2.80 | $205.00 | $574.00 |
| **Total Fees :** | | | **$75,856.00** |
| **10% Discount :** | | | **(7,585.60)** |
| **Total Fees Due :** | | | **$68,270.40** |

Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 148.20 | $75,856.00 |
| Total | 148.20 | $75,856.00 |
| **Total Fees :** | **148.20** | **$75,856.00** |
| **10% Discount :** | | **(7,585.60)** |
| **Total Fees Due :** | | **$68,270.40** |

Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| A10 | Miscellaneous | ($1,741.00) |
| E105 | Telephone | $30.65 |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 158389
                                                             January 29, 2014
                                                             PAGE 10

| E108 | Postage | $3.36 |
|---|---|---|

                                    **Total Disbursements :**      ($1,706.99)

                                            **TOTAL DUE :**         $66,563.41