# EXHIBIT B

### (Petition)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

January 29, 2014  
Client/Matter #   01246-015504  
Invoice # 158390  
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/13 in Connection With:

**Petition**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/02/13 | J. Cannon | C300 | 4.00 | Review and discuss petition with K. Bourdeau and P. Marks. |
| 12/02/13 | K. Bourdeau | C300 | 0.70 | Conference with P. Marks and J. Cannon re comments on petition and path forward re same. |
| 12/02/13 | P. Marks | C300 | 0.70 | Telephone conference with J. Cannon and K. Bourdeau re draft petition. |
| 12/02/13 | P. Marks | C300 | 3.20 | Prepare petition to address comments. |
| 12/03/13 | P. Marks | C300 | 1.80 | Prepare petition (add reference information). |
| 12/04/13 | P. Marks | C300 | 3.60 | Review Petition to address feedback and to fill citation gaps. |
| 12/05/13 | P. Marks | C300 | 1.20 | Conference with T. Horch re documents and exhibits and telephone conference with M. Grissler re proof reading. |
| 12/05/13 | P. Marks | C300 | 2.70 | Prepare petition with J. Cannon suggestions. |
| 12/05/13 | M. Grissler | L140 | 5.30 | Proofread and cite-check petition. |
| 12/05/13 | T. Horch | L140 | 2.50 | Meeting with P. Marks and perform tasks re same. |

BEVERIDGE & DIAMOND, P.C.                              INVOICE # 158390
                                                       January 29, 2014
                                                       PAGE   2

| Date | Timekeeper | Code | Hours | Description |
|---|---|---|---|---|
| 12/06/13 | K. Bourdeau | C300 | 2.50 | Review and revision of portions of petition revised in response to comments and conference with P. Marks re various issues related to petition and path forward. |
| 12/06/13 | P. Marks | C300 | 0.30 | Coordinate staff support activities. |
| 12/06/13 | M. Grissler | L140 | 4.50 | Proofread and cite-check petition. |
| 12/09/13 | P. Marks | C300 | 1.00 | Direct staff re preparation and review same. |
| 12/09/13 | M. Grissler | L140 | 3.20 | Proofread and cite-check petition. |
| 12/09/13 | T. Horch | L140 | 2.50 | Prepare exhibits. |
| 12/11/13 | P. Marks | C300 | 1.40 | Conference with consultants re accuracy and wording re specific issues and prepare language re same. |
| 12/11/13 | P. Marks | C300 | 2.40 | Revise petition to address proofreading issues. |
| 12/11/13 | T. Horch | L140 | 2.00 | Update chart with exhibits and their numbers; compile hard copies of exhibits. |
| 12/12/13 | T. Horch | L140 | 5.00 | Review of petition footnotes and same exhibit references. |
| 12/14/13 | P. Marks | C300 | 4.10 | Detailed review of petition footnotes and exhibits and incorporate information from consultants. |
| 12/16/13 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks, L. Duff, and H. Feichko. |
| 12/16/13 | P. Marks | C300 | 4.40 | Direct staff and conduct review re exhibits for petition. |
| 12/16/13 | T. Horch | L140 | 5.00 | Provide final copy of exhibits corresponding with petition. |
| 12/17/13 | P. Marks | C300 | 3.30 | Check exhibits and review petition to address new FOIA information. |
| 12/17/13 | T. Horch | L140 | 0.40 | Telephone calls with vendors to research cost for document production. |
| 12/18/13 | P. Marks | C300 | 0.70 | Direct staff and review edits. |
| 12/19/13 | K. Bourdeau | C300 | 0.30 | Communications with P. Marks. |
| 12/20/13 | K. Bourdeau | C300 | 0.50 | Review portions of petition and provide comments to P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.                                INVOICE # 158390
                                                         January 29, 2014
                                                         PAGE   3

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/20/13 | P. Marks | C300 | 2.90 | Prepare petition, including work on exhibits and appendices and communications with K. Bourdeau re comments. |
| 12/21/13 | K. Bourdeau | C300 | 0.50 | Communications with P. Marks re finalizing petition. |
| 12/23/13 | K. Bourdeau | C300 | 1.10 | E-mail communications re petition. |
| 12/24/13 | P. Marks | C300 | 6.80 | Prepare and evaluate Appendix A, prepare document and exhibits, and prepare talking points. |
| 12/26/13 | P. Marks | C300 | 3.00 | Detailed checking of transcript pages for inclusion and assess and revise documents to address toxicity definition issue, and communications with K. Bourdeau re document revisions. |
| 12/27/13 | K. Bourdeau | C300 | 1.50 | Finalize and transmit to P. Marks comments on Appendix to Petition. |
| 12/27/13 | P. Marks | C300 | 1.00 | Telephone conference with L. Duff and K. Bourdeau re issues. |
| 12/27/13 | P. Marks | C300 | 0.70 | Work with T. Horch re document completion tasks. |
| 12/27/13 | T. Horch | L140 | 3.50 | Organize and prepare electronic versions of all exhibits, and meeting with P. Marks re same. |
| 12/30/13 | P. Marks | C300 | 2.50 | Prepare revisions based on comments, incorporate recent documents obtained via FOIA, and direct T. Horch re revising exhibits. |
| 12/30/13 | T. Horch | L140 | 3.50 | Update and organize exhibits and Appendices. |
| 12/31/13 | P. Marks | C300 | 2.80 | Prepare Appendix A to reflect comments from client team and to provide a road map for response, insert parallel language into petition, make revisions suggested by R. Finke including markup and added exhibit preparation, and update exhibit list. |

**Total Hours :**    99.50

**Total Fees :**    $43,889.50

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 158390
                                                             January 29, 2014
                                                             PAGE   4

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| J. Cannon | 4.00 | $750.00 | $3,000.00 |
| K. Bourdeau | 7.60 | $750.00 | $5,700.00 |
| P. Marks | 50.50 | $545.00 | $27,522.50 |
| M. Grissler | 13.00 | $205.00 | $2,665.00 |
| T. Horch | 24.40 | $205.00 | $5,002.00 |
| **Total Fees :** | | | **$43,889.50** |
| 10% Discount : | | | (4,388.95) |
| **Total Fees Due :** | | | **$39,500.55** |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 62.10 | $36,222.50 |
| Total | 62.10 | $36,222.50 |
| L100 | | |
| L140 | 37.40 | $7,667.00 |
| Total L100 | 37.40 | $7,667.00 |
| **Total Fees :** | **99.50** | **$43,889.50** |
| 10% Discount : | | (4,388.95) |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158390
January 29, 2014
PAGE  5

|  |  |
|---|---:|
| **Total Fees Due :** | $39,500.55 |

**Summary by Disbursement Codes :**

| Code | Description | Bill Amount |
|---|---|---:|
| E101 | Copying | $30.00 |
|  | **Total Disbursements :** | $30.00 |
|  | **TOTAL DUE :** | **$39,530.55** |