# EXHIBIT C

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

January 29, 2014
Client/Matter #  01246-012629
Invoice # 158388
Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/13 in Connection With:

**Bankruptcy Fee Application**
**100035**

| Date | Name | Task | Hours | Description |
|---|---|---|---|---|
| 12/20/13 | P. Marks | L190 | 0.50 | Prepare pleadings. |

Total Hours :       0.50

Total Fees :    $272.50

BEVERIDGE & DIAMOND, P.C.                                       INVOICE # 158388
                                                                January 29, 2014
                                                                PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $545.00 | $272.50 |
|  | Total Fees : |  | $272.50 |
|  | 10% Discount : |  | (27.25) |
|  | Total Fees Due : |  | $245.25 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L190 | 0.50 | $272.50 |
| Total L100 | 0.50 | $272.50 |
| Total Fees : | 0.50 | $272.50 |
| 10% Discount : |  | (27.25) |
| Total Fees Due : |  | $245.25 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $38.00 |
| E108 | Postage | $20.23 |

BEVERIDGE & DIAMOND, P.C.                                      INVOICE # 158388
                                                               January 29, 2014
                                                               PAGE   3

---

                           Total Disbursements :                       $58.23


                                  **TOTAL DUE** :                      $303.48