IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (KJC) |
| W.R. Grace & Co., et al., | ) | (Jointly Administered) |
| | ) | **Objection Deadline:  February 28, 2014 at 4:00 p.m.** |
| | ) | Hearing Date:  March 26, 2014 at 10:00 a.m. |
| Debtors. | ) | **Re:  D.I. 31718** |

**NOTICE OF AMENDMENT TO MOTION OF
ZAI CLASS COUNSEL FOR A COMMON FUND FEE AWARD**

ZAI Class Counsel respectfully request that the Court accept this amendment to their February 7, 2014 "Motion of ZAI Class Counsel for a Common Fund Fee Award" [D.I. 31718]. This amendment reduces the request for reimbursement of costs from $387,520.00 to $225,116.17, reflecting the unreimbursed Class Counsel costs incurred after Debtors' bankruptcy filing.  After reviewing Class Counsel's initial cost submission, Grace requested certain reductions in those costs to which Class Counsel have agreed.

In conformance with the proposed amendment, Class Counsel are attaching a revised unreimbursed costs summary [Exhibit A hereto, which replaces Attach. 33 to the original motion], as well as a revised proposed Order.  As reflected on the Blackline attached as Exhibit B, the revised Order is identical to the original proposed Order except for reducing the cost amount on page 5 to conform to the reduction requested.  ZAI Class Counsel respectfully request that the Court enter the Revised Order, a clean copy of which is attached at Exhibit C.

Date:  February 24, 2014
       Wilmington, DE                               S ULLIVAN · H AZELTINE · A LLINSON LLC

                                           */s/ William D. Sullivan*
                                           William D. Sullivan (No. 2820)
                                           901 North Market Street, Suite 1300
                                           Wilmington, DE 19801
                                           Tel: (302) 428-8191
                                           Fax: (302) 428-8195

-- and --

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, Washington  99201
Telephone:  (509) 455-3966

-- and --

RICHARDSON, PATRICK,
   WESTBROOK  & BRICKMAN, LLC
Edward J. Westbrook
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, South Carolina  29464
Telephone:  (843) 727-6513

-- and –

LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, L.L.P.
Elizabeth Cabraser
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000


Counsel for ZAI Claimants