## Exhibit A

**The Merged Subsidiaries**
**(Exhibit II to Docket No. 27974)**

KE 29900542

## EXHIBIT II

### SCHEDULE OF MERGING SUBSIDIARIES

| Name | Entity's Intercompany Claims Against Other Grace Entities | | Intercompany Claims Against Entity | | Other Scheduled Claims Against Entity | | Other Filed Claims Against Entity | | Asbestos PD Claims Against Entity[1] | | Asbestos PI Claims Against Entity[2] | | Non-Intercompany Claim Assets | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Qty | Amt. | Qty | Amt. | Qty | Amt. | Qty | Amt. | Qty | Amt. | Qty | Amt. | Descrip. | Value |
| A-1 Bit & Tool Co., Inc. | 0 | $0.00 | 2 | $1,118,993.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Alewife Boston Ltd. | 0 | $0.00 | 1 | $2,143,370.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Alewife Land Corporation | 0 | $0.00 | 2 | $4,793,048.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | Land | $0.00 |
| Amicon, Inc. | 1 | $57,347,491.00 | 0 | $0.00 | 0 | $0.00 | 4 | $38,840.34 | 1 | -- | 3 | -- | None | $0.00 |
| Axial Basin Ranch Company | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| CB Biomedical, Inc. | 0 | $0.00 | 1 | $26,718,257.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| CC Partners | 1 | $180,470,668.00 | 1 | $27,783,022.00 | 0 | $0.00 | 4 | $89,492.19 | 1 | -- | 2 | -- | Cash | $127,120.63[3] |
| CCHP, Inc. | 2 | $25,331,315.93 | 1 | $8,155,890.00 | 0 | $0.00 | 5 | $108,948.36 | 1 | -- | 2 | -- | None | $0.00 |
| Coalgrace, Inc. | 2 | $5,297,199.00 | 0 | $0.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Coalgrace II, Inc. | 2 | $108,440.00 | 0 | $0.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Creative Food 'N Fun Company | 2 | $23,513,305.00 | 1 | $33,157.00 | 0 | $0.00 | 3 | $3,750,000.00 | 1 | -- | 2 | -- | None | $0.00 |

---

[1] Excludes 19,260 ZAI-US and 14,100 Canadian ZAI claims filed per bar dates set in 2008 and 2009.

[2] Excludes 139,000 Asbestos PI claims filed by numerous counsel in connection with the Asbestos PI bar date.

[3] As of August 31, 2011.

DOCS_DE:175112.1 91100-001

KE 29900542

| Name | Entity's Intercompany Claims Against Other Grace Entities | | Intercompany Claims Against Entity | | Other Scheduled Claims Against Entity | | Other Filed Claims Against Entity | | Asbestos PD Claims Against Entity[1] | | Asbestos PI Claims Against Entity[2] | | Non-Intercompany Claim Assets | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Qty | Amt. | Qty | Amt. | Qty | Amt. | Qty | Amt. | Qty | Amt. | Qty | Amt. | Descrip. | Value |
| Del Taco Restaurants, Inc. | 1 | $7,971,571.00 | 1 | $20,530,824.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Ecarg, Inc. | 0 | $0.00 | 1 | $1,230,583.00 | 0 | $0.00 | 3 | $8,250.00 | 1 | -- | 2 | -- | None | $0.00 |
| Five Alewife Boston Ltd. | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| GC Limited Partners I, Inc. | 1 | $890.00 | 0 | $0.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| GC Management, Inc. | 1 | $20,384.00 | 0 | $0.00 | 0 | $0.00 | 2 | -- | 1 | -- | 3 | -- | None | $0.00 |
| GEC Management Corporation | 9 | $728,645,996.00 | 7 | $738,399,871.00 | 0 | $0.00 | 3 | $138,121.15 | 1 | -- | 1 | -- | None | $0.00 |
| GN Holdings, Inc. | 1 | $8,155,890.00 | 1 | $65,973,062.00 | 0 | $0.00 | 2 | -- | 1 | -- | 1 | -- | None | $0.00 |
| GPC Thomasville Corp. | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Grace A-B Inc. | 1 | $1,658,494.00 | 1 | $847,895.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Grace A-B II Inc. | 1 | $1,515,653.00 | 1 | $639,984.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Grace Culinary Systems, Inc. | 1 | $1,301,988.00 | 3 | $27,614,443.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Grace Drilling Company | 1 | $19,613.00 | 2 | $81,134,246.00 | 0 | $0.00 | 3 | $11,227.67 | 1 | -- | 2 | -- | Oil & gas lease | de minimis |
| Grace Environ., Inc. | 0 | $0.00 | 1 | $7,288,586.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Grace H-G Inc. | 1 | $122.00 | 1 | $2,509,761.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Grace H-G II Inc. | 1 | $350.00 | 1 | $5,404.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Grace Hotel Services Corporation | 1 | $12,637.00 | 1 | $5,144,752.00 | 0 | $0.00 | 3 | $255.00 | 1 | -- | 2 | -- | None | $0.00 |

