<u>**NO ORDER REQUIRED**</u>

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: Thurs., Feb. 20, 2014 at 4:00 p.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 31678**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the One Hundred and Forty-Ninth Interim Application

of Bilzin Sumberg Baena Price & Axelrod, LLP ("the Applicant") for Compensation for

Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of

Asbestos Property Damage Claimants for the Period from November 1, 2013 through and

including November 30, 2013 ("the Application").  The undersigned further certifies that she has

caused the Court's docket in this case to be reviewed and no answer, objection or other

responsive pleading to the Application appears thereon.  Pursuant to the Application, objections

to the Application were to be filed and served no later than Thursday, February 20, 2014 at 4:00

p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $ 1,926.00 which represents 80% of the fees ($2,407.50) and

$ 57.97 which represents 100% of the expenses requested in the Application for the period

November 1, 2013 through and including November 30, 2013 upon the filing of this certification

and without the need for entry of a Court order approving the Application.


Dated: February 25, 2014                    Scott L. Baena, Esquire
                                            Jay M. Sakalo, Esquire
                                            BILZIN, SUMBERG, BAENA, PRICE
                                             & AXELROD, LLP
                                            1450 Brickell Avenue, 23rd Floor
                                            Miami, Florida 33131-3456
                                            Tel:    (305) 374-7580
                                            Fax:    (305) 374-7593

                                            -and-

                                            FERRY, JOSEPH & PEARCE, P.A.

                                             /s/ Lisa L. Coggins
                                            Michael B. Joseph (No. 392)
                                            Theodore J. Tacconelli (No. 2678)
                                            Lisa L. Coggins (No. 4234)
                                            824 Market Street, Suite 1000
                                            P.O. Box 1351
                                            Wilmington, DE. 19899
                                            Tel:    (302) 575-1555
                                            Fax:    (302) 575-1714

                                            Co-Counsel to the Official Committee of
                                            Asbestos Property Damage Claimants