## <u>CERTIFICATE OF SERVICE</u>

I, Lisa L. Coggins, Esquire, hereby certify that on this 25th day of February, 2014, I caused one copy of the foregoing *Certificate of No Objection Regarding Docket No. 31578 to be* served upon the following persons in the manner indicated:

SEE ATTACHED SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

 /s/ Lisa L. Coggins
Lisa L. Coggins (No. 4234)

<u>**SERVICE LIST**</u>

**By First Class Mail and E-mail:**
Warren H. Smith
Warren H. Smith and Associates, P.C.
Republic Center
2235 Ridge Road
Suite 105
Rockwell, TX 75087
feeaudit@whsmithlaw.com

**By Hand Delivery:**
Richard L. Schepacarter, Esquire
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

The Bayard Firm
222 Delaware Avenue, Ste. 900
P.O. Box 25130
Wilmington, DE 19899

**By E-mail:**
Richard.Finke@grace.com

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszyj.com
jo'neill@pszyj.com

Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Kathleen Campbell Davis, Esquire
Campbell & Levine, LLC
222 Delaware Ave., Ste. 1620
Wilmington, DE 19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
mlastowski@duanemorris.com

Teresa K. D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
tcurrier@saul.com

Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Ste. 2800
Chicago, IL 60601
rhiggins@rogerhigginslaw.com

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
600 Lexington Ave, 21st Floor
New York, NY 10152-3500
pvnl@capdale.com

Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
k.pasquale@stroock.com

Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131-3456
jsakalo@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com