**EXHIBIT B**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013**

1. **Case Administration – 15537 – 5.4 hours ($1,242.00)**

   This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

   The Applicant's focus on the administration of these consolidated cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

   During the Application Period, the Applicant spent time tracking and researching developments that implicate property damage claims specifically and asbestos issues generally.

2. **Applicant's Fee Applications – 15543 – 4.4 hours ($1,436.00)**

   This matter covers time expended preparing monthly and quarterly fee applications for the Applicant. During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application.

3. **Hearings – 15544 – 1.1 hours ($329.50)**

   This matter covers preparation for and attendance at hearings. During the Application Period, the Applicant reviewed the hearing agenda and matters set for hearing on December 18, 2013, advised PD Committee members regarding same and arranged for attorney to participate in the December 18, 2013 hearing, which was ultimately cancelled.

4. **Plan & Disclosure Statement - 15554 - 8.9 hours ($4,655.50)**

During the Application Period, the Applicant reviewed the pending appeals and petitions for rehearing, motion to approve Bank Lender Group settlement and exhibits and communicated with Committee Members regarding same. The Applicant further reviewed the decision issued in Plant Insulation for potential impact on plan appeals. Additionally, the Application compiled and reviewed various plan documents and requirements to go effective under the plan, including review of underlying agreements requiring action by the PD Committee or claimants.

5. **Creditors Committee - 15539 - 2.0 ($1,195.00)**

During the Application Period, the Applicant attended to several calls from Committee members regarding confirmation of plan, consummation of settlement and status of appeals.

6. **Claims Analysis, Objection, Resolution & Estimation - 15545 - .7 ($402.50)**

The Applicant attended to telephone conference with D. McGuirk regarding status of bankruptcy case and ZAI claims.