**<u>EXHIBIT C</u>**



November 25, 2013

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  244757

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH October 31, 2013

### CLIENT SUMMARY

BALANCE AS OF- **10/31/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .15537 - 01- Case Administration | $529.00 | $10.38 | $539.38 |
| .15543 - 07 - Applicant's Fee Application | $375.50 | $0.00 | $375.50 |
| .15544 - 08 - Hearings | $49.00 | $0.00 | $49.00 |
| .15545 - 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | $402.50 | $0.00 | $402.50 |
| .15554 - 18 - Plan & Disclosure Statement | $977.50 | $0.00 | $977.50 |
| **Client Total** | **$2,333.50** | **$10.38** | **$2,343.88** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456    305.374.7580    305.374.7593

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Sakalo, Jay M | 2.60 | $575.00 | $1,495.00 |
| Snyder, Jeffrey I | 0.20 | $445.00 | $89.00 |
| Donaire, Gloria | 2.30 | $230.00 | $529.00 |
| Flores, Luisa M | 0.90 | $245.00 | $220.50 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**    **$2,333.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $6.08 |
| Copies | $4.30 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | ***$10.38*** |

**TOTAL BALANCE DUE THIS PERIOD**    **$2,343.88**

MIAMI 3963211.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

**RE: 01- Case Administration**

| 10/01/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
|----------|----|----|-----|---|
| 10/02/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/03/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/04/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/09/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/10/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/15/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/16/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/17/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/18/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/21/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/22/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/23/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/24/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/25/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/28/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/29/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/30/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 10/31/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES**

$529.00

MIAMI 3963211.1 74817/15537

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| | | |
|---|---|---|
| 09/30/13 | Long Distance Telephone (302)573-6454; 1 Mins. | 0.76 |
| 09/30/13 | Long Distance Telephone (302)573-6454; 1 Mins. | 0.76 |
| 10/01/13 | Long Distance Telephone (302)573-6454; 1 Mins. | 0.76 |
| 10/10/13 | Long Distance Telephone (516)433-8015; 5 Mins. | 3.80 |
| 10/18/13 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/18/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 10/21/13 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 10/21/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/21/13 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 10/21/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 10/21/13 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 10/21/13 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**  $10.38

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 2.30 | $230.00 | $529.00 |
| *TOTAL* | *2.30* | | *$529.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $6.08 |
| Copies | $4.30 |
| *TOTAL* | *$10.38* |

**CURRENT BALANCE DUE THIS MATTER**  $539.38

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

RE: **07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 10/12/13 | JIS | 0.20 | 89.00 | Review and revise September prebill. |
| 10/14/13 | LMF | 0.40 | 98.00 | Attend to email inquiry from fee auditor and arrange to obtain backup for response and advise accounting of recommended deduction. |
| 10/14/13 | JMS | 0.20 | 115.00 | Emails with B. Ruhlander regarding expense backup. |
| 10/29/13 | LMF | 0.30 | 73.50 | Attend to preparing notice and summary for September fees and costs and submit to local counsel for filing and service. |

PROFESSIONAL SERVICES                                                                                    $375.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $575.00 | $115.00 |
| Snyder, Jeffrey I | 0.20 | $445.00 | $89.00 |
| Flores, Luisa M | 0.70 | $245.00 | $171.50 |
| *TOTAL* | *1.10* | | *$375.50* |

CURRENT BALANCE DUE THIS MATTER                                                       $375.50

MIAMI 3963211.1 74817/15537

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

| 09/18/13 | LMF | 0.20 | 49.00 | Review court docket to determine if agenda is set for hearing scheduled for September 25, 2013. |

PROFESSIONAL SERVICES $49.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.20 | $245.00 | $49.00 |
| *TOTAL* | *0.20* | | *$49.00* |

CURRENT BALANCE DUE THIS MATTER $49.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15545

RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| | | | | |
|---|---|---|---|---|
| 10/09/13 | JMS | 0.30 | 172.50 | Telephone conference with D. McGuirk regarding question on ZAI claims. |
| 10/10/13 | JMS | 0.40 | 230.00 | Telephone conference with D. McGirk [ZAI claimant] regarding status of bankruptcy case. |

