## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: March 17, 2013 at 4:00 p.m.**
**Hearing Date: To be Determined**

## NINETEENTH QUARTERLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | October 1, 2013 through December 31, 2013 |
| Amount of fees to be approved as actual, reasonable and necessary: | $21,180.00[1] |
| Amount of expenses sought as actual, reasonable and necessary: | $494.12 |
| This is a(n):    _x_ interim | ___ final application. |

The total time expended for the preparation of this application will be included in the next interim fee application.

---

[1]   Our original Quarterly Fee Application was for $22,009.00 but as per our agreement with the Fee Auditor, we have voluntarily reduced our Applicant fees category by $829.00 in order to ensure that our costs for Fee Application preparation remain under 5% on a monthly basis.

**Prior Monthly Applications for the period through December 31, 2013:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09 23059 | 5/18/09 through 7/31/09 | $108,445.50/ $1,156.09 | $86,756.40 $1,156.09 | 23322 |
| 9/29/09 23364 | 8/1/09 through 8/31/09 | $38,437.50/ $651.48 | $30,750.00/ $651.48 | 23547 |
| 10/29/09 23614 | 9/1/09 through 9/30/09 | $22,354.50 $86.25 | $17,883.60 $86.25 | 23812 |
| 11/30/09 23869 | 10/1/09 through 10/31/09 | $13,047.00 $39.44 | $10,437.60 $39.44 | 24047 |
| 12/29/09 24066 | 11/1/09 through 11/30/09 | $27,112.50 $64.77 | $21,690.00 $64.77 | 24167 |
| 1/29/10 24208 | 12/1/09 through 12/31/09 | $20,043.00 $842.45 | $16,034.40 $842.45 | 24333 |
| 3/1/10 24371 | 1/1/10 through 1/31/10 | $16,131.00 $44.90 | $12,904.48 $44.90 | 24498 |
| 3/29/10 24517 | 2/1/10 through 2/28/10 | $14,617.50 $12.49 | $11,694.00 $12.49 | 24645 |
| 4/29/10 24695 | 3/1/10 through 3/31/10 | $19,198.50 $1601.38 | $15,358.80 $1601.38 | 24823 |
| 5/28/10 24852 | 4/1/10 through 4/30/10 | $8,928.00 $23.88 | $7,142.40 $23.88 | 24962 |
| 7/9/2010 25056 | 5/1/10 through 5/31/10 | $8,061.00 $517.61 | $6,448.80 $517.61 | 25148 |
| 7/29/2010 25135 | 6/1/10 through 6/30/10 | $6,702.00 $930.06 | $5,361.60 $930.06 | 25256 |
| 8/18/10 25238 | 7/1/10 through 7/31/10 | $10,611.50 $78.10 | $8,489.20 $78.10 | 25400 |

| | | | | |
|---|---|---|---|---|
| 9/29/10<br>25494 | 8/1/10 through<br>8/31/10 | $12,146.50<br>$158.56 | $9,717.20<br>$158.56 | 25629 |
| 11/11/10<br>257535 | 9/1/10 through<br>9/30/10 | $9,865.00<br>$175.99 | $7,892.00<br>$175.99 | 25855 |
| 12/1/10<br>25838 | 10/1/10 through<br>10/31/10 | $7,748.50<br>$186.48 | $6,198.80<br>$186.48 | 25958 |
| 1/4/10<br>26008 | 11/1/10 through<br>11/30/110 | $8,349.00<br>$174.91 | $6,679.20<br>$174.91 | 26125 |
| 1/26/11<br>26126 | 12/1/10 through<br>12/31/10 | $9,467.50<br>$136.50 | $7,574.00<br>$136.50 | 26389 |
| 3/1/11<br>26447 | 1/1/11 through<br>1/31/11 | $5,471.00<br>$227.01 | $4,376.80<br>$227.01 | 26616 |
| 3/30/11<br>26665 | 2/1/11 through<br>2/28/11 | $16,418.00<br>$140.84 | $13,134.40<br>$140.84 | 26665 |
| 5/2/11<br>26857 | 3/1/11 through<br>3/31/11 | $17,325.50<br>$172.16 | $13,860.40<br>$172.16 | 26997 |
| 5/31/11<br>27014 | 4/1/11 through<br>4/30/11 | $14,790.00<br>$170.71 | $11,832.00<br>$170.71 | 27151 |
| 7/5/11<br>27214 | 5/1/11 through<br>5/31/11 | $15,903.00<br>$116.17 | $12,722.40<br>$116.17 | 27325 |
| 8/1/11<br>27352 | 6/1/11 through<br>6/30/11 | $9,849.00<br>$167.76 | $7,879.20<br>$167.76 | 27505 |
| 9/2/11<br>27556 | 7/1/11 through<br>7/31/11 | $11,115.00<br>$94.44 | $8,892.00<br>$94.44 | 27676 |
| 9/29/11<br>27688 | 8/1/11 through<br>5/31/11 | $10,712.00<br>$149.46 | $8,569.60<br>$149.46 | 27802 |
| 10/26/11<br>27828 | 9/1/11 through<br>9/30/11 | $7,943.00<br>$115.90 | $6,354.40<br>$115.90 | 27990 |
| 11/29/11<br>28044 | 10/1/11 through<br>10/31/11 | $11,661.00<br>$158.62 | $9,328.80<br>$158.62 | 28196 |

| | | | | |
|---|---|---|---|---|
| 1/10/12 | 11/1/11 through 11/30/11 | $10,874.50 $31.80 | $8,699.60 $31.80 | 28487 |
| 2/19/12 28491 | 12/1/11 through 12/31/11 | $7,475.00 $92.73 | $5,980.00 $92.73 | 28616 |
| 2/29/12 28601 | 1/1/12 through 1/31/2012 | $9,802.00 $233.98 | $7,841.60 $233.98 | 28703 |
| 3/30/12 28748 | 2/1/12 through 2/29/12 | $9,516.00 $102.72 | $7,612.80 $102.72 | 28809 |
| 4/30/12 28847 | 3/1/12 through 3/31/12 | $12,473.50 $272.84 | $9,978.80 $272.84 | 28959 |
| 5/314/12 28998 | 4/1/12 through 4/30/12 | $8,008.00 $222.42 | $6,406.40 $222.42 | 29116 |
| 6/29/12 | 5/1/12 through 5/31/12 | $8,274.50 $72.22 | $6,619.60 $72.22 | 29348 |
| 8/9/12 29425 | 6/1/12 through 6/30/12 | $10,231.00 $72.22 | $8,184.50 $80.07 | 29579 |
| 8/29/12 29524 | 7/1/12 through 7/31/12 | $11,61.00 $210.04 | $9,328.80 $210.04 | 29649 |
| 9/24/12 29661 | 8/1/12 through 8/31/12 | $9,574.50 $64.30 | $7,659.60 $64.30 | 29782 |
| 11/5/12 29850 | 9/1/12 through 9/30/12 | $7,436.00 $122.07 | $5,948.80 $122.07 | 29950 |
| 11/28/12 29554 | 10/1/12 through 10/31/12 | $8,209.50 $359.20 | $6,567.60 $359.20 | 30071 |
| 1/3/13 30117 | 11/1/12 through 11/30/12 | $10,146.50 $264.87 | $8,117.20 $264.87 | 30195 |
| 1/28/13 30203 | 12/1/12 through 12/31/12 | $8,450.00 $11.10 | $6,760.00 $11.10 | 30308 |
| 2/27/13 30328 | 1/1/13 through 1/31/13 | $15,223.00 $134.46 | $12,178.40 $134.46 | 30421 |

| | | | | |
|---|---|---|---|---|
| 3/28/13<br>30448 | 2/1/13 through<br>2/28/13 | $9,074.00<br>$138.88 | $7,259.20<br>$138.88 | 30535<br>4/19/13 |
| 4/29/13<br>30563 | 3/1/13 through<br>3/31/13 | $9,763.00<br>$170.96 | $7,810.40<br>$170.96 | 30655<br>5/22/12 |
| 5/29/13<br>30680 | 4/1/13 through<br>4/30/13 | $10,042.50<br>$103.61 | $8,034.00<br>$103.61 | 30749<br>6/18/13 |
| 6/28/13<br>60782 | 5/1/13 through<br>5/31/13 | $11,056.50<br>$414.07 | $8,845.20<br>$414.07 | 30862<br>7/23/13 |
| 7/29/13<br>30892 | 6/1/13 through<br>6/30/13 | $11,602.50<br>$112.44 | $9,282.00<br>$112.44 | 31001<br>8/22/13 |
| 8/26/13<br>31014 | 7/1/13 through<br>7/31/13 | $8,222.50<br>$169.46 | $6,578.00<br>$169.46 | 9/18/13<br>31141 |
| 9/26/13<br>31166 | 8/1/13 through<br>8/31/13 | $10,978.50<br>$170.88 | $8,782.80<br>$170.88 | 10/18/13<br>31238 |
| 10/29/13<br>31277 | 9/1/13 through<br>9/30/13 | $10,322.00<br>$206.88 | $8,257.60<br>$206.88 | 11/20/13<br>31370 |
| 12/3/13<br>31414 | 10/1/13 through<br>10/31/13 | $7,245.00<br>$64.52 | $5,796.00<br>$64.52 | 12/26/13<br>31522 |
| 12/27/13<br>31531 | 11/1/13 through<br>11/30/13 | $5,590.00<br>$253.48 | $4,472.00<br>$253.48 | 1/21/14<br>31614 |
| 1/24/14<br>31646 | 12/1/13 through<br>12/31/13 | $8,345.00<br>$176.12 | $6,676.00<br>$176.12 | 2/20/14<br>31762 |

5

**Prior Quarterly Applications for the period through December 31, 2013:**

| Date Filed and Docket No. | Time Period | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/ Docket No. |
|---|---|---|---|---|
| November 9, 2009 [23719] | April 1, 2009 through June 30, 2009 | $68,383.00 $8.10 | $68,383.00 $8.10 | 11/30/09 [23872] |
| November 13, 2009 [23762] | July 1, 2009 through September 30, 2009 | $100,854.50 $1,885.72 | $100,854.50 $1,885.75 | 11/13/09 [24067] |
| February 5, 2010 [24242] | October 1, 2009 through December 31, 2009 | $60,202.50 $946.66 | $60,202.50 $646.66 | 3/3/10 [24401] |
| May 21, 2010 [284822] | January 1, 201 through March 31, 2010 | $49,947.00 $1,658.77 | $49,947.00 $1,658.77 | 6/16/10 [24950] |
| August 25, 2010 [25269] | April 1, 2010 through June 30, 2010 | $23,691.00 $1,471.55 | $23,691.00 $1,471.55 | 9/20/10 [25433] |
| November 19, 2010 [25786] | July 1, 2010 through September 30, 2010 | $32,623.00 $412.65 | $32,623.00 $412.65 | 12/13/10 [25913] |
| February 15, 2010 [26287] | October 1, 2010 through December 31, 2010` | $25,565.00 $497.89 | $25,565.00 $497.89 | 3/10/11 [26526] |
| May 25, 2011 [26995] | January 1, 2011 through March 31, 2011 | $39,214.50 $540.01 | $39,214.50 $540.01 | |
| August 11, 2011 [27419] | April 1, 2011 through June 30, 2011 | $40,542.00 $391.64 | $40,542.64 $391.64 | 9/8/11 [27568] |
| November 22, 2011 [28013] | July 1, 2011 through September 30, 2011 | $29,770.00 $259.80 | $29,770.00 $359.80 | 12/15/11 [28159] |
| February 27, 2012 [28588] | October 1, 2011 through December 31, 2011 | $30,010.50 $283.15 | $30,010.50 $283.15 | 3/12/12 [28693] |
| May 23, 2012 [28957] | January 1, 2012 through March 31, 2012 | $31,791.50 $609.54 | $31,197.50 $509.54 | 6/14/12 [29058] |
| August 20, 2012 [29479] | April 1, 2012 through June 30, 2012 | $26,513.50 $374.51 | $26,513.50 $374.51 | 9/13/12 [29619] |
| December 11, 2012 [30029] | July 1, 2012 through September 30, 2012 | $28,681.50 $396.41 | $28,671.50 $396.41 | 1/4/13 [30119] |
| April 8, 2013 [30479] | October 1, 2012 through December 31, 2012 | $60,523.50 $3,617.71 | $60,523.50 $3,617.71 | 5/1/13 [30574] |
| May 22, 2013 30653 | January 1, 2013 through March 31, 2013 | $34,060.00 $444.30 | $34,060.00 $444.30 | 6/13/13 30754 |

| | | | | |
|---|---|---|---|---|
| August 14, 2013 30964 | April 1, 2013 through June 30, 2013 | $32,701.50 $630.12 | $32,701.50 $630.12 | 9/6/13 31078 |
| December 3, 2013 31415 | July 1, 2013 through September 30, 2013 | $29,523.00 $547.22 | $29,523.00 $547.22 | 12/26/13 31524 |

### SUMMARY OF TIME FOR BILLING PERIOD
### OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013

| Name, Position, Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier Shareholder; admitted DE 1992 and PA 1985 | $650 | 29.0 | $18,850.00 |
| Tracy B. Buck Legal Assistant | $195 | 16.00 | $3,159.00 |
| **TOTAL** | | **45.0** | **$22,009.00** |

8

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.3 | 195.00 |
| Case Administration | 25.0 | $16,250.00 |
| Committee: Creditors', Noteholders' or Equity Holders' | 2.1 | $1,365.00 |
| Fee Applications/Applicant | 9.4 | $1,004.00[2] |
| Fee Applications/ Others | 7.0 | $1,521.00 |
| Hearings | 0.3 | $195.00 |
| Plan and Disclosure Statement | 1.0 | $650.00 |
| **TOTAL** | **59.0** | **$2,366.00** |

---

[2]    Our original Quarterly Fee Application was for $22,009.00 but as per our agreement with the Fee Auditor, we have voluntarily reduced our Applicant fees category by $829.00 in order to ensure that our costs for Fee Application preparation remain under 5% on a monthly basis.

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**APRIL 1, 2013 THROUGH JUNE 30, 2013**

| Expense Category | Total Expenses |
|---|---|
| Docket Entry | $91.70 |
| Federal Express | $287.62 |
| Photocopying | $114.80 |
| **TOTAL** | **$494.122** |

      The foregoing summaries are submitted to the Court pursuant to the Amended

Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Amended Administrative Order").

      Pursuant to the Amended Administrative Order, Saul Ewing LLP respectfully requests

that, for the period October 1, 2013 through December 31, 2013, it be allowed the total amount of

fees of $21,180.00 and expenses in the total amount of $194.12.

          SAUL EWING LLP

By: _____
          Teresa K.D. Currier (Del. ID No. 3080)
          222 Delaware Avenue
          P.O. Box 1266
          Wilmington, DE 19899
          (302) 421-6800

          Co-Counsel to the Official Committee of
          Equity Security Holders

Dated:  February 25, 2014