Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2013 through December 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 20-Dec-13 | BR | Review of monthly financial pacakage for financial advisors. | 2.30 | $ 680.00 | $ 1,564.00 |
| 30-Dec-13 | BR | Review of weekly update reports on Grace. | 0.30 | $ 680.00 | $ 204.00 |
| | | Total Bradley Rapp | 2.60 | | $ 1,768.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 05-Dec-13 | JS | Review, analyze pricing information and data for pruposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 16-Dec-13 | JS | Review, analyze pricing information and data for pruposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 30-Dec-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| | | Total James Sinclair | 1.80 | | $ 1,224.00 |
| **Peter Cramp - Associate** | | | | | |
| 02-Dec-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 09-Dec-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 12-Dec-13 | PC | Telephonic participation in analyst call to discuss UNIPOL acquisition and emergence update, review slides. | 1.30 | $375.00 | $ 487.50 |
| 16-Dec-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 23-Dec-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.20 | $375.00 | $ 450.00 |
| 23-Dec-13 | PC | Review news regarding settlement and impending emergence for due diligence. | 0.40 | $375.00 | $ 150.00 |
| 30-Dec-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| | | Total Peter Cramp | 8.60 | | $ 3,225.00 |
| | | **TOTAL** | **13.00** | | **$ 6,217.00** |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2013 through December 31, 2013

| Date | Staff | Description | Hours | 2013 Rate | Amount |
|---|---|---|---|---|---|
| Asset Analysis and Recovery | | | | | |
| 02-Dec-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 05-Dec-13 | JS | Review, analyze pricing information and data for pruposes of advising ACC counsel. | 0.60 | $ 680.00 | $ 408.00 |
| 09-Dec-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.30 | $375.00 | $ 487.50 |
| 16-Dec-13 | JS | Review, analyze pricing information and data for pruposes of advising ACC counsel. | 0.50 | $ 680.00 | $ 340.00 |
| 16-Dec-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.40 | $375.00 | $ 525.00 |
| 23-Dec-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.20 | $375.00 | $ 450.00 |
| 30-Dec-13 | PC | Prepare weekly share price and settlement package value update for E. Inselbuch. | 1.60 | $375.00 | $ 600.00 |
| 30-Dec-13 | JS | Review, analyze pricing information and data for purposes of advising ACC counsel. | 0.70 | $ 680.00 | $ 476.00 |
| 30-Dec-13 | BR | Review of weekly update reports on Grace. | 0.30 | $ 680.00 | $ 204.00 |
| | | Total Asset Analysis and Recovery | 9.00 | | $ 4,015.50 |
| Case Administration | | | | | |
| 12-Dec-13 | PC | Telephonic participation in analyst call to discuss UNIPOL acquisition and emergence update, review slides. | 1.30 | $375.00 | $ 487.50 |
| 20-Dec-13 | BR | Review of monthly financial pacakage for financial advisors. | 2.30 | $ 680.00 | $ 1,564.00 |
| 23-Dec-13 | PC | Review news regarding settlement and impending emergence for due diligence. | 0.40 | $375.00 | $ 150.00 |
| | | Total Case Administration | 4.00 | | $ 2,201.50 |
| | | TOTAL | 13.00 | | $ 6,217.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2013 through December 31, 2013
Summary of Professional Hours by Staff

| Professsional Staff | Hours | 2013 Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 2.60 | $ 680.00 | $ 1,768.00 |
| James Sinclair - Senior Managing Director | 1.80 | $ 680.00 | $ 1,224.00 |
| Peter Cramp - Associate | 8.60 | $ 375.00 | $ 3,225.00 |
| Total Professional Hours and Fees | 13.00 | | $ 6,217.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period December 1, 2013 through December 31, 2013

| Date | Description of Item | Amount |
|------|---------------------|--------|
|      | No Expenses During this Period |   |
|      | Total Expenses December 1, 2013 through December 31, 2013 | $0.00 |