# EXHIBIT "A"

## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Ph:(302) 575-1555          Fax:   (302) 575-1714

WR Grace PD Committee                                December 1-December 31, 2013

                                                     Inv  #:           49688

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task |  | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 6.10 | 2,297.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.50 | 190.00 |
| B18 | Fee Applications, Others - | 1.10 | 165.00 |
| B25 | Fee Applications, Applicant - | 1.80 | 348.00 |
| B37 | Hearings - | 0.20 | 76.00 |
| B45 | Professional Retention Issues - | 0.30 | 114.00 |
|  | **Total** | **10.00** | **$3,190.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 310.00 | 0.50 | 155.00 |
| Theodore J. Tacconelli | 380.00 | 7.00 | 2,660.00 |
| Paralegal - MAG | 150.00 | 0.60 | 90.00 |
| Legal Assistant - KC | 150.00 | 1.90 | 285.00 |
| **Total** |  | **10.00** | **$3,190.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                      **$845.88**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Dec-04-13 | *Fee Applications, Applicant* - Review certificate of no objection re: Sept. 2013 fee app for filing | 0.10 | LLC |
| | *Professional Retention Issues* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Amend Retention Order for Blackstone | 0.10 | TJT |
| | *Fee Applications, Others* -   Prepare CNO to Bilzin's Sept. 2013 fee app for efiling, discussion with MAG   re: filing and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to Sept. 2013 fee app for efiling, discussion with MAG re: filing and service of same | 0.20 | KC |
| Dec-05-13 | *Fee Applications, Applicant* - E-mail from MAG re: filing of Certificate of No Objection | 0.10 | LLC |
| | *Fee Applications, Others* - E-file CNO for Bilzin Sept. 2013 fee application   and service of same | 0.30 | MAG |
| | *Fee Applications, Applicant* -   E-file CNO for Ferry, Joseph & Pearce's Sept. 2013 fee application and service of same | 0.30 | MAG |
| | *Fee Applications, Applicant* - Draft invoice for October 2013 monthly fee application | 0.10 | KC |
| Dec-06-13 | *Case Administration* -Review Certificate of No Objection filed by Debtors re: Objection to Claim No. 18509 | 0.10 | TJT |
| | *Fee Applications, Applicant* -   Review and revise Ferry Joseph & Pearce October 2013 prebill | 0.20 | TJT |
| Dec-07-13 | *Case Administration* -   Review Affidavit re: Lincoln Partners | 0.10 | TJT |
| | *Case Administration* -   Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* -   Review order granting Debtors Objection to Claim No. 18509 | 0.10 | TJT |
| | *Professional Retention Issues* -   Review order granting Debtors Motion to Amend Retention of Blackstone | 0.10 | TJT |
| Dec-09-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-11-13 | *Fee Applications, Others* - Email from L. Flores, download attachments re: Bilzin Oct. 2013 monthly fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft cos to Bilzin Oct. 2013 fee app; revisions to notice of same; to LLC | 0.20 | KC |
| | *Fee Applications, Applicant* - Revision to October 2013 prebill and prepare as exhibit to Oct. 2013 fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft Oct. 2013 monthly fee application, to LLC for review of same | 0.30 | KC |
| Dec-13-13 | *Case Administration* -   Review Certificate of Counsel filed by Debtors re: proposed Order for 49th Interim Quarterly Fees | 0.20 | TJT |
| | *Case Administration* - Review Baltimore Business Journal article re: anticipated exit date | 0.10 | TJT |
| Dec-14-13 | *Case Administration* - Review Certificate of Counsel filed by Debtors re: 49th Interim Quarterly Project Category Summary | 0.20 | TJT |
| | *Case Administration* -    Review Certificate of No Objection filed by Debtors re: Debtor's 29th Omnibus Objection to Claims | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* -   Start review of case ending issues | 0.20 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| Dec-16-13 | *Case Administration* - Confer with K. Callahan re: 49th Interim Period Project Category Summary | 0.10 | TJT |
| | *Case Administration* -   Confer with LLC and KC re: case ending issues/matters | 0.30 | TJT |
| | *Case Administration* -   Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Make Contribution to Qualified Settlement Fund | 0.10 | TJT |
| | *Hearings* -   Review Agenda for 12/18 hearing | 0.10 | TJT |
| Dec-17-13 | *Case Administration* - Review order approving quarterly fee apps and forward same to KC | 0.10 | LLC |
| | *Professional Retention Issues* - Review order authorizing retention of Towers Watson by PIFCR | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin Oct. 2013 monthly fee app for efilng, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare Oct. 2013 monthly fee app for efiling, efile and service of same | 0.30 | KC |
| Dec-18-13 | *Case Administration* -   Review order granting Debtors' 29th Omnibus Objection to Claims | 0.10 | TJT |
| | *Case Administration* -   Review order authorizing Debtors to make contribution to qualified settlement funds | 0.10 | TJT |
| | *Hearings* -   Review Amended Agenda for 12/18 hearing | 0.10 | TJT |
| Dec-19-13 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review additional notice of change of address and forward same to KC | 0.10 | LLC |
| | *Case Administration* -   Review order approving 49th Interim Period Quarterly Fees | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Chason Service Engineers, Inc. | 0.10 | TJT |
| | *Case Administration* -   Review Debtor's Motion to Approve Addendum to Settlement with Harper Insurance Co. with attachments | 0.70 | TJT |
| | *Committee, Creditors', Noteholders' or* Teleconference with Committee member re: status of confirmation appeals | 0.10 | TJT |
| Dec-20-13 | *Case Administration* -   Review docket re: case ending matters | 0.30 | TJT |
| | *Case Administration* -   Confer with LLC re: case ending matters | 0.20 | TJT |
| Dec-21-13 | *Case Administration* -   Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* -   Review Notice of Change of Address for Safety Harbor | 0.10 | TJT |
| Dec-24-13 | *Case Administration* -   Review Motion to Approve Settlement with BLG with attachment | 0.70 | TJT |
| | *Case Administration* - Prepare correspondence to J. Sakalo re: Motion to Approve Settlement with BLG | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re: Motion to Approve Settlement with BLG | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Correspondence with committee member re: Motion to Approve Settlement with BLG | 0.20 | TJT |
| Dec-26-13 | *Case Administration* -   Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* -   Review plan and related documents re: case ending matters | 0.40 | TJT |

Invoice #:  49688  Page  4  December 1-31, 2013

| Date | Description | Hours | Atty |
|---|---|---|---|
| Dec-28-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re: Plan status | 0.10 | TJT |
| Dec-31-13 | *Case Administration* - Review Notice of Amendment to Schedule F by Debtors | 0.10 | TJT |
| | *Case Administration* -   Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review amended Schedule F | 0.20 | TJT |
| | *Case Administration* -   Memo to KC re: case status | 0.10 | TJT |
| | Totals | 10.00 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Dec-11-13 | Photocopy Cost | 1.20 |
| Dec-12-13 | Cost Advance - Digital Legal - copies/service (Inv # 78308) | 830.73 |
| Dec-17-13 | Photocopy Cost | 13.05 |
| Dec-31-13 | Photocopy Cost | 0.90 |
| | Totals | $845.88 |

**Total Fees & Disbursements**         **$4,035.88**