IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 28, 2014, at 4:00 p.m. |
| | ) | Hearing Date: April 2, 2014 at 11:00 a.m. |
| | ) | |
| | ) | Related Docket Nos. 31718 and 31772 |

## RE-NOTICE OF MOTION AND AMENDMENT REGARDING MOTION OF ZAI CLASS COUNSEL FOR A COMMON FUND FEE AWARD

**PLEASE TAKE NOTICE** that on February 7, 2014, ZAI Class Counsel filed their *Motion for a Common Fund Fee Award* (the "Motion") (Docket No. 31718) with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that on February 24, 2014, ZAI Class Counsel filed the *Notice of Amendment to Motion of ZAI Class Counsel for a Common Fund Fee Award* (the "Amendment") (Docket No. 31772) with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You were previously served with a copy of the Amendment.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Aniicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

**PLEASE TAKE FURTHER NOTICE** that as set forth in the Notice attached to and served with the Motion, any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801 and served so as to actually be received by the undersigned counsel for the ZAI Claimants on or before **February 28, 2014 at 4:00 p.m.** prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion (as amended) will be held before the Honorable Kevin J. Carey at the Bankruptcy Court, 5th Floor, Courtroom 5, on **April 2, 2014 at 11:00 a.m. prevailing Eastern time. Please take note that the hearing date has changed from March 26, 2014 at 10:00 a.m. to April 2, 2014 at 11:00 a.m.**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE APPLICATION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: February 27, 2014
  Wilmington, Delaware

SULLIVAN HAZELTINE ALLINSON LLC

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, Washington 99201

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
901 North Market Street, Suite 1300
Wilmington, Delaware 19801

RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, South Carolina 29464

LIEFF, CABRASER, HEIMANN & BERNSTEIN, L.L.P.
Elizabeth Cabraser
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

*Counsel for ZAI Claimants*

**CERTIFICATE OF SERVICE**

    I, William D. Sullivan, hereby certify that on the, hereby certify that, on February 27, 2014, I caused one copy of the foregoing *Re-Notice of Motion and Amendment Regarding Motion of ZAI Class Counsel to Limit Notice on Motion for Common Fund Fee Award* to be served upon the parties listed below in the manner indicated.

Adam Paul, Esq.
Lisa Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL, 60654

James E. O'Neill, Esq.
Pachuiski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Michael Magzamen, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Scott L. Baena, Esq.
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickeli Ave., 23rd Floor
Miami, FL 33131-3456

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022

Maria Eskin, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE 19801

Richard H. Wyron, Esq.
Frankei Wyron LLP
2101 L Street, NW
Washington, DC 20037

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Main Street, Suite 1910, LC 201
Dallas, TX 75202

Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Tancred Schiavoni, Esq.
O'Melveny & Myers LLP
Seven Times Square
New York, NY 10024

Richard L. Schepecarter
Office of the U.S. Trustee
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

*February 27, 2014*
Date

*/s/ William D. Sullivan*
William D. Sullivan