# EXHIBIT B

Invoice #:    49273                     Page 1                      Oct. 1, 2013- Oct. 31, 2013

# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                            October 1, 2013 – October 31, 2013

                                                 Inv   #:            49273

RE:    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 2.50 | 897.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.60 | 228.00 |
| B18 | Fee Applications, Others - | 2.30 | 478.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.20 | 76.00 |
| B25 | Fee Applications, Applicant - | 3.50 | 658.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.50 | 190.00 |
| B36 | Plan and Disclosure Statement - | 1.10 | 418.00 |
| | **Total** | **10.70** | **$2,945.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 0.90 | 279.00 |
| Theodore J. Tacconelli | 380.00 | 5.20 | 1,976.00 |
| Legal Assistant - KC | 150.00 | 4.60 | 690.00 |
| **Total** | | **10.70** | **$2,945.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                $219.18

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Oct-02-13 | *Fee Applications, Others* - Draft Certificate of No Objection, cos to Bilzin's July 2013 monthly fee application, to LLC for review | 0.20 | KC |
| | *Fee Applications, Others* - Draft cos and revise notice to Bilzin August monthly fee application | 0.20 | KC |
| | *Fee Applications, Others* - Review docket re: objections to Bilzin July 2013 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft CNO to July 2013 monthly fee application, to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Finalize August 2013 invoice and prepare as Exhibit "A" of August 2013 monthly fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft August 2013 monthly fee application, to LLC for review | 0.30 | KC |
| | *Fee Applications, Applicant* - Review docket re: objections to July 2013 fee application and objections to 49th Quarterly fee application | 0.20 | KC |
| Oct-03-13 | *Fee Applications, Others* - Review CNO re: Bilzin July 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Sumberg August 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: 49th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review certificate of no objection re: July 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review August 2013 monthly fee app for filing | 0.10 | LLC |
| | *Case Administration* -  Review four miscellaneous certificates of no objection filed by debtors | 0.10 | TJT |
| | *Case Administration* -  Review letter from counsel for BNSF to Judge Buckwalter re: former law clerk | 0.10 | TJT |
| | *Fee Applications, Applicant* - Draft certificate of no objection to 49th quarterly fee application, to LLC for review | 0.20 | KC |
| Oct-04-13 | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin July 2012 fee app for efiling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Others* - Prepare Bilzin August 2013 fee application for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare August 2013 fee application for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to July 2013 monthly fee application, efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection re: 49th Quarterly fee application for efiling, efile and service of same | 0.20 | KC |
| Oct-05-13 | *Case Administration* - Review three miscellaneous Certificate of No Objection filed by Debtors | 0.10 | TJT |
| Oct-07-13 | *Claims Analysis Obj. & Res. (Asbestos)* - retrieve voice mail message from property damage claimant | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - teleconference with property damage claimant | 0.10 | TJT |
| Oct-08-13 | *Plan and Disclosure Statement* - Review Garlock's Petition for Rehearing | 0.30 | TJT |
| Oct-10-13 | *Case Administration* - Review notice of withdrawal of appearance and forward same to KC | 0.10 | LLC |
| Oct-11-13 | *Committee, Creditors', Noteholders' or* - Correspondence with | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | committee member re: status of confirmation appeals | | |
| | *Plan and Disclosure Statement* -   Review Order denying Garlock's Petition for Rehearing | 0.10 | TJT |
| Oct-12-13 | *Case Administration* - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Motion to Set Aside Termination order and Memorandum in Support re: appeal no. 09-382 | 0.20 | TJT |
| | *Case Administration* -  Review Motion to Set Aside Termination order and Memorandum in Support re: appeal no. 09-419 | 0.20 | TJT |
| | *Case Administration* - Review Motion to Set Aside Termination order and Memorandum in Support re: appeal no. 09-421 | 0.20 | TJT |
| | *Case Administration* - Review Motion to Set Aside Termination order and Memorandum in Support re: appeal no. 10-611 | 0.20 | TJT |
| Oct-13-13 | *Case Administration* -   Review Debtor's Statement of Amounts Paid to OCP | 0.10 | TJT |
| Oct-14-13 | *Case Administration* - Review notice of withdrawal of Dilworth Paxson LLP, review and revise 2002 service list accordingly | 0.10 | KC |
| Oct-16-13 | *Case Administration* - Review Fee Auditor's final Report for 49th Interim Period re: Saul Ewing | 0.10 | TJT |
| Oct-23-13 | Case Administration -   Review Declaration by J. Guy filed by PIFCR | 0.10 | TJT |
| | *Case Administration* -   Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Oct-24-13 | *Case Administration* -   Review Declaration by T. Swett filed by PIFCR | 0.10 | TJT |
| | *Case Administration* -   Review Reuters article re: emergence timing | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare draft invoice for Sept. 2013; revisions | 0.20 | KC |
| Oct-26-13 | *Case Administration* - Review Debtor's 49th Quarterly Report of Settlements | 0.10 | TJT |
| | *Case Administration* -   Review Debtor's 49th Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Case Administration* -   Review Amended 2019 Statement by Lipsitz & Ponterio | 0.10 | TJT |
| | *Fee Applications, Applicant* -   Review and revise Ferry Joseph and Pearce September prebill | 0.30 | TJT |
| | *Plan and Disclosure Statement* -   Review 3rd Circuit Dockets re: status of appeals | 0.10 | TJT |
| Oct-29-13 | *Committee, Creditors', Noteholders' or* - Review correspondence from committee member and teleconference with committee member re: status of confirmation appeals | 0.50 | TJT |
| | *Plan and Disclosure Statement* -   Review 9th Circuit Opinion re: 524g In re: Plant Insulation Co. | 0.60 | TJT |
| Oct-30-13 | *Fee Applications, Others* - Review Bilzin Sept. 2013 monthly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin August 2013 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: August 2013 fee app for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Debtor's Objection to Claim by P. Nelson with attachments | 0.50 | TJT |
| | *Case Administration* - Memo to   LLC re: status of Bilzin quarterly and filing of certificate of no objection to same | 0.10 | KC |
| | *Fee Applications, Others* - Review email from L. Flores; download | 0.20 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | attachments of Bilzin Sept. 2013 fee app to file | | |
| | *Fee Applications, Others* - Revisions to Notice, draft COS of Bilzin's Sept. 2013 fee app; to LLC for review | 0.20 | KC |
| | *Fee Applications, Others* - Draft certificate of no objection to Bilzin August 2013 fee application; to LLC for review | 0.10 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin August 2013 fee application | 0.10 | KC |
| | *Fee Applications, Applicant* - Revisions to Sept. 2013 draft invoice | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft certificate of no objection to August 2013 fee application; to LLC for review | 0.10 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to August 2013 fee application | 0.10 | KC |
| Oct-31-13 | *Case Administration* -   Review Notice of Withdrawal of Document filed by Duane Morris | 0.10 | TJT |
| | *Fee Applications, Others* -   Confer with KC re: Bilzin 49th Interim Period Quarterly Fee app | 0.10 | TJT |
| | *Fee Applications, Others* -   Correspondence with J. Sakalo re: Bilzin 49th Interim Period Quarterly Fee app | 0.20 | TJT |
| | *Fee Applications, Applicant* - Finalize September invoice, prepare for efiling as Exhibit "A" | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft September 2013 fee application | 0.30 | KC |

Totals     10.70

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Oct-04-13 | Photocopy Cost | 14.40 |
| | Cost Advance - postage - 6 x $.46 | 2.76 |
| | Cost Advance - postage - 1 @ $2.12 | 2.12 |
| Oct-11-13 | Cost Advance -   Lexis Nexis - Account # 1402RF; Inv # 1309363050 | 150.00 |
| Oct-28-13 | Cost Advance - Pacer Service Center - 7/1/13- 9/30/13 (TJT) Account # FJ0093 | 38.40 |
| | Cost Advance - Pacer Service Center - 7/1/13- 9/30/13 (RSM) Account # FJ0091 | 11.50 |
| | Totals | $219.18 |

**Total Fees & Disbursements**     **$3,164.18**

## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Ph:(302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                                              Nov. 1, 2013 to Nov. 30, 2013

                                                                   Invoice #:        49452

RE:    WR Grace PD Committee

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 4.60 | 1,460.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.10 | 38.00 |
| B18 | Fee Applications, Others - | 3.00 | 652.00 |
| B25 | Fee Applications, Applicant - | 3.00 | 482.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.80 | 304.00 |
| B36 | Plan and Disclosure Statement - | 0.30 | 114.00 |
| B45 | Professional Retention Issues - | 1.20 | 456.00 |
| | **Total** | **13.00** | **$3,506.00** |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 1.10 | 341.00 |
| Theodore J. Tacconelli | 380.00 | 6.00 | 2,280.00 |
| Legal Assistant - KC | 150.00 | 5.30 | 795.00 |
| Legal Assistant - PR | 150.00 | 0.60 | 90.00 |
| **Total** | | **13.00** | **$3,506.00** |

### DISBURSEMENT SUMMARY

**Total Disbursements**                                                            **$61.62**

| Invoice #: | 49452 | Page 2 | Nov. 1-30, 2013 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-13 | *Fee Applications, Applicant* - Review Sept. 2013 fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Final Report re: A. Rich for the 49th Interim Period | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare certificate of no objection to Bilzin August 2013 fee app for efiling, efile and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare certificate of no objection to August 2013 fee app for efiling, efile and service of same | 0.20 | KC |
| Nov-02-13 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Debtor's 29th Omnibus Objection to Claims with attachments | 0.80 | TJT |
| Nov-04-13 | *Case Administration* - Review Debtor's Post Confirmation Quarterly Report | 0.30 | TJT |
| Nov-05-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re: Stroock 49th Interim Period Fee app. | 0.10 | TJT |
| | *Fee Applications, Applicant* - Prepare September 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Preparation of 50th Quarterly fee application for July, Aug, Sept. 2013 | 1.00 | KC |
| Nov-06-13 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review email from LLC re: address change, Bischof & Klein, review service list re:same | 0.20 | KC |
| Nov-07-13 | *Case Administration* - Review order scheduling omnibus hearing dates and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review Notice of Change of Address for Bishof & Klein | 0.10 | TJT |
| | *Case Administration* - Review Certification of Counsel filed by debtors re: Ominbus Hearing dates | 0.10 | TJT |
| | *Case Administration* - Review email from LLC re: Order scheduling 2014 omnibus hearings, download order from docket | 0.20 | KC |
| Nov-08-13 | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re: new Omnibus Hearing dates | 0.10 | TJT |
| Nov-09-13 | *Case Administration* - Review Order scheduling Omnibus Hearing dates | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Nov-11-13 | *Case Administration* - Review Fee Auditor's Final Report re: Baker Donelson for 46th Interim Period | 0.10 | TJT |
| Nov-15-13 | *Professional Retention Issues* - Review Debtor's Motion to Amend Retention of Blackstone with attachments | 0.60 | TJT |
| Nov-16-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Professional Retention Issues* - Review PIFCR's Motion to Retain Towers Watson with attachments | 0.60 | TJT |
| Nov-18-13 | *Case Administration* - Review affidavit of M. Gerely filed by Debtors | 0.10 | TJT |
| Nov-19-13 | *Fee Applications, Others* - Correspondence with J. Sakalo re: Bilzin 49th Quarterly Fee App | 0.20 | TJT |
| | *Case Administration* - Confer with T. Tacconelli re: case status | 0.20 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - Review email from L. Flores, download Bilzin 50th Quarterly fee application, revisions to same, prepare cos, exhibit, to LLC for review of same | 0.50 | KC |
| | *Fee Applications, Applicant* - Continued preparation of 50th Quarterly fee application, cos, exhibit, to LLC for review of same | 0.40 | KC |
| Nov-20-13 | *Fee Applications, Others* - Confer with KC re: CNO re: Bilzin 49th quarterly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with T. Tacconelli re: Certificate of No Objection for Bilzin 49th Quarterly fee app | 0.10 | LLC |
| | *Fee Applications, Others* - Review CNO re: Bilzin 49th Quarterly fee app and confer with KC re: filing of same | 0.10 | LLC |
| | *Case Administration* - Confer with KC re: case status | 0.20 | TJT |
| | *Fee Applications, Others* - Correspondence with J. Sakalo re: Bilzin 49th Quarterly Fee App | 0.20 | TJT |
| | *Fee Applications, Others* - Confer with KC re: Certificate of No Objection re: Bilzin's 49th Quarterly Fee App | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re: Bilzin's 49th quarterly Fee App | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Motion to Amend Anderson Memorial Hospital Opinion by A. Rosenberg | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with TJT re: status of Bilzin 49th quarterly fee app | 0.10 | KC |
| | *Fee Applications, Others* - Review docket for objections to Bilzin 49th quarterly fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft certificate of no objection to Bilzin 49th Quarterly fee app, to LLC for review of same | 0.20 | KC |
| Nov-21-13 | *Plan and Disclosure Statement* - Review order granting Motion to Amend Anderson Memorial Hospital Opinion by A. Rosenberg | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Amended Anderson Memorial Hospital Opinion | 0.10 | TJT |
| Nov-22-13 | *Case Administration* - Review Notice of Appearance and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin 50th Quarterly fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 50th Quarterly fee app for filing | 0.10 | LLC |
| | *Case Administration* - Review Amended Notice of Appearance re: Wells Fargo | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare 50th Quarterly fee app of Bilzin Sumberg for efiling, efile same, coordinate service with P. Rooney | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare 50th Quarterly fee app for efling, efile same, coordinate service with P. Rooney | 0.30 | KC |
| | *Fee Applications, Others* - Confer with KC, coordinate service of Bilzin 50th Quarterly fee app through Digital Legal | 0.30 | PR |
| | *Fee Applications, Applicant* - Confer with KC, coordinate service of 50th Quarterly fee application through Digital Legal | 0.30 | PR |
| Nov-23-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion for Authorization to Make Contribution to qualified Settlement Fund | 0.60 | TJT |
| Nov-25-13 | *Case Administration* - Memo re: case status from T. Tacconelli, research and reply to same | 0.20 | KC |

| Invoice #: | 49452 | Page 4 | Nov. 1-30, 2013 |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review amended notice of appearance, review 2002 service list, memo to LLC re: same | 0.30 | KC |
| Nov-26-13 | *Case Administration* - Review e-notice of fee auditor's combined report and forward same to KC | 0.10 | LLC |
| | *Case Administration* - E-mail from B. Ruhlander re: fee auditor's combined report | 0.10 | LLC |
| | *Case Administration* - Review Declaration by J. Radecki | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket for objections to Bilzin Sept. 2013 monthly fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft CNO to Bilzin Sept. 2013 monthly fee app; to LLC for review | 0.20 | KC |
| | *Fee Applications, Applicant* - Review docket for objections to Sept. 2013 monthly fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft certificate of no objection to Sept. 2013 monthly fee app; to LLC for review | 0.20 | KC |
| Nov-27-13 | *Case Administration* - Review correspondence from B. Ruhlander re: Fee Auditor's Combined Final Report for 49th Interim Period | 0.10 | TJT |
| Nov-28-13 | *Case Administration* - Review Fee Auditor's Combined Final Report for 49th Interim Period with attachments | 0.20 | TJT |
| | *Case Administration* - Review status re: various pending Motions | 0.10 | TJT |
| Nov-29-13 | *Case Administration* - Review 33rd Supplemental Affidavit of K&E | 0.20 | TJT |

Totals 13.00

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Nov-05-13 | Cost Advance - postage | 1.92 |
| Nov-08-13 | Cost Advance - Lexis Nexis - Legal research October | 45.00 |
| Nov-16-13 | Photocopy Cost | 1.65 |
| | Photocopy Cost | 1.80 |
| | Photocopy Cost | 1.20 |
| Nov-20-13 | Photocopy Cost | 1.50 |
| | Photocopy Cost | 2.10 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 1.65 |
| | Photocopy Cost | 2.10 |
| | Photocopy Cost | 1.80 |
| | Totals | $61.62 |

**Total Fees & Disbursements**  **$3,567.62**

***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Ph:(302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                                December 1-December 31, 2013

                                                                     Inv #:           49688

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 6.10 | 2,297.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.50 | 190.00 |
| B18 | Fee Applications, Others - | 1.10 | 165.00 |
| B25 | Fee Applications, Applicant - | 1.80 | 348.00 |
| B37 | Hearings - | 0.20 | 76.00 |
| B45 | Professional Retention Issues - | 0.30 | 114.00 |
| | **Total** | **10.00** | **$3,190.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 0.50 | 155.00 |
| Theodore J. Tacconelli | 380.00 | 7.00 | 2,660.00 |
| Paralegal - MAG | 150.00 | 0.60 | 90.00 |
| Legal Assistant - KC | 150.00 | 1.90 | 285.00 |
| **Total** | | **10.00** | **$3,190.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                              $845.88

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Dec-04-13 | *Fee Applications, Applicant* - Review certificate of no objection re: Sept. 2013 fee app for filing | 0.10 | LLC |
| | *Professional Retention Issues* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Amend Retention Order for Blackstone | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare CNO to Bilzin's Sept. 2013 fee app for efiling, discussion with MAG re: filing and service of same | 0.20 | KC |
| | *Fee Applications, Applicant* - Prepare CNO to Sept. 2013 fee app for efiling, discussion with MAG re: filing and service of same | 0.20 | KC |
| Dec-05-13 | *Fee Applications, Applicant* - E-mail from MAG re: filing of Certificate of No Objection | 0.10 | LLC |
| | *Fee Applications, Others* - E-file CNO for Bilzin Sept. 2013 fee application and service of same | 0.30 | MAG |
| | *Fee Applications, Applicant* - E-file CNO for Ferry, Joseph & Pearce's Sept. 2013 fee application and service of same | 0.30 | MAG |
| | *Fee Applications, Applicant* - Draft invoice for October 2013 monthly fee application | 0.10 | KC |
| Dec-06-13 | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Objection to Claim No. 18509 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry Joseph & Pearce October 2013 prebill | 0.20 | TJT |
| Dec-07-13 | *Case Administration* - Review Affidavit re: Lincoln Partners | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review order granting Debtors Objection to Claim No. 18509 | 0.10 | TJT |
| | *Professional Retention Issues* - Review order granting Debtors Motion to Amend Retention of Blackstone | 0.10 | TJT |
| Dec-09-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| Dec-11-13 | *Fee Applications, Others* - Email from L. Flores, download attachments re: Bilzin Oct. 2013 monthly fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft cos to Bilzin Oct. 2013 fee app; revisions to notice of same; to LLC | 0.20 | KC |
| | *Fee Applications, Applicant* - Revision to October 2013 prebill and prepare as exhibit to Oct. 2013 fee application | 0.20 | KC |
| | *Fee Applications, Applicant* - Draft Oct. 2013 monthly fee application, to LLC for review of same | 0.30 | KC |
| Dec-13-13 | *Case Administration* - Review Certificate of Counsel filed by Debtors re: proposed Order for 49th Interim Quarterly Fees | 0.20 | TJT |
| | *Case Administration* - Review Baltimore Business Journal article re: anticipated exit date | 0.10 | TJT |
| Dec-14-13 | *Case Administration* - Review Certificate of Counsel filed by Debtors re: 49th Interim Quarterly Project Category Summary | 0.20 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's 29th Omnibus Objection to Claims | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Start review of case ending issues | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Dec-16-13 | *Case Administration* - Confer with K. Callahan re: 49th Interim Period Project Category Summary | 0.10 | TJT |
| | *Case Administration* - Confer with LLC and KC re: case ending issues/matters | 0.30 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by Debtors re: Debtor's Motion to Make Contribution to Qualified Settlement Fund | 0.10 | TJT |
| | *Hearings* - Review Agenda for 12/18 hearing | 0.10 | TJT |
| Dec-17-13 | *Case Administration* - Review order approving quarterly fee apps and forward same to KC | 0.10 | LLC |
| | *Professional Retention Issues* - Review order authorizing retention of Towers Watson by PIFCR | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare Bilzin Oct. 2013 monthly fee app for efilng, efile and service of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Prepare Oct. 2013 monthly fee app for efiling, efile and service of same | 0.30 | KC |
| Dec-18-13 | *Case Administration* - Review order granting Debtors' 29th Omnibus Objection to Claims | 0.10 | TJT |
| | *Case Administration* - Review order authorizing Debtors to make contribution to qualified settlement funds | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 12/18 hearing | 0.10 | TJT |
| Dec-19-13 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review additional notice of change of address and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review order approving 49th Interim Period Quarterly Fees | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Chason Service Engineers, Inc. | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Motion to Approve Addendum to Settlement with Harper Insurance Co. with attachments | 0.70 | TJT |
| | *Committee, Creditors', Noteholders' or* Teleconference with Committee member re: status of confirmation appeals | 0.10 | TJT |
| Dec-20-13 | *Case Administration* - Review docket re: case ending matters | 0.30 | TJT |
| | *Case Administration* - Confer with LLC re: case ending matters | 0.20 | TJT |
| Dec-21-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Notice of Change of Address for Safety Harbor | 0.10 | TJT |
| Dec-24-13 | *Case Administration* - Review Motion to Approve Settlement with BLG with attachment | 0.70 | TJT |
| | *Case Administration* - Prepare correspondence to J. Sakalo re: Motion to Approve Settlement with BLG | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re: Motion to Approve Settlement with BLG | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Correspondence with committee member re: Motion to Approve Settlement with BLG | 0.20 | TJT |
| Dec-26-13 | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review plan and related documents re: case ending matters | 0.40 | TJT |

| Invoice #: 49688 | Page 4 | | December 1-31, 2013 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Dec-28-13 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re: Plan status | 0.10 | TJT |
| Dec-31-13 | *Case Administration* - Review Notice of Amendment to Schedule F by Debtors | 0.10 | TJT |
| | *Case Administration* - Review three miscellaneous Certificates of No Objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review amended Schedule F | 0.20 | TJT |
| | *Case Administration* - Memo to KC re: case status | 0.10 | TJT |
| | Totals | 10.00 | |

### DISBURSEMENTS

| | | |
|---|---|---|
| Dec-11-13 | Photocopy Cost | 1.20 |
| Dec-12-13 | Cost Advance - Digital Legal - copies/service (Inv # 78308) | 830.73 |
| Dec-17-13 | Photocopy Cost | 13.05 |
| Dec-31-13 | Photocopy Cost | 0.90 |
| | Totals | $845.88 |

**Total Fees & Disbursements**      $4,035.88