```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number         2523349
7500 Grace Drive                         Invoice Date          02/25/14
Columbia, Maryland 21044                 Client Number          172573
USA



==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

          Fees                                  560.00
          Expenses                                0.00

                        TOTAL BALANCE DUE UPON RECEIPT          $560.00
                                                             =============
```

```
                        REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2523349
7500 Grace Drive                          Invoice Date       02/25/14
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        60026


================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2014

      Date    Name                                               Hours
    --------  -----------                                        -----

    01/04/14  Cameron       Review status materials.              .80

                                                                ------
                                              TOTAL HOURS         .80


    TIME SUMMARY                 Hours         Rate         Value
    ------------------------   ----------------------      -------
    Douglas E. Cameron          0.80  at  $  700.00   =    560.00

                    CURRENT FEES                                 560.00


                                                            ------------
                    TOTAL BALANCE DUE UPON RECEIPT              $560.00
                                                            ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



W.R. Grace & Co.                         Invoice Number        2523350
7500 Grace Drive                         Invoice Date         02/25/14
Columbia, Maryland 21044                 Client Number          172573
USA



===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

         Fees                                  2,285.00
         Expenses                                  0.00

                       TOTAL BALANCE DUE UPON RECEIPT         $2,285.00
                                                              =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number     2523350
7500 Grace Drive                           Invoice Date       02/25/14
Columbia, Maryland 21044                   Client Number       172573
USA                                        Matter Number        60029



==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2014

       Date    Name                                                   Hours
       ----    ----                                                   -----

    01/02/14 Ament        Attention to billing matters              .30
                          (.10); e-mails re: same (.10);
                          e-mail to J. Lord re: Nov. monthly
                          fee application (.10).

    01/02/14 Lord         Draft and e-file COS for Reed             .20
                          Smith November monthly fee
                          application.

    01/03/14 Ament        Attention to matters re: 2014 fee        1.00
                          applications, and address issues
                          re: Dec. 2013 application and
                          final quarterly application for
                          2013.

    01/04/14 Cameron      Review fee application materials          .30

    01/10/14 Lord         Draft and e-file CNO to Reed Smith        .40
                          October monthly fee application

    01/16/14 Muha         Review and revise Dec. 2013 fee           .30
                          and expense detail for monthly fee
                          app, and communication with S. Lima
                          re: same.

    01/28/14 Ament        E-mails re: billing matters (.10);        .20
                          begin drafting 150th monthly fee
                          application (.10).

    01/28/14 Muha         Attend to issues re: finalizing           .20
                          December monthly application.
```

```
172573 W. R. Grace & Co.                              Invoice Number   2523350
60029  Fee Applications-Applicant                     Page     2
February 25, 2014
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/29/14 | Ament | Review invoices in preparation for December fee application (.10); calculate fees and expenses for 150th fee application (.30); prepare spreadsheets for 150th fee application (.20); continue drafting 150th fee application (.20); provide 150th fee application to A. Muha for review (.10); various e-mails and meetings with A. Muha re: changes to 150th fee application (.20); update spreadsheets re: various changes per A. Muha request (.20); update December monthly fee application per A. Muha request (.20); various e-mails re: billing matters (.10); finalize 150th fee application (.10); e-mail 150th monthly fee application to J. Lord for DE filing (.10). | 1.80 |
| 01/29/14 | Lord | Research docket and draft/file CNO to Reed Smith's November monthly fee application. | .40 |
| 01/29/14 | Lord | Review and revise Reed Smith's 150th monthly fee application for e-filng and service. | 1.00 |
| 01/29/14 | Muha | Multiple sets of revisions to finalize invoices for Dec. monthly application, and review and revise Dec. monthly application. | .70 |
| 01/30/14 | Lord | Communicate with S. Ament re: fee application issues. | .20 |
| 01/31/14 | Ament | Attention to billing matters (.10); various e-mails re: same (.10). | .20 |
| 01/31/14 | Lord | Finalize, e-file and serve Reed Smith's December monthly fee application. | .40 |
| | | TOTAL HOURS | 7.60 |

```
172573 W. R. Grace & Co.                        Invoice Number   2523350
60029   Fee Applications-Applicant              Page      3
February 25, 2014


        TIME SUMMARY              Hours           Rate           Value

        ------------------------  --------------------           -------

        Douglas E. Cameron        0.30   at   $   700.00   =      210.00
        Andrew J. Muha            1.20   at   $   510.00   =      612.00
        John B. Lord              2.60   at   $   280.00   =      728.00
        Sharon A. Ament           3.50   at   $   210.00   =      735.00

                                  CURRENT FEES                            2,285.00


                                                                    ------------
                                  TOTAL BALANCE DUE UPON RECEIPT      $2,285.00
                                                                    ============
```

```
                              REED SMITH LLP
                             PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2523351
7500 Grace Drive                          Invoice Date       02/25/14
Columbia, Maryland 21044                  Client Number       172573
USA



==============================================================================

Re: W. R. Grace & Co.


(80001)   Unclaimed Property Advice

          Fees                            24,219.00
          Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $24,219.00
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      2523351
7500 Grace Drive                         Invoice Date       02/25/14
Columbia, Maryland 21044                 Client Number       172573
USA                                      Matter Number        80001



==============================================================================

Re: (80001)  Unclaimed Property Advice

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2014

     Date    Name                                                  Hours
     ------- -----------                                           -----

     01/02/14 Sampson          Conducted legal research re CA        .50
                               escheatment of stock and dividends.

     01/03/14 Yu               Work on statistical sample of        1.50
                               miscellaneous income transactions.

     01/06/14 Lima             Conference call to discuss           2.40
                               Voluntary Disclosure Agreements
                               (1.0); review follow up
                               correspondence (0.4); confer with
                               A. Sampson regarding Chevron/ART
                               property (0.5); follow up with
                               Illinois team on Illinois VDA
                               questions (0.5).

     01/06/14 Sampson          Phone conference with S. Lima re     1.30
                               partnership escheat issues (0.3);
                               conducted legal research re same
                               (1.0).

     01/06/14 van Stephoudt    Review of the sampling for VDA       2.50
                               "Unclaimed Property."

     01/07/14 Lima             Begin drafting correspondence         .40
                               regarding Illinois VDA questions
                               (0.3); correspond with client
                               regarding statistical sample (0.1).

     01/07/14 Sampson          Continued conducting legal           2.50
                               research re partnership escheat
                               issues.

     01/07/14 van Stephoudt    Review of sampling for VDA.          4.00
```

```
172573 W. R. Grace & Co.                         Invoice Number   2523351
80001  Unclaimed Property Advice                 Page    2
February 25, 2014


   Date    Name                                                     Hours
 -------- -----------                                                -----

 01/07/14 Yu              Work on statistical sample of               2.40
                          miscellaneous income transactions.

 01/08/14 Lima            Review preliminary schedules of             2.60
                          sampled miscellaneous income
                          (1.0); review and respond to VDA
                          correspondence (0.6); prepare
                          correspondence regarding
                          escheatment of stock (1.0).

 01/08/14 Sollie          Disc. S. Lima regarding various              .40
                          issues related to UP project.

 01/08/14 van Stephoudt   Review of sampling.                         2.00

 01/08/14 Yu              Work on statistical sample of               3.50
                          miscellaneous income transactions.

 01/09/14 Lima            Analyze ART unclaimed property               .80
                          issue and confer internally
                          regarding same (0.3); call with
                          R. Higgins regarding securities (0.5).

 01/09/14 Yu              Work on statistical sample of               2.50
                          miscellaneous income transactions.

 01/10/14 Yu              Work on statistical sample of                .50
                          miscellaneous income transactions.

 01/12/14 Sollie          Prepare for meeting with G. Sawyer           .30
                          (Delaware VDA)

 01/13/14 Lima            Review correspondence regarding              .50
                          VDAs and confer internally
                          regarding same (0.3); confer with
                          G. Yu regarding sample of
                          miscellaneous income (0.2).

 01/13/14 Yu              Work on statistical sample of               1.50
                          miscellaneous income transactions.

 01/14/14 Lima            Confer with K. Sollie regarding             1.00
                          unclaimed property owed to members
                          of LLC (0.5); draft correspondence
                          regarding securities (0.5).

 01/14/14 Martin          Prepare schedule of sampled                 1.90
                          transactions.
```

```
172573 W. R. Grace & Co.                          Invoice Number   2523351
 80001  Unclaimed Property Advice                  Page     3
February 25, 2014


   Date    Name                                                      Hours
 -------- -----------                                                 -----

  01/14/14 Sollie            Review emails regarding stock              .20
                             escheatment.

  01/14/14 van Stephoudt     Review of sampling for unclaimed          2.50
                             property.

  01/15/14 Lima              Call regarding statistical sample          .20
                             of miscellaneous income

  01/15/14 Yu                Work on statistical sample of              .50
                             miscellaneous income transactions.

  01/16/14 Lima              Review and respond to                     .50
                             correspondence from client.

  01/16/14 Yu                Work on statistical sample of             5.70
                             miscellaneous income transactions.

  01/17/14 Yu                Continue to work on statistical            .20
                             sample.

  01/20/14 Lima              Communicate with statistics team           .50
                             regarding sample (0.3); correspond
                             with Illinois team regarding Texas
                             VDA (0.2).

  01/21/14 Lima              Confer internally regarding                .20
                             statistical sample methodology

  01/21/14 van Stephoudt     Review of sampling spreadsheet.           1.50

  01/22/14 Martin            Prepare schedule of sampled               2.30
                             transactions for Delaware VDA
                             program.

  01/22/14 Sollie            Review emails regarding Unclaimed          .30
                             Property sampling.

  01/22/14 van Stephoudt     Review of sample speadsheet.               .50

  01/23/14 Lima              Review and analyze statistical            1.50
                             sample of miscellaneous income

  01/23/14 Sollie            Review emails regarding unclaimed          .10
                             property sampline.

  01/27/14 Lima              Review and analyze scope of Texas          .50
                             VDA program.
```

```
172573 W. R. Grace & Co.                        Invoice Number   2523351
80001  Unclaimed Property Advice                Page    4
February 25, 2014


   Date    Name                                                    Hours
 -------- -----------                                               -----

 01/28/14 Sollie           Unclaimed property multistate VDA:         .20
                           Review email correspondence.

 01/29/14 Lima             Prepare for and participate in            1.40
                           call with client regarding
                           securities and statistical sample.

 01/31/14 Lima             Correspond with K. Lanford                 .40
                           regarding statistical sample

 01/31/14 Yu               Continue to work on statistical           1.00
                           sample.
                                                                   ------
                                              TOTAL HOURS           55.20


 TIME SUMMARY                 Hours          Rate          Value
 ------------------------  -----------   -----------     -------
 Kyle O. Sollie              1.50  at  $   695.00   =    1,042.50
 Sara A. Lima               12.90  at  $   490.00   =    6,321.00
 Alexandra P. E. Sampson     4.30  at  $   465.00   =    1,999.50
 Gordon Yu                  19.30  at  $   340.00   =    6,562.00
 Josh Martin                 4.20  at  $   195.00   =      819.00
 Theodor J. van Stephoudt   13.00  at  $   575.00   =    7,475.00

                           CURRENT FEES                               24,219.00

                                                               ------------
                           TOTAL BALANCE DUE UPON RECEIPT        $24,219.00
                                                               ============
```