```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number     2523353
7500 Grace Drive                        Invoice Date       02/25/14
Columbia, Maryland 21044                Client Number       172573
USA                                     Matter Number        60029


===============================================================================

Re: Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        PACER                                    13.70
        Duplicating/Printing/Scanning            40.40
        Postage Expense                           4.44

                CURRENT EXPENSES                                    58.54
                                                                 -------------

                TOTAL BALANCE DUE UPON RECEIPT                     $58.54
                                                                 =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                              Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      2523353
7500 Grace Drive                          Invoice Date        02/25/14
Columbia, Maryland 21044                  Client Number        172573
USA



==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

          Fees                                      0.00
          Expenses                                 58.54

                        TOTAL BALANCE DUE UPON RECEIPT          $58.54
                                                            =============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                           Pittsburgh, PA  15251-6074
                             Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number     2523353
7500 Grace Drive                          Invoice Date       02/25/14
Columbia, Maryland 21044                  Client Number       172573
USA                                       Matter Number        60029
```

===============================================================================

Re: (60029)  Fee Applications-Applicant


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 12/30/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 12/30/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 12/30/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 12/30/13 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 12/31/13 | PACER | 7.90 |
| 12/31/13 | PACER | 5.80 |
| 01/02/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 01/02/14 | Duplicating/Printing/Scanning<br>ATTY # 0718; 13 COPIES | 1.30 |
| 01/03/14 | Postage Expense<br>Postage Expense: ATTY # 000718 User: Equitrac By | 3.04 |
| 01/17/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 01/17/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 01/17/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |

```
172573 W. R. Grace & Co.                        Invoice Number   2523353
60029  Fee Applications-Applicant               Page    2
February 25, 2014


   01/17/14    Duplicating/Printing/Scanning                        .50
               ATTY # 000559: 5 COPIES

   01/23/14    Duplicating/Printing/Scanning                        .10
               ATTY # 008690: 1 COPY

   01/27/14    Duplicating/Printing/Scanning                        .40
               ATTY # 000559: 4 COPIES

   01/28/14    Duplicating/Printing/Scanning                        .40
               ATTY # 000559: 4 COPIES

   01/28/14    Duplicating/Printing/Scanning                       1.30
               ATTY # 000559: 13 COPIES

   01/28/14    Duplicating/Printing/Scanning                       2.10
               ATTY # 000559: 21 COPIES

   01/28/14    Duplicating/Printing/Scanning                        .10
               ATTY # 008690: 1 COPY

   01/29/14    Duplicating/Printing/Scanning                       1.40
               ATTY # 000559: 14 COPIES

   01/29/14    Duplicating/Printing/Scanning                       1.40
               ATTY # 000559: 14 COPIES

   01/29/14    Duplicating/Printing/Scanning                       1.40
               ATTY # 000559: 14 COPIES

   01/29/14    Duplicating/Printing/Scanning                       1.40
               ATTY # 000559: 14 COPIES

   01/29/14    Duplicating/Printing/Scanning                       1.40
               ATTY # 000559: 14 COPIES

   01/29/14    Duplicating/Printing/Scanning                       1.40
               ATTY # 000559: 14 COPIES

   01/29/14    Duplicating/Printing/Scanning                       1.40
               ATTY # 000559: 14 COPIES

   01/29/14    Duplicating/Printing/Scanning                       1.40
               ATTY # 000559: 14 COPIES

   01/29/14    Duplicating/Printing/Scanning                        .10
               ATTY # 000559: 1 COPY

   01/29/14    Duplicating/Printing/Scanning                        .10
               ATTY # 000559: 1 COPY
```

```
172573 W. R. Grace & Co.                        Invoice Number   2523353
60029  Fee Applications-Applicant               Page     3
February 25, 2014


    01/29/14    Duplicating/Printing/Scanning                        .10
                ATTY # 000559: 1 COPY

    01/29/14    Duplicating/Printing/Scanning                        .10
                ATTY # 000559: 1 COPY

    01/29/14    Duplicating/Printing/Scanning                        .10
                ATTY # 000559: 1 COPY

    01/29/14    Duplicating/Printing/Scanning                        .10
                ATTY # 000559: 1 COPY

    01/29/14    Duplicating/Printing/Scanning                        .80
                ATTY # 000559: 8 COPIES

    01/29/14    Duplicating/Printing/Scanning                       1.10
                ATTY # 000559: 11 COPIES

    01/29/14    Duplicating/Printing/Scanning                       1.20
                ATTY # 000559: 12 COPIES

    01/29/14    Postage Expense                                     1.40
                Postage Expense: ATTY # 008702 User: Equitrac By

    01/31/14    Duplicating/Printing/Scanning                       2.10
                ATTY # 000559: 21 COPIES

    01/31/14    Duplicating/Printing/Scanning                       7.20
                ATTY # 000559: 72 COPIES

    01/31/14    Duplicating/Printing/Scanning                        .10

                             CURRENT EXPENSES                      58.54
                                                             ------------
                             TOTAL BALANCE DUE UPON RECEIPT       $58.54
                                                             ============
```