# EXHIBIT 1

DAVID M. FOURNIER  
PEPPER HAMILTON LLP  
Hercules Plaza, Suite 5100  
1313 Market Street  
P.O. Box 1709  
Wilmington, Delaware 19899-1709  
Telephone: (302) 777-6565  
Facsimile: (302) 421-8390  

Chapter 11

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF DELAWARE

| In Re: | NO. 01-01139-KJC |
|---|---|
| W.R. GRACE & CO., et al., | **DECLARATION OF JED W. MORRIS** |
| Debtors. | |

Jed W. Morris, under penalty of perjury of the laws of the States of Washington and Delaware, hereby declares the following to be true and correct:

1. I am competent to testify to the matters herein and do so on personal knowledge.

2. I am a principal/shareholder in the law firm of Lukins & Annis, P.S., based in Spokane, Washington.

3. I have worked at Lukins & Annis, P.S. as an attorney since 1983.

4. I have reviewed time and billing records in our office related to Zonolite Attic Insulation ("ZAI") litigation and the related Grace bankruptcy.

DECLARATION OF JED W. MORRIS: 1

5. Commencing in late 1999 and thereafter, Lukins & Annis, P.S. was involved in several ZAI matters, including cases brought by Lukins & Annis, P.S. in the States of Montana and Washington.

6. Of those matters, the Montana litigation, the Washington litigation, and the property damage committee, were worked on a contingent fee basis.

7. Darrell W. Scott was a principal/shareholder at Lukins & Annis, P.S. during the period of late 1999 through December 31, 2004.

8. For the matters mentioned above, Darrell W. Scott was the originating, supervising, and billing attorney.

9. Darrell W. Scott directed, managed, and supervised over 30 Lukins & Annis lawyers, associates, paralegals, and litigation assistants to work on the matters at various times during his employment with Lukins & Annis.

10. During the period of late 1999 through December 31, 2004, Lukins & Annis, P.S. logged a total of 8,181.04 hours (Principals: 3,970, Associates: 885.69, and Paralegals/Legal Assistants: 3,325.35) on the ZAI and Grace bankruptcy. Using the hourly rates for partners, associates, and paralegals/legal assistants utilized by class counsel in their motion, the lodestar amount for fees is $4,967,984.00. This figure does not include time and expenses incurred after December 31, 2004, for monitoring the Grace bankruptcy proceedings.

DECLARATION OF JED W. MORRIS: 2

11. Attached hereto as Exhibit A are true and correct copies of the entries in our billing system for costs incurred in the ZAI Litigation and Grace bankruptcy (excluding costs incurred in connection with monitoring the matters after Darrell Scott's departure). Attached hereto as Exhibit B is a summary of the costs outlined in Exhibit A. Attached hereto as Exhibit C is a summary of the costs in Exhibit A incurred after Grace filed its Petition for Bankruptcy.

12. The combined balance of lodestar calculated fees for Lukins & Annis, P.S., the Scott Law Group, Edward Westbrook, and Lieff Cabraser is $17,079,784. Lukins & Annis, P.S. has a 29% share of that amount.

13. Darrell W. Scott departed Lukins & Annis, P.S. on December 31, 2004.

14. By mutual agreement between Lukins & Annis, P.S. and Mr. Scott, the matters were transferred to Mr. Scott for further prosecution.

15. Despite numerous attempts, Lukins & Annis, P.S., Darrell Scott, and Edward Westbrook have been unable to reach an agreement on an equitable distribution of a fee recovery for Lukins & Annis, P.S.

16. I have been advised by Edward Westbrook that his firm, the Scott Law Group, and Lieff Cabraser have reached an agreement on sharing of fees among their three firms, the Ness Motley firm, and the McGarvey firm. Lukins &

DECLARATION OF JED W. MORRIS: 3

Annis, P.S. was not a party to those negotiations and has not agreed to any sharing arrangement with them.

Dated at Spokane, Washington this 26th day of February, 2014.

_____
Jed W. Morris

DECLARATION OF JED W. MORRIS: 4

00802954.1  2/26/14