*-----COST ENTRIES-----*

| INDEX | DATE | STAT | AMOUNT | DESCRIPTION | CODE | TKPER | VOUCHER |
|---|---|---|---|---|---|---|---|
| 586790 | 020701 | B | 9.60 * | Photocopies | PH | 146 | |
| 583822 | 020701 | B | 5.40 * | Photocopies | PH | 146 | |
| 585729 | 021201 | B | 1.80 * | Photocopies | PH | 146 | |
| 584751 | 021201 | B | 1.80 * | Photocopies | PH | 146 | |
| 581941 | 021401 | B | 20.02 * | Federal Express Postage - - Vendor:Federal Express | FE | 146 | 36160 |
| 555192 | 021501 | B | 4.60 * | Photocopies | PH | 146 | |
| 585303 | 021501 | B | 0.40 * | Photocopies | PH | 146 | |
| 585896 | 022001 | B | 17.46 * | Meals -Minneapolis Airport for Boston hearing - Vendor:Washington Trust Bank Visa | ME | 146 | 36399 |
| 587899 | 022001 | B | 954.11 | Lodging -Boston Harbor hotel for Hearing - Vendor:Washington Trust Bank Visa | LO | 146 | 36399 |
| 585900 | 022001 | B | 11.17 | Lodging - Boston Harbor Hotel for hearing - Vendor:Washington Trust Bank Visa | LO | 146 | 36399 |
| 595564 | 031901 | B | 0.20 * | Photocopies | PH | 146 | |
| 595449 | 032101 | B | 1109.88 | Lodging - Boston Marriott for document review at Grace Repository - Vendor:Kristy Bergland | LO | 146 | 37373 |
| 595925 | 032101 | B | 6.60 * | Photocopies | PH | 146 | |
| 596402 | 032301 | B | 1373.50 | Plane Fare -Boston for MDL Hearing - Vendor:Washington Trust Bank Visa | PF | 146 | 37538 |
| 596490 | 032701 | B | 3.00 * | (617) 720-5015 | TE | 146 | |
| 596498 | 032701 | B | 4.50 * | (617) 227-2867 | TE | 146 | |
| 596746 | 032801 | B | 31.80 * | Photocopies | PH | 146 | |
| 596144 | 033001 | B | 42.00 * | 14 page fax sent to: (619) 231-7423; (617) 720-5015 | TE | 146 | |
| 608440 | 040301 | B | 159.00 * | Photocopies | PH | 146 | |
| 608448 | 040301 | B | 16.80 * | Photocopies | PH | 146 | |
| 608452 | 040301 | B | 73.00 * | Photocopies | PH | 146 | |
| 603256 | 040401 | B | 3.73 | Meals - - Vendor:Petty Cash | ME | 146 | 37816 |
| 603257 | 040401 | B | 1215.38 | Lodging - Trip to Boston, 3/26/01-3/30/01 - | LO | 146 | 37818 |

| Index | Date | Code | Amount | Description | Type | Ref |
|---|---|---|---|---|---|---|
| 603258 | 040401 | B | 12.64 | Ritz-Carlton - Vendor:Barbara Hurley Meals - Trip to Boston, 3/26/01 - Bull and Finch Pub - Vendor:Barbara Hurley | ME | 146 37818 |
| 603259 | 040401 | B | 14.83 | Meals - Trip to Boston, 3/29/01 - Ciao Bella - Vendor:Barbara Hurley | ME | 146 37818 |
| 604260 | 040401 | B | 19.70 | Meals - Trip to Boston, 3/30/01 - Ritz-Carlton Cafe - Vendor:Barbara Hurley | ME | 146 37818 |
| 606545 | 040401 | B | 6.00 * | Photocopies | PH | 146 |
| 606569 | 040401 | B | 4.20 * | Photocopies | PH | 146 |
| 606584 | 040401 | B | 5.20 * | Photocopies | PH | 146 |
| 606397 | 040401 | B | 51.20 * | Photocopies | PH | 146 |
| 606600 | 040401 | B | 83.60 * | Photocopies | PH | 146 |
| 608601 | 040401 | B | 108.20 * | Photocopies | PH | 146 |
| 608606 | 040401 | B | 2.40 * | Photocopies | PH | 146 |
| 608613 | 040401 | B | 1.20 * | Photocopies | PH | 146 |
| 608614 | 040401 | B | 139.20 * | Photocopies | PH | 146 |
| 608618 | 040401 | B | 30.40 * | Photocopies | PH | 146 |
| 607628 | 040501 | B | 307.60 * | Photocopies | PH | 146 |
| 607761 | 040501 | B | 0.20 * | Photocopies | PH | 146 |
| 607768 | 040601 | B | 10.40 * | Photocopies | PH | 146 |
| 607771 | 040601 | B | 11.60 * | Photocopies | PH | 146 |
| 607781 | 040601 | B | 10.80 * | Photocopies | PH | 146 |
| 608805 | 040601 | B | 19.80 * | Photocopies | PH | 146 |
| 608806 | 040601 | B | 10.60 * | Photocopies | PH | 146 |
| 607824 | 040601 | B | 0.20 * | Photocopies | PH | 146 |
| 609963 | 040901 | B | 3.00 * | Photocopies | PH | 146 |
| 607028 | 040901 | B | 1.60 * | Photocopies | PH | 146 |
| 607125 | 041101 | B | 1.20 * | Photocopies | PH | 146 |
| 607104 | 041101 | B | 12.20 * | Photocopies | PH | 146 |
| 607155 | 041101 | B | 10.00 * | Photocopies | PH | 146 |
| 607069 | 041301 | B | 4.80 * | Photocopies | PH | 146 |
| 606106 | 041301 | B | 4.80 * | Photocopies | PH | 146 |
| 609998 | 041601 | B | 9.00 * | Photocopies | PH | 146 |
| 609099 | 041601 | B | 6.00 * | 459-5482 | PH | 146 |
| 619002 | 041601 | B | 9.00 * | 1 page fax sent to: (843) 216-9440; (843) 216-9450; (202) 408-4699; (415) 956-1008; (617) 720-5015; (406) 752-7124 | TE | 146 |
| 619003 | 041601 | B | 90.00 * | 10 page fax sent to: (843) 216-9440; (843) 216-9450; (202) 408-4699; (415) 956-1008; (617) 720-5015; (406) 752-7124 | TE | 146 |
| 619104 | 041601 | B | 7.50 * | 1 page fax sent to: (617) 720-5015; (843) 216-9450; (973) 367-3521; (973) 538-1984; (973) 575-0544 | TE | 146 |
| 619105 | 041601 | B | 3.00 * | 1 page fax sent to: (305) 374-7593; (312) 541-0155 | TE | 146 |
| 619106 | 041601 | B | 1.50 * | (415) 989-1801 | TE | 146 |
| 619107 | 041601 | B | 243.00 * | 27 page fax sent to: (617) 720-5015; (843) 216-9450; (973) 367-3521; (973) 538-1984; (973) 575-0544; (415) 989-1801 | TE | 146 |
| 610008 | 041601 | B | 61.50 * | 459-6593 | TE | 146 |
| 610009 | 041601 | B | 82.50 * | 459-5482 | TE | 146 |
| 610010 | 041601 | B | 88.50 * | 459-5482 | TE | 146 |
| 610013 | 041601 | B | 9.00 * | (208) 263-0759 | TE | 146 |
| 610014 | 041601 | B | 3.00 * | (302) 573-6497 | TE | 146 |

| ID | Date | | Amount | Description | Code | Acct |
|---|---|---|---|---|---|---|
| 611144 | 041601 | B | 1.60 | * Photocopies | PH | 146 |
| 611204 | 041601 | B | 14.00 | * Photocopies | PH | 146 |
| 611211 | 041601 | B | 1.20 | * Photocopies | PH | 146 |
| 613281 | 041601 | B | 1.60 | * Photocopies | PH | 146 |
| 613341 | 041601 | B | 14.00 | * Photocopies | PH | 146 |
| 616348 | 041601 | B | 1.20 | * Photocopies | PH | 146 |
| 616339 | 041701 | B | 0.40 | * Photocopies | PH | 146 |
| 613476 | 041701 | B | 0.40 | * Photocopies | PH | 146 |
| 611943 | 042001 | B | 10.00 | * Travel Expense - Travel Agent Fee- Vendor:Washington Trust Bank Visa | TX | 146 |
| 616951 | 042001 | B | 1127.50 | * Plane Fare -KLB to Boston for document review - Vendor:Washington Trust Bank Visa | PF | 146 |
| 616990 | 042001 | B | 10.00 | Plane Fare Agent fee- Barb Huley trip to Boston - Vendor:Washington Trust Bank Visa | PF | 146 |
| 611952 | 042001 | B | 1026.99 | Plane Fare -KLB return flight from Boston for document review - Vendor:Washington Trust Bank Visa | PF | 146 |
| 616998 | 042701 | B | 24.95 | * Long Distance Charges - Cell phone usage while KLB at Boston document review - Vendor:Darrell W. Scott | LD | 146 |
| 616989 | 042001 | B | 2154.49 | Plane Fare - Barb Hurley trip to Boston- Vendor:Petty Cash | PF | 146 |
| 642701 | B | | 59.75 | Cab Fare -Trip to Boston - Vendor:Petty Cash 367-4955; (973) 538-1984 | CB | 146 |
| 616050 | 042701 | B | 136.70 | Meals - Trip to Boston- Vendor:Petty Cash 720-5015; (843) 216-9450; (415) 989-1801; (305) 374-7593 | ME | 146 |
| 616051 | 042701 | B | 3.55 | Travel Expense -Trip to Boston Barb Hurley - Vendor:Petty Cash | TX | 146 |
| 616244 | 043001 | B | 18.00 | * 4 page fax sent to: (415) 989-1801; (973) 367-4955; (973) 538-1984 | TE | 146 |
| 615246 | 043001 | B | 27.00 | * 3 page fax sent to: (415) 956-1008; (617) 720-5015; (843) 216-9450; (415) 989-1801; (973) 367-4955; (973) 538-1984 | TE | 146 |
| 615247 | 043001 | B | 31.50 | * 3 page fax sent to: (415) 956-1008; (617) 720-5015; (843) 216-9450; (415) 989-1801; (973) 367-4955; (973) 538-1984 | TE | 146 |
| 616248 | 043001 | B | 108.00 | * 12 page fax sent to: (415) 956-1008; (617) 720-5015; (843) 216-9450; (415) 989-1801; (973) 367-4955; (973) 538-1984 | TE | 146 |
| 616249 | 043001 | B | 9.00 | * 1 page fax sent to: (415) 956-1008; (617) 720-5015; (843) 216-9450; (415) 989-1801; (973) 367-4955; (973) 538-1984 | TE | 146 |
| 616250 | 043001 | B | 18.00 | * 4 page fax sent to: (415) 956-1008; (617) 720-5015; (843) 216-9450 | TE | 146 |
| 618235 | 050801 | B | 43.94 | Federal Express Postage - - Vendor:Federal Express | FE | 146 |
| 616346 | 051001 | B | 86.95 | * Long Distance Charges - Cellular phone bill while in Boston for document review - Vendor:Verizon Wireless | LD | 146 |
| 620893 | 051701 | B | 10.00 | Travel Expense -Agent fee Kristy Bergland 3/14/01 to Boston - Vendor:Washington Trust Bank Visa | TX | 146 |
| 620925 | 051701 | B | 1644.86 | Lodging -Barb Hurley the Marriott in Boston - Vendor:Washington Trust Bank Visa | LO | 146 |
| 620927 | 051701 | B | 2199.00 | Plane Fare -Barb Hurley trip to Boston - Vendor:Washington Trust Bank Visa | PF | 146 |

```
DATE: 11/13/08 09:54:35    PRO FORMA STATEMENT AS OF 111308 FOR FILE (021964-00002) 021964-00002         #()         Page 572 (13)

679343   112701 B      3.60 * Photocopies                                                     PH   146
686358   121401 B     40.80 * Photocopies                                                     PH   146
683361   121801 B     30.80 * Photocopies                                                     PH   146
683770   121801 B     49.20 * Photocopies                                                     PH   146
683520   121901 B     91.20 * Photocopies                                                     PH   146
681198   123101 B      6.80   Color Photocopies                                               PG   146
         ----------
         15573.80
         ==========

BALANCE DUE FROM PREVIOUS STATEMENT . . . . . . . . . . . . . . . . . . . . .      0.00
LESS PAYMENT(S)  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      0.00
                                                                              ----------
BALANCE FORWARD  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      0.00

TIMECARD SUB-TOTAL ( 207.20)  . . . . . . . . . . . . . . . . . . . .    27561.00
DISBURSEMENT SUB-TOTAL . . . . . . . . . . . . . . . . . . . . . . . .   15573.80
SUBTOTAL CURRENT PERIOD                                                  43134.80
TOTAL DUE  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43134.80

TIME VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . .     0.00
COST VALUE FOR THE MATTER AFTER THE CUTOFF DATE . . . . .     0.00
```

```
------LEDGER SUMMARY------
Ledger Code   Ledger Description      Debit       Credit      Credit Applied To
-----------   ------------------   ----------   ----------   -------------------*
                                       0.00         0.00
                                    ----------   ----------
TOTAL                                  0.00         0.00

AGED ACCOUNTS RECEIVABLE:    0.00 (-30)   0.00 (31-60)   0.00 (61-90)   0.00 (91-120)   0.00 (+)
```