**EXHIBIT B**

## Lukins & Annis, P.S. - Zonolite Combined Costs

| Cost Code | Description | Amount |
|---|---|---:|
| 800 | 800 Line Charges* | $ 109.59 |
| AF | Appearance Fee | $ 242.00 |
| AM | Admission Fee | $ 860.00 |
| BI | Binder | $ 446.81 |
| BK | Book | $ 35.36 |
| CB | Cab Fare | $ 499.25 |
| CON | Conference | $ 166.94 |
| CONF/CN | Conference Call | $ 3,517.18 |
| CF | Consultation Fee | $ 150.00 |
| CU | Courier Service | $ 419.00 |
| CT/DP/DT | Deposition/Deposition Transcript | $ 2,099.47 |
| DS | Docket Search | $ 135.00 |
| DY | Delivery Fee | $ 25.50 |
| EB | Exhibit Materials | $ 1,797.68 |
| EF/EX | Expert Fees | $ 27,340.96 |
| FE | Federal Express | $ 6,425.13 |
| FF | Filing Fee | $ 675.50 |
| GA | Gas | $ 18.11 |
| LD/TC/CE | Long Distance Charges | $ 14,278.33 |
| LO | Lodging | $ 7,708.22 |
| LX | Lexis-Nexis Research | $ 1,952.56 |
| ME | Meals | $ 1,710.63 |
| MI/MG | Mileage | $ 567.42 |
| MI | Miscellaneous | $ 898.07 |
| MP | Map | $ 28.32 |
| MR | Medical Records | $ 434.96 |
| NL | Newsletter | $ 391.32 |
| OE | Office Expense | $ 1,613.55 |
| OL/OR | Outside Legal Services/Research | $ 26,210.95 |
| PB | Publication | $ 2,317.80 |
| PF | Plane Fare | $ 13,327.50 |
| PG | Color Photocopies | $ 1,861.50 |
| PH/PC | Photocopies | $ 57,578.57 |
| PK | Parking | $ 214.75 |
| PP | Postage | $ 1,905.87 |
| PT | Photographs | $ 38.26 |
| RC | Rental Car | $ 759.71 |
| RM | Room | $ 1,537.06 |
| RS | Records Search | $ 377.13 |
| SE | Seminar Expense | $ 2,567.60 |
| SF | Service Fee | $ 1,101.13 |
| ST | Storage Rental | $ 2,905.00 |
| TA | Transcript | $ 3,848.44 |
| TE/TY | Telecopier Services | $ 27,548.35 |
| TX | Travel Expense | $ 103.95 |
| UC | UCC Search | $ 67.00 |
| UP | UPS | $ 114.00 |

| | | | |
|---|---|---|---:|
| VT | Video Tape | $ | 2,535.20 |
| WF | Witness Fee | $ | 859.10 |
| WL | Westlaw/Computer Research | $ | 621.23 |
| | | **$ 222,946.96** | |

| Proformas Totals | |
|---|---:|
| Grace/Zonolite, 21964-2 | $ 15,573.80 |
| Grace/Barbanti, 21964-1 | $ 168,564.56 |
| Grace/Dorrington, 19572-1 | $ 38,808.60 |
| | **$ 222,946.96** |

*Includes $7.27 in 800 line charges incurred in 2005 and 2006

## Grace/Zonolite, 21964-2
## Costs beginning at Inception

| CostCode | Worked Amount | Billed Amount | Description |
|---|---:|---:|---|
| FE | $ 63.96 | $ 63.96 | Federal Express Postage |
| LD | $ 111.90 | $ 111.90 | Long Distance Charges |
| LO | $ 4,935.40 | $ 4,935.40 | Lodging |
| ME | $ 205.06 | $ 205.06 | Meals |
| PF | $ 7,891.48 | $ 7,891.48 | Plane Fare |
| PG | $ 6.80 | $ 6.80 | Color Photocopies |
| PH | $ 1,401.40 | $ 1,401.40 | Photocopies |
| TE | $ 874.50 | $ 874.50 | Telecopier Service |
| TX | $ 23.55 | $ 23.55 | Travel Expense |
| TOTAL | $ 15,573.80 | $ 15,573.80 | |

## Grace/Dorrington, 19572-1
## Costs beginning at Inception

| CostCode | Worked Amount | Billed Amount | Description |
|---|---:|---:|---|
| 800 | $ 11.03 | $ 11.03 | 800 Line Charges |
| AM | $ 860.00 | $ 860.00 | Admission Fee |
| BI | $ 191.79 | $ 191.79 | Binder |
| BK | $ 35.36 | $ 35.36 | Book |
| CB | $ 58.50 | $ 58.50 | Cab Fare |
| CE | $ 106.61 | $ 106.61 | Long Distance Charges |
| CF | $ 150.00 | $ 150.00 | Consultation Fee |
| CU | $ 18.00 | $ 18.00 | Courier Service |
| DS | $ 135.00 | $ 135.00 | Docket Search |
| DY | $ 25.50 | $ 25.50 | Delivery Fee |
| EF | $ 152.50 | $ 152.50 | Expert Fees |
| FE | $ 2,009.57 | $ 2,009.57 | Federal Express Postage |
| FF | $ 675.50 | $ 675.50 | Filing Fee |
| GA | $ 14.11 | $ 14.11 | Gas |
| LD | $ 4.50 | $ 4.50 | Long Distance Charges |
| LO | $ 588.86 | $ 588.86 | Lodging |
| LX | $ 1,414.56 | $ 1,414.56 | Lexis-Nexis Research |
| ME | $ 288.59 | $ 288.59 | Meals |
| MG | $ 455.00 | $ 455.00 | Mileage |
| MI | $ 69.02 | $ 69.02 | Miscellaneous |
| MP | $ 18.32 | $ 18.32 | Map |
| MR | $ 332.45 | $ 332.45 | Medical Records |
| OE | $ 29.17 | $ 29.17 | Office Expense |
| PB | $ 581.80 | $ 581.80 | Publication |
| PC | $ 299.32 | $ 299.32 | Photocopies |
| PF | $ 2,620.32 | $ 2,620.32 | Plane Fare |
| PG | $ 445.40 | $ 445.40 | Color Photocopies |
| PH | $ 13,548.20 | $ 12,963.40 | Photocopies |
| PK | $ 54.00 | $ 54.00 | Parking |
| PP | $ 228.12 | $ 228.12 | Postage |
| PT | $ 16.95 | $ 16.95 | Photographs |
| RC | $ 271.95 | $ 271.95 | Rental Car |
| RS | $ 332.13 | $ 332.13 | Records Search |
| SE | $ 243.60 | $ 243.60 | Seminar Expense |
| SF | $ 754.18 | $ 754.18 | Service Fee |
| TC | $ 1,325.56 | $ 1,219.23 | Long Distance Charges |
| TE | $ 10,265.85 | $ 10,025.85 | Telecopier Service |
| UC | $ 67.00 | $ 67.00 | UCC Search |
| VT | $ 900.32 | $ 900.32 | Video Tape |
| WL | $ 141.09 | $ 141.09 | Westlaw/Computer Research |
| TOTAL | $ 39,739.73 | $ 38,808.60 | |

## Grace/Barbanti, 21964-1
## Costs beginning at Inception

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 800 | $ 98.56 | $ 98.56 | 800 Line Charges* |
| AF | $ 242.00 | $ 242.00 | Appearance Fee |
| BI | $ 255.02 | $ 255.02 | Binder |
| CB | $ 381.00 | $ 381.00 | Cab Fare |
| CN | $ 270.87 | $ 270.87 | Conference Call |
| CON | $ 166.94 | $ 166.94 | Conference |
| CONF | $ 3,246.31 | $ 3,246.31 | Conference Call |
| CT | $ 10.00 | $ 10.00 | Court Reporter Deposition |
| CU | $ 401.00 | $ 401.00 | Courier Service |
| DP | $ 2,089.47 | $ 2,089.47 | Deposition |
| EB | $ 1,797.68 | $ 1,797.68 | Exhibit Materials |
| EF | $ 15,441.15 | $ 15,441.15 | Expert Fees |
| EX | $ 11,747.31 | $ 11,747.31 | Expert Fees |
| FE | $ 4,351.60 | $ 4,351.60 | Federal Express Postage |
| GA | $ 4.00 | $ 4.00 | Gas |
| LD | $ 2,059.03 | $ 2,059.03 | Long Distance Charges |
| LO | $ 2,183.96 | $ 2,183.96 | Lodging |
| LX | $ 538.00 | $ 538.00 | Lexis-Nexis Research |
| ME | $ 1,235.15 | $ 1,216.98 | Meals |
| MG | $ 112.42 | $ 112.42 | Mileage |
| MI | $ 829.05 | $ 829.05 | Miscellaneous |
| MP | $ 10.00 | $ 10.00 | Map |
| MR | $ 102.51 | $ 102.51 | Medical Records |
| NL | $ 391.32 | $ 391.32 | Newsletter |
| OE | $ 1,584.38 | $ 1,584.38 | Office Expense |
| OL | $ 26,210.95 | $ 26,210.95 | Outside Legal Services |
| PB | $ 1,736.00 | $ 1,736.00 | Publication |
| PC | $ 1,677.90 | $ 1,677.90 | Photocopies |
| PF | $ 2,815.70 | $ 2,815.70 | Plane Fare |
| PG | $ 1,409.30 | $ 1,409.30 | Color Photocopies |
| PH | $ 43,018.60 | $ 41,236.55 | Photocopies |
| PK | $ 160.75 | $ 160.75 | Parking |
| PP | $ 1,677.75 | $ 1,677.75 | Postage |
| PT | $ 21.31 | $ 21.31 | Photographs |
| RC | $ 487.76 | $ 487.76 | Rental Car |
| RM | $ 1,537.06 | $ 1,537.06 | Room |
| RS | $ 45.00 | $ 45.00 | Records Search |
| SE | $ 2,324.00 | $ 2,324.00 | Seminar Expense |
| SF | $ 346.95 | $ 346.95 | Service Fee |
| ST | $ 2,905.00 | $ 2,905.00 | Storage Rental |
| TA | $ 3,848.44 | $ 3,848.44 | Transcript |
| TC | $ 13,107.38 | $ 10,777.06 | Long Distance Charges |

| | | | | |
|---|---|---|---|---|
| TE | $ | 17,195.00 | $ | 16,616.00 Telecopier Service |
| TX | $ | 80.40 | $ | 80.40 Travel Expense |
| TY | $ | 32.00 | $ | 32.00 Telecopier Service |
| UP | $ | 114.00 | $ | 114.00 UPS Postage |
| VT | $ | 1,634.88 | $ | 1,634.88 Video Tape |
| WF | $ | 859.10 | $ | 859.10 Witness Fee |
| WL | $ | 480.14 | $ | 480.14 Westlaw/Computer Research |
| TOTAL | $ | 173,274.10 | $ | 168,564.56 |

*Includes $7.27 in 800 charges incurred in 2005 and 2006

## 800 Charges incurred after 12/31/04
## re: Grace/Barbanti, 21964-1

| DATE | AMOUNT |
|---|---|
| 01/19/05 | $ 1.04 |
| 02/18/05 | $ 0.14 |
| 03/23/05 | $ 0.07 |
| 04/18/05 | $ 0.04 |
| 05/17/05 | $ 0.08 |
| 06/07/05 | $ 0.11 |
| 07/21/05 | $ 0.10 |
| 08/19/05 | $ 0.20 |
| 09/20/05 | $ 0.60 |
| 10/19/05 | $ 0.27 |
| 11/21/05 | $ 0.20 |
| 12/21/05 | $ 0.40 |
| 01/18/06 | $ 0.30 |
| 02/15/06 | $ 0.80 |
| 03/15/06 | $ 0.45 |
| 04/14/06 | $ 0.15 |
| 05/15/06 | $ 0.15 |
| 06/15/06 | $ 0.28 |
| 07/14/06 | $ 0.31 |
| 08/11/06 | $ 0.38 |
| 09/13/06 | $ 0.20 |
| 10/18/06 | $ 0.25 |
| 11/21/06 | $ 0.20 |
| 12/19/06 | $ 0.55 |
|  | $ 7.27 |