# EXHIBIT C

## Lukins & Annis, P.S. - Zonolite Combined Costs
## Starting April 6, 2001

| Cost Code | Description | Amount |
|---|---|---|
| 800 | 800 Line Charges* | $ 109.34 |
| AF | Appearance Fee | $ 242.00 |
| AM | Admission Fee | $ - |
| BI | Binder | $ 424.14 |
| BK | Book | $ 35.36 |
| CB | Cab Fare | $ 374.25 |
| CON | Conference | $ - |
| CONF/CN | Conference Call | $ 1,131.28 |
| CF | Consultation Fee | $ 150.00 |
| CU | Courier Service | $ 25.00 |
| CT/DP/DT | Deposition/Deposition Transcript | $ - |
| DS | Docket Search | $ - |
| DY | Delivery Fee | $ 25.50 |
| EB | Exhibit Materials | $ 10.67 |
| EF/EX | Expert Fees | $ 3,683.57 |
| FE | Federal Express | $ 1,825.06 |
| FF | Filing Fee | $ - |
| GA | Gas | $ 4.00 |
| LD/TC/CE | Long Distance Charges | $ 11,463.82 |
| LO | Lodging | $ 3,870.42 |
| LX | Lexis-Nexis Research | $ 759.59 |
| ME | Meals | $ 351.25 |
| MI/MG | Mileage | $ 112.42 |
| MI | Miscellaneous | $ - |
| MP | Map | $ 10.00 |
| MR | Medical Records | $ 434.96 |
| NL | Newsletter | $ 391.32 |
| OE | Office Expense | $ 52.23 |
| OL/OR | Outside Legal Services/Research | $ 10,210.95 |
| PB | Publication | $ 1,736.00 |
| PF | Plane Fare | $ 9,288.68 |
| PG | Color Photocopies | $ 876.35 |
| PH/PC | Photocopies | $ 16,856.20 |
| PK | Parking | $ 94.25 |
| PP | Postage | $ 1,525.33 |
| PT | Photographs | $ - |
| RC | Rental Car | $ 303.12 |
| RM | Room | $ - |
| RS | Records Search | $ 22.64 |
| SE | Seminar Expense | $ 2,567.60 |
| SF | Service Fee | $ - |
| ST | Storage Rental | $ 1,800.00 |
| TA | Transcript | $ - |
| TE/TY | Telecopier Services | $ 4,064.00 |

| | | | |
|---|---|---|---|
| TP | Tape | $ | - |
| TX | Travel Expense | $ | 23.55 |
| UC | UCC Search | $ | - |
| UP | UPS | $ | - |
| VT | Video Tape | $ | 349.20 |
| WF | Witness Fee | $ | - |
| WL | Westlaw/Computer Research | $ | 44.61 |
| | | $ | 75,248.66 |

| Proformas Totals | | |
|---|---|---|
| Grace/Dorrington, 19572-1 | $ | 8,590.59 |
| Grace/Barbanti, 21964-1 | $ | 56,936.39 |
| Grace/Zonolite, 21964-2 | $ | 9,721.68 |
| | $ | 75,248.66 |

*Includes $7.27 in 800 charges incurred in 2005 and 2006

## Grace/Zonolite, 21964-2
## Costs beginning 04/06/2001

| CostCode | Worked Amount | | Billed Amount | Description |
|----------|---------------|---|---------------|-------------|
| CB | $ | 59.75 | $ | 59.75 | Cab Fare |
| FE | $ | 43.94 | $ | 43.94 | Federal Express Postage |
| LD | $ | 111.90 | $ | 111.90 | Long Distance Charges |
| LO | $ | 1,644.86 | $ | 1,644.86 | Lodging |
| ME | $ | 136.70 | $ | 136.70 | Meals |
| PF | $ | 6,517.98 | $ | 6,517.98 | Plane Fare |
| PG | $ | 6.80 | $ | 6.80 | Color Photocopies |
| PH | $ | 351.20 | $ | 351.20 | Photocopies |
| TE | $ | 825.00 | $ | 825.00 | Telecopier Service |
| TX | $ | 23.55 | $ | 23.55 | Travel Expense |
| | | | | | |
| TOTAL | $ | 9,721.68 | $ | 9,721.68 | |

## Grace/Barbanti, 21964-1
## Costs beginning from 04/06/2001

| | | | | |
|---|---|---|---|---|
| 800 | $ | 98.42 | $ | 98.42 800 Line Charges* |
| AF | $ | 242.00 | $ | 242.00 Appearance Fee |
| BI | $ | 232.35 | $ | 232.35 Binder |
| CB | $ | 304.00 | $ | 304.00 Cab Fare |
| CN | $ | 150.87 | $ | 150.87 Conference Call |
| CONF | $ | 980.41 | $ | 980.41 Conference Call |
| CU | $ | 25.00 | $ | 25.00 Courier Service |
| EB | $ | 10.67 | $ | 10.67 Exhibit Materials |
| EF | $ | 2,067.83 | $ | 2,067.83 Expert Fees |
| EX | $ | 1,615.74 | $ | 1,615.74 Expert Fees |
| FE | $ | 1,172.08 | $ | 1,172.08 Federal Express Postage |
| GA | $ | 4.00 | $ | 4.00 Gas |
| LD | $ | 774.53 | $ | 774.53 Long Distance Charges |
| LO | $ | 2,183.96 | $ | 2,183.96 Lodging |
| LX | $ | 253.34 | $ | 253.34 Lexis-Nexis Research |
| ME | $ | 211.10 | $ | 192.93 Meals |
| MG | $ | 112.42 | $ | 112.42 Mileage |
| MP | $ | 10.00 | $ | 10.00 Map |
| MR | $ | 102.51 | $ | 102.51 Medical Records |
| NL | $ | 391.32 | $ | 391.32 Newsletter |
| OE | $ | 52.23 | $ | 52.23 Office Expense |
| OL | $ | 10,210.95 | $ | 10,210.95 Outside Legal Services |
| PB | $ | 1,736.00 | $ | 1,736.00 Publication |
| PC | $ | 273.05 | $ | 273.05 Photocopies |
| PF | $ | 2,257.70 | $ | 2,257.70 Plane Fare |
| PG | $ | 632.40 | $ | 632.40 Color Photocopies |
| PH | $ | 14,212.00 | $ | 12,429.95 Photocopies |
| PK | $ | 85.25 | $ | 85.25 Parking |
| PP | $ | 1,406.19 | $ | 1,406.19 Postage |
| RC | $ | 303.12 | $ | 303.12 Rental Car |
| RS | $ | 20.00 | $ | 20.00 Records Search |
| SE | $ | 2,324.00 | $ | 2,324.00 Seminar Expense |
| ST | $ | 1,800.00 | $ | 1,800.00 Storage Rental |
| TC | $ | 12,588.68 | $ | 10,258.36 Long Distance Charges |
| TE | $ | 2,408.00 | $ | 1,829.00 Telecopier Service |
| VT | $ | 349.20 | $ | 349.20 Video Tape |
| WL | $ | 44.61 | $ | 44.61 Westlaw/Computer Research |
| | | | | |
| TOTAL | $ | 61,645.93 | $ | 56,936.39 |

*Includes $7.27 in 800 charges incurred in 2005 and 2006

**Grace/Dorrington, 19572-1**
**Costs beginning 04/06/2001**

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 800 | $ 10.92 | $ 10.92 | 800 Line Charges |
| BI | $ 191.79 | $ 191.79 | Binder |
| BK | $ 35.36 | $ 35.36 | Book |
| CB | $ 10.50 | $ 10.50 | Cab Fare |
| CF | $ 150.00 | $ 150.00 | Consultation Fee |
| DY | $ 25.50 | $ 25.50 | Delivery Fee |
| FE | $ 609.04 | $ 609.04 | Federal Express Postage |
| LO | $ 41.60 | $ 41.60 | Lodging |
| LX | $ 506.25 | $ 506.25 | Lexis-Nexis Research |
| ME | $ 21.62 | $ 21.62 | Meals |
| MR | $ 332.45 | $ 332.45 | Medical Records |
| PF | $ 513.00 | $ 513.00 | Plane Fare |
| PG | $ 237.15 | $ 237.15 | Color Photocopies |
| PH | $ 4,386.80 | $ 3,802.00 | Photocopies |
| PK | $ 9.00 | $ 9.00 | Parking |
| PP | $ 119.14 | $ 119.14 | Postage |
| RS | $ 2.64 | $ 2.64 | Records Search |
| SE | $ 243.60 | $ 243.60 | Seminar Expense |
| TC | $ 425.36 | $ 319.03 | Long Distance Charges |
| TE | $ 1,650.00 | $ 1,410.00 | Telecopier Service |
| TOTAL | $ 9,521.72 | $ 8,590.59 | |

**800 Charges incurred after 12/31/04**
**re: Grace/Barbanti, 21964-1**

| DATE | AMOUNT |
|------|--------|
| 01/19/05 | $ 1.04 |
| 02/18/05 | $ 0.14 |
| 03/23/05 | $ 0.07 |
| 04/18/05 | $ 0.04 |
| 05/17/05 | $ 0.08 |
| 06/07/05 | $ 0.11 |
| 07/21/05 | $ 0.10 |
| 08/19/05 | $ 0.20 |
| 09/20/05 | $ 0.60 |
| 10/19/05 | $ 0.27 |
| 11/21/05 | $ 0.20 |
| 12/21/05 | $ 0.40 |
| 01/18/06 | $ 0.30 |
| 02/15/06 | $ 0.80 |
| 03/15/06 | $ 0.45 |
| 04/14/06 | $ 0.15 |
| 05/15/06 | $ 0.15 |
| 06/15/06 | $ 0.28 |
| 07/14/06 | $ 0.31 |
| 08/11/06 | $ 0.38 |
| 09/13/06 | $ 0.20 |
| 10/18/06 | $ 0.25 |
| 11/21/06 | $ 0.20 |
| 12/19/06 | $ 0.55 |
|  | $ 7.27 |