# Exhibit A

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

July 31, 2013

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Ricardo DUARTE PINTO

Invoice #: 13.40286809

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and Petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS. Preparation, filing and receipt of certified Labor Condition Application (LCA).

Preparation of application to Extend H-4 Nonimmigrant Status of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

|  | Total Legal Fees | $1,475.00 |
|---|---|---|
| **Disbursements** | | |
| Fedex (domestic) | | $87.00 |
| USCIS Filing Fee for H-1B (Training and Education Fee) | | $1,500.00 |
| USCIS Filing Fee for I-129 (H-1B case) | | $325.00 |
| Dependent USCIS Filing Fee for Form I-539 | | $290.00 |
| Miscellaneous expenses | | $73.75 |
|  | **Total Disbursements** | **$2,275.75** |
|  | **Please Remit** | **$3,750.75** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

July 31, 2013

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Ricardo DUARTE PINTO                                      Invoice #: 13.40292386

Preparation and submission of Form I-907 Request for Premium Processing Service for a nonimmigrant petition and preparation and submission of letter to USCIS requesting that pending petition be converted to premium processing.

|  |  |
|---|---|
| Total Legal Fees | $250.00 |

**Disbursements**

| | |
|---|---|
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,225.00 |
| Miscellaneous expenses | $10.00 |
| Total Disbursements | $1,235.00 |
| **Please Remit** | **$1,485.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                   July 31, 2013
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Darshan DOSHI                                                                      Invoice #: 13.40292397

Pre-approved consultations regarding immigration matter, including discussion of requirements, procedures and supporting documentation. Extensive written communication and multiple phone conferences and email with Darshan, Jamie Kendrioski Director, International Student and Scholar Services from Babson College, Megan Naughton the Babson College outside immigration council and company to resolve SEVIS/deferred inspections/parole issue. Five hours of atry work at 250 per hour.

|  |  |
|---|---|
| Total Legal Fees | $1,250.00 |

**Disbursements**

| Miscellaneous expenses |  | $50.00 |
|---|---|---|
|  | Total Disbursements | $50.00 |
|  | **Please Remit** | **$1,300.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***