Exhibit A

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL  33134
Phone: (305) 774-5800
Fax: (305) 774-6660

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

August 31, 2013

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Xu ZHAO

Invoice #: 13.40326005

Preparation and submission of Form I-907 Request for Premium Processing Service for a nonimmigrant petition and preparation and submission of letter to USCIS requesting that pending petition be converted to premium processing.

|  |  |
|---|---|
| Total Legal Fees | $250.00 |

**Disbursements**

| | |
|---|---|
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,225.00 |
| Miscellaneous expenses | $10.00 |
| Total Disbursements | $1,235.00 |
| **Please Remit** | **$1,485.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                 August 31, 2013
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

---

**FOR PROFESSIONAL SERVICES RENDERED**

**RE: Gino D'ALELIO**                                                              Invoice #: 13.40326006

Preparation of L-1 Blanket visa application for temporary nonimmigrant classification as an executive/managerial intracompany transferee. Review of beneficiary's qualifications and employment history abroad. Preparation of Form I-129S and detailed letter in support of application that sets forth duties to be performed by beneficiary in the United States, including a description of the executive/managerial duties and level of discretion to be exercised. Transmittal of prepared documents to client, including firm covering letter to U.S. Embassy/Consulate and letter of instruction.

|  | Total Legal Fees | $1,600.00 |
|---|---|---|

**Disbursements**

| Fedex (domestic) |  | $58.00 |
|---|---|---|
| Miscellaneous expenses |  | $64.00 |
|  | Total Disbursements | $122.00 |
|  | **Please Remit** | **$1,722.00** |

---

**Checks**
Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

August 31, 2013

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Chelsea Freda D'SOUZA

Invoice #: 13.40326007

Preparation and submission of Form I-907 Request for Premium Processing Service for a nonimmigrant petition and preparation and submission of letter to USCIS requesting that pending petition be converted to premium processing.

| | |
|---|---:|
| Total Legal Fees | $250.00 |

**Disbursements**

| | |
|---|---:|
| USCIS Filing Fee for I-907 (Premium Processing Fee) | $1,225.00 |
| Miscellaneous expenses | $10.00 |
| Total Disbursements | $1,235.00 |
| **Please Remit** | **$1,485.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*