UNITED STATES BANKRUPTCY COURT
District of Delaware

| | | |
|---|---|---|
| W.R. Grace & Co., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | CASE NO. 01-01139 |
| | ) | |
| | ) | (Jointly Administered) |
| _____ | ) | |

## NOTICE OF ADDRESS CHANGE

PLEASE CHANGE THE ADDRESS of the below party, and direct the Debtor and their representatives including the claims and distribution agent appointed in these cases to change the address of the creditor Goldman Promotions, in the above captioned debtors for the purposes of administrating its claim (Schedule no. 118019 as scheduled in the W.R. Grace & Co., Case No. 01-01139), and hereby request that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

**Former Address**
Goldman Promotions
n/k/a Halo Branded Solutions
1980 Industrial Drive
Sterling, IL 61081

**New Address**
Halo Branded Solutions
c/o Tannor Partners Credit Fund, LP
150 Grand Street, Suite 401
White Plains, NY 10601

Dated: March 4, 2014