# Exhibit A

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862 5000
FAX: (732) 862 5020

VIRGINIA RODRIGUEZ

C/O ERNST & YOUNG

2323 VICTORY AVENUE
SUITE 2000
DALLAS TEXAS 75219
UNITED STATES OF AMERICA

27-September-2013

FOR PROFESSIONAL SERVICES RENDERED

Employee: LEONID LEZNIK

Fragomen Invoice Number: IN-US00332860

Fragomen Manager: GRAHAM LEES

Fragomen Case Number: 691264

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 844.45

Invoice Total: (USD)   844.45

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - SHANGHAI) | |
| For professional services rendered with respect to the Residence Permit application on behalf of the employee's dependent. | 600.00 |
| Other Legal Fees - Second Tier City | 100.00 |
| Government fees paid on your behalf - Disbursement. Residence Permit (400.00 CNY on 26-SEP-2013 by SUNNY ZHU): govt fee-qingdao | 65.35 |
| Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 35.00 |
| Foreign Tax | 44.10 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Client: W.R. GRACE & CO.
Employee: LEONID LEZNIK

| | |
|---|---|
| Comments: | |
| Application Approval Date: | |
| Application File Date: | |
| Authorizing Manager: | |
| Case Initiation Date: | 12 Jul 2013 |
| Cost Center: | |
| Employee ID: | |
| Number of Dependents: | 1 |
| PO #: | |
| Receiving Country: | CHINA, THE PEOPLE'S REPUBLIC OF |
| Sending Country: | CHINA, THE PEOPLE'S REPUBLIC OF |