# Exhibit A

## LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

October 31, 2013

---

**FOR PROFESSIONAL SERVICES RENDERED**

    RE: Gino D'ALELIO

Invoice #: 13-40356947

| | |
|---|---:|
| Total Legal Fees | $0.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (international). Tracking #796685300113. | $38.33 |
| Total Disbursements | $38.33 |
| Please Remit | **$38.33** |

---

| Checks | Wire Transfers |
|:---:|:---:|
| Please send checks made payable to: | |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| 75 Remittance Drive | The Northern Trust Company |
| Suite # 6072 | Account # 30147775 |
| Chicago, Illinois 60675-6072 | ABA Transit # 071000152 |
| | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, MD 21044  
USA

October 31, 2013

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Yong PAN

Invoice #: 13.40356948

| | |
|---|---:|
| Total Legal Fees | $0.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (international). Tracking #796711736002. | $40.02 |
| Total Disbursements | $40.02 |
| Please Remit | $40.02 |

---

| Checks | Wire Transfers |
|:---:|:---:|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia  
W. R. Grace & Co.  
7500 Grace Drive  
Columbia, MD 21044  
USA

October 31, 2013

---

FOR PROFESSIONAL SERVICES RENDERED

RE: Diego GRANELL NEBOT                                            Invoice #: 13.40362633

Preparation of Application to Change Nonimmigrant Visa Classification to H-4 of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the USCIS.

|  |  |
|---|---|
| Total Legal Fees | $1,300.00 |

**Disbursements**

| | |
|---|---|
| USCIS Filing Fee for Form I-539 | $290.00 |
| Fedex (domestic) | $29.00 |
| Total Disbursements | $319.00 |
| **Please Remit** | **$1,619.00** |

---

**Checks**
Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*