# Exhibit A

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

December 31, 2013

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Weida ZHOU

Invoice #: 14-40397928

Preparation of L-1 Blanket visa application for temporary nonimmigrant classification as an executive/managerial intracompany transferee. Review of beneficiary's qualifications and employment history abroad. Preparation of Form I-129S and detailed letter in support of application that sets forth duties to be performed by beneficiary in the United States, including a description of the executive/managerial duties and level of discretion to be exercised. Transmittal of prepared documents to client, including firm covering letter to U.S. Embassy/Consulate and letter of instruction.

| | Total Legal Fees | $1,850.00 |
|---|---|---|

**Disbursements**

| | | |
|---|---|---|
| Miscellaneous expenses | | $74.00 |
| | Total Disbursements | $74.00 |
| | **Please Remit** | **$1,924.00** |

---

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\*

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

December 31, 2013

---

**FOR PROFESSIONAL SERVICES RENDERED**

RE: Ricardo DUARTE PINTO

Invoice #: 14.40405589

Correspondence with company and review/preparation of written response to USCIS regarding a site visit.

| | |
|---|---|
| Total Legal Fees | $300.00 |

**Disbursements**

| | |
|---|---|
| Total Disbursements | $0.00 |
| Please Remit | $300.00 |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***