IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors, in the above-captioned action, and that on the 4th day of March, 2014, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**MONTHLY APPLICATION OF FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS IMMIGRATION COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2013 TO DECEMBER 31, 2013**

Patricia E. Cuniff

SWORN TO AND SUBSCRIBED before me this 4th day of March, 2014

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE

Notary Public
My Commission Expires: My commission expires Nov. 13, 2014

Grace Monthly Fee Application Service List
Case No. 01-1139 (KJC)
Doc. No. 45804v5
02 – Federal Express
21 - E-Mail

**Federal Express and E-mail:**
**richard.finke@grace.com**
(Debtors)
Richard C. Finke, Esquire
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Federal Express and E-mail:**
**feeaudit@whsmithlaw.com**
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

**Email: Richard.Schepacarter@usdoj.gov**
(Trustee)
Office of the United States Trustee
Richard L. Schepacarter
Trial Attorney
U.S. Department of Justice
844 King Street, Suite 2311
Wilmington, DE 19801

**E-mail: joneill@pszjlaw.com**
(Co-Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)

**E-mail: mlastowski@duanemorris.com**
(Counsel for the Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, 16th Floor
Wilmington, DE 19801

**E-mail: mjoseph@ferryjoseph.com**
(Counsel to the Official Committee of Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail: mhurford@camlev.com**
(Counsel to the Official Committee of Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**E-mail: tcurrier@saul.com**
(Counsel to the Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

**E-mail: jcp@pgslaw.com**
(Co-Counsel to Roger Frankel, Personal Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE 19806

**E-mail: khill@svglaw.com**
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**E-mail: john.donley@kirkland.com**
**adam.paul@kirkland.com**
(Co-Counsel for the Debtors)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**E-mail: rhiggins@rogerhigginslaw.com**
(Co-Counsel for the Debtors)
Roger Higgins, Esquire
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823

**E-mail: david.heller@lw.com**
(Co-Counsel to the debtor-in-possession lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**E-mail: DiMassa@duanemorris.com**
(Counsel for the Official Committee of Unsecured Creditors)
Rudolph J. DiMassa, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

**E-mail: mmagzamen@stroock.com**
(Counsel for the Official Committee of Unsecured Creditors)
Michael Magzamen, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

**E-mail: sbaena@bilzin.com**
(Counsel to the Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

**E-mail: ei@capdale.com**
(Counsel to the Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

**E-mail: pbentley@kramerlevin.com**
(Counsel to the Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**E-mail: rfrankel@frankelwyron.com**
(Co-Counsel Personal Injury Future Claimant's Representative)
Roger Frankel, Esquire
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC 20037

**E-mail: arich@alanrichlaw.com**
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX 75270