# Exhibit A

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

January 31, 2014

FOR PROFESSIONAL SERVICES RENDERED

RE: Enzo ORELLANA

Invoice #: 14.4041(211)

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $1,600.00 |

**Disbursements**

| | |
|---|---|
| USCIS Filing Fee for I-129 (H-1B case) | $325.00 |
| Miscellaneous expenses | $64.00 |
| **Total Disbursements** | $389.00 |
| **Please Remit** | $1,989.00 |

**Checks**
Please send checks made payable to:
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite # 6072
Chicago, Illinois 60675-6072

**Wire Transfers**
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
The Northern Trust Company
Account # 30147775
ABA Transit # 071000152
Swift Code: CNORUS44

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                        January 31, 2014
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

---

FOR PROFESSIONAL SERVICES RENDERED

RE: Kun LIU                                                   Invoice #: 14.40411212

|  | |
|---|---|
| Total Legal Fees | $0.00 |

**Disbursements**

| | |
|---|---|
| Translation services. Morningside Invoice No. 214024. | $275.00 |
| Total Disbursements | $275.00 |
| Please Remit | $275.00 |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

January 31, 2014

FOR PROFESSIONAL SERVICES RENDERED

### RE: Miles MACDONALD

Invoice #: 14.40411213

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the Department of Labor (DOL). Preparation and filing of Labor Condition Application (LCA) with the Department of Labor.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Preparation of petition to amend temporary nonimmigrant classification as an H-1B professional. Preparation of Forms I-129 with supplement and letter in support of petition. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

| | |
|---|---|
| **Total Legal Fees** | $1,600.00 |

**Disbursements**

| | |
|---|---|
| USCIS Filing Fee for I-129 (H-1B case) | $325.00 |
| Fedex (domestic) | $58.00 |
| Translation services. Morningside Invoice No. 214866. | $235.00 |
| Miscellaneous expenses | $64.00 |
| **Total Disbursements** | $682.00 |
| **Please Remit** | $2,282.00 |

| **Checks** | **Wire Transfers** |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                                    January 31, 2014
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044
USA

---

FOR PROFESSIONAL SERVICES RENDERED

RE: Zhengyi QIN                                                                   Invoice #: 14.40417986

|  | |
|---|---:|
| **Total Legal Fees** | $0.00 |

**Disbursements**

| | |
|---|---:|
| Fedex (domestic) | $58.00 |
| **Total Disbursements** | $58.00 |
| **Please Remit** | $58.00 |

---

<table>
<tr><td align="center"><b>Checks</b></td><td align="center"><b>Wire Transfers</b></td></tr>
<tr><td align="center">Please send checks made payable to:<br>FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>75 Remittance Drive<br>Suite # 6072<br>Chicago, Illinois 60675-6072</td><td align="center">FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP<br>The Northern Trust Company<br>Account # 30147775<br>ABA Transit # 071000152<br>Swift Code: CNORUS44</td></tr>
</table>

**\*\*\* Please return invoice with check or include invoice number on wire transfer instructions \*\*\***

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**

One Alhambra Plaza
Suite 600
Coral Gables, FL 33134
Phone: (305) 774-5800
Fax: (305) 774-6666

Janissa Garcia                                                                          January 31, 2014
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
USA

---

FOR PROFESSIONAL SERVICES RENDERED

RE: Dayaram SHARMA                                                   Invoice #: 14.40417987

Preparation of L-1 Blanket visa application for temporary nonimmigrant classification as an executive/managerial intracompany transferee. Review of beneficiary's qualifications and employment history abroad. Preparation of Form I-129S and detailed letter in support of application that sets forth duties to be performed by beneficiary in the United States, including a description of the executive/managerial duties and level of discretion to be exercised. Transmittal of prepared documents to client, including firm covering letter to U.S. Embassy/Consulate and letter of instruction.

Preparation and submission of Form I-907 Request for Premium Processing Service of nonimmigrant petition.

|  |  |
|---|---|
| Total Legal Fees | $1,850.00 |

**Disbursements**

| | |
|---|---|
| Translation services. The Trustforte Corporation Invoice No. 703058. | $85.00 |
| Miscellaneous expenses | $74.00 |
| Total Disbursements | $159.00 |
| **Please Remit** | **$2,009.00** |

---

| Checks | Wire Transfers |
|---|---|
| Please send checks made payable to: | FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | The Northern Trust Company |
| 75 Remittance Drive | Account # 30147775 |
| Suite # 6072 | ABA Transit # 071000152 |
| Chicago, Illinois 60675-6072 | Swift Code: CNORUS44 |

*** Please return invoice with check or include invoice number on wire transfer instructions ***