IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Christopher D. Loizides, Esq. of Loizides, P.A. hereby withdraws his appearance as Delaware counsel for Anderson Memorial Hospital in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that Theodore J. Tacconelli, Esq. of Ferry, Joseph & Pearce, P.A. hereby enters his appearance as Delaware counsel for Anderson Memorial Hospital in the above-captioned cases.  Please remove Loizides, P.A. from all service lists and from the ECF notification system.

| | |
|---|---|
| FERRY, JOSEPH & PEARCE, P.A. | LOIZIDES, P.A. |
| /s/ Theodore J. Tacconelli | /s/ Christopher D. Loizides |
| Theodore J. Tacconelli (No. 2678) | Christopher D. Loizides (No. 3968) |
| 824 Market Street, Suite 1000 | 1225 North King Street, Suite 800 |
| P.O. Box 1351 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 654-0248 |
| (302) 575-1555 | Delaware Counsel for Anderson |
| Delaware Counsel for Anderson | Memorial Hospital |
| Memorial Hospital | |

Dated: March 5, 2014