## **CERTIFICATE OF SERVICE**

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing Notice of Substitution of Counsel was made on March 5, 2014, upon the following in the manner indicated:

SEE ATTACHED 2002 SERVICE LIST

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)