# TAB 5

JAN 2001
Received
Speights &
Runyan

## C O P Y

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | COURT OF COMMON PLEAS |
| COUNTY OF YORK | ) | SIXTEENTH JUDICIAL CIRCUIT |

ANDERSON MEMORIAL HOSPITAL, )

            **PLAINTIFF,**     )       **TRANSCRIPT OF RECORD**

            **VERSUS**     )       **92-CP-25-279**
                                    **VOLUME I**

W. R. GRACE AND OTHERS,    )

           **DEFENDANTS.**  )       **SEPTEMBER 5, 2000**
                                      **YORK, SOUTH CAROLINA**

B E F O R E:  THE HONORABLE JOHN C. HAYES III, JUDGE

A P P E A R A N C E S:

        SPEIGHTS AND RUNYAN
        ATTORNEYS FOR PLAINTIFF
        BY: DANIEL A. SPEIGHTS, ESQ.
            ALAN RUNYAN, ESQ.
            MARION C. FAIREY, ESQ.

        OGLETREE, DEAKINS, NASH, SMOAK AND STEWART
        ATTORNEYS FOR DEFENDANT, W. R. GRACE
        BY: DONALD A. COCKRILL, ESQ.
            KEVIN CASTEL, ESQ.

        TURNER, PADGETT, GRAHAM & LANEY
        ATTORNEYS FOR U. S. GYPSUM COMPANY
        BY: STEVEN W. OUZTS, ESQ.

        BARNWELL, WHALEY, PATTERSON & HELMS
        ATTORNEYS FOR U. S. MINERAL PRODUCTS COMPANY
        BY: BRUCE E. MILLER, ESQ.

        LEATH, BOUCH & CRAWFORD
        ATTORNEYS FOR T&N, PLC
        BY; TIMOTHY W. BOUCH, ESQ.

        PHYLLIS S. BARRETT, CIRCUIT COURT REPORTER

1    A        THAT CHART REPRESENTS WHAT I WOULD VIEW AS A

2            CONSERVATIVE CALCULATION OF THE NUMBER OF HOURS WE HAVE

3            SPENT ON CLASS ACTIONS.

4    Q        I NOTICE THIS IS BROKEN DOWN INTO TWO CATEGORIES.

5            WHAT IS THE DARK GREEN CATEGORY?

6    A        THE DARK GREEN WOULD BE THE FOUR ASBESTOS CLASS

7            ACTIONS THAT I HAVE LISTED.

8    Q        AND THE YELLOW?

9    A        THE YELLOW WOULD BE THE OTHER CLASS ACTIONS IN

10           WHICH WE'VE BEEN INVOLVED IN THAT ARE NOT ASBESTOS, BUT

11           ENVIRONMENTAL CLASS ACTIONS.

12   Q        NOW, ARE THE HOURS THAT HAVE BEEN SPENT TO DATE ON

13           THIS PUTATIVE CLASS ACTION IN THIS FIGURE?

14   A        YES SIR.  EXCUSE ME.

15   Q        ARE THEY IN THIS FIGURE?

16   A        NO, NOT IN THAT FIGURE.

17   Q        IF THEY WERE IN THAT FIGURE, WHAT WOULD IT BE?

18   A        I HAVE A LITTLE SYMPATHY FOR A WITNESS NOW, YOUR

19           HONOR.  I'VE FORGOTTEN MY FIGURE.

20   Q        I'LL ASK PERMISSION TO ASK YOU A LEADING QUESTION.

21           WOULD THERE BE AN ADDITIONAL TWELVE THOUSAND?

22   A        I COULDN'T REMEMBER IF IT WAS TEN THOUSAND OR TWELVE

23           THOUSAND.  THAT'S WHY I WAS STRUGGLING THERE.

24   Q        OF THE CLASSES THAT WE HAVE BEEN COUNSEL FOR, HOW

25           MANY HAVE BEEN CERTIFIED?