## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | Re: Docket No._____ |

### ORDER

Upon Motion of Anderson Memorial Hospital ("AMH") to Alter or Amend Order Denying Motion for Class Certification and For Entry of Scheduling Order and Granting Related Relief (the "Motion"), and it appearing that proper and adequate notice of the Motion was given to the Reorganized Debtors and to all interested parties as required by the Bankruptcy Rules, the Bankruptcy Code and the Local Rules of the Bankruptcy Court for the District of Delaware and, after considering the relief sought in the Motion and any opposition thereto;

IT IS HEREBY ORDERED that:

1.    The Motion is Granted; and

2.    The parties shall have a period of ninety (90) days from the entry of this Order to complete numerosity discovery; and

3.    Upon the completion of numerosity discovery, AMH shall have thirty (30) days to file its Memorandum in Support of its Motion to Alter or Amend; the

Debtors and any interested party shall have thirty (30) days to file a Memorandum in

Opposition; and AMH shall have thirty (30) days to file a Reply.

Dated: _____, 2014

_____
The Honorable Kevin J. Carey
United States Bankruptcy Court Judge