## **CERTIFICATE OF SERVICE**

I, Theodore J. Tacconelli, certify that I am not less than 18 years of age, and that service of the foregoing Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion For Class Certification and For Entry of Scheduling Order and Granting Related Relief was made on March 5, 2014, upon the following in the manner indicated:

SEE ATTACHED 2002 SERVICE LIST

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)