**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | |
| | ) | **Hearing Date: May 28, 2014 at 11:00 a.m.** |
| | ) | **Objection Deadline: March 24, 2014 at 4:00 p.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 5, 2014, Anderson Memorial Hospital filed a Motion to Alter or Amend Order Denying Motion For Class Certification and For Entry of Scheduling Order and Granting Related Relief ("Motion").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court and served upon and received by the undersigned counsel on or before **March 24, 2014 at 4:00 p.m.**

A HEARING ON THE MOTION WILL BE HELD ON **MAY 28, 2014 AT 11:00 A.M.** ONLY IF OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 5, 2014                                    FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Phone: (302) 575-1555
Fax: (302) 575-1714
ttacconelli@ferryjoseph.com
Local Counsel for Anderson Memorial Hospital

-and-

John W. Kozyak
David L. Rosendorf
KOZYAK TROPIN &
THROCKMORTON, P.A.
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Phone: (305) 372-1800
Fax: (305) 372-3508
dlr@kttlaw.com
Counsel for Anderson
Memorial Hospital

-and-

Daniel A. Speights
SPEIGHTS & RUNYAN
200 Jackson Avenue East
P.O. Box 685
Hampton, SC 29924
Phone: (803) 943-4444
Fax: (803) 943-4599
dspeights@speightsrunyan.com
Counsel for Anderson
Memorial Hospital