# Exhibit A

## January 2014 Fee Detail

**Matter 4**                                        **Case Administration**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/6/2014 | Respond to creditor inquiries (.50). | .50 | $475 | $237.50 |
| RJH | 1/9/2014 | Respond to creditor inquiries (.30). | .30 | $475 | $142.50 |
| RJH | 1/13/2014 | Prepare 4th quarter 2013 OCP report for filing (.50). | .50 | $475 | $237.50 |
| RJH | 1/14/2014 | Respond to creditor inquiries (.60). | .60 | $475 | $285.00 |
| RJH | 1/17/2014 | Respond by telephone and e-mail to query by N. MacNeil re Peter MacNeil claim (.40). | .40 | $475 | $190.00 |
| RJH | 1/18/2014 | Respond to M. MacNeil correspondence (.50); correspond with R. Finke re same (.20); respond to J. Alter inquiry re Travelers and Solow and case status (.30). | 1.00 | $475 | $475.00 |
| RJH | 1/21/2014 | Telephone conference with M. McNeil re her inquiry regarding her claim (.30); draft correspondence to her re same (.40). | .70 | $475 | $332.50 |
| RJH | 1/29/2014 | Respond to creditor inquiries (.20). | .20 | $475 | $95.00 |
| **Total** | | | 4.20 | | $1,995.00 |

**Matter 5**                          **Claim Analysis Objection & Resolution (Asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/28/2014 | Legal analysis re asbestos PD settlement and exchange correspondence with various parties re same (.40); legal analysis re withdrawal of asbestos PD claims (.40); telephone conference with R. Finke re same and other issues (.40). | 1.20 | $475 | $570.00 |
| RJH | 1/30/2014 | Analyze issues re Solow claim payment (.50); telephone conference with M. DeBard, E. Westbrook et al. re same (.50). | 1.00 | $475 | $475.00 |
| **Total** | | | 2.20 | | $1,045.00 |

2

**Matter 6**                     **Claim Analysis Objection & Resolution (Non-asbestos)**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/2/2014 | Analyze payment issues re Town of Acton (2.80); analyze unresolved claims report (3.00). | 5.80 | $475 | $2,755.00 |
| RJH | 1/3/2014 | Telephone conference with M. Araki re Acton and unresolved claims report issues (.80); analyze unresolve claims report (1.30). | 2.10 | $475 | $997.50 |
| RJH | 1/6/2014 | Participate in telephone conference with R. Finke and J. Posner re CNA workers compensation claim (.80); analyze same (.60); analyze unresolved claims issues (1.50); analyze IRS tax claim issue (.80); telephone conference with D. Teichen, T. Maynes et al. (.70). | 4.40 | $475 | $2,090.00 |
| RJH | 1/7/2014 | Telephone conference with D. Teichen, C. Finke, et al. re unresolved state tax claims (1.10); analyze client materials re same (2.20). | 3.30 | $475 | $1,567.50 |
| RJH | 1/8/2014 | Analyze Town of Acton issue and draft summary re same (.80); exchange correspondence with various parties re same (.40); telephone conferences with S. Dempsey re same (.30); analyze state tax RAR schedule amendment issue (.40). | 1.90 | $475 | $902.50 |
| RJH | 1/9/2014 | Analyze open claims issues (1.00); analyze issues re Sutton Brook site settlement (1.00); analyze unresolved tax claims objection issues (.90); analyze L/C fee accrual issue (1.00); telephone conference with M. Araki re same (.50). | 4.40 | $475 | $2,090.00 |
| RJH | 1/10/2014 | Analyze tax claims (2.20); telephone conference with S. Scarlis, M. Kiley, C. Albert and M. Araki re same (.90); analyze open claims review report (.80); telephone conference with M. Araki re various open claims and emergence issues (.50); draft and revise Central Chemical stipulation (1.50); analyze CNA claim issues (.70). | 6.60 | $475 | $3,135.00 |
| RJH | 1/13/2014 | Analyze letter of credit fees issue (.70); telephone conference with M. Araki re same and other issues (.50). | 1.20 | $475 | $570.00 |
| RJH | 1/14/2014 | Review and analyze BMC letter of credit issues (.70); telephone conferences with M. Araki re same (.80); participate in telephone conference with S. Scarlis, R. Finke, M. Araki re al. re same (.90). | 2.40 | $475 | $1,140.00 |
| RJH | 1/15/2014 | Analyze tax claim issues and related documents (.70); analyze letter of credit claim issues (1.30). | 2.00 | $475 | $950.00 |
| RJH | 1/16/2014 | Participate in telephone conference with A. Schlesinger, J. Federbush and M. Araki re letters of credit issues (3.20); analyze and resolve same (3.50); prepare memorandum re same (.60). | 7.30 | $475 | $3,467.50 |

3

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/17/2014 | Analyze and resolve letter of credit issues (.50); telephone conferences with M. Araki re same and other issues (.60); exchange correspondence with various parties re claims issues (.60); telephone conference with S. Scarlis re same (.40). | 2.10 | $475 | $997.50 |
| RJH | 1/21/2014 | Legal analysis re LC fees issues (1.90); review and analyze client documents re same (.40); correspond with B. Chiu and others re same (.30); correspond with M. Ramos re same (.30); telephone conference with M. Ramos re same (.40); telephone conference with C. Ritchins and D. Eades re Wells Fargo/Wachovia issues (.70); prepare for same (.30); telephone conference with S. Scarlis, R. Finke, J. Posner, L. Esayian et al. re same (.80); follow-on telephone conference with L. Esayian re same (.20); analyze issues re Seneca Meadows (.30). | 5.60 | $475 | $2,660.00 |
| RJH | 1/22/2014 | Legal research re CNA issue (.70). | .70 | $475 | $332.50 |
| RJH | 1/23/2014 | Legal research re CNA issue (.50). | .50 | $475 | $237.50 |
| RJH | 1/24/2014 | Telephone conference with R. Finke, J. Posner, S. Scarlis, L. Esayian et al. re CNA claim (.70); legal research re same (.80). | 1.50 | $475 | $712.50 |
| RJH | 1/26/2014 | Review and analyze CNA documents (.50). | .50 | $475 | $237.50 |
| RJH | 1/28/2014 | Analyze CNA legal issues (.20); telephone conference with S. Scarlis, R. Finke, L. Esayian and J. Posner re same (.50). | .70 | $475 | $332.50 |
| RJH | 1/29/2014 | Analyze unpaid letter of credit fees issues (.30); telephone conference with M. Ramos re same (.50). | .80 | $475 | $380.00 |
| **Total** | | | 53.80 | | $25,555.00 |

4

**Matter 10**                                    **Employment Applications, Others**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/17/2014 | Legal research re OCP matters (1.00). | 1.00 | $475 | $475.00 |
| RJH | 1/27/2014 | Legal analysis re Blackstone engagement letter (.50). | .50 | $475 | $237.50 |
| RJH | 1/29/2014 | Review and analyze draft Richards Layton conflict waiver letter (.40); correspond with R. Finke re same (.20); correspond with M. Ramos re same (.20). | .80 | $475 | $380.00 |
| **Total** | | | 2.30 | | $1,092.50 |

**Matter 11**                                    **Fee Applications, Applicant**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/28/2014 | Prepare December fee application (1.00). | 1.00 | $475 | $475.00 |
| RJH | 1/30/2014 | Prepare December fee application for filing (.50). | .50 | $475 | $237.50 |
| **Total** | | | 1.50 | | $ 712.50 |

**Matter 14**                                    **Hearings**

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/29/2014 | Prepare for and attend telephonic hearing (.50). | .50 | $475 | $237.50 |
| **Total** | | | 0.50 | | $ 237.50 |

7

**Matter 16**                                  **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/2/2014 | Analyze and resolve effective date issues (.70); analyze issues re undisputed claims exhibit (1.00). | 1.70 | $475 | $807.50 |
| RJH | 1/3/2014 | Participate in emergence issues call with company and advisors (.50); analyze and resolve effective date issues (1.00). | 1.50 | $475 | $712.50 |
| RJH | 1/5/2014 | Analyze and resolve effective date issues (1.00). | 1.00 | $475 | $475.00 |
| RJH | 1/6/2014 | Analyze plan classification issues (1.40); resolve effective date issues (.50); participate in telephone conference with S. Scarlis, M. Araki and others re allowed claim payment issues (.80). | 2.70 | $475 | $1,282.50 |
| RJH | 1/7/2014 | Analysis re Fair Harbor interest rate issue (1.00); telephone conference with F. Glass re same (.70); exchange correspondence with M. Araki re same (.30); analysis re funds flow memorandum (1.50); telephone conference with M. Jones et al. re same (.90); telephone conference with S. Scarlis et al. re effective date payment issues (.50). | 4.90 | $475 | $2,327.50 |
| RJH | 1/8/2014 | Review and comment on revised funds flow memorandum (1.00); analyze and resolve various open effective date issues (.70); telephone conference with M. Araki re various effective date and schedule amendment issues (.80); analyze Fair Harbor interest rate issue (1.50); telephone conference with R. Finke re same (.30); telephone conference with A. Schlesinger re emergence issues (.60); review and analyze exit financing materials (.70). | 5.60 | $475 | $2,660.00 |
| RJH | 1/9/2014 | Prepare for meeting with plan proponents re exit preparations (.30); participate in same via conference call (2.50); participate in call with S. Scarlis et al. re emergence issues (.70); correspond with F. Glass re Fair Harbor issue (.20). | 3.70 | $475 | $1,757.50 |
| RJH | 1/10/2014 | Analyze and resolve various emergence issues (1.00); exchange correspondence with A. Rosenberg and others re prepetition bank debt funds flow (.30); telephone conference with J. Donley re same (.30); telephone conference with A. Rosenberg re same (.40); telephone conference with R. Finke re various emergence issues (.80); telephone conference with S. Dempsey re Acton issue (.20); exchange correspondence with M. Araki re same (.20). | 3.20 | $475 | $1,520.00 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/13/2014 | Telephone conferences with J. McFarland re signature authority issues (.50); legal research re same (2.20); revise funds flow memorandum (3.00); telephone conference with A. Schlesinger and J. Federbush re funds flow analysis (.70); analyze various emergence issues (.30). | 6.70 | $475 | $3,182.50 |
| RJH | 1/14/2014 | Telephone conference with S. Scarlis, T. Feil, M. Araki and others re effective date payment issues (.80); telephone conference with R. Finke re same (.30); analyze issues re same (.80); telephone conference with J. McFarland re signature authority issue (.30); draft correspondence re same to A. Paul, et al. (.40); revise funds flow memorandum (6.00). | 8.60 | $475 | $4,085.00 |
| RJH | 1/15/2014 | Respond to L. Gardner correspondence re payment of EPA claims and analyze issues re same (.40); legal analysis re undisputed claims exhibit (.80); draft notice to claimants re same (1.00); telephone conferences with J. O'Neill re same (.50); telephone conference with M. Araki re same and other issues (1.30); analyze issues re funds flow (.70); analyze issues re signature authority and exchange correspondence with A. Paul and L. Esayian re same (1.00). | 5.70 | $475 | $2,707.50 |
| RJH | 1/16/2014 | Revise funds flow memorandum (1.00); participate in telephone conference with S. Scarlis, R. Finke, et al. re emergence issues (.90); analyze and resolve same (.70); telephone conferences with R. Finke re various emergence issues (.80); analyze and resolve issues re signature authority (.60); participate in telephone conference with A. Paul, L. Esayian, J. Gettleman, R. Finke re same and other issues (.60). | 4.60 | $475 | $2,185.00 |
| RJH | 1/17/2014 | Telephone conference with L. Esayian and J. McFarland re signature authority issues (.50); draft correspondence re same (.40); telephone conferences with R. Finke re emergences issues (1.10); telephone conferences with A. Schlesinger re same (.70); revise funds flow memorandum (5.00); draft punchlist re same (1.00); analyze and resolve various emergence issues (.50); telephone conferences with A. Schlesinger and M. Araki re undisputed claims exhibit (.50); analyze and resolve issues re same (.40); analyze Gulf Pacific interest rate issue (.70); exchange correspondence with M. Araki re same (.50); draft correspondence to R. Finke re same (.40); revise undisputed claims exhibit notice to claimants and circulate same for comment (.60). | 12.30 | $475 | $5,842.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/18/2014 | Correspond with A. Paul and others re signature authority issue (.30); telephone conferences wit. M. Araki re undisputed claims exhibit matters (.50); correspond with M. Araki re same (.30); analyze and research same (.90); analyze and determine interest rates for various letter of credit claims (3.00); legal analysis re Gulf Pacific notice of contractual non-default rate of interest (1.40). | 6.40 | $475 | $3,040.00 |
| RJH | 1/19/2014 | Correspond with E. Filon re funds flow matters (.40); correspond with N. Coco re same (.30); correspond with C. Richins re LC issues (.20); analyze and resolve various emergence issues (1.00). | 1.90 | $475 | $902.50 |
| RJH | 1/20/2014 | Exchange correspondence with F. Glass re Fair Harbor interest matter (.60); analyze affiliates excluded from insurance transfer agreement (.40); exchange correspondence with various parties re same (.30); draft correspondence to J. O'Neill re Gulf Pacific interest rate issue (.30); analyze various proffered edits to funds flow memorandum (.40); telephone conference with J. Alter re Solow & Travelers/St. Paul issue (.40); legal analysis re same (.50); exchange correspondence with D. Williamson re same (.30); revise notice to claimants re undisputed claims exhibit (.50); correspond with various parties re same (.30); revise funds flow memorandum (4.70); revise punchlist re same (.80); telephone conference with N. Coco re same (.50); exchange correspondence with A. Paul and M. Jones re same (.30); exchange correspondence with various counsel for interested parties re same (.80); analyze undisputed claims exhibit issues (1.00); correspond with M. Araki re same (.60); telephone conference with M. Araki re same and other issues (.40). | 13.00 | $475 | $6,175.00 |
| RJH | 1/21/2014 | Analysis re undisputed claims exhibit issues (1.00); telephone conference with S. Scarlis, R. Finke et al. re same (.50); telephone conference with company and advisors re emergence issues (.90); revise funds flow memorandum issues (1.80); exchange correspondence with various parties re same (.40); telephone conference with company re same (1.20); telephone conference with A. Schlesinger re asbestos PI cash payment interest rate issue (.40); exchange correspondence with R. Wyron and others re same (.50). | 6.70 | $475 | $3,182.50 |

10

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/22/2014 | Analysis re inquiries regarding undisputed claims exhibit (1.20); exchange correspondence with M. Araki re same (.30); exchange correspondence with J. Podesta re claims inquiry (.30); telephone conference with J. Gettleman re emergence issues (.50); telephone conferences with J. O'Neill re same (.40); participate telephonically in emergence documents meeting (2.80); draft and revise BMC call center script re undisputed claims exhibit (1.50); draft Fair Harbor settlement (.40); telephone conferences with A. Schlesinger and M. Araki re various emergence issues (1.70); revise funds flow memorandum (2.50). | 11.60 | $475 | $5,510.00 |
| RJH | 1/23/2014 | Participate in emergence matters conference call with company and advisors (.70); prepare signature authority exhibits for closing documents (2.00); telephone conference with J. McFarland re same (.40); telephone conference with M. Jones re same (.30); telephone conferences with J. Gettleman re same (.40); participate in telephone conference with company and advisors re emergence funds flow matters (1.10); analyze and resolve same (.50); revise funds flow memorandum (1.30); telephone conference with B. Chiu re asbestos insurance settlement escrow accounts (.40); analyze and resolve issues re same (.50); telephone conference with J. Federbush re funds flow issues (.70). | 8.30 | $475 | $3,942.50 |
| RJH | 1/24/2014 | Analysis re funds flow issues (1.50); exchange correspondence with J. Federbush re same (.40); draft Fair Harbor settlement agreement (1.50); revise funds flow memorandum (3.00); analyze and resolve emergence issues (.80); telephone conference with A. Paul and J. Gettleman re same (.40); analyze and resolve issues re Undisputed Claims Exhibit (.70). | 8.30 | $475 | $3,942.50 |
| RJH | 1/25/2014 | Analyze and resolve emergence issues (.70). | .70 | $475 | $332.50 |
| RJH | 1/26/2014 | Revise signatory exhibits for the asbestos insurance transfer agreement and Sealed Air release and circulate for review (1.80); draft and revise written objection to Gulf Pacific notice of non-default interest (3.50); legal research re same (.50); prepare for telephone conference with E. Filon, R. Finke, M. Shelnitz, A. Paul and others re emergence (.20); participate in same (.70); follow up re same (.10); analyze funds flow issues (.90). | 7.70 | $475 | $3,657.50 |

| Attorney | Date | Description | Time | Rate | Amount |
|----------|------|-------------|------|------|--------|
| RJH | 1/27/2014 | Draft and revise Fair Harbor Settlement (.80); circulate to client (.20); circulate to F. Glass (.20); draft and revise Sealed Air NDA list (.50); draft and revise Gulf Pacific interest rate objection (1.20); circulate to R. Finke (.30); participate in telephone conference with S. Scarlis et al. re emergence issues (.70); revise funds flow memorandum (5.50); telephone conference with R. Finke re same (.40); telephone conference with J. Gettleman re same (.30); telephone conference with S. Scarlis et al. re VSPP and other employee emergence payment issues (.80). | 10.90 | $475 | $5,177.50 |
| RJH | 1/28/2014 | Revise funds flow memorandum (2.30); legal analysis re same (.80); exchange correspondence with R. Amin re same (.30); exchange correspondence with N. Coco re same (.20); exchange correspondence with D. Hermann re Sealed Air funds flow issues (.20); analyze Sealed Air funds flow issues and draft correspondence to D. Turestsky re same (.70); telephone conference with D. Turetsky re same (.30); analyze VSPP payment issues (.50); participate in telephone conference re same with company and advisors (.70); telephone conference with J. Gettleman re emergence issues (.50); exchange correspondence with A. Arshad and others re sources and uses issues (.30); analyze and resolve issues re undisputed claims exhibit issues (.80); telephone conference with M. Bard re funds flow (.60); telephone conference with M. Ramos re BofA LC issues (.20); draft correspondence re same (.10); telephone conference with N. Pesce re JPM asbestos insurance escrow funds flow issue (.50); telephone conference with T. Clark re BofA asbestos insurance escrow funds flow issue (.20); revise Gulf Pacific interest rate objection (1.30); revise Fair Harbor settlement agreement (.40). | 10.90 | $475 | $5,177.50 |

12

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/29/2014 | Exchange correspondence with F. Glass re Fair Harbor interest settlement agreement (.30); revise same (.20); attend to matters re Fair Harbor's request for wire transfer (.20); exchange correspondence with B. Chiu re funds flow memorandum (.40); telephone conferences with B. Chiu re same (.30); exchange correspondence with D. Thompson and M. DeBard re same (.40); telephone conferences with M. DeBard re same (.50); analyze D. Herrman revisions to funds flow memorandum (.50); exchange correspondence with D. Hermann and others re same (.30); telephone conference with M. Conron re Warrant transfer (.30); telephone conference with P. Marshall re same (.30); revise funds flow memorandum (7.00); participate in emergence issues telephone conference with client and advisors (1.20). | 11.90 | $475 | $5,652.50 |
| RJH | 1/30/2014 | Analyze funds flow issues (.50); multiple telephone conferences with A. Schlesinger and J. Federbush re funds flow issues (1.50); revise funds flow memorandum (6.30); telephone conferences with R. Finke re emergence issues (.70); telephone conferences with M. Araki re same (.80); telephone conference with J. O'Neill re same (.40); telephone conference with M. Ramos re same (.30); telephone conference with T. Clarke re same (.30); telephone conference with J. Gettleman and M. Jones re emergence issues (.40); review and analyze amended undisputed claims exhibit (.30); prepare notices re same (1.50). | 13.00 | $475 | $6,175.00 |
| RJH | 1/31/2014 | Analyze funds flow issues (2.00); multiple telephone conferences re same (1.20); revise funds flow memorandum (3.00); telephone conferences with various parties re Lloyds/JPM escrow (.70); draft and revise agreement re same (1.00); obtain signatures for funds flow memorandum (1.00); analyze and resolve issues raised by Undisputed Claims Exhibit (.70); draft and revise W-9 notice re Amended Undisputed Claims Exhibit (.60). | 10.20 | $475 | $4,845.00 |
| **Total** | | | 183.70 | | $87,257.50 |

13

**Matter 18**                                            **Tax Issues**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/8/2014 | Analyze S. Lima materials re stock escheatment issue (.60). | .60 | $475 | $285.00 |
| RJH | 1/9/2014 | Telephone conference with S. Lima re stock escheatment issues (.40); analyze same (.30). | .70 | $475 | $332.50 |
| RJH | 1/15/2014 | Review and comment on S. Lima draft memorandum re escheatment (.80). | .80 | $475 | $380.00 |
| **Total** | | | 2.10 | | $ 997.50 |

**Matter 20**                                                    **Travel**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 1/31/2014 | Travel from Chicago to New York (billed at 1/2 time) (2.40). | 2.40 | $475 | $1,140.00 |
| **Total** | | | 2.40 | | $1,140.00 |