EXHIBIT B

**January 2014 Expense Detail**

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Facsimile | $16.95 |
| Online research | $475.00 |
| Telephone & Long Distance | $516.25 |
| Out-of-town travel | $ 657.68 |
| **Total:** | **$1,665.88** |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 1/31/14 | $376.00 | Airfare to New York (1/31, with 2/6 return). |
| 1/31/14 | $144.31 | Transportation from office to airport in Chicago |
| 1/31/14 | $137.37 | Transportation from airport to mid-town in New York |
| **Total** | **$ 657.68** | |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---|---|
| 2/5/14 | $475.00 | Lexis Nexis - Grace charges for January |
| 2/13/14 | $16.95 | Fax and other charges - January |
| 2/14/14 | $516.25 | ICI Conference Calls |
| **Total** | **$1,008.20** | |

Total January 2014 Expenses: $1,665.88