# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 3/24/14; 4:00 p.m., ET |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF JUDGE ALEXANDER M. SANDERS, JR. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTIETH INTERIM PERIOD FROM FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014**

| | |
|---|---|
| Name of Applicant: | Judge Alexander M. Sanders, Jr. |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 22, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | February 1, 2014 through February 28, 2014 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $4,536.00  [80% of $5,670.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $1,663.30 |

This is a(n):   ☒Monthly   ☐Interim   ☐Final Application

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | Paid | Paid |
| 12/7/2009 | 11-1-2009 to 11-30-2009 | $5,292.00 | $0 | Paid | Paid |
| 1/7/2010 | 12-1-2009 to 12-31-2009 | $1,440.00 | $37.00 | Paid | Paid |
| 2/9/2010 | 1-1-2010 to 1-31-2010 | $18,972.00 | $2,992.32 | Paid | Paid |
| 3/12/2010 | 2-1-2010 to 2-28-2010 | $360.00 | $30.00 | Paid | Paid |
| 4/20/2010 | 3-1-2010 to 3-31-2010 | $2,016.00 | $0 | Paid | Paid |
| 5/5/2010 | 4-1-2010 to 4-30-2010 | $1,332.00 | $72.00 | Paid | Paid |
| 6/3/2010 | 5-1-2010 to 5-31-2010 | $2,484.00 | $0 | Paid | Paid |
| 9/17/2010 | 6-1-2010 to 6-30-2010 | $3,348.00 | $30.00 | Paid | Paid |
| 10/26/2010 | 7-1-2010 to 9-30-2010 | $390.00 | $30.00 | Paid | Paid |
| 12/1/2010 | 10-1-2010 to 11-30-2010 | $972.00 | $0 | Paid | Paid |

---

[1] At 80% of the total incurred.

| | | | | | |
|---|---|---|---|---|---|
| 1/6/2011 | 12-1-2010 to 12-31-2010 | $4,248.00 | $58.00 | Paid | Paid |
| 2/3/2011 | 1-1-2011 to 1-31-2011 | $5,184.00 | $0 | Paid | Paid |
| 3/15/2011 | 2-1-2011 to 2-28-2011 | $5,832.00 | $1,348.39 | Paid | Paid |
| 4/5/2011 | 3-1-2-11 to 3-31-2011 | $3,348.00 | $235.00 | Paid | Paid |
| 5/10/2011 | 4-1-2011 to 4-30-2011 | $1,188.00 | $0 | Paid | Paid |
| 6/8/2011 | 5-1-2011 to 5-31-2011 | $11,052.00 | $0 | Paid | Paid |
| 7/5/2011 | 6-1-2011 to 6-30-2011 | $5,724.00 | $872.11 | Paid | Paid |
| 8/1/2011 | 7-1-2011 to 7-31-2011 | $3,456.00 | $0 | Paid | Paid |
| 9/13/2011 | 8-1-2011 to 8-31-2011 | $648.00 | $0 | Paid | Paid |
| 10/13/2011 | 9-1-2011 to 9-30-2011 | $1,476.00 | $0 | Paid | Paid |
| 11/15/2011 | 10-1-2011 to 10-31-2011 | $1,980.00 | $0 | Paid | Paid |
| 2/3/2012 | 12-1-2012 to 12-31-2012 | $240.00 | $30.00 | Paid | Paid |
| 2/3/2012 | 1-1-2012 to 1-31-2012 | $3,096.00 | $0 | Paid | Paid |
| 3/9/2012 | 2-1-2012 to 2-29-2012 | $4,212.00 | $30.00 | Paid | Paid |
| 5/9/2012 | 4-1-2012 to 4-30-2012 | $4,716 | $1,051.60 | Paid | Paid |
| 6/13/2012 | 5-1-2012 to 5-31-2012 | $5,184 | $1,186.87 | Paid | Paid |
| 7/2/2012 | 6-1-2012 to 6-30-2012 | $7,272.00 | $1,179.34 | Paid | Paid |
| 8/6/2012 | 7/1/2012 to 7/31/2012 | $1,188.00 | $0 | Paid | Paid |
| 11/2/2012 | 10-1-2012 to 10-31-2012 | $864.00 | $30.00 | Paid | Paid |
| 1/15/2013 | 12-1-2012 to 12-31-2012 | $350.00 | $0 | Paid | Paid |
| 2/8/2013 | 1-1-2013 to 1-31-2013 | $4,140.00 | $0 | Paid | Paid |
| 3/1/2013 | 11-1-2012 to 11-30-2012 | $3,456.00 | $0 | Paid | Paid |

| 3/11/2013 | 2-1-2013 to 2-28-2013 | $2,016.00 | $0 | Paid | Paid |
| --- | --- | --- | --- | --- | --- |
| 4/2/2013 | 3-1-2013 to 3-31-2013 | $432.00 | $0 | Paid | Paid |
| 5/8/2013 | 4-1-2013 to 4-30-2013 | $2,484.00 | $51.00 | Paid | Paid |
| 7/30/2013 | 5-1-2013 to 5-31-2013 | $396.00 | $0 | Paid | Paid |
| 7/31/2013 | 7-1-2013 to 7-31-2013 | $540.00 | $0 | Paid | Paid |
| 10/17/2013 | 9-1-2013 to 9-30-2013 | $1,764.00 | $0 | Paid | Paid |
| 1/6/2014 | 10-1-2013 to 12-31-2013 | $2,700.00 | $0 | Paid | Paid |
| 2/19/2014 | 1-1-2014 to 1-31-2014 | $10,728.00 | $0 | Pending | Pending |

Alexander M. Sanders, Jr. is the only attorney providing services in this Fee Application period. Judge Sanders has practiced law for over 50 years, and his billing rate is $450 per hour. In this Application period Judge Sanders billed 12.6 hours,[2] for a total amount billed of $5,670.00, of which 80% is currently sought, in the amount of $4,536.00. Expenses in the amount of $1,663.30 were incurred. The amount sought by this Application is therefore $6,199.30.

As stated above, this is the Fiftieth application for monthly fees and expenses. The time for preparation of this Application is approximately .5 hours.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 7.0 | $3,150.00 |
| Travel | 11.2   (@ 100%) | $2,520.00   (@ 50%) |
| TOTAL | 18.2 | $5,670.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $1,663.30 |
| TOTAL | $1,633.30 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

[*The remainder of this page is intentionally blank*]

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on the 5th day of March, 2014, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

## *ALEXANDER M. SANDERS, JR.*
*Attorney at Law*
*19 Water Street*
*Charleston, South Carolina 29401*

### INVOICE FOR PROFESSIONAL SERVICES 2/1/14 – 2/28/14

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 2/2 | Trip Charleston, SC, to New York, NY, to attend closing bankruptcy of W.R. Grace, scheduled for February 3, 8 a.m. (review of documents) 11 a.m. closing. 11 a.m. left Charleston. Arrived at hotel, 2:30 p.m. Upon arrival at hotel, learned that hearing had been postponed until 1. p.m. (3.6 hours billed @ one-half) | 1.8 |
| 2/3 | Left hotel and 10 a.m. Arrived at Kirkland and Ellis at 10:30 a.m. (0.6 hour billed @ one-half) | 0.3 |
|  | Closing, including review of all documents | 7.0 |
|  | Left Kirkland and Ellis 6 p.m., return to hotel at 7 p.m. (heavy snow) (1 hour billed @ one-half) | 0.5 |
| 2/4 | Trip New York, NY, to Charleston, SC. 9 a.m., left hotel for airport. Arrived in Charleston at 3 p.m. (6 hours billed @ one-half) | 3.0 |

|  |  |  |
|---|---|---|
| 12.6 hours @ $450/hour | $ | 5670.00 |
| Expenses (Receipts attached) | $ | 1,663.30 |
| TOTAL: | $ | 7333.30 |

## EXPENSES

Travel to New York, NY, and return to Charleston, SC, for to attend closing bankruptcy of W.R. Grace, 2/2/14 – 2/4/14

| | | |
|---|---|---:|
| Airfare | | $   610.00 |
| Hotel | Harvard Club, 2 nights, 1 breakfast, 2 dinners | 889.30 |
| Taxis | 2/2   Airport to Hotel | 60.00 |
| | 2/3   Hotel to Kirkland Ellis (lost receipt) | 12.00 |
| | 2/3   Kirkland Ellis to Hotel | 12.00 |
| | 2/4   Hotel to Airport | 50.00 |
| Airport Parking | (Charleston, SC) | 30.00 |
| | TOTAL EXPENSES | $ 1,663.30 |