IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: March 25, 2014 |

**SUMMARY APPLICATION OF KAYE SCHOLER LLP FOR**
**COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES**
**AS SPECIAL COUNSEL FOR INTELLECTUAL PROPERTY FOR W.R. GRACE & CO.,**
**ET AL.,**
**THROUGH THE MONTHLY PERIOD OF January 31, 2014**

| | |
|---|---|
| Name *of Applicant*: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Counsel for Intellectual Property | **Retention Order entered April 7, 2010** |
| Period for which compensation and reimbursement is sought | **January 1, 2014- January 31, 2014** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$9,984.87** |
| Amount of Expense Reimbursement sought | **$0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville, Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc., (f/k/a Dearborn International Holdings, Inc.,), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation Gracoal, Inc., Gracoal II, Inc., Guantica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc., (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Kaye Scholer LLP submits this application for fees and expenses for the month of January 2014. This is the first application for compensation for services that has been filed with the Bankruptcy Court by Kaye Scholer LLP for the 2014 calendar year. Previously, Kaye Scholer was appointed Ordinary Course Professional. On April 7, 2010, based on a motion made by Debtor on February 11, 2010, the Bankruptcy Court entered an order authorizing Kaye Scholer LLP to provide further services to Debtor as Special Counsel for Intellectual Property.

The monthly applications previously filed by Kaye Scholer LLP are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|----------------|------------|----------------|-------------------------|
|                |            |                |                         |

During this fee period, Kaye Scholer LLP provided intellectual property services in connection with various matters, which are detailed in the attached fee schedules for the matters, and a procedural matter relating to preparation of petitions for submission to this court.

The Kaye Scholer professional who rendered the legal services during the fee period is:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|----------------------|-----------------------------|----------------------|------------|---------------------|--------------------|----------------------|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $587.00 | 17.01 | $9,984.87 |

Total Fees: $9,984.87

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above, for (i) 80% of the amount of $9,984.87 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee period (January 1, 2014-January 31, 2014), and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: February 24, 2014

John P. Rynkiewicz
Kaye Scholer LLP
901 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 682-3671
jrynkiewicz@kayescholer.com

# KAYE | SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C.  20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  W.R. Grace & Co.-Conn.                     February 21, 2014
     7500 Grace Drive
     Columbia, Maryland 21044
     Attn: Robert A. Maggio, Chief Patent Counsel


**RE:** Davison Silica                          **Invoice#:** 763044
**Our File Number:** 63812/3001
**Client Reference:** 100074                     **PAGE:** 1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

|  |  | Hours |
|---|---|---|
|  |  | 0.58 |
| 01/21/2014 | Rynkiewicz, John P |  |
|  | Review Grace email re HyPrep and HyPur; review Grace website re chromatography; review nature of flash chrom. goods. |  |
|  | Total Hours................ | 0.58 |
|  | Fees through 01/31/2014.................................. $340.46 |  |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 0.58 | $340.46 |
| Fees through 01/31/2014.............. | | 0.58 | $340.46 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 623151 | 01/28/2010 | $208.25 |
| 628646 | 03/31/2010 | 75.98 |
| 628647 | 03/31/2010 | 113.40 |
| 637201 | 06/30/2010 | 476.65 |
| 639773 | 07/28/2010 | 113.40 |
| 643962 | 09/09/2010 | 311.85 |
| 647696 | 10/18/2010 | 161.03 |
| 650356 | 11/04/2010 | 161.03 |
| 672314 | 06/27/2011 | 311.85 |
| 678876 | 08/31/2011 | 85.05 |

# KAYE|SCHOLER LLP

TO:   W.R. Grace & Co.-Conn.                                February 21, 2014

**RE:** Davison Silica                                          **Invoice#:** 763044
**Our File Number:** 63812/3001
**Client Reference:** 100074                                    **PAGE:**   2

| Invoice# | Date | Amount |
|----------|------|--------|
| 682914 | 10/13/2011 | 170.10 |
| 685376 | 11/07/2011 | 198.45 |
| 692942 | 01/31/2012 | 453.60 |
| 699313 | 04/11/2012 | 146.75 |
| Prior Balance Due............................................................... | | $2,987.39 |

| | |
|---|---|
| Fees this Invoice............................................................ | $340.46 |
| Total Due this Invoice...................................................... | $340.46 |
| Prior Balance Due (from above)................................................ | 2,987.39 |
| **TOTAL DUE**................................................................ | **$3,327.85** |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3001
Invoice Number: 763044
Total Amount Due: $3,327.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



KAYE | SCHOLER LLP

The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn                                    February 21, 2014
       Legal Department
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Esq.

RE: Special Counsel                                   Invoice#: 763046
Our File Number:63812/0108
Client Reference: 100071                              PAGE:    1

═══════════════════════════════════════════════════════════════════════

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 01/31/2014

═══════════════════════════════════════════════════════════════════════

|            |                      | Hours |
|------------|----------------------|-------|
| 01/07/2014 | Rynkiewicz, John P   | 0.75  |
|            | Revise and work on quarterly fee Applic for court. | |
| 01/29/2014 | Rynkiewicz, John P   | 1.50  |
|            | Review bills, fee application for court; send monthly bills to Pachulsky; revise quarterly fee Affidavit. | |
| 01/29/2014 | Rynkiewicz, John P   | 1.00  |
|            | Review court document in Grace bankruptcy proceedings/issues. | |

Total Hours................ 3.25

Fees through 01/31/2014.................................   $1,907.75

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Rynkiewicz, John P  | $587.00  | 3.25  | $1,907.75 |
| Fees through 01/31/2014.............. |  | 3.25  | $1,907.75 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 628642   | 03/31/2010 | $484.20   |
| 637196   | 06/30/2010 | 1,008.17  |
| 643961   | 09/09/2010 | 321.37    |
| 647689   | 10/18/2010 | 217.65    |
| 650341   | 11/04/2010 | 180.31    |
| 654089   | 12/10/2010 | 528.44    |

**KAYE | SCHOLER** LLP

TO:    W.R. Grace & Co.-Conn                          February 21, 2014

RE: Special Counsel                                   Invoice#: 763046
**Our File Number: 63812/0108**
**Client Reference: 100071**                          PAGE:    2

| Invoice# | Date | Amount |
|----------|------|--------|
| 660967 | 02/28/2011 | 94.12 |
| 664052 | 03/31/2011 | 75.98 |
| 666741 | 04/30/2011 | 189.38 |
| 669561 | 05/31/2011 | 122.47 |
| 672310 | 06/27/2011 | 131.54 |
| 674222 | 07/15/2011 | 56.70 |
| 678870 | 08/31/2011 | 65.77 |
| 681374 | 09/29/2011 | 104.33 |
| 682895 | 10/13/2011 | 47.63 |
| 685365 | 11/07/2011 | 65.77 |
| 688460 | 12/12/2011 | 95.26 |
| 692932 | 02/02/2012 | 161.03 |
| 693784 | 02/08/2012 | 38.74 |
| 697372 | 03/19/2012 | 245.37 |
| 699312 | 04/11/2012 | 58.70 |
| 704036 | 05/31/2012 | 78.66 |
| 705642 | 06/18/2012 | 88.05 |
| 710015 | 07/31/2012 | 126.69 |
| 710886 | 08/09/2012 | 106.83 |
| 713793 | 09/14/2012 | 137.36 |
| 716235 | 10/08/2012 | 205.45 |
| 720486 | 11/13/2012 | 88.05 |
| 722819 | 12/10/2012 | 117.40 |
| 728712 | 02/13/2013 | 695.00 |
| 731957 | 03/25/2013 | 97.44 |
| 734501 | 04/16/2013 | 97.44 |
| 737557 | 05/13/2013 | 136.14 |

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).

KAYE | SCHOLER LLP

TO:    W.R. Grace & Co.-Conn                        February 21, 2014

RE: Special Counsel                                 Invoice#: 763046
Our File Number: 63812/0108
Client Reference: 100071                            PAGE:    3

| Invoice# | Date | Amount |
|---|---|---|
| 739839 | 06/14/2013 | 234.80 |
| 743725 | 07/31/2013 | 196.06 |
| 746119 | 08/27/2013 | 253.88 |
| 747548 | 09/11/2013 | 333.41 |
| 754411 | 11/15/2013 | 974.42 |
| 754412 | 11/15/2013 | 1,220.96 |
| 757587 | 12/20/2013 | 639.83 |
| 760911 | 01/24/2014 | 1,807.96 |
| Prior Balance Due........................................................... | | $11,928.76 |

| | |
|---|---|
| Fees this Invoice........................................................... | $1,907.75 |
| Total Due this Invoice................................................... | $1,907.75 |
| Prior Balance Due (from above).................................... | 11,928.76 |
| **TOTAL DUE**........................................................... | **$13,836.51** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/0108
Invoice Number: 763046
Total Amount Due: $13,836.51

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co.-Conn.                                February 21, 2014
       7500 Grace Drive
       Columbia, Maryland 21044
       Attn: Robert A. Maggio, Chief Patent Counsel


RE: Davison Polyolefins                          Invoice#: 763039
Our File Number:63812/3003
Client Reference: 100076                         PAGE:    1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

---

|            |                                                                      | Hours |
|------------|----------------------------------------------------------------------|-------|
| 01/27/2014 | Rynkiewicz, John P                                                   | 0.17  |
|            | Emails, review client request for VIP, VIP-R preliminary search; confirm. | |
|            | Total Hours.................                                          | 0.17  |
|            | Fees through 01/31/2014....................................           | $99.79 |


*-------------------------------TIME AND FEE SUMMARY-------------------------------*

|                     | Rate     | Hours | Fees    |
|---------------------|----------|-------|---------|
| Rynkiewicz, John P  | $587.00  | 0.17  | $99.79  |
| Fees through 01/31/2014.............. |  | 0.17 | $99.79 |


*-------------------------------OUTSTANDING BALANCE-------------------------------*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 647697   | 10/18/2010 | $47.63    |
| 697378   | 03/19/2012 | 38.74     |
| 716237   | 10/08/2012 | 420.29    |
| 747551   | 09/11/2013 | 370.99    |
| 754416   | 11/15/2013 | 7,777.75  |
| Prior Balance Due....................................................... | | $8,655.40 |

# KAYE | SCHOLER LLP

TO:   W.R. Grace & Co.-Conn.                                  February 21, 2014

**RE:** Davison Polyolefins                                   **Invoice#:** 763039
**Our File Number:** 63812/3003
**Client Reference:** 100076                                  **PAGE:**   2

Fees this Invoice.........................................................................   $99.79
Total Due this Invoice...............................................................   $99.79
Prior Balance Due (from above)...................................................   8,655.40
**TOTAL DUE**.........................................................................   **$8,755.19**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: W.R. Grace Trademarks
Our File Number: 63812/3003
Invoice Number: 763039
Total Amount Due: $8,755.19

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    W.R. Grace & Co-Conn.                          February 21, 2014
       7500 Grace Drive
       Columbia, Maryland 21004
       Attn: Robert A. Maggio, Chief Patent Counsel


       RE: General                                    **Invoice#:** 763049
       **Our File Number:** 63812/0001
       **Client Reference:** 100062                    **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

---

|  |  | **Hours** |
|---|---|---|
| 01/02/2014 | Rynkiewicz, John P | 1.83 |
|  | Grace overview of Trademark matters, outstanding issues; review uses of GRACE DAVISON on website and review USPTO regs re same. | |
| 01/10/2014 | Rynkiewicz, John P | 0.17 |
|  | Emails, review re new searches. | |
| 01/16/2014 | Rynkiewicz, John P | 1.00 |
|  | Review R. Maggio email and draft logo use agreement from SCS; review two sample prior grace agreements; advise Grace and mark-up and red line SCS draft agreement; discuss issues of concern. | |
| 01/17/2014 | Rynkiewicz, John P | 1.92 |
|  | Emails;conduct preliminary screening USPTO search for TALENT/TECHNOLOGY/TRUST; assemble marks of concern; prepare initial clearance opinion and discuss 13 third party retrieved marks; recommend full search. | |
| 01/23/2014 | Rynkiewicz, John P | 0.50 |
|  | Calls, review SCS logo use agreement issues. | |
| 01/27/2014 | Rynkiewicz, John P | 3.42 |
|  | Emails, phone call and research regarding preliminary screening searches for HyPrep and HyPur chromatography marks. conduct two USPTO searches for both marks; follow-up current use investigations for both marks and multiple third party users; prepare report and send to client re same. | |
| 01/27/2014 | Rynkiewicz, John P | 1.42 |
|  | Review Grace emails re Grace SCS logo agreement, call with T. Hunter re same; draft and revise multiple Agreement drafts; review multiple marks to be added; check on SYLOBLOC; address Grace prior review of samples issues and send final revised draft agreement. | |
| 01/28/2014 | Rynkiewicz, John P | 0.50 |
|  | Conf call with B. Artale and T. Hunter regarding HyPrep and HyPur marks; review prior summaries and prepare for call. | |

# KAYE | SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                     February 21, 2014

**RE:** General                                                  **Invoice#:** 763049
**Our File Number:** 63812/0001
**Client Reference:** 100062                                     **PAGE:**    2

---

| Date | | Hours |
|---|---|---|
| 01/30/2014 | Rynkiewicz, John P | 0.75 |
| | Phone calls and emails to/from T. Hunter re PURIDIGM search; review search package for prior West Law search from Grace; review records; outline preliminary search inquiry; brief review of some USPTO records for PURI. | |
| 01/31/2014 | Rynkiewicz, John P | 0.17 |
| | Emails, call re halt PURIDIGM search; halt work and confirm with Grace. | |
| 01/31/2014 | Rynkiewicz, John P | 1.33 |
| | Search USPTO; review third party GRACE filings. | |

Total Hours.................    13.01

Fees through 01/31/2014.....................................    $7,636.87

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Rynkiewicz, John P | $587.00 | 13.01 | $7,636.87 |
| Fees through 01/31/2014............... | | 13.01 | $7,636.87 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 628636 | 03/31/2010 | $440.43 |
| 628637 | 03/31/2010 | 1,690.79 |
| 637193 | 06/30/2010 | 3,978.07 |
| 639770 | 07/28/2010 | 813.08 |
| 641101 | 08/10/2010 | 3,477.98 |
| 643967 | 09/09/2010 | 1,171.42 |
| 647685 | 10/18/2010 | 472.96 |
| 650334 | 11/04/2010 | 350.44 |
| 654086 | 12/10/2010 | 303.06 |
| 657770 | 01/19/2011 | 349.39 |
| 660963 | 02/28/2011 | 368.75 |
| 664046 | 03/31/2011 | 1,369.87 |
| 666733 | 04/30/2011 | 1,256.53 |

# KAYE | SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                        February 21, 2014

**RE:** General                                                     **Invoice#:** 763049
**Our File Number:** 63812/0001
**Client Reference:** 100062                                        **PAGE:**   3

| Invoice# | Date | Amount |
|---|---|---|
| 669550 | 05/31/2011 | 595.35 |
| 672317 | 06/27/2011 | 519.43 |
| 674217 | 07/15/2011 | 1,926.66 |
| 678864 | 08/31/2011 | 775.92 |
| 681371 | 09/29/2011 | 859.57 |
| 682892 | 10/13/2011 | 407.11 |
| 685356 | 11/07/2011 | 462.73 |
| 688457 | 12/12/2011 | 1,342.66 |
| 692924 | 02/02/2012 | 1,587.66 |
| 693780 | 02/08/2012 | 1,242.09 |
| 697370 | 03/19/2012 | 528.30 |
| 699311 | 04/11/2012 | 478.99 |
| 705645 | 06/18/2012 | 302.89 |
| 710014 | 07/31/2012 | 117.50 |
| 710887 | 08/09/2012 | 225.41 |
| 713798 | 09/14/2012 | 253.58 |
| 716233 | 10/08/2012 | 282.93 |
| 720485 | 11/13/2012 | 176.10 |
| 722803 | 12/10/2012 | 372.16 |
| 728711 | 02/13/2013 | 685.61 |
| 731956 | 03/25/2013 | 284.11 |
| 734500 | 04/16/2013 | 234.80 |
| 737555 | 05/13/2013 | 273.58 |
| 739834 | 06/14/2013 | 333.42 |
| 743721 | 07/31/2013 | 498.95 |
| 747545 | 09/11/2013 | 282.93 |
| 754409 | 11/15/2013 | 2,442.22 |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

# KAYE | SCHOLER LLP

TO:    W.R. Grace & Co-Conn.                                    February 21, 2014

**RE:** General                                                **Invoice#:** 763049
**Our File Number:** 63812/0001
**Client Reference:** 100062                                    **PAGE:**    4

| Invoice# | Date | Amount |
|----------|------|--------|
| 754410 | 11/15/2013 | 833.54 |
| 757588 | 12/20/2013 | 1,127.04 |
| 760908 | 01/24/2014 | 1,074.51 |
| Prior Balance Due........................................................................... | | $36,570.52 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $7,636.87 |
| Total Due this Invoice.................................................. | $7,636.87 |
| Prior Balance Due (from above).................................... | 36,570.52 |
| **TOTAL DUE**.............................................................. | **$44,207.39** |

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).



The McPherson Building
901 Fifteenth Street, N.W.
Washington, D.C. 20005-2327
202.682.3500
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                Mail Code 81
                P. O. Box 11839
                Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: W.R. Grace Trademarks
      Our File Number: 63812/0001
      Invoice Number: 763049
      Total Amount Due: $44,207.39

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.