# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |
| | ) |

**CERTIFICATE OF VERIFICATION OF PUBLICATION OF
NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE OF THE FIRST AMENDED
JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY
CODE OF W. R. GRACE AND CO., ET AL, THE OFFICIAL COMMITTEE OF
ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS AS MODIFIED THROUGH DECEMBER 23, 2010
IN THE NEW YORK TIMES, NATIONAL EDITION**

---

[1] The Reorganized Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

# The New York Times

620 8TH AVENUE • NEW YORK, NY 10018

## CERTIFICATION OF PUBLICATION

FEB 21 2014 _____ 20 _____

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

_____

FEB 21 2014 _____ 20 _____

Alice Weber

Approved:

Maria Pannullo

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: W.R. GRACE & CO., et al., ) Chapter 11, Case No. 01-01139 (KJC)
Reorganized Debtors. ) (Jointly Administered)

**NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W. R. GRACE AND CO., ET AL, THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS AS MODIFIED THROUGH DECEMBER 23, 2010**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

1. Confirmation of the Plan. [text continues – notice body describing confirmation of the plan, District Court affirmance, Third Circuit appeals, and dismissal of final remaining appeal on February 3, 2014.]

2. Effective Date. On February 3, 2014, the Effective Date under the Plan occurred and the transactions contemplated under the Plan were consummated...

3. Releases, Exculpation, and Injunctions. Pursuant to the Confirmation Order, the release, injunction, and exculpation provisions in Article 8 and Article 11 of the Plan are now in full force and effect...

4. Non-Default Interest Resolution Bar Date. Pursuant to Article 3.1.9(e)(ii) of the Plan, the deadline for Holders of General Unsecured Claims who have submitted a timely Notice of Non-Default Contract Rate of Interest, which the Debtors have disputed by serving a written objection upon such Holder, to request a hearing before the Bankruptcy Court to resolve the objection shall be April 7, 2014.

5. Rejected Contracts. Pursuant to Article 9.1.3 of the Plan, all proofs of claim based upon a Claim arising from the rejection of an executory contract or unexpired lease pursuant to the Plan were to be Filed with the Bankruptcy Court no later than March 6, 2014. However, no executory contracts or unexpired leases were rejected pursuant to the Plan. See Rejected Executory Contracts and Unexpired Leases Schedule Filed by the Debtors on February 21, 2011, as Exhibit 5 to the Plan (Docket No. 26368) and as amended on January 28, 2014 (Docket No. 31657).

6. Professionals' Fees. Pursuant to Article 2.1.1(b)(1) of the Plan, all final applications for compensation of Professionals for services rendered and for reimbursement of expenses incurred on or before the Effective Date, and any other request for compensation by any Entity for making a substantial contribution (as described in Bankruptcy Code § 503(b)(3)(D)) in the Chapter 11 Cases (except only for Claims under 28 U.S.C. § 1930 and for fees incurred by the office of the Clerk of the Bankruptcy Court) ("Professionals' Fees"), shall be Filed no later than May 5, 2014. Objections to any Administrative Expense Claims for Professionals' Fees must be Filed within sixty (60) days after the applications have been Filed. Any Professional or Entity holding an Administrative Expense Claim that does not File an application for payment of such Administrative Expense Claim by the deadline set forth herein shall be forever barred from asserting such Administrative Expense Claim and shall receive no Distribution under this Plan or otherwise on account of such Administrative Expense Claim.

7. Administrative Claims Bar Date. Unless a request for the payment of an Administrative Expense Claim previously was Filed with the Court, all requests or applications for payment of Administrative Expense Claims other than Professionals' Fees described in paragraph 6 above ("Other Administrative Expense Claims") must be Filed with the Court and served on the Reorganized Debtors pursuant to the procedures specified in Part II.A of the Confirmation Order, no later than May 5, 2014 (the "Administrative Claims Bar Date"). Any Holder of an Administrative Expense Claim that is required to File and serve a request for payment of such Administrative Expense Claim and that does not File and serve such a request by the Administrative Claims Bar Date will be forever barred from asserting such Administrative Expense Claim against the Debtors, the Reorganized Debtors or their respective property and such Administrative Expense Claim will be deemed to have been discharged as of the Effective Date. Objections to Other Administrative Expense Claims must be Filed with the Court and served on the requesting party no later than November 3, 2014; provided, however, that such objection deadline may be extended by the Court upon request of the Reorganized Debtors.

8. Dissolution of Committees. Except as otherwise provided in Article 11.8 of the Plan, the Asbestos PI Committee, the Asbestos PD Committee, the Unsecured Creditors' Committee, and the Equity Committee shall be released and discharged of and from all further authority, duties, responsibilities, and obligations relating to or arising from or in connection with the Chapter 11 Cases, and such committees shall be deemed dissolved as of the Effective Date.

9. Further Information. If you would like to obtain a copy of the Confirmation Order or the Plan, please contact the Debtors' Notice and Claims Agent, by: (a) calling the Debtors' restructuring hotline at 888-909-0100; (b) visiting the Debtors' restructuring website at: www.bmcgroup.com/wrgrace; or (c) writing to BMC Group, Inc., Attn: W. R. Grace & Co., 18675 Lake Drive East, Chanhassen, MN 55317. You may also obtain copies of any pleadings Filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

Dated: February 13, 2014

KIRKLAND & ELLIS LLP, John Donley, P.C., Adam C. Paul; 300 North LaSalle Street, Chicago, IL 60654, Telephone: (312) 862-2000, Facsimile: (312) 862-2200 -and- THE LAW OFFICE OF ROGER HIGGINS, LLC, Roger J. Higgins, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601, Telephone: (312) 836-4047 -and- PACHULSKI STANG ZIEHL & JONES LLP, /s/ James E. O'Neill, Laura Davis Jones (Bar No. 2436), James E. O'Neill (Bar No. 4042), Timothy P. Cairns (Bar No. 4228); 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705, Telephone: (302) 652-4100, Facsimile: (302) 652-4400; Co-Counsel for the Debtors and Reorganized Debtors

* Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Confirmation Order, as applicable.

Case 01-01139-AMC    Doc 31819    Filed 03/06/14    Page 3 of 3

ties need not file Proofs of Claim on or before the applicable Bar Date: (a) any person or entity whose Claim is listed or described thereon as "disputed, contingent, and/or unliquidated," (ii) who does not dispute the amount or classification of the Claim set forth in the Schedules, and (iii) who does not dispute that the Claim is an obligation of the specific Debtor against which the Claim is listed on the Schedules; (b) any person or entity whose Claim has been paid in full by the Debtors; (c) professionals retained by the Debtors or the Creditors' Committee pursuant to orders of the Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to sections 328, 330, 331, and 503(b) of the Bankruptcy Code or 28 U.S.C. § 156(c); (d) any person or entity that holds an interest in the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants or rights to [...] (5003); Fox & Hound of Indiana, Inc. (5678); Fox & Hound of Kansas, Inc. [...]; (7608); Fox & Hound of Nebraska, Inc. (5786); Fox & Hound of New Jersey, Inc. (0951); Fox & Hound of New Mexico, Inc. (5620); Fox & Hound of Ohio, Inc. (3963); Fox & Hound of Oklahoma, Inc. (2928); Fox & Hound of Texas, Inc. (0979); Fox & Hound Restaurant Group (6614); Fox & Hound, Inc. (9035); Fox & Hound II, Inc. (9540); Fuqua Beverage Corp. (4906); Jackson Beverage Corporation (3948); N. Collins Entertainment, Ltd. (4596); Raider Beverage Corporation (4993); Rocket Beverage Corporation (9829); Shenandoah Beverage Corporation (8087); Tent. Finance, Inc. (5335); Tent Restaurant Operations, Inc. (5556); Willowbrook Beverage Corp. (1601); Winston-Salem Fox & Hound, Inc. (8319). The location of the Debtors' corporate headquarters and the Debtors' service address is: 1551 N. Waterfront Pkwy, Suite 310, Wichita, KS 67206.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: W. R. GRACE & CO., et al., ) Chapter 11, Case No. 01-01139 (KJC) Reorganized Debtors. ) (Jointly Administered)

**NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W. R. GRACE AND CO., ET AL., THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS AS MODIFIED THROUGH DECEMBER 23, 2010**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

1. **Confirmation of the Plan.** On January 31, 2011, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010 [Docket No. 26155] and on February 15, 2011, the Bankruptcy Court entered the Order Clarifying Memorandum Opinion and Order Confirming First Amended Joint Plan of Reorganization as Amended Through December 23, 2010 [Docket No. 26289] (collectively, the "Confirmation Order"), pursuant to which the Bankruptcy Court approved and confirmed the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified Through December 23, 2010 [Docket No. 26368] (as amended and conformed pursuant to the Confirmation Order, the "Plan"). On June 11, 2012, the Bankruptcy Court's Confirmation Order was affirmed by the United States District Court for the District of Delaware (the "District Court"), Case No. 11-199 (lead case) [Docket Nos. 215, 217, and 218]. Certain parties appealed the judgment of the District Court to the United States Court of Appeals for the Third Circuit (the "Third Circuit") in cases consolidated under Case No. 12-1402 (lead case). The Third Circuit affirmed the judgment of the District Court in each such appeal except for one and the period for petitioning the Supreme Court of the United States for certiorari review for such affirmed appeals expired with no such petition being made. The Third Circuit dismissed the final remaining appeal with prejudice on February 3, 2014, pursuant to a stipulated dismissal agreement between the parties.

2. **Effective Date.** On February 3, 2014, the Effective Date under the Plan occurred and the transactions contemplated under the Plan were consummated. Each of the conditions precedent to consummation of the Plan enumerated in Article 7.8 of the Plan has been satisfied or waived in accordance with the Plan.

3. **Releases, Exculpation, and Injunctions.** Pursuant to the Confirmation Order, the release, injunction, and exculpation provisions in Article 8 and Article 11 of the Plan are now in full force and effect as to all Reorganized Debtors, the Sealed Air Indemnified Parties, and the Fresenius Indemnified Parties including, without limitation, (a) the Asbestos PI Channeling Injunction and the Asbestos PD Channeling Injunction issued pursuant to section 524(g) of the Bankruptcy Code, as set forth in Articles 8.2 and 8.3 of the Plan, respectively, (b) the Asbestos Insurance Entity Injunction and Successor Claims Injunction issued pursuant to section 105(a) of the Bankruptcy Code, as set forth in Articles 8.4 and 8.5 of the Plan, respectively, (c) the releases set forth in Article 8.8 of the Plan, and (d) the exculpation set forth in Article 11.9 of the Plan.

4. **Non-Default Interest Resolution Bar Date.** Pursuant to Article 3.1.9(e)(ii) of the Plan, the deadline for Holders of General Unsecured Claims who have submitted a timely Notice of Non-Default Contract Rate of Interest, which the Debtors have disputed by serving a written objection upon such Holder, to request a hearing before the Bankruptcy Court to resolve the objection shall be **April 7, 2014**.

5. **Rejected Contracts.** Pursuant to Article 9.1.3 of the Plan, all proofs of claim based upon a Claim arising from the rejection of an executory contract or unexpired lease pursuant to the Plan were to be Filed with the Bankruptcy Court no later than **March 6, 2014**. However, no executory contracts or unexpired leases were rejected pursuant to the Plan. See Rejected Executory Contracts and Unexpired Leases Schedule Filed by the Debtors on February 21, 2011, as Exhibit 5 to the Plan [Docket No. 26368] and as amended on January 28, 2014 [Docket No. 31657].

6. **Professionals' Fees.** Pursuant to Article 2.1.1(b)(1) of the Plan, all final applications for compensation of Professionals for services rendered and for reimbursement of expenses incurred on or before the Effective Date, and any other request for compensation by any Entity for making a substantial contribution (as described in Bankruptcy Code § 503(b)(3)(D)) in the Chapter 11 Cases (except only for Claims under 28 U.S.C. § 1930 and for fees incurred by the office of the Clerk of the Bankruptcy Court) ("Professionals' Fees"), shall be Filed no later than **May 5, 2014**. Objections to any Administrative Expense Claims for Professionals' Fees must be Filed within sixty (60) days after the applications have been Filed. Any Professional or Entity holding an Administrative Expense Claim that does not File an application for payment of such Administrative Expense Claim by the deadline set forth herein shall be forever barred from asserting such Administrative Expense Claim and shall receive no Distribution under this Plan or otherwise on account of such Administrative Expense Claim.

7. **Administrative Claims Bar Date.** Unless a request for the payment of an Administrative Expense Claim previously was Filed with the Court, all requests or applications for payment of Administrative Expense Claims other than Professionals' Fees described in paragraph 6 above ("Other Administrative Expense Claims") must be Filed with the Court and served on the Reorganized Debtors, pursuant to the procedures specified in Part II.A. of the Confirmation Order, no later than **May 5, 2014** (the "Administrative Claims Bar Date"). Any Holder of an Administrative Expense Claim that is required to File and serve a request for payment of such Administrative Expense Claim and that does not File and serve such a request by the Administrative Claims Bar Date will be forever barred from asserting such Administrative Expense Claim against the Debtors, the Reorganized Debtors or their respective property and such Administrative Expense Claim will be deemed to have been discharged as of the Effective Date. Objections to Other Administrative Expense Claims must be Filed with the Court and served on the requesting party no later than **November 3, 2014**; provided, however, that such objection deadline may be extended by the Court upon request of the Reorganized Debtors.

8. **Dissolution of Committees.** Except as otherwise provided in Article 11.8 of the Plan, the Asbestos PI Committee, the Asbestos PD Committee, the Unsecured Creditors' Committee, and the Equity Committee shall be released and discharged of and from all further authority, duties, responsibilities, and obligations relating to or arising from or in connection with the Chapter 11 Cases, and such committees shall be deemed dissolved as of the Effective Date.

9. **Further Information.** If you would like to obtain a copy of the Confirmation Order or the Plan, please contact the Debtors' Notice and Claims Agent, by: (a) calling the Debtors' restructuring hotline at 888-909-0100; (b) visiting the Debtors' restructuring website at: www.bmcgroup.com/wrgrace; or (c) writing to BMC Group, Inc., Attn: W. R. Grace & Co., 18675 Lake Drive East, Chanhassen, MN 55317. You may also obtain copies of any pleadings Filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

Dated: February 13, 2014

KIRKLAND & ELLIS LLP, John Donley, P.C., Adam C. Paul, 300 North LaSalle Street, Chicago, IL 60654, Telephone: (312) 862-2000, Facsimile: (312) 862-2200 -and- THE LAW OFFICE OF ROGER HIGGINS, LLC, Roger J. Higgins, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601, Telephone: (312) 836-4047 -and- PACHULSKI STANG ZIEHL & JONES LLP, /s/ James E O'Neill, Laura Davis Jones (Bar No. 2436), James E. O'Neill (Bar No. 4042), Timothy P. Cairns (Bar No. 4228), 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705, Telephone: (302) 652-4100, Facsimile: (302) 652-4400; Co-Counsel for the Debtors and Reorganized Debtors

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Confirmation Order, as applicable.

# Unemployment Filings Fall, S[...]

By Reuters

The number of Americans filing new claims for unemployment benefits fell last week, suggesting that the labor market continues to steadily improve despite severe weather that could hold back hiring again this month.

Nevertheless, cold weather continues to damage the economy, with other reports on Thursday showing a surprise decline in factory activity in the mid-Atlantic region this month and a spike in electricity and heating fuel prices in January.



**Lost Tree Village**

No State Income Tax
11596 Turtle Beach Road,
North Palm Beach
Direct Oceanfront Estate

Exclusive - $14,950,000
**Christian Angle Real Estate**
www.anglerealestate.com

Christian J Angle – 561-629-3015
cjangle@anglerealestate.com

Though information is believed to be correct, offerings are subject to errors, omissions, prior sale and withdrawal without notice.
*Equal Housing Opportunity*

"Weather has definitely been a factor in keeping things slow," said Alan MacEachin, an economist at Navy Federal Credit Union in Vienna, Va. "Looking at everything right now, I don't know how we can get a good picture for probably at least a couple of months."

Initial claims for state unemployment benefits slipped 3,000 to a seasonally adjusted 336,000, the Labor Department said. The claims data covered the period for February's nonfarm payrolls count. Snowstorms slammed parts of the country last week, which could have kept some workers at home, and possibly held back payroll growth in February.

# Signs of Winte[r]

By The Associated Press

The stock market got a lift on Thursday from a couple of encouraging reports that suggested the economy could pick up after a winter slump. In one report, United States manufacturing expanded in February at its fastest pace in almost four years, according to a private survey by Markit.

The Conference Board said in another report that its index of leading indicators posted a moderate gain in January, suggesting that the economy will continue to expand in the first half of the year.

"Today's market is reflecting the fact that the economy has gone through the doldrums due to the weather and we should now see a substantial pickup," said Peter Cardillo, chief market economist at Rockwell Global Capital.

The Standard & Poor's 500-stock index rose 11.03 points, or 0.6 percent, to 1,839.78. The Dow Jones industrial average gained 92.67 points, or 0.6 percent, to 16,133.23. The day before, the Dow fell 89 points the after minutes from the Federal Reserve's latest meeting showed that a few policy makers raised the possibility that an increase in interest rates should come "relatively soon."

And the Nasdaq composite on Thursday climbed 29.59 points, or 0.7 percent, to 4,267.55.

## COMMERCIAL REAL ESTATE BUSINESS OPPORTUNITIES

**OFFICE SPACE (100)**

Offices - Manhattan 105

5th-Lex Offices, Showrooms, Retail B/t GRAND CENTRAL & PENN STA. 185 Mad., 353 Lex., 385 5th, 390 5th, S W 37th
620 SF to 8,620 SF
Owner Management
212-843-5400  Floor Plans on Website
www.HilsonManagement.com

36th ST W., #152 B'twn Broadway & 7th
1000, 1500 & 2000 sq ft, totally renovated offices, new lobby  NO FEE
falconproperties.com  212-302-3000

Offices - Brooklyn 121

BROOKLYN Medical Office for Rent
LOCATION
Newly renovated furnished medical office, suitable for Pediatric or family practice, nestle, in a busy area of Brooklyn with parking on the site available for rent or sub lease. Excellent for start up practice. Ahmad, 917-446-0320

**Professional Offices**

Staten Island 184

Staten Island
NEW PROFESSIONAL OFFICE SPACE
2200 sq/ft
646-772-7744  rent1836@gmail.com

**RETAIL SPACE (200)**

Manhattan 205

38th St #325 W Btw/8th & 9th Ave
Store 2000sf + Mezz 1000sf + 1500sf Bsmt
New storefront, Brokers welcome
FalconProperties.com  212-302-3000

Nassau/Suffolk 230

SOUTHAMPTON- Retail Stores
For Rent. Lots of parking.
Located on very busy highway.
Call 212-355-5300 ext. 8315

Westchester County 236

YONKERS Retail Store
For Rent. 1000+ sq. ft. Very busy street.
Previously restaurant. $1400/month.
Call 212-355-5300 ext. 8315

**INVESTMENT PROPERTIES (600)**

Investment Properties
Manhattan 603

1st Ave Excl: 4-story mixed use building
with 6 apts & 1 store. Delivered vacant
w/18,560 bsf. Call Jesse Cirolli-Quinones of Besen & Associates (212) 951-8416

Investment Properties
Other Areas 605

FLORIDA SEBASTIAN
3 x 5,000 sf Medical/Office building –
turn key 1621 Rte 1

4 acres on Indian River zoned 6 units per acre allowing 2 docks w/ views of Indian River

½ acre residential in a small sub-division w/views of Indian River
All For Sale by Owner
Call Pete (631) 445-6364

**Investment Properties Other Areas 605**

WORTH AVENUE
Rare retail space for sale by owner. Approx. 1700 sq. ft. of leasable area.
329 Worth Ave., Palm Beach, FL 33480.
561-838-1855. Priced at $4,400,000.

**COMMERCIAL LOTS & ACREAGE (700)**

Queens 715

Rockaway Park
Attention Builders
R7A lots for sale. 365'x100'.
Beach Block
Serious inquiries only.
Call 917-453-9824 or 917-885-5548