IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                                        )
In re:                                                              )        Chapter 11
                                                                        )
W.R. GRACE & CO., et al.                              )        Case No. 01-1139 (KJC)
                                                                        )
          Debtors.                                              )        Objection Deadline: March 27, 2014 at 4:00 p.m.
_____)        Hearing: Scheduled if Necessary (Negative Notice)

**COVER SHEET TO SECOND MONTHLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANT
TO ROGER FRANKEL, ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of November 15, 2013 (pursuant to this Court's Order entered December 17, 2013) |
| Period for which compensation is sought: | January 1, 2014 through January 31, 2014 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $9,240.00 |
| 80% of fees to be paid: | $7,392.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total Fees @ 80% and 100% Expenses: | $7,392.00 |

This is an:     __     interim     _X_     monthly     __     final application.

**COMPENSATION SUMMARY**
**January 2014**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeff Kimble | Consulting Actuary (13 years) ACAS | $515 | 8.50 | $4,377.50 |
| Steve Lin | Consulting Actuary (17 years) FCAS | $575 | 2.30 | $1,322.50 |
| Adam Luechtefeld | Analyst (10 years) | $330 | 0.50 | $165.00 |
| David Wolf | Consulting Actuary (6 years) FCAS | $450 | 7.50 | $3,375.00 |
| **Total Blended Rate: $491.49** | | | **18.80** | **$9,240.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 18.80 | $9,240.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | 0.00 |
| **Total Expenses** | **0.00** |

| | |
|---|---|
| **January 2014 – Grand Total** | **$9,240.00** |

Respectfully submitted,

TOWERS WATSON

By: */S/ JEFFREY D. KIMBLE*
    Jeffrey D. Kimble, ACAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5836

Dated: February 14, 2014