# EXHIBIT A

## January 2014
## Summary of Hours

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | **Jan-14** | | |
| Jeff Kimble | 1/14/2014 | 2.50 | $515 | $1,287.50 | Preparing cash flow projections |
| Jeff Kimble | 1/16/2014 | 2.50 | $515 | $1,287.50 | Preparing cash flow projections |
| Jeff Kimble | 1/20/2014 | 3.50 | $515 | $1,802.50 | Preparing cash flow projections |
| | | 8.50 | | $4,377.50 | |
| Steve Lin | 1/20/2014 | 2.30 | $575 | $1,322.50 | Preparing cash flow projections |
| | | 2.30 | | $1,322.50 | |
| Adam Luechtefeld | 1/17/2014 | 0.50 | $330 | $165.00 | Preparing cash flow projections |
| | | 0.50 | | $165.00 | |
| David Wolf | 1/14/2014 | 2.00 | $450 | $900.00 | Preparing cash flow projections |
| David Wolf | 1/16/2014 | 0.50 | $450 | $225.00 | Preparing cash flow projections |
| David Wolf | 1/17/2014 | 2.00 | $450 | $900.00 | Preparing cash flow projections |
| David Wolf | 1/20/2014 | 3.00 | $450 | $1,350.00 | Preparing cash flow projections |
| | | 7.50 | | $3,375.00 | |
| | | 18.80 | | $9,240.00 | |