EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos Claims** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/3/2013 | 2.6 | $507.00 | Follow up analysis of pleadings affecting claims for coordinating claims and distribution databases |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/7/2013 | 3.2 | $624.00 | Continued analysis of Orders, Stipulations and/or Settlements affecting proofs of claims |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/8/2013 | 1.9 | $370.50 | Analysis of POCs affected by orders, stipulations and/or settlements for continued proposed distribution analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2013 | 0.6 | $126.00 | Analysis of R Higgins email re Fireman's Fund and Wachovia claims (.3); revise b-Linx re email (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/15/2013 | 2.9 | $565.50 | Analysis of underlying pleading affecting proofs of claims and coordinating updating distribution basis |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/29/2013 | 1.9 | $370.50 | Analysis of underlying pleadings affecting proofs of claims for preparing distribution analysis report |
| | | | Total: | 13.1 | $2,563.50 | |
| **WRG Case Administration** | | | | | | |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/1/2013 | 0.1 | $9.50 | Review Court docket Nos 31177-31178,31180 categorize each new docket entry |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/1/2013 | 0.4 | $84.00 | Analysis of K Becker/Rust email re claims register request (.1); analysis of S Cohen email re F Lam/Artisan Claims re record date inquiry (.1); analysis of M Booth email re F Lam telephone call (.1); prep email to R Higgins re F Lam inquiry (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/1/2013 | 0.4 | $84.00 | Analysis of status updates from K Martin, M John, S Cohen (.1); prep status update for team (.2); analysis of S Cohen email re COA request received, issue (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/1/2013 | 1.2 | $252.00 | Analysis of Court docket re case status |
| MIKE BOOTH - MANAGER | | $165.00 | 10/1/2013 | 0.1 | $16.50 | Provide Call Center support for 10/1/13 web/email/CC creditor inquiry; email correspondence with project team re: same. |
| MIKE BOOTH - MANAGER | | $165.00 | 10/1/2013 | 0.1 | $16.50 | Telephone with Frank of Artesian Claims Group at (512) 314-4303 / RE: confirmation of the Record Date as it relates to the processing of transfers. Caller will send an email to the CC alias. |
| MIKE BOOTH - MANAGER | | $165.00 | 10/1/2013 | 0.1 | $16.50 | Discussion with S Cohen re: case management & activity and project team status report. |
| MIREYA CARRANZA - CAS | | $45.00 | 10/1/2013 | 0.2 | $9.00 | Review postage for previous month returned mail re-service |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/1/2013 | 0.1 | $19.50 | Updated status report re claims analysis |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/1/2013 | 0.2 | $22.00 | Provide Call Center support for transfer agent inquiry regarding distribution (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/1/2013 | 0.2 | $22.00 | Provide Call Center support for additional transfer agent inquiry regarding claim status (.1); email correspondence with T.Feil (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/1/2013 | 0.2 | $22.00 | Email correspondence with project team re: case management & activity (.1); discussion with M.Booth (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/1/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/2/2013 | 1.1 | $231.00 | Review report formats in use (.8); prep email to G Kruse re undeliverable data information and report format (.3) |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/2/2013 | 1.8 | $378.00 | Analysis of pending items list, status (1.0); revise pending items list re updates (.8) |
| NOREVE ROA - CAS | | $95.00 | 10/2/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 31166-31178, 31180 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/2/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/2/2013 | 0.2 | $22.00 | Audit claim database updates performed per creditor change of address request and related documentation(.1); email correspondence with M.Araki (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/3/2013 | 0.2 | $19.00 | Review Court docket Nos 31181-31190 , categorize each new docket entry |
| JAMES MYERS - CAS | | $65.00 | 10/3/2013 | 0.1 | $6.50 | Confer w/ M John; prep email transmitting to M Araki - BMC invoice |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2013 | 0.5 | $105.00 | Telephone to R Higgins re Fireman's Fund/Wachovia (.1); telephone to R Higgins re open schedules draft report, revisions (.2); analysis of R Higgins email re reports to revise, data file (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/3/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| BARBARA COLBY - CAS | | $55.00 | 10/4/2013 | 0.2 | $11.00 | Process returned mail (.1) and archive case correspondence (.1) |
| MARISTAR GO - CAS | | $95.00 | 10/4/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. (31181 31182 31183 31184 31185 31186 31187 31188 31189 31190) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/4/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/5/2013 | 0.3 | $28.50 | Review Court docket Nos 31191-31207, categorize each new docket entry |
| MARISTAR GO - CAS | | $95.00 | 10/6/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos.. (31191 31192 31193 31194 31195 31196 31197 31198 31199 31200 31201 31202 31203 31204 31205 31206 31207 ) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/7/2013 | 1.0 | $210.00 | Analysis of J Conklin email re receipt of Rust CD with late-filed ZAI claims (.1); analysis of Court docket re case status (.9) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/7/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/8/2013 | 0.1 | $9.50 | Review Court docket No 31208, categorize each new docket entry |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2013 | 1.8 | $378.00 | Analysis of distribution notes (.9); revise and update distribution notes per transfer audit (.4); analysis of M John emails re audit of orders affecting claims, issues to review (.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/8/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARISTAR GO - CAS | | $95.00 | 10/9/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31208 ) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2013 | 0.5 | $105.00 | Analysis of draft Sept invoice from S Fritz (.2); prep email to S Fritz re expense revisions (.2); telephone from S Fritz re expenses (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2013 | 0.4 | $84.00 | Emails to/from T Feil re bWorx site for Grace (.3); prep email to S Fritz re bWorx site (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2013 | 0.3 | $63.00 | Prep email to J Conklin and G Kruse re processing of Rust CD re late filed ZAI claims (.2); analysis of G Kruse and J Conklin responses (.1) |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|-----------|-------------|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2013 | 2.0 | $420.00 | Analysis of claim flag project status (.6); continue review of claim flags and b-Linx revision (1.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/9/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/10/2013 | 0.1 | $9.50 | Review Court docket Nos 31209-31212 categorize each new docket entry |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2013 | 0.6 | $126.00 | Prep email to G Kruse re updated Blackstone data file, reporting (.2); analysis of files re Bank of America claims/schedule issue (.3); prep email to R Higgins re Bank of America claims/schedule issue (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2013 | 1.5 | $315.00 | Continue analysis of claim flags and b-Linx revision |
| MIKE BOOTH - MANAGER | | $165.00 | 10/10/2013 | 0.1 | $16.50 | Telephone with Shawn at (519) 742-1922 / RE: request for scheduled distribution date. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/10/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARISTAR GO - CAS | | $95.00 | 10/11/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31209 31210 31211 31212) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/11/2013 | 0.3 | $49.50 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/11/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/11/2013 | 0.3 | $33.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/12/2013 | 0.1 | $9.50 | Review Court docket No 31215 categorize each new docket entry |
| MARISTAR GO - CAS | | $95.00 | 10/14/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31213 31215) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/14/2013 | 2.6 | $546.00 | Analysis of G Kruse email re updated claims registers (.1); begin analysis of updated claims registers (2.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/14/2013 | 0.5 | $105.00 | Emails to/from S Cohen/M Booth re F Lam/Artesan Group inquiry (.3); emails to/from R Higgins re follow-up on response to F Lam (.1); prep email to F Lam re R Higgins (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/14/2013 | 0.2 | $22.00 | Provide Call Center support for creditor inquiry regarding distribution (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/14/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2013 | 1.5 | $315.00 | Work on data and reports per call with R Higgins re open schedule report revisions |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2013 | 1.0 | $210.00 | Various emails to team re projects, pending items, revising claims |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/15/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/15/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/16/2013 | 0.2 | $19.00 | Review Court docket Nos 31216-31226 categorize each new docket entry |
| JAMES MYERS - CAS | | $65.00 | 10/16/2013 | 0.1 | $6.50 | Review & respond to emails from M Booth transmitting service docs - Transfer Notices |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2013 | 3.5 | $735.00 | Continue claims register review (1.9); prep email to G Kruse re revisions (1.6) |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2013 | 0.8 | $168.00 | Analysis of various correspondence from team re projects (.3), review (.2) and respond (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/16/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/17/2013 | 0.1 | $9.50 | Review Court docket No 31228 categorize each new docket entry |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/17/2013 | 2.0 | $420.00 | Work with G Kruse re revised claims registers, data updates (1.2); analysis of revised claims registers (.8) |
| NOREVE ROA - CAS | | $95.00 | 10/17/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 31216-31226 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/17/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/18/2013 | 0.1 | $9.50 | Review Court docket Nos 31229-31231 categorize each new docket entry |
| MARISTAR GO - CAS | | $95.00 | 10/18/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31228) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2013 | 0.7 | $147.00 | Analysis of S Cohen emails to Rust re updated claims/transfer data (.2); analysis of data files (.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/18/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/19/2013 | 0.1 | $9.50 | Review Court docket Nos 31232-31238 categorize each new docket entry |
| NOREVE ROA - CAS | | $95.00 | 10/19/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 31229-31230, 31232-31238 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2013 | 0.5 | $105.00 | Analysis of S Cohen emails re schedule updates and add'l issues (.3); prep emails to S Cohen re updates (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/21/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/22/2013 | 0.1 | $9.50 | Review Court docket No 31239 categorize each new docket entry |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/22/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARISTAR GO - CAS | | $95.00 | 10/23/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31239) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/23/2013 | 0.3 | $63.00 | Analysis of S Cohen email re pending DRTT items, status (.1); analysis of DRTT re S Cohen inquiry (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/23/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/23/2013 | 0.3 | $33.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status (.2); email correspondence with M.Araki re: pending issues (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/23/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/24/2013 | 0.1 | $9.50 | Review Court docket Nos 31240-34145 categorize each new docket entry |
| NOREVE ROA - CAS | | $95.00 | 10/24/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 31240-31245 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/24/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/25/2013 | 0.3 | $28.50 | Review Court docket Nos 31246-31259 categorize each new docket entry |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|----------------|-------------|------|-------|-----------|-------------|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/25/2013 | 0.5 | $105.00 | Emails to/from G Kruse re add'l vendor data file received from M Blessing, uses in 1099 review (.4); analysis of S Cohen email re confirmation of update to D Yunich claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/25/2013 | 2.1 | $441.00 | DRTT analysis and b-Linx audit (1.5); revise b-Linx per audit (.6) |
| NOREVE ROA - CAS | | $95.00 | 10/25/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 31246-31251, 31253-31255, 31257-31259 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/25/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/28/2013 | 0.1 | $9.50 | Review Court docket Nos 31260-31264 categorize each new docket entry |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/28/2013 | 1.0 | $210.00 | Analysis of Court docket re case status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/28/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/29/2013 | 0.1 | $9.50 | Review Court docket Nos 31265-31271, categorize each new docket entry |
| MARISTAR GO - CAS | | $95.00 | 10/29/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31260 31261 31262 31263 31264) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2013 | 0.3 | $63.00 | Prep email to S Cohen re updating Omni 29 parties in b-Linx (.2); analysis of team status memos from S Cohen, K Martin and M John (.1) |
| NOREVE ROA - CAS | | $95.00 | 10/29/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 31265-31271 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/29/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/29/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| TERRI MARSHALL - MANAGER | | $185.00 | 10/29/2013 | 0.2 | $37.00 | Telephone with Mr. Tucker at (864) 427-2610 / RE: Caller filed a claim in the case , status of payments. Advised no distribution to date, possible 2014 distribution. |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/30/2013 | 0.1 | $9.50 | Review Court docket Nos 31272-31279 categorize each new docket entry |
| JAMES MYERS - CAS | | $65.00 | 10/30/2013 | 0.2 | $13.00 | Email exchange w/ M Araki & L Solis re FedEx delivery charge estimates for international parties (.1); research same (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2013 | 0.8 | $168.00 | Analysis of S Cohen email re Omni 29 b-Linx updates (.2); prep email to M John re contact info for Benefit notice (.3); analysis of M John responses (.2); telephone to M John re clarification on contact info (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2013 | 1.0 | $210.00 | Emails to/from R Higgins re Omni 29 service, updated addresses, estimated shipping costs (.5); emails to/from Notice Group re shipping estimates for Omni 29, international and local (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2013 | 0.6 | $126.00 | Prep email to R Higgins re estimated shipping costs for Omni 29 (.2); analysis of R Higgins email re preferred delivery options (.1); prep initial NRC for service on 11/1 (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2013 | 2.4 | $504.00 | DRTT analysis and b-Linx audit (1.8); revise b-Linx per audit (.6) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/30/2013 | 0.3 | $58.50 | eMail exchanges with M Araki re procedures for setting up and verification of case web and email address, return mail and other noticing issues |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/30/2013 | 0.3 | $33.00 | Provide Call Center support for creditor change of address inquiry (.1); update creditor matrix (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/30/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 10/31/2013 | 0.1 | $9.50 | Review Court docket Nos 31280-31283 categorize each new docket entry |
| MARISTAR GO - CAS | | $95.00 | 10/31/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31272 31273 31274 31275 31276 31277 31279) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2013 | 0.3 | $63.00 | Prep case status update to team re estimated distribution, case updates, projects |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2013 | 0.6 | $126.00 | Update NRC status to requested (.1); work with Ntc Grp and Data re mail file for int'l and overnight local service (.5) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/31/2013 | 0.3 | $58.50 | eMail exchanges with M Araki re Notice to employees .1); review Notice and email to M Araki with suggested updates (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/31/2013 | 0.2 | $39.00 | Review status report from M Araki re status of appeals and possible distribution |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/31/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/31/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| | | | Total: | 50.5 | $9,238.00 | |
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/3/2013 | 2.0 | $300.00 | Generate detailed listing of allowed claims mailing and distribution addresses (1.3). Flag addresses currently marked as undeliverable (.4). Export to Excel (.2) and forward to M Araki for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/7/2013 | 3.2 | $480.00 | Author custom W9 form for prep of W9 mailing (1.2). Review current W9 form specifications and generate custom mailing version with merge data capabilities. (2.0) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/7/2013 | 1.8 | $270.00 | Print/test custom W9 forms (.7). Format page layouts and verify visibility and placement when printing (1.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/7/2013 | 0.5 | $75.00 | Review/verify counts of claimants to receive W9 forms. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/7/2013 | 0.1 | $9.50 | Review and respond to correspondence with project manager regarding receipt of new Rust CD for new claims. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/10/2013 | 1.2 | $180.00 | Review of new US and Canadian ZAI late filed claims source data from Rust (.5). Log in file matrix (.1) and upload to working database (.6) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/10/2013 | 1.6 | $240.00 | Parse and normalize new ZAI creditor data. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/10/2013 | 1.4 | $210.00 | Prep and upload new ZAI creditor records to bLinx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/10/2013 | 1.4 | $210.00 | Prep and upload new ZAI claim records to bLinx and set default claim amounts. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/10/2013 | 0.7 | $105.00 | Review/audit of current uploaded ZAI claims in bLinx (.4). Verify current counts. (.3) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/10/2013 | 0.1 | $9.50 | Review and respond to correspondence with project team regarding the uploading of new ZAI claim information. |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Data Analysis** | | | | | | |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 10/10/2013 | 0.1 | $9.50 | Review and download ZAI claim information from new Rust CD. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/11/2013 | 1.8 | $270.00 | Update distribution data source (.4). Run updated version of of distribution detail report (1.0). Export to Excel (.3) and forward to M Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/11/2013 | 1.3 | $195.00 | Generate updated distribution detail change report (.9). Export to Excel (.3) and forward to M Araki for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/11/2013 | 1.2 | $180.00 | Update claims register data source (.3). Generate new full claims register sorted by name, and sorted by claim number (.9) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/11/2013 | 1.5 | $225.00 | Generate first batch of claims registers printed by case. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/11/2013 | 1.5 | $225.00 | Generate second batch of claims registers printed by case. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/11/2013 | 1.2 | $180.00 | Generate final batch of claims registers printed by case. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/15/2013 | 1.8 | $270.00 | Generate current listing of active claims eligible for distribution (.6). Export to working table (.3). Prep for grouping for upcoming W9 mailing (.9) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/15/2013 | 1.2 | $180.00 | Review of active claims (.4). Verify count of claims with VendorID's (.7). Forward counts to M Araki (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/15/2013 | 2.5 | $375.00 | Manual review/grouping of active claims eligible for distribution (1.5). Group claims  by name/address of claimant. (1.0) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/15/2013 | 1.5 | $225.00 | Manual review/grouping of final batch of active claims eligible for distribution (.8). Group claims  by name/address of claimant. (.7) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/15/2013 | 1.0 | $150.00 | Generate report of distribution claims grouped by claimant (.6). Verify counts of distinct claimants. (.4) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/16/2013 | 1.7 | $255.00 | Setup W9 working database (.6). Upload vendor file from client (.2). Prep for comparison against vendor schedule and claims currently in bLinx. (.9) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/16/2013 | 1.8 | $270.00 | Generate source table of all active and inactive claims (1.0). Import in available VendorID's for scheduled claims (.8). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/16/2013 | 2.2 | $330.00 | Review counts of all filed claims matched to schedules (1.0). Backfill in VendorID's from scheduled claims to their matched filed claim. (1.2) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/16/2013 | 1.7 | $255.00 | Review of current claims working table (.3). Verify counts of all claims with a VendorID and without a VendorID (.3). Flag claims with multiple VendorID's (.4). Prep working table for comparison against Vendor source file from client (.7). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/17/2013 | 1.8 | $270.00 | Update counsel addresses for selected claims as per M Araki review (.3). Rerun consolidated claims registers and Grace Conn claims registers (1.4). Forward to M Araki. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/17/2013 | 0.6 | $90.00 | Compress all claims register reports and copy to FTP folder for Rust Consulting download. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/17/2013 | 2.5 | $375.00 | Review of invoice detail data (1.0). Extract VendorID codes and backfill to new Vendor source data from client (1.0). Verify VendorID match or vendors with multiple ID's. (.5) |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/17/2013 | 1.9 | $285.00 | Generate final master table of all scheduled and filed claims with their associated VendorID(s) (1.0). Prep for comparison against vendor file from client (.9). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/18/2013 | 1.2 | $180.00 | Prep monthly active and inactive non-asbestos claims report (.8). Export to Excel (.3) and forward to S Cohen (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/18/2013 | 2.8 | $420.00 | Programmatic and manual match of all active and inactive claims to vendor source file (2.0). Backfill in matching claims data to vendor records (.8). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/18/2013 | 1.8 | $270.00 | Generate draft detail report of vendors and their matching claim data (1.5). Export to Excel (.3) and forward to M Araki for review. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/22/2013 | 2.2 | $330.00 | Review of current active claims listing (1.0). Generate report of all current active claims with no matching records to source AP vendor file. (1.2) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/22/2013 | 1.8 | $270.00 | Review audit of source vendor file (.9). Verify records with valid/complete TaxID's. (.9) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/25/2013 | 1.2 | $180.00 | Backup working database for W9 mailing (.9). Copy/store source vendor files to client folder. (.3) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/25/2013 | 1.7 | $255.00 | Review of additional vendor file from client (.4). Compare to Suppliers source file (.4). Verify same counts and vendors in both source files (.9). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 10/31/2013 | 1.0 | $150.00 | Rerun updated active claims report with no matching vendor records (.7). Add additional data columns as per M Araki. (.3) |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 10/31/2013 | 0.4 | $38.00 | Populate MailFile 53797 with APs for todays scheduled mailings - Omni 29 Objection |
| | | | Total: | 58.9 | $8,796.50 | |
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/1/2013 | 2.8 | $588.00 | Telephone with R Higgins re W9/1099 planning (.2); analysis of distribution tracking report (1.2); revise distribution tracking report (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/2/2013 | 1.9 | $399.00 | Telephone from R Higgins re W9/1099 mailing, probable parties, notice, samples (.2); research W9/1099 sample mailings for R Higgins (1.4); prep email to R HIggins re sample mailings (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2013 | 0.5 | $105.00 | Conf call with S Scarlis, R Higgins, R Finke, B Chu, A Schlesinger re distribution planning, status of preparations |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2013 | 1.8 | $378.00 | Analysis of R Higgins reports for revision (.8); analysis of R Higgins prior reports, data files (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/4/2013 | 3.2 | $672.00 | Work on revised reports for R Higgins (2.0); verify data and information, cross-reference vs alternative reports (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/7/2013 | 3.5 | $735.00 | Work on revised reports for R Higgins (1.5); verify data and information, cross-reference vs alternative reports (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2013 | 0.5 | $105.00 | Analysis of S Scarlis email re request to revise de minimis report by Scheds and Claims (.1); analysis of de minimis report re request (.4) |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/9/2013 | 2.6 | $546.00 | Analysis of emails, files and docs re prep for weekly conf call with client (.6); analysis of pending items list re status (1.3); revise/update pending items list (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2013 | 0.6 | $126.00 | Conf call with R Higgins re bank lender claims, funds flow memo info, items to research (.4); conf call with R Higgins, A Schlesinger and J Federbush re updated Blackstone data file, new interest calculations (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2013 | 0.8 | $168.00 | Analysis of R Higgins emails re bank lender claims for funds flow memo (.3); analysis of bank lender claims reporting (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2013 | 1.3 | $273.00 | Revise/finalize open schedule report (1.1); prep email to R Higgins re revised report (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/11/2013 | 2.0 | $420.00 | Continue work on prep of Blackstone and other reports requested by R Higgins |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/14/2013 | 2.1 | $441.00 | Analysis of G Kruse email re updated Blackstone data file (.1); begin analysis of revised data file and change file (2.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2013 | 1.0 | $210.00 | Weekly conf call with client re update on distribution prep, planning (.6); conf call with R Higgins re review of open schedule report and revisions (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2013 | 0.5 | $105.00 | Conf call with M Blessing, S Clark/WR Grace re vendor file info for comparison to b-Linx data for tax ids and updated addresses (.3); prep email to G Kruse re data file comparison for tax id and address updates (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2013 | 1.6 | $336.00 | Work on data and reports per conf call re distribution vendor file |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/15/2013 | 1.4 | $294.00 | Continue work on data and reports per conf call re Blackstone data file |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/16/2013 | 1.7 | $357.00 | Analysis of data files from M Blessing and S Clark re tax id and address info (1.4), forward to G Kruse with instructions for analysis to be performed (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2013 | 3.0 | $630.00 | Continue analysis of updated Blackstone data file and change file report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2013 | 3.0 | $630.00 | Revise Blackstone data file per analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2013 | 1.8 | $378.00 | Revise distribution tracking lists per Blackstone data file review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2013 | 2.0 | $420.00 | Analysis of G Kruse report re vendor file comparison |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2013 | 1.0 | $210.00 | Finalize Blackstone data file (.8); prep email to J Federbush re revised Blackstone data file (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/24/2013 | 0.5 | $105.00 | Conf call with Sean Scarlis, Richard Finke, Roger Higgins, Adam Schlesinger, Karen Blood, Michele Blessing re update on prep for distribution, pending items, status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2013 | 0.6 | $126.00 | Conf call with S Scarlis, R Finke, R Higgins, K Blood, B Chiu, A Schlesinger, J Federbush re status of distribution prep, Omni 29, remaining items to be addressed |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2013 | 0.3 | $63.00 | Analyze S Scarlis email re reports for review with Grace management (.1); prep email to S Scarlis re form of report (.1); analysis of S Scarlis email re one report (.1) |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| | | | Total: | 42.0 | $8,820.00 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/1/2013 | 1.5 | $315.00 | Prep Jul 13 draft billing detail report (.4); analysis of Jul 13 billing report for prof reqts and Court imposed categories (.6); revise Jul 13 entries for fee app compliance (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/2/2013 | 2.2 | $462.00 | Continue analysis of Jul 13 billing report for prof reqts and Court imposed categories (1.2); revise Jul 13 entries for fee app compliance (1.0) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/2/2013 | 0.2 | $39.00 | Email exchanges with M Araki re BMC monthly fee application (.1); review and execute for filing with USBC (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/2/2013 | 0.1 | $19.50 | eMail exchanges with M Araki re executing monthly fee application for filing with USBC |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2013 | 2.5 | $525.00 | Prep Aug 13 draft billing detail report (.4); analysis of Aug 13 billing report for prof reqts and Court imposed categories (1.1); revise Aug 13 entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/4/2013 | 2.2 | $462.00 | Continue analysis of Aug 13 billing report for prof reqts and Court imposed categories (1.2); revise Aug 13 entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/11/2013 | 2.5 | $525.00 | Prep Sep 13 draft billing detail report (.4); analysis of Sep 13 billing report for prof reqts and Court imposed categories (1.1); revise Sep 13 entries for fee app compliance (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/17/2013 | 2.5 | $525.00 | Continue analysis of Sep 13 billing report for prof reqts and Court imposed categories (1.3); revise Sep 13 entries for fee app compliance (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2013 | 2.5 | $525.00 | Draft July 13 fee app (.7); draft Aug 13 fee app (.7); draft Sep 13 fee app (.7); prep Jul 13 fee app exhibits (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2013 | 2.8 | $588.00 | Prep Aug-Sep fee app exhibits (.8); analyize fee app exhibits (.7); finalize Jul-Sep 13 fee apps (.9); emails with M John re fee apps (.2); prep email to P Cuniff re fee app filing Jul-Sep 13 (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/23/2013 | 0.3 | $58.50 | Review fee applications for July, August & September; sign as appropriate for filing with USBC |
| | | | Total: | 19.3 | $4,044.00 | |
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/3/2013 | 0.5 | $105.00 | Analysis of T Feil email re Claims Recovery Group inquiry re claim transfer (.2); analysis of b-Linx and pleadings re claim transfers (.2); prep email to T Feil re issue (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/4/2013 | 3.1 | $604.50 | Analysis of claims affected by orders, stipulations or settlements for updating claims database in preparation for post-effective date distribution |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/4/2013 | 2.5 | $487.50 | Update claims database re info from analysis of claims affected by orders, stipulations or settlements in preparation for post-effective date distribution |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/7/2013 | 4.1 | $799.50 | Analysis of multiple claims affected by Orders, Stipulations or Settlements for coordinating updating claims database for distribution |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|----------------|-------------|------|-------|------------|-------------|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/8/2013 | 2.1 | $441.00 | Analysis of transfer master list re audit of transfers (.8); analysis of b-Linx re transfer audit (1.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/8/2013 | 2.4 | $468.00 | Continued analysis of pleadings affecting POCs for proposed distribution analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2013 | 0.4 | $84.00 | Analysis of R Higgins email re Wolter and Owens claims (.1); analysis of docs re Wolter and Owens settlement (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/10/2013 | 0.3 | $63.00 | Analysis of Seyfarth Shaw transfer re Claims Recovery LLC inquiry (.2); prep email to Shannon at Claims Recovery LLC re resolution of transfer issue (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/10/2013 | 0.7 | $77.00 | Analyze Court docket numbers 30785 to 31165 (.3); audit claim updates (.2); update claim database (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/11/2013 | 2.9 | $565.50 | Research proofs of claims affected by orders for updating distribution and claims databases for preparation of reports for proposed distributions |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/14/2013 | 4.0 | $780.00 | Continued analysis of pleadings affecting proofs of claims (2.1); analysis of proofs of claims affected by settlements and orders for updating distribution and claims database (1.9) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/15/2013 | 3.7 | $721.50 | Review and analysis of proofs of claims affected by settlements and orders for updating distribution basis amounts for proposed post- |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/15/2013 | 1.5 | $292.50 | Update claims database re analysis of Orders, Settlements or Stipulations for coordinating distribution reports updates |
| MIKE BOOTH - MANAGER | | $165.00 | 10/16/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 10/16/2013 | 0.1 | $16.50 | Analysis of b-Linx re: claim transfer filed at docket no. 31227. |
| MIKE BOOTH - MANAGER | | $165.00 | 10/16/2013 | 0.3 | $49.50 | Prepare courtesy notice (Docket 31227) (.2); forward to notice group for service (.1). |
| MIKE BOOTH - MANAGER | | $165.00 | 10/16/2013 | 0.2 | $33.00 | Revise b-Linx re: one claim transfer (Docket 31227). |
| MIKE BOOTH - MANAGER | | $165.00 | 10/16/2013 | 0.3 | $49.50 | Analysis of Court docket re: objections to transfers after 21 day notice expiration re: NOTs filed at docket nos. 31105 & 31047 (.1); update b-Linx and transfer tracking spreadsheet as required. (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/17/2013 | 1.0 | $210.00 | Analysis of R Higgins email re JP Morgan Chase claims (.2); research JP Morgan Chase claims (.6); prep email to R Higgins re research results (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/17/2013 | 0.2 | $22.00 | Update claim database per M.Araki request re: documentation related to lender claims (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/17/2013 | 0.4 | $44.00 | Begin analysis and preparation of monthly reports (.3); email correspondence with G.Kruse, M.Booth re: reporting requirements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/18/2013 | 0.9 | $189.00 | Analysis of M Jones email re Sealed Air claims request (.1); research b-Linx re Sealed Air claims (.6); prep emails to M Jones re Sealed Air claims (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/18/2013 | 1.9 | $370.50 | Analysis of pleadings affecting proofs of claims for coordinating updating database for proposed distribution report |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/18/2013 | 0.4 | $44.00 | Begin analysis and preparation of monthly reports (.3); email correspondence with K.Becker at Rust (.1) |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|-----------|-------------|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/21/2013 | 1.7 | $357.00 | Continue analysis of G Kruse vendor file matching results |
| MIKE BOOTH - MANAGER | | $165.00 | 10/21/2013 | 0.2 | $33.00 | Discussion with S Cohen re: claim database updates required per M Araki request. |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/21/2013 | 1.5 | $292.50 | Continued analysis of claims affected by orders, stipulations or settlements for coordinating updates to claims and distribution databases (1.0); research and analyze underlying pleadings (.5) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/21/2013 | 0.6 | $66.00 | Update claims database per M.Araki request re: schedule matching and split claim (.3); discussion with M.Booth re: updates (.2); email correspondence with M.Araki (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/22/2013 | 2.0 | $420.00 | Analysis of G Kruse email re revised vendor file analysis (.1); analysis of revised vendor file results (1.9) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/22/2013 | 0.9 | $189.00 | Analysis of R Higgins email re draft non-VSPP employee objection (.1); analysis of draft objection (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/23/2013 | 0.3 | $63.00 | Analysis of R Higgins email re draft list of non-VSPP claimants and Benefits Notice (.1); telephone with R Higgins re non-VSPP claims objection draft and docs to review (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/23/2013 | 3.9 | $819.00 | Analysis of draft non-VSPP claims objection motion and order (1.8); revise Motion/Order (1.5); research docket and b-Linx re info for Motion/Order (.4); prep email to R Higgins re revised Motion/Order and document comparison (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/24/2013 | 0.5 | $105.00 | Analyze VSPP claims re documents re pre-reduction evidence |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/24/2013 | 1.6 | $336.00 | Analysis R Higgins email re 2nd draft Omni 29 objection, proposed order, notice and exhibit for review (.2); begin analysis of 2nd draft Omni 29 objection (1.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/24/2013 | 2.5 | $525.00 | Continue analysis of 2nd draft Omni 29 objection (1.3); prep revisions to Omni 29 objection (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/24/2013 | 0.4 | $84.00 | Analysis of R Higgins email re David Yunich claim 3306 (.1); prep email to S Cohen re D Yunich claim 3306 (.1); analysis of M John email re order audit and claims 18525-18526-A (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/24/2013 | 1.8 | $378.00 | Finalize revised Omni 29 objection (.7); analysis of proposed 2nd draft Order (.4); prep revised Omni 29 proposed order (.3); prep email to R Higgins re revised Omni 29 objection and proposed order, comparisons (.4) |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/24/2013 | 2.9 | $565.50 | Continued analysis of proofs of claims affected by orders, stipulations, settlements for coordinating updating claims and distribution databases |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/24/2013 | 2.5 | $487.50 | Analysis of related pleadings affecting proofs of claims for distribution and claims database update (2.1); detailed email to M Araki re Consent Decree re USDOJ claims and further analysis of these claims (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/25/2013 | 1.7 | $357.00 | Analysis of Benefit Notice re Omni 29 objection (.9); prep revision to Benefit Ntc (.8) |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/25/2013 | 0.5 | $105.00 | Analysis of R Higgins email re objection to Paulette Ramsey Nelson claim, docs to review (.1); brief review of draft Objection, Declaration and proposed |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/25/2013 | 0.2 | $22.00 | Update claims database per M.Araki request re: employee claim |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/28/2013 | 0.5 | $105.00 | Analysis of R Higgins email re revised Omni 29 notice, info for notice (.1); analysis of R Higgins email re revised 3rd draft Omni 29 motion and order (.2); telephone to R Higgins re Omni 29 objection prep (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/28/2013 | 0.3 | $63.00 | Analysis of R Higgins email re revised employee claims summary with Grace comments (.2); analysis of R Higgins email re revised exhibit A to Omni 29 for review (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/28/2013 | 2.0 | $420.00 | Analysis of most recent versions Omni 29 Exhibit A and employee claims summary (.7); prep ART report re open claims (.3); analysis of open claims vs Exhibit A and employee claims summary (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/28/2013 | 0.7 | $147.00 | Analysis of Exhibit A vs Noticing System re undeliverable addresses (.6); analysis of R Higgins email re Omni 29 notice contact info (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/28/2013 | 1.7 | $357.00 | Analysis of R Higgins email re new revision of employee summary list (.2); analysis of most recent employee summary and Omni 29 Exhibit list (.8); prep revisions to employee summary and Omni 29 exhibit list (.5); prep email to R Higgins re revised employee summary and Omni 29 exhibit list (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/28/2013 | 0.4 | $84.00 | Analysis of M Blessing/Grace email re claims list (.1); analysis of claims list from M Blessing (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2013 | 0.5 | $105.00 | Analysis of R Higgins email re Paulette Ramsey Nelson objection for filing by Pachulski (.1); analysis of docs (.3); prep email to R Higgins re revision to exhibits to exclude SSN (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2013 | 1.7 | $357.00 | Analysis of Omni 29 Exh A vs F Zaremby lists, K Blood data (.7); revise Omni 29 Ex A and employee summary list (.8); prep email to R Higgins re revisions and comparisons (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2013 | 0.6 | $126.00 | Telephone to R Higgins re review of revised Omni 29 Exh A and employee summary list (.1); emails to/from R Higgins re revisions to Omni 29 Exh A and employee summary (.3); telephone to R Higgins re follow-up on revisions to Omni 29, service prep, info for notices (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2013 | 2.0 | $420.00 | Prep exhibits to Benefit Notices for Omni 29 Exh A parties |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2013 | 1.2 | $252.00 | Analysis of R Higgins email re add'l parties to Omni 29 objection (.1); analysis of R Higgins email re new revised Exh A and employee summary list (.1); analysis of new revised Exh A and employee summary list (.5); prep revisions (.4); prep email to R Higgins re revisions (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/29/2013 | 0.9 | $189.00 | Prep data file of Omni 29 claimants, current data re addresses (.7); prep email to S Scarlis and K Blood re review/update of Omni 29 claimant addresses for service (.2) |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 10/1/2013 - 10/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|-----------|-------------|
| **WRG Non-Asbestos Claims** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 10/29/2013 | 3.1 | $604.50 | Continued analysis of proofs of claims affected by settlement, stipulations or orders for coordinating preparation of distribution reports |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/29/2013 | 0.1 | $11.00 | Email correspondence with M.Araki re: employee claim & objection data updates required |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/30/2013 | 0.6 | $126.00 | Emails to/from R Higgins re contact info for Benefit Notice, status and coordination for service/filing (.5); analysis of B Epstein/Grace email re status of address verification for Omni 29 claimants (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 10/30/2013 | 0.2 | $33.00 | Discussion with S Cohen re: employee claim & objection data updates to be performed per M Araki request. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/30/2013 | 0.7 | $77.00 | Prepare claim/objection data per M.Araki request re: 29th Omnibus Objection (.4); email correspondence with M.Araki (.1); discussion with M.Booth (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2013 | 0.3 | $63.00 | Telephone form R Higgins re Omni 29, service revisions, review and revision of Omni 29 final version (.2); analysis of R Higgins email re final version Omni 29 (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2013 | 1.4 | $294.00 | Review/revise Omni 29 final version for R Higgins |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2013 | 0.6 | $126.00 | Work with S Cohen on Omni 29 exhibit A |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2013 | 1.3 | $273.00 | Analyze R Higgins email re final review of Omni 29 objection -to be filed version (.6); prep comments to R Higgins (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2013 | 0.9 | $189.00 | Analyze B Epstein email re updated addresses for Omni 29 claimants (.2); prep email to S Cohen re updating add'l addresses for Omni 29 claimants (.2); analyze S Cohen email re updates completed (.1); verify updates and email S Cohen re add'l revisions (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2013 | 1.5 | $315.00 | Begin prep custom Benefit Notices with attachments |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 10/31/2013 | 0.9 | $189.00 | Email to/from M John re review of Benefits Notice (.2); revise Benefits Notice per M John review (.3); prep email to R Higgins re final Benefits Notice, add'l revisions to Omni 29 objection to reflect revised service (.4) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/31/2013 | 0.4 | $44.00 | Perform additional objection data updates and prepare exhibit draft per M.Araki request re: 29th Omnibus Objection (.3); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 10/31/2013 | 0.5 | $55.00 | Update creditor matrix per M.Araki request re: employee claims to be included on 29th Omnibus Objection (.4); email correspondence with M.Araki (.1) |
| | | | Total: | 84.7 | $16,762.50 | |
| | | | Grand Total: | 268.5 | $50,224.50 | |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Professional Activity Summary
Date Range: 10/1/2013 - 10/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 12.5 | $2,437.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 0.6 | $126.00 |
| Total: | | 13.1 | $2,563.50 |
| | | | |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.2 | $9.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.3 | $218.50 |
| Barbara Colby | $55.00 | 0.2 | $11.00 |
| James Myers | $65.00 | 0.4 | $26.00 |
| Maristar Go | $95.00 | 1.1 | $104.50 |
| Noreve Roa | $95.00 | 1.0 | $95.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.9 | $148.50 |
| Myrtle John | $195.00 | 0.9 | $175.50 |
| Terri Marshall | $185.00 | 0.2 | $37.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 6.8 | $748.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 36.5 | $7,665.00 |
| Total: | | 50.5 | $9,238.00 |
| | | | |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 0.4 | $38.00 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 58.2 | $8,730.00 |
| SR_ANALYST | | | |
| Jacqueline Conklin | $95.00 | 0.3 | $28.50 |
| Total: | | 58.9 | $8,796.50 |
| | | | |
| **WRG Distribution** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 42.0 | $8,820.00 |
| Total: | | 42.0 | $8,820.00 |
| | | | |
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.6 | $117.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 18.7 | $3,927.00 |
| Total: | | 19.3 | $4,044.00 |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Professional Activity Summary
Date Range: 10/1/2013 - 10/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.4 | $231.00 |
| Myrtle John | $195.00 | 36.1 | $7,039.50 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 4.2 | $462.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 43.0 | $9,030.00 |
| Total: | | 84.7 | $16,762.50 |
| Grand Total: | | 268.5 | $50,224.50 |

EXHIBIT 1