# EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
Invoice #: 21_131031
Expense Summary

| **Period Ending** | **10/31/2013** | **Expense Type** | **Amount** |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Noticing Production | $0.92 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$1,540.82** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20131031-1 | 10/31/2013 | $0.92 |
| | Total Due | $0.92 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace & Co. et al

**Production Date:** 10/31/2013
**Reference #:** 021-20131031-1
**Notes:** Postage other misc mailings.

| Job Type | Job Item | Step | Task | Details | | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Transfers | | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 2 Pieces | | $0.92 |
| | | | | | **Total Due:** | **$0.92** |