# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JANUARY 1, 2014 THROUGH
# FEBRUARY 3, 2014

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

March 6, 2014

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   110044

Re:  W. R. Grace & Co.
     Roger Frankel
Case No.:  01-01139 (RLB)

```
        Subtotal for FEES only: 02/03/14       $3,085.50
        Subtotal for COSTS only: 02/03/14          $27.37
                                              -------------
CURRENT PERIOD FEES AND COSTS: 02/03/14        $3,112.87
                                              -------------

                    PAY THIS AMOUNT            $3,112.87
                                              =============
```

****************************************************************

Please send remittance copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

March 6, 2014

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   110044

Re:  W. R. Grace & Co.
     Roger Frankel

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 5.6 | 1,762.00 |
| LITIGATION | 2.0 | 1,030.00 |
| CASE ADMINISTRATION | 0.5 | 87.50 |
| PLAN AND DISCLOSURE STATEMENT | 0.4 | 206.00 |
| Subtotal for FEES only: 02/03/14 | 8.5 | $3,085.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 515.00 | JCP | 4.70 | 4.70 | 2,420.50 | 0.00 | 0.00 |
| 175.00 | CAH | 3.80 | 3.80 | 665.00 | 0.00 | 0.00 |
| Totals | | 8.50 | 8.50 | 3,085.50 | 0.00 | 0.00 |

```
Sorts:  Grouping code          (Paginate)
        Client code
        Actual employee code   (Subtotal)
        Transaction date

Ranges:
    Include "Client code" from WRG to WRG
    Exclude "Billable $" from 0.00 to 0.00
    Include "Invoice Number" from 110044 to 110044
```

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---:|---:|---|
| WRG | CASE ADMINISTRATION | CAH | 01/13/14 | E-mail to (2x) D. Fullem re: WRG service list; provide changes. | 0.20 | 35.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 01/21/14 | Review of and respond to e-mail from D. Fullem re: filings today. | 0.20 | 35.00 | |
| WRG | CASE ADMINISTRATION | CAH | 02/03/14 | Update docket. | 0.10 | 17.50 | |
| | | | | | ------ | ------- | |
| | | | | | 0.50 | 87.50 | |
| | | | | | ------ | ------- | |
| | | | | | 0.50 | 87.50 | |
| | | | | | ------ | ------- | |

Total records this group:  3

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 01/08/14 | Review of Debtors' Motion for Order Authorizing Debtors to Enter in to Exit Financing Commitment with Exhibits; memorandum to file re: same; calendar same. | 0.40 | 206.00 | Li |
| WRG | LITIGATION | JCP | 01/17/14 | Review of Order approving Settlement with Bank Lender Group. | 0.10 | 51.50 | |
| WRG | LITIGATION | JCP | 01/24/14 | E-mail from Debbie Felder re: Roger Frankel and Rick Wyron starting new firm and continuing to represent FCR; e-mail from and e-mail to R. Wyron re: same; memorandum to file re: new contact information; e-mail to paralegal re: same. | 0.20 | 103.00 | |
| WRG | LITIGATION | JCP | 01/27/14 | Review of Agenda of 1/29/14 Hearing; memorandum to file re: same. | 0.10 | 51.50 | |
| WRG | LITIGATION | JCP | 01/28/14 | Review of Oral Order Authorizing Debtors to enter into exit financing engagement letter; review of Order Approving Addendum to Amended Settlement Agreement with Harper Insurance; review of Amended Agenda for 1/29/14 Telephonic Hearing; memorandum to file re: same; conference with paralegal re: signing up for Court call.; memorandum to file re: Court Call authorization. | 0.40 | 206.00 | |
| WRG | LITIGATION | JCP | 01/29/14 | Phone conference with Judge Carey and all counsel re: status of case; review of Notice of Filing of Effective Date Documents. | 0.20 | 103.00 | |
| WRG | LITIGATION | JCP | 01/29/14 | Letter from counsel for Eugene Sullivan re: settlement of Sullivan's claim with enclosure; review of medical records; letter to Debbie Felder forwarding same. | 0.40 | 206.00 | |
| WRG | LITIGATION | JCP | 01/30/14 | Phone conference with reporter from Baltimore Sun (voicemail); e-mail to and e-mail from D. Fullem re: same. | 0.10 | 51.50 | |
| WRG | LITIGATION | JCP | 02/03/14 | Review of Order terminating appeal to 3rd Circuit. | 0.10 | 51.50 | |
| | | | | | 2.00 | 1,030.00 | |
| | | | | | 2.00 | 1,030.00 | |

Total records this group:   9

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/02/14 | Forward revised Certificate of No Objection to John C. Phillips, Jr.. | 0.10 | 17.50 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/07/14 | Review of e-mail from D. Fullem; download and file Certificate of No Objection for Lincoln's October fee application and send to D. Fullem. | 0.20 | 35.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/07/14 | Respond to e-mail from D. Fullem; download Lincoln's November fee application; file and send docket information back to D. Fullem. | 0.30 | 52.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/14/14 | Review of prebill to comply with local rules. | 0.10 | 17.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/21/14 | Draft Certificate of No Objection for Phillips, Goldman & Spence November fee application; forward to John C. Phillips, Jr. to review and execute. | 0.30 | 52.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/21/14 | Download and file Certificate of No Objection for Orrick and Frankel's November fee applications; download and file supplemental declarations for each firm. | 0.60 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/23/14 | Scan, OCR and file and serve Certificate of No Objection for Phillips, Goldman & Spence November fee application. | 0.10 | 17.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/23/14 | Begin Phillips, Goldman & Spence fee application for December 2013. | 0.10 | 17.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/27/14 | Scan, OCR and file and serve Phillips, Goldman & Spence December fee application. | 0.30 | 52.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/30/14 | Review of e-mail from D. Fullem; download Certificate of No Objection for Lincoln's November fee application; file and send information back to D. Fullem. | 0.20 | 35.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/31/14 | Review of e-mail from D. Fullem and e-mail to John C. Phillips, Jr. re: filings related to Frankel Wyron firm change. | 0.20 | 35.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/31/14 | Download, print and forward change at firm pleadings to John C. Phillips, Jr. for review prior to filing. | 0.30 | 52.50 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/31/14 | Teleconference D. Felder after review of pleadings by John C. Phillips, Jr.; re-download; file and send receipt number to D. Felder and D. Fullem. | 0.50 | 87.50 | |
| | | | | | ------ | -------- | |
| | | | | | 3.30 | 577.50 | |
| | | | | | ------ | -------- | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/06/14 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 6th Interim Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 103.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/10/14 | Review of and revise December 2013 pre-bill. | 0.10 | 51.50 | |

```
                                                        LAW MASTER Inquiry Transactions
                                                                    -Fees-

                                     Act  Trans                                                                         Billable          Billable   Gr
Cl code  Grouping code description   Emp  Date    Transaction description                                                 Hours           Dollars   Cd

WRG      FEE/EMPLOYMENT APPLICATIONS  JCP 01/21/14 Conference with Celeste A. Hartman re: filing Orrick's                   0.10             51.50  fa
                                                  Supplemental declarations and Certificates of No Objection
                                                  re: Fee Application; e-mail to Debra Fullem re: same.

WRG      FEE/EMPLOYMENT APPLICATIONS  JCP 01/23/14 Review of and execute Certificate of No Objection for                    0.10             51.50
                                                  Phillips, Goldman & Spence 7th Interim Fee Application.

WRG      FEE/EMPLOYMENT APPLICATIONS  JCP 01/25/14 Review of, revise and execute Phillips, Goldman & Spence                 0.20            103.00
                                                  8th Interim Fee Application.

WRG      FEE/EMPLOYMENT APPLICATIONS  JCP 01/29/14 E-mail from Debbie Felder re: filing employment                          0.10             51.50
                                                  application for Frankle Wyron this week.

WRG      FEE/EMPLOYMENT APPLICATIONS  JCP 01/30/14 E-mail from Debbie Felder re: list of 4 filings re:                      1.50            772.50
                                                  Application to employ Frankel Wyron, LLP (.1); e-mail to
                                                  and e-mail from Celeste A. Hartman re: same (.1); review
                                                  of and approve 2 Notices of Change of Law Firm and Address
                                                  (1 for Roger Frankel and Rick Wyron and 1 for Frankel as
                                                  FCR) (.1); review of and approve 2nd Supplemental
                                                  Declaration of Roger Frankel (.1); review of and revise
                                                  Application to Employ Frankel Wyron, LLP (.9); conference
                                                  with Celeste A. Hartman re: revisions to same;(.1); review
                                                  of and approve revised version of same (.1).
                                                                                                                         ------         ----------
                                                                                                                           2.30           1,184.50
                                                                                                                         ------         ----------
                                                                                                                           5.60           1,762.00
                                                                                                                         ------         ----------

Total records this group:   20
```

TRANSACTIONS-Transactions
-Fees-

| Cl code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Gr Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/24/14 | E-mail from and e-mail to Debbie Felder re: Stipulation of Dismissal of Bank Lender Group's appeal to 3rd Circuit with enclosure; review of same; e-mail from D. Felder to counsel for Debtors approving same with revision to signature block. | 0.20 | 103.00 | ps |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/27/14 | E-mail from counsel for Debtors agreeing to revise Stipulation of Dismissal of bank Lender group's appeal. | 0.10 | 51.50 | |
| WRG | PLAN AND DISCLOSURE STATEMENT | JCP | 01/30/14 | E-mail from counsel for debtors re: filing Stipulation of Dismissal as to Bank Lender Group on 2/1/14 with enclosure; review of Stipulation of Dismissal; e-mail from local counsel for Bank Lender group approving same with minor revision; e-mail from counsel for Debtors agreeing to revision. | 0.10 | 51.50 | |
| | | | | | ------ | -------- | |
| | | | | | 0.40 | 206.00 | |
| | | | | | ------ | -------- | |
| | | | | | 0.40 | 206.00 | |
| | | | | | ------ | --------- | |

Total records this group:   3

| | | | | | ------ | --------- | |
|---|---|---|---|---|---|---|---|
| | | | | | 8.50 | 3,085.50 | |
| | | | | | ====== | ========== | |

35 records printed.