# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# JANUARY 1, 2014 THROUGH
# FEBRUARY 3, 2014

Phillips, Goldman & Spence, P.A.

Page   2

March 6, 2014

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   110044

Re:  W. R. Grace & Co.
     Roger Frankel

COSTS ADVANCED

| | | |
|---|---|---|
| 01/01/14 | On-line docket research | 12.60 |
| 02/01/14 | Federal Express | 14.77 |
| | Subtotal for COSTS only: 02/03/14 | $27.37 |