# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2014 - JANUARY 31, 2014**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| | | | |
| 0014 | Case Administration | 2.8 | $ 669.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 5.2 | 4,267.50 |
| 0018 | Fee Application, Applicant | 2.9 | 875.00 |
| 0019 | Creditor Inquiries | 2.3 | 2,068.00 |
| 0020 | Fee Application, Others | 4.0 | 880.00 |
| 0036 | Plan and Disclosure Statement | 2.7 | 2,025.00 |
| 0037 | Hearings | 0.5 | 375.00 |
| | | | |
| | **Total** | **20.4** | **$ 11,159.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | February 5, 2014 |
| INVOICE NO. | 613598 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2014, including:

| | |
|---|---|
| RE | Case Administration |
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2014 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 01/06/2014 | Review Debtors filing of Amendment to Schedules. | Wildes, D. | 0.1 |
| 01/08/2014 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.1 |
| 01/10/2014 | Obtain recent pleading re appeals case no. 11-199 for attorney review (.1); review appeals case no. 12-1402 (.1). | Mohamed, D. | 0.2 |
| 01/13/2014 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 01/15/2014 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.1 |
| 01/17/2014 | Obtain and circulate recently docketed | Mohamed, D. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | | |
| 01/27/2014 | Obtain and circulate recently docketed pleadings in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 01/28/2014 | Obtain and circulate recently docketed pleadings in main case (.3); schedule D. Wildes to appear telephonically at 1/29/14 status conference (.1). | Mohamed, D. | 0.4 |
| 01/29/2014 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |
| 01/31/2014 | Obtain and circulate recently docketed pleadings in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 2.7 | $ 220 | $ 594.00 |
| Wildes, Denise K. | 0.1 | 750 | 75.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 669.00 | |
|---|---|---|---|

| TOTAL FOR THIS MATTER | | $ 669.00 | |
|---|---|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/09/2014 | Emails Pasquale re preparing memo to Committee re exit financing motions (.1); work on draft memo to Committee summarizing proposed exit financing terms and fees and Debtors' request to seal and confidentiality (2.0). | Wildes, D. | 2.1 |
| 01/10/2014 | Review exit financing motion & draft memo to committee re same (.6); emails re same (.2). | Pasquale, K. | 0.8 |
| 01/10/2014 | Finalize draft memo to committee re Exit Financing Motion (1.0); corresp. w/ Pasquale re same (.1). | Wildes, D. | 1.1 |
| 01/11/2014 | Review corresp. from Frezza re draft memo to committee re Exit Financing Motion (.1); revise, finalize and send memo to Committee re Exit Financing (.3). | Wildes, D. | 0.4 |
| 01/13/2014 | t/c & emails re effective date; bank lender settlement. | Pasquale, K. | 0.3 |
| 01/17/2014 | Review and forward to Cee Order approving Bank Lender Settlement. | Wildes, D. | 0.1 |
| 01/28/2014 | Emails w/committee member re plan issues. | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 1.5 | $ 995 | $ 1,492.50 |
| Wildes, Denise K. | 3.7 | 750 | 2,775.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,267.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,267.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843  0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/22/2014 | Review/revise fee detail. | Magzamen, M. | 0.2 |
| 01/23/2014 | Prepare draft of SSL's 153rd monthly fee application for attorney review. | Mohamed, D. | 0.9 |
| 01/24/2014 | Update draft of SSL's 153rd monthly fee application for attorney review. | Mohamed, D. | 0.2 |
| 01/24/2014 | Email Mohamed re review of December monthly fee application. | Wildes, D. | 0.1 |
| 01/27/2014 | Review, revise monthly fee application. | Wildes, D. | 0.2 |
| 01/28/2014 | T/c Mohamed re revisions to monthly fee application. | Wildes, D. | 0.1 |
| 01/29/2014 | Finalize SSL's 153rd monthly fee application for filing (.5); prepare notice and CoS re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.2). | Mohamed, D. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Magzamen, Michael | 0.2 | $ 345 | $ 69.00 |
| Mohamed, David | 2.3 | 220 | 506.00 |
| Wildes, Denise K. | 0.4 | 750 | 300.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 875.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 875.00 |
|---|---|

stroock & stroock & lavan llp • new york • los angeles • miami
180 maiden lane, new york, ny 10038-4982 tel 212.806.5400 fax 212.806.6006 www.stroock.com

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843 0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2014 | Corresp. Pasquale and Frezza re creditor inquiry re calculation of post-petition interest for trade creditors under Plan and re whether interest compounded. | Wildes, D. | 0.1 |
| 01/29/2014 | T/c's & emails from creditors re effective date, distribution issues. | Pasquale, K. | 1.1 |
| 01/29/2014 | Emails K. Pasquale re creditor inquiry re timing re effective date and distributions and discussion in Court today re same. | Wildes, D. | 0.2 |
| 01/31/2014 | Emails w/creditor re effective date questions. | Pasquale, K. | 0.3 |
| 01/31/2014 | Emails w/ creditor and K. Pasquale re timing re effective date and distributions and distribution agent for same (.2) emails Higgins re same and re filing of revised list of Undisputed Claims to reflect 2/3 effective date (.1); draft email to creditors committee re effective date and timing re distributions (.2); emails Freedgood re same and re dissolution of committee on effective date (.1). | Wildes, D. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 1.4 | $ 995 | $ 1,393.00 |
| Wildes, Denise K. | 0.9 | 750 | 675.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,068.00 | |

| TOTAL FOR THIS MATTER | $ 2,068.00 |
|---|---|

# STROOCK

| | | | |
|---|---|---|---|
| RE | Fee Application, Others<br>699843 0020 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2014 | Review and finalize Capstone's 117th monthly fee application for filing (.5); prepare notice and CoS re same and forward to local counsel for filing (.4); prepare and effectuate service re fee application (.4). | Mohamed, D. | 1.3 |
| 01/17/2014 | Review and finalize Capstone's 118th monthly fee application for filing (.6); prepare notice and CoS re same and forward to local counsel for filing (.4); prepare and effectuate service re fee application (.4). | Mohamed, D. | 1.4 |
| 01/29/2014 | Review and finalize Capstone's 119th monthly fee application for filing (.6); prepare notice and CoS re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.2). | Mohamed, D. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 4.0 | $ 220 | $ 880.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 880.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 880.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Expenses<br>699843 0024 | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 0.00 |
| MATTER DISBURSEMENT SUMMARY | | |
| Outside Messenger Service | | $ 98.40 |
| TOTAL DISBURSEMENTS/CHARGES | | $ 98.40 |
| TOTAL FOR THIS MATTER | | $ 98.40 |

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement | |
| | 699843 0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2014 | Review corresp. from Higgins Allowed Claims Exhibit to Plan and post-petition interest calculations through 1/31 and updating calculations for bank lenders and when Exhibit to be filed with Court (.1); email K. Pasquale re same (.1). | Wildes, D. | 0.2 |
| 01/07/2014 | Emails Pasquale re Debtors' Exit Financing Motion and Motion to File Under Seal and confidential exhibits to Motion filed under seal (.2); begin review same (.2). | Wildes, D. | 0.4 |
| 01/08/2014 | Continue review of terms of exit financing and related engagement and commitment letters and fee letters (.5); emails Frezza re same and re magnitude of proposed exit financing and related commitment and other fees and whether consistent with market standard (.1); review prior memo/corresp. with Debtors and Committee re exit financing (.2). | Wildes, D. | 0.8 |
| 01/09/2014 | Review corresp. from Frezza to Blackstone re questions re Debtors' CIM re proposed exit financing and re questions re same (.1); review Blackstone's response to inquiries (.1) review CIM (.2); further corresp. w/ Frezza re Debtors' proposed exit financing and related fees and re Debtors' pro forma exit leverage (.1); review spreadsheet re post-closing financing requirements (.1). | Wildes, D. | 0.6 |
| 01/15/2014 | Review Debtors' CNO re motion to approve Bank Lender Settlement. | Wildes, D. | 0.1 |
| 01/27/2014 | Review corresp. from Debtor's counsel and review revised effective date closing and Plan documents. | Wildes, D. | 0.4 |
| 01/28/2014 | Review Order entered approving bank lender settlement. | Wildes, D. | 0.1 |
| 01/28/2014 | Review order entered re exit financing. | Wildes, D. | 0.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 2.7 | $ 750 | $ 2,025.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,025.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,025.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings |
|---|---|
|  | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/27/2014 | Review hearing agenda (.1); emails K. Pasquale, Magzamen, Mohamed re participation via teleconference (.1). | Wildes, D. | 0.2 |
| 01/29/2014 | Participate in omnibus hearing via teleconference. | Wildes, D. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.5 | $ 750 | $ 375.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 375.00 |

| TOTAL FOR THIS MATTER | $ 375.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,159.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $      98.40 |
| TOTAL BILL | $ 11,257.90 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM