# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JANUARY 1, 2014 - JANUARY 31, 2014**

|  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| **Partners** | | | |
| Pasquale, Kenneth | 2.9 | $ 995 | $ 2,885.50 |
| | | | |
| **Associates** | | | |
| Wildes, Denise | 8.3 | 750 | 6,225.00 |
| | | | |
| **Paraprofessionals** | | | |
| Magzamen, Michael | 0.2 | 345 | 69.00 |
| Mohamed, David | 9.0 | 220 | 1,980.00 |
| | | | |
| **Total** | **20.4** | | **$ 11,159.50** |