# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2014 - JANUARY 31, 2014**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 98.40 |
| **Total** | **$** | **98.40** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | February 5, 2014 |
|---|---|
| INVOICE NO. | 613598 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR DISBUSRSMENT INCURRED in the captioned matter for the period through January 31, 2014 including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| 12/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827014 01.04.14 Tracking #: 1Z10X8270195036894 Shipment Date: 12/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.42 |
|---|---|---|
| 12/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827014 01.04.14 Tracking #: 1Z10X8270197251308 Shipment Date: 12/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.42 |
| 12/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827014 01.04.14 Tracking #: 1Z10X8270797330319 Shipment Date: 12/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.76 |
| 01/02/2014 | Vendor: United Parcel Service Invoice #: 00000010X827024 01.11.14 Tracking #: 1Z10X8270192152282 Shipment Date: 01/02/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.42 |
| 01/02/2014 | Vendor: United Parcel Service Invoice #: 00000010X827024 01.11.14 Tracking #: 1Z10X8270194335894 Shipment Date: 01/02/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.42 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02/2014 | Vendor: United Parcel Service Invoice #: 00000010X827024 01.11.14 Tracking #: 1Z10X8270790273475 Shipment Date: 01/02/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.76 |
| 01/17/2014 | Vendor: United Parcel Service Invoice #: 00000010X827044 01.25.14 Tracking #: 1Z10X8270198282649 Shipment Date: 01/17/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.42 |
| 01/17/2014 | Vendor: United Parcel Service Invoice #: 00000010X827044 01.25.14 Tracking #: 1Z10X8270795242052 Shipment Date: 01/17/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.76 |
| 01/17/2014 | Vendor: United Parcel Service Invoice #: 00000010X827044 01.25.14 Tracking #: 1Z10X8270199971830 Shipment Date: 01/17/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.42 |
| 01/29/2014 | Vendor: United Parcel Service Invoice #: 00000010X827054 02.01.14 Tracking #: 1Z10X8270195076252 Shipment Date: 01/29/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.42 |
| 01/29/2014 | Vendor: United Parcel Service Invoice #: 00000010X827054 02.01.14 Tracking #: 1Z10X8270195984842 Shipment Date: 01/29/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.42 |
| 01/29/2014 | Vendor: United Parcel Service Invoice #: 00000010X827054 02.01.14 Tracking #: 1Z10X8270795262030 Shipment Date: 01/29/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.76 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Outside Messenger Service Total** | **98.40** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 98.40 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 98.40 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM