## EXHIBIT A

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY ALLIANCE
WITH MIRANDA &
ESTAVILLO

February 18, 2014


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017



W.R. GRACE & CO.

File# K0248-00001          Invoice# 1935910          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2014 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 6.00 | hrs. at | $795.00 | /hr. = | $4,770.00 | |
| S LENKIEWICZ | PARALEGAL | 1.70 | hrs. at | $205.00 | /hr. = | $348.50 | |
| | | | | | | | $5,118.50 |


DISBURSEMENTS
PACER FEDERAL DOCKET COSTS                          $28.00
TOTAL DISBURSEMENTS                                          $28.00

BALANCE DUE THIS INVOICE                              $5,146.50

Duane Morris
February 18, 2014
Page 2

File # K0248-00001                                              INVOICE# 1935910
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/28/2014 004 | S LENKIEWICZ | ARRANGE COURTCALL APPEARANCE FOR 1/29 HEARING | 0.20 | $41.00 |
| | | Code Total | 0.20 | $41.00 |

Duane Morris
February 18, 2014
Page 3

File # K0248-00001                                              INVOICE# 1935910
   W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/2/2014 006 | MR LASTOWSKI | REVIEW DEBTOR'S AMENDED SCHEDULES | 0.20 | $159.00 |
| | | Code Total | 0.20 | $159.00 |

Duane Morris
February 18, 2014
Page 4

File # K0248-00001                                                 INVOICE# 1935910
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/2/2014 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S 117TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD FILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $102.50 |
| 1/29/2014 013 | S LENKIEWICZ | FINALIZE SSL'S 153RD MONTHLY FEE APPLICATION FOR E-FILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $102.50 |
| 1/29/2014 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S 119TH MONTHLY FEE APPLICATION FOR E-FILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $102.50 |
| | | Code Total | 1.50 | $307.50 |

Duane Morris
February 18, 2014
Page 5

File # K0248-00001                                              INVOICE# 1935910
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/11/2014 017 | MR LASTOWSKI | E-MAIL FROM D. WILDES RE: EXIT FINANCING | 0.10 | $79.50 |
| 1/13/2014 017 | MR LASTOWSKI | REVIEW EXIT FINANCING MOTION AND EXHIBITS THERETO | 1.40 | $1,113.00 |
| 1/28/2014 017 | MR LASTOWSKI | REVIEW AGENDA NOTICE FOR JANUARY OMNIBUS HEARING AND ITEMS INDENTIFIED HEREIN (EXIT FINANCING, SETTLEMENTS, ETC. | 2.40 | $1,908.00 |
| 1/29/2014 017 | MR LASTOWSKI | STATUS CONFERENCE BEFORE JUDGE CAREY | 0.10 | $79.50 |
| 1/29/2014 017 | MR LASTOWSKI | REVIEW ADDITIONAL FILINGS RELATED TO CASE CLOSING | 1.60 | $1,272.00 |
| 1/31/2014 017 | MR LASTOWSKI | REVIEW GOLD WESTERN'S OBJECTION TO NOTICE OF NON-DEFAULT CONTRACT RATE OF INTEREST | 0.20 | $159.00 |
| | | Code Total | 5.80 | $4,611.00 |
| | | TOTAL SERVICES | 7.70 | $5,118.50 |

Duane Morris
February 18, 2014
Page 6

File # K0248-00001                                    INVOICE# 1935910
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 01/31/2014 | PACER FEDERAL DOCKET COSTS | 28.00 |
| | Total: | $28.00 |
| | TOTAL DISBURSEMENTS | $28.00 |

Duane Morris
February 18, 2014
Page 7

File # K0248-00001                                          INVOICE# 1935910
     W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 6.00 | 795.00 | $4,770.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 1.70 | 205.00 | $348.50 |
| | | | 7.70 | | $5,118.50 |