**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | Objection Deadline: March 31, 2014 at 4:00 p.m. |
| | ) | Hearing date: To be scheduled only if objections are |
| | ) | timely filed and served. |

**ONE HUNDRED AND TWENTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JANUARY 1, 2014 THROUGH JANUARY 31, 2014)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | January 1, 2014 through January 31, 2014 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $20,949.00): | $   16,759.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $          31.05 |
| Total Amount Due: | $   16,790.25 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The time expended and included herein for the preparation of the 40th Quarterly application, the November 2013 application, and the December 2013 application totals 5.40 hours, and the corresponding compensation request totals $3,526.50.

This is the ONE HUNDRED AND TWENTIETH Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows: