**ONE HUNDRED AND TWENTIETH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JANUARY 1, 2014 THROUGH JANUARY 31, 2014)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 01-01-14 through 01-31-14**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $875 | 2.20 | $1,925.00 |
| R. Frezza | Member | $800 | 23.60 | $18,880.00 |
| M. Viola | Paraprofessional | $120 | 1.20 | $144.00 |
| **For the Period 01-01-14 through 01-31-14** | | | **27.00** | **$20,949.00** |

**Capstone Advisory Group, LLC**                                                                                                   Page 1 of 1
**Invoice for the January 2014 Fee Application**

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 01-01-14 through 01-31-14**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant held discussions with Counsel re: calculation of bank settlement claim interest calculations. | 0.90 | $720.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant participated in calls with Creditors and responded to numerous questions re: emergence. | 1.80 | $1,462.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared November, December monthly fee statements and the 40th quarterly fee application. | 5.40 | $3,526.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant reviewed and analyzed November MOR and responded to numerous questions and walked through detailed analysis of Bank Lender Settlement amounts. | 2.60 | $2,080.00 |
| 30. Exit Financing | During the Fee Application Period, the Applicant reviewed and analyzed data re: exit financing. | 16.30 | $13,160.00 |
| **For the Period 01-01-14 through 01-31-14** | | **27.00** | **$20,949.00** |

Capstone Advisory Group, LLC                                                                         Page 1 of 1
Invoice for the January 2014 Fee Application

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Detailed Time Description by Task Code
### For the Period 01-01-14 through 01-31-14

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 03. Claims Analysis & Valuation | | | |
| 1/2/2014 | R. Frezza | 0.90 | Held discussions with Counsel re: calculation of bank settlement claim interest calculation. |
| Subtotal | | 0.90 | |
| 04. Creditor Committee Matters | | | |
| 1/17/2014 | E. Ordway | 0.30 | Participated in call with a Creditor re: case status and emergence issues. |
| 1/31/2014 | R. Frezza | 1.50 | Responded to numerous questions from four Committee members (Stone Lion, Liquidity Solutions, Wells Fargo, and JPM Chase) re: emergence. |
| Subtotal | | 1.80 | |
| 07. Fee Applications & Invoices | | | |
| 1/13/2014 | R. Frezza | 1.10 | Reviewed and analyzed time entries and began preparation of Capstone's November and December 2013 fee applications. |
| 1/13/2014 | M. Viola | 0.50 | Prepared December 2013 fee application. |
| 1/14/2014 | M. Viola | 0.10 | Prepared December 2013 fee application. |
| 1/16/2014 | M. Viola | 0.30 | Prepared December 2013 fee application. |
| 1/16/2014 | R. Frezza | 1.30 | Continued to review and analyze time entries and continued preparation of Capstone's November and December 2013 fee applications. |
| 1/20/2014 | R. Frezza | 0.80 | Reviewed and analyzed support for and began preparation of Capstone's 40th quarterly fee application. |
| 1/22/2014 | M. Viola | 0.30 | Prepared 40th quarterly fee statement. |
| 1/27/2014 | R. Frezza | 0.70 | Reviewed and edited Capstone's 40th quarterly fee application for release to ultimate review for issuance. |
| 1/30/2014 | E. Ordway | 0.30 | Reviewed and edited fee application. |
| Subtotal | | 5.40 | |

Capstone Advisory Group, LLC                                                                         Page 1 of 3
Invoice for the January 2014 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 08. Financial Analysis - Schedules & Statements | | | |
| 1/8/2014 | R. Frezza | 1.20 | Reviewed and analyzed Grace's November 2013 monthly operating report. |
| 1/13/2014 | R. Frezza | 1.40 | Responded to numerous questions and walked through detailed analysis of Bank Lender Settlement amounts and support thereon with Committee member (JPM Chase). |
| Subtotal | | 2.60 | |
| 30. Exit Financing | | | |
| 1/7/2014 | E. Ordway | 0.60 | Read and analyzed data re: exit financing. |
| 1/7/2014 | R. Frezza | 2.10 | Reviewed and analyzed Grace's Confidential Information Memorandum related to its exit financing. |
| 1/8/2014 | R. Frezza | 1.90 | Reviewed and analyzed the Exit Financing motion and provided Counsel with observations and comments re: sizing of facilities and related fees. |
| 1/9/2014 | R. Frezza | 1.10 | Discussed responses to questions re: Grace's Confidential Information Memorandum with Blackstone and informed Counsel. |
| 1/9/2014 | R. Frezza | 0.90 | Provided additional comments to Counsel re: the sizing of the exit financing, fees, exit leverage, and other points of view. |
| 1/9/2014 | R. Frezza | 1.70 | Continued review and analysis of Exit Financing motion and drafted questions to Blackstone. |
| 1/10/2014 | E. Ordway | 0.40 | Prepared and edited memo to Counsel and Committee re: exist financing. |
| 1/10/2014 | R. Frezza | 1.60 | Reviewed and analyzed draft memorandum from Counsel to Committee re: the propriety of the exit financing. |
| 1/10/2014 | R. Frezza | 0.80 | Provided additional comments on Counsel's exit financing memorandum to Committee prior to issuance. |
| 1/10/2014 | R. Frezza | 0.80 | Participated in follow up call with Blackstone to discuss remaining open points no covered on previous calls. |
| 1/17/2014 | E. Ordway | 0.60 | Reviewed information re: comparable transactions for exit financing. |
| 1/17/2014 | R. Frezza | 2.90 | Read and analyzed Grace's Exit Financing Credit Agreement and discussed findings with Counsel. |
| 1/24/2014 | R. Frezza | 0.90 | Held final discussions with Blackstone to respond to remaining questions re: Exit Financing Credit Agreement and other final case issues. |
| Subtotal | | 16.30 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **Total Hours** | | **27.00** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 01-01-14 through 01-31-14

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Telecom | | | |
| 1/9/2014 | Capstone Expense | January telecom | $31.05 |
| Subtotal - Telecom | | | $31.05 |
| **For the Period 01-01-14 through 01-31-14** | | | $31.05 |