IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et. al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 31666 |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 31666 (SIXTEENTH QUARTERLY APPLICATION OF LAUZON BÉLANGER LESPÉRANCE FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS FOR THE INTERIM FEE PERIOD FROM OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Sixteenth Quarterly Application of Lauzon Bélanger for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Interim Fee Period from October 1, 2013 through December 31, 2013, (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, March 9, 2014.

Dated: March 11, 2014          Respectfully submitted,

                         By:   /s/ Daniel K. Hogan
                               Daniel K. Hogan (DE Bar No. 2814)
                               THE HOGAN FIRM
                               1311 Delaware Avenue
                               Wilmington, Delaware 19806
                               Telephone: 302.656.7540
                               Facsimile: 302.656.7599
                               Email: dkhogan@dkhogan.com
                               **Counsel to the Representative Counsel for the Canadian ZAI Claimants**