# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (KJC) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH *DE MINIMIS* OR NO FEE OR EXPENSE ISSUES FOR THE FIFTIETH INTERIM PERIOD

This is the combined final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have *de minimis*[1] or no fee or expense issues for the Fiftieth Interim Period (collectively referred to hereafter as the "Applications").[2]

## BACKGROUND

1.  Anderson Kill P.C. ("AK"), was retained as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants. AK seeks approval of fees totaling $320,465.00 and expenses totaling $418.01 for its services during the Application Period.

2.  Baker Donelson Bearman Caldwell & Berkowitz, P. C. ("Baker Donelson"), was retained as advisor for legislative affairs to the Debtors. Baker Donelson seeks approval of fixed

---

[1] For purposes of this report, applications with *de minimis* issues are those for which: (1) our recommended reductions total less than $400.00, *and* (2) the applicant has agreed to our recommended reductions.

[2] The Fiftieth Interim Application Period encompasses July 1, 2013, through September 30, 2013 (the "Application Period"). All Applications are for the Fiftieth Interim Application Period, unless otherwise specified.

**FEE AUDITOR'S COMBINED FINAL REPORT** - Page 1
wrg omnibus final report 50Q 7-9.13.wpd

fees totaling $90,000.00[3] and expenses totaling $51.84 for its services during the Application Period.

3.      Beveridge & Diamond, P.C. ("Beveridge & Diamond"), was retained as special counsel to the Debtors. Beveridge & Diamond seeks approval of fees totaling $188,141.85 and expenses totaling $3,907.00 for its services during the Application Period.

4.      Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. Bilzin Sumberg seeks approval of fees totaling $18,532.25 and expenses totaling $1,051.90 for its services during the Application Period.

5.      Blackstone Advisory Partners L.P. ("Blackstone") was retained as financial advisor to the Debtors. Blackstone seeks approval of fixed fees totaling $100,000.00[4] and expenses totaling $1,109.36 for its services during the Application Period.

6.      BMC Group ("BMC") was retained as Claims Reconciliation and Solicitation

---

[3] For the current Application Period, Baker Donelson lists 180 hours worked, which computes to an effective hourly rate of $500.00. We note that this is the same number of hours which Baker Donelson worked on the case during the previous three application periods, and the work descriptions for all four periods are very similar. We would ordinarily question the accuracy of Baker Donelson's timekeeping in such a situation. However, the terms of Baker Donelson's most recent retention order relieve it of the responsibility of complying with most of the timekeeping requirements of the Local Rules:

> Notwithstanding anything to the contrary in the Interim Compensation Order or herein, Baker Donelson will not be required to submit detailed daily time records as part of any monthly statements, or interim or final fee applications submitted by Baker Donelson with respect to its provision of the Legislative Affairs Services; *provided, however,* that in lieu of such records, Baker Donelson shall submit a reasonably detailed summary of such services earned in connection therewith as part of such monthly statements, or interim or final fee applications.

*See* Order Approving Baker Donelson's Monthly Fee Retainer, Clarifying that Section 328(a) Provides the Appropriate Standard of Review for the Retainer and Expanding the Scope of Certain Legislative Affairs Services Nunc Pro Tunc to May 1, 2012 (Docket No. 30523) at ¶ 7.

[4] For the Application Period, Blackstone lists 154.60 hours worked, which computes to an effective hourly rate of $646.83.

Consultant to the Debtors. BMC seeks approval of fees totaling $118,633.00 and expenses totaling $4,646.72 for its services during the Application Period.

7. Campbell & Levine, LLC ("Campbell & Levine"), was retained as Delaware and associated counsel to the Official Committee of Asbestos Personal Injury Claimants. Campbell & Levine seeks approval of fees totaling $35,060.00 and expenses totaling $3,685.33 for its services during the Application Period.

8. Caplin & Drysdale, Chartered ("Caplin & Drysdale"), was retained as counsel to the Official Committee of Asbestos Personal Injury Claimants. Caplin & Drysdale seeks approval of fees totaling $42,385.00[5] and expenses totaling $346.71 for its services during the Application Period.

9. Capstone Advisory Group, LLC ("Capstone"), was retained as financial advisor to the Official Committee of Unsecured Creditors. Capstone seeks approval of fees totaling $102,595.00 and expenses totaling $187.46 for its services during the Application Period.

10. Casner & Edwards, LLP ("Casner"), was retained as special litigation counsel to the Debtors. Casner seeks approval of fees totaling $34,990.00 and expenses totaling $37,549.86 for its services during the Application Period.

11. Charter Oak Financial Consultants, LLC ("Charter Oak"), was retained as financial advisor to the Official Committee of Asbestos Personal Injury Claimants. Charter Oak seeks approval of fees totaling $52,368.00 and expenses totaling $4.60 for its services during the Application Period.

---

[5]We note for informational purposes that Caplin & Drysdale billed the time of attorney Elihu Inselbuch at $1,000.00 per hour. During the current Application Period, Mr. Inselbuch billed 4.50 hours, for $4,500.00 in fees.

12. Deloitte Tax LLP ("Deloitte Tax") was retained to provide tax services to the Debtors and Debtors-in-Possession. Deloitte Tax seeks approval of fees totaling $304,180.45 and expenses totaling $3,179.72 for its services from October 1, 2012, through June 30, 2013.[6]

13. Duane Morris LLP ("Duane Morris") was retained as co-counsel to the Official Committee of Unsecured Creditors. Duane Morris seeks approval of fees totaling $15,858.00 and expenses totaling $796.47 for its services during the Application Period.

14. Ferry, Joseph & Pearce, P.A. ("Ferry Joseph"), was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. Ferry Joseph seeks approval of fees totaling $9,190.00 and expenses totaling $1,003.58 for its services during the Application Period.

15. Foley Hoag LLP ("Foley Hoag") was retained as special environmental counsel to the Debtors. Foley Hoag seeks approval of fees totaling $91,490.30 and expenses totaling $1,335.06 for its services during the Application Period.

16. Fragomen, Del Rey, Bernsen & Loewy LLP ("Fragomen") was retained as immigration counsel to the Debtors. Fragomen seeks approval of fees totaling $5,075.00 and expenses totaling $6,996.45 for its services during the Application Period.

17. Roger Frankel was retained as Asbestos Personal Injury Future Claimants' Representative. Roger Frankel seeks approval of fees totaling $110,892.75 and expenses totaling $762.88 for his services during the Application Period.

18. Grant Thornton LLP ("Grant Thornton") was retained as tax and accounting advisor to the Debtors. Grant Thornton seeks approval of fees totaling $35,400.00 and expenses totaling $2,414.09 for its services during the Application Period.

---

[6]This period coincides with the Forty-Seventh through Forty-Ninth Interim Application Periods.

19. The Law Offices of Roger J. Higgins, LLC ("Higgins"), was retained as co-counsel to the Debtors and Debtors-in-Possession. Higgins seeks approval of fees totaling $133,570.00 and expenses totaling $1,705.00 for its services during the Application Period.

20. The Hogan Firm ("THF") was retained as Delaware counsel to the Canadian Zonolite Attic Insulation ("ZAI") Claimants. THF seeks approval of fees totaling $28,434.50 and expenses totaling $1,049.82 for its services during the Application Period.

21. Kirkland & Ellis LLP ("K&E") was retained as counsel to the Debtors. K&E seeks approval of fees totaling $690,235.00[7] and expenses totaling $8,924.51 for its services during the Application Period.

22. Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") was retained as co-counsel to the Official Committee of Equity Holders. Kramer Levin seeks approval of fees totaling $24,844.00 and expenses totaling $467.70 for its services during the Application Period.

23. Lauzon Bélanger Lespérance ("Lauzon Bélanger") was retained as Canadian counsel to the Canadian ZAI Claimants. Lauzon Bélanger seeks approval of fees totaling CDN $2,285.70 and expenses totaling CDN $354.14 for its services during the Application Period.

24. Legal Analysis Systems, Inc. ("LAS"), was retained as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants. LAS seeks approval of fees totaling $5,920.00 and no expenses for its services during the Application Period.

25. Lincoln Partners Advisors LLC ("Lincoln") was retained as financial advisor to

---

[7] We note for informational purposes that K&E billed the time of partners, Christopher Landau, P.C. ("Landau PC"), and Todd F. Maynes, P.C. ("Maynes PC"), at $1,150.00 per hour, James H. M. Sprayregen, P.C. ("Sprayregen PC"), at $1,125.00 per hour, and Dennis M. Myers, P.C. ("Myers PC"), at $1,025.00 per hour. During the Application Period, Landau PC billed 1.40 hours for fees of $1,610.00, Maynes PC billed 14.10 hours for fees of $16,215.00, Sprayregen PC billed 0.40 hours for fees of $450.00, and Myers PC billed 1.70 hours for fees of $1,742.50.

David T. Austern, the Asbestos Personal Injury Future Claimants' Representative. Lincoln seeks approval of fixed fees totaling $140,000.00[8] and expenses totaling $3,330.88 for its services during the Application Period.

26.   Orrick, Herrington & Sutcliffe LLP ("Orrick") was retained as bankruptcy counsel to David T. Austern, Future Claimants' Representative. Orrick seeks approval of fees totaling $138,571.50 and expenses totaling $3,814.21 for its services during the Application Period.

27.   Pachulski Stang Ziehl & Jones LLP ("Pachulski") was retained as counsel to the Debtors. Pachulski seeks approval of fees totaling $87,619.50 and expenses totaling $36,408.76 for its services during the Application Period.

28.   Phillips, Goldman & Spence, P.A. ("PG&S"), was retained as local counsel to Roger Frankel, the Personal Injury Future Claimants' Representative. PG&S seeks approval of fees totaling $6,534.00 and expenses totaling $1,101.49 for its services during the Application Period.

29.   PricewaterhouseCoopers LLP ("PwC") was retained as auditors and tax consultants to the Debtors and Debtors-in-Possession. PwC seeks approval of fees totaling $1,060,523.23[9] and expenses totaling $18,723.43 for its services during the Application Period. Of this amount,

• $940,991.20 in fees and $18,723.43 in expenses were billed for W. R. Grace Audit Services for the period of July 1, 2013, through September 30, 2013;

• $89,300.36 in fees and no expenses were billed for the Darex Puerto Rico

---

[8]For the Application Period, Lincoln lists 197.5 hours worked, which computes to an effective hourly rate of $708.86.

[9]We note for informational purposes that PwC billed the time of Audit Partners, Jay B. Seliber, Ravi S. Rao, and Robert Martin Barrett at $1,106.17 per hour, and Kenneth Stoler at $1,085.86 per hour. During the Application Period, Mr. Seliber billed 1.5 hours for fees of $1,659.26, Mr. Rao billed 6.5 hours for fees of $7,190.11, Mr. Barrett billed 1.5 hours for fees of $1,659.26, and Mr. Stoler billed 0.5 hour for fees of $542.93.

2012 Audit services for December 1, 2012, through September 30, 2013;

• $20,301.54 in fees and no expenses were billed for the Darex Puerto Rico 2011 Audit services for September 1, 2012 through September 30, 2013; and

• $9,930.13 in fees and no expenses were billed for the W. R. Grace IRS Project services for July 1, 2013, through September 30, 2013.

30. Reed Smith LLP ("Reed Smith") was retained as special asbestos products liability defense counsel to the Debtors. Reed Smith seeks approval of fees totaling $10,271.50 and expenses totaling $671.70 for its services during the Application Period.

31. Alan B. Rich was retained as counsel to the Honorable Alexander M. Sanders, Jr., the Legal Representative for Future Asbestos-Related Property Damage Claimants. Alan B. Rich seeks approval of fees totaling $39,075.00 and expenses totaling $307.83 for his services during the Application Period.

32. The Honorable Alexander M. Sanders, Jr. ("Judge Sanders"), was retained as the Legal Representative for Future Asbestos-Related Property Damage Claimants. Judge Sanders seeks approval of fees totaling $2,880.00 and no expenses for his services during the Application Period.

33. Saul Ewing LLP ("Saul Ewing") was retained as co-counsel to the Official Committee of Equity Holders. Saul Ewing seeks approval of fees totaling $29,523.00 and expenses totaling $547.22 for its services during the Application Period.

34. Scarfone Hawkins LLP ("Scarfone Hawkins") was retained as Canadian counsel to the Canadian ZAI Claimants. Scarfone Hawkins seeks approval of fees totaling CDN $7,225.00 and expenses totaling CDN $942.50 for its services during the Application Period.

35.     Stroock & Stroock & Lavan, LLP ("Stroock"), was retained as counsel to the Official Committee of Unsecured Creditors. Stroock seeks approval of fees totaling $21,644.50 and expenses totaling $432.51 for its services during the Application Period.

36.     Woodcock Washburn LLP ("Woodcock Washburn") was retained as special litigation counsel to the Debtors. Woodcock Washburn seeks approval of fees totaling $3,383.00 and expenses totaling $1,044.00 for its services during the Application Period.

37.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2013, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

38.     We have no issues with or objections to any of the Applications, except for the *de minimis* issues noted in the following paragraph and accompanying appendices.

## CONCLUSION

39.     In summary, for the Application Period, we recommend approval of the following fees and expenses for these Applicants:

    a.     AK - $320,465.00 in fees and $418.01 in expenses;

  b.  Baker Donelson - $90,000.00 in fees and $51.84 in expenses;

  c.  Beveridge & Diamond - $188,141.85 in fees and $3,907.00 in expenses;

  d.  Bilzin Sumberg - $18,532.25 in fees and $1,051.90 in expenses;

  e.  Blackstone - $100,000.00 in fees and $1,109.36 in expenses;

  f.  BMC - $118,633.00 in fees and $4,646.72 in expenses;

  g.  Campbell & Levine - $35,060.00 in fees and $3,685.33 in expenses;

  h.  Caplin & Drysdale - $42,385.00 in fees and $346.71 in expenses;

  i.  Capstone - $102,595.00 in fees and $187.46 in expenses;

  j.  Casner - $34,990.00 in fees and $37,549.86 in expenses;

  k.  Charter Oak - $52,368.00 in fees and $4.60 in expenses;

  l.  Deloitte Tax - $304,180.45 in fees and $3,179.72 in expenses for the Forty-Seventh through Forty-Ninth Interim Application Periods;

  m.  Duane Morris - $15,858.00 in fees and $796.47 in expenses;

  n.  Ferry Joseph - $9,190.00 in fees and $1,003.58 in expenses;

  o.  Foley Hoag - $91,490.30 in fees and $1,335.06 in expenses;

  p.  Fragomen - $5,075.00 in fees and $6,996.45 in expenses;

  q.  Frankel - $110,892.75 in fees and $762.88 in expenses;

  r.  Grant Thornton - $35,400.00[10] in fees and $2,414.09 in expenses;

---

[10] We noted that although Grant Thornton had requested fees of $35,400.00, we calculated its fees at $36,740.00, for a difference of $1,340.00. This discrepancy was due to mathematical errors made in Grant Thornton's August 2013 monthly fee application. We called these errors to Grant Thornton's attention, and Grant Thornton elected to request the additional $1,340.00 in fees in its next fee application.

  s. Higgins - $133,427.50 in fees ($133,570.00 minus $142.50)[11] and $1,705.00 in expenses;

  t. THF - $28,434.50 in fees and $1,049.82 in expenses;

  u. K&E - $690,235.00 in fees and $8,924.51 in expenses;

  v. Kramer Levin - $24,844.00 in fees and $114.05 in expenses ($467.70 minus $353.65);[12]

  w. Lauzon Bélanger - CDN $2,285.70 in fees and CDN $354.14 in expenses;

  x. LAS - $5,920.00 in fees;

  y. Lincoln - $140,000.00 in fees and $3,330.88 in expenses;

  z. Orrick - $138,571.50 in fees and $3,814.21[13] in expenses;

  aa. Pachulski - $87,619.50 in fees and $36,408.76 in expenses;

  bb. PG&S - $6,534.00 in fees and $1,101.49 in expenses;

  cc. PwC - $1,060,523.23 in fees and $18,707.00 in expenses, including (i) $940,991.20 in fees and $18,707.00 in expenses ($18,723.43 minus $16.43)[14] for W. R. Grace Audit

---

[11] We noted that although Higgins had requested fees of $133,570.00, the fees in Higgins' monthly applications totaled only $133,427.50, for a difference of $142.50. We called this discrepancy to Higgins' attention, and Higgins agreed to a fee reduction of $142.50.

[12] This agreed $353.65 expense reduction is for certain Westlaw charges for which Kramer Levin agreed to withdraw its request. See Appendix A.

[13] We noted that the expense detail was missing from Orrick's Application. Orrick supplied its expense detail in response to our request. See Appendix B. We reviewed Orrick's expenses and have no objection to same.

[14] This agreed $16.43 reduction is for the following dinner expense which exceeded our $50.00 per person cap:

  Adam Wilkinson 9/5/13 $66.43 Individual Travel Meal for 1, Adam Wilkinson (PwC) while at client site in Lake Charles for SOX 404 work

Services, (ii) $89,300.36 in fees for the Darex Puerto Rico 2012 Audit (December 1, 2012, through September 30, 2013), (iii) $20,301.54 in fees for the Darex Puerto Rico 2011 Audit (September 1, 2012 through September 30, 2013), and (iv) $9,930.13 in fees for the W. R. Grace IRS Project (July 1, 2013, through September 30, 2013);

    dd.    Reed Smith - $10,271.50 in fees and $671.70 in expenses;

    ee.    Rich - $39,150.00 in fees ($39,075.00 plus $75.00)[15] and $317.83 in expenses ($307.83 plus $10.00);[16]

    ff.    Judge Sanders - $2,880.00 in fees;

    gg.    Saul Ewing - $29,523.00 in fees and $547.22 in expenses;

    hh.    Scarfone Hawkins - CDN $7,225.00 in fees and CDN $942.50 in expenses;

    ii.    Stroock - $21,644.50 in fees and $432.51 in expenses; and

    jj.    Woodcock Washburn - $3,383.00 in fees and $1,044.00[17] in expenses.[18]

---

[15] Although Mr. Rich requested total fees of $39,075.00, we calculated his fees at $39,150.00, for a difference of $75.00. The reason for the discrepancy is that on his August 2013 monthly fee application, Mr. Rich recorded 13.8 hours but billed for only 13.7 hours, for a difference of 0.1 hour and $75.00 in fees. Mr. Rich concurs with our calculations.

[16] Although Mr. Rich requested total expenses of $307.83, we calculated his expenses at $317.83, for a difference of $10.00. The reason for the discrepancy is a mathematical error in Mr. Rich's quarterly fee application. Mr. Rich concurs with our calculations.

[17] We noted that although Woodcock Washburn requested total expenses of $1,044.00, we calculated Woodcock Washburn's expenses at $1,815.30, for a difference of $771.30. The reason for the discrepancy is a mathematical error in Woodcock Washburn's quarterly fee application. We called this error to Woodcock Washburn's attention, and Woodcock Washburn elected to request the additional $771.30 in expenses in its next fee application.

[18] We noted an expense for local counsel in the amount of 844.00. In response to our request, Woodcock Washburn provided a copy of the itemized statement for these legal fees. *See* Appendix C. We have reviewed the statement and have no objection to this expense.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 12th day of March, 2014.

_____
Warren H. Smith

## SERVICE LIST
<u>Notice Parties</u>

**The Applicants**
Robert Y. Chung
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

E. Franklin Childress, Jr.
Baker Donelson, Bearman, Caldwell & Berkowitz, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103

Pamela D. Marks
Beveridge & Diamond PC
201 North Charles Street, Suite 2210
Baltimore, MD 21201

Scott L. Baena
Jay M. Sakalo
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

John James O'Connell III
Managing Director
Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154

Myrtle H. John
BMC Group
600 1st Avenue, Suite 300
Seattle, Washington 98104

Marla R. Eskin
Mark T. Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
600 Lexington Avenue at 52nd Street
21st Floor
New York, NY 10022

Edwin N. Ordway, Jr.
Capstone Advisory Group, LLC
Park 80 West
250 Pehle Avenue, Suite 105
Saddle Brook, NJ 07663

Robert A. Murphy
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

James P. Sinclair
Charter Oak Financial Consultants, LLC
430 Center Avenue
Mamaroneck, NY 10543

Jared Gordon
Deloitte Tax LLP
1700 Market Street
Philadelphia, PA 19103

Michael R. Lastowski
Richard W. Riley
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Michael B. Joseph
Theodore J. Tacconelli
Lisa L. Coggins
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P. O. Box 1351
Wilmington, DE 19899

Seth D. Jaffe
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600

Enrique Gonzalez, III
Fragomen, Del Rey, Bernsen & Loewy LLP
One Alhambra Plaza, Suite 600
Coral Gables, FL 33134

Roger Frankel

Asbestos Personal Injury Future Claimants' Representative
c/o Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

Mark Margulies
Grant Thornton LLP
1301 International Parkway
Suite 300
Fort Lauderdale, FL 33323

Roger J. Higgins
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

John Donley
Adam C. Paul
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654

Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Mark A. Peterson
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA 91360

Jason Solganick
Lincoln Partners Advisors LLC
360 Madison Avenue, 21st Floor
New York, NY 10017

Richard H. Wyron
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Kathleen M. Miller
Smith, Katzenstein & Jenkins LLP
The Corporate Plaza
P.O. Box 410
Wilmington, DE 19899

Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

Alan B. Rich
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Gary H. Levin
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891

James E. O'Neill

**The Debtors**

Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

# APPENDIX A

## (Kramer Levin)

1.  We noted numerous Westlaw charges which were for the same amount. See <u>Appendix A-1</u>. We asked Kramer Levin to confirm that these were actual charges incurred by the firm and to explain why they were for the same amount. Kramer Levin responded:

> ...[W]e have confirmed that these charges are correct and represent actual Westlaw charges. The charges were incurred in monitoring citations to a case that we believed was important to the pending Third Circuit appeals of the confirmation order – i.e., in ensuring that we were aware of any positive or negative subsequent authority concerning the case in question. However, to resolve any concerns regarding these charges, we are prepared to withdraw our request for reimbursement of these fees (reflected on Exhibit A to the Initial Report), in the amount of $353.65.

We appreciate Kramer Levin's response and recommend a reduction of $353.65 in expenses.

**Appendix A-1**

| | | | | | |
|---|---|---|---|---|---|
| Westlaw on-line rese | Blabey, DE | 07/01/13 | 4.30 | 9950322 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/02/13 | 4.30 | 9950323 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/03/13 | 4.30 | 9950324 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/04/13 | 4.30 | 9950325 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/05/13 | 4.30 | 9950326 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/08/13 | 4.30 | 9950327 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/09/13 | 4.30 | 9950328 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/10/13 | 4.30 | 9950329 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/11/13 | 4.30 | 9950330 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/12/13 | 4.30 | 9950331 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/15/13 | 4.30 | 9950332 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/16/13 | 4.30 | 9950333 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/17/13 | 4.30 | 9950334 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/18/13 | 4.30 | 9950335 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/19/13 | 4.30 | 9950336 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/22/13 | 4.30 | 9950337 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/23/13 | 4.30 | 9950338 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/24/13 | 4.30 | 9950339 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/25/13 | 4.30 | 9950340 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/26/13 | 4.30 | 9950341 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/29/13 | 4.30 | 9950342 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/30/13 | 4.30 | 9950343 | 1436977 |
| Westlaw on-line rese | Blabey, DE | 07/31/13 | 4.30 | 9950344 | 1436977 |
| Westlaw on-line rese | Blabey, D E | 08/01/13 | 6.74 | 9978052 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/02/13 | 6.74 | 9978053 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/05/13 | 6.74 | 9978054 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/06/13 | 6.74 | 9978055 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/07/13 | 6.74 | 9978056 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/08/13 | 6.74 | 9978057 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/09/13 | 6.74 | 9978058 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/12/13 | 6.74 | 9978059 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/13/13 | 6.74 | 9978060 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/14/13 | 6.74 | 9978061 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/15/13 | 6.74 | 9978062 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/16/13 | 6.74 | 9978063 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/19/13 | 6.74 | 9978064 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/20/13 | 6.74 | 9978065 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/21/13 | 6.74 | 9978066 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/22/13 | 6.74 | 9978067 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/23/13 | 6.74 | 9978068 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/26/13 | 6.74 | 9978069 | 1449294 |

| | | | | | |
|---|---|---|---|---|---|
| Westlaw on-line rese | Blabey, D E | 08/27/13 | 6.74 | 9978070 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/28/13 | 6.74 | 9978071 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/29/13 | 6.74 | 9978072 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 08/30/13 | 6.74 | 9978073 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/02/13 | 5.07 | 9997963 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/03/13 | 5.07 | 9997964 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/04/13 | 5.07 | 9997965 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/05/13 | 5.07 | 9997966 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/06/13 | 5.07 | 9997967 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/09/13 | 5.07 | 9997968 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/10/13 | 5.07 | 9997969 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/11/13 | 5.07 | 9997970 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/12/13 | 5.07 | 9997971 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/13/13 | 5.07 | 9997972 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/16/13 | 5.07 | 9997973 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/17/13 | 5.07 | 9997975 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/18/13 | 5.07 | 9997976 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/19/13 | 5.07 | 9997977 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/20/13 | 5.07 | 9997978 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/23/13 | 5.07 | 9997979 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/24/13 | 5.07 | 9997980 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/25/13 | 5.07 | 9997981 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/26/13 | 5.07 | 9997982 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/27/13 | 5.07 | 9997983 | 1449294 |
| Westlaw on-line rese | Blabey, D E | 09/30/13 | 5.07 | 9997984 | 1449294 |