| Bill Num | Date | Cost Code | Description | TKPR Name | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 1433555 | 6/11/2013 | OSREP | Outside Reproduction Services | Fullem, Debra O'Denise | $117.20 | VENDOR: Williams Lea Inc.; INVOICE#: I-13070245; DATE: 7/1/2013  -  DC-DC\id#170133\mkm-LMF-outside reproduction June 2013 |
| 1433555 | 7/9/2013 | TAXI | Local Taxi Expense | Felder, Debra | $8.30 | VENDOR: Felder, Debra; INVOICE#: 062613; DATE: 7/9/2013  -  dc/dd/s#169581/df - Travel to Philadelphia for Third Circuit argument 06/17/13 |
| 1433555 | 7/9/2013 | PARK | Parking Expense | Felder, Debra | $22.00 | VENDOR: Felder, Debra; INVOICE#: 062613; DATE: 7/9/2013  -  dc/dd/s#169581/df - Travel to Philadelphia for Third Circuit argument 06/17/13 |
| 1433555 | 7/9/2013 | LTRV | Travel Expense, Local | Felder, Debra | $273.00 | VENDOR: Felder, Debra; INVOICE#: 062613; DATE: 7/9/2013  -  dc/dd/s#169581/df - Travel to Philadelphia for Third Circuit argument 06/17/13 |
| 1433555 | 7/10/2013 | LTRV | Travel Expense, Local | Wyron, Richard | $246.00 | VENDOR: Wyron, Richard H.; INVOICE#: 062713C; DATE: 7/10/2013  -  dc/dd/s#169581/df - Travel to Philadelphia for Grace Lit 3rd Circuit Argument 06/17-19/13 |
| 1433555 | 7/10/2013 | TAXI | Local Taxi Expense | Wyron, Richard | $33.00 | VENDOR: Wyron, Richard H.; INVOICE#: 062713C; DATE: 7/10/2013  -  dc/dd/s#169581/df - Travel to Philadelphia for Grace Lit 3rd Circuit Argument 06/17-19/13 |
| 1433555 | 7/10/2013 | TRV | Travel Expense | Wyron, Richard | $10.00 | VENDOR: Wyron, Richard H.; INVOICE#: 062713C; DATE: 7/10/2013  -  dc/dd/s#169581/df - Travel to Philadelphia for Grace Lit 3rd Circuit Argument 06/17-19/13 |

| 1433555 | 7/10/2013 | TRVML | Out of Town Business Meals | Wyron, Richard | $16.38 | VENDOR: Wyron, Richard H.; INVOICE#: 062713C; DATE: 7/10/2013 - dc/dd/s#169581/df - Travel to Philadelphia for Grace Lit 3rd Circuit Argument 06/17-19/13 |
| --- | --- | --- | --- | --- | --- | --- |
| 1433555 | 7/16/2013 | WESTN | Westlaw Research | Felder, Debra | $43.06 | |
| | | | | | | |
| **TOTAL JULY INVOICE** | | | | | $   768.94 | |

| Bill Num | Date | Cost Code | Description | TKPR Name | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 1438157 | 7/3/2013 | OSSVCS | Outside Services | Fullem, Debra O'Denise | $322.90 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q22013; DATE: 7/3/2013 - DC-DC\id#171128\mkm-Public Access to Court Electronic Records 4/01-6/30/2013 acct. # OH0272 |
| 1438157 | 7/3/2013 | OSSVCS | Outside Services | Fullem, Debra O'Denise | $27.60 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q22013; DATE: 7/3/2013 - DC-DC\id#171128\mkm-Public Access to Court Electronic Records 4/01-6/30/2013 acct. # OH0272 |
| 1438157 | 7/3/2013 | OSSVCS | Outside Services | Fullem, Debra O'Denise | $73.50 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q22013; DATE: 7/3/2013 - DC-DC\id#171128\mkm-Public Access to Court Electronic Records 4/01-6/30/2013 acct. # OH0272 |
| 1438157 | 7/3/2013 | OSSVCS | Outside Services | Fullem, Debra O'Denise | $11.80 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q22013; DATE: 7/3/2013 - DC-DC\id#171128\mkm-Public Access to Court Electronic Records 4/01-6/30/2013 acct. # OH0272 |
| 1438157 | 7/3/2013 | OSSVCS | Outside Services | Washington, DC, Office | $6.60 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q22013; DATE: 7/3/2013 - DC-DC\id#171128\mkm-Public Access to Court Electronic Records 4/01-6/30/2013 acct. # OH0272 |
| 1438157 | 7/3/2013 | OSSVCS | Outside Services | Washington, DC, Office | $67.40 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q22013; DATE: 7/3/2013 - DC-DC\id#171128\mkm-Public Access to Court Electronic Records 4/01-6/30/2013 acct. # OH0272 |

| 1438157 | 7/8/2013 | BUSML | Business Meals | Frankel, Roger | $22.80 | VENDOR: Flik Compass Group USA; INVOICE#: X199941013; DATE: 7/1/2013 - DC-DC\id#171127\mkm-catering period 10'13 ended July 2013 |
|---|---|---|---|---|---|---|
| 1438157 | 7/30/2013 | WESTN | Westlaw Research | Felder, Debra | $566.74 | |
| 1438157 | 8/7/2013 | DUPLI | Document Reproduction | Felder, Debra | $0.20 | 2 Copies |
| 1438157 | 8/13/2013 | OSSVCS | Outside Services | Felder, Debra | $30.00 | VENDOR: CourtCall LLC; INVOICE#: 5746978; DATE: 8/13/2013 - WV  WH/JJ  S#171120  Firms CourtCall charges  8/1 - 8/16/13    A/C# CCDA-06-2041 |
| 1438157 | 8/13/2013 | OSSVCS | Outside Services | Wyron, Richard | $30.00 | VENDOR: CourtCall LLC; INVOICE#: 5746975; DATE: 8/13/2013 - WV  WH/JJ  S#171120  Firms CourtCall charges  8/1 - 8/16/13    A/C# CCDA-06-2041 |
| 1438157 | 8/13/2013 | OSSVCS | Outside Services | Frankel, Roger | $30.00 | VENDOR: CourtCall LLC; INVOICE#: 5746971; DATE: 8/13/2013 - WV  WH/JJ  S#171120  Firms CourtCall charges  8/1 - 8/16/13    A/C# CCDA-06-2041 |
| 1438157 | 8/29/2013 | DUPLI | Document Reproduction | Frankel, Roger | $4.00 | 40 Copies |
| 1438157 | 8/29/2013 | DUPLI | Document Reproduction | Reyes, Patricia | $216.90 | 2169 Copies |
| 1438157 | 8/29/2013 | DUPLI | Document Reproduction | Frankel, Roger | $6.40 | 64 Copies |
| 1438157 | 8/30/2013 | POST | Postage | Frankel, Roger | $274.40 | POSTAGE |
| 1438157 | 8/30/2013 | POST | Postage | Frankel, Roger | $10.00 | POSTAGE |
| 1438157 | 8/30/2013 | DUPLI | Document Reproduction | Reyes, Patricia | $27.00 | 270 Copies |
| 1438157 | 8/30/2013 | DUPLI | Document Reproduction | Reyes, Patricia | $9.90 | 99 Copies |
| 1438157 | 8/30/2013 | PRINT | Document Reproduction | Reyes, Patricia | $2.70 | 27 Pages Printed |

| 1438157 | 8/30/2013 | PRINT | Document Reproduction | Reyes, Patricia | $0.90 | 9 Pages Printed |
|---|---|---|---|---|---|---|
| **TOTAL AUGUST INVOICE** | | | | | **$ 1,741.74** | |

| Bill Num | Date | Cost Code | Description | TKPR Name | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 1443690 | 8/30/2013 | TRV | Travel Expense | Wyron, Richard | $616.00 | VENDOR: Wyron, Richard H.; INVOICE#: 083013; DATE: 8/30/2013 - DC\DDid#171625\mkm-travel to NY re Meeting with Potential Expert 8/28-29/2013 |
| 1443690 | 8/30/2013 | LTRV | Travel Expense, Local | Wyron, Richard | $44.80 | VENDOR: Wyron, Richard H.; INVOICE#: 083013; DATE: 8/30/2013 - DC\DDid#171625\mkm-travel to NY re Meeting with Potential Expert 8/28-29/2013 |
| 1443690 | 8/30/2013 | PARK | Parking Expense | Wyron, Richard | $9.00 | VENDOR: Wyron, Richard H.; INVOICE#: 083013; DATE: 8/30/2013 - DC\DDid#171625\mkm-travel to NY re Meeting with Potential Expert 8/28-29/2013 |
| 1443690 | 8/30/2013 | TOLLS | Local Tolls | Wyron, Richard | $6.55 | VENDOR: Wyron, Richard H.; INVOICE#: 083013; DATE: 8/30/2013 - DC\DDid#171625\mkm-travel to NY re Meeting with Potential Expert 8/28-29/2013 |
| 1443690 | 8/30/2013 | LTRV | Travel Expense, Local | Wyron, Richard | $13.00 | VENDOR: Wyron, Richard H.; INVOICE#: 083013; DATE: 8/30/2013 - DC\DDid#171625\mkm-travel to NY re Meeting with Potential Expert 8/28-29/2013 |
| 1443690 | 8/30/2013 | EXPDEL | Express Delivery | Fullem, Debra O'Denise | $8.96 | VENDOR: United Parcel Service INVOICE#: 0000003195XX363 DATE: 9/7/2013  Tracking #: 1Z3195XX0195738894 Shipment Date: 20130830 Ship from: Debra Fullem, Orrick Herrington & Sutcliffe LLP, Columbia Center, Washington, DC 20005 Ship to: Bobbi Ruhlander, Warren H. Smith & Associates, Republic Center, Rockwall, TX 75087 |

| 1443690 | 8/30/2013 | EXPDEL | Express Delivery | Fullem, Debra O'Denise | $8.96 | VENDOR: United Parcel Service INVOICE#: 0000003195XX363 DATE: 9/7/2013  Tracking #: 1Z3195XX0198416306 Shipment Date: 20130830 Ship from: Debra Fullem, Orrick Herrington & Sutcliffe LLP, Columbia Center, Washington, DC 20005 Ship to: David B. Siegel, W.R. Grace and Co., 7500 Grace Drive, Columbia, MD 21044 |
| --- | --- | --- | --- | --- | --- | --- |
| 1443690 | 8/30/2013 | EXPDEL | Express Delivery | Fullem, Debra O'Denise | $8.96 | VENDOR: United Parcel Service INVOICE#: 0000003195XX363 DATE: 9/7/2013  Tracking #: 1Z3195XX0199116085 Shipment Date: 20130830 Ship from: Debra Fullem, Orrick Herrington & Sutcliffe LLP, Columbia Center, Washington, DC 20005 Ship to: Laura Davis Jones, E, James O'Neil, Esq., Pachulski Stang Ziehl & Jones LLP, Wilmington, DE 19801 |
| 1443690 | 8/30/2013 | EXPDEL | Express Delivery | Fullem, Debra O'Denise | $8.96 | VENDOR: United Parcel Service INVOICE#: 0000003195XX363 DATE: 9/7/2013  Tracking #: 1Z3195XX0190216224 Shipment Date: 20130830 Ship from: Debra Fullem, Orrick Herrington & Sutcliffe LLP, Columbia Center, Washington, DC 20005 Ship to: Richard Schepecarter, Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801 |

| 1443690 | 9/13/2013 | EXPDEL | Express Delivery | Fullem, Debra O'Denise | $9.03 | VENDOR: United Parcel Service INVOICE#: 0000003195XX383 DATE: 9/21/2013  Tracking #: 1Z3195XX0195665490 Shipment Date: 20130913 Ship from: Debra Fullem, Orrick Herrington & Sutcliffe LLP, Columbia Center, Washington, DC 20005 Ship to: Laura Davis Jones, E, James O'Neil, Esq., Pachulski Stang Ziehl & Jones LLP, Wilmington, DE 19801 |
|---|---|---|---|---|---|---|
| 1443690 | 9/13/2013 | EXPDEL | Express Delivery | Fullem, Debra O'Denise | $9.03 | VENDOR: United Parcel Service INVOICE#: 0000003195XX383 DATE: 9/21/2013  Tracking #: 1Z3195XX0198182916 Shipment Date: 20130913 Ship from: Debra Fullem, Orrick Herrington & Sutcliffe LLP, Columbia Center, Washington, DC 20005 Ship to: Bobbi Ruhlander, Warren H. Smith & Associates, Republic Center, Rockwall, TX 75087 |
| 1443690 | 9/13/2013 | EXPDEL | Express Delivery | Fullem, Debra O'Denise | $9.03 | VENDOR: United Parcel Service INVOICE#: 0000003195XX383 DATE: 9/21/2013  Tracking #: 1Z3195XX0198913528 Shipment Date: 20130913 Ship from: Debra Fullem, Orrick Herrington & Sutcliffe LLP, Columbia Center, Washington, DC 20005 Ship to: Richard Schepecarter, Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801 |

| 1443690 | 9/13/2013 | EXPDEL | Express Delivery | Fullem, Debra O'Denise | $9.03 | VENDOR: United Parcel Service INVOICE#: 0000003195XX383 DATE: 9/21/2013  Tracking #: 1Z3195XX0199898900 Shipment Date: 20130913 Ship from: Debra Fullem, Orrick Herrington & Sutcliffe LLP, Columbia Center, Washington, DC 20005 Ship to: David B. Siegel, W.R. Grace and Co., 7500 Grace Drive, Columbia, MD 21044 |
|---|---|---|---|---|---|---|
| 1443690 | 9/13/2013 | DUPLI | Document Reproduction | Frankel, Roger | $258.54 | 7756 Copies (Split among 3 matters) |
| 1443690 | 9/13/2013 | DUPLI | Document Reproduction | Frankel, Roger | $258.53 | 7756 Copies (Split among 3 matters) |
| 1443690 | 9/13/2013 | POST | Postage | Frankel, Roger | $123.58 | POSTAGE |
| 1443690 | 9/13/2013 | POST | Postage | Frankel, Roger | $123.57 | POSTAGE |
| Less adjustment to R. Wyron travel billed August 30 | | | | | ($222.00) | |
| **TOTAL SEPTEMBER INVOICE** | | | | | **$ 1,303.53** | |