

**Potter Anderson Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

                              July 12, 2013
                              Bill Number    166686

W. R. Grace & Co. - Conn.                   File Number    WGRACE 39647
c/o Woodcock Washburn LLP
Cira Center
2929 Arch Street, 12th Floor
Philadelphia PA  19104-2891

        For legal services rendered as more fully set forth in the attached statement.

| | | |
|---|---:|---:|
| Legal Services | $842.50 | |
| Disbursements | $1.50 | |
| Bill Total | $844.00 | |
| Previous Balance | | $4,380.50 |
| Total Due | | $5,224.50 |



**Potter Anderson Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

Federal ID # 51-0080985

www.potteranderson.com

July 12, 2013
Bill Number    166686
File Number    WGRACE 39647

W. R. Grace & Co. - Conn.
c/o Woodcock Washburn LLP
Cira Center
2929 Arch Street, 12th Floor
Philadelphia PA  19104-2891

Re:  W.R. Grace & Co.- Conn. V. Propex Operating Company, LLC

Through June 30, 2013

| Date | Atty | Description | Hours | Value |
|---|---|---|---|---|
| 06/03/13 | DEM | Settlement/Non-Binding ADR<br>ADR status conference with magistrate | 0.20 Hrs | $96.00 |
| 06/05/13 | RLH | Analysis/Strategy<br>Emails re: protective order | 0.20 Hrs | $139.00 |
| 06/11/13 | BAP | Analysis/Strategy<br>Draft stipulation to extend deadline to Submit Protective Order, emails to counsel re: same | 0.50 Hrs | $165.00 |
| 06/11/13 | DEM | Other Written Motions and Submissions<br>Stipulated extension - review and file; related communications | 0.40 Hrs | $192.00 |
| 06/18/13 | KEL | Document/File Management<br>update docket sheet, download court notices & filings, update pleading files | 0.40 Hrs | $34.00 |
| 06/26/13 | RLH | Settlement/Non-Binding ADR<br>Emails re: settlement status | 0.10 Hrs | $69.50 |
| 06/27/13 | BAP | Analysis/Strategy<br>Emails to counsel re: call with MPT, call to Chambers canceling hearing | 0.30 Hrs | $99.00 |
| 06/27/13 | DEM | Analysis/Strategy<br>Attorney status communications - call cancellation | 0.10 Hrs | $48.00 |
| | | | Total | $842.50 |

LEGAL SERVICES SUMMARY

W. R. Grace & Co. - Conn.

Re W.R. Grace & Co.- Conn. V. Propex Operating Company,

| | | | |
|---|---|---|---|
| Kim E. Lutthans | 0.40 Hrs | 85.00/hr | $34.00 |
| Richard L. Horwitz | 0.30 Hrs | 695.00/hr | $208.50 |
| David E. Moore | 0.70 Hrs | 480.00/hr | $336.00 |
| Bindu Ann George Palapura | 0.80 Hrs | 330.00/hr | $264.00 |
| | 2.20 Hrs | | $842.50 |

## DISBURSEMENTS

Through July 2, 2013

| | |
|---|---|
| Photocopies | $0.80 |
| Pacer Electronic Filings | $0.70 |
| Total Disbursements | $1.50 |
| Total Due This Bill | $844.00 |

## PREVIOUS BILLS OUTSTANDING

| Invoice # | Invoice Date | Invoice Amount |
|---|---|---|
| 162732 | 04/15/2013 | 1,152.40 |
| 164128 | 05/22/2013 | 2,230.86 |
| 165592 | 06/17/2013 | 997.24 |
| | | $4,380.50 |
| | GRAND TOTAL DUE | $5,224.50 |