# Exhibit A

ZAI TRUST FEES

FEBUARY 2014      ZAI 7B Trust Fees   EDWARD B.COTTINGHAM JR.

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 2/1/2014 | Review revised draft of Acknowlegment and Waiver to be signed at Closing;review checklist of signature pages | 0.30 |
| 2/2/2014 | Review all effective date docs, emphasis on 7B related docs for errors/typos; email R. Hehner and M. Jones re incorrect cross references in docs | 1.20 |
| 2/2/2014 | PC from M. Jones re missing signature for 7A trustee/ PD Trust doc; Go to KE office to sign docs for PD Trust in advance of closing | 1.00 |
| 2/2/2014 | Travel to NY for closing,* | 2.20 |
| 2/3/2014 | Attend Closing at KE office | 5.50 |
| 2/4/2014 | Travel back to Charleston -flight delayed twice* | 4.80 |
|  |  | 15.00 |

* actual travel time was double but travel is billed at 1/2 the hourly rate

15 hrs @ $450    total    $6,750

**Expenses-** receipts attached- **$1,197.96**

TOTAL-                $7,947.96

ZAI TRUST FEES

**January 2014    ZAI 7B Trust Fees EEDWARD B. COTTINGHAM JR**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 1/3/2014 | Review A. Rich's comments re latest draft of PD Trust Agreement;review M. Jones email re same | 0.30 |
| 1/6/2014 | Review email from E.Westbrook, review and file photos of ZAI bags for claims review purposes; | 0.40 |
| 1/6/2014 | Review draft by-laws and multiple emails from E Westbrook and A Rich re | 0.30 |
| 1/7/2014 | review all proposed modifications to Trust Agreement and By-Laws compared against previous versions by KE | 0.40 |
| 1/7/2014 | Review PD FCR changes to the Intercreditor Agreement and M. Jones reply re same | 0.30 |
| 1/8/2014 | review email from M. jones and review planning checklist to be completed and draft funds flow memo in prepartion of meeting;exchange emails with E. Westbrook to understand funds flow for ZAI | 0.60 |
| 1/8/2014 | Review numerous emails from A.Rich, Jones, E. Westbrook, D. Williamson 7A counsel and others re draft PD Trust Bylaws and Agreement and prep for Jan 9 meeting. | 0.60 |
| 1/8/2014 | phone calls with Monty Shealy, Prudential investment advisor, re investment of funds and portfolio alternatives and negotiation of fees;research appropriate fees | 1.20 |
| 1/9/2014 | Prepartion for effective date planning meeting, exchange emails with ZTAC members re same | 0.80 |
| 1/9/2014 | Attend effective date planning meeting by phone | 4.50 |
| 1/9/2014 | Misc. emails with A. Rich, E. Westbrook, 7A Counsel and PDFCR counsel re coordination with and payment of Delaware trustee | 0.40 |
| 1/10/2014 | Meet with CFO, C. Pennington to discuss Trust accounting and | 2.80 |
| 1/14/2014 | Review email from 7A accountant re EIN and tax return issues; emails with counsel D. Cooke and 7B accountant D. Lagare and E. Westbrook re same | 0.50 |
| 1/15/2014 | Review email from J. Melville and revised Effective date docs transmitted therein. | 0.40 |
| 1/16/2014 | Review email from 7A counsel and redlined changes to PD Trust Agreement to clairfy handling of CND ZAI claims, suggest changes to language | 0.60 |
| 1/16/2014 | Review and reply to misc emails re proper filing of taxes and acquisition of EINS to be consistent with the PD Trust agreement, research re same; | 1.00 |
| 1/17/2014 | Review CPA D. Lagare's research on advisability of maintaining separate Eins and tax returns between 7A and 7B;conduct research re same | 0.60 |

ZAI TRUST FEES

| Date | Description | Hours |
|---|---|---|
| 1/20/2014 | Review emails and revised PD Trust Agreement and selected comments on other plan documents and R. Higgins re Funds Flow memo | 0.60 |
| 1/21/2014 | Pc and exchange emails with E. Westbrook re modification to PD Trust agreement re ZAI trustee compensation; exhange emails with E. westbrook re interest rate calculations on ZAI funds; review letter from 7B counsel, D. Cooke on advisablity of maintaining seperate EINS and tax returns for 7A and 7B to avoid commingling issues | 1.00 |
| 1/21/2014 | Review emails and comments from A. Rich PDFCR counsel and J. Melville and others re Deferred payment agreement as it relates to PD Trust;exchange emails with ZTAC members re advisablity of insuring funds and neogtiating best rates | 0.60 |
| 1/22/2014 | Meet with CPA J. Wirsyla re tax accounting for ZAI Claims facility; pc with Dan Legare re acquisition of EIN, and conf call with D. Legare's assistant and the IRS re EIN | 2.40 |
| 1/22/2014 | Conf call with KE office re effective date docs, | 4.00 |
| 1/22/2014 | Meet with Wells Fargo executives re interest rates on funds and other bank services re ZAI funds, negotiate re same; ps with M. Shealy at Prudential re alternatives for investment of funds update, negotiate fees | 1.80 |
| 1/22/2014 | send email re status of efforts to acquire Trustee insurance,Review 2 proposals and 2 quotes for D&O/Trustee insurance and review emails from 7A counsel re same. | 1.20 |
| 1/23/2014 | Read and reply to misc emails between M. DeBard, 7A counsel, D. Cooke 7B counsel; conf call re to discuss and resolve EIN and tax reporting issues | 1.40 |
| 1/24/2014 | review revised effective date docs from J. Melville; send email to PD 7A counsel re ZAI Trustee preference for 2 EINs to avoid commngling concerns | 0.80 |
| 1/24/2014 | Meet with C. Pennington CFO, re accounting processes, financial statements, budgeting, annual reports and compliance with the Trust agreement; | 2.00 |
| 1/25/2014 | pc with M. Garcia re receipt of funds at BNC in anticipation of closing at KE; negotiate management fees with M. Shealy /Prudential | 0.60 |
| 1/26/2014 | Review emails from D.Turetsky and D. Rosenblum re outstanding conditions to the plan and J. Gettleman re logistics of closing;review effective date docs, note inaccuracies and transmit same to M. Jones;exchange emails with M. jones re 7B financial instituion to receive funds | 1.00 |

ZAI TRUST FEES

| Date | Description | Hours |
|---|---|---|
| 1/27/2014 | meet with M. Garcia of BNC bank to discuss logistics of receiving funds and continue negotiation money mkt rate with M.Gracia of BNC; exchange emaisl with 7A counsel, Bishop DeBard re logistics of payment to Delaware trustee and split on payment | 1.20 |
| 1/28/2014 | Review all redline and clean effective date docs for required signature and for issues in general; review numerous emails re same, execute signatures on 16 originals for all docs requiring 7B trustee signature | 1.50 |
| 1/28/2014 | Exchange emails with E. Westbrook, A. Rich re strategies to reduce D&O insurance costs, exchange emails with 7Acounsel re same | 0.50 |
| 1/29/2014 | Prep for conf call and conf call with BNC CEO and 3 other BNC executives re receipt of funds and MM rates; | 2.00 |
| 1/29/2014 | emails with Higgins, Melville, Jones and Cooke re effective date issues and funds flow memo; email with Hutson re D&O insurance;review docs on which Insurors based quotes to look for cost/premium savings;review email from matt brown, insuror rep re same | 1.00 |
| 1/29/2014 | E mails with M. Garcia re Bank issues and confirmation of account name to be compliant with BNC policy; pc with M. jones re transmission of signed docs | 1.40 |
| 1/30/2014 | Meet with M. Garcia to go over bank account features; emails with D.Cooke re insurance issues | 0.80 |
| 1/30/2014 | Emails with E. Westbrook and D. Cooke re insurance | 0.20 |
| 1/30/2014 | Review final effective funds memo, confirm amounts for ZAI Trust; exchange emails with 7A counsel re executing docs for Wilmington Trust | 0.50 |
| 1/31/2014 | Exchange emails with M. DeBard, &A counsel re: Wilmington Trustee proposal | 0.30 |
| 1/31/2014 | Review emails from R. Higgins and changes to Funds Flow memo and other emails re same | 0.30 |
| 1/31/2014 | Review final draft of funds flow memo from R. Higgins and email from D. Cooke re same | 0.30 |
| | | 43.10 |

**43.10 HOURS @ $450   $19,395.00**
No expenses

ZAI TRUST FEES

DECEMBER 2013    ZAI 7B Trust Fees   EDWARD B. COTTINGHAM JR.

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 12/6/2013 | Meeting with ZTAC member, E Westbrook, repre-emergence preparations for setting up Trust and | 1.50 |
| 12/6/2013 | Meet with William Shealy, Prudential Executive and other Prudentail investment professionals re Investment of funds per Uniform Prudent Investment Act and consistentency with Trust guidelines | 1.80 |
| 12/11/2013 | Review docs, emails in preparation for PD Trust Effective Date Issue Meeting with ZTAC and 7A professionals | 2.20 |
| 12/11/2013 | Email and pc with Finance professionals (prudential) re investment of funds, and requirment of PD Trust Agreement | 0.30 |
| 12/11/2013 | Meet with CPA Wirsyla re Trust and Claims facility issues | 1.20 |
| 12/12/2013 | Meet with ZTAC members E. Westbrook and D.Scott to discuss ZAI issues in preparation for PD Trust Effective Date Meeting at RPWB office | 2.00 |
| 12/12/2013 | Attend PD Trust Effective Date Issue Meeting at RPWB | 3.00 |
| 12/15/2013 | Review multiple emails to and from R.Higgins, A. Rich, E. Wesbrook, D Williamson re status or emergence, interest rate calculations on PD funds, receipt of funds and related issues | 0.40 |
| 12/16/2013 | review misc emails from D. Williamson and E. Westbrook and funds flow memo and effective date planning chart | 0.60 |
| 12/24/2013 | Review misc emails from E. Westbrook, A.Rich, M. Jones and D.Cook and review WRG letter to Court re Settlement with bank lender group;review emails from Mike Jones re pre emrgence planning, exchange emails with 7B Trust counsel Cooke, re content PD ByLaws | 0.80 |
| 12/26/2013 | Review emails from PD Trust atty Sakalo re premergence issues; exchange emails with Westbrook re amended PD Trust Agreement | 0.40 |
| 12/26/2013 | Review emails from PD FCR counsel re insurance issues for PD Trusts, review Deferred payment Agreement for Class 7B brelative to D&O needs, begin gathering info specific to 7B Trust | 0.60 |

ZAI TRUST FEES

| Date | Description | Hours |
|---|---|---|
| 12/27/2013 | Review emails from Trust Ins agent, M. Brown and PDFCR counsel re implications of Policy provisions | 0.30 |
| 12/28/2013 | Reviewing Plan docs provided on disc by KE; email E. Westbrook re Modifications to PD Trust Agreement | 1.00 |
| 12/30/2013 | Review email from M. Jones re effective date planning meeting; review emails of P. Lockwood, d. Felder and D. Cooke and others re comments re planning docs | 0.40 |

**16.5 hours @ $450/hour   $ 7,425.00**
no expenses