# Exhibit B

## EXPENSES

### For Edward B. Cottingham, ZAI Trustee

| | |
|---|---|
| Overnight shipping (Fed Ex) of signed documents to Closing | $62.00 |
| Travel to New York from Charleston SC (and return) for Closing on **2/2/13**: | |
| Parking at Airport | $24.00 |
| Airfare | $322.00 |
| Hotel | $255.96 |
| Breakfast | $28.58 |
| Lunch | 0.00 |
| Dinner | $118.99 |
| Cab to hotel | $44.79 |
| **2/3/14** | |
| Hotel   (due to flight cancelations) | $227.27 |
| Dinner | $51.37 |
| **2/4/14** | |
| Cab to AP | $41.00 |
| | |
| **TOTAL EXPENSES** | **$1,175.96** |

FedEx Express

Tracking Number: 8037 1875 2248    Form ID: 0200

**1 From** *Please print and press hard.*

Date 1/30/2014    Sender's FedEx Account Number

Sender's Name Edward B Cottingham    Phone ( 843 ) 881-3592

Company Cottingham Law Firm, LLC

Address 317 WingoWay ste 303

City Mt. Pleasant    State SC    ZIP 29464

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name J. Michael Jones    Phone ( 312 ) 862-2259

Company Kirkland & Ellis, LLP

Address 300 North Lasalle st.

Address

City CHICAGO    State Ill    ZIP 60654

**4 Express Package Service**

[ ] FedEx First Overnight
[x] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx 2Day A.M.
[ ] FedEx 2Day
[ ] FedEx Express Saver

**5 Packaging**

[ ] FedEx Envelope    [x] FedEx Pak    [ ] FedEx Box    [ ] FedEx Tube    [ ] Other

**6 Special Handling and Delivery Signature Options**

[ ] SATURDAY Delivery

[ ] No Signature Required    [ ] Direct Signature    [ ] Indirect Signature

Does this shipment contain dangerous goods?

[x] No    [ ] Yes    [ ] Yes    [ ] Dry Ice    [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*

[ ] Sender    [ ] Recipient    [ ] Third Party    [x] Credit Card    [ ] Cash/Check

Total Packages    Total Weight    Total Declared Value

644

```
TRAVEL LEADERS OF CHARLESTON            056063 ITINERARY RECEIPT
1132 OAKLAND MARKET ROAD                     PAGE NO. 1
MT. PLEASANT SC 29466                   TK-KT/7NU BK-KT/7NU
843-760-4030 OR 843-881-1181


NAME : COTTINGHAM.JR/EDWARD


                                                      DATE
                                                      29JAN14


* ELECTRONIC TICKET *  POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
   TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
RESTRICTIONS-STNDBY/CHG FEE/NO RFND//CXL BY FLT DT//
ISSUED BY-TRAVEL LEADERS MOUNT PLEASANT SC


CO   DATE     CITY-AIRPORT         TIME    FLIGHT NBR/CLASS    ST SERV/AMNT
--   ----     ------------         ----    ----------------    -- ---------
A SU 02FEB LV CHARLESTON SC        742A   US AIRWAYS    3321E OK
           AR WAS/R.REAGAN NATL    920A                          0STOP E75
           OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRLINES
NOT VALID FOR TRAVEL-BEFORE 02FEB/AFTER 02FEB


A SU 02FEB LV WAS/R.REAGAN NATL 1100A    US AIRWAYS    2176E OK
           AR LGA                  1213P                         0STOP E90
NOT VALID FOR TRAVEL-BEFORE 02FEB/AFTER 02FEB


H SU 02FEB RESIDENCE INN MIDTOWN MARRIOTT   CHECK IN- 02FEB SUN/1600
           148 E 48TH STREET                CHECK OUT-03FEB MON/1200
           NEW YORK NY US 10017             GUARANTEED TO CREDIT CARD-VI
           PHONE-12129801003
           FAX-12129801006
           CONFO-81873736

                                            RATE GUARANTEED-USD
           AAA RATE  AAA MEMBERSHIP CARD REQUIRED NO
SOFABED   STUDIO  1 KING
RATE INFO-220.00
CANCEL RQRMTS-CANCEL PERMITTED UP TO 01 DAYS BEFORE ARRIVAL.
255.95 CANCEL FEE PER ROOM.
PERSONS INCLUDED IN RATE-1   FREQUENT GUEST NBR-670341759
NON SMOKING


A MO 03FEB LV LGA               600P   US AIRWAYS    2191E OK
           AR WAS/R.REAGAN NATL 719P                         0STOP 319
NOT VALID FOR TRAVEL-BEFORE 03FEB/AFTER 03FEB


A MO 03FEB LV WAS/R.REAGAN NATL 825P   US AIRWAYS    3389E OK
           AR CHARLESTON SC    1007P                         0STOP E70
           OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRLINES
NOT VALID FOR TRAVEL-BEFORE 03FEB/AFTER 03FEB


           TICKET NUMBER(S):      E0377325747818
           SERVICE FEE MCO:       8900627455084


                         AIR FARE                    221.40
             TAXES AND CARRIER IMPOSED FEES           60.60
                         TOTAL AIR FARE              282.00
                         SERVICE FEE                  40.00
                         AMOUNT CHARGED              322.00
```

```
TRAVEL LEADERS OF CHARLESTON              056063 ITINERARY RECEIPT
1132 OAKLAND MARKET ROAD                         PAGE NO. 2
MT. PLEASANT SC 29466                     TK-KT/7NU BK-KT/7NU
843-760-4030 OR 843-881-1181


CO    DATE     CITY-AIRPORT        TIME     FLIGHT NBR/CLASS    ST SERV/AMNT
--    ----     ------------        ----     ----------------    -- --------
```

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: VI

TICKET NON-REFUNDABLE/PENALTIES FOR CHANGES
TICKET VALUE FORFEITED FOR NO SHOW
PLEASE RECONFIRM FLTS 24 HOURS PRIOR TO DEPARTURE
AGENCY FEE FOR EXCHANGES OR REISSUE IS 50.00 PER TICKET
DRIVERS LICENSE-GOVERNMENT ID REQUIRED AT CHECK IN
TICKET NON-REFUNDABLE/PENALTIES FOR CHANGES
TICKET VALUE FORFEITED FOR NO SHOW
PLEASE RECONFIRM FLTS 24 HOURS PRIOR TO DEPARTURE
AGENCY FEE FOR EXCHANGES OR REISSUE IS 50.00 PER TICKET
DRIVERS LICENSE-GOVERNMENT ID REQUIRED AT CHECK IN

                    THANK YOU FOR YOUR BUSINESS

BAGGAGE ALLOWANCE
ADT
  US CHSLGA    0PC
     BAG 1 -   25.00 USD UPTO50LB/23KG AND UPTO62LI/158LCM
     BAG 2 -   35.00 USD UPTO50LB/23KG AND UPTO62LI/158LCM
     MYTRIPANDMORE.COM/BAGGAGEDETAILSUS.BAGG

ADT
  US LGACHS    0PC
     BAG 1 -   25.00 USD UPTO50LB/23KG AND UPTO62LI/158LCM
     BAG 2 -   35.00 USD UPTO50LB/23KG AND UPTO62LI/158LCM
     MYTRIPANDMORE.COM/BAGGAGEDETAILSUS.BAGG

CARRY ON ALLOWANCE
  US CHSDCA    2PC
     BAG 1 -   NO FEE    CARRY ON HAND BAGGAGE
     BAG 2 -   NO FEE    UPTO40LB/18KG AND UPTO45LI/115LCM

  US DCALGA    2PC
     BAG 1 -   NO FEE    CARRY ON HAND BAGGAGE
     BAG 2 -   NO FEE    UPTO40LB/18KG AND UPTO45LI/115LCM

  US LGADCA    2PC
     BAG 1 -   NO FEE    CARRY ON HAND BAGGAGE
     BAG 2 -   NO FEE    UPTO40LB/18KG AND UPTO45LI/115LCM

  US DCACHS    2PC
     BAG 1 -   NO FEE    CARRY ON HAND BAGGAGE
     BAG 2 -   NO FEE    UPTO40LB/18KG AND UPTO45LI/115LCM


BAGGAGE DISCOUNTS MAY APPLY BASED ON FREQUENT FLYER STATUS/
```

Residence
Inn
Marriott

Residence Inn by Marriott                148 East 48th St              T 212.980.1003
                                         New York, Ny 10017

Edward Cottingham                                    Room: 517

115 River Landing Dr Ste                             Room Type: STDO

Daniel Island SC 29492-8115                          Number of Guests: 1

Cottingham Law Firm                                  Rate: $220.00        Clerk: DAS

Arrive: 02Feb14      Time: 12:40PM      Depart: 03Feb14      Time: 11:26AM      Folio Number: 85380

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 02Feb14 | Room Charge | 220.00 | |
| 02Feb14 | Occupancy Sales Tax | 3.50 | |
| 02Feb14 | State Occupancy Tax | 19.53 | |
| 02Feb14 | City Tax | 12.93 | |
| 03Feb14 | Visa | | 255.96 |
| | Card #: VIXXXXXXXXXXXX9401 / XXXX | | |
| | Amount: 255.96  Auth: 02452G  Signature on File | | |
| | This card was electronically swiped on 02Feb14 | | |

Balance:      0.00

Rewards Account # XXXXX1759.  Your Rewards points/miles earned on your eligible earnings will be credited to your account.
Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.
See "Internet Privacy Statement" on Marriott.com.

To plan your next stay, visit residenceinn.com

*A-irport Breakfast*
*in Route to Closing in Ny*

```
          HMSHOST
      GORDON BIERSCH
   REAGAN NATIONAL AIRPORT
CHECK:        4510
TABLE:        105/1
SERVER:      142705 Elizabet
DATE:        FEB02'14  9:53AM
CARD TYPE:   VISA
ACCT #:      XXXXXXXXXXX7689
AUTH CODE:   00063C
       EDWARD COTTINGHAM

TOTAL:              24.08

                      4 50
TIP:_____

                    28.58
TOTAL:_____

X _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
     ISSUER'S AGREEMENT
```
*Breakfast*
*a my trip*

```
0145
Server: GIANT D (#25)        Rec: 25
02/02/14 18:18, Swiped   F: 11 Term: 2

WOLFGANG'S STEAK HOUSE
4 PARK AVE
NEW YORK NY
(212)889-3369
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXX9401
Name: EDWARD COTTINGHAM
00 TRANSACTION APPROVED
AUTHORIZATION #: 04463G
Reference: 0202010000145
TRANS TYPE: Credit Card SALE

CHECK :            100.99

TIP :               18.00

TOTAL :            118.99
```

*Dinner in NY*
*To Fox Grace*
*Emergence*

```
X
```

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
top copy -> customer

```
MED#       3C29
DRIVER:  5433405
02/02/14 TR  140
START  END MILES
12:06 12:34  9.7
 CUSTOMER COPY
REGULAR FARE
RATE 1:$   31.50
SURCH: $    0.00
OMINL:$     5.33
STSRCH:$    0.50
TIP  : $    7.46
TOTAL: $   44.79

CARD TYPE: VISA
XXXXXXXXXXXX7689
AUTH:05163C
```

*To NY*
*closing*

Residence
Inn
Marriott

Residence Inn by Marriott          148 East 48th St          T 212.980.1003
                                    New York, Ny 10017

E. Cottinghamjr                                   Room: 1515

                                                  Room Type: STDO

                                                  Number of Guests: 1

                                                  Rate: $195.00       Clerk:

Arrive: 03Feb14      Time: 05:46PM     Depart: 04Feb14      Time:          Folio Number: 85937

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 03Feb14 | Room Charge | 195.00 | |
| 03Feb14 | Occupancy Sales Tax | 3.50 | |
| 03Feb14 | State Occupancy Tax | 17.31 | |
| 03Feb14 | City Tax | 11.46 | |
| 04Feb14 | Visa | | 227.27 |
| | Card #: VIXXXXXXXXXXXX9401/XXXX | | |
| | Amount:  227.27  Auth: 08558G  Signature on File | | |
| | This card was electronically swiped on 03Feb14 | | |

                                        Balance:     0.00

Rewards Account # XXXXX1759.  Your Rewards points/miles earned on your eligible earnings will be credited to your account.
Check your Rewards Account Statement or your online Statement for updated activity.


Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.
See "Internet Privacy Statement" on Marriott.com.

To plan your next stay, visit residenceinn.com

HMSHOST
TEQUILERIA
CHARLOTTE INTERNATIONAL AIRPORT
CHECK:         2104
TABLE:         114/1
SERVER:        154832 Rafal
DATE:          FEB04'14  3:33PM
CARD TYPE:     VISA
ACCT #:        XXXXXXXXXXXX9401
AUTH CODE:     09500G
          EDWARD COTTINGHAM

TOTAL:             51.37

TIP: _____

TOTAL: _____

X _____
I AGREE TO PAY THE ABOVE AMOUNT
  IN ACCORDANCE WITH THE CARD
       ISSUER'S AGREEMENT.


MED # 6F70
THANK YOU
Date     02/04/14
09:12 TO 09:48
TRIP #      54957
Stand. City Rate
DIST     9.16 mi
Rate 1   $ 32.50
ST. SURCH.$ 0.50
TOTAL    $ 33.00
   CONTACT TLC
   DIAL 3-1-1