# Exhibit A

**BARNWELL WHALEY PATTERSON & HELMS, L.L.C.**
Attorneys at Law
POST OFFICE DRAWER H
CHARLESTON, SOUTH CAROLINA 29402-0197
(843) 577-7700
FAX (843) 577-7708
Federal ID: 57-1017922

EDWARD B. COTTINGHAM, ESQUIRE
115 RIVER LANDING DRIVE
CHARLESTON SC 29492

Page: 1
February 27, 2014
FILE NO: 3960-001M
STATEMENT NO: 91659

WR GRACE ASBESTOS PD TRUST (CLASS 7B)

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/13/2013 | MDC | Review Bankruptcy and Trust documents | 350.00 | 1.00 | 350.00 |
| 12/18/2013 | MDC | Telephone conference with R. Turkewicz re: meeting | 350.00 | 0.30 | 105.00 |
| 12/24/2013 | MDC | Receive and review emails from Michael Jones and E. Cottingham | 350.00 | 0.40 | 140.00 |
| 12/29/2013 | MDC | Review various correspondence re: trust organization | 350.00 | 0.70 | 245.00 |
| 12/30/2013 | MDC | Review effective date documents; telephone conference with E. Cottingham | 350.00 | 4.60 | 1,610.00 |
| 01/06/2014 | MDC | Memo re: conference call on 1/9 and memo to Ed Westbrook re: same | 350.00 | 0.20 | 70.00 |
| 01/07/2014 | MDC | Telephone conference with Ed Westbrook re: meeting; e-mail to Ed Cottingham | 350.00 | 0.40 | 140.00 |
| 01/09/2014 | MDC | E-mails re: phone call | 350.00 | 0.40 | 140.00 |
|  | BBB | Review e-mails from Dawes Cooke re: conference call and partial attendance on conference call | 250.00 | 1.00 | 250.00 |
| 01/11/2014 | MDC | Receive and review e-mails re: organization of Trust | 350.00 | 0.40 | 140.00 |
| 01/15/2014 | MDC | Telephone conference with Ed Cottingham; e-mail to E. Westbrook | 350.00 | 0.40 | 140.00 |
| 01/21/2014 | MDC | Telephone conference with Ed Westbrook; receive and review correspondence re: draft agreements; letter re: cash flow | 350.00 | 1.60 | 560.00 |
| 01/27/2014 | MDC | Receive and review numerous e-mails re: | | | |

|  |  |  | | | Page: 2 |
|--|--|--|--|--|--|
| EDWARD B. COTTINGHAM, ESQUIRE | | | | | February 27, 2014 |
| | | | | | FILE NO: 3960-001M |
| | | | | STATEMENT NO: | 91659 |
| WR GRACE ASBESTOS PD TRUST (CLASS 7B) | | | | | |

| Date | TK | Description | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | closing; memo to E. Cottingham re: LLC | 350.00 | 0.40 | 140.00 |
| 01/28/2014 | MDC | Receive and review various e-mails re: insurance and cash flow | 350.00 | 0.50 | 175.00 |
| 01/29/2014 | MDC | Receive and review e-mails re: insurance, subordination and closing | 350.00 | 2.40 | 840.00 |
| 01/30/2014 | MDC | Receive and review numerous e-mails re: closing | 350.00 | 1.40 | 490.00 |
| 01/31/2014 | MDC | Various correspondence re: Closing on 2/3 | 350.00 | 0.50 | 175.00 |
| 02/01/2014 | MDC | Receive and review e-mails re: final documents | 350.00 | 0.40 | 140.00 |
| 02/02/2014 | MDC | Various phone calls re: closing | 350.00 | 0.50 | 175.00 |
| 02/03/2014 | MDC | Travel to ~~NYC and attend closing~~ *and from NYC* | ~~350.00~~ *175.00* | ~~16.50~~ *12.00* | ~~5,775.00~~ *2100.00* |
| 02/03/2014 | MDC | *Attend Closing* | *350.00* | *4.50* | *1575.00* |
| 02/05/2014 | MDC | E-mail from M. Jones; reply | 350.00 | 0.20 | 70.00 |
| 02/06/2014 | BCK | Telephone conference with Mr. Cottingham | 350.00 | 0.30 | 105.00 |
| | | FOR CURRENT SERVICES RENDERED | | 34.50 | ~~11,975.00~~ *9875.00* |

RECAPITULATION

| TIMEKEEPER | TITLE | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| M. DAWES COOKE | MEMBERS | ~~33.20~~ *21.20* | $350.00 | ~~$11,620.00~~ *7420.00* |
| B.C. KILLOUGH | MEMBERS | 0.30 | 350.00 | 105.00 |
| BRADLEY B. BANIAS | ASSOCIATES | 1.00 | 250.00 | 250.00 |
| *M. DAWES COOKE* | *MEMBERS* | *12.00* | *175.00* | *2,100.00* |

| 01/31/2014 | Air fare expense M. DAWES COOKE | 280.50 |
|---|---|---|
| | TOTAL ADVANCES | 280.50 |
| | TOTAL CURRENT WORK | ~~12,255.50~~ *10,155.50* |
| | BALANCE DUE | ~~$12,255.50~~ *$10,155.50* |
| | Total Due by 03/29/2014 | ~~$12,255.50~~ *$10,155.50* |