## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, hereby certify that on the, hereby certify that, on March 12, 2014, I caused one copy of the foregoing *Application of Barnwell Whaley Patterson & Helms, L.L.C.* to be served upon the parties listed below in the manner indicated.

| | |
|---|---|
| **Via First Class U.S. Mail**<br>Adam Paul, Esq.<br>Lisa Esayian, Esq.<br>Kirkland & Ellis LLP<br>300 N. LaSalle<br>Chicago, IL, 60654 | **Via Hand Delivery**<br>James E. O'Neill, Esq.<br>Pachuiski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801 |
| **Via First Class U.S. Mail**<br>Michael Magzamen, Esq.<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 | **Via Hand Delivery**<br>Michael R. Lastowski, Esq.<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |
| **Via First Class U.S. Mail**<br>Scott L. Baena, Esq.<br>Bilzin, Sumberg, Baena, Price & Axelrod<br>1450 Brickeli Ave., 23rd Floor<br>Miami, FL 33131-3456 | **Via Hand Delivery**<br>Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>Wilmington, DE 19801 |
| **Via First Class U.S. Mail**<br>Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>600 Lexington Avenue, 21st Floor<br>New York, NY 10022 | **Via Hand Delivery**<br>Maria Eskin, Esq.<br>Campbell & Levine, LLC<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801 |
| **Via First Class U.S. Mail**<br>Thomas M. Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 | **Via Hand Delivery**<br>Teresa K.D. Currier, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue<br>Wilmington, DE 19801 |
| **Via First Class U.S. Mail**<br>Richard H. Wyron, Esq.<br>Frankei Wyron LLP<br>2101 L Street, NW<br>Washington, DC 20037 | **Via Hand Delivery**<br>John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |

| | |
|---|---|
| **Via First Class U.S. Mail**<br>Alan B. Rich, Esq.<br>Law Office of Alan B. Rich, Esq.<br>1201 Main Street, Suite 1910, LC 201<br>Dallas, TX 75202 | **Via Hand Delivery**<br>Karl Hill, Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 |
| **Via First Class U.S. Mail**<br>Tancred Schiavoni, Esq.<br>O'Melveny & Myers LLP<br>Seven Times Square<br>New York, NY 10024 | **Via Hand Delivery**<br>Richard L. Schepecarter<br>Office of the U.S. Trustee<br>844 N. King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 |
| *March 12, 2014*<br>Date | */s/ William D. Sullivan*<br>William D. Sullivan |