## CERTIFICATE OF SERVICE

I, Michael J. Custer, hereby certify that on the 13th day of March, 2014, I caused the foregoing **Notice of Proposed Order Staying Disbursement of Common Fund Fee Award Pending Resolution of All Common Fund Fee Allocation Disputes** to be served upon the parties on the attached service list by first-class mail, or in the manner indicated.

    /s/ Michael J. Custer
Michael J. Custer (DE No. 4843)

#24506007 v1

-2-

| | |
|---|---|
| William D. Sullivan, Esq.<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street<br>Suite 1300<br>Wilmington, DE 19801<br>**First-Class Mail**<br>**Email: bsullivan@sha-llc.com** | Darrell W. Scott, Esq.<br>The Scott Law Group, P.S.<br>926 W. Sprague Avenue<br>Chronicle Building, Suite 680<br>Spokane, WA 99201<br>**First-Class Mail**<br>**Email: scottgroup@me.com** |
| Edward J. Westbrook, Esq.<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mt. Pleasant, S.C. 29464<br>**First-Class Mail**<br>**Email: ewestbrook@rpwb.com** | Elizabeth Cabraser, Esq.<br>Lieff, Cabraser, Heimann & Bernstein, L.L.P.<br>Embarcadero Center West<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-3339<br>**First-Class Mail**<br>**Email: ecabraser@lchb.com** |
| Adam Paul, Esq.<br>Lisa Esayian, Esq.<br>Kirkland & Ellis LLP<br>300 N. LaSalle<br>Chicago, IL 60654 | Michael Magzamen, Esq.<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Scott L. Baena, Esq.<br>Bilzin, Sumberg, Baena, Price & Axelrod<br>1450 Brickeli Ave., 23rd Floor<br>Miami, FL 33131-3456 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>600 Lexington A venue, 21 sr Floor<br>New York, NY 10022 |
| Thomas M. Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 | Richard H. Wyron, Esq.<br>Frankei Wyron LLP<br>2101 L Street, NW<br>Washington, DC 20037 |
| James E. O'Neill, Esq.<br>Pachuiski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801 | Michael R. Lastowski, Esq.<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |
| Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>Wilmington, DE 19801 | Marla Eskin, Esq.<br>Campbell & Levine, LLC<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801 |
| Teresa K. D. Currier, Esq.<br>Saul Ewing LLP<br>222 Delaware A venue<br>Wilmington, DE 1980 I | John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |

#24506007 v1

-3-

Alan B. Rich, Esq.  
Law Office of Alan B. Rich, Esq.  
1201 Main Street, Suite 1910, LC 201  
Dallas, TX 75202  

Karl Hill, Esq.  
Seitz, Van Ogtrop & Green, P.A.  
222 Delaware A venue, Suite 1500  
Wilmington, DE 19801  

Jeffrey W. Gettleman, Esq.  
Kirkland & Ellis LLP  
300 North LaSalle  
Chicago, IL 60654  
**First-Class Mail**  
**Email:  jeffrey.gettleman@kirkland.com**

Tancred Schiavoni, Esq.  
O'Melveny & Myers LLP  
Seven Times Square  
New York, NY 10024  

Richard L. Schepecarter  
Office of the U.S. Trustee  
844 N. King Street, Suite 2207, Lockbox 35  
Wilmington, DE 19801  

#24506007 v1