# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# JANUARY 1, 2014 – FEBRUARY 3, 2014

Roger Frankel, Successor Futures Claimants'                                      March 7, 2014
Representative for W.R. Grace                                                   Client No. 17367
c/o Orrick, Herrington & Sutcliffe LLP                                      Invoice No. 1463062
1152 15th Street, NW
Washington, DC 20005

                                                             Orrick Contact: Raniero D'Aversa Jr.

FOR SERVICES RENDERED through February 3, 2014 in connection
with the matters described on the attached pages:              $           196,364.25

DISBURSEMENTS as per attached pages:                                         9,728.20

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**     $           **206,092.45**

Matter(s):  17367/10, 11, 12, 13, 15, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$193,751.21
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | ***ACH & Wire Transfers:*** | *Orrick, Herrington & Sutcliffe LLP* |
| *Lockbox #774619* | **ABA Number 121000248** | *c/o Wells Fargo* |
| *4619 Solutions Center* | **SWIFT CODE: WFBIUS6S** | *Attn: Lockbox #774619* |
| *Chicago, IL 60677-4006* | **Account Number: 4123701088** | *350 East Devon Avenue* |
| *Reference: 17367/ Invoice: 1463062* | *Wells Fargo* | *Itasca, IL 60143* |
| | *420 Montgomery Street* | *(213) 614-3248* |
| | *San Francisco, CA 94104* | *Reference: 17367/ Invoice: 1463062* |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 17367/ Invoice: 1463062* | |
| | *E.I.N. 94-2952627* | |

Roger Frankel, Successor Futures Claimants'                      March 7, 2014
Representative for W.R. Grace                                     Client No. 17367
c/o Orrick, Herrington & Sutcliffe LLP                           Invoice No. 1463062
1152 15th Street, NW
Washington, DC 20005

Orrick Contact: Raniero D'Aversa Jr.

For Legal Services Rendered Through February 3, 2014 in Connection With:

**Matter:  7 - Insurance Matters**

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/09/14 | P. Mahaley | Analyze proposed changes to Plan documents regarding insurance settlements. | 1.00 |
| 01/17/14 | P. Mahaley | Review revised Plan documents and exhibits. | 1.10 |
| 01/21/14 | P. Mahaley | Analyze proposed revisions to Plan documents regarding insurance settlements (.7); review accounting regarding insurance settlement deposits into Grace escrow funds (.9). | 1.60 |
| 01/22/14 | P. Mahaley | Draft amendment to Royal settlement agreement to provide payment directly to Trust. | 1.30 |
| 01/23/14 | D. Felder | Review revisions to Royal amendment (.3); review agreement regarding same and note issues (1.0); review e-mail correspondence from P. Mahaley and R. Wyron regarding same (.2). | 1.50 |
| 01/24/14 | D. Felder | Review Royal settlement agreement and amendment thereto (.6); telephone conference with P. Mahaley regarding same (.1). | 0.70 |
| 01/24/14 | P. Mahaley | Review insurance settlement materials for R. Wyron. | 0.80 |
| 01/27/14 | D. Felder | Review Royal settlement agreement and draft amendment regarding same (1.2); note issues and e-mail correspondence with P. Mahaley regarding same (.5). | 1.70 |
| 01/28/14 | P. Mahaley | Revise amended Royal settlement agreement. | 2.00 |
| 01/29/14 | D. Felder | Review revised draft amendment to Royal settlement agreement (.3); review draft motion to approve same (.3); e-mail correspondence to L. Esayian regarding same (.1). | 0.70 |
| 01/29/14 | P. Mahaley | Revise amended Royal settlement agreement and motion for approval of same. | 0.70 |
| 01/31/14 | P. Mahaley | Revise amendment to Royal settlement agreement and communicate with all counsel regarding same (.6); analyze proposed interest calculation regarding CNA settlement payment (.5). | 1.10 |
| 02/03/14 | P. Mahaley | Revise amended agreement with Royal. | 0.50 |

Total Hours                14.70
Total For Services                $10,170.50

Roger Frankel, Successor Futures Claimants' - 17367
page 2

March 7, 2014
Invoice No. 1463062

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 4.60 | 685.00 | 3,151.00 |
| Peri  N. Mahaley | 10.10 | 695.00 | 7,019.50 |
| Total All Timekeepers | 14.70 | $691.87 | $10,170.50 |

**Total For This Matter**          **$10,170.50**

Roger Frankel, Successor Futures Claimants' - 17367                     March 7, 2014
page 3                                                          Invoice No. 1463062


For Legal Services Rendered Through February 3, 2014 in Connection With:

**Matter:  8 - Litigation**

| | | | |
|---|---|---|---|
| 01/01/14 | D. Felder | Continue review of revised effective date documents (1.6); conference with R. Wyron regarding same (.2); e-mail correspondence with M. Wallace regarding same and follow-up (.2). | 2.00 |
| 01/02/14 | R. Wyron | Review plan documents (12/24 drafts) (2.9); review prior drafts and notes (1.3); organize notes for meeting with R. Frankel and D. Felder (.7). | 4.90 |
| 01/03/14 | R. Wyron | Review issues on Share Issuance Agreement and e-mails regarding same (.6); continue review of Plan documents (1.3). | 1.90 |
| 01/06/14 | D. Fullem | Review e-mail from D. Felder and R. Wyron regarding status of funds flow memo from R. Higgins. | 0.20 |
| 01/06/14 | D. Felder | Review effective date documents (2.5); prepare issues list regarding same (1.5); e-mail correspondence with R. Frankel and R. Wyron regarding same and follow-up (.5); telephone conferences with M. Eskin and M. Hurford regarding effective date and trust issues (.8); follow-up regarding same (1.6). | 6.90 |
| 01/06/14 | R. Wyron | Continue review of plan documents and follow-up (1.1); comments on Medicare reporting and cooperation agreement (1.3). | 2.40 |
| 01/07/14 | D. Felder | Review issues regarding Cooperation Agreement (.8); e-mail correspondence with M. Eskin regarding same (.1); conference with R. Wyron regarding same (.2); review effective date issues and update issues list regarding same (2.4); review plan and plan documents regarding effective date issues in preparation for meeting at Kirkland (1.4). | 4.90 |
| 01/07/14 | R. Wyron | Review plan documents and organize notes for 1/8 meeting and 1/9 session in New York (2.1); conference with D. Felder regarding open items and follow-up (.8). | 2.90 |
| 01/08/14 | D. Fullem | Review recently filed pleadings relating to motion for exit financing. | 0.20 |

Roger Frankel, Successor Futures Claimants' - 17367                    March 7, 2014
page 4                                                         Invoice No. 1463062

| | | | |
|---|---|---|---|
| 01/08/14 | D. Felder | Telephone conferences with M. Eskin regarding Cooperation Agreement (.6); follow-up issues regarding same (.7); telephone conference with M. Hurford regarding effective date issues and follow-up regarding same (.5); telephone conference with P. Lockwood regarding same (.5); conference with R. Frankel and R. Wyron regarding effective date issues and preparation for meeting with Kirkland (.7); follow-up preparation for meeting with Kirkland regarding effective date issues (1.6); conferences with R. Wyron regarding same (.2); review revisions to PI Trust Agreement and Cooperation Agreement (.6); e-mail correspondence with M. Jones regarding effective date issues (.1); review closing checklist (.7); review e-mail correspondence from J. Radecki and J. Solganick regarding interest rate issues (.6); prepare notes for Kirkland meeting regarding same (.2). | 7.00 |
| 01/08/14 | R. Wyron | Review plan documents and organize notes (2.1); meet with R. Frankel and D. Felder regarding documents, issues and strategy (.9); telephone conference with P. Lockwood regarding strategy and follow-up (1.7); review closing checklist and task list (.8); review exit financing issues (.6); respond to e-mails regarding ARPC and follow-up (.3); review materials on claims processing and follow-up (.9). | 7.30 |
| 01/09/14 | D. Fullem | Review/respond/follow-up on exhibits to conformed plan for D. Felder. | 0.50 |
| 01/09/14 | D. Felder | Review funds flow memo and revised closing checklist from Kirkland (.8); participate in meeting at Kirkland regarding effective date documents and related issues (4.3). | 5.10 |
| 01/09/14 | R. Wyron | Review Intercreditor Agreement (.8); review and organize notes (.7); attend meeting with plan proponents and other counsel on Effective Date planning (4.9); follow-up on open issues (.3). | 6.70 |
| 01/10/14 | D. Fullem | Review claimants' settlement binder and issues regarding same for D. Felder. | 0.50 |

Roger Frankel, Successor Futures Claimants' - 17367                    March 7, 2014
page 5                                                                  Invoice No. 1463062

| | | | |
|---|---|---|---|
| 01/10/14 | D. Felder | E-mail correspondence to/from R. Frankel and R. Wyron regarding lender issues (.2); e-mail correspondence with J. Solganick regarding same (.4); review lender documents and correspondence regarding same (1.0); conference with M. Wallace regarding review of effective date documents and follow-up regarding same (1.0); revise Asbestos Insurance Transfer Agreement (1.0); e-mail correspondence with Debtors and ACC regarding same (.3); review TDP and Trust Agreement issues (1.0); conference and e-mail correspondence with R. Wyron regarding same (.2); review issues regarding effective date documents (2.6). | 7.70 |
| 01/10/14 | R. Wyron | Review notes from 1/9 meeting and follow-up (.8); review plan documents (1.2); follow-up regarding Grace subsidiary merger issues (.3); organize issues outline (.6); review Insurance Transfer Agreement issues (.7). | 3.60 |
| 01/12/14 | D. Felder | E-mail correspondence with R. Wyron regarding TDP and Trust Agreement (.1); e-mail correspondence with M. Eskin regarding Cooperation Agreement (.1). | 0.20 |
| 01/12/14 | R. Wyron | Review e-mails and issues list regarding Plan documents (1.7); review revised cooperation agreement and notes regarding same (.6). | 2.30 |
| 01/13/14 | D. Felder | Review revisions to Cooperation Agreement from M. Eskin (.6); provide comments to M. Eskin regarding same (.4); e-mail correspondence with M. Jones regarding revisions to Asbestos Insurance Transfer Agreement (.2); review e-mail correspondence from P. Mahaley regarding insurers entitled to 524(g) protection (.1); telephone conference with P. Mahaley and R. Wyron regarding same (.1); review confidentiality issues regarding asbestos-related deals (.5); review blacklines of asbestos-related effective date documents (5.0). | 6.90 |
| 01/13/14 | R. Wyron | Telephone conference with P. Mahaley and D. Felder regarding insurance issues and follow-up (.4); review confidentiality provisions regarding acquisition transaction and follow-up (1.6); review mark-up of cooperation agreement (.3); review Sealed Air comments (.8); review insurance schedule (.3). | 3.40 |

Roger Frankel, Successor Futures Claimants' - 17367                              March 7, 2014
page 6                                                                  Invoice No. 1463062

| 01/14/14 | D. Felder | Conference with R. Frankel regarding TDP issues (.2); review TDP regarding same (.5); review Towers Watson report (.7); prepare outline for meeting with Trustees' counsel and consider issues regarding same (1.6); review TDP and Trust Agreement issues (1.3); telephone conference with J. Kimble, R. Frankel and R. Wyron regarding payment percentage issues (.5); follow-up review regarding same (.2). | 5.00 |
|---|---|---|---|
| 01/14/14 | R. Wyron | Review Towers Watson analyses and notes regarding same (.8); telephone conference with Towers Watson regarding report and follow-up (.9); prepare for meeting with Trust counsel (1.4). | 3.10 |
| 01/15/14 | D. Fullem | Confer with R. Wyron and D. Felder regarding upcoming effective date. | 0.20 |
| 01/15/14 | D. Felder | Continue review of effective date documents (4.5); conference with PI Trustees' counsel regarding trust and effective date issues (2.0). | 6.50 |
| 01/15/14 | R. Wyron | Review notes and prepare for meeting with Campbell & Levine (1.3); meet with Campbell & Levine regarding Trust issues and follow-up (2.3). | 3.60 |
| 01/16/14 | D. Felder | Review effective date documents. | 4.60 |
| 01/17/14 | D. Fullem | Review Order approving Settlement Agreement with the Bank Lender Group. | 0.20 |
| 01/17/14 | D. Felder | Review effective date documents (3.5); telephone conference with M. Jones regarding same (.6); conference with M. Wallace regarding same (.2); review draft PI Trust bylaws from M. Eskin (.7); e-mail correspondence to/from M. Eskin regarding same (.1). | 5.10 |
| 01/18/14 | D. Felder | Continue review of effective date documents from Kirkland (3.4); e-mail correspondence with M. Wallace, R. Frankel and R. Wyron regarding same (.2); review comments from M. Wallace regarding same (1.3). | 4.90 |
| 01/21/14 | D. Fullem | Review recently filed pleadings relating to exit financing, undisputed claims. | 0.40 |
| 01/21/14 | D. Felder | Conference with R. Frankel and R. Wyron regarding effective date documents (1.0); follow-up review regarding same (2.7); e-mail correspondence with M. Eskin regarding Trust Agreement (.1); e-mail correspondence with M. Jones regarding same (.1). | 3.90 |

Roger Frankel, Successor Futures Claimants' - 17367                          March 7, 2014
page 7                                                                        Invoice No. 1463062

| 01/21/14 | D. Felder | Review revised Cooperation Agreement (.9); note issues and e-mail correspondence to M. Eskin regarding same (.1); e-mail correspondence to R. Frankel and R. Wyron regarding same (.1); prepare outline for meeting at Kirkland regarding effective date issues (2.3); review revised flow of funds chart and e-mail correspondence from Debtors and Lincoln regarding same (.8). | 4.20 |
| 01/22/14 | D. Felder | Review effective date comments from Delaware Trustee, PI Trustee's counsel, Sealed Air and Debtors (3.5); attend conference with plan proponents regarding effective date documents (3.0); follow-up conference with M. Jones regarding same (1.0). | 7.50 |
| 01/23/14 | D. Fullem | Review blacklines of revised effective date documents for D. Felder. | 1.80 |
| 01/23/14 | D. Fullem | Confer with D. Felder regarding status of effective date documents. | 0.50 |
| 01/24/14 | D. Felder | Conference with R. Wyron regarding effective date issues (.4); e-mail correspondence with Kirkland regarding third circuit appeal dismissal and effective date documents (.4); review effective date documents from M. Jones (2.0); review issues list and note action items (1.0). | 3.80 |
| 01/27/14 | D. Felder | Review revisions to effective date documents (2.5); review e-mail correspondence from Debtors and Trustee's counsel regarding same (.5). | 3.00 |
| 01/27/14 | D. Felder | Review of additional edits to effective documents from Sealed Air, M. Eskin, M. Jones and D. Turetsky (1.5); e-mail correspondence with R. Wyron regarding same (.1). | 1.60 |
| 01/28/14 | D. Fullem | Review filings relating to effective date documents and revisions thereto. | 1.00 |
| 01/28/14 | D. Fullem | Review e-mail from D. Felder regarding blacklines of effective date documents. | 0.20 |
| 01/28/14 | D. Fullem | Coordinate dial-in lines for R. Frankel, R. Wyron, D. Felder for hearing on January 29. | 0.50 |

Roger Frankel, Successor Futures Claimants' - 17367                                    March 7, 2014
page 8                                                                              Invoice No. 1463062

| 01/28/14 | D. Felder | Review correspondence and attachments regarding interest rate issues (1.0); conference with Lincoln regarding Grace's financial condition and effective date issues (2.0); follow-up conference with R. Frankel and R. Wyron regarding effective date issues and status regarding same (.7); telephone conference with M. Eskin regarding trust issues and follow-up regarding same (.5); telephone conference with P. Mahaley regarding insurance issues and follow-up regarding same (.4); telephone conference with R. Wyron regarding status and follow-up regarding same (.4). | 5.00 |
|---|---|---|---|
| 01/28/14 | P. Mahaley | Analyze materials for FCR in connection with Effective Date. | 1.60 |
| 01/29/14 | D. Fullem | Review docket and filings of effective date blacklines. | 0.50 |
| 01/29/14 | D. Fullem | Confer with D. Felder regarding effective date documents (.2); review and prepare materials regarding same (1.2); prepare TOC for same (.7); coordinate delivery to parties (.2). | 2.30 |
| 01/29/14 | D. Felder | Telephonic participation in status conference (.2); review e-mail correspondence from Kirkland regarding effective date issues (.5); conference with D. Fullem regarding same (.2); e-mail correspondence with J. Phillips regarding upcoming filings (.1); review insurance issues regarding trust (.7); begin review of as-filed effective date documents (2.4). | 4.10 |
| 01/29/14 | P. Mahaley | Analyze documents for FCR regarding Effective Date. | 1.30 |
| 01/30/14 | D. Fullem | Prepare list of Grace filings; e-mail same to D. Felder; review response thereto; update C. Hartman regarding same. | 0.50 |
| 01/30/14 | D. Felder | Review e-mail correspondence from M. Jones, P. Lockwood and R. Horkovich regarding effective date issues. | 0.90 |
| 01/31/14 | D. Fullem | Confer with D. Felder regarding timing of closing, effective date, etc. | 0.20 |
| 01/31/14 | D. Fullem | Review recently filed pleadings relating to effective date matters. | 0.20 |
| 01/31/14 | B. Coffey | Analyze insurance documents for FCR in connection with Effective Date. | 0.50 |
| 01/31/14 | D. Felder | Review waiver and acknowledgment, funds flow memo and correspondence regarding effective date issues. | 1.50 |
| 01/31/14 | P. Mahaley | Review insurance related effective date documents. | 1.60 |
| 02/03/14 | D. Fullem | Review Orders entered in District Court and Court of Appeals regarding dismissal; circulate to group; review/respond to email from D. Felder re same and status of closing. | 0.40 |

Roger Frankel, Successor Futures Claimants' - 17367                                    March 7, 2014
page 9                                                                            Invoice No. 1463062

| | | | |
|---|---|---|---|
| 02/03/14 | D. Felder | Participate in effective date closing of plan. | 8.50 |
| 02/03/14 | P. Mahaley | Analyze documents for FCR re effective date. | 0.70 |

Total Hours                      168.90
Total For Services                              $119,430.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Bryan  J. Coffey | 0.50 | 290.00 | 145.00 |
| Debra Felder | 110.80 | 685.00 | 75,898.00 |
| Debra  O. Fullem | 10.30 | 285.00 | 2,935.50 |
| Peri  N. Mahaley | 5.20 | 695.00 | 3,614.00 |
| Richard  H. Wyron | 42.10 | 875.00 | 36,837.50 |
| Total All Timekeepers | 168.90 | $707.10 | $119,430.00 |

Disbursements

| | | |
|---|---|---|
| Color Document Reproduction | 187.70 | |
| Document Reproduction | 2,859.70 | |
| Express Delivery | 25.28 | |
| Other Business Meals | 104.80 | |
| Out of Town Business Meals | 47.71 | |
| Outside Services | 287.00 | |
| Parking Expense | 140.00 | |
| Postage | 563.28 | |
| Taxi Expense | 218.05 | |
| Travel Expense, Air/Train Fare | 3,574.20 | |
| Travel Expense, Mileage | 5.60 | |
| Travel Expense, Hotel | 903.76 | |
| | Total  Disbursements | $8,917.08 |

**Total For This Matter**                          **$128,347.08**

Roger Frankel, Successor Futures Claimants' - 17367                     March 7, 2014
page 10                                                          Invoice No. 1463062


For Legal Services Rendered Through February 3, 2014 in Connection With:

**Matter:  9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 01/02/14 | M. Wallace | Review and respond to inquiry from D. Felder regarding reservation of shares under Share Issuance Agreement. | 0.20 |
| 01/09/14 | D. Fullem | Review and respond to several e-mails from D. Felder regarding exhibits to the Plan. | 0.80 |
| 01/09/14 | M. Wallace | Correspond with Orrick team regarding document review. | 0.20 |
| 01/10/14 | M. Wallace | Discuss signature page issues to Insurance Transfer Agreement and document review with D. Felder. | 0.30 |
| 01/11/14 | M. Wallace | Correspond with D. Felder regarding review of Intercreditor Agreement. | 0.10 |
| 01/11/14 | M. Wallace | Review Intercreditor Agreement, noting issues in same. | 5.10 |
| 01/13/14 | M. Wallace | Begin review of Share Issuance Agreement. | 1.00 |
| 01/14/14 | M. Wallace | Review board resolutions, noting issues in same. | 0.50 |
| 01/14/14 | M. Wallace | Review of Share Issuance Agreement. | 0.40 |
| 01/14/14 | M. Wallace | Begin review of Insurance Transfer Agreement. | 1.20 |
| 01/15/14 | M. Wallace | Begin review of Trust Agreement. | 1.50 |
| 01/15/14 | M. Wallace | Mark up Share Issuance Agreement. | 0.70 |
| 01/15/14 | M. Wallace | Mark up Intercreditor Agreement, including raising questions regarding certain provisions. | 1.50 |
| 01/15/14 | M. Wallace | Mark up resolutions, including reviewing plan for corporate action exception. | 0.50 |
| 01/17/14 | M. Wallace | Begin review of Plan Registration Rights Agreement. | 0.80 |
| 01/18/14 | M. Wallace | Finish review of Plan Registration Rights Agreement. | 1.40 |
| 01/18/14 | M. Wallace | Review Guarantee (PI) Agreement. | 2.80 |
| 01/19/14 | M. Wallace | Finish review of Guarantee (PI) Agreement. | 0.50 |
| 01/19/14 | M. Wallace | Review Warrant Agreement. | 3.00 |
| 01/19/14 | M. Wallace | Review Deferred Payment Agreement (PI). | 3.80 |
| 01/20/14 | M. Wallace | Review Trust Agreement and note issues. | 4.20 |
| 02/02/14 | R. Smith | Review e-mails regarding 13D/Form 3 filing requirements (.2); research regarding filing obligations of FCR (3.0); review draft 13D and Form 3 (.7). | 3.90 |
| 02/03/14 | R. Smith | Call with R. Frankel and R. Wyron regarding Schedule 13D and Form 3 filing obligations. | 0.50 |

Total Hours                     34.90

Total For Services                            $26,930.50

Roger Frankel, Successor Futures Claimants' - 17367
page 11

March 7, 2014
Invoice No. 1463062

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.80 | 285.00 | 228.00 |
| Richard V. Smith | 4.40 | 905.00 | 3,982.00 |
| Mary A. Wallace | 29.70 | 765.00 | 22,720.50 |
| Total All Timekeepers | 34.90 | $771.65 | $26,930.50 |

Disbursements
  Express Delivery                       18.62
                    Total Disbursements                    $18.62


**Total For This Matter**                    **$26,949.12**

Roger Frankel, Successor Futures Claimants' - 17367                           March 7, 2014
page 12                                                                    Invoice No. 1463062


For Legal Services Rendered Through February 3, 2014 in Connection With:

**Matter:  10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 01/13/14 | D. Fullem | Review several e-mails regarding supplemental disclosures (.3); prepare draft of supplemental disclosure for R. Frankel (.7); review edits by R. Wyron and D. Felder (.2); coordinate update of conflicts reports from May 2013 and review same (.3). | 1.50 |
| 01/13/14 | D. Felder | Revise FCR's supplemental disclosure. | 0.30 |
| 01/14/14 | D. Fullem | Review and respond to e-mails from D. Felder regarding supplemental disclosure (.3); prepare revisions to R. Frankel's supplemental disclosure (.5). | 0.80 |
| 01/14/14 | D. Fullem | Review updated conflict summary; forward to R. Wyron and D. Felder. | 0.20 |
| 01/15/14 | D. Fullem | Review and respond to e-mails from R. Wyron and D. Felder regarding supplemental disclosure (.4); prepare revisions regarding same (.4). | 0.80 |
| 01/15/14 | D. Felder | Review revised supplemental declaration for FCR (.1); e-mail correspondence with D. Fullem regarding same (.1). | 0.20 |
| 01/17/14 | D. Fullem | Continue follow-up with D. Felder and revisions to R. Frankel supplemental disclosure. | 0.50 |
| 01/21/14 | D. Fullem | Coordinate filing/serving of supplemental disclosure by R. Frankel as FCR. | 0.40 |
| 01/21/14 | D. Felder | Review final version of supplemental disclosure for FCR. | 0.10 |
| 01/22/14 | D. Fullem | Review, research and respond to D. Felder's request regarding employment applications. | 0.40 |
| 01/27/14 | D. Fullem | Confer with D. Felder regarding application to employ (.2); review/revise FCR application to employ Frankel Wyron LLP (1.0). | 1.20 |
| 01/27/14 | D. Fullem | Prepare notices of change of address for R. Wyron and R. Frankel (1.0); review items/matters for application to employ Frankel Wyron LLP (.7); confer with R. Wyron, R. Frankel and D. Felder regarding same (.3). | 2.00 |
| 01/27/14 | D. Felder | Review issues regarding employment of Frankel Wyron LLP (2.0); conference with D. Fullem and R. Wyron regarding same (.4); follow-up regarding same (1.0); prepare draft application to employ and declaration regarding same (1.5). | 4.90 |
| 01/28/14 | D. Fullem | Review draft of FCR application to employ Frankel Wyron LLP and provide comments to D. Felder. | 1.00 |

Roger Frankel, Successor Futures Claimants' - 17367                                    March 7, 2014
page 13                                                                      Invoice No. 1463062

| 01/28/14 | D. Fullem | Prepare Notice of Application to Employ Frankel Wyron LLP. | 0.50 |
| 01/28/14 | D. Fullem | Prepare e-mail to C. Hartman regarding Frankel Wyron LLP filings. | 0.30 |
| 01/28/14 | D. Felder | Revise FCR's supplemental declaration (.1); review FCR's original declaration and motion to appoint FCR (.5); prepare application to employ Frankel Wyron LLP (1.2). | 1.80 |
| 01/29/14 | D. Fullem | Continue review/revisions/follow-up on Frankel Wyron LLP application to employ documents. | 1.00 |
| 01/29/14 | D. Felder | Review, revise and prepare declaration in support of application to employ Frankel Wyron LLP and Application regarding same. | 2.00 |
| 01/29/14 | D. Felder | Revise declaration in support of application to employ Frankel Wyron LLP. | 1.00 |
| 01/30/14 | D. Fullem | Confer with D. Felder regarding status of Frankel Wyron application to employ documents (.2); review same (.8). | 1.00 |
| 01/30/14 | D. Fullem | Assist with preparing/finalizing of FCR's application to employ Frankel Wyron and related documents (1.7); confer with D. Felder regarding same (.3). | 2.00 |
| 01/30/14 | D. Fullem | Coordinate service of application to employ and related Frankel Wyron LLP documents; update D. Felder regarding same. | 0.30 |
| 01/30/14 | D. Felder | Review comments from R. Wyron and revise application to employ Frankel Wyron LLP and exhibits in support thereof. | 3.50 |
| 01/30/14 | D. Felder | Review edits from R. Wyron regarding Wyron declaration in support of application to employ and e-mail correspondence with R. Wyron regarding same. | 0.70 |
| 01/31/14 | D. Fullem | Review/revise COS for Grace filings; update C. Hartman regarding same. | 0.40 |
| 01/31/14 | D. Fullem | Coordinate finalizing/filing/serving of FCR's application to employ Frankel Wyron (1.0); notices of change of law firm and address (.5); second supplemental declaration of R. Frankel (2); prepare/file related certificates of service (.3). | 2.00 |
| 01/31/14 | D. Felder | Revise and finalize application to employ Frankel Wyron LLP (3.0); telephone conferences and e-mail correspondence to/from R. Wyron regarding same (1.0); e-mail correspondence with D. Fullem regarding same (.3); telephone conference with C. Hartman regarding same (.1); follow-up regarding same (.4). | 4.80 |

Total Hours                    35.60

Roger Frankel, Successor Futures Claimants' - 17367                    March 7, 2014
page 14                                                                Invoice No. 1463062

                          Total For Services                                $17,866.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 19.30 | 685.00 | 13,220.50 |
| Debra  O. Fullem | 16.30 | 285.00 | 4,645.50 |
| Total All Timekeepers | 35.60 | $501.85 | $17,866.00 |

Disbursements
        Document Reproduction              101.20
        Outside Services                    97.80
        Postage                            113.16
                          Total  Disbursements                 $312.16


                    **Total For This Matter**              **$18,178.16**

Roger Frankel, Successor Futures Claimants' - 17367                    March 7, 2014
page 15                                                      Invoice No. 1463062


For Legal Services Rendered Through February 3, 2014 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 01/02/14 | L. Lukasik | Review docket numbers for D. Austern fee application filings (1.4); review same per D. Fullem (1.5). | 2.90 |
| 01/02/14 | D. Fullem | Review revised draft of D. Austern's final fee application (1.0); e-mail to D. Felder regarding status/follow-up matters (.2). | 1.20 |
| 01/02/14 | D. Fullem | Review latest payment from Grace for FCR 20% fee holdbacks; respond to R. Wyron; update fee/expense chart and circulate to group. | 0.30 |
| 01/02/14 | D. Fullem | Update fee application calendar/schedule with FCR and FCR professionals' information; e-mail same to D. Felder for review. | 0.20 |
| 01/02/14 | D. Fullem | Review draft of Lincoln's November fee application; prepare proposed final version; e-mail to D. Felder for review/comment. | 0.50 |
| 01/02/14 | D. Fullem | Review and respond to A. Karmali at Lincoln regarding draft of November fee application. | 0.20 |
| 01/02/14 | D. Fullem | Prepare draft of CNO for Lincoln's October monthly fee application; e-mail to D. Felder for review/comment. | 0.40 |
| 01/03/14 | D. Fullem | Continue updates to D. Austern's final fee application (1.7); confer with D. Felder regarding same (.2). | 1.90 |
| 01/06/14 | D. Fullem | Review FCR and other professionals' fee application materials for quarterly fee applications. | 0.20 |
| 01/06/14 | D. Fullem | Prepare revisions to final fee application for D. Austern. | 1.50 |
| 01/06/14 | D. Fullem | Review recently filed compensation pleadings. | 0.20 |
| 01/06/14 | D. Fullem | Update and review calendar of deadlines for fee applications, CNOs, etc. | 0.20 |
| 01/06/14 | D. Felder | Conferences with D. Fullem regarding D. Austern's final fee application. | 0.30 |
| 01/07/14 | D. Fullem | Continue review of D. Austern applications (monthly filings) (1.0); update D. Felder with hours/amounts regarding same (.5). | 1.50 |
| 01/07/14 | D. Fullem | Finalize, file and serve Lincoln's CNO for October fee application. | 0.40 |

Roger Frankel, Successor Futures Claimants' - 17367                    March 7, 2014
page 16                                                          Invoice No. 1463062

| 01/07/14 | D. Fullem | Review Lincoln's November fee application and confer with D. Felder regarding same (.4); confer with J. Solganick regarding same (.2); update and coordinate filing/serving of same (.3). | 0.90 |
|---|---|---|---|
| 01/07/14 | D. Fullem | Review and respond to questions from D. Felder regarding D. Austern's final fee application. | 0.40 |
| 01/07/14 | D. Felder | Review CNO for Lincoln's October fee application (.1); review Lincoln's November fee application (.5); conferences with D. Fullem regarding same (.2); conference with D. Fullem regarding D. Austern's final fee application and follow-up regarding same (.5). | 1.30 |
| 01/08/14 | D. Fullem | Review FCR December prebill. | 0.50 |
| 01/08/14 | D. Fullem | Review and respond to B. Ruhlander with copy of Lincoln's monthly fee application for July 2013. | 0.20 |
| 01/09/14 | D. Fullem | Review and respond to B. Ruhlander regarding status of Towers' billings and related quarterly fee applications. | 0.20 |
| 01/10/14 | D. Fullem | Begin preparing FCR's third quarterly fee application. | 1.00 |
| 01/10/14 | D. Felder | Review FCR's December prebill. | 0.30 |
| 01/12/14 | R. Wyron | Review FCR's December prebill. | 0.30 |
| 01/15/14 | D. Fullem | Prepare CNO for Frankel's November fee application. | 0.30 |
| 01/15/14 | D. Fullem | Update FCR fee/expense charts. | 0.20 |
| 01/15/14 | D. Fullem | Confer with R. Wyron regarding timing regarding preparing/filing of FCR and FCR professionals' final fee applications. | 0.20 |
| 01/16/14 | D. Fullem | Review and respond to e-mail from D. Felder regarding fee application status; prepare revision to D. Austern's final fee application. | 0.50 |
| 01/17/14 | D. Fullem | Follow-up with D. Felder regarding status of D. Austern final fee application. | 0.30 |
| 01/21/14 | D. Fullem | Coordinate filing/serving of CNO for Frankel/FCR's November fee application. | 0.40 |
| 01/21/14 | D. Fullem | Prepare update to Exhibit C of expenses regarding D. Austern's final fee application; e-mails to/from D. Felder regarding same. | 0.50 |
| 01/21/14 | D. Felder | Revise CNO for FCR's November fee application. | 0.10 |
| 01/22/14 | D. Fullem | Prepare December monthly fee application for Frankel as FCR. | 1.00 |
| 01/22/14 | D. Fullem | Review Frankel/FCR's final December invoice. | 0.20 |
| 01/23/14 | D. Fullem | Review/revise FCR's December fee application; send to D. Felder for review/comment. | 0.50 |
| 01/27/14 | D. Fullem | Review fee/expense charts for Orrick and Frankel/FCR; send same to R. Wyron. | 0.20 |

Roger Frankel, Successor Futures Claimants' - 17367                    March 7, 2014
page 17                                                         Invoice No. 1463062

| | | | |
|---|---|---|---|
| 01/29/14 | D. Fullem | Prepare CNO for Lincoln's November fee application; e-mail to D. Felder for review/comment. | 0.50 |
| 01/29/14 | D. Felder | E-mail correspondence with J. Solganick regarding final fee applications (.1); review plan regarding same (.1); review CNO for Lincoln's fee application (.1). | 0.30 |
| 01/30/14 | D. Fullem | E-mail to R. Wyron regarding status of FCR December fee application. | 0.10 |
| 01/30/14 | D. Felder | Review FCR's December fee application (.4); e-mail correspondence with D. Fullem regarding same (.1). | 0.50 |
| 02/03/14 | D. Fullem | Follow-up with R. Frankel and R. Wyron regarding FCR December fee application; review/respond to emails approving of same. | 0.30 |

|  |  |  |
|---|---|---|
| Total Hours | 23.10 | |
| Total For Services | | $7,315.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.80 | 685.00 | 1,918.00 |
| Debra  O. Fullem | 17.10 | 285.00 | 4,873.50 |
| Laura  T. Lukasik | 2.90 | 90.00 | 261.00 |
| Richard  H. Wyron | 0.30 | 875.00 | 262.50 |
| Total All Timekeepers | 23.10 | $316.67 | $7,315.00 |

Disbursements
    Outside Services                                232.60
            Total  Disbursements                    $232.60


**Total For This Matter**                              **$7,547.60**

Roger Frankel, Successor Futures Claimants' - 17367                    March 7, 2014
page 18                                                                Invoice No. 1463062


For Legal Services Rendered Through February 3, 2014 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 01/13/14 | D. Fullem | Review correspondence regarding disclosures for Orrick (.4); prepare draft of supplemental disclosure for Orrick and confer with R. Wyron and D. Felder regarding same (.7); review edits by R. Wyron and D. Felder (.3); coordinate update of conflicts reports from May 2013 (.3); review same (.2). | 1.90 |
| 01/13/14 | D. Felder | Revise Orrick's supplemental disclosure (.4); e-mail correspondence to/from R. Wyron and D. Fullem regarding same (.2). | 0.60 |
| 01/13/14 | R. Wyron | Conference regarding disclosure question (.4); review and revise draft disclosure (.3); respond to e-mails regarding same (.2). | 0.90 |
| 01/14/14 | D. Fullem | Review and respond to e-mails from D. Felder regarding supplemental disclosure (.4); prepare revisions to R. Wyron's supplemental disclosure (.4). | 0.80 |
| 01/14/14 | D. Fullem | Review updated conflict summary; forward to R. Wyron and D. Felder. | 0.20 |
| 01/15/14 | D. Fullem | Review and respond to e-mails from R. Wyron and D. Felder regarding supplemental disclosure (.4); revise same (.4). | 0.80 |
| 01/15/14 | D. Felder | Review revised supplemental declaration for Orrick. | 0.10 |
| 01/16/14 | D. Felder | Revise supplemental disclosure (.1); telephone conference with R. Wyron regarding same (.1); telephone conference with J. Gettleman regarding same (.1). | 0.30 |
| 01/17/14 | D. Fullem | Follow-up with D. Felder and R. Wyron regarding supplemental disclosure. | 0.50 |
| 01/17/14 | D. Felder | Review issues regarding supplemental disclosure (.1); e-mail correspondence with D. Fullem regarding same (.1). | 0.20 |
| 01/21/14 | D. Fullem | Coordinate filing/serving of supplemental disclosure by Orrick. | 0.40 |
| 01/21/14 | D. Felder | Review final version of supplemental disclosure for Orrick. | 0.10 |

|  | | | |
|---|---|---|---|
| | Total Hours | 6.80 | |
| | Total For Services | | $2,989.00 |

Roger Frankel, Successor Futures Claimants' - 17367
page 19

March 7, 2014
Invoice No. 1463062

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.30 | 685.00 | 890.50 |
| Debra  O. Fullem | 4.60 | 285.00 | 1,311.00 |
| Richard  H. Wyron | 0.90 | 875.00 | 787.50 |
| Total All Timekeepers | 6.80 | $439.56 | $2,989.00 |

Disbursements
    Document Reproduction      101.40
    Postage      121.36

           Total  Disbursements      $222.76

**Total For This Matter**      **$3,211.76**

Roger Frankel, Successor Futures Claimants' - 17367                     March 7, 2014
page 20                                                           Invoice No. 1463062


For Legal Services Rendered Through February 3, 2014 in Connection With:

**Matter:  13 - Compensation of Professionals - Orrick**

| 01/02/14 | D. Fullem | Review latest payment from Grace for Orrick 20% fee holdbacks; respond to R. Wyron; update fee/expense chart and circulate to group. | 0.30 |
|---|---|---|---|
| 01/02/14 | D. Fullem | Update fee application calendar/schedule with Orrick information; e-mail same to D. Felder for review. | 0.20 |
| 01/06/14 | D. Fullem | Review Orrick's monthly fee applications for preparation of quarterly fee application. | 0.20 |
| 01/06/14 | D. Fullem | Review status of payments from client. | 0.20 |
| 01/08/14 | D. Fullem | Review Orrick's December prebill. | 1.00 |
| 01/10/14 | D. Fullem | Begin preparing Orrick's third quarterly fee application. | 1.00 |
| 01/10/14 | D. Felder | Review Orrick's December prebill. | 0.50 |
| 01/12/14 | R. Wyron | Review Orrick's December prebill. | 0.30 |
| 01/15/14 | D. Fullem | Prepare CNO for Orrick's November fee application. | 0.30 |
| 01/15/14 | D. Fullem | Update Orrick's fee/expense charts. | 0.20 |
| 01/15/14 | D. Fullem | Confer with R. Wyron regarding Orrick's final fee application. | 0.20 |
| 01/16/14 | D. Fullem | Review e-mail from accounting regarding status of payments on client account. | 0.20 |
| 01/17/14 | D. Fullem | Review and respond to e-mail from R. Wyron regarding fee auditor guidelines. | 0.20 |
| 01/21/14 | D. Fullem | Coordinate filing/serving of CNO for Orrick's November fee application. | 0.40 |
| 01/21/14 | D. Fullem | Review chart regarding status of fee application filings, CNOs, and deadlines regarding same. | 0.20 |
| 01/21/14 | D. Felder | Revise CNO for Orrick's November fee application. | 0.10 |
| 01/22/14 | D. Fullem | Prepare December monthly fee application for Orrick. | 1.00 |
| 01/22/14 | D. Fullem | Review Orrick's December invoice. | 0.20 |
| 01/23/14 | D. Fullem | Review/revise Orrick's December fee application (.6); send to D. Felder for review/comment (.2). | 0.80 |
| 01/24/14 | D. Fullem | Update FCR and Orrick fee/expense charts. | 0.40 |
| 01/24/14 | D. Fullem | Begin draft of quarterly for the Oct-Dec 2013 time period. | 1.00 |
| 01/27/14 | D. Fullem | Update fee/expense charts in Grace for Orrick and FCR. | 0.50 |
| 01/30/14 | D. Fullem | E-mail to R. Wyron regarding status of Orrick December fee application. | 0.10 |
| 01/30/14 | D. Felder | Review Orrick's December fee application. | 0.50 |

Roger Frankel, Successor Futures Claimants' - 17367                                    March 7, 2014
page 21                                                                          Invoice No. 1463062

| 02/03/14 | D. Fullem | Review list of timekeepers for client since 2006; e-mail to D. Felder regarding same. | 0.50 |

|  | Total Hours | 10.50 |  |
|  | Total For Services |  | $3,609.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- |
| Debra Felder | 1.10 | 685.00 | 753.50 |
| Debra O. Fullem | 9.10 | 285.00 | 2,593.50 |
| Richard H. Wyron | 0.30 | 875.00 | 262.50 |
| Total All Timekeepers | 10.50 | $343.76 | $3,609.50 |

Disbursements
    Outside Services                                        25.50
                        Total  Disbursements                            $25.50

**Total For This Matter**                          **$3,635.00**

Roger Frankel, Successor Futures Claimants' - 17367                  March 7, 2014
page 22                                                        Invoice No. 1463062


For Legal Services Rendered Through February 3, 2014 in Connection With:

**Matter:  15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 01/09/14 | D. Felder | Travel to New York for effective date meeting. | 3.00 |
| 01/09/14 | D. Felder | Travel from New York to Washington following effective date meeting. | 3.00 |
| 01/09/14 | R. Wyron | Travel to and from NY for Plan Effective Date meeting. | 5.10 |
| 01/15/14 | D. Felder | Travel to meeting with PI Trustees' counsel. | 0.50 |
| 01/23/14 | D. Felder | Travel from New York to DC. | 3.50 |
| 02/02/14 | D. Felder | Travel to New York for closing. | 3.00 |
| 02/03/14 | D. Felder | Return travel from New York. | 4.00 |

|  |  |  |
|---|---|---|
| Total Hours | 22.10 | |
| Total For Services | | $8,053.75 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Debra Felder | 17.00 | 342.50 | 5,822.50 |
| Richard  H. Wyron | 5.10 | 437.50 | 2,231.25 |
| Total All Timekeepers | 22.10 | $364.42 | $8,053.75 |


**Total For This Matter**                                  **$8,053.75**


**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 316.60 | |
| Total Fees, all Matters | | $196,364.25 |
| Total Disbursements, all Matters | | $9,728.20 |
| Total Amount Due | | $206,092.45 |