**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | Objection Deadline: April 3, 2014 at 4:00 p.m. |
| | ) | Hearing: To Be Determined |

**COVER SHEET TO FIRST QUARTERLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS TO ROGER FRANKEL,
ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of November 15, 2013 (pursuant to this Court's Order entered December 17, 2013) |
| Period for which compensation is sought: | October 1, 2013 through December 31, 2013 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $26,275.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is an:   X   interim   ___   monthly   ___   final application.

**COMPENSATION SUMMARY**
**October 1, 2013 through December 31, 2013**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (28 years) FCAS | $575 | 1.50 | $862.50 |
| Jeff Kimble | Consulting Actuary (12 years) ACAS | $515 | 26.70 | $13,750.50 |
| Steve Lin | Consulting Actuary (17 years) FCAS | $575 | 4.50 | $2,587.50 |
| Adam Luechtefeld | Analyst (10 years) | $330 | 3.50 | $1,155.00 |
| Rhamonda Riggins | Analyst (11 years) | $330 | 1.50 | $495.00 |
| David Wolf | Consulting Actuary (6 years) FCAS | $450 | 16.50 | $7,425.00 |
| **Total Blended Rate: $484.79** | | | **54.20** | **$26,275.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 54.20 | $26,275.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | 0.00 |
| **Total Expenses** | **0.00** |

| **October 1, 2013 - December 31, 2013 – Grand Total** | **$26,275.50** |
|---|---|

Respectfully submitted,

TOWERS WATSON

By: */S/ JEFFREY D. KIMBLE*
    Jeffrey D. Kimble, ACAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: February 24, 2014

2