IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u>, | ) ) ) | Case No. 01-1139 (KJC) |
| Reorganized Debtors. | ) ) ) | Objection Deadline: April 3, 2014 at 4:00 p.m.<br>Hearing: To Be Determined |

**COVER SHEET TO FIRST QUARTERLY APPLICATION OF
TOWERS WATSON, ACTUARIAL CONSULTANTS TO ROGER FRANKEL,
ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013</u>**

| | |
|---|---|
| Name of Applicant: | Towers Watson |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of November 15, 2013 (pursuant to this Court's Order entered December 17, 2013) |
| Period for which compensation is sought: | October 1, 2013 through December 31, 2013 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $26,275.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is an:   <u>X</u>   interim   __   monthly   __   final application.

**COMPENSATION SUMMARY**
**October 1, 2013 through December 31, 2013**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (28 years) FCAS | $575 | 1.50 | $862.50 |
| Jeff Kimble | Consulting Actuary (12 years) ACAS | $515 | 26.70 | $13,750.50 |
| Steve Lin | Consulting Actuary (17 years) FCAS | $575 | 4.50 | $2,587.50 |
| Adam Luechtefeld | Analyst (10 years) | $330 | 3.50 | $1,155.00 |
| Rhamonda Riggins | Analyst (11 years) | $330 | 1.50 | $495.00 |
| David Wolf | Consulting Actuary (6 years) FCAS | $450 | 16.50 | $7,425.00 |
| **Total Blended Rate: $484.79** | | | **54.20** | **$26,275.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 54.20 | $26,275.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | 0.00 |
| **Total Expenses** | **0.00** |

| | |
|---|---|
| **October 1, 2013 - December 31, 2013 – Grand Total** | **$26,275.50** |

Respectfully submitted,

TOWERS WATSON

By: */S/ JEFFREY D. KIMBLE*
    Jeffrey D. Kimble, ACAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: February 24, 2014

2