IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u>, | ) ) ) | Case No. 01-1139 (KJC) |
| Debtors. | ) ) | |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.     I am the Asbestos Personal Injury Future Claimants' Representative appointed by the Court in these cases, effective as of May 16, 2013.

2.     I personally performed the work as set forth in the attached Exhibit A.

3.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

*/S/ ROGER FRANKEL*
ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 14TH  day of MARCH 2014

*/S/ MICHELLE JORDAN*
Notary Public

My commission expires: 4/30/2014