**EXHIBIT A**

**ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE INVOICES FOR THE TIME PERIOD JANUARY 1-15, 2014**

| | |
|---|---|
| Richard Finke, Esquire<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD  21044 | March 12, 2014<br>Client No. 29500<br>Invoice No. 1463059 |

Orrick Contact: Raniero D'Aversa Jr.

| | | |
|---|---|---:|
| FOR SERVICES RENDERED through January 15, 2014 in connection with the matters described on the attached pages: | $ | 36,566.25 |
| DISBURSEMENTS as per attached pages: | | 890.80 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **37,457.05** |

Matter(s):  29500/3, 4, 7

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$82,266.58
If this amount has already been paid, please disregard.


In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|:---:|:---:|:---:|
| Orrick, Herrington & Sutcliffe LLP<br>Lockbox #774619<br>4619 Solutions Center<br>Chicago, IL  60677-4006<br>Reference: 29500/ Invoice: 1463059 | ***ACH & Wire Transfers:***<br>***ABA Number 121000248***<br>***SWIFT CODE:  WFBIUS6S***<br>***Account Number: 4123701088***<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA  94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Reference: 29500/ Invoice: 1463059*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo<br>Attn:  Lockbox #774619<br>350 East Devon Avenue<br>Itasca, IL  60143<br>(213) 614-3248<br>Reference: 29500/ Invoice: 1463059 |

Roger Frankel, Futures Claimants' Representative  
for W.R. Grace  
c/o Orrick, Herrington & Sutcliffe LLP  
1152 15th Street, NW  
Washington, DC 20005

March 12, 2014  
Client No. 29500  
Invoice No. 1463059

Orrick Contact: Raniero D'Aversa Jr.

For Legal Services Rendered Through January 15, 2014 in Connection With:

**Matter: 3 - Compensation of FCR**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/02/14 | R. Frankel | Review, sign seventh monthly interim fee application for December time period. | 0.40 |

|  | Total Hours | 0.40 |  |
|---|---|---|---|
|  | Total For Services |  | $398.00 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 0.40 | 995.00 | 398.00 |
| Total All Timekeepers | 0.40 | $995.00 | $398.00 |

**Total For This Matter**  $398.00

Roger Frankel, Futures Claimants' Representative - 29500  
page 2

March 12, 2014  
Invoice No. 1463059

For Legal Services Rendered Through January 15, 2014 in Connection With:

**Matter:  4 - Litigation**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/02/14 | R. Frankel | Exchange, review series of e-mails regarding effective date planning with A. Paul, R. Wyron, D. Felder. | 0.60 |
| 01/03/14 | R. Frankel | Review, revise effective date documents from Kirkland. | 3.20 |
| 01/06/14 | R. Frankel | Confer with R. Wyron regarding effective date issues, Lender settlement, meeting at Kirkland. | 0.50 |
| 01/06/14 | R. Frankel | Review documents from D. Trafalet regarding DE Claims Facility (1.3); telephone conference with E. Inselbuch, J. Patton regarding same (.5). | 1.80 |
| 01/07/14 | R. Frankel | Exchange of e-mails with J. Radecki regarding effective date issues (.3); review e-mail memo from R. Wyron regarding open effective date documents (.4). | 0.70 |
| 01/07/14 | R. Frankel | Review further changes to medicare provisions, cooperation agreement. | 1.20 |
| 01/07/14 | R. Frankel | Confer with R. Wyron regarding effective date issues, interest rate on senior debt (.3); review interest rate issue, e-mails (.6). | 0.90 |
| 01/08/14 | R. Frankel | Review payment percentage reports from Towers Watson. | 1.00 |
| 01/08/14 | R. Frankel | Telephone conference with J. Radecki et al. regarding POR interest rate issues (.8); review series of e-mails regarding same (.7). | 1.50 |
| 01/08/14 | R. Frankel | Review Exit Financing documents and motion. | 1.20 |
| 01/08/14 | R. Frankel | Confer with R. Wyron, D. Felder regarding effective date documents, prepare for meeting at Kirkland. | 0.70 |
| 01/08/14 | R. Frankel | Telephone conference with R. Wyron, D. Felder, P. Lockwood in preparation for meeting at Kirkland. | 0.50 |
| 01/08/14 | R. Frankel | Review e-mails from A. Rich and marked version of Intercreditor Agreement. | 0.80 |
| 01/08/14 | R. Frankel | Review revisions to Cooperation Agreement from M. Eskin. | 0.70 |
| 01/09/14 | R. Frankel | Attend meeting at Kirkland & Ellis to review closing documents, issues with A. Paul, R. Wyron, D. Felder, M. Eskin, P. Lockwood, D. Blabey, others (7.6); review documents (1.0). | 8.60 |
| 01/10/14 | R. Frankel | Review issues, e-mails regarding interest rate dispute (1.1); telephone conference with R. Wyron regarding same (.2). | 1.30 |
| 01/10/14 | R. Frankel | Review open effective date issues; documents from meeting at K&E. | 1.40 |

Roger Frankel, Futures Claimants' Representative - 29500                 March 12, 2014
page 3                                                                                                                               Invoice No. 1463059

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/13/14 | R. Frankel | Telephone conference with M. Shelnitz regarding senior lender interest rate issue (.4); prepare notes regarding same (.3). | 0.70 |
| 01/13/14 | R. Frankel | Review Cooperation Agreement with changes from M. Eskin (.4); review e-mails regarding same (.3). | 0.70 |
| 01/13/14 | R. Frankel | Review differences in TDP from other trusts. | 0.80 |
| 01/14/14 | R. Frankel | Review various TDP issues, payment percentage issues in preparation for meeting with M. Eskin. | 1.60 |
| 01/14/14 | R. Frankel | Review plan regarding senior debt interest rate (.5); e-mail J. Rice regarding same (.2). | 0.70 |
| 01/14/14 | R. Frankel | Telephone conference with J. Kimble of Towers Watson, R. Wyron, D. Felder regarding payment percentage report (.7); confer with R. Wyron, D. Felder regarding same (.3). | 1.00 |
| 01/15/14 | R. Frankel | Confer with M. Eskin, D. Campbell, P. Milch, R. Wyron regarding effective date and post effective date issues (2.2); notes regarding same (.3). | 2.50 |

                     Total Hours            34.60
                     Total For Services                       $34,427.00

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 34.60 | 995.00 | 34,427.00 |
| **Total All Timekeepers** | 34.60 | $995.00 | $34,427.00 |

Disbursements
      Travel Expense, Air Fare                  890.80
                                Total  Disbursements                 $890.80

                               **Total For This Matter**               **$35,317.80**

Roger Frankel, Futures Claimants' Representative - 29500  
page 4

March 12, 2014  
Invoice No. 1463059

For Legal Services Rendered Through January 15, 2014 in Connection With:

**Matter: 7 - Travel Time (Non-Working)**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 01/09/14 | R. Frankel | Travel to NY. | 1.00 |
| 01/13/14 | R. Frankel | Travel to DC from NY. | 2.50 |

|  |  |
|---|---|
| Total Hours | 3.50 |
| Total For Services | $1,741.25 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Roger Frankel | 3.50 | 497.50 | 1,741.25 |
| Total All Timekeepers | 3.50 | $497.50 | $1,741.25 |

**Total For This Matter**    **$1,741.25**

* * * COMBINED TOTALS * * *

| | |
|---|---|
| Total Hours | 38.50 |
| Total Fees, all Matters | $36,566.25 |
| Total Disbursements, all Matters | $890.80 |
| Total Amount Due | $37,457.05 |