**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | ) ) | **Chapter 11** |
| **W.R. GRACE & CO., <u>et al.</u>,** | ) ) ) | **Case No. 01-1139 (KJC)** |
| **Reorganized Debtors.** | ) ) ) | |

## **<u>VERIFICATION</u>**

**DISTRICT OF COLUMBIA, TO WIT:**

      Roger Frankel, after being duly sworn according to law, deposes and says:

      1.     I am the Asbestos Personal Injury Future Claimants' Representative appointed by the Court in these cases, effective as of May 16, 2013.

      2.     I personally performed the work as set forth in this Application.

      3.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, as amended, dated April 17, 2002, and I believe the Application to be in compliance therewith.


                                                    */S/ ROGER FRANKEL*
                                                    Roger Frankel

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 14th DAY OF MARCH 2014

*/S/ MICHELLE JORDAN*
Notary Public

My commission expires: 4/30/2014