# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & Co., et al., | Case No. 01-1139 (KJG) |
| Debtors. | Jointly Administered |

## REMOVAL FROM CM/ECF MAILING LIST

**PLEASE TAKE NOTICE** that the undersigned counsel hereby requests removal from the CM/ECF email notification on behalf of all parties she represents in the above-captioned matter.

Respectfully submitted,

Dated: March 14, 2014
Wilmington, Delaware

**MONTGOMERY McCRACKEN
WALKER & RHOADS, LLP**

By:  */s/ Laurie A. Krepto*
Laurie A. Krepto (DE 4109)
1105 North Market St, Suite 1500
Wilmington, DE 19801
(302) 504-7800
lkrepto@mmwr.com

*Counsel for: (i) attorney Kazan, McClain, Abrams, Lyons, Farrise & Greenwood PLC; (ii) creditor Asbestos Claimants Represented by Waters & Kraus, LLP; (iii) interested party Kazan McClain Lyons Greenwood et al.; (iv) interested party MMWR Firms*