# EXHIBIT 1

**bmcgroup**
information management

WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos Claims** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/11/2013 | 1.3 | $253.50 | Continued analysis of orders, settlements and stipulations affecting claims for coordinating database updates for proposed distribution reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/25/2013 | 0.6 | $126.00 | Analysis of R Higgins email re status of Dies stip to withdraw 15 asbestos pd claims (.1); analysis of b-Linx and DRTT re confirmation of claims to be withdrawn and no pleading on docket (.4); prep email to R Higgins re Dies stip not filed (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2013 | 0.3 | $63.00 | Analysis of N Schoenfeld/LSI email re Gulf Atlantic claim payment (.1); analysis of docs from N Schoenfeld (.2) |
| | | | Total: | 2.2 | $442.50 | |
| **WRG Asbestos PI Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2013 | 0.2 | $42.00 | Analysis of S Cohen email re John Bailey call (.1); telephone to John Bailey re deceased wife PI claim (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2013 | 0.4 | $84.00 | Analysis of S Cohen email re John Bailey (.2); call to John Bailey re deceased spouses claim, info request (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2013 | 0.5 | $105.00 | Work with S Cohen and J Bailey re status of wife's claims and confirmation of filing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2013 | 0.9 | $189.00 | Telephone from J Bailey re issues re info on wife's claims (.1), analysis of fax (.2), telephone to J Bailey re claims, issues (.4); prep email to Rust Consulting re claims research (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 0.3 | $63.00 | Analysis of K Becker email re confirmation John East did not file PI claim (.1); prep email to B Daniel re John East (.1); analysis of K Becker email re Bailey/Matsumoto PI claim research results (.1) |
| | | | Total: | 2.3 | $483.00 | |
| **WRG Case Administration** | | | | | | |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/1/2013 | 0.1 | $9.50 | Review Court docket Nos 31284-31287 |
| JAMES MYERS - CAS | | $65.00 | 11/1/2013 | 0.4 | $26.00 | Review service documents (.1); emails with case consultant/PM re Noticing Instructions, review and approval of Production Instructions and service documents (.2); email exchange with counsel transmitting doc(s) for service (.1) — Dkt No(s) 31294 & custom notices |
| JAMES MYERS - CAS | | $65.00 | 11/1/2013 | 0.7 | $45.50 | Set up day's Noticing System/Production Folder and Noticing Instructions (.2); email exchanges with data analyst re populating MF(s) (.2); email exchanges with case team re review case docket and updating 2002 list (.1); review Production sample document (.2) — Dkt No(s) 31294 & custom notices |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2013 | 1.6 | $336.00 | Coordinate service of Omni 29 objections and custom notices with Notice Group (1.0); emails from WR Grace re add'l service addresses (.3); updates with Cassman (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/1/2013 | 0.2 | $39.00 | Omni 29 Obj: analysis of email exchange and document forwarded to NoticeGroup for production and service (.1); coordinate fulfillment as appropriate (.1) |

# bmcgroup
information management

WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/1/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/1/2013 | 0.4 | $44.00 | Update creditor matrix per M.Araki requests re: additional noticing party (.3); email correspondence with M.Araki (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/2/2013 | 0.1 | $9.50 | Review Court docket No 31288 |
| JAMES MYERS - CAS | | $65.00 | 11/4/2013 | 0.5 | $32.50 | Prep draft of Dcl of Svc - Dkt No. 31294 |
| MABEL SOTO - CAS | | $45.00 | 11/4/2013 | 0.2 | $9.00 | Review/revise final copy of Proof of Service for filing with USBC — Dkt No. 31294 |
| MARISTAR GO - CAS | | $95.00 | 11/4/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31285-31288) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2013 | 1.3 | $273.00 | Analysis of Court docket re case status; project update |
| MIREYA CARRANZA - CAS | | $45.00 | 11/4/2013 | 0.2 | $9.00 | Preparation of production reporting re: Dkt No. - Omni 29 Obj and Dkt No. - Omni 29 Obj Custom Notices, served on 11/1/13 |
| MIREYA CARRANZA - CAS | | $45.00 | 11/4/2013 | 0.1 | $4.50 | Preparation of production reporting re: Dkt No. - Omni 29 Obj, served on 11/1/13 1 returned mail |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/4/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 11/5/2013 | 0.1 | $6.50 | Scan Dcl of Svc - Dkt No 31294 |
| JAMES MYERS - CAS | | $65.00 | 11/5/2013 | 0.2 | $13.00 | ECF file Dcl of Svc (.1); prep email transmitting to M Araki for review & forwarding to counsel (.1)- Dkt No 31294 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2013 | 0.3 | $63.00 | Analysis of J Myers email re draft POS re Omni 29 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2013 | 1.2 | $252.00 | DRTT analysis and b-Linx audit (.8); revise b-Linx per audit (.4) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/5/2013 | 0.1 | $16.50 | Telephone with Bobby at (310) 256-3285 / RE: request for scheduled distribution date. |
| MIREYA CARRANZA - CAS | | $45.00 | 11/5/2013 | 0.2 | $9.00 | Prep service of Courtesy Notice FAIR HARBOR CAPITAL LLC re: Dkt 31289 and Courtesy Notice PANEL SPECIALTIES INC re: Dkt 31289 |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/5/2013 | 0.2 | $39.00 | Claims Transfer: Review notices of transfer of claim of Panel Specialties to Fair Harbor forwarded to NoticeGroup for processing (.1); communicate with notice analyst re appropriate fulfillment (.1) |
| NOREVE ROA - CAS | | $95.00 | 11/5/2013 | 0.2 | $19.00 | Review Court Docket Nos. 31290-31300 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/5/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARISTAR GO - CAS | | $95.00 | 11/6/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31290-31308) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2013 | 0.3 | $63.00 | Prep email to J Myers re revisions to Omni 29 POS and transmittal to Pachulski |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2013 | 1.5 | $315.00 | Analysis of Court docket re case status, planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2013 | 0.3 | $63.00 | Prep email to team re case status, update, distribution update |
| MIREYA CARRANZA - CAS | | $45.00 | 11/6/2013 | 0.6 | $27.00 | Preparation of production reporting re: Dkt No. - Omni 29 Obj, served on 11/4/13 - 6 returned mail |
| MIREYA CARRANZA - CAS | | $45.00 | 11/6/2013 | 0.3 | $13.50 | Prepare cover letter to Counsel of original proof/affidavit of service re: Letter exhibit pages, served on 11/1/13 for filing. |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/6/2013 | 0.2 | $39.00 | eMail exchanges with case team re possible distribution and deadlines |

EXHIBIT 1



WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| NOREVE ROA - CAS | | $95.00 | 11/6/2013 | 0.1 | $9.50 | Review Court Docket Nos. 31301-31308 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/6/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2013 | 1.6 | $336.00 | Analysis of emails and corresp re project updates, revisions to info |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/7/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/7/2013 | 0.2 | $22.00 | Provide Call Center support for creditor inquiry related to claim status update (.1); email correspondence with M.Araki (.1) |
| MABEL SOTO - CAS | | $45.00 | 11/8/2013 | 0.1 | $4.50 | Prep Courtesy Notice CLAIMS RECOVERY GROUP LLC re: Dkt 31311; and Courtesy Notice BISCHOF & KLEIN GMBH & CO. KG re: Dkt 31311 for service |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2013 | 1.9 | $399.00 | Analysis of corresp re distribution, claims revisions (.7); revise and update distribution tracker (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2013 | 1.7 | $357.00 | Analysis of pleadings re add'l info for distribution tracker |
| MIKE BOOTH - MANAGER | | $165.00 | 11/8/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status, |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/8/2013 | 0.2 | $39.00 | Review and analysis claim transfer notice re Bischof & Klein forwarded to NoticeGroup for production and service; coordinate fulfillment as appropriate |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/8/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/8/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/9/2013 | 0.3 | $28.50 | Review Court docket Nos 31309–31310,31312,31314-31323 |
| LUCINA SOLIS - CAS | | $45.00 | 11/11/2013 | 0.2 | $9.00 | Review and process no COA return mail |
| MIREYA CARRANZA - CAS | | $45.00 | 11/11/2013 | 0.1 | $4.50 | Preparation of production reporting re: Dkt No. - Omni 29 Obj Custom Notices, served on 11/1/13 (Review and update the FedEx rates) |
| MIREYA CARRANZA - CAS | | $45.00 | 11/11/2013 | 0.1 | $4.50 | Preparation of production reporting re: Dkt No. - Omni 29 Obj, served on 11//13 (Review and update the FedEx rates for returned mail) |
| NOREVE ROA - CAS | | $95.00 | 11/11/2013 | 0.2 | $19.00 | Audit categorization updates related to Court Docket Nos. 31309-31310, 31312, 31314-31316, 31318-31323 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/11/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| NOREVE ROA - CAS | | $95.00 | 11/12/2013 | 0.1 | $9.50 | Review Court Docket No. 31324 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/12/2013 | 0.1 | $11.00 | Email correspondence with project team re: case management & activity |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/12/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/13/2013 | 0.1 | $9.50 | Review Court docket Nos 31325-31327 |
| JAMES MYERS - CAS | | $65.00 | 11/13/2013 | 0.1 | $6.50 | Review & audit monthly production invoices for preparation of combined invoice for delivery to client — Omni 29 mailings |
| LUCINA SOLIS - CAS | | $45.00 | 11/13/2013 | 0.1 | $4.50 | Review and process no COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2013 | 0.4 | $84.00 | Telephone with T Marshall re W-9 mailing info |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2013 | 0.7 | $147.00 | Work with Webpages re update to claims register |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2013 | 0.6 | $126.00 | Prep email to G Kruse re planning for W-9 mailing (.4); analysis of G Kruse response (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/13/2013 | 0.4 | $44.00 | Provide Call Center support for creditor inquiry related to claim status (.2); review creditor data (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/13/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| TERRI MARSHALL - MANAGER | | $185.00 | 11/13/2013 | 0.4 | $74.00 | Call with M Araki to discuss W9 process, specifically the form being mailed and transmittal letter that may accompany the W9 form. |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/14/2013 | 0.2 | $19.00 | Review Court docket Nos 31328-31336 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2013 | 0.3 | $63.00 | Telephone with R Higgins re asbestos PD trust distributions, VSPP/outside directors payments, W9 form revisions, drafts for approval |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/14/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| LUCINA SOLIS - CAS | | $45.00 | 11/15/2013 | 0.1 | $4.50 | Review and process no COA return mail |
| MARISTAR GO - CAS | | $95.00 | 11/15/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31324-31336) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/15/2013 | 0.1 | $16.50 | Telephone with Marlene of GOODYEAR at (330) 796-9405 / RE: returned caller voice mail inquiry re case status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/15/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| JAMES MYERS - CAS | | $65.00 | 11/18/2013 | 0.2 | $13.00 | Review email from & confer w/ M Carranza (.1); review custom Letters & W9 forms; split PDFs (.1) - W9 custom mailing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2013 | 2.0 | $420.00 | Work with G Kruse and Ntc Grp re W-9 mailing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2013 | 1.4 | $294.00 | Analysis of Court docket re case status, planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2013 | 0.2 | $42.00 | Email from S Fritz re draft Oct invoice (.1); review Oct invoice (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2013 | 0.6 | $126.00 | Prep email to K Becker re voiding cliam 15528 (.2); prep email to S Cohen re revision to Sukenik add'l docs (.2); analysis of B Daniel email re 3rd party disclosure request and response (.1); prep email K Becker re John R East POC (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/18/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/18/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/18/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/19/2013 | 0.4 | $38.00 | Audit categorization updates related to Court Docket nos 31337-31342,31344-31345,31347-31358,31360 |
| JAMES MYERS - CAS | | $65.00 | 11/19/2013 | 0.2 | $13.00 | Confer w/ M Carranza re noticing requirements (.1); email exchange w/ M Araki re same (.1) - W9/W9 mailing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 0.2 | $42.00 | Prep email to T Marshall re W9 reporting tool (.1); analysis of T Marshall email response (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 0.3 | $63.00 | Analysis of K Becker email re claim 15528 and voiding as supplement (.1); prep email to K Becker re request to void (.1); analysis of R Higgins email re Wolter/Owens stip status (.1) |

EXHIBIT 1

**bmcgroup**
Information management

WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 0.5 | $105.00 | Emails to/from Notice Group re coordination of W-9 mailing and service |
| MIREYA CARRANZA - CAS | | $45.00 | 11/19/2013 | 0.3 | $13.50 | Reviewing/analysis of service documents (.1); email exchanges with case consultant/PM re review and approval of Production Instructions and service documents (.1); email exchange with counsel transmitting doc(s) for service (.1) — Dkt No(s) W-9 Mailing |
| MIREYA CARRANZA - CAS | | $45.00 | 11/19/2013 | 0.4 | $18.00 | Set up day's Noticing System/Production Folder and Noticing Instructions (.1); prepare electronic version of document-as-served (.1); email exchanges with data analyst re populating MF (.1); email exchanges with case team re review case docket and updating 2002 list (.1)— Dkt No(s) W-9 Mailing |
| NOREVE ROA - CAS | | $95.00 | 11/19/2013 | 0.4 | $38.00 | Review Court Docket Nos. 31337-31360 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/19/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/19/2013 | 0.2 | $22.00 | Provide Call Center support for creditor inquiry related to claim status update and change of address |
| TERRI MARSHALL - MANAGER | | $185.00 | 11/19/2013 | 0.2 | $37.00 | Review email from M Araki re W9 database tool, processing (.1). Prep email to M Araki re W9 tool and processing (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/20/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket nos 31361-31368 |
| JAMES MYERS - CAS | | $65.00 | 11/20/2013 | 0.1 | $6.50 | Review & audit monthly production invoices for preparation of combined invoice for delivery to client — W9 mailing |
| LUCINA SOLIS - CAS | | $45.00 | 11/20/2013 | 0.1 | $4.50 | Review and process no COA return mail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2013 | 1.3 | $273.00 | Analysis of Court docket re case status, planning |
| MIREYA CARRANZA - CAS | | $45.00 | 11/20/2013 | 0.1 | $4.50 | Preparation of production reporting re: Dkt No. - W-9 Mailing, served on 11/19/13 |
| NOREVE ROA - CAS | | $95.00 | 11/20/2013 | 0.2 | $19.00 | Review Court Docket Nos. 31361-31368 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/20/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2013 | 0.5 | $105.00 | Prep email to G Kruse re W9 tool set-up (.1); analysis of G Kruse response re set-up complete (.1); prep email to CassMan re W9 processing tool (.1); analysis of CassMan response re timing (.1); prep email to E Gilhoi re W9 receipts, timing (.1) |
| NOREVE ROA - CAS | | $95.00 | 11/21/2013 | 0.1 | $9.50 | Review Court Docket Nos. 31369-31370 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/21/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| DEBRA CHOULOCK - CAS | | $45.00 | 11/22/2013 | 0.2 | $9.00 | Analysis of corresp and returned mail (.1); prep emails to Cassman re processing (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/22/2013 | 0.2 | $42.00 | Analysis of K Becker email re LWD PRP Group claim processed, disk in transit (.1); prep email to J Conklin re new claim for upload (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/22/2013 | 0.1 | $16.50 | Telephone with Jessica at (270) 686-8097 / RE: status of filed claims. Caller was referred to Kathy Becker with Rust Consulting to discuss the status of her claim. |
| NOREVE ROA - CAS | | $95.00 | 11/22/2013 | 0.1 | $9.50 | Review Court Docket Nos. 31371-31377 |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 11/22/2013 | 0.1 | $4.50 | Process 1 piece of returned mail and record to Notice System |

EXHIBIT 1

# bmcgroup
Information management

WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/22/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/23/2013 | 0.2 | $19.00 | Review Court docket Nos 31378-31387 |
| DEBRA CHOULOCK - CAS | | $45.00 | 11/25/2013 | 0.3 | $13.50 | Preparation of custom W9 bar code labels and case bin sheet (.1), set up uploading W9s to system (.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/25/2013 | 0.2 | $33.00 | Telephone with John Reynolds at / RE: question pertaining to the W-9 form he received in the mail. |
| MIKE BOOTH - MANAGER | | $165.00 | 11/25/2013 | 0.1 | $16.50 | Telephone with Ray at (781) 932-4242 / RE: question pertaining to the W-9 form he received in the mail. |
| MIKE BOOTH - MANAGER | | $165.00 | 11/25/2013 | 0.3 | $49.50 | Telephone with Joel at (206) 755-2597 / RE: W9 forms and info requested, timing of distribution |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 11/25/2013 | 0.1 | $4.50 | Analysis of corresp and returned mail |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 11/25/2013 | 0.3 | $13.50 | Process 18 W9 forms received |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/25/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/26/2013 | 0.1 | $9.50 | Review Court docket Nos 31388-31395 |
| DEBRA CHOULOCK - CAS | | $45.00 | 11/26/2013 | 0.2 | $9.00 | Analysis of corresp and returned mail (.1); prep emails to Cassman re processing (.1) |
| ERIN KRAMER - CAS | | $65.00 | 11/26/2013 | 0.3 | $19.50 | Process and docket 26 W9 forms for processing to claims database. |
| ERIN KRAMER - CAS | | $65.00 | 11/26/2013 | 0.1 | $6.50 | Prepare 1 Piece of Correspondence for Processing to Claims Database. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2013 | 0.2 | $42.00 | Analysis of B Ruhlander email re 49th Qtrly fee examiner report (.1); analysis of S Cohen email re COA received/issues (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/26/2013 | 0.1 | $16.50 | Telephone with Beth Arnold of Lathrop at (312) 876-7700 / RE: request for a copy of filed claim. Caller was referred to Rust Consulting to obtain a copy of the claim. |
| NOREVE ROA - CAS | | $95.00 | 11/26/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 31378-31381, 31383-31387 |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 11/26/2013 | 0.3 | $13.50 | Process 47 pieces of returned mail and record to Notice System |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 11/26/2013 | 0.2 | $9.00 | Process 8 W9 forms received. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/26/2013 | 0.2 | $22.00 | Update creditor matrix per creditor change of address request received at BMC claims PO box (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/26/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| VINCENT NACORDA - CAS | | $75.00 | 11/26/2013 | 0.2 | $15.00 | Audit categorization updates related to Court Docket Nos. (31369-31377) |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/27/2013 | 0.2 | $19.00 | Review Court docket Nos 1396-31404 |
| DEBRA CHOULOCK - CAS | | $45.00 | 11/27/2013 | 0.2 | $9.00 | Prep 3 COA returned mail for remailing |
| DEBRA CHOULOCK - CAS | | $45.00 | 11/27/2013 | 0.2 | $9.00 | Analysis of corresp and returned mail (.1); prep emails to Cassman re processing (.1) |
| MARISTAR GO - CAS | | $95.00 | 11/27/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31405-31406) |
| MARISTAR GO - CAS | | $95.00 | 11/27/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31396-31404) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/27/2013 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.4); revise b-Linx per audit (.6) |



WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| MIKE BOOTH - MANAGER | | $165.00 | 11/27/2013 | 0.2 | $33.00 | Telephone with Rick at (414) 224-6342 / RE: questions pertaining to the W-9 form he received in the mail. |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 11/27/2013 | 0.1 | $4.50 | Process 7 pieces of returned mail and record to Notice System |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 11/27/2013 | 0.2 | $9.00 | Process 5 W9 forms received |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/27/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 11/28/2013 | 0.1 | $9.50 | Review Court docket Nos 31405-31406 |
| | | | Total: | 44.4 | $6,835.00 | |
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/1/2013 | 0.5 | $75.00 | Review of mail file for Omni 29 mailing and verify counts. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 11/1/2013 | 0.4 | $38.00 | Review/Update MailFile 53797 for todays scheduled mailings |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/4/2013 | 0.6 | $90.00 | Review of undisputed claims report to verify counts of claims with invoice detail data. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/6/2013 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/11/2013 | 2.2 | $330.00 | Generate updated Vendor and claims detail report (1.0). Add in current open AP amounts for each vendor (.9). Export to Excel (.2) and forward to M Araki for review (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/12/2013 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/12/2013 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/14/2013 | 0.7 | $105.00 | Review of active claims in bLinx matched to Vendor file by name and address, not by vendor ID (.3). Verify counts of possible matches with M Araki. (.4) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/14/2013 | 0.1 | $9.50 | Update return mail to b-Linx. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 11/14/2013 | 0.4 | $38.00 | Update claims registers on website per M. Araki |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/15/2013 | 1.1 | $165.00 | Review of final docs for W9 mailing to verify formatting. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/15/2013 | 1.2 | $180.00 | Generate draft party list of W9 form mailing list (.6). Verify counts. (.6) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/16/2013 | 2.3 | $345.00 | Generate updated draft listing of W9 mailing parties (2.0). Export to Excel (.2) and forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/17/2013 | 1.5 | $225.00 | Update/modify report query for W9 mailing parties as per M Araki review (.6). Generate new draft listing of W9 mailing parties (.6). Export to Excel (.2) and forward to M Araki for review. (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/18/2013 | 1.0 | $150.00 | Coordinate setup and population of mail file for W9 mailing. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/18/2013 | 1.2 | $180.00 | Author merge data for custom W9 form and Letter. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/18/2013 | 1.2 | $180.00 | Prep custom merge documents for custom W9 form and Letter. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/18/2013 | 0.8 | $120.00 | Run custom merges of W9 form and Letter (.7). Forward to M Araki for review. (.1) |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/18/2013 | 0.9 | $135.00 | Parse and upload new Blackstone distribution calculations to Distribution database. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/18/2013 | 1.7 | $255.00 | Update distribution detail data source (.4). Verify count of active claims (.3). Run updated Undisputed Claims report (.6). Export to PDF and Excel (.3). Format and forward to M Araki for review (.1). |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/18/2013 | 0.8 | $120.00 | Split selected claims as per M Araki distribution audit (.3). Add amount and objection records for new split claims (.2). Add distribution interest data into distribution database (.2). Verify new split claims appear in Undisputed claims report (.1) |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/18/2013 | 0.1 | $9.50 | Update return mail to b-Linx. |
| VINCENT NACORDA - CAS | | $75.00 | 11/18/2013 | 0.5 | $37.50 | Populate MF54024. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/19/2013 | 1.2 | $180.00 | Generate updated monthly report of active and inactive claims (.9). Export to Excel (.2) and forward to S Cohen for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/19/2013 | 1.3 | $195.00 | Parse and upload updated Blackstone distribution interest to distribution database. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/19/2013 | 1.6 | $240.00 | Update/modify selected claims distribution data as per M Araki review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/19/2013 | 1.7 | $255.00 | Update distribution detail source data (.7). Rerun undisputed claims report (.7). Export to Excel (.2). Forward to M Araki for review (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/20/2013 | 1.5 | $225.00 | Review/audit of final W9 source data (.8). Prep and upload to W9 tabulation database (.7) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 11/20/2013 | 1.6 | $240.00 | Setup and customization of W9 tabulation database. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/20/2013 | 0.1 | $9.50 | Update mail file data to master service list. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/21/2013 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/25/2013 | 0.1 | $9.50 | Upload bankruptcy claims to b-Linx received from Rust Consulting. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/25/2013 | 0.1 | $9.50 | Migrate bankruptcy claims' images from CD to server. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/25/2013 | 0.1 | $9.50 | Append bankruptcy claim data to tblOutput for migration to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/25/2013 | 0.1 | $9.50 | Prepare and forward claims register for bankruptcy claims upload to project team. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/25/2013 | 0.1 | $9.50 | Extract, process, reformat bankruptcy data to migrate data to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/25/2013 | 0.1 | $9.50 | Review and respond to correspondence with project manager regarding the new Rust CD. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/25/2013 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 11/27/2013 | 0.1 | $9.50 | Update return mail to b-Linx. |
| MIKE BOOTH - MANAGER | | $165.00 | 11/27/2013 | 0.1 | $16.50 | Review of 11/27 daily Image Scan Tracking report re: W-9 data input assignments for team. |
| | | | Total: | 29.5 | $4,262.50 | |
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2013 | 0.5 | $105.00 | Telephone from J Federbush/Blackstone re review of new data file, differences from prior file, general review |

Page 8 of 14

EXHIBIT 1



WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2013 | 2.0 | $420.00 | Review last data file re info for S Scarlis re allowed claim extract for management meeting |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/3/2013 | 3.5 | $735.00 | Prep updated allowed claims exhibit data file for S Scarlis for management meeting (3.2); prep email to S Scarlis re data file and add'l info for meeting (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2013 | 0.4 | $84.00 | Telephone with J Federbush/Blackstone re reconciliation of new data file for interest calculations (.2); analysis of J Federbush email re reconciliation of data file (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2013 | 3.9 | $819.00 | Begin analysis of J Federbush reconciliation of data files for interest calculations (.9); analysis of b-Linx re data (1.8); prep research results for data file (1.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2013 | 2.4 | $504.00 | Continue analysis of J Federbush/Blackstone reconciliation of data files for interest calculations |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2013 | 1.2 | $252.00 | Discuss reconciliation follow-up questions with J Federbush/Blackstone |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2013 | 1.5 | $315.00 | Telephone with R Higgins re distribution prep status, planning (.2); review reports and lists for distribution prep status (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2013 | 0.4 | $84.00 | Work with J Federbush re data file for interest info from Blackstone |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/6/2013 | 0.3 | $63.00 | Various emails with R Higgins, S Scarlis re conf call with S Scarlis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2013 | 1.2 | $252.00 | Analysis of J Federbush email re interest calculations, as revised (1.0); prep email to S Scarlis, R Higgins, etc re revised interest calculations (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2013 | 0.9 | $189.00 | Work with G Kruse re distribution data planning for reporting due |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2013 | 0.7 | $147.00 | Conf call - S Scarlis, R Finke, K Blood, B Chiu, M Blessing, A Schlesinger, J Federbush and R Higgins re distribution planning status call |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/7/2013 | 1.7 | $357.00 | Analysis of Blackstone interest data file v Blackstone data upload from BMC |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2013 | 0.3 | $63.00 | Telephone with M John re record date issue |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2013 | 0.5 | $105.00 | Weekly call with R Finke, M Blessing, B Chui, J Federbush and R Higgins re status of distribution prep |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2013 | 0.3 | $63.00 | Email J Federbush re calculation of interest for new LWD PRP claim being filed (.2); prep email to L Gardner re LWD PRP claim to be filed (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2013 | 1.6 | $336.00 | Analysis of revised undisputed claims report from G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2013 | 1.0 | $210.00 | Analysis of S Scarlis email re draft presentation powerpoint (.5); analysis of R Finke revisions (.3), telephone with J Federbush re review of revisions (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2013 | 2.4 | $504.00 | Analysis of undisputed claims report vs data sources |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2013 | 2.3 | $483.00 | Prep revisions to undisputed claims report per analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 0.7 | $147.00 | Analysis of revised Undisputed Claim report draft (.6); prep email to client/counsel re draft report for conf call (.1) |

# bmcgroup
information management

WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 0.3 | $63.00 | Telephone from J Federbush/Blackstone re revisions to summary and interest data (.2); analysis of J Federbush email re updated interest data and summary report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 1.2 | $252.00 | Analysis of J Federbush/Blackstone interest data (1.0); prep email to G Kruse re updated interest data file (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 1.1 | $231.00 | Continue analysis of J Federbush/Blackstone interest data (.8); prep email to J Federbush re revision to summary page and interest data matching corrections (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 1.4 | $294.00 | Conf call with S Scarlis, R Higgins, M Blessing, B Epstein, A Schlesinger, J Federbush re prep for claims review meeting, review of powerpoint from S Scarlis, revisions (1.0); analysis of revised summary page and email to S Scarlis to confirm (.1); analysis of revised powerpoint for 11/20 conf call (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 1.8 | $378.00 | Analysis of G Kruse email re data issues with new numbering of interest calcs in Blackstone data file (.2); work with G Kruse re data issues, resolutions, review of draft data updates (1.0); revise b-Linx data to accommodate Blackstone data revisions (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2013 | 0.8 | $168.00 | Conf Call with Grace senior management, management, R Higgins, A Schlesinger, J Federbush re analysis of summary of distribution, reserves, items pending |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2013 | 0.3 | $63.00 | Analysis of R Higgins email re open claims contracts section (.1); prep email to R Higgins re claims included in open contracts section (.1); analysis of S Scarlis email re management feedback, updated weekly report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2013 | 0.7 | $147.00 | Weekly conf call with S Scarlis, R Higgins, A Schlesinger, R Finke, J Federbush re status of allowed claims exhibit, open schedules, former employees, distribution prep |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/27/2013 | 1.0 | $210.00 | Analysis of surety bond/ LOC fee report from A Schlesinger (.6); revise L/C chart re LOC fees (.4) |
| | | | Total: | 38.3 | $8,043.00 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/14/2013 | 0.3 | $58.50 | eMail from and to M Araki re BMC fee application (.1); review and sign fee application for filing (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/26/2013 | 0.2 | $39.00 | eMail from and to Bobbi Ruhlander re Fee Auditor's 49th Combined No Objection final report (.1); review report re fee auditor's comments (.1) |
| | | | Total: | 0.5 | $97.50 | |
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2013 | 2.0 | $420.00 | Continue prep Omni 29 custom notices and exhibits |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2013 | 0.6 | $126.00 | Analysis of various emails from R Higgins, Ntc Grp and Pachulski firm re Omni 29 objection, service on affected parties, documents |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/1/2013 | 0.6 | $126.00 | Analysis of notes and emails re updates to R Higgins open schedule reports, revisions to be made |

# bmcgroup
information management

WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/4/2013 | 0.4 | $84.00 | Emails from/to S Scarlis re add'l info re allowed claims data file (.2); telephone with S Scarlis re review of data file (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/4/2013 | 3.6 | $702.00 | Analysis of pleadings and settlements affecting proofs of claims for distribution |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/4/2013 | 3.2 | $624.00 | Review and analysis of proofs of claims affected by orders, stipulations or settlements for coordinating updates to distribution and claims database |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2013 | 0.4 | $84.00 | Analysis of R Higgins email re W-9 issue (.2); prep email to R Higgins re W-9 issue research (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/5/2013 | 0.4 | $84.00 | Analysis of M Jones/K&E request re Undisputed Claims report |
| MIKE BOOTH - MANAGER | | $165.00 | 11/5/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 11/5/2013 | 0.2 | $33.00 | Analysis of b-Linx re: one claim transfer filed at docket no. 31289. |
| MIKE BOOTH - MANAGER | | $165.00 | 11/5/2013 | 0.3 | $49.50 | Prepare courtesy notice (Docket 31289) (.2), forward to notice group for service (.1). |
| MIKE BOOTH - MANAGER | | $165.00 | 11/5/2013 | 0.2 | $33.00 | Revise b-Linx re: one claim transfer (Docket 31289). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2013 | 0.4 | $84.00 | Analysis of R Higgins email re research request - Fair Harbor transfer (.1); research Fair Harbor transfer (.2); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/8/2013 | 1.3 | $273.00 | Analysis of R Higgins email re Wachovia L/Cs (.1); research re related claims (1.1); prep email to R Higgins re research results (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 11/8/2013 | 0.1 | $16.50 | Analysis of Court docket re: new claim transfer. |
| MIKE BOOTH - MANAGER | | $165.00 | 11/8/2013 | 0.1 | $16.50 | Analysis of b-Linx re: one claim transfer filed at docket no. 31311. |
| MIKE BOOTH - MANAGER | | $165.00 | 11/8/2013 | 0.3 | $49.50 | Prepare courtesy notice (Docket 31311) (.2), forward to notice group for service (.1). |
| MIKE BOOTH - MANAGER | | $165.00 | 11/8/2013 | 0.2 | $33.00 | Revise b-Linx re: one claim transfer (Docket 31311). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2013 | 0.5 | $105.00 | Conf call with R Higgins re open schedule reports to R Finke, revisions to be made |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2013 | 2.5 | $525.00 | Revise open schedule reports for R Finke per R Higgins telecom |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2013 | 1.8 | $378.00 | Work with G Kruse re matching results from Grace file to b-Linx database re tax ids |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/11/2013 | 1.4 | $294.00 | Analysis of R Higgins email re W-9 mailing documents (.2); analysis of draft W-9 documents (1.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 11/11/2013 | 1.6 | $312.00 | Analysis of proofs of claims affected by orders, stipulations or settlements for proposed distribution analysis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/12/2013 | 2.0 | $420.00 | Work with R Higgins re revisions to open schedule reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/12/2013 | 2.5 | $525.00 | Prep revised open schedule reports per calls/emails with R Higgins, add'l info re invoice detail |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/12/2013 | 1.4 | $294.00 | Continue work on R Higgins revisions to open schedule reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/12/2013 | 1.1 | $231.00 | Work with R Higgins re draft W-9 notice form |

# bmcgroup
information management

WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2013 | 0.7 | $147.00 | Analysis of R Higgins email re LWD PRP proof of claim (.1); research LWD PRP claim (.5); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/13/2013 | 1.6 | $336.00 | Detailed review of W-9 Notice per R Higgins request (.8), prep revision and comparison (.7), prep email to R Higgins re same (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2013 | 1.8 | $378.00 | Work with G Kruse re W-9 report possible matches, mailing prep |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2013 | 1.0 | $210.00 | Work with R Higgins re draft W-9 notice |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/14/2013 | 2.6 | $546.00 | Work on W-9 data file, letter for merge info insertion |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2013 | 0.9 | $189.00 | Telephone with R Higgins re bank lenders and L/Cs (.1); analysis of docs and info received (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2013 | 0.4 | $84.00 | Analysis of R Higgins email re LWD PRP new claim, processing (.2); prep email to K Becker/Rust consulting re same (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2013 | 1.0 | $210.00 | Work on prep of W-9 docs for service on 11/19 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/15/2013 | 1.5 | $315.00 | Work with G Kruse re W-9 mailing prep (1.2); prep NRC for W-9 mailing (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/16/2013 | 2.5 | $525.00 | Work with G Kruse re service parties for W-9 mailing (.8); issues with vendor matching (1.2); revised service parties (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/17/2013 | 2.8 | $588.00 | Continue work with G Kruse re revisions to data file for service parties |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/18/2013 | 0.7 | $147.00 | Telephone with R Higgins re review of schedule claims emails |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/18/2013 | 0.2 | $22.00 | Update claims database per M.Araki re: recent Stipulation (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/18/2013 | 0.3 | $33.00 | Begin analysis and preparation of monthly reports (.2); email correspondence with G.Kruse, M.Booth re: reporting requirements (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 1.2 | $252.00 | Analysis of files and corresp re L/C Money Loaned report (.5); prep ART report re Money Loaned/ L/C parties (.3); analysis of report (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 1.3 | $273.00 | Prep L/C Money Loaned report tracking worksheet re L/Cs and loans claimed/scheduled |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 0.4 | $84.00 | Analysis of L Gardner email re updated environmental tracking spreadsheet (.1); brief review of spreadsheet (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/19/2013 | 0.5 | $105.00 | Analysis of S Cohen emails to K Becker re updated claims and transfer info |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/19/2013 | 0.3 | $33.00 | Complete analysis and preparation of monthly reports (.2); email correspondence with K.Becker at Rust Consulting (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2013 | 1.5 | $315.00 | Continue work on L/C - Money Loaned spreadsheet and related claims/schedules review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2013 | 2.0 | $420.00 | Analysis of corresp and notes re revisions to claims and claims updates (1.0); revise b-Linx per review (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/20/2013 | 0.6 | $126.00 | Analysis of R Higgins email re call with Blackstone re open claims (.1); analysis of open claims schedule from Blackstone (.5) |

**bmcgroup**
Information management

WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2013 | 1.0 | $210.00 | Conf call with R Higgins, A Schlesinger, J Federbush re review of open claims, planning |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2013 | 0.3 | $63.00 | Analysis of K Becker/Rust Consulting email re LWD PRP Group claim received, in process (.1); prep email to B Chiu re Wachovia L/C info, draws (.1); analysis of B Chiu response (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2013 | 1.0 | $210.00 | Analysis of J Federbush emails re open claims for review (.2); analysis of open claims report from J Federbush (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2013 | 4.0 | $840.00 | Analysis of J Federbush open claims report vs b-Linx open claims (1.0); revise J Federbush open claims report per analysis (3.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/21/2013 | 2.0 | $420.00 | Revise J Federbush open claims report to incorporate information requested by R Higgins |
| MIKE BOOTH - MANAGER | | $165.00 | 11/21/2013 | 0.2 | $33.00 | Analysis of Court docket re: objections to transfers after 21 day notice expiration (.1); update B-Linx as required. (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 11/21/2013 | 0.8 | $88.00 | Analyze Court docket numbers 30988 to 31359 (.4); audit claim updates (.2); update claim database (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/22/2013 | 2.2 | $462.00 | Conf call with R Higgins, A Schlesinger, J Federbush re review of revised open claims report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/22/2013 | 0.3 | $63.00 | Revise open claims report re notes from call (.2); prep email to R Higgins, A Schlesinger, J Federbush re updated open claims report (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/22/2013 | 1.2 | $252.00 | Analysis of B Chiu email re updated L/C report (.1); prep email to B Chiu re info on open schedules related to L/Cs (.1); begin analysis of updated L/C report for L/C tracking report (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/22/2013 | 0.4 | $84.00 | Analysis of notes from call with R Higgins/Blackstone re claims updates and add'l research |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/22/2013 | 0.5 | $105.00 | Analysis of R Higgins email re IRS/RAR tax amounts (.1); analysis of IRS/RAR report (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/25/2013 | 0.5 | $105.00 | Analysis of J Federbush email re revised open claims review (.1); brief review of revised report (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/25/2013 | 0.5 | $105.00 | Analysis of R Serrette email re J Song/Liquidity Solutions inquiry re W9 responses (.1); analysis of J Song list of LSI claims (.3); prep email to J Song re W9 info (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/25/2013 | 0.3 | $63.00 | Analysis of R Higgins email re Reed Smith schedule (.1); prep email to L Gardner re enviro L/C research (.1); analysis of L Gardner response re enviro L/C (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/25/2013 | 0.4 | $84.00 | Analysis of R Higgins email re Bryan Cave HRO (.1); research b-Linx (.2); prep email to R Higgins re Bryan Cave HRO (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/25/2013 | 2.0 | $420.00 | Continue analysis of L/C data from B Chiu, b-Linx research (1.3); revise L/C Money Loaned worksheet re research results (.7) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2013 | 1.5 | $315.00 | Conf call with R Higgins, A Schlesinger, J Federbush re review of revised open claims report (1.4); analysis of R Higgins email re Hanmar/Hankin and Norfolk Southern (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2013 | 2.0 | $420.00 | Continue work on L/C report, analysis of B Chiu data, vendor data |



WR Grace
Date Range 11/1/2013 - 11/30/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/26/2013 | 1.5 | $315.00 | Revise L/C Money Loaned worksheet re results of analysis, add'l research/issues, matching claims/scheds |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 11/27/2013 | 0.2 | $42.00 | Analysis of J Federbush email re Holme Roberts claim for interest calculations (.1); prep email to J Federbush re Holme Roberts aka Bryan Cave HRO claim (.1) |
| | | | Total: | 77.8 | $15,975.50 | |
| | | | Grand Total: | 195.0 | $36,139.00 | |

Page 14 of 14

EXHIBIT 1

bmcgroup
Information management

# bmcgroup
information management

## WR Grace
### Professional Activity Summary
Date Range: 11/1/2013 - 11/30/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 1.3 | $253.50 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 0.9 | $189.00 |
| Total: | | 2.2 | $442.50 |
| **WRG Asbestos PI Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 2.3 | $483.00 |
| Total: | | 2.3 | $483.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Lucina Solis | $45.00 | 0.5 | $22.50 |
| Mireya Carranza | $45.00 | 2.4 | $108.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 1.9 | $180.50 |
| Debra Choulock | $45.00 | 1.1 | $49.50 |
| Erin Kramer | $65.00 | 0.4 | $26.00 |
| James Myers | $65.00 | 2.5 | $162.50 |
| Mabel Soto | $45.00 | 0.3 | $13.50 |
| Maristar Go | $95.00 | 0.5 | $47.50 |
| Noreve Roa | $95.00 | 1.5 | $142.50 |
| Shirley Pzynski | $45.00 | 1.3 | $58.50 |
| Vincent Nacorda | $75.00 | 0.2 | $15.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.6 | $264.00 |
| Myrtle John | $195.00 | 0.8 | $156.00 |
| Terri Marshall | $185.00 | 0.6 | $111.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 5.7 | $627.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 23.1 | $4,851.00 |
| Total: | | 44.4 | $6,835.00 |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Reynante Dela Cruz | $95.00 | 0.8 | $76.00 |
| Vincent Nacorda | $75.00 | 0.5 | $37.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 0.1 | $16.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 26.6 | $3,990.00 |
| SR_ANALYST | | | |
| Jacqueline Conklin | $95.00 | 1.5 | $142.50 |
| Total: | | 29.5 | $4,262.50 |



### bmcgroup
information management

WR Grace
Professional Activity Summary
Date Range: 11/1/2013 - 11/30/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Distribution** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 38.3 | $8,043.00 |
| | Total: | 38.3 | $8,043.00 |
| **WRG Fee Applications-Applicant** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.5 | $97.50 |
| | Total: | 0.5 | $97.50 |
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.7 | $280.50 |
| Myrtle John | $195.00 | 8.4 | $1,638.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 1.6 | $176.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 66.1 | $13,881.00 |
| | Total: | 77.8 | $15,975.50 |
| | Grand Total: | 195.0 | $36,139.00 |

EXHIBIT 1