**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_131130**
**Expense Summary**

**Period Ending  11/30/2013**

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $89.90 |
| Noticing Production | $5,391.89 |
| Pacer | $253.80 |
| Website Hosting | $250.00 |
| **Total** | **$7,185.59** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace & Co. et al

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20131101-1 | 11/1/2013 | $1,008.76 |
| Reference # 021-20131101-2 | 11/1/2013 | $49.89 |
| Reference # 021-20131101-3 | 11/1/2013 | $369.38 |
| Reference # 021-20131119-1 | 11/19/2013 | $3,957.86 |
| Reference # 021-20131130-1 | 11/30/2013 | $6.00 |
| | Total Due | $5,391.89 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 11/1/2013
**Reference #:** 021-20131101-1
**Notes:** **Both documents were sent together to the Affected Parties**

| Job Type | Job Item | Step | Pages / Parties | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Omni 29 Obj | | 41 / 20 | | | |
| | | Production | | Printed Impressions | 820 Pieces @ $.10 each | $82.00 |
| | 2. Omni 29 Obj Custom Notices | | 7 / 20 | | | |
| | | Document/Data Preparation | | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | | Expedited Mail Handling | 20 Pieces @ $.25 each | $5.00 |
| | | | | Express Mail (at Cost) | 2 Pieces @ $18.11 each | $36.22 |
| | | | | FedEx (at Cost) | 18 Pieces @ $47.03 each | $846.54 |
| | | Production | | Printed Impressions | 140 Pieces @ $.10 each | $14.00 |

**Total Due:** **$1,008.76**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 11/1/2013
**Reference #:** 021-20131101-2
**Notes:** 1 Package returned as undeliverable 545777467011-800717637949

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | Dkt No. - Omni 29 Obj | | 41 / 1 | | |
| | | Postage | FedEx Return Mail Cost | 1 Piece @ $49.89 each | $49.89 |
| | | | | **Total Due:** | **$49.89** |



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

Production Date: 11/1/2013
Reference #: 021-20131101-3
Notes: 6 Packages returned as undeliverable 545777466997-797133147340, 545777467136-797132774295, 545777467088-797081689349, 545777466975-558499388013, 545777467033-569185197633, 545777467055-797109031365

| Job Type | Job Item | Pages / Parties | | |
|---|---|---|---|---|
| | Step | Task | Details | Total |
| Noticing Document | Dkt No. - Omni 29 Obj | 41 / 6 | | |
| | Postage | FedEx Return Mail Cost | 1 Piece @ $18.15 each | $18.15 |
| | | FedEx Return Mail Cost | 1 Piece @ $121.91 each | $121.91 |
| | | FedEx Return Mail Cost | 1 Piece @ $120.36 each | $120.36 |
| | | FedEx Return Mail Cost | 1 Piece @ $15.57 each | $15.57 |
| | | FedEx Return Mail Cost | 1 Piece @ $18.15 each | $18.15 |
| | | FedEx Return Mail Cost | 1 Piece @ $75.24 each | $75.24 |

**Total Due:** **$369.38**

*Invoice Due Upon Receipt*                                    *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

Production Date: 11/19/2013
Reference #:       021-20131119-1

| Job Type | Job Item | Step | Pages / Parties<br>Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | W-9 Mailing | | 16 / 1,347 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 1335 Pieces @ $1.32 each | $1,762.20 |
| | | | USPS - CAN (at Cost) | 2 Pieces @ $2.45 each | $4.90 |
| | | | USPS - International (at Cost) | 10 Pieces @ $3.75 each | $37.50 |
| | | Production | Collate and Stuff | 1347 Pieces @ $.08 each | $107.76 |
| | | | Printed Impressions | 21552 Pieces @ $.08 each | $1,724.16 |
| | | Supplies | Business Reply Envelope No Postage | 1347 Pieces @ $.08 each | $107.76 |
| | | | Inkjet and Envelope - Window Catalog | 1347 Pieces @ $.14 each | $188.58 |

**Total Due:    $3,957.86**

*Invoice Due Upon Receipt*                                          Page 1 of 1

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

Production Date: 11/30/2013
Reference #:       021-20131130-1
Notes:             **Postage charges for change of address remailing and other misc mailings.**

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for November | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 3 Pieces | $3.96 |
| Other | Proof of Service to Counsel | | | | |
| | | | USPS - 1st Class (at Cost) | Total: 1 Piece | $1.12 |
| | | Transfer | | | |
| | | | USPS - 1st Class (at Cost) | Total: 2 Pieces | $0.92 |
| | | | | **Total Due:** | **$6.00** |

*Invoice Due Upon Receipt*

EXHIBIT 2