# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

1st Revision 03/17/2014 01:24 PM

Calendar Date: 03/18/2014
Calendar Time: 11:00 AM ET

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6153810 | Lisa Esayian | (312) 862-2226 | Kirkland & Ellis LLP | Debtor, W. R. Grace & Co. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6154447 | Richard Finke | 410-531-4355 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6153801 | James E. O'Neill | (302) 778-6407 | Pachulski Stang Ziehl & Jones | Debtor, W.R. Grace & Co., et al. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6154360 | Alan B. Rich | 214-744-5100 | Law Office of Alan B. Rich | Interested Party, Property Damage FCR / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6154547 | David L. Rosendorf | (305) 372-1800 | Kozyak, Tropin & Throckmorton, PA | Creditor, Anderson Memorial Hospital / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6154639 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Consultant, Mark Shelnitz / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6154558 | Gibson Solomons | (803) 943-4444 | Speights & Runyan | Creditor, Anderson Memorial Hospital / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6154614 | Daniel Speights | 803-943-4444 | Speights & Runyan | Creditor, Anderson Memorial Hospital / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6154530 | Theodore J. Tacconelli | 302-575-1555 | Ferry Joseph & Pearce P.A. | Interested Party, Anderson Memorial Hospital / LIVE |