# EXHIBIT A

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                                    February 27, 2014
Attn: Lydia B. Duff, Esq.                            Client/Matter #  01246-015172
7500 Grace Drive                                     Invoice # 158780
Columbia, MD  21044                                  Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/14 in Connection With:

<u>IRIS</u>

| | | | | |
|---|---|---|---|---|
| 01/02/14 | K. Bourdeau | C300 | 0.50 | Participate in Grace team status/strategy call, review developments and report on same. |
| 01/07/14 | K. Bourdeau | C300 | 0.30 | Communications with client re recent developments. |
| 01/07/14 | D. Barker | C300 | 1.20 | Review background materials for FOIA action for Lockey data request. |
| 01/08/14 | K. Bourdeau | C300 | 1.00 | Conference with R. Finke and related research, and provide R. Finke comments. |
| 01/08/14 | D. Barker | C300 | 3.20 | Conference with J. Lanham re FOIA issues, research applicable data sharing policies and guidance and begin drafting complaint for FOIA action. |
| 01/08/14 | J. Lanham | C300 | 0.50 | Telephone communications with D. Barker re FOIA |
| 01/09/14 | K. Bourdeau | C300 | 1.30 | Conference with P. Marks re recent developments, participate in status, strategy conference call. |
| 01/09/14 | P. Marks | C300 | 0.20 | Telephone conference with K. Bourdeau re status of tasks. |
| 01/09/14 | P. Marks | C300 | 0.80 | Telephone conference with L. Duff and H. Feichko re developments and tasks. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158780
February 27, 2014
PAGE  2

| 01/09/14 | P. Marks | C300 | 1.00 | Telephone conference with L. Duff and J. Rollins re preparation for meeting. |
| 01/09/14 | P. Marks | C300 | 1.10 | Weekly team telephone call. |
| 01/09/14 | P. Marks | C300 | 1.40 | Review emails and documents. |
| 01/09/14 | D. Barker | C300 | 2.10 | Research and outline potential FOIA arguments. |
| 01/10/14 | K. Bourdeau | C300 | 1.30 | Conference call, e-mail communications and review documents forwarded. |
| 01/10/14 | P. Marks | C300 | 1.20 | Telephone conference with consultants, H. Feichko, L. Duff, K. Ethier and K. Bourdeau re evaluating strategy. |
| 01/10/14 | P. Marks | C300 | 1.40 | Prepare for and conduct telephone conference. |
| 01/10/14 | P. Marks | C300 | 1.10 | Telephone conference with L. Duff and H. Feichko re tasks and assess same. |
| 01/10/14 | P. Marks | C300 | 0.80 | Assess FOIA tasks and review draft letters re same. |
| 01/10/14 | D. Barker | C300 | 3.30 | Draft email re strategy and timing. |
| 01/11/14 | P. Marks | C300 | 1.30 | Emails re strategy and prepare for meeting. |
| 01/13/14 | P. Marks | C300 | 0.70 | Assess technical issues from FOIA documents and set up meeting re same. |
| 01/13/14 | P. Marks | C300 | 3.20 | Prepare for and conduct meetings in DC with H. Feichko and consultants re assessment. |
| 01/14/14 | P. Marks | C300 | 1.70 | Assess information on studies and issues and coordinate with client, J. Lanham and D. Barker re same. |
| 01/14/14 | P. Marks | C300 | 1.90 | Prepare for and telephone conference with technical experts re EPA analysis. |
| 01/14/14 | P. Marks | C300 | 0.50 | Telephone conference with L. Duff re issues. |
| 01/14/14 | D. Barker | C300 | 2.80 | Conference with P. Marks and J. Lanham re FOIA complaint draft and strategy; revise draft complaint and draft email to client re same. |
| 01/14/14 | J. Lanham | C300 | 2.00 | Review litigation documents and telephone conference with P. Marks and D. Barker re same. |
| 01/15/14 | K. Bourdeau | C300 | 0.30 | E-mail communications re recent developments. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158780
February 27, 2014
PAGE  3

| | | | | |
|---|---|---|---|---|
| 01/15/14 | K. Bourdeau | C300 | 0.50 | E-mail communications. |
| 01/15/14 | P. Marks | C300 | 1.00 | Review FOIA complaint and communications with J. Lanham and D. Barker re same. |
| 01/15/14 | D. Barker | C300 | 0.60 | Review edits to complaint from R. Finke; coordinate with G. Ecolino re cite-checking complaint and preparing additional documents for filing. |
| 01/15/14 | G. Ecolino | C300 | 0.50 | Confer with D. Barker re status of complaint and related tasks. |
| 01/16/14 | K. Bourdeau | C300 | 0.80 | Participate in status conference. |
| 01/16/14 | P. Marks | C300 | 2.00 | Telephone conferences with L. Duff re tasks and call preparation, and conduct weekly team telephone call. |
| 01/16/14 | D. Barker | C300 | 1.10 | Follow up with G. Ecolino re cite check and finalizing FOIA complaint. |
| 01/16/14 | J. Lanham | C300 | 0.50 | Prepare and file FOIA request. |
| 01/16/14 | G. Ecolino | C300 | 6.00 | Cite check pleading and prepare materials for same and related tasks. |
| 01/17/14 | K. Bourdeau | C300 | 2.50 | Review guidance re legal issues. |
| 01/17/14 | P. Marks | C300 | 3.80 | Prepare for and conduct telephone conference with experts re understanding EPA documents and follow-up evaluation and emails re same. |
| 01/17/14 | D. Barker | C300 | 0.90 | Proofread final document for filing. |
| 01/17/14 | G. Ecolino | C300 | 0.80 | Review and manage file and confer re status of filing. |
| 01/19/14 | P. Marks | C300 | 0.50 | Review information from B. Medler and respond re same. |
| 01/20/14 | K. Bourdeau | C300 | 1.00 | Conference with P. Marks and prepare e-mail to P. Marks. |
| 01/20/14 | P. Marks | C300 | 0.40 | Review emailed documents from B. Medler. |
| 01/21/14 | P. Marks | C300 | 0.30 | Monitor FOIA tasks and client email. |
| 01/21/14 | D. Barker | C300 | 1.80 | Finalize and file complaint in FOIA action. |
| 01/21/14 | J. Lanham | C300 | 1.00 | Research re legal issues. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158780
February 27, 2014
PAGE  4

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 01/21/14 | G. Ecolino | C300 | 2.30 | Prepare and submit electronic filing; coordinate service of same. |
| 01/22/14 | K. Bourdeau | C300 | 0.30 | E-mail communications re results of review and analysis of documents. |
| 01/22/14 | P. Marks | C300 | 1.00 | Prepare for call with experts. |
| 01/22/14 | P. Marks | C300 | 1.30 | Telephone conference with consulting experts re documents obtained through FOIA. |
| 01/22/14 | P. Marks | C300 | 0.70 | Document review and email to client re expert discussion. |
| 01/22/14 | D. Barker | C300 | 0.50 | Research and tasks related to FOIA litigation. |
| 01/22/14 | J. Lanham | C300 | 1.50 | Research and prepare FOIA Request. |
| 01/22/14 | G. Ecolino | C300 | 2.50 | Process service copies of filing to be served and review and manage file. |
| 01/23/14 | P. Marks | C300 | 8.00 | Conference with client team and expert consultants re asbestos issues. |
| 01/23/14 | D. Barker | C300 | 0.40 | Tasks related to FOIA litigation. |
| 01/23/14 | J. Lanham | C300 | 0.50 | Prepare and file notice of appearance. |
| 01/23/14 | G. Ecolino | C300 | 3.00 | Support tasks related to FOIA litigation. |
| 01/24/14 | P. Marks | C300 | 1.40 | Assess issues and recent EPA statements and developments. |
| 01/24/14 | D. Barker | C300 | 0.40 | Tasks related to FOIA litigation. |
| 01/24/14 | G. Ecolino | C300 | 3.70 | Tasks related to FOIA litigation. |
| 01/27/14 | P. Marks | C300 | 0.60 | Telephone conference with H. Feichko to evaluate expert issues. |
| 01/27/14 | G. Ecolino | C300 | 1.30 | Review and manage file. |
| 01/28/14 | P. Marks | C300 | 2.50 | Evaluate and conference with L. Duff re technical expert evaluations and legal issues. |
| 01/28/14 | P. Marks | C300 | 1.00 | Conference with client team re technical expert evaluations. |
| 01/28/14 | D. Barker | C300 | 0.30 | Tasks related to FOIA litigation. |
| 01/28/14 | G. Ecolino | C300 | 1.50 | Support tasks related to FOIA litigation. |

BEVERIDGE & DIAMOND, P.C.                          INVOICE # 158780
                                                   February 27, 2014
                                                   PAGE  5

| 01/29/14 | P. Marks | C300 | 0.50 | Review new EPA materials and evaluate same. |
| 01/30/14 | K. Bourdeau | C300 | 0.50 | Participate in team status/strategy call. |
| 01/30/14 | P. Marks | C300 | 0.50 | Participate in weekly team telephone conference. |
| 01/30/14 | P. Marks | C300 | 1.00 | Handle audit request response. |
| 01/30/14 | P. Marks | C300 | 0.60 | Direct T. Horch to obtain article and evaluate same. |
| 01/30/14 | G. Ecolino | C300 | 1.30 | Support tasks related to FOIA litigation. |
| 01/30/14 | T. Horch | C300 | 0.50 | Research publication requested by P. Marks. |

                    **Total Hours :**        103.70

                    **Total Fees :**      $49,309.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158780
February 27, 2014
PAGE  6

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 10.30 | $775.00 | $7,982.50 |
| P. Marks | 45.40 | $560.00 | $25,424.00 |
| D. Barker | 18.60 | $465.00 | $8,649.00 |
| J. Lanham | 6.00 | $390.00 | $2,340.00 |
| G. Ecolino | 22.90 | $210.00 | $4,809.00 |
| T. Horch | 0.50 | $210.00 | $105.00 |

|  |  |
|---|---|
| Total Fees : | $49,309.50 |
| 10% Discount : | (4,930.95) |
| Total Fees Due : | $44,378.55 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 103.70 | $49,309.50 |
| Total | 103.70 | $49,309.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 103.70 | $49,309.50 |
| 10% Discount : |  | (4,930.95) |
| Total Fees Due : |  | $44,378.55 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E105 | Telephone | $133.33 |
| E110 | Out-of-town Travel | $32.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158780
February 27, 2014
PAGE  7

E111     Meals                                                $97.60

---

Total Disbursements :          $262.93

TOTAL DUE :          $44,641.48