# EXHIBIT B

## (Petition)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

February 27, 2014  
Client/Matter #  01246-015504  
Invoice # 158781  
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/14 in Connection With:

**Petition**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/01/14 | K. Bourdeau | C300 | 0.30 | Review e-mails from P. Marks on various items. |
| 01/02/14 | K. Bourdeau | C300 | 2.00 | Review revisions to petition prepared by P. Marks and select aspects of petition; prepare edits to same. |
| 01/02/14 | T. Horch | L140 | 1.50 | Prepare and scan Exhibits, and save to worksite, and coordinate with staff. |
| 01/03/14 | K. Bourdeau | C300 | 4.00 | Work on petition. |
| 01/04/14 | K. Bourdeau | C300 | 1.50 | Further work on petition and prepare draft cover transmittal e-mail to client. |
| 01/06/14 | K. Bourdeau | C300 | 2.00 | Finalize petition and transmit to client. |
| 01/07/14 | K. Bourdeau | C300 | 0.30 | Communications with client re petition. |
| 01/11/14 | K. Bourdeau | C300 | 1.50 | Review and respond to R. Finke comments, review Guidelines re same, and e-mail communications with others re same. |
| 01/17/14 | K. Bourdeau | C300 | 0.80 | Evaluate legal issue and e-mail communications with P. Marks re same. |
| 01/19/14 | K. Bourdeau | C300 | 3.00 | Evaluate legal issue and prepare e-mail to P. Marks re same and recommendations for revisions to petition. |

| | | | | |
|---|---|---|---|---|
| BEVERIDGE & DIAMOND, P.C. | | | | INVOICE # 158781<br>February 27, 2014<br>PAGE   2 |

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/20/14 | K. Bourdeau | C300 | 0.90 | Conference with P. Marks and follow-up review and communications re same. |
| 01/20/14 | P. Marks | C300 | 0.90 | Telephone conference with K. Bourdeau re new documents, client comments and tasks. |
| 01/20/14 | P. Marks | C300 | 0.60 | Follow-up review, assessment and emails. |
| 01/21/14 | K. Bourdeau | C300 | 1.50 | Work on changes to petition and internal and external communications re same. |
| 01/21/14 | P. Marks | C300 | 0.30 | Brief coordination with K. Bourdeau re tasks. |
| 01/26/14 | K. Bourdeau | C300 | 1.00 | Prepare final changes to petition and cover explanatory e-mail to P. Marks re same. |

            Total Hours :        22.10

            Total Fees :     $15,893.00

```
BEVERIDGE & DIAMOND, P.C.                           INVOICE # 158781
                                                    February 27, 2014
                                                    PAGE   3
```

**Time Summary :**

|   | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 18.80 | $775.00 | $14,570.00 |
| P. Marks | 1.80 | $560.00 | $1,008.00 |
| T. Horch | 1.50 | $210.00 | $315.00 |
|   |   | Total Fees : | $15,893.00 |
|   |   | 10% Discount : | (1,589.30) |
|   |   | Total Fees Due : | $14,303.70 |

**Summary by Task Codes :**

| CODE |   | Hours | Bill Amount |
|---|---|---|---|
| C300 |   | 20.60 | $15,578.00 |
| Total |   | 20.60 | $15,578.00 |
| L100 |   |   |   |
| L140 |   | 1.50 | $315.00 |
| Total L100 |   | 1.50 | $315.00 |
|   | Total Fees : | 22.10 | $15,893.00 |
|   | 10% Discount : |   | (1,589.30) |
|   | Total Fees Due : |   | $14,303.70 |

**Summary by Disbursement Codes :**

|   |   | Bill Amount |
|---|---|---|
| E101 | Copying | $0.20 |
| E105 | Telephone | $15.06 |

BEVERIDGE & DIAMOND, P.C.                                       INVOICE # 158781
                                                                February 27, 2014
                                                                PAGE   4

---

                                                 **Total Disbursements :**                 $15.26

                                                        **TOTAL DUE :**               $14,318.96