# EXHIBIT C

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                          February 27, 2014
Attn: Lydia B. Duff, Esq.                          Client/Matter #  01246-012629
7500 Grace Drive                                   Invoice # 158779
Columbia, MD  21044                                Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/14 in Connection With:

**Bankruptcy Fee Application**
**100035**

| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 01/27/14 | P. Marks | L190 | 0.70 | Address billing format and pleadings. |

Total Hours :          0.70

Total Fees :        $392.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158779
February 27, 2014
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.70 | $560.00 | $392.00 |
| **Total Fees :** | | | $392.00 |
| **10% Discount :** | | | (39.20) |
| **Total Fees Due :** | | | $352.80 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L190 | 0.70 | $392.00 |
| Total L100 | 0.70 | $392.00 |
| **Total Fees :** | 0.70 | $392.00 |
| **10% Discount :** | | (39.20) |
| **Total Fees Due :** | | $352.80 |

## Summary by Disbursement Codes :

|  |  |
|---|---|
| **TOTAL DUE :** | $352.80 |