# EXHIBIT D

(Curtis Bay Air)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044  

February 27, 2014  
Client/Matter #   01246-015577  
Invoice # 158782  
Federal ID# 52-1247549  

For Legal Services Rendered Through 01/31/14 in Connection With:

**Curtis Bay Air**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 01/28/14 | L. McAfee | C300 | 1.30 | Discussion with L. Duff re ammonia issues. |

Total Hours :        1.30

Total Fees :      $715.00

BEVERIDGE & DIAMOND, P.C.                                    INVOICE # 158782
                                                             February 27, 2014
                                                             PAGE   2

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 1.30 | $550.00 | $715.00 |
| Total Fees : |  |  | $715.00 |
| 10% Discount : |  |  | (71.50) |
| Total Fees Due : |  |  | $643.50 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.30 | $715.00 |
| Total | 1.30 | $715.00 |
| Total Fees : | 1.30 | $715.00 |
| 10% Discount : |  | (71.50) |
| Total Fees Due : |  | $643.50 |

**Summary by Disbursement Codes :**

                                      TOTAL DUE :            $643.50