# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### NO ORDER REQUIRED
### CERTIFICATION OF NO OBJECTION TO THE NINETEENTH QUARTERLY FEE APPLICATION OF SAUL EWING LLP, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013
### [RE: DOCKET NO. 31778]

On February 25, 2014, Saul Ewing LLP ("Saul Ewing"), co-counsel to the Official Committee of Equity Security Holders, filed its Nineteenth Quarterly Fee Application for Compensation and Reimbursement of Expenses [Docket No. 31778] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Time) on March 17, 2014. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Saul Ewing respectfully requests that the Court enter an order approving this Application at its earliest convenience.

**SAUL EWING LLP**

By:     /s/ Teresa K.D. Currier
Teresa K. D. Currier (No. 3080)
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800

Co-Counsel to the Official Committee of Equity
Security Holders

Dated: March 19, 2014