**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re: W.R. Grace & Co., et al.        Chapter 11

           Debtor.         Case No. 01 - 01139 ( KJC )

**CONSENT TO SERVICE OF DOCUMENTS BY RECEIPT OF ECF NOTICE
OR BY EMAIL IN CHAPTER 11 CASES**

This Local Form allows Firms to opt for service of documents in chapter 11 cases by receipt of the ECF Notice (if the firm has registered ECF users) or service of documents by receipt via email. Firms consenting to service in the manner below waive the right to service by personal service or first class mail, except as required under applicable law. Firms not opting for the electronic service options below will continue to receive documents in the conventional manner. Check one below.

   CONSENT TO SERVICE BY RECEIPT OF THE ECF NOTICE IN CHAPTER 11 CASES
                    (for registered ECF users only).

[X]   I, Meghan E.B. DeBard, on behalf of the Firm named below certify that I am a registered ECF-user and that the Firm represents the Party named below. The Firm consents to service of documents in the above-referenced case by receipt of the ECF Notice only. The consent remains effective until it is withdrawn by submitting a signed written notice to the Clerk of the Bankruptcy Court and served on Debtor's counsel.

Richard B. Schiro, 7A Trustee of the PD Asbestos Trust        Cox Smith Matthews Incorporated        March 19, 2014

Party Represented            Firm                Date

   When a document is filed electronically, a notification of electronic filing (the "ECF Notice") is automatically generated by the Court's electronic case filing system ("ECF"). The ECF Notice is sent electronically to the attorney filing the document and to registered participants of the Court's Case Management/Electronic Case Filing System (CM/ECF). By completing the above, the Firm is consenting that the receipt of the ECF Notice shall constitute effective service for the Party represented of all papers and notices governed by Rule 7005 of the Federal Rules of Bankruptcy Procedure (incorporating Rule 5 of the Federal Rules of Civil Procedure), Rule 9022 of the Federal Rules of Bankruptcy Procedure, and all paper and notices governed by Rule 9014(b) of the Federal Rules of Bankruptcy Procedures, except as otherwise provided by law. Service of initiating pleadings on a party to a proceeding, such as the summons and complaint in an adversary proceeding or an involuntary bankruptcy proceeding must be made as provided by the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, statute, Local Rule, or other applicable law. The Return of Service of Summons or, as applicable, the Certificate of Service, may be made electronically.

LOCAL FORM 114

To enable proper service via the transmission of the ECF Notice in pending cases, registered participants in the Court's CM/ECF system shall not withdraw their email address from any case and shall not deactivate their email accounts while involved in an adversary proceeding or other contested matter without giving prior notification of a new email address to the Court Clerk's office.

## CONSENT TO SERVICE BY EMAIL

☐   I, _____, on behalf of the Firm named below certify that the Firm represents the Party named below. The Firm consents to service of documents in the above-referenced case by receipt of documents in an email to the email address(es) below. The consent remains effective until it is withdrawn by submitting a signed written notice to the Clerk of the Bankruptcy Court.

_____     _____     _____
Party Represented                                  Firm                          Date


_____     _____
Email Address(es)

Your Firm consents to service by email only in the above-referenced case. Documents sent to you via email shall constitute effective service of all papers and notices governed by Rule 7005 of the Federal Rules of Bankruptcy Procedure (incorporating Rule 5 of the Federal Rules of Civil Procedure), Rule 9022 of the Federal Rules of Bankruptcy Procedure, and all paper and notices governed by Rule 9014(b) of the Federal Rules of Bankruptcy Procedures, except as otherwise provided by law. Service of initiating pleadings on a party to a proceeding, such as the summons and complaint in an adversary proceeding or an involuntary bankruptcy proceeding, must be made as provided by the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, statute, Local Rule, or other applicable law. The Return of Service of Summons or, as applicable, the Certificate of Service, may be made electronically.

LOCAL FORM 114