# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____
                                              )
In re:                                        )    Chapter 11
                                              )
W.R. GRACE & CO., et al.,                     )    Case No. 01-1139 (KJC)
                                              )
         Reorganized Debtors.                 )    Objection Deadline: April 9, 2014 at 4:00 p.m.
                                              )    Hearing: Schedule if Necessary (Negative Notice)
_____)

**COVER SHEET TO FIRST MONTHLY INTERIM APPLICATION OF FRANKEL WYRON LLP, BANKRUPTCY CO-COUNSEL TO ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD JANUARY 16, 2014 THROUGH FEBRUARY 3, 2014**

| | |
|---|---|
| Name of Applicant: | Frankel Wyron LLP ("FW LLP") |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of January 16, 2014, pursuant to an Order entered by the Court on February 21, 2014 [Dkt. No. 31769] |
| Period for which compensation is sought: | January 16, 2014 - February 3, 2014 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $56,087.50 |
| 80% of fees to be paid: | $44,870.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,347.44 |
| Total Fees @ 80% and 100% Expenses: | $47,217.44 |

This is an:    ____  interim    __X__  monthly    ___  final application.

This is FW LLP's first interim fee application for the period January 16, 2014 - February 3, 2014 ("First Interim").  FW LLP has not previously filed any other interim fee applications with the Court nor has it received any payments from the Debtors as of the date of filing this First Interim.

## COMPENSATION SUMMARY
### JANUARY 16, 2014 - FEBRUARY 3, 2014

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Richard H. Wyron | Partner | $875 | 69.70 | $56,087.50 |
| **TOTAL FEES** | | | **69.70** | **$56,087.50[1]** |
| **Blended Rate: $804.70** | | | | |

## COMPENSATION BY PROJECT CATEGORY
### JANUARY 16, 2014 - FEBRUARY 3, 2014

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan of Reorganization | 53.20 | $46,550.00 |
| Retention and Compensation | 5.30 | $4,637.50 |
| Travel  (Non-Working) | 11.20 | $4,900.00 |
| **TOTAL** | **69.70** | **$56,087.50** |

## EXPENSE SUMMARY
### JANUARY 16, 2014 - FEBRUARY 3, 2014

| Expense Category | Total |
|---|---|
| Airfare | $418.00 |
| Hotel | $828.37 |
| Meals | $78.91 |
| Mileage | $73.36 |
| Parking | $74.00 |
| Taxi | $99.00 |
| Tolls | $6.05 |
| Train | $769.75 |
| **TOTAL EXPENSES** | **$2,347.44** |

---

[1] This amount includes $4,900.00 for non-working travel, which was billed at one-half the hourly rate.

For the period covered by this First Interim, FW LLP has not charged the FCR, and does not seek reimbursement from the Debtors' estate, for expenses other than travel costs. FW LLP will abide by the Fee Auditor's guidelines with respect to such expenses.

                FRANKEL WYRON LLP

                By: */S/ RICHARD H. WYRON*
                    Richard H. Wyron, admitted *pro hac vice*
                    2101 L Street, N.W., Suite 800
                    Washington, DC  20037
                    (202) 903-0700
                    (202) 627-3002 (facsimile)

                *Co-Counsel to Roger Frankel, Asbestos PI*
                *Future Claimants' Representative*

Dated: March 19, 2014