**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | ) ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.,** | ) ) | **Case No. 01-1139 (KJC)** |
|     **Reorganized Debtors.** | ) ) ) |  |

## **VERIFICATION**

**DISTRICT OF COLUMBIA, TO WIT:**

Richard H. Wyron, after being duly sworn according to law, deposes and says:

1. I am a partner in Frankel Wyron LLP, bankruptcy co-counsel to Roger Frankel, the Asbestos Personal Injury Future Claimants' Representative appointed by the Court in these cases, effective as of May 16, 2013.

2. I personally performed the work described in Exhibit A attached to the Application filed with this Verification.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

*/S/ RICHARD H. WYRON*
Richard H. Wyron

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 19th day of March 2014

*/S/ Danielle Carroll*
Notary Public

My commission expires: September 14, 2018