# EXHIBIT A
# FRANKEL WYRON LLP
# INVOICES FOR THE TIME PERIOD
# JANUARY 16, 2014 – FEBRUARY 3, 2014

# FRANKEL WYRON LLP
## 2101 L STREET, N.W., SUITE 800
## WASHINGTON, DC 20037

Federal ID#
46-4457881

## Statement

**March 11, 2014**

Roger Frankel, FCR
for W. R. Grace & Co., et al.
c/o Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC 20037

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| | | Re: Plan of Reorganization | | |
| 1/17/2014 | RHW | Work on TDP issues and follow up emails (.8); respond to emails re interest rate issue and follow-up (.6); calls re Effective Date documents (.4) | 1.80 | 1,575.00 |
| 1/19/2014 | RHW | Review Effective Date documents and notes re same (6.1); review draft bylaws and emails re same (.8); organize notes for 1/22 meeting (.7) | 7.60 | 6,650.00 |
| 1/20/2014 | RHW | Review additional changes to draft Effective Date documents and notes re same. | 3.10 | 2,712.50 |
| 1/21/2014 | RHW | Review revised Effective Date documents (4.6); organize notes for 1/23 meeting (1.3); call with Trust counsel re securities issues and follow-up (.8); confer with R. Frankel and D. Felder re document issues and revisions (.6). | 7.30 | 6,387.50 |
| 1/22/2014 | RHW | Review additional changes to Effective Date documents (1.8); meet with counsel for all parties re Effective Date planning (2.8); follow-up with Trust counsel (.6). | 5.20 | 4,550.00 |
| 1/23/2014 | RHW | Review revised documents and emails re same. | 1.30 | 1,137.50 |
| 1/28/2014 | RHW | Review interest issue emails (.4); meet with R. Frankel and Lincoln team re interest rate (.5); call with ACC re interest rate issue (.9); meet with Lincoln team re financial review (1.4); call with A. Paul re closing logistics (.3); confer with R. Frankel re interest rate issue and strategy (.4); confer with D. Felder re open items (.3); calls re closing items and timing (.6); calls with insurance broker re FCR policy and follow-up with D. Felder re same (.8). | 5.60 | 4,900.00 |
| 1/29/2014 | RHW | Attend omnibus hearing telephonically (.4); confer with R. Frankel re strategy, and follow-up (.6); review insurance issues and follow-up (.8); review changes in Effective Date documents and follow-up (1.4); review funds flow memo (.3); calls and emails re interest rate (.7). | 4.20 | 3,675.00 |

Page 1

# FRANKEL WYRON LLP
### 2101 L STREET, N.W., SUITE 800
### WASHINGTON, DC 20037

Federal ID#
46-4457881

## Statement

**March 11, 2014**

Roger Frankel, FCR
for W. R. Grace & Co., et al.
c/o Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC 20037

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 1/30/2014 | RHW | Review additional Effective Date document changes and emails re same (1.1); calls with M. Giannotto and R. Horkovich re CNA settlement issues (.6); follow-up with R. Frankel re CNA issue, plan documents and payment percentage issues (.4); organize notes for closing (.6); review revised funds flow memorandum and emails re same (.7). | 3.40 | 2,975.00 |
| 2/2/2014 | RHW | Review revised documents for closing (2.3); review notes and emails re final closing issues (1.3). | 3.60 | 3,150.00 |
| 2/3/2014 | RHW | Review Effective Date documents for final changes (1.2); participate in Effective Date closing (8.9). | 10.10 | 8,837.50 |
|  |  | TOTAL TIME |  | 46,550.00 |
| 2/28/2014 |  | Hotel 2/2/2014 to 2/3/2014 |  | 307.64 |
| 2/28/2014 |  | Meals 2/2/2014 to 2/3/2014 |  | 49.96 |
| 2/28/2014 |  | Travel 2/2/2014 to 2/3/2014 |  | 803.29 |
| 1/31/2014 |  | Hotel 1/22/2014 to 1/23/2014 |  | 520.73 |
| 1/31/2014 |  | Meals 1/22/2014 to 1/23/2014 |  | 28.95 |
| 1/31/2014 |  | Travel 1/22/2014 to 1/23/2014 |  | 626.87 |
| 1/31/2014 |  | Travel 1/28/2014 |  | 10.00 |
|  |  | TOTAL EXPENSES |  | 2,347.44 |
|  |  | TOTAL AMOUNT DUE |  | 48,897.44 |

# FRANKEL WYRON LLP
### 2101 L STREET, N.W., SUITE 800
### WASHINGTON, DC 20037

Federal ID#
46-4457881

## Statement

**March 11, 2014**

Roger Frankel, FCR
for W. R. Grace & Co., et al.
c/o Frankel Wyron LLP
2101 L Street, NW  Suite 800
Washington, DC 20037

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| | | Re: Retention and Compensation | | |
| 1/16/2014 | RHW | Review disclosure and emails re same | 0.60 | 525.00 |
| 1/30/2014 | RHW | Review draft application to employ and comments re same (1.3); review draft declaration and comments re same (1.8); review listed parties and follow-up (1.6). | 4.70 | 4,112.50 |
| | | TOTAL AMOUNT DUE | | 4,637.50 |

**FRANKEL WYRON LLP**
2101 L STREET, N.W., SUITE 800
WASHINGTON, DC 20037

Federal ID#
46-4457881

## Statement

**March 11, 2014**

Roger Frankel, FCR
for W. R. Grace & Co., et al.
c/o Frankel Wyron LLP
2010 L Street NW, Suite 800
Washington, DC  20037

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| | | Re: Non-Working Travel | | |
| 1/22/2014 | RHW | Travel to NY for 1/23 meeting | 4.00 | 1,750.00 |
| 1/23/2014 | RHW | Travel to DC from 1/23 meeting | 2.50 | 1,093.75 |
| 2/2/2014 | RHW | Travel to NY for Effective Date Closing | 2.00 | 875.00 |
| 2/3/2014 | RHW | Travel to DC | 2.70 | 1,181.25 |
| | | TOTAL AMOUNT DUE | | 4,900.00 |

**Pmt may be wired to Frankel Wyron LLP c/o JP Morgan Chase Bank. Acct# 559636902 ABA # 021000021**