IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                       )
In re:                                 )    Chapter 11
                                       )
W.R. GRACE & CO., et al.,              )    Case No. 01-1139 (KJC)
                                       )
        Reorganized Debtors.           )    Objection Deadline: April 9, 2014 at 4:00 .m.
_____)    Hearing: Schedule if Necessary (Negative Notice)


**COVER SHEET TO TENTH MONTHLY INTERIM APPLICATION OF
ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES FOR THE TIME PERIOD JANUARY 16, 2014 THROUGH FEBRUARY 3, 2014**

| | |
|---|---|
| Name of Applicant: | Roger Frankel, Asbestos PI Future Claimants' Representative (the "FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | As of May 16, 2013 pursuant to an Interim Order entered by the Court on May 29, 2013, as amended May 30, 2013, and which became a final order by its terms as of June 14, 2013 |
| Period for which compensation is sought: | January 15, 2014 - February 3, 2014 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $83,530.25 |
| 80% of fees to be paid: | $66,824.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,656.00 |
| Total Fees @ 80% and 100% Expenses: | $68,480.20 |

This is an:    ____ interim    _X_ monthly    ___ final application.

This is the FCR's tenth interim fee application for the period January 16-February 3, 2014 ("Tenth Interim"). The FCR has previously filed with the Court the following interim fee applications since May 16, 2013:

| Interim Period | Fees@ 100% | Fees @ 80% | Expenses @ 100% | Total Fees @ 80% & 100% Expenses |
|---|---|---|---|---|
| First Interim Period May 16-31, 2013 | $69,152.50 | $55,322.00 | $0.00 | $55,322.00 |
| Second Interim Period June 1-30, 2013 | $73,530.50 | $58,824.40 | $251.40 | $59,075.80 |
| Third Interim Period July 1-31, 2013 | $43,680.50 | $34,944.40 | $27.16 | $34,971.56 |
| Fourth Interim Period August 1-31, 2013 | $24,825.25 | $19,860.20 | $199.70 | $20,059.90 |
| Fifth Interim Period September 1-30, 2013 | $42,387.00 | $33,909.60 | $536.02 | $34,445.62 |
| Sixth Interim Period October 1-31, 2013 | $47,859.50 | $38,287.60 | $475.10 | $38,762.70 |
| Seventh Interim Period Nov. 1-30, 2013 | $45,322.25 | $36,257.80 | $0.00 | $36,257.80 |
| Eighth Interim Period Dec. 1-31, 2013 | $43,083.50 | $34,466.80 | $278.60 | $34,745.40 |
| Ninth Interim Period January 1-15, 2014 | $36,566.25 | $29,253.00 | $890.80 | $30,143.80 |

As of March 18, 2014, the FCR has received the following payments from the Debtors:

- $55,322.00 representing 80% fees/100% expenses for May 16-31, 2013
- $59,075.80 representing 80% fees/100% expenses for June 1-30, 2013
- $34,971.56 representing 80% fees/100% expenses for July 1-30, 2013
- $20,059.90 representing 80% fees/100% expenses for August 1-31, 2013
- $34,445.62 representing 80% fees/100% expenses for September 1-30, 2013
- $28,536.60 representing 20% fees (holdback) for April 1-June 30, 2013
- $38,762.70 representing 80% fees/100% expenses for October 1-30, 2013
- $36,257.80 representing 80% fees/100% expenses for November 1-30, 2013

**COMPENSATION SUMMARY**
**JANUARY 16, 2014 - FEBRUARY 3, 2014**

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Roger Frankel | Future Claimants' Representative | $995 | 88.30 | $83,530.25 |
| **TOTAL FEES** | | | 88.30 | $83,530.25[1] |
| **Blended Rate: $945.98** | | | | |

---

1  This amount includes $4,328.25 for non-working travel, which was billed at one-half the hourly rate.

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 16, 2014 - FEBRUARY 3, 2014

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Plan of Reorganization | 77.70 | $77,311.50 |
| Retention and Compensation | 1.90 | $1,890.50 |
| Travel (Non-Working) | 8.70 | $4,328.25 |
| **TOTAL** | **88.30** | **$83,530.25** |

## EXPENSE SUMMARY
## JANUARY 16, 2014 - FEBRUARY 3, 2014

| Expense Category | Total |
|---|---|
| Air | $1,254.00 |
| Taxi | $55.00 |
| Train | $347.00 |
| **TOTAL EXPENSES** | **$1,656.00** |

For the period covered by this Tenth Interim, the FCR does not seek reimbursement from the Debtors' estate, for expenses other than travel costs. The FCR will abide by the Fee Auditor's guidelines with respect to such expenses.

        Respectfully submitted,

By: */S/ ROGER FRANKEL*
    Roger Frankel, in his capacity as the Asbestos
    Personal Injury Future Claimants' Representative
    c/o Frankel Wyron LLP
    2101 L Street, N.W., Suite 800
    Washington, DC  20037
    (202) 903-0700

Dated: March 20, 2014