**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                              )
**In re:**                                                 )        **Chapter 11**
                                                              )
**W.R. GRACE & CO., et al.,**          )        **Case No. 01-1139 (KJC)**
                                                              )
             **Reorganized Debtors.**      )
_____)

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1. I am the Asbestos Personal Injury Future Claimants' Representative appointed by the Court in these cases, effective as of May 16, 2013.

2. I personally performed the work as set forth in the attached Exhibit A.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

 */S/ ROGER FRANKEL*
 ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 20TH day of March 2014

*/S/ Danielle Carroll*
Notary Public

My commission expires: September 14, 2008