# EXHIBIT A
# ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE INVOICES FOR THE TIME PERIOD JANUARY 16, 2014 – FEBRUARY 3, 2014

# Frankel Wyron LLP
## 2101 L Street, N.W., Suite 800
## Washington, DC 20037

Federal ID#
46-4457881

## Statement

**March 11, 2014**

W. R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
Attention: Richard C. Finke, Esq.

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| | | Re: Roger Frankel FCR / Plan of Reorganization | | |
| 1/16/2014 | RF | Telcon J. Patton re FCR E&O insurance(.20); review email re insurance (.10) | 0.30 | 298.50 |
| 1/16/2014 | RF | Telcon J. Donley re open issues, Garlock opinion | 0.30 | 298.50 |
| 1/16/2014 | RF | Review Effective Date documents, changes from M. Jones | 2.40 | 2,388.00 |
| 1/17/2014 | RF | Review Shelnitz email and attachments re senior lender interest(.40); telcon J. Rice re same (.20) | 0.60 | 597.00 |
| 1/17/2014 | RF | Review operating agreement, claims agreement, DCPF memos | 2.00 | 1,990.00 |
| 1/17/2014 | RF | Review emails, documents re senior lender issues on interest(.60); telcon Radecki re same (.30) | 0.90 | 895.50 |
| 1/19/2014 | RF | Review memo from Lincoln re senior lender rate issue(.50); email J. Rice re same (.20) | 0.70 | 696.50 |
| 1/19/2014 | RF | Review series of emails, effective date documents in prep for NY meetings | 2.20 | 2,189.00 |
| 1/20/2014 | RF | Review proposed board resolutions from Kirkland(.60); review draft Trust by-laws & comments re same (.80) | 1.40 | 1,393.00 |
| 1/21/2014 | RF | Review Towers Watson reports re payment percentage issues(1.30); prep. notes re same (.30) | 1.60 | 1,592.00 |
| 1/21/2014 | RF | Review series of emails with Wyron, Felder re revised effective date documents | 0.60 | 597.00 |
| 1/21/2014 | RF | Call with Wyron, Felder re revised effective date documents | 0.50 | 497.50 |
| 1/21/2014 | RF | Review revised co-operation agreement with Eskin comments(.50), board resolutions with Wallace comments(.20) | 0.70 | 696.50 |
| 1/21/2014 | RF | Review Funds Flow Memo from Higgins(1.10); exchange series of emails with Shelnitz, Radecki, Rice re interest rate issue (.50) | 1.60 | 1,592.00 |
| 1/22/2014 | RF | Review effective date documents and conference with Lockwood, Wyron, Felder in prep for meeting at Kirkland | 3.30 | 3,283.50 |

**Frankel Wyron LLP**
**2101 L Street, N.W., Suite 800**
**Washington, DC 20037**

Federal ID#
46-4457881

## Statement

**March 11, 2014**

W. R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
Attention: Richard C. Finke, Esq.

| Date | Lawyer | Services | Hours | Amount |
| --- | --- | --- | --- | --- |
| 1/22/2014 | RF | Attend meeting at Kirkland to review, finalize effective date documents | 4.50 | 4,477.50 |
| 1/23/2014 | RF | Review revised effective date documents from Kirkland | 2.40 | 2,388.00 |
| 1/23/2014 | RF | Review 2011 Motion and Order re consolidation of Grace Conn subsidiaries | 0.70 | 696.50 |
| 1/23/2014 | RF | Review 3rd Circ draft stipulation of dismissal, Donley email re same | 0.60 | 597.00 |
| 1/23/2014 | RF | Review proposed FCR insurance policies, premium quotes, emails re same | 0.80 | 796.00 |
| 1/24/2014 | RF | Review PI and PD trust agreements from Turetsky(1.30), review flow of funds memo from Higgins(.80) | 2.10 | 2,089.50 |
| 1/24/2014 | RF | Review revised by-laws, revised documents from Melville(1.0); review series of emails with Melville, Jones, Lockwood re same (.40) | 1.40 | 1,393.00 |
| 1/24/2014 | RF | Telcon Radecki re interest issue(.20); review series of emails re same and re conf call with Rice (.20) | 0.40 | 398.00 |
| 1/25/2014 | RF | Review effective date documents ("final") from Kirkland | 2.40 | 2,388.00 |
| 1/26/2014 | RF | Review "final" effective date documents | 1.80 | 1,791.00 |
| 1/27/2014 | RF | Review "final" effective date documents | 2.30 | 2,288.50 |
| 1/27/2014 | RF | Telcon A Brockman re effective date payment percentage issues(.40); notes re same (.10) | 0.50 | 497.50 |
| 1/27/2014 | RF | Review memo and spreadsheets from J. Sinclair re disputed interest rate issue(.60); prep notes for conference call (.20) | 0.80 | 796.00 |
| 1/28/2014 | RF | Review revised Funds Flow memo from R. Higgins | 0.60 | 597.00 |
| 1/28/2014 | RF | Series of emails w Eskin, Melville, Jones, Gettleman re effective date issues | 0.70 | 696.50 |
| 1/28/2014 | RF | Teleconf call w Rice, Sinclair, Lockwood, Wyron, Felder re interest dispute(1.0); confer Radecki and team in prep for call (.40) | 1.40 | 1,393.00 |
| 1/28/2014 | RF | Confer Radecki, Lincoln, Felder, Wyron re financial review of Grace and Sealed Air | 1.90 | 1,890.50 |
| 1/28/2014 | RF | Review revised spreadsheet from Sinclair(.30); prep notes re same (.30) | 0.60 | 597.00 |

# Frankel Wyron LLP
## 2101 L Street, N.W., Suite 800
## Washington, DC 20037

Federal ID#
46-4457881

## Statement

**March 11, 2014**

W. R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
Attention: Richard C. Finke, Esq.

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 1/28/2014 | RF | Telcons Rice re resolution of interest dispute(.60); confer Wyron re same (.30); prep, exchange series of emails with Radecki, Wyron, Rice re same (.40) | 1.30 | 1,293.50 |
| 1/29/2014 | RF | Review series of emails re interest rate calculation, settlement w Rice, Radecki | 0.70 | 696.50 |
| 1/29/2014 | RF | Review chain of emails from Lockwood re Abner action v. Fresenius(.40); confer Wyron re same (.30) | 0.70 | 696.50 |
| 1/29/2014 | RF | Attend telephonic bankruptcy court status conference(.30); confer Wyron re same (.20) | 0.50 | 497.50 |
| 1/29/2014 | RF | Telcon Radecki, Solganick re interest settlement, effective date issues(.30); notes re same (.10) | 0.40 | 398.00 |
| 1/29/2014 | RF | Review series of emails from Mahaley, Wyron, Felder re FCR E and O Insurance | 1.10 | 1,094.50 |
| 1/30/2014 | RF | Review revised Flow of Funds memo from Higgins | 0.70 | 696.50 |
| 1/30/2014 | RF | Review Towers Watson reports, prep notes re same | 1.30 | 1,293.50 |
| 1/30/2014 | RF | Confer E. Inselbuch re payment percentage issues | 1.10 | 1,094.50 |
| 1/30/2014 | RF | Telcon Wyron re mtg w Inselbuch, call from Giannotto, Furth issue | 0.40 | 398.00 |
| 1/30/2014 | RF | Review series of emails re CNA settlement from Wyron, Horkovich | 0.40 | 398.00 |
| 1/30/2014 | RF | Telcon T. Florence re payment percentage status(.20); notes re same (.20) | 0.40 | 398.00 |
| 1/30/2014 | RF | Review series of emails, signatory documents in connection w Effective Date | 0.80 | 796.00 |
| 1/31/2014 | RF | Review, exchange series of emails w Wyron, Lockwood, Melville, Eskin re status of Effective Date issues | 0.90 | 895.50 |
| 1/31/2014 | RF | Review revised Flow of Funds memo from Higgins, emails re same | 0.80 | 796.00 |
| 1/31/2014 | RF | Review Melville email memo and attachments re 13d filing and other securities filings re effective date(1.0); series of emails re same with Wyron, Smith (.20) | 1.20 | 1,194.00 |

# Frankel Wyron LLP
**2101 L Street, N.W., Suite 800**
**Washington, DC 20037**

Federal ID#
46-4457881

## Statement

**March 11, 2014**

W. R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
Attention: Richard C. Finke, Esq.

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| 1/31/2014 | RF | Review revised set of Effective Date documents from Kirkland | 2.60 | 2,587.00 |
| 2/2/2014 | RF | Review draft of ZAI Class Counsel fee petition to be filed in the bankruptcy court | 1.60 | 1,592.00 |
| 2/2/2014 | RF | Review checklist for closing, draft acknowledgment & waiver from Kirkland(.90); review plan in connection with waiver (.70) | 1.60 | 1,592.00 |
| 2/2/2014 | RF | Review binder of revised, as filed, Plan Documents | 2.50 | 2,487.50 |
| 2/2/2014 | RF | Review further emails, documents from Kirkland in connection w Effective Date | 1.30 | 1,293.50 |
| 2/3/2014 | RF | Review series of emails re new waiver, acknowledgment, funds flow memo in prep. for closing | 0.90 | 895.50 |
| 2/3/2014 | RF | Attend closing at Kirkland (NY) for Effective Date of Plan | 9.50 | 9,452.50 |
| | | TOTAL TIME | | 77,311.50 |
| 2/28/2014 | | 1/30/14 Elite Car Service - RF car service to LGA | | 55.00 |
| 2/28/2014 | | 1/26/14 US Air / LGA-DCA-LGA - RF travel to - from DC | | 836.00 |
| 2/28/2014 | | 2/4/14 US Air / LGA-DCA - RF travel to DC | | 418.00 |
| 2/28/2014 | | 1/20/14 Amtrak / DC-NY - RF travel to NY | | 347.00 |
| | | TOTAL EXPENSES | | 1,656.00 |
| | | TOTAL AMOUNT DUE | | 78,967.50 |

## Frankel Wyron LLP
### 2101 L Street, N.W., Suite 800
### Washington, DC 20037

**Federal ID#**
**46-4457881**

## Statement

**March 11, 2014**

W. R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
Attention: Richard C. Finke, Esq.

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| | | Re: Roger Frankel FCR / Retention and Compensation | | |
| 1/30/2014 | RF | Review Orrick and FCR apps for Dec. comp and attached invoices | 0.70 | 696.50 |
| 1/30/2014 | RF | Review draft app to employ Frankel Wyron, LLP series of emails re same | 0.60 | 597.00 |
| 1/31/2014 | RF | Review, authorize filing of app to employ Frankel Wyron LLP declaration | 0.60 | 597.00 |
| | | TOTAL AMOUNT DUE | | 1,890.50 |

**Frankel Wyron LLP**
**2101 L Street, N.W., Suite 800**
**Washington, DC 20037**

Federal ID#
46-4457881

## Statement

**March 11, 2014**

W. R. Grace & Co., et al.
7500 Grace Drive
Columbia, MD 21044
Attention: Richard C. Finke, Esq.

| Date | Lawyer | Services | Hours | Amount |
|---|---|---|---|---|
| | | Re: Roger Frankel FCR / Travel | | |
| 1/22/2014 | RF | Travel to NY for Kirkland meeting | 2.00 | 995.00 |
| 1/24/2014 | RF | Travel from NY to DC | 1.20 | 597.00 |
| 1/30/2014 | RF | Travel to NY for meeting w Inselbuch and closing w Grace | 1.80 | 895.50 |
| 2/4/2014 | RF | Travel to DC from NY Effective Date closing | 3.70 | 1,840.75 |
| | | TOTAL AMOUNT DUE | | 4,328.25 |