# EXHIBIT A

KE 30168731.3

**<u>Matter 16 - Asset Analysis and Recovery - Fees</u>**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 12/09/2013 | Lisa G Esayian | 1.40 | Review and analyze issues re extension of Harper insurance settlement (.6); correspond with FCR's counsel re Effective Date issues and insurance settlements (.3); review language re same (.5). |
| 12/10/2013 | Lisa G Esayian | .40 | Review and analyze issues re Harper insurance settlement. |
| 12/12/2013 | Lisa G Esayian | 1.70 | Review and analyze Harper settlement addendum (.4); correspond with A. Paul re same (.3); draft approval motion and notice (1.0). |
|  | Total: | 3.50 |  |

A-2

**<u>Matter 19 - Claims Analysis, Objection and Resolution (Non-Asbestos) - Fees</u>**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 12/05/2013 | Lisa G Esayian | .80 | Correspond with R. Finke re CNA claim for post-1985 insurance charges (.4); review relevant portions of CNA claim and 2010 settlement (.4). |
| | Total: | .80 | |

A-3

**Matter 21 - Claims Analysis, Objection and Resolution (Asbestos) - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/19/2013 | Lisa G Esayian | .30 | Review status re pending PD claims appeals. |
| 12/20/2013 | Lisa G Esayian | 1.40 | Correspond with R. Finke re certain asbestos PD settlements (.3); review settlement agreements re same (.8); update chart re same (.3). |
| | Total: | 1.70 | |

A-4

**Matter 23 - Business Operations - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/02/2013 | Adam C Paul | .30 | Correspond with J. Rohen re Project Lantern fees. |
| 12/03/2013 | Jeffrey Gettleman | .70 | Correspond with A. Paul and R. Hehner re objection deadline to Blackstone Project Lantern fee motion (.4); correspond with J. Rohen and A. Paul re closing of Project Lantern and payment of Blackstone fee (.2); correspond with A. Paul and R. Wyron re fully executed SPA (.1). |
| 12/04/2013 | Jeffrey Gettleman | .20 | Correspond with J. O'Neill and A. Paul re Blackstone fee CNO. |
| 12/06/2013 | Ryan M Hehner | .20 | Correspond with working group re Blackstone Project Lantern fee motion and order. |
| 12/06/2013 | Jeffrey Gettleman | .70 | Correspond with J. O'Neill re Blackstone fee order (.1); correspond with working group re entry of order approving Blackstone Project Lantern fee (.5); correspond with J. Rohen re authorization to pay fee (.1). |
|  | Total: | 2.10 |  |

A-5

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/02/2013 | Mike Jones | 1.70 | Review and revise invoices (1.4); correspond with working group re same (.3). |
| 12/02/2013 | Ryan M Hehner | .20 | Review invoices and correspond with M. Jones re same. |
| 12/15/2013 | Ryan M Hehner | .20 | Correspond with M. Jones and V. Higareda re conflict issues. |
| 12/17/2013 | Maureen McCarthy | 1.80 | Draft October fee application. |
| 12/23/2013 | Maureen McCarthy | .20 | Correspond with T. Wallace re revisions to time and expense records re October fee application. |
| 12/26/2013 | Adam C Paul | .20 | Analyze and revise K&E fee application. |
| 12/26/2013 | Maureen McCarthy | 1.40 | Revise October fee application. |
| 12/27/2013 | Maureen McCarthy | 4.20 | Revise October fee application (.4); prepare total fees and hours for attorneys and paraprofessionals re fiftieth quarterly fee application (.8); prepare matter category totals re same (.3); prepare expenses by categories re same (.3); draft fiftieth quarterly fee application (2.4). |
| 12/28/2013 | Adam C Paul | .80 | Analyze and revise K&E fee application. |
| 12/30/2013 | Daniel Hill | 1.40 | Review and revise fiftieth quarterly fee application (1.0); review and revise October 2013 fee application (.4). |
| 12/30/2013 | Maureen McCarthy | 2.10 | Revise and finalize October fee application (1.7); prepare same for filing with bankruptcy court (.3); follow-up with local counsel re filing of same (.1). |
| | Total: | 14.20 | |

## **Matter 37 - Plan and Disclosure Statement - Fees**

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/01/2013 | Adam C Paul | .20 | Analyze Effective Date issues. |
| 12/02/2013 | Mike Jones | 1.10 | Review and analyze memorandum re cooperation agreement (.9); correspond with client and working group re same (.2). |
| 12/02/2013 | Kimberly K Love | 1.40 | Review Bankruptcy Court docket re objection deadline issues (1.1); prepare and organize various pleadings for inclusion into case files (.3). |
| 12/02/2013 | Adam C Paul | 2.00 | Finalize bank lender stipulation (.8); analyze Effective Date issues (1.2). |
| 12/02/2013 | John Donley, P.C. | 2.30 | Analyze emergence issues (1.1); analyze lender issues (.3); telephone conference with A. Paul re emergence and lender issues (.2); review bank lender stipulation (.3); correspond with working group re same (.4). |
| 12/02/2013 | Lisa G Esayian | 1.60 | Review issues from R. Finke re cooperation agreement (.4); review information re documents produced in estimation proceeding and bankruptcy confirmation proceeding (.8); analyze same (.4). |
| 12/03/2013 | Mike Jones | 3.40 | Telephone conference with working group re potential Sealed Air settlement agreement (.9); prepare for same (.3); review and revise settlement agreement (1.6); correspond with working group and client re same (.6). |
| 12/03/2013 | Ryan M Hehner | 1.00 | Telephone conference with working group re Sealed Air settlement agreement (.5); review and revise agreement (.3); correspond with M. Jones re same (.1); correspond with working group re Effective Date planning (.1). |
| 12/03/2013 | Jeffrey Gettleman | 1.20 | Correspond with working group re Sealed Air settlement (1.0); correspond with A. Paul and A. Schlesinger re warrant agent question (.1); correspond with R. Hehner re updating task chart (.1). |

A-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/2013 | Jeffrey Gettleman | 2.20 | Correspond with working group re analysis of cooperation agreement issues (.3); review and analyze memorandum re same (.4); correspond with working group re Effective Date closing documents (.3); telephone conference with client, plan proponents, A. Paul and J. Donley re bi-weekly update (1.1); correspond with E. Filon re call re Effective Date planning (.1). |
| 12/03/2013 | Adam C Paul | 5.90 | Analyze and revise plan proponents re stipulation (1.6); prepare for same (.6); finalize Sealed Air settlement agreement (1.4); conference with M. Jones re trust agreement (.2); prepare for Effective Date (2.1). |
| 12/03/2013 | John Donley, P.C. | 2.90 | Analyze emergence issues (.5); telephone conference with A. Paul re emergence and lender issues (.3); telephone conference with M. Shelnitz, A. Paul R. Finke, F. Festa, ACC and FCR counsel and Equity Committee counsel re emergence issues (2.1). |
| 12/03/2013 | Lisa G Esayian | .70 | Correspond with working group re cooperation agreement issues. |
| 12/04/2013 | Mike Jones | 2.30 | Correspond with client re Effective Date documents (.3); review and analyze same (.9); review and revise potential settlement agreement (.8); correspond with working group re same (.3). |
| 12/04/2013 | Ryan M Hehner | .40 | Review and revise Sealed Air settlement motion (.3); correspond with working group re Sealed Air settlement agreement (.1). |
| 12/04/2013 | Kimberly K Love | .40 | Review various appeal and bankruptcy dockets for filings re certiorari. |
| 12/04/2013 | Jeffrey Gettleman | .70 | Correspond with working group re revisions to PI Trust agreement re Medicare reporting language (.5); correspond with M. Jones re revised Effective Date planning chart (.1); correspond with R. Hehner re Sealed Air settlement agreement approval motion (.1). |

A-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/2013 | Jeffrey Gettleman | .80 | Correspond with A. Paul re warrant agreement (.3); correspond with A. Paul and M. Jones re cooperation agreement (.1); correspond with A. Paul re Effective Date planning (.1); correspond with working group re Sealed Air settlement (.3). |
| 12/04/2013 | Jeffrey Gettleman | .80 | Review PI Trust agreement re Medicare reporting (.1); correspond with M. Jones and A. Paul re same (.2); review and revise talking points for analyst telephone conference (.4); correspond with A. Paul and J. Donley re same (.1). |
| 12/04/2013 | Adam C Paul | 2.50 | Review and revise Sealed Air settlement agreement (1.4); analyze Effective Date issues (1.1). |
| 12/04/2013 | John Donley, P.C. | 1.00 | Telephone conference with M. Shelnitz re appeal issues (.2); correspond with M. Shelnitz, A. Rosenberg and A. Paul re emergence issues (.3); analyze same (.5). |
| 12/04/2013 | Lisa G Esayian | 1.20 | Analyze issues re PD Trust's treatment of various claims. |
| 12/05/2013 | Mike Jones | 4.60 | Review and revise Effective Date planning chart (1.4); correspond with working group re same (.3); telephone conference with client and working group re same (.6); prepare for same (.4); correspond with Canadian counsel re Effective Date issues (.3); review and analyze documents re same (.6); review and revise PI Trust Agreement (.8); correspond with working group re same (.2). |
| 12/05/2013 | Ryan M Hehner | 2.40 | Telephone conference re Effective Date planning (.7); review and revise Effective Date documents (1.1); correspond with M. Jones re same (.3); review and revise Sealed Air settlement motion (.2); correspond with J. Gettleman re same (.1). |
| 12/05/2013 | Catherine E Poulsen | .50 | Search docket for updates (.4); correspond with working group re same (.1). |

A-9

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/2013 | Jeffrey Gettleman | 3.20 | Correspond with working group re bank lender stipulation (.6); correspond with M. Jones re Effective Date planning chart (.9); review and analyze same (.4); telephone conference with working group re Effective Date planning (.9); correspond with working group re same (.2); correspond with A. Paul re review of Effective Date documents (.2). |
| 12/05/2013 | Jeffrey Gettleman | 2.20 | Correspond with working group re Sealed Air settlement motion and agreement (.3); review and revise same (.7); correspond with working group re cooperation agreement issues (.2); correspond with A. Paul and A. Schlesinger re warrant agent (.2); correspond with working group re Effective Date timeline (.4); correspond with M. Jones and L. Esayian re trust agreements (.2); correspond with M. Jones re board resolutions (.2). |
| 12/05/2013 | Adam C Paul | 4.80 | Analyze issues re appeals (.7); correspond with J. Donley re bank lender stipulation (.4); analyze Effective Date issues (2.1); analyze cooperation agreement (.8); telephone conference with J. Donley re same (.4); analyze and revise analysts' response (.4). |
| 12/05/2013 | Keith S Crow, P.C. | .20 | Review status re modifications to board resolutions. |
| 12/05/2013 | John Donley, P.C. | 1.90 | Review lender drafts and A. Paul edits re stipulation (.4); analyze related issues (.3); review emergence documents (.7); correspond with R. Finke, L. Esayian, S. McMillin and A. Paul re same (.3); telephone conference with M. Shelnitz re Effective Date issues (.2). |
| 12/05/2013 | Lisa G Esayian | 2.40 | Analyze certain issues re PD Trust's anticipated handling of certain claims (1.7); summarize key conclusions (.6); correspond with A. Paul re same (.1). |

A-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/06/2013 | Mike Jones | 2.70 | Telephone conference with working group re Effective Date planning chart and Effective Date documents (.9); review and revise Effective Date planning chart (.8); correspond with working group re same (.2); diligence review re same (.8). |
| 12/06/2013 | Ryan M Hehner | .90 | Telephone conference with working group re Effective Date planning. |
| 12/06/2013 | Daniel Hill | .90 | Prepare binders re Effective Date documents for A. Paul |
| 12/06/2013 | Jeffrey Gettleman | .60 | Correspond with M. Jones and A. Paul re Effective Date planning chart (.1); correspond with A. Paul and D. Williamson re PD Trust issues (.2); review and revise bankruptcy-related portion of script for ratings agency call (.3). |
| 12/06/2013 | Jeffrey Gettleman | 1.90 | Telephone conference with A. Paul and M. Jones re Effective Date planning issues (.7); correspond with M. Jones re revised planning chart for PD Trustee (.1); correspond with R. Higgins re revisions to and circulation of funds flow memorandum (.2); review Annexes I & II re tax certification (.2); telephone conference with M. Jones re same (.1); correspond with M. Jones and P. Lockwood re revisions to PI Trust Agreement (.1); correspond with C. Finke and M. Jones re Annexes I & II (.4); correspond with M. Jones re revised version of Effective Date planning chart (.1). |
| 12/06/2013 | Adam C Paul | 3.50 | Telephone conference with working group re Effective Date (.8); analyze issues re same (1.7); telephone conferences with A. Rosenberg, M. Shelnitz and J. Donley re stipulation (1.0). |
| 12/06/2013 | John Donley, P.C. | 2.40 | Analyze issues re cooperation agreement in connection with emergence (.8); analyze lender issues (.5); telephone conferences with A. Paul re same (.2); telephone conferences and correspond with M. Shelnitz re same (.5); telephone conferences with A. Rosenberg re lender issues (.4). |

A-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/06/2013 | Lisa G Esayian | .30 | Correspond with ACC's and FCR's counsel re Effective Date issues re certain insurance settlement. |
| 12/07/2013 | Adam C Paul | .90 | Analyze Effective Date issues. |
| 12/08/2013 | Jeffrey Gettleman | .30 | Correspond with R. Hehner re exit board resolutions (.1); correspond with R. Hehner re Monday conference with K. Crow re same (.1); correspond with M. Jones re edits to Effective Date planning chart (.1). |
| 12/08/2013 | Adam C Paul | .70 | Correspond with working group re Effective Date planning. |
| 12/09/2013 | Mike Jones | 3.10 | Telephone conference with Canadian counsel re Effective Date planning (.6); prepare for same (.4); review and analyze documents re same (.6); correspond with working group re same (.2); correspond with working group re board resolutions (.4); telephone conference with working group re same (.5); review and revise same (.4). |
| 12/09/2013 | Ryan M Hehner | 3.80 | Correspond with working group re Effective Date planning (.1); correspond with working group re invoices (.1); review and revise bank lender stipulation (.4); correspond with J. Gettleman re same (.2); correspond with working group re board resolutions (1.9); research re same (1.1). |
| 12/09/2013 | Jeffrey Gettleman | 2.70 | Telephone conference and correspond with R. Higgins re funds flow memorandum (.7); review and revise bank lender stipulation (.5); telephone conference with R. Hehner re same (.1); office conference and correspond with working group re same (1.1); correspond with A. Paul and R. Finke re cooperation agreement (.1); correspond with working group re telephone conference with R. Schiro (.2). |
| 12/09/2013 | Jeffrey Gettleman | 1.10 | Correspond with working group re Effective Date planning (.3); correspond with R. Hehner re Sealed Air motion (.1); office and telephone conference and correspond with working group re December 19 planning meeting (.7). |

A-12

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 12/09/2013 | Adam C Paul | 2.40 | Analyze Effective Date issues (.8); telephone conference with R. Finke re cooperation agreement (.4); analyze and revise bank lender stipulation (1.2). |
| 12/09/2013 | Keith S Crow, P.C. | .30 | Analyze board resolution issue. |
| 12/09/2013 | John Donley, P.C. | .70 | Analyze emergence issues (.4); correspond and telephone conference with A. Paul re same (.3). |
| 12/09/2013 | Lisa G Esayian | .80 | Correspond with working group re certain issues re plan's treatment of PD claims. |
| 12/10/2013 | Mike Jones | .90 | Correspond with working group and Trustee counsel re Effective Date documents (.4); review and analyze same (.5). |
| 12/10/2013 | Ryan M Hehner | 3.60 | Correspond with working group re Effective Date planning (.1); office conference with M. Jones re Annex I and Annex II analysis (.4); draft analysis re same (3.1). |
| 12/10/2013 | Jeffrey Gettleman | 1.30 | Telephone conference with C. Lee re Third Circuit lender opinion (.2); correspond with M. Jones and D. Williamson re PD Trust by-laws (.1); correspond with M. Jones and R. Hehner re board resolutions (.4); correspond with A. Paul re cooperation agreement issues (.1); review A. Paul edits to cooperation agreement (.1); correspond with M. Pongratz re plan proponents meeting (.1); correspond with A. Paul and P. Bentley re bank lender stipulation draft (.3). |
| 12/10/2013 | Jeffrey Gettleman | 1.50 | Review Sealed Air Form 8-K re Grace bankruptcy (.2); correspond with J. Donley and A. Paul re same (.2); correspond with R. Finke and A. Paul re cooperation agreement issues (.1); correspond with working group re bank lender stipulation (.3); telephone conference with C. Finke re Grace obligations in Annexes I & II (.4); telephone conference with M. Jones re creation of obligation chart re same (.2); correspond with C. Finke attaching final versions of Annexes I & II (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/2013 | Adam C Paul | 3.80 | Correspond with R. Finke re cooperation agreement (.6); analyze and revise cooperation agreement (1.8); analyze Effective Date issues (1.4). |
| 12/10/2013 | John Donley, P.C. | 1.20 | Analyze emergence issues (.5); correspond with J. Gettleman and A. Paul re same (.3); review revised bank lender stipulation (.2); correspond with P. Bentley and A. Paul re emergence issues (.2). |
| 12/10/2013 | Lisa G Esayian | 1.20 | Review and revise draft PD Trust by-laws (.4); analyze certain Effective Date documents (.8). |
| 12/11/2013 | Mike Jones | .70 | Correspond with working group re Effective Date documents. |
| 12/11/2013 | Ryan M Hehner | 1.90 | Correspond with working group re Effective Date planning (.1); draft analysis of Annex I and II (1.8). |
| 12/11/2013 | Jeffrey Gettleman | 1.10 | Correspond with P. Lockwood, A. Paul, P. Bentley and M. Jones re comments to bank lender stipulation (.8); correspond with A. Paul and R. Wyron re revised cooperation agreement (.1); correspond with A. Paul and M. Jones re further edits to cooperation agreement (.1); correspond with A. Paul and R. Finke re same (.1). |
| 12/11/2013 | Adam C Paul | 2.80 | Analyze Effective Date issues (1.0); telephone conference with R. Finke re cooperation agreement (.6); prepare for same (.4); analyze revisions to bank lender stipulation (.8). |
| 12/11/2013 | John Donley, P.C. | 1.10 | Analyze emergence documents (.6); correspond with A. Paul, P. Bentley and P. Lockwood re same (.5). |
| 12/11/2013 | Lisa G Esayian | .40 | Correspond with ACC's and FCR's counsel re issues re Royal/Arrowood settlement and escrow. |
| 12/12/2013 | Mike Jones | 1.10 | Correspond with working group re Effective Date documents (.6); correspond with client and working group re board resolutions (.5). |
| 12/12/2013 | Charles Quigg | .40 | Telephone conference with R. Hehner re appellate procedure issue (.3); research re same (.1). |

A-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/12/2013 | Ryan M Hehner | 3.40 | Research re plan and confirmation order payment provisions (.4); review and revise bank lender stipulation (.4); draft summary of Effective Date document comments (1.2); telephone conference with J. Gettleman and C. Quigg re FRAP Rule 40 (.3); review and revise Annex I and II analysis (1.1). |
| 12/12/2013 | Catherine E Poulsen | 1.00 | Search docket for updates (.8); correspond with working group re same (.2). |
| 12/12/2013 | Jeffrey Gettleman | .90 | Correspond with A. Paul re review of draft insurance settlement motion and revised bank lender stipulation (.2); office conference with A. Paul re same (.1); office conference and correspond with R. Hehner re incorporating P. Bentley comments re same (.6). |
| 12/12/2013 | Jeffrey Gettleman | 1.40 | Telephone conference with A. Paul re Third Circuit opinion (.2); telephone conference with R. Hehner re same (.3); correspond with D. Blabey and M. Jones re review of Effective Date documents (.2); correspond with M. Jones re creating document review chart (.1); research re Effective Date document review meeting (.2); correspond with A. Paul re equity committee's review of Effective Date documents (.1); review Grace template pleading (.1); correspond with A. Paul and P. Bentley re lender stipulation (.1); correspond with L. Esayian re drafting approval motion re addendum for insurer settlement (.1). |
| 12/12/2013 | Adam C Paul | 2.20 | Telephone conference with J. Gettleman re lender appeal (.3); finalize bank lender stipulation (.7); analyze and revise cooperation agreement (.6); analyze Effective Date issues (.6). |
| 12/13/2013 | Ryan M Hehner | 3.00 | Correspond with working group re plan payment and transfer issues (.9); review and revise Effective Date document summary chart (1.9); correspond with working group re same (.2). |
| 12/13/2013 | Kimberly K Love | .90 | Review files and information re omnibus hearings and deadlines for same. |

A-15

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/13/2013 | Jeffrey Gettleman | 1.20 | Correspond with P. Lockwood re bank lender stipulation (.1); correspond with A. Paul and M. Jones re Monday meeting re cooperation agreement (.3); revise bank lender stipulation (.4); transmit same to A. Rosenberg and R. Cohen (.1); correspond with R. Hehner re analysis of entity paying bankruptcy claims (.2); correspond with A. Paul re same (.1). |
| 12/13/2013 | Adam C Paul | 1.10 | Analyze Effective Date issues. |
| 12/13/2013 | Keith S Crow, P.C. | .20 | Review status and issues re board resolutions. |
| 12/13/2013 | John Donley, P.C. | .40 | Analyze various emergence issues. |
| 12/13/2013 | Lisa G Esayian | 1.40 | Correspond with R. Finke re Harper insurance addendum (.3); revise drafts of certain Effective Date documents (.7); review revised proposed Medicare reporting language for Asbestos PI Trust Agreement (.4). |
| 12/15/2013 | Jeffrey Gettleman | .70 | Correspond with working group re plan proponent update call (.6); correspond with R. Higgins re preparing materials re same (.1). |
| 12/15/2013 | Adam C Paul | .50 | Correspond with working group re Effective Date strategy. |
| 12/15/2013 | John Donley, P.C. | .80 | Correspond with A. Paul, M. Shelnitz and R. Frankel re emergence issues (.3); review documents re emergence (.3); review various recent filings and agenda (.2). |
| 12/16/2013 | Mike Jones | .50 | Office conference with working group re Effective Date documents and upcoming Effective Date planning meeting. |
| 12/16/2013 | Ryan M Hehner | 4.40 | Research re FRAP Rule 40 (2.1); correspond with J. Gettleman re same (.4); review Third Circuit briefs and oral argument transcript to analyze issues re FRAP Rule 40 (1.9). |

A-16

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/16/2013 | Jeffrey Gettleman | 1.70 | Correspond with working group re cooperation agreement meeting (.3); telephone conference with K&E working group, client and plan proponents re update call (.6); correspond with A. Paul and R. Higgins re Effective Date issues (.2); correspond with M. Jones re Effective Date documents (.2); review and analyze proposed agenda for Effective Date document meeting (.2); correspond with L. Esayian re draft motion re amendment of Harper insurance settlement (.1); correspond with R. Hehner re appellate procedural issue analysis (.1). |
| 12/16/2013 | Adam C Paul | 2.30 | Telephone conference with working group re Effective Date strategy (.4); prepare for same (.4); prepare for Effective Date meeting (1.5). |
| 12/16/2013 | Lisa G Esayian | 2.60 | Analyze motion, notice and proposed order re Harper insurance addendum (1.2); incorporate various parties' comments re same (.6); analyze issues re Royal escrow (.8). |
| 12/17/2013 | Mike Jones | .70 | Office conference with A. Paul re upcoming hearing (.3); correspond with working group re same (.4). |
| 12/17/2013 | Ryan M Hehner | .80 | Review and revise FRAP Rule 40 analysis (.6); correspond with working group re same (.2). |
| 12/17/2013 | Catherine E Poulsen | .90 | Docket research (.7); correspond with working group re same (.2). |
| 12/17/2013 | Andrew Brniak | .30 | Correspond with M. Jones re December 18, 2013 hearing materials. |
| 12/17/2013 | Jeffrey Gettleman | 1.10 | Review and revise R. Hehner analysis of Appellate Rule 40 (.4); telephone conference and correspond with R. Hehner re same (.3); correspond with A. Paul and J. O'Neill re omnibus hearing (.1); office conference with A. Paul re Rule 40 motion in Third Circuit (.1); correspond with A. Paul re comments to Harper addendum approval order (.1); correspond with M. Jones re revised order and preparation of notice of hearing (.1). |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/17/2013 | Adam C Paul | 2.20 | Prepare for and attend office conference re Effective Date. |
| 12/17/2013 | Keith S Crow, P.C. | .30 | Review status and issues re board resolutions. |
| 12/17/2013 | Lisa G Esayian | .80 | Correspond with FCR's counsel re Arrowood/Royal issues (.4); correspond with R. Finke and Harper's counsel re Harper insurance addendum (.4). |
| 12/18/2013 | Peter C Marshall, Jr. | .30 | Review board resolutions. |
| 12/18/2013 | Mike Jones | 4.40 | Prepare for Effective Date planning meeting with plan proponents (2.9); correspond with D. Felder re Effective Date documents (.4); review and revise Effective Date planning chart (.8); correspond with working group and plan proponents re same (.3). |
| 12/18/2013 | Ryan M Hehner | 2.10 | Correspond with working group re Effective Date planning and Effective Date document review. |
| 12/18/2013 | Jeffrey Gettleman | 1.60 | Correspond with A. Paul and M. Jones re plan proponent document review conference (.2); correspond with M. Jones re revised Effective Date planning chart (.3); review and revise same (.2); review and analyze cooperation agreement and L. Esayian comments re asbestos PI materials (.4); correspond with D. Williamson re PD Trust issues (.3); review and analyze chart of closing documents re reviewers and comments re same (.2). |
| 12/18/2013 | Adam C Paul | 2.90 | Prepare for Effective Date conference (1.7); analyze effective date documents (.9); analyze Effective Date strategy (.3). |
| 12/18/2013 | Keith S Crow, P.C. | .30 | Review and revise board resolutions. |
| 12/18/2013 | Lisa G Esayian | 1.70 | Revise and finalize notice, motion and order re Harper insurance addendum per various comments (1.4); correspond with J. O'Neil and P. Cuniff re filing (.3). |

A-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/19/2013 | Mike Jones | 7.60 | Prepare for and participate in Effective Date planning meeting with plan proponents (5.9); follow up diligence re same (1.7). |
| 12/19/2013 | Ryan M Hehner | .80 | Correspond with J. Gettleman re FRAP Rules 40 and 41 (.2); research re same (.4); correspond with M. Jones re Effective Date documents (.2). |
| 12/19/2013 | Jeffrey Gettleman | 6.10 | Correspond with M. Jones re updated Effective Date planning chart (.1); prepare for and attend conference with plan proponents re review of Effective Date closing documents (5.6); correspond with M. Jones re draft of undisputed claims exhibit (.1); correspond with R. Hehner re stay of Third Circuit mandate (.1); correspond with R. Higgins re funds flow memorandum draft (.1); correspond with R. Cohen re revisions to bank lender stipulation (.1). |
| 12/19/2013 | Adam C Paul | 5.90 | Office conference with ACC and FCR re Effective Date (4.2); prepare for same (1.7). |
| 12/19/2013 | John Donley, P.C. | 2.00 | Review various documents and drafts re emergence issues (1.0); telephone conference and correspond with A. Paul re same (.3); correspond and telephone conference with R. Finke re lender issues (.3); correspond with M. Shelnitz re emergence (.2); review various recent filings (.2). |
| 12/19/2013 | Lisa G Esayian | 1.20 | Analyze documentation for Effective Date dismissals of certain actions. |
| 12/20/2013 | Mike Jones | 1.20 | Correspond with working group re Effective Date documents (.4); review and revise same (.8). |
| 12/20/2013 | Ryan M Hehner | 5.40 | Draft, review and revise bank lender settlement motion (5.0); correspond with J. Gettleman re same (.4). |

A-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/20/2013 | Jeffrey Gettleman | 7.60 | Draft, review and revise bank lender settlement (3.0); telephone and office conference and correspond with working group re same (3.0); correspond with R. Higgins re stock escheat issue (.1); research re same (.9); telephone conference with K. Crow and R. Higgins re same (.6). |
| 12/20/2013 | Adam C Paul | 9.30 | Analyze Effective Date issues (1.3); correspond with D. Williamson re Effective Date (.3); telephone conference with D. Turetsky re Sealed Air settlement (.5); telephone conference with M. Shelnitz re bank lender settlement (.7); prepare for same (.6); analyze and revise bank lender stipulation (.8); engage in settlement discussions (5.1). |
| 12/20/2013 | Keith S Crow, P.C. | .20 | Review escheat issue (.1); telephone conference with J. Gettleman re same (.1). |
| 12/20/2013 | John Donley, P.C. | 8.30 | Review and mark up bank lender stipulation drafts (.5); telephone conference with A. Paul re same (.2); correspond with working group re appeal (.4); correspond with M. Shelnitz re emergence issues (.2); analyze emergence and potential settlement issues (2.2); telephone conference with working group re emergence and negotiation issues (.5); analyze Blackstone figures (.8); correspond with P. Bentley re emergence (.3); telephone conferences with A. Paul and J. Gettleman re documentation (.6); office conference with L. Esayian re same (.2); analyze stipulation revisions (.4); review settlement documents and analyze and outline settlement issues (2.0). |
| 12/20/2013 | Lisa G Esayian | 1.20 | Office conference with J. Donley re lender settlement issues (.4); analyze issues re Royal escrow agreement (.8). |
| 12/21/2013 | Mike Jones | 5.60 | Review and revise Effective Date documents (5.2); correspond with working group re same (.4). |

A-20

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/21/2013 | Ryan M Hehner | 9.10 | Review and revise bank lender settlement and settlement motion (4.7); review and revise Effective Date documents (3.4); telephone conference with M. Jones re same (.3); review and revise bank lender stipulation (.3); review Third Circuit letter (.2); correspond with working group re same (.2). |
| 12/21/2013 | Jeffrey Gettleman | 13.70 | Review and revise bank lender settlement and motion (6.8); correspond with working group re same (.7); telephone conference with working group re same (1.2); correspond with A. Paul re settlement edits and approvals (1.1); correspond with lender and plan proponents re same (.8); correspond with J. Donley and A. Rosenberg re editing (2.0); correspond with D. Campbell and M. Jones re PI Trustee issues (.7); review plan terms to analyze Third Circuit letter (.4). |
| 12/21/2013 | Adam C Paul | 8.20 | Engage in settlement discussions and revise settlement papers. |
| 12/21/2013 | John Donley, P.C. | 11.10 | Analyze settlement issues (2.3); review, revise and draft inserts to various settlement and emergence documents (3.8); draft and revise communication to court (.6); correspond with working group re settlement (1.6); telephone conferences re settlement (2.8). |
| 12/22/2013 | Ryan M Hehner | .20 | Correspond with working group re bank lender settlement. |
| 12/22/2013 | Jeffrey Gettleman | 7.60 | Correspond with working group re settlement and stipulation (3.7); review and revise same (2.3); telephone conference with working group re same (1.2); correspond with A. Sathy re confidentiality issues (.1); correspond with working group re Third Circuit letter (.3). |
| 12/22/2013 | Adam C Paul | 8.40 | Engage in settlement discussions and revise settlement papers. |
| 12/22/2013 | Keith S Crow, P.C. | .30 | Review EBITDA certificates and related issues. |

A-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/22/2013 | John Donley, P.C. | 9.80 | Analyze various settlement paper drafts and issues (4.8); telephone conferences with working group re same (3.6); revise letter to Court (.5); correspond with A. Paul and J. Gettleman re drafting and revisions (.5); review and analyze P. Bentley suggested edits (.4). |
| 12/23/2013 | Mike Jones | 2.80 | Telephone conference with PI Trustee counsel re Effective Date planning (.6); review and revise Effective Date documents (1.8); correspond with working group re same (.4). |
| 12/23/2013 | Christopher Lambert | .90 | Draft board and stockholder resolutions. |
| 12/23/2013 | Ryan M Hehner | 1.90 | Correspond with M. Jones and L. Esayian re Fresenius action dismissals (.9); research re same (.4); telephone conference with working group re Effective Date documents (.3); review bank lender settlement (.2); correspond with J. Gettleman re same (.1). |
| 12/23/2013 | Daniel Hill | .90 | Revise Effective Date documents |
| 12/23/2013 | Andrew Brniak | .20 | Correspond with J. Gettleman re bank lender group settlement pleadings. |
| 12/23/2013 | Jeffrey Gettleman | 8.70 | Finalize bank lender settlement (5.4); telephone and office conference with working group re same (1.2); review and revise settlement (.5); correspond and telephone conference with working group re Third Circuit letter (.6); correspond with A. Paul and E. Filon re warrant agent (.1); correspond with working group re Effective Date documents (.6); telephone conference with working group re PI Trust issues (.3). |
| 12/23/2013 | Adam C Paul | 5.50 | Finalize lender settlement (4.7); analyze and revise board presentation and Form 8-K (.8). |
| 12/23/2013 | Keith S Crow, P.C. | .20 | Review status and issues re board resolutions. |

KE 30168731.3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/23/2013 | John Donley, P.C. | 8.30 | Telephone conferences with working group re settlement (1.8); correspond with A. Rosenberg re same (.5); review, analyze and revise various final documents re settlement (3.6); review board materials and 8-K's and provide comments (.9); revise letter to Court (.3); prepare for and participate in board meeting (.7); correspond with C. Landau and J. O'Neill re settlement (.3); telephone conference with M. Shelnitz re board issues (.2). |
| 12/23/2013 | Lisa G Esayian | 2.30 | Correspond with R. Hehner re various Effective Date issues and documents (.4); review various documents re same (.6); review bank lender settlement (.6); reply to questions re Class 7A PD claims to be paid at Effective Date (.7). |
| 12/23/2013 | Christopher Landau, P.C. | .30 | Review letter to Third Circuit re voluntary dismissal of bank lenders' appeal. |
| 12/24/2013 | Mike Jones | 4.30 | Review and revise Effective Date documents (2.6); correspond with working group re same (.5); coordinate distribution of Effective Date documents to plan proponents and other constituents (1.2). |
| 12/24/2013 | Ryan M Hehner | .20 | Correspond and telephone conference with M. Jones re Effective Date documents. |
| 12/24/2013 | Andrew Brniak | 4.90 | Telephone conference with M. Jones re preparation of Effective Date documents (.9); prepare same (3.7); coordinate delivery of Effective Date documents to team (.3). |
| 12/24/2013 | Jeffrey Gettleman | 2.70 | Review summary of Grace SEC filing re lender settlement (.4); correspond with M. Jones and A. Paul re Effective Date document distribution (1.7); research re Class 7B Trustee (.1); correspond with M. Jones re same (.2); correspond with A. Paul re revisions to funds flow memorandum (.1); correspond with M. Jones re January closing document meeting (.2). |
| 12/24/2013 | Adam C Paul | 1.60 | Analyze Effective Date issues (1.2); correspond with working group re Effective Date documents (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/24/2013 | John Donley, P.C. | 1.20 | Analyze emergence issues and documents (.7); review orders and motions before Judge Carey (.2); analyze follow-up issues re lender settlement (.3). |
| 12/25/2013 | Adam C Paul | .70 | Analyze Effective Date issues. |
| 12/26/2013 | Jeffrey Gettleman | 1.30 | Correspond with M. Eskin re Effective Date documents (.3); correspond with M. Jones re same (.2); correspond with R. Higgins re powers of attorney issue (.2); correspond with working group re Remedium schedules (.2); review revised Remedium Schedule F re same (.2); telephone conference with R. Higgins re Remedium Schedule F (.1); correspond with M. Shelnitz re revisions to parent certificate of incorporation (.1). |
| 12/26/2013 | John Donley, P.C. | .30 | Correspond with M. Plevin re emergence issues (.1); correspond with A. Paul and J. Gettleman re settlement follow-up and emergence issues (.2). |
| 12/27/2013 | Mike Jones | .40 | Correspond with working group re certificates of incorporation. |
| 12/27/2013 | Ryan M Hehner | .80 | Review and revise Effective Date documents (.3); review Remedium claims schedule and telephone conference with J. Gettleman re same (.4); correspond with T. Wallace re same (.1). |
| 12/27/2013 | Jeffrey Gettleman | 2.10 | Correspond with working group re certificates of incorporation and by-laws (1.4); telephone conference with J. McFarland re same (.2); correspond with working group re Effective Date documents and planning (.4); correspond with M. Jones re drafting new notice template (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/27/2013 | Jeffrey Gettleman | 1.40 | Correspond with M. Jones re edits to parent company certificate of incorporation (.1); review and revise W. R. Grace & Co. certificate of incorporation (.4); telephone conference with R. Hehner re amendment to Remedium Schedule F (.2); correspond with J. McFarland re review of certain provisions in revised certificate of incorporation (.2); correspond with J. Donley, M. Jomes and R. Hehner re executed bank lender stipulation (.2); correspond with A. Paul and M. Shelnitz re timing of Effective Date (.3). |
| 12/27/2013 | Adam C Paul | 2.90 | Analyze Effective Date issues (1.5); analyze and revise Effective Date documents (1.1); telephone conference with M. Shelnitz re same (.3). |
| 12/27/2013 | Keith S Crow, P.C. | .40 | Review issues re charter and by-laws. |
| 12/27/2013 | John Donley, P.C. | .90 | Correspond with A. Paul re emergence issues (.3); review emergence-related documents (.6). |
| 12/28/2013 | Adam C Paul | .20 | Correspond with C. Nagler re disclosure. |
| 12/30/2013 | Peter C Marshall, Jr. | .90 | Review indemnity precedent for bylaws and charter (.2); review resolutions (.3); telephone conference with working group re same (.4). |
| 12/30/2013 | Mike Jones | 1.10 | Correspond with working group re Effective Date documents and upcoming planning meeting (.7); telephone conference with J. Gettleman re same (.4). |
| 12/30/2013 | Christopher Lambert | 1.90 | Draft board and stockholder resolutions. |
| 12/30/2013 | Ryan M Hehner | 1.90 | Correspond with J. Gettleman re Sealed Air settlement motion (.1); research re claims schedule (.7); telephone conference with T. Wallace re same (.2); review Effective Date documents (.7); correspond with M. Jones re same (.2). |
| 12/30/2013 | Kimberly K Love | .90 | Review files and obtain materials re petitions, powers of attorney and board resolutions. |
| 12/30/2013 | Andrew Brniak | .20 | Coordinate with M. Jones re Effective Date documents and R. Frankel. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/30/2013 | Jeffrey Gettleman | 2.40 | Correspond with working group re cooperation agreement (.9); correspond with working group re Effective Date documents (1.1); telephone conference with J. ONeill and M. Jones re same (.3); correspond with P. Lockwood re PI Trust Agreement (.1). |
| 12/30/2013 | Jeffrey Gettleman | 1.20 | Correspond with R. Higgins and R. Hehner re Remedium Schedule F (.9); telephone conference with A. Paul re logistics re Sealed Air settlement agreement approval motion (.2); correspond with R. Hehner and M. Jones re logistics re execution of Sealed Air settlement agreement and filing of approval motion re same (.1). |
| 12/30/2013 | Adam C Paul | 2.70 | Analyze Effective Date issues. |
| 12/30/2013 | Keith S Crow, P.C. | 1.70 | Review and revise indemnity provisions in charter and by-laws. |
| 12/30/2013 | Lisa G Esayian | 1.20 | Analyze information re Class 7A asbestos PD claims to be paid at Effective Date (1.0); correspond with R. Higgins and M. Araki re additional information re same (.2). |
| 12/31/2013 | Mike Jones | 1.30 | Correspond with working group re Effective Date documents (.7); review and revise PI Trust Agreement (.6). |
| 12/31/2013 | Ryan M Hehner | 1.60 | Correspond with working group re claims schedule (.3); review PI Trust comments (1.1); correspond with M. Jones re same (.2). |
| 12/31/2013 | Jeffrey Gettleman | .40 | Correspond with M. Jones re revisions to Medicare reporting language in PI Trust agreement (.2); correspond with P. Lockwood re review of closing date documents (.1); correspond with A. Paul re mandate letter (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/31/2013 | Jeffrey Gettleman | 1.20 | Correspond with working group re closing meeting and Effective Date (.4); correspond with working group re cooperation agreement telephone conference (.4); correspond with working group re Medicare reporting language (.4). |
| 12/31/2013 | Adam C Paul | 2.40 | Finalize Effective Date documents (1.1); analyze Effective Date issues (.9); correspond with working group re Effective Date (.4). |
| 12/31/2013 | Lisa G Esayian | 1.30 | Review settled insurers' proposed Medicare reporting language (.4); analyze differences in same compared to plan proponents' current draft (.4); correspond with working group re same (.3); correspond with working gorup re Royal/Arrowood settlement payment (.2). |
| | Total: | 375.60 | |

A-27

**Matter 41 - Tax Issues - Fees**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 12/02/2013 | Adam C Paul | .80 | Analyze foreign tax question. |
| 12/02/2013 | Todd F Maynes, P.C. | .40 | Correspond and telephone conference with working group re qualified settlement fund. |
| 12/03/2013 | Todd F Maynes, P.C. | .40 | Correspond with C. Finke re agreements. |
| 12/05/2013 | Todd F Maynes, P.C. | .30 | Correspond and telephone conference with working gorup re emergence issues. |
| 12/11/2013 | Adam C Paul | .40 | Correspond with R. Higgins and R. Finke re foreign tax request. |
| 12/12/2013 | Stephen H Butler | .30 | Telephone conference with R. Higgins re tax issues. |
| 12/12/2013 | Adam C Paul | .70 | Analyze foreign tax report. |
| 12/16/2013 | Stephen H Butler | 1.90 | Research re restructuring tax issues (1.7); correspond with T. Maynes re same (.2). |
| 12/17/2013 | Stephen H Butler | .70 | Telephone conference with client and R. Higgins re tax issues. |
| 12/17/2013 | Adam C Paul | 1.30 | Telephone conference with working group re Argentina tax claims (1.1); telephone conference with R. Higgins re same (.2). |
| 12/18/2013 | Stephen H Butler | .40 | Review credit agreement for tax issues. |
| 12/18/2013 | Adam C Paul | .40 | Analyze Argentine tax issue. |
| 12/19/2013 | Stephen H Butler | 1.80 | Review and revise credit agreement for tax issues (1.2); correspond with S. Mulrooney re same (.6). |
| 12/19/2013 | Shane Mulrooney | .40 | Review tax edits from S. Butler re credit agreement. |
| 12/19/2013 | Jeffrey Gettleman | .40 | Telephone conferences with R. Higgins re tax and escheat issues (.3); correspond with A. Paul re same (.1). |

A-28

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/22/2013 | Stephen H Butler | .90 | Review credit agreement for tax issues (.6); correspond with T. Maynes, S. Mulrooney and client re same (.3). |
| 12/23/2013 | Todd F Maynes, P.C. | .40 | Correspond and telphone conference with working group re tax issues. |
| 12/25/2013 | Adam C Paul | 1.50 | Analyze Argentine tax issues (1.1); correspond with R. Higgins re same (.4). |
| | Total: | 13.40 | |

A-29

## Matter 42 - Travel - Non-working - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/18/2013 | Mike Jones | 2.20 | Travel from Chicago, IL to Washington, DC to attend Effective Date planning meeting with plan proponents (billed at half time). |
| 12/18/2013 | Jeffrey Gettleman | 2.10 | Travel to Washington, DC for plan proponents Effective Date closing document review (billed at half time). |
| 12/18/2013 | Adam C Paul | 1.90 | Travel to Washington, DC for Effective Date meeting (billed at half time). |
| 12/19/2013 | Mike Jones | 2.20 | Return travel from Washington, DC to Chicago, IL (billed at half time). |
| 12/19/2013 | Jeffrey Gettleman | 2.20 | Travel from Washington, DC to Chicago, IL re meetings with plan proponents re closing documents (billed at half time). |
| 12/19/2013 | Adam C Paul | 2.10 | Travel from Washington, DC to Chicago, IL (billed at half time). |
| | Total: | 12.70 | |

A-30

**Matter 63 - Exit Credit Facility Advice - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/2013 | Ashley S Gregory | .90 | Review and analyze term sheet. |
| 12/02/2013 | Kathryn K Leonard | 7.80 | Draft term sheet and engagement letter. |
| 12/02/2013 | Ryan M Hehner | .20 | Correspond with working group re objection deadlines and exit financing necessity. |
| 12/02/2013 | Adam C Paul | 1.20 | Analyze exit financing approval. |
| 12/03/2013 | Kathryn K Leonard | 6.80 | Draft term sheet and engagement letter. |
| 12/03/2013 | Ryan M Hehner | 1.60 | Review exit financing documents (1.3); correspond with J. Gettleman and A. Paul re same (.3). |
| 12/03/2013 | Jeffrey Gettleman | .70 | Correspond with A. Paul re exit financing motion (.1); review precedent re updating plan reference in exit financing commitment letter (.3); correspond with K. Leonard re same (.2); correspond with R. Hehner re review of draft exit financing documents (.1). |
| 12/04/2013 | Ryan M Hehner | 1.70 | Review exit financing letter indemnity provisions (.4); correspond with working group re same (1.3). |
| 12/04/2013 | Jeffrey Gettleman | 1.10 | Correspond with R. Hehner re issues in commitment letter and exit financing documents (.4); correspond with R. Hehner re indemnity provision and exit financing documents (.1); correspond with A. Paul re same (.3); correspond with R. Hehner re filing certain portions of exit financing motion under seal (.1); correspond with R. Hehner re 2010 exit financing commitment letters (.2). |
| 12/04/2013 | Adam C Paul | .70 | Analyze exit financing needs. |
| 12/05/2013 | Kathryn K Leonard | 2.90 | Draft term sheet and engagement letter. |
| 12/05/2013 | Ryan M Hehner | 6.20 | Draft exit financing motion (4.8); correspond with working group re same (1.4). |

A-31

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/2013 | Jeffrey Gettleman | 1.70 | Correspond with R. Hehner and R. Higgins re drafting exit financing motion (.4); correspond and telephone conferences with A. Paul re exit financing motion (.6); telephone conference with R. Hehner re same (.2); correspond with A. Paul, C. Nagler and A. Gregory re exit financing issues (.3); review A. Paul correspondence re warrant agreement issues (.2). |
| 12/05/2013 | Jeffrey Gettleman | .50 | Correspond with A. Paul re Goldman Sachs and Effective Date planning (.1); correspond with M. Jones and R. Hehner re same (.1); telephone conference with A. Paul re follow-up items from Effective Date planning call and exit financing issues (.3). |
| 12/05/2013 | Adam C Paul | .90 | Analyze exit financing needs. |
| 12/05/2013 | Ashley S Gregory | .90 | Telephone conference re exit financing process. |
| 12/06/2013 | Kathryn K Leonard | .80 | Draft term sheet and engagement letter. |
| 12/06/2013 | Ryan M Hehner | 5.30 | Review and revise exit financing motion (5.1); correspond with J. O'Connell re same (.2). |
| 12/06/2013 | Jeffrey Gettleman | .10 | Correspond with A. Gregory and C. Nagler re exit financing issues. |
| 12/06/2013 | Ashley S Gregory | 1.90 | Review and revise term sheet (1.7); correspond with client re same (.2). |
| 12/08/2013 | Ryan M Hehner | 1.20 | Review and revise exit financing motion. |
| 12/09/2013 | Kathryn K Leonard | 1.40 | Draft term sheet and engagement letter. |
| 12/09/2013 | Ryan M Hehner | 1.60 | Review and revise exit financing motion (1.4); correspond with working group re same (.2). |
| 12/09/2013 | Jeffrey Gettleman | .10 | Telephone conference with R. Hehner re drafting of exit financing approval motion. |
| 12/09/2013 | Ashley S Gregory | 4.90 | Telephone conference with client re term sheet. |

KE 30168731.3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/2013 | Ryan M Hehner | .90 | Review and revise exit financing motion (.8); correspond with working group re same (.1). |
| 12/10/2013 | Jeffrey Gettleman | .30 | Correspond with A. Paul re exit financing (.2); correspond with R. Hehner re exit financing motion (.1). |
| 12/10/2013 | Jeffrey Gettleman | .10 | Correspond with R. Hehner re initial draft of exit financing motion and O'Connell declaration in support. |
| 12/11/2013 | Kathryn K Leonard | 4.40 | Draft term sheet and engagement letter. |
| 12/11/2013 | Ashley S Gregory | 4.90 | Office conference to negotiate term sheet. |
| 12/12/2013 | Kathryn K Leonard | .50 | Draft term sheet and engagement letter. |
| 12/12/2013 | Ryan M Hehner | 3.80 | Review and revise exit financing motion (2.9); research sealed document standards re same (.6); correspond with J. Gettleman re same (.3). |
| 12/12/2013 | Jeffrey Gettleman | 1.20 | Correspond with R. Hehner re exit financing motion (.8); correspond with E. Filon re exit facility question (.2); correspond with R. Levy re lenders' desire for authorization order re exit financing (.1); correspond with A. Paul re timing of completion of initial draft of exit financing motion (.1). |
| 12/12/2013 | Jeffrey Gettleman | 1.60 | Review exit financing issues (.1); correspond with R. Hehner re same (.2); correspond with A. Paul and R. Hehner re borrower under exit financing facilities (.2); review revised draft of exit financing motion (.7); correspond with R. Hehner re same (.1); review R. Hehner analysis of effect of public filings on ability to file documents under seal (.2); correspond with R. Hehner and A. Paul re initial draft of exit financing motion (.1). |
| 12/12/2013 | Adam C Paul | .90 | Analyze exit financing needs. |
| 12/12/2013 | Ashley S Gregory | 3.90 | Telephone conference re exit financing (3.1); review revised term sheet and letters (.8). |

A-33

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/13/2013 | Kathryn K Leonard | 3.30 | Draft term sheet and engagement letter. |
| 12/13/2013 | Mike Jones | .40 | Correspond with working group re exit finance issue. |
| 12/13/2013 | Ryan M Hehner | 1.40 | Review and revise exit financing motion. |
| 12/13/2013 | Ryan M Hehner | 6.10 | Correspond with working group re exit financing motion (.2); review and revise same (1.1); research re break-up fees (4.8). |
| 12/13/2013 | Adam C Paul | 2.10 | Telephone conference with working group re exit financing and warrant (.7); analyze and revise exit financing motion (1.4). |
| 12/13/2013 | Ashley S Gregory | 4.90 | Telephone conference with client re term sheet (4.2); correspond with Latham re same (.7) |
| 12/14/2013 | Jeffrey Gettleman | .10 | Correspond with R. Hehner re revised version of exit financing motion. |
| 12/15/2013 | Kathryn K Leonard | 2.40 | Draft term sheet and engagement letter. |
| 12/15/2013 | Ashley S Gregory | 4.90 | Review and revise term sheet. |
| 12/16/2013 | Kathryn K Leonard | 4.90 | Draft term sheet and engagement letter. |
| 12/16/2013 | Jeffrey Gettleman | .40 | Review and analyze A. Paul comments to initial draft of exit financing motion (.3); correspond with A. Paul re exit financing motion issues (.1). |
| 12/16/2013 | Ashley S Gregory | 3.90 | Telephone conference with E. Filon re exit financing (1.9); review and annotate issue list (.8); review letters (1.2). |
| 12/17/2013 | Kathryn K Leonard | 1.90 | Draft term sheet and engagement letter. |
| 12/17/2013 | Tammi Guthrie | .30 | Correspond with working group re credit agreement (.1); revise same (.2). |
| 12/17/2013 | Shane Mulrooney | 1.90 | Revise tax sections of credit agreement. |
| 12/17/2013 | Ryan M Hehner | .10 | Correspond with working group re exit financing motion. |

A-34

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/17/2013 | Jeffrey Gettleman | .20 | Office conference with A. Paul re circulation of exit financing motion (.1); correspond with A. Gregory, C. Nagler and K. Leonard re review of exit financing motion (.1). |
| 12/17/2013 | Ashley S Gregory | 5.90 | Telephone conference with E. Filon re exit financing (1.2); negotiate commitment papers (3.9); draft accounting definitions (.8). |
| 12/17/2013 | Jennifer Sheehan | .30 | Correspond with corporate working group re credit agreement. |
| 12/18/2013 | Kathryn K Leonard | 2.80 | Draft term sheet and engagement letter. |
| 12/18/2013 | Tammi Guthrie | .90 | Revise credit agreement (.6); correspond with working group re intellectual property searches (.3). |
| 12/18/2013 | Shane Mulrooney | 5.30 | Revise tax sections of credit agreement. |
| 12/18/2013 | Samuel Hollander | .90 | Organize intellectual property search (.5); review background materials re same (.4). |
| 12/18/2013 | Edward H Sadtler | .50 | Review and revise credit agreement. |
| 12/18/2013 | Ashley S Gregory | 7.90 | Telephone conference re organization structure and pledges (5.3); draft financial definitions (2.6). |
| 12/18/2013 | Jack N Bernstein | 1.90 | Review exit financing agreement (1.0); analyze employee issues re same (.4); draft analysis re same (.5). |
| 12/19/2013 | Kathryn K Leonard | 6.40 | Draft term sheet and engagement letter. |
| 12/19/2013 | Samuel Hollander | .20 | Review amended credit agreement. |
| 12/19/2013 | Edward H Sadtler | .50 | Review and revise credit agreement. |
| 12/19/2013 | Jennifer Sheehan | 1.90 | Review and revise credit agreement (1.1); correspond with working group re same (.8). |
| 12/19/2013 | Jack N Bernstein | 3.90 | Review and revise exit financing letters (3.4); draft analysis re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/20/2013 | Kathryn K Leonard | 2.90 | Draft term sheet and engagement letter. |
| 12/20/2013 | Ryan M Hehner | .80 | Review and revise exit financing motion (.2); review engagement letter edits (.4); correspond with J. Gettleman re same (.2). |
| 12/20/2013 | Christian C Semonsen | 1.00 | Review and draft markup of environmental terms of exit financing agreement. |
| 12/20/2013 | Jeffrey Gettleman | .80 | Correspond with A. Paul re exit financing motion (.3); correspond with E. Filon re comments re exit financing motion (.3); correspond with R. Hehner re review and analysis of same (.2). |
| 12/21/2013 | Kathryn K Leonard | .90 | Draft term sheet and engagement letter. |
| 12/21/2013 | Ashley S Gregory | 5.00 | Review and revise representations and defaults in exit financing letters. |
| 12/22/2013 | Kathryn K Leonard | 4.30 | Draft term sheet and engagement letter. |
| 12/22/2013 | Ryan M Hehner | .30 | Review indemnity provisions in credit documents for compliance with Third Circuit standards. |
| 12/22/2013 | Jeffrey Gettleman | .30 | Correspond with A. Paul re exit financing commitment letter (.1); correspond with R. Hehner re review of indemnification provisions re same (.2). |
| 12/22/2013 | Adam C Paul | 1.40 | Analyze and revise commitment letters. |
| 12/23/2013 | Kathryn K Leonard | 2.80 | Draft term sheet and engagement letter. |
| 12/23/2013 | Jeffrey Gettleman | .40 | Correspond with E. Filon re review and analysis of commitment/engagement letter and mandate letter (.2); correspond with A. Paul re same (.1); telephone conference with A. Paul re conditions precedent in commitment letter (.1). |
| 12/23/2013 | Ashley S Gregory | 1.90 | Telephone conference with client re engagement and fee letters (.8); revise letters (1.1). |
| 12/24/2013 | Ryan M Hehner | .30 | Review exit financing motion (.2); correspond with J. Gettleman re same (.1). |

A-36

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/24/2013 | Jeffrey Gettleman | 2.90 | Correspond with R. Hehner re comments to exit financing motion (.2); correspond with working group re exit financing motion (2.2); telephone conference with A. Paul and B. Kotter re same (.2); review same (.3). |
| 12/24/2013 | Jeffrey Gettleman | .60 | Telephone conference with A. Paul and M. Jones re finalization of current drafts of exit financing documents, circulation of same and January all hands meetings for final review of same. |
| 12/26/2013 | Kathryn K Leonard | 4.80 | Draft term sheet and engagement letter. |
| 12/26/2013 | Mike Jones | .40 | Review and analyze issues re exit financing. |
| 12/26/2013 | Ryan M Hehner | .60 | Correspond with working group re conditions precedent to exit financing. |
| 12/26/2013 | Jeffrey Gettleman | 2.50 | Correspond with J. McFarland re telephone conference re conditions precedent (.1); review and analyze conditions precedent to closing of exit financing in Annex C of commitment letter (.9); correspond with working group re same (1.4); correspond with A. Paul re certificate of solvency (.1). |
| 12/26/2013 | Ashley S Gregory | 1.90 | Finalize letters (1.3); prepare precedent document (.6). |
| 12/27/2013 | Kathryn K Leonard | 8.90 | Draft term sheet and engagement letter. |
| 12/27/2013 | Mike Jones | 2.70 | Review and analyze issues re exit financing (1.3); telephone conference with client re same (.6); draft summary of same (.8). |
| 12/27/2013 | Ryan M Hehner | 3.70 | Telephone conference with working group re exit financing conditions (.8); research re same (2.2); telephone conference and correspond with M. Jones re research (.3); revise exit financing motion (.4). |
| 12/27/2013 | Daniel Hill | .70 | Prepare precedent re exit financing commitment letters. |

A-37

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/27/2013 | Andrew Brniak | .50 | Prepare and compile precedent re financing commitment letters (.4); correspond with R. Hehner re same (.1). |
| 12/27/2013 | Jeffrey Gettleman | 4.10 | Correspond and telephone conference with working group re Annex C (1.9); review and revise same (.2); review edits to exit financing motion (.4); correspond with working group re same (.9); correspond with working group re exit financing filing logistics (.7). |
| 12/27/2013 | Adam C Paul | 1.30 | Analyze and revise exit financing documents (.9); correspond with J. Gettleman re same (.4). |
| 12/27/2013 | Ashley S Gregory | 4.90 | Draft covenants (2.7); telephone conference with client re conditions precedent (.9); telephone conference with working group re exit financing documents (1.3). |
| 12/29/2013 | Kathryn K Leonard | 3.40 | Draft term sheet and engagement letter. |
| 12/29/2013 | Ryan M Hehner | .20 | Review edits to exit financing motion (.1); correspond with J. Gettleman re same (.1). |
| 12/29/2013 | Jeffrey Gettleman | 1.30 | Correspond with working group re review of draft motion re exit financing. |
| 12/30/2013 | Kathryn K Leonard | 2.30 | Draft term sheet and engagement letter. |
| 12/30/2013 | Ryan M Hehner | 4.10 | Review and revise exit financing motion (3.2); telephone conference with working group re same (.4); office conference with J. Gettleman re same (.2); correspond with working group re filing timeline re same (.3). |
| 12/30/2013 | Jeffrey Gettleman | 3.90 | Correspond with working group re exit financing letters and motion (2.4); telephone conference with working group re same (.9); review edits to same (.6). |
| 12/30/2013 | Adam C Paul | 2.40 | Analyze exit financing need and timing (1.2); telephone conference with J. O'Connell re exit financing (.5); prepare for same (.7). |

KE 30168731.3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/30/2013 | Ashley S Gregory | 1.90 | Telephone conference with client re financial definitions. |
| 12/31/2013 | Kathryn K Leonard | .40 | Draft term sheet and engagement letter. |
| 12/31/2013 | Ryan M Hehner | 3.10 | Review and revise exit financing motion (1.9); telephone conference and correspond with working group re same (1.2). |
| 12/31/2013 | Jeffrey Gettleman | 6.40 | Correspond with working group re exit financing letters and motion (5.4); review and revise same (.3); telephone conference with R. Hehner re same (.7). |
| 12/31/2013 | Adam C Paul | .60 | Finalize exit financing letters. |
|  | Total: | 247.70 |  |