# **EXHIBIT B**

KE 30168731.3

B-2

### Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $3.99 |
| Travel Expense | $1,106.48 |
| Airfare | $2,808.49 |
| Transportation to/from airport | $855.30 |
| Travel Meals | $74.60 |
| **Total:** | **$4,848.86** |

**Matter 42 – Travel non-working – Itemized Expenses**

| Date | Amount | Description |
|---|---:|---|
| 12/09/2013 | 754.99 | Adam Paul, Airfare, Washington, DC, 12/18/2013 to 12/19/2013, Meeting |
| 12/12/2013 | 841.70 | J. Michael Jones, Airfare, Washington, DC, 12/18/2013 to 12/19/2013, Client Meetings |
| 12/13/2013 | 1,211.80 | Jeffrey Gettleman, Airfare, Washington, DC, 12/18/2013 to 12/19/2013, Meeting with Client |
| 12/18/2013 | 406.48 | Adam Paul, Lodging, W Washington DC, Washington, DC, 12/18/2013 to 12/19/2013, Meeting |
| 12/18/2013 | 19.84 | Jeffrey Gettleman, Transportation To/From Airport, Meeting with Client |
| 12/18/2013 | 80.75 | Crown Chauffered Transportation, Inc., Transportation to/from airport, 12/18/2013, J. Michael Jones |
| 12/18/2013 | 152.90 | Crown Chauffered Transportation, Inc., Transportation to/from airport, 12/18/2013, Jeffrey Gettleman |
| 12/18/2013 | 118.71 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 12/18/13 |
| 12/18/2013 | 59.94 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul, pick up at Reagan National Airport, Washington, DC and drop off at 515 15th Street, Washington, DC |
| 12/18/2013 | 10.48 | Jeffrey Gettleman, Travel Meals, Chicago, IL, Meeting with Client, Dinner |
| 12/19/2013 | 3.99 | Adam Paul, Internet, Meeting |
| 12/19/2013 | 350.00 | Jeffrey Gettleman, Lodging, The Hay-Adams, Washington, DC, 12/18/2013 to 12/18/2013, Meeting with Client |
| 12/19/2013 | 350.00 | J. Michael Jones, Lodging, Willard InterContinental, Washington, DC, 12/18/2013 to 12/19/2013, Client Meetings |
| 12/19/2013 | 84.75 | Crown Chauffered Transportation, Inc., Transportation to/from airport, 12/19/2013, J. Michael Jones |
| 12/19/2013 | 210.90 | Crown Chauffered Transportation, Inc., Transportation to/from airport, 12/19/2013, Jeffrey Gettleman |
| 12/19/2013 | 127.51 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 12/19/13 |
| 12/19/2013 | 12.53 | Jeffrey Gettleman, Travel Meals, Washington, DC, Meeting with Client, Dinner |
| 12/19/2013 | 30.00 | Jeffrey Gettleman, Travel Meals, Washington, DC, Meeting with Client, Breakfast |
| 12/19/2013 | 21.59 | J. Michael Jones, Travel Meals, Washington, DC, Client Meetings, Dinner |
| Total: | 4,848.86 | |

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $108.61 |
| Standard Copies or Prints | $4,353.80 |
| Color Copies or Prints | $13,691.15 |
| CD-ROM Duplicates/Master | $315.00 |
| Overnight Delivery | $210.73 |
| Catering Expenses | $175.62 |
| Computer Database Research | $317.42 |
| **Total:** | **$19,172.33** |

KE 30168731.3

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---:|---|
| 12/01/2013 | 15.60 | Standard Prints |
| 12/01/2013 | 35.40 | Standard Prints |
| 12/01/2013 | .10 | Standard Copies or Prints |
| 12/01/2013 | 14.90 | Standard Prints |
| 12/01/2013 | 8.70 | Standard Prints |
| 12/01/2013 | 12.30 | Standard Prints |
| 12/01/2013 | 4.90 | Standard Prints |
| 12/01/2013 | .50 | Standard Prints |
| 12/01/2013 | 54.80 | Standard Prints |
| 12/01/2013 | 41.70 | Standard Prints |
| 12/01/2013 | .70 | Standard Prints |
| 12/01/2013 | 84.00 | CD-ROM Duplicates/Master |
| 12/02/2013 | 7.70 | Standard Prints |
| 12/02/2013 | 14.30 | Standard Prints |
| 12/02/2013 | 9.40 | Standard Prints |
| 12/02/2013 | 30.80 | Color Copies or Prints |
| 12/02/2013 | .55 | Color Prints |
| 12/02/2013 | 22.00 | Color Prints |
| 12/02/2013 | 1.65 | Color Prints |
| 12/02/2013 | 30.25 | Color Prints |
| 12/03/2013 | 8.70 | Standard Prints |
| 12/03/2013 | 27.70 | Standard Prints |
| 12/03/2013 | 10.70 | Standard Prints |
| 12/04/2013 | 44.40 | Standard Prints |
| 12/04/2013 | 6.30 | Standard Prints |
| 12/04/2013 | 21.45 | Color Prints |
| 12/04/2013 | 19.80 | Color Prints |
| 12/04/2013 | 1.65 | Color Prints |
| 12/04/2013 | 8.25 | Color Prints |
| 12/05/2013 | 7.70 | Color Prints |
| 12/05/2013 | 2.75 | Color Prints |
| 12/05/2013 | 20.35 | Color Prints |
| 12/05/2013 | .55 | Color Prints |
| 12/05/2013 | 7.70 | Color Prints |
| 12/06/2013 | 5.50 | Standard Prints |
| 12/06/2013 | 2.20 | Standard Prints |
| 12/06/2013 | 13.20 | Standard Prints |
| 12/06/2013 | 1.00 | Standard Prints |
| 12/06/2013 | .70 | Standard Prints |

| Date | Amount | Description |
|---|---|---|
| 12/06/2013 | 10.29 | Fed Exp to: Deborah D. Williamson, San Antonio, TX from: J. Michael Jones |
| 12/09/2013 | 3.70 | Standard Prints |
| 12/09/2013 | .40 | Standard Prints |
| 12/09/2013 | 3.20 | Standard Prints |
| 12/09/2013 | 6.50 | Standard Prints |
| 12/09/2013 | 19.70 | Standard Prints |
| 12/11/2013 | 1.90 | Standard Prints |
| 12/11/2013 | 10.90 | Standard Prints |
| 12/11/2013 | 2.60 | Standard Prints |
| 12/11/2013 | 3.10 | Standard Prints |
| 12/11/2013 | 7.50 | Standard Prints |
| 12/11/2013 | 11.30 | Standard Prints |
| 12/11/2013 | 65.90 | Standard Prints |
| 12/11/2013 | 3.30 | Color Prints |
| 12/11/2013 | 7.70 | Color Prints |
| 12/11/2013 | 8.80 | Color Prints |
| 12/11/2013 | 33.00 | Color Prints |
| 12/12/2013 | 30.00 | Standard Prints |
| 12/12/2013 | 1.10 | Color Prints |
| 12/12/2013 | 2.75 | Color Prints |
| 12/13/2013 | 70.40 | Standard Prints |
| 12/13/2013 | 1.10 | Color Prints |
| 12/16/2013 | 9.36 | Jeffrey Gettleman, Cell Phone Calls, 11/17/2013 to 12/16/2013, Cell Phone Charges |
| 12/16/2013 | 13.75 | Color Prints |
| 12/17/2013 | 2.00 | Standard Prints |
| 12/17/2013 | 7.30 | Standard Prints |
| 12/17/2013 | 22.80 | Standard Prints |
| 12/18/2013 | 132.90 | Standard Copies or Prints |
| 12/18/2013 | 13.30 | Standard Prints |
| 12/19/2013 | 2.70 | Standard Copies or Prints |
| 12/19/2013 | 2.10 | Standard Prints |
| 12/19/2013 | .70 | Standard Prints |
| 12/19/2013 | 530.60 | Standard Prints |
| 12/19/2013 | 1,768.30 | Standard Prints |
| 12/19/2013 | 394.20 | Standard Prints |
| 12/19/2013 | 648.00 | Standard Prints |
| 12/19/2013 | 11.10 | Standard Prints |
| 12/19/2013 | 45.65 | Color Copies or Prints |
| 12/19/2013 | 8,527.20 | Color Prints |

| **Date** | **Amount** | **Description** |
|---|---:|---|
| 12/19/2013 | 33.00 | Color Prints |
| 12/19/2013 | 33.00 | Color Prints |
| 12/19/2013 | 14.85 | Color Prints |
| 12/19/2013 | 5.50 | Color Prints |
| 12/19/2013 | 30.25 | Color Prints |
| 12/19/2013 | 26.95 | Color Prints |
| 12/19/2013 | 28.60 | Color Prints |
| 12/19/2013 | 29.15 | Color Prints |
| 12/19/2013 | 29.70 | Color Prints |
| 12/19/2013 | 28.05 | Color Prints |
| 12/19/2013 | 169.95 | Color Prints |
| 12/19/2013 | 67.65 | Color Prints |
| 12/19/2013 | 31.35 | Color Prints |
| 12/19/2013 | 154.00 | Color Prints |
| 12/19/2013 | 79.20 | Color Prints |
| 12/19/2013 | 88.00 | Color Prints |
| 12/19/2013 | 605.00 | Color Prints |
| 12/19/2013 | 88.00 | Color Prints |
| 12/19/2013 | 605.00 | Color Prints |
| 12/19/2013 | 132.00 | Color Prints |
| 12/19/2013 | 572.00 | Color Prints |
| 12/19/2013 | 314.60 | Color Prints |
| 12/19/2013 | 2.75 | Color Prints |
| 12/19/2013 | 8.80 | Color Prints |
| 12/19/2013 | 35.20 | Color Prints |
| 12/19/2013 | 35.20 | Color Prints |
| 12/19/2013 | 39.60 | Color Prints |
| 12/19/2013 | 180.40 | Color Prints |
| 12/19/2013 | 83.60 | Color Prints |
| 12/19/2013 | 61.60 | Color Prints |
| 12/19/2013 | 233.20 | Color Prints |
| 12/19/2013 | 154.00 | Color Prints |
| 12/19/2013 | 79.20 | Color Prints |
| 12/19/2013 | 22.00 | Color Prints |
| 12/19/2013 | 237.60 | Color Prints |
| 12/19/2013 | 149.60 | Color Prints |
| 12/19/2013 | 83.60 | Color Prints |
| 12/19/2013 | 35.20 | Color Prints |
| 12/19/2013 | 224.40 | Color Prints |
| 12/20/2013 | 36.00 | Standard Prints |
| 12/20/2013 | 3.60 | Standard Prints |

KE 30168731.3

| Date | Amount | Description |
|---|---|---|
| 12/20/2013 | 8.10 | Standard Prints |
| 12/20/2013 | 5.40 | Standard Prints |
| 12/20/2013 | 12.90 | Standard Prints |
| 12/20/2013 | 4.80 | Standard Prints |
| 12/20/2013 | 7.70 | Standard Prints |
| 12/20/2013 | .27 | West, Computer Database Research, Esayian, Lisa G., December 2013 |
| 12/20/2013 | 317.15 | West, Computer Database Research, Hehner, Ryan, December 2013 |
| 12/22/2013 | 175.62 | Seamless North America Inc., Catering Services, A. Paul, Lunch Meeting, 12/19/2013 |
| 12/23/2013 | 3.60 | Standard Copies or Prints |
| 12/23/2013 | 6.40 | Standard Prints |
| 12/23/2013 | 2.40 | Standard Prints |
| 12/23/2013 | 30.20 | Standard Prints |
| 12/23/2013 | 61.10 | Standard Prints |
| 12/24/2013 | 10.18 | Fed Exp to: Douglas Campbell, Pittsburgh, PA from: General Services |
| 12/24/2013 | 10.18 | Fed Exp to: Marla Eskin, Wilmington, DE from: General Services |
| 12/24/2013 | 10.18 | Fed Exp to: M. Dawes Cooke, Charleston, SC from: General Services |
| 12/24/2013 | 10.18 | Fed Exp to: Edward B. Cottingham, Jr., Charleston, SC from: General Services |
| 12/24/2013 | 10.18 | Fed Exp to: Alan B. Rich, Dallas, TX from: General Services |
| 12/25/2013 | 9.40 | Standard Prints |
| 12/25/2013 | 105.00 | CD-ROM Duplicates/Master |
| 12/26/2013 | 10.18 | Fed Exp to: Peter Lockwood, Washington, DC from: General Services |
| 12/26/2013 | 10.18 | Fed Exp to: Peter Lockwood, New York, NY from: General Services |
| 12/26/2013 | 10.18 | Fed Exp to: Richard Wyron, Washington, DC from: General Services |
| 12/26/2013 | 10.18 | Fed Exp to: Debra Felder, Washington, DC from: General Services |
| 12/26/2013 | 10.18 | Fed Exp to: Roger Frankel, Washington, DC from: General Services |
| 12/26/2013 | 10.18 | Fed Exp to: Roger Brniak, New York, NY from: General Services |
| 12/26/2013 | 10.18 | Fed Exp to: Philip Bentley, New York, NY from: General Services |
| 12/26/2013 | 10.18 | Fed Exp to: David Turetsky, New York, NY from: General Services |
| 12/26/2013 | 10.18 | Fed Exp to: Nathan Coo, Chicago, IL from: General Services |
| 12/26/2013 | 10.18 | Fed Exp to: Deborah D. Williamson, San Antonio, TX from: General Services |
| 12/26/2013 | 10.18 | Fed Exp to: Richard Finke, Columbia, MD from: General Services |
| 12/26/2013 | 10.18 | Fed Exp to: Douglas Herman, Wilmington, DE from: General Services |
| 12/30/2013 | 13.69 | Fed Exp to: Roger Frankel, Palm Beach, FL from: General Services |
| 12/30/2013 | 13.69 | Fed Exp to: Alan B. Rich, Dallas, TX from: Andrew C. Brniak |
| 12/31/2013 | 20.69 | Intercall - Teleconference, Conference Calls, A. Paul, 12/31/13 |
| 12/31/2013 | 39.98 | Intercall - Teleconference, Conference Calls, J. Donley, 12/31/13 |
| 12/31/2013 | 12.53 | Intercall - Teleconference, Conference Calls, M. Jones, 12/31/13 |
| 12/31/2013 | 26.05 | Intercall - Teleconference, Conference Calls, J. Gettleman, 12/31/13 |

KE 30168731.3


| Date | Amount | Description |
|---|---|---|
| 12/31/2013 | 14.70 | Standard Prints |
| 12/31/2013 | 3.50 | Standard Prints |
| 12/31/2013 | 3.70 | Standard Prints |
| 12/31/2013 | 25.30 | Standard Prints |
| 12/31/2013 | .20 | Standard Prints |
| 12/31/2013 | .30 | Standard Prints |
| 12/31/2013 | 15.95 | Color Prints |
| 12/31/2013 | 4.40 | Color Prints |
| 12/31/2013 | 19.25 | Color Prints |
| 12/31/2013 | 7.00 | CD-ROM Duplicates/Master |
| 12/31/2013 | 119.00 | CD-ROM Duplicates/Master |
| Total: | 19,172.33 | |

KE 30168731.3