### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

_____

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (KJC)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Reorganized Debtors.** | ) | Objection Date: April 10, 2014 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

_____

### COVER SHEET TO EIGHTH MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative |
| Date of Retention: | *Nunc pro tunc* to May 16, 2013 (by Order dated July 31, 2013) |
| Period for which compensation and reimbursement is sought: | December 1, 2013 – December 31, 2013 |
| 100% of Compensation sought as actual, reasonable and necessary: | $30,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $24,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $430.78 |

This is a   __x__ monthly                  __ interim                  ___ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 14.2 | $30,000.00 |
| Jason Solganick | Director | NA | 5.1 | |
| Sam Jackson | Associate | NA | 6.3 | |
| Adam Karmali | Analyst | NA | 7.6 | |
| Grand Total: | | | **33.2** | **$30,000.00** |
| Blended Rate: | | | | $903.61 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**
**December 1, 2013 – December 31, 2013**

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **33.2** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

| | |
|---|---|
| Copies | $ 4.75 |
| Communication | $ 163.80 |
| July 8, 2013 Trip to Washington, D.C. to meet with FCR[2] | $ 262.23 |
| **TOTAL Out-of-Pocket Expenses:** | **$ 430.78** |

LINCOLN PARTNERS ADVISORS LLC

Dated: March 18, 2014

By:*/S/ JASON SOLGANICK*
Jason Solganick
Director
360 Madison Ave, 21st Floor
New York, NY 10017
Telephone: (212) 277-8115

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

[2] Expenses were not previously submitted in July 2013 application.