# EXHIBIT A

**WR Grace**
**Dec 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tues 3 | Comm w/OHS (RW) re investor call | 0.7 |
|  | Review edit fee application info | 2.0 |
|  | Review docket and analysis | 0.2 |
| Wed 4 | Review docket and analysis | 0.2 |
| Thu 5 | Comm w/OHS (RW) re investor call, Dow transaction, exit financing | 0.8 |
|  | Review docket and analysis | 0.2 |
| Fri 6 | Review docket and analysis | 0.7 |
| Mon 9 | Review docket and analysis | 0.2 |
| Tue 10 | Review docket and analysis | 0.2 |
| Wed 11 | Comm w/OHS (RW) re interest rates on exit, trust cash cont | 1.0 |
|  | Review docket and analysis | 0.2 |
| Thu 12 | Comm w/ FCR, OHS (RW) re investor call, exit financing | 1.0 |
|  | Grace investor call, prep and analysis | 1.5 |
|  | Review docket and analysis | 0.2 |
| Fri 13 | Review docket and analysis | 0.2 |
| Mon 16 | Review docket and analysis | 0.9 |
| Tue 17 | Review docket and analysis | 0.2 |
| Wed 18 | Review docket and analysis | 0.2 |
| Thu 19 | Review docket and analysis | 0.2 |
| Fri 20 | Review docket and analysis | 0.2 |
| Mon 23 | Comm w/OHS (RW) re lender settlement | 0.6 |
|  | Review docket and analysis | 1.7 |
| Tue 24 | Review docket and analysis | 0.2 |
| Mon 30 | Comm w/OHS (RW) re scheduling, exit financing, interest settlement | 0.7 |
|  | TOTAL HOURS | 14.2 |

**WR Grace**
**Dec 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Dec 2 | Review docket and analysis | 0.3 |
| Dec 5 | Review docket and analysis | 0.2 |
| Dec 11 | Financial analysis re: default interest | 0.5 |
|  | Review docket and analysis | 0.4 |
| Dec 12 | Conference call re: acquisition | 0.6 |
|  | Internal conversations re: acquisition | 0.2 |
| Dec 16 | Review docket and analysis | 0.4 |
| Dec 23 | Review docket and analysis | 0.3 |
|  | Review news and 8-k re: appeal settlement | 0.7 |
| Dec 30 | Review settlement documentation | 1.5 |
|  | TOTAL TIME (hrs) | 5.1 |

**WR Grace**
**December 2013 Time - Samuel Jackson, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Dec 3 | Review docket and analysis | 0.2 |
| Dec 4 | Preparation of fee applications | 0.7 |
|  | Review docket and analysis | 0.4 |
| Dec 6 | Preparation of fee applications | 0.4 |
|  | Review docket and analysis | 0.6 |
| Dec 10 | Review docket and analysis | 0.5 |
| Dec 11 | Preparation of fee applications | 0.5 |
| Dec 12 | Grace conference call - replay | 1.0 |
| Dec 13 | Review docket and analysis | 0.4 |
| Dec 15 | Preparation of fee applications | 0.3 |
| Dec 18 | Review docket and analysis | 0.4 |
| Dec 23 | Preparation of fee applications | 0.4 |
| Dec 27 | Review docket and analysis | 0.3 |
| Dec 31 | Review docket and analysis | 0.2 |
|  | TOTAL TIME (hrs) | 6.3 |

**W.R. Grace**
**December 2013 Time - Adam Karmali, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Dec 3 | Review docket and analysis | 0.2 |
| Dec 4 | Preparation of fee applications | 1.2 |
|  | Review docket and analysis | 0.4 |
| Dec 6 | Preparation of fee applications | 0.4 |
|  | Review docket and analysis | 0.6 |
| Dec 10 | Review docket and analysis | 0.5 |
| Dec 11 | Preparation of fee applications | 0.7 |
| Dec 12 | Grace conference call | 1.2 |
| Dec 13 | Review docket and analysis | 0.4 |
| Dec 15 | Preparation of fee applications | 0.3 |
| Dec 18 | Review docket and analysis | 0.4 |
| Dec 23 | Preparation of fee applications | 0.6 |
| Dec 27 | Review docket and analysis | 0.3 |
| Dec 31 | Review docket and analysis | 0.4 |
|  | TOTAL TIME (hrs) | 7.6 |