# EXHIBIT B

### W.R. Grace
### Detail of expenses (December 1, 2013 – December 31, 2013)

July 8, 2013 Trip to Washington, D.C. for Meeting with FCR[1]

| | |
|---|---:|
| Radecki | |
|     Travel – cab to meeting | $ 21.00 |
| Jackson | |
|     Travel – cab to airport | $ 75.07 |
| Karmali | |
|     Travel – cab to/from airport | $ 91.16 |
|     Flight change | $ 75.00 |
| **Total July 8, 2013 Trip** | **$ 262.23** |
| | |
| Miscellaneous | |
|     Copies | $ 4.75 |
|     Communications | $ 163.80 |
| **Total Miscellaneous:** | **$ 168.55** |
| | |
| **TOTAL EXPENSES:** | **$ 430.78** |

---

[1] Expenses were not previously submitted in July 2013 fee application.