IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| | ) | |
| Reorganized Debtors. | ) | Objection Date: April 10, 2014 at 4:00 p.m. |
| | ) | Hearing: May 28, 2014 at 11:00 a.m. |

**COVER SHEET TO THIRD QUARTERLY INTERIM FEE APPLICATION OF
LINCOLN PARTNERS ADVISORS LLC, AS FINANCIAL ADVISOR TO
ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | *Nunc pro tunc* to May 16, 2013 (by Order dated July 31, 2013) |
| Period for which compensation and reimbursement is sought: | October 1, 2013 – December 31, 2013 |
| Amount of Compensation sought as actual, reasonable and necessary: | $90,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $893.46 |

This is a     ___ monthly          _x_ interim          ___ final application

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

October 1, 2013 – December 31, 2013

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 0 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **124.80** | **$90,000.00** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

October 1, 2013 – December 31, 2013

| Expense Category | Total |
|---|---|
| July 8, 2013 Trip to Washington, DC to meet with FCR[2] | $ 644.90 |
| Communication | $ 243.81 |
| Copies | $ 4.75 |
| **TOTAL** | **$ 893.46** |
|  |  |

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

[2] Expenses were not previously submitted in July 2013 application.