# EXHIBIT A

**WR Grace**
**Oct 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Review docket and analysis | 0.2 |
|  | Review Lantern bid letter from Blackstone delivery | 0.8 |
| Wed 2 | Review docket and analysis | 0.2 |
| Thu 3 | Review docket and analysis | 0.2 |
| Fri 4 | Review docket and analysis | 0.2 |
| Mon 7 | Review docket and analysis | 0.2 |
| Wed 9 | Review docket and analysis | 0.2 |
| Thu 10 | Comm w/OHS (RW) re claims buyer | 1.0 |
|  | Review docket and analysis | 0.2 |
| Fri 11 | Comm w/Blackstone (JOC) re Lantern bid signing | 0.3 |
|  | Review all news on Lantern purchase | 1.4 |
|  | Review market effects of Lantern purchase | 0.3 |
|  | Review docket and analysis | 0.2 |
| Mon 14 | Comm w/Blackstone (JOC) re PSA | 0.2 |
|  | Review PSA and discuss with OHS (RW) | 1.5 |
| Tue 15 | Review docket and analysis | 0.2 |
| Wed 16 | Review docket and analysis | 0.2 |
| Thu 17 | Review docket and analysis | 0.2 |
| Fri 18 | Review docket and analysis | 0.2 |
| Mon 21 | Review docket and analysis | 0.2 |
| Tue 22 | Review docket and analysis | 0.2 |
| Wed 23 | Review 8-K financial report | 1.0 |
|  | Review earnings release and update | 0.8 |
|  | Review docket and analysis | 0.2 |
| Thu 24 | Earnings call replay | 1.0 |
|  | Review docket and analysis | 0.2 |
| Fri 25 | Review docket and analysis | 0.2 |
| Mon 28 | Review news on SEE | 0.4 |
|  | Review docket and analysis | 0.2 |
| Tue 29 | Review docket and analysis | 0.2 |
| Wed 30 | SEE earnings conference call | 1.0 |
|  | Review SEE 8-K financial report | 1.3 |
|  | Review all SEE press releases and news | 0.5 |
|  | Review docket and analysis | 0.2 |
| Thu 31 | Review docket and analysis | 0.2 |
|  | TOTAL HOURS | 15.7 |

**WR Grace**
**October 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Oct 1 | Review docket and analysis | 0.3 |
| Oct 4 | Review docket and analysis | 0.2 |
| Oct 9 | Review docket and analysis | 0.3 |
| Oct 11 | Review articles re: Project Lantern | 0.2 |
| Oct 15 | Call w/ Orrick re: payment percentages, etc. | 0.3 |
|  | Review docket and analysis | 0.3 |
| Oct 18 | Review docket and analysis | 0.2 |
| Oct 22 | Review docket and analysis | 0.3 |
| Oct 23 | Fee application preparation | 0.7 |
|  | Review release re: 3Q results and analysis | 1.4 |
| Oct 24 | Fee application preparation | 0.5 |
| Oct 25 | Analysis re: trust valuation | 1.5 |
|  | Review docket and analysis | 0.3 |
| Oct 28 | Preparation of memo re: 3Q results | 1.5 |
| Oct 29 | Preparation of memo re: 3Q results | 1.2 |
|  | Fee application preparation | 1.0 |
|  | TOTAL TIME (hrs) | 10.2 |

**WR Grace**
**October 2013 Time - Samuel Jackson, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Oct 1 | Review docket and analysis | 0.4 |
| Oct 3 | Review docket and analysis | 0.3 |
| Oct 7 | Review docket and analysis | 0.5 |
| Oct 11 | Review of Project Lantern Market Reaction | 0.5 |
| Oct 15 | Preparation of fee applications | 1.5 |
| Oct 16 | Preparation of fee applications | 0.7 |
| Oct 18 | Review docket and analysis | 0.8 |
| Oct 22 | Review docket and analysis | 0.3 |
| Oct 23 | Review of fee applications | 0.5 |
| Oct 24 | Review of fee applications | 1.0 |
| Oct 24 | Grace and Sealed Air Memos | 1.0 |
| Oct 25 | Grace and Sealed Air Memos | 1.5 |
| Oct 28 | Preparation of fee applications | 0.2 |
| Oct 31 | Preparation of fee applications | 0.4 |
| Oct 31 | Review docket and analysis | 1.0 |
|  | TOTAL TIME (hrs) | 10.6 |

**W.R. Grace**
**October 2013 Time - Adam Karmali, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Oct 1 | Review docket and analysis | 0.4 |
| Oct 3 | Review docket and analysis | 0.3 |
| Oct 7 | Review docket and analysis | 0.5 |
| Oct 11 | Review of Project Lantern Market Reaction | 1.0 |
| Oct 15 | Preparation of fee applications | 1.5 |
| Oct 16 | Preparation of fee applications | 0.7 |
| Oct 18 | Review docket and analysis | 0.8 |
| Oct 22 | Review docket and analysis | 0.3 |
| Oct 23 | Preparation of fee applications | 0.5 |
| Oct 24 | Preparation of fee applications | 0.2 |
| Oct 24 | Grace and Sealed Air Memos | 2.0 |
| Oct 25 | Grace and Sealed Air Memos | 2.5 |
| Oct 28 | Preparation of fee applications | 0.4 |
| Oct 31 | Preparation of fee applications | 0.5 |
| Oct 31 | Review docket and analysis | 0.6 |
| | TOTAL TIME (hrs) | 11.6 |

**WR Grace**
**Nov 2013 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Mon 4 | Review docket and analysis | 0.2 |
| Tue 5 | Comm w/FCR re Bondex retention | 0.5 |
|  | Review docket and analysis | 0.2 |
| Wed 6 | Review docket and analysis | 0.2 |
| Thu 7 | Review docket and analysis, court schedule | 0.5 |
| Fri 8 | Review docket and analysis | 0.2 |
| Mon 11 | Comm w/OHS (DF) re exit financing particulars | 1.0 |
|  | Review docket and analysis | 0.2 |
| Tue 12 | Review docket and analysis | 0.2 |
| Wed 13 | Review docket and analysis | 0.2 |
| Thu 14 | I/C w/JS re Trust receipts, analysis | 1.0 |
|  | Review docket and analysis | 0.2 |
| Fri 15 | Review docket and analysis, Towers Watson application | 0.6 |
| Mon 18 | Review docket and analysis | 0.2 |
| Tue 19 | Review docket and analysis | 0.2 |
| Wed 20 | Comm with OHS (RW, RF, DF) re supplemental disclosure | 0.5 |
|  | Review docket and analysis | 0.2 |
| Thu 21 | Draft, edit Supplemental Disclosure | 1.4 |
|  | Comm w/OHS (RW) re supplemental | 0.2 |
|  | Review docket and analysis | 0.2 |
| Fri 22 | Review draft supp disc edits from OHS | 0.5 |
|  | Review docket and analysis | 0.2 |
| Mon 25 | Review further draft supp disc edits from OHS | 0.5 |
|  | Review docket and analysis | 0.2 |
| Tue 26 | Review docket and analysis | 0.2 |
| Wed 27 | Review docket and analysis | 0.2 |
|  | TOTAL HOURS | 9.9 |

**WR Grace**
**November 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Nov 1 | Review docket and analysis | 0.3 |
| Nov 4 | Preparation of memo re: SEE results | 1.4 |
|  | Review docket and analysis | 0.3 |
| Nov 6 | Preparation of memo re: SEE results | 0.5 |
| Nov 8 | Review docket and analysis | 0.2 |
|  | Review 10-Q filing | 1.0 |
| Nov 12 | Correspondence re: exit financing | 0.2 |
| Nov 13 | Review docket and analysis | 0.3 |
| Nov 14 | Call w/ Orrick re: trust issues | 0.2 |
| Nov 15 | Internal conversations re: trust issues | 0.2 |
|  | Review SEE settlement agreement | 1.2 |
|  | Call w/ Orrick re: trust issues | 0.2 |
|  | Review docket and analysis | 0.3 |
| Nov 19 | Review docket and analysis | 0.3 |
| Nov 21 | Preparation of supplemental declaration | 1.2 |
| Nov 22 | Review docket and analysis | 0.2 |
|  | Preparation of supplemental declaration | 0.4 |
| Nov 25 | Preparation of supplemental declaration | 1.5 |
| Nov 27 | Review docket and analysis | 0.3 |
|  | TOTAL TIME (hrs) | 10.2 |

**WR Grace**
**November 2013 Time - Samuel Jackson, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Nov 2 | Prep / Review of Sealed Air memo | 0.5 |
| Nov 3 | Prep / Review of Sealed Air memo | 1.5 |
| Nov 5 | Review docket and analysis | 0.6 |
| Nov 8 | Review docket and analysis | 0.5 |
| Nov 12 | Review docket and analysis | 0.5 |
| Nov 19 | Review docket and analysis | 1.0 |
| Nov 20 | Preparation of fee applications | 0.5 |
| Nov 21 | Preparation / Review of supplemental declaration | 1.0 |
| Nov 22 | Preparation / Review of supplemental declaration | 1.5 |
| Nov 23 | Preparation / review of fee applications | 0.5 |
| Nov 25 | Review docket and analysis | 0.5 |
| | TOTAL TIME (hrs) | 8.6 |

**W.R. Grace**
**November 2013 Time - Adam Karmali, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Nov 2 | Preparation of Sealed Air memo | 1.7 |
| Nov 3 | Preparation of Sealed Air memo | 3.1 |
| Nov 5 | Review docket and analysis | 0.3 |
| Nov 8 | Review docket and analysis | 0.4 |
| Nov 12 | Review docket and analysis | 0.2 |
| Nov 19 | Review docket and analysis | 0.6 |
| Nov 20 | Preparation of fee applications | 1.7 |
| Nov 21 | Preparation of supplemental declaration | 3.0 |
| Nov 22 | Preparation of supplemental declaration | 2.7 |
| Nov 23 | Preparation of fee applications | 0.8 |
| Nov 25 | Review docket and analysis | 0.3 |
| | TOTAL TIME (hrs) | 14.8 |

**WR Grace**
**Dec 2013 Time - Joe Radecki, Managing Director**

| **Day/Date** | **Action** | **Time** |
|---|---|---|
| Tues 3 | Comm w/OHS (RW) re investor call | 0.7 |
|  | Review edit fee application info | 2.0 |
|  | Review docket and analysis | 0.2 |
| Wed 4 | Review docket and analysis | 0.2 |
| Thu 5 | Comm w/OHS (RW) re investor call, Dow transaction, exit financing | 0.8 |
|  | Review docket and analysis | 0.2 |
| Fri 6 | Review docket and analysis | 0.7 |
| Mon 9 | Review docket and analysis | 0.2 |
| Tue 10 | Review docket and analysis | 0.2 |
| Wed 11 | Comm w/OHS (RW) re interest rates on exit, trust cash cont | 1.0 |
|  | Review docket and analysis | 0.2 |
| Thu 12 | Comm w/ FCR, OHS (RW) re investor call, exit financing | 1.0 |
|  | Grace investor call, prep and analysis | 1.5 |
|  | Review docket and analysis | 0.2 |
| Fri 13 | Review docket and analysis | 0.2 |
| Mon 16 | Review docket and analysis | 0.9 |
| Tue 17 | Review docket and analysis | 0.2 |
| Wed 18 | Review docket and analysis | 0.2 |
| Thu 19 | Review docket and analysis | 0.2 |
| Fri 20 | Review docket and analysis | 0.2 |
| Mon 23 | Comm w/OHS (RW) re lender settlement | 0.6 |
|  | Review docket and analysis | 1.7 |
| Tue 24 | Review docket and analysis | 0.2 |
| Mon 30 | Comm w/OHS (RW) re scheduling, exit financing, interest settlement | 0.7 |
|  | TOTAL HOURS | 14.2 |

**WR Grace**
**Dec 2013 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Dec 2 | Review docket and analysis | 0.3 |
| Dec 5 | Review docket and analysis | 0.2 |
| Dec 11 | Financial analysis re: default interest | 0.5 |
|  | Review docket and analysis | 0.4 |
| Dec 12 | Conference call re: acquisition | 0.6 |
|  | Internal conversations re: acquisition | 0.2 |
| Dec 16 | Review docket and analysis | 0.4 |
| Dec 23 | Review docket and analysis | 0.3 |
|  | Review news and 8-k re: appeal settlement | 0.7 |
| Dec 30 | Review settlement documentation | 1.5 |
|  | TOTAL TIME (hrs) | 5.1 |

**WR Grace**
**December 2013 Time - Samuel Jackson, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Dec 3 | Review docket and analysis | 0.2 |
| Dec 4 | Preparation of fee applications | 0.7 |
|  | Review docket and analysis | 0.4 |
| Dec 6 | Preparation of fee applications | 0.4 |
|  | Review docket and analysis | 0.6 |
| Dec 10 | Review docket and analysis | 0.5 |
| Dec 11 | Preparation of fee applications | 0.5 |
| Dec 12 | Grace conference call - replay | 1.0 |
| Dec 13 | Review docket and analysis | 0.4 |
| Dec 15 | Preparation of fee applications | 0.3 |
| Dec 18 | Review docket and analysis | 0.4 |
| Dec 23 | Preparation of fee applications | 0.4 |
| Dec 27 | Review docket and analysis | 0.3 |
| Dec 31 | Review docket and analysis | 0.2 |
|  | TOTAL TIME (hrs) | 6.3 |

**W.R. Grace**
**December 2013 Time - Adam Karmali, Analyst**

| Day/Date | Action | Time |
|---|---|---|
| Dec 3 | Review docket and analysis | 0.2 |
| Dec 4 | Preparation of fee applications | 1.2 |
|  | Review docket and analysis | 0.4 |
| Dec 6 | Preparation of fee applications | 0.4 |
|  | Review docket and analysis | 0.6 |
| Dec 10 | Review docket and analysis | 0.5 |
| Dec 11 | Preparation of fee applications | 0.7 |
| Dec 12 | Grace conference call | 1.2 |
| Dec 13 | Review docket and analysis | 0.4 |
| Dec 15 | Preparation of fee applications | 0.3 |
| Dec 18 | Review docket and analysis | 0.4 |
| Dec 23 | Preparation of fee applications | 0.6 |
| Dec 27 | Review docket and analysis | 0.3 |
| Dec 31 | Review docket and analysis | 0.4 |
|  | TOTAL TIME (hrs) | 7.6 |