# EXHIBIT B

**W.R. Grace**
**Lincoln Expense Detail Report (October 1, 2013 – December 31, 2013)**
(Dates Represent Posting Date of Expense)

July 8, 2013 Trip to Washington, DC for Meeting with FCR[1]
Solganick
    Travel – cab to/from airport      $ 382.67
Radecki
    Travel – cab to meeting      $ 21.00
Jackson
    Travel – cab to airport      $ 75.07
Karmali
    Travel- cab to/from airport      $ 91.16
    Flight change      $ 75.00

**Total July 8, 2013 Trip**      **$ 644.90**

August 2013[2]
Communications      $ 30.41

October 2013
Communications      $ 71.77

November 2013
Communications      $ 8.24

December 2013
Communications      $ 133.39
Copies      $ 4.75

**TOTAL EXPENSES:**      **$ 893.46**

---

[1] Expenses were not previously submitted in July 2013 fee application.
[2] Expenses were not previously submitted in August 2013 fee application.