**EXHIBIT 1**

**bmcgroup**
information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2013 | 2.3 | $483.00 | Work with G Kruse re Class 7 distribution report, report format, data to be included (1.0); analysis of draft report and revisions needed (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/16/2013 | 2.4 | $504.00 | Analysis of revised Class 7 report from G Kruse (.8); work with G Kruse re add'l revisions (.8); analyzed next gen Class 7 report (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/18/2013 | 2.2 | $462.00 | R Higgins email re revisions to asbestos PD reports (.3); work with G Kruse re revisions to asbestos PD reports (1.7); prep email to R Higgins re revised reports (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2013 | 0.3 | $63.00 | Analysis of M Handler/Liquidity Solutions email re W9 info for Speights & Motley payments (.1); review W9 returns re Motley & Speights (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2013 | 1.5 | $315.00 | Continue work on reports for R Higgins re asbestos PD claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2013 | 0.3 | $63.00 | Analysis of R Finke email re amounts on PD report (.1); prep email to R Finke re amounts re PD reports (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/30/2013 | 1.4 | $294.00 | Work with R Higgins and L Esayian re effective date issues (.5), review L Esayian chart and issues (.9) |
| | | | **Total:** | 10.4 | $2,184.00 | |
| **WRG Case Administration** | | | | | | |
| DEBRA CHOULOCK - CAS | | $45.00 | 12/2/2013 | 0.2 | $9.00 | Prepare 2 pieces of COA mail for re-service |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/2/2013 | 0.1 | $4.50 | Archive W9 forms received |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/2/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| TERRI MARSHALL - MANAGER | | $185.00 | 12/2/2013 | 0.2 | $37.00 | Telephone with Johnette Parmelee at (585) 397-8283 / RE: Calling to check on current status of case, as it has been awhile since she checked. Confirmed name is in database, and informed that project team would be notified with request to call her with status. After call sent email to Project Mgr with request for return call. |
| ERIN KRAMER - CAS | | $65.00 | 12/3/2013 | 0.9 | $58.50 | QC 99 W9 forms for processing to claims database. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/3/2013 | 0.8 | $168.00 | Analysis of various W9 correspondence received from Cassman (.4); prep responses to parties (.4) |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/3/2013 | 0.3 | $13.50 | Archive W9 forms received |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/3/2013 | 1.5 | $67.50 | Process 98 W9 forms received |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/3/2013 | 0.3 | $33.00 | Provide Call Center support for creditor inquiries regarding W9 request received (.2); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/3/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| TERRI MARSHALL - MANAGER | | $185.00 | 12/3/2013 | 0.2 | $37.00 | Telephone with Herb Sloan of Day Pitney LP at (973) 966-8259 / RE: Fimr has a claim in the Case, and would like to know current status and timing for a distribution. Provided general information and advised the Project Mgr would be informed of his call for status. Also, he needs to report change of address for firm. Provided Call Center email address for use in reporting change of address. |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Case Administration** | | | | | | |
| TERRI MARSHALL - MANAGER | | $185.00 | 12/3/2013 | 0.1 | $18.50 | After speaking with Day Pitney today, prepare email for Project Mgr to notify that attorney would like a return call regarding status of a distribution. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2013 | 1.5 | $315.00 | Analysis of Court docket re case status, planning |
| NOREVE ROA - CAS | | $95.00 | 12/4/2013 | 0.2 | $19.00 | Review Court Docket Nos. 131407-131418 |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/4/2013 | 0.1 | $4.50 | Process 2 W9 forms received |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/4/2013 | 1.1 | $49.50 | Process 166 pieces of returned mail and record to Notice System |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/4/2013 | 0.5 | $55.00 | Update claim database per creditor change of address request received by Call Center on 12/4/13 (.2); review related creditor data (.2); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/4/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/5/2013 | 0.1 | $9.50 | Review Court docket Nos 31419-31424 |
| ERIN KRAMER - CAS | | $65.00 | 12/5/2013 | 0.3 | $19.50 | QC 31 W9 forms for processing to claims database. |
| MARISTAR GO - CAS | | $95.00 | 12/5/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31407-31418 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2013 | 0.8 | $168.00 | Emails to/from S Cohen re W9 processing, revisions (.3); analysis of processing status (.5) |
| MIREYA CARRANZA - CAS | | $45.00 | 12/5/2013 | 0.2 | $9.00 | Review and loading COA's Postage for previous month (.1), complete  production billing (.1) |
| NOREVE ROA - CAS | | $95.00 | 12/5/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 31419-31424, 31424 |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/5/2013 | 0.2 | $9.00 | Archive W9 forms received |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/5/2013 | 0.1 | $4.50 | Process 14 pieces of returned mail and record to Notice System |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/5/2013 | 0.7 | $31.50 | Process 31 W9  forms received |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/5/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| DEBRA CHOULOCK - CAS | | $45.00 | 12/6/2013 | 0.2 | $9.00 | Review corresp received (.1); forward to Cassman for handling (.1) |
| DEBRA CHOULOCK - CAS | | $45.00 | 12/6/2013 | 0.2 | $9.00 | Prepare 2 pieces of COA mail for re-service |
| ERIN KRAMER - CAS | | $65.00 | 12/6/2013 | 0.3 | $19.50 | QC 26 W9 forms for processing to claims database. |
| NOREVE ROA - CAS | | $95.00 | 12/6/2013 | 0.2 | $19.00 | Review Court Docket Nos. 31425-31437 |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/6/2013 | 0.4 | $18.00 | Process 26 W9  forms received |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/6/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEVEN ORDAZ - CONSULTANT | | $110.00 | 12/6/2013 | 0.1 | $11.00 | Forwarded e-mail inquiry from S. Mastromatteo re change of address request to M. Araki |
| MARISTAR GO - CAS | | $95.00 | 12/9/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31425- 31437) |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/9/2013 | 0.2 | $9.00 | Archive W9 forms received |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/9/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/10/2013 | 0.2 | $19.00 | Review Court docket Nos 31438-31444 |
| ERIN KRAMER - CAS | | $65.00 | 12/10/2013 | 0.1 | $6.50 | QC 28 W9 forms for processing to claims database. |
| MIKE BOOTH - MANAGER | | $165.00 | 12/10/2013 | 0.1 | $16.50 | Telephone with Frank at (816) 292-7000 /  RE: request for scheduled distribution date. |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/10/2013 | 0.7 | $31.50 | Process  28 W9  forms received |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/10/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/11/2013 | 0.1 | $9.50 | Review Court docket No 31445, |
| DEBRA CHOULOCK - CAS | | $45.00 | 12/11/2013 | 0.2 | $9.00 | Process 5 W9 forms received |
| ERIN KRAMER - CAS | | $65.00 | 12/11/2013 | 0.1 | $6.50 | QC 5 W9 forms for processing to claims database. |
| JAMES MYERS - CAS | | $65.00 | 12/11/2013 | 0.1 | $6.50 | Review/scan Ntc filing 1st Quart App PG&S received from Parcels. Prep email transmitting to M Araki for review |
| MARISTAR GO - CAS | | $95.00 | 12/11/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31438 31439 31440 31443 31444 31445) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2013 | 1.9 | $399.00 | DRTT analysis and b-Linx audit (1.2); revise b-Linx per audit (.7) |
| MIKE BOOTH - MANAGER | | $165.00 | 12/11/2013 | 0.1 | $16.50 | Discussion with S Cohen re: M Araki request re: inquiries recently received by Call Center. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/11/2013 | 0.1 | $11.00 | Provide Call Center support for creditor inquiry regarding change of address |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/11/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/11/2013 | 0.4 | $44.00 | Discussion with M.Booth, email correspondence with M.Araki re: inquiries recently received by Call Center (.2); review archived correspondence and Call Center records (.2) |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/12/2013 | 0.1 | $9.50 | Review Court docket Nos 31446-31452, |
| MARISTAR GO - CAS | | $95.00 | 12/12/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31454 31455 31456) |
| NOREVE ROA - CAS | | $95.00 | 12/12/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. 31446-31452 |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/12/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/13/2013 | 0.1 | $9.50 | Review Court docket Nos 31453-31456 |
| DEBRA CHOULOCK - CAS | | $45.00 | 12/13/2013 | 0.2 | $9.00 | Review corresp received (.1); forward to Cassman for handling (.1) |
| ERIN KRAMER - CAS | | $65.00 | 12/13/2013 | 0.1 | $6.50 | QC 19 W9 forms for processing to claims database. |
| ERIN KRAMER - CAS | | $65.00 | 12/13/2013 | 0.1 | $6.50 | Review 1 Piece of Correspondence for Processing to Claims Database. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2013 | 0.4 | $84.00 | Work with S Fritz re Nov invoice |
| MIKE BOOTH - MANAGER | | $165.00 | 12/13/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/13/2013 | 0.1 | $4.50 | Archive W9 forms received |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/13/2013 | 0.5 | $22.50 | Process  19 W9  forms received |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/13/2013 | 0.2 | $22.00 | Review non-claim correspondence received by BMC at claims PO Box (.1); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/13/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/16/2013 | 2.0 | $420.00 | Prep W9 processing info for Cassman (1.0); respond to creditor inquiries re W9 mailing (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/16/2013 | 0.5 | $105.00 | Call with T Marshall on W9 processing |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/16/2013 | 0.3 | $13.50 | Process  15 W9  forms received |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/16/2013 | 0.3 | $13.50 | Archive W9 forms received |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|----------------|-------------|------|-------|-----------|-------------|
| **WRG Case Administration** | | | | | | |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/16/2013 | 0.3 | $33.00 | Provide Call Center support for professional inquiry regarding submission of W9 form (.2); email correspondence with M.Araki (.1) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/16/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| TERRI MARSHALL - MANAGER | | $185.00 | 12/16/2013 | 0.1 | $18.50 | Review email from Martha Araki regarding W9 database set up and process. Mark for further review and discussion with Martha. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/17/2013 | 0.3 | $28.50 | Review Court docket No 31457-31469 |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/17/2013 | 0.2 | $22.00 | Telephone with Mina Makriouz at (617) 621-6525 / RE: Original signature required on W9 forms. |
| ERIN KRAMER - CAS | | $65.00 | 12/17/2013 | 0.1 | $6.50 | QC 16 W9 forms for processing to claims database. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2013 | 0.8 | $168.00 | Telephone call with R Higgins re schedule amendments |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2013 | 1.8 | $378.00 | Call re W-9 process with T Marshall (.5); analyze S Cohen comments on W-9 process and revise (1.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2013 | 1.5 | $315.00 | Analysis of court docket re case status |
| MIKE BOOTH - MANAGER | | $165.00 | 12/17/2013 | 0.2 | $33.00 | Telephone with Charlie Ellison III at (409) 781-4078 / RE: BK paperwork received for deceased father, Charlie Ellison Jr. No W9 form mailed as his father was not scheduled and never filed a claim; 5290 WALDEN RD address belongs to Charlie Ellison III, not father. Call escalated to BMC project team for review and follow-up. |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/17/2013 | 0.1 | $4.50 | Process 1 W9 form received |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/17/2013 | 0.1 | $4.50 | Archive W9 forms received |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/17/2013 | 0.8 | $36.00 | Process 137 pieces of returned mail and record to Notice System |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/17/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| ERIN KRAMER - CAS | | $65.00 | 12/18/2013 | 0.1 | $6.50 | QC 8 W9 forms for processing to claims database. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/18/2013 | 1.8 | $378.00 | DRTT analysis and b-Linx audit (1.0); revise b-Linx per audit (.8) |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/18/2013 | 0.1 | $4.50 | Process 5 pieces of returned mail and record to Notice System |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/18/2013 | 0.1 | $4.50 | Archive W9 forms received |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/18/2013 | 0.3 | $13.50 | Process 8 W9 forms received |
| STEVEN ORDAZ - CONSULTANT | | $110.00 | 12/18/2013 | 0.2 | $22.00 | Forwarded to M. Araki inquiry from Dan Tollefson regarding a change of address request (.1); follow-up e-mails with M. Araki re same (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/19/2013 | 0.5 | $47.50 | Review Court docket Nos 31470-31488 |
| ERIN KRAMER - CAS | | $65.00 | 12/19/2013 | 0.1 | $6.50 | QC 5 W9 forms for processing to claims database. |
| MARISTAR GO - CAS | | $95.00 | 12/19/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31457 31458 31459 31460 31461 31462 31463 31464 31465 31466 31467) |
| MARISTAR GO - CAS | | $95.00 | 12/19/2013 | 0.1 | $9.50 | Audit categorization updates related to Court Docket Nos. (31457 31458 31459 31460 31461 31462 31463 31464 31465 31466 31467) |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2013 | 0.4 | $84.00 | Telephone from R Higgins re BNY Mellon notice and shareholder notice (.1); review 2002 list re BNY Mellon (.2); prep email to K Martin re BNY Mellon corresp (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2013 | 0.7 | $147.00 | Analysis of K Martin email re BNY Mellon contacts, role in case (.1); analysis of docket re BNY Mellon appearances/pleadings (.4); prep email to R Higgins re 2002 and docket results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2013 | 1.0 | $210.00 | Analysis of Ntc System re service on shareholders (.5); analysis of production folders re shareholder services (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2013 | 1.0 | $210.00 | Analysis of S Cohen emails (2) re W9 processing guidelines, issues to address (.3); review issues (.4); prep emails to S Cohen (2) re revisions to W9 processing guides (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2013 | 0.5 | $105.00 | Analysis of R Higgins email re stock trading restriction (.1); analysis of docket re motion and order re stock trading restriction, filings (.4) |
| SHIRLEY PYZNSKI - CAS | | $45.00 | 12/19/2013 | 0.1 | $4.50 | Archive W9 forms received |
| SHIRLEY PYZNSKI - CAS | | $45.00 | 12/19/2013 | 0.3 | $13.50 | Process  5 W9 forms |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/19/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/20/2013 | 0.2 | $19.00 | Review Court docket Nos 31489-31496 |
| DEBRA CHOULOCK - CAS | | $45.00 | 12/20/2013 | 0.2 | $9.00 | Review corresp received (.1); forward to Cassman for handling (.1) |
| ERIN KRAMER - CAS | | $65.00 | 12/20/2013 | 0.1 | $6.50 | QC 12 W9 forms for processing to claims database. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2013 | 0.2 | $42.00 | Analysis of S Cohen email re ICN Dosimetry inquiry re W9 (.1); prep email to S Cohen re response for ICN Dosimetry (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2013 | 0.5 | $105.00 | Analysis of S Cohen emails (2) re final version of W9 processing procedures (.4); prep email to S Cohen re approval (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 12/20/2013 | 0.2 | $9.00 | Prep for service: Courtesy Notice CHASON SERV ENGINEERS, INC re: Dkt 31491, Courtesy Notice SAFETY HARBOR RESORT & SPA re: Dkt 31490 and Courtesy Notices CLAIMS RECOVERY GROUP LLC re: Dkts 31490 & 31491 |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/20/2013 | 0.2 | $39.00 | Review Notices of transfer ofChason Serv Engineers, and Safety Harbor Resort & Spa claims to Claims Recovery Group forwarded to NoticeGroup for production and service |
| SHIRLEY PYZNSKI - CAS | | $45.00 | 12/20/2013 | 0.5 | $22.50 | Process  12 W9  forms |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/20/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/20/2013 | 0.3 | $33.00 | Provide Call Center support for creditor inquiry regarding W9 form received and change of address request & review scheduled claim data with caller (.2); email correspondence with M.Araki (.1) |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/21/2013 | 0.1 | $9.50 | Review Court docket Nos 31497-31500 |
| ERIN KRAMER - CAS | | $65.00 | 12/23/2013 | 0.1 | $6.50 | QC 19 W9 forms for processing to claims database. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/23/2013 | 0.5 | $105.00 | Work with R Higgins and T Feil re claims buyer inquiry for W9 |
| SHIRLEY PYZNSKI - CAS | | $45.00 | 12/23/2013 | 0.1 | $4.50 | Archive W9 forms received |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|-----------|-------------|
| **WRG Case Administration** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/24/2013 | 0.3 | $63.00 | Prep Omni 29 Order for service on 12/26 (.1); work with Notice Grp re service (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/24/2013 | 1.0 | $210.00 | Analysis of Court docket re case status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/24/2013 | 2.0 | $420.00 | DRTT analysis and b-Linx audit (1.4); revise b-Linx per audit (.6) |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/26/2013 | 0.1 | $9.50 | Review Court docket Nos 31501-31506 |
| MABEL SOTO - CAS | | $45.00 | 12/26/2013 | 0.2 | $9.00 | Reviewing/analysis of service documents; email exchanges with case consultant/PM transmitting Noticing Instructions, email exchanges with case consultant/PM re review and approval of Production Instructions and service documents — Dkt No. 31480 |
| MABEL SOTO - CAS | | $45.00 | 12/26/2013 | 0.4 | $18.00 | Set up day's Noticing System/Production Folder and Noticing Instructions; prepare electronic version of document-as-served; email exchanges with data analyst re populating MF; copy service document to Call Center folder — Dkt No. 31480 |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/26/2013 | 1.2 | $252.00 | DRTT analysis and b-Linx audit (.8); revise b-Linx per audit (.4) |
| MIKE BOOTH - MANAGER | | $165.00 | 12/26/2013 | 0.1 | $16.50 | Telephone with Johnette Parmelee at (585) 297-2030 / RE: request for a status update on her claim. Call was escalated to BMC project team for review and follow-up. |
| MIKE BOOTH - MANAGER | | $165.00 | 12/26/2013 | 0.1 | $16.50 | Provide Call Center support for 12/26/13 web/email/CC creditor inquiries; email correspondence with project team and/or creditors re: same. |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/27/2013 | 0.2 | $19.00 | Review Court docket Nos 31507-31512,31515-31516,31519-31520 |
| DEBRA CHOULOCK - CAS | | $45.00 | 12/27/2013 | 0.2 | $9.00 | Review corresp received (.1); forward to Cassman for handling (.1) |
| MIREYA CARRANZA - CAS | | $45.00 | 12/27/2013 | 0.1 | $4.50 | Preparation of production reporting re: Dkt No. 31480 - Omni 29 Ord, served on 12/26/13 |
| MIREYA CARRANZA - CAS | | $45.00 | 12/27/2013 | 0.3 | $13.50 | Prep for service: Courtesy Notices CLAIMS RECOVERY GROUP LLC re: Dkts 31513 & 31514, Courtesy Notice ASSOCIATION OF THE WALL re: Dkt 31513 and Courtesy Notice JIM DANDY FAST FOODS INC re: Dkt 31514 |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/27/2013 | 0.2 | $39.00 | Claim Transfers: Review Notices of Transfer of claims of Jim Dandy and Association of the Wall to Claims Recovery Group forwarded to NotieGroup for production and service; coordinate with noticing analyst re fulfillment as appropriate |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/27/2013 | 0.4 | $18.00 | Process 15W9 forms |
| AIRGELOU ROMERO - CAS | | $95.00 | 12/28/2013 | 0.2 | $19.00 | Review Court docket Nos 31521-31529 |
| ERIN KRAMER - CAS | | $65.00 | 12/30/2013 | 0.1 | $6.50 | QC 15 W9 forms for processing to claims database. |
| MABEL SOTO - CAS | | $45.00 | 12/30/2013 | 0.2 | $9.00 | Reviewing/analysis of service documents; email exchanges with case consultant/PM transmitting Noticing Instructions, email exchanges with case consultant/PM re review and approval of Production Instructions and service documents - Schedule Amendments |

EXHIBIT 1

**bmcgroup**
information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Case Administration** | | | | | | |
| MABEL SOTO - CAS | | $45.00 | 12/30/2013 | 0.4 | $18.00 | Set up day's Noticing System/Production Folder and Noticing Instructions; prepare electronic version of document-as-served; email exchanges with data analyst re populating MF; copy service document to Call Center folder — Schedule Amendments |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/30/2013 | 0.7 | $147.00 | Work with Notice Group re service of custom schedule amendment notices |
| MIKE BOOTH - MANAGER | | $165.00 | 12/30/2013 | 0.2 | $33.00 | Semi-monthly conference call with S Cohen re: W9 processing, DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status. |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/30/2013 | 0.1 | $4.50 | Process 4 W9 forms |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/30/2013 | 0.4 | $44.00 | Provide Call Center support for creditor inquiries related to claim status update (.2); email correspondence with M.Araki (.2) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/30/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| ERIN KRAMER - CAS | | $65.00 | 12/31/2013 | 0.1 | $6.50 | QC 6 W9 forms for processing to claims database. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/31/2013 | 1.2 | $252.00 | Work with S Cohen re W9 issues from Cebu, resolutions |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/31/2013 | 1.0 | $210.00 | Review and approve new W9 process revisions |
| NOREVE ROA - CAS | | $95.00 | 12/31/2013 | 0.3 | $28.50 | Audit categorization updates related to Court Docket Nos. 31501, 31512, 31515-31516, 31519-31529 |
| SHIRLEY PZYNSKI - CAS | | $45.00 | 12/31/2013 | 0.1 | $4.50 | Process 2 W9 forms |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/31/2013 | 1.4 | $154.00 | Telephone conference with M Araki re: review of W-9 data entry issues (.4); revisions to data entry process (.7); revisions to data entry tool (.3) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/31/2013 | 0.6 | $66.00 | Revise process protocols per telephone call with M Araki and prepare process protocol for audit of W9 records with updated process, tracking and flags |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/31/2013 | 0.2 | $22.00 | Post new docket entries to DRTT |
| | | | Total: | 55.7 | $7,832.50 | |
| **WRG Data Analysis** | | | | | | |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/2/2013 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/3/2013 | 0.1 | $9.50 | Update return mail to b-Linx. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/5/2013 | 0.1 | $9.50 | Update return mail to b-Linx. |
| MIKE BOOTH - MANAGER | | $165.00 | 12/5/2013 | 0.2 | $33.00 | Discussion with S Cohen re: incoming W9 forms and processing required. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/6/2013 | 2.8 | $420.00 | Split distribution claims into different amount classes as per Blackstone source data. Add interest rates and distribution classes to each split claim. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/6/2013 | 1.5 | $225.00 | Update distribution report data source. Run draft of updated undisputed claims detail report. Print to PDF and forward to M Araki for review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/6/2013 | 1.8 | $270.00 | Update distribution report data as per M Araki review/audit. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/6/2013 | 0.7 | $105.00 | Update distribution classes and interest rates for selected claims as per M Araki review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/6/2013 | 0.8 | $120.00 | Exclude claim records from Undisputed Claims report where estimated claim amount is zero. |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/6/2013 | 1.2 | $180.00 | Rerun/update distribution report data source. Verify final records counts. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/6/2013 | 1.0 | $150.00 | Generate final draft of undisputed claims report. Print to PDF and forward to M Araki. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/6/2013 | 0.1 | $9.50 | Update return mail to b-Linx. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/7/2013 | 2.8 | $420.00 | Modify/update Undisputed claims report queries. Run draft and print to PDF. Verify display of distribution data and formatting. |
| MIKE BOOTH - MANAGER | | $165.00 | 12/10/2013 | 0.1 | $16.50 | Review of 12/10 daily Image Scan Tracking report re: W-9 data input assignments for team. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/12/2013 | 1.6 | $240.00 | Coordinate setup of schedule print database in preparation for amended schedules. |
| MIKE BOOTH - MANAGER | | $165.00 | 12/13/2013 | 0.1 | $16.50 | Review of 12/13 daily Image Scan Tracking report re: W-9 data input assignments for team. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/16/2013 | 2.8 | $420.00 | Author report query and template for Undisputed Class 7-A claims. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/16/2013 | 1.2 | $180.00 | Generate Undisputed Class 7-A distribution report. Print to PDF and forward to M Araki for review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/16/2013 | 1.3 | $195.00 | Review/audit of Sch F amendments worksheet. Update affected records. Generate amended schedules drafts and forward to M Araki for review. |
| MIKE BOOTH - MANAGER | | $165.00 | 12/16/2013 | 0.2 | $33.00 | Discussion with S Cohen re: incoming W9 forms and data entry by Cebu team required. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/17/2013 | 0.7 | $105.00 | Prep and generate updated amended Sch F drafts. Print to PDF and forward to M Araki for review. |
| MIKE BOOTH - MANAGER | | $165.00 | 12/17/2013 | 0.2 | $33.00 | Discussion with E Dors re: incoming W9 forms and process instructions provided by project team. |
| MIKE BOOTH - MANAGER | | $165.00 | 12/17/2013 | 0.2 | $33.00 | Discussion with S Cohen re: W9 processing guidelines provided by M Araki. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/17/2013 | 0.7 | $77.00 | Begin review and customization of W9 data entry/audit guidelines provided by M.Araki (.4); discussion with M.Booth (.2); email correspondence with M.Araki (.1) |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/18/2013 | 1.3 | $195.00 | Update report template for Class 7A undisputed claims report as per counsel review. Rerun updated report, print to PDF and forward to M Araki for review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/18/2013 | 1.0 | $150.00 | Update report queries for generation of Class 7A undisputed claims report. Verify counts and distribution amounts. |
| MIKE BOOTH - MANAGER | | $165.00 | 12/18/2013 | 0.1 | $16.50 | Review of 12/18 daily Image Scan Tracking report re: W-9 input assignments for team. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/19/2013 | 1.1 | $121.00 | Continue review and customization of W9 data entry/audit guidelines provided by M.Araki (.9); email correspondence with M.Araki, G.Kruse, power tools group regarding processing tool modifications(.2) |
| MIKE BOOTH - MANAGER | | $165.00 | 12/20/2013 | 0.2 | $33.00 | Discussion with S Cohen re: ongoing review and customization of W9 data entry/audit guidelines provided by M Araki. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/20/2013 | 1.2 | $132.00 | Complete review and customization of W9 data entry/audit guidelines provided by M.Araki (.8); discussion with M.Booth (.2); email correspondence with M.Araki, Cebu team(.2) |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Data Analysis** | | | | | | |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/23/2013 | 1.5 | $225.00 | Update amount records for amended schedule records. Generate updated Schedule F exhibits for amended records. Print to pdf and forward to M Araki. |
| MARISTAR GO - CAS | | $95.00 | 12/23/2013 | 1.0 | $95.00 | Review and Input data for (10) W9 forms. |
| NOREVE ROA - CAS | | $95.00 | 12/23/2013 | 1.0 | $95.00 | Review and input data for 10 W9 forms |
| MARISTAR GO - CAS | | $95.00 | 12/25/2013 | 2.1 | $199.50 | Review and Input data for (21) W9 forms. |
| MARISTAR GO - CAS | | $95.00 | 12/26/2013 | 1.8 | $171.00 | Review and Input data for (18) W9 forms. |
| VINCENT NACORDA - CAS | | $75.00 | 12/26/2013 | 0.4 | $30.00 | Populate and review MF54679. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/27/2013 | 1.5 | $225.00 | Prep and generate custom amended schedule letters. Generate merge data source and document. Run merge and print to PDF. |
| NOREVE ROA - CAS | | $95.00 | 12/27/2013 | 2.7 | $256.50 | Review and input data for 10 W9 forms (1.0); review 50 forms and correct as needed (1.7) |
| NOREVE ROA - CAS | | $95.00 | 12/29/2013 | 2.0 | $190.00 | Review and input data for 30 W9 forms |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/30/2013 | 0.7 | $105.00 | Modify custom amended schedules letters. Format to fit all letter contents inside two pages. Rerun draft letters and forward to M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/30/2013 | 0.8 | $120.00 | Prep final versions of custom amended schedule letters for Grace Conn. Print to PDF and forward to production. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/30/2013 | 0.1 | $9.50 | Review and verify undeliverable creditor addresses for return mail processing. |
| MARISTAR GO - CAS | | $95.00 | 12/30/2013 | 3.5 | $332.50 | Review and Input data for (28) W9 forms. |
| REYNANTE DELA CRUZ - CAS | | $95.00 | 12/30/2013 | 0.3 | $28.50 | Populate MailFile 54725 with APs for todays scheduled mailings |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/31/2013 | 0.4 | $60.00 | Modify data entry form for W9 database. Add new option to review status drop down box as per M Araki. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/31/2013 | 1.8 | $270.00 | Prep distribution claims source data. Generate distribution detail report. Export to Excel and forward to M Araki for review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/31/2013 | 1.2 | $180.00 | Prep undisputed distribution claims report. Export to Excel and forward to M Araki for review. |
| GUNTHER KRUSE - CONSULT_DATA | | $150.00 | 12/31/2013 | 1.0 | $150.00 | Prep undisputed distribution Class 7 claims report. Export to Excel and forward to M Araki for review. |
| JACQUELINE CONKLIN - SR_ANALYST | | $95.00 | 12/31/2013 | 0.1 | $9.50 | Update mail file data to master service list. |
| MARISTAR GO - CAS | | $95.00 | 12/31/2013 | 3.0 | $285.00 | Review and Input data for (18) W9 forms. |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/31/2013 | 0.4 | $44.00 | Analyze issues identified by data entry team related to recently received W9 forms (.3); email correspondence with M.Araki, N.Roa (.1) |
| | | | Total: | 54.5 | $7,038.50 | |
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/2/2013 | 2.0 | $420.00 | Analysis of R Higgins email re PI/PD Trust info (.1); telephone from R Finke re PI/PD Trust info (.1); research files re PI/PD Trust info (1.8) |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Distribution** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/2/2013 | 1.8 | $378.00 | Emails to/from G Kruse re PI ballot and solicitation data (.3); emails to/from K Becker/Rust Consulting re PI count (.2); prep email to R Higgins re research results (.6); analysis of R Higgins email re bonds for PI/PD Trusts (.1); research b-Linx re bonds for PI/PD Trusts (.5); prep email to R Higgins re research results (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/3/2013 | 2.0 | $420.00 | Review reports and corresp (.9), update b-Linx and distribution islands (1.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2013 | 1.5 | $315.00 | Analysis of corresp and notes to prep for weekly conf call |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/4/2013 | 0.2 | $39.00 | Call with M Araki re distribution protocols and BMC process for upcoming case distributions |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2013 | 0.5 | $105.00 | Conf call with S Scarlis, R Finke, M Blessing, L Gardner, K Blood, B Chiu, A Schlesinger, J Federbush and R Higgins re distribution prep, allowed claims exhibit, open claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2013 | 0.4 | $84.00 | Analysis of S Scarlis email re agenda for meeting (.1); email to/from G Kruse re reporting update (.2); email to/from L Gardner re M Miller (.1) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/5/2013 | 3.8 | $741.00 | Continued analysis of POC's affected by orders, stipulations or settlement; email to M Araki re further analysis of claims |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/5/2013 | 2.4 | $468.00 | Coordinating update of claims data for preparation of report for proposed distribution |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/5/2013 | 0.3 | $33.00 | Discussion with M.Booth re: incoming W9 forms and processing required (.2); email correspondence with M.Araki (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/8/2013 | 2.4 | $504.00 | Continue analysis of RAR tax file issues and related claims |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/10/2013 | 4.1 | $799.50 | Review and analysis of settlements, orders and stipulations affecting claims for post effective date distribution |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/10/2013 | 3.5 | $682.50 | Analysis of POC and supporting documentation affected by orders, stipulations and settlements; coordinate updating claims and distribution database for preparation of post effective distribution reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2013 | 0.3 | $63.00 | Conf call with R Finke, L Gardner, J Federbus, R Higgins, B Chiu re weekly status review |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2013 | 1.7 | $357.00 | Emails to/from J Federbush re interest issues on bank claims (.4); research interest data issues (1.0); revise b-Linx data per J Federbush (.3) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/13/2013 | 4.1 | $799.50 | Review and analysis of multiple orders, stipulations and settlements affecting proofs of claims for updating claims and distribution database |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/13/2013 | 3.6 | $702.00 | Analysis of proofs of claims affected by stipulations, settlements and orders for updating claims and distribution database for preparing reports for proposed distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/15/2013 | 1.0 | $210.00 | Emails to/from R Higgins re Effective Date issues (.5); review files re Effective Date issues (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/16/2013 | 2.6 | $546.00 | Continue work on Class 7 effective date issues, reports for R Higgins with G Kruse |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Distribution** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/16/2013 | 3.6 | $702.00 | Analysis of pleadings affecting claims filed by States of Oklahoma, Oregon and Washington for updating claims and distribution databases |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/16/2013 | 3.1 | $604.50 | Analysis of asbestos claims filed by States of Oklahoma, Oregon and Washington for updating claims and distribution databases for preparing proposed distribution reports for counsel and client |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/16/2013 | 0.2 | $22.00 | Discussion with M.Booth re: incoming W9 forms and data entry by Cebu team required |
| TERRI MARSHALL - MANAGER | | $185.00 | 12/17/2013 | 0.5 | $92.50 | Call with Martha Araki to review questions and comments regarding W9 processing instructions. Discuss each point identified and agree on process for this client. |
| TERRI MARSHALL - MANAGER | | $185.00 | 12/17/2013 | 0.5 | $92.50 | Review email forwarded from Martha that contains a list of questions from Analyst who reviewed the W9 processing instructions.  Prepare comments for each item identified, and forward responses to Martha for use in further discussion with her. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/18/2013 | 1.7 | $357.00 | Review current distribution reports prepped and status of open items |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2013 | 1.0 | $210.00 | Analysis of corresp and project list re pending items, status, planning |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/19/2013 | 2.4 | $468.00 | Continued analysis of pleadings affecting proofs of claims in connection with preparation of distribution reports for counsel and client |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/19/2013 | 3.6 | $702.00 | Analysis of proofs of claims affected by orders, settlements and stipulations for preparation of reports for delivery to client and counsel in connection with proposed distribution; updating claims and distribution databases as appropriate |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2013 | 1.6 | $336.00 | Continue analysis of open items, reporting, planning re distribution prep |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2013 | 1.5 | $315.00 | Update and revise distribution tracker per analysis of open items report |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2013 | 1.4 | $294.00 | Continue work on pending items for distribution prep |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/20/2013 | 2.9 | $565.50 | Continued analysis of pleadings affecting claims for coordinating preparation of distribution reports for delivery to counsel and client |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/20/2013 | 1.8 | $351.00 | Review and analysis of California State University claims affected by stipulations/orders; update claims and distribution database for preparation of reports for proposed distributions |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/20/2013 | 1.2 | $234.00 | Continued analysis of pleadings affecting proofs of claims for coordinating updates to claims and distribution database |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/20/2013 | 1.5 | $292.50 | Analysis of proofs of claims affected by settlements, stipulations or orders and updating claims and distribution databases for preparation of distribution reports |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/26/2013 | 0.3 | $63.00 | Call with Grace, Blackstone, R Higgins re distribution prep status, open items |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/26/2013 | 0.4 | $84.00 | Telephone with Ronak Amin re L/C fee research (.1); prep email to R Amin re L/C research items (.3) |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Distribution** | | | | | | |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/26/2013 | 1.9 | $370.50 | Continued analysis of pleadings affecting claims in connection with proposed distribution |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/26/2013 | 2.1 | $409.50 | Analysis of proofs of claims affected by stipulations, orders and settlements for continued updates to claims and distribution databases re preparation of reports for proposed distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/27/2013 | 0.6 | $126.00 | Telephone with R Amin re LC fee research (.4); prep email to R Higgins re same (.2) |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/27/2013 | 1.5 | $292.50 | Continued analysis of pleadings affecting proofs of claims for preparing distribution reports |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/27/2013 | 1.8 | $351.00 | Analysis of proofs of claims affected by settlements, stipulations and orders re coordinating updates to claims and distribution databases and preparation of reports for counsel and client |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/30/2013 | 0.6 | $126.00 | Telephone and email with R Higgins re L/C fee research by Grace (.4); email with Ronak Amin re research (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/30/2013 | 1.6 | $336.00 | Review data islands re distribution data updates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/30/2013 | 0.7 | $147.00 | Work with G Kruse re updates to distribution database, new reports, back-end updates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/30/2013 | 0.3 | $63.00 | Work with T Feil re distribution account info for bid |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/30/2013 | 2.5 | $487.50 | Further analysis of proofs of claims affected by stipulations, settlements and orders for coordinating updates to claims and distribution databases |
| MYRTLE JOHN - MANAGER | | $195.00 | 12/30/2013 | 1.9 | $370.50 | Continued review and analysis of pleadings affecting proofs of claims and affecting distribution |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/31/2013 | 2.0 | $420.00 | Analysis of G Kruse email re updated reports (.2); analysis of updated reports to verify data updates (1.8) |
| | | | Total: | 84.9 | $16,951.50 | |
| **WRG Fee Applications-Applicant** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/30/2013 | 2.0 | $420.00 | Prep 50 Qtrly fee app (1.0): prep exhibits (.7); draft Notice of Filing (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/30/2013 | 1.3 | $273.00 | Finalize 50 Qtrly fee app (.6); finalize exhibits (.4); finalize Ntc of Filing (.2); prep email to Pachulski for filing (.1) |
| | | | Total: | 3.3 | $693.00 | |
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/2/2013 | 2.3 | $483.00 | Continue prep of L/C analysis re related fees claimed, claims info, status and other data per R Higgins request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/2/2013 | 2.0 | $420.00 | Analysis of b-Linx re claims for L/C fees (1.0); revise L/C analysis re info per R Higgins request (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/3/2013 | 2.5 | $525.00 | Telephone with R Higgins re review of L/C project (1.0); begin revisions to L/C project per telecon (1.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/3/2013 | 2.0 | $420.00 | Work with L Gardner re enviro claims (.8); work with J Federbush re add'l interest rate info (.4); revise undisputed claim data re add'l interest info (.2); revise excel version of Undisputed Claims Exhibit re add'l interest info (.1); review Undisputed Claim Exhibit draft (.5) |

EXHIBIT 1

# bmcgroup
### information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/3/2013 | 2.0 | $420.00 | Continue revisions to L/C project per telecon (.8); prep email to R Higgins re v3 report (.1); analyis of R Higgins email re add'l revisions (.1); prep revised v4 report (.5); discuss v4 report with R Higgins (.3); prep email to Grace re v4 L/C report for review (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2013 | 2.8 | $588.00 | Conf call with R Higgins re revisions to L/C project (.4); begin prep of revised L/C project per telecon (2.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/4/2013 | 2.0 | $420.00 | Revise b-Linx per corresp from counsel, new claim filed, updates |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2013 | 1.7 | $357.00 | Work on undisputed claims report revisions with G Kruse per conf call |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2013 | 2.0 | $420.00 | Revise b-Linx, CCRT re updated Undisputed claims report data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/5/2013 | 0.8 | $168.00 | Work with R Higgins and J Federbush re LWD PRP new claim, issues, interest calculations and claim settlement |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2013 | 2.0 | $420.00 | Analysis of Blackstone interest file with new sub-claims vs b-Linx (1.0); revise data for Undisputed Claims Exhibit (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2013 | 1.6 | $336.00 | Continue work on Undisputed Claims Exhibit data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2013 | 1.0 | $210.00 | Telephone to Ronak Amin re L/C spreadsheet (.2); revise L/C spreadsheet for info for R Amin review (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2013 | 1.8 | $378.00 | Work with Cassman re data changes for Undisputed Claims Exhibit (.8); review/analyze revisions (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/6/2013 | 1.2 | $252.00 | Emails to/from G Kruse re Undisputed Claims Exhibit data to work through changes |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2013 | 2.5 | $525.00 | Analysis of G Kruse email re revised Undisputed Claims Exhibit (.2); analysis of revised Undisputed Claims Exhibit |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/7/2013 | 1.8 | $378.00 | Analysis of RAR tax files and related claims |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/9/2013 | 2.0 | $420.00 | Work on L/C data file and schedule details for Ronak Amin |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/9/2013 | 1.6 | $336.00 | Continue work on L/C data file and details for Ronak Amin research |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/9/2013 | 1.8 | $378.00 | Prep updated open claims and schedules report (.8); analysis of open claims and schedules report (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/9/2013 | 2.0 | $420.00 | Continue to work on RAR tax file issues |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2013 | 1.6 | $336.00 | Analysis of R Higgins email re GTE settlement (.2); research GTE settlement info for R Higgins (1.2); prep email to R Higgins re research results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2013 | 2.0 | $420.00 | Analysis of open schedule data (.6); update report (.8) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/10/2013 | 1.4 | $294.00 | Update enviro tracking database |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2013 | 1.0 | $210.00 | Conf call with C Finke, R Higgins, S Scarlis, J Federbush re tax claims, issues |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2013 | 1.5 | $315.00 | Begin prep of R Higgins tax claims reports per conf call |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2013 | 2.0 | $420.00 | Continue work on Ronak Amin L/C report re bank schedules and claims |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|-----------|-------------|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2013 | 2.0 | $420.00 | Work with Cassman re revisions to data per Omni 29 (.8); work with R Higgins re Town of Acton (.7); review/respond to misc corresp (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/11/2013 | 2.5 | $525.00 | Finalize Ronak Amin L/C workbook with claim/schedule info, related claims (2.3); prep email to R Amin re workbook and related claims (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2013 | 2.0 | $420.00 | Analysis of open schedule reports re schedule amendments (1.0); prep data info for schedule amendments (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2013 | 2.0 | $420.00 | Analysis of L Gardner email and attachments re enviro claims (.5); research L Gardner issues (1.2); prep email to L Gardner re research results (.3) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/12/2013 | 2.1 | $441.00 | Continue prep data info for schedule amendments (1.0); review remaining open schedules re info to resolve (1.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2013 | 2.5 | $525.00 | Analysis of data change file re schedule amendments, interest info, undisputed claims exhibit data |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/13/2013 | 2.7 | $567.00 | Revize b-Linx re schedule amendments, allowed schedules |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/13/2013 | 0.2 | $22.00 | Semi-monthly conference call with M.Booth re: DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/16/2013 | 3.0 | $630.00 | Research prior schedule amendments for R Higgins (1.0); prep docs for M Blessing review re open schedules (.8); review draft schedule amendments from G Kruse (.8); review open items to be addressed (.4) |
| ELLEN DORS - REC_TEAM | | $110.00 | 12/17/2013 | 0.2 | $22.00 | Discussion with M Booth re: incoming W9 forms and process instructions provided by project team. |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2013 | 1.8 | $378.00 | Analysis of M Blessing emails re updates to open schedules per Grace review (.8); revise b-Linx per M Blessing emails (1.0) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2013 | 1.0 | $210.00 | Schedule amendment research per R Higgins request |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/17/2013 | 2.5 | $525.00 | Research various schedule info from M Blessing (.9); work with R Higgins re schedule amendment notices (1.0); work with G Kruse re individual schedule amendment notices (.6) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/17/2013 | 0.2 | $22.00 | Update claim database per M.Araki request re: claim to schedule match (.1); email correspondence with M.Araki (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/18/2013 | 2.0 | $420.00 | Work on schedule amendment research for M Blessing, R Finke and S Scarlis |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2013 | 0.8 | $168.00 | Analysis of M Santore/PSZJ email re Omni 29 Order (.1); prep email to R Higgins re method of service re Omni 29 Order (.1); analysis of Omni 29 Order (.1); revise b-Linx per Omni 29 Order (.5) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2013 | 0.4 | $84.00 | Analysis of M Blessing email re Englewood SAP analysis (.2); revise b-Linx re M Blessing results (.2) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/19/2013 | 0.3 | $63.00 | Analysis of R Finke email re Wolbert & Atkinson (.1); revise b-Linx per R Finke email (.2) |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **WRG Non-Asbestos Claims** | | | | | | |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2013 | 0.6 | $126.00 | Prep email to M Blessing re status of remaining open schedule review (.1); analysis of M Blessing response (.1); analysis of M Blessing emails (3) re research results and updates (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2013 | 1.1 | $231.00 | Analysis of prior M Blessing emails re open items research results (.5); revise open item tracking report (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2013 | 0.5 | $105.00 | Prep email to R Higgins re confirmation of open item actions, timing of schedule amendments due to research issues (.3); analysis of R Higgins email re items to be addressed (.1); prep email to R Higgins re approvals (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2013 | 0.6 | $126.00 | Telephone to R Higgins re open items actions (.1); analysis of R Higgins email re approval re open items actions (.1); revise open item tracking report per R Higgins email (.4) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/20/2013 | 2.0 | $420.00 | Analysis of open items report re schedule amendments (.4); revise schedule amendment worksheet for G Kruse (1.0); revise b-Linx re schedules without amendments (.6) |
| MIKE BOOTH - MANAGER | | $165.00 | 12/20/2013 | 0.1 | $16.50 | Analysis of Court docket re: two new claim transfers. |
| MIKE BOOTH - MANAGER | | $165.00 | 12/20/2013 | 0.1 | $16.50 | Analysis of b-Linx re: two claim transfers filed at dockets 31490 & 31491. |
| MIKE BOOTH - MANAGER | | $165.00 | 12/20/2013 | 0.4 | $66.00 | Prepare two courtesy notices (Dockets 31490 & 31491) (.3), forward to notice group for service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 12/20/2013 | 0.2 | $33.00 | Revise b-Linx re: two claim transfers (Dockets 31490 & 31491). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/23/2013 | 1.3 | $273.00 | Work on amended schedules from M Blessing with G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/23/2013 | 1.2 | $252.00 | Continue work on amended schedules from M Blessing with G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/23/2013 | 0.3 | $63.00 | Analysis of M John email re Brian Smith claim (.1); analysis of b-Linx re same (.1); prep email to M John re treatment per order (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/23/2013 | 1.4 | $294.00 | Final analysis of M Blessing/R Higgins emails re schedule amendments (.4); finalize spreadsheet of data for G Kruse (.4); revise b-Linx re schedule amendments (.6) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/23/2013 | 0.6 | $126.00 | Revise Schedule Amendment cover pages (.5); prep email to R Higgins re revised docs (.1) |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/24/2013 | 0.5 | $105.00 | Work with R Higgins on schedule amendment noticing |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/26/2013 | 1.5 | $315.00 | Work on custom schedule amendment notices with G Kruse |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/27/2013 | 1.0 | $210.00 | Continue work with G Kruse re custom schedule amendments |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/27/2013 | 0.6 | $126.00 | Emails with R Higgins re LAUSD and Eustic claims (.2); research (.3) and respond to R Higgins with research results (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 12/27/2013 | 0.2 | $33.00 | Analysis of Court docket re: two claim transfers. |
| MIKE BOOTH - MANAGER | | $165.00 | 12/27/2013 | 0.2 | $33.00 | Analysis of b-Linx re: two claim transfers filed at dockets 31513 & 31514. |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Date Range 12/1/2013 - 12/31/2013

| Name | Consultant Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|-----------------|-------------|------|-------|------------|-------------|
| **WRG Non-Asbestos Claims** | | | | | | |
| MIKE BOOTH - MANAGER | | $165.00 | 12/27/2013 | 0.3 | $49.50 | Prepare two courtesy notices (Dockets 31513& 31514) (.2), forward to notice group for service (.1) |
| MIKE BOOTH - MANAGER | | $165.00 | 12/27/2013 | 0.2 | $33.00 | Revise b-Linx re: two claim transfers (Dockets 31513 & 31514). |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/30/2013 | 0.8 | $168.00 | Work with G Kruse re finalizing schedule custom notices |
| MARTHA ARAKI - CONTRACTOR | | $210.00 | 12/30/2013 | 1.4 | $294.00 | Work with R Higgins re filing schedule amendments (.4), custom notices (.4), revisions to amendments and notices (.6) |
| STEFFANIE COHEN - REC_TEAM | | $110.00 | 12/30/2013 | 0.3 | $33.00 | Semi-monthly conference call with M.Booth re: W9 processing, DRTT review status, recent pleadings affecting claims, b-Linx updates and issues related to claims status (.2); email correspondence with M.Araki (.1) |
| | | | Total: | 94.5 | $19,678.50 | |
| **WRG Plan & Disclosure Statement** | | | | | | |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 12/10/2013 | 0.2 | $27.00 | Communication w/ K Zunt at DTC Mandatory Reorg Announcement re: status of plan confirmation |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 12/10/2013 | 0.2 | $27.00 | Communication w/ M Araki re: status of plan confirmation in response to inquiry from DTC |
| KEVIN MARTIN - CONSULTANT | | $135.00 | 12/27/2013 | 0.2 | $27.00 | Communication w/ J Dewsbury at DTC re: status of Plan confirmation |
| | | | Total: | 0.6 | $81.00 | |
| | | | Grand Total: | 303.9 | $54,459.00 | |

EXHIBIT 1

# bmcgroup
information management

WR Grace
Professional Activity Summary
Date Range: 12/1/2013 - 12/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Asbestos Claims** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 10.4 | $2,184.00 |
| Total: | | 10.4 | $2,184.00 |
| **WRG Case Administration** | | | |
| CAS | | | |
| Mireya Carranza | $45.00 | 0.8 | $36.00 |
| CAS | | | |
| Airgelou Romero | $95.00 | 2.2 | $209.00 |
| Debra Choulock | $45.00 | 1.4 | $63.00 |
| Erin Kramer | $65.00 | 2.6 | $169.00 |
| James Myers | $65.00 | 0.1 | $6.50 |
| Mabel Soto | $45.00 | 1.2 | $54.00 |
| Maristar Go | $95.00 | 0.6 | $57.00 |
| Noreve Roa | $95.00 | 0.9 | $85.50 |
| Shirley Pzynski | $45.00 | 9.7 | $436.50 |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.0 | $165.00 |
| Myrtle John | $195.00 | 0.4 | $78.00 |
| Terri Marshall | $185.00 | 0.6 | $111.00 |
| CONSULTANT | | | |
| Steven Ordaz | $110.00 | 0.3 | $33.00 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 0.2 | $22.00 |
| Steffanie Cohen | $110.00 | 7.7 | $847.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 26.0 | $5,460.00 |
| Total: | | 55.7 | $7,832.50 |
| **WRG Data Analysis** | | | |
| CAS | | | |
| Maristar Go | $95.00 | 11.4 | $1,083.00 |
| Noreve Roa | $95.00 | 5.7 | $541.50 |
| Reynante Dela Cruz | $95.00 | 0.3 | $28.50 |
| Vincent Nacorda | $75.00 | 0.4 | $30.00 |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.3 | $214.50 |
| CONSULT_DATA | | | |
| Gunther Kruse | $150.00 | 31.4 | $4,710.00 |
| SR_ANALYST | | | |
| Jacqueline Conklin | $95.00 | 0.6 | $57.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 3.4 | $374.00 |
| Total: | | 54.5 | $7,038.50 |

EXHIBIT 1

# bmcgroup
### information management

**WR Grace**
**Professional Activity Summary**
Date Range: 12/1/2013 - 12/31/2013

| Category / Consultant Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **WRG Distribution** | | | |
| MANAGER | | | |
| Myrtle John | $195.00 | 53.5 | $10,432.50 |
| Terri Marshall | $185.00 | 1.0 | $185.00 |
| REC_TEAM | | | |
| Steffanie Cohen | $110.00 | 0.5 | $55.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 29.9 | $6,279.00 |
| | Total: | 84.9 | $16,951.50 |
| **WRG Fee Applications-Applicant** | | | |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 3.3 | $693.00 |
| | Total: | 3.3 | $693.00 |
| **WRG Non-Asbestos Claims** | | | |
| MANAGER | | | |
| Mike Booth | $165.00 | 1.7 | $280.50 |
| REC_TEAM | | | |
| Ellen Dors | $110.00 | 0.2 | $22.00 |
| Steffanie Cohen | $110.00 | 0.7 | $77.00 |
| CONTRACTOR | | | |
| Martha Araki | $210.00 | 91.9 | $19,299.00 |
| | Total: | 94.5 | $19,678.50 |
| **WRG Plan & Disclosure Statement** | | | |
| CONSULTANT | | | |
| Kevin Martin | $135.00 | 0.6 | $81.00 |
| | Total: | 0.6 | $81.00 |
| | Grand Total: | 303.9 | $54,459.00 |

EXHIBIT 1