**EXHIBIT 2**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_131231**
**Expense Summary**

| Period Ending | 12/31/2013 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Noticing Production | $88.15 |
| | | UPS/FedEx Adjustments | ($0.04) |
| | | Website Hosting | $250.00 |
| | | **Total** | **$1,628.01** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20131226-1 | 12/26/2013 | $44.31 |
| Reference #  021-20131230-1 | 12/30/2013 | $40.80 |
| Reference #  021-20131231-1 | 12/31/2013 | $3.04 |
| | **Total Due** | $88.15 |

EXHIBIT 2



**bmcgroup**
information management

BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 12/26/2013
**Reference #:**      021-20131226-1

| Job Type | Job Item | Step | Pages / Parties / Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Dkt No. 31480 - Omni 29 Ord | | 6 / 13 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 7 Pieces @ $.46 each | $3.22 |
| | | | USPS - CAN (at Cost) | 1 Piece @ $1.10 each | $1.10 |
| | | | USPS - International (at Cost) | 5 Pieces @ $1.10 each | $5.50 |
| | | Production | Fold and Stuff | 13 Pieces @ $.05 each | $0.65 |
| | | | Printed Impressions | 78 Pieces @ $.10 each | $7.80 |
| | | Supplies | Inkjet and Envelope - #10 | 13 Pieces @ $.08 each | $1.04 |

**Total Due:** **$44.31**

*Invoice Due Upon Receipt*                    *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 12/30/2013
**Reference #:**     021-20131230-1

| Job Type | Job Item | Step | Pages / Parties | | |
|---|---|---|---|---|---|
| | | | Task | Details | Total |
| Noticing Document | Schedule Amendments | | 2 / 20 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 20 Pieces @ $.46 each | $9.20 |
| | | Production | Fold and Stuff | 20 Pieces @ $.05 each | $1.00 |
| | | | Printed Impressions | 40 Pieces @ $.10 each | $4.00 |
| | | Supplies | Inkjet and Envelope - #10 | 20 Pieces @ $.08 each | $1.60 |

**Total Due:**     **$40.80**



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 12/31/2013
**Reference #:**    021-20131231-1
**Notes:**    Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | | | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | COA resend for December | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 2 Pieces | $3.04 |

**Total Due:**    **$3.04**

*Invoice Due Upon Receipt*                    *Page 1 of 1*

EXHIBIT 2