<u>**NO ORDER REQUIRED**</u>

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 3/24/2014; 4:00 pm ET |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 31796**
**(66th MONTHLY FEE APPLICATION OF COUNSEL FOR THE PD FCR)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Sixty-Sixth Interim Monthly Fee Application of Alan B. Rich, counsel to Judge Alexander M. Sanders, Jr., Property Damages Future Claims Representative (the "Applicant") for the period February 1, 2014 to February 28, 2014 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, March 24, 2014.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, upon the filing of this certification and without the need for entry of a Court order approving the Application, the Debtors are authorized to pay the Applicant $10,800.00 (which is 80% of the total fee incurred of $13,500.00), plus 100% of incurred expenses, $1,750.44, a total of **$12,550.44**.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Tel: (214) 744-5100
Fax: (214) 744-5101
arich@alanrichlaw.com

COUNSEL TO JUDGE ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 24th day of March, 2014, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____