**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                              )
**In re:**                                      )        **Chapter 11**
                                              )
**W.R. GRACE & CO., et al.,**          )        **Case No. 01-1139 (KJC)**
                                              )        **Jointly Administered**
                                              )
             **Reorganized Debtors.**     )        Objection Date: April 14, 2014 at 4:00 p.m.
_____)        Hearing: Scheduled if Necessary (Negative Notice)

**COVER SHEET TO NINTH MONTHLY INTERIM APPLICATION OF LINCOLN PARTNERS ADVISORS LLC, FINANCIAL ADVISOR TO ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

| | |
|---|---|
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | Roger Frankel, Asbestos PI Future Claimants' Representative |
| Date of Retention: | *Nunc pro tunc* to May 16, 2013 (by Order dated July 31, 2013) |
| Period for which compensation and reimbursement is sought: | January 1, 2014 – February 3, 2014 |
| 100% of Compensation sought as actual, reasonable and necessary: | $75,000.00 |
| 80% of Compensation sought as actual, reasonable and necessary: | $60,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $3,603.24 |

This is a   _x_  monthly      ___ interim      ___ final application

**LINCOLN PARTNERS ADVISORS LLC'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | NA | 51.6 | $75,000.00 |
| Jason Solganick | Director | NA | 41.3 | |
| Sam Jackson | Associate | NA | 26.7 | |
| Adam Karmali | Analyst | NA | 28.3 | |
| Grand Total: | | | **147.9** | **$75,000.00** |
| Blended Rate: | | | | $507.10 |

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**
**January 1, 2014 – February 3, 2014**

| **Project Category** | **Total Hours** | **Total Fees[1]** |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | **147.9** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

| | |
|---|---|
| Copies | $ 177.25 |
| Communication | $ 150.23 |
| January 27, 2014 Trip to Washington, D.C. to meet with FCR | $ 3,275.76 |
| **TOTAL Out-of-Pocket Expenses:** | **$ 3,603.24** |

LINCOLN PARTNERS ADVISORS LLC

Dated: March 18, 2014      By:/S/ JASON SOLGANICK
                                                Jason Solganick
                                                Director
                                                360 Madison Ave, 21st Floor
                                                New York, NY 10017
                                                Telephone: (212) 277-8115

---

[1] Lincoln Partners Advisors LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.