# EXHIBIT A

**WR Grace**
**Jan 2014 Time - Joe Radecki, Managing Director**

| Day/Date | Action | Time |
|---|---|---|
| Thu 2 | Review docket and analysis | 0.2 |
| Fri 3 | Review docket and analysis | 0.2 |
| Mon 6 | Comm w/OHS (RW) re scheduling | 0.4 |
| | Review docket and analysis | 0.3 |
| Tue 7 | Comm w/Blackstone (JOC) re exit financing | 0.3 |
| | Review CIM | 3.0 |
| | Comm w/FCR re Trust cash interest | 0.5 |
| | Review docket and analysis | 0.2 |
| Wed 8 | Comm w/FCR re Trust cash interest | 0.7 |
| | Comm w/OHS (RW) re exit financing | 0.6 |
| | Review exit financing motions, related docs | 1.8 |
| | Review docket and analysis | 1.2 |
| Thu 9 | Comm w/OHS (RW) re merger of subs | 0.3 |
| | Review, analysis, research merger of subs | 1.5 |
| | Review docket and analysis | 0.2 |
| Fri 10 | Review docket and analysis | 0.2 |
| Mon 13 | Comm w/OHS (RW) re scheduling | 0.4 |
| | Review docket and analysis | 0.2 |
| Tue 14 | Review docket and analysis | 0.2 |
| Wed 15 | Review exit financing docs | 3.0 |
| Thu 16 | Comm w/OHS (RW) re scheduling | 0.2 |
| | Review exit financing docs | 2.5 |
| | Review and analysis interest rates | 1.5 |
| Fri 17 | Comm w/OHS (RW) re scheduling | 0.2 |
| | Comm w/FCR re interest rates on trust cash | 1.1 |
| | Comm w/Blackstone (AS) re Credit agreement | 3.2 |
| Sat 18 | Comm w/FCR re interest rates on trust cash | 1.0 |
| Sun 19 | Comm w/OHS (RW) re merger of subs | 0.3 |
| Mon 20 | Comm w/OHS (RW) re merger of subs | 0.3 |
| Tue 21 | Comm w/OHS (RW) re flow of funds | 1.1 |
| | Comm w/FCR re interest rates on trust cash | 0.4 |
| | Review and analysis interest rates | 0.7 |
| | Review docket and analysis | 1.3 |
| Wed 22 | Comm w/FCR re interest rates on trust cash | 1.0 |
| | Comm w/COFC (JS) re interest rates | 1.0 |
| | Comm w/OHS (RW) re flow of funds | 0.5 |
| | Review, draft and edit semi-annual FCR semiannual financial presentation | 1.0 |
| | Review docket and analysis | 0.3 |

**Jan 2014 Time - Joe Radecki, Managing Director (continued)**

| | | |
|---|---|---|
| Thu 23 | Comm w/COFC (JS) re interest rates | 0.6 |
| | Comm w/OHS (RW) re interest rates on trust cash | 0.3 |
| | Review, draft and edit semi-annual FCR semiannual financial presentation | 1.0 |
| Fri 24 | Review, draft and edit semi-annual FCR semiannual financial presentation | 1.0 |
| Mon 27 | Review, draft and edit semi-annual FCR semiannual financial presentation | 2.0 |
| | Working travel to DC | 3.5 |
| | Review docket and analysis | 0.2 |
| Tue 28 | Final presentation prep | 1.0 |
| | Financial preesentation to FCR | 2.0 |
| | Call with CD, OHS, FCR, COFC,Joe Rice re interest rates | 1.2 |
| | Working travel to NY | 3.8 |
| | Review docket and analysis | 0.2 |
| Wed 29 | Review docket and analysis | 0.2 |
| Thu 30 | Review docket and analysis | 0.2 |
| | Review rate settlement | 0.6 |
| Fri 31 | Review docket and analysis | 0.8 |
| | TOTAL HOURS | 51.6 |

**WR Grace**
**January 2014 Time - Jason Solganick, Director**

| Day/Date | Action | Time |
|---|---|---|
| Jan 3 | Review docket and analysis | 0.3 |
| Jan 6 | Communications re: exit financing | 0.4 |
| Jan 7 | Interest rate analysis | 2.0 |
|  | Review exit financing CIM | 1.5 |
| Jan 8 | Call w/ FCR and Orrick re: interest rates (w/ prep) | 1.5 |
|  | Review docket and analysis | 0.2 |
|  | Review exit financing motion | 0.5 |
|  | Communications re: exit financing | 0.5 |
|  | Interest rate analysis | 1.0 |
| Jan 10 | Review Grace debt documents | 0.3 |
|  | Internal conversations re: interest rates | 0.5 |
| Jan 14 | Review docket and analysis | 0.3 |
| Jan 15 | Interest rate analysis | 0.5 |
| Jan 17 | Preparation of update presentation for the FCR | 1.5 |
|  | Review credit agreement | 1.0 |
| Jan 21 | Review flow of funds and interest calculations | 1.5 |
|  | Review docket and analysis | 0.4 |
| Jan 22 | Interest rate analysis | 1.0 |
|  | Review flow of funds memo | 1.0 |
|  | Preparation of update presentation for the FCR | 2.0 |
| Jan 23 | Preparation of update presentation for the FCR | 1.5 |
| Jan 24 | Call w/ Charter Oak re: interest rates | 0.3 |
|  | Review docket and analysis | 0.3 |
| Jan 25 | Preparation of update presentation for the FCR | 2.5 |
| Jan 26 | Preparation of update presentation for the FCR | 2.0 |
| Jan 27 | Preparation of update presentation for the FCR | 3.0 |
|  | Review docket and analysis | 0.3 |
| Jan 28 | Working travel for financial update meeting with the FCR | 4.0 |
|  | Financial Update presentation meeting with FCR | 1.5 |
|  | Call w/ ACC re: interest rate issues | 1.0 |
|  | Non-working trael for financial update meeting with the FCR | 4.0 |
|  | Interest rate analysis | 1.5 |
| Jan 30 | Review flow of funds memo | 1.0 |
| Jan 31 | Interest rate analysis | 0.2 |
|  | Review docket and analysis | 0.3 |
|  | TOTAL TIME (hrs) | 41.3 |

**WR Grace**
**January 2014 Time - Samuel Jackson, Associate**

| Day/Date | Action | Time |
|---|---|---|
| Jan 2 | Preparation of presentation to FCR | 1.0 |
| Jan 2 | Preparation of fee applications | 0.4 |
| Jan 6 | Review and analysis of Grace emergence | 1.0 |
| Jan 7 | Review and analysis of Grace emergence | 0.5 |
|  | Preparation of presentation to FCR | 1.0 |
|  | Preparation of fee applications | 0.2 |
| Jan 8 | Review and analysis of Grace emergence | 3.2 |
| Jan 9 | Review and analysis of Grace emergence | 0.4 |
| Jan 10 | Preparation of presentation to FCR | 2.7 |
| Jan 13 | Review docket and analysis | 0.7 |
| Jan 15 | Review and analysis of Grace emergence | 0.4 |
| Jan 17 | Review and analysis of Grace emergence | 2.6 |
| Jan 21 | Review docket and analysis | 0.3 |
| Jan 22 | Preparation of presentation to FCR | 4.0 |
| Jan 24 | Preparation of presentation to FCR | 2.3 |
| Jan 25 | Preparation of presentation to FCR | 1.2 |
| Jan 27 | Preparation of presentation to FCR | 1.1 |
|  | Preparation of fee applications | 0.5 |
| Jan 28 | Presentation to FCR | 3.0 |
| Jan 30 | Review docket and analysis | 0.2 |
|  | TOTAL TIME (hrs) | 26.7 |

**W.R. Grace**
**January 2014 Time - Adam Karmali, Analyst**

| **Day/Date** | **Action** | **Time** |
| --- | --- | --- |
| Jan 2 | Preparation of presentation to FCR | 1.2 |
| Jan 2 | Preparation of fee applications | 0.4 |
| Jan 6 | Review and analysis of Grace emergence | 2.5 |
| Jan 7 | Review and analysis of Grace emergence | 0.5 |
| | Preparation of presentation to FCR | 1.0 |
| | Preparation of fee applications | 0.2 |
| Jan 8 | Review and analysis of Grace emergence | 3.2 |
| Jan 9 | Review and analysis of Grace emergence | 0.4 |
| Jan 10 | Preparation of presentation to FCR | 2.7 |
| Jan 13 | Review docket and analysis | 0.7 |
| Jan 15 | Review and analysis of Grace emergence | 0.4 |
| Jan 17 | Review and analysis of Grace emergence | 2.6 |
| Jan 21 | Review docket and analysis | 0.3 |
| Jan 22 | Preparation of presentation to FCR | 3.7 |
| Jan 24 | Preparation of presentation to FCR | 1.9 |
| Jan 25 | Preparation of presentation to FCR | 0.8 |
| Jan 27 | Preparation of presentation to FCR | 1.6 |
| | Preparation of fee applications | 0.5 |
| Jan 28 | Presentation to FCR | 3.0 |
| Jan 30 | Review docket and analysis | 0.7 |
| | **TOTAL TIME (hrs)** | **28.3** |