# EXHIBIT B

### W.R. Grace
### Detail of expenses (January 1, 2014 – February 3, 2014)

January 28, 2014 Trip to Washington, D.C. for Meeting with FCR[1]

Radecki
    Airfare    $ 564.89
    Travel – cab to/from airport    $ 126.53
    Meal[2]    $ 30.00

Solganick
    Airfare    $ 730.42

Jackson
    Airfare    $ 721.42
    Travel – cab to/from airport    $ 151.41

Karmali
    Airfare    $ 857.03
    Travel – cab to/from airport    $ 94.06

**Total January 28, 2014 Trip**    **$3,275.76**


Miscellaneous
    Copies    $ 177.25
    Communications    $ 150.23
**Total Miscellaneous:**    **$ 327.48**


**TOTAL EXPENSES:**    **$ 3,603.24**

---

[1] All Airfare is economy class, roundtrip from LaGuardia Airport (LGA) to Reagan National Airport (DCA)

[2] This meal charge was for breakfast for 1 person in Washington, DC.