## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

I, Gabrielle Durstein, being duly sworn according to law, deposes and says that she is employed by The Hogan Firm, counsel to the Representative Counsel for the Canadian ZAI Claimants in the above-captioned action, and that on the 25th day of March, 2014, she caused a copy of the **Forty-Seventh Monthly Application of The Hogan Firm As Counsel To Representative Counsel as Special Counsel for the Canadian ZAI Claimants** to be served upon the Notice Parties, in the manner indicated on the attached service list, in accordance with the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

_____
Gabrielle Durstein

SWORN TO AND SUBSCRIBED
By me on this 25th day of March, 2014

_____
Notary Public
My Commission Expires: _____

## Grace Fee Application Service List

*Hand Delivery*
(Trustee)
Office of the United States Trustee
Richard L. Schepacarter
U.S. Department of Justice
844 King Street, Suite 2311
Wilmington, DE 19801

*Federal Express & E-mail:*
*Richard.finke@grace.com*
(Debtors)
Richard C. Finke, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

*Federal Express & E-mail:*
*feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

*E-mail: joneill@pszjlaw.com*
(Co-Counsel for Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market St., 17th Floor
Wilmington, DE 19899

*E-mail: mlastowski@duanemorris.com*
(Counsel for Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market St., Ste. 1200
Wilmington, DE 19801

*E-mail: mjoseph@ferryjoseph.com*
(Counsel to Official Committee of Asbestos
Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Ste. 904
Wilmington, DE 19899

*E-mail: mhurford@camlev.com*
(Counsel to Official Committee of Personal
Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

*E-mail: tcurrier@saul.com*
(Counsel to Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19899

*E-mail: jcp@pgslaw.com*
(Co-Counsel to Roger Frankel, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*E-mail: khill@svglaw.com*
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19801

E-mail: *rhiggins@rogerhigginslaw.com*
(Co-counsel for Debtors)
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins LLC
111 East Wacker Dr, Ste 2800
Chicago IL 60601

E-mail: *david.heller@lw.com*
(Co-Counsel to Debtor-In-Possession Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Ste. 5800
233 South Wacker Dr.
Chicago, IL 60606

E-mail: *DiMassa@duanemorris.com*
(Counsel for Official Committee of Unsecured Creditors)
Rudolph J. DiMassa, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

E-mail: *mmagzamen@stroock.com*
(Counsel for Official Committee of Unsecured Creditors)
Michael Magzamen, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

E-mail: *sbaena@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Ste 2500
Miami, FL 33131

E-mail: *ei@capdale.com*
(Counsel to Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue., 35th Floor
New York, NY 10152

E-mail: *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

E-mail: *rfrankel@orrick.com*
(Co-Counsel Personal Injury Future Claimant's Representative)
Richard Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005

E-Mail: *john.donley@kirkland.com*
*Adam.paul@kirkland.com*
(Co-Counsel to Debtors)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

E-mail: *arich@alanrichlaw.com*
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX 75202