# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS · ATTORNEYS

February 18, 2014

RE :   W.R. GRACE & CO., and al.
       U.S. FEE APPLICATION
       CDN ZAI CLASS ACTION
       Our file: 222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
### (January1st 2014 to February3rd 2014)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**OUR FEES:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2014-01-06 | CH | Review of November 2013 time statement | 0.30 | $285.00 | $85.50 |
| 2014-01-06 | CH | Email to G. Durstein re: November 2013 time statement | 0.20 | $285.00 | $57.00 |
| 2014-01-06 | CH | Review of proceeding information on our website and update | 0.30 | $285.00 | $85.50 |
| 2014-01-07 | CH | Review of the Motion for entry of order | 0.50 | $285.00 | $142.50 |
| 2014-01-07 | MB | Review of email from Dan Hogan re: Motion for entry of Order | 0.20 | $450.00 | $90.00 |
| 2014-01-07 | MB | Review of the Motion for entry of Order | 0.50 | $450.00 | $225.00 |
| 2014-01-07 | CH | Review of the 45th Monthly Fee Application | 0.30 | $285.00 | $85.50 |
| 2014-01-07 | CH | Email to G. Durstein re: executed certification 45th Monthly Fee Application | 0.20 | $285.00 | $57.00 |
| 2014-01-07 | CH | Email from Dan Hogan re: Motion for entry of Order | 0.20 | $285.00 | $57.00 |
| 2014-01-14 | MB | Review of email from David Thompson re: call with Mr. Pasparakis and V. Sinha regarding Grace's upcoming emergence from bankruptcy and the Canada proceedings | 0.40 | $450.00 | $180.00 |
| 2014-01-14 | MB | Review of email from V. Sinha re: summary of call | 0.30 | $450.00 | $135.00 |
| 2014-01-14 | CH | Review of December 2013 time statement | 0.30 | $285.00 | $85.50 |
| 2014-01-14 | CH | Email to G. Durstein re: December 2013 time statement | 0.20 | $285.00 | $57.00 |
| 2014-01-14 | CH | Review of email from Mr. Thompson re: call with O. Pasparakis et V. Sinha regarding Grace's upcoming emergence from bankruptcy and the Canadian proceedings | 0.30 | $285.00 | $85.50 |
| 2014-01-14 | CH | Review of email from V. Sinha re: summary of call regarding Grace's upcoming emergence | 0.30 | $285.00 | $85.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2014-01-14 | CH | from bankruptcy and the Canadian proceedings Email to D. Thompson re: scheduling call re: Grace's upcoming emergence from bankruptcy and the Canadian proceedings | 0.20 | $285.00 | $57.00 |
| 2014-01-16 | CH | Conference call with Mr. Thompson and Moloci and Mr. Bélanger re: next steps regarding Grace's emergence of bankruptcy in the context of the Canadian proceedings | 0.50 | $285.00 | $142.50 |
| 2014-01-16 | MB | Conference call with David Thompson and Matt Moloci and Mrs. Hannouche re: next steps regarding emergence of bankruptcy | 0.50 | $450.00 | $225.00 |
| 2014-01-16 | CH | Email to Mr. Thompson re: portion of The Hogan Firm fees | 0.30 | $285.00 | $85.50 |
| 2014-01-20 | CH | Review of certification and 46th Monthly Fee Application | 0.30 | $285.00 | $85.50 |
| 2014-01-21 | CH | Email to G. Durstein re: signed certification 46th Monthly Fee Application | 0.20 | $285.00 | $57.00 |
| 2014-01-23 | MB | Review of Canadian ZAI PD Trust Agreement | 1.30 | $450.00 | $585.00 |
| 2014-01-23 | MB | Review of email from David Thompson re: draft trust agreement | 0.30 | $450.00 | $135.00 |
| 2014-01-23 | CH | Email to D. Thompson and M. Moloci re: amendment of Canadian actions | 0.30 | $285.00 | $85.50 |
| 2014-01-23 | CH | Email to E. Merchant re: amendment Canadian proceedings | 0.30 | $285.00 | $85.50 |
| 2014-01-23 | CH | Review of Canadian ZAI PD Trust Agreement | 1.30 | $285.00 | $370.50 |
| 2014-01-23 | CH | Review of email from D. Thompson re:draft trust agreement Canadian ZAI PD Trust Fund | 0.30 | $285.00 | $85.50 |
| 2014-01-23 | CH | Email to D. Thompson re:draft trust agreement Canadian ZAI PD Trust Fund | 0.20 | $285.00 | $57.00 |
| 2014-01-24 | CH | Conference call with D. Thompson, M. Moloci and M. Bélanger re: Canadian ZAI PD Draft Trust Agreement and steps going forward | 0.50 | $285.00 | $142.50 |
| 2014-01-24 | MB | Conference call with David Thompson, Matt Moloci and Careen Hannouche re: Canadian ZAI PD Trust Agreement | 0.50 | $450.00 | $225.00 |
| 2014-01-27 | MB | Review of emails between Meghan Bishop DeBard and Roger Higgins and David Thompson and Matt Moloci re: transfer of funds to trust | 0.30 | $450.00 | $135.00 |
| 2014-01-27 | CH | Email to D. Thompson re: claims administrator agreement | 0.30 | $285.00 | $85.50 |
| 2014-01-27 | CH | Review of exchange of emails between Meghan Bishop DeBard and Roger Higgins and D. Thompson and M. Moloci re: transfer of funds to trust | 0.30 | $285.00 | $85.50 |
| 2014-01-28 | CH | Review of 16th Quarterly Fee Application | 0.30 | $285.00 | $85.50 |
| 2014-01-28 | CH | Email to G. Durstein re: certification of 16th Quarterly Fee Application | 0.20 | $285.00 | $57.00 |
| 2014-01-29 | MB | Review of Funds Flow Memorandum (transfer | 0.70 | $450.00 | $315.00 |

| Date | Lawyer | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | to Canadian ZAI PD Trust Fund) | | | |
| 2014-01-29 | MB | Review of the 42nd Information Officer's Report | 0.70 | $450.00 | $315.00 |
| 2014-01-29 | MB | Review of email exchange between Matt Moloci and David Thompson and Keith Ferbers re: report of information officer and amendment of proceedings | 0.30 | $450.00 | $135.00 |
| 2014-01-29 | CH | Review of Funds Flow Memorandum (transfer to Canadian ZAI PD Trust Fund) from R. Higgins | 0.70 | $285.00 | $199.50 |
| 2014-01-29 | CH | Review of email exchange between M. Moloci and D. Thompson and K. Ferbers re: report of information officer and amendment of proceedings | 0.30 | $285.00 | $85.50 |
| 2014-01-29 | CH | Research of fee agreement with Aikins in response to email from D. Thompson | 0.40 | $285.00 | $114.00 |
| 2014-01-29 | CH | Email to D. Thompson re: fee agreement with Aikins | 0.30 | $285.00 | $85.50 |
| 2014-01-29 | CH | Review of the 42nd Information Officer's Report | 0.80 | $285.00 | $228.00 |
| 2014-01-30 | CH | Review of updated Funds Flow Memorandum from R. Higgins | 0.50 | $285.00 | $142.50 |
| 2014-01-30 | CH | Review of memo by D. Thompson re: share of counsel fees by firm once payment is received under Canadian ZAI Settlement | 0.30 | $285.00 | $85.50 |
| 2014-01-30 | CH | Email to D. Thompson re: memo on fee distribution | 0.30 | $285.00 | $85.50 |
| 2014-01-31 | CH | Review of email from D. Thompson to D. Hogan and motion re: Debtors' Motion for the Entry of an Order Approving and Authorizing Implementation of Agreement Bank Lender Group | 0.20 | $285.00 | $57.00 |
| 2014-01-31 | CH | Review of revised Canadian ZAI PD Claims Fund Trust Agreement received from D. Thompson | 0.50 | $285.00 | $142.50 |
| 2014-01-31 | CH | Review of email from R. Higgins re: changes to Funds Flow Memorandum | 0.20 | $285.00 | $57.00 |
| 2014-02-03 | CH | Review of Order approving settlement Bank Lender Group sent by D. Hogan | 0.20 | $285.00 | $57.00 |
| 2014-02-03 | CH | Review of email from D. Thompson to D. Hogan re: effective date | 0.20 | $285.00 | $57.00 |
| | | **OUR FEES :** | **19.50** | | **$ 6,547.50** |

TIME SUMMARY BY LAWYER
MB   450.00   6.00   $ 2,700.00
CH   285.00   13.50   $ 3,847.50

**DISBURSEMENTS**

| | |
|---|---:|
| Court dockets | 5.40 |

**SUB-TOTAL**      **$ 6,552.90**

| | |
|---|---:|
| G.S.T. 5% | 327.65 |
| Q.S.T. 9.975 % | 653.65 |

**TOTAL**      **$ 7,534.20**

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001