## **CERTIFICATE OF SERVICE**

      I, William D. Sullivan, hereby certify that on March 26, 2014, I caused one copy of the foregoing *Reply of ZAI Class Counsel in Support of Motion for a Common Fund Fee Award and in Response to Lukins & Annis' "Counter Motion"* to be served upon the parties on the attached service list via First Class U.S. Mail.

| | |
|---|---|
| *March 26, 2014* | */s/ William D. Sullivan* |
| Date | William D. Sullivan |

James E. O'Neill, Esq.
Pachuiski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Maria Eskin, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE 19801

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Richard L. Schepecarter
Office of the U.S. Trustee
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

David M. Fournier, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

Adam Paul, Esq.
Lisa Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL, 60654

Michael Magzamen, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esq.
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickeli Ave., 23rd Floor
Miami, FL 33131-3456

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Richard H. Wyron, Esq.
Frankei Wyron LLP
2101 L Street, NW
Washington, DC 20037

Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Main Street, Suite 1910, LC 201
Dallas, TX 75202

Tancred Schiavoni, Esq.
O'Melveny & Myers LLP
Seven Times Square
New York, NY 10024