EXHIBIT B

**W. R. Grace & Co.**
**Summary**
September 1 through September 30, 2013

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| CAGLE, CRISTI BROOKS | 19.0 | $ 425 | $ 8,075.00 |
| CHAMPENY, KATRINA MARIE | 0.2 | $ 275 | $ 55.00 |
| CHAVALI, VIJAYA SARADHI | 7.5 | $ 275 | $ 2,062.50 |
| CORNETT, LAURA CULVER | 10.5 | $ 275 | $ 2,887.50 |
| GESVANTNER, FRANCINE RAE | 12.9 | $ 200 | $ 2,580.00 |
| GUPTA, ALOKE | 8.0 | $ 200 | $ 1,600.00 |
| YADAV, AKSHAY | 1.8 | $ 200 | $ 360.00 |
| **International HR and Compliance Services** | 59.9 | | $ 17,620.00 |
| (Adjustment per Statement Of Work) | | | $ (11,245.00) |
| | | | $ 6,375.00 |
| HE, EMMA YA NA | 2.5 | $ 195 | $ 487.50 |
| YOU, MIKI MEI-QI | 2.8 | $ 485 | $ 1,358.00 |
| TIAN, XIAO WU | 0.7 | $ 430 | $ 301.00 |
| **Global Rewards Services** | 6.0 | | $ 2,146.50 |
| (Adjustment per Statement Of Work) | | | $ (2,146.50) |
| | | | $ - |
| OTERO, MARIA D | 0.1 | $ 350 | $ 35.00 |
| **Puerto Rico Tax Compliance** | 0.1 | | $ 35.00 |
| (Adjustment per Statement of Work & reflecting billings in excess of agreed-upon fees for August 2013) | | | $ (7,735.00) |
| | | | $ (7,700.00) |
| ASWANI, JANITHA | 0.1 | $ 200 | $ 20.00 |
| BEZNICKI, KAREN LAU | 10.8 | $ 275 | $ 2,970.00 |
| BUKKA, NAGARAJU | 0.6 | $ 275 | $ 165.00 |
| CAGLE, CRISTI BROOKS | 0.6 | $ 425 | $ 255.00 |
| CHAMPENY, KATRINA MARIE | 0.6 | $ 275 | $ 165.00 |
| CHAVALI, VIJAYA SARADHI | 1.3 | $ 275 | $ 357.50 |
| CORNETT, LAURA CULVER | 9.1 | $ 275 | $ 2,502.50 |
| CREIGHTON, ROBERT BYRON | 20.1 | $ 350 | $ 7,035.00 |
| DINKINS, FRANCOISE A | 1.4 | $ 500 | $ 700.00 |
| GANDHI, SARABJEET | 0.5 | $ 200 | $ 100.00 |
| GESVANTNER, FRANCINE RAE | 32.1 | $ 200 | $ 6,420.00 |

EXHIBIT B

**W. R. Grace & Co.**
**Summary**
**September 1 through September 30, 2013**

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| GOEL, SHUBHIKA | 4.7 | $ 200 | $ 940.00 |
| GONELLA, SHEKHAR | 0.4 | $ 275 | $ 110.00 |
| GUPTA, ALOKE | 13.6 | $ 200 | $ 2,720.00 |
| KATARLA, SHILPA | 0.5 | $ 275 | $ 137.50 |
| MANLY SPAIN, FESTINA | 11.0 | $ 200 | $ 2,200.00 |
| PALURU, MURALI | 2.1 | $ 275 | $ 577.50 |
| **International Assignment Services** | 109.5 | | $ 27,375.00 |
| (Adjustment per Statement Of Work) | | | $ (16,875.00) |
| | | | $ 10,500.00 |
| | | | |
| BROOKS, THOMAS J | 0.8 | $ 600 | $ 480.00 |
| **Japan Restructuring** | 0.8 | | $ 480.00 |
| | | | |
| BROOKS, THOMAS J | 0.8 | $ 600 | $ 480.00 |
| CAGLE, CRISTI BROOKS | 2.0 | $ 425 | $ 850.00 |
| CHATPALLIWAR, MANGESH | 0.4 | $ 325 | $ 130.00 |
| CREIGHTON, ROBERT BYRON | 2.2 | $ 350 | $ 770.00 |
| GORDON, JARED H | 0.5 | $ 700 | $ 350.00 |
| MANLY SPAIN, FESTINA | 3.7 | $ 200 | $ 740.00 |
| WICKERT, DIANE L | 7.5 | $ 325 | $ 2,437.50 |
| **Bankruptcy Administration & Misc Matters** | 17.1 | | $ 5,757.50 |
| | | | |
| **Subtotal** | 193.4 | | $ 23,147.50 |
| **Expenses** | | | $ 9.97 |
| **Total Deloitte Tax LLP Fees - September 1 through September 30, 2013** | | | $ 23,157.47 |