W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/1/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Call with Carol Finke of WR Grace and Deloitte China to discuss intercompany billing - set up | 0.5 | $ 350 | $ 175.00 |
| 9/1/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2012 Amended Philippines Return - Fee quote, timing, etc. email to Dennis Florian | 0.6 | $ 350 | $ 210.00 |
| 9/1/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: William McCall - 2012: US Tax Returns - go through review points with Karen | 0.5 | $ 350 | $ 175.00 |
| 9/1/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: James Nee - 2012: US Tax Returns - Efiling - Add direct deposit info per taxpayer request, have returns efiled, and respond to taxpayer email | 0.8 | $ 350 | $ 280.00 |
| 9/2/2013 | KATARLA, SHILPA | International Assignment Services | Dennis Florian | Regarding assignee: James Nee - 2012 - E-Filing - Form extracted from fax message and released return to IRS and Tracker updated with released details | 0.5 | $ 275 | $ 137.50 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/3/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Discuss September payroll updates with Francine Gesvantner; Discuss year-to-date payroll reconciliations with Francine Gesvantner; research box 1 totals on payroll reports | 0.6 | $ 275 | $ 165.00 |
| 9/3/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | China Crosscharge Call with Carol Finke of WR Grace and Deloitte China team - follow up with Carol to schedule call and get topic for discussion | 0.5 | $ 350 | $ 175.00 |
| 9/3/2013 | CREIGHTON, ROBERT BYRON | Bankruptcy Administration & Misc Matters | Don Teichen | Bankruptcy fee applications: July and August 2013; Review, Changes | 2.2 | $ 350 | $ 770.00 |
| 9/3/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Reviewed assignee: Nate Faulkenberry home leave expenses and submitted to Stephenie Gettier for payment in September payroll | 0.3 | $ 200 | $ 60.00 |
| 9/3/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | discussed September payroll process with Laura Cornett | 0.4 | $ 200 | $ 80.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/3/2013 | GOEL, SHUBHIKA | International Assignment Services | Dennis Florian | Internal meeting to transition expense processing to Aloke Gupta and Murali Paluru. | 2.1 | $ 200 | $ 420.00 |
| 9/3/2013 | GUPTA, ALOKE | International Assignment Services | Dennis Florian | Internal meeting with Shubhika Goel and Murali Paluru to transition expense process | 2.1 | $ 200 | $ 420.00 |
| 9/3/2013 | MANLY SPAIN, FESTINA | Bankruptcy Administration & Misc Matters | Don Teichen | Bankruptcy fee application prep: August prep & edits to July | 3.7 | $ 200 | $ 740.00 |
| 9/3/2013 | PALURU, MURALI | International Assignment Services | Dennis Florian | Internal meeting with Shubhika Goel and Aloke Gupta to transition expense process | 2.1 | $ 275 | $ 577.50 |
| 9/4/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee: William McCall - Review 2012 tax return | 4.0 | $ 275 | $ 1,100.00 |

W. R. Grace & Co.  
Hourly Detail  
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 9/4/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | email request to Stephenie Gettier for August US payroll details for assignees: Eric Austraw, Nathaniel Faulkenberry, Michael Federspiel, Robert Hoover, German Huerta | 0.6 | $ | 200 $ | 120.00 |
| 9/4/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | reply to email from Carson Kaun in Singapore for 2012 compensation data for assignee: Mike Federspiel | 0.4 | $ | 200 $ | 80.00 |
| 9/4/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Discuss September payroll with Laura Cornett and send out meeting invite to Dennis Florian and Stephenie Gettier to review September payroll log. | 0.3 | $ | 200 $ | 60.00 |
| 9/4/2013 | GOEL, SHUBHIKA | International Assignment Services | Dennis Florian | Discussion with Aloke Gupta to confirm his understanding on the expense/invoice process and sent out expense and vendor invoice as a case study to gain more knowledge on the process | 0.6 | $ | 200 $ | 120.00 |
| 9/4/2013 | HE, EMMA YA NA | Global Rewards Services | Brian Epstein | Visit Xuhui tax bureau to collect the tax registration receipt | 1.0 | $ | 195 $ | 195.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/4/2013 | YOU, MIKI MEI-QI | Global Rewards Services | Brian Epstein | After various communication with Qingdao tax official, the registration documentation requirement was clarified, prepare dthe package accordingly and send it to local contact for chop arrangement | 1.0 | $ 485 | $ 485.00 |
| 9/5/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - review 2012 tax returns | 2.7 | $ 275 | $ 742.50 |
| 9/5/2013 | CORNETT, LAURA CULVER | International Assignment Services | Dennis Florian | Follow up with Francine Gesvantner regarding the USI cost projection training materials | 0.1 | $ 275 | $ 27.50 |
| 9/5/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Prepared Singapore compensation accumulation template and sent to Grace Singapore contact for locally-paid compensation data | 1.1 | $ 200 | $ 220.00 |
| 9/5/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Reviewed internal cost estimate process documentation for WR Grace specific calculations | 2.4 | $ 200 | $ 480.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/5/2013 | OTERO, MARIA D | Puerto Rico Tax Compliance | Joe Bahorich | coordinate access to documentation retention system | 0.1 | $ 350 | $ 35.00 |
| 9/6/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - review 2012 tax returns | 0.5 | $ 275 | $ 137.50 |
| 9/6/2013 | CAGLE, CRISTI BROOKS | International Assignment Services | Dennis Florian | reviewed September payroll log for assignees: Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Michael Piergrossi and Dirk Strassner | 0.4 | $ 425 | $ 170.00 |
| 9/6/2013 | CORNETT, LAURA CULVER | International Assignment Services | Dennis Florian | Call with Francine Gesvantner regarding September payroll file; Reviewed September payroll file and amended; Discussion with Cristi Cagle about future improvements to the payroll process | 0.8 | $ 275 | $ 220.00 |
| 9/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | China Crosscharge Call with Carol Finke of WR Grace and Deloitte China team - reschedule call with Carol | 0.3 | $ 350 | $ 105.00 |

W. R. Grace & Co.                                        EXHIBIT C
Hourly Detail
September 1 through September 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2012: Amended Philippines Tax Return - Reach out for estimate of the refund | 0.3 | $ 350 | $ 105.00 |
| 9/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Andre Lanning - 2012: Dutch Tax Notice - Correspondence with Deloitte Netherlands to respond to notice | 0.5 | $ 350 | $ 175.00 |
| 9/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Leznik Leonid - 2012: Form 2350 Extension to file for Bonafide Residence - Have Prepared | 0.3 | $ 350 | $ 105.00 |
| 9/6/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Meeting with Laura Cornett to review September Payroll. Updated spreadsheet and payroll activity log. Sent payroll to Stephenie Gettier for action. | 1.1 | $ 200 | $ 220.00 |
| 9/6/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Follow up with Dennis Florian on three pre-assignment assignees: Jim Bruggy, Enzo Orellana and Guillermo Rosas | 0.2 | $ 200 | $ 40.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/6/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - email to Philippines regarding refund | 0.2 | $ 200 | $ 40.00 |
| 9/6/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Andre Lanning - email to German and Dutch team regarding status of 2012 return, look in to assignment detail | 1.0 | $ 200 | $ 200.00 |
| 9/6/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | gathering data for grace bankruptcy fee application requirements | 0.2 | $ 325 | $ 65.00 |
| 9/9/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - send follow up email for e-file signature authorization | 0.3 | $ 275 | $ 82.50 |
| 9/9/2013 | CHAMPENY, KATRINA MARIE | International Assignment Services | Dennis Florian | Researched assignee: Kok-How Chew's hypothetical tax update for 2013 and assignee: Leonid Leznik's lump sum payment. | 0.4 | $ 275 | $ 110.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 9/9/2013 | CORNETT, LAURA CULVER | International Assignment Services | Dennis Florian | Correspondence with Francine Gesvantner regarding reconciliation on assignee: Mike Federspiel's expenses | 0.2 | $ 275 | $ 55.00 |
| 9/9/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2012: US Tax Returns - Efile Consent form follow up to taxpayer | 0.2 | $ 350 | $ 70.00 |
| 9/9/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Regarding assignee: Kati Hazrati - Concur and Finalize 2012 Return | 0.5 | $ 500 | $ 250.00 |
| 9/9/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Regarding assignee: Brian Kenny - Concur and Finalize 2012 Return | 0.5 | $ 500 | $ 250.00 |
| 9/9/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | research question from assignee: Kok-How Chew regarding hypothetical tax change that was effective May 2013 and provided Stephenie Gettier with details. | 0.9 | $ 200 | $ 180.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/9/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Researched question from Clive Pinto regarding assignee: Eric Austraw's goods & services and hypothetical tax calculations and responded to Stephenie Gettier with details. | 0.7 | $ 200 | $ 140.00 |
| 9/9/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | reviewed expenses received from assignee: Leonid Leznik and validated it against the letter of assignment and expense log to confirm he was under the maximum reimbursement. Sent expense to USI team for processing. Reviewed invoice from AirInc for assignee:  Jens Ebinhaus  and sent to USI team for processing. | 1.8 | $ 200 | $ 360.00 |
| 9/9/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | compared list of assignment-related expenses processed by Grace US payroll against expense log posted in Deloitte eRoom. | 0.7 | $ 200 | $ 140.00 |
| 9/9/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Kati Hazrati - deliver finalized tax return & notify Stephenie Gettier | 0.2 | $ 200 | $ 40.00 |
| 9/9/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Brian Kenny - deliver finalized tax return & notify Stephenie Gettier | 0.2 | $ 200 | $ 40.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/9/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on bankruptcy fee applications for May, June July and august | 1.0 | $ 325 | $ 325.00 |
| 9/9/2013 | YOU, MIKI MEI-QI | Global Rewards Services | Brian Epstein | Various communication with local contact in Shanghai and Qingdao regarding the package regarding the feedback | 1.0 | $ 485 | $ 485.00 |
| 9/10/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee: John Haley - send follow up email for Tax Organizer | 0.2 | $ 275 | $ 55.00 |
| 9/10/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee: Ryan Hinds - send follow up email for Tax Organizer | 0.2 | $ 275 | $ 55.00 |
| 9/10/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee: Alexander Nielsen - send follow up email for Tax Organizer | 0.2 | $ 275 | $ 55.00 |

**W. R. Grace & Co.**
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/10/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Reviewed year-end schedule including timeline, responsible parties and actions | 0.3 | $ 425 | $ 127.50 |
| 9/10/2013 | CORNETT, LAURA CULVER | International Assignment Services | Dennis Florian | Correspondence with Francine Gesvantner regarding assignee: Leonid Leznik's September assignment-related expense report and sent confirmation email to him advising of payment | 0.3 | $ 275 | $ 82.50 |
| 9/10/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Alfred Jordan - 2011 US Amended Federal Income Tax Return for Foreign tax credit carryback - review, changes, process, and deliver to taxpayer | 1.0 | $ 350 | $ 350.00 |
| 9/10/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Reviewed assignee:  Leonid Leznik's September assignment-related expenses and sent follow up emails to assignee for clarification. | 0.7 | $ 200 | $ 140.00 |
| 9/10/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Sent follow up communication to Bee Lan Ang (Grace Singapore) regarding locally-paid Singapore compensation for assignee: Mike Federspiel | 0.3 | $ 200 | $ 60.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/10/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Created year-end schedule including timeline, responsible parties and actions | 0.6 | $ 200 | $ 120.00 |
| 9/10/2013 | GOEL, SHUBHIKA | International Assignment Services | Dennis Florian | Review of AirInc invoice and assignee: Leonid Leznik's assignment related invoices as prepared by Aloke Gupta | 0.7 | $ 200 | $ 140.00 |
| 9/10/2013 | GUPTA, ALOKE | International Assignment Services | Dennis Florian | Reviewed assignee: Leonid Leznik's expense report, generated expense coversheet and posted to Deloitte eRoom for processing | 1.8 | $ 200 | $ 360.00 |
| 9/10/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Kati Hazrati - send efile form to efile team | 0.1 | $ 200 | $ 20.00 |
| 9/10/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Brian Kenny - respond to assignees questions about 2012 tax equalization | 0.5 | $ 200 | $ 100.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/10/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on bankruptcy fee applications for may, June July and august | 3.1 | $ 325 | $ 1,007.50 |
| 9/11/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee: Alexander Nielsen - email correspondence | 0.2 | $ 275 | $ 55.00 |
| 9/11/2013 | BROOKS, THOMAS J | Japan Restructuring | Don Teichen | calls with Deloitte Japan and client regarding 304 transaction related to Japan | 0.8 | $ 600 | $ 480.00 |
| 9/11/2013 | CAGLE, CRISTI BROOKS | International Assignment Services | Dennis Florian | Correspondence with Bee Lan Ang (Grace Singapore) regarding assignee: Mike Federspiel's locally-paid compensation | 0.2 | $ 425 | $ 85.00 |
| 9/11/2013 | CORNETT, LAURA CULVER | International Assignment Services | Dennis Florian | Place call to Dennis Florian to discuss pending assignees: Guillermo Rosas, Jim Bruggy and Jens Ebinghaus; initiated draft communication to global Grace contacts for collection of compensation | 0.7 | $ 275 | $ 192.50 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Status Update Call with Dennis Florian on 9/16/13 - Reach out to foreign offices for updates since last call | 0.5 | $ 350 | $ 175.00 |
| 9/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Brian Kenny - 2012: US Tax Equalization Calculation - Questions from taxpayer regarding gross-ups and amount due to company | 0.3 | $ 350 | $ 105.00 |
| 9/11/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | working on gathering and validating data for grace bankruptcy fee application submission | 0.4 | $ 325 | $ 130.00 |
| 9/11/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | working on gathering and validating data for grace bankrupcty fee application submission | 0.4 | $ 325 | $ 130.00 |
| 9/12/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | Bankruptcy fee application coordination with Diane Wickert | 0.8 | $ 600 | $ 480.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/12/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Conference call with Francine Gesvantner and Laura Cornett to prepare for year end | 2.1 | $ 425 | $ 892.50 |
| 9/12/2013 | CHAMPENY, KATRINA MARIE | International HR and Compliance Services | Dennis Florian | Informed Brookfield of new Deloitte contacts to process their invoices. | 0.2 | $ 275 | $ 55.00 |
| 9/12/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Discussion with Francine Gesvantner and Cristi Cagle regarding year end timeline, scheduling of year-end preparation call and import validation tools set up;  Drafted compensation collection email to send to global Grace compensation collection contacts | 3.2 | $ 275 | $ 880.00 |
| 9/12/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | China Crosscharge Conference Call with Carol Finke and Deloitte China - reschedule again | 0.5 | $ 350 | $ 175.00 |
| 9/12/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2011: Amended Philippines Income Tax Return - Follow up on estimated refund | 0.1 | $ 350 | $ 35.00 |

W. R. Grace & Co.                                  EXHIBIT C
Hourly Detail
September 1 through September 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/12/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Reviewed payroll back end file to see if expense amounts and gross/ups were added as requested throughout 2013. | 0.7 | $ 200 | $ 140.00 |
| 9/12/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Scheduled year-end planning meeting with Dennis Florian and Stephenie Gettier. | 0.4 | $ 200 | $ 80.00 |
| 9/12/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Updated year-end schedule/matrix; meeting with Cristi Cagle and Laura Cornett to review/update. | 3.4 | $ 200 | $ 680.00 |
| 9/12/2013 | GONELLA, SHEKHAR | International Assignment Services | Dennis Florian | Regarding assignee: Kati Hazrati - 2012 E-Filing, released return to IRS and Tracker updated with released details. | 0.4 | $ 275 | $ 110.00 |
| 9/12/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: email to foreign offices regarding updates | 0.1 | $ 200 | $ 20.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 9/12/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Brian Kenny – final email to question on tax equalization calculation | 0.2 | $ 200 | $ 40.00 |
| 9/13/2013 | ASWANI, JANITHA | International Assignment Services | Dennis Florian | Regarding assignee: Kati Hazrati - tracker setup/updates | 0.1 | $ 200 | $ 20.00 |
| 9/13/2013 | CHAMPENY, KATRINA MARIE | International Assignment Services | Dennis Florian | Discussions with Francine Gesvantner regarding assignee expense and invoice process | 0.2 | $ 275 | $ 55.00 |
| 9/13/2013 | CORNETT, LAURA CULVER | International Assignment Services | Dennis Florian | Coordination of expense processing with Francine Gesvantner | 0.3 | $ 275 | $ 82.50 |
| 9/13/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | China Crosscharge Conference Call with Carol Finke and Deloitte China on 9/16/13 - approximately hour long call and preparation time | 1.3 | $ 350 | $ 455.00 |

W. R. Grace & Co.                                    EXHIBIT C
Hourly Detail
September 1 through September 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/13/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Permanent Establishment Issues in Light of New Chinese Tax Laws - forward Deloitte advice to Carol Finke per her request | 0.3 | $ 350 | $ 105.00 |
| 9/13/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2011: Amended Philippines Income Tax Return - Review Estimate of Refund and respond with corrected compensation figures | 0.6 | $ 350 | $ 210.00 |
| 9/13/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Submit invoices to USI team for processing for assignee: Dirk Strassner and invoice for Brookfield. | 0.4 | $ 200 | $ 80.00 |
| 9/13/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Reviewed and responded to Vijay Chavali regarding compensation collection import tool and 2013 assignee listing. | 1.6 | $ 200 | $ 320.00 |
| 9/16/2013 | CAGLE, CRISTI BROOKS | Bankruptcy Administration & Misc Matters | Don Teichen | finalized August fee accruals for bankruptcy court fee application submissions | 1.1 | $ 425 | $ 467.50 |

W. R. Grace & Co.                                          EXHIBIT C
Hourly Detail
September 1 through September 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/16/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Follow up with USI team on compensation collection tool | 0.2 | $ 275 | $ 55.00 |
| 9/16/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Status Meeting with Dennis Florian and Stephenie Gettier on 9/16/13 - prepare and conduct meeting | 1.5 | $ 350 | $ 525.00 |
| 9/16/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Sent expenses to Stephenie Gettier for assignee: Dirk Strassner and Brookfield invoices; forwarded assignee: Leonid Leznik's expenses to USI team for processing; replied to email from Laura Cornett regarding questions on Brookfield invoice | 1.2 | $ 200 | $ 240.00 |
| 9/16/2013 | GOEL, SHUBHIKA | International Assignment Services | Dennis Florian | Review of Brookfield expenses prepared by Aloke Gupta and provided inputs on the expenses prepared; Guided Aloke Gupta on payment categories for assignee: Dirk Strassner's assignment-related expenses | 0.9 | $ 200 | $ 180.00 |
| 9/16/2013 | GUPTA, ALOKE | International Assignment Services | Dennis Florian | Researched and processed assignment-related expense for assignee: Dirk Strassner and Brookfield invoices | 4.3 | $ 200 | $ 860.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/16/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: Monthly status call with Dennis Florian - preparation & call on 9/16 | 3.1 | $    200 | $    620.00 |
| 9/16/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | gathering data for grace bankruptcy fee application requirements | 0.2 | $    325 | $    65.00 |
| 9/17/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Research regarding Singapore tax business terms | 2.0 | $    275 | $    550.00 |
| 9/17/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | preparation of year end compensation collection tools | 0.6 | $    425 | $    255.00 |
| 9/17/2013 | CAGLE, CRISTI BROOKS | Bankruptcy Administration & Misc Matters | Don Teichen | finalized preparation of August date and fee accruals for bankruptcy court fee application | 0.9 | $    425 | $    382.50 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/17/2013 | CHAVALI, VIJAYA SARADHI | International Assignment Services | Dennis Florian | Worked on the August US back end payroll import for assignees: Eric Austraw, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Michael Piergrossi and Dirk Strassner | 1.3 | $ 275 | $ 357.50 |
| 9/17/2013 | CHAVALI, VIJAYA SARADHI | International HR and Compliance Services | Dennis Florian | Discussion with Laura Cornett regarding the compensation validation tool for Grace | 0.2 | $ 275 | $ 55.00 |
| 9/17/2013 | CORNETT, LAURA CULVER | International Assignment Services | Dennis Florian | Coordinated year end activities, expense log, US payroll reconciliation, authorization list with tax, import validation tool, with USI team and Francine Gesvantner. Sent email to assignee: Nate Faulkenberry regarding cultural training | 4.1 | $ 275 | $ 1,127.50 |
| 9/17/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Updated assignee tracking database to include home/host locations and status; sent to Rob Creighton for review. | 1.3 | $ 200 | $ 260.00 |
| 9/17/2013 | GOEL, SHUBHIKA | International Assignment Services | Dennis Florian | Assisted Vijay Chavali with providing back up information on reconciling expenses per the expenses log tracker against the payroll file received from client. | 0.4 | $ 200 | $ 80.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 9/17/2013 | GUPTA, ALOKE | International Assignment Services | Dennis Florian | Reviewed and processed assignment-related expense report for assignee: Nate Faulkenberry | 0.6 | $ 200 | $ 120.00 |
| 9/17/2013 | GUPTA, ALOKE | International Assignment Services | Dennis Florian | Worked on US back end payroll for assignees: Eric Austraw, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Michael Piergrossi and Dirk Strassner, prepared year end compensation collection import sheet | 1.4 | $ 200 | $ 280.00 |
| 9/17/2013 | GUPTA, ALOKE | International HR and Compliance Services | Dennis Florian | Internal training on how to process the Grace back end payroll | 1.6 | $ 200 | $ 320.00 |
| 9/17/2013 | TIAN, XIAO WU | Global Rewards Services | Brian Epstein | collected date for bankruptcy fee application for period from April 13 to August 30th for Global Rewards Team. Followed up with China team on Tax registration for PBU plan. | 0.7 | $ 430 | $ 301.00 |
| 9/17/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on august bankruptcy fee application data | 1.8 | $ 325 | $ 585.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 9/18/2013 | CHATPALLIWAR, MANGESH | Bankruptcy Administration & Misc Matters | Don Teichen | collected data for April 13th to May 30th 2013 and communicated with Xiao for purposes of bankruptcy fee application | 0.4 | $ 325 | $ 130.00 |
| 9/18/2013 | CHAVALI, VIJAYA SARADHI | International HR and Compliance Services | Dennis Florian | Updated the 2013 Compensation collection tool | 1.1 | $ 275 | $ 302.50 |
| 9/18/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - 2012 US Federal and State Returns, Tax Equalization Calculation - Sign and send to processing team | 3.0 | $ 350 | $ 1,050.00 |
| 9/18/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Worked with Aloke Gupta to update expense report for assignee: DS and updated report to reflect payments in Singapore Dollars. | 0.9 | $ 200 | $ 180.00 |
| 9/18/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Sent assignment-related expenses for assignees: Leonid Leznik and Dirk Strassner to Stephenie Gettier for processing and payment | 0.6 | $ 200 | $ 120.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/18/2013 | GUPTA, ALOKE | International Assignment Services | Dennis Florian | Processed assignment-related expenses for assignees: Leonid Leznik and Dirk Strassner | 0.7 | $ 200 | $ 140.00 |
| 9/18/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: WR Grace Assignee listing requested by IHR | 0.8 | $ 200 | $ 160.00 |
| 9/19/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Review of Deloitte Online user guide in preparation of compensation collection communications being distributed | 0.4 | $ 425 | $ 170.00 |
| 9/19/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Conference call with Francine Gesvantner and Laura Cornett to develop compensation collection eRoom, discuss tax authorization list and actions required in preparation for year end call with Dennis Florian and Stephenie Gettier | 2.6 | $ 425 | $ 1,105.00 |
| 9/19/2013 | CHAVALI, VIJAYA SARADHI | International HR and Compliance Services | Dennis Florian | Worked on importing the Singapore Host Compensation data for assignee: Mike Federspiel in addition to updating the exchange rates from USD to SGD from OANDA site as per the emails received from Francine Gesvantner | 1.6 | $ 275 | $ 440.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/19/2013 | CHAVALI, VIJAYA SARADHI | International HR and Compliance Services | Dennis Florian | Working on the eRoom documentation review and the eRoom folders as per the email received from Laura Cornett | 0.9 | $   275 | $   247.50 |
| 9/19/2013 | CORNETT, LAURA CULVER | International Assignment Services | Dennis Florian | Call with Francine Gesvantner and Cristi Cagle regarding year end planning and sent recap email; Set up global compensation contacts with access to the Compensation Collection eRoom | 2.4 | $   275 | $   660.00 |
| 9/19/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Global Assignee List - Review and Changes | 0.5 | $   350 | $   175.00 |
| 9/19/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - 2012 US Federal and State Returns, Tax Equalization Calculation - Review processed docs and send for approval | 0.3 | $   350 | $   105.00 |
| 9/19/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Reviewed 2013 compensation reports for assignees: Nate Faulkenberry, Mike Federspiel and James Nee. | 0.4 | $   200 | $   80.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/19/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Working session with Cristi Cagle and Laura Cornett to create Compensation Collection eRoom and update compensation reporting tool. | 2.1 | $ 200 | $ 420.00 |
| 9/19/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Reviewed expense report to come up with a better way for the foreign offices to report different currencies. Spoke with Stephenie Gettier to get an unlocked copy of the report and provided updated report to Singapore contact | 1.4 | $ 200 | $ 280.00 |
| 9/19/2013 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | Review of bankruptcy fee application submissions | 0.5 | $ 700 | $ 350.00 |
| 9/19/2013 | GUPTA, ALOKE | International HR and Compliance Services | Dennis Florian | Prepared compensation import tool folders in eRoom, prepared the Grace Deloitte Online documentation, posted files to eRoom. | 3.2 | $ 200 | $ 640.00 |
| 9/19/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: follow up with Belgium office regarding 2012 Belgian tax returns not yet completed | 0.2 | $ 200 | $ 40.00 |

W. R. Grace & Co.                                        EXHIBIT C
Hourly Detail
September 1 through September 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/19/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Brian Kenny - emails regarding 1099 forms | 0.5 | $ 200 | $ 100.00 |
| 9/20/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Review of global compensation contacts, year end timeline and Deloitte OnLine eRoom guide in preparation for year end call | 3.7 | $ 425 | $ 1,572.50 |
| 9/20/2013 | CORNETT, LAURA CULVER | International Assignment Services | Dennis Florian | Added Philippines contact to Compensation Collection eRoom; Sent follow up email to assignee: Nate Faulkenberry regarding cultural training | 0.2 | $ 275 | $ 55.00 |
| 9/20/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: William McCall - 2012: 2 month extension until 12/15 to file - have prepared | 0.3 | $ 350 | $ 105.00 |
| 9/20/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Sent supplemental payroll file to Vijay Chavali for import; sent year end timeline/matrix to team for review. | 0.6 | $ 200 | $ 120.00 |

**W. R. Grace & Co.**
**Hourly Detail**
**September 1 through September 30, 2013**

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/20/2013 | GUPTA, ALOKE | International HR and Compliance Services | Dennis Florian | Conference call with Vijay Chavali regarding preparation of import file | 1.6 | $ 200 | $ 320.00 |
| 9/20/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Brian Kenny - emails regarding New York tax return | 0.3 | $ 200 | $ 60.00 |
| 9/20/2013 | YADAV, AKSHAY | International HR and Compliance Services | Dennis Florian | Conference call with Vijay Chavali regarding preparation of import file | 1.6 | $ 200 | $ 320.00 |
| 9/21/2013 | GANDHI, SARABJEET | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - 2012 ED Process Complete | 0.5 | $ 200 | $ 100.00 |
| 9/23/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Preparation for year end call with Dennis Florian and Stephenie Gettier | 3.6 | $ 425 | $ 1,530.00 |

W. R. Grace & Co.                                    EXHIBIT C
Hourly Detail
September 1 through September 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/23/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Internal call with Rob Creighton, Laura Cornett, Francine Gesvantner and Festina Manly-Spain to review tax authorization list and year end process | 0.8 | $ 425 | $ 340.00 |
| 9/23/2013 | CHAVALI, VIJAYA SARADHI | International HR and Compliance Services | Dennis Florian | Worked on the September Payroll imports for the Grace assignees: Eric Austraw, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Michael Piergrossi and Dirk Strassner as per the emails received from Francine Gesvantner and review of the Singapore payroll data for assignees: Mike Federspiel and William McCall as per the emails received from Francine | 2.1 | $ 275 | $ 577.50 |
| 9/23/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Reviewed compensation collection import tool; Call with Deloitte Tax team re: authorization list; Responded to questions from Clive Pinto regarding Deloitte Online eRoom; Forward expense report for assignee: Robert Hoover to Francine Gesvantner for processing | 1.8 | $ 275 | $ 495.00 |
| 9/23/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Year end Planning Internal Call to Go through Authorization List on 9/23/13 | 1.0 | $ 350 | $ 350.00 |
| 9/23/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2012: US Federal tax return - efiling - forward efile consent forms to efile team | 0.3 | $ 350 | $ 105.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/23/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - Concur and Finalize 2012 Return | 0.4 | $ 500 | $ 200.00 |
| 9/23/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Update October payroll log spreadsheet for assignees: Eric Austraw, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Michael Piergrossi and Dirk Strassner | 0.6 | $ 200 | $ 120.00 |
| 9/23/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Sent assignee: Robert Hoover's assignment-related expense to USI team to be added to tracking list only as it was already processed through Grace time and expense system | 0.2 | $ 200 | $ 40.00 |
| 9/23/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Prepared for year-end call and updating documents - assignee listing, compensation import tool - including definitions of all covars, searching for assignee numbers, updated year end timeline matrix and created agenda for year end meeting with Dennis Florian and Stephenie Gettier; Internal meeting with Laura Cornett, Cristi Cagle, Rob Creighton and Festina Manly-Spain to review tax authorization list | 6.4 | $ 200 | $ 1,280.00 |
| 9/23/2013 | GUPTA, ALOKE | International Assignment Services | Dennis Florian | Prepared August payroll import sheet from PDF documents for assignees: Eric Austraw, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Michael Piergrossi and Dirk Strassner | 2.7 | $ 200 | $ 540.00 |

**W. R. Grace & Co.**
**Hourly Detail**
**September 1 through September 30, 2013**

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 9/23/2013 | HE, EMMA YA NA | Global Rewards Services | Brian Epstein | Visit Minhang tax bureau to collect the tax registration receipt | 1.5 | $ 195 | $ 292.50 |
| 9/23/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: Call with IHR team regarding WR Grace assignee listing | 1.0 | $ 200 | $ 200.00 |
| 9/23/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on bankruptcy fee application support | 0.2 | $ 325 | $ 65.00 |
| 9/23/2013 | YADAV, AKSHAY | International HR and Compliance Services | Dennis Florian | Conference call with Vijay Chavali regarding preparation of import file | 0.2 | $ 200 | $ 40.00 |
| 9/24/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - Email correspondence regarding e-file authorization forms | 0.3 | $ 275 | $ 82.50 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 9/24/2013 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee: Brian Kenny - Email correspondence regarding New York tax return | 0.2 | $ 275 | $ 55.00 |
| 9/24/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Review of year end documents including timeline, format, compensation request and gross up calculator | 1.7 | $ 425 | $ 722.50 |
| 9/24/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Meeting with Dennis Florian, Stephenie Gettier, Rob Creighton, Festina Manly-Spain, Laura Cornett and Francine Gesvantner to discuss year end timeline, format, tax authorization list and gross up procedures | 1.3 | $ 425 | $ 552.50 |
| 9/24/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Internal meeting with Francine Gesvantner and Laura Cornett in preparation for client year end meeting | 0.8 | $ 425 | $ 340.00 |
| 9/24/2013 | CHAVALI, VIJAYA SARADHI | International HR and Compliance Services | Dennis Florian | Updated the compensation collection tool as per the email received from Francine Gesvantner; imported August payroll per pay stubs for assignees: Eric Austraw, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Michael Piergrossi and Dirk Strassner; reconciled the Singapore paid payroll for assignees: Mike Federspiel and James Nee | 1.2 | $ 275 | $ 330.00 |

**W. R. Grace & Co.**
**Hourly Detail**
**September 1 through September 30, 2013**

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/24/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Year end preparation call with Dennis Florian and Stephenie Gettier; Set up new contact for Philippines and Australia in Deloitte eRoom | 2.7 | $ 275 | $ 742.50 |
| 9/24/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Year end Compensation Accumulation Conference Call with Dennis Florian, Stephenie Gettier, and Cristi Cagle held on 9/24/13 | 1.3 | $ 350 | $ 455.00 |
| 9/24/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | China Crosscharge Advice - discuss fee quote for written advice with Deloitte China | 0.3 | $ 350 | $ 105.00 |
| 9/24/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - 2012: US Federal tax return - efiling - incorrect form given to us, request correct version | 0.3 | $ 350 | $ 105.00 |
| 9/24/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Email to assignee: Robert Hoover to confirm whether his assignment-related expenses were already submitted through Grace time and expense system | 0.3 | $ 200 | $ 60.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/24/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Additional preparation for year end meeting and sent tax authorization list to Cristi Cagle, Laura Cornett, Rob Creighton and Festina Manly-Spain and reviewed with team | 3.1 | $ 200 | $ 620.00 |
| 9/24/2013 | GUPTA, ALOKE | International HR and Compliance Services | Dennis Florian | Processed assignment-related expense report for assignee: Robert Hoover and updated the expense log tracker. | 1.2 | $ 200 | $ 240.00 |
| 9/24/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: Compensation year end call with client - Dennis & Stephenie from WR Grace; Cristie & Rob from Deloitte | 1.0 | $ 200 | $ 200.00 |
| 9/25/2013 | BUKKA, NAGARAJU | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - Mail sent to signer for Gfx generated forms not received. | 0.2 | $ 275 | $ 55.00 |
| 9/25/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Discussions with Francine Gesvantner regarding assignee: LL's assignment-related home leave expenses | 0.4 | $ 425 | $ 170.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/25/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Review of year end preparation documentation | 0.4 | $ 425 | $ 170.00 |
| 9/25/2013 | CHAVALI, VIJAYA SARADHI | International HR and Compliance Services | Dennis Florian | Working on the payroll imports for the assignees: Eric Austraw, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Michael Piergrossi and Dirk Strassner as per the email received from Francine Gesvantner | 0.4 | $ 275 | $ 110.00 |
| 9/25/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Forward expense report for assignee: Leonid Leznik to Francine Gesvantner for review and processing; sent email confirmation to assignee: Leonid Leznik regarding payment; Documented client year end call and next actions steps:  sent reply to assignee: Nate Faulkenberry regarding cultural training | 0.9 | $ 275 | $ 247.50 |
| 9/25/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Libanati, Christian, 2011 and 2012 Amended US Tax Returns - Request from company, research situation and request documents needed to determine if amendments needed | 0.3 | $ 350 | $ 105.00 |
| 9/25/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Talk with Stephenie Gettier regarding October payroll for assignees: Eric Austraw, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Michael Piergrossi and Dirk Strassner | 0.2 | $ 200 | $ 40.00 |

W. R. Grace & Co.                                    EXHIBIT C
Hourly Detail
September 1 through September 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/25/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Sent assignee:  Leonid Leznik's expense report to USI team for processing;  updated the file and sent to Stephenie Gettler for inclusion on October payroll. | 0.6 | $ 200 | $ 120.00 |
| 9/25/2013 | GESVANTNER, FRANCINE RAE | International HR and Compliance Services | Dennis Florian | Talk with Rob Creighton regarding prior year compensation for assignee:  Christian Libanati | 0.4 | $ 200 | $ 80.00 |
| 9/25/2013 | GUPTA, ALOKE | International HR and Compliance Services | Dennis Florian | Processed assignee:  Leonid Leznik's assignment-related expense report. | 0.4 | $ 200 | $ 80.00 |
| 9/25/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Cristian Libanati - phone call with spouse regarding 2011 tax returns; discuss with Rob Creighton manager; draft and send email | 1.1 | $ 200 | $ 220.00 |
| 9/26/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Research of AMEX payment for assignee: Nate Faulkenberry's home leave expenses | 0.3 | $ 425 | $ 127.50 |
| 9/26/2013 | CORNETT, LAURA CULVER | International HR and Compliance Services | Dennis Florian | Research and email to assignee:  Nate Faulkenberry regarding August expense report; discussion with Francine Gesvantner regarding AirInc email request; Prepared for distribution of compensation collection email to global contacts | 1.1 | $ 275 | $ 302.50 |

W. R. Grace & Co.                                    EXHIBIT C
Hourly Detail
September 1 through September 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/26/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Cristian Libanati - 2011 and 2012 Amended US Tax Returns - Company questions why E&Y prepared 2011 Belgium return | 0.6 | $ 350 | $ 210.00 |
| 9/26/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Prepare file list the assignees who are to receive cost of living adjustments in October payroll  and sent to AirInc for updated tables for the October data review. Assignees:  Eric Austraw, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Alexander Nielsen, Michael Piergrossi and Dirk Strassner | 1.7 | $ 200 | $ 340.00 |
| 9/26/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Researched assignee: Nate Faulkenberry's assignment-related expenses and followed up with Stephenie Gettier for payment; reviewed assignee: Leonid Leznik's assignment-related expenses for payment. | 1.1 | $ 200 | $ 220.00 |
| 9/26/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Finalized compensation import tool and compensation collection email and sent communication to global compensation providers; Updated contact list in eRoom to include Malaysia and UAE providers; uploaded compensation import tool to country folders in compensation collection eRoom | 2.7 | $ 200 | $ 540.00 |
| 9/27/2013 | BUKKA, NAGARAJU | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - E-filing Package, tracker updated. | 0.4 | $ 275 | $ 110.00 |

W. R. Grace & Co.
Hourly Detail
September 1 through September 30, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/27/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Cristian Libanati - 2011 and 2012 Amended US Tax Returns - US and Belgium tax return requests - also taxpayer questions regarding how the Belgium returns affect us returns | 0.8 | $ 350 | $ 280.00 |
| 9/27/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Cristian Libanati - 2011 and 2012 Amended US Tax Returns - US and Belgium tax return requests | 0.5 | $ 350 | $ 175.00 |
| 9/27/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Researched assignee: Christian Libanati's compensation in transition folders posted to eRoom by prior provided and sent to Rob Creighton | 0.2 | $ 200 | $ 40.00 |
| 9/30/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Alexander Nielsen - call with taxpayer to discuss questions he had about organizer entries | 0.5 | $ 200 | $ 100.00 |
| 9/30/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on august bankruptcy fee application data | 0.2 | $ 325 | $ 65.00 |

W. R. Grace & Co.                                    EXHIBIT C
Hourly Detail
September 1 through September 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 9/30/2013 | YOU, MIKI MEI-QI | Global Rewards Services | Brian Epstein | Various follow-up with the tax official in Qingdao regarding their review results during half a month's time | 0.8 $ | 485 $ | 388.00 |
| | | | | | 193.4 | $ | 53,414.00 |
| | | | | | | $ | (30,266.50) |
| | | | | | | $ | 23,147.50 |