EXHIBIT D

W. R. Grace
Expenses Detail
September 1 through September 30, 2013

| Date | Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 9/17/2013 | YOU, MIKI MEI-QI | Global Rewards Services | Brian Epstein | Local travel - taxi from Deloitte office to local tax office in China | 7.04 |
| 9/24/2013 | CAGLE, CRISTI BROOKS | International HR and Compliance Services | Dennis Florian | Conference call with Dennis Florian, Stephenie Gettier, Rob Creighton, Festina Manly-Spain, Laura Cornett and Francine Gesvantner to discuss year end timeline, format, tax authorization list and gross up procedures | 2.93 |

Expenses for September 2013    $    9.97