EXHIBIT B

W. R. Grace & Co.
Summary
October 1 through October 31, 2013

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| CAGLE, CRISTI BROOKS | 6.6 | $ 425 | $ 2,805.00 |
| CHAMPENY, KATRINA MARIE | 0.5 | $ 275 | $ 137.50 |
| CHAVALI, VIJAYA SARADHI | 7.4 | $ 275 | $ 2,035.00 |
| CORNETT, LAURA CULVER | 10.9 | $ 275 | $ 2,997.50 |
| GESVANTNER, FRANCINE RAE | 36.7 | $ 200 | $ 7,340.00 |
| GUPTA, ALOKE | 28.4 | $ 200 | $ 5,680.00 |
| NIBE, TOMOHIRO ALEXANDER | 0.1 | $ 150 | $ 15.00 |
| PALURU, MURALI | 3.6 | $ 275 | $ 990.00 |
| **International HR & Compliance Services** | 94.2 | | $ 22,000.00 |
| (Adjustment per Statement Of Work) | | | $ (12,812.00) |
| | | | $ 9,188.00 |
| ASWANI, JANITHA | 0.1 | $ 200 | $ 20.00 |
| BUKKA, NAGARAJU | 0.4 | $ 275 | $ 110.00 |
| CAGLE, CRISTI BROOKS | 0.4 | $ 425 | $ 170.00 |
| CORNETT, LAURA CULVER | 1.5 | $ 275 | $ 412.50 |
| CREIGHTON, ROBERT BYRON | 22.6 | $ 350 | $ 7,910.00 |
| DAMARAJU, UDAYA SANKAR | 0.4 | $ 275 | $ 110.00 |
| DINKINS, FRANCOISE A | 0.3 | $ 500 | $ 150.00 |
| GANDHI, SARABJEET | 0.6 | $ 200 | $ 120.00 |
| GESVANTNER, FRANCINE RAE | 13.4 | $ 200 | $ 2,680.00 |
| GUPTA, ALOKE | 6.4 | $ 200 | $ 1,280.00 |
| JAISWAL, NAINA | 0.2 | $ 200 | $ 40.00 |
| MANLY SPAIN, FESTINA | 32.4 | $ 200 | $ 6,480.00 |
| NIBE, TOMOHIRO ALEXANDER | 0.7 | $ 150 | $ 105.00 |
| YANG, YOUNGJIC | 2.0 | $ 200 | $ 400.00 |
| YARRA, SRINIVASA RAO | 0.6 | $ 275 | $ 165.00 |
| ZHAO, CHANGSHUAI | 0.2 | $ 200 | $ 40.00 |
| **International Assignment Services** | 82.2 | | $ 20,192.50 |
| (Adjustment per Statement Of Work) | | | $ (5,894.50) |
| | | | $ 14,298.00 |
| OTERO, MARIA D | 1.7 | $ 415 | $ 705.50 |
| **Puerto Rico Tax Matters** | 1.7 | | $ 705.50 |
| BROOKS, THOMAS J | 10.3 | $ 600 | $ 6,180.00 |

EXHIBIT B

**W. R. Grace & Co.**
**Summary**
**October 1 through October 31, 2013**

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| CAGLE, CRISTI BROOKS | 3.2 | $ 425 | $ 1,360.00 |
| CREIGHTON, ROBERT BYRON | 0.6 | $ 350 | $ 210.00 |
| GORDON, JARED H | 0.5 | $ 700 | $ 350.00 |
| MANLY SPAIN, FESTINA | 3.8 | $ 200 | $ 760.00 |
| TIAN, XIAO WU | 0.2 | $ 430 | $ 86.00 |
| WICKERT, DIANE L | 8.2 | $ 325 | $ 2,665.00 |
| **Bankruptcy Administration & Misc Matters** | **26.8** | | **$ 11,611.00** |
| **Subtotal** | **204.9** | | **$ 35,802.50** |
| **Expenses** | | | **$ 7.34** |
| **Total Deloitte Tax LLP Fees - October 1 through October 31, 2013** | | | **$ 35,809.84** |