W. R. Grace & Co.                                   EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 10/1/2013 | ASWANI, JANITHA | International Assignment Services | Dennis Florian | Regarding assignee: Alfred Jordan -Tracker updated with accepted date for 1 assignee | 0.1 | $    200 | 20.00 |
| 10/1/2013 | CAGLE, CRISTI BROOKS | Bankruptcy Administration & Misc Matters | Don Teichen | pulled data and prepared material for September bankruptcy fee application | 0.6 | $    425 | 255.00 |
| 10/1/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Update calendar for year end activities | 0.2 | $    275 | 55.00 |
| 10/1/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | reviewed assignee: Robert Hoover expenses and sent to Aloke Gupta for tracking only. | 0.3 | $    200 | 60.00 |
| 10/1/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | worked on the covar mapping and expense log tracker. | 0.6 | $    200 | 120.00 |
| 10/2/2013 | CAGLE, CRISTI BROOKS | International Assignment Services | Dennis Florian | review of October payroll log for assignees:  Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross , Robert Hoover, German Huerta , Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 0.4 | $    425 | 170.00 |

W. R. Grace & Co.                                                EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 10/2/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Christian Libanati - 2011 and 2012 Amended US Tax Returns - Correspondence to clean up tracker accounts | 0.6 | $ 350 | 210.00 |
| 10/2/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Youcef Boudeffa - 2012: US Federal, state, and tax equalization calculation - review, changes, sign, send to processing team | 3.0 | $ 350 | 1,050.00 |
| 10/2/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Update goods & services differentials for October semi-annual review and sent file to Cristi Cagle for review. Once approved, then sent the file to Dennis Florian and Stephenie Gettier for approval.  The file included assignees:  Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 2.4 | $ 200 | 480.00 |
| 10/2/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Youcef Boudeffa - 2012 US & MA finish prep, update with Belgium liability | 2.3 | $ 200 | 460.00 |
| 10/3/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | review and update support for May through August bankruptcy fee applications | 0.8 | $ 600 | 480.00 |
| 10/3/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | internal discussions with Francine Gesvantner regarding preparing for year end services | 0.3 | $ 425 | 127.50 |

W. R. Grace & Co.                                          EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/3/2013 | CAGLE, CRISTI BROOKS | Bankruptcy Administration & Misc Matters | Don Teichen | worked on data and information for bankruptcy court filings | 2.6 | $ 425 | 1,105.00 |
| 10/3/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Christian Libanati - 2011 and 2012 Amended US Tax Returns - Request compensation | 0.5 | $ 350 | 175.00 |
| 10/3/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Youcef Boudeffa - 2012: US Federal, state, and tax equalization calculation - review processed documents and send for final approval | 0.3 | $ 350 | 105.00 |
| 10/3/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - 2012: Belgium Revised Tax Return - discuss possible changes due to company car | 0.3 | $ 350 | 105.00 |
| 10/3/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Reviewed the expense log tracker for assignee: Robert Hoover for assignment expenses tracking | 0.4 | $ 200 | 80.00 |
| 10/3/2013 | GUPTA, ALOKE | International Assignment Services | Dennis Florian | Updated the expense log tracker for assignee: Robert Hoover for assignment expenses tracking | 0.3 | $ 200 | 60.00 |

W. R. Grace & Co.                                                    EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 10/3/2013 | GUPTA, ALOKE | International Assignment Services | Dennis Florian | Reviewed the expense log tracker to validate that all assignment-related expenses are properly tracked for November 2012 to September 2013.  Assignees included:  Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 3.2 | $ 200 | 640.00 |
| 10/3/2013 | ZHAO, CHANGSHUAI | International Assignment Services | Dennis Florian | Regarding assignee: Christian Libanati - issue portal id | 0.2 | $ 200 | 40.00 |
| 10/4/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | continued review and update support for May through August bankruptcy fee applications; call with Diane Wickert to further update; call with Robert Testoff regarding his entries; calls with Jared Gordon & Sandy Shurin on entries; email to Puerto Rico regarding bankruptcy fee applications | 2.9 | $ 600 | 1,740.00 |
| 10/4/2013 | BUKKA, NAGARAJU | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - 2012 - E-filing Package, tracker updated. | 0.4 | $ 275 | 110.00 |
| 10/4/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Frank Roederer - German tax notice - Discuss possibilities to amend US returns for refunds and outstanding information from Ernst and Young | 0.3 | $ 350 | 105.00 |
| 10/4/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Internal call with Laura Cornett to review the October payroll log for assignees:  Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta , Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 0.4 | $ 200 | 80.00 |

W. R. Grace & Co.                                              EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/4/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | conference call with Aloke Gupta to discuss cost estimate process and to review actions for the following week; updated the WR Grace Compensation eRoom with assignee details. | 0.9 | $ 200 | 180.00 |
| 10/4/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Christian Libanati - call from spouse & tracker account login | 0.2 | $ 200 | 40.00 |
| 10/4/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Youcef Boudeffa - deliver 2012 tax return to Youcef and Stephenie Gettier of WR Grace | 0.2 | $ 200 | 40.00 |
| 10/4/2013 | TIAN, XIAO WU | Bankruptcy Administration & Misc Matters | Don Teichen | collection of data for inclusion in bankruptcy fee applications for June through August, 2013 | 0.2 | $ 430 | 86.00 |
| 10/4/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | gathering data for bankruptcy fee applications | 3.8 | $ 325 | 1,235.00 |
| 10/5/2013 | GANDHI, SARABJEET | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - updated tracker | 0.1 | $ 200 | 20.00 |

W. R. Grace & Co.
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/7/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | correspondence with Francine Gesvantner regarding UAE compensation for year end | 0.2 | $ 425 | 85.00 |
| 10/7/2013 | CORNETT, LAURA CULVER | International Assignment Services | Dennis Florian | Reviewed the October payroll log for assignees: Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta , Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 0.3 | $ 275 | 82.50 |
| 10/7/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Leonid Leznik - 2012: Federal Tax Notice Rejecting 2350 Extension - Discuss and have 12/15 extension filed in its place | 0.6 | $ 350 | 210.00 |
| 10/7/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | send follow-up email to Dennis Florian regarding goods & services updates; updated October spreadsheet with new rates and posted to eRoom. Send alert to Stephenie Gettler advising that the file was ready for processing. This was related to assignees: Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta , Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 0.8 | $ 200 | 160.00 |
| 10/7/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Reviewed prior compensation worksheets from Ernst & Young for repatriated UAE assignees to provide detail of host data required for recently repatriated assignee - assignee: Andrew Kelly | 0.7 | $ 200 | 140.00 |

W. R. Grace & Co.
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 10/7/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Bill McCall - 2012 October 15 extension | 0.2 | $  200 | 40.00 |
| 10/7/2013 | NIBE, TOMOHIRO ALEXANDER | International HR & Compliance Services | Dennis Florian | Admin: Efile report review (Tracker: comp tab/T-letter/document uploads/email check, Gfx:TR release check/efile stat report check, USI list x-referencing to collect team contacts, client names, discuss special cases/paperfiling/revisions/USI authorization/update contact info | 0.1 | $  150 | 15.00 |
| 10/7/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | gathering data for preparation of bankruptcy fee applications | 0.2 | $  325 | 65.00 |
| 10/8/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | correspondence with Francine Gesvantner and Laura Cornett regarding October payroll updates.  This was related to assignees:  Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta , Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 0.2 | $  425 | 85.00 |
| 10/8/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Follow up with Laura Cornett and Francine Gesvantner on goods & services update process and assignee listing. | 0.3 | $  275 | 82.50 |
| 10/8/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | sent October payroll change emails to all assignees: Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta , Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner; sent email to Dennis Florian and Stephenie Gettier to schedule October monthly call | 1.8 | $  275 | 495.00 |

**W. R. Grace & Co.**
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/8/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Christian Libanati - 2011/2012 Amended US Tax Returns - Follow up regarding request for originally filed returns | 0.2 | $  350 | 70.00 |
| 10/8/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Frank Roederer - 2006 German tax notice - Discuss how to proceed in light of returns missing from E&Y | 0.5 | $  350 | 175.00 |
| 10/8/2013 | GANDHI, SARABJEET | International Assignment Services | Dennis Florian | Regarding assignee: Youcef Boudeffa - 2012 ED Process Complete | 0.5 | $  200 | 100.00 |
| 10/8/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | send assignee:  Leonid Leznik's assignment-related expense report to USI team for research and processing | 0.4 | $  200 | 80.00 |
| 10/8/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | internal communications with Aloke Gupta and Laura Cornett regarding the assignment set up for assignee: German Huerta, update of Global Advantage with new company variables from the compensation import tool | 1.6 | $  200 | 320.00 |
| 10/8/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Covar mapping validated from payroll reports to Global Advantage IHR | 0.3 | $  200 | 60.00 |

**W. R. Grace & Co.**
**Hourly Detail**
**October 1 through October 31, 2013**

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 10/8/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - 2012 US return update with Belgium liability, finish tax equalization | 3.8 | $ 200 | 760.00 |
| 10/8/2013 | NIBE, TOMOHIRO ALEXANDER | International Assignment Services | Dennis Florian | Admin: Efile report review (Tracker: comp tab/T-letter/document uploads/email check, Gfx:TR release check/efile stat report check, USI list x-referencing to collect team contacts, client names, discuss special cases/paperfiling/revisions/USI authorization/update contact info | 0.1 | $ 150 | 15.00 |
| 10/9/2013 | CORNETT, LAURA CULVER | International Assignment Services | Dennis Florian | Discussion with Francine Gesvantner regarding assignee: Eric Austraw's goods & services questions; Reviewed assignee: Hualing Jiang ("HJ") cost projection; Reviewed assignee Leonid Leznik's assignment related expense report; correspondence with Aloke regarding cost projection process; correspondence with assignee: Eric Austraw regarding his goods & services update | 1.2 | $ 275 | 330.00 |
| 10/9/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | initiated assignee: Hauling Jiang's cost estimate including requesting AirInc, Brookfield and Cultural Awareness fees and begin computing the assignment allowances | 1.8 | $ 200 | 360.00 |
| 10/9/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | reviewed assignee: Leonid Leznik's assignment-related expense report and forwarded to Stephenie Gettier for processing. | 0.2 | $ 200 | 40.00 |
| 10/9/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Sent compensation collection follow-ups to countries that haven't reported data including Singapore, Germany and UAE. | 0.8 | $ 200 | 160.00 |

**W. R. Grace & Co.**
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 10/9/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | reviewed assignee: Leonid Leznik's home leave expenses and researched questions regarding the applicable classification of the expense | 0.4 | $ 200 | 80.00 |
| 10/9/2013 | GUPTA, ALOKE | International Assignment Services | Dennis Florian | Internal meeting/training with Murali Paluru to understand the process documentation | 1.3 | $ 200 | 260.00 |
| 10/9/2013 | GUPTA, ALOKE | International Assignment Services | Dennis Florian | Processed assignee:  Leonid Leznik's home leave expense | 0.8 | $ 200 | 160.00 |
| 10/9/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Updated Global Advantage with the correct company variable mappings to coordinate with the compensation collection tool | 1.2 | $ 200 | 240.00 |
| 10/9/2013 | NIBE, TOMOHIRO ALEXANDER | International Assignment Services | Dennis Florian | Admin: Efile report review (Tracker: comp tab/T-letter/document uploads/email check, Gfx:TR release check/efile stat report check, USI list x-referencing to collect team contacts, client names, discuss special cases/paperfiling/revisions/USI authorization/update contact info | 0.1 | $ 150 | 15.00 |
| 10/9/2013 | PALURU, MURALI | International HR & Compliance Services | Dennis Florian | Internal meeting/training with Aloke Gupta to understand the process documentation | 1.3 | $ 275 | 357.50 |

**W. R. Grace & Co.**
**Hourly Detail**
**October 1 through October 31, 2013**

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 10/9/2013 | PALURU, MURALI | International HR & Compliance Services | Dennis Florian | Working with Aloke Gupta on creating new company variables to match with the compensation collection spread sheet. Identifying and providing the list of variables to be created by giving Global Advantage equivalent codes. | 1.2 | $ 275 | 330.00 |
| 10/10/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | bankruptcy fee applications for May through August; coordination among various projects that must report their time per bankruptcy court requirements | 1.7 | $ 600 | 1,020.00 |
| 10/10/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Forwarded assignee: Robert Hoover's assignment related expense report to Francine Gesvantner for review and approval | 0.1 | $ 275 | 27.50 |
| 10/10/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | reviewed Philippines compensation file to confirm completeness; set up new host compensation providers in WR Grace Compensation Reporting eRoom and send out notification emails to the applicable contacts | 1.7 | $ 200 | 340.00 |
| 10/10/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Prepared assignee: Hualing Jiang's cost projection by researching relocation expenses and calculated assignment-related allowances | 1.2 | $ 200 | 240.00 |
| 10/10/2013 | GUPTA, ALOKE | International Assignment Services | Dennis Florian | Researched and reported to Francine Gesvantner all of the assignment-related expenses process for assignee: Leonid Leznik | 0.8 | $ 200 | 160.00 |

**W. R. Grace & Co.**
**Hourly Detail**
**October 1 through October 31, 2013**

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/10/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Mapped new company variables in Global Advantage per payroll file | 0.6 | $ 200 | 120.00 |
| 10/10/2013 | NIBE, TOMOHIRO ALEXANDER | International Assignment Services | Dennis Florian | Admin: Efile report review (Tracker: comp tab/T-letter/document uploads/email check, Gfx:TR release check/efile stat report check, USI list x-referencing to collect team contacts, client names, discuss special cases/paperfiling/revisions/USI authorization/update contact info | 0.1 | $ 150 | 15.00 |
| 10/10/2013 | PALURU, MURALI | International HR & Compliance Services | Dennis Florian | Meeting with Aloke Gupta to review the Cost Projection preparation process and populated the data for assignee: Hualing Jiang's cost estimate | 0.3 | $ 275 | 82.50 |
| 10/10/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Review of draft bankruptcy fee applications for May June July August, 2013 | 0.2 | $ 325 | 65.00 |
| 10/11/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - 2012: US Federal tax return and tax equalization calculation - review, changes, sign, process, and deliver to taxpayer | 3.5 | $ 350 | 1,225.00 |
| 10/11/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Sent follow up email to Dennis Florian regarding Cultural Awareness International's cultural training and destination services fees; assisted Aloke Gupta with his questions regarding assignee: Hualing Jiang's cost estimate preparation; posted Australia compensation data received to WR Grace Compensation Reporting eRoom. | 1.5 | $ 200 | 300.00 |

W. R. Grace & Co.
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/11/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | reply to email from assignee: Nate Faulkenberry regarding the update to his goods & services differential; posted September payroll to WR Grace eRoom for Murali Paluru to upload into Global Advantage. | 0.6 | $    200 | 120.00 |
| 10/11/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | updated WR Grace eRoom and created additional folders to streamline the payroll folders. | 1.8 | $    200 | 360.00 |
| 10/11/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | reviewed the cost projection process documentation | 0.7 | $    200 | 140.00 |
| 10/11/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Prepared import file for host country compensation for Australia, China and Malaysia | 1.2 | $    200 | 240.00 |
| 10/11/2013 | NIBE, TOMOHIRO ALEXANDER | International Assignment Services | Dennis Florian | Admin: Efile report review (Tracker: comp tab/T-letter/document uploads/email check, Gfx:TR release check/efile stat report check, USI list x-referencing to collect team contacts, client names, discuss special cases/paperfiling/revisions/USI authorization/update contact info | 0.1 | $    150 | 15.00 |
| 10/14/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | correspondence with Stephenie Gettier regarding tax refund process | 0.4 | $    425 | 170.00 |

W. R. Grace & Co.                                                    EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/14/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Researched assignee: Leonid Leznik's September assignment-related expenses report and forwarded findings to Francine Gesvantner; Replied to assignee: Nate Faulkenberry's question regarding goods & services update; discussed open/pending items with Francine Gesvanter to determine status of deliverables | 0.8 | $ 275 | 220.00 |
| 10/14/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Admin: Periodic Status Calls with Dennis Florian - Reschedule for 10/21/13 | 0.5 | $ 350 | 175.00 |
| 10/14/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | Send requests for data to AirInc, Brookfield and Cultural Awareness International for new cost projection for assignee: Youceff Boudeffa ("YB"); discussion with Aloke Gupta regarding assignee: Hualing Jiang's cost estimate | 2.1 | $ 200 | 420.00 |
| 10/14/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | sent request to Stephenie Gettier to post the September payroll in the eRoom | 0.2 | $ 200 | 40.00 |
| 10/14/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | followed up on the processing date for assignee: Leonid Leznik's assignment related expenses with Stephenie Gettier. | 0.3 | $ 200 | 60.00 |
| 10/14/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: WR Grace status report updates and coordinating with foreign offices | 2.1 | $ 200 | 420.00 |

W. R. Grace & Co.                                                EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/14/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Youcef Boudeffa - 2012 state efile form request from Youcef to efile | 0.3 | $  200 | 60.00 |
| 10/14/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - call with Mike to answer questions about tax equalization | 0.8 | $  200 | 160.00 |
| 10/14/2013 | NIBE, TOMOHIRO ALEXANDER | International Assignment Services | Dennis Florian | Admin: Efile/Rejection Review (Tracker:comp chk/T-letter chk/document upload chk/email chk, Gfx:TR release chk/efile stat rpt chk, USI list x-ref'ing to collect team contacts, client names, discuss special cases/paperfiling/revisions/update contact info) | 0.1 | $  150 | 15.00 |
| 10/14/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | gathering data for bankruptcy fee applications | 0.2 | $  325 | 65.00 |
| 10/15/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Call with Stephenie Gettier to discuss the global tax refund process | 0.3 | $  425 | 127.50 |
| 10/15/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | call with Vijay Chavali to discuss action items and next steps | 0.2 | $  425 | 85.00 |

W. R. Grace & Co.
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|-------------|-----------|
| 10/15/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Reviewed cost projections for assignees:  Hualing Jiang and Youcef Boudeffa | 0.3 | $ 275 | 82.50 |
| 10/15/2013 | CREIGHTON, ROBERT BYRON | Bankruptcy Administration & Misc Matters | Don Teichen | September fee application process  - Instructions to Festina to prepare | 0.3 | $ 350 | 105.00 |
| 10/15/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | call with Aloke Gupta to discuss cost projections for assignees:  Hualing Jiang and Youcef Boudeffa to discuss status of the calculations and to review his back up documentation | 0.6 | $ 200 | 120.00 |
| 10/15/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | requested back up information from AirInc to explain the reduction in goods & services for Australia for assignee: Eric Austraw | 0.3 | $ 200 | 60.00 |
| 10/15/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | followed up with Vijay Chavali for Singapore compensation reports; researched assignee: Mike Federspiel's tax equalization calculation and equity information to send to Deloitte Singapore team; requested access to McLean office Global Advantage Tracker from Festina Manly-Spain to view assignee: Mike Federspiel's file. | 0.6 | $ 200 | 120.00 |
| 10/15/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed cost projection for assignee:  Hualing Jiang | 5.7 | $ 200 | 1,140.00 |

W. R. Grace & Co.                                    EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/15/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Call with Francine Gesvantner to discuss the cost projection calculation process. | 0.6 | $  200 | 120.00 |
| 10/15/2013 | MANLY SPAIN, FESTINA | Bankruptcy Administration & Misc Matters | Don Teichen | collection of data for bankruptcy fee application: September 2013 | 2.5 | $  200 | 500.00 |
| 10/15/2013 | NIBE, TOMOHIRO ALEXANDER | International Assignment Services | Dennis Florian | Admin: Efile/Rejection Review (Tracker:comp check/T-letter check/document upload check/email check, Gfx:TR release check/efile stat report check, USI list x-referencing to collect team contacts, client names, discuss special cases/paperfiling/revisions/update contact info) | 0.1 | $  150 | 15.00 |
| 10/15/2013 | YARRA, SRINIVASA RAO | International Assignment Services | Dennis Florian | Regarding assignee: Youcef Boudeffa - 2012 E-Filing released returns to IRS and Tracker updated with released details | 0.3 | $  275 | 82.50 |
| 10/15/2013 | YARRA, SRINIVASA RAO | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - 2012 E-Filing released returns to IRS and Tracker updated with released details | 0.3 | $  275 | 82.50 |
| 10/16/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | review reconciliation of bankruptcy fee applications and data | 1.9 | $  600 | 1,140.00 |

W. R. Grace & Co.                                                EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 10/16/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Email to Francine Gesvantner regarding assignee: Leonid Leznik's expense report | 0.1 | $ 275 | 27.50 |
| 10/16/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Follow up with Francine Gesvanter regarding the status of global compensation collection; email to Vijay Chavali to discuss the compensation tracker; coordinated year end planning call with internal Grace team | 0.9 | $ 275 | 247.50 |
| 10/16/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Admin: Australia tax services - billing contact - reach out to Dennis Florian to obtain | 0.3 | $ 350 | 105.00 |
| 10/16/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Christian Libanati - 2011/2012 Amended US tax returns - follow up with assignee to get originally filed returns | 0.1 | $ 350 | 35.00 |
| 10/16/2013 | CREIGHTON, ROBERT BYRON | Bankruptcy Administration & Misc Matters | Don Teichen | preparation of data for Bankruptcy fee applications - discuss with Cristi Cagle | 0.3 | $ 350 | 105.00 |
| 10/16/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Yee Young Cher - 2011: Federal tax notice - investigate and e-mail taxpayer regarding previous notices and if payment was made | 0.8 | $ 350 | 280.00 |

W. R. Grace & Co.                                        EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/16/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Frank Roederer - 2006: German tax return - research possibility to amend US return for German foreign tax credit | 0.3 | $ 350 | 105.00 |
| 10/16/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Entered assignee:  Hualing Jiang's cost projection in Global Advantage | 3.2 | $ 200 | 640.00 |
| 10/16/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: email to Dennis Florian of Grace regarding Australian invoices | 0.2 | $ 200 | 40.00 |
| 10/16/2013 | MANLY SPAIN, FESTINA | Bankruptcy Administration & Misc Matters | Don Teichen | prepare data from international assignment for September 2013 bankruptcy fee application | 1.3 | $ 200 | 260.00 |
| 10/16/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Bill McCall - email regarding status of tax return | 0.2 | $ 200 | 40.00 |
| 10/17/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | discussions with Francine Gesvantner regarding assignee: Hualing Jiang's Hong Kong to US cost estimate; review of cost estimate and letter of assignment for assignee:  Hualing Jiang | 0.8 | $ 425 | 340.00 |

W. R. Grace & Co.
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 10/17/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | review of monthly compensation report for assignees | 0.3 | $ 425 | 127.50 |
| 10/17/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Working on the Singapore host paid compensation and running the Off-Cycle payrolls as per the emails received from Francine Gesvantner | 1.1 | $ 275 | 302.50 |
| 10/17/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Email correspondence with assignee: Leonid Leznik regarding his assignment-related expense report to Leznik re: Exp Report (.1); rescheduled monthly call with Dennis Florian and Stephenie Gettier; discussed year end activities with Cristi Cagle | 0.6 | $ 275 | 165.00 |
| 10/17/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Yee Young Cher - 2011: Federal tax notice - investigate 2nd notice received and e-mail company regarding Form W-2C | 0.6 | $ 350 | 210.00 |
| 10/17/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Jens Ebginhaus - 2012: German tax equalization - discuss policy with Festina | 0.3 | $ 350 | 105.00 |
| 10/17/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Finish cost projection for assignee: Hualing Jiang and prepared draft letter of assignment; sent documents to Cristi Cagle for final review; distributed to Dennis Florian for his approval | 3.4 | $ 200 | 680.00 |

W. R. Grace & Co.
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/17/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Spoke with Dennis Florian regarding Brookfield shipping quotes and goods & services adjustment for assignee: Eric Austraw; sent email to assignee: Eric Austraw to advise that his goods & services will not be reduced this period. | 0.6 | $ 200 | 120.00 |
| 10/17/2013 | JAISWAL, NAINA | International Assignment Services | Dennis Florian | Regarding assignee: Youcef Boudeffa - updated tracker with accepted details | 0.1 | $ 200 | 20.00 |
| 10/17/2013 | JAISWAL, NAINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - updated tracker with accepted details | 0.1 | $ 200 | 20.00 |
| 10/17/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: WR Grace status report updates and coordinating with foreign offices | 1.5 | $ 200 | 300.00 |
| 10/17/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: discussion on Grace TEQ policy with Deloitte Germany & Robert Creighton | 0.6 | $ 200 | 120.00 |
| 10/17/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Christian Libanati - follow up on tax documents for amended return | 0.3 | $ 200 | 60.00 |

W. R. Grace & Co.                                        EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/17/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Bill McCall - email regarding status of tax return & explaining expatriate rules | 0.7 | $ 200 | 140.00 |
| 10/17/2013 | OTERO, MARIA D | Puerto Rico Tax Matters | Joe Bahorich | Correspondence regarding Act 117 to client | 0.2 | $ 415 | 83.00 |
| 10/17/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | pulled September 2013 data for preparation of bankruptcy fee application | 2.0 | $ 325 | 650.00 |
| 10/18/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | update and revise bankruptcy fee applications for May to August 2013 | 1.4 | $ 600 | 840.00 |
| 10/18/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | communication with Dennis Florian and Brookfield Global Relocation Services to set shipping estimate guidelines for cost projections; call with Laura Cornett to review assignee: Youcef Boudeffa's cost estimate | 0.7 | $ 425 | 297.50 |
| 10/18/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Update payroll file imports for July, August, September and October payrolls with additional information provided by Stephenie Gettier | 3.1 | $ 275 | 852.50 |

W. R. Grace & Co.
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/18/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | reviewed assignee: Youcef Boudeffa's cost estimate and letter of assignment | 2.4 | $ 275 | 660.00 |
| 10/18/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Status Update Call with Dennis Florian on 10/21/2013 - Going through projects and getting updates from foreign countries | 0.7 | $ 350 | 245.00 |
| 10/18/2013 | DAMARAJU, UDAYA SANKAR | International Assignment Services | Dennis Florian | Regarding assignee: Yee Young Cher - 2011 tax notice to tracker | 0.2 | $ 275 | 55.00 |
| 10/18/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed cost projection for assignee: Youcef Boudeffa and sent to Laura Cornett for review | 5.6 | $ 200 | 1,120.00 |
| 10/18/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: additional status report updates | 1.0 | $ 200 | 200.00 |
| 10/18/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | preparation of bankruptcy fee applications and correspondence to professionals regarding reporting requirements | 1.6 | $ 325 | 520.00 |

W. R. Grace & Co.                                    EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 10/21/2013 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | coordination and finalization of bankruptcy fee applications for May through August 2013 | 1.6 | $ 600 | 960.00 |
| 10/21/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | discussion with Francine Gesvanter regarding missing Period 1 off-payroll compensation | 0.9 | $ 425 | 382.50 |
| 10/21/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Researched assignee: Robert Hoover's assignment related expenses | 0.1 | $ 275 | 27.50 |
| 10/21/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Participated in internal team call including Francine Gesvanter and Cristi Cagle regarding year end activities and compiled the meeting notes; communications with Francine Gesvantner regarding the distribution of the Period 2 compensation request | 1.1 | $ 275 | 302.50 |
| 10/21/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Status Update Call with Dennis Florian on 10/21/13 - Review and updates to status spreadsheets prior to call and 30 minute call with Dennis Florian and Festina Manly-Spain | 2.0 | $ 350 | 700.00 |
| 10/21/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Yee Young Cher - 2011 Federal tax notice - respond to taxpayer question regarding status | 0.3 | $ 350 | 105.00 |

W. R. Grace & Co.
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|-----------|
| 10/21/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - 2013: Singapore Tax Return - Gather equity information for Singapore team | 0.6 | $    350 | 210.00 |
| 10/21/2013 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | Admin: Status Reports | 0.3 | $    500 | 150.00 |
| 10/21/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Review of July-October payroll imports | 1.6 | $    200 | 320.00 |
| 10/21/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Distributed compensation requests to global compensation reporting contacts for Period 2 and sent 2nd follow ups for missing Period 1 data | 2.8 | $    200 | 560.00 |
| 10/21/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Internal team call including Cristi Cagle and Laura Cornett to review outstanding items including payroll/expense imports, expense log and compensation imports. | 0.8 | $    200 | 160.00 |
| 10/21/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Prepared compensation tracker database import and imported it to the Grace Compensation Reporting eRoom. | 2.2 | $    200 | 440.00 |

W. R. Grace & Co.                                          EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/21/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: WR Grace Status meeting with Dennis Florian of Grace | 1.0 | $ 200 | 200.00 |
| 10/21/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Youcef Boudeffa - 2011 Amended tax return for foreign tax credit only | 4.1 | $ 200 | 820.00 |
| 10/21/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Christian Libanati - call with spouse regarding prior year documents and uploading to the system | 0.6 | $ 200 | 120.00 |
| 10/21/2013 | PALURU, MURALI | International HR & Compliance Services | Dennis Florian | Worked with Aloke Gupta to preparing the Grace Compensation Reporting compensation tracker in the eRoom for compensation collection and review purposes. Guiding Aloke Gupta on the process and making sure he understands the process of manually creating the database and entries. | 0.8 | $ 275 | 220.00 |
| 10/22/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | discussions with Francine Gesvanter regarding finalizing assignee: Youcef Boudeffa's cost estimate | 0.3 | $ 425 | 127.50 |
| 10/22/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | monthly status update call with Dennis Florian and Francine Gesvanter; follow up email sent to Rob Creighton and Francis Dinkins regarding upcoming acquisition of 82 employees | 0.4 | $ 425 | 170.00 |

W. R. Grace & Co.
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/22/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Assisted Murali Paluru and Aloke Gupta to generate the Grace Compensation Reporting tracker | 2.1 | $    275 | 577.50 |
| 10/22/2013 | GESVANTNER, FRANCINE RAE | International Assignment Services | Dennis Florian | made updates to assignee: Youcef Boudeffa's cost estimate and letter of assignment and forward to Dennis Florian for approval | 2.2 | $    200 | 440.00 |
| 10/22/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Monthly status call with Dennis Florian and Cristi Cagle | 0.6 | $    200 | 120.00 |
| 10/22/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | review and respond to global compensation contact emails regarding compensation collection. sent list of late compensation providers to Dennis Florian. | 1.6 | $    200 | 320.00 |
| 10/22/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - 2011 tax equalization settlement copy provided to Mike | 0.5 | $    200 | 100.00 |
| 10/22/2013 | NIBE, TOMOHIRO ALEXANDER | International Assignment Services | Dennis Florian | Admin: Allocated portion: All April and December extension postings to tracker. Letters to the extension folder and updates to the compliance tab | 0.1 | $    150 | 15.00 |

W. R. Grace & Co.                                    EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/23/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | compile remaining data for assignee: Mike Federspiel's Singapore tax return and send to Carson Kuah - Deloitte Singapore - to complete Singapore exit return; Communications with global compensation reporting contacts and client regarding compensation reporting requirements. | 2.1 | $ 200 | 420.00 |
| 10/23/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | updated year end timeline matrix and assignee authorization list and sent to Dennis Florian and Stephenie Gettier | 1.6 | $ 200 | 320.00 |
| 10/23/2013 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | review and finalize bankruptcy fee applications | 0.5 | $ 700 | 350.00 |
| 10/24/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Email to assignee:  Leonid Leznik regarding his assignment related expense report | 0.1 | $ 275 | 27.50 |
| 10/24/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | discuss year to date payroll reporting with Stephenie Gettier | 0.7 | $ 200 | 140.00 |
| 10/24/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed assignee:  Leonid Leznik's assignment-related expense report and sent to Stephenie Gettier for payment. | 0.2 | $ 200 | 40.00 |

W. R. Grace & Co.
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 10/24/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | compensation collection email communications with China, UAE and Malaysia. Discuss the comp collection form with Deloitte China to confirm it will suffice for monthly PRC IIT filing. Send form to China. | 2.2 | $ 200 | 440.00 |
| 10/24/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Call with Aloke Gupta to review cost projection process to ensure that he understands each step of the process. | 0.9 | $ 200 | 180.00 |
| 10/24/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed home leave expense  for assignee:  Leonid Leznik | 0.4 | $ 200 | 80.00 |
| 10/24/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Updated the eRoom compensation tracker | 0.3 | $ 200 | 60.00 |
| 10/24/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Call with Francine Gesvantner to discuss cost projection process. | 0.9 | $ 200 | 180.00 |
| 10/24/2013 | OTERO, MARIA D | Puerto Rico Tax Matters | Joe Bahorich | DAREX - conference call with Cinthya Albert, Karen Mitchell & Jennifer Zani on Impact of Act 40 & 117 - email correspondence to client | 1.5 | $ 415 | 622.50 |

W. R. Grace & Co.
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/25/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Working on the year to date reconciliations for the Grace payrolls | 1.1 | $ 275 | 302.50 |
| 10/25/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Review processing location for discrepancies in US Payroll; discuss year to date report with Stephenie Gettier to validate numbers. | 3.6 | $ 200 | 720.00 |
| 10/25/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | review comp received from Grace china and email from deloitte china regarding reporting requirements; discuss china reports with Cristi Cagle | 1.2 | $ 200 | 240.00 |
| 10/25/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | processed year to date reconciliations for July - October with regard to assignees | 2.8 | $ 200 | 560.00 |
| 10/25/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - call to discuss 2011 & 2012 tax equalization, email to Grace HR & response to additional emails from Mike | 1.7 | $ 200 | 340.00 |
| 10/28/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | conference call with ADP (Payroll Provider), Stephenie Gettier and Francine Gesvantner regarding back end payroll reports provided by ADP | 0.6 | $ 425 | 255.00 |

W. R. Grace & Co.
Hourly Detail
October 1 through October 31, 2013

EXHIBIT C

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/28/2013 | CHAMPENY, KATRINA MARIE | International HR & Compliance Services | Dennis Florian | Forwarded assignee: Yee Young Cher expense reports to Aloke Gupta for processing | 0.2 | $ 275 | 55.00 |
| 10/28/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | responded to questions regarding assignee: Youcef Boudeffa's cost estimate from Francine Gesvantner | 0.2 | $ 275 | 55.00 |
| 10/28/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Email to assignee: Nate Faulkenberry's regarding his goods & services update; Email to assignee: Yee Young Cher regarding her assignment-related expense report | 0.3 | $ 275 | 82.50 |
| 10/28/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Admin: German tax equalization and authorization process - e-mail to German team explaining assignment initiation process and tax equalization/hypothetical tax process | 0.8 | $ 350 | 280.00 |
| 10/28/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Yee Young Cher - 2011: Federal tax notice - have power of attorney completed and sent to taxpayer for signing | 0.6 | $ 350 | 210.00 |
| 10/28/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - 2012: Illinois Tax Notice - Discuss notice response with Festina, review response and have mailed to authorities | 0.8 | $ 350 | 280.00 |

W. R. Grace & Co.                                    EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/28/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - Compensation Questions from taxpayer - discussion with Festina regarding | 0.3 | $  350 | 105.00 |
| 10/28/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed assignment-related expense report for assignee: Yee Young Cher | 0.4 | $  200 | 80.00 |
| 10/28/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Compared expense log tracker to back end payroll register and prepared reconciliation file for Francine Gesvantner's review | 3.7 | $  200 | 740.00 |
| 10/28/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding Assignee: Yee Young Cher - prepare Power of Attorney Form | 0.4 | $  200 | 80.00 |
| 10/28/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - 2012 IL tax notice, look into & draft response | 1.0 | $  200 | 200.00 |
| 10/28/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - follow up with Stephenie regarding taxpayers question and provide answers to additional questions | 0.5 | $  200 | 100.00 |

W. R. Grace & Co.                                                EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/29/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | year end preparation meeting with Laura Cornett and Francine Gesvantner to discuss next steps, outstanding information and tax authorization list | 0.6 | $ 425 | 255.00 |
| 10/29/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | team call with Cristi Cagle and Francine Gesvantner to discuss year end activities; set up call with Vijay Chavali to discuss expense log; follow up with Francine Gesvantner regarding pending emails; sent team call notes to Cristi Cagle and Francine Gesvantner; sent email to Rob Creighton regarding applicable tax preparation fee and add-to-earnings due dates | 1.9 | $ 275 | 522.50 |
| 10/29/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Admin: Assignment/Transfer and Tax Equalization Policy Preparation and Review - Review draft assignment/transfer policies, e-mail correspondence with Dennis Florian regarding assistance needed to finalize policies. | 1.3 | $ 350 | 455.00 |
| 10/29/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Yee Young Cher - 2011: Federal Tax Notice/Audit - Call with IRS to discuss situation and e-mail taxpayer and client update | 1.0 | $ 350 | 350.00 |
| 10/29/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding Assignee: Yee Young Cher - fax and post signed POA | 0.3 | $ 200 | 60.00 |

W. R. Grace & Co.                                          EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 10/29/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - 2012 IL tax notice - update, print and mail | 0.4 | $ 200 | 80.00 |
| 10/30/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Youcef Boudeffa - 2011: Amended Federal Tax Return - Review, changes, process, and sign Federal return and transmittal letter, send to taxpayer | 1.5 | $ 350 | 525.00 |
| 10/30/2013 | DAMARAJU, UDAYA SANKAR | International Assignment Services | Dennis Florian | Regarding assignee: Yee Young Cher - uploaded Yee Young communications to tracker | 0.2 | $ 275 | 55.00 |
| 10/30/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding Assignee: Yee Young Cher - email assignee and Stephenie Gettier regarding audit | 0.3 | $ 200 | 60.00 |
| 10/30/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Federspiel - email assignee with an update on Illinois response | 0.2 | $ 200 | 40.00 |
| 10/30/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - prepare for call with Mike | 1.5 | $ 200 | 300.00 |

W. R. Grace & Co.                                              EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 10/30/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | started to preliminary work on October bankruptcy fee application | 0.2 | $ 325 | 65.00 |
| 10/31/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | discussions with Laura Cornett and Francine Gesvantner regarding expense payments made to assignees during the year and tracking for compensation/year end purposes | 0.4 | $ 425 | 170.00 |
| 10/31/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Christian Libanati - 2011 Amended US tax return | 3.5 | $ 200 | 700.00 |
| 10/31/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Mike Ragan - call with taxpayer regarding 2011/12 tax equalization | 1.8 | $ 200 | 360.00 |
| 10/31/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Youcef Boudeffa - deliver transmittal letter to eroom | 0.2 | $ 200 | 40.00 |
| 10/31/2013 | YANG, YOUNGJIC | International Assignment Services | Dennis Florian | Regarding assignee: Christian Libanati - Amended tax return, replicate 2011 return | 2.0 | $ 200 | 400.00 |

W. R. Grace & Co.                                               EXHIBIT C
Hourly Detail
October 1 through October 31, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| | | | | | 204.9 | | 54,509.00 |
| | | | | | | | (18,706.50) |
| | | | | | | | 35,802.50 |