EXHIBIT D

**W. R. Grace**
**Expenses Detail**
**October 1 through October 31, 2013**

| Date | Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 10/3/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Year end preparation conference call with Dennis Florian, Stephenie Gettier, Rob Creighton, Francine Gesvantner, Laura Cornett, Cristi Cagle and Festina Manly-Spain; | 5.49 |
| 10/15/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | conference call / internal meeting to review 2013 tax authorization listing. Participants included Rob Creighton, Festina Manly-Spain, Cristi Cagle, Laura Cornett and Francine Gesvantner | 1.85 |
| 10/29/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Conference call / internal meeting to discuss status of deliverables and upcoming year end actions. Participants included Francine Gesvanter, Cristi Cagle and Laura Cornett | 1.42 |
| | | | | **Expenses for October 2013** | **$ 7.34** |