EXHIBIT B

**W. R. Grace & Co.**
**Summary**
**November 1 through November 30, 2013**

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| CAGLE, CRISTI BROOKS | 7.6 | $ 425 | $ 3,230.00 |
| CHAVALI, VIJAYA SARADHI | 10.2 | $ 275 | $ 2,805.00 |
| CORNETT, LAURA CULVER | 7.8 | $ 275 | $ 2,145.00 |
| GESVANTNER, FRANCINE RAE | 40.1 | $ 200 | $ 8,020.00 |
| GUPTA, ALOKE | 24.5 | $ 200 | $ 4,900.00 |
| PALURU, MURALI | 0.6 | $ 275 | $ 165.00 |
| VIJAYACHANDRAN, SANJAY | 5.4 | $ 200 | $ 1,080.00 |
| YADAV, AKSHAY | 0.8 | $ 200 | $ 160.00 |
| **International HR & Compliance Services** | 97.0 | | $ 22,505.00 |
| (Adjustment per Statement Of Work) | | | $ (2,962.50) |
| | | | $ 19,542.50 |
| CREIGHTON, ROBERT BYRON | 9.4 | $ 350 | $ 3,290.00 |
| DAMARAJU, UDAYA SANKAR | 0.2 | $ 275 | $ 55.00 |
| CHAMPENY, KATRINA MARIE | 1.0 | $ 275 | $ 275.00 |
| MANLY SPAIN, FESTINA | 8.7 | $ 200 | $ 1,740.00 |
| VEDAGIRI, RAMA RAO | 0.4 | $ 275 | $ 110.00 |
| YANG, YOUNGJIC | 0.2 | $ 200 | $ 40.00 |
| **International Assignment Services** | 19.9 | | $ 5,510.00 |
| (Adjustment per Statement Of Work) | | | $ (190.00) |
| | | | $ 5,320.00 |
| CAGLE, CRISTI BROOKS | 1.2 | $ 425 | $ 510.00 |
| GORDON, JARED H | 0.9 | $ 700 | $ 630.00 |
| MANLY SPAIN, FESTINA | 3.9 | $ 200 | $ 780.00 |
| WICKERT, DIANE L | 2.9 | $ 325 | $ 942.50 |
| **Bankruptcy Administration & Misc Matters** | 8.9 | | $ 2,862.50 |
| **Subtotal** | 125.8 | | $ 27,725.00 |
| **Expenses** | | | $ 3.26 |
| **Total Deloitte Tax LLP Fees  - November 1 through November 30, 2013** | | | $ 27,728.26 |