**W. R. Grace & Co.**
**Hourly Detail**

EXHIBIT C

**November 1 through November 30, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 11/1/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Review of expense log to confirm that all expenses paid via US payroll were tracked appropriately | 0.3 | $ 275 | 82.50 |
| 11/1/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Follow up with Rob Creighton regarding tax preparation fee amount for add-to-earnings and due date | 0.1 | $ 275 | 27.50 |
| 11/1/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Admin: Monthly Status Call with Dennis Florian - Reschedule November call | 0.2 | $ 350 | 70.00 |
| 11/1/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding Assignee: Cristina Libanati - 2011 Amended Federal Tax Return and Tax Equalization Calculation - Review replicated version of tax return | 0.5 | $ 350 | 175.00 |
| 11/1/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | email communications with Ute Groeger with Grace Germany and Kristina Zimmerman with Deloitte Germany to try to resolve Ute's issue of not being able to understand the comp collection tool. help desk request to reset Ute's eRoom password. call with Grace China to clarify the compensation accumulation process. | 1.9 | $ 200 | 380.00 |

W. R. Grace & Co.
Hourly Detail

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 11/1/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed AirInc invoice and sent to Aloke Gupta for processing | 0.3 | $ 200 | 60.00 |
| 11/1/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | email communications with Deloitte Germany regarding Grace Germany's concerns with the compensation collection process; email correspondence with Deloitte help desk and Aven Pan regarding her eroom error and resolution. | 0.4 | $ 200 | 80.00 |
| 11/1/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding Assignee: Cristina Libanati - 2011 Amended US Tax Return | 2.9 | $ 200 | 580.00 |
| 11/1/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - review documents Mike sent regarding 2011/12 TEQs | 1.0 | $ 200 | 200.00 |
| 11/1/2013 | VIJAYACHANDRAN, SANJAY | International HR & Compliance Services | Dennis Florian | Relocation payment reconciliations for the international assignees including:  Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Hurta , Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 2.0 | $ 200 | 400.00 |

W. R. Grace & Co.                                    EXHIBIT C
Hourly Detail

**November 1 through November 30, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 11/4/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | review of extended business trip/start up policy for employees of Grace's acquisition of part of Dow Chemical | 0.4 | $ 425 | 170.00 |
| 11/4/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Relocation payment reconciliations for the international assignees including:  Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 1.6 | $ 275 | 440.00 |
| 11/4/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Call with Francine Gesvantner to review November payroll regarding assignees:  Eric Austraw, Yee Young Cher, Kok-How Cher, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 0.4 | $ 275 | 110.00 |
| 11/4/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Admin: Periodic Status Call with Dennis Florian - coordinate updated date | 0.3 | $ 350 | 105.00 |
| 11/4/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - 2011 Revised Tax Equalization Calculation - Request compensation details from Ernst and Young | 0.3 | $ 350 | 105.00 |

W. R. Grace & Co.                                                    EXHIBIT C
Hourly Detail

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/4/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Call with Laura Cornett to discuss November payroll file prior to sending to Stephenie Gettier regarding assignees: Eric Austraw, Yee Young Chew, Kok-How Cher, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner. Email to Stephenie Gettier and Dennis Florian to confirm no other payments to be made to the assignees. | 0.6 | $ 200 | 120.00 |
| 11/4/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed compensation received to identify missing data; sent email reply Lou Rust for EMEA locations. | 0.8 | $ 200 | 160.00 |
| 11/4/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: reschedule November monthly meeting | 0.2 | $ 200 | 40.00 |
| 11/4/2013 | MANLY SPAIN, FESTINA | Bankruptcy Administration & Misc Matters | Don Teichen | Collect and prepare data for October and September bankruptcy fee applications | 3.9 | $ 200 | 780.00 |
| 11/4/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Christian Libanati - finalized amended 2011 return | 1.1 | $ 200 | 220.00 |

W. R. Grace & Co.
Hourly Detail

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/4/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Alexander Nielsen - respond to email regarding unsubmitted organizer | 0.1 | $ 200 | 20.00 |
| 11/4/2013 | VIJAYACHANDRAN, SANJAY | International HR & Compliance Services | Dennis Florian | Relocation payment reconciliations for the international assignees including: Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 2.6 | $ 200 | 520.00 |
| 11/5/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Follow up with Vijay Chavali regarding the relocation payment reconciliations for the international assignees including: Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 0.4 | $ 275 | 110.00 |
| 11/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Admin: Follow up with Marc Scott regarding status of UK engagement | 0.3 | $ 350 | 105.00 |
| 11/5/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Admin: Assignment and Tax Equalization Policy Preparation and Review - Follow up with Dennis Florian regarding status | 0.3 | $ 350 | 105.00 |

W. R. Grace & Co.                                    EXHIBIT C
Hourly Detail

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/5/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Send November payroll to Stephenie and Dennis for processing for assignees: Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 0.1 | $  200 | 20.00 |
| 11/5/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | reviewed AirInc invoice and sent to Stephenie Gettier for processing. | 0.4 | $  200 | 80.00 |
| 11/5/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Respond to email from host contact Lou Rust for EMEA region; reviewed data received from the United Kingdom and provided the correct payroll codes for reporting | 1.2 | $  200 | 240.00 |
| 11/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Admin: Assignment and Tax Equalization Policy Preparation and Review - German team questions regarding status | 0.3 | $  350 | 105.00 |
| 11/6/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Admin: 2013 Year End Payroll - Coordinate with team regarding timing of gross up calculations and tax preparation fees to be included in compensation | 1.0 | $  350 | 350.00 |

W. R. Grace & Co.                                    EXHIBIT C
Hourly Detail

**November 1 through November 30, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/6/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | emails to set up payroll back feed file meeting with Stephenie Gettier and ADP; sent tax equalization payment for assignee: Mike Federspiel to Vijay Chavali for import. | 0.4 | $    200 | 80.00 |
| 11/6/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed compensation reported by global offices to identify missing data; sent follow up requests to local offices and list of non-responders to Dennis Florian. Followed up with Dennis Florian and Stephenie Gettier regarding approval of the Tax Authorization List. | 1.7 | $    200 | 340.00 |
| 11/6/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: email Laura Cornett (Deloitte Tax International HR & Compliance Services with list of assignees who need tax prep in 2013 compensation | 0.2 | $    200 | 40.00 |
| 11/6/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: Follow up with Dennis Florian regarding German assignees | 0.1 | $    200 | 20.00 |
| 11/6/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Mike Ragan - follow up questions from Mike regarding 2011 TEQ | 0.7 | $    200 | 140.00 |

W. R. Grace & Co.
Hourly Detail

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/7/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Discussed the approved tax preparation fees to be included in compensation with Dennis Florian and sent list of required assignees to Aloke Gupta to import into GlobalAdvantage IHR | 0.6 | $ 275 | 165.00 |
| 11/7/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | in lieu of cancelled meeting with ADP, cite examples and provide questions to ADP/WR Grace regarding payroll reporting. | 2.3 | $ 200 | 460.00 |
| 11/7/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Communications with host regarding outstanding compensation in connection with assignees. | 0.8 | $ 200 | 160.00 |
| 11/7/2013 | VEDAGIRI, RAMA RAO | International Assignment Services | Dennis Florian | Regarding Assignee: Youcef Boudeffa - 2012 Returns transmitted to authorities and updated tracker with transmitted dates | 0.4 | $ 275 | 110.00 |
| 11/7/2013 | VIJAYACHANDRAN, SANJAY | International HR & Compliance Services | Dennis Florian | Call with Francine Gesvantner to review November payroll regarding assignees:  Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 0.8 | $ 200 | 160.00 |

W. R. Grace & Co.
Hourly Detail

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 11/8/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Reviewed assignee: Mike Federspiel's assignment-related expense report | 0.2 | $ 275 | 55.00 |
| 11/8/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | respond to Stephenie Gettier regarding question about short term assignment hypothetical versus actual tax withholdings. | 0.3 | $ 200 | 60.00 |
| 11/8/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Processed assignee: Mike Federspiel's assignment-related expense report | 0.2 | $ 200 | 40.00 |
| 11/8/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | posted china host data to the eRoom. responded to EMEA contact on posted data. | 0.6 | $ 200 | 120.00 |
| 11/8/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed assignment-related expense report for assignee: Mike Federspiel | 0.8 | $ 200 | 160.00 |

W. R. Grace & Co.
Hourly Detail

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 11/8/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | prepared import file of China and Australia reported payments and imported them into GlobalAdvantage IHR. Pulled monthly compensation reports and sent to Francine Gesvantner for review | 1.8 | $  200 | 360.00 |
| 11/8/2013 | PALURU, MURALI | International HR & Compliance Services | Dennis Florian | Working with Alok on Fast Payment Import issue of tax preparation fee amounts. Going through the error report, identifying the issue with File mappings in GlobalAdvantage IHR import functionality and fixing the issues by guiding Aloke Gupta. | 0.6 | $  275 | 165.00 |
| 11/11/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | correspondence with Francine Gesvantner and Dennis Florian regarding outstanding 2013 Germany compensation | 0.4 | $  425 | 170.00 |
| 11/11/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | send communications to Aloke Gupta and Vijay Chavali about compensation to import into GlobalAdvantage IHR. Sent follow-ups to Grace Singapore and Grace Australia regarding missing compensation data; followed up with Deloitte Germany regarding providing translation for Grace Germany. | 1.2 | $  200 | 240.00 |
| 11/11/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Internal discussion with Cristi Cagle regarding upcoming deliverables | 0.1 | $  200 | 20.00 |

**W. R. Grace & Co.**
Hourly Detail

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/11/2013 | YANG, YOUNGJIC | International Assignment Services | Dennis Florian | Admin: assignees' extension status update on tracker | 0.2 | $ 200 | 40.00 |
| 11/12/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | review correspondence concerning the payroll reports and meeting set up. | 0.3 | $ 275 | 82.50 |
| 11/12/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Follow up with Vijay Chavali regarding the relocation payment reconciliations for the international assignees including:  Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 0.1 | $ 275 | 27.50 |
| 11/12/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | sent tax prep fees to Francine Gesvantner to track which payments need to be manually added to add-to-earnings file | 0.4 | $ 275 | 110.00 |
| 11/12/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | emails to/from ADP contact re: correcting monthly payroll backfeed file. internal emails regarding payroll file and information needed from ADP. | 0.3 | $ 200 | 60.00 |

W. R. Grace & Co.
Hourly Detail

EXHIBIT C

**November 1 through November 30, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/12/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Posted compensation files received from Grace Singapore and Grace Australia to the eRoom. Sent follow up email to Belgium contact to collect missing data. Sent email to Deloitte Germany office regarding translation for Grace Germany. | 2.2 | $ 200 | 440.00 |
| 11/12/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Mike Ragan - request compensation detail from EY | 0.3 | $ 200 | 60.00 |
| 11/13/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Coordinate meeting with Stephenie Gettier and ADP team to discuss payroll report. | 0.3 | $ 200 | 60.00 |
| 11/13/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: emails to Deloitte Germany regarding German assignees | 0.4 | $ 200 | 80.00 |
| 11/13/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | October bankruptcy fee application | 1.3 | $ 325 | 422.50 |

W. R. Grace & Co.
Hourly Detail

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 11/14/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | discussion with Francine Gesvantner regarding expense tracking log | 0.4 | $  425 | 170.00 |
| 11/14/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | emails/calls with Francis Dinkins and Julie Rubidge (Deloitte) regarding Grace's upcoming acquisition of Sinochem; call with Stephenie Gettier, Laura Cornett, Francine Gesvantner and ADP to discuss backend payroll report specifications | 1.8 | $  425 | 765.00 |
| 11/14/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | reviewed assignee: William McCall's draft repatriation letter and follow up discussions with Francine Gesvantner to regarding edits required | 0.6 | $  275 | 165.00 |
| 11/14/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Call with Stephenie Gettier and ADP regarding back end payroll reports and W-2 previews | 0.8 | $  275 | 220.00 |
| 11/14/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | reviewed expense log spreadsheet for assignees:  Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner; sent instructions for updating spreadsheet and log to Vijay Chavali and Aloke Gupta; reviewed invoice for Cultural Awareness International for assignee:  German Huerta and sent to Aloke Gupta to process. | 1.3 | $  200 | 260.00 |

W. R. Grace & Co.                                        EXHIBIT C
Hourly Detail

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 11/14/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Finalized repatriation letter for assignee: William McCall | 1.2 | $ 200 | 240.00 |
| 11/14/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | meeting with Stephenie Gettier and ADP payroll to discuss issues with current payroll report and the data we need to receive monthly. | 0.8 | $ 200 | 160.00 |
| 11/14/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Youcef Boudeffa - call from Youcef regarding tax settlement owed to company | 0.2 | $ 200 | 40.00 |
| 11/15/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | reviewed assignment-related invoice from Brookfield for assignee: German Huerta  and sent to Aloke Gupta for processing | 0.2 | $ 200 | 40.00 |
| 11/15/2013 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Telchen | review of bankruptcy fee applications | 0.9 | $ 700 | 630.00 |

W. R. Grace & Co.
Hourly Detail

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/15/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed invoice for Cultural Awareness International for assignee: German Huerta | 0.6 | $ 200 | 120.00 |
| 11/18/2013 | CAGLE, CRISTI BROOKS | Bankruptcy Administration & Misc Matters | Don Teichen | preparation of October data for bankruptcy court filing | 1.2 | $ 425 | 510.00 |
| 11/18/2013 | CHAMPENY, KATRINA MARIE | International Assignment Services | Dennis Florian | Provide background on policies to Francine Gesvantner. Review project evaluation feedback provided by Cristi Cagle. | 0.7 | $ 275 | 192.50 |
| 11/18/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Relocation payment reconciliations for the international assignees including:  Eric Austraw, Yee Young Cher, Kok-How Chew, Nate Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, William McCall, James Nee, Michael Piergrossi and Dirk Strassner | 4.1 | $ 275 | 1,127.50 |
| 11/18/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Email to assignee: Leonid Leznik regarding November assignment-related expense report | 0.1 | $ 275 | 27.50 |

**W. R. Grace & Co.**
**Hourly Detail**

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 11/18/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Discussion with assignee: Eric Austraw regarding home leave policy; followed up with Stephenie Gettier regarding W-2 preview report. | 1.7 | $ 200 | 340.00 |
| 11/18/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | reviewed Brookfield invoice and assignee: Leonid Leznik's assignment-related expenses and sent to Stephenie Gettier for payment | 0.6 | $ 200 | 120.00 |
| 11/18/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Followed up with Germany contact (Ute Groeger) to obtain 2013 home and host country compensation data for year end processing for assignees:  Kenneth Hindle, Andre Lanning, William McCall, Martin Newsom, Emmanuel Smaragdis, Jens Ebinghaus, Alexandre Nielsen and Dirk Strassner | 0.8 | $ 200 | 160.00 |
| 11/18/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed Brookfield invoice and assignee: Leonid Leznik's assignment-related expenses and sent to Stephenie Gettier for payment | 1.8 | $ 200 | 360.00 |
| 11/18/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | October bankruptcy fee application data gathering | 0.2 | $ 325 | 65.00 |

**W. R. Grace & Co.**
**Hourly Detail**

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/19/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | reviewed time reports for bankruptcy fee applications and generated the bankruptcy filing reports | 1.7 | $ 425 | 722.50 |
| 11/19/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | monthly status update call with Dennis Florian, Stephenie Gettier, Francine Gesvantner and Laura Cornett | 0.4 | $ 425 | 170.00 |
| 11/19/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Followed up on expense log with Vijay Chavali | 0.1 | $ 275 | 27.50 |
| 11/19/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Reviewed compensation collection emails sent by Francine Gesvantner to global Grace offices. | 0.2 | $ 275 | 55.00 |
| 11/19/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Monthly client call agenda preparation; participated in monthly call with Dennis Florian, Stephenie Gettier, Cristi Cagle and Francine Gesvantner | 1.3 | $ 275 | 357.50 |

**W. R. Grace & Co.**
**Hourly Detail**

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/19/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Coordination of data-gathering for bankruptcy fee application - Discuss need to provide draft bills to Dennis Florian for accrual purposes on a going forward basis | 0.3 | $ 350 | 105.00 |
| 11/19/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Mike Ragan - 2011 Amended Tax Equalization Calculation - Look into 2011 compensation details and discuss missing items with Festina | 0.6 | $ 350 | 210.00 |
| 11/19/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | high level review of compensation data that was reported by Grace Germany and posted to eRoom. Sent email to Aloke Gupta to import the payments and update the expense log. | 0.4 | $ 200 | 80.00 |
| 11/19/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | WR Grace monthly status call with Dennis Florian, Stephenie Gettier, Cristi Cagle and Laura Cornett | 0.4 | $ 200 | 80.00 |
| 11/19/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Mike Ragan - internal with Rob Creighton discussion regarding 2011 tax equalization | 0.6 | $ 200 | 120.00 |

**W. R. Grace & Co.**
**Hourly Detail**

EXHIBIT C

**November 1 through November 30, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 11/20/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | call with Laura Cornett to discuss year end actions and deadlines | 0.7 | $ | 425 | 297.50 |
| 11/20/2013 | CHAMPENY, KATRINA MARIE | International Assignment Services | Dennis Florian | Provided direction to Francine Gesvantner on the assignee repatriation process. | 0.3 | $ | 275 | 82.50 |
| 11/20/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | calls with Cristi Cagle and Francine Gesvantner to discuss repatriation initiation for assignee: William McCall; Sent email to assignee: William McCall regarding repatriation process | 0.6 | $ | 275 | 165.00 |
| 11/20/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - 2011 Amended Federal, State Tax Returns and Tax Equalization Calculation - E-mail to Dennis Florian and Stephenie Gettier to request authorization to prepare the amended forms | 0.5 | $ | 350 | 175.00 |
| 11/20/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | reviewed expense log provided by Vijay Chavali to ensure that all expenses process on behalf of the assignees have been captured appropriately | 0.6 | $ | 200 | 120.00 |

**W. R. Grace & Co.**
**Hourly Detail**

EXHIBIT C

**November 1 through November 30, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/20/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | update compensation in eRoom. Discussed compensation import process with Aloke Gupat and advised on creating PLS codes for the host locations in order to start importing host compensation. | 1.3 | $ 200 | 260.00 |
| 11/20/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Discussed assignee: William McCall's repatriation with the team to determine what services need to be initiated | 1.6 | $ 200 | 320.00 |
| 11/20/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Generated import spreadsheet for compensation received from host countries and posted reports for review to eRoom. | 2.3 | $ 200 | 460.00 |
| 11/20/2013 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on October bankruptcy fee application | 1.4 | $ 325 | 455.00 |
| 11/21/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed assignee: Nate Faulkenberry's assignment-related expenses and sent to Aloke Gupta for processing. | 0.2 | $ 200 | 40.00 |

**W. R. Grace & Co.**
**Hourly Detail**

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 11/21/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Discussed the exchange rate sources for compensation imports with Aloke Gupta and advised on best practice for importing them into GlobalAdvantage IHR in the most timely manner. | 1.1 | $ 200 | 220.00 |
| 11/21/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Discussed the exchange rate sources for compensation imports with Francine Gesvanter;  obtained the exchange rates and imported them into GlobalAdvantage IHR | 2.3 | $ 200 | 460.00 |
| 11/21/2013 | YADAV, AKSHAY | International HR & Compliance Services | Dennis Florian | Assisted Aloke Gupta with obtaining the exchange rates on Oanda.com | 0.8 | $ 200 | 160.00 |
| 11/22/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Sent email to assignee: Nate Faulkenberry regarding his assignment-related expenses | 0.1 | $ 275 | 27.50 |
| 11/22/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Sent assignee: Nate Faulkenberry's assignment-related expenses to Stephenie Gettier for payment | 0.1 | $ 200 | 20.00 |

W. R. Grace & Co.                                      EXHIBIT C
Hourly Detail

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/22/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed list of assignees who are not in GlobalAdvantage with Laura Cornett and advised Aloke Gupta on who needed to be entered. | 0.6 | $  200 | 120.00 |
| 11/22/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Compiled exchange rate import file from January to October,imported payments into GlobalAdvantage for each country and posted the updated report to the eRoom. | 3.6 | $  200 | 720.00 |
| 11/25/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | conference call with Stephenie Gettier, Rob Creighton, Sue McDorman, Patt Benns and Maureen Birnbaum regarding the set up of Betania Flores' short term assignment to the Philippines | 0.4 | $  425 | 170.00 |
| 11/25/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Follow up email to assignee: William McCall regarding his upcoming repatriation. | 0.1 | $  275 | 27.50 |
| 11/25/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Admin: Deloitte Italy Team and Billing Details Set up Due to Italy to UAE assignment - call with Stephenie Gettier to discuss and have Italian team reached out to | 0.5 | $  350 | 175.00 |

W. R. Grace & Co.                                    EXHIBIT C
Hourly Detail

**November 1 through November 30, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 11/25/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding Assignee: William McCall - 2013 Repatriation Consultation - E-mail taxpayer to set up consultation and discuss implications of assignment end date with Stephenie Gettier | 0.6 | $ 350 | 210.00 |
| 11/25/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding Assignee: Betania Flores - 2013 Assignment, Payroll, and Tax Set Up - Conference Call with Stephenie Gettier to discuss, reach out to Philippines colleagues to confirm understanding regarding Philippines taxation | 1.3 | $ 350 | 455.00 |
| 11/25/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | General: US Tax Accruals to Juergen Tietz of WR Grace Germany for Alexander Nielsen and Jens Ebinghaus per his request | 0.9 | $ 350 | 315.00 |
| 11/25/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Michael Ragan - 2011 Amended Federal and State Returns, Tax Equalization Calculation - Have Festina update taxpayer regarding status and start preparation | 0.3 | $ 350 | 105.00 |
| 11/25/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Generated assignee: Adam Gross's repatriation cost projection | 2.8 | $ 200 | 560.00 |

W. R. Grace & Co.
Hourly Detail

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/25/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Initiated assignee: William McCall's repatriation services | 0.8 | $   200 | 160.00 |
| 11/25/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Prepared host compensation import file and discussed with Francine Gesvantner | 1.7 | $   200 | 340.00 |
| 11/25/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: Deloitte Italy contact for new expat to Dubai | 0.6 | $   200 | 120.00 |
| 11/26/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Discussions with Francine Gesvantner and Laura Cornett regarding year end activities | 0.4 | $   425 | 170.00 |
| 11/26/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Reviewed assignee: Adam Gross's repatriation cost projection and discussed required edits with Francine Gesvantner | 0.6 | $   275 | 165.00 |

W. R. Grace & Co.                                              EXHIBIT C
Hourly Detail

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/26/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Correspondence with Rob Creighton regarding the processing of assignee: William McCall's completion bonus payment and emailed Francine Gesvantner to advise how to process the payment | 0.2 | $ 275 | 55.00 |
| 11/26/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Admin: Deloitte Italy Team Due to Italy to UAE assignment - have Italian team contact details given to company | 0.3 | $  . 350 | 105.00 |
| 11/26/2013 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding Assignee: William McCall - 2013 Repatriation Consultation - E-mail correspondence with taxpayer to set up meeting, also discuss timing of completion bonus payout with internal team | 0.9 | $ 350 | 315.00 |
| 11/26/2013 | DAMARAJU, UDAYA SANKAR | International Assignment Services | Dennis Florian | Admin: Uploaded Jens Ebinghaus and Betania Flores communications to tracker and confirm him on the same. | 0.2 | $ 275 | 55.00 |
| 11/26/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed assignee: Zhi Jie Du's permanent transfer to China cost estimate request sent by Stepheni Gettier; Requested shipping costs and sent to Aloke Gupta for completion. | 0.8 | $ 200 | 160.00 |

W. R. Grace & Co.
Hourly Detail

EXHIBIT C

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/26/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed expense log and compensation reports provided by Aloke Gupta | 4.3 | $ 200 | 860.00 |
| 11/27/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | reviewed the compensation reports to identify missing information | 0.3 | $ 425 | 127.50 |
| 11/27/2013 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | internal team meeting to discuss year end activities. participants included: Francine Gesvantner, Laura Cornett, Aloke Gupta and Vijay Chavali | 0.7 | $ 425 | 297.50 |
| 11/27/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Internal call to discuss the Grace compensation reviews with Cristi Cagle, Francine Gesvantner and Laura Cornett | 0.5 | $ 275 | 137.50 |
| 11/27/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Forwarded shipping quote information to Aloke Gupta for inclusion in assignee: Zhi Jie Du's cost estimate | 0.3 | $ 200 | 60.00 |

W. R. Grace & Co.                                        EXHIBIT C
Hourly Detail

November 1 through November 30, 2013

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/27/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Communicated with Stephenie Gettier regarding payroll needed for all assignees on tax authorization list | 0.6 | $  200 | 120.00 |
| 11/27/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Prepared compensation import file for all countries, and uploaded into GlobalAdvantage IHR, pulled updated pls and posted it in e-room. | 5.2 | $  200 | 1,040.00 |
| 11/27/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | internal team meeting to discuss year end activities. participants included: Francine Gesvantner, Laura Cornett, Cristi Cagle and Vijay Chavali | 0.6 | $  200 | 120.00 |
| 11/27/2013 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: Deloitte Italy contact for new expat to Dubai | 0.3 | $  200 | 60.00 |
| 11/28/2013 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Updated the monthly compensation reports per instructions received from Francine Gesvantner. | 4.0 | $  275 | 1,100.00 |

**W. R. Grace & Co.**
**Hourly Detail**

EXHIBIT C

**November 1 through November 30, 2013**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 11/28/2013 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Prepared country and assignee checklists, posted it to e-room and prepare cost projection for assignee: Zhi Jie Du | 3.8 | $   200 | 760.00 |
| 11/30/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Conference call with Francine Gesvanter to discuss the expense Log imports and monthly compensation report provided by Vijay Chavali. | 0.3 | $   275 | 82.50 |
| 11/30/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed compensation reports provided by Vijay Chavali | 1.5 | $   200 | 300.00 |
|  |  |  |  |  | 125.8 |  | 30,877.50 |
|  |  |  |  |  |  |  | (3,152.50) |
|  |  |  |  |  |  |  | 27,725.00 |