EXHIBIT D

W. R. Grace
Expenses
November 1 through November 30, 2013

| Date | Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 11/15/2013 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Internal conference call with Vijay Chavali, Aloke Gupta, Cristi Cagle and Francine Gesvantner to discuss year end activities and status update | 2.76 |
| 11/5/2013 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Conference call with Dennis Florian, Stephenie Gettier, Cristi Cagle and Laura Cornett discuss November payroll updates | 0.50 |

Expenses for November 2013                $   3.26