EXHIBIT B

W. R. Grace & Co.
Summary
December 1 through December 31, 2013

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| CAGLE, CRISTI BROOKS | 30.1 | $ 425 | $ 12,792.50 |
| CHAVALI, VIJAYA SARADHI | 14.6 | $ 275 | $ 4,015.00 |
| CORNETT, LAURA CULVER | 51.4 | $ 275 | $ 14,135.00 |
| GESVANTNER, FRANCINE RAE | 32.5 | $ 200 | $ 6,500.00 |
| GUPTA, ALOKE | 16.1 | $ 200 | $ 3,220.00 |
| JADHAV, LATA | 14.2 | $ 275 | $ 3,905.00 |
| PALURU, MURALI | 0.6 | $ 275 | $ 165.00 |
| **International HR & Compliance Services** | 159.5 | | $ 44,732.50 |
| (Adjustment per Statement Of Work) | | | $ (26,177.50) |
| | | | $ 18,555.00 |
| SHURIN, ALEXANDER SANDY | 1.2 | $ 525 | $ 630.00 |
| TIAN, XIAO WU | 3.2 | $ 430 | $ 1,376.00 |
| TROTMAN, SEAN P | 1.4 | $ 700 | $ 980.00 |
| **Global Rewards Services** | 5.8 | | $ 2,986.00 |
| HEIKKINEN, DEBRA L | 6.4 | $ 700 | $ 4,480.00 |
| MONSON, MEGAN BRITTANY | 4.6 | $ 325 | $ 1,495.00 |
| PEVARNIK, THOMAS R JR | 0.9 | $ 700 | $ 630.00 |
| SHAIKH, WAQAS UDDIN | 20.6 | $ 430 | $ 8,858.00 |
| **Employee Benefit Plan Services** | 32.5 | | $ 15,463.00 |
| BEZNICKI, KAREN LAU | 0.7 | $ 275 | $ 192.50 |
| CREIGHTON, ROBERT BYRON | 27.6 | $ 350 | $ 9,660.00 |
| MANLY SPAIN, FESTINA | 23.1 | $ 200 | $ 4,620.00 |
| YANG, YOUNGJIC | 2.5 | $ 200 | $ 500.00 |
| **International Assignment Services** | 53.9 | | $ 14,972.50 |
| (Adjustment per Statement Of Work) | | | $ (612.50) |
| | | | $ 14,360.00 |
| CREIGHTON, ROBERT BYRON | 4.3 | $ 350 | $ 1,505.00 |
| WICKERT, DIANE L | 1.8 | $ 325 | $ 585.00 |
| **Bankruptcy Administration & Misc Matters** | 6.1 | | $ 2,090.00 |
| **Subtotal** | 257.8 | | $ 53,454.00 |
| **Expenses** | | | $ 0.12 |
| **Total Deloitte Tax LLP Fees - December 1 through December 31, 2013** | | | $ 53,454.12 |