EXHIBIT D

**W. R. Grace & Co.**
Expenses
December 1 through December 31, 2013

| Date | Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 12/19/2013 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | Conference Call | 0.12 |

| | | | | Expenses for December 2013 | $ 0.12 |