EXHIBIT B

**W. R. Grace & Co.**
**Summary**
**January 1 through March 15, 2014***

| Personnel performing services | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| CAGLE, CRISTI BROOKS | 5.2 | $ 425 | $ 2,210.00 |
| CHAVALI, VIJAYA SARADHI | 12.2 | $ 275 | $ 3,355.00 |
| CORNETT, LAURA CULVER | 17.6 | $ 275 | $ 4,840.00 |
| GESVANTNER, FRANCINE RAE | 57.8 | $ 200 | $ 11,560.00 |
| GUPTA, ALOKE | 23.7 | $ 200 | $ 4,740.00 |
| SHIMKUS, KEVIN PETER | 1.8 | $ 500 | $ 900.00 |
| **International HR & Compliance Services** | 118.3 | | $ 27,605.00 |
| (Adjustment per Statement Of Work) | | | $ (8,192.50) |
| | | | $ 19,412.50 |
| SHURIN, ALEXANDER SANDY | 0.3 | $ 525 | $ 157.50 |
| **Global Rewards Services** | 0.3 | | $ 157.50 |
| PEVARNIK, THOMAS R JR | 1.1 | $ 700 | $ 770.00 |
| CAISAGUANO, ALEX | 2.0 | $ 325 | $ 650.00 |
| HEIKKINEN, DEBRA L | 10.5 | $ 700 | $ 7,350.00 |
| MAHONEY, MICHAEL KARL | 1.5 | $ 525 | $ 787.50 |
| SHAIKH, WAQAS UDDIN | 15.0 | $ 430 | $ 6,450.00 |
| **Employee Benefit Plan Services** | 30.1 | | $ 16,007.50 |
| ACHARJEE, JOYEETA | 4.1 | $ 200 | $ 820.00 |
| BEZNICKI, KAREN LAU | 1.2 | $ 275 | $ 330.00 |
| CREIGHTON, ROBERT BYRON | 27.2 | $ 350 | $ 9,520.00 |
| DAMARAJU, UDAYA SANKAR | 0.3 | $ 275 | $ 82.50 |
| DINKINS, FRANCOISE A | 0.5 | $ 500 | $ 250.00 |
| FARHAN, MOHAMMAD | 5.7 | $ 275 | $ 1,567.50 |
| MANIKONDA, RAMYA RAO | 0.5 | $ 200 | $ 100.00 |
| MANLY SPAIN, FESTINA | 4.2 | $ 200 | $ 840.00 |
| MODI, POOJA | 0.1 | $ 275 | $ 27.50 |
| ZHAO, CHANGSHUAI | 0.5 | $ 200 | $ 100.00 |
| **International Assignment Services** | 44.3 | | $ 13,637.50 |
| (Adjustment per Statement Of Work) | | | $ (9,012.50) |
| | | | $ 4,625.00 |

EXHIBIT B

**W. R. Grace & Co.**
Summary
January 1 through March 15, 2014*

| Personnel performing services | Hours | Billing Rate | | Professional Fees | |
|---|---|---|---|---|---|
| BROOKS, THOMAS J | 11.8 | $ | 600 | $ | 7,080.00 |
| GORDON, JARED H | 2.8 | $ | 700 | $ | 1,960.00 |
| CREIGHTON, ROBERT BYRON | 0.6 | $ | 350 | $ | 210.00 |
| WICKERT, DIANE L | 18.6 | $ | 325 | $ | 6,045.00 |
| **Bankruptcy Administration & Misc Matters** | 33.8 | | | $ | 15,295.00 |
| | | | | | |
| Subtotal | 226.8 | | | $ | 55,497.50 |
| Expenses | | | | $ | 6.17 |
| **Total Deloitte Tax LLP Fees - January 1 through February 2, 2013** | | | | $ | 55,503.67 |

* time incurred after February 2, 2014, relates to efforts necessary to process bankrtupcy fee applications