EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 1/2/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | email to Francine Gesvantner regarding updates to Deloitte eRoom; reviewed January payroll log for assignees: Tayfun Altug, Eric Austraw, Yee Young Cher, Kok-How Chew, Nathaniel Faulkenberry, Adam Grose, Robert (Bob) Hoover, German Huerta, Leonid Leznik, James Nee, Michael Piergrossi and Dirk Strassner | 1.4 | $ 275 | $ 385.00 |
| 1/2/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Leonid Leznik - 2012: US Federal and State Returns and Tax Equalization Calculation - Final review and changes, process, deliver to taxpayer and tax equalization to company | 1.8 | $ 350 | $ 630.00 |
| 1/2/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding Assignee: Mike Ragan - 2011 Amended Federal Tax Return and Tax Equalization Calculation - Review, changes, deliver to taxpayer and client, 3 e-mails with the taxpayer regarding | 2.0 | $ 350 | $ 700.00 |
| 1/2/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed 2013 add-to-earnings file against 12/31/13 pay register that Stephenie Gettier posted to eRoom for assignees: Tayfun Altug, Eric Austraw, Nathaniel Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, James Nee and Michael Piergrossi and sent notice of discrepancies back to Stephenie; updated January payroll log for assignees: Tayfun Altug, Eric Austraw, Yee Young Cher, Kok-How Chew, Nathaniel Faulkenberry, Adam Grose, Robert Hoover, German Huerta, Leonid Leznik, James Nee, PM and Dirk Strassner and posted to Stephenie for processing. | 3.6 | $ 200 | $ 720.00 |
| 1/2/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Sent assignee: Robert Hoover's assignment-related expenses to Aloke Gupta for tracking in eRoom expense tracking database | 0.9 | $ 200 | $ 180.00 |
| 1/2/2014 | SHAIKH, WAQAS UDDIN | Employee Benefit Plan Services | John Forgach | Finalized memo on Common Stock Distributions and Distributions to Directors. Sent to Debra Heikkinen for final discussion | 2.0 | $ 430 | $ 860.00 |
| 1/2/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Dec bankruptcy fee application | 2.2 | $ 325 | $ 715.00 |
| 1/3/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Leonid Leznik -2012: US Federal and State Returns and Tax Equalization Calculation - Respond to taxpayer questions regarding W-2 attachments | 0.3 | $ 350 | $ 105.00 |

EXHIBIT C

**Hourly Detail**

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees | |
|---|---|---|---|---|---|---|---|---|---|
| 1/3/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | sent Brookfield invoices to Aloke Gupta for processing with explanation on Brookfield fees; conference call with Rita Shepherd to discuss the fees; read email from Laura Cornett regard eRoom update/revision and respond with other changes that should possibly be made. | 2.4 | $ | 200 | $ | 480.00 |
| 1/3/2014 | HEIKKINEN, DEBRA L | Employee Benefit Plan Services | John Forgach | Review 1099 reporting for payments made to a director's estate or beneficiary; review revised director memo; Finalize directors' payments memo and send to John Forgach and Brian Epstein | 2.0 | $ | 700 | $ | 1,400.00 |
| 1/3/2014 | SHAIKH, WAQAS UDDIN | Employee Benefit Plan Services | John Forgach | Final research into 1099 reporting for estates. Memo was finalized and sent to W.R. Grace | 1.0 | $ | 430 | $ | 430.00 |
| 1/6/2014 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee: William McCall - email follow up regarding missing info to complete tax return | 0.2 | $ | 275 | $ | 55.00 |
| 1/6/2014 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | responded to email correspondence from Stephenie Gettier regarding assignee: Robert Hoover's 2013 W-2 updates | 0.3 | $ | 425 | $ | 127.50 |
| 1/6/2014 | CAISAGUANO, ALEX | Employee Benefit Plan Services | John Forgach | Preparation in advance of analysis of plan documentation and providing estimates to assess differences between qualified and non-qualified stock option as far as French social and tax consequences are concerned. | 1.0 | $ | 325 | $ | 325.00 |
| 1/6/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | call with Stephenie Gettier regarding compensation report requested by Grace's VP of Finance; discussion with Cristi Cagle to determine next steps to develop the report; follow up email to Stephenie Gettier advising of report requirements | 1.9 | $ | 275 | $ | 522.50 |
| 1/6/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Faulkenberry, Nathaniel, Questions from taxpayer regarding ability to make Roth IRA contributions | 0.3 | $ | 350 | $ | 105.00 |
| 1/6/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2013 Year End Additions and Gross-Ups - Respond to Stephenie Gettier request for "safe harbor" amounts | 0.3 | $ | 350 | $ | 105.00 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees | |
|---|---|---|---|---|---|---|---|---|---|
| 1/6/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Review 2013 pay registers to find discrepancy between add-to-earnings file and Stephenie Gettier's number for assignees:  Eric Austraw, Nathaniel Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, James Nee and Michael Piergrossi and sent notice of discrepancies back to Stephenie | 2.2 | $ | 200 | $ | 440.00 |
| 1/6/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed and finalized invoices for Brookfield invoices and assignment-related expense for assignee: Robert Hoover and sent to Stephenie Gettier for payment; Sent email to Aloke Gupta requesting the creation of 2014 expense tracking database | 1.1 | $ | 200 | $ | 220.00 |
| 1/6/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Update eRoom with changes noted by Laura Cornett; create new 2014 Payroll Tracking Log and updated\ with January's changes. | 1.6 | $ | 200 | $ | 320.00 |
| 1/6/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed Brookfield invoice and assignment-related expense report for assignee: Robert Hoover | 0.9 | $ | 200 | $ | 180.00 |
| 1/6/2014 | HEIKKINEN, DEBRA L | Employee Benefit Plan Services | John Forgach | Prepare for and hold conference call with Brian Epstein and John Forgach to review Director's Tax Reporting memo and to discuss the VSPP payments. | 1.0 | $ | 700 | $ | 700.00 |
| 1/6/2014 | SHAIKH, WAQAS UDDIN | Employee Benefit Plan Services | John Forgach | Call with John Forgach, Brian Epstein and W.R. Grace on the memo delivered last week. Dicussion focused on next steps and items. | 1.0 | $ | 430 | $ | 430.00 |
| 1/6/2014 | SHIMKUS, KEVIN PETER | International HR & Compliance Services | Dennis Florian | Addressed ramification of zeroing out W-2 due to TEQ for assignee: Robert Hoover | 1.1 | $ | 500 | $ | 550.00 |
| 1/7/2014 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Advised Dennis Florian and Stephenie Gettier of ramification of zeroing out W-2 due to tax equalization repayment for assignee: Robert Hoover | 0.2 | $ | 425 | $ | 85.00 |
| 1/7/2014 | CAISAGUANO, ALEX | Employee Benefit Plan Services | John Forgach | Refine preparation in advance of analysis of plan documentation and providing estimates to assess differences between qualified and non-qualified stock option as far as French social and tax consequences are concerned. | 1.0 | $ | 325 | $ | 325.00 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 1/7/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | email to Dennis Florian regarding assignees: Robert Hoover and Kok-How Chew's repatriations; reviewed eRoom set up changes; moved 2013 cost of living update back up to payroll review folder; email to Stephenie Gettier regarding assignee: Kok-How Chew's repatriation expense report | 2.6 | $ | 275 | $ | 715.00 |
| 1/7/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | review of 2014 expense log and suggested changes for additional improvement | 0.2 | $ | 275 | $ | 55.00 |
| 1/7/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | call with Francine Gesvantner regarding November payroll import .txt file | 0.4 | $ | 275 | $ | 110.00 |
| 1/7/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Monthly Status Meeting on 1/7/14 - Review and changes to status reports and send to company, join call, reschedule call as Dennis and Stephenie did not join | 2.0 | $ | 350 | $ | 700.00 |
| 1/7/2014 | CREIGHTON, ROBERT BYRON | Bankruptcy Administration & Misc Matters | Don Teichen | September through November banruptcy fee applications - send final summaries to international team for processing, discuss bankruptcy proceedings | 0.6 | $ | 350 | $ | 210.00 |
| 1/7/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: John Haley - 2012: US Tax Returns - Assign preparation to preparer | 0.3 | $ | 350 | $ | 105.00 |
| 1/7/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2013 Year End Additions and Gross-Ups - Respond to Stephenie Gettier 2nd request regarding safe harbor clarification, also clarify Bob Hoover 401(k) and social security benefit questions for Stephenie | 1.0 | $ | 350 | $ | 350.00 |
| 1/7/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | China Crosscharge Memo - follow up with Carol Finke regarding authorization to prepare | 0.3 | $ | 350 | $ | 105.00 |
| 1/7/2014 | DINKINS, FRANCOISE A | International Assignment Services | Dennis Florian | meeting prep | 0.5 | $ | 500 | $ | 250.00 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 1/7/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Updated monthly Payroll log to include home/host country and start/end dates per Stephenie Gettier's request; Updated 2014 assignee listing to include new assignee: Tayfun Altug | 1.3 | $ 200 | $ 260.00 |
| 1/7/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Send expenses for Brookfield and Chew to Aloke for processing. Review 2014 expense tracker log. review Leznik home leave - plus was short from year to date amount. review against pay registers and expenses. discuss with Laura. | 3.6 | $ 200 | $ 720.00 |
| 1/7/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | make additional updates to eRoom structure for 2014. | 0.6 | $ 200 | $ 120.00 |
| 1/7/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Prepared expense log tracker. | 1.7 | $ 200 | $ 340.00 |
| 1/7/2014 | SHAIKH, WAQAS UDDIN | Employee Benefit Plan Services | John Forgach | Researched reporting requirements for distributions made to foreign estates | 3.0 | $ 430 | $ 1,290.00 |
| 1/7/2014 | SHIMKUS, KEVIN PETER | International HR & Compliance Services | Dennis Florian | Continuation of zero W-2 discussion for assignee: Robert Hoover | 0.7 | $ 500 | $ 350.00 |
| 1/8/2014 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | correspondence with Francine Gesvantner and Laura Cornett regarding assignee: Leonid Leznik's home leave expenses and assignee: Kok-How Chew's repatriation date and applicable allowances | 0.6 | $ 425 | $ 255.00 |
| 1/8/2014 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Working on the December payroll imports and the year-to-date reconciliations for assignees: Eric Austraw, Nathaniel Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, James Nee and Michael Piergrossi | 2.1 | $ 275 | $ 577.50 |
| 1/8/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Research of assignee: Kok-How Chew's December and January on-going allowances and determined repayment due to repatriation | 0.9 | $ 275 | $ 247.50 |

EXHIBIT C

**Hourly Detail**

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 1/8/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: John Haley - 2012: US Tax Returns - Tax Return Filing Positions | 0.8 | $ 350 | $ 280.00 |
| 1/8/2014 | FARHAN, MOHAMMAD | International Assignment Services | Dennis Florian | Regarding assignee: John Haley - upfront completed, missing info sent, had to clarify about his return status as in MFJ or MFS. | 2.0 | $ 275 | $ 550.00 |
| 1/8/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Revised January payroll log to remove goods & services differential from assignee: Kok-How Chew's record due to reimbursement of actual meal expenses and posted report to eRoom for Stephenie Gettier to process. | 0.9 | $ 200 | $ 180.00 |
| 1/8/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed and finalized Brookfield invoice and assignee: Kok-How Chew's repatriation expenses and submitted to Stephenie Gettier for processing | 0.6 | $ 200 | $ 120.00 |
| 1/8/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed Brookfield invoice and assignee: Kok-How Chew's repatriation expenses and submitted to Francine Gesvantner for review | 1.3 | $ 200 | $ 260.00 |
| 1/8/2014 | HEIKKINEN, DEBRA L | Employee Benefit Plan Services | John Forgach | Telephone conversation with John Forgach and Brian Epstein regarding VSPP agreements; discussion with Tom Pevarnik (Deloitte Tax - Washington National Tax) regarding VSPP arrangements as nonqualified deferred compensation plans | 1.0 | $ 700 | $ 700.00 |
| 1/8/2014 | PEVARNIK, THOMAS R JR | Employee Benefit Plan Services | John Forgach | Discussion of FICA taxation benefits with Deb Heikkinen. | 0.3 | $ 700 | $ 210.00 |
| 1/8/2014 | SHAIKH, WAQAS UDDIN | Employee Benefit Plan Services | John Forgach | Finalized first draft of Memo pertaining to VSPP. Ready for initial review | 2.0 | $ 430 | $ 860.00 |
| 1/8/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | Sept. Oct. nov bankruptcy fee report support and collection of data | 2.6 | $ 325 | $ 845.00 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 1/9/2014 | ACHARJEE, JOYEETA | International Assignment Services | Dennis Florian | Regarding assignee: John Haley - 2012/ tax return prep work started | 3.8 | $ | 200 | $ 760.00 |
| 1/9/2014 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | review of monthly compensation report for assignees:  Tayfun Altug, Eric Austraw, Nathaniel Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, James Nee and Michael Piergrossi | 0.6 | $ | 425 | $ 255.00 |
| 1/9/2014 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Working on the December payroll imports and the year-to-date reconciliations for assignees:  Eric Austraw, Nathaniel Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, James Nee and Michael Piergrossi | 5.6 | $ | 275 | $ 1,540.00 |
| 1/9/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | email to Cindy Zhang regarding assignee: Kok-How Chew's December and January on-going allowances due to early repatriation | 0.9 | $ | 275 | $ 247.50 |
| 1/9/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Period 3 compensation collection call with Cristi Cagle, email to confirm tax authorization list with Robert Creighton | 1.8 | $ | 275 | $ 495.00 |
| 1/9/2014 | FARHAN, MOHAMMAD | International Assignment Services | Dennis Florian | Regarding assignee: John Haley - 20112 US return Preparation. | 0.2 | $ | 275 | $ 55.00 |
| 1/9/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed the December payroll imports and the year-to-date reconciliations for assignees:  Eric Austraw, Nathaniel Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, James Nee and Michael Piergrossi | 3.2 | $ | 200 | $ 640.00 |
| 1/9/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | researched assignee: Collin Picton payments in prior year compensation reports; sent outstanding expenses to Aloke Gupta to prepare expense cover sheet and sent to Stephenie Gettier for payment. | 0.9 | $ | 200 | $ 180.00 |
| 1/9/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Prepared back end payroll import file from December payroll register for international payroll | 2.2 | $ | 200 | $ 440.00 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 1/9/2014 | HEIKKINEN, DEBRA L | Employee Benefit Plan Services | John Forgach | Review Tom Pevarnik's email on IRC Section 3121(v)(2) 1994 transition rule; participate in conference call with Brian Epstein and John Forgach and Waqas Shaikh regarding VSPP spreadsheet, FICA taxes and W-2/1099 reporting | 1.0 | $ | 700 | $ 700.00 |
| 1/9/2014 | PEVARNIK, THOMAS R JR | Employee Benefit Plan Services | John Forgach | Provided regulation cite to Deb Heikkinen. | 0.3 | $ | 700 | $ 210.00 |
| 1/9/2014 | SHAIKH, WAQAS UDDIN | Employee Benefit Plan Services | John Forgach | Call with W.R.Grace to determine FICA tax treatment of distributions from VSPP arrangements. | 1.0 | $ | 430 | $ 430.00 |
| 1/10/2014 | ACHARJEE, JOYEETA | International Assignment Services | Dennis Florian | Regarding assignee: John Haley - tax return preparation complete | 0.3 | $ | 200 | $ 60.00 |
| 1/10/2014 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | review of monthly compensation report for assignees: Tayfun Altug, Eric Austraw, Nathaniel Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, James Nee and Michael Piergrossi | 1.3 | $ | 425 | $ 552.50 |
| 1/10/2014 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Working on the December payroll imports and the year-to-date reconciliations for assignees: Eric Austraw, Nathaniel Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, James Nee and Michael Piergrossi | 4.1 | $ | 275 | $ 1,127.50 |
| 1/10/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | follow up email to Cindy Zhang regarding assignee: Kok-How Chew's January payroll | 0.2 | $ | 275 | $ 55.00 |
| 1/10/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Leonid Leznik - 2012: Follow up questions from taxpayer regarding tax equalization calculation | 0.3 | $ | 350 | $ 105.00 |
| 1/10/2014 | DAMARAJU, UDAYA SANKAR | International Assignment Services | Dennis Florian | Regarding Assignee: Mike Ragan - update file with Michael R communication to tracker and updated Robert accordingly. | 0.1 | $ | 275 | $ 27.50 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|------------|
| 1/10/2014 | FARHAN, MOHAMMAD | International Assignment Services | Dennis Florian | Regarding assignee: John Haley - Reviewed the complete return, made many changes in the return. | 3.5 | $ 275 | $ 962.50 |
| 1/10/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | review of monthly compensation report for assignees: Tayfun Altug, Eric Austraw, Nathaniel Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, James Nee and Michael Piergrossi | 6.4 | $ 200 | $ 1,280.00 |
| 1/13/2014 | CHAVALI, VIJAYA SARADHI | International HR & Compliance Services | Dennis Florian | Working on the changes to the compensation for assignee: Jens Ebinghaus and Dirk Strassner as per the emails received from Francine Gesvantner | 0.4 | $ 275 | $ 110.00 |
| 1/13/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | followed up with Dennis Florian regarding assignee: Kok-How Chew's goods & services differential updates | 0.1 | $ 275 | $ 27.50 |
| 1/13/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Bob Hoover - Australian Tax Consultation - Have Australian team notified to conduct | 0.3 | $ 350 | $ 105.00 |
| 1/13/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Send request for information to Kristina Zimmerman regarding assignee: Dirk Strassner's December 2012 payroll data as to whether it was included in his 2012 tax returns. Send Stephenie Gettier January payroll file with updated information for assignees: Tayfun Altug, Eric Austraw, Nathaniel Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, James Nee and Michael Piergrossi | 1.3 | $ 200 | $ 260.00 |
| 1/13/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | reviewed assignee: Leonid Leznik's invoice for car rental and sent to Aloke Gupta for processing | 0.3 | $ 200 | $ 60.00 |
| 1/13/2014 | HEIKKINEN, DEBRA L | Employee Benefit Plan Services | John Forgach | VSPP memo corrections | 4.0 | $ 700 | $ 2,800.00 |
| 1/13/2014 | PEVARNIK, THOMAS R JR | Employee Benefit Plan Services | John Forgach | Drafted email on IRC Section 3121(v)(2) 1994 transition rule to Deb Heikkinen | 0.5 | $ 700 | $ 350.00 |

EXHIBIT C

**Hourly Detail**

**January 1 through March 15, 2014***
**W. R. Grace & Co.**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 1/13/2014 | SHAIKH, WAQAS UDDIN | Employee Benefit Plan Services | John Forgach | Updated spreadsheet regarding the tax reporting of distributions to directors. Discussed open issues with Debra Heikkinen. | 1.5 | $ | 430 | $ 645.00 |
| 1/14/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | call to Dennis Florian regarding assignee: Kok-How Chew's January payroll changes and sent follow up communication to Francine Gesvantner advising of actions | 0.3 | $ | 275 | $ 82.50 |
| 1/14/2014 | DAMARAJU, UDAYA SANKAR | International Assignment Services | Dennis Florian | Regarding Assignee: Mike Ragan -update file with Michael's communication to Robert and updated team accordingly. | 0.2 | $ | 275 | $ 55.00 |
| 1/14/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed assignee: Leonid Leznik's car rental invoice back and sent to Stephenie Gettier for payment. | 0.2 | $ | 200 | $ 40.00 |
| 1/14/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed car rental expense for assignee: Leonid Leznik | 0.6 | $ | 200 | $ 120.00 |
| 1/14/2014 | HEIKKINEN, DEBRA L | Employee Benefit Plan Services | John Forgach | Finalized the VSPP memo and emailed it to John Forgach and Brian Epstein at WR Grace | 0.5 | $ | 700 | $ 350.00 |
| 1/14/2014 | MAHONEY, MICHAEL KARL | Employee Benefit Plan Services | John Forgach | W.R. Grace - Reviewing and updating VSPP Memo | 1.5 | $ | 525 | $ 787.50 |
| 1/14/2014 | SHAIKH, WAQAS UDDIN | Employee Benefit Plan Services | John Forgach | Discussed VSPP Memo with Mike Mahoney. Updated Summary Table. Made final revisions and sent to W.R. Grace. Also sent spreadsheet on reporting of distributions made to directors. | 1.5 | $ | 430 | $ 645.00 |
| 1/15/2014 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee: William McCall - follow up email regarding 2012 tax return missing information | 0.3 | $ | 275 | $ 82.50 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|----------|---------------|------------------|---------------|-------------|-------|--------------|---|------------|
| 1/15/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | email correspondence with Dennis Florian, Cinday Zhang, Francine Gesvantner and assignee: Kok-How Chew's January China payroll updates | 1.6 | $ | 275 $ | 440.00 |
| 1/15/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | follow up with Robert Creighton regarding 2013 tax authorization list for inactive assignees | 0.1 | $ | 275 $ | 27.50 |
| 1/15/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Provided Stephenie Gettier with shipping container sizes from cost estimate assumptions | 0.3 | $ | 200 $ | 60.00 |
| 1/15/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Update payroll log for January to remove assignee: Kok-How Chew's housing allowance and goods & services and updated assignee tracker with new assignment end date of March 31 as per his email | 0.6 | $ | 200 $ | 120.00 |
| 1/16/2014 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding assignee: William McCall - 2012 tax return additional information | 0.2 | $ | 275 $ | 55.00 |
| 1/16/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | initial preparation work for on new Collin Picton request for assignee: Dayaram Sharma; sent request for to Brookfield for shipping fees and Cultural Awareness International for destination services fees; sent list of questions to Dennis Florian regarding missing information | 2.3 | $ | 200 $ | 460.00 |
| 1/16/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | reviewed global compensation eRoom to see if any period 4 compensation for non-US touching assignees had been received. Send email to Miki You with Deloitte China to request copies of China tax returns for China touching assignees since China contact has not responded. | 0.4 | $ | 200 $ | 80.00 |
| 1/17/2014 | BEZNICKI, KAREN LAU | International Assignment Services | Dennis Florian | Regarding Assignee: Mike Ragan - 2012 Tax Return review points | 0.5 | $ | 275 $ | 137.50 |
| 1/17/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | 2014 compensation collection calendar planning; reviewed China compensation received | 0.4 | $ | 275 $ | 110.00 |

EXHIBIT C

**Hourly Detail**

**January 1 through March 15, 2014***
**W. R. Grace & Co.**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 1/17/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding Assignee: Mike Ragan - 2011-2013 Compensation questions from the taxpayer - respond to his e-mail | 0.6 | $ | 350 | $ 210.00 |
| 1/17/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Followed up with Dennis Florian regarding outstanding questions for assignee: Dayaram Sharma's cost estimate as well as Brookfield regarding shipping quotes | 0.7 | $ | 200 | $ 140.00 |
| 1/17/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Review Brookfield invoices received and send to Aloke Gupta for processing. | 0.4 | $ | 200 | $ 80.00 |
| 1/17/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | reviewed November and December compensation files received from China. updated covars on collection spreadsheet to include Host Taxes Paid by Company; Provided detailed notes for Aloke Gupta to ensure that the files are imported to the appropriate pay code and processing location in GlobalAdvantage IHR | 2.3 | $ | 200 | $ 460.00 |
| 1/17/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Began cost projection work for Dayaram Sharma | 3.8 | $ | 200 | $ 760.00 |
| 1/17/2014 | HEIKKINEN, DEBRA L | Employee Benefit Plan Services | John Forgach | Revise tax reporting column on VSPP spreadsheet, review with Waqas Shaikh; participate in call with John Forgach, Brian Epstein, and Waqas Shaikh to review VSPP memo and tax reporting | 1.0 | $ | 700 | $ 700.00 |
| 1/17/2014 | SHAIKH, WAQAS UDDIN | Employee Benefit Plan Services | John Forgach | Discussed VSPP memo with John Forgach, Brian Epstein & Debra Heikkinen | 0.5 | $ | 430 | $ 215.00 |
| 1/17/2014 | SHURIN, ALEXANDER SANDY | Global Rewards Services | Brian Epstein | Call with Brian Epstein regarding French qualified plan update and request for initial 2011 amended and restated plan; internal email to colleagues in France regarding W.R. Grace plans for French qualified plan implementation. | 0.3 | $ | 525 | $ 157.50 |
| 1/17/2014 | ZHAO, CHANGSHUAI | International Assignment Services | Dennis Florian | Regarding assignee: William McCall - update wps and tr - cost basis and date | 0.5 | $ | 200 | $ 100.00 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees | |
|---|---|---|---|---|---|---|---|---|---|
| 1/20/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed Brookfield invoices | 1.3 | $ | 200 | $ | 260.00 |
| 1/20/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Prepared import file, imported and ran pay run, pulled reports and posted to eRoom. | 2.2 | $ | 200 | $ | 440.00 |
| 1/21/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Sent email to assignee: Kok-How Chew's regarding the receipt and processing of his assignment-related expense report | 0.3 | $ | 275 | $ | 82.50 |
| 1/21/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2013 Authorization List - Follow up with global contacts to get their input | 0.3 | $ | 350 | $ | 105.00 |
| 1/21/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed first cost projection processed by Aloke Gupta for assignee: Dayaram Sharma | 0.6 | $ | 200 | $ | 120.00 |
| 1/21/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Review imported China host data; send comments back to Aloke Gupta regarding corrections | 1.1 | $ | 200 | $ | 220.00 |
| 1/21/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Send Brookfield invoices to Stephenie Gettier. | 0.3 | $ | 200 | $ | 60.00 |
| 1/21/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Made adjustments to assignee: Dayaram Sharma's cost projection per request from Francine Gesvantner | 2.3 | $ | 200 | $ | 460.00 |
| 1/21/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: Sonya D 2012/13 UK return to UK office | 0.2 | $ | 200 | $ | 40.00 |

EXHIBIT C

**Hourly Detail**

**January 1 through March 15, 2014***
**W. R. Grace & Co.**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 1/22/2014 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | prepare supporting schedules for 14th interim fee applications | 4.1 | $ | 600 | $ 2,460.00 |
| 1/22/2014 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | discussions with Francine Gesvantner regarding assignee: Dayaram Sharma's India to US cost projections | 0.4 | $ | 425 | $ 170.00 |
| 1/22/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Indonesia Deloitte Contact Request from Client - Reach out to team | 0.5 | $ | 350 | $ 175.00 |
| 1/22/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2013 Authorization List - Final follow up | 0.2 | $ | 350 | $ 70.00 |
| 1/22/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Leonid Leznik - 2012: US Tax Equalization - Questions from taxpayer and company regarding amount owed to company | 0.8 | $ | 350 | $ 280.00 |
| 1/22/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | reviewed cost projection back up calculations for assignee: Dayaram Sharma that Aloke Gupta posted to the eRoom folder. Sent follow up to Brookfield for shipping data; send shipping data and detailed emails to Aloke Gupta for completion of projections | 1.3 | $ | 200 | $ 260.00 |
| 1/22/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed Brookfield invoice as processed by Aloke Gupta and sent to Stephenie Gettier for payment. Reviewed home leave expenses for assignee: Eric Austraw and sent to Aloke Gupta for processing. | 0.8 | $ | 200 | $ 160.00 |
| 1/22/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Review host compensation data that Aloke Gupta imported into Global Advantage IHR and sent follow up to Bee Lan in Singapore for assignee: Dirk Strassner's host data. | 1.2 | $ | 200 | $ 240.00 |
| 1/22/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Updated compensation imports | 0.6 | $ | 200 | $ 120.00 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 1/23/2014 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | continue to prepare supporting schedules for 14th interim fee applications and prepare draft interim fee application | 2.7 | $ 600 | $ 1,620.00 |
| 1/23/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Communications with Aloke Gupta regarding assignee: Dayaram Sharma's cost estimates; discussion with Dennis Florian regarding home sale vs. home lease options | 0.3 | $ 200 | $ 60.00 |
| 1/23/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed assignee: Eric Austraw's assignment-related expense reports provided by Aloke Gupta and sent to Stephenie Getting for processing in February payroll | 0.3 | $ 200 | $ 60.00 |
| 1/23/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed assignee: Dirk Strassner's compensation that was already received and followed up with Ute Groeger for December Germany compensation | 1.4 | $ 200 | $ 280.00 |
| 1/23/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed assignment-related expense invoice for assignee: Eric Austraw | 0.7 | $ 200 | $ 140.00 |
| 1/23/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | draft bankruptcy fee applications for Dec and Jan | 4.0 | $ 325 | $ 1,300.00 |
| 1/24/2014 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | Conference call with Dennis Florian, Stephenie Gettier, Lindsey Malone and Rob Creighton to discuss the Dow acquisition employees and follow up communication | 1.6 | $ 425 | $ 680.00 |
| 1/24/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Indonesia Deloitte Contact Request from Client - follow up with team | 0.3 | $ 350 | $ 105.00 |
| 1/24/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2013 Global Authorization List - Review, Changes, Send Company for Approval | 1.6 | $ 350 | $ 560.00 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 1/24/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | DOW Short Term Business Travelers Transition to Grace - Correspondence with Deloitte DOW team, discuss set up/procedures with Cristi, conference call with the company (Dennis Florian and others) to discuss procedures, etc. | 1.8 | $ 350 | $ 630.00 |
| 1/24/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Leonid Leznik -2012: US Tax Equalization - Set up call with Leonid to explain tax equalization | 0.3 | $ 350 | $ 105.00 |
| 1/24/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Social Security/Medicare Under withholding Issue for F/H Visa Holder - Discuss Cristi Cagle, Call with Stephenie Gettler to Discuss, and Debrief | 0.9 | $ 350 | $ 315.00 |
| 1/24/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Reviewed and updated cost estimate for assignee:  Dayaram Sharma | 3.3 | $ 200 | $ 660.00 |
| 1/24/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Discuss outstanding 2013 W2s with Cristi Cagle and next steps to obtain the missing ones | 0.3 | $ 200 | $ 60.00 |
| 1/24/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Updated assignee: Dayaram Sharma's cost estimate | 1.6 | $ 200 | $ 320.00 |
| 1/24/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: telephone conference with client regarding DOW assignees acquired | 0.5 | $ 200 | $ 100.00 |
| 1/24/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: question to China tax team regarding short-term business travelers | 0.2 | $ 200 | $ 40.00 |
| 1/24/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Authorization list email clarifications | 0.5 | $ 200 | $ 100.00 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 1/24/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Question to China tax team regarding short-term business travelers | 0.2 | $ 200 | $ 40.00 |
| 1/26/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Reviewed assignee: Dayaram Sharma's cost estimate | 0.4 | $ 275 | $ 110.00 |
| 1/27/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Reviewed monthly call agenda for Francine Gesvanter; set up call with Aloke Gupta to discuss expense log; call with Francine Gesvanter regarding assignee: Robert Hoover's expense log reporting | 0.7 | $ 275 | $ 192.50 |
| 1/27/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | DOW Short term business travelers - set up call with Deloitte DOW team | 0.3 | $ 350 | $ 105.00 |
| 1/27/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Leonid Leznik -2012: US Tax Equalization Calculation - Multiple e-mail correspondence with Leonid and 30 minute phone conversation to explain amount due to company | 1.2 | $ 350 | $ 420.00 |
| 1/27/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: William McCall - 2012: US Federal and State Returns, Tax Equalization Calculation - Review, changes, sign - 100 pages of source documents and stock options | 4.5 | $ 350 | $ 1,575.00 |
| 1/27/2014 | GESVANTER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Created agenda for monthly meeting call with Dennis Florian, Laura Cornett and Stephenie Gettier | 1.2 | $ 200 | $ 240.00 |
| 1/27/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Created agenda for monthly meeting call with Dennis Florian, Laura Cornett and Stephenie Gettier and reviewed it with Laura Cornett prior to distributing to Dennis Florian and Stephenie Gettier; discussed expense log tracking with Laura Cornett | 1.6 | $ 200 | $ 320.00 |
| 1/28/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Conducted monthly call with Francine Gesvanter, Dennis Florian and Stephenie Gettier; call with Francine Gesvanter regarding expense log changes and internal call with Aloke Gupta and Vijay Chavali | 1.3 | $ 275 | $ 357.50 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 1/28/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: Altug Tayfun - US Tax Briefing for Change in Deloitte team due to DOW Purchase - set up time | 0.2 | $ 350 | $ 70.00 |
| 1/28/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Conducted monthly call with Laura Cornett, Dennis Florian and Stephenie Gettier; call with Laura Cornett regarding expense log changes and internal call with Aloke Gupta and Vijay Chavali | 3.8 | $ 200 | $ 760.00 |
| 1/28/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed repatriation expenses for assignee: Kok-How Chew;  Updated tax logic in Global Advantage IHR | 1.4 | $ 200 | $ 280.00 |
| 1/28/2014 | MANIKONDA, RAMYA RAO | International Assignment Services | Dennis Florian | Regarding assignee: William McCall - e-delivery | 0.5 | $ 200 | $ 100.00 |
| 1/28/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: calendar invite for DOW assignee Altug Tayfun | 0.1 | $ 200 | $ 20.00 |
| 1/28/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Altug Tayfun - Setup meeting and calendar invite for tax briefing | 0.1 | $ 200 | $ 20.00 |
| 1/29/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | prepared for and conducted call with Aloke Gupta regarding expense log; sent email update to Cristi Cagle documenting discussion with Aloke Gupta; email to assignee: Robert Hoover regarding repatriation shipment | 1.9 | $ 275 | $ 522.50 |
| 1/29/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Sent follow up email to Francine Gesvantner regarding outstanding period 4 compensation | 0.2 | $ 275 | $ 55.00 |
| 1/29/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2013 Organizer Set Up and equity details request | 0.5 | $ 350 | $ 175.00 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 1/29/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2013 Global Authorization List - Edits to list based on company comments and response to Dennis Florian's comments, e-mails to UK office regarding David Hartill authorization and to Philippines regarding 2013 authorizations | 1.0 | $ | 350 $ | 350.00 |
| 1/29/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | 2013 Organizer Set Up and equity details request | 0.5 | $ | 350 $ | 175.00 |
| 1/29/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | DOW Short term business travelers - call with Deloitte DOW team to discuss transition and how Grace should handle going forward, also discuss permanent establishment issues | 0.8 | $ | 350 $ | 280.00 |
| 1/29/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Regarding assignee: William McCall - 2012: US Federal and State Returns, Tax Equalization Calculation - Review processed documents and send for final approval | 0.3 | $ | 350 $ | 105.00 |
| 1/29/2014 | CREIGHTON, ROBERT BYRON | International Assignment Services | Dennis Florian | Zhi Jie Du FICA Tax Withholding Issue - Discuss with internal experts and summarize how to proceed with correcting the issue for the company | 0.9 | $ | 350 $ | 315.00 |
| 1/29/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | update payroll log for February for assignees:  Tayfun Altug, Eric Austraw, Nathaniel Faulkenberry, Adam Gross, Robert Hoover, German Huerta, Leonid Leznik, James Nee and Michael Piergrossi | 0.4 | $ | 200 $ | 80.00 |
| 1/29/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Internal call with Aloke Gupta and Laura Cornett to discuss expense log and ways to improve usage. | 0.8 | $ | 200 $ | 160.00 |
| 1/29/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Forwarded Germany compensation to Aloke Gupta for import into Global Advantage IHR and posted file to eRoom | 0.4 | $ | 200 $ | 80.00 |
| 1/29/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Posted updated tax authorization list to the eRoom; updated assignee listing with new end date for assignee: Robert Hoover as per Dennis Florian; sent email to Laura Cornett regarding the end of assignment services for assignee: Robert Hoover | 0.6 | $ | 200 $ | 120.00 |

EXHIBIT C

Hourly Detail

**January 1 through March 15, 2014\***
**W. R. Grace & Co.**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 1/29/2014 | GUPTA, ALOKE | International HR & Compliance Services | Dennis Florian | Processed assignment-related expenses for assignees: Robert Hoover, Nathaniel Faulkenberry and Kok-How Chew | 3.1 | $ 200 | $ 620.00 |
| 1/29/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: call regarding DOW assignees with Robert Creighton and Julie Rubidge | 0.5 | $ 200 | $ 100.00 |
| 1/29/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | 2013 Authorization List follow up email to Dennis Florian | 0.2 | $ 200 | $ 40.00 |
| 1/29/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Conference call regarding DOW assignees with Robert Creighton and Julie Rubidge | 0.5 | $ 200 | $ 100.00 |
| 1/29/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Regarding assignee: Altug Tayfun - US Tax Briefing | 0.5 | $ 200 | $ 100.00 |
| 1/30/2014 | CAGLE, CRISTI BROOKS | International HR & Compliance Services | Dennis Florian | communications with Vijay Chavali, Laura Cornett, Francine Gesvantner and Aloke Gupta regarding actions for 2013 W-2 reconciliations and compensation reports for global assignee population | 0.2 | $ 425 | $ 85.00 |
| 1/30/2014 | MODI, POOJA | International Assignment Services | Dennis Florian | Sent e-mail to Shaurya for checking organizer defaults of 2013 with 2012./As she did not know how to do this, I had to explain her on call. | 0.1 | $ 275 | $ 27.50 |
| 1/30/2014 | SHAIKH, WAQAS UDDIN | Employee Benefit Plan Services | John Forgach | Organized documentation in support of VSPP memo & engagement | 1.5 | $ 430 | $ 645.00 |
| 1/31/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: update request from foreign offices | 0.3 | $ 200 | $ 60.00 |

EXHIBIT C

**Hourly Detail**

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 1/31/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | DOW assignee email addresses | 0.2 | $ | 200 | $ 40.00 |
| 1/31/2014 | MANLY SPAIN, FESTINA | International Assignment Services | Dennis Florian | Admin: DOW assignee email addresses | 0.2 | $ | 200 | $ 40.00 |
| 2/2/2014 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | bankruptcy fee applications review | 1.2 | $ | 700 | $ 840.00 |
| 2/3/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | january time and expense gathered | 1.4 | $ | 325 | $ 455.00 |
| 2/4/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | gathering billing data | 0.5 | $ | 325 | $ 162.50 |
| 2/5/2014 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | review, update and revise bankruptcy fee application support for September and October. | 1.6 | $ | 600 | $ 960.00 |
| 2/6/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | gathering billing data | 1.2 | $ | 325 | $ 390.00 |
| 2/7/2014 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | continue to update and revise bankruptcy fee applications for Sep through Nov 2013 | 0.7 | $ | 600 | $ 420.00 |
| 2/7/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | gathering information for billing | 0.2 | $ | 325 | $ 65.00 |

EXHIBIT C

Hourly Detail

January 1 through March 15, 2014*
W. R. Grace & Co.

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | | Prof. Fees |
|---|---|---|---|---|---|---|---|---|
| 2/8/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | updates to dec time and expense summary sheets | 0.6 | $ | 325 | $ 195.00 |
| 2/10/2014 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | call with bankruptcy court fee auditor and OGC | 0.8 | $ | 600 | $ 480.00 |
| 2/10/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on December and January fees and expenses | 0.5 | $ | 325 | $ 162.50 |
| 2/11/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | December and January spreadsheets updated for fees and expenses | 1.6 | $ | 325 | $ 520.00 |
| 2/12/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on Dec and Jan fees and expenses | 0.9 | $ | 325 | $ 292.50 |
| 2/17/2014 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | worked on final monthly fee applications | 0.4 | $ | 700 | $ 280.00 |
| 2/17/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | admin support | 0.1 | $ | 325 | $ 32.50 |
| 2/20/2014 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | worked on final monthly fee applications | 0.5 | $ | 700 | $ 350.00 |
| 2/21/2014 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | call to discuss Grace billing / Puerto Rico adjustments | 0.5 | $ | 600 | $ 300.00 |

EXHIBIT C

**Hourly Detail**

**January 1 through March 15, 2014\***
**W. R. Grace & Co.**

| Workdate | Employee Name | Project Category | Grace Contact | Description | Hours | Billing Rate | Prof. Fees |
|---|---|---|---|---|---|---|---|
| 2/21/2014 | GORDON, JARED H | Bankruptcy Administration & Misc Matters | Don Teichen | worked on final monthly fee applications | 0.7 | $ 700 | $ 490.00 |
| 2/28/2014 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | started to review December & January fee application support documents | 0.8 | $ 600 | $ 480.00 |
| 3/2/2014 | BROOKS, THOMAS J | Bankruptcy Administration & Misc Matters | Don Teichen | review and update draft bankruptcy fee application for December | 0.6 | $ 600 | $ 360.00 |
| 3/4/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on february and january time and expense | 1.2 | $ 325 | $ 390.00 |
| 3/13/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | worked on time and expense for dec - feb | 1.2 | $ 325 | $ 390.00 |
| 3/14/2014 | WICKERT, DIANE L | Bankruptcy Administration & Misc Matters | Don Teichen | updated jan spreadsheet | 0.4 | $ 325 | $ 130.00 |
| | | | | | 226.8 | | 72,702.50 |
| | | | | | | | (17,205.00) |
| | | | | | | | 55,497.50 |

\* time incurred after February 2, 2014, relates to efforts necessary to process bankrtupcy fee applications