EXHIBIT D

**W. R. Grace**
**Expenses**
**Detail**
**January 1 through February 2, 2014**

| Date | Name | Project Category | Grace Contact | Description | Related Expenses |
|---|---|---|---|---|---|
| 1/3/2014 | CORNETT, LAURA CULVER | International HR & Compliance Services | Dennis Florian | Internal conference call to discuss year end deliverables and actions. participants included Aloke Gupta, Vijay Chavali, Cristi Cagle and Francine Gesvantner | 3.98 |
| 1/7/2014 | GESVANTNER, FRANCINE RAE | International HR & Compliance Services | Dennis Florian | Internal conference call to discuss year end deliverables and actions. participants included Aloke Gupta, Vijay Chavali and Laura Cornett | 2.19 |

Expenses for January 2014    $ 6.17