# Warren H. Smith & Associates, P.C.

2235 Ridge Road
Suite 105
Rockwall, TX  75087
Tax Id# 01-0584406

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

March 25, 2014

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11576

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 10/1/2013 AL | Update database with Kramer's August fee application (.2); Foley's August fee application (.2) | 0.40 | 32.00 |
| BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
| BSR | Review of Deloitte Tax's Jan. 2013 monthly fee application and fee and expense summary re same | 0.30 | 93.00 |
| BSR | Review of Baker Donelson's monthly fee applications for October, November, and December 2012, as well as Jan., Feb., March, April, May, and June 2013 | 1.00 | 310.00 |
| 10/2/2013 JAW | Detailed review of Frankel's May 16, 2013 - May 31, 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| JAW | E-mail to B. Ruhlander/A. Lopez re: missing fee detail from Orrick's April 1, 2013 - May 15, 2013 fee application (0.10);  receive/review e-mail from B. Ruhlander forwarding detail requested (0.10) | 0.20 | 35.00 |
| JAW | Detailed review of Orrick's May 16, 2013 - May 31, 2013 fee application (0.70); draft summary of same (0.10) | 0.80 | 140.00 |
| JAW | Detailed review of Orrick's April 1, 2013 - May 15, 2013 fee application (1.30); draft summary of same (0.10) | 1.40 | 245.00 |
| JAW | Detailed review of Scarfone's August 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| JAW | Detailed review of Orrick's June 2013 fee application (0.80); draft summary of same (0.30) | 1.10 | 192.50 |

W.R. Grace & Co.                                                                                                    Page      2

|            |     |                                                                                                                                                                          | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/2/2013  | JAW | Detailed review of Hogan Firm's July 2013 fee application (0.30); draft summary of same (0.10)                                                                             | 0.40  | 70.00  |
|            | JAW | Detailed review of Kramer's August 2013 fee application (0.30); draft summary of same (0.20)                                                                               | 0.50  | 87.50  |
|            | JAW | Detailed review of Foley's August 2013 fee application (0.30); draft summary of same (0.20)                                                                                | 0.50  | 87.50  |
|            | JAW | Detailed review of Hogan Firm's August 2013 fee application (0.40); draft summary of same (0.20)                                                                           | 0.60  | 105.00 |
|            | JAW | Detailed review of Saul's August 2013 fee application (0.30); draft summary of same (0.10)                                                                                 | 0.40  | 70.00  |
|            | JAW | Detailed review of Lauzon's August 2013 fee application (0.10); draft summary of same (0.10)                                                                               | 0.20  | 35.00  |
|            | BSR | receive, review, and respond to email from James Wehrmann re Orrick and Frankel fee applications (.1); email to Debra Fullem at Orrick requesting expense detail (.1)      | 0.20  | 62.00  |
|            | JAW | Detailed review of Frankel's June 2013 fee application (0.40); draft summary of same (0.10)                                                                                | 0.50  | 87.50  |
|            | JAW | Detailed review of Scarfone's July 2013 fee application (0.20); draft summary of same (0.10)                                                                               | 0.30  | 52.50  |
|            | JAW | Detailed review of Lauzon's July 2013 fee application (0.20); draft summary of same (0.10)                                                                                 | 0.30  | 52.50  |
|            | AL  | receive and review email from J. Wehrmann re Frankel's May through June fee application and Orrick's April through May fee application (.1); Research Pacer re same (.4); update database with same (.2) | 0.70  | 56.00  |
|            | WHS | receive, review, and respond to email from Mr. Struthers-Kennedy re payment to Proviti                                                                                     | 0.20  | 67.00  |
| 10/3/2013  | AL  | update database with Higgins' August electronic detail and July CNO (.2); Bilzin's August electronic detail (.1)                                                          | 0.30  | 24.00  |
|            | AL  | Update database with Stroock's August fee application (.2); Higgins' August fee application (.2)                                                                           | 0.40  | 32.00  |
| 10/7/2013  | AL  | Update database with Grant's January through March fee application (.2); Blackstone's July fee application (.2)                                                             | 0.40  | 32.00  |
|            | BSR | Receive and review email from Debra Fullem re Orrick's expense detail for April through June 2013 and forward same to James Wehrmann                                        | 0.10  | 31.00  |

W.R. Grace & Co.                                                                                                Page    3

| | | Hours | Amount |
|---|---|---|---|
| 10/7/2013 AL | update database with Woodcock's April through June electronic detail (.1); Norton's April through June electronic detail (.1); Norton's February electronic detail (.1) | 0.30 | 24.00 |
| 10/8/2013 JAW | Detailed review of Higgins' August 2013 fee application (0.30); draft summary of same (0.20) | 0.50 | 87.50 |
| JAW | Detailed review of Stroock's August 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| 10/10/2013 AL | update database with K&E's July electronic detail | 0.10 | 8.00 |
| AL | Draft of WHSA's September fee application (1.2); update database with same (.2); draft email to J. Wehrmann re review of fee application (.1) | 1.50 | 120.00 |
| JAW | E-mail to A. Lopez forwarding summaries prepared (0.10). | 0.10 | 17.50 |
| JAW | Detailed review of Blackstone's July 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| 10/11/2013 BSR | Review of Grant Thornton's quarterly fee application for the 49th interim period, as well as Jan. and Feb. 2013 monthly fee applications and fee and expense summaries re same | 0.40 | 124.00 |
| BSR | Review of Ferry Joseph's quarterly fee application for the 49th interim period (monthly applications previously reviewed) | 0.50 | 155.00 |
| BSR | Draft final report re Saul Ewing's quarterly fee application for the 49th interim period | 1.20 | 372.00 |
| AL | update database with K&E's July electronic detail (.1); K&E's 49th interim electronic detail (.2) | 0.30 | 24.00 |
| AL | receive and review email from B. Ruhlander re Ewing's 49th Interim FR (.1); update database with same (.1); draft email to W. Smith re approval (.1) | 0.30 | 24.00 |
| JAW | Proofread Warren H. Smith's September 2013 fee statement and Notice of Filing (0.90); e-mail to A. Lopez regarding no revisions needed to same (0.10) | 1.00 | 175.00 |
| BSR | Review of Norton Rose's Jan. 2013 monthly fee application | 0.20 | 62.00 |
| 10/12/2013 BSR | Draft initial report re Baker Donelson's quarterly fee application for the 46th interim period | 0.70 | 217.00 |
| BSR | Review of Beveridge & Diamond's quarterly fee application for the 49th interim period | 0.10 | 31.00 |
| BSR | Review of Baker Donelson's quarterly fee application for the 49th interim period (monthly applications previously reviewed) | 0.20 | 62.00 |

W.R. Grace & Co.                                                                                          Page    4

|            |     |                                                                                                                                                                                                                    | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/12/2013 | BSR | Review of Baker Donelson's quarterly fee application for the 48th interim period (monthly applications previously reviewed)                                                                                            | 0.20  | 62.00  |
|            | BSR | Review of Baker Donelson's quarterly fee application for the 47th interim period (monthly applications previously reviewed)                                                                                            | 0.20  | 62.00  |
|            | BSR | Research docket for Baker Donelson's 33rd interim fee application (covering the 46th interim period) (.2) and review same (.2)                                                                                         | 0.40  | 124.00 |
| 10/13/2013 | JAW | Detailed review of Woodcock's August 2013 fee application (0.10); draft summary of same (0.10)                                                                                                                        | 0.20  | 35.00  |
|            | JAW | Detailed review of Ferry Joseph's August 2013 fee application (0.20); draft summary of same (0.10)                                                                                                                    | 0.30  | 52.50  |
|            | JAW | Detailed review of Norton's February 2013 fee application (0.10); draft summary of same (0.10)                                                                                                                        | 0.20  | 35.00  |
|            | JAW | Detailed review of Caplin's August 2013 fee application (0.20); draft summary of same (0.10)                                                                                                                          | 0.30  | 52.50  |
|            | JAW | Detailed review of Bilzin's August 2013 fee application (0.20); draft summary of same (0.10)                                                                                                                          | 0.30  | 52.50  |
| 10/14/2013 | JAW | Detailed review of Chart Oak's August 2013 fee application (0.10); draft summary of same (0.10)                                                                                                                       | 0.20  | 35.00  |
|            | JAW | Detailed review of Anderson's August 2013 fee application (0.90); draft summary of same (0.20)                                                                                                                        | 1.10  | 192.50 |
|            | JAW | Detailed review of Kirkland's July 2013 fee application (4.50); draft summary of same (0.60)                                                                                                                          | 5.10  | 892.50 |
|            | JAW | Detailed review of Campbell's August 2013 fee application (0.50); draft summary of same (0.10)                                                                                                                        | 0.60  | 105.00 |
|            | WHS | Detailed review of FR Saul Ewing 49Q 4-6.13                                                                                                                                                                           | 0.30  | 100.50 |
|            | BSR | E-mail to Saul Ewing re final report (49Q)                                                                                                                                                                            | 0.10  | 31.00  |
|            | AL  | receive and review email from W. Smith re approval of Ewing's 49th interim final report (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of same (.3); draft email to B. Ruhlander re service of same (.1) | 0.80  | 64.00  |
|            | AL  | update database with Casner's August electronic detail                                                                                                                                                               | 0.10  | 8.00   |
|            | AL  | receive and review email from W. Smith re approval of WHSA's September fee application (.1); prepare same for electronic filing with the court (.2); update database with same (.1); electronic filing with the court of same (.3); service of same (.1) | 0.80  | 64.00  |

W.R. Grace & Co.                                                                                          Page     5

|            |     |                                                                                                                                                                                                                                                                                                                          | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/14/2013 | BSR | E-mail to Baker Donelson re initial report (46Q)                                                                                                                                                                                                                                                                          | 0.10  | 31.00  |
|            | BSR | E-mail to Baker Donelson re 47th and 48th interim fee applications                                                                                                                                                                                                                                                        | 0.10  | 31.00  |
|            | BSR | E-mail to Baker Donelson with expense question re 49th interim fee application                                                                                                                                                                                                                                            | 0.10  | 31.00  |
|            | BSR | Review of Bilzin Sumberg's quarterly fee application for the 49th interim period (monthlies previously reviewed) (.4); email to Jay Sakalo re same (.2)                                                                                                                                                                     | 0.60  | 186.00 |
|            | BSR | Review of Blackstone's quarterly fee application for the 49th interim period (monthlies previously reviewed) (.1); email to Jamie O'Connell re same (.1)                                                                                                                                                                    | 0.20  | 62.00  |
|            | AL  | receive, review and finalize Baker's 46th interim IR (.3); update database with same (.2); draft email to B. Ruhlander re service of same (.1); receive, review and finalize K&E's 46th interim IR (.3); update database with same (.2); draft email to B. Ruhlander re service of same (.1)                                 | 1.20  | 96.00  |
|            | BSR | Review of Kirkland & Ellis' quarterly fee application for the 49th interim period (monthlies previously reviewed) (.3); draft initial report re same (.6)                                                                                                                                                                   | 0.90  | 279.00 |
|            | BSR | Review of Duane Morris' quarterly and monthly fee applications for the 49th interim period and fee and expense summaries re same                                                                                                                                                                                            | 0.40  | 124.00 |
|            | BSR | E-mail to Kirkland & Ellis re initial report (49Q)                                                                                                                                                                                                                                                                        | 0.10  | 31.00  |
|            | BSR | Review of Lincoln Partners' quarterly application for the 48th interim period (monthly applications previously reviewed)                                                                                                                                                                                                    | 0.20  | 62.00  |
|            | BSR | receive, review, and respond to email from Jay Sakalo re Bilzin's fee application for the 49th interim period                                                                                                                                                                                                              | 0.10  | 31.00  |
|            | BSR | Review of Lincoln Partners' retention application (Roger Frankel) (.2) and order (.1), as well as May and June 2013 monthly applications (.2); email to Debra Fullem inquiring as to April 2013 monthly application (.1)                                                                                                     | 0.60  | 186.00 |
|            | BSR | Review of Pachulski's May 2013 monthly fee application and fee and expense summary re same (.3); check docket for June and quarterly fee applications (.1)                                                                                                                                                                  | 0.40  | 124.00 |
|            | BSR | Review of Orrick's April through May 15, 2013 quarterly (Austern) (included monthlies) and fee and expense summary re same, as well as May 16, 2013 through June 30, 2013 quarterly (Frankel) (including monthlies) and fee and expense summaries re same (.8); review of Orrick's retention application and order as Frankel's counsel (.2) | 1.00  | 310.00 |

W.R. Grace & Co.                                                                                                    Page      6

|  |  | Hours | Amount |
|---|---|---|---|
| 10/14/2013 BSR | Review of Roger Frankel's retention application and order (.2); review of Roger Frankel's quarterly application for the period of May 16, 2013 through June 30, 2013, including monthly applications and fee and expense summaries re same (.3) | 0.50 | 155.00 |
| 10/15/2013 AL | Update database with Capstone's August electronic detail (.1); Lincoln's April electronic detail (.1); PWC's August electronic detail (.1); PWC's July CNO (.1); PWC IRS July CNO (.1); PWC DAREX December through August CNO (.1) | 0.60 | 48.00 |
| AL | Update database with Casner's August fee application | 0.20 | 16.00 |
| BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
| JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| 10/16/2013 AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Orrick's June (.1) Frankel's June (.1) Lauzon's July (.1) Scarfone's July (.1) Hogan's July (.1) Foley's August (.2) Higgins' August (.1) Hogan's August (.1) Kramer's August (.1) Lauzon's August (.1) Ewing's August (.1) Scarfone's August (.2) Stroock's August (.1) and Blackstone's July (.1) fee and expense detail | 1.70 | 136.00 |
| AL | Update database with Woodcock's August fee application (.2); K&E's July fee application (.2); Ferry's August fee application (.1); Bilzin's August fee application (.2); update database with Rich's September electronic detail (.1); Higgins' August electronic detail (.1); Campbell's August fee application (.1); Caplin's August fee application (.2); AKO's August fee application (.2); Charter's August fee application (.1) | 1.50 | 120.00 |
| 10/17/2013 AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Woodcock's August (.1) Ferry's August (.1) Norton's February (.1) Caplin's August (.1) AKO's August (.1) Bilzin's August (.1) Campbell's August (.1) K&E's July (.2) and Charter's August (.1) fee and expense summaries | 1.10 | 88.00 |
| AL | Update database with Capstone's August fee application | 0.20 | NO CHARGE |
| AL | Update database with Sanders' September fee application (.2) and electronic detail (.1); Casner's September electronic detail (.1); Ewing's August CNO (.1) | 0.50 | 40.00 |
| 10/18/2013 JAW | Detailed review of Casner's August 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| 10/21/2013 AL | Update database with Nossaman's August fee application | 0.20 | 16.00 |
| 10/22/2013 JAW | Detailed review of Capstone's August 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |

W.R. Grace & Co.                                                                                    Page     7

|  |  | Hours | Amount |
|---|---|---|---|
| 10/22/2013 JAW | Detailed review of PwC's August 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| AL | Update database with Frankel's August CNO (.1); Orrick's May CNO (.1); Orrick's June CNO (.1); Orrick's July CNO (.1) | 0.40 | 32.00 |
| 10/23/2013 AL | Update database with BMC's July fee application (.1); BMC's August fee application (.2); BMC's September fee application (.1) | 0.40 | 32.00 |
| AL | Update database with Kramer's August CNO (.1); Lauzon's August CNO (.1); Scarfone's August CNO (.1); Hogan's August CNO (.1) | 0.40 | 32.00 |
| 10/25/2013 JAW | E-mail to A Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| AL | Update database with Frankel's September electronic detail (.1); Orrick's September electronic detail (.1); Lincoln's May through June electronic detail (.2) | 0.40 | 32.00 |
| AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Capstone's August (.1) Casner's August (.2) and PWC's August (.1) fee and expense summaries | 0.50 | 40.00 |
| 10/27/2013 JAW | Detailed review of BMC's August 2013 fee application (0.90); draft summary of same (0.10) | 1.00 | 175.00 |
| JAW | Detailed review of BMC's July 2013 fee application (0.70); draft summary of same (0.20) | 0.90 | 157.50 |
| BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
| 10/28/2013 AL | Update database with Reed's September electronic detail | 0.10 | 8.00 |
| 10/29/2013 AL | Update database with Beveridge's August fee application (.2); Grant's August fee application (.1) | 0.30 | 24.00 |
| JAW | Detailed review of Beveridge's August 2013 fee application (0.80); draft summary of same (0.20) | 1.00 | 175.00 |
| JAW | Detailed review of Grant's August 2013 fee application (0.40); draft summary of same (0.70) | 1.10 | 192.50 |
| JAW | Detailed review of BMC's September 2013 fee application (0.80); draft summary of same (0.10) | 0.90 | 157.50 |
| 10/30/2013 BSR | E-mail to Tony Scoles of Deloitte inquiring as to status of Deloitte Tax quarterly fee applications | 0.10 | 31.00 |
| AL | Update database with Ewing's September fee application (.1); Higgins' September fee application (.1); Casner's September fee application | 0.40 | 32.00 |

W.R. Grace & Co.                                                                                                    Page    8

|  |  | Hours | Amount |
|---|---|---|---|
| 10/30/2013 AL | Update database with Foley's September fee application | 0.20 | 16.00 |
| BSR | Review of expense information provided by Kramer Levin in response to email inquiry (49Q) | 0.20 | 62.00 |
| BSR | Review response of Kirkland & Ellis to initial report (49Q) | 0.40 | 124.00 |
| BSR | Review of Baker Donelson's response email to inquiry regarding 49th interim fee application (.2); follow-up email to Frank Childress re same (.1) | 0.30 | 93.00 |
| BSR | Review status of responses to initial reports for the 49th interim period | 0.60 | 186.00 |
| AL | Update database with Hogan's September electronic detail (.1); Scarfone's September electronic detail (.1); Lauzon's September electronic detail (.2); Ewing's September electronic detail (.1); Casner's September electronic detail (.2); Higgins' September electronic detail (.1) | 0.80 | 64.00 |
| AL | Update database with Casner's 114th monthly electronic detail | 0.10 | 8.00 |
| AL | Update database with Stroock's September electronic detail | 0.20 | 16.00 |
| BSR | Review of Lincoln Partners' April 2013 monthly fee application and quarterly fee application for April through May 15, 2013 | 0.30 | 93.00 |
| BSR | Follow-up e-mail to Charter Oak re 49th interim fee application | 0.10 | 31.00 |
| BSR | Research docket for applications and other pertinent filings | 0.30 | 93.00 |
| 10/31/2013 AL | receive and review email from B. Ruhlander re Rich's 49th Q FR (.1); update database with same (.1); draft email from W. Smith re approval (.1) | 0.30 | 24.00 |
| WHS | Detailed review of FR Rich 49Q 4-6.13. | 0.20 | 67.00 |
| AL | receive and review email from B. Ruhlander re Stroock's 49th Interim FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.40 | 32.00 |
| AL | receive and review email from B. Ruhlander re K&E's 49th Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1) | 0.40 | 32.00 |
| AL | Update database with Casner's August fee application | 0.20 | 16.00 |
| AL | receive and review email from W. Smith re approval of Rich's 49Q FR (.1); prepare same for electronic filing (.2); update database with same (.1); electronic filing with the court of same (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 0.90 | 72.00 |
| BSR | E-mail to Alan Rich re final report (49Q) | 0.10 | 31.00 |

W.R. Grace & Co.                                                                                              Page        9

|  |  | Hours | Amount |
|---|---|---|---|
| 10/31/2013 BSR | Draft final report re Alan Rich's 49th interim fee application | 1.20 | 372.00 |
| BSR | E-mail to Warren Smith re expense issue on Baker Donelson's application (49th) (.5); exchange emails with Warren Smith re same (.1); email to Frank Childress re same (.1) | 0.70 | 217.00 |
| BSR | Draft final report re Kirkland & Ellis' 49th interim fee application | 0.50 | 155.00 |
| BSR | Draft final report re Stroock's 49th interim fee application | 0.70 | 217.00 |
| 11/1/2013 AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with BMC's July (.1) BMC's August (.1) BMC's September (.1) Grant's August (.2) and Beveridge's August (.2) fee and expense detail; update database with Hogan's July through September electronic detail (.2); Scarfone's July through September electronic detail (.1); Lauzon's July through September electronic detail (.1); Rich's October electronic detail (.1); Foley's July through September electronic detail (.1) | 1.40 | 112.00 |
| JAW | E-mail to A Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| 11/4/2013 AL | Update database with Scarfone's September fee application (.2); Hogan's September fee application (.1); Lauzon's September fee application (.1); Reed's September fee application (.2) | 0.60 | 48.00 |
| AL | update database with Kramer's September electronic detail | 0.10 | 8.00 |
| AL | receive and review email from W. Smith re approval of Stroock's 49th interim FR (.1); prepare same for electronic filing (.2); update database with same (.2); electronic filing with the court of Stroock's 49th interim FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 1.00 | 80.00 |
| AL | update database with Bilzin's September electronic detail (.1); Ferry's September electronic detail (.1) | 0.20 | 16.00 |
| WHS | Detailed review of FR Stroock 49Q 4-6.13 | 0.20 | 67.00 |
| 11/5/2013 JAW | Detailed review of Hogan's September 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
| JAW | Detailed review of Sanders' September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| JAW | Detailed review of Scarfone's September 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| JAW | Detailed review of Reed's September 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |

W.R. Grace & Co.                                                                              Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/5/2013 | JAW | Detailed review of Kramer's September 2013 fee application (0.40); draft summary of same (0.20) | 0.60 | 105.00 |
|  | JAW | Detailed review of Saul's September 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |
|  | JAW | Detailed review of Lauzon's September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | JAW | Detailed review of Casner's September 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|  | AL | Update database with Kramer's September fee application | 0.20 | 16.00 |
| 11/6/2013 | JAW | Detailed review of Higgins' September 2013 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
|  | AL | update database with Beveridge's September electronic detail (.1); Woodcock's September electronic detail (.1) | 0.20 | 16.00 |
|  | JAW | Detailed review of Foley's September 2013 fee application (0.80); draft summary of same (0.10) | 0.90 | 157.50 |
|  | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Casner's September (.2) Foley's September (.1) Higgins' September (.2) Hogan's September (.1) Kramer's September (.2) Lauzon's September (.1) Sanders' September (.1) Saul's September (.2) and Scarfone's September (.1) fee and expense detail | 1.40 | 112.00 |
| 11/7/2013 | JAW | E-mail to A. Lopez forwarding fee application summaries and any exhibits prepared to save to server (0.10) | 0.10 | 17.50 |
|  | BSR | Draft final report re Baker Donelson's 33rd quarterly fee application (46Q) | 0.70 | 217.00 |
|  | AL | Update database with Blackstone's August fee application (.2); Beveridge's September fee application (.1); Woodcock's September fee application (.2) | 0.50 | 40.00 |
| 11/8/2013 | JAW | Detailed review of Woodcock's September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
|  | BSR | Continue drafting final report re Baker Donelson's 33rd quarterly fee application (46th interim period) | 3.10 | 961.00 |
|  | BSR | Review of additional expense information sent by Frank Childress for Baker Donelson's quarterly fee application for the 49th interim period (.1); email to Frank Childress re same (.1) | 0.20 | 62.00 |
|  | BSR | Research docket for applications and other pertinent filings (.2); email to Patty Cuniff at Pachulski re status of firm's June monthly and quarterly fee application for April - June 2013 (.1) | 0.30 | 93.00 |

W.R. Grace & Co.                                                                                            Page    11

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                        | Hours | Amount |
|------------|-----|----|-------|--------|
| 11/8/2013 | BSR | Receive and review email from James Wehrmann re fee and expense summaries recently completed | 0.10 | 31.00 |
|            | JAW | E-mail to A. Lopez forwarding fee application summaries and any exhibits prepared to save to server (0.10) | 0.10 | 17.50 |
|            | JAW | Detailed review of Beveridge's September 2013 fee application (0.60); draft summary of same (0.10) | 0.70 | 122.50 |
|            | JAW | Detailed review of Blackstone's August 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|            | BSR | Review and respond to email from Jerome de Almeida of Blackstone re publishing expenses charged by that firm | 0.10 | 31.00 |
|            | AL | update database with Caplin's September electronic detail (.1); AKO's September electronic detail (.1); LAS's September electronic detail (.2); Charter's September electronic detail (.1);receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Woodcock's September (.1) Beveridge's September (.2) and Blackstone's September (.2) fee and expense summaries; receive and review email from B. Ruhlander re Baker's 46th Q FR (.1); update database with same (.2); draft email to W. Smith re approval of same (.1); receive and review email from B. Ruhlander re March 26 fee hearing (.1); update database with same (.2); draft email to B. Ruhlander re scheduling (.1) | 1.90 | 152.00 |
| 11/11/2013 | AL | receive and review email from W. Smith re approval of Baker's 46th interim FR (.1); prepare same for electronic filing (.2); update database with same (.2); electronic filing with the court of Baker's 46th interim FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 1.00 | 80.00 |
|            | BSR | Draft omnibus final report for the 49th interim period | 2.40 | 744.00 |
|            | WHS | Detailed review of FR Baker 46Q 7-9.12 | 0.20 | NO CHARGE |
| 11/12/2013 | JAW | Detailed review of Stroock's September 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
|            | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Rich's September (.1) Stroock's September (.2) and Rich's October (.1) fee and expense summaries; update database with Phillips' July through September electronic detail (.2) | 0.70 | 56.00 |
|            | AL | Update database with Rich's September fee application (.2); Hogan's July through September fee application (.1); Scarfone's July through September fee application (.1); Rich's October fee application (.2); Lauzon's July through September fee application (.1); Stroock's September fee application (.2);  Foley's July through September fee application (.1) | 1.00 | 80.00 |

W.R. Grace & Co.                                                                                           Page    12

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/12/2013 | JAW | Detailed review of Rich's October 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Rich's September 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| 11/13/2013 | JAW | Proofread Warren H. Smith's October 2013 fee statement and Notice of Filing (0.60); e-mail to A. Lopez regarding no issues with regard to same (0.10) | 0.70 | 122.50 |
| | BSR | receive, review, and respond to email from Patty Cunniff re Pachulski's fee applications | 0.10 | 31.00 |
| | BSR | telephone conference with Matt Abraham re Grant Thornton's quarterly fee application for the 48th interim period; respond to email from Matt Abraham re same | 0.10 | 31.00 |
| | AL | update database with AKO's July through September electronic detail (.1); Charter's July through September electronic detail (.1); LAS's July through September electronic detail (.1); Campbell's July through September electronic detail (.2); Caplin's July through September electronic detail (.1) | 0.60 | 48.00 |
| | AL | Research Pacer re objections to WHSA's September fee application (.2); draft CNO (.3); update database with same (.1); electronic filing with the court of WHSA's September CNO (.2) | 0.80 | 64.00 |
| | AL | Research fees and expenses of WHSA's October (.4); draft of WHSA's October fee application (.6); update database with same (.2); draft email to J. Wehrmann re review of fee application (.1); receive and review email from J. Wehrmann re no issues (.1); draft email to W. Smith re review of same (.1) | 1.50 | 120.00 |
| 11/14/2013 | AL | update database with PWC's September CNO | 0.10 | 8.00 |
| 11/15/2013 | BSR | Receive and review email from James Wehrmann re most recent fee summaries completed | 0.10 | 31.00 |
| | AL | update database with Higgins's July through September electronic detail (.1); Rich's July through September electronic detail (.1); Capstone's September electronic detail (.1) | 0.30 | 24.00 |
| | JAW | Detailed review of Ferry's September 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | E-mail to A. Lopez forwarding fee application summaries and any exhibits prepared to save to server (0.10) | 0.10 | 17.50 |
| | JAW | Detailed review of Anderson's September 2013 fee application (1.10); draft summary of same (0.10) | 1.20 | 210.00 |

W.R. Grace & Co.                                                                                        Page    13

|  |  | Hours | Amount |
|---|---|---|---|
| 11/15/2013 JAW | Detailed review of Caplin's September 2013 fee application (0.50); draft summary of same (0.10) | 0.60 | 105.00 |
| JAW | Detailed review of Charter Oak's September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| JAW | Detailed review of Campbell's September 2013 fee application (0.50); draft summary of same (0.10) | 0.60 | 105.00 |
| JAW | Detailed review of LAS' September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| JAW | Detailed review of Bilzin's September 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| AL | Update database with Caplin's September fee application (.1); AKO's September fee application (.2); LAS's September fee application (.2); Charter's September fee application (.1); Campbell's September fee application (.2); Casner's September fee application (.1); Bilzin's September fee application (.1); Ferry's September fee application (.2) | 1.20 | 96.00 |
| 11/18/2013 AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with AKO's September (.1) Ferry's September (.1) Bilzin's September (.2) Lasi's September (.1) Campbell's September (.1) Caplin's September (.2) and Charter's September (.1) fee and expense summaries | 1.00 | 80.00 |
| AL | update database with K&E's August electronic detail (.1); Towers' April through June electronic detail (.2); Frankel's September CNO (.1); Stroock's July through September electronic detail (.1); Deloitte's August (.1) July (.1) June (.1) and May (.1) electronic detail | 0.90 | 72.00 |
| JAW | Detailed review of Kirkland's August 2013 fee application (3.30); draft summary of same (0.50). | 3.80 | 665.00 |
| AL | Update database with Tower's April through June fee application (.1); K&E's August fee application (.2) | 0.30 | 24.00 |
| 11/19/2013 AL | receive and review email from W. Smith re approval of WHSA's October fee application (.1); prepare same for electronic filing (.2); update database with same (.2); electronic filing with the court of WHSA's October fee application (.4); prepare same for service (.1) | 1.00 | 80.00 |
| AL | update database with Frankel's September CNO | 0.10 | 8.00 |
| 11/20/2013 BSR | Review of Roger Frankel's retention application for Towers Watson | 0.20 | 62.00 |
| BSR | Review of Towers Watson's April 2013 and quarterly fee application for the 49th interim period | 0.20 | 62.00 |

W.R. Grace & Co.                                                                                    Page    14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/20/2013 | BSR | Research docket for applications and other pertinent filings | 0.20 | 62.00 |
| | BSR | Draft initial report re Protiviti's quarterly fee application covering April 2012 through April 2013 | 0.60 | 186.00 |
| | BSR | Review of Protiviti's April 2013 monthly fee application and quarterly fee application for the period of April 1, 2012 through April 30, 2013 | 0.20 | 62.00 |
| | AL | update database with Scholer's September electronic detail (.1); Lauzon's September CNO (.1); Scarfone's September CNO (.1); Hogan's September CNO (.1); Pachulski's June electronic detail (.2) | 0.60 | 48.00 |
| | AL | receive, review and finalize Protiviti's 49th interim IR (.3); update database with same (.1); draft email to B. Ruhlander re service (.1) | 0.50 | 40.00 |
| | AL | update database with Bilzin's April through June electronic detail (.1); Ewing's August CNO (.1) | 0.20 | 16.00 |
| | AL | Update database with Deloitte Tax's June fee application (.2); Phillps' July through September fee application (.1); PWC's  July through September fee application (.1); Deloitte Tax's August fee application (.2); Deloitte Tax's May fee application (.2); Reed's July through September fee application (.1); Casner's July through September fee application (.1); Protiviti's April 2012 - April 2013 fee application (.2); Deloitte Tax's July fee application (.2); LAS's July through September fee application (.1); Charter's July through September fee application (.1); Capstone's September fee application (.2); AKO's July through September fee application (.1); Caplin's July through September fee application (.1); PWC's September fee application (.2); PWC DAREX's September 2012-September 2013 fee application (.2); Campbell's July through September fee application (.1); Stroock's Casner's July through September fee application (.1) | 2.60 | 208.00 |
| 11/21/2013 | BSR | Continue drafting omnibus final report for the 49th interim period | 1.30 | 403.00 |
| | BSR | Receive and review response of Protiviti to initial report | 0.10 | 31.00 |
| | BSR | E-mail to Protiviti re initial report (49Q) | 0.10 | 31.00 |
| | JAW | Detailed review of Protiviti's 21st Quarterly fee application (4-1-12 to 4-30-13) (0.30) | 0.30 | 52.50 |
| | JAW | Detailed review of Deloitte Tax' May 2013 fee application (1.10); draft summary of same (0.10) | 1.20 | 210.00 |
| | JAW | Detailed review of Deloitte Tax' June 2013 fee application (0.80); draft summary of same (0.40) | 1.20 | 210.00 |
| | JAW | Detailed review of Deloitte Tax' July 2013 fee application (0.70); draft summary of same (0.20) | 0.90 | 157.50 |

W.R. Grace & Co.                                                                                                          Page    15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/22/2013 | BSR | Continue drafting omnibus final report for the 49th interim period | 1.50 | 465.00 |
|  | JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
|  | BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
|  | BSR | Conference with James Wehrmann re files for project category spreadsheet (.1); telephone conference with James Wehrmann re transfer of files (.1) | 0.20 | 62.00 |
|  | BSR | E-mail to James Wehrmann and Anthony Lopez re Pachulski fee applications | 0.10 | 31.00 |
|  | BSR | Review of Pachulski's June 2013 monthly fee application and quarterly fee application for April through June 2013 | 0.50 | 155.00 |
|  | JAW | Detailed review of Deloitte Tax' August 2013 fee application (0.80); draft summary of same (0.10) | 0.90 | 157.50 |
|  | AL | update database with Lauzon's October electronic detail (.1); Hogan's October electronic detail (.1); Scarfone's October electronic detail (.1) | 0.30 | 24.00 |
|  | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with K&E's August (.2) Deloitte's May (.1) Deloitte's June (.1) Deloitte's July (.1) Deloitte's August (.1) Capstone's September (.2) and PWC's September (.1) fee and expense summaries | 1.00 | 80.00 |
|  | AL | update database with Pachulski's June electronic detail (.1); K&E's September September electronic detail (.1) | 0.20 | 16.00 |
|  | JAW | Detailed review of PwC's September 2013 fee application (0.50); draft summary of same (0.30) | 0.80 | 140.00 |
|  | JAW | Detailed review of Capstone's September 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
|  | JAW | Detailed review of PwC Darex P.R. 2011 interim fee application (9-1-12 to 9-30-13) (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| 11/24/2013 | BSR | Continue drafting omnibus final report for the 49th interim period | 3.00 | 930.00 |
| 11/25/2013 | AL | update database with Phillips' October electronic detail | 0.10 | 8.00 |
|  | AL | receive and review email from B. Ruhlander re Omnibus' 49th interim FR (.1); update database with same (.2); draft email to W. Smith re approval (.1) | 0.40 | 32.00 |
|  | AL | Update database with Kirkland's September fee application (.2); Lauzon's October fee application (.1); Scarfone's October fee application (.1); Hogan's October fee application (.1); Scholer's October fee application | 1.00 | 80.00 |

W.R. Grace & Co.

| | | Hours | Amount |
|---|---|---|---|
| | (.2); Scholer's September fee application (.1);  Pachulski's June fee application (.2) | | |
| 11/25/2013 BSR | Continue drafting omnibus final report for the 49th interim period | 2.20 | 682.00 |
| BSR | Review of email from Warren Smith re draft omnibus final report (49Q) and revise report accordingly (.3); email to Warren Smith re same (.1) | 0.40 | 124.00 |
| BSR | receive, review, and respond to email from Warren Smith re Baker Donelson's fee applications | 0.60 | 186.00 |
| BSR | Draft fee and expense exhibit for 49th interim fee order | 3.30 | 1,023.00 |
| BSR | Conference with James Wehrmann re remainder of files needed for preparation of project category spreadsheet | 0.10 | 31.00 |
| 11/26/2013 BSR | E-mail to applicants regarding omnibus final report for the 49th interim period | 0.30 | 93.00 |
| BSR | Revise omnibus final report for the 49th interim period per instructions of Warren Smith (.3); email to Warren Smith re same (.1) | 0.40 | 124.00 |
| BSR | telephone conference with Anthony Lopez re exhibits to omnibus final report (49Q) | 0.10 | 31.00 |
| WHS | Detailed review of, and revisions to, omnibus final report 49Q 4-6 | 0.30 | NO CHARGE |
| JAW | Detailed review of Hogan Firm's October 2013 fee application (0.30); draft summary of same (0.10). | 0.40 | 70.00 |
| JAW | Detailed review of Kaye Scholer's October 2013 fee application (0.10); draft summary of same (0.10). | 0.20 | 35.00 |
| JAW | Detailed review of Scarfone's October 2013 fee application (0.20); draft summary of same (0.10). | 0.30 | 52.50 |
| JAW | Detailed review of Lauzon's October 2013 fee application (0.20); draft summary of same (0.10). | 0.30 | 52.50 |
| JAW | Detailed review of Kirkland's September 2013 fee application (2.30); draft summary of same (0.50). | 2.80 | 490.00 |
| JAW | Detailed review of Kaye Scholer's September 2013 fee application (0.20); draft summary of same (0.10). | 0.30 | 52.50 |
| AL | receive and review email from W. Smith re approval of Omnibus' 49th interim FR (.1); prepare same for electronic filing (.2); update database with same (.2); electronic filing with the court of Omnibus' 49th interim FR (.3); prepare same for service (.1); draft email to B. Ruhlander re same (.1) | 1.00 | 80.00 |

W.R. Grace & Co.                                                                                    Page     17

|  |  | Hours | Amount |
|---|---|---|---|
| 11/26/2013 AL | update database with Roger's October electronic detail (.1); Orrick's October electronic detail (.1); Capstone's July through September electronic detail (.1);  receive and review email from B. Ruhlander re Revised Omnibus' 49th interim FR (.1); update database with same (.2); draft email to W. Smith re approval (.1); update database with Kramer's July through September electronic detail (.2) | 0.90 | 72.00 |
| AL | Update database with Blackstone's July electronic detail | 0.10 | 8.00 |
| 11/27/2013 AL | Update database with Ferry's July through September fee application (.2); Bilzin's July through September fee application (.2); Pachulski's April through June fee application (.1); Higgins' July through September fee application (.1); Morris's July through September fee application (.2) | 0.80 | 64.00 |
| 11/29/2013 JAW | Review of 49th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants, compare to Exhibit "A" to Fee Auditor's Final Report for 49th interim to confirm no discrepencies with same for the following: Anderson (0.3); Baker Donaldson 46th (0.2); Baker Donaldson 47th (0.2); Baker Donaldson 48th (0.2); Baker Donaldson 49th (0.3); Beveridge (0.3); Bilzin (0.3); Blackstone (0.3); BMC (0.5); Campbell (0.3); Caplin (0.3); Capstone (0.3); Casner (0.3); Charter Oak (0.3); Duane Morris (0.3); Ferry (0.3); Foley (0.2); Fragomen (0.2); Frankel (0.2); Grant Thornton (0.2); Higgins (0.3); Hogan Firm (0.3); Kirkland (0.3); Kramer (0.3); Lauzon (0.2); LAS (0.1); Lincoln - Frankel (0.2); and Lincoln - Austern (0.2) | 7.40 | 1,295.00 |
| 11/30/2013 JAW | Review of 49th interim fee applications, confirming project category and expenses totals, then updating project category spreadsheet for the following applicants, compare to Exhibit "A" to Fee Auditor's Final Report for 49th interim to confirm no discrepencies with same for the following: Norton (0.2); Orrick - Frankel (0.3); Orrick - Austern (0.3); Pachulski (0.3); Phillips - Frankel (0.3); Phillips - Austern (0.3); PwC (0.3); PwC IRS audit project for May 2013 (0.3); PwC CRP June 2012 - September 2012 (0.2); Protiviti (0.3); Reed (0.3); Rich (0.3); Sanders (0.2); Saul Ewing (0.3); Scarfone (0.2); Stroock (0.3); Towers (0.2); Woodcock (0.3); and Warren Smith (0.3) | 5.20 | 910.00 |
| 12/2/2013 JAW | Receive and review e-mail from B. Ruhlander re: issues with Baker Donaldson's 48th interim and BMC's 49th iterim fees in the project category spreadsheet (0.10); review Baker Donaldsons's 48th interim fee application (0.10); review BMC's 49th interim fee application (0.10); update 49th interm spreadsheet (0.10); e-mail updated spreadsheet to B. Ruhlander for her review (0.10) | 0.50 | 87.50 |
| BSR | Receive and review project category spreadsheet for the 49th period (.4); email to James Wehrmann re same (.1) | 0.50 | 155.00 |
| AL | Update database with Alan Rich's November fee application (.2) and electronic detail (.1) | 0.30 | 24.00 |

W.R. Grace & Co.                                                                                                    Page    18

| | | Hours | Amount |
|---|---|---|---|
| 12/2/2013 AL | Update database with Kramer's July through September fee application (.1); Foley's October fee application (.2) | 0.30 | 24.00 |
| 12/3/2013 BSR | Review of revised version of the project category spreadsheet for the 49th interim period (.5); email same to Anthony Lopez (.1) | 0.60 | 186.00 |
| BSR | E-mails to Jamie O'Neill re project category spreadsheet and fee and expense recommendation chart | 0.20 | 62.00 |
| BSR | Receive and review pdf version of the project category spreadsheet for the 49th interim period | 0.10 | 31.00 |
| BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
| AL | Update database with Lauzon's October CNO (.1); Scarfone's October CNO (.1); Hogan's October CNO (.1) | 0.30 | 24.00 |
| AL | receive and review email from B. Ruhlander re Project Category Spreadsheet (.1); Revise same (.4); update database with same (.2); draft email to B. Ruhlander re revised version (.1) | 0.80 | 64.00 |
| JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| JAW | Detailed review of Duane's July 1, 2013 - September 30, 2013 fee application (0.50); draft summary of same (0.20) | 0.70 | 122.50 |
| AL | Update database with Kramer's September CNO (.1); Stroock's October electronic detail (.1); Ewing's October electronic detail (.1); receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Scholer's September (.1) K&E's September (.2) Hogan's October (.1) Scholer's October (.2) Lauzon's October (.1) and Scarfone's October (.1) fee and expense summaries | 1.20 | 96.00 |
| 12/4/2013 AL | Update database with Ewing's October fee application (.2); Higgins' October fee application (.2); Kramer's October fee application (.1) | 0.50 | 40.00 |
| JAW | Detailed review of Foley's October 2013 fee application (0.60); draft summary of same (0.20) | 0.80 | 140.00 |
| 12/5/2013 AL | Update database with Higgins' October electronic detail (.2); Ferry's October CNO (.1); Woodcock's October electronic detail (.1); Woodcock's October through December interim electronic detail (.2); Frankel's October through December interim electronic detail (.1); Lincoln's October through December interim electronic detail (.1); Orrick's October through December interim electronic detail (.2); Lincoln's August electronic detail (.1); Lincoln's September electronic detail (.1); Tower's September CNO (.1) | 1.30 | 104.00 |
| 12/9/2013 AL | Update database with Casner's October electronic detail | 0.10 | 8.00 |

W.R. Grace & Co.    Page    19

|  |  | Hours | Amount |
|---|---|---|---|
| 12/10/2013 AL | Update database with AKO's October electronic detail (.1); Caplin's October electronic detail (.1); Charter's October electronic detail (.1); Campbell's October electronic detail (.1) | 0.40 | 32.00 |
| AL | Update database with Stroock's October fee application (.2); Blackstone's September fee application (.1); Casner's October fee application (.1); Woodcock's October fee application (.1); Reed's October fee application (.2) | 0.70 | 56.00 |
| 12/11/2013 AL | research Pacer re Objections to WHSA's October fee application (.3); draft WHSA's October CNO (.4); update database with same (.1); electronic filing with the court of October CNO (.3) | 1.10 | 88.00 |
| AL | Update database with Casner's October electronic detail | 0.10 | 8.00 |
| 12/12/2013 AL | Update database with Lincoln's October electronic detail (.1); receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Foley's October (.1) and Morris's July through September (.2) fee and expense summaries | 0.50 | 40.00 |
| JAW | Detailed review of Blackstone's September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
| JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| 12/13/2013 AL | Update database with Higgins' October fee application (.2); Orrick's July through September fee application (.2); Woodcock's July through September fee application (.1); Lincoln's July through September fee application (.1); Ewing's July through September fee application (.1); Rich's November fee application (.2); Casner's October fee application (.2); Capstone's July through September fee application (.1); Campbell's October fee application (.2); Caplin's October fee application (.2); AKO's October fee application (.2); Charter's October fee application (.1); Frankel's July through September fee application (.1); Blackstone's July through September fee application (.1) | 2.10 | 168.00 |
| AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Blackstone's September (.1) Casner's October (.1) Higgins' October (.1) Kramer's October (.2) Reed's October (.1) Ewing's October (.1) Stroock's October (.1) and Woodcock's October (.1) | 1.00 | 80.00 |
| JAW | Detailed review of Saul's October 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| JAW | Detailed review of Higgin's October 2013 fee application (0.40); draft summary of same (0.10) | 0.50 | 87.50 |

W.R. Grace & Co.

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/13/2013 JAW | Detailed review of Casner's October 2013 fee application (0.30); draft summary of same (0.10) | | 0.40 | 70.00 |
| | JAW | Detailed review of Reed's October 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Stroock's October 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of Woodcock's October 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Kramer's October 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| 12/14/2013 JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | | 0.10 | 17.50 |
| 12/15/2013 BSR | Receive and review email from James Wehrmann re fee summaries recently completed | | 0.10 | 31.00 |
| 12/16/2013 AL | Research Pacer re 49th interim hearing agenda and proposed order (.4); update database with agenda (.1) | | 0.50 | 40.00 |
| | BSR | Research docket for signed fee order (49th) | 0.10 | 31.00 |
| 12/17/2013 BSR | Receive and review signed fee order for the 49th interim period (.1); email to Jamie O'Neill re same (.1) | | 0.20 | 62.00 |
| | BSR | Research docket for signed fee order (49th), quarterly applications for the 40th interim period, and other pertinent filings | 0.60 | 186.00 |
| | BSR | Review of The Hogan Firm's quarterly and monthly fee applications for the 50th interim application period, as well as fee and expense summaries re same | 0.50 | 155.00 |
| | JAW | Detailed review of Wooster's November 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Rich's November 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Anderson's October 2013 fee application (0.50); draft summary of same (0.10) | 0.60 | 105.00 |
| | JAW | Detailed review of Caplin's October 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of Campbell's October 2013 fee application (0.30); draft summary of same (0.10) | 0.40 | 70.00 |

W.R. Grace & Co.                                                                                                    Page    21

|  |  | Hours | Amount |
|---|---|---|---|
| 12/17/2013 JAW | Detailed review of Charter's October 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| JAW | Detailed review of Lincoln's interim fee application (7-1-13 to 9-30-13) (0.30); draft summary of same (0.20) | 0.50 | 87.50 |
| AL | receive and review email from B. Ruhlander re 49th interim fee order (.1); update database with 49th interim fee order (.1) | 0.20 | 16.00 |
| AL | Update database with Ferry's October electronic detail (.1); Bilzin's October electronic detail (.1) | 0.20 | 16.00 |
| 12/18/2013 BSR | Review of Scarfone Hawkins' monthly and quarterly fee applications for the 50th Interim Period (July-Sept 2013), as well as fee and expense summaries re same | 0.40 | 124.00 |
| JAW | Detailed review of Beveridge's October 2013 fee application (0.50); draft summary of same (0.10) | 0.60 | 105.00 |
| JAW | Detailed review of Frankel's September 2013 fee application (0.30); detailed review of Frankel's August 2013 fee application (0.30); detailed review of Frankel's July 2013 fee application (0.3); detailed review of Frankel's interim fee application (July 2013 - September 2013) to confirm fee and expense totals equal those in the monthly applications (0.30); draft summary of interim fee application (0.10) | 1.30 | 227.50 |
| JAW | Detailed review of Orrick's September 2013 fee application (0.70); detailed review of Orrick's August 2013 fee application (0.50); detailed review of Orrick's July 2013 fee application (0.5); detailed review of Orrick's interim fee application (July 2013 - September 2013) to confirm fee and expense totals equal those in the monthly applications (0.30); draft summary of interim fee application (0.30) | 2.30 | 402.50 |
| JAW | Research PACER and server for Frankel's and Orrick's July 2013 - September 2013 fee applications (0.50); e-mail to B. Ruhlander requesting Orrick and Frankel missing fee application (0.10) | 0.60 | 105.00 |
| BSR | Review of Lauzon Belanger's monthly and quarterly fee applications for the 50th interim period (July-Sept. 2013), as well as fee and expense summaries re same | 0.40 | 124.00 |
| BSR | E-mail to Dan Hogan re fee applications of the Canadian ZAI professionals for the 50th interim period | 0.10 | 31.00 |
| AL | Update database with Beveridge's October fee application | 0.20 | 16.00 |
| AL | Receive and review email from J. Wehrmann re missing Orrick and Frankel fee applications (.1); research Pacer re Orrick and Frankel's July through September monthly fee applications (.4); update database with Orrick's July through September fee applications (.2) and electronic detail | 1.20 | 96.00 |

W.R. Grace & Co.                                                                                  Page    22

| | | Hours | Amount |
|---|---|---|---|
| | (.1); Frankel's July through September fee applications (.2) and electronic detail (.1); draft email to J. Wehrmann re fee applications (.1) | | |
| 12/18/2013 AL | Update database with Beveridge's July through September fee application | 0.20 | 16.00 |
| 12/19/2013 AL | Update database with Kramer's 46th quarterly CNO | 0.10 | 8.00 |
| 12/20/2013 BSR | receive, review, and respond to email from Debra Fullem re Orrick's expenses for the 50th interim period | 0.10 | 31.00 |
| 12/23/2013 AL | Update database with PWC Darex September CNO (.1); PWC September CNO (.1) | 0.20 | 16.00 |
| AL | Draft WHSA's November fee application (1.5); update database with same (.2); draft email to J. Wehrmann re review of same (.1) | 1.80 | 144.00 |
| AL | Update database with Scholer's November electronic detail | 0.10 | 8.00 |
| 12/24/2013 AL | receive and review email from J. Wehrmann re revisions (.1); revise WHSA's November fee application (.6); update database with same (.1); draft email to J. Wehrmann re review (.1) | 0.90 | 72.00 |
| AL | Update database with Baker's August (.1) September (.1) October (.1) and November (.1) electronic detail | 0.40 | 32.00 |
| JAW | Proofread Warren H. Smith's November 2013 fee statement and Notice of Filing (0.40); e-mail to A. Lopez regarding revisions needed to same (0.10) | 0.50 | 87.50 |
| 12/26/2013 AL | Update database with Frankel's November electronic detail | 0.10 | 8.00 |
| AL | Update database with Phillips' November electronic detail | 0.10 | 8.00 |
| JAW | Proofread revisions made to Warren H. Smith's November 2013 fee statement (0.10); e-mail to A. Lopez advising no further revisions needed to same (0.10) | 0.20 | 35.00 |
| AL | receive and review email from W. Smith re approval of WHSA's November fee application (.1); prepare same for electronic filing with the court (.4); update database with same (.2); electronic filing with the court of WHSA's November fee application (.3); prepare same for service (.1) | 1.10 | 88.00 |
| AL | Update database with Orrick's October electronic detail | 0.10 | 8.00 |
| AL | Update database with Orrick's November electronic detail | 0.10 | 8.00 |
| AL | Update database with Kramer's October CNO (.1); Ewing's October CNO (.1) | 0.20 | 16.00 |
| AL | Update database with Kramer's November electronic detail | 0.10 | 8.00 |

W.R. Grace & Co.                                                                                        Page     23

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/27/2013 | AL | Update database with Beveridge's November electronic detail | 0.10 | 8.00 |
| | AL | Update database with Ewing's October CNO | 0.10 | 8.00 |
| | AL | Update database with Kramer's November fee application | 0.20 | 16.00 |
| | AL | Update database with Baker's October fee application (.1); Baker's September fee application (.1); Baker's August fee application (.2); Scholer's November fee application (.2); Bilzin's October fee application (.1); Ferry's October fee application (.2) | 0.90 | 72.00 |
| 12/28/2013 | BSR | E-mail to Kramer Levin requesting Nov. 2013 fee and expense detail | 0.10 | 31.00 |
| | JAW | Detailed review of Baker Donaldson's October 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Baker Donaldson's November 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Baker Donaldson's September 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Baker Donaldson's August 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Research PACER and server for fee detail to Kramer's November 2013 fee application (0.30); e-mail to B. Ruhlander requesting missing fee detail (0.10) | 0.40 | 70.00 |
| | JAW | Detailed review of Kaye's November 2013 fee application (0.10); draft summary of same (0.10) | 0.20 | 35.00 |
| | JAW | Detailed review of Ferry's October 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| | JAW | Detailed review of Bilzin's October 2013 fee application (0.20); draft summary of same (0.10) | 0.30 | 52.50 |
| 12/30/2013 | AL | receive and review email from J. Wehrmann re fee and expense summaries (.1); update database with Frankel's July through September (.1) Lincoln's July through September (.1) Orrick's July through September (.2) Baker's August (.1) Baker's September (.1) AKO's October (.2) Baker's October (.1) Beveridge's October (.2) Bilzin's October (.1) Campbell's October (.1) Caplin's October (.1) Charter's October (.1) Ferry's October (.2) Baker's November (.1) Scholer's November (.1) Kramer's November (.1) and Rich's November (.1) fee and expense summaries | 2.20 | 176.00 |
| | AL | Update database with K&E's October electronic detail | 0.10 | 8.00 |

W.R. Grace & Co.

| | | Hours | Amount |
|---|---|---|---|
| 12/30/2013 BSR | Receive and review email from James Wehrmann re fee summaries recently completed | 0.10 | 31.00 |
| AL | Update database with Stroock's November electronic detail | 0.20 | 16.00 |
| AL | Update database with Foley's November electronic detail | 0.10 | 8.00 |
| AL | Update database with Ewing's November fee application (.1); Beveridge's November fee application (.1); PWC's October fee application (.2) | 0.40 | 32.00 |
| AL | Update database with Beveridge's July through September fee application | 0.20 | 16.00 |
| JAW | E-mail to A. Lopez forwarding summaries prepared (0.10) | 0.10 | 17.50 |
| JAW | Detailed review of Kramer's November 2013 fee application (0.30); draft summary of same (0.20) | 0.50 | 87.50 |
| 12/31/2013 AL | Update database with Foley's Novemer fee application (.1); K&E's October fee application (.1) | 0.20 | 16.00 |
| BSR | Conference with James Wehrmann re applications recently reviewed and ready to be picked up | 0.10 | 31.00 |
| AL | Update database with Caplin's November electronic detail (.1); AKO's November electronic detail (.1); LAS's November electronic detail (.1); Campbell's November electronic detail (.1) | 0.40 | 32.00 |
| AL | Update database with Lincoln's August CNO (.1); Lincoln's September CNO (.1) | 0.20 | 16.00 |
| AL | Update database with Higgins' November electronic detail | 0.10 | 8.00 |
| AL | Update database with Reed's November electronic detail | 0.10 | 8.00 |
| | **For professional services rendered** | **196.30** | **$33,548.50** |

Additional Charges :

| | | |
|---|---|---|
| 10/30/2013 | Third party copies & document prep/setup. | 148.84 |
| | FedEx | 56.22 |
| | PACER Charges | 46.80 |
| | Copying cost | 25.10 |
| 11/30/2013 | Third party copies & document prep/setup. | 485.54 |
| | PACER Charges | 59.40 |

W.R. Grace & Co.                                                                                                          Page    25

| | Amount |
|---|---:|
| 11/30/2013 Copying cost | 18.70 |
| 12/31/2013 PACER Charges | 37.50 |
| Copying cost | 24.50 |
| Third party copies & document prep/setup. | 17.45 |
| **Total additional charges** | **$920.05** |
| **Total amount of this bill** | **$34,468.55** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Anthony Lopez | 71.50 | 80.00 | $5,720.00 |
| Anthony Lopez | 0.20 | 0.00 | $0.00 |
| Bobbi S. Ruhlander | 44.20 | 310.00 | $13,702.00 |
| Warren H Smith | 0.90 | 335.00 | $301.50 |
| Warren H Smith | 0.50 | 0.00 | $0.00 |
| James A. Wehrmann | 79.00 | 175.00 | $13,825.00 |