IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: April 16, 2014 at 4:00 p.m.** |

**ONE HUNDRED AND FORTY-SEVENTH MONTHLY FEE APPLICATION OF
CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE
OF W.R. GRACE & CO., *ET AL* FOR THE PERIOD
JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2014 through February 3, 2014 |
| Amount of compensation sought as actual, reasonable and necessary: | $78,642.60 (80% of $98,303.25) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $584.01 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

{D0286884.1 }

For each prior application, Caplin & Drysdale discloses the following information:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 4/12/01 – 6/30/01 | $100,755.00 | $8,205.21 | $100,755.00 | $8,205.21 |
| 8/22/01 | 7/1/01 – 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |
| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,.00) | $2,986.01 | $25,727.20 | $2,986.01 |
| 10/30/01 (Second Interim) | 7/01/01 through 9/01/01 (Includes October Monthly) | $142,881.00 (October: $26,941.00) | $13,524.60 (October: $3,064.89) | $142,881.00 (October: $26,941.00) | $13,524.60 (October: $3,064.89) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $11,656.40 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $20,302.00 | $1,297.57 |
| 1/28/02 (Third Interim) | 10/01/01 through 12/01/01 (Includes December Monthly) | $94,630.50 | $3,768.08 | $94,630.50 | $3,768.08 |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,366.57 | $34,684.00 | $3,366.57 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,081.00 (80% of $73,761.40) | $2,529.78 | $59,081.00 (80% of $73,761.40) | $2,529.78 |

| | | | | | |
|---|---|---|---|---|---|
| 5/3/02 (Fourth Interim) | 1/02 through 3/02 (Includes March Monthly) | $282,053.25 | $27,615.46 | $282,053.25 | $27,615.46 |
| 5/28/02 | 04/01/02 through 04/30/02 | $96,452.60 (80% of $120,565.75) | $15,772.74 | $96,452.60 (80% of $120,565.75) | $15,772.74 |
| 6/28/02 | 05/01/02 through 5/31/02 | $87,330.60 (80% of $109,115.55) | $9,856.23 | $87,330.60 (80% of $109,115.55) | $9,856.23 |
| 7/17/02 (Fifth Interim) | 04/01/02 through 06/30/02 | $351,396.00 | $43,352.68 | $351,396.00 | $43,352.68 |
| 7/29/02 | 06/01/02 through 06/30/02 | $181,604.20 (80% of $227,005.25) | $31,099.93 | $181,604.20 (80% of $227,005.25) | $31,099.93 |
| 9/03/02 | 07/01/02 through 07/31/02 | $185,378.20 (80% of $231,722.75) | $31,049.93 | $185,378.20 (80% of $231,722.75) | $31,049.93 |
| 9/30/02 | 08/01/02 through 08/31/02 | $197,381.00 (80% of $246,72.00) | $24,602.71 | $197,381.00 (80% of $246,72.00) | $24,602.71 |
| 10/30/02 | 09/01/02 through 09/30/02 | $58,27.60 (80% of $72,767.75) | $28,256.42 | $58,27.60 (80% of $72,767.75) | $28,256.42 |
| 11/05/02 (Sixth Interim) | 07/01/02 Through 09/30/02 | $248,459.25 | $83,909.26 | $248,459.25 | $83,909.26 |
| 12/03/02 | 10/01/02 through 10/31/02 | $28,861.20 (80% of $36,076.50) | $18,018.92 | $28,861.20 (80% of $36,076.50) | $18,018.92 |
| 12/30/02 | 11/01/02 through 11/30/02 | $29,528.00 (80% of $36,91.00) | $11,1606.21 | $29,528.00 (80% of $36,910.00) | $11,1606.21 |
| 1/28/03 | 12/01/02 through 12/31/02 | $12,712.00 (80% of $15,89.00) | $4,409.58 | $12,712.00 (80% of $15,89.00) | $4,409.58 |
| 2/06/03 | 10/1/02 through 12/31/02 | $88,876.50 | $33,630.90 | $88,876.50 | $33,630.90 |
| 2/28/03 (Seventh Interim) | 1/01/03 through 1/31/03 | $12,007.20 (80% of $15,009.00) | $2,623.50 | $12,007.20 (80% of $15,009.00) | $2,623.50 |

| | | | | | |
|---|---|---|---|---|---|
| 3/31/03 | 2/01/03 through 2/28/03 | $8,050.40 (80% of $10,0341.00) | $2,131.52 | $8,050.40 (80% of $10,0341.00) | $2,131.52 |
| 4/29/03 | 3/01/03 through 3/31/03 | $7,086.40 (80% of $8,858.00) | $501.43 | $7,086.40 (80% of $8,858.00) | $501.43 |
| 5/15/03 (Eighth Interim) | 01/01/03 through 03/31/2003 | $33,930.00 | $5,256.45 | $33,930.00 | $5,256.45 |
| 6/02/03 | 4/01/03 through 4/30/03 | $9,834.80 (80% of $12,293.50) | $5,393.13 | $9,834.80 (80% of $12,293.50) | $5,393.13 |
| 7/01/03 | 5/01/03 through 5/31/03 | $5,660.40 (80% of $7,075.50) | $573.66 | $5,660.40 (80% of $7,075.50) | $573.66 |
| 8/05/03 | 6/01/03 through 6/30/03 | $6,848.80 (80% of $8,561.00) | $211.04 | $6,848.80 (80% of $8,561.00) | $211.04 |
| 8/15/2003 (Ninth Interim) | 4/01/03 through 06/30/03 | $27,930.00 | $6,177.83 | $27,930.00 | $6,177.83 |
| 8/28/03 | 7/01/03 through 7/31/03 | $7,598.80 (80% of $9,498.50) | $472.32 | $7,598.80 (80% of $9,498.50) | $472.32 |
| 9/29/03 | 8/01/03 through 8/31/03 | $5,573.80 (80% of $6,967.25) | $365.20 | $5,573.80 (80% of $6,967.25) | $365.20 |
| 10/29/03 | 9/01/03 through 9/30/03 | $7,728.80 (80% of $9,661.00) | $509.45 | $7,728.80 (80% of $9,661.00) | $509.45 |
| 11/14/03 (Tenth Interim) | 7/01/03 through 9/30/03 | $26,126.75 | $1,346.97 | $26,126.75 | $1,346.97 |
| 12/01/03 | 10/01/03 through 10/31/03 | $18,119.60 (80% of $22,649.50) | $1,803.11 | $18,119.60 (80% of $22,649.50) | $1,803.11 |
| 1/05/04 | 11/01/03 through 11/30/03 | $18,351.20 (80% of $22,939.00) | $5,853.17 | $18,351.20 (80% of $22,939.00) | $5,853.17 |
| 1/29/04 | 12/01/03 through 12/31/03 | $13,748.80 (80% of $17,186.00) | $592.20 | $13,748.80 (80% of $17,186.00) | $592.20 |

| | | | | | |
|---|---|---|---|---|---|
| 2/13/04 (Eleventh Interim) | 10/01/03 through 12/31/03 | $62,774.50 | $8,248.48 | $62,774.50 | $8,248.48 |
| 3/1/04 | 1/1/04 through 1/31/04 | $5,894.00 (80% of $7,367.50) | $2,061.8 | $5,894.00 (80% of $7,367.50) | $2,061.8 |
| 3/31/04 | 2/1/04 through 2/29/04 | $14,763.60 (80% of $18,454.50) | $257.41 | $14,763.60 (80% of $18,454.50) | $257.41 |
| 4/30/04 | 3/1/04 through 3/31/04 | $22,870.00 (80% of $28,587.50) | $458.27 | $22,870.00 (80% of $28,587.50) | $458.27 |
| 5/17/04 (Twelfth Interim) | 1/1/04 through 3/31/04 | $54,409.50 | $2,777.48 | $54,409.50 | $2,777.48 |
| 6/2/04 | 4/1/04 through 4/30/04 | $4,204.80 (80% of $5,256.00) | $177.74 | $4,204.80 (80% of $5,256.00) | $177.74 |
| 7/1/04 | 5/1/04 through 5/31/04 | $10,607.60 (80% of $13,259.50) | $294.34 | $10,607.60 (80% of $13,259.50) | $294.34 |
| 8/3/04 | 6/1/04 through 6/30/04 | $34,432.00 (80% of $4380.00) | $708.98 | $34,432.00 (80% of $4380.00) | $708.98 |
| 8/16/04 (Thirteenth Interim) | 4/1/04 through 6/30/04 | $61,555.50 | $1,181.06 | $61,555.50 | $1,181.06 |
| 8/30/04 | 7/1/04 through 7/31/04 | $14,077.00 (80% of $17,596.25) | $406.08 | $14,077.00 (80% of $17,596.25) | $406.08 |
| 10/4/04 | 8/1/04 through 8/31/04 | $43,276.60 (80% of $54,095.75) | $4,750.02 | $43,276.60 (80% of $54,095.75) | $4,750.02 |
| 10/29/04 | 9/1/04 through 9/30/04 | $10,076.80 (80% of $12,596.00) | $150.88 | $10,076.80 (80% of $12,596.00) | $150.88 |
| 11/15/04 (Fourteenth Interim) | 7/1/04 through 9/30/04 | $84,288.00 | $5,306.98 | $84,288.00 | $5,306.98 |
| 11/30/04 | 10/1/04 through 10/31/04 | $21,180.00 (80% of $26,475.00) | $1,041.24 | $21,180.00 (80% of $26,475.00) | $1,041.24 |
| 12/30/04 | 11/1/04 through 11/30/04 | $60,159.60 (80% of $75,199.50) | $995.49 | $60,159.60 (80% of $75,199.50) | $995.49 |

| | | | | | |
|---|---|---|---|---|---|
| 1/31/05 | 12/1/04 though 12/31/04 | $92,563.20 (80% of $115,704.00) | $1,432.96 | $92,563.20 (80% of $115,704.00) | $1,432.96 |
| 2/14/05 (Fifteenth Interim) | 10/1/04 through 12/31/04 | $217,378.50 | $3,469.69 | $217,378.50 | $3,469.69 |
| 3/1/05 | 1/1/05 through 1/31/05 | $32,594.80 (80% of $40,743.50) | $6,485.54 | $32,594.80 (80% of $40,743.50) | $6,485.54 |
| 3/29/05 | 2/1/05 through 2/28/05 | $26,756.00 (80% of $33,445.00) | $2,136.83 | $26,756.00 (80% of $33,445.00) | $2,136.83 |
| 5/2/05 | 3/1/05 through 3/31/05 | $30,964.80 (80% of $38,706.00) | $736.24 | $30,964.80 (80% of $38,706.00) | $736.24 |
| 5/13/05 (Sixteenth Interim) | 1/1/05 through 3/31/05 | $112,894.50 | $9,358.61 | $112,894.50 | $9,358.61 |
| 5/31/05 | 4/1/05 through 4/30/05 | $12,270.00 (80% of $15,337.50) | $1,229.57 | $12,270.00 (80% of $15,337.50) | $1,229.57 |
| 6/29/05 | 5/1/05 though 5/31/05 | $51,158.60 (80% of $63,948.25) | $3,844.79 | $51,158.60 (80% of $63,948.25) | $3,844.79 |
| 7/25/05 | 6/1/05 through 6/30/05 | $113,474.80 (80% of $141,843.50) | $15,185.96 | $113,474.80 (80% of $141,843.50) | $15,185.96 |
| 8/12/05 (Seventeenth Interim) | 4/1/05 through 6/30/05 | $221,129.25 | $20,260.32 | $221,129.25 | $20,260.32 |
| 9/1/05 | 7/1/05 though 7/31/05 | $89,327.80 (80% of $111,659.75) | $4,752.54 | $89,327.80 (80% of $111,659.75) | $4,752.54 |
| 9/29/05 | 8/1/05 through 8/31/05 | $51,462.20(80% of $64,327.75) | $9,090.36 | $51,462.20(80% of $64,327.75) | $9,090.36 |
| 10/31/05 | 9/1/05 though 9/30/05 | $59,508.60(80 80% of $74,385.75) | $2,848.95 | $59,508.60(80 % of $74,385.75) | $2,848.95 |
| 11/15/02 (Eighteenth Interim) | 7/1/05 through 9/30/05 | $250,373.25 | $16,691.85 | $250,373.25 | $16,691.85 |
| 11/30/05 | 10/1/05 through 10/31/05 | $103,164.80(8 80% of $128,956.00) | $6,941.72 | $103,164.80(8 0% of $128,956.00) | $6,941.72 |

| | | | | | |
|---|---|---|---|---|---|
| 12/28/05 | 11/1/05 though 11/30/05 | $88,191.00(80 (80% of $110,238.75) | $4,785.22 | $88,191.00(80 % of $110,238.75) | $4,785.22 |
| 1/31/06 | 12/1/05 through 12/31/05 | $128,740.80(8 (80% of $160,926.00) | $13,704.31 | $128,740.80(8 0% of $160,926.00) | $13,704.31 |
| 2/14/06 (Nineteenth Interim) | 10/1/05 through 12/31/05 | $400,120.75 | $25,431.25 | $400,120.75 | $25,431.25 |
| 3/3/06 | 1/1/06 through 1/31/06 | $113,441.20(8 (80% of $141,801.50) | $26,645.91 | $113,441.20(8 0% of $141,801.50) | $26,645.91 |
| 3/29/06 | 2/1/06 through 2/28/06 | $83,850.00 (80% of $104,812.50) | $20,191.61 | $83,850.00 (80% of $104,812.50) | $20,191.61 |
| 5/3/06 | 3/1/06 through 3/31/06 | $134,275.20 (80% of $167,844.00) | $37,705.46 | $134,275.20 (80% of $167,844.00) | $37,705.46 |
| 5/15/06 (Twentieth Interim) | 1/1/06 through 3/31/06 | $414,458.00 | $84,542.98 | $414,458.00 | $84,542.98 |
| 5/31/06 | 4/1/06 through 4/30/06 | $75,561.20 (80% of $94,451.50) | $90,476.29 | $75,561.20 (80% of $94,451.50) | $90,476.29 |
| 6/30/06 | 5/1/06 through 5/31/06 | $60,858.40 (80% of $76,073.00) | $32,797.15 | $60,858.40 (80% of $76,073.00) | $32,797.15 |
| 8/1/06 | 6/1/06 through 6/30/06 | $133,925.80 (80% of $167,407.25) | $17,463.90 | $133,925.80 (80% of $167,407.25) | $17,463.90 |
| 8/14/06 (Twenty-First Interim) | 4/1/06 through 6/30/06 | $337,931.75 | $140,737.24 | $337,931.75 | $140,737.24 |
| 8/29/06 | 7/1/06 through 7/31/06 | $111,716.00 (80% of $139,645.00) | $9,631.15 | $111,716.00 (80% of $139,645.00) | $9,631.15 |
| 9/29/06 | 8/1/06 through 8/31/06 | $132,832.40 (80% of $166,040.50) | $16,135.48 | $132,832.40 (80% of $166,040.50) | $16,135.48 |
| 10/30/06 | 9/1/06 through 9/30/06 | $156,648.20 (80% of $195,810.25) | $61,839.80 | $156,648.20 (80% of $195,810.25) | $61,839.80 |
| 11/15/06 (Twenty-Second Interim) | 7/1/06 through 9/30/06 | $501,495.75 | $87,606.43 | $501,495.75 | $87,606.43 |

| | | | | | |
|---|---|---|---|---|---|
| 11/29/06 | 10/1/06 through 10/31/06 | $174,710.80 (80% of $218,388.50) | $62,131.15 | $174,710.80 (80% of $218,388.50) | $62,131.15 |
| 12/28/06 | 11/1/06 through 11/30/06 | $180,668.40 (80% of $225,835.50) | $48,923.35 | $180,668.40 (80% of $225,835.50) | $48,923.35 |
| 2/1/07 | 12/1/06 through 12/31/06 | $147,823.20 (80% of $184,779.00) | $43,014.23 | $147,823.20 (80% of $184,779.00) | $43,014.23 |
| 2/15/07 (Twenty-Third Interim) | 10/1/06 through 12/31/06 | $629,003.00 | $154,068.73 | $629,003.00 | $154,068.73 |
| 3/2/07 | 1/1/07 through 1/31/07 | $204,084.40 (80% of $255,105.50) | $51,706.15 | $204,084.40 (80% of $255,105.50) | $51,706.15 |
| 3/29/07 | 2/1/07 through 2/28/07 | $260,210.00 (80% of $325,262.50) | $19,808.70 | $260,210.00 (80% of $325,262.50) | $19,808.70 |
| 5/2/07 | 3/1/07 through 3/31/07 | $266,790.80 (80% of $333,488.50) | $78,966.62 | $266,790.80 (80% of $333,488.50) | $78,966.62 |
| 5/15/07 (Twenty-Fourth Interim) | 1/1/07 through 3/31/07 | $913,856.50 | $150,481.47 | $913,856.50 | $150,481.47 |
| 6/4/07 | 4/1/07 through 4/30/07 | $283,122.80 (80% of $353,903.50) | $84,829.83 | $283,122.80 (80% of $353,903.50) | $84,829.83 |
| 6/29/07 | 5/1/07 through 5/31/07 | $326,567.60 (80% of $408,209.50) | $131,750.91 | $326,567.60 (80% of $408,209.50) | $131,750.91 |
| 8/1/07 | 6/1/07 through 6/30/07 | $230,241.60 (80% of $287,802.00) | $128,028.46 | $230,241.60 (80% of $287,802.00) | $128,028.46 |
| 8/15/07 (Twenty-Fifth Interim) | 4/1/07 through 6/30/07 | $1,049,915.00 | $344,609.20 | $1,049,915.00 | $344,609.20 |
| 8/31/07 | 7/1/07 through 7/31/07 | $300,851.20 (80% of $376,064.00) | $120,822.93 | $300,851.20 (80% of $376,064.00) | $120,822.93 |
| 10/3/07 | 8/1/07 through 8/31/07 | $333,096.00 (80% of $416,370.00) | $255,424.17 | $333,096.00 (80% of $416,370.00) | $255,424.17 |

| | | | | | |
|---|---|---|---|---|---|
| 11/1/07 | 9/1/07 through 9/30/07 | $377,703.00 (80% of $472,128.75) | $256,664.50 | $377,703.00 (80% of $472,128.75) | $256,664.50 |
| 11/15/07 (Twenty-Sixth Interim) | 7/1/07 through 9/30/07 | $1,264,562.75 | $632,9 11.60 | $1,264,562.75 | $632,911.60 |
| 11/30/07 | 10/1/07 through 10/31/07 | $532,139.60 (80% of $665,174.50) | $188,132.41 | $532,139.60 (80% of $665,174.50) | $188,132.41 |
| 12/28/07 | 11/1/07 through 11/30/07 | 424,134.80 (80% of $530,168.50) | $172,692.06 | 424,134.80 (80% of $530,168.50) | $172,692.06 |
| 1/30/08 | 12/1/07 through 12/31/07 | $542,487.60 (80% of $678,109.50) | $69,715.56 | $542,487.60 (80% of $678,109.50) | $69,715.56 |
| 2/15/08 (Twenty-Seventh Interim) | 10/1/07 through 12/31/07 | $1,873,452.50 | $430,540.03 | $1,873,452.50 | $430,540.03 |
| 3/5/08 | 1/1/08 through 1/31/08 | $734,783.00 (80% of $918,478.75) | $98,683.87 | $734,783.00 (80% of $918,478.75) | $98,683.87 |
| 4/18/08 | 2/1/08 through 2/29/08 | $398,105.20 (80% of $497,631.50) | $116,348.78 | $398,105.20 (80% of $497,631.50) | $116,348.78 |
| 4/30/08 | 3/1/08 through 3/31/08 | $619,038.60 (80% of $773,798.25) | $148,697.00 | $619,038.60 (80% of $773,798.25) | $148,697.00 |
| 5/15/08 (Twenty-Eighth Interim) | 1/1/08 through 3/31/08 | $2,189,908.50 | $363,729.65 | $2,189,908.50 | $363,729.65 |
| 6/3/08 | 4/1/08 through 4/30/08 | $267,395.80 (80% of $334,244.75) | $301,616.80 | $267,395.80 (80% of $334,244.75) | $301,616.80 |
| 6/30/08 | 5/1/08 through 5/31/08 | $47,135.60 (80% of $58,919.50) | $49,022.95 | $47,135.60 (80% of $58,919.50) | $49,022.95 |
| 8/5/08 | 6/1/08 through 6/30/08 | $96,761.80 (80% of $120,952.25) | $10,468.80 | $96,761.80 (80% of $120,952.25) | $10,468.80 |
| 8/14/08 (Twenty-Ninth Interim) | 4/1/08 through 6/30/08 | $514,116.50 | $361,108.55 | $514,116.50 | $361,108.55 |

| | | | | | |
|---|---|---|---|---|---|
| 9/3/08 | 7/1/08 through 7/31/08 | $126,162.40 (80% of $157,703.00) | $7,991.30 | $126,162.40 (80% of $157,703.00) | $7,991.30 |
| 10/2/08 | 8/1/08 through 8/31/08 | $90,152.00 (80% of $112,690.00) | $9,966.75 | $90,152.00 (80% of $112,690.00) | $9,966.75 |
| 10/31/08 | 9/1/08 through 9/30/08 | $106,295.20 (80% of $132,869.00) | $2,368.93 | $106,295.20 (80% of $132,869.00) | $2,368.93 |
| 11/17/08 (Thirtieth Interim) | 7/1/08 through 9/30/08 | $403,262.00 | $20,326.98 | $403,262.00 | $20,326.98 |
| 12/3/08 | 10/1/08 through 10/31/08 | $23,645.20 (80% of $29,576.40) | $2,515.72 | 23,645.20 (80% of 29,556.20) | $2,515.72 |
| 1/6/09 | 11/1/08 through 11/30/08 | $159,943.80 (80% of $199,929.75) | $12,101.91 | $159,943.80 (80% of $199,929.75) | $12,101.91 |
| 2/3/09 | 12/1/08 through 12/31/08 | $291,922.40 (80% of $364,903.00) | $14,482.84 | $291,922.40 (80% of 364,903.00) | $14,482.84 |
| 2/13/09 (Thirty-First Interim) | 10/1/08 through 12/31/08 | $730,454.25 | $31,457.56 | $730,454.25 | $31,457.56 |
| 3/4/09 | 1/1/09 through 1/31/09 | $182,485.60 (80% of $228,107.00) | $16,322.88 | $182,485.60 (80% of $228,107.00) | $16,322.88 |
| 4/2/09 | 2/1/09 through 2/28/09 | $159,943.80 (80% of 199,929.75) | $12,101.91 | $159,943.80 (80% of 199,929.75) | $12,101.91 |
| 5/6/09 | 3/1/09 through 3/31/09 | $323,250.80 (80% of $404,063.50) | $27,902.22 | $323,250.80 (80% of $404,063.50) | $27,902.22 |
| 5/13/09 (Thirty-Second Interim) | 1/1/09 through 3/31/09 | $919,553.00 | $52,359.70 | $919,553.00 | $52,359.70 |
| 5/29/09 | 4/1/09 through 4/30/2009 | $286,208.20 (80% of $357,760.25) | $83,938.52 | $286,208.20 (80% of $357,760.25) | $83,938.52 |
| 7/1/09 | 5/1/09 through 5/31/09 | $361,638.20 (80% of $452,029.25) | $44,781.48 | 361,638.20 (80% of $452,029.25) | $44,781.48 |

| | | | | | |
|---|---|---|---|---|---|
| 8/4/09 | 6/1/09 through 6/30/09 | $495,176.80 (80% of $618,971.00) | $88,183.42 | $495,176.80 (80% of $618,971.00) | $88,183.42 |
| 8/17/09 (Thirty-Third Interim) | 4/1/09 through 6/30/09 | $1,428,760.50 | $216,903.42 | $1,428,760.50 | $216,903.42 |
| 9/1/09 | 7/1/09 through 7/31/09 | $484,519.60 (80% of $605,649.50) | $70,195.61 | $484,519.60 (80% of $605,649.50) | 70,195.61 |
| 10/2/09 | 8/1/09 through 8/31/09 | $555,916.80 (80% of 694,896.00) | $107,323.58 | $555,916.80 (80% of 694,896.00) | $107,323.58 |
| 11/13/09 | 9/1/09 through 9/30/09 | $574,089.80 (80% of $717,612.25) | $127,319.72 | $574,089.80 (80% of $717,612.25) | $127,319.72 |
| 11/16/09 (Thirty-Fourth Interim) | 7/1/09 through 9/30/09 | $2,018,157.75 | $304,839.21 | $2,018,157.75 | $304,839.21 |
| 12/2/09 | 10/1/09 through 10/31/09 | $275,748.60 ($80% of 344,685.75) | $99,892.22 | $275,748.60 ($80% of 344,685.75) | $99,892.22 |
| 12/30/09 | 11/1/09 through 11/30/09 | $187,939.60 (80% of 234,924.50) | $9,187.39 | $187,939.60 (80% of 234,924.50) | $9,187.39 |
| 2/1/10 | 12/1/09 through 12/31/09 | $230,906.80 (80% of 288,633.50) | $38,264.31 | $230,906.80 (80% of 288,633.50) | $38,264.31 |
| 2/16/10 (Thirty-Fifth Interim) | 10/1/09 through 12/31/09 | $868,243.75 | $147,341.92 | $868,243.75 | $147,341.92 |
| 3/1/10 | 1/1/10 through 1/31/10 | $120,558.60 (80% of 150,698.25) | $10,302.31 | $120,558.60 (80% of 150,698.25) | $10,302.31 |
| 3/30/10 | 2/1/10 through 2/28/10 | $34,640.40 (80% of $43,300.50) | $3,795.92 | $34,640.40 (80% of $43,300.50) | $3,795.92 |
| 4/15/10 | 3/1/10 through 3/31/10 | $44,462.00 (80% of $55,577.50) | $843.10 | $44,462.00 (80% of $55,577.50) | $843.10 |
| 5/14/10 (Thirty-Sixth Interim) | 1/1/10 through 3/31/10 | $249,576.25 | $14,941.33 | $249,576.25 | $14,941.33 |
| 6/2/10 | 4/1/10 through 4/30/10 | $26,062.00 (80% of $32,577.50) | $2,990.97 | $26,062.00 (80% of $32,577.50) | $2,990.97 |

| | | | | | |
|---|---|---|---|---|---|
| 6/29/10 | 5/1/10 through 5/31/10 | $24,208.00 (80% of $30,260.00) | $426.33 | $24,208.00 (80% of $30,260.00) | $426.33 |
| 8/3/10 | 6/1/10 through 6/30/10 | $7,600.40 (80% of $9,500.40) | $1,940.00 | $7,600.40 (80% of $9,500.40) | $1,940.00 |
| 8/13/10 (Thirty-Seventh Interim) | 4/1/10 through 6/30/10 | $72,338.00 | $5,357.30 | $72,338.00 | $5,357.30 |
| 9/1/10 | 7/1/10 through 7/31/10 | $7,777.50 (80% of 9,7584.01) | $2,559.35 | $7,777.50 (80% of 9,7584.01) | $2,559.35 |
| 10/4/10 | 8/1/10 through 8/30/10 | $7,441.60 (80% of 9,302.00) | $386.20 | $7,441.60 (80% of 9,302.00) | $386.20 |
| 10/27/10 | 9/1/10 through 9/30/10 | $10,320.80 (80% of 12,901.00) | $42.66 | $10,320.80 (80% of 12,901.00) | $42.66 |
| 11/15/10 (Thirty-Eighth Interim) | 7/1/10 through 9/30/10 | $31,924.50 | $2,988.21 | $31,924.50 | $2,988.21 |
| 12/03/10 | 10/1/10 through 10/31/10 | $7,553.60 (80% of $9,442.00) | $68.86 | $7,553.60 (80% of $9,442.00) | $68.86 |
| 01/05/11 | 11/1/10 through 11/30/10 | $11,926.00 (80% of $14,907.50) | $42.07 | $11,926.00 (80% of $14,907.50) | $42.07 |
| 02/12/11 | 12/1/10 through 12/31/10 | $16,456.00 (80% of 20,570.00) | $57.23 | $16,456.00 (80% of 20,570.00) | $57.23 |
| 02/15/11 (Thirty-Ninth Interim) | 10/1/10 through 12/31/10 | $44,919.50 | $168.16 | $44,919.50 | $168.16 |
| 03/01/11 | 1/01/11 through 1/31/11 | $29,652.60 (80% of 37,065.75) | $1,458.09 | $29,652.60 (80% of 37,065.75) | $1,458.09 |
| 03/31/11 | 2/01/11 through 2/28/11 | $49,302.20 (80% of 61,627.75) | $181.13 | $49,302.20 (80% of 61,627.75) | $181.13 |
| 04/29/11 | 3/01/11 through 3/31/11 | $44,471.80 (80% of 55,589.75) | $2,267.19 | $44,471.80 (80% of 55,589.75) | $2,267.19 |

| | | | | | |
|---|---|---|---|---|---|
| 05/19/11 (Fortieth Interim) | 1/01/11 through 3/31/11 | $154,283.25 | $3,906.41 | $154,283.25 | $3,906.41 |
| 05/31/11 | 4/1/2011 through 4/30/2011 | $105,617.60 (80% of 132,022.00) | $8,504.84 | $105,617.60 (80% of 132,022.00) | $8,504.84 |
| 07/01/11 | 5/1/2011 through 5/31/2011 | $309,476.40 (80% of 386,845.50) | $17,546.55 | $309,476.40 (80% of 386,845.50) | $17,546.55 |
| 08/02/11 | 6/1/2011 through 6/30/2011 | $126,607.40 (80% of 158,259.25) | $1,492.53 | $126,607.40 (80% of 158,259.25) | $1,492.53 |
| 08/15/11 (Forty-First Interim) | 4/1/2011 through 6/30/2011 | $677,126.75 | $27,543.92 | $677,126.75 | $27,543.92 |
| 08/31/11 | 7/1/2011 through 7/31/2011 | 25,196.00 (80% of 31,495.00) | $2,437.80 | 25,196.00 (80% of 31,495.00) | $2,437.80 |
| 09/29/11 | 8/1/2011 through 8/31/2011 | 25,933.20 (80% of 32,416.50) | $526.18 | 25,933.20 (80% of 32,416.50) | $526.18 |
| 10/24/11 | 9/1/2011 through 9/30/2011 | $10,633.60 (80% of $13,292.00) | $26.58 | $10,592.20 (80% of $13,292.00) | $26.58 |
| 11/14/11 (Forty-Second Interim) | 7/1/2011 through 9/30/2011 | $77,203.50 | $2,990.56 | $77,203.50 | $2,990.56 |
| 11/18/11 | 10/1/2011 through 10/31/2011 | $12,850.80 (80% of $16,063.50 | $234.66 | $12,850.80 (80% of $16,063.50 | $234.66 |
| 01/10/12 | 11/1/2011 through 11/30/2011 | $35,408.80 (80% of $44,261.00 | $1,999.50 | $35,408.80 (80% of $44,261.00 | $1,999.50 |
| 1/30/12 | 12/1/2011 through 12/31/2011 | $36,512.40 (80% of $45,640.50) | $2,680.01 | $36,512.40 (80% of $45,640.50) | $2,680.01 |
| 2/15/12 (Forty-Third Interim) | 10/1/11 through 12/31/11 | $105,965.00 | $4,914.17 | $105,965.00 | $4,914.17 |

| | | | | | |
|---|---|---|---|---|---|
| 3/12/12 | 1/1/2012 through 1/31/2012 | $78,139.60 (80% of $97,674.50) | $3,040.08 | $78,139.60 (80% of $97,674.50) | $3,040.08 |
| 4/2/12 | 2/1/2012 through 2/29/2012 | $58,877.20 (80% of $73,596.50 ) | $596.50 | $58,877.20 (80% of $73,596.50 ) | $596.50 |
| 5/1/12 | 3/1/2012 through 3/31/2012 | $23,413.20 (80% of $29,266.50) | $18.80 | $23,413.20 (80% of $29,266.50) | $18.80 |
| 5/15/12 (Forty-Fourth Interim) | 1/1/12 through 3/31/12 | $207,950.00 | $3,744.50 | $207,950.00 | $3,744.50 |
| 5/29/12 | 4/1/2012 through 4/30/2012 | $12,882.00 (80% of $16,102.50) | $23.76 | $12,882.00 (80% of $16,102.50) | $23.76 |
| 7/3/12 | 5/1/2012 through 5/31/2012 | $29,755.00 (80% of $37,193.75) | $3,083.98 | $29,755.00 (80% of $37,193.75) | $3,083.98 |
| 8/1/12 | 6/1/2012 through 6/30/2012 | $33,253.20 (80% of $41,566.50) | $985.16 | $33,253.20 (80% of $41,566.50) | $985.16 |
| 8/14/12 (Forty-Fifth Interim) | 4/1/2012 through 6/30/2012 | $94,862.75 | $4,092.90 | $94,862.75 | $4,092.90 |
| 8/30/12 | 7/1/2012 through 7/31/2012 | $40,649.60 (80% of $50,812.00) | $4,089.79 | $40,649.60 (80% of $50,812.00) | $4,089.79 |
| 10/4//12 | 8/1/2012 through 8/31/2012 | $23,165.20 (80% of $28,956.50) | $3,318.37 | $23,165.20 (80% of $28,956.50) | $3,318.37 |
| 11/7/12 | 9/1/2012 through 9/30/2012 | $18,694.00 (80% of $23,367.50) | $370.67 | $18,694.00 (80% of $23,367.50) | $370.67 |
| 11/14/12 (Forty-Sixth Interim) | 7/1/2012 through 9/30/2012 | $103,136.00 | $7,778.83 | $103,136.00 | $7,778.83 |
| 12/4/12 | 10/1/2012 through 10/31/2012 | $26,011.20 (80% of $32,514.00) | $250.85 | $26,011.20 (80% of $32,514.00) | $250.85 |
| 1/10/13 | 11/1/2012 through 11/31/2012 | $10,828.80 (80% of $13,536.00) | $21.50 | $10,828.80 (80% of $13,536.00) | $21.50 |

| | | | | | |
|---|---|---|---|---|---|
| 2/5/13 | 12/1/2012 through 12/31/2012 | $134,709.60 (80% of $168,387.00) | $7,379.51 | $134,709.60 (80% of $168,387.00) | $7,379.51 |
| 2/14/13 (Forty-Seventh Interim) | 10/1/2012 through 12/31/2012 | $214,437.00 | $7,651.86 | $214,437.00 | $7,651.86 |
| 3/6/13 | 1/1/2013 through 1/31/2013 | $132,531.20 (80% of $165,664.00) | $222.64 | $132,531.20 (80% of $165,664.00) | $222.64 |
| 4/3/13 | 2/1/2013 through 2/28/2013 | $28,130.40 (80% of $35,163.00) | $447.88 | $28,130.40 (80% of $35,163.00) | $447.88 |
| 5/3/13 | 3/1/2013 through 3/31/2013 | $32,076.00 (80% of $40,095.00) | $1,145.92 | $32,076.00 (80% of $40,095.00) | $1,145.92 |
| 5/15/13 (Forty-Eighth Interim) | 1/1/2013 through 3/31/2013 | $240,922.00 | $1,816.44 | $240,922.00 | $1,816.44 |
| 6/5/13 | 4/1/2013 through 4/30/2013 | $38,990.80 (80% of $48,738.50) | $438.97 | $38,990.80 (80% of $48,738.50) | $438.97 |
| 7/8/13 | 5/1/2013 through 5/31/2013 | $31,970.40 (80% of $39,963.00) | $51.32 | $31,970.40 (80% of $39,963.00) | $51.32 |
| 8/6/13 | 6/1/2013 through 6/30/2013 | $37,387.20 (80% of $46,734.00) | $377.67 | $37,387.20 (80% of $46,734.00) | $377.67 |
| 8/14/13 (Forty-Ninth Interim) | 4/1/2013 through 6/30/2013 | $135,435.50 | $867.96 | $135,435.50 | $867.96 |
| 9/5/13 | 7/1/2013 through 7/31/2013 | $10,367.20 (80% of $12,959.00) | $321.46 | $10,367.20 (80% of $12,959.00) | $321.46 |
| 10/4/13 | 8/1/2013 through 8/31/2013 | $4,573.60 (80% of $5,717.00) | $8.48 | $4,573.60 (80% of $5,717.00) | $8.48 |
| 11/08/13 | 9/1/2013 through 9/30/2013 | $18,967.20 (80% of $23,709.00) | $16.97 | $18,967.20 (80% of $23,709.00) | $16.97 |
| 11/13/13 (Fiftieth Interim) | 7/1/2013 through 9/30/2013 | $42,385.00 | $346.71 | $42,385.00 | $346.71 |

| | | | | | |
|---|---|---|---|---|---|
| 12/10/13 | 10/1/2013 through 10/31/2013 | $9,793.20 (80% of $12,241.50) | $44.03 | $9,793.20 (80% of $12,241.50) | $44.03 |
| 12/31/13 | 11/1/2013 through 11/30/2013 | $17,443.20 (80% of $21,804.00) | $18.48 | $17,443.20 (80% of $21,804.00) | $18.48 |
| 2/03/14 | 12/1/2013 through 12/31/2013 | $28,575.20 (80% of $35,719.00) | $17.20 | Pending | Pending |
| 2/19/14 (Fifty-First Interim) | 10/1/2013 through 12/31/2013 | $69,764.50 | $79.71 | Pending | Pending |
| 3/18/14 | 1/1/2014 through 2/3/2014 | $78,642.60 (80% of $98,303.25 | $584.01 | Pending | Pending |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
FOR BILLING PERIOD JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014
CAPLIN & DRYSDALE, CHARTERED**

| **Name, Position, Years in Position** | **Position** | **Years** | **Hours Billed** | **Hourly Rate** | **Amount of Fee** |
|---|---|---|---|---|---|
| Elihu Inselbuch (EI) | Member | 52 | 3.6 | $1,100 | 3,960.00 |
| Peter V. Lockwood (PVL) | Member | 48 | 61.4 | $975 | 59,865.00 |
|  |  |  | 31.5 | $487.50 | 15,356.25 |
| Trevor W. Swett (TWS) | Member | 33 | .3 | $770 | 231.00 |
| Ann C. McMillan (ACM) | Member | 30 | 23.5 | $675 | 15,862.50 |
| Rita C. Tobin (RCT) | Of Counsel | 24 | 3.1 | $555 | 1,720.50 |
| Andrew J. Sackett (AJS) | Of Counsel | 9 | .4 | $450 | 180.00 |
| Eugenia Benetos (EB) | Paralegal | 11 | 3.7 | $235 | 869.50 |
| Sara Joy DelSavio (SJD) | Paralegal | 10 | 1.1 | $235 | 258.50 |
| **Totals** |  |  | **128.6** |  | **$98,303.25** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| **Project Category** | **Total Hours for the Period 01/01/2014 through 02/03/2014** | **Total Fees for the Period 01/01/2014 through 02/03/2014** |
|---|---:|---:|
| Asset Analysis & Recovery | .0 | $.00 |
| Asset Disposition | .0 | $.00 |
| Business Operations | .0 | $.00 |
| Case Administration | 3.5 | $2,201.00 |
| Claim Analysis Objection & Resolution (Asbestos) | .0 | $.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | $.00 |
| Committee Creditors', Noteholders' or Equity Holders' | .0 | $.00 |
| Employee Benefits/Pension | .0 | $.00 |
| Employment Applications, others | .0 | $.00 |
| Fee Applications, Applicant | 6.0 | $2,146.00 |
| Fee Applications, Others | .0 | $.00 |
| Financing | .0 | $.00 |
| Hearings | .0 | $.00 |
| Litigation & Litigation Consult. | .0 | $.00 |
| Plan & Disclosure Statement | 87.6 | $78,600.00 |
| Travel Non-working | 31.5 | $15,356.25 |
| Valuation | .0 | $.00 |
| Fee Auditors Matters | .0 | $.00 |
| Tax Issues | .0 | $.00 |
| Relief from Stay Proceedings | .0 | $.00 |
| **Grand totals** | **128.6** | **$98,303.25** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period 01/01/2014 through 02/03/2014 |
|---|---|---|
| Outside Reproduction & Courier Service | | $.00 |
| In-House Reproduction ($0.10 per page) | | $.00 |
| Facsimile ($0.15 per page) | | $.00 |
| Filing Fees | | $.00 |
| Court Reporting/Transcript Services | | $.00 |
| Federal Express | | $11.40 |
| Long Distance Telephone Calls | | $.00 |
| Charge of Cell and/or Home phone usage | | $.00 |
| Conference Call Services | | $.00 |
| Air & Train Transportation | | $.00 |
| Messenger Service | | $.00 |
| Local Transportation | | $.00 |
| Miscellaneous Exp | | $.00 |
| Conference Meals | | $.00 |
| Overtime Meals | | $.00 |
| Postage/Air Freight | | $33.54 |
| Research Materials | | $.00 |
| Westlaw/Lexis | | $.00 |
| Pacer Database Charges | | $23.10 |
| Professional Fees & Expert Witness Fees | | $.00 |
| Travel – Meals | | $31.25 |
| Travel – Hotel | | $407.97 |
| Travel – Ground Transportation | | $76.75 |
| Travel-LD Calls on Hotel Bill | | $.00 |
| **Total:** | | **$584.01** |

CAPLIN & DRYSDALE, CHARTERED

 /s/ *Elihu Inselbuch*
Elihu Inselbuch
600 Lexington Avenue at 52nd Street
21st Floor
New York, NY  10022
(212) 379-6000

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W. 12th Floor
Washington, D.C.  20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire (I.D. #3299)
Kathleen Campbell Davis, Esquire
222 Delaware Avenue.
Suite 1620
Wilmington, DE  19801
(302) 426-1900

*Counsel for the Official Committee*
*of Asbestos Personal Injury Claimants*

Dated:  March 27, 2014