**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014

ACCOUNT NO:          3000-11D
STATEMENT NO:              150

Expenses

| | | |
|---|---|---:|
| PREVIOUS BALANCE | | $6,018.21 |
| 01/01/2014 | Pacer charges for the month of December | 118.30 |
| 01/07/2014 | Parcels - copy/service - Monthly Fee Applications (4) 12/31/2013 | 353.80 |
| 01/31/2014 | Printing - January 2014 | 149.90 |
| 01/31/2014 | Copying - January 2014 | 14.70 |
| 01/31/2014 | Scanning - January 2014 | 0.80 |
| | TOTAL EXPENSES | 637.50 |
| | TOTAL CURRENT WORK | 637.50 |
| 01/28/2014 | Payment - Thank you. (October, 2013 - 100% Expenses) | -512.60 |
| | BALANCE DUE | $6,143.11 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

|  |  |
|---|---|
| Page: | 1 |
| | 01/31/2014 |
| ACCOUNT NO: | 3000-01D |
| STATEMENT NO: | 112 |

Asset Analysis and Recovery

| | |
|---|---|
| PREVIOUS BALANCE | $429.00 |
| BALANCE DUE | $429.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:     3000-02D
STATEMENT NO:        152

Asset Disposition

| | |
|---|---|
| PREVIOUS BALANCE | $37.30 |
| BALANCE DUE | $37.30 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
01/31/2014

W.R. Grace
Wilmington  DE

ACCOUNT NO:      3000-03D
STATEMENT NO:          136

Business Operations

PREVIOUS BALANCE                                                    $780.00

BALANCE DUE                                                          $780.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:      3000-04D
STATEMENT NO:            152

Case Administration

PREVIOUS BALANCE                                                              $1,199.67

01/28/2014      Payment - Thank you. (October, 2013 - 80% Fees)              -530.40

BALANCE DUE                                                                    $669.27

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
01/31/2014
W.R. Grace
Wilmington  DE                                          ACCOUNT NO:      3000-05D
                                                        STATEMENT NO:           152

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                      $2,321.60

BALANCE DUE                                                          $2,321.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:        3000-06D
STATEMENT NO:            152

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                                  -$28.30

| | | |
|---|---|---|
| 01/28/2014 | Payment - Thank you. (October, 2013 - 80% Fees) | -93.60 |

CREDIT BALANCE                                                                                  -$121.90

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
01/31/2014
ACCOUNT NO:      3000-07D
STATEMENT NO:         152

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                    $14,059.56

|  |  | HOURS |  |
|---|---|---|---|
| 01/02/2014 |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 49.50 |
| MTH | Multiple correspondence with ACM re Committee meeting minutes; research and review re same | 2.20 | 902.00 |
| 01/06/2014 |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/07/2014 |  |  |  |
| PEM | Review memo re: pleadings filed. | 0.10 | 49.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/08/2014 |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/09/2014 |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/10/2014 |  |  |  |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | Prepare weekly recommendation memos | 0.40 | 164.00 |

Page: 2
01/31/2014

W.R. Grace

ACCOUNT NO:      3000-07D
STATEMENT NO:          152

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| **01/13/2014** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/14/2014** | | | |
| DAC | Review counsel's weekly memo | 0.10 | 54.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/15/2014** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/16/2014** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 49.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/17/2014** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| **01/20/2014** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 41.00 |
| **01/21/2014** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review correspondence from SMC re daily pleadings | 0.10 | 41.00 |
| **01/23/2014** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 41.00 |
| **01/24/2014** | | | |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 41.00 |
| MTH | Prepare weekly recommendation memos; review correspondence from | | |

Page: 3
01/31/2014

W.R. Grace

ACCOUNT NO:    3000-07D
STATEMENT NO:    152

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | SC re same | 0.40 | 164.00 |
| **01/27/2014** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 41.00 |
| **01/28/2014** |  |  |  |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 41.00 |
| **01/29/2014** |  |  |  |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| MTH | Review correspondence from JS re weekly report | 0.10 | 41.00 |
| MTH | Review daily memo | 0.10 | 41.00 |
| **01/30/2014** |  |  |  |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| MTH | Review daily memo | 0.10 | 41.00 |
| **01/31/2014** |  |  |  |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| MTH | Prepare weekly recommendation memos; correspondence to Committee re same | 0.60 | 246.00 |
| MTH | Review daily memo | 0.10 | 41.00 |
|  | FOR CURRENT SERVICES RENDERED | 10.20 | 2,652.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.10 | $545.00 | $54.50 |
| Philip E. Milch | 0.30 | 495.00 | 148.50 |
| Michele Kennedy | 0.20 | 155.00 | 31.00 |
| Santae M. Boyd | 4.30 | 110.00 | 473.00 |
| Mark T. Hurford | 4.60 | 410.00 | 1,886.00 |
| Freddie Koenig-Leuck | 0.70 | 85.00 | 59.50 |

TOTAL CURRENT WORK                                                                    2,652.50

01/28/2014    Payment - Thank you. (October, 2013 - 80% Fees)                    -3,445.20

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

Page: 4
01/31/2014
ACCOUNT NO:    3000-07D
STATEMENT NO:    152

BALANCE DUE                                                    $13,266.86

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:      3000-08D
STATEMENT NO:            151

Employee Benefits/Pension

PREVIOUS BALANCE                                                          -$913.90

CREDIT BALANCE                                                           -$913.90

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
01/31/2014

W.R. Grace
Wilmington  DE

ACCOUNT NO:    3000-10D
STATEMENT NO:    152

Employment Applications, Others

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,497.90 |
| | | HOURS | |

01/30/2014
| | | HOURS | |
|---|---|---|---|
| MTH | Correspondence with DF re retention application | 0.30 | 123.00 |
| | FOR CURRENT SERVICES RENDERED | 0.30 | 123.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $410.00 | $123.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 123.00 |

| | | |
|---|---|---|
| 01/28/2014 | Payment - Thank you. (October, 2013 - 80% Fees) | -280.80 |

| | |
|---|---|
| BALANCE DUE | $1,340.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:        3000-12D
STATEMENT NO:              150

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $5,480.80 |

| | | HOURS | |
|---|---|---|---|
| **01/02/2014** | | | |
| SMB | Review case docket for objections to C&L's October fee application (.1); Prepare Certificate of No Objection (.3); Finalize and e-file CNO (.2) | 0.60 | 66.00 |
| **01/14/2014** | | | |
| SMB | Review e-mail from DS re: December bill (.1); Prepare C&L December fee application (.3); | 0.40 | 44.00 |
| **01/23/2014** | | | |
| MTH | Reviewing docket and reviewing CNO for C&L November 2013 Monthly Fee Application | 0.10 | 41.00 |
| **01/24/2014** | | | |
| MTH | Reviewing docket and reviewing and signing CNO for C&L November monthly | 0.10 | 41.00 |
| | FOR CURRENT SERVICES RENDERED | 1.20 | 192.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 1.00 | $110.00 | $110.00 |
| Mark T. Hurford | 0.20 | 410.00 | 82.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 192.00 |

| | | |
|---|---|---|
| 01/28/2014 | Payment - Thank you. (October, 2013 - 80% Fees) | -590.40 |

W.R. Grace

Page: 2
01/31/2014
ACCOUNT NO:      3000-12D
STATEMENT NO:           150

Fee Applications, Applicant


BALANCE DUE                                          $5,082.40


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:        3000-13D
STATEMENT NO:        137

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $12,590.50 |
| 01/02/2014 | | | | |
| | SMB | Review case docket for objections to Anderson Kill, P.C.'s October fee application (.1); Prepare Certificate of No Objection (.3); Finalize and e-file CNO (.2) | 0.60 | 66.00 |
| | SMB | Review case docket for objections to C&D's October fee application (.1); Prepare Certificate of No Objection (.3); Finalize and e-file CNO (.2) | 0.60 | 66.00 |
| | SMB | Review case docket for objections to Charter Oak's October fee application (.1); Prepare Certificate of No Objection (.3); Finalize and e-file CNO (.2) | 0.60 | 66.00 |
| 01/10/2014 | | | | |
| | SMB | Review November 2013 application of Saul Ewing LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Beveridge & Diamond P.C. (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2013 application of  Kirkland & Ellis LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Stroock Stroock & Lavan LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Foley Hoag LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Reed Smith LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of The Law Offices of Roger Higgins LLC (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2013 application of BMC Group (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Casner & Edwards LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2013 application of Alexander M. | | |

W.R. Grace

ACCOUNT NO:     3000-13D
STATEMENT NO:     137

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Sanders, Jr. (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2013 application of Alan B. Rich (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2013 application of Kirkland & Ellis LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2013 application of Pachulski Stang Ziehl & Jones LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Lincoln Partners Advisors LLC (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2013 application of Pachulski Stang Ziehl & Jones LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Lauzon Belanger Lesperance (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Scarfone Hawkins LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of The Hogan Firm (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Ferry Joseph & Pearce P.A. (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Pachulski Stang Ziehl & Jones LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2013 application of Blackstone Advisory Partners L.P. (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Pachulski Stang Ziehl & Jones LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2013 application of Pachulski Stang Ziehl & Jones LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

01/17/2014
| SMB | Review July through September 2013 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March through May 2013 application of Norton Rose Fulbright Canada LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2013 application of Baker Donelson Bearman Caldwell & Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

01/21/2014
| SMB | Review e-mail from Crick re: November bill (.1); Prepare Charter Oak November fee application (.3); Finalize and e-file application (.3) | 0.70 | 77.00 |
| MTH | Reviewing Charter Oak fee application for November 2013 | 0.20 | 82.00 |
| MTH | Review correspondence from GD re LBL fee application | 0.10 | 41.00 |
| MTH | Review correspondence from GD re SH monthly fee application | 0.10 | 41.00 |
| MTH | Review correspondence from GD re Hogan Firm monthly fee application | 0.10 | 41.00 |
| MTH | Review correspondence from YS re various fee applications filed | 0.10 | 41.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| MTH | Review correspondence from TBB re Saul Ewing CNO filed | 0.10 | 41.00 |
| **01/23/2014** | | | |
| MTH | Reviewing docket and reviewing CNO for LAS November 2013 Monthly Fee Application | 0.20 | 82.00 |
| MTH | Reviewing docket and reviewing CNO for C&D November 2013 Monthly Fee Application | 0.10 | 41.00 |
| MTH | Reviewing docket and reviewing CNO for AKO November 2013 Monthly Fee Application | 0.10 | 41.00 |
| SMB | Review case docket for objections to AKO November fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.3) | 0.60 | 66.00 |
| SMB | Review case docket for objections to C&L November fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.3) | 0.60 | 66.00 |
| SMB | Review case docket for objections to C&D November 2013 fee application (.1); Prepare Certificate of No Objection letter (.2) | 0.30 | 33.00 |
| MTH | Review correspondence from CH re CNO filed | 0.10 | 41.00 |
| **01/24/2014** | | | |
| SMB | Review case docket for objections to Legal Analysis System November 2013 fee application (.1); Prepare Certificate of No Objection (.3); Finalize and e-file CNO (.2) | 0.60 | 66.00 |
| SMB | Review November 2013 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2013 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2013 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2013 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September  through October 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2013 application of Grant Thornton LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Reviewing docket and reviewing and signing CNO for LAS November monthly | 0.20 | 82.00 |
| MTH | Reviewing docket and reviewing and signing CNO for AK November monthly | 0.10 | 41.00 |
| MTH | Reviewing docket and reviewing and signing CNO for C&D November monthly | 0.10 | 41.00 |

W.R. Grace

Fee Applications, Others

Page: 4
01/31/2014
ACCOUNT NO:      3000-13D
STATEMENT NO:         137

|  |  | HOURS |  |
|---|---|---|---|
| 01/27/2014 |  |  |  |
| MTH | Review correspondence from CH re PG&S fee application filed | 0.10 | 41.00 |
| 01/28/2014 |  |  |  |
| MTH | Correspondence with A. Peltin re AKO interim | 0.10 | 41.00 |
| MTH | Telephone conference with DF re questions re fee applications; research and review re same; follow up correspondence re same | 1.00 | 410.00 |
| MTH | Review correspondence from MS re three fee applications filed | 0.10 | 41.00 |
| 01/29/2014 |  |  |  |
| MTH | Review correspondence from GD (x4) re fee applications and CNO filed | 0.20 | 82.00 |
| MTH | Review correspondence from AP re AKO fee application | 0.10 | 41.00 |
| MTH | Review correspondence from D.M. re two fee applications filed | 0.10 | 41.00 |
| 01/30/2014 |  |  |  |
| MTH | Review correspondence from DP re Higgins monthly fee application | 0.10 | 41.00 |
| MTH | Reviewing Plan and Confirmation Order re final fee applications and timing of final fee application process; correspondence to JON and DF re same | 0.80 | 328.00 |
| 01/31/2014 |  |  |  |
| MTH | Review correspondence from JBL re Reed Smith fee application | 0.10 | 41.00 |
|  | FOR CURRENT SERVICES RENDERED | 15.90 | 3,039.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 11.60 | $110.00 | $1,276.00 |
| Mark T. Hurford | 4.30 | 410.00 | 1,763.00 |

TOTAL CURRENT WORK                                                                3,039.00

01/28/2014    Payment - Thank you. (October, 2013 - 80% Fees)                   -2,560.80

BALANCE DUE                                                                      $13,068.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
01/31/2014

W.R. Grace
Wilmington  DE

ACCOUNT NO:      3000-15D
STATEMENT NO:           152

Hearings

|  |  | HOURS |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $3,906.25 |

| 01/27/2014 | | HOURS | |
|---|---|---|---|
| MTH | Correspondence and DF and JON re January hearing | 0.20 | 82.00 |
| 01/28/2014 | | | |
| MTH | Correspondence and communications with DF, JON and PVNL re January hearing | 0.70 | 287.00 |
| 01/29/2014 | | | |
| MTH | Preparing for and attending hearing | 0.50 | 205.00 |
| | FOR CURRENT SERVICES RENDERED | 1.40 | 574.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.40 | $410.00 | $574.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 574.00 |
| BALANCE DUE | $4,480.25 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:    3000-16D
STATEMENT NO:    137

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                     -$2,598.00

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/28/2014 |  |  |  |  |
| MTH | Review correspondence from SC re dismissal of fraudulent conveyance actions |  | 0.10 | 41.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.10 | 41.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $410.00 | $41.00 |

TOTAL CURRENT WORK                                                        41.00

CREDIT BALANCE                                                       -$2,557.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
01/31/2014

W.R. Grace
Wilmington  DE

ACCOUNT NO:        3000-17D
STATEMENT NO:              137

Plan and Disclosure Statement

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $4,522.40 |
| **01/28/2014** | | | |
| MTH | Correspondence and communications with RH re insurance questions; review re same | 0.80 | 328.00 |
| MTH | Reviewing Order entered re Harper Settlement correspondence to RH re same | 0.20 | 82.00 |
| **01/29/2014** | | | |
| MTH | Reviewing Orders entered re dismissal of fraudulent conveyance action and correspondence re same | 0.20 | 82.00 |
| **01/30/2014** | | | |
| MTH | Telephone conference with JON re effective date issues | 0.50 | 205.00 |
| MTH | Additional telephone discussion with JON re effective date questions and discussion internally re same | 0.70 | 287.00 |
| MTH | Reviewing various correspondence re dismissal of fraudulent conveyance action | 0.30 | 123.00 |
| MTH | Various correspondence re CA3 dismissal, reviewing draft re same | 0.20 | 82.00 |
| **01/31/2014** | | | |
| MTH | Review correspondence from DF re questions re fees | 0.10 | 41.00 |
| | FOR CURRENT SERVICES RENDERED | 3.00 | 1,230.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.00 | $410.00 | $1,230.00 |

TOTAL CURRENT WORK                                                                1,230.00

W.R. Grace

Plan and Disclosure Statement

Page: 2
01/31/2014
ACCOUNT NO:      3000-17D
STATEMENT NO:      137

| 01/28/2014 | Payment - Thank you. (October, 2013 - 80% Fees) | -1,156.00 |
| | BALANCE DUE | $4,596.40 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:       3000-18D
STATEMENT NO:           137

Relief from Stay Proceedings

PREVIOUS BALANCE                                                    -$257.70

CREDIT BALANCE                                                      -$257.70

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
01/31/2014

W.R. Grace
Wilmington DE

ACCOUNT NO:    3000-20D
STATEMENT NO:        136

Tax Litigation

PREVIOUS BALANCE                                                    $468.80

BALANCE DUE                                                         $468.80

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:     3000-21D
STATEMENT NO:          128

Travel-Non-Working

PREVIOUS BALANCE                                                                          -$4.00

CREDIT BALANCE                                                                            -$4.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 01/31/2014 |
| Wilmington DE | ACCOUNT NO:     3000-22D |
| | STATEMENT NO:          141 |

Valuation

| | |
|---|---|
| PREVIOUS BALANCE | $1,185.00 |
| BALANCE DUE | $1,185.00 |

Any payments received after the statement date will be applied to next month's statement. Please note your account number on your payment. Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
01/31/2014
ACCOUNT NO:        3000-23D
STATEMENT NO:            141

ZAI Science Trial

PREVIOUS BALANCE                                                                $1,203.30

BALANCE DUE                                                                      $1,203.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
01/31/2014

W.R. Grace
Wilmington  DE

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 429.00 | 0.00 | 0.00 | 0.00 | 0.00 | $429.00 |
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 0.00 | 0.00 | 0.00 | 0.00 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 780.00 | 0.00 | 0.00 | 0.00 | 0.00 | $780.00 |
| 3000-04 Case Administration | | | | | |
| 1,199.67 | 0.00 | 0.00 | 0.00 | -530.40 | $669.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -28.30 | 0.00 | 0.00 | 0.00 | -93.60 | -$121.90 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 14,059.56 | 2,652.50 | 0.00 | 0.00 | -3,445.20 | $13,266.86 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -913.90 | 0.00 | 0.00 | 0.00 | 0.00 | -$913.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,497.90 | 123.00 | 0.00 | 0.00 | -280.80 | $1,340.10 |
| 3000-11 Expenses | | | | | |
| 6,018.21 | 0.00 | 637.50 | 0.00 | -512.60 | $6,143.11 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,480.80 | 192.00 | 0.00 | 0.00 | -590.40 | $5,082.40 |
| 3000-13 Fee Applications, Others | | | | | |
| 12,590.50 | 3,039.00 | 0.00 | 0.00 | -2,560.80 | $13,068.70 |
| 3000-15 Hearings | | | | | |
| 3,906.25 | 574.00 | 0.00 | 0.00 | 0.00 | $4,480.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,598.00 | 41.00 | 0.00 | 0.00 | 0.00 | -$2,557.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 4,522.40 | 1,230.00 | 0.00 | 0.00 | -1,156.00 | $4,596.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 51,898.39 | 7,851.50 | 637.50 | 0.00 | -9,169.80 | $51,217.59 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-01D
STATEMENT NO:      113

Asset Analysis and Recovery

PREVIOUS BALANCE                                    $429.00

BALANCE DUE                                         $429.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-02D
STATEMENT NO:        153

Asset Disposition

PREVIOUS BALANCE                                                           $37.30

BALANCE DUE                                                                $37.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-03D
STATEMENT NO:        137

Business Operations

|                   |          |
|-------------------|---------:|
| PREVIOUS BALANCE  | $780.00  |
| BALANCE DUE       | $780.00  |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
02/03/2014

W.R. Grace
Wilmington  DE
ACCOUNT NO: 3000-04D
STATEMENT NO:      153


Case Administration


PREVIOUS BALANCE                                                    $669.27


BALANCE DUE                                                         $669.27


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-05D
STATEMENT NO:        153


Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                      $2,321.60

BALANCE DUE                                           $2,321.60


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
02/03/2014

W.R. Grace
Wilmington  DE

ACCOUNT NO: 3000-06D
STATEMENT NO:       153

Claims Analysis Objection & Resol. (Non-Asbestos)

|  | |
|---|---|
| PREVIOUS BALANCE | -$121.90 |
| CREDIT BALANCE | -$121.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-07D
STATEMENT NO:       153


Committee, Creditors, Noteholders, Equity Holders


PREVIOUS BALANCE

$13,266.86

| | | | HOURS | |
|---|---|---|---|---|
| 02/03/2014 SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.20 | 22.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.20 | 22.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.20 | $110.00 | $22.00 |


TOTAL CURRENT WORK

22.00


BALANCE DUE

$13,288.86


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-08D
STATEMENT NO:          152

Employee Benefits/Pension

PREVIOUS BALANCE

-$913.90

CREDIT BALANCE

-$913.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310


W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-10D
STATEMENT NO:      153


Employment Applications, Others


PREVIOUS BALANCE

$1,340.10

BALANCE DUE

$1,340.10


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310


W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-12D
STATEMENT NO:      151


Fee Applications, Applicant


|  | | | HOURS | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | $5,082.40 |
| | | | **HOURS** | |
| 02/03/2014 SMB | Review e-mail from DS re: December bill (.1); Prepare C&L December fee application (.5) Finalize and e-file application (.3) | | 0.90 | 99.00 |
| MTH | Reviewing C&L December fee application for filing and service | | 0.20 | 82.00 |
| | FOR CURRENT SERVICES RENDERED | | 1.10 | 181.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.90 | $110.00 | $99.00 |
| Mark T. Hurford | 0.20 | 410.00 | 82.00 |

TOTAL CURRENT WORK                                                         181.00


BALANCE DUE                                                              $5,263.40


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-13D
STATEMENT NO:        138


Fee Applications, Others


| | | | | HOURS | |
|---|---|---|---|---|---|
| | PREVIOUS BALANCE | | | | $13,068.70 |
| 02/03/2014 | SMB | Review e-mail from A. Pelton re: December bill (.1); Prepare AKO December fee application (.3) Finalize and e-file application (.2) | | | |
| | SMB | Review e-mail from E. Benetos re: December bill (.1); Prepare C&L December fee application (.4) Finalize and e-file application (.3) | | 0.90 | 99.00 |
| | MTH | Reviewing AKO December monthly for filing and service | | 0.80 | 88.00 |
| | | FOR CURRENT SERVICES RENDERED | | 0.20 | 82.00 |
| | | | | 1.90 | 269.00 |

| | RECAPITULATION | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| Santae M. Boyd | 1.70 | $110.00 | $187.00 |
| Mark T. Hurford | 0.20 | 410.00 | 82.00 |

TOTAL CURRENT WORK

269.00

BALANCE DUE

$13,337.70


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-15D
STATEMENT NO:      153

Hearings

PREVIOUS BALANCE                                          $4,480.25

BALANCE DUE                                              $4,480.25

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
02/03/2014
W.R. Grace                                    ACCOUNT NO: 3000-16D
Wilmington  DE                                STATEMENT NO:      138


Litigation and Litigation Consulting


    PREVIOUS BALANCE                                 -$2,557.00


    CREDIT BALANCE                                   -$2,557.00


                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-17D
STATEMENT NO:      138

Plan and Disclosure Statement

PREVIOUS BALANCE                                        $4,596.40

BALANCE DUE                                            $4,596.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-18D
STATEMENT NO:        138

Relief from Stay Proceedings

PREVIOUS BALANCE                                    -$257.70

CREDIT BALANCE                                      -$257.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace                                                      Page: 1
Wilmington  DE                                             02/03/2014
                                              ACCOUNT NO: 3000-20D
                                              STATEMENT NO:      137


Tax Litigation


        PREVIOUS BALANCE                                    $468.80

        BALANCE DUE                                         $468.80


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace                                                         Page: 1
Wilmington   DE                                              02/03/2014
                                                    ACCOUNT NO: 3000-21D
                                                    STATEMENT NO:     129

Travel-Non-Working

        PREVIOUS BALANCE                                      -$4.00

        CREDIT BALANCE                                        -$4.00

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-22D
STATEMENT NO:        142

Valuation

PREVIOUS BALANCE                                              $1,185.00

BALANCE DUE                                                   $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-23D
STATEMENT NO:      142

ZAI Science Trial

PREVIOUS BALANCE                                              $1,203.30

BALANCE DUE                                                   $1,203.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO:    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 429.00 | 0.00 | 0.00 | 0.00 | 0.00 | $429.00 |
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 0.00 | 0.00 | 0.00 | 0.00 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 780.00 | 0.00 | 0.00 | 0.00 | 0.00 | $780.00 |
| 3000-04 Case Administration | | | | | |
| 669.27 | 0.00 | 0.00 | 0.00 | 0.00 | $669.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -121.90 | 0.00 | 0.00 | 0.00 | 0.00 | -$121.90 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 13,266.86 | 22.00 | 0.00 | 0.00 | 0.00 | $13,288.86 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -913.90 | 0.00 | 0.00 | 0.00 | 0.00 | -$913.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,340.10 | 0.00 | 0.00 | 0.00 | 0.00 | $1,340.10 |
| 3000-11 Expenses | | | | | |
| 6,143.11 | 0.00 | 395.25 | 0.00 | 0.00 | $6,538.36 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,082.40 | 181.00 | 0.00 | 0.00 | 0.00 | $5,263.40 |
| 3000-13 Fee Applications, Others | | | | | |
| 13,068.70 | 269.00 | 0.00 | 0.00 | 0.00 | $13,337.70 |

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace                                                          Page: 1
Wilmington   DE                                                  02/03/2014
                                                   ACCOUNT NO: 3000-11D
                                                   STATEMENT NO:      151

Expenses

PREVIOUS BALANCE
                                                                 $6,143.11

02/01/2014     Pacer charges for the month of January
02/03/2014     Parcels - copy service - Bankruptcy service of 2 Fee              82.70
               Applications on 1/23/2014 (D.I. 351 and 352)
  03/2014      Parcels - copy service - Bankruptcy service of 1                   9.75
               document, Certificate of No Objection on 1/24/2014 (D.I.
               31636)
02/03/2014     Parcels - copy/service - Fee Applications filed (3)              16.20
               TOTAL EXPENSES                                                  286.60
                                                                               395.25

               TOTAL CURRENT WORK
                                                                               395.25

               BALANCE DUE
                                                                 $6,538.36

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

W.R. Grace

Page: 2
02/03/2014
ACCOUNT NO:    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-15 Hearings | | | | | |
| 4,480.25 | 0.00 | 0.00 | 0.00 | 0.00 | $4,480.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,557.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$2,557.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 4,596.40 | 0.00 | 0.00 | 0.00 | 0.00 | $4,596.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 51,217.59 | 472.00 | 395.25 | 0.00 | 0.00 | $52,084.84 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.