**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related to Docket No. 31927** |

**NOTICE OF WITHDRAWAL OF APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., ET AL. FOR THE PERIOD JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

PLEASE TAKE NOTICE that the Application of Campbell & Levine, LLC for Compensation of Services Rendered and Reimbursement of Expenses as Delaware and Associated Counsel to the Official Committee of Asbestos Personal Injury Claimants of W.R. Grace & Co., et al. for the Period January 1, 2014 through February 3, 2014 [DI No. 31927] is hereby withdrawn.

Dated: March 27, 2014

CAMPBELL & LEVINE, LLC

*/s/Mark T. Hurford*
Mark T. Hurford (I.D. #3299)
222 Delaware Avenue, Ste 1620
Wilmington, DE 19801
(302) 426-1900
mhurford@camlev.com

*Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants*

{C0353415.1 }