IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: April 16, 2014** |
| | ) | **Hearing Date: To be determined** |
| | ) | |

**NOTICE OF FIFTY-SECOND INTERIM FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

| | |
|---|---|
| Name of Applicant: | Campbell & Levine, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | July 18, 2001, *nunc pro tunc* to June 16, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2014 through February 3, 2014 |
| Amount of compensation sought as actual, reasonable and necessary: | $8,323.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,032.75 |
| Total amount of holdback fees sought for applicable period: | $1,664.70 |

This is an: _____ monthly __**X**__ interim _____ final application.

{D0286982.1 }

**Monthly Interim Fee Applications for January 1, 2014 through February 3, 2014**:

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 3/27/14 | 1/1/2014 through 2/3/2014 | $8,323.50 | $1,032.75 | Pending | Pending |

**Interim Fee Applications:**

|  |  | Requested |  | Approved |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (SecondInterim) | 6/16/01 through 6/30/01 | $16,994.50 | $1,653.14 | $16,994.50 | $1,653.14 |
| 1/10/02 (Second Interim) | 7/1/01 through 9/30/01 | $53,863.00 | $6,363.58 | $53,863.00 | $6,363.58 |
| 1/31/02 (Third Interim) | 10/1/01 through 12/31/01 | $32,084.50 | $8,052.31 | $32,084.50 | $8,052.31 |
| 5/28/02 (Fourth Interim) | 1/1/02 through 3/31/02 | $35,484.00 | $6,577.30 | $35,387.50 | $6,577.30 |
| 8/6/02 (Fifth Interim) | 4/1/02 through 6/30/02 | $60,308.00 | $5,102.20 | $60,299.00 | $5,102.20 |
| 11/13/02 (Sixth Interim) | 7/1/02 through 9/30/02 | $51,576.50 | $4,807.61 | $51,756.50 | $4,807.61 |
| 2/4/03 (Seventh Interim) | 10/1/02 through 12/31/02 | $42,179.00 | $24,050.40 | $42,179.00 | $24,050.40 |
| 5/15/03 (Eighth Interim) | 1/1/03 through 3/31/03 | $42,089.00 | $2,715.85 | $42,089.00 | $2,715.85 |
| 8/13/03 (Ninth Interim) | 4/1/03 through 6/30/03 | $35,912.00 | $1,980.82 | $35,912.00 | $1,980.82 |
| 11/14/03 (Tenth Interim) | 7/1/03 through 9/30/03 | $44,918.50 | $2,388.68 | $44,918.50 | $2,388.68 |
| 2/13/04 (Eleventh Interim) | 10/1/04 through 12/31/04 | $47,623.75 | $8,004.05 | $47,623.75 | $8,004.05 |

| | | | | | |
|---|---|---|---|---|---|
| 5/14/04 (Twelfth Interim) | 1/1/04 through 3/31/04 | $ 42,051.00 | $ 4,567.73 | $ 42,051.00 | $ 4,567.73 |
| 8/16/04 (Thirteenth Interim) | 4/1/04 through 6/30/04 | $ 49,657.00 | $ 2,608.86 | $ 49,657.00 | $ 2,608.86 |
| 11/15/04 (Fourteenth Interim) | 7/1/04 through 9/30/04 | $ 57,699.00 | $ 4,325.19 | $ 57,699.00 | $ 4,325.19 |
| 2/14/05 (Fifteenth Interim) | 10/1/04 through 12/31/04 | $ 70,965.00 | $ 6,325.46 | $ 70,965.00 | $ 6,325.46 |
| 5/13/05 (Sixteenth Interim) | 1/1/05 through 3/31/05 | $ 74,942.00 | $6,554.54 | $74,942.00 | $6,554.54 |
| 8/12/05 (Seventeenth Interim) | 4/1/05 through 6/31/05 | $ 85,015.00 | $15,344.73 | $85,015.00 | $15,344.73 |
| 11/15/05 (Eighteenth Interim) | 7/1/05 through 9/30/05 | $109,641.50 | $ 9,956.24 | $109,641.50 | $9,956.24 |
| 2/14/06 (Nineteenth Interim) | 10/1/05 through 12/31/05 | $108,413.50 | $31,219.94 | $108,413.50 | $31,219.94 |
| 5/15/06 (Twentieth Interim) | 1/1/06 through 3/31/06 | $ 92,452.00 | $3,156.83 | $92,452.00 | $3,156.83 |
| 8/14/06 (Twenty-SecondInterim) | 4/1/06 through 6/30/06 | $113,396.00 | $3,317.10 | $113,396.00 | $3,317.10 |
| 11/14/06 (Twenty-second Interim) | 7/1/06 through 9/30/06 | $140,576.00 | $13,000.72 | $140,576.00 | $13,000.72 |
| 2/15/07 (Twenty-third Interim) | 10/1/06 through 12/31/06 | $150,009.00 | $21,242.03 | $150,009.00 | $21,242.03 |
| 5/15/07 (Twenty-fourth Interim) | 1/1/07 through 3/31/07 | $187,144.50 | $24,440.01 | $149,715.60 | $24,440.01 |
| 8/14/07 (Twenty-Fifth Interim) | 4/1/07 through 6/30/07 | $ 185,803.00 | $ 32,629.23 | $185,803.00 | $32,629.23 |
| 11/15/07 (Twenty-Sixth Interim) | 7/1/07 through 9/30/07 | $ 133,826.00 | $ 29,271.75 | $133,826.00 | $29,271.75 |

| | | | | | |
|---|---|---|---|---|---|
| 2/15/08 (Twenty-Seventh Interim) | 10/1/07 through 12/31/07 | $ 129,621.00 | $ 19,145.87 | $129,621.00 | $19,145.87 |
| 5/15/08 (Twenty-Eighth Interim) | 1/1/08 through 3/31/08 | $173,741.00 | $35,383.07 | $173,741.00 | $35,383.07 |
| 8/14/08 (Twenty-Ninth Interim) | 4/1/08 through 6/30/08 | $107,278.00 | $9,519.46 | $107,278.00 | $9,519.46 |
| 11/17/08 (Thirtieth Interim) | 7/1/08 through 9/30/08 | $ 67,306.50 | $ 6,221.38 | $67,306.50 | $6,221.38 |
| 2/13/09 (Thirty-SecondInterim) | 10/1/08 through 12/31/08 | $ 104,970.00 | $ 8,123.36 | $ 104,970.00 | $ 8,123.36 |
| 5/13/09 (Thirty-Second Interim) | 1/1/09 through 3/31/09 | $ 112,640.00 | $16,815.39 | $ 112,640.00 | $ 16,815.39 |
| 8/13/09 (Thirty-Third Interim) | 4/1/09 through 6/30/09 | $ 148,695.50 | $ 16,218.71 | $ 148,695.50 | $ 16,218.71 |
| 11/16/09 (Thirty-Fourth Interim) | 7/1/09 through 9/30/09 | $ 189,711.00 | $ 59,538.35 | $ 189,711.00 | $ 59,538.35 |
| 2/12/10 (Thirty-Fifth Interim) | 10/1/09 through 12/31/09 | $ 93,635.50 | $ 15,199.97 | $93,635.50 | $15,199.97 |
| 5/14/10 (Thirty-Sixth Interim) | 1/1/10 through 3/31/10 | $ 61,6850 | $6,976.62 | $ 61,6850 | $6,976.62 |
| 8/13/10 (Thirty-Seventh Interim) | 4/1/10 through 6/30/10 | $ 44,448.00 | $ 4,089.35 | $ 44,448.00 | $ 4,089.35 |
| 11/18/10 (Thirty-Eighth Interim) | 7/1/10 through 9/30/10 | $37,149.00 | $3,301.36 | $37,149.00 | $3,301.36 |
| 2/15/2011 (Thirty-Ninth Interim) | 10/1/10 through 12/31/10 | $32,033.00 | $1,799.77 | $32,033.00 | $1,799.77 |
| 5/15/2011 (Fortieth Interim) | 1/1/11 through 3/31/11 | $54,692.00 | $7,059.74 | $54,692.00 | $7,059.74 |

| | | | | | |
|---|---|---|---|---|---|
| 8/16/2011 (Forty-SecondInterim) | 4/1/11 through 6/30/11 | $44,341.50 | $4,632.79 | $44,341.50 | $4,632.79 |
| 11/14/2011 (Forty-Second Interim) | 7/1/11 through 9/30/11 | $37,207.00 | $4,345.79 | $37,207.00 | $4,345.79 |
| 2/15/2012 (Forty-Third Interim) | 10/1/11 through 12/31/11 | $42,808.00 | $6,599.31 | $42,258.00 | $6,599.31 |
| 5/15/2012 (Forty Fourth Interim) | 1/1/12 through 3/31/12 | $42,253.50 | $4,123.40 | $42209.50 | $4,123.40 |
| 8/14/2012 (Forty Fifth Interim) | 4/1/12 through 6/30/12 | $33,985.50 | $11,755.85 | $33,941.50 | $11,755.85 |
| 11/14/2012 (Forty Sixth Interim) | 7/1/12 through 9/30/12 | $37,189.00 | $5,412.63 | $37,189.00 | $5,412.63 |
| 2/14/2013 (Forty Seventh Interim) | 10/1/12 through 12/31/12 | $37,816.50 | $4,083.66 | $37,805.50 | $4,083.66 |
| 5/15/2013 (Forty Eight Interim) | 1/1/13 through 3/31/13 | $41,560.50 | $3,851.39 | $41,521.50 | $3,851.39 |
| 8/14/2013 (Forty Ninth Interim) | 4/1/13 through 6/30/13 | $35,780.00 | $4,029.10 | Pending | Pending |
| 11/13/2013 (Fiftieth Interim) | 7/1/13 through 9/30/13 | $35,060.00 | $3,685.33 | Pending | Pending |
| 2/17/2014 (Fifty-Second Interim) | 10/1/13 through 12/31/13 | $34,481.50 | $4,198.70 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR THE PERIOD JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014
### CAMPBELL & LEVINE, LLC-DELAWARE

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Marla R. Eskin (MRE), Member, since 2002 | 0.0 | $495.00 | $0.00 |
| Mark T. Hurford (MTH), Member, since 2006 | 14.3 | $410.00 | $5,863.00 |
| Bernard G. Conaway (BGC), Member, since 2009 | 0.0 | $425.00 | $0.00 |
| Kathleen Campbell Davis (KCD), Member, since 2002 | 0.0 | $410.00 | $0.00 |
| Ayesha Chacko (AC), Associate since 2008 | 0.0 | $240.00 | $0.00 |
| Gaurav Patel (GP) Paralegal, since 2011 | 0.0 | $90.00 | $0.00 |
| Katherine L. Hemming (KH) Paralegal, since 2004 | 0.0 | $125.00 | $0.00 |
| Matthew Brushwood (MB), Paralegal, since 2008 | 0.0 | $125.00 | $0.00 |
| Santae Boyd (SB), Paralegal, since 2008 | 19.7 | $110.00 | $2,167.00 |
| Tim Simpson (TS), Paralegal, since 2012 | 0.0 | $110.00 | $0.00 |
| Freddie Koenig-Leuck (FKL) Legal Assistant, Since 2010 | 0.7 | $85.00 | $59.50 |
| **Total/average** | **34.70** | | **$8,089.50** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**
**CAMPBELL & LEVINE, LLC-PITTSBURGH**

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Douglas A. Campbell (DAC), Member, since 1981 | 0.1 | $545.00 | $54.50 |
| David B. Salzman (DBS), Member, since 1981 | 0.0 | $520.00 | $0.00 |
| Stanley Levine (SEL), Member, since 1981 | 0.0 | $520.00 | $0.00 |
| Philip E. Milch (PEM), Member, since 1991 | 0.3 | $495.00 | $148.50 |
| Erik Sobkiewicz (ES), Associate since 2001 | 0.0 | $440.00 | $0.00 |
| Fred Rapone (FR), Associate, since 2007 | 0.0 | $350.00 | $0.00 |
| Katheryn L. Harrison (KH), Associate | 0.0 | $105.00 | $0.00 |
| Michelle Kennedy (MK), Paralegal | 0.2 | $155.00 | $31.00 |
| Heather L. Juliante (HLJ), Legal Assistant | 0.0 | $105.00 | $0.00 |
| Shirley A. Brown (SAB), Paralegal, since 2007 | 0.0 | $125.00 | $0.00 |
| Joshua A. Tabor, (JAT), Legal Assistant | 0.0 | $105.00 | $0.00 |
| **Total/average** | **0.6** | | **$234.00** |
| **Grand Total/average** | **35.3** | | **$8,323.50** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 1/1/2014 through 2/3/2014 | Total Fees for the Period 1/1/2014 through 2/3/2014 |
|---|---|---|
| Asset Analysis and Recovery | 0.0 | $0.00 |
| Asset Disposition | 0.0 | $0.00 |
| Business Operations | 0.0 | $0.00 |
| Case Administration | 0.0 | $0.00 |
| Claims Analysis Objection & Resolution (Asbestos) | 0.0 | $0.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0.0 | $0.00 |
| Committee Administration | 10.4 | $2,674.50 |
| Employee Benefits/Pension | 0.0 | $0.00 |
| Employment Applications (applicant) | 0.0 | $0.00 |

| | | |
|---|---|---|
| Employment Applications (others) | 0.3 | $123.00 |
| Fee Applications (applicant) | 2.3 | $373.00 |
| Fee Applications (others) | 17.8 | $3,308.00 |
| Financing | 0.0 | $0.00 |
| Hearings | 1.4 | $574.00 |
| Litigation | 0.1 | $41.00 |
| Plan and Disclosure Statement | 3.0 | $1,230.00 |
| Relief from Stay Proceedings | 0.0 | $0.00 |
| Tax Issues | 0.0 | $0.00 |
| Tax Litigation | 0.0 | $0.00 |
| Travel (non-working) | 0.0 | $0.00 |
| Valuation | 0.0 | $0.00 |
| ZAI Science Trial | 0.0 | $0.00 |
| Retention Issues | 0.0 | $0.00 |
| Others | 0.0 | $0.00 |
| **Grand totals** | **35.30** | **$8,323.50** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Monthly Period |
|---|---|---|
| In-House Reproduction ($.10 per page) | | $165.40 |
| Outside Reproduction & Courier Service | Parcels | $666.35 |
| Outside Reproduction & Courier Service | IKON | $0 |
| Outside Reproduction & Courier Service | Digital Legal | $0 |
| Outside Courier Service | Tri State | $0 |
| Outside Reproduction | Counsel Press | $0 |
| Facsimile | | $0 |
| Travel | | $0 |
| Working Meals | | $0 |
| Long Distance Telephone Calls | AT&T | $0 |

{D0286982.1}    8

| | | |
|---|---|---|
| Postage | | $0 |
| Transcript | J&J Transcribers, Inc. | $0 |
| Transcript | Wilcox & Fetzer | $0 |
| Transcript | Freedom Reporting, Inc. | $0 |
| Transcript | LegaLink, Inc. | $0 |
| Transcript | Court Reporter | $0 |
| Courtcall | | $0 |
| PACER | | $201.00 |
| Research | Westlaw | $0.00 |
| Overnight Courier | Federal Express | $0 |
| Deposition | Shorter Productions | $0 |
| Filing Fees | U.S. District Court | $0 |
| Document Fees | U.S. Bankruptcy Court | $0 |
| Conference Call | Copper Conferencing | $0 |
| Computer Services | PC Networks | $0 |
| **Total:** | | **$1,032.75** |

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Marla R. Eskin (I.D. #2989)
Mark T. Hurford (I.D. #3299)
Kathleen Campbell Davis (I.D. #4229)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
(302) 426-1900

*Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Dated: March 27, 2014