**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                          |                     |
|--------------------------|---------------------|
|                          | Page: 1             |
| W.R. Grace               | 01/31/2014          |
| Wilmington  DE           | ACCOUNT NO:  3000-11D |
|                          | STATEMENT NO:      150 |

Expenses

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $6,018.21 |
| | | |
| 01/01/2014 | Pacer charges for the month of December | 118.30 |
| 01/07/2014 | Parcels - copy/service - Monthly Fee Applications (4) 12/31/2013 | 353.80 |
| 01/31/2014 | Printing - January 2014 | 149.90 |
| 01/31/2014 | Copying - January 2014 | 14.70 |
| 01/31/2014 | Scanning - January 2014 | 0.80 |
| | TOTAL EXPENSES | 637.50 |
| | | |
| | TOTAL CURRENT WORK | 637.50 |
| | | |
| 01/28/2014 | Payment - Thank you. (October, 2013 - 100% Expenses) | -512.60 |
| | | |
| | BALANCE DUE | $6,143.11 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
01/31/2014

W.R. Grace
Wilmington DE

ACCOUNT NO:   3000-01D
STATEMENT NO:   112

Asset Analysis and Recovery

PREVIOUS BALANCE                                                        $429.00

BALANCE DUE                                                             $429.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:     3000-02D
STATEMENT NO:            152

Asset Disposition

PREVIOUS BALANCE                                                                          $37.30

BALANCE DUE                                                                                  $37.30

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  | Page: | 1 |
| W.R. Grace | | 01/31/2014 |
| Wilmington  DE | ACCOUNT NO: | 3000-03D |
| | STATEMENT NO: | 136 |

Business Operations

| | |
|---|---|
| PREVIOUS BALANCE | $780.00 |
| BALANCE DUE | $780.00 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:      3000-04D
STATEMENT NO:           152

Case Administration

PREVIOUS BALANCE                                                                    $1,199.67

01/28/2014       Payment - Thank you. (October, 2013 - 80% Fees)                     -530.40

BALANCE DUE                                                                           $669.27

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
01/31/2014

W.R. Grace
Wilmington  DE

ACCOUNT NO:        3000-05D
STATEMENT NO:             152

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                        $2,321.60

BALANCE DUE                                                             $2,321.60

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2014 |
| Wilmington  DE | ACCOUNT NO:       3000-06D |
|  | STATEMENT NO:            152 |

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | |
|---|---|---|
| PREVIOUS BALANCE | | -$28.30 |

---

| | | |
|---|---|---|
| 01/28/2014 | Payment - Thank you. (October, 2013 - 80% Fees) | -93.60 |
| | CREDIT BALANCE | -$121.90 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
01/31/2014

W.R. Grace
Wilmington DE

| | | |
|---|---|---|
| ACCOUNT NO: | 3000-07D |
| STATEMENT NO: | 152 |

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                $14,059.56

| | | HOURS | |
|---|---|---|---|
| **01/02/2014** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| PEM | Review memo re: pleadings filed. | 0.10 | 49.50 |
| MTH | Multiple correspondence with ACM re Committee meeting minutes; research and review re same | 2.20 | 902.00 |
| **01/06/2014** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/07/2014** | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 49.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/08/2014** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/09/2014** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| **01/10/2014** | | | |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | Prepare weekly recommendation memos | 0.40 | 164.00 |

W.R. Grace

Page: 2
01/31/2014
ACCOUNT NO:    3000-07D
STATEMENT NO:    152

Committee, Creditors, Noteholders, Equity Holders

HOURS

| | | | |
|---|---|---|---|
| 01/13/2014 | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/14/2014 | | | |
| DAC | Review counsel's weekly memo | 0.10 | 54.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/15/2014 | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/16/2014 | | | |
| PEM | Review memo re: pleadings filed. | 0.10 | 49.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| 01/17/2014 | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| 01/20/2014 | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 41.00 |
| 01/21/2014 | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review correspondence from SMC re daily pleadings | 0.10 | 41.00 |
| 01/23/2014 | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 41.00 |
| 01/24/2014 | | | |
| MK | Review committee events calendar. | 0.10 | 15.50 |
| SMB | Review recently filed pleadings and electronic filing notices; distribute daily memo | 0.20 | 22.00 |
| SMB | Prepare weekly recommendation memorandum | 0.30 | 33.00 |
| MTH | Review daily memo | 0.10 | 41.00 |
| MTH | Prepare weekly recommendation memos; review correspondence from | | |

Page: 3
01/31/2014

W.R. Grace

ACCOUNT NO:   3000-07D
STATEMENT NO:      152

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| | SC re same | 0.40 | 164.00 |
| **01/27/2014** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 41.00 |
| **01/28/2014** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 22.00 |
| MTH | Review daily memo | 0.10 | 41.00 |
| **01/29/2014** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| MTH | Review correspondence from JS re weekly report | 0.10 | 41.00 |
| ~~MTH~~ | ~~Review daily memo~~ | ~~0.10~~ | ~~41.00~~ |
| **01/30/2014** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.30 | 25.50 |
| MTH | Review daily memo | 0.10 | 41.00 |
| **01/31/2014** | | | |
| FKL | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 8.50 |
| MTH | Prepare weekly recommendation memos; correspondence to Committee re same | 0.60 | 246.00 |
| MTH | Review daily memo | 0.10 | 41.00 |
| | FOR CURRENT SERVICES RENDERED | 10.20 | 2,652.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.10 | $545.00 | $54.50 |
| Philip E. Milch | 0.30 | 495.00 | 148.50 |
| Michele Kennedy | 0.20 | 155.00 | 31.00 |
| Santae M. Boyd | 4.30 | 110.00 | 473.00 |
| Mark T. Hurford | 4.60 | 410.00 | 1,886.00 |
| Freddie Koenig-Leuck | 0.70 | 85.00 | 59.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 2,652.50 |

| | | |
|---|---|---|
| 01/28/2014 | Payment - Thank you. (October, 2013 - 80% Fees) | -3,445.20 |

W.R. Grace

Page: 4
01/31/2014
ACCOUNT NO:      3000-07D
STATEMENT NO:         152

Committee, Creditors, Noteholders, Equity Holders

BALANCE DUE                                              $13,266.86

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                      |              |
|----------------------|--------------|
|                      | Page: 1      |
| W.R. Grace           | 01/31/2014   |
| Wilmington  DE       | ACCOUNT NO:   3000-08D |
|                      | STATEMENT NO:   151 |

Employee Benefits/Pension

PREVIOUS BALANCE                                             -$913.90

CREDIT BALANCE                                               -$913.90

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington DE | 01/31/2014 |
| | ACCOUNT NO:    3000-10D |
| | STATEMENT NO:        152 |

Employment Applications, Others

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,497.90 |
| | | HOURS | |

| 01/30/2014 | | | HOURS | |
|---|---|---|---|---|
| MTH | Correspondence with DF re retention application | | 0.30 | 123.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.30 | 123.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $410.00 | $123.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 123.00 |

| 01/28/2014 | Payment - Thank you. (October, 2013 - 80% Fees) | -280.80 |
|---|---|---|

| | |
|---|---|
| BALANCE DUE | $1,340.10 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
01/31/2014

W.R. Grace
Wilmington DE

ACCOUNT NO:      3000-12D
STATEMENT NO:           150

Fee Applications, Applicant

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $5,480.80 |
| **01/02/2014** | | | **HOURS** | |
| SMB | Review case docket for objections to C&L's October fee application (.1); Prepare Certificate of No Objection (.3); Finalize and e-file CNO (.2) | | 0.60 | 66.00 |
| **01/14/2014** | | | | |
| SMB | Review e-mail from DS re: December bill (.1); Prepare C&L December fee application (.3); | | 0.40 | 44.00 |
| **01/23/2014** | | | | |
| MTH | Reviewing docket and reviewing CNO for C&L November 2013 Monthly Fee Application | | 0.10 | 41.00 |
| **01/24/2014** | | | | |
| MTH | Reviewing docket and reviewing and signing CNO for C&L November monthly | | 0.10 | 41.00 |
| | FOR CURRENT SERVICES RENDERED | | 1.20 | 192.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 1.00 | $110.00 | $110.00 |
| Mark T. Hurford | 0.20 | 410.00 | 82.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 192.00 |

| | | |
|---|---|---|
| 01/28/2014 | Payment - Thank you. (October, 2013 - 80% Fees) | -590.40 |

Page: 2
01/31/2014

W.R. Grace

ACCOUNT NO:      3000-12D
STATEMENT NO:           150

Fee Applications, Applicant


BALANCE DUE                                                    $5,082.40


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

| | | |
|---|---|---|
| Page: | 1 |
| | 01/31/2014 |
| ACCOUNT NO: | 3000-13D |
| STATEMENT NO: | 137 |

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $12,590.50 |

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 01/02/2014 | | | | |
| | SMB | Review case docket for objections to Anderson Kill, P.C.'s October fee application (.1); Prepare Certificate of No Objection (.3); Finalize and e-file CNO (.2) | 0.60 | 66.00 |
| | SMB | Review case docket for objections to C&D's October fee application (.1); Prepare Certificate of No Objection (.3); Finalize and e-file CNO (.2) | 0.60 | 66.00 |
| | SMB | Review case docket for objections to Charter Oak's October fee application (.1); Prepare Certificate of No Objection (.3); Finalize and e-file CNO (.2) | 0.60 | 66.00 |
| 01/10/2014 | | | | |
| | SMB | Review November 2013 application of Saul Ewing LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Beveridge & Diamond P.C. (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October 2013 application of  Kirkland & Ellis LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Stroock Stroock & Lavan LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Foley Hoag LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Reed Smith LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of The Law Offices of Roger Higgins LLC (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review July through September 2013 application of BMC Group (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review November 2013 application of Casner & Edwards LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| | SMB | Review October through December 2013 application of Alexander M. | | |

W.R. Grace

Fee Applications, Others

Page: 2
01/31/2014
ACCOUNT NO:    3000-13D
STATEMENT NO:    137

|  |  | HOURS |  |
|---|---|---|---|
|  | Sanders, Jr. (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2013 application of Alan B. Rich (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2013 application of Kirkland & Ellis LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review August 2013 application of Pachulski Stang Ziehl & Jones LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Lincoln Partners Advisors LLC (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July 2013 application of Pachulski Stang Ziehl & Jones LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Lauzon Belanger Lesperance (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Scarfone Hawkins LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of The Hogan Firm (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Ferry Joseph & Pearce P.A. (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September 2013 application of Pachulski Stang Ziehl & Jones LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2013 application of Blackstone Advisory Partners L.P. (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Pachulski Stang Ziehl & Jones LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review October 2013 application of Pachulski Stang Ziehl & Jones LLP (.1) update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

01/17/2014
| SMB | Review July through September 2013 application of Pachulski Stang Ziehl & Jones LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review March through May 2013 application of Norton Rose Fulbright Canada LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2013 application of Baker Donelson Bearman Caldwell & Berkowitz P.C. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |

01/21/2014
| SMB | Review e-mail from Crick re: November bill (.1); Prepare Charter Oak November fee application (.3); Finalize and e-file application (.3) | 0.70 | 77.00 |
| MTH | Reviewing Charter Oak fee application for November 2013 | 0.20 | 82.00 |
| MTH | Review correspondence from GD re LBL fee application | 0.10 | 41.00 |
| MTH | Review correspondence from GD re SH monthly fee application | 0.10 | 41.00 |
| MTH | Review correspondence from GD re Hogan Firm monthly fee application | 0.10 | 41.00 |
| MTH | Review correspondence from YS re various fee applications filed | 0.10 | 41.00 |

W.R. Grace

Page: 3
01/31/2014
ACCOUNT NO:    3000-13D
STATEMENT NO:    137

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| MTH | Review correspondence from TBB re Saul Ewing CNO filed | 0.10 | 41.00 |
| **01/23/2014** | | | |
| MTH | Reviewing docket and reviewing CNO for LAS November 2013 Monthly Fee Application | 0.20 | 82.00 |
| MTH | Reviewing docket and reviewing CNO for C&D November 2013 Monthly Fee Application | 0.10 | 41.00 |
| MTH | Reviewing docket and reviewing CNO for AKO November 2013 Monthly Fee Application | 0.10 | 41.00 |
| SMB | Review case docket for objections to AKO November fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.3) | 0.60 | 66.00 |
| SMB | Review case docket for objections to C&L November fee application (.1); Prepare Certificate of No Objection (.2); Finalize and e-file CNO (.3) | 0.60 | 66.00 |
| SMB | Review case docket for objections to C&D November 2013 fee application (.1); Prepare Certificate of No Objection letter (.2) | 0.30 | 33.00 |
| MTH | Review correspondence from CH re CNO filed | 0.10 | 41.00 |
| **01/24/2014** | | | |
| SMB | Review case docket for objections to Legal Analysis System November 2013 fee application (.1); Prepare Certificate of No Objection (.3); Finalize and e-file CNO (.2) | 0.60 | 66.00 |
| SMB | Review November 2013 application of Blackstone Advisory Partners L.P. (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Capstone Advisory Group LLC (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Woodcock Washburn LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2013 application of Lauzon Belanger Lesperance (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2013 application of Scarfone Hawkins LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review December 2013 application of The Hogan Firm (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review September through October 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review November 2013 application of Pricewaterhousecoopers LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| SMB | Review July through September 2013 application of Grant Thornton LLP (.1); update weekly recommendation memorandum (.1) | 0.20 | 22.00 |
| MTH | Reviewing docket and reviewing and signing CNO for LAS November monthly | 0.20 | 82.00 |
| MTH | Reviewing docket and reviewing and signing CNO for AK November monthly | 0.10 | 41.00 |
| MTH | Reviewing docket and reviewing and signing CNO for C&D November monthly | 0.10 | 41.00 |

W.R. Grace

Fee Applications, Others

Page: 4
01/31/2014
ACCOUNT NO:    3000-13D
STATEMENT NO:    137

|  |  | HOURS |  |
|---|---|---|---|
| 01/27/2014 |  |  |  |
| MTH | Review correspondence from CH re PG&S fee application filed | 0.10 | 41.00 |
| 01/28/2014 |  |  |  |
| MTH | Correspondence with A. Peltin re AKO interim | 0.10 | 41.00 |
| MTH | Telephone conference with DF re questions re fee applications; research and review re same; follow up correspondence re same | 1.00 | 410.00 |
| MTH | Review correspondence from MS re three fee applications filed | 0.10 | 41.00 |
| 01/29/2014 |  |  |  |
| MTH | Review correspondence from GD (x4) re fee applications and CNO filed | 0.20 | 82.00 |
| MTH | Review correspondence from AP re AKO fee application | 0.10 | 41.00 |
| MTH | Review correspondence from D.M. re two fee applications filed | 0.10 | 41.00 |
| 01/30/2014 |  |  |  |
| MTH | Review correspondence from DP re Higgins monthly fee application | 0.10 | 41.00 |
| MTH | Reviewing Plan and Confirmation Order re final fee applications and timing of final fee application process; correspondence to JON and DF re same | 0.80 | 328.00 |
| 01/31/2014 |  |  |  |
| MTH | Review correspondence from JBL re Reed Smith fee application | 0.10 | 41.00 |
|  | FOR CURRENT SERVICES RENDERED | 15.90 | 3,039.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 11.60 | $110.00 | $1,276.00 |
| Mark T. Hurford | 4.30 | 410.00 | 1,763.00 |

TOTAL CURRENT WORK                                              3,039.00


01/28/2014    Payment - Thank you. (October, 2013 - 80% Fees)         -2,560.80


BALANCE DUE                                                  $13,068.70


Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

|  |  |
|---|---|
| Page: | 1 |
|  | 01/31/2014 |
| ACCOUNT NO: | 3000-15D |
| STATEMENT NO: | 152 |

Hearings

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,906.25 |
| 01/27/2014 | | | |
| MTH | Correspondence and DF and JON re January hearing | 0.20 | 82.00 |
| 01/28/2014 | | | |
| MTH | Correspondence and communications with DF, JON and PVNL re January hearing | 0.70 | 287.00 |
| 01/29/2014 | | | |
| MTH | Preparing for and attending hearing | 0.50 | 205.00 |
| | FOR CURRENT SERVICES RENDERED | 1.40 | 574.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.40 | $410.00 | $574.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 574.00 |
| BALANCE DUE | $4,480.25 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                                 |                    |
|---------------------------------|-------------------:|
|                                 | Page: 1            |
| W.R. Grace                      | 01/31/2014         |
| Wilmington  DE                  | ACCOUNT NO:     3000-16D |
|                                 | STATEMENT NO:        137 |

Litigation and Litigation Consulting

| PREVIOUS BALANCE |  | -$2,598.00 |
|---|---|---|

| | | HOURS | |
|---|---|---|---|

| 01/28/2014 | | | |
|---|---|---|---|
| MTH | Review correspondence from SC re dismissal of fraudulent conveyance actions | 0.10 | 41.00 |
| | FOR CURRENT SERVICES RENDERED | 0.10 | 41.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $410.00 | $41.00 |

| TOTAL CURRENT WORK | 41.00 |
|---|---|

| CREDIT BALANCE | -$2,557.00 |
|---|---|

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:      3000-17D
STATEMENT NO:           137

Plan and Disclosure Statement

PREVIOUS BALANCE                                                                      $4,522.40

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/28/2014 |  |  |  |  |
|  | MTH | Correspondence and communications with RH re insurance questions; review re same | 0.80 | 328.00 |
|  | MTH | Reviewing Order entered re Harper Settlement correspondence to RH re same | 0.20 | 82.00 |
| 01/29/2014 |  |  |  |  |
|  | MTH | Reviewing Orders entered re dismissal of fraudulent conveyance action and correspondence re same | 0.20 | 82.00 |
| 01/30/2014 |  |  |  |  |
|  | MTH | Telephone conference with JON re effective date issues | 0.50 | 205.00 |
|  | MTH | Additional telephone discussion with JON re effective date questions and discussion internally re same | 0.70 | 287.00 |
|  | MTH | Reviewing various correspondence re dismissal of fraudulent conveyance action | 0.30 | 123.00 |
|  | MTH | Various correspondence re CA3 dismissal, reviewing draft re same | 0.20 | 82.00 |
| 01/31/2014 |  |  |  |  |
|  | MTH | Review correspondence from DF re questions re fees | 0.10 | 41.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 3.00 | 1,230.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.00 | $410.00 | $1,230.00 |

TOTAL CURRENT WORK                                                                  1,230.00

W.R. Grace

Plan and Disclosure Statement

Page: 2
01/31/2014

ACCOUNT NO:      3000-17D
STATEMENT NO:         137

| 01/28/2014 | Payment - Thank you. (October, 2013 - 80% Fees) | -1,156.00 |
| | BALANCE DUE | $4,596.40 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:        3000-18D
STATEMENT NO:            137

Relief from Stay Proceedings

PREVIOUS BALANCE                                                    -$257.70

CREDIT BALANCE                                                      -$257.70

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:      3000-20D
STATEMENT NO:          136

Tax Litigation

PREVIOUS BALANCE                                                                                $468.80

BALANCE DUE                                                                                     $468.80

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2014 |
| Wilmington  DE | ACCOUNT NO:      3000-21D |
|  | STATEMENT NO:            128 |

Travel-Non-Working

PREVIOUS BALANCE                                                                   -$4.00

CREDIT BALANCE                                                                      -$4.00

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:      3000-22D
STATEMENT NO:           141

Valuation

PREVIOUS BALANCE                                                         $1,185.00

BALANCE DUE                                                             $1,185.00

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2014
ACCOUNT NO:      3000-23D
STATEMENT NO:      141

ZAI Science Trial

| | |
|---|---|
| PREVIOUS BALANCE | $1,203.30 |
| BALANCE DUE | $1,203.30 |

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
01/31/2014

W.R. Grace
Wilmington DE

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 429.00 | 0.00 | 0.00 | 0.00 | 0.00 | $429.00 |
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 0.00 | 0.00 | 0.00 | 0.00 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 780.00 | 0.00 | 0.00 | 0.00 | 0.00 | $780.00 |
| 3000-04 Case Administration | | | | | |
| 1,199.67 | 0.00 | 0.00 | 0.00 | -530.40 | $669.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| -28.30 | 0.00 | 0.00 | 0.00 | -93.60 | -$121.90 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 14,059.56 | 2,652.50 | 0.00 | 0.00 | -3,445.20 | $13,266.86 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -913.90 | 0.00 | 0.00 | 0.00 | 0.00 | -$913.90 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,497.90 | 123.00 | 0.00 | 0.00 | -280.80 | $1,340.10 |
| 3000-11 Expenses | | | | | |
| 6,018.21 | 0.00 | 637.50 | 0.00 | -512.60 | $6,143.11 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,480.80 | 192.00 | 0.00 | 0.00 | -590.40 | $5,082.40 |
| 3000-13 Fee Applications, Others | | | | | |
| 12,590.50 | 3,039.00 | 0.00 | 0.00 | -2,560.80 | $13,068.70 |
| 3000-15 Hearings | | | | | |
| 3,906.25 | 574.00 | 0.00 | 0.00 | 0.00 | $4,480.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,598.00 | 41.00 | 0.00 | 0.00 | 0.00 | -$2,557.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 4,522.40 | 1,230.00 | 0.00 | 0.00 | -1,156.00 | $4,596.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 51,898.39 | 7,851.50 | 637.50 | 0.00 | -9,169.80 | $51,217.59 |

Any payments received after the statement date will be applied to next month's statement.  Please
note your account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-01D
STATEMENT NO:        113

Asset Analysis and Recovery

PREVIOUS BALANCE                                          $429.00

BALANCE DUE                                               $429.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
02/03/2014
W.R. Grace
Wilmington  DE
ACCOUNT NO: 3000-02D
STATEMENT NO:        153

Asset Disposition

PREVIOUS BALANCE                                        $37.30

BALANCE DUE                                             $37.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO:  3000-03D
STATEMENT NO:      137

Business Operations

| | |
|---|---|
| PREVIOUS BALANCE | $780.00 |
| BALANCE DUE | $780.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-04D
STATEMENT NO:      153

Case Administration

PREVIOUS BALANCE                                        $669.27

BALANCE DUE                                             $669.27

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-05D
STATEMENT NO:      153


Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                          $2,321.60


BALANCE DUE                                               $2,321.60

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-06D
STATEMENT NO:      153

Claims Analysis Objection & Resol. (Non-Asbestos)


PREVIOUS BALANCE                                              -$121.90


CREDIT BALANCE                                                -$121.90


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace                                                    Page: 1
Wilmington  DE                                           02/03/2014
                                               ACCOUNT NO: 3000-07D
                                               STATEMENT NO:     153


Committee, Creditors, Noteholders, Equity Holders



          PREVIOUS BALANCE

                                                          $13,266.86

02/03/2014 SMB  Review recently filed pleadings and electronic    HOURS
                filing notices; draft and distribute daily memo
                                                           0.20       22.00
                FOR CURRENT SERVICES RENDERED              0.20       22.00

                            RECAPITULATION
     TIMEKEEPER                       HOURS  HOURLY RATE      TOTAL
     Santae M. Boyd                    0.20    $110.00      $22.00


     TOTAL CURRENT WORK
                                                             22.00


     BALANCE DUE
                                                        $13,288.86




          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace                                                                    Page: 1
Wilmington  DE                                                             02/03/2014
                                                          ACCOUNT NO:  3000-08D
                                                          STATEMENT NO:      152


Employee Benefits/Pension


        PREVIOUS BALANCE                                             -$913.90

        CREDIT BALANCE                                               -$913.90


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-10D
STATEMENT NO:      153

Employment Applications, Others

PREVIOUS BALANCE

$1,340.10

BALANCE DUE

$1,340.10

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-12D
STATEMENT NO:      151


Fee Applications, Applicant


PREVIOUS BALANCE                                              $5,082.40

                                                       HOURS

02/03/2014 SMB  Review e-mail from DS re: December bill (.1);
                Prepare C&L December fee application (.5) Finalize
                and e-file application (.3)                 0.90      99.00
           MTH  Reviewing C&L December fee application for filing
                and service                                 0.20      82.00
                FOR CURRENT SERVICES RENDERED               1.10     181.00

                          RECAPITULATION
     TIMEKEEPER                   HOURS  HOURLY RATE      TOTAL
     Santae M. Boyd                0.90    $110.00       $99.00
     Mark T. Hurford               0.20     410.00        82.00


     TOTAL CURRENT WORK                                          181.00


     BALANCE DUE                                              $5,263.40


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-13D
STATEMENT NO:      138

Fee Applications, Others

PREVIOUS BALANCE

$13,068.70

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 02/03/2014 | SMB | Review e-mail from A. Pelton re: December bill (.1); Prepare AKO December fee application (.3) Finalize and e-file application (.2) |  |  |
|  | SMB | Review e-mail from E. Benetos re: December bill (.1); Prepare C&L December fee application (.4) Finalize and e-file application (.3) | 0.90 | 99.00 |
|  | MTH | Reviewing AKO December monthly for filing and service | 0.80 | 88.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 0.20 | 82.00 |
|  |  |  | 1.90 | 269.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 1.70 | $110.00 | $187.00 |
| Mark T. Hurford | 0.20 | 410.00 | 82.00 |

TOTAL CURRENT WORK

269.00

BALANCE DUE

$13,337.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-15D
STATEMENT NO:      153

Hearings

PREVIOUS BALANCE                                         $4,480.25

BALANCE DUE                                              $4,480.25

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              02/03/2014
Wilmington  DE                           ACCOUNT NO: 3000-16D
                                         STATEMENT NO:      138


Litigation and Litigation Consulting


        PREVIOUS BALANCE                              -$2,557.00


        CREDIT BALANCE                                -$2,557.00


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-17D
STATEMENT NO:      138

Plan and Disclosure Statement

PREVIOUS BALANCE                                                $4,596.40

BALANCE DUE                                                     $4,596.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-18D
STATEMENT NO:       138


Relief from Stay Proceedings


PREVIOUS BALANCE                                           -$257.70


CREDIT BALANCE                                            -$257.70


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace                                              Page: 1
Wilmington  DE                                        02/03/2014
                                          ACCOUNT NO: 3000-20D
                                          STATEMENT NO:     137


Tax Litigation


         PREVIOUS BALANCE                              $468.80

         BALANCE DUE                                   $468.80


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace                                                    Page: 1
Wilmington  DE                                            02/03/2014
                                             ACCOUNT NO: 3000-21D
                                             STATEMENT NO:      129


Travel-Non-Working


    PREVIOUS BALANCE                                      -$4.00


    CREDIT BALANCE                                        -$4.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-22D
STATEMENT NO:       142


Valuation


PREVIOUS BALANCE                                              $1,185.00


BALANCE DUE                                                  $1,185.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO: 3000-23D
STATEMENT NO:      142


ZAI Science Trial


PREVIOUS BALANCE                                          $1,203.30


BALANCE DUE                                               $1,203.30


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace
Wilmington  DE

Page: 1
02/03/2014
ACCOUNT NO:    3000D

| | PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | 429.00 | 0.00 | 0.00 | 0.00 | 0.00 | $429.00 |
| 3000-02 Asset Disposition | 37.30 | 0.00 | 0.00 | 0.00 | 0.00 | $37.30 |
| 3000-03 Business Operations | 780.00 | 0.00 | 0.00 | 0.00 | 0.00 | $780.00 |
| 3000-04 Case Administration | 669.27 | 0.00 | 0.00 | 0.00 | 0.00 | $669.27 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | 2,321.60 | 0.00 | 0.00 | 0.00 | 0.00 | $2,321.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | -121.90 | 0.00 | 0.00 | 0.00 | 0.00 | -$121.90 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | 13,266.86 | 22.00 | 0.00 | 0.00 | 0.00 | $13,288.86 |
| 3000-08 Employee Benefits/Pension | -913.90 | 0.00 | 0.00 | 0.00 | 0.00 | -$913.90 |
| 3000-10 Employment Applications, Others | 1,340.10 | 0.00 | 0.00 | 0.00 | 0.00 | $1,340.10 |
| 3000-11 Expenses | 6,143.11 | 0.00 | 395.25 | 0.00 | 0.00 | $6,538.36 |
| 3000-12 Fee Applications, Applicant | 5,082.40 | 181.00 | 0.00 | 0.00 | 0.00 | $5,263.40 |
| 3000-13 Fee Applications, Others | 13,068.70 | 269.00 | 0.00 | 0.00 | 0.00 | $13,337.70 |

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


W.R. Grace                                                    Page: 1
Wilmington  DE                                             02/03/2014
                                            ACCOUNT NO: 3000-11D
                                            STATEMENT NO:      151


Expenses


          PREVIOUS BALANCE
                                                          $6,143.11


02/01/2014     Pacer charges for the month of January
02/03/2014     Parcels - copy service - Bankruptcy service of 2 Fee        82.70
               Applications on 1/23/2014 (D.I. 351 and 352)
/03/2014       Parcels - copy service - Bankruptcy service of 1             9.75
               document, Certificate of No Objection on 1/24/2014 (D.I.
               31636)
02/03/2014     Parcels - copy/service - Fee Applications filed (3)         16.20
               TOTAL EXPENSES                                             286.60
                                                                          395.25

               TOTAL CURRENT WORK
                                                                          395.25

          BALANCE DUE
                                                          $6,538.36


          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-15 Hearings | | | | | |
| 4,480.25 | 0.00 | 0.00 | 0.00 | 0.00 | $4,480.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| -2,557.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$2,557.00 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 4,596.40 | 0.00 | 0.00 | 0.00 | 0.00 | $4,596.40 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -257.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$257.70 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| -4.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$4.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,203.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,203.30 |
| 51,217.59 | 472.00 | 395.25 | 0.00 | 0.00 | $52,084.84 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.