IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | |
| | ) | Case No. 01-01139 (KJC) |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date:** |
| | ) | April 16, 2014 @ 4:00 p.m. |

**MONTHLY FEE APPLICATION OF ANDERSON KILL P.C. FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COVERAGE COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W. R. GRACE & CO., *ET AL.* FOR THE PERIOD FEBRUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

| | |
|---|---|
| Name of Applicant: | Anderson Kill P.C. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | July 14, 2005, *nunc pro tunc* to March 17, 2005 |
| Period for which compensation and reimbursement is sought: | February 1, 2014 through February 3, 2014 |
| Amount of compensation sought as actual, reasonable and necessary: | $24,219.20 (80% of $30,274.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $515.44 |

This is a:   X   monthly _____ interim _____ final application.

Anderson Kill P.C.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

{C0350056.1 }

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 9/1/05 | 7/1/05 through 7/31/05 | $8,954.00 (80% of $11,192.50) | $0.00 | $8,954.00 | $0.00 |
| 9/29/05 | 8/1/05 through 8/31/05 | $4,028.40 (80% of $5,035.50) | $169.64 | $4,028.40 | $169.64 |
| 12/1/05 | 10/1/05 through 10/31/05 | $1,596.00 (80% of $1,995.00) | $20.31 | $1,596.00 | $20.31 |
| 12/28/05 | 11/1/05 through 11/20/05 | $3,594.80 (80% of $4,493.50) | $59.25 | $3,594.80 | $59.25 |
| 5/3/06 | 1/1/06 through 3/31/06 | $13,811.60 (80% of $17,264.50) | $46.48 | $13,811.60 | $46.48 |
| 5/31/06 | 4/1/06 through 4/30/06 | $36,205.60 (80% of $45,257.00) | $705.77 | $36,205.60 | $705.77 |
| 6/30/06 | 5/1/06 through 5/31/06 | $95,277.60 (80% of $119,097.00) | $41.00 | $95,277.60 | $41.00 |
| 8/1/06 | 6/1/06 through 6/30/06 | $39,952.80 (80% of $49,941.00) | $98.03 | $39,952.80 | $98.03 |
| 8/29/06 | 7/1/06 through 7/31/06 | $34,140.80 (80% of $42,676.00) | $154.30 | $34,140.80 | $154.30 |
| 9/29/06 | 8/1/06 through 8/31/06 | $18,866.40 (80% of $23,583.00) | $173.25 | $18,866.40 | $173.25 |
| 10/30/06 | 9/1/06 through 9/30/06 | $14,832.80 (80% of $18,541.00) | $269.36 | $14,832.80 | $269.36 |
| 11/29/06 | 10/1/06 through 10/31/06 | $14,376.00 (80% of $17,971.00) | $223.25 | $14,376.00 | $223.25 |
| 12/27/06 | 11/1/06 through 11/30/06 | $34,092.00 (80% of $42,615.00) | $244.03 | $34,092.00 | $244.03 |
| 2/1/07 | 12/1/06 through 12/31/06 | $11,360.00 (80% of $14,200.00) | $58.60 | $11,360.00 | $58.60 |
| 3/2/07 | 1/1/07 through 1/31/07 | $4,665.20 (80% of $5,831.50) | $0.00 | $4,665.20 | $0.00 |
| 3/29/07 | 2/1/07 through 2/28/07 | $8,496.00 (80% of $10,620.00) | $4.50 | $8,496.00 | $4.50 |
| 4/30/07 | 3/1/07 through 3/31/07 | $4,065.20 (80% of $5,081.50) | -$156.70 | $4,056.20 | -$156.70 |
| 6/4/07 | 4/1/07 through 4/30/07 | $14,111.20 (80% of $17,639.00) | $1,215.28 | $14,111.20 | $1,215.28 |
| 6/29/07 | 5/1/07 through 5/31/07 | $5,440.40 (80% of $6,800.50) | $1,351.73 | $5,440.40 | $1,351.73 |
| 8/1/07 | 6/1/07 through 6/30/07 | $23,765.60 (80% of $29,707.00) | $98.62 | $23,765.60 | $98.62 |
| 8/31/07 | 7/1/07 through 7/31/07 | $69,389.20 (80% of $86,736.50) | $394.57 | $69,389.20 | $394.57 |

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 10/3/07 | 8/1/07 through 8/31/07 | $76,542.40 (80% of $95,678.00) | $665.70 | $76,542.40 | $665.70 |
| 11/1/07 | 9/1/07 through 9/30/07 | $118,733.20 (80% of $148,416.50) | $1,582.95 | $118,733.20 | $1,582.95 |
| 11/30/07 | 10/1/07 through 10/31/07 | $24,769.60 (80% of $30,962.00) | $63.16 | $24,769.60 | $63.16 |
| 12/28/07 | 11/1/07 through 11/30/07 | $44,240.00 (80% of $55,300.00) | $6.72 | $44,240.00 | $6.72 |
| 1/31/08 | 12/1/07 through 12/31/07 | $38,406.00 (80% of $48,007.50) | $0.00 | $38,406.00 | $0.00 |
| 3/5/08 | 1/1/08 through 1/31/08 | $47,728.40 (80% of $59,660.50) | $975.03 | $47,728.40 | $975/03 |
| 3/31/08 | 2/1/08 through 2/29/08 | $41,315.60 (80% of $51,644.50) | $1,111.94 | $41,315.60 | $1,111.94 |
| 4/30/08 | 3/1/08 through 3/31/08 | $111,292.40 (80% of $139,115.50) | $1,112.47 | $111,292.40 | $1,112.47 |
| 7/1/08 | 4/1/08 through 4/30/08 | $161,779.60 (80% of $202,224.50) | $2,558.60 | $161,779.60 | $2,558.60 |
| 7/1/08 | 5/1/08 through 5/31/08 | $94,622.80 (80% of $118,278.50) | $3,035.45 | $94,622.80 | $3,035.45 |
| 8/5/08 | 6/1/08 through 6/30/08 | $161,457.60 (80% of $201,822.00) | $284.96 | $161,457.60 | $284.96 |
| 8/28/08 | 7/1/08 through 7/31/08 | $149,923.20 (80% of $187,404.00) | $2,093.56 | $149,923.20 | $2,093.56 |
| 10/2/08 | 8/1/08 through 8/31/08 | $109,541.60 (80% of $136,927.00) | $629.40 | $109,541.60 | $629.40 |
| 10/31/08 | 9/1/08 through 9/30/08 | $99,828.00 (80% of $124,785.00) | $174.36 | $99,828.00 | $174.36 |
| 12/3/08 | 10/1/08 through 10/31/08 | $146,409.20 (80% of $183,011.50) | $837.84 | $146,409.20 | $837.84 |
| 1/6/09 | 11/1/08 through 11/30/08 | $150,773.20 (80% of $188,466.50) | $2,073.83 | $150,773.20 | $2,073.83 |
| 2/3/09 | 12/1/08 through 12/31/08 | $165,389.20 (80% of $206,736.50) | $1,747.49 | $165,389.20 | $1,747.49 |
| 3/4/09 | 1/1/09 through 1/31/09 | $189,578.80 (80% of $236,973.50) | $2,299.80 | $189,578.80 | $2,299.80 |
| 4/2/09 | 2/1/09 through 2/28/09 | $191,789.60 (80% of $239,737.00) | $3,627.15 | $191,789.60 | $3,627.15 |
| 5/6/09 | 3/1/09 through 3/31/09 | $219,035.60 (80% of $273,794.50) | $2,060.39 | $219,035.60 | $2,060.39 |
| 5/29/09 | 4/1/09 through 4/30/09 | $229,368.00 (80% of $286,710.00) | $2,925.05 | $229,368.00 | $2,925.05 |
| 7/1/09 | 5/1/09 through 5/31/09 | $221,862.80 (80% of $277,328.50) | $5,865.82 | $221,862.80 | $5,865.82 |
| 8/4/09 | 6/1/09 through 6/30/09 | $338,235.60 (80% of $422,794.50) | $2,568.94 | $338,235.60 | $2,568.94 |

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/1/09 | 7/1/09 through 7/31/09 | $343,386.00 (80% of $429,232.50) | $9,429.56 | $343,386.00 | $9,429.56 |
| 10/2/09 | 8/1/09 through 8/31/09 | $326,855.20 (80% of $408,569.00) | $6,785.73 | $326,855.20 | $6,785.73 |
| 11/2/09 | 9/1/09 through 9/30/09 | $289,048.40 (80% of $361,310.50) | $6,456.29 | $289,048.40 (Red. $388.00) | $6,456.29 |
| 12/2/09 | 10/1/09 through 10/31/09 | $183,256.80 (80% of $229,071.00) | $2,944.08 | $183,256.80 | $2,944.08 |
| 12/30/09 | 11/1/09 through 11/30/09 | $155,602.00 (80% of $194,502.50) | $3,882.51 | $155,602.00 | $3,882.51 |
| 1/29/10 | 12/1/09 through 12/31/09 | $167,176.00 (80% of $208,970.00) | $1,862.01 | $167,176.00 | $1,862.01 |
| 3/1/10 | 1/1/10 through 1/31/10 | $129,014.80 (80% of $161,268.50) | $6,608.23 | $129,014.80 | $6,608.23 |
| 3/30/10 | 2/1/10 through 2/28/10 | $113,153.60 (80% of $141,442.00) | $936.74 | $113,153.60 | $936.74 |
| 4/30/10 | 3/1/10 through 3/31/10 | $121,662.00 (80% of $152,077.50) | $1,146.61 | $121,662.00 | $1,146.61 |
| 6/2/10 | 4/1/10 through 4/30/10 | $83,518.40 (80% of $104,398.00) | $1,992.34 | $83,518.40 | $1,992.34 |
| 6/29/10 | 5/1/10 through 5/31/10 | $114,893.20 (80% of $143,616.50) | $466.09 | $114,893.20 | $466.09 |
| 8/3/10 | 6/1/10 through 6/30/10 | $183,444.80 (80% of $229,306.00) | $716.97 | $183,444.80 | $716.97 |
| 9/1/10 | 7/1/10 through 7/31/10 | $168,462.00 (80% of $210,577.50) | $581.73 | $168,462.00 | $581.73 |
| 10/4/10 | 8/1/10 through 8/31/10 | $126,224.40 (80% of $157,780.50) | $7,130.46 | $126,224.40 | $7,130.46 |
| 10/27/10 | 9/1/10 through 9/30/10 | $123,282.40 (80% of $154,103.00) | $1,029.05 | $123,282.40 | $1,029.05 |
| 12/3/10 | 10/1/10 through 10/31/10 | $140,712.80 (80% of $175,891.00) | $1,110.69 | $140,712.80 | $1,110.69 |
| 1/5/11 | 11/1/10 through 11/30/10 | $120,075.60 (80% of $150,094.50) | $244.14 | $120,075.60 | $244.14 |
| 2/1/11 | 12/1/10 through 12/31/10 | $101,162.40 (80% of $126,453.00) | $507.99 | $101,162.40 | $507.99 |
| 3/1/11 | 1/1/11 through 1/31/11 | $128,850.80 (80% of $161,063.50) | ($2,501.01)[1] | $128,850.80 | ($2,501.01) |
| 3/28/11 | 2/1/11 through 2/28/11 | $125,000.80 (80% of $156,251.00) | $234.96 | $125,00.00 | $234.96 |

---

[1] Negative balance reflects two credits for $1,962.99 and $620.62, for entries previously dated January 20, 2010 and April 14, 2010, respectively, as addressed in the Fee Auditor's report filed under D.I. 26232 on February 10, 2011.

{C0350056.1}                           4

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 4/29/11 | 3/1/11 through 3/31/11 | $98,902.80 (80% of $123,628.50) | $794.42 | $98,902.80 | $794.42 |
| 05/31/11 | 4/1/11 through 4/30/11 | $76,129.20 (80% of $95,161.50) | $132.04 | $76,129.20 | $132.04 |
| 07/01/11 | 5/1/11 through 5/31/11 | $74,150.40 (80% of $92,688.00) | $178.07 | $74,150.40 | $178.07 |
| 08/01/11 | 6/1/11 through 6/30/11 | $138,453.60 (80% of $173,067.00) | $16.96 | $138,453.60 | $16.96 |
| 08/31/11 | 7/1/11 through 7/31/11 | $67,986.80 (80% of $84,983.50) | $299.78 | $67,986.80 | $299.78 |
| 09/29/11 | 8/1/11 through 8/31/11 | $56,335.60 (80% of $70,419.50) | $4.75 | $56,335.60 | $4.75 |
| 11/11/11 | 9/1/11 through 9/30/11 | $57,004.40 (80% of $71,255.50) | $121.76 | $57,004.40 | $121.76 |
| 11/30/11 | 10/1/11 through 10/31/11 | $89,486.40 (80% of $111,858.00) | $80.87 | $89,486.40 | $80.87 |
| 12/30/11 | 11/1/11 through 11/30/11 | $49,142.08 (80% of $61,427.60) | $6,434.73 | $49,142.08 | $6,434.73 |
| 01/31/12 | 12/1/11 through 12/31/11 | $48,452.40 (80% of $60,565.50 | ($35.80) | $48,452.40 | ($35.80) |
| 03/07/12 | 01/1/12 through 01/31/12 | $87,894.00 (80% of $109,867.50) | $431.61 | $87,894.00 | $431.61 |
| 04/02/12 | 02/1/12 through 02/29/12 | $131,764.40 (80% of $164,705.50) | $1,973.48 | $131,764.40 | $1,973.48 |
| 05/01/12 | 03/1/12 through 03/31/12 | $102,460.40 (80% of $104,117.30) | $1,656.90 | $102,460.40 | $1,656.90 |
| 05/29/12 | 04/1/12 through 04/30/12 | $109,262.00 (80% of $136,577.50) | $533.58 | $109,262.00 | $533.58 |
| 07/03/12 | 05/1/12 through 05/31/12 | $98,158.00 (80% of $122,697.50) | $2,668.59 | $98,158.00 | $2,668.59 |
| 08/01/12 | 06/1/12 through 06/30/12 | $61,678.40 (80% of $77,098.00) | $503.48 | $61,678.40 | $503.48 |
| 09/04/12 | 07/1/12 through 07/31/12 | $71,704.80 (80% of $89,631.00) | $675.86 | $71,704.80 | $675.86 |
| 10/04/12 | 08/1/12 through 08/31/12 | $90,179.20 (80% of $112,724.00) | $447.34 | $90,179.20 | $447.34 |
| 11/06/12 | 09/1/12 through 09/30/12 | $76,160.00 (80% of $95,200.00) | $1,773.54 | $76,160.00 | $1,773.54 |
| 12/04/12 | 10/1/12 through 10/31/12 | $122,583.20 (80% of $153,229.00) | $51.80 | $122,583.20 | $51.80 |
| 01/11/13 | 11/1/12 through 11/30/12 | $90,304.40 (80% of $112,880.50) | $68.27 | $90,304.40 | $68.27 |
| 02/05/13 | 12/1/12 through 12/31/12 | $60,384.80 (80% of $75,481.00) | $1.50 | $60,384.80 | $1.50 |
| 03/06/13 | 01/1/13 through 01/31/13 | $100,742.40 (80% of $125,928.00) | $60.30 | $100,742.40 | $60.30 |

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 04/03/13 | 02/1/13 through 02/28/13 | $111,668.00 (80% of $139,585.00) | $58.11 | $111,668.00 | $58.11 |
| 05/03/13 | 03/1/13 through 03/31/13 | $101,489.20 (80% of $126,861.50) | $6.00 | $101,489.20 | $6.00 |
| 06/05/13 | 04/1/13 through 04/30/13 | $80,453.20 (80% of $100,566.50) | ($262.80) | $80,453.20 | ($262.80) |
| 07/08/13 | 05/1/13 through 05/31/13 | $66,796.80 (80% $83,496.00) | $2.30 | $66,796.80 | $2.30 |
| 08/06/13 | 06/1/13 through 06/30/13 | $32,761.60 (80% of $40,952.00) | $56.00 | $32,761.60 | $56.00 |
| 09/05/13 | 07/1/13 through 07/31/13 | $65,562.40 (80% of $81,953.00) | $26.76 | $65,562.4 | $26.76 |
| 10/04/13 | 08/1/13 through 08/31/13 | $87,166.80 (80% of $108,958.50) | $51.39 | $87,166.80 | $51.39 |
| 11/08/13 | 09/1/13 through 09/30/13 | $103,642.80 (80% of $129,553.50) | $339.86 | $103,642.80 | $339.86 |
| 12/10/13 | 10/1/13 through 10/31/13 | $80,418.40 (80% of $100,523.00) | $499.29 | $80,418.40 | $499.29 |
| 12/31/13 | 11/1/13 through 11/30/13 | $54,508.40 (80% of $68,135.50) | $124.00 | Pending | Pending |
| 02/03/14 | 12/1/13 through 12/31/13 | $80,938.40 (80% of $101,173.00) | $16.30 | Pending | Pending |
| 03/11/14 | 01/1/14 through 01/31/14 | $207,734.80 (80% of 259,668.50) | $1,060.18 | Pending | Pending |
| **03/27/14** | **02/1/14 through 02/3/14** | **$24,219.20 (80% of $30,274.00)** | **$515.44** | **Pending** | **Pending** |

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD FEBRUARY 1, 2014 THROUGH FEBRUARY 3, 2014**
**ANDERSON KILL P.C.**

| Name and Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Robert M. Horkovich, Esq. | 19.60 | $950.00 | $18,620.00 |
| Robert Y. Chung, Esq. | 7.20 | $695.00 | $5,004.00 |
| Mark Garbowski, Esq. | 7.50 | $670.00 | $5,025.00 |
| Izak Feldgreber, Paralegal | 5.00 | $325.00 | $1,625.00 |
| **TOTALS:** | **39.30** | | **$30,274.00** |

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 02/01/14 through 02/3/14 | Total Fees for the Period 02/1/14 through 02/3/14 |
|---|---|---|
| Asset Analysis and Recovery | 39.30 | $30,274.00 |
| Asset Disposition | 0 | $0.00 |
| Business Operations | 0 | $0.00 |
| Case Administration | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Asbestos) | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 0 | $0.00 |
| Committee Administration | 0 | $0.00 |
| Employee Benefits/Pension | 0 | $0.00 |
| Employment Applications (applicant) | 0 | $0.00 |
| Employment Applications (others) | 0 | $0.00 |
| Fee Applications (applicant) | 0 | $0.00 |
| Fee Applications (others) | 0 | $0.00 |
| Financing | 0 | $0.00 |
| Hearings | 0 | $0.00 |
| Litigation | 0 | $0.00 |
| Plan and Disclosure Statement | 0 | $0.00 |
| Relief from Stay Proceedings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Tax Litigation | 0 | $0.00 |
| Travel (non-working) | 0 | $0.00 |
| Valuation | 0 | $0.00 |
| ZAI Science Trial | 0 | $0.00 |
| Retention Issues | 0 | $0.00 |
| **Totals:** | **39.30** | **$30,274.00** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Monthly Period |
|---|---|---|
| Airfreight | Federal Express | $100.50 |
| Court Documents | | $0.00 |
| Facsimile ($0.50 per page) | | $58.50 |
| Filing/Witness Fees | | $0.00 |
| In-House Reproduction ($.10 per copy) | | $82.40 |
| Library & Legal Research | Lexis/Nexis – Mealeys[2] | $153.82 |
| Local Travel | | $69.16 |
| Messenger Service | | $0.00 |
| On-line Computer Service | | $0.00 |
| Overnight Courier | | $0.00 |
| Postage | | $51.06 |
| Professional Services | | $0.00 |
| Telephone Vendor | | $0.00 |
| Transcript/Deposition Services | | $0.00 |
| Working Meals | | $0.00 |
| **Total:** | | **$515.44** |

ANDERSON KILL P.C.

 /s/Robert Y. Chung
Robert M. Horkovich, Esq.
Robert Y. Chung, Esq.
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000

*Special Insurance Coverage Counsel to the Official Committee of Asbestos Personal Injury Claimants*

Dated:  March 27, 2014

---

[2] The vendor invoices state a significantly larger amount than the amount billed to the client as a result of discounts AK received and passed on to the client.