# Anderson Kill P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| March 19, 2014 | INVOICE: | 258528 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 02/03/14**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/01/14 | Negotiations with insurance company regarding prepayment and communicate with FCR counsel (Wyron) (2.20).  Run alternative analysis of net present value of proposal regarding prepayment versus leaving deal as is (1.60). | W001 | RMH | 3.80 |
| 02/02/14 | NPV calculation for settlement talks and emails with R. Horkovich re: same | W001 | MG | 3.70 |
| 02/02/14 | Provide insurance asset information to Trustee representatives (0.60).  Communicate with FCR and CNA counsel regarding CNA's pre-payment proposal (0.60). | W001 | RMH | 1.20 |
| 02/03/14 | Reviewed insurance company policy limit information and "contingent claims" information. | W001 | IF | 0.90 |
| 02/03/14 | Reviewed settlement agreements re: "Choice of Law" and "Arbitration" clauses. | W001 | IF | 2.90 |
| 02/03/14 | Prepared "Coverage in Place" agreement materials re:  ARPC request and sent to Harris Gershman. | W001 | IF | 1.20 |
| 02/03/14 | Emails re: settlement talks and insolvency, research re: same. | W001 | MG | 3.80 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                     **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                         MATTER:    100055.WRG01

March 19, 2014                                          INVOICE:         258528

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 02/03/14 | Participate in Closing matters (3.60). Work on motion to approve settlement agreement (1.60). Notify all insurance companies of Trigger Date (3.20). Respond to insurance companies' inquiries re: post-confirmation issues (2.20). Analyze proposal by insurance company, communicate same with Trustees, and follow-up communications with insurance company (2.80). Provide information to Trustee's team (ARPC) regarding insurance assets transferred (1.20). | W001 | RMH | 14.60 |
| 02/03/14 | Resolve payment histories in connection with insolvencies (1.30). Response to insolvent insurer demands regarding documented claims (1.80). Research and update regarding pending action and issues for resolution by Trust (4.10). | W001 | RYC | 7.20 |

**TOTAL FEES:**                                                           **$30,274.00**

{C0350057.1 }
nydocs1-1029294.1

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                 **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE                           MATTER:           100055.WRG01

March 19, 2014                                                                 INVOICE:                258528

MATTER:  CLAIMANTS COMMITTEE                                          ROBERT M. HORKOVICH


**FEE SUMMARY**

|                     | RATE   | HOURS | TOTALS     |
|---------------------|--------|-------|------------|
| Izak Feldgreber     | 325.00 | 5.00  | 1,625.00   |
| Mark Garbowski      | 670.00 | 7.50  | 5,025.00   |
| Robert M Horkovich  | 950.00 | 19.60 | 18,620.00  |
| Robert Y Chung      | 695.00 | 7.20  | 5,004.00   |
| **TOTAL FEES:**     |        |       | **$30,274.00** |


**SUMMARY OF SERVICES BY ACTIVITY**

**THIS BILLING PERIOD**

ACTIVITY CODE: W001        Asset Analysis and Recovery

|                     | HOURS | TOTALS     |
|---------------------|-------|------------|
| Izak Feldgreber     | 5.00  | 1,625.00   |
| Mark Garbowski      | 7.50  | 5,025.00   |
| Robert M Horkovich  | 19.60 | 18,620.00  |
| Robert Y Chung      | 7.20  | 5,004.00   |
| **TOTAL:**          | **39.30** | **$30,274.00** |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**  EIN: 13-2743351
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

March 19, 2014                                 INVOICE:      258528

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

**COSTS through 02/28/14**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 01/22/14 | LOCAL TRAVEL Cab from 1251 6 AVE to 601 LEXINGTON AVE for ROBERT HORKOVICH on 01/22/14; voucher 47008; Invoice # 3660791 | E109 | 30.08 |
| 01/31/14 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 127708126 Tracking Number: 871395252554 Reference: 00055 WRG01 Billing Note: From: H GERSHMAN, ANDERSON KILL OLICK PC, 1251 6TH AVE FL 42 , NEW YORK, NY, 100201104, US To: CHRIS KEHOE, COMPRE SERVICES ( UK) LTD, ST CLAREHOUSE 4TH FLOOR 30 33 MINORIES , LONDON, , EC3N1DD, GB | E107 | 100.50 |
| 01/31/14 | LIBRARY & LEGAL RESEARCH LEXIS NEXIS | E106 | 2.14 |
| 01/31/14 | LIBRARY & LEGAL RESEARCH LEXIS NEXIS | E106 | 3.21 |
| 01/31/14 | LIBRARY & LEGAL RESEARCH LEXIS NEXIS | E106 | 148.47 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 4.50 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 4.50 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 4.50 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | LOCAL TRAVEL Cab from 1251 6 AVE to 601 LEXINGTON AVE for ROBERT HORKOVICH on 02/03/14; voucher 47012; Invoice # 3676066 | E109 | 30.08 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                           MATTER:         100055.WRG01

March 19, 2014                                            INVOICE:              258528

MATTER:  CLAIMANTS COMMITTEE                                     ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 02/03/14 | LOCAL TRAVEL - VENDOR: HORKOVICH, ROBERT M. Taxi from closing meeting | E109 | 9.00 |
| 02/03/14 | DI - POSTAGE - | E108 | 51.06 |
| 02/03/14 | DI - PHOTOCOPYING - | E101 | 14.00 |
| 02/03/14 | DI - PHOTOCOPYING - | E101 | 10.40 |
| 02/03/14 | DI - PHOTOCOPYING - | E101 | 58.00 |
| **TOTAL COSTS:** | | | **$515.44** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AF | AIRFREIGHT | 100.50 |
| FX | DI - FAX CHARGES - | 58.50 |
| LT | LOCAL TRAVEL | 69.16 |
| LXISNEX | LIBRARY & LEGAL RESEARCH LEXIS NEXIS | 153.82 |
| PG | DI - POSTAGE - | 51.06 |
| XE | DI - PHOTOCOPYING - | 82.40 |
| **TOTAL COSTS:** | | **$515.44** |
| | **TOTAL DUE:** | **$30,789.44** |

{C0350057.1 }
nydocs1-1029294.1

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:     100055.WRG01

March 19, 2014                                                                      INVOICE:     258528



{C0350057.1}
nydocs1-1029294.1

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                                MATTER:        100055.WRG01

March 19, 2014                                                                                 INVOICE:          258528



# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                         MATTER:        100055.WRG01

March 19, 2014                                                              INVOICE:         258528





# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| March 19, 2014 | INVOICE: | 258528 |



# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                     **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                         MATTER:       100055.WRG01

March 19, 2014                                          INVOICE:            258528



# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                       **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

March 19, 2014                                              INVOICE:          258528

## AKO DISBURSEMENT REQUEST

DATE: 2/4/14
PAYEE NAME: Robert Horkovich
DATE NEEDED REQUIRED: $9.00

HOLD FOR PICK UP ☒

EXPLANATION (OF PRODUCTS OR SERVICE PURCHASED):
Return taxi from closing meeting on 2/3/14

| Client/Firm/Z # | Matter Number | Client Firm Name | Matter Name | Amount |
|---|---|---|---|---|
| 100055 | WRG01 | WR Grace |  | $9.00 |

Approved By: Bob Horkovich

RECEIVED 2014 FEB -6 A 9:40 ACCOUNTING DEPT.

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                                MATTER:        100055.WRG01

March 19, 2014                                                 INVOICE:            258528

```
 ;ER: 5350
 02-14 TR EL
 ARY END m
 ATE 1:$   5.
 TRA: $    1.
 ?CH: $    0.6
 ;RCH:$    0.5.
 AL: $     7.0
   THANKS 2.00
       T I
           9.00
```