IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### REQUEST TO BE REMOVED FROM RECEIVING ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Herman G. Petzold III, former Assistant Attorney General and Allison M Dietz, Assistant Attorney General, hereby requests to be removed from receiving electronic notices on behalf of the Michigan Department of Treasury at the following e-mail address:   petzoldh@michigan.gov and dietza@michigan.gov .

Respectfully submitted,

BILL SCHUETTE
Attorney General of Michigan


/s/ Allison M. Dietz
Allison M. Dietz (P73612)
Herman G. Petzold III (P41760)
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI  48202
(313) 456-0140
E-mail:dietza@michigan.gov

Dated:  March 28, 2014

1