IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (KJC)<br>Jointly Administered<br><br>**Related to Docket No. 31398** |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 31398

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the ***Thirty-Ninth Quarterly Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From July 1, 2013 through September 30, 2013*** (the "Application") [Docket No. 31398] filed on November 26, 2013.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 7, 2014 at 4:00 p.m.

Dated: March 28, 2014
       Wilmington, Delaware

                                                  */s/ Michael R. Lastowski*
                                                  Michael R. Lastowski (DE 3892)
                                                  Richard W. Riley (DE 4052)
                                                  DUANE MORRIS LLP
                                                  222 Delaware Avenue, Suite 1600
                                                  Wilmington, DE 19801-1246
                                                  Telephone:   (302)-657-4900
                                                  Facsimile:    (302)-657-4901
                                                  Email:         mlastowski@duanemorris.com
                                                                       rwriley@duanemorris.com

                                                  *Co-Counsel for the Official*
                                                  *Committee of Unsecured Creditors*

DM3\2858110.1