IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | )Case No. 01-01139 (KJC) |
| | )(Jointly Administered) |
| Debtors. | ) |
| | )**Objection Deadline: Thurs. March 20, 2014 at 4:00 p.m.** |
| | )**Hearing Date: Weds., March 26, 2014 at 10:00 a.m.** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 31790

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Fifty-First Quarterly Fee Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from October 1, 2013 through December 31, 2013 (the "Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than Thursday, March 20, 2014 at 4:00 p.m.

Dated:   March 28, 2014                                         FERRY, JOSEPH & PEARCE, P.A.

      /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Tel:    (302) 575-1555
Fax:    (302) 575-1714

*Counsel to the Official Committee of
Asbestos Property Damage Claimants*