# Exhibit 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

Re: **Various Docket Numbers**[2]

### ORDER APPROVING QUARTERLY
### FEE APPLICATIONS FOR THE FIFTIETH PERIOD

Upon the fiftieth quarterly fee applications (the "Applications")[3] of the Professionals referenced on **Exhibit A** attached hereto for the period of July 1, 2013 through September 30, 2013, (the "Compensation Period"), pursuant to sections 105(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Fed. R. Bankr. P. 2016 and the Amended Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Interim Compensation Order"); and it appearing that the Court has jurisdiction to consider the

---

[1]   The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

[2]   Re: Docket Numbers: 31333, 31511, 31485, 31386, 31443, 31545, 31331, 31332, 31398, 31336, 31334, 31668, 31397, 31387, 31315, 31807, 31436, 31632, 31351, 31291, 31578, 31406, 31293, 31335, 31434, 31435, 31590, 31330, 31342, 31338, 31349, 31347, 31415, 31292, 31816, 31360 and 31402.

[3]   Capitalized terms not defined in this order shall have the meaning ascribed to them in the Interim Compensation Order.

Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and

it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2);

and it appearing that venue of this proceeding and these Applications is proper in this district

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having

been given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Applications as modified on **Exhibit A** hereto are granted; and it is

further

ORDERED that each of the Professionals is allowed in the amounts set forth in **Exhibit
A** (i) compensation for services rendered during the Compensation Period and (ii) reimbursement

for actual and necessary expenses incurred during the Compensation Period; and it is further

ORDERED that the Debtors are authorized and directed to make payment to each of the

Professionals, 100% of any and all fees and 100% of any and all expenses listed in **Exhibit A**

that have not yet been paid pursuant to the Interim Compensation Order, provided, however, that

all fees and expenses paid pursuant to this order are subject to final allowance by the Court

pursuant to the terms of the Interim Compensation Order; and it is further

DOCS_DE:192412.1 91100/001

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: _____, 2014

                                           _____

                                           The Honorable Kevin J. Carey
                                           United States Bankruptcy Judge

# Exhibit A

## EXHIBIT A

**W.R. Grace – 50th Interim Period (July 1, 2013 through September 30, 2013)
Fee and Expense Chart with Recommendations**

| ANDERSON KILL P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31333 | TOTAL: | $320,465.00 | $418.01 | $320,465.00 | $418.01 |

| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31511 | TOTAL: | $90,000.00 | $51.84 | $90,000.00 | $51.84 |

| BEVERIDGE & DIAMOND, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31485 | TOTAL: | $188,141.85 | $3,907.00 | $188,141.85 | $3,907.00 |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31386 | TOTAL: | $18,532.25 | $1,051.90 | $18,532.25 | $1,051.90 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31443 | TOTAL: | $100,000.00 | $1,109.36 | $100,000.00 | $1,109.36 |

| BMC GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31545 | TOTAL: | $118,633.00 | $4,646.72 | $118,633.00 | $4,646.72 |

1

| CAMPBELL & LEVINE, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31331 | TOTAL: | $35,060.00 | $3,685.33 | $35,060.00 | $3,685.33 |

| CAPLIN & DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31332 | TOTAL: | $42,385.00 | $346.71 | $42,385.00 | $346.71 |

| CAPSTONE ADVISORY GROUP, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31398 | TOTAL: | $102,595.00 | $187.46 | $102,595.00 | $187.46 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31336 | TOTAL: | $34,990.00 | $37,549.86 | $34,990.00 | $37,549.86 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31334 | TOTAL: | $52,368.00 | $4.60 | $52,368.00 | $4.60 |

| DELOITTE TAX LLP (47th through 49th Interim Application Periods)[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31668 | TOTAL: | $304,180.45 | $3,179.72 | $304,180.45 | $3,179.72 |

---

[1] The Forty-Seventh through Forty-Ninth Interim Application Periods encompass October 1, 2012, through June 30, 2013.

2

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31397 | TOTAL: | $15,858.00 | $796.47 | $15,858.00 | $796.47 |

| FERRY JOSEPH & PEARCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31387 | TOTAL: | $9,190.00 | $1,003.58 | $9,190.00 | $1,003.58 |

| FOLEY HOAG LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31315 | TOTAL: | $91,490.30 | $1,335.06 | $91,490.30 | $1,335.06 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31807 | TOTAL: | $5,075.00 | $6,996.45 | $5,075.00 | $6,996.45 |

| FRANKEL, ROGER | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31436 | TOTAL: | $110,892.75 | $762.88 | $110,892.75 | $762.88 |

| GRANT THORNTON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31632 | TOTAL: | $35,400.00 | $2,414.09 | $35,400.00 | $2,414.09 |

| LAW OFFICES OF ROGER J. HIGGINS, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31351 | TOTAL: | $133,570.00 | $1,705.00 | $133,427.50 | $1,705.00 |

3

| THE HOGAN FIRM | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31291　　TOTAL: | $28,434.50 | $1,049.82 | $28,434.50 | $1,049.82 |

| KIRKLAND & ELLIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31578　　TOTAL: | $690,235.00 | $8,924.51 | $690,235.00 | $8,924.51 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31406　　TOTAL: | $24,844.00 | $467.70 | $24,844.00 | $114.05 |

| LAUZON BÉLANGER LESPÉRANCE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31293　　TOTAL: | CDN $2,285.70 | CDN $354.14 | CDN $2,285.70 | CDN $354.14 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31335　　TOTAL: | $5,920.00 | $0.00 | $5,920.00 | $0.00 |

| LINCOLN PARTNERS ADVISORS LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31434　　TOTAL: | $140,000.00 | $3,330.88 | $140,000.00 | $3,330.88 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31435　　TOTAL: | $138,571.50 | $3,814.21 | $138,571.50 | $3,814.21 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31590 | TOTAL: | $87,619.50 | $36,408.76 | $87,619.50 | $36,408.76 |

| PHILLIPS, GOLDMAN & SPENCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31330 | TOTAL: | $6,534.00 | $1,101.49 | $6,534.00 | $1,101.49 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31342 | TOTAL: | $940,991.20 | $18,723.43 | $940,991.20 | $18,707.00 |

| PRICEWATERHOUSECOOPERS LLP (Darex Puerto Rico 2012 Audit – December 1, 2012 through September 30, 2013) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31342 | TOTAL: | $89,300.36 | $0.00 | $89,300.36 | $0.00 |

| PRICEWATERHOUSECOOPERS LLP (Darex Puerto Rico 2011 Audit – September 1, 2012 through September 30, 2013) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31342 | TOTAL: | $20,301.54 | $0.00 | $20,301.54 | $0.00 |

| PRICEWATERHOUSECOOPERS LLP (W.R. Grace IRS Project – July 1, 2013 through September 30, 2013) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31342 | TOTAL: | $9,930.13 | $0.00 | $9,930.13 | $0.00 |

| REED SMITH LLP | | | | |
| --- | --- | --- | --- | --- |
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31338 | TOTAL: | $10,271.50 | $671.70 | $10,271.50 | $671.70 |

| RICH, ALAN B. | | | | |
| --- | --- | --- | --- | --- |
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31349 | TOTAL: | $39,075.00 | $307.83 | $39,150.00 | $317.83 |

| HON. ALEXANDER M. SANDERS, JR. | | | | |
| --- | --- | --- | --- | --- |
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31347 | TOTAL: | $2,880.00 | $0.00 | $2,280.00 | $0.00 |

| SAUL EWING LLP | | | | |
| --- | --- | --- | --- | --- |
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31415 | TOTAL: | $29,523.00 | $547.22 | $29,523.00 | $547.22 |

| SCARFONE HAWKINS LLP | | | | |
| --- | --- | --- | --- | --- |
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31292 | TOTAL: | CDN $7,225.00 | CDN $942.50 | CDN $7,225.00 | CDN $942.50 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | |
| --- | --- | --- | --- | --- |
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31816 | TOTAL: | $52,948.00 | $1,836.34 | $52,948.00 | $1,836.34 |

| STROOCK & STROOCK & LAVAN LLP | | | | |
| --- | --- | --- | --- | --- |
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31360 | TOTAL: | $21,644.50 | $432.51 | $21,644.50 | $432.51 |

| WOODCOCK WASHBURN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31402 | TOTAL: | $3,383.00 | $1,044.00 | $3,383.00 | $1,044.00 |