# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. 31854** |

## CERTIFICATION OF COUNSEL REGARDING THE ORDER GRANTING THE APPLICATION OF BARNWELL WHALEY PATTERSON & HELMS, L.L.C. AS COUNSEL TO THE ZAI (CLASS 7B) TRUSTEE EDWARD B. COTTINGHAM, JR., FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES RELATING TO PLAN IMPLEMENTATION FOR THE PERIOD OF DECEMBER 1, 2013 THROUGH FEBRUARY 3, 2014

The undersigned, counsel for Barnwell Whaley Patterson & Helms, L.L.C. ("Barnwell Whaley"), hereby certifies as follows:

1.     On March 12, 2014, Barnwell Whaley filed their *Application of Barnwell Whaley Patterson & Helms, L.L.C. as Counsel to the ZAI (Class 7B) Trustee Edward B. Cottingham, Jr., for Compensation for Services and Reimbursement of Expenses Relating to Plan Implementation for the Period of December 1, 2013 through February 3, 2014* (the "Application") (Docket No. 31854).

2.     The undersigned certifies that (i) he has received no answer, objection or responsive pleading with respect to the Application and (ii) he has reviewed the Court's docket

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were due by no later than March 26, 2014. The proposed order filed with the Application incorrectly listed the final allowance as $11,975.00. However, as set forth in Exhibit A of the Application, the correct amount should be $9,875.00 for the final allowance of Barnwell Whaley.

3.    A copy of the Proposed Amended Order is attached hereto as Exhibit A.  A blackline showing the changes from the original Order is attached hereto as Exhibit B.

## CONCLUSION

WHEREFORE, Barnwell Whaley respectfully requests that this Honorable Court enter the Order attached to the Application as Exhibit A.

Date:    March 28, 2014
    Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Seth S. Brostoff (No. 5312)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Counsel to Barnwell Whaley Patterson & Helms, L.L.C.*

# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. _____** |

**ORDER GRANTING APPLICATION BARNWELL WHALEY PATTERSON &
HELMS, L.L.C. AS COUNSEL TO THE ZAI (CLASS 7B) TRUSTEE EDWARD B.
COTTINGHAM, JR., FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES RELATING TO PLAN IMPLEMENTATION FOR THE PERIOD
OF DECEMBER 1, 2013 THROUGH FEBRUARY 3, 2014**

Upon consideration of the Application of Barnwell Whaley as counsel to Edward B.

Cottingham, as ZAI (Class 7B) Trustee seeking the entry of an Order for allowance of compensation

and reimbursement of expenses on a final basis for the period of December 1, 2013 through February

3, 2014 (the "Application Period"); and this Court having determined that all of the requirements of

sections 327, 328, 330, 331 and 503(b) of the Bankruptcy Code as well as Rule 2016 of the Federal

Rules of Bankruptcy Procedure and the applicable Local Rules have been satisfied; and it further

appearing that the expenses incurred were actual, reasonable and necessary; and it appearing that

notice of the Application was appropriate; and after due deliberation and sufficient good cause

appearing therefore; it is hereby

ORDERED that the Application is approved on a final basis; and it is further

ORDERED that Barnwell Whaley is granted a final allowance of $9,875.00 for fees and

$280.50 in expenses during the Application Period; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from

or related to the interpretation or implementation of this Order.

Dated: April \_\_\_\_\_, 2014
      Wilmington, Delaware

                                     _____
                                     The Honorable Kevin J. Carey
                                     United States Bankruptcy Judge

# Exhibit B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. _____** |

### ORDER GRANTING APPLICATION BARNWELL WHALEY PATTERSON & HELMS, L.L.C. AS COUNSEL TO THE ZAI (CLASS 7B) TRUSTEE EDWARD B. COTTINGHAM, JR., FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES RELATING TO PLAN IMPLEMENTATION FOR THE PERIOD OF DECEMBER 1, 2013 THROUGH FEBRUARY 3, 2014

Upon consideration of the Application of Barnwell Whaley as counsel to Edward B. Cottingham, as ZAI (Class 7B) Trustee seeking the entry of an Order for allowance of compensation and reimbursement of expenses on a final basis for the period of December 1, 2013 through February 3, 2014 (the "Application Period"); and this Court having determined that all of the requirements of sections 327, 328, 330, 331 and 503(b) of the Bankruptcy Code as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the applicable Local Rules have been satisfied; and it further appearing that the expenses incurred were actual, reasonable and necessary; and it appearing that notice of the Application was appropriate; and after due deliberation and sufficient good cause appearing therefore; it is hereby

ORDERED that the Application is approved on a final basis; and it is further

ORDERED that Barnwell Whaley is granted a final allowance of $11,975~~9,875~~.00 for fees and $280.50 in expenses during the Application Period; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: April _____, 2014
       Wilmington, Delaware

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on the, hereby certify that, on March 28, 2014,

I caused one copy of the foregoing document to be served upon the parties listed below .

Adam Paul, Esq.
Lisa Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL, 60654

Michael Magzamen, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esq.
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickeli Ave., 23rd Floor
Miami, FL 33131-3456

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Richard H. Wyron, Esq.
Frankei Wyron LLP
2101 L Street, NW
Washington, DC 20037

Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Main Street, Suite 1910, LC 201
Dallas, TX 75202

Tancred Schiavoni, Esq.
O'Melveny & Myers LLP
Seven Times Square
New York, NY 10024

James E. O'Neill, Esq.
Pachuiski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Maria Eskin, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE 19801

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Richard L. Schepecarter
Office of the U.S. Trustee
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

_March 28, 2014_
Date

_/s/ William D. Sullivan_
William D. Sullivan