# EXHIBIT 2

Case 01-01139-AMC    Doc 31956-3    Filed 03/28/14    Page 2 of 16



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace
Invoice #: 21_131031
Expense Summary

| Period Ending | 10/31/2013 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Noticing Production | $0.92 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$1,540.82** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20131031-1 | 10/31/2013 | $0.92 |
| | **Total Due** | **$0.92** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 10/31/2013
**Reference #:** 021-20131031-1
**Notes:** Postage other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Transfers | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 2 Pieces | $0.92 |
| | | | | **Total Due:** | **$0.92** |

*Invoice Due Upon Receipt*                                    *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

WR Grace
Invoice #: 21_131130
Expense Summary

| Period Ending | 11/30/2013 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Document Storage | $89.90 |
| | | Noticing Production | $5,391.89 |
| | | Pacer | $253.80 |
| | | Website Hosting | $250.00 |
| | | **Total** | **$7,185.59** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

Noticing Production Reference Summary and Detail

| Reference Number | Production Date | Total |
|---|---|---|
| Reference # 021-20131101-1 | 11/1/2013 | $1,008.76 |
| Reference # 021-20131101-2 | 11/1/2013 | $49.89 |
| Reference # 021-20131101-3 | 11/1/2013 | $369.38 |
| Reference # 021-20131119-1 | 11/19/2013 | $3,957.86 |
| Reference # 021-20131130-1 | 11/30/2013 | $6.00 |
| | Total Due | $5,391.89 |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 11/1/2013
**Reference #:**   021-20131101-1
**Notes:**         Both documents were sent together to the Affected Parties

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | 1. Omni 29 Obj | | 41 / 20 | | |
| | | Production | Printed Impressions | 820 Pieces @ $.10 each | $82.00 |
| | 2. Omni 29 Obj Custom Notices | | 7 / 20 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | Expedited Mail Handling | 20 Pieces @ $.25 each | $5.00 |
| | | | Express Mail (at Cost) | 2 Pieces @ $18.11 each | $36.22 |
| | | | FedEx (at Cost) | 18 Pieces @ $47.03 each | $846.54 |
| | | Production | Printed Impressions | 140 Pieces @ $.10 each | $14.00 |
| | | | | **Total Due:** | **$1,008.76** |

*Invoice Due Upon Receipt*                                     Page 1 of 1

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 11/1/2013
**Reference #:** 021-20131101-2
**Notes:** 1 Package returned as undeliverable 545777467011-800717637949

| Job Type | Job Item | Pages / Parties | | Total |
|---|---|---|---|---|
| | Step | Task | Details | |
| Noticing Document | Dkt No. - Omni 29 Obj | 41 / 1 | | |
| | Postage | FedEx Return Mail Cost | 1 Piece @ $49.89 each | $49.89 |
| | | | **Total Due:** | **$49.89** |

*Invoice Due Upon Receipt*                                              *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 11/1/2013
**Reference #:** 021-20131101-3
**Notes:** 6 Packages returned as undeliverable 545777466997-797133147340, 545777467136-797132774295, 545777467088-797081689349, 545777466975-558499388013, 545777467033-569185197633, 545777467055-797109031365

| Job Type | Job Item | | Pages / Parties | | |
|---|---|---|---|---|---|
| | | Step | Task | Details | Total |
| Noticing Document | Dkt No. - Omni 29 Obj | | 41 / 6 | | |
| | | Postage | FedEx Return Mail Cost | 1 Piece @ $18.15 each | $18.15 |
| | | | FedEx Return Mail Cost | 1 Piece @ $121.91 each | $121.91 |
| | | | FedEx Return Mail Cost | 1 Piece @ $120.36 each | $120.36 |
| | | | FedEx Return Mail Cost | 1 Piece @ $15.57 each | $15.57 |
| | | | FedEx Return Mail Cost | 1 Piece @ $18.15 each | $18.15 |
| | | | FedEx Return Mail Cost | 1 Piece @ $75.24 each | $75.24 |

**Total Due:** $369.38



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

Production Date: 11/19/2013
Reference #:    021-20131119-1

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | W-9 Mailing | | 16 / 1,347 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 1335 Pieces @ $1.32 each | $1,762.20 |
| | | | USPS - CAN (at Cost) | 2 Pieces @ $2.45 each | $4.90 |
| | | | USPS - International (at Cost) | 10 Pieces @ $3.75 each | $37.50 |
| | | Production | Collate and Stuff | 1347 Pieces @ $.08 each | $107.76 |
| | | | Printed Impressions | 21552 Pieces @ $.08 each | $1,724.16 |
| | | Supplies | Business Reply Envelope No Postage | 1347 Pieces @ $.08 each | $107.76 |
| | | | Inkjet and Envelope - Window Catalog | 1347 Pieces @ $.14 each | $188.58 |
| | | | | **Total Due:** | **$3,957.86** |

*Invoice Due Upon Receipt*                                                      Page 1 of 1

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 11/30/2013
**Reference #:** 021-20131130-1
**Notes:** Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for November | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 3 Pieces | $3.96 |
| Other | Proof of Service to Counsel | | | | |
| | | | USPS - 1st Class (at Cost) | Total: 1 Piece | $1.12 |
| | | Transfer | | | |
| | | | USPS - 1st Class (at Cost) | Total: 2 Pieces | $0.92 |
| | | | | **Total Due:** | **$6.00** |

*Invoice Due Upon Receipt*                                                                    *Page 1 of 1*

EXHIBIT 2



**BMC Group, Inc.**
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace**
**Invoice #: 21_131231**
**Expense Summary**

| Period Ending 12/31/2013 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $89.90 |
| | Noticing Production | $88.15 |
| | UPS/FedEx Adjustments | ($0.04) |
| | Website Hosting | $250.00 |
| | **Total** | **$1,628.01** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Noticing Production Reference Summary and Detail**

| Reference Number | Production Date | Total |
|---|---|---|
| Reference #  021-20131226-1 | 12/26/2013 | $44.31 |
| Reference #  021-20131230-1 | 12/30/2013 | $40.80 |
| Reference #  021-20131231-1 | 12/31/2013 | $3.04 |
| | **Total Due** | **$88.15** |

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 12/26/2013
**Reference #:** 021-20131226-1

| Job Type | Job Item | Step | Pages / Parties | | | |
|---|---|---|---|---|---|---|
| | | | Task | Details | | Total |
| Noticing Document | Dkt No. 31480 - Omni 29 Ord | | 6 / 13 | | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 7 Pieces @ $.46 each | | $3.22 |
| | | | USPS - CAN (at Cost) | 1 Piece @ $1.10 each | | $1.10 |
| | | | USPS - International (at Cost) | 5 Pieces @ $1.10 each | | $5.50 |
| | | Production | Fold and Stuff | 13 Pieces @ $.05 each | | $0.65 |
| | | | Printed Impressions | 78 Pieces @ $.10 each | | $7.80 |
| | | Supplies | Inkjet and Envelope - #10 | 13 Pieces @ $.08 each | | $1.04 |
| | | | | | **Total Due:** | **$44.31** |

*Invoice Due Upon Receipt*                                                                 Page 1 of 1

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

## WR Grace & Co. et al

**Production Date:** 12/30/2013
**Reference #:**   021-20131230-1

| Job Type | Job Item | Step | Pages / Parties Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | Schedule Amendments | | 2 / 20 | | |
| | | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | Postage | USPS - 1st Class (at Cost) | 20 Pieces @ $.46 each | $9.20 |
| | | Production | Fold and Stuff | 20 Pieces @ $.05 each | $1.00 |
| | | | Printed Impressions | 40 Pieces @ $.10 each | $4.00 |
| | | Supplies | Inkjet and Envelope - #10 | 20 Pieces @ $.08 each | $1.60 |

**Total Due:** **$40.80**

*Invoice Due Upon Receipt*                                                              *Page 1 of 1*

EXHIBIT 2



BMC Group, Inc.
600 1st Ave., Suite 300
Seattle, WA 98104
Tel: 206/516-3300

**WR Grace & Co. et al**

**Production Date:** 12/31/2013
**Reference #:**   021-20131231-1
**Notes:**   Postage charges for change of address remailing and other misc mailings.

| Job Type | Job Item | Step | Task | Details | Total |
|---|---|---|---|---|---|
| Noticing Document | COA resend for December | | | | |
| | | Postage | USPS - 1st Class (at Cost) | Total: 2 Pieces | $3.04 |
| | | | | **Total Due:** | **$3.04** |

*Invoice Due Upon Receipt*   Page 1 of 1

EXHIBIT 2