# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al. [1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |
| | ) Re: Docket No. 31825 |
| | ) Hearing Date: April 2, 2014 at 11:00 a.m. |

## CERTIFICATION OF COUNSEL REGARDING THE REORGANIZED DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE ELIMINATION OF EXISTING SERVICE LIST AND THE CREATION OF A NEW SERVICE LIST

1. On March 7, 2014, the Reorganized Debtors filed *The Reorganized Debtors' Motion for an Order Authorizing the Elimination of Existing Service List and the Creation of a New Service List*, Docket No. 31825 (the "Motion").[2]

2. The Reorganized Debtors received informal comments from counsel for the Personal Injury Future Claimants Representative (the "PI FCR"), requesting changes to the new 2002 service list (the "New Service List").

3. Exhibit A hereto is a revised New Service List which resolves the comments received by the PI FCR. Exhibit B hereto is a comparison of Exhibit A to the New Service List, which was attached to the Motion.

---

[1] The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

4. The objection deadline for the Motion was March 25, 2014. No objections were filed prior to the objection deadline.

5. It is hereby respectfully requested that the Order attached hereto as **Exhibit C** be entered at the Court's earliest convenience.

Dated: March 31, 2014

KIRKLAND & ELLIS LLP
Adam Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
(312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Reorganized Debtors