IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 2,
2014, AT 11:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY**

**The hearing will be held at the United States Bankruptcy Court for the District of
Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.**

**Any party participating telephonically shall make arrangements through
CourtCall by telephone (866-582-6878) or facsimile (866-533-2946),
no later than 12:00 p.m., April 1, 2014**

**CONTINUED MATTERS:**

1.     Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Response Deadline: September 12, 2008, at 4:00 p.m.

Responses Received:

a.     Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

b.     Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

c.     Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

---

[1]     The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

DOCS_DE:192263.3 91100/001

Related Documents: None.

Status: This matter is continued to the next omnibus hearing date.

2.    Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for
      Class Certification and for Entry of Scheduling Order and Granting Related Relief
      [Filed: 3/5/14] (Docket No. 31812)

      Response Deadline: March 24, 2014, at 4:00 p.m. *(extended until April 29, 2014, at 4:00
      p.m.)*

      Responses Received:  None as of the date of this Notice of Agenda.

      Related Documents:

      a.    [Proposed] Order [Filed: 3/5/14] (Docket No. 31812)

      b.    [Signed] Order Approving Stipulation for Briefing Schedule and Hearing Date for
            Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion
            for Class Certification [Filed: 3/18/14] (Docket No. 31873)

      Reply Deadline: May 29, 2014, at 4:00 p.m.

      Status: A scheduling order has been entered on this matter.  This matter will go forward
      at the hearing scheduled for July 8, 2014, at 10:00 a.m.


**QUARTERLY FEE APPLICATIONS:**

3.    Fiftieth Quarterly Interim Applications of Counsel to the Debtors, the Statutory
      Committees, and the Future Claimants' Representative for Compensation for Services
      Rendered and Reimbursement of Expenses for the Period July 1, 2013 through
      September 30, 2013

      Related Documents:

      a.    Certification of Counsel Regarding Fiftieth Quarter Project Category Summary
            [Filed: 3/28/14] (Docket No. 31948)

      b.    Certification of Counsel Regarding Order Approving Quarterly Fee Applications
            for the Fiftieth Period [Filed: 3/28/14] (Docket No. 31947)

      Status: If the form of order submitted is acceptable to the Court, no hearing is needed on
      this matter.


**RESOLVED MATTERS:**

4.    The Reorganized Debtors' Motion for an Order Authorizing the Elimination of Existing
      Service List and the Creation of a New Service List [Filed: 3/7/14] (Docket No. 31825)

      Response Deadline: March 25, 2014, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

a.      [Proposed] Order Authorizing the Elimination of Existing Service List and the Creation of a New Service List [Filed: 3/7/14] (Docket No. 31825, Exhibit A)

b.      Certification of Counsel Regarding The Reorganized Debtors' Motion for an Order Authorizing the Elimination of Existing Service List and the Creation of a New Service List [Filed: 3/31/14] (Docket No. 31957)

Status: The Reorganized Debtors have filed a certification of counsel which resolves this matter.

## CONTESTED MATTERS:

5.      Motion of ZAI Class Counsel for a Common Fund Fee Award [Filed: 2/7/14] (Docket No. 31718)

Response Deadline: February 28, 2014, at 4:00 p.m.

Responses Received:

a.      Partial Joinder of Lukins & Annis P.S. in Motion of ZAI Class Counsel for a Common Fund Fee Award, and Counter-Motion to Stay Disbursement of Any Common Fund Fee Award Pending Resolution of All Common Fund Fee Allocation Disputes [Filed: 2/28/14] (Docket No. 31794)

b.      Reorganized Debtors' Statement in Response to the Partial Joinder of Lukins & Annis P.S. in Motion of ZAI Class Counsel for a Common Fund Fee Award, and Counter-Motion to Stay Disbursement of Any Common Fund Fee Award Pending Resolution of All Common Fund Fee Allocation Disputes [Filed: 3/28/14] (Docket No. 31949)

Replies Received:

a.      Reply of ZAI Class Counsel in Support of Motion for a Common Fund Fee Award and in Response to Lukins & Annis' "Counter Motion" [Filed: 3/26/14] (Docket No. 31911)

b.      Reply of Lukins & Annis, P.S. to Reply of ZAI Class Counsel in Support of Motion for a Common Fund Fee Award in Response to Lukins & Annis' "Counter Motion" [Filed: 3/28/14] (Docket No. 31950)

Related Documents:

a.      [Proposed] Order Granting Motion of ZAI Class Counsel for a Common Fund Fee Award [Filed: 2/7/14] (Docket No. 31718)

b.      Notice of Amendment to Motion of ZAI Class Counsel for a Common Fund Fee Award [Filed: 2/24/14] (Docket No. 31772)

c.      Re-Notice of Motion and Amendment Regarding Motion of ZAI Class Counsel For a Common Fund Fee Award [Filed: 2/27/14] (Docket No. 31789)

3

d.    Notice of Counter-Motion to Stay Disbursement of Any Common Fund Fee Award Pending Resolution of All Common Fund Fee Allocation Disputes [Filed: 3/12/14] (Docket No. 31846)

e.    Notice of Proposed Order Staying Disbursement of Any Common Fund Fee Award Pending Resolution of All Common Fund Fee Allocation Disputes [Filed: 3/13/14] (Docket No. 31855)

   (i)    [Proposed] Order Staying Disbursement of Any Common Fund Fee Award Pending Resolution of All Common Fund Fee Allocation Disputes [Filed: 3/13/14] (Docket No. 31855, Exhibit A)

Status: This matter will go forward.

Dated: March 31, 2014

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Reorganized Debtors

4

DOCS_DE:192263.2 91100/001