| OAKLAND OFFICE | **HILDEBRAND McLEOD & NELSON INC.** | LOS ANGELES OFFICE |
|---|---|---|
| 350 FRANK H. OGAWA PLAZA<br>4TH FLOOR, OAKLAND, CA 94612<br>TELEPHONE: 510-451-6732<br>FACSIMILE: 510-465-7023 | ATTORNEYS AT LAW<br>WWW.HMNLAW.COM | 700 N. BRAND BLVD., SUITE 860<br>GLENDALE, CA 91203<br>TELEPHONE: 323-662-6400<br>FACSIMILE: 323-669-8549 |

FREDERICK L. NELSON
DAVID B. DRAHEIM
ANTHONY S. PETRU
KRISTOFFER S. MAYFIELD
QUYNH L. NGUYEN
RYAN J. OTIS
BRADLEY W. WAHRLICH
JAMES C. ROBERTS

CLIFTON HILDEBRAND
(1899-1977)

CHARLES C. McLEOD
(1910-1991)

VICTOR A. RUSSO
MICHAEL J. VENER

March 24, 2014

United States Bankruptcy Court
  District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, Delaware 19801

> Re:   *Gloria Munoz v. W. R. Grace* - Bankruptcy Ct. Case No. 01-01139, D.I. 19378
>       Removal of names from listserve of DEBdb_ECF_Reply@deb.uscourts.gov
>       and dummail@deb.uscourts.gov

Dear Clerk:

Our client, Gloria Munoz, was a creditor in the above-entitled case. Her case resolved and closed in February of 2014. However, as her attorneys, we are still receiving automatic emails from your court regarding the W.R. Grace bankruptcy case. As such, could you please remove our names from the email listserve?

The names to remove from your automatic emails are: 1) petru@hmnlaw.com and 2) nguyen@hmnlaw.com.

Thank you for your anticipated assistance.

Very truly yours;

HILDEBRAND; McLEOD & NELSON, INC.

QUYNH L. NGUYEN