# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| Reorganized Debtors. | ) | Objection Deadline: March 27, 2014 at 4:00 p.m. |
| | ) | Ref. No. 31822 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 31822
## (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Second Monthly Application (the "Application") of Towers Watson ("Towers"), Actuarial Consultant to Roger Frankel, Asbestos PI Future Claimants' Representative (the "FCR"), for the period from January 1, 2014 through January 31, 2014 (the "Period"), filed with the Court on March 7, 2014, and entered on the Court's docket as Docket No. 31822. The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than March 7, 2014.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001, the Reorganized Debtors are authorized to pay Towers fees in the amount of $7,392.00 (80% of $9,240.00) and $0.00 in expenses for a total of $7,392.00 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                          ORRICK, HERRINGTON & SUTCLIFFE LLP

                          By:*/S/ DEBRA L. FELDER*
                              Debra L. Felder, admitted *pro hac vice*
                              Columbia Center
                              1152 15th Street, NW
                              Washington, DC  20005
                              (202) 339-8400
                              (202) 339-8500 (fax)

                     —and—

                          FRANKEL WYRON LLP
                          Richard H. Wyron, admitted *pro hac vice*
                          2101 L Street, N.W., Suite 800
                          Washington, DC  20037
                          (202) 903-0700
                          (202) 627-3002 (fax)

                     —and—

                          PHILLIPS, GOLDMAN & SPENCE, P.A.
                          John C. Phillips, Jr. (#110)
                          1200 North Broom Street
                          Wilmington, DE 19806
                          (302) 655-4200
                          (302) 655-4210 (fax)

                          *Counsel to Roger Frankel, Asbestos PI*
                          *Future Claimants' Representative*

Dated: March 31, 2014