## E<small>XHIBIT</small> I

*Form of Notice of New Service List*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |
| | ) | |

**NOTICE OF THE ELIMINATION OF THE CURRENT SERVICE LIST AND THE CREATION OF A NEW SERVICE LIST**

To: All Parties on the Current 2002 Service List:

**PLEASE TAKE FURTHER NOTICE THAT**, on April [], 2014, the Court in the above-captioned cases entered its *Order Authorizing the Elimination of Existing Service List and the Creation of a New Service List* (the "Order") [Docket no. _____].

**PLEASE TAKE FURTHER NOTICE THAT**, the Order eliminates the Current Service List, which comprises all parties who have filed notices of appearance in the above-captioned chapter 11 cases pursuant to Fed. R. Bankr. P. 2002, requesting service of pleadings, orders and other materials filed on the docket in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE THAT** you are receiving this *Notice of the Elimination of the Current Service List and the Creation of a New Service List*, because you are on the Current Service List.

**PLEASE TAKE FURTHER NOTICE THAT**, on May [_], 2014 (the "Deadline"), which is thirty (30) days after the date of entry of the Order, parties on the Current Service List will no longer receive routine notice of pleadings, orders and other materials filed on the docket in the above-captioned chapter 11 cases. Only parties on the New Service List will receive such notice.

**PLEASE TAKE FURTHER NOTICE THAT**, if you wish to *continue receiving notice of all pleadings, orders and other materials in the above-captioned cases pursuant to Fed. R. Bankr. P. 2002 and Del. Bankr. L. R. 2002-1, you must appear on the New Service List.*

**PLEASE TAKE FURTHER NOTICE THAT**, the New Service List comprises:

- Counsel for the Reorganized Debtors;

- The United States Trustee;

- Counsel for the WRG Asbestos PI Trust;

- Counsel for the Asbestos PI Future Claimants Representative;

- Counsel for the Asbestos PD Futures Claimants Representative;

- Counsel for the WRG Asbestos PD Trust (7A);

- Counsel for the WRG Asbestos PD Trust (7B);

- Counsel for the CDN ZAI PD Claims Fund; and

- Those parties who, on or after the date of entry of the Order, file new notices pursuant to Fed. R. Bankr. P. 2002 and Del. Bankr. L. R. 2002-1(d), requesting inclusion on the New Service List.

**PLEASE TAKE FURTHER NOTICE THAT**, if you wish to be included on the New Service List, you must file on the docket on or after the date hereof a new entry of appearance and request for notice pursuant to Fed. R. Bankr. P. 2002 and Del. Bankr. L. R. 2002-1(d).

**PLEASE TAKE FURTHER NOTICE THAT**, *IF YOU DO NOT FILE A NEW ENTRY OF APPEARANCE AND REQUEST FOR NOTICE PURSUANT TO FED. R. BANKR. P. 2002 AND DEL. BANKR. L. R. 2002-1(D) PRIOR TO THE DEADLINE, YOU WILL NOT BE INCLUDED ON THE NEW SERVICE LIST, AND YOU WILL NOT BE SERVED MATERIALS THAT ARE FILED IN THE ABOVE-CAPTIONED CASES UNLESS THEY DIRECTLY AFFECT YOUR INTERESTS.*

**PLEASE TAKE FURTHER NOTICE THAT**, if you file new notice after the deadline, you will be included on the new service list as of the date of entry of such notice on the docket.

Dated: _____, 2014

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

---

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Reorganized Debtors