# Exhibit A

# EXHIBIT A

## W.R. Grace – 50th Interim Period (July 1, 2013 through September 30, 2013) Fee and Expense Chart with Recommendations

| ANDERSON KILL P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31333 | TOTAL: | $320,465.00 | $418.01 | $320,465.00 | $418.01 |

| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31511 | TOTAL: | $90,000.00 | $51.84 | $90,000.00 | $51.84 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31485 | TOTAL: | $188,141.85 | $3,907.00 | $188,141.85 | $3,907.00 |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31386 | TOTAL: | $18,532.25 | $1,051.90 | $18,532.25 | $1,051.90 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31443 | TOTAL: | $100,000.00 | $1,109.36 | $100,000.00 | $1,109.36 |

| BMC GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31545 | TOTAL: | $118,633.00 | $4,646.72 | $118,633.00 | $4,646.72 |

| CAMPBELL & LEVINE, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31331 | TOTAL: | $35,060.00 | $3,685.33 | $35,060.00 | $3,685.33 |

| CAPLIN & DRYSDALE, CHARTERED | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31332 | TOTAL: | $42,385.00 | $346.71 | $42,385.00 | $346.71 |

| CAPSTONE ADVISORY GROUP, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31398 | TOTAL: | $102,595.00 | $187.46 | $102,595.00 | $187.46 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31336 | TOTAL: | $34,990.00 | $37,549.86 | $34,990.00 | $37,549.86 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31334 | TOTAL: | $52,368.00 | $4.60 | $52,368.00 | $4.60 |

| DELOITTE TAX LLP (47th through 49th Interim Application Periods)[1] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31668 | TOTAL: | $304,180.45 | $3,179.72 | $304,180.45 | $3,179.72 |

[1] The Forty-Seventh through Forty-Ninth Interim Application Periods encompass October 1, 2012, through June 30, 2013.

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31397 | TOTAL: | $15,858.00 | $796.47 | $15,858.00 | $796.47 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31387 | TOTAL: | $9,190.00 | $1,003.58 | $9,190.00 | $1,003.58 |

| FOLEY HOAG LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31315 | TOTAL: | $91,490.30 | $1,335.06 | $91,490.30 | $1,335.06 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31807 | TOTAL: | $5,075.00 | $6,996.45 | $5,075.00 | $6,996.45 |

| FRANKEL, ROGER | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31436 | TOTAL: | $110,892.75 | $762.88 | $110,892.75 | $762.88 |

| GRANT THORNTON LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31632 | TOTAL: | $35,400.00 | $2,414.09 | $35,400.00 | $2,414.09 |

| LAW OFFICES OF ROGER J. HIGGINS, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31351 | TOTAL: | $133,570.00 | $1,705.00 | $133,427.50 | $1,705.00 |

| THE HOGAN FIRM | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31291 | TOTAL: | $28,434.50 | $1,049.82 | $28,434.50 | $1,049.82 |

| KIRKLAND & ELLIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31578 | TOTAL: | $690,235.00 | $8,924.51 | $690,235.00 | $8,924.51 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31406 | TOTAL: | $24,844.00 | $467.70 | $24,844.00 | $114.05 |

| LAUZON BÉLANGER LESPÉRANCE | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31293 | TOTAL: | CDN $2,285.70 | CDN $354.14 | CDN $2,285.70 | CDN $354.14 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31335 | TOTAL: | $5,920.00 | $0.00 | $5,920.00 | $0.00 |

| LINCOLN PARTNERS ADVISORS LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31434 | TOTAL: | $140,000.00 | $3,330.88 | $140,000.00 | $3,330.88 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31435 | TOTAL: | $138,571.50 | $3,814.21 | $138,571.50 | $3,814.21 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31590 | TOTAL: | $87,619.50 | $36,408.76 | $87,619.50 | $36,408.76 |

| PHILLIPS, GOLDMAN & SPENCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31330 | TOTAL: | $6,534.00 | $1,101.49 | $6,534.00 | $1,101.49 |

| PRICEWATERHOUSECOOPERS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31342 | TOTAL: | $940,991.20 | $18,723.43 | $940,991.20 | $18,707.00 |

| PRICEWATERHOUSECOOPERS LLP (Darex Puerto Rico 2012 Audit – December 1, 2012 through September 30, 2013) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31342 | TOTAL: | $89,300.36 | $0.00 | $89,300.36 | $0.00 |

| PRICEWATERHOUSECOOPERS LLP (Darex Puerto Rico 2011 Audit – September 1, 2012 through September 30, 2013) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31342 | TOTAL: | $20,301.54 | $0.00 | $20,301.54 | $0.00 |

| PRICEWATERHOUSECOOPERS LLP (W.R. Grace IRS Project – July 1, 2013 through September 30, 2013) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31342 | TOTAL: | $9,930.13 | $0.00 | $9,930.13 | $0.00 |

| REED SMITH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31338 | TOTAL: | $10,271.50 | $671.70 | $10,271.50 | $671.70 |

| RICH, ALAN B. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31349 | TOTAL: | $39,075.00 | $307.83 | $39,150.00 | $317.83 |

| HON. ALEXANDER M. SANDERS, JR. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31347 | TOTAL: | $2,880.00 | $0.00 | $2,280.00 | $0.00 |

| SAUL EWING LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31415 | TOTAL: | $29,523.00 | $547.22 | $29,523.00 | $547.22 |

| SCARFONE HAWKINS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31292 | TOTAL: | CDN $7,225.00 | CDN $942.50 | CDN $7,225.00 | CDN $942.50 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31816 | TOTAL: | $52,948.00 | $1,836.34 | $52,948.00 | $1,836.34 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31360 | TOTAL: | $21,644.50 | $432.51 | $21,644.50 | $432.51 |

| WOODCOCK WASHBURN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31402 | TOTAL: | $3,383.00 | $1,044.00 | $3,383.00 | $1,044.00 |