IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |

Objection Deadline: March 28, 2014 at 4:00 p.m.
Hearing Date: To be determined, if necessary

## NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED-THIRTY-NINTH MONTHLY APPLICATION OF BMC GROUP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013 [DOCKET NO. 31824]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *One Hundred-Thirty-Ninth Monthly Application of BMC Group for Compensation for Services Rendered and Reimbursement of Expenses as Claims Reconciliation and Solicitation Consultant to the Debtors for the Period from October 1, 2013 through October 31, 2013* (the "Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than March 28, 2014.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

---

[1]  The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

DOCS_DE:186178.12 91100/001

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay BMC $40,179.60, which represents 80% of the fees ($50,224.50), and $1,540.82, which represents 100% of the expenses requested in the Application for the period October 1, 2013 through October 31, 2013, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: March 31, 2014

        KIRKLAND & ELLIS LLP
        John Donley
        Adam Paul
        300 North LaSalle
        Chicago, Illinois 60654
        Telephone:  (312) 861-2000
        Facsimile:  (312) 861-2200

        -and-

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ James E. O'Neill*
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        919 N. Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705
        Telephone:  (302) 652-4100
        Facsimile:  (302) 652-4400

        Co-Counsel to Debtors and Debtors-in-Possession