EXHIBIT A

**February 1-3, 2014 Fee Detail**

**Matter 16**                                    **Plan and Disclosure Statement**

| Attorney | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| RJH | 2/1/2014 | Draft and revise funds flow summary chart (4.00); analyze and resolve emergence issues and exchange correspondence with various parties re same (1.50); telephone conferences with M. Jones, J. Gettleman, M. Bishop et al. re same (.80). | 6.30 | $475 | $2,992.50 |
| RJH | 2/2/2014 | Analyze and resolve various emergence issues (5.50); multiple telephone conferences with M. Jones and J. Gettleman re same (1.20). | 6.70 | $475 | $3,182.50 |
| RJH | 2/3/2014 | Emergence day preparations (7.50); participate in Closing (3.50); exchange correspondence with various parties re receipts of emergence payments (.40); exchange correspondence with R. Hehner re after-action report issue (.20). | 11.60 | $475 | $5,510.00 |
| **Total** | | | 24.60 | | $11,685.00 |