## Exhibit B

February 2014 Expense Detail

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---:|
| None | $0.00 |
| Total: | $1,665.88 |

## ITEMIZED EXPENSES

### TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
|  | $.00 | None |
| Total | $ 0.00 |  |

### NON-TRAVEL

| Date | Amount | Service Description |
|---|---:|---|
|  | $.00 | None |
| Total | $ 0.00 |  |

Total February 2014 Expenses: $0.00