IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| W. R. GRACE & CO., et al., | ) ) ) | Case No. 01-01139 (KJC) (Jointly Administered) |
| Reorganized Debtors. | ) ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey W. Gettleman of Kirkland & Ellis LLP to represent the Reorganized Debtors in the above-captioned action.

Dated: March 31, 2014

James E. O'Neill (DE Bar No. 4042)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
e-mail: joneill@pszjlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund revised 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 31, 2014

/s/ Jeffrey W. Gettlemen
Jeffrey W. Gettlemen
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-3289
Facsimile: (312) 862-2200
Email: jeffrey.gettlemen@kirkland.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: April 1, 2014

The Honorable Kevin J. Carey
United States Bankruptcy Judge

DOCS_DE:192388.1 91100/001

DATE 3/31/14
DOCKET # 31966