IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 01-1139 (KJC) |
| W.R. GRACE & CO., *et al.*, | (Jointly Administered) |
| Debtors. | |

### REQUEST TO BE INCLUDED ON
### REORGANIZED DEBTORS' NEW SERVICE LIST

PLEASE TAKE NOTICE that Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**") hereby requests inclusion on the Debtors' New Service List ("**New Service List**") as counsel on behalf of the Official Committee of Equity Security Holders ("**Equity Committee**"), and, pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), District of Delaware Local Bankruptcy Rule 2002-1(d) (the "**Local Bankruptcy Rule**") and the Reorganized Debtors' *Motion for an Order Authorizing the Elimination of Existing Service List and the Creation of a New Service List* [Docket No. 31825] (the "**Motion**"), Kramer Levin requests inclusion on the New Service List and that copies of all notices and pleadings given or served in this case be given to and served upon Kramer Levin at their respective office, address, telephone number, and e-mail address as follows:

> KRAMER LEVIN NAFTALIS & FRANKEL LLP
> 1177 Avenue of the Americas
> New York, New York 10036
> Attn: David E. Blabey, Jr.
> Telephone: (212) 715-9100
> Facsimile: (212) 715-8000
> Email: dblabey@kramerlevin.com

1

PLEASE TAKE FURTHER NOTICE that the foregoing request, pursuant to 11 U.S.C. § 1109(b), includes all of the notices and papers referred to in the Bankruptcy Rules, Bankruptcy Code, and the Local Bankruptcy Rules, and additionally includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise, all of which shall be sent to the attorney listed above.

Dated: New York, New York
April 1, 2014

                        KRAMER LEVIN NAFTALIS & FRANKEL LLP

                        By: /s/ David E. Blabey, Jr.
                            Philip Bentley
                            David E. Blabey, Jr.
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Telephone: (212) 715-9100
                            Facsimile: (212) 715-8000

                            *Counsel for the Official Committee of Equity Security Holders*