## **EXHIBIT A**
**(Fee Detail)**

## FEES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | $15,265.50 |
| **FEE APPLICATION – APPLICANT** | $490.00 |
| **TOTAL FEES** | $15,755.50 |



March 12, 2014
Bill Number  174619
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Litigation and Litigation Consulting

**LEGAL SERVICES**

THROUGH FEBRUARY 3, 2014

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/02/14 | RAM | Conference with MTM re: Bryan Cave (formerly Holme Roberts) no longer has paper copies of EPA documents; apparently gave the copies to the EPA years ago. | 0.05 Hrs | No Charge |
| 01/02/14 | MTM | Telephone call from Joan Sherman re: Winthrop Square paper copies (.2); telephone call to in-house counsel re: same (.1). | 0.30 Hrs | 90.00 |
| 01/06/14 | MTM | Telephone call from ARA re: storage box number for a NY case possibly containing deposition transcript requested by third party; discuss microfilm project with her. | 0.20 Hrs | 60.00 |
| 01/06/14 | ARA | Review microfilm number ranges; match with document production sets re: in-house counsel's request (2.5). Per MTM's request, search NY closed cases (2.9); telephone call to MTM re: same (.1). | 5.50 Hrs | 797.50 |
| 01/06/14 | ARA | Document control. | 0.50 Hrs | 47.50 |
| 01/07/14 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 35.00 |

Page 1

# CASNER *&* EDWARDS

Re:    Litigation and Litigation Consulting

THROUGH FEBRUARY 3, 2014

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/07/14 | MTM | Telephone call from ARA re: Winthrop Square production set on microfilm. | 0.10 Hrs | 30.00 |
| 01/07/14 | ARA | Review microfilm number ranges; match with document production sets re: in-house counsel's request (4.6); telephone call with MTM with information re: same (.1). | 4.70 Hrs | 681.50 |
| 01/07/14 | ARA | Document control. | 0.80 Hrs | 76.00 |
| 01/08/14 | MTM | Telephone call from ARA re: balance of boxes on microfilm (.2); telephone call to in-house counsel re: same (.1). | 0.30 Hrs | 90.00 |
| 01/08/14 | ARA | Review microfilm number ranges; match with document production set re: in-house counsel's request (4.8); telephone conference with MTM re: project (.2) | 5.00 Hrs | 725.00 |
| 01/08/14 | ARA | Document control. | 1.30 Hrs | 123.50 |
| 01/09/14 | ARA | Quality control production set documents. | 3.40 Hrs | 493.00 |
| 01/09/14 | ARA | Document control. | 1.50 Hrs | 142.50 |
| 01/10/14 | ARA | Quality control production set documents. | 2.50 Hrs | 362.50 |
| 01/10/14 | ARA | Document control. | 3.50 Hrs | 332.50 |
| 01/14/14 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | 105.00 |
| 01/14/14 | ARA | Quality control production set documents. | 4.50 Hrs | 652.50 |
| 01/14/14 | ARA | Document control. | 1.30 Hrs | 123.50 |
| 01/15/14 | ARA | Document control. | 3.50 Hrs | 332.50 |
| 01/15/14 | ARA | Quality control production set documents. | 3.00 Hrs | 435.00 |
| 01/16/14 | ARA | Quality control production set documents. | 6.30 Hrs | 913.50 |
| 01/17/14 | ARA | Document control. | 1.00 Hrs | 95.00 |
| 01/17/14 | ARA | Quality control production set documents. | 5.10 Hrs | 739.50 |
| 01/21/14 | ARA | Document control. | 2.40 Hrs | 228.00 |
| 01/21/14 | ARA | Quality control production set documents. | 3.40 Hrs | 493.00 |



Re:    Litigation and Litigation Consulting

THROUGH FEBRUARY 3, 2014

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 01/22/14 | RAM | Read updated bankruptcy court docket entries to select documents to read. Read selected documents filed in bankruptcy court. | 0.10 Hrs | 35.00 |
| 01/22/14 | ARA | Document control. | 3.00 Hrs | 435.00 |
| 01/22/14 | ARA | Quality control production set documents. | 3.50 Hrs | 507.50 |
| 01/23/14 | ARA | Document control. | 2.00 Hrs | 190.00 |
| 01/23/14 | ARA | Quality control production set documents. | 4.50 Hrs | 652.50 |
| 01/24/14 | RAM | Telephone conference with MTM re: location of hard copies of EPA documents re: "clean-up" at Libby. | 0.05 Hrs | No Charge |
| 01/24/14 | DMB | Conference with MTM re: databases for PI asbestos trust. | 0.10 Hrs | 30.00 |
| 01/24/14 | MTM | Receipt and review of email and draft cooperation agreement with PI Trust from in-house counsel re: documents relating to Libby litigation (.4); conference with DMB re: same; message for RAM re: same (.2); email response to in-house counsel re: same (.2); telephone call to Joan Sherman at Bryan Cave re: same (.5); telephone counsel to in-house counsel re: same (.2). | 1.50 Hrs | 450.00 |
| 01/24/14 | ARA | Document control. | 0.50 Hrs | 47.50 |
| 01/24/14 | ARA | Quality control production set documents. | 5.70 Hrs | 826.50 |
| 01/27/14 | ARA | Quality control production set documents. | 6.10 Hrs | 884.50 |
| 01/28/14 | ARA | Document control. | 0.50 Hrs | 47.50 |
| 01/29/14 | ARA | Document control. | 2.00 Hrs | 190.00 |
| 01/29/14 | ARA | Quality control production set documents. | 4.40 Hrs | 638.00 |
| 01/30/14 | MTM | Receipt and review of email from Waters & Kraus requesting information on scheduling review of document repository (.1); telephone call to ARA re: same and email to in-house counsel re: same (.1). | 0.20 Hrs | 60.00 |



Re:    Litigation and Litigation Consulting

THROUGH FEBRUARY 3, 2014

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/30/14 | ARA | Document control. | 2.60 Hrs | 247.00 |
| 01/30/14 | ARA | Telephone call from MTM re: future document production (.1). Quality control production set documents (2.9). | 3.00 Hrs | 435.00 |
| 01/31/14 | ARA | Document control. | 0.50 Hrs | 47.50 |
| 01/31/14 | ARA | Quality control production set documents. | 6.40 Hrs | 928.00 |
| 02/03/14 | ARA | Quality control production set documents. | 2.50 Hrs | 362.50 |
| 02/03/14 | ARA | Document control. | 0.50 Hrs | 47.50 |

TOTAL LEGAL SERVICES          $15,265.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 0.50 | 350.00 | 175.00 |
| Donna M. Brewer | 0.10 | 300.00 | 30.00 |
| Matthew T. Murphy | 2.60 | 300.00 | 780.00 |
| Angela R. Anderson | 82.50 | 145.00 | 11,962.50 |
| Angela R. Anderson | 24.40 | 95.00 | 2,318.00 |
| Robert A. Murphy | 0.10 | 350.00 | No Charge |
| | 110.20 | | $15,265.50 |

TOTAL THIS BILL          $15,265.50



March 12, 2014
Bill Number  174620
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH FEBRUARY 3, 2014

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 01/02/14 | RAM | Finalize November fee application; send it to Delaware counsel to file. | 0.20 Hrs | 70.00 |
| 01/07/14 | RAM | Send "as filed" November fee application to fee auditor. | 0.10 Hrs | 35.00 |
| 01/20/14 | RAM | Work on December fee application. | 0.30 Hrs | 105.00 |
| 01/21/14 | RAM | Work on December fee application. | 0.10 Hrs | 35.00 |
| 01/22/14 | RAM | Work on December fee application and send it to in-house counsel to review. | 0.50 Hrs | 175.00 |
| 01/23/14 | RAM | Email from in-house counsel that December fee application may be filed. | 0.05 Hrs | No Charge |
| 02/03/14 | RAM | Finalize December fee application and send it to Delaware counsel to file. | 0.20 Hrs | 70.00 |

TOTAL LEGAL SERVICES          $490.00



Re:    Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 1.40 | 350.00 | 490.00 |
| Robert A. Murphy | 0.05 | 350.00 | No Charge |
| | 1.45 | | $490.00 |

TOTAL THIS BILL            $490.00