**EXHIBIT B**
(Expense Detail)

## **EXPENSES**

| | |
|---|---:|
| **LITIGATION AND LITIGATION CONSULTING** | $24,673.04 |
| **FEE APPLICATION – APPLICANT** | $1.72 |
| **TOTAL EXPENSES** | $24,674.76 |



March 12, 2014
Bill Number 174626
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

LEGAL SERVICES

COSTS

THROUGH FEBRUARY 3, 2014

RENT REIMBURSEMENT

| Date | Description | Amount |
|---|---|---|
| 01/02/14 | DWF IV ONE WINTHROP, LLC: Rent and utilities for document repository at One Winthrop Square-January 2014. | 12,126.28 |
| 02/03/14 | DWF IV ONE WINTHROP, LLC: Rent and utilities for document repository at One Winthrop Square -February 2014. | 12,138.46 |
| | | $24,264.74 |

MISCELLANEOUS

| Date | Description | Amount |
|---|---|---|
| 01/09/14 | RECORDKEEPER ARCHIVE CENTERS,: Storage 1/1/2014 through 1/31/2014. | 408.30 |
| | | $408.30 |

|  | TOTAL COSTS | $24,673.04 |
|---|---|---|
|  | TOTAL THIS BILL | $24,673.04 |



March 12, 2014
Bill Number 174627
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH FEBRUARY 3, 2014

EXCESS POSTAGE
02/03/14         EXCESS POSTAGE                                                1.72
                                                                                          $1.72
                                                      TOTAL COSTS              $1.72


                                                      TOTAL THIS BILL          $1.72