# EXHIBIT A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

March 26, 2014

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number: 641110
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00001/CASE ADMINISTRATION**

| | |
|---|---|
| FEES | $306.50 |
| DISBURSEMENTS | 21.20 |
| MATTER TOTAL | $327.70 |

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---|
| FEES | $18,336.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $18,336.00 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---|
| FEES | $575.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $575.00 |
| CLIENT GRAND TOTAL | $19,238.70 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| Bank: | Citibank, N.A. |
| | 153 East 53rd Street, 23rd Floor New York, N.Y. 10022 |
| ABA No.: | 021000089 |
| Account Name: | Kramer Levin Naftalis & Frankel LLP Account AR |
| Account No.: | 4979206709 |
| Reference: | Invoice No. 641110 |
| Attention: | Joseph Scotto (212) 559-6338 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/02/14 | KAUP, ANASTASIA N | O/C w/ B. Becker re: case status, files, transition of case responsibilities due to departure from firm (.1). | 0.10 | 57.50 |
| 01/17/14 | BLABEY, DAVID E | Call with equity holder re bank lender settlement. | 0.20 | 156.00 |
| 01/27/14 | BECKER, BRYON | Coordinate court call for D. Blabey. | 0.30 | 93.00 |
| **TOTAL HOURS AND FEES** | | | **0.60** | **$306.50** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| DOCUMENT RETRIEVAL FEES | 21.20 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$21.20** |

**TOTAL FOR THIS MATTER**                                               **$327.70**

Case 01-01139-AMC  Doc 31975-2  Filed 04/02/14  Page 4 of 6

Kramer Levin Naftalis & Frankel LLP
Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

March 26, 2014
Invoice No. 641110

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/03/14 | BENTLEY, PHILIP | trade e-mails re plan consummation | 0.10 | 90.00 |
| 01/07/14 | BLABEY, DAVID E | Review motion to approve settlement with Bank Lenders. | 0.30 | 234.00 |
| 01/07/14 | BENTLEY, PHILIP | trade e-mails re final Plan documents | 0.10 | 90.00 |
| 01/08/14 | BLABEY, DAVID E | Review revised effective date documents (1.5); review exit financing motion (.8) and email to client re same (.2). | 2.50 | 1,950.00 |
| 01/08/14 | BENTLEY, PHILIP | trade e-mails re final plan docs | 0.20 | 180.00 |
| 01/09/14 | BENTLEY, PHILIP | trade e-mails re Plan documents | 0.20 | 180.00 |
| 01/09/14 | BLABEY, DAVID E | Meeting at Kirkland to review revised effective date documents and plan for closing (4.5); email to client updating on same (.5). | 5.00 | 3,900.00 |
| 01/13/14 | BENTLEY, PHILIP | review legal developments (0.4), and discs DB re same (0.3) | 0.70 | 630.00 |
| 01/13/14 | BLABEY, DAVID E | Discuss estimation opinion with P. Bentley (.3) and email to client re implications (.4). | 0.70 | 546.00 |
| 01/16/14 | BLABEY, DAVID E | Review revised effective date docs circulated by debtors. | 1.30 | 1,014.00 |
| 01/21/14 | BENTLEY, PHILIP | trade e-mails and t/c DB re final Plan docs | 0.10 | 90.00 |
| 01/21/14 | BLABEY, DAVID E | Exchange emails with P. Bentley re effective date planning meeting. | 0.10 | 78.00 |
| 01/22/14 | BENTLEY, PHILIP | review e-mails re final Plan docs | 0.20 | 180.00 |
| 01/22/14 | BLABEY, DAVID E | Review documents in prep for effective date planning meeting (.8); attend effective date planning meeting with Plan Proponents, Sealed Air, etc (4.2). | 5.00 | 3,900.00 |
| 01/23/14 | BENTLEY, PHILIP | trade e-mails re plan docs and status | 0.20 | 180.00 |
| 01/23/14 | BLABEY, DAVID E | Email to client re effective date planning meeting (.4); review further revised effective date documents (.8); email to client re interest rate issue (.1). | 1.30 | 1,014.00 |
| 01/26/14 | BLABEY, DAVID E | Review further revised round of effective date documents. | 1.00 | 780.00 |
| 01/27/14 | BENTLEY, PHILIP | trade multiple e-mails re Plan closing docs | 0.50 | 450.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/27/14 | BLABEY, DAVID E | Exchange emails with P. Bentley re effective date issues (.1); review revised effective date documents (.3); exchange emails with client and P. Bentley re closing (.2). | 0.60 | 468.00 |
| 01/28/14 | BENTLEY, PHILIP | trade e-mails re final Plan docs | 0.30 | 270.00 |
| 01/28/14 | BLABEY, DAVID E | Review revised circulation of effective date documents. | 0.30 | 234.00 |
| 01/29/14 | BENTLEY, PHILIP | brief telephonic bankruptcy court hearing (0.1), and trade e-mails (0.3) re Plan status | 0.40 | 360.00 |
| 01/29/14 | BLABEY, DAVID E | Attend telephonic hearing (.1); email to client re same (.1); review further revised publicly filed redlines of plan docs (.9). | 1.10 | 858.00 |
| 01/30/14 | BENTLEY, PHILIP | trade e-mails re plan docs | 0.10 | 90.00 |
| 01/31/14 | BLABEY, DAVID E | Review funds flow memo and notice and waiver of effective date conditions. | 0.50 | 390.00 |
| 01/31/14 | BENTLEY, PHILIP | trade e-mails re plan closing | 0.20 | 180.00 |
| **TOTAL HOURS AND FEES** | | | **23.00** | **$18,336.00** |

**TOTAL FOR THIS MATTER**                                        **$18,336.00**

Kramer Levin Naftalis & Frankel LLP
Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00008

March 26, 2014
Invoice No. 641110

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/08/14 | BECKER, BRYON | Emails and calls w/ D. Blabey re Fee Examiner report (.1); search docket re same (.2); discussions w/ accounting re same (.1). | 0.40 | 124.00 |
| 01/11/14 | BLABEY, DAVID E | Review and edit bill for fee app. | 0.10 | 78.00 |
| 01/13/14 | BLABEY, DAVID E | Draft response to fee auditor inquiry. | 0.20 | 156.00 |
| 01/24/14 | BECKER, BRYON | Draft December monthly fee statement and email to D. Blabey re same. | 0.70 | 217.00 |

**TOTAL HOURS AND FEES**     **1.40**     **$575.00**

**TOTAL FOR THIS MATTER**     **$575.00**