# EXHIBIT B

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/01/2014 11:51:54

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:    5688498
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                                  PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:                           TO:
          UNBILLED DISB FROM:   01/08/2014              TO:   01/28/2014

                                       FEES                        COSTS
                                       ----                        -----
   GROSS BILLABLE AMOUNT:                0.00                      21.20
   AMOUNT WRITTEN DOWN:
              PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
            THRU DATE:                                          01/28/2014
CLOSE MATTER/FINAL BILLING?    YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



                              ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH
                              --------------------------                             --------------
                 FEES:              0.00
        DISBURSEMENTS:             21.20          UNIDENTIFIED RECEIPTS:      0.00
         FEE RETAINER:              0.00             PAID FEE RETAINER:      0.00
        DISB RETAINER:              0.00            PAID DISB RETAINER:      0.00
    TOTAL OUTSTANDING:             21.20         TOTAL AVAILABLE FUNDS:      0.00
                                                          TRUST BALANCE:
                                                        BILLING HISTORY
                                                        ---------------
   DATE OF LAST BILL:   01/24/14              LAST PAYMENT DATE:    03/25/14
   LAST BILL NUMBER:     638683   ACTUAL FEES BILLED TO DATE:    376,770.00
                                ON ACCOUNT FEES BILLED TO DATE:        0.00
                                     TOTAL FEES BILLED TO DATE:   376,770.00
   LAST BILL THRU DATE:  12/31/13          FEES WRITTEN OFF TO DATE:    86,271.00
                                          COSTS WRITTEN OFF TO DATE:    24,819.09

                                     Write Down/Up Reason Codes:
FOR ACCTG USE ONLY:
             (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
             (2) Late Time & Costs Posted    (5) Business Development      (8) Premium
             (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/01/2014 11:51:55

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:    5688498
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status        : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ------- Total Unbilled --------
Code Description                            Oldest       Latest          Total
                                            Entry        Entry           Amount
---- -----------                            --------     --------        ---------
0972 DOCUMENT RETRIEVAL FEES                01/08/14     01/28/14            21.20

          Total                                                              21.20


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                        Employee         Date         Amount      Index#    Batch No   Batch Date
-----------------                                       --------         ----         ------      ------    --------   ----------
DOCUMENT RETRIEVAL FEES 0972
  DOCUMENT RETRIEVAL F                                  BECKER, B B      01/08/14      16.70      10113440  1531026    03/13/14
  PACER RETRIEVAL FEES
  Becker, Bryon
  DOCUMENT RETRIEVAL F                                  BECKER, B B      01/16/14       0.10      10113441  1531026    03/13/14
  PACER RETRIEVAL FEES
  Becker, Bryon
  DOCUMENT RETRIEVAL F                                  BLABEY, D E      01/17/14       0.40      10113442  1531026    03/13/14
  PACER RETRIEVAL FEES
  Blabey, Jr., David
  DOCUMENT RETRIEVAL F                                  BLABEY, D E      01/21/14       3.20      10113443  1531026    03/13/14
  PACER RETRIEVAL FEES
  Blabey, Jr., David
  DOCUMENT RETRIEVAL F                                  BLABEY, D E      01/27/14       0.40      10113444  1531026    03/13/14
  PACER RETRIEVAL FEES
  Blabey, Jr., David
  DOCUMENT RETRIEVAL F                                  BLABEY, D E      01/28/14       0.40      10113445  1531026    03/13/14
  PACER RETRIEVAL FEES
  Blabey, Jr., David

                                     0972 DOCUMENT RETRIEVAL F Total :              21.20


                   Costs Total :                                                    21.20
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 04/01/2014 11:51:55

Matter No: 056772-00001                                   Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:   5688498
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount         Bill             W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
-----------------------    -----------    -----------    -----------    -----------    -----------    -----------

0972 DOCUMENT RETRIEVAL FEES      21.20

          Costs Total :           21.20
```