IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al., | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## REQUEST FOR REMOVAL FROM CM/ECF MAILING LIST

**PLEASE TAKE NOTICE** that James A. Tiemstra, attorney for creditors H. Anthony Jew and Violet W. Jew, hereby requests to be removed from receiving CM/ECF electronic notices in the above-captioned matter at the following e-mail addresses: jat@tiemlaw.com and sml@temlaw.com.

Dated: April 2, 2014

_____
James A. Tiemstra (CA Bar No. 96203)
Tiemstra Law Group, PC
1111 Broadway, Suite 1501
Oakland, CA 94607-4036
Telephone: (510) 987-8000
Facsimile: (510) 987-7219
E-mail: jat@tiemlaw.com

Attorneys for Creditors H. ANTHONY JEW
AND VIOLET W. JEW