IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |

**NOTICE OF ENTRY OF APPEARANCE AND
REQUEST FOR NOTICE UNDER NEW SERVICE LIST**

PLEASE TAKE NOTICE that Plum Creek Timberlands, L.P. ("Plum Creek") is an interested party in the above-referenced cases and, by and through its undersigned attorneys, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code, Bankruptcy Rule 9010(b), and the Reorganized Debtors' *Notice of the Elimination of the Current Service List and the Creation of a New Service List* [Dkt. #31970] (the *"Notice"*); and such attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, Sections 342 and 1109(b) of the Bankruptcy Code, and the *Notice*, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address, facsimile and telephone numbers, and e-mail address:

John R. Knapp, Jr.
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, Washington 98101-2352
Telephone:  (206) 622-8484
Facsimile:  (206) 622-7485
Email:  john.knapp@millernash.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application,

SEADOCS:464209.1

- 2 -

complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, e-mail, or otherwise filed or made with regard to the referenced cases and proceedings therein.

Neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Plum Creek's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Plum Creek is or may be entitled under agreements, at law, or in equity, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  April 1, 2014.
Seattle, Washington

By: */s/ John R. Knapp, Jr.*
John R. Knapp, Jr., P.C., Bar No. 3681
MILLER NASH LLP
4400 Two Union Square
601 Union Street
Seattle, Washington  98101
Telephone:  (206) 622-8484
Facsimile:   (206) 622-7485

Attorneys for Creditor
Plum Creek Timberlands, L.P.