## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al.[1], | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Re: D.I. 31854** |

## <u>CERTIFICATE OF NO OBJECTION</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the its *Application of Barnwell Whaley Patterson & Helms, L.L.C. as Counsel to the ZAI (Class 7B) Trustee Edward B. Cottingham, Jr., for Compensation for Services and Reimbursement of Expenses Relating to Plan Implementation for the Period of December 1, 2013 through February 3, 2014* (Docket No. 31854) (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Aniicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace  Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Pursuant to the Application, objections to the Application were to be filed and served no later than March 26, 2014, at 4:00 p.m.

Pursuant to the Amended Administrative Order establishing procedures for interim compensation of expenses of professionals entered by the Court on April 17, 2002 (Docket No. 1949), the Debtors are authorized to pay the applicant $7,900.00, which represents eighty percent (80%) of the total fees ($9,875.00), and $280.50, which represents one hundred percent (100%) of the expenses requested in the Application.

Date:    April 2, 2014
         Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Seth S. Brostoff (No. 5312)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

*Counsel to Barnwell Whaley Patterson & Helms, L.L.C.*

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on the, hereby certify that, on April 2, 2014, I caused one copy of the foregoing document to be served upon the parties listed below via First Class U.S. Mail.

Adam Paul, Esq.
Lisa Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL, 60654

James E. O'Neill, Esq.
Pachuiski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Michael Magzamen, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Scott L. Baena, Esq.
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickeli Ave., 23rd Floor
Miami, FL 33131-3456

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022

Maria Eskin, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE 19801

Richard H. Wyron, Esq.
Frankei Wyron LLP
2101 L Street, NW
Washington, DC 20037

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Main Street, Suite 1910, LC 201
Dallas, TX 75202

Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Tancred Schiavoni, Esq.
O'Melveny & Myers LLP
Seven Times Square
New York, NY 10024

Richard L. Schepecarter
Office of the U.S. Trustee
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

_April 2, 2014_
Date

_/s/ William D. Sullivan_
William D. Sullivan