# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co., et al
**CASE NO.** 01-1139-KJC

**COURTROOM LOCATION:** 5
**DATE:** April 2, 2014

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James E O'Neill | PSZJ | WR Grace |
| Kelly Conlan | Connolly Gallagher | Maryland Cas. Company |
| Matthew Ward | Womble Carlyle | Montana & Canada |
| David Fournier | Pepper Hamilton LLP | Lukins & Annis |
| William Sullivan | Sullivan Hazeltine Allinson | ZAI Class Counsel |
| Edward Westbrook | Richardson Patrick Westbrook + Brickman | " |
| Elizabeth Cabraser | Lieff Cabraser | " |
| Darrell Scott | Scott Law Group | " |

# Court Conference

U.S. Bankruptcy Court-Delaware (DE - US)
Confirmed Telephonic Appearance Schedule
Honorable Kevin J. Carey
#5

Calendar Date: 04/02/2014
Calendar Time: 11:00 AM ET

2nd Revision 04/02/2014 05:02 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6180798 | Scott Baena | (305) 374-7580 | Bilzin Sumberg Baena Price Axelrod, L | Representing, PD Committee / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6182759 | David E. Blabey, Jr. | (212) 715-9100 | Kramer Levin Naftalis & Frankel LLP | Third Party, Official Committe of Equity Security Holders / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6182752 | Dawes Cooke | (843) 577-7700 | Law Offices of Dawes Cooke | Interested Party, ZAI Trust / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6182757 | Edward Cottingham | (843) 388-4321 | Cottingham Law firm | Interested Party, ZAI Trust / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6181394 | John Donley | (312) 862-2068 | Kirkland & Ellis, LLP | Debtor, W. R. Grace & Co. / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6180818 | Debra Felder | (202) 339-8567 | Orrick, Herrington & Sutcliffe LLP | Other Prof., Future Claimants Representative / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6182722 | Richard Finke | 410-531-4355 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6181489 | Jeffrey Gettleman | (312) 861-3289 | Kirkland & Ellis LLP | Debtor, W. R. Grace / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6181414 | Roger Higgins | (312) 836-4047 | The Law Offices of Roger Higgins LLC | Debtor, W.R Grace & Co., et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6181849 | Michael R. Lastowski | 302-657-4900 | Duane Morris LLP | Interested Party, Official Committee of Unsecured Creditors / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6181286 | Jed Morris | (509) 455-9555 | Lukins & Annis | Representing, Lukins & Annis / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6181406 | Adam Paul | (312) 862-3120 | Kirkland & Ellis LLP | Debtor, W.R Grace & Co., et al / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6180940 | Alan B. Rich | 214-744-5100 | Law Office of Alan B. Rich | Interested Party, Property Damage FCR / LIVE |
| | | W.R. Grace & Co., et al. | 01-01139 | Hearing | 6182747 | Daniel Speights | 803-943-4444 | Speights & Runyan | Creditor, Anderson Memorial Hospital / LISTEN ONLY |

| W.R. Grace & Co., et al. | 01-01139 | Hearing | 6181771 | Richard Wyron | 202-357-8127 | Friedlich Myers LLP | Other Prof., Future Claimants Representative / LIVE |