## EXHIBIT A

**Case Administration (3.50 Hours; $ 2,201.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.30 | $975 | 1,267.50 |
| Trevor W. Swett | .30 | $770 | 231.00 |
| Rita C. Tobin | .80 | $555 | 444.00 |
| Sara Joy Del Savio | 1.10 | $235 | 258.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/03/14 | PVL | 975.00 | 0.10 | Rv 4 misc. filings |
| 01/06/14 | SJD | 235.00 | 1.10 | Perform docket research and e-mail relevant filings. |
| 01/10/14 | RCT | 555.00 | 0.20 | Review documents re status. |
| 01/17/14 | RCT | 555.00 | 0.20 | Review documents re status. |
| 01/24/14 | RCT | 555.00 | 0.20 | Review documents re status. |
| 01/24/14 | TWS | 770.00 | 0.30 | E-mail from L. LeClair and follow up with PVL. |
| 01/28/14 | PVL | 975.00 | 0.60 | Teleconf. Brickley |
| 01/30/14 | PVL | 975.00 | 0.60 | Teleconf. Hopkins |
| 01/31/14 | RCT | 555.00 | 0.20 | Review documents re status. |

**Total Task Code .04     3.50**

**Fee Applications, Applicant (6.00 Hours; $ 2,146.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.30 | $555 | 1,276.50 |
| Eugenia Benetos | 3.70 | $235 | 869.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/14 | EB | 235.00 | 0.20 | Draft and send email response to local counsel re CNO (.1); and perform review of legal docket (.1). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/06/14 | RCT | 555.00 | 0.70 | Address fee and expense matters. |
| 01/09/14 | RCT | 555.00 | 0.60 | Review pre-bills. |
| 01/10/14 | RCT | 555.00 | 0.60 | Review pre-bills. |
| 01/23/14 | RCT | 555.00 | 0.20 | Review e-mails regarding CNO(.2). |
| 01/23/14 | EB | 235.00 | 0.50 | Draft and send email to local counsel re CNOs (.2); send email to PVNL re final fee application inquiry and T/C with RCT (.3). |
| 01/27/14 | EB | 235.00 | 1.50 | Work on fee application (1.3); update J-drive (.2). |
| 01/27/14 | EB | 235.00 | 0.50 | Perform review of fee application schedule (.2); check with Accounting re payments (.3). |
| 01/28/14 | EB | 235.00 | 0.10 | Draft and send email re wire payment. |
| 01/30/14 | RCT | 555.00 | 0.20 | Address question regarding fee application format and years of experience (.1); confer with EB regarding final fee application (.1). |
| 01/30/14 | EB | 235.00 | 0.70 | Perform review of fee application schedule and create check breakdown (.4); give breakdown to EI and send to accounting and update check binder (.3). |
| 01/31/14 | EB | 235.00 | 0.20 | Perform review of fee application schedule and make updates. |

**Total Task Code .12**     **6.00**

**Plan & Disclosure Statement (87.60 Hours; $ 78,600.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.60 | $1,100 | 3,960.00 |
| Peter Van N. Lockwood | 60.10 | $975 | 58,597.50 |
| Ann C. McMillan | 23.50 | $675 | 15,862.50 |
| Andrew J. Sackett | .40 | $580 | 180.00 |

{D0286885.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/14 | EI | 1,100.00 | 0.10 | Prepare memorandum to R. Horkovich regarding Royal. |
| 01/02/14 | ACM | 675.00 | 1.90 | Teleconference M. Hurford re Committee minutes (.2); exchange e-mails with M. Hurford re same (.1); review Committee minutes (.8); review TDP and Trust Agreement (.8). |
| 01/03/14 | PVL | 975.00 | 0.30 | Rv Eskin emails & reply (.2); rv revised TA re same (.1) |
| 01/03/14 | EI | 1,100.00 | 0.20 | Telephone conference with ACM regarding payment percentage status. |
| 01/03/14 | ACM | 675.00 | 1.40 | Research re history of payment percentage discussions (.9); exchange e-mails with M. Eskin and PVNL re call to discuss documents (.1); teleconference P. Milch re payment percentage and Trust formation issues (.3); teleconference EI re payment percentage (.1). |
| 01/06/14 | PVL | 975.00 | 1.20 | Rv emails & reply re mtg. (.1); rv Wyron email & Shelnitz ltr and reply (.2); teleconf. EI re TA (.2); cn ACM re revised eff. date docs (.5); research re coop agmt. (.2) |
| 01/06/14 | EI | 1,100.00 | 0.60 | Telephone conference with R. Frankel regarding payment percentage status (.1); telephone conference with ACM regarding same (.1); telephone conference with R. Frankel regarding DCPF issues (.1); telephone conference with PVNL regarding closing and Trust issues (.3). |
| 01/06/14 | ACM | 675.00 | 4.20 | Teleconference EI re payment percentage discussions with FCR (.2); exchange e-mails with PVNL, M. Eskin re call scheduling (.1); exchange e-mails with P. Milch re call (.1); teleconference PVNL re Cooperation Agreement and Trust Agreement (.5); review same and Cooperation Agreement history (1.8); review DCPF proposal and exchange e-mails with Committee re same (1.5). |
| 01/06/14 | AJS | 450.00 | 0.20 | Review of emails from ACM and committee members re trust setup. |

{D0286885.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/07/14 | PVL | 975.00 | 0.60 | Rv materials re coop. agmt. and email ACM re same (.2); cn ACM re same (.1); rv emails & reply re exit fin. (.1); rv revised intercreditor agmt (.2) |
| 01/07/14 | ACM | 675.00 | 3.00 | Teleconference P. Milch re closing issues (.2); conference PVNL re Trust Agreement and Cooperation Agreement (.5); exchange e-mails with Committee re DCPF proposal (.3); send e-mail to P. Milch re same (.1); send e-mail to M. Peterson re payment percentage (.2); review Cooperation Agreement history and exchange e-mails with PVNL re same (1.7). |
| 01/08/14 | PVL | 975.00 | 5.00 | Prepare for 1/9 mtg. (1.2); tcn Eskin, Milch, Davis & ACM re eff. date docs. (1.3); rv exit fin. motion (.9); rv Orrick revs. to revised TA and email comments (.2); tcn Frankel, Wyron & Felder re eff. date docs (.5); rv revised coop agmt. (.2); teleconf. Herkovich re eff. date docs. (.3); rv emails re mtg. and reply (.2); rv Herkovich emails & reply (.2) |
| 01/08/14 | ACM | 675.00 | 2.20 | Teleconference PVNL, M. Eskin and K. Davis re Trust Agreement and Cooperation Agreement (1.3); review same (.9). |
| 01/09/14 | PVL | 975.00 | 5.10 | Cn Finke, Paul et al re eff. date docs (4.7); cn Finke, Paul, Frankel, Wyron et al re interest rate issue (.4) |
| 01/10/14 | PVL | 975.00 | 1.60 | Rv revised draft eff. date docs (.5); rv 4 complaints vs. Fresenius and email Coco re same (.9); rv emails and reply re eff. date (.2) |
| 01/13/14 | PVL | 975.00 | 0.30 | Rv revised eff. date docs. |
| 01/13/14 | ACM | 675.00 | 0.80 | Review and revise Cooperation Agreement (.7); exchange e-mails with M. Eskin re same (.1). |
| 01/16/14 | PVL | 975.00 | 0.60 | Cn ACM re TA issue (.4); rv Sinclair memo and draft trust bylaws (.2) |
| 01/16/14 | ACM | 675.00 | 0.60 | Conference PVNL re Trust Agreement (.4); teleconference M. Eskin re Bylaws and Cooperation Agreement (.2). |
| 01/17/14 | PVL | 975.00 | 3.90 | Rv draft eff. date docs and emails re same & reply (2.2); teleconf. Rice (.3); email Sinclair (.1); teleconf. Sinclair re interest issue (1.3) |

{D0286885.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/17/14 | ACM | 675.00 | 1.80 | Exchange e-mails with PVNL and Committee members re Grace exit financing motion (.7); review J. Sinclair memo re same (.3); review Bylaws and send e-mail to M. Eskin re same (.8). |
| 01/18/14 | EI | 1,100.00 | 0.20 | Memorandums regarding interest rate issue. |
| 01/19/14 | PVL | 975.00 | 0.10 | Rv Esayian email re dismissals & reply |
| 01/20/14 | PVL | 975.00 | 2.90 | Rv revised eff. date docs and email re same (1.2); rv Lender order (.1); rv Fresenius-related docs and Esayian email re same & reply (1.6) |
| 01/20/14 | EI | 1,100.00 | 0.20 | Memorandums regarding fresenius settlements. |
| 01/20/14 | ACM | 675.00 | 0.50 | Exchange e-mails with M. Eskin re draft Bylaws (.2); review same (.3). |
| 01/21/14 | PVL | 975.00 | 4.40 | Tcn Paul & Esayian (.8); Prepare for 1/22 mtg. re eff. date (1.6); teleconf. Turetsky (.6); teleconf. Sinclair (1.0); teleconf. Donley, Paul & Esayian (.4) |
| 01/21/14 | ACM | 675.00 | 0.20 | Teleconference M. Eskin re Bylaws (.1); exchange e-mailswith PVNL re exit financing motion (.1). |
| 01/22/14 | PVL | 975.00 | 5.30 | Prepare for meeting re eff. date docs including review emails and confs. with Frankel, Wyron & Felder (1.2); conf. Paul, Gettleman, Jones, Esayian, Turetsky, Rosenbloom, Coco, Eskin, Davis, Horkovich, Melville, Frankel, Wyron, Felder, Rich et al (4.1) |
| 01/22/14 | ACM | 675.00 | 0.30 | Exchange e-mails with D. Cohn re TDP and Trust Agreement. |
| 01/23/14 | PVL | 975.00 | 2.90 | Rv eff. date docs and emails re same (1.3); teleconf. Sinclair re interest (1.6) |
| 01/23/14 | ACM | 675.00 | 0.80 | Review revised Trust Agreement (.3); teleconference M. Eskin re Bylaws and Cooperation Agreement (.1); exchange e-mails with D. Cohn re Trust Agreement (.1); review Cooperation Agreement and send e-mail to M. Eskin re same (.3). |
| 01/24/14 | PVL | 975.00 | 4.00 | Rv revised draft eff. date docs and emails re same and email comments to same (2.4); teleconfs. Sinclair re interest issue (1.6) |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/24/14 | ACM | 675.00 | 0.30 | Send e-mail to TAC designees re Bylaws (.2); exchange e-mails with M. Eskin re same (.1). |
| 01/26/14 | PVL | 975.00 | 0.20 | Rv revised funds flow memo |
| 01/26/14 | ACM | 675.00 | 0.10 | Exchange e-mails with J. Rice re TAC composition. |
| 01/27/14 | PVL | 975.00 | 2.30 | Rv revised draft eff. date docs & emails re same (1.4); teleconf. Sinclair and email Rice et al re interest issue (.9) |
| 01/27/14 | ACM | 675.00 | 0.60 | Teleconference K. Davis, AJS re Medicare reporting (.1); exchange e-mnails with R. Paul re case status (.1); review revised Trust Agreement (.3); exchange e-mails with PVNL re same (.1). |
| 01/28/14 | PVL | 975.00 | 4.00 | Tcn Rice, Frankel, Wyron, Radecki, Sinclair et al (1.1); rv revised eff. date docs and emails re same (1.2); rv emails re interest issue & reply (.3); teleconf. Barakat (.2); teleconf. Furth (1.2) |
| 01/28/14 | ACM | 675.00 | 1.30 | Teleconference M. Eskin re DCPF (.2); review Cooperation Agreement and send e-mail to M. Eskin re same (.3); exchange e-mails with M. Eskin, PVNL, R. Wyron, M. Jones and TAC re execution of Trust Agreement (.7); send e-mail to M. Eskin re Bylaws (.1). |
| 01/29/14 | PVL | 975.00 | 3.90 | Tcn Donley, Paul, Esayian, & Barakat (.5); teleconf. Donley (.2); tcn J. Carey et al (.1); rv emails & reply re eff. date (.2); draft email to Furth (1.5); teleconf. EI (1.1): rv revised eff. date docs and emails re same (.3) |
| 01/29/14 | EI | 1,100.00 | 1.00 | Telephone conference with PVNL regarding Fresenius issue (.7); telephone conference with R. Horkovich regarding insurance issues (.2); telephone conference with J. Sinclair regarding values (.1). |
| 01/29/14 | ACM | 675.00 | 1.00 | Exchange e-mails with A. Harper re status (.1); review proposed securities filings and e-mail from J. Melville re same (.8); exchange e-mails with J. Melville re same (.1). |
| 01/29/14 | AJS | 450.00 | 0.10 | Phone call w/ pro se claimant re trust status. |
| 01/30/14 | PVL | 975.00 | 4.10 | Teleconfs. Donley (.7); rv emails re eff. date issues & reply (.6); emails Furth (.2); teleconf. EI (.2); teleconf. Rice (.1); teleconf. Horkovich (.2); rv funds |

{D0286885.1 }

| | | | | |
|---|---|---|---|---|
| | | | | flow memo (.3); rv revised eff. date docs (.5); teleconf. Wyron (.3); tcns Furth & Donley (.5); rv revised Abner stip. and email Donley (.2); execute eff. date docs (.3) |
| 01/30/14 | EI | 1,100.00 | 1.30 | Confer with R. Frankel regarding payment percentage (1.0); telephone conferences with ACM regarding same (.2); discuss Trust and DCPF issues with ACM (.1). |
| 01/30/14 | ACM | 675.00 | 1.60 | Teleconference EI re payment percentage (.1); teleconference P. Milch re same (.1); review securities filings and draft memo to TAC re same (1.0); exchange e-mails with PVNL and M. Jones re Trust Agreement signature pages (.2); exchange e-mails with TAC re SEC filings (.2). |
| 01/30/14 | AJS | 450.00 | 0.10 | Phone call w/ EI and ACM re trust status. |
| 01/31/14 | PVL | 975.00 | 2.50 | Rv eff. date docs and emails re same & reply (1.7); teleconf. Donley (.3); teleconf. Wyron (.3); prepare for closing mtg. (.2) |
| 01/31/14 | ACM | 675.00 | 0.70 | Exchange e-mails with TAC and M. Jones re Trust Agreement signature pages (.3); exchange e-mails with TAC and J. Melville re securities filings (.4). |
| 02/02/14 | PVL | 975.00 | 0.30 | Rv emails & reply re eff. date docs |
| 02/02/14 | ACM | 675.00 | 0.20 | Exchange e-mails with M. Jones re signature pages. |
| 02/03/14 | PVL | 975.00 | 4.60 | Consummate POR at K&E NYC |

**Total Task Code    .17        87.60**

**Travel Non - Working (31.50 Hours; $ 15,356.25)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 31.50 | $487.50 | 15,356.25 |

{D0286885.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/08/14 | PVL | 487.50 | 3.90 | To NYC for meeting |
| 01/09/14 | PVL | 487.50 | 5.00 | Travel to K&E (.2); to D.C. (4.8) |
| 01/22/14 | PVL | 487.50 | 12.40 | Travel to NYC and return. |
| 02/03/14 | PVL | 487.50 | 10.20 | Travel to & from NYC |

**Total Task Code   .21**         **31.50**

{D0286885.1 }

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 11.40 |
| Meals Related to Travel | 31.25 |
| Pacer - Database Charges | 23.10 |
| Postage & Air Freight | 33.54 |
| Travel Expenses - Ground Transportation | 76.75 |
| Travel Expenses - Hotel Charges | 407.97 |
| **Total:** | **$584.01** |