**EXHIBIT B**

**Case Administration (3.50 Hours; $ 2,201.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**   3.50


**Fee Applications, Applicant (6.00 Hours; $ 2,146.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee application.

**Total Task Code .12**   6.00


**Plan & Disclosure Statement (87.60 Hours; $ 78,600.00)**

   Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17**   87.60

**Travel-Non - Working (31.50 Hours; $ 15,356.25)**


   Services rendered in this category include non-working time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**   31.50