## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 11.40 |
| Meals Related to Travel | 31.25 |
| Pacer - Database Charges | 23.10 |
| Postage & Air Freight | 33.54 |
| Travel Expenses - Ground Transportation | 76.75 |
| Travel Expenses - Hotel Charges | 407.97 |
| **Total:** | **$584.01** |

{D0286887.1 }