```
Client Number:    4642           Grace Asbestos Personal Injury Claimants                                              Page: 1
Matter      000                  Disbursements                                                                         2/21/2014

                                                                                                     Print Date/Time: 02/21/2014 1:59:20PM
Attn:
                                                                                                     Invoice #

                                          PREBILL / CONTROL REPORT


                                                          Trans Date Range:  1/1/1950  to: 1/31/2014

Matter      000
Disbursements

Bill Cycle:       Monthly        Style:         i1        Start:    4/16/2001   Last Billed :   1/23/2014         13,655
                                 $4,806.34
Client Retainers Available                Committed to Invoices:        $0.00       Remaining:        $4,806.34


                                                  $3,950,046.41
                           Total Expenses Billed To Date          Billing Empl:         0120    Elihu   Inselbuch
                                                                  Responsible Empl:     0120    Elihu   Inselbuch
                                                                  Alternate Empl:       0120    Elihu   Inselbuch
                                                                  Originating Empl:     0120    Elihu   Inselbuch
```

Summary by Employee

|  |  |  | ---------- ACTUAL ---------- |  | ---------- BILLING --------- |  |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 530.27 | 0.00 | 530.27 |
| 0191 | ACM | Ann C McMillan | 0.00 | 19.24 | 0.00 | 19.24 |
| 0380 | EB | Eugenia Benetos | 0.00 | 23.10 | 0.00 | 23.10 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 11.40 | 0.00 | 11.40 |
| Total Fees | | | 0.00 | 584.01 | 0.00 | 584.01 |

Detail Time / Expense by Date

|  |  |  |  |  |  | ---------- ACTUAL ---------- |  |  | ---------- BILLING --------- |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 3072935 | Federal Express -Delivery to M.Hurford, 12/24/13 | E | 01/09/2014 | 0999 | C&D |  | 0.00 | $11.40 |  | 0.00 | $11.40 | 11.40 |
| 3073789 | Peter Van N. Lockwood -Snack while on Travel to/from NY, 1/8/14 - 1/14/14 | E | 01/14/2014 | 0020 | PVL |  | 0.00 | $10.00 |  | 0.00 | $10.00 | 21.40 |
| 3073790 | Peter Van N. Lockwood -Hotel Elysee 1-Night Lodging while on Travel to/from NY, 1/8/14 - 1/14/14 | E | 01/14/2014 | 0020 | PVL |  | 0.00 | $407.97 |  | 0.00 | $407.97 | 429.37 |
| 3073791 | Peter Van N. Lockwood -Cab Fares, Parking, & Local Transit while on Travel to/from NY, 1/8/14 - 1/14/14 | E | 01/14/2014 | 0020 | PVL |  | 0.00 | $54.75 |  | 0.00 | $54.75 | 484.12 |
| 3076678 | Postage | E | 01/27/2014 | 0020 | PVL |  | 0.00 | $14.30 |  | 0.00 | $14.30 | 498.42 |

{D0286888.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | 2/21/2014 |

Print Date/Time: 02/21/2014 1:59:20PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3077308 | Petty Cash -Meal while on travel to/from NY, 1/22/14  (PVNL) | E | 01/30/2014 | 0020 | PVL | 0.00 | $21.25 | 0.00 | $21.25 | 519.67 |
| 3077309 | Petty Cash -Parking at DC Union Station while on travel to/from NY, 1/22/14  (PVNL) | E | 01/30/2014 | 0020 | PVL | 0.00 | $22.00 | 0.00 | $22.00 | 541.67 |
| 3077444 | Pacer Service Center -Database Research Charges, 10/1/13 - 12/31/13  (EB) | E | 01/30/2014 | 0380 | EB | 0.00 | $23.10 | 0.00 | $23.10 | 564.77 |
| 3079028 | Postage | E | 01/31/2014 | 0191 | ACM | 0.00 | $19.24 | 0.00 | $19.24 | 584.01 |
| **Total Expenses** | | | | | | 0.00 | $584.01 | 0.00 | $584.01 | |
| | Matter Total Fees | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | 584.01 | | 584.01 | |
| | | | | | | | | | 584.01 | |
| | Matter Total | | | | | 0.00 | 584.01 | 0.00 | | |
| | Prebill Total Fees | | | | | | | | | |
| | Prebill Total Expenses | | | | | | $584.01 | | $584.01 | |
| | | | | | | | | | $584.01 | |
| | | | | | | | $584.01 | 0.00 | | |
| | Prebill Total | | | | | 0.00 | | | | |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 95,666 | 08/14/2013 | 12,959.00 | 2,591.80 |
| 96,232 | 09/11/2013 | 5,717.00 | 1,143.40 |
| 97,318 | 10/23/2013 | 23,709.00 | 4,741.80 |
| 97,356 | 11/22/2013 | 12,241.50 | 2,448.30 |
| 98,324 | 12/23/2013 | 21,804.00 | 4,360.80 |
| 98,592 | 01/23/2014 | 35,736.20 | 35,736.20 |
| | | 241,340.70 | 65,879.13 |

{D0286888.1 }