IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )      Chapter 11
                                            )
W.R. GRACE & CO., et al.,                   )      Case No. 01-1139 (KJC)
                                            )
         Reorganized Debtors.               )      Objection Deadline: April 3, 2014 at 4:00 p.m.
_____)            Ref. No. 31860


**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 31860
(NO ORDER REQUIRED)**

  The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Ninth Monthly Interim Application for Compensation for Services Rendered and Reimbursement of Expenses (the "Application") of Orrick, Herrington & Sutcliffe LLP ("Orrick"), Bankruptcy Counsel to Roger Frankel, the Court-appointed legal representative for future asbestos representative ("FCR") for the period from January 1, 2014 through February 3, 2014 (the "Period"), filed with the Court on March 14, 2014, and entered on the Court's docket as Docket No. 31860.  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections to the Application were to be filed no later than April 3, 2014.

  Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members entered April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of

Professionals entered May 3, 2001, the Reorganized Debtors are authorized to pay Orrick fees in the amount of $157,091.40 (80% of $196,364.25) and expenses of $9,728.20, for a total amount of $166,819.60 as requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /S/ DEBRA L. FELDER
　　Debra L. Felder, admitted *pro hac vice*
　　Columbia Center
　　1152 15th Street, N.W.
　　Washington, DC  20005-1706
　　(202) 339-8400
　　(202) 339-8500 (fax)

—and—

　　FRANKEL WYRON LLP
　　Richard H. Wyron, admitted *pro hac vice*
　　2101 L Street, N.W., Suite 800
　　Washington, DC  20037
　　(202) 903-0700
　　(202) 627-3002 (fax)

—and—

　　PHILLIPS, GOLDMAN & SPENCE, P.A.
　　John C. Phillips, Jr. (#110)
　　1200 North Broom Street
　　Wilmington, DE 19806
　　(302) 655-4200
　　(302) 655-4210 (fax)

*Counsel to Roger Frankel, Asbestos Personal Injury Future Claimants' Representative*

Dated: April 7, 2014