IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

TO:   Clerk of the Court
      United States Bankruptcy Court
      District of Delaware
      824 Market Street
      Wilmington, DE 19801

Please enter the appearance of Rachel B. Mersky, Esquire of the firm of Monzack Mersky McLaughlin and Browder, P.A, and Greg A. Lowry, Esquire of the firm of Locke Lord Bissell & Liddell, LLP as counsel for Samson Hydrocarbons ("Samson"). Samson is a party in interest and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby request that all notices given or required to be given in these cases be given to and served upon:

| | |
|---|---|
| Rachel B. Mersky, Esquire<br>MONZACK MERSKY McLAUGHLIN and<br>  BROWDER, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE  19801<br>Telephone:   (302) 656-8162<br>Facsimile:    (302) 656-2769<br>Email:          rmersky@monlaw.com | Greg A. Lowry, Esquire<br>LOCKE LORD, LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201<br>Telephone:   (214) 740- 8707<br>Facsimile:    (214) 740- 8800<br>Email:          galowr@lockelord.com |

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also

includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, filed in this Chapter 11 case.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Samson's right: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which Samson is or may be entitled, in law or in equity, all of which Samson expressly reserves.

Dated: April 8, 2014    **MONZACK MERSKY McLAUGHLIN AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone:    (302) 656-8162
Facsimile:     (302) 656-2769
Email:          rmersky@monlaw.com

**Attorneys for Samson Hydrocarbons**

{00158093.DOC; 1}