IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**W.R. GRACE & CO.,** *et al.*,<br><br>           **Debtors.** | **Chapter 11**<br><br>**Case No. 01-1139 (JKF)**<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Carrie L. Taylor, certify that I am not less than 18 years of age, and that service of the **NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS** was made on April 8, 2014 upon all parties shown below in the manner indicated:

| | |
|---|---|
| **VIA HAND DELIVERY**<br>James E. O'Neill, Esquire<br>Pachulski Ziehl Stang Ziehl Young Jones<br>919 N. Market St., 16th Floor<br>Wilmington, DE 19801 | **VIA FIRST CLASS MAIL**<br>Richard C. Finke, Esquire<br>W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044 |
| **VIA FIRST CLASS MAIL**<br>Richard L. Schepacarter<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | **VIA FIRST CLASS MAIL**<br>William D. Sullivan, Esquire<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street, Suite 1300<br>Wilmington, DE 19801 |
| **VIA FIRST CLASS MAIL**<br>Meghan E.B. DeBard, Esquire<br>Cox Smith Matthews Inc.<br>112 E. Pecan St.<br>Suite 1800<br>San Antonio, TX 78205 | **VIA FIRST CLASS MAIL**<br>John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence<br>1200 N. Broom Street<br>Wilmington, DE 19806 |
| **VIA FIRST CLASS MAIL**<br>Michael Ferry, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>Wilmington, DE 19899 | |

I further certify that the foregoing was also served electronically on the CM/ECF System.

Date: April 8, 2014                                                  /s/ Carrie L. Taylor
                                                                                   Carrie L. Taylor

#72801v1