# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000          EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| March 19, 2014 | INVOICE:            258528 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## COSTS through 02/28/14

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 01/22/14 | LOCAL TRAVEL Cab from 1251 6 AVE to 601 LEXINGTON AVE for ROBERT HORKOVICH on 01/22/14; voucher 47008; Invoice # 3660791 | E109 | 30.08 |
| 01/31/14 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 127708126 Tracking Number: 871395252554 Reference: 00055 WRG01 Billing Note:   From:  H  GERSHMAN, ANDERSON KILL OLICK PC, 1251 6TH AVE FL 42  , NEW YORK, NY, 100201104, US To: CHRIS KEHOE, COMPRE SERVICES ( UK) LTD, ST CLAREHOUSE 4TH FLOOR 30 33 MINORIES , LONDON, , EC3N1DD, GB | E107 | 100.50 |
| 01/31/14 | LIBRARY & LEGAL RESEARCH LEXIS NEXIS | E106 | 2.14 |
| 01/31/14 | LIBRARY & LEGAL RESEARCH LEXIS NEXIS | E106 | 3.21 |
| 01/31/14 | LIBRARY & LEGAL RESEARCH LEXIS NEXIS | E106 | 148.47 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 4.50 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 4.50 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 4.50 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | DI - FAX CHARGES - | E104 | 5.00 |
| 02/03/14 | LOCAL TRAVEL Cab from 1251 6 AVE to 601 LEXINGTON AVE for ROBERT HORKOVICH on 02/03/14; voucher 47012; Invoice # 3676066 | E109 | 30.08 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

March 19, 2014                                        INVOICE:          258528

MATTER:  CLAIMANTS COMMITTEE                         ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|------|--------|
| 02/03/14 | LOCAL TRAVEL - VENDOR: HORKOVICH, ROBERT M. Taxi from closing meeting | E109 | 9.00 |
| 02/03/14 | DI - POSTAGE - | E108 | 51.06 |
| 02/03/14 | DI - PHOTOCOPYING - | E101 | 14.00 |
| 02/03/14 | DI - PHOTOCOPYING - | E101 | 10.40 |
| 02/03/14 | DI - PHOTOCOPYING - | E101 | 58.00 |

**TOTAL COSTS:**                                              **$515.44**

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| AF | AIRFREIGHT | 100.50 |
| FX | DI - FAX CHARGES - | 58.50 |
| LT | LOCAL TRAVEL | 69.16 |
| LXISN EX | LIBRARY & LEGAL RESEARCH LEXIS NEXIS | 153.82 |
| PG | DI - POSTAGE - | 51.06 |
| XE | DI - PHOTOCOPYING - | 82.40 |
| | **TOTAL COSTS:** | **$515.44** |

**TOTAL DUE:**                                              **$30,789.44**

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

March 19, 2014                                     INVOICE:         258528



# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE               MATTER:      100055.WRG01

March 19, 2014                                INVOICE:           258528





**PSShip**

**PS◇SHIP™**    **FedEx.**                    **Shipment Receipt**

| | | |
|---|---|---|
| Vendor: | | FedEx |
| Account: | | |
| Invoice: | | 127708126 |
| Date: | | Mon, Feb 10 2014 |
| Items: | | 2 |
| Total: $ | | 136.42 |

| Invoice Number | Reference | Client-Matter |
|---|---|---|
| Service | Timekeeper ID | Client ID-Matter ID |
| Airbill | Sender | Recipient |
| Picked Up | | |
| Delivered | | |
| 127708126 | 00055 WRG01 | W. R. GRACE/CLAIMANTS COMMITTEE-CLAIMANTS COMMITTEE 100055-WRG01 |
| FedEx International Priority® or FedEx International Priority Plus® (Code: ONI) | 07334 | |
| 871395252554 | Harris E Gershman | COMPRE SERVICES (UK) LTD |
| Fri, Jan 31 2014 | ANDERSON KILL  OLICK PC | CHRIS KEHOE |
| Tue, Feb 04 2014 10:11 AM | H GERSHMAN | ST CLAREHOUSE 4TH FLOOR |
| | 1251 6TH AVE FL 42 | LONDON,  EC3N1DD GB |
| | NEW YORK, NY 100201104 US | |

**Shipping Charges: $ 100.50**

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

March 19, 2014                           INVOICE:          258528

 LexisNexis·

| INVOICE NO. | INVOICE DATE | | ACCOUNT NUMBER |
|---|---|---|---|
| 1401051984 | 31-JAN-14 | | 1003RU |

BILLING PERIOD 01-JAN-14 - 31-JAN-14

INVOICE TO:
ANDERSON KILL & OLICK PC
NEW YORK NY 10020-1104

### ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
ACCOUNT SUMMARY BY CLIENT

CLIENT
***NO CLIENT ID SPECIFIED***

| | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| 100055.WRG01 | $ 2,721.00 | ($2,569.77) | $ 151.23 | | | $ 141.28 | $ 12.56 | $ 153.59 |

 LexisNexis·

SUB-ACCOUNT
ANDERSON KILL & OLICK PC
1251 AVENUE OF AMERICAS
NEW YORK, NY 10020-1104

| INVOICE NO. | INVOICE DATE | | ACCOUNT NUMBER |
|---|---|---|---|
| 1401051984 | 31-JAN-14 | | 1003RU |

BILLING PERIOD 01-JAN-14 - 31-JAN-14

INVOICE TO:
ANDERSON KILL & OLICK PC
NEW YORK NY 10020-1104

### ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
SUB-ACCOUNT DETAIL BY USER NAME / CLIENT /DATE / SERVICE / TYPE OF CHARGE
SUB ACCOUNT NUMBER: 1077RG

USER / CLIENT / DATE / SERVICE / TYPE OF CHARGE

| | | CONTRACT USE | | | TRANSACTIONAL USE | | | |
|---|---|---|---|---|---|---|---|---|
| QUANTITY | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| | | | | | | | | |
| 2 | $ 38.00 | ($38.00) | $ 1.40 | | | $ 1.40 | $ 1.17 | $ 1.40 |
| | | | 30.00 | | | 30.00 | | 30.00 |
| CLIENT TOTAL 100055.WRG01 | $ 38.00 | ($38.00) | $ 1.40 | $ 8.00 | | $ 1.17 | $ 1.17 | $ 1.40 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

March 19, 2014                                 INVOICE:          258528





# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                   EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                  MATTER:      100055.WRG01

March 19, 2014                                   INVOICE:           258528



# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**            **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE            MATTER:        100055.WRG01

March 19, 2014                              INVOICE:            258528

---

**AKO**                                    *Rush* ☐

### DISBURSEMENT REQUEST

DATE: _8/4/14_

PAYEE NAME _Robert Horkovich_            **DATE NEEDED REQUIRED**
Invoice #                                   $ _9.00_
                                            AMOUNT
Date
CHECK ONE BOX
MAIL CHECK            ☐                     *RECEIVED*
MAILING ADDRESS:                            *2014 FEB -6  A 9 40*
                                            *ACCOUNTING DEPT.*
HOLD FOR PICK UP      ☒
NAME:
EXT:

←————————— REQUIRED —————————→
EXPLANATION (OF PRODUCTS OR SERVICE PURCHASED)

_Return taxi from closing meeting on 2/3/14_

| Client/Firm/Z # | Matter Number | Client Firm Name | Matter Name | Amount |
|---|---|---|---|---|
| 100055 | WRG01 | WR Grace | | 9.00 |
| | | | | |
| | | | | |
| | | | | |

Approved By: _Bob Horkovich_

nydocs1-1029294.1

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

March 19, 2014                                INVOICE:        258528

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W. R. GRACE/CLAIMANTS COMMITTEE                     MATTER:        100055.WRG01

February 10, 2014                                   INVOICE:               258068

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 01/31/14

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/02/14 | Draft and revise insurance policy data spreadsheets (1.30); draft and revise insurance company settlement agreement analysis spreadsheets (2.40). | W001 | GFF | 3.70 |
| 01/02/14 | Insurance companies' Settlement Agreement Payment Timeline status update. | W001 | HEG | 1.90 |
| 01/02/14 | Continued to update information and review excess insurance policies, reimbursement and settlement agreements re: insolvent insurance companies, follow form, bankruptcy clause, asbestos exclusion, payment issues and other insurance concerns. | W001 | IF | 3.40 |
| 01/02/14 | Update and revise cash flow input model. | W001 | MG | 4.80 |
| 01/02/14 | Communication with counsel regarding amendment of settlement agreement to permit payment directly to the Trust. | W001 | RMH | 0.60 |
| 01/02/14 | Review and analysis of insurance coverage portfolio, including historical and pending matters, in connection with finalization of Plan documents and in anticipation of transfer to Trust. | W001 | RYC | 2.80 |
| 01/03/14 | Update and revise cash flow input model. | W001 | MG | 5.10 |
| 01/03/14 | Review amended cooperation agreement (0.90). Review amended asset transfer agreement (1.20). Confer with Margaret Chin regarding the timing of the asset transfer to the Trust (0.60). Communicate with Trustees and counsel regarding same (0.40). Prepare for meeting with the Home Deputy Liquidator and Head of Claims regarding resolution of the $95 million claim that the Home has with the Home estate (1.70). | W001 | RMH | 4.80 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                     **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

February 10, 2014                               INVOICE:           258068

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/03/14 | Follow-up research and analysis of insurance coverage portfolio, including historical and pending matters, in connection with finalization of Plan documents and in anticipation of transfer to Trust. | W001 | RYC | 0.90 |
| 01/06/14 | Begin review of schedule (Insurance Settlement Agreements) to Confirmation Plan re: completeness and related issues (3.30); begin review of schedule (Insurance Policies) to Confirmation Plan (re: completeness and related issues) (1.10). | W001 | GFF | 4.40 |
| 01/06/14 | Review, update and communicate status of Trust Exhibits 5 and 6 and continued research and edits to insurance company payment timeline. | W001 | HEG | 6.60 |
| 01/06/14 | Reviewed and updated Exhibit 6 Schedules 2-4 from Confirmation Plan. | W001 | IF | 4.40 |
| 01/06/14 | Update and revise cash flow input model. | W001 | MG | 3.70 |
| 01/06/14 | Attention to escrow and communicate with counsel (0.30). Confer with Marla Eskin regarding changes necessary in final plan documents and attachments and schedules (1.00). Review exhibit 19 of the Plan regarding assets, insurance policies and actions to be retained by W. R. Grace (0.50). Confer with counsel regarding same (0.10). | W001 | RMH | 1.90 |
| 01/06/14 | Research and analysis re: potential issues concerning Trust's documentation of claims (1.40). Research and analysis re: underlying claims support potentially subject to dispute with unsettled insurance companies (1.40). Review and revise analysis of benefits from settled insurance assets (1.70). Review and revise analysis of insurance assets available to the Trust (1.30). | W001 | RYC | 5.80 |
| 01/07/14 | Begin, review and revise time and expense entries. | W011 | AHP | 0.70 |
| 01/07/14 | Continue review of Schedule of Insurance Company Settlement Agreements to Confirmation Plan, with related research and revisions. | W001 | GFF | 5.30 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:        100055.WRG01

February 10, 2014                              INVOICE:              258068

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/07/14 | Continued settlement agreement research and edits to insurance company agreement payment timeline document and additional review and edits to Trust exhibits 5 and 6. | W001 | HEG | 6.20 |
| 01/07/14 | Reviewed and updated information on Exhibit 1, Schedules 2-4. | W001 | IF | 5.10 |
| 01/07/14 | Update and revise cash flow input model. | W001 | MG | 3.50 |
| 01/07/14 | Meeting with Tom Kober, head of claims at the Home, the Deputy Liquidator and counsel regarding potential resolution of the $95 million claim that the Trust will have against the Home estate at the Home's offices (1.60). Prepare for same (2.20). One half of time for travel to and from same (lower Manhattan) (1.00). | W001 | RMH | 4.80 |
| 01/07/14 | Research and analysis in connection with settled asbestos insurance companies anticipated by Plan (1.70).  Research and analysis in connection with Trust obligations pursuant to existing reimbursement agreements (1.80).  Research and analysis in connection with Trust obligations pursuant to existing settlements (2.40). | W001 | RYC | 5.90 |
| 01/08/14 | Continue to review and revise time and expense entries. | W011 | AHP | 1.30 |
| 01/08/14 | Continue revisions of Schedule of Insurance Company Settlement Agreements to Confirmation Plan, with related research (2.20); continue analysis of selected insurance policies re: types of asbestos exclusions (1.80); draft and revise insurance policy data spreadsheets (0.90). | W001 | GFF | 4.90 |
| 01/08/14 | Continued review and updates to Exhibits 5 and 6 to Trust Agreement with additional edits to insurance agreement payment timeline schedule. | W001 | HEG | 5.80 |
| 01/08/14 | Continue to update information and review excess insurance policies, coverage in place and settlement agreements re: insolvent insurance companies, follow form, bankruptcy clause, asbestos exclusion, payment issues and other insurance related concerns. | W001 | IF | 1.60 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W. R. GRACE/CLAIMANTS COMMITTEE                 MATTER:     100055.WRG01

February 10, 2014                               INVOICE:        258068

MATTER: CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/08/14 | Reviewed and updated information on Exhibit 1, Schedules 2-4. | W001 | IF | 3.10 |
| 01/08/14 | Update and revise cash flow input model (4.30); research re: policies in comprehensive lists (1.60). | W001 | MG | 5.90 |
| 01/08/14 | Review final plan documents and recommend changes to Insurance Transfer Agreement (Schedules 1-4), Exhibit 19 of the Plan (Retention of Assets), cooperation agreement, schedule of insurance companies due 524(g) protection. | W001 | RMH | 6.30 |
| 01/08/14 | Review and comment upon cooperation agreement between Trust and Grace (0.80). Research and analysis in connection with supporting documentation for pending proofs of claim (1.80). Review and comment upon schedule of Settled Asbestos Insurance Companies (1.50). Research and analysis in connection with impact of plan documents on Trust's pending insurance coverage disputes (2.10). | W001 | RYC | 6.20 |
| 01/09/14 | Proof changes (0.90); prepare monthly fee application and forward to attorney for review (1.20). | W011 | AHP | 2.10 |
| 01/09/14 | Continue review and revision of Schedule of Insurance Company Settlement Agreements, with related research (2.10); continue analysis of selected insurance policies re: type of asbestos exclusion (0.70). | W001 | GFF | 2.80 |
| 01/09/14 | Research and communications re: proposed insolvent claim submission (1.80); continued review and edits to Trust Agreement Exhibits 5 and 6 (2.30); additional insurance company payment timeline updates (2.30). | W001 | HEG | 6.40 |
| 01/09/14 | Reviewed and updated information on Exhibit 1, Schedules 2-4. | W001 | IF | 0.70 |
| 01/09/14 | Continued to update information and review excess policies, coverage in place and settlement agreements re: insolvents, following form, bankruptcy clause, asbestos exclusion, payment issues and other insurance related concerns. | W001 | IF | 2.20 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

February 10, 2014                                  INVOICE:              258068

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 01/09/14 | Searched files and in-house resources re: specific cases for R. Chung. | W001 | IF | 1.90 |
| 01/09/14 | Update and revise cash flow input model and research re: policies in comprehensive lists. | W001 | MG | 5.10 |
| 01/09/14 | Participate in group meeting with W. R. Grace working toward a 1/31/14 effective date (3.80). Recommend changes to schedules (1.80). | W001 | RMH | 5.60 |
| 01/09/14 | Research and analysis in connection with analysis of Grace's retained insurance related matters on Trust's insurance recovery (2.60). Research and analysis in connection with pending insurance insolvency recovery deadlines (2.60). Follow-up research and analysis in connection with impact of plan documents on Trust's pending insurance coverage disputes (1.20). | W001 | RYC | 6.40 |
| 01/10/14 | Draft and revise insurance policy data spreadsheets. | W001 | GFF | 1.30 |
| 01/10/14 | Continue to update information and review excess insurance policies, coverage in place and settlement agreements re: insolvent insurance companies, follow form, bankruptcy clause, asbestos exclusion, payment issues and other insurance related concerns. | W001 | IF | 2.40 |
| 01/10/14 | Reviewed and updated information on Exhibit 1, Schedules 2-4. | W001 | IF | 0.90 |
| 01/10/14 | Update and revise cash flow input model and research re: policies in comprehensive lists. | W001 | MG | 4.40 |
| 01/10/14 | Edit schedules to insurance transfer agreement (0.80). Confer with counsel regarding payment to the Trust (0.40). | W001 | RMH | 1.20 |
| 01/10/14 | Follow-up research, analysis, and comment in connection with Plan exhibits and schedules relating to insurance and the anticipated Trust. | W001 | RYC | 4.30 |
| 01/13/14 | Research re: specific case litigation for R. Horkovich. | W001 | HEG | 3.20 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W. R. GRACE/CLAIMANTS COMMITTEE           MATTER:      100055.WRG01

February 10, 2014                         INVOICE:              258068

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/13/14 | Reviewed updated Trust Cooperation Agreement. (0.70) Updated status of requested documents (0.40). | W001 | IF | 1.10 |
| 01/13/14 | Continued to update information and review excess policies, coverage in place and settlement agreements re: insolvents, following form language, bankruptcy clause, asbestos exclusion, payment issues and other insurance related concerns. | W001 | IF | 2.60 |
| 01/13/14 | Update and revise cash flow input model and research re: policies and settlements in comprehensive lists. | W001 | MG | 4.80 |
| 01/13/14 | Edit cooperation agreement (0.60). Edit asset retention agreement (0.40). Confer with arbitrage firm re: sale of claim (0.40). | W001 | RMH | 1.40 |
| 01/13/14 | Review and comment upon draft fee application and bill. | W011 | RYC | 0.70 |
| 01/13/14 | Continue research, analysis, and comment in connection with Plan exhibits and schedules relating to insurance and the anticipated Trust including the Cooperation Agreement and Grace's insurance related retained matters. | W001 | RYC | 3.40 |
| 01/14/14 | Finalize draft bill, monthly fee application and forward to local counsel. | W011 | AHP | 1.40 |
| 01/14/14 | Continue to update information and review excess insurance policies, coverage in place, reimbursement and settlement agreements re: insolvents, follow form language, bankruptcy clause, asbestos exclusion, payment issues and other insurance related concerns. | W001 | IF | 2.80 |
| 01/14/14 | Update and revise cash flow input model and work on possible settlement. | W001 | MG | 3.80 |
| 01/14/14 | Review and revise post-bankruptcy insurance coverage transition documentation for the pending Trust. | W001 | RYC | 4.40 |
| 01/15/14 | Prepare interim monitoring chart and draft interim fee application. | W011 | AHP | 2.30 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

February 10, 2014                                              INVOICE:            258068

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 01/15/14 | Received updated Exhibit 6 and reviewed document per R. Chung request. | W001 | IF | 1.80 |
| 01/15/14 | Continued to update information and review excess policies, coverage in place, reimbursement and settlement agreements re: insolvents, following form, bankruptcy clause, asbestos exclusion, payment issues and other policy related concerns. | W001 | IF | 2.40 |
| 01/15/14 | Review basis for case in retained actions in Exhibit 19 to the Plan. (0.50). Edit schedules to the insurance asset agreement. (0.50). Confer with arbitrage firm re: potential sale of the Home claim. (0.40). | W001 | RMH | 1.40 |
| 01/15/14 | Follow-up research and analysis in connection with transition of pending insurance coverage matters to the Trust. | W001 | RYC | 3.60 |
| 01/16/14 | Review and prepare policy evidence for SDNY document review re: inquiries. | W001 | HEG | 2.30 |
| 01/16/14 | Continue to update information and review insurance policies, coverage in place, reimbursement and settlement agreements re: following form, insolvent insurance companies, bankruptcy clause, asbestos exclusion language, payment issues and other policy related concerns. | W001 | IF | 2.30 |
| 01/16/14 | Update and revise cash flow input model and work on possible settlement. | W001 | MG | 4.80 |
| 01/16/14 | Research and analysis in connection with projected insurance coverage impediments and payments supporting Trust's claims. | W001 | RYC | 3.60 |
| 01/17/14 | Review pleadings files at SDNY. | W001 | HEG | 3.30 |
| 01/17/14 | Continued to update information and review umbrella and excess policies, coverage in place, reimbursement and settlement agreements re: follow form, insolvent insurance companies, bankruptcy clause, asbestos exclusion language, payment issues and other policy related concerns. | W001 | IF | 2.10 |
| 01/17/14 | Update and revise cash flow input model and work on possible settlement. | W001 | MG | 4.40 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

February 10, 2014                                  INVOICE:              258068

MATTER: CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/17/14 | Draft notifications to 10 insurance companies regarding their payment obligations after the trigger date. | W001 | RMH | 4.80 |
| 01/17/14 | Review and analysis in connection with insurance coverage summaries and analysis relating to post-bankruptcy insurance coverage litigation and proofs of claim. | W001 | RYC | 3.60 |
| 01/18/14 | Communicate with counsel re: payment to Trust and follow-up. | W001 | RMH | 0.70 |
| 01/21/14 | Update and revise cash flow input model and prepare for Trust creation. | W001 | MG | 3.80 |
| 01/21/14 | Draft and transmit letters to all insurance companies making installment payments providing preliminary notice of impending effective date (5.00). Confer with counsel regarding need to amend settlement agreement (0.30). Confer with counsel regarding steps to get payment to the Trust out of escrow (0.30). | W001 | RMH | 5.60 |
| 01/21/14 | Research and analysis in connection with evaluation of insurance companies with insurance reimbursement or coverage in place agreements (2.30). Research and analysis in connection with unsettled solvent insurance companies with which Grace does not have settlement agreements (1.30). | W001 | RYC | 3.60 |
| 01/22/14 | Continue analysis of selected insurance policies re: follow form and asbestos exclusion issues (1.10); draft and revise insurance policy data spreadsheets (2.20). | W001 | GFF | 3.30 |
| 01/22/14 | Exhibit review and new coverage chart requests. | W001 | HEG | 1.70 |
| 01/22/14 | Continue to update information and review excess insurance policies, coverage in place, reimbursement and settlement agreements re: following form, insolvent insurance companies, bankruptcy clause, asbestos exclusion language, payment issues and other policy related concerns. | W001 | IF | 1.10 |
| 01/22/14 | Began to review information re:  insolvent insurance companies that are still paying. | W001 | IF | 1.90 |
| 01/22/14 | Respond to inquiries re: insolvents and payments. | W001 | MG | 1.80 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

February 10, 2014                                  INVOICE:              258068

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/22/14 | Review proposed changes to insurance transfer agreement deleting non-debtor affiliates (0.60). Review case being transferred to Trust (0.60). Closing meeting (4.30).     Follow-up regarding closing items (0.80). | W001 | RMH | 6.30 |
| 01/22/14 | Research and analysis in connection with evaluation of insolvent insurance companies with potential future claims (2.30).     Research and analysis in connection with insurance proceeds available to the Trust (1.60). Continue research and analysis in connection with unsettled solvent insurance companies with which Grace does not have settlement agreements (1.00). | W001 | RYC | 4.90 |
| 01/23/14 | Draft    and    revise    insurance    policy    data spreadsheets (0.70); continue analysis of selected insurance policies (umbrella/excess) re: follow form; loss payable, and bankruptcy clause issues (1.60). | W001 | GFF | 2.30 |
| 01/23/14 | Continued work on new color coverage charts as requested. | W001 | HEG | 4.70 |
| 01/23/14 | Continued updating information and reviewing excess insurance policies, coverage in place, reimbursement and settlement agreements re: follow form, insolvents, bankruptcy clause, asbestos exclusion language, payment issues and other policy related concerns. | W001 | IF | 1.60 |
| 01/23/14 | Helped to update information re:    insurance proceeds available to trust. | W001 | IF | 1.40 |
| 01/23/14 | Create new color-coded insurance charts using CorelDraw software. | W001 | KS | 3.90 |
| 01/23/14 | Update and revise cash flow input model and prepare for Trust creation. | W001 | MG | 4.10 |
| 01/23/14 | Review final closing document (1.20).     Review insurance reimbursement agreements for notice provisions (2.00). | W001 | RMH | 3.20 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W. R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

February 10, 2014                            INVOICE:              258068

MATTER:  CLAIMANTS COMMITTEE                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/23/14 | Research and analysis in connection with insurance assets related to revised plan configuration documents (2.50). Research and analysis in connection with claim submission to foreign insurance company scheme of arrangement (2.20). | W001 | RYC | 4.70 |
| 01/23/14 | Comment upon interim fee application. | W011 | RYC | 0.40 |
| 01/24/14 | Draft and revise insurance policy data spreadsheets (0.60); continue analysis of selected insurance policies (umbrella/excess) re: follow form, loss payable, and bankruptcy clause issues (2.20). | W001 | GFF | 2.80 |
| 01/24/14 | Continued work on new color coverage charts, Exhibit 5 research requests, and insolvent proof of claim status research requests. | W001 | HEG | 6.80 |
| 01/24/14 | Continued updating information and reviewing excess insurance policies, coverage in place, reimbursement and settlement agreements re: following form, insolvents, bankruptcy clause, payment issues and other policy related concerns. | W001 | IF | 2.30 |
| 01/24/14 | Update and revise cash flow input model and prepare for Trust creation. | W001 | MG | 4.70 |
| 01/24/14 | Edit insurance recovery asset valuation memo for incoming Trustees. | W001 | RMH | 2.80 |
| 01/24/14 | Research and revise supplemental plan documents related to insurance coverage settlements (2.70). Follow-up research and prepare claim submission to foreign insurance company scheme of arrangement (1.70). | W001 | RYC | 4.40 |
| 01/25/14 | Review final set of plan documents for corrections. | W001 | RMH | 1.20 |
| 01/27/14 | Draft and revise insurance policy data spreadsheets (1.90); continue analysis of selected insurance policies (umbrella/excess) re: follow form, loss payable issues, and bankruptcy clause issues (2.70). | W001 | GFF | 4.60 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W. R. GRACE/CLAIMANTS COMMITTEE            MATTER:        100055.WRG01

February 10, 2014                          INVOICE:            258068

MATTER: CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/27/14 | Prepare, discuss and communicate insolvent proof of claim form elements and supporting documentation (4.40); Remaining insurance company asset sources charted (1.80). | W001 | HEG | 6.20 |
| 01/27/14 | Reviewed documentation re: Mentor payments still due to Grace. | W001 | IF | 1.60 |
| 01/27/14 | Continued to update information and review excess insurance policies, coverage in place, reimbursement and settlement agreements re: follow form, insolvents, bankruptcy clause, payment issues and other policy related concerns. | W001 | IF | 2.40 |
| 01/27/14 | Continue to create new color-coded insurance charts using CorelDraw software. | W001 | KS | 3.60 |
| 01/27/14 | Update and revise cash flow input model for Trust creation and final insolvent submission. | W001 | MG | 4.10 |
| 01/27/14 | Attention to Mentor UK payment (0.40). Attention to addendum needed for payment (0.60). Attention to requirements of $90 million payment (0.30). Prepare insurance asset report for incoming Trustees (0.80). | W001 | RMH | 2.10 |
| 01/27/14 | Coordinate and prepare proof of claim submission for UK insolvent scheme submission (1.20). Review and analysis in connection with insurance components of closing plan documents (3.20). | W001 | RYC | 4.40 |
| 01/28/14 | Continue analysis of selected insurance policies (umbrella/excess) re: follow form, loss payable and bankruptcy clause issues (2.10); draft and revise insurance policy data spreadsheets (2.10). | W001 | GFF | 4.20 |
| 01/28/14 | Adjust insurance company payment timeline based on updated Effective Date information (1.20); Further edits and additions for remaining insurance assets color charts (1.50). | W001 | HEG | 2.70 |
| 01/28/14 | Continue to update information and review excess policies, coverage in place, reimbursement and settlement agreements re: following form, insolvents, bankruptcy clause, payment issues and other policy related concerns. | W001 | IF | 2.70 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

| | |
|---|---|
| W. R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| February 10, 2014 | INVOICE:           258068 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 01/28/14 | Update and revise cash flow input model for Trust creation and final insolvent submission. | W001 | MG | 4.40 |
| 01/28/14 | Prepare for presentation to Trustees regarding the insurance asset valuation (1.90). Edit amendment to settlement agreement (1.00). Communicate with counsel regarding payment into the Trust (1.90). | W001 | RMH | 4.80 |
| 01/28/14 | Coordinate, research and follow-up in connection with requests from Scheme Administrator in connection with submission of claims (2.70). Review and evaluation of insurance asset analysis and pending impediments to coverage from insurance companies (2.10). | W001 | RYC | 4.80 |
| 01/29/14 | Finalize interim fee application and forward to local counsel. | W011 | AHP | 1.20 |
| 01/29/14 | Office conferences with M. Garbowski and H. Gershman re: materials for settlement discussions (0.50) and gather same (0.30). | W001 | DJN | 0.80 |
| 01/29/14 | Continue analysis of selected insurance policies (umbrella/excess) re: follow form, loss payable and bankruptcy clause issues (2.40); draft and revise insurance policy data spreadsheets (2.20). | W001 | GFF | 4.60 |
| 01/29/14 | Insolvent proof of claim support evidence organization and preparation for submission. | W001 | HEG | 2.70 |
| 01/29/14 | Discussed further review of settlements and coverage in place agreements. | W001 | IF | 0.70 |
| 01/29/14 | Continued to update information and review excess insurance policies, coverage in place, reimbursement and settlement agreements re: follow form, insolvents, bankruptcy clause, payment issues and other policy related concerns. | W001 | IF | 2.90 |
| 01/29/14 | Update and revise cash flow input model for Trust creation and final insolvent submission. | W001 | MG | 4.70 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W. R. GRACE/CLAIMANTS COMMITTEE             MATTER:     100055.WRG01

February 10, 2014                           INVOICE:        258068

MATTER:  CLAIMANTS COMMITTEE                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/29/14 | Exchange communications regarding payment by wire instead of check (1.00). Presentation to Trustees (1.20). Prepare for same (1.00). Confer with Mr. Inselbuch regarding insurance asset valuation. Update and transmit report (0.80). Work on finalizing the amendment to the settlement agreement to permit payment directly to the Trust (1.60). | W001 | RMH | 5.60 |
| 01/29/14 | Follow-up research and evaluation of insurance asset analysis and pending impediments to coverage from insurance companies. | W001 | RYC | 3.80 |
| 01/30/14 | Gather additional materials for settlement discussions (0.70); meeting with M. Garbowski and H. Gershman re: same (.70). | W001 | DJN | 1.40 |
| 01/30/14 | Draft and revise insurance policy data spreadsheets (2.10); continue analysis of selected insurance policies (umbrella/excess) re: follow form, loss payable and bankruptcy clause issues (2.60). | W001 | GFF | 4.70 |
| 01/30/14 | Docket research request per R. Chung (1.40); Continued research, gather and reproduce supporting evidence for insolvent proof of claim submission (2.80). | W001 | HEG | 4.20 |
| 01/30/14 | Spoke to M. Garbowski and helped to obtain data for estimation of interest rates re: CNA. | W001 | IF | 0.60 |
| 01/30/14 | Continue to update information and review excess policies, coverage in place, reimbursement and settlement agreements re: following form provisions, insolvents, bankruptcy clause, payment issues and other policy related concerns. | W001 | IF | 2.70 |
| 01/30/14 | Update and revise cash flow input model for Trust creation and final insolvent submission (3.30); NPV calculation for settlement talks (2.80). | W001 | MG | 6.10 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

February 10, 2014                        INVOICE:        258068

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 01/30/14 | Get materials to counsel to show compliance with settlement requirements for $90 million payment to Trust (2.00). Confer with Trustee's counsel (0.30). Obtain information to help identify amount to be paid to the Trust (2.00). Confer with counsel (0.50). Analyze pre-payment suggestion (0.90). | W001 | RMH | 5.70 |
| 01/30/14 | Continue review of supporting analysis and documentation regarding insurance company defenses to coverage. | W001 | RYC | 3.40 |
| 01/31/14 | Communications with M. Garbowski re: information for demand. | W001 | DJN | 0.20 |
| 01/31/14 | Analysis of selected settlement agreements re: choice of law and arbitration issues (1.90); draft and revise insurance policy data spreadsheets (2.40). | W001 | GFF | 4.30 |
| 01/31/14 | Continued updating information and reviewing excess policies, coverage in place, reimbursement and settlement agreements re: following form provisions, insolvents, bankruptcy clause, payment issues and other policy related concerns. | W001 | IF | 2.90 |
| 01/31/14 | Update and revise cash flow input model for Trust creation and final insolvent submission (3.00); NPV calculation for settlement talks (3.70). | W001 | MG | 6.70 |
| 01/31/14 | Verify insurance asset transfer in final cash flow statement (1.10).  Communicate with Peter Lockwood regarding same (0.20).  Finalize letters for insurance transfer on Effective Date notifications to numerous insurance companies (1.00). Communicate with counsel regarding $90 million payment (0.30). Communicate with counsel regarding amendment of settlement (1.00). | W001 | RMH | 3.60 |
| 01/31/14 | Review and comment upon submission of documentation and arguments in support of proof of claim. | W001 | RYC | 3.60 |

**TOTAL FEES:**                                        **$259,668.50**

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:       100055.WRG01

February 10, 2014                                  INVOICE:          258068

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

## FEE SUMMARY

|                     | RATE   | HOURS | TOTALS      |
|---------------------|--------|-------|-------------|
| Arline H Pelton     | 280.00 | 9.00  | 2,520.00    |
| Dennis J. Nolan     | 510.00 | 2.40  | 1,224.00    |
| Glenn F Fields      | 375.00 | 53.20 | 19,950.00   |
| Harris E Gershman   | 305.00 | 64.70 | 19,733.50   |
| Izak Feldgreber     | 325.00 | 65.60 | 21,320.00   |
| Kathleen Samet      | 160.00 | 7.50  | 1,200.00    |
| Mark Garbowski      | 670.00 | 90.70 | 60,769.00   |
| Robert M Horkovich  | 950.00 | 74.40 | 70,680.00   |
| Robert Y Chung      | 695.00 | 89.60 | 62,272.00   |
| **TOTAL FEES:**     |        |       | **$259,668.50** |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

February 10, 2014                              INVOICE:          258068

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001      Asset Analysis and Recovery

|                      | HOURS  | TOTALS       |
|----------------------|--------|--------------|
| Dennis J. Nolan      | 2.40   | 1,224.00     |
| Glenn F Fields       | 53.20  | 19,950.00    |
| Harris E Gershman    | 64.70  | 19,733.50    |
| Izak Feldgreber      | 65.60  | 21,320.00    |
| Kathleen Samet       | 7.50   | 1,200.00     |
| Mark Garbowski       | 90.70  | 60,769.00    |
| Robert M Horkovich   | 74.40  | 70,680.00    |
| Robert Y Chung       | 88.50  | 61,507.50    |
| **TOTAL:**           | **447.00** | **$256,384.00** |

ACTIVITY CODE: W011      Fee Applications (Applicant)

|                   | HOURS  | TOTALS      |
|-------------------|--------|-------------|
| Arline H Pelton   | 9.00   | 2,520.00    |
| Robert Y Chung    | 1.10   | 764.50      |
| **TOTAL:**        | **10.10** | **$3,284.50** |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

February 10, 2014                        INVOICE:          258068

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

### COSTS through 01/31/14

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 01/06/14 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/06/14 | DI - PHOTOCOPYING - | E101 | 15.50 |
| 01/07/14 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/07/14 | DI - PHOTOCOPYING - | E101 | 7.10 |
| 01/07/14 | DI - PHOTOCOPYING - | E101 | 4.20 |
| 01/07/14 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 01/08/14 | DI - PHOTOCOPYING - | E101 | 1.60 |
| 01/13/14 | FILING OR WITNESS FEES - VENDOR: CLERK OF THE COURT ORDER FILES FROM ARCHIVE AT USDC/SDNY | E112 | 298.00 |
| 01/13/14 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 01/13/14 | DI - PHOTOCOPYING - | E101 | 3.20 |
| 01/13/14 | DI - PHOTOCOPYING - | E101 | 3.30 |
| 01/13/14 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 01/15/14 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 01/15/14 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 01/16/14 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 01/17/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/17/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/17/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/17/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/17/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/17/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/17/14 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 01/17/14 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 01/17/14 | DI - PHOTOCOPYING - | E101 | 3.40 |
| 01/17/14 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 01/17/14 | DI - PHOTOCOPYING - | E101 | 1.60 |
| 01/17/14 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 01/17/14 | DI - PHOTOCOPYING - | E101 | 1.00 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 18

W. R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

February 10, 2014                               INVOICE:         258068

MATTER: CLAIMANTS COMMITTEE                     ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|---------------------|---|--------|
| 01/21/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/21/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/21/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/21/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/21/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/21/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/21/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/21/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/21/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/21/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/21/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/21/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/21/14 | DI - POSTAGE - | E108 | 15.68 |
| 01/21/14 | DI - PHOTOCOPYING - | E101 | 3.00 |
| 01/21/14 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 01/21/14 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 01/21/14 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 01/22/14 | DI - FAX CHARGES - | E104 | 0.50 |
| 01/22/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/22/14 | DI - FAX CHARGES - | E104 | 1.50 |
| 01/22/14 | DI - FAX CHARGES - | E104 | 2.00 |
| 01/22/14 | DI - PHOTOCOPYING - | E101 | 1.30 |
| 01/22/14 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 01/22/14 | DI - PHOTOCOPYING - | E101 | 6.10 |
| 01/22/14 | DI - PHOTOCOPYING - | E101 | 3.00 |
| 01/23/14 | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS - VENDOR: MATTHEW BENDER & CO., INC #8903006853 MEALY'S DOCUMENT SERVICE | E124 | 87.10 |
| 01/23/14 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 01/23/14 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/24/14 | LOCAL TRAVEL - VENDOR: HORKOVICH, ROBERT M. Return taxi from closing meeting 1/22 | E109 | 15.00 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 19

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:     100055.WRG01

February 10, 2014                         INVOICE:          258068

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|--|-------:|
| 01/24/14 | DI - PHOTOCOPYING - | E101 | 3.90 |
| 01/27/14 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/27/14 | DI - PHOTOCOPYING - | E101 | 2.80 |
| 01/27/14 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 01/28/14 | DI - PHOTOCOPYING - | E101 | 1.80 |
| 01/28/14 | DI - PHOTOCOPYING - | E101 | 4.20 |
| 01/29/14 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 01/29/14 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/29/14 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 01/29/14 | DI - PHOTOCOPYING - | E101 | 3.40 |
| 01/29/14 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 01/29/14 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/29/14 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/29/14 | DI - PHOTOCOPYING - | E101 | 96.90 |
| 01/30/14 | LOCAL TRAVEL - VENDOR: HORKOVICH, ROBERT M. Taxi to/from Trustee meeting | E109 | 24.00 |
| 01/30/14 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 01/30/14 | DI - PHOTOCOPYING - | E101 | 381.60 |
| 01/30/14 | DI - PHOTOCOPYING - | E101 | 1.40 |
| 01/30/14 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 01/31/14 | LOCAL TRAVEL - VENDOR: PETTY CASH NY OFFICE DROP OFF CHECK AT USDC/SDNY FOR R. CHUNG | E109 | 5.00 |
| 01/31/14 | LOCAL TRAVEL - VENDOR: PETTY CASH NY OFFICE CARFARE | E109 | 5.00 |
| 01/31/14 | LOCAL TRAVEL - VENDOR: PETTY CASH NY OFFICE TRANSIT TO COURTHOUSE AND PHOTOCOPIES OF REVELANT | E109 | 10.00 |
| 01/31/14 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 01/31/14 | DI - PHOTOCOPYING - | E101 | 1.80 |
| 01/31/14 | DI - PHOTOCOPYING - | E101 | 0.80 |

**TOTAL COSTS:**                                          **$1,060.18**

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 20

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:      100055.WRG01

February 10, 2014                              INVOICE:          258068

MATTER:  CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| FE | FILING OR WITNESS FEES | 298.00 |
| FX | DI - FAX CHARGES - | 32.50 |
| LT | LOCAL TRAVEL | 59.00 |
| MY | LEGAL RESEARCH - LEXIS/NEXIS - MEALEYS | 87.10 |
| PG | DI - POSTAGE - | 15.68 |
| XE | DI - PHOTOCOPYING - | 567.90 |
| | **TOTAL COSTS:** | **$1,060.18** |

**TOTAL DUE:**                                  **$260,728.68**

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:      100055.WRG01

February 10, 2014                        INVOICE:        258068



| 123111 | | 01/13/14 | | 298.00 |
|--------|--|----------|--|--------|

ANDERSON KILL
1251 AVENUE OF THE
NEW YORK, NY. 10020

| REF. # | INV | | INV. DESCRIPTION | PAID |
|--------|-----|--|------------------|------|
| 123111 | 011314 | 01/13/14 | | 298.00 |



THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES. SEE BACK FOR DETAILS

VOID VOID VOID VOID

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

February 10, 2014                                  INVOICE:            258068

**AKO**                                              *Rush* ☐

## DISBURSEMENT REQUEST

DATE: _1-13-14_

PAYEE NAME _The Clerk of The Court_              DATE NEEDED REQUIRED

INVOICE # _____                         $ _298.00_
INV. DATE _____                              AMOUNT

CHECK ONE BOX

MAIL CHECK  ☐
MAILING ADDRESS: _____

HOLD FOR PICK UP  ☐
NAME: _____
EXT: _____

**REQUIRED**

EXPLANATION (PRODUCTS OR SERVICE PURCHASED)
_Order Files from Archive at USDC/SDNY._

| Client/Firm/Z # | Client/Firm Name | Matter Number | Matter Name | Amount |
|---|---|---|---|---|
| 100055 | | WRG01 | | |
| | | | | |
| | | | | |

_Robert Chung_
APPROVED BY

_Robert Chung_
PRINT NAME

_28137_
VENDOR NO.

_473.39_

(ACCOUNTING USE ONLY)
OFFICE _____          TIME KEEPER # _____

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**　　　　　　　　　　　**EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE　　　　　　MATTER:　　100055.WRG01

February 10, 2014　　　　　　　　　　　　　　　INVOICE:　　　258068



| REF. # | INV. NUMBER | INV. DATE | INV. DESCRIPTION | AMT. PAID |
|--------|-------------|-----------|------------------|-----------|
| 123581 | 5584314X | 01/22/14 | | 87.10 |

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE

MATTER:       100055.WRG01

February 10, 2014

INVOICE:              258068

## DISBURSEMENT REQUEST

DATE OF REQUEST:    1/22/2014

ACCOUNT NO.        8903006853

INVOICE NO.        5584314X

INVOICE DATE:      1/22/2014

CLIENT MATTER:     100055-WRGO

PRACTICE AREA:     Other

ITEM:              MEALEY'S DOCUMENT SERVICE

AMOUNT:            $87.10

PAYABLE TO:        MATTHEW BENDER

SEND TO:           MATTHEW BENDER

DESCRIPTION:       ordered by I.Feldgreber

_RECEIVED 2014 JAN 23 A 10 04 ACCOUNTING DEPT._

---

Approved By Izak Feldgreber

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                **MATTER:**    100055.WRG01

February 10, 2014                              **INVOICE:**        258068

---

 LexisNexis

Billing and Invoice Notice: Matthew Bender & Company, Inc.*
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

PAGE 1    OF 1

| Invoice # | Invoice Date | P.O. # | Order Date | Acct. Mgr. | Payment Terms | Ship Method |
|---|---|---|---|---|---|---|
| 5584314X | 01-10-14 | | 01-09-14 | 3Y8 | 30 Days    UPS Ground | |

**BILL TO ACCOUNT**    8903006853              **SHIP TO ACCOUNT**    8903006853

ANDERSON KILL & OLICK                          ANDERSON KILL & OLICK                    1M2U
IZAK FELDGREBER                                IZAK FELDGREBER
1251 AVE OF THE AMERICAS                        1251 AVE OF THE AMERICAS
NEW YORK NY 10020-1182                          NEW YORK NY 10020-1182

Thank you for your Document Service order. We're confident that you will find
this to be valuable resource for your practice. For Technical Support please
call (800)-652-5397.  Please refer all other inquires to our customer Services
Department. Our services are available Monday-Friday 8AM-8PM EST. Phone
(800) 833-9844, Fax (518) 487-3584

| Qty | ISBN | Price | #of Addi Users | User Fees | Discount Amount | Net Amount | S&H | Tax | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 0089999810682 | 40.00 | | | | 80.00 | | 7.10 | 87.10 |
| | MEALEYS DOCUMENT SERVICES BILLING | | | | | | | | |

# 100055
WRG01

| | TOTAL | 40.00 | | | | 80.00 | | 7.10 | 87.10 |

CALL OUR LARGE ACCOUNT MANAGEMENT GROUP AT (800) 455-8246.

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**  EIN: 13-2743351
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE

February 10, 2014

MATTER:    100055.WRG01

INVOICE:    258068

---

**AKO**

**Rush** ☐

## DISBURSEMENT REQUEST

DATE: 1/03/14

DATE NEEDED REQUIRED
$ 15.00
AMOUNT

PAYEE NAME  Robert M. Horkovich
Invoice #

Date
**CHECK ONE BOX**

MAIL CHECK  ☐
MAILING ADDRESS:

HOLD FOR PICK UP  ☒
NAME:
EXT:

━━━━━━━━ REQUIRED ━━━━━━━━
EXPLANATION (OF PRODUCTS OR SERVICE PURCHASED)
Return taxi from closing meeting on 1/02/14

| Client/Firm/Z # | Matter Number | Client Firm Name | Matter Name | Amount |
|---|---|---|---|---|
| 100055 | WRG01 | WRGrace | Ins. | $15.00 |
| | | | | |
| | | | | |
| | | | | |

RECEIVED JAN 24 A 10:03 ACCOUNTING DEPT.

LT

Approved By: Bob Horkovich

(ACCOUNTING USE ONLY)
OFFICE

TIME KEEPER #

VENDOR NO.

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

February 10, 2014                            INVOICE:         258068

```
           WR Grace — Feb Fee
    I ♥ NEW YORK  ____ (taxi)
 ···· #:        05438128
 MEDALLION          1F41
 ·· 2/2014 18:04 - 18:21
 TRIP# 9050 RATE#       1
 SMD, CITY RATE
 MILES R1         1.14
 FARE R1      $   11.00
 SURCHARGE    $    1.00
 TOTAL $          12.00
 STATE SRCHG$      0.50
 TOLLS $           0.00
 GRAND TOTAL $    12.50
  Contact TLC Dial 3-7-7-0
                  15.00
```

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE                MATTER:     100055.WRG01

February 10, 2014                              INVOICE:        258068

**PETTY CASH**

DATE: 1-13-14

NAME: Eric Burnside Jr.

CLIENT NAME:

CLIENT/MATTER NUMBER: 100055/WRG01

AMOUNT: $ 10.00   101149/JP002

DESCRIPTION CARFARE 10.00

APPROVED BY:

RECEIVED BY: Eric Burnside Jr.

D CODE

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

February 10, 2014                            INVOICE:          258068

---

**PETTY CASH**

DATE: *1-14-14*

NAME: *Eric Burnside Sr.*

CLIENT NAME:

CLIENT/MATTER NUMBER: *100055-WRG01*
*102622-ABC03*

AMOUNT: $ *10.00*

DESCRIPTION *CARFARE*

*Drop off Check at USDC/SDNY for*
*R. Chung*
*Drop off Courtes Copy of like*
*document at NY Supreme Court for*
*D. Graff*

APPROVED BY:

RECEIVED BY: *Eric Burnside*

D CODE

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W. R. GRACE/CLAIMANTS COMMITTEE

February 10, 2014

MATTER:      100055.WRG01

INVOICE:            258068

**PETTY CASH**

DATE: 1/20/14

NAME: Haris Gershman

CLIENT NAME: W.R. Grace

CLIENT/MATTER NUMBER: 100055-WRG01

AMOUNT: $ 10.00

DESCRIPTION: transit to Courthouse and photocopies of relevant Md Case v. Grace Docs.

APPROVED BY: _____

D CODE

RECEIVED BY: _____

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

W. R. GRACE/CLAIMANTS COMMITTEE          MATTER:        100055.WRG01

March 19, 2014                                          INVOICE:              258528

MATTER:  CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 02/03/14

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 02/01/14 | Negotiations with insurance company regarding prepayment and communicate with FCR counsel (Wyron) (2.20).   Run alternative analysis of net present value of proposal regarding prepayment versus leaving deal as is (1.60). | W001 | RMH | 3.80 |
| 02/02/14 | NPV calculation for settlement talks and emails with R. Horkovich re: same. | W001 | MG | 3.70 |
| 02/02/14 | Provide insurance asset information to Trustee representatives (0.60).    Communicate with FCR and CNA counsel regarding CNA's pre-payment proposal (0.60). | W001 | RMH | 1.20 |
| 02/03/14 | Reviewed insurance company policy limit information and "contingent claims" information. | W001 | IF | 0.90 |
| 02/03/14 | Reviewed settlement agreements re: "Choice of Law" and "Arbitration" clauses. | W001 | IF | 2.90 |
| 02/03/14 | Prepared "Coverage in Place" agreement materials re:  ARPC request and sent to Harris Gershman. | W001 | IF | 1.20 |
| 02/03/14 | Emails re: settlement talks and insolvency, research re: same. | W001 | MG | 3.80 |

# Anderson Kill P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W. R. GRACE/CLAIMANTS COMMITTEE              MATTER:        100055.WRG01

March 19, 2014                               INVOICE:              258528

MATTER:  CLAIMANTS COMMITTEE                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 02/03/14 | Participate in Closing matters (3.60). Work on motion to approve settlement agreement (1.60). Notify all insurance companies of Trigger Date (3.20). Respond to insurance companies' inquiries re: post-confirmation issues (2.20). Analyze proposal by insurance company, communicate same with Trustees, and follow-up communications with insurance company (2.80). Provide information to Trustee's team (ARPC) regarding insurance assets transferred (1.20). | W001 | RMH | 14.60 |
| 02/03/14 | Resolve payment histories in connection with insolvencies (1.30). Response to insolvent insurer demands regarding documented claims (1.80). Research and update regarding pending action and issues for resolution by Trust (4.10). | W001 | RYC | 7.20 |

**TOTAL FEES:**                                                    **$30,274.00**

# Anderson Kill P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                          EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W. R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

March 19, 2014                                                      INVOICE:           258528

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

## FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Izak Feldgreber | 325.00 | 5.00 | 1,625.00 |
| Mark Garbowski | 670.00 | 7.50 | 5,025.00 |
| Robert M Horkovich | 950.00 | 19.60 | 18,620.00 |
| Robert Y Chung | 695.00 | 7.20 | 5,004.00 |
| **TOTAL FEES:** |  |  | **$30,274.00** |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Izak Feldgreber | 5.00 | 1,625.00 |
| Mark Garbowski | 7.50 | 5,025.00 |
| Robert M Horkovich | 19.60 | 18,620.00 |
| Robert Y Chung | 7.20 | 5,004.00 |
| **TOTAL:** | **39.30** | **$30,274.00** |