IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE
AND DOCUMENTS UNDER NEW SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear as counsel for BNSF Railway Company pursuant to Bankruptcy Rule 9010(b).

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 2002(i) and Del. Bankr. L. R. 2002-1(d), and the Reorganized Debtors' Notice Of The Elimination Of The Current Service List And The Creation Of A New Service List [Doc. No. 31970], the undersigned request that they be added to the new service list and that copies of all pleadings, motions, notices, and other papers, filed or served in this case be served upon counsel at the following addresses:

| | |
|---|---|
| Edward C. Toole, Jr., Esq. | David M. Fournier, Esq. |
| Pepper Hamilton, LLP | Pepper Hamilton LLP |
| 3000 Two Logan Square | Hercules Plaza, Suite 5100 |
| Eighteenth and Arch Streets | 1313 North Market Street |
| Philadelphia, PA 19103-2799 | P.O. Box 1709 |
| Telephone: (215) 981-4000 | Wilmington, DE 19899-1709 |
| Facsimile: (215) 981-4750 | Telephone: (302) 777-6500 |
| E-mail: toolee@pepperlaw.com | Facsimile: (302) 421-8390 |
| | E-mail: fournierd@pepperlaw.com |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, disclosure statements, whether formal or informal,

#25072497 v3

-2-

whether written or oral and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

This Notice Of Appearance And Request For Service Of Notice And Documents Under New Service List shall not constitute, nor shall it be deemed to be, a voluntary or involuntary submission to the jurisdiction of the Bankruptcy Court for any purpose.

          By:    /s/ David M. Fournier
                David M. Fourier (DE No. 2812)
                PEPPER HAMILTON LLP
                Hercules Plaza, Suite 5100
                1313 Market Street
                P.O. Box 1709
                Wilmington, DE  19899-1709
                phone (302) 777-6500
                fax     (302) 421-8390

OF COUNSEL:
Edward C. Toole, Jr.
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4594

Counsel for BNSF Railway Company

Dated:  April 9, 2014

#25072497 v3