## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL AND
## DEMAND FOR NOTICES AND PAPERS

Please take notice that the undersigned firm of Barnwell Whaley Patterson & Helms LLC hereby enters its appearance as counsel to Edward B. Cottingham, Jr., ZAI Trustee (the "ZAI Trustee") in the above-captioned case, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's March 31, 2014 *Order Authorizing the Elimination of Existing Service List and the Creation of a New Service List*, ¶ 6 (D.I. 31962); such counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, Local Rules 2002-1, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

M. Dawes Cooke, Jr., Esq.
Barnwell Whaley Paterson & Helms LLC
288 Meeting St., Ste 200 (29401)
Post Office Drawer H
Charleston, SC 29402
Telephone:  (843) 577-7700
Facsimile:  (843) 577-7708
E-mail:  mdc@barnwell-whaley.com mailto:ewestbrook@rpwb.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the

Bankruptcy rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

Date:    April 8, 2014
         Wilmington, DE                    SULLIVAN · HAZELTINE · ALLINSON LLC

                                           */s/ William D. Sullivan*
                                           William D. Sullivan (No. 2820)
                                           901 N. Market Street, Ste. 1300
                                           Wilmington, DE  19801
                                           Tel: (302) 428-8191
                                           Fax: (302) 428-8195

                                           -and-

                                           M. Dawes Cooke, Jr.
                                           Barnwell Whaley Paterson & Helms LLC
                                           288 Meeting St., Ste 200 (29401)
                                           Post Office Drawer H
                                           Charleston, SC 29402
                                           Charleston, SC 29401
                                           Tel: (843) 577-7700
                                           Fax: (843) 577-7708

                                           *COUNSEL TO EDWARD B.*
                                           *COTTINGHAM, JR., ZAI TRUSTEE*