# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| W.R. GRACE & CO., et al., | : |
| | : Case No. 01-01139 (KJC) |
| Debtors. | : Jointly Administered |
| _____ | : |
| THE SCOTTS COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| AMERICAN EMPLOYERS INSURANCE COMPANY; BOSTON OLD COLONY INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY; EMPLOYERS COMMERCIAL UNION N/K/A/ ONEBEACON AMERICA INSURANCE COMPANY; MARYLAND CASUALTY COMPANY; UNIGARD INSURANCE COMPANY, | : Adv. Pro. No. 04-55083 (KJC) |
| -and- | : |
| W.R. GRACE & CO., et al., | : |
| Defendants. | : |

## REQUEST FOR REMOVAL FROM MAILING LIST

Please remove Robert J. Stearn, Jr. from receiving ECF notifications in the above referenced bankruptcy case.

Dated: April 9, 2014

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Robert J. Stearn, Jr.*
Robert J. Stearn, Jr. (No. 2915)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: stearn@rlf.com

RLF1 10165778v.1