IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>                Reorganized Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Case No. 01-01139 (KJC)<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Mark Hankin and Hanmar Associates MLP (together, "Hanmar"), hereby enter their appearance through their counsel Pepper Hamilton, LLP, pursuant to Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that copies of all notices given or required to be given, and all papers served or required to be served in these cases be given to and served upon the following:

PEPPER HAMILTON, LLP
David M. Fournier (No. 2812)
James C. Carignan (No. 4230)
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500

E-mail: fournierd@pepperlaw.com
        carignanj@pepperlaw.com

Mark Hankin
Lou Hiban
Hankin Management Company
P.O. Box 26767
Elkins Park, PA  19027
Telephone: (215) 537-8400

E-mail: mhankin@hankinmanagement.com
        lou@hankinmanagement.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without

---

[1] The Reorganized Debtors consist of the following 17 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co. – Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

#25226000 v1

limitation, orders and notices of any application, motion, petition, pleading, complaint, request, demand, whether formal or informal, whether written or not, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Hanmar may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: April 10, 2014
      Wilmington, Delaware

Respectfully submitted,

PEPPER HAMILTON LLP

/s/ James C. Carignan
David M. Fournier (DE No. 2812)
James C. Carignan (DE No. 4230)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, Delaware 19801
Telephone (302) 777-6500
Facsimile (302) 421-8390

*Attorneys for Mark Hankin and Hanmar Associates MLP*

#25226000 v1

-2-