IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Re: D.I. 31991 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of M. Dawes Cooke, Jr., of Barnwell Whaley Patterson & Helms LLC to represent Edward B. Cottingham, Jr., the ZAI Trustee, in the above-captioned cases.

Dated: April 8, 2014
      Wilmington, DE

SULLIVAN • HAZELTINE • ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted to practice and in good standing as a member of the Bar of the State of South Carolina and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 7, 2014
      Charleston, SC

/s/ M. Dawes Cooke, Jr.
M. Dawes Cooke, Jr.
Barnwell Whaley Patterson & Helms LLC
288 Meeting St., Ste 200 (29401)
Post Office Drawer H
Charleston, SC 29402
Tel: (843) 577-7700

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: April 10, 2014
      Wilmington, Delaware

The Honorable Kevin J. Carey