## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. Grace & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| | § | |
| **Debtors.** | § | |
| | § | |

### NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 31844: ENTERED IN ERROR

PLEASE TAKE NOTICE that the undersigned attorney hereby requests the Clerk of the

Court to withdraw the document filed at Docket No. 31844.

Date: April 10, 2014

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
       Warren H. Smith
       Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, TX 75087
214-698-3868 (main)
214-722-0081 (fax)
whsmith@whsmithlaw.com