**Warren H. Smith & Associates, P.C.**
2235 Ridge Road
Suite 105
Rockwall, TX 75087
Tax Id# 01-0584406

_____
_____

Invoice submitted to:
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 11, 2014

In Reference To: Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #11572A

Professional Services

|  | Hours | Amount |
|---|---|---|
| 2/3/2014 JAW   Update database with Pachulski's 51st interim fee application (0.1) | 0.10 | 8.00 |
| **For professional services rendered** | **0.10** | **$8.00** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James A. Wehrmann | 0.10 | 80.00 | $8.00 |