## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**Objection Deadline: April 11, 2014 at 4:00 p.m.**
**Hearing Date: To be determined, if necessary**

### NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED-FORTY-FIRST MONTHLY APPLICATION OF BMC GROUP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013 [DOCKET NO. 31900]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *One Hundred-Forty-First Monthly Application of BMC Group for Compensation for Services Rendered and Reimbursement of Expenses as Claims Reconciliation and Solicitation Consultant to the Debtors for the Period from December 1, 2013 through December 31, 2013* (the "Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than April 11, 2014.

---

[1]     The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

are authorized to pay BMC $43,567.20, which represents 80% of the fees ($54,459.00), and

$1,628.01, which represents 100% of the expenses requested in the Application for the period

December 1, 2013 through December 31, 2013, upon the filing of this Certification and without

the need for entry of a Court order approving the Application.

Dated: April 14, 2014

> KIRKLAND & ELLIS LLP
> John Donley
> Adam Paul
> 300 North LaSalle
> Chicago, Illinois 60654
> Telephone:     (312) 861-2000
> Facsimile:      (312) 861-2200
>
> -and-
>
> PACHULSKI STANG ZIEHL & JONES LLP
>
> Laura Davis Jones (Bar No. 2436)
> James E. O'Neill (Bar No. 4042)
> 919 N. Market Street, 17th Floor
> P.O. Box 8705
> Wilmington, Delaware 19899-8705
> Telephone:     (302) 652-4100
> Facsimile:      (302) 652-4400
>
> Co-Counsel to Debtors and Debtors-in-Possession