# EXHIBIT A

**SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013**

**ASSET DISPOSITION (TASK CODE NO. 002)**

Applicant reviewed the Dow transaction and reviewed debtor's quarterly report of asset sales.

**BUSINESS OPERATIONS (TASK CODE NO. 003)**

Applicant reviewed Capstone's third quarter update.

**CASE ADMINISTRATION (TASK CODE NO. 004)**

Applicant reviewed hearing agendas and docket regarding agenda items. Applicant reviewed and revised 2002 service list and reviewed docket regarding upcoming omnibus and fee hearing dates.

**CLAIM ANALYSIS AND OBJECTION (NON-ASBESTOS (006)**

Applicant reviewed claim objections and orders entered regarding same.

**FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)**

Applicant prepared and filed its fee applications.

**FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)**

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan and Capstone Advisory Group.

**PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)**

Applicant reviewed appellate dockets, appeals status and protocol for 2019 exhibits.