## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

### CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on April 15, 2014, I caused a copy of the foregoing **Fifty-First Quarterly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2013 through December 31, 2013** to be served upon the Notice Parties as indicated on the service list attached hereto as Exhibit A.  I further certify that I caused a copy of the **Notice of Fifty-First Quarterly Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2013 through December 31, 2013** to be served upon the parties by first class mail on the service list attached hereto as Exhibit B.

Dated:  April 15, 2014　　　　　　　　　　*/s/ Michael R. Lastowski*
　　　　　　　　　　　　　　　　　　　　Michael R. Lastowski (DE ID 3982)
　　　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP
　　　　　　　　　　　　　　　　　　　　222 Delaware Avenue, Suite 1600
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801

DM3\2855219.1

## EXHIBIT A

## W. R. GRACE FEE APPLICATION SERVICE LIST

***Hand Delivery***

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

***Via Overnight Mail***

David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

Steve Bossay, Esquire
Warren H. Smith & Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

**EXHIBIT B**

**W.R. GRACE NOTICE OF APPLICATION SERVICE LIST**

| | |
|---|---|
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | Richard L. Schepacarter, Trial Attorney<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| R. Thomas Florence, Executive Director<br>WRG Asbestos PI Trust<br>c/o ARPC<br>1220 19th Street NW, Suite 700<br>Washington, DC 20036 | Marla Eskin, Esquire<br>Mark Hurford, Esquire<br>Campbell & Levine, LLC<br>222 Delaware Avenue, 16th Floor<br>Wilmington, DE 19801 |
| Philip E. Milch, Esquire<br>Campbell & Levine, LLC<br>1700 Grant Building<br>Pittsburgh, PA 15219 | Ann McMillan, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle NW, Suite 1100<br>Washington, DC 20005 |
| Robert M. Horkovich, Esquire<br>Robert Y. Chung, Esquire<br>Anderson Kill P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | James C. Melville, Esq.<br>Kaplan Strangis and Kaplan P.A.<br>5500 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |

Edward Steiner, Esquire
Keating Muething & Klecamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202

R. Karl Hill, Esquire
Seitz VanOgtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Yves Lauzon, Esquire
Michael Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286, Rue St-Paul Ouest
Bureau 100
Montreal, Quebec
H2Y 2A3

Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX  75201-1958

Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX  78205

M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
P.O. Drawer H
Charleston, SC  29402

Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
P.O. Box 810
Mt. Pleasant, SC  29465

Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806 | John Donley, Esquire<br>Adam Paul, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL  60654 |
| Daniel K. Hogan, Esquire<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE  19806 | Mark Shelnitz<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD  21044 |
| Alan B. Rich, Esquire<br>4244 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX  75270 | Roger Frankel, Esquire<br>Frankel Wyron LLP<br>2101 L Street, NW, Suite 800<br>Washington, DC  20037 |
| Roger J. Higgins, Esquire<br>The Law Offices of Roger Higgins LLC<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL  60601 | |

DM3\2855219.1