| Name | Entity's Intercompany Claims Against Other Grace Entities | | Intercompany Claims Against Entity | | Other Scheduled Claims Against Entity | | Other Filed Claims Against Entity | | Asbestos PD Claims Against Entity[1] | | Asbestos PI Claims Against Entity[2] | | Non-Intercompany Claim Assets | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Qty | Amt. | Qty | Amt. | Qty | Amt. | Qty | Amt. | Qty | Amt. | Qty | Amt. | Descrip. | Value |
| Grace Offshore Company | 1 | $4,704,828.00 | 1 | $20,455,492.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Grace Petroleum Libya Incorporated | 1 | $48,873,654.00 | 1 | $1,465,748.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Grace Tarpon Investors, Inc. | 1 | $10,284,719.00 | 0 | $0.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Grace Ventures Corp. | 0 | $0.00 | 1 | $86,611.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Grace Washington, Inc. | 0 | $0.00 | 1 | $8,877,077.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Gracoal, Inc. | 2 | $145,501,916.00 | 0 | $0.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Gracoal II, Inc. | 1 | $132,652,251.00 | 1 | $2,173,833.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Hayden-Gulch West Coal Company | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| H-G Coal Company | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2 | -- | 1 | -- | 1 | -- | None | $0.00 |
| Homco International, Inc. | 0 | $0.00 | 2 | $59,581,232.00 | 0 | $0.00 | 4 | $366,292.93 | 1 | -- | 2 | -- | None | $0.00 |
| L B Realty, Inc. | 1 | $140,582,585.00 | 1 | $19,613.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| Litigation Management, Inc. | 4 | $498,912,657.00 | 1 | $440,776,547.00 | 0 | $0.00 | 7 | $66,458.43 | 1 | -- | 4 | -- | None | $0.00 |
| Monolith Enterprises Incorporated | 0 | $0.00 | 2 | $2,417,264.00 | 0 | $0.00 | 2 | -- | 1 | -- | 1 | -- | None | $0.00 |
| Monroe Street, Inc. | 1 | $914,440.00 | 1 | $4,264,964.00 | 0 | $0.00 | 2 | -- | 1 | -- | 1 | -- | None | $0.00 |
| MRA Holdings Corp. | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 3 | $196,111.84 | 1 | -- | 1 | -- | None | $0.00 |

| Name | Entity's Intercompany Claims Against Other Grace Entities | | Intercompany Claims Against Entity | | Other Scheduled Claims Against Entity | | Other Filed Claims Against Entity | | Asbestos PD Claims Against Entity[1] | | Asbestos PI Claims Against Entity[2] | | Non-Intercompany Claim Assets | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Qty | Amt. | Qty | Amt. | Qty | Amt. | Qty | Amt. | Qty | Amt. | Qty | Amt. | Descrip. | Value |
| MRA Intermedco, Inc. | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |
| MRA Staffing Systems, Inc. | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 5 | $39,229.17 | 1 | -- | 2 | -- | None | $0.00 |
| Southern Oil, Resin & Fiberglass, Inc. | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 2 | -- | 1 | -- | 2 | -- | None | $0.00 |

DOCS_DE:175112.1 91100-001                    4

KE 29900542