PROFESSIONAL SERVICES                                                                      $402.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | $575.00 | $402.50 |
| *TOTAL* | *0.70* | | *$402.50* |

CURRENT BALANCE DUE THIS MATTER                                                $402.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 8

**Atty – SLB**
**Client No.: 74817/15554**

RE: 18 - Plan & Disclosure Statement

| 10/18/13 | JMS | 1.10 | 632.50 | Research status of pending appeals and petitions for rehearing, etc. and email to M. Dies thereon. |
| 10/29/13 | JMS | 0.60 | 345.00 | Review decision issued in Plant Insulation for potential impact on plan appeals. |

PROFESSIONAL SERVICES                                                                        $977.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.70 | $575.00 | $977.50 |
| *TOTAL* | *1.70* | | *$977.50* |

CURRENT BALANCE DUE THIS MATTER                                                    $977.50

MIAMI 3963211.1 74817/15537

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP



Bilzin Sumberg

January 17, 2014

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  247045

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
        THROUGH November 30, 2013

## CLIENT SUMMARY

**BALANCE AS OF- 11/30/13**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .15537 - 01- Case Administration | $299.00 | $57.97 | $356.97 |
| .15538 - 02 - Debtors' Business Operations | $0.00 | $0.00 | $0.00 |
| .15539 - 03 - Creditors Committee | $1,195.00 | $0.00 | $1,195.00 |
| .15543 - 07 - Applicant's Fee Application | $913.50 | $0.00 | $913.50 |
| .15544 - 08 - Hearings | $0.00 | $0.00 | $0.00 |
| .15554 - 18 - Plan & Disclosure Statement | $0.00 | $0.00 | $0.00 |
| *Client Total* | *$2,407.50* | *$57.97* | *$2,465.47* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 0.30 | $725.00 | $217.50 |
| Sakalo, Jay M | 2.10 | $575.00 | $1,207.50 |
| Snyder, Jeffrey I | 0.60 | $445.00 | $267.00 |
| Donaire, Gloria | 1.30 | $230.00 | $299.00 |
| Flores, Luisa M | 1.70 | $245.00 | $416.50 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**          **$2,407.50**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $10.64 |
| Pacer - Online Services | $1.40 |
| Westlaw-Online Legal Research | $44.43 |
| Copies | $1.50 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$57.97** |

**TOTAL BALANCE DUE THIS PERIOD**          **$2,465.47**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15537

RE: 01- Case Administration

| 11/01/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/04/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/05/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/07/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/08/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/12/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/13/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/14/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/15/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/26/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 11/27/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                                 **$299.00**

### COSTS ADVANCED

| | | |
|---|---|---|
| 10/01/13 | Pacer - Online Services PACER - (DEBK) 01-01139-KJC FIL OR ENT: FILED FROM: 9/3 | 0.30 |
| 10/01/13 | Pacer - Online Services PACER - (DEDC) 1:11-CV-00199-RLB START DATE: 9/30/2013 | 1.10 |
| 10/18/13 | Westlaw-Online Legal Research VENDOR: WEST PUBLISHING COMPANY; INVOICE#: 828367682; DATE: 11/1/2013  -  Account#1000201074 | 44.43 |
| 11/19/13 | Long Distance Telephone (302)573-6484; 1 Mins. | 0.76 |
| 11/20/13 | Long Distance Telephone (302)573-6491; 2 Mins. | 1.52 |
| 11/20/13 | Long Distance Telephone (312)862-3120; 1 Mins. | 0.76 |
| 11/21/13 | Long Distance Telephone (212)390-4283; 10 Mins. | 7.60 |
| 11/16/13 | Copies 15 pgs @ 0.10/pg | 1.50 |

**TOTAL COSTS ADVANCED**                                                          **$57.97**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 1.30 | $230.00 | $299.00 |
| *TOTAL* | *1.30* | | *$299.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $10.64 |
| Pacer - Online Services | $1.40 |
| Westlaw-Online Legal Research | $44.43 |
| Copies | $1.50 |
| *TOTAL* | *$57.97* |

**CURRENT BALANCE DUE THIS MATTER**                                  **$356.97**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 5

Atty – SLB
Client No.: 74817/15538

RE: 02 - Debtors' Business Operations

PROFESSIONAL SERVICES                                              $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| *TOTAL* | *0* | | *$0.00* |

CURRENT BALANCE DUE THIS MATTER                                    $0.00

MIAMI 4007559.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

RE: 03 - Creditors Committee

| 10/03/13 | SLB | 0.30 | 217.50 | Telephone conference from and memo for M. Dies regarding status of confirmation and consumation of settlements. |
| 11/08/13 | JMS | 0.40 | 230.00 | Email to committee regarding upcoming omnibus hearings (.2); brief telephone conference with D. Speights regarding same (.2). |
| 11/20/13 | JMS | 0.60 | 345.00 | Email exchange with M. Dies regarding status of appeals and research regarding same. |
| 11/22/13 | JMS | 0.70 | 402.50 | Telephone conference with A. Paul regarding pending appeals and email to M. Dies thereon. |

PROFESSIONAL SERVICES                                                                 $1,195.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $725.00 | $217.50 |
| Sakalo, Jay M | 1.70 | $575.00 | $977.50 |
| TOTAL | 2.00 | | $1,195.00 |

CURRENT BALANCE DUE THIS MATTER                                                      $1,195.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

RE: 07 - Applicant's Fee Application

| 11/16/13 | LMF | 1.40 | 343.00 | Attend to preparing quarterly fee application. |
| 11/18/13 | LMF | 0.30 | 73.50 | Revise quarterly application per attorney's comments and submit to local counsel for filing. |
| 11/18/13 | JIS | 0.60 | 267.00 | Review and revise 50th quarterly interim fee application (0.4); review and revise October prebill (0.2). |
| 11/20/13 | JMS | 0.40 | 230.00 | Telephone conference with D. Wynn at UST's office regarding filing of CNO and email to T. Tacconelli regarding same. |

PROFESSIONAL SERVICES $913.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $575.00 | $230.00 |
| Snyder, Jeffrey I | 0.60 | $445.00 | $267.00 |
| Flores, Luisa M | 1.70 | $245.00 | $416.50 |
| *TOTAL* | *2.70* | | *$913.50* |

CURRENT BALANCE DUE THIS MATTER $913.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

PROFESSIONAL SERVICES                                                                                    $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| TOTAL | 0 | | $0.00 |

CURRENT BALANCE DUE THIS MATTER                                                            $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE:  18 - Plan & Disclosure Statement

PROFESSIONAL SERVICES                                                                 $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| *TOTAL* | *0* | | *$0.00* |

CURRENT BALANCE DUE THIS MATTER                                                       $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP



January 17, 2014

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  247044

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
THROUGH December 31, 2013

### CLIENT SUMMARY

BALANCE AS OF- 12/31/13

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| .15537 - 01- Case Administration | $414.00 | $55.42 | $469.42 |
| .15539 - 03 - Creditors Committee | $0.00 | $0.00 | $0.00 |
| .15543 - 07 - Applicant's Fee Application | $147.00 | $0.00 | $147.00 |
| .15544 - 08 - Hearings | $280.50 | $0.00 | $280.50 |
| .15554 - 18 - Plan & Disclosure Statement | $3,678.00 | $0.00 | $3,678.00 |
| **Client Total** | **$4,519.50** | **$55.42** | **$4,574.92** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456     305.374.7580     305.374.7593

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 5.80 | $575.00 | $3,335.00 |
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| Flores, Luisa M | 2.60 | $245.00 | $637.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**  **$4,519.50**

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $9.12 |
| Copies | $46.30 |

**TOTAL COSTS ADVANCED THIS PERIOD**  **$55.42**

**TOTAL BALANCE DUE THIS PERIOD**  **$4,574.92**

Page 3

**Atty – SLB**
**Client No.: 74817/15537**

RE:  01- Case Administration

| 12/02/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/04/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/05/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/06/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/09/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/10/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/11/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/12/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/16/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/17/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/18/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/19/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/20/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/23/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/26/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/27/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/30/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 12/31/13 | GD | 0.10 | 23.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                          $414.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### COSTS ADVANCED

| | | |
|---|---|---:|
| 12/24/13 | Long Distance Telephone (512)476-4394; 12 Mins. | 9.12 |
| 12/30/13 | Copies 453 pgs @ 0.10/pg | 45.30 |
| 12/03/13 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 12/12/13 | Copies 2 pgs @ 0.10/pg | 0.20 |

**TOTAL COSTS ADVANCED**                                                 **$55.42**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Donaire, Gloria | 1.80 | $230.00 | $414.00 |
| **TOTAL** | **1.80** | | **$414.00** |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $9.12 |
| Copies | $46.30 |
| **TOTAL** | **$55.42** |

**CURRENT BALANCE DUE THIS MATTER**                                      **$469.42**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

RE:  03 - Creditors Committee

PROFESSIONAL SERVICES                                                                    $0.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

CURRENT BALANCE DUE THIS MATTER                                          $0.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
Client No.: 74817/15543

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 12/10/13 | LMF | 0.60 | 147.00 | Prepare notice and summary of fees for October and submit to local counsel for filing. |

**PROFESSIONAL SERVICES** $147.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.60 | $245.00 | $147.00 |
| *TOTAL* | *0.60* | | *$147.00* |

**CURRENT BALANCE DUE THIS MATTER** $147.00

MIAMI 4007557.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

**RE: 08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 12/12/13 | LMF | 0.30 | 73.50 | Attend to possible attendance at hearing on various matters and review docket to confirm if hearing agenda has been filed. |
| 12/12/13 | JIS | 0.20 | 89.00 | Emails from J. Sakalo regarding 12/18 omnibus hearing; discuss briefly with J. Sakalo and confer with L. Flores re: arranging courtcall. |
| 12/13/13 | LMF | 0.30 | 73.50 | Arrange for telephone appearance for attorney at omnibus hearing. |
| 12/16/13 | JIS | 0.10 | 44.50 | Review hearing agenda. |

**PROFESSIONAL SERVICES**                                                                                  $280.50

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 0.30 | $445.00 | $133.50 |
| Flores, Luisa M | 0.60 | $245.00 | $147.00 |
| *TOTAL* | *0.90* | | *$280.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                       $280.50


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty – SLB
Client No.: 74817/15554

**RE: 18 - Plan & Disclosure Statement**

| 12/24/13 | JMS | 1.70 | 977.50 | Review motion to approve Bank Lender Group settlement and exhibits to same and email to Committee thereon (.9); telephone conference with M. Dies regarding same (.4); follow up emails with E. Westbrook and T. Brandi regarding same (.4). |
| 12/25/13 | JMS | 0.40 | 230.00 | Email exchange with E. Westbrook regarding counsel to 7B trustee and email to D. Felder regarding same. |
| 12/26/13 | LMF | 1.40 | 343.00 | Research and compile various documents for attorney's review in connection with plan and confirmation of same. |
| 12/26/13 | JMS | 1.30 | 747.50 | Email exchange with D. Felder regarding Class 7B trustee's counsel (.4); email exchange with T. Brandi regarding plan update (.3); email to committee regarding further update from Debtors' counsel regarding timing (.3); email exchange with M. Dies regarding same (.3). |
| 12/30/13 | JMS | 0.80 | 460.00 | Conference with L. Flores regarding plan documents needed for review (.1); begin review of same (.7). |
| 12/31/13 | JMS | 1.60 | 920.00 | Continue review of requirements to go effective under the plan, including review of underlying agreements requiring action by PD Committee or claimants. |

PROFESSIONAL SERVICES $3,678.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 5.80 | $575.00 | $3,335.00 |
| Flores, Luisa M | 1.40 | $245.00 | $343.00 |
| **TOTAL** | **7.20** | | **$3,678.00** |

CURRENT BALANCE DUE THIS MATTER $3,678.00

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP