# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: May 5, 2014, at 4:00 p.m.** |
| | | **Hearing Date: Scheduled if Necessary** |

**ONE HUNDRED AND FIFTY-FOURTH MONTHLY APPLICATION
OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR
THE PERIOD FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 3, 2001 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2014 through February 3, 2014 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $44,481.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $24,921.40 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a:     <u>xx</u> monthly          _ interim          _ final application.

The total time expended for preparation of this fee application is approximately

2.0 hours and the corresponding compensation requested is approximately $800.00.[2]

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 04/02/01 – 04/30/01 | $62,472.75 | $ 23,277.13 | $62,472.75 | $ 23,277.13 |
| 08/09/01 | 05/01/01 – 05/31/01 | $29,929.00 | $ 15,670.64 | $29,929.00 | $ 15,670.64 |
| 09/07/01 | 06/01/01 – 06/30/01 | $30,195.50 | $ 37,763.45 | $30,195.50 | $ 37,763.45 |
| 09/11/01 | 07/01/01 – 07/31/01 | $17,040.50 | $ 20,323.76 | $17,040.50 | $ 20,323.76 |
| 10/31/01 | 08/01/01 – 08/31/01 | $ 9,407.50 | $ 20,486.61 | $ 9,407.50 | $ 20,486.61 |
| 11/13/01 | 09/01/01 – 09/30/01 | $13,158.00 | $ 10,035.46 | $13,158.00 | $ 10,035.46 |
| 11/27/01 | 10/01/01 – 10/31/01 | $13,420.75 | $  8,922.92 | $13,420.75 | $  8,922.92 |
| 01/22/02 | 11/01/01 – 11/30/01 | $39,991.50 | $ 22,398.11 | $39,991.50 | $ 22,398.11 |
| 01/30/02 | 12/01/01 – 12/31/01 | $35,017.00 | $ 13,575.07 | $32,733.50[3] | $ 11,436.26[4] |
| 04/02/02 | 01/01/02 – 01/31/02 | $48,356.50 | $ 38,671.08 | $48,356.50 | $ 38,671.08 |
| 05/31/02 | 02/01/02 – 02/28/02 | $46,611.50 | $ 25,627.01 | $46,611.50 | $ 25,627.01 |
| 06/06/02 | 03/01/02 – 03/31/02 | $44,145.00 | $ 29,280.21 | $41,141.00[5] | $ 29,280.21 |
| 06/28/02 | 04/01/02 – 04/30/02 | $49,562.00 | $ 25,475.46 | $49,562.00 | $ 25,475.46 |
| 07/12/02 | 05/01/02 – 05/31/02 | $42,495.50 | $ 21,543.54 | $42,495.50 | $ 21,543.54 |
| 08/13/02 | 06/01/02 – 06/30/02 | $32,819.00 | $ 29,869.61 | $32,539.00[6] | $ 29,776.36[7] |
| 10/01/02 | 07/01/02 – 07/31/02 | $22,630.00 | $ 17,187.01 | $22,630.00 | $ 17,187.01 |
| 10/30/02 | 08/01/02 – 08/31/02 | $34,536.00 | $ 45,540.43 | $34,536.00 | $ 45,540.43 |

[2]  The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZ&J's subsequent fee applications.

[3]  In the Court's Order approving quarterly fee applications for the First, Second & Third Periods, the Court approved $248,394.00 in fees which reflects a reduction of $2,283.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[4]  In the Court's Order approving quarterly fee applications for the First, Second & Third Periods, the Court approved $170,314.34 in expenses which reflects a reduction of $2,138.81. For the purposes of this application, we have noted the reduction in the last month of that period.

[5]  In the Court's Order approving quarterly fee applications for the Fourth Period, the Court approved $136,109.00 for fees which reflects a reduction of $3,004.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[6]  In the Court's Order approving quarterly fee applications for the Fifth Period, the Court approved $124,596.50 for fees which reflects a reduction of $280.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[7]  In the Court's Order approving quarterly fee applications for the Fifth Period, the Court approved $76,795.36 for expenses which reflects a reduction of $93.25. For the purposes of this application, we have noted the reduction in the last month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 – 09/30/02 | $32,858.50 | $ 33,313.79 | $30,731.00[8] | $ 32,666.41[9] |
| 12/30/02 | 10/01/02 – 10/31/02 | $19,370.50 | $ 24,488.86 | $19,370.50 | $ 24,488.86 |
| 01/21/03 | 11/01/02 – 11/30/02 | $25,948.50 | $ 31,181.03 | $25,948.50 | $ 31,181.03 |
| 01/30/03 | 12/01/02 – 12/31/02 | $16,407.00 | $ 14,016.95 | $16,263.00[10] | $ 14,016.95 |
| 03/18/03 | 01/01/03 – 01/31/03 | $25,984.50 | $ 19,035.00 | $25,984.50 | $ 19,035.00 |
| 04/23/05 | 02/01/03 – 02/28/03 | $18,094.50 | $ 23,616.14 | $18,094.50 | $ 23,616.14 |
| 06/17/03 | 03/01/03 – 03/31/03 | $15,853.00 | $ 15,586.33 | $15,740.50[11] | $ 15,586.33 |
| 07/21/03 | 04/01/03 – 04/30/03 | $12,140.50[12] | $ 17,776.64 | $12,140.50 | $ 17,776.64 |
| 08/13/03 | 05/01/03 – 05/31/03 | $13,234.50 | $ 16,624.15 | $13,234.50 | $ 16,624.15 |
| 09/02/03 | 06/01/03 – 06/30/03 | $11,137.00 | $ 14,033.07 | $ 9,888.50 | $ 14,033.07 |
| 09/29/03 | 07/01/03 – 07/31/03 | $18,546.50 | $ 18,663.30 | $18,546.50 | $ 18,663.30 |
| 10/24/03 | 08/01/03 – 08/31/03 | $20,376.00 | $ 43,075.91 | $20,376.00 | $ 43,075.91 |
| 10/30/03 | 09/01/03 – 09/30/03 | $24,433.50 | $ 19,744.93 | $24,410.00[13] | $ 19,744.93 |
| 12/03/03 | 10/01/03 – 10/31/03 | $22,988.00 | $ 30,531.15 | $22,988.00 | $ 30,531.15 |
| 12/29/03 | 11/01/03 – 11/30/03 | $20,729.50 | $ 33,211.18 | $20,729.50 | $ 33,211.18 |
| 01/26/04 | 12/01/03 – 12/31/03 | $22,073.00 | $ 19,772.62 | $22,073.00 | $ 19,772.62 |
| 03/24/04 | 01/01/04 – 01/31/04 | $22,238.50 | $ 13,200.84 | $ 22,238.50 | $ 13,200.84 |
| 04/05/04 | 02/01/04 – 02/29/04 | $20,551.50 | $ 13,096.88 | $20,551.50 | $ 13,096.88 |
| 05/11/04 | 03/01/04 – 03/31/04 | $25,911.00 | $ 19,056.44 | $25,911.00 | $ 19,056.44 |
| 06/18/04 | 04/01/04 – 04/30/04 | $21,730.50 | $ 15,444.69 | $21,730.50 | $ 15,444.69 |
| 07/20/04 | 05/01/04 – 05/31/04 | $21,891.00 | $ 20,728.27 | $21,891.00 | $ 20,728.27 |
| 07/30/04 | 06/01/04 – 06/30/04 | $25,219.00 | $ 33,778.62 | $25,219.00 | $ 33,778.62 |
| 09/27/04 | 07/01/04 – 07/31/04 | $18,385.50 | $ 24,458.32 | $ 18,385.50 | $ 24,458.32 |
| 10/14/04 | 08/01/04 – 08/31/04 | $36,394.00 | $ 45,292.19 | $36,394.00 | $ 45,292.19 |
| 12/17/04 | 09/01/04 – 09/30/04 | $30,767.50 | $ 25,111.50 | $30,767.50 | $ 25,111.50 |
| 01/12/05 | 10/01/04 – 10/31/04 | $48,426.50 | $ 38,476.13 | $48,426.50 | $ 38,476.13 |
| 01/28/05 | 11/01/04 – 11/30/04 | $38,293.00 | $ 45,333.34 | $38,293.00 | $ 45,333.34 |

---

[8] In the Court's Order approving quarterly fee applications for the Sixth Period, the Court approved $87,897.00 for fees which reflects a reduction of $2,127.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[9] In the Court's Order approving quarterly fee applications for the Sixth Period, the Court approved $95,393.85 for expenses which reflects a reduction of $647.38. For the purposes of this application, we have noted the reduction in the last month of that period.

[10] In the Court's Order approving quarterly fee applications for the Seventh Period, the Court approved $61,582.00 for fees which reflects a reduction of $144.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[11] In the Court's Order approving quarterly fee applications for the Eighth Period, the Court approved $59,819.50 for fees which reflects a reduction of $112.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[12] Due to a clerical error, an incorrect amount was requested in the April 2003 fee application although the correct amount was requested in the Ninth Quarterly Fee Application. This amount reflects the correct amount on the bill attached to the April 2003 Fee Application.

[13] In the Court's Order approving quarterly fee applications for the Tenth Period, the Court approved $63,332.50 for fees which reflects a reduction of $23.50. For the purposes of this application, we have noted the reduction in the last month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/03/05 | 12/01/04 – 12/31/04 | $35,898.50 | $ 32,468.11 | $35,898.50 | $ 32,468.11 |
| 03/25/05 | 01/01/05 – 01/31/05 | $43,205.00 | $ 43,350.70 | $43,147.00[14] | $ 43,350.70 |
| 04/11/05 | 02/01/05 – 02/28/05 | $31,155.00 | $ 48,274.20 | $31,155.00 | $ 48,274.20 |
| 04/27/05 | 03/01/05 – 03/31/05 | $24,291.50 | $ 22,823.74 | $24,291.50 | $ 22,823.74 |
| 06/22/05 | 04/01/05 – 04/30/05 | $37,512.00 | $ 14,813.08 | $37,512.00 | $ 14,813.08 |
| 07/15/05 | 05/01/05 – 05/31/05 | $26,114.50 | $ 43,949.18 | $26,114.50 | $ 43,949.18 |
| 08/19/05 | 06/01/05 – 06/30/05 | $27,609.50 | $ 21,315.97 | $27,609.50 | $ 21,315.97 |
| 10/03/05 | 07/01/05 – 07/31/05 | $38,213.00 | $ 44,301.75 | $38,213.00 | $ 44,301.75 |
| 10/28/05 | 08/01/05 – 08/31/05 | $28,971.50 | $ 31,439.92 | $28,971.50 | $ 31,439.92 |
| 11/28/05 | 09/01/05 – 09/30/05 | $44,764.00 | $ 36,267.24 | $44,386.00[15] | $ 36,267.24 |
| 12/20/05 | 10/01/05 – 10/31/05 | $50,950.00 | $103,851.05 | $50,950.00 | $103,851.05 |
| 01/13/06 | 11/01/05 – 11/30/05 | $36,400.50 | $ 43,157.91 | $36,400.50 | $ 43,157.91 |
| 02/01/06 | 12/01/05 – 12/31/05 | $36,758.50 | $ 43,874.74 | $36,758.50 | $ 43,874.74 |
| 03/28/06 | 01/01/06 – 01/31/06 | $52,254.00 | $ 48,711.17 | $41,803.20 | $ 48,711.17 |
| 04/14/06 | 02/01/06 – 02/28/06 | $33,777.00 | $ 20,287.51 | $27,021.60 | $ 20,287.51 |
| 05/23/06 | 03/01/06 – 03/31/06 | $37,490.00 | $ 42,269.65 | $29,992.00 | $ 42,269.65 |
| 06/08/06 | 04/01/06 – 04/30/06 | $23,329.00 | $ 13,404.99 | $23,329.00 | $ 13,404.99 |
| 07/10/06 | 05/01/06 – 05/31/06 | $22,086.50 | $ 20,308.04 | $22,086.50 | $ 20,308.04 |
| 09/11/06 | 06/01/06 – 06/30/06 | $28,381.00 | $ 20,172.11 | $28,381.00 | $ 20,172.11 |
| 09/26/06 | 07/01/06 – 07/31/06 | $42,241.50 | $ 17,213.10 | $42,241.50 | $ 17,213.10 |
| 10/18/06 | 08/01/06 – 08/31/06 | $34,823.50 | $ 52,621.31 | $34,823.50 | $ 52,621.31 |
| 11/30/06 | 09/01/06 – 09/30/06 | $38,083.50 | $ 37,349.95 | $38,083.50 | $ 37,349.95 |
| 01/05/07 | 10/01/06 – 10/31/06 | $46,850.00 | $ 33,686.75 | $46,850.00 | $ 33,686.75 |
| 01/16/07 | 11/01/06 – 11/30/06 | $58,085.50 | $ 46,386.50 | $58,085.50 | $ 46,386.50 |
| 01/29/07 | 12/01/06 – 12/31/06 | $68,530.75 | $ 75,908.53 | $68,530.75 | $ 75,908.53 |
| 03/14/07 | 01/01/07 – 01/31/07 | $48,436.00 | $ 37,841.07 | $48,436.00 | $ 37,841.07 |
| 04/10/07 | 02/01/07 – 02/28/07 | $50,806.00 | $ 56,496.93 | $50,806.00 | $ 56,496.93 |
| 05/30/07 | 03/01/07 – 03/31/07 | $73,000.00 | $ 50,234.71 | $73,000.00 | $ 50,234.71 |
| 06/21/07 | 04/01/07 – 04/30/07 | $66,798.50 | $ 33,725.68 | $66,798.50 | $ 33,725.68 |
| 07/26/07 | 05/01/07 – 05/31/07 | $76,830.00 | $ 51,572.69 | $76,830.00 | $ 51,572.69 |
| 08/13/07 | 06/01/07 – 06/30/07 | $58,121.75 | $ 59,565.35 | $58,121.75 | $ 59,565.35 |
| 09/27/07 | 07/01/07 – 07/31/07 | $59,295.25 | $ 47,248.88 | $59,295.25 | $ 47,248.88 |
| 10/29/07 | 08/01/07 – 08/31/07 | $47,800.00 | $ 37,403.65 | $47,800.00 | $ 37,403.65 |
| 12/10/07 | 09/01/07 – 09/30/07 | $30,816.50 | $ 44,491.86 | $30,191.00[16] | $ 44,491.86 |
| 01/07/08 | 10/01/07 – 10/31/07 | $46,538.50 | $ 74,986.20 | $46,538.50 | $ 74,986.20 |

[14] This amount reflects a reduction of $58.00 due to a billing error in the January 2005 Fee Application which resulted in an over-bill of $58.00.

[15] In the Court's Order approving quarterly fee applications for the Eighteenth Period, the Court approved $111,570.50 for fees which reflects a reduction of $378.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[16] In the Court's Order approving quarterly fee applications for the Twenty-Sixth Period, the Court approved $137,286.25 for fees which reflects a reduction of $625.50. For the purposes of this application, we have noted the reduction in the last month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 01/14/08 | 11/01/07 – 11/30/07 | $43,130.00 | $ 30,908.27 | $43,130.00 | $ 30,908.27 |
| 01/24/08 | 12/01/07 – 12/31/07 | $37,358.00 | $ 35,631.22 | $36,636.00[17] | $ 35,631.22 |
| 04/03/08 | 01/01/08 – 01/31/08 | $64,549.00 | $ 30,696.23 | $64,549.00 | $ 30,696.23 |
| 04/21/08 | 02/01/08 – 02/28/08 | $45,108.00 | $42,260.40[18] | $45,108.00 | $ 45,260.40 |
| 05/19/08 | 03/01/08 – 03/31/08 | $56,820.50 | $ 34,316.25 | $56,705.00[19] | $ 34,316.25 |
| 06/11/08 | 04/01/08 – 04/30/08 | $55,454.00 | $ 37,166.47 | $55,454.00 | $ 37,166.47 |
| 07/22/08 | 05/01/08 – 05/31/08 | $58,966.50 | $ 57,918.40 | $58,966.50 | $ 57,918.40 |
| 09/08/08 | 06/01/08 – 06/30/08 | $50,398.50 | $ 21,811.39 | $50,295.50[20] | $ 21,811.39 |
| 10/06/08 | 07/01/08 – 07/31/08 | $39,130.00 | $ 17,128.61 | $39,130.00 | $ 17,128.61 |
| 11/13/08 | 08/01/08 – 08/31/08 | $56,001.00 | $ 27,354.65 | $56,001.00 | $ 27,354.65 |
| 12/12/08 | 09/01/08 – 09/30/08 | $58,093.00 | $ 44,691.35 | $58,093.00 | $ 44,691.35 |
| 12/23/08 | 10/01/08 – 10/31/08 | $46,731.50 | $ 38,800.84 | $46,731.50 | $ 38,800.84 |
| 01/26/09 | 11/01/08 – 11/30/08 | $46,403.50 | $ 64,553.04 | $46,403.50 | $ 64,553.04 |
| 02/02/09 | 12/01/08 – 12/31/08 | $32,219.50 | $ 27,822.32 | $32,063.50[21] | $ 27,822.32 |
| 03/16/09 | 01/01/09 – 01/31/09 | $41,936.00 | $ 20,299.51 | $41,936.00 | $ 20,299.51 |
| 04/16/09 | 02/01/09 – 02/28/09 | $41,657.00 | $ 61,986.07 | $41,657.00 | $ 61,986.07 |
| 05/28/09 | 03/01/09 – 03/31/09 | $51,084.00 | $ 51,311.89 | $51,084.00 | $ 51,311.89 |
| 07/02/09 | 04/01/09 – 04/30/09 | $43,256.50 | $ 37,702.45 | $43,256.50 | $ 37,702.45 |
| 07/13/09 | 05/01/09 – 05/31/09 | $40,151.50 | $ 54,233.58 | $40,151.50 | $ 54,233.58 |
| 08/28/09 | 06/01/09 – 06/30/09 | $70,308.75 | $ 45,620.00 | $70,136.75[22] | $ 45,620.00 |
| 09/23/09 | 07/01/09 – 07/31/09 | $63,523.00 | $ 46,872.03 | $63,523.00 | $ 46,872.03 |
| 11/18/09 | 08/01/09 – 08/31/09 | $96,237.50 | $ 87,635.51 | $96,237.50 | $ 87,635.51 |
| 01/04/10 | 09/01/09 – 09/30/09 | $91,703.75 | $ 60,811.25 | $91,660.75[23] | $ 60,811.25 |
| 01/26/10 | 10/01/09 – 10/31/09 | $60,418.50 | $ 43,672.01 | $60,418.50 | $ 43,672.01 |
| 02/01/10 | 11/01/09 – 11/30/09 | $41,014.50 | $ 43,579.44 | $41,014.50 | $ 43,579.44 |

[17] In the Court's Order approving quarterly fee applications for the Twenty-Seventh Period, the Court approved $126,304.50 for fees which reflects a reduction of $722.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[18] Due to a clerical error, an incorrect amount was requested for the expenses in the February 2008 fee application. This amount reflects the correct amount on the bill attached to the February 2008 Fee Application. The correct amount was used in the Twenty-Eighth Quarterly Fee Application.

[19] In the Court's Order approving quarterly fee applications for the Twenty-Eighth Period, the Court approved $166,362.00 for fees which reflects a reduction of $115.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[20] In the Court's Order approving quarterly fee applications for the Twenty-Ninth Period, the Court approved $164,715.80 for fees which reflects a reduction of $103.20. For the purposes of this application, we have noted the reduction in the last month of that period.

[21] In the Court's Order approving quarterly fee applications for the Thirtieth Period, the Court approved $125,198.50 for fees which reflects a reduction of $156.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[22] In the Court's Order approving quarterly fee applications for the Thirty-Second Period, the Court approved $153,544.75 for fees which reflects a reduction of $172.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[23] In the Court's Order approving quarterly fee applications for the Thirty-Third Period, the Court approved $251,421.25 for fees which reflects a reduction of $43.00. For the purposes of this application, we have noted the reduction in the last month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/03/10 | 12/01/09 – 12/31/09 | $35,879.50 | $ 40,986.26 | $35,879.50 | $ 40,986.26 |
| 04/15/10 | 01/01/10 – 01/31/10 | $25,612.00 | $ 5,644.96 | $25,612.00 | $ 5,644.96 |
| 06/11/10 | 02/01/10 – 02/28/10 | $37,587.50 | $ 33,213.19 | $37,587.50 | $ 33,213.19 |
| 07/08/10 | 03/01/10 – 03/31/10 | $46,034.00 | $ 48,879.82 | $46,034.00 | $ 48,879.82 |
| 08/02/10 | 04/01/10 – 04/30/10 | $32,883.00 | $ 23,142.50 | $32,883.00 | $ 23,142.50 |
| 08/09/10 | 05/01/10 – 05/31/10 | $26,764.50 | $ 19,750.85 | $26,764.50 | $ 19,750.85 |
| 09/07/10 | 06/01/10 – 06/30/10 | $29,903.00 | $ 40,369.91 | $29,903.00 | $ 40,369.91 |
| 10/29/10 | 07/01/10 – 07/31/10 | $26,342.50 | $ 12,679.56 | $26,342.50 | $ 12,679.56 |
| 11/18/10 | 08/01/10 – 08/31/10 | $27,390.00 | $ 32,330.18 | $27,390.00 | $ 32,330.18 |
| 12/06/10 | 09/01/10 – 09/30/10 | $34,366.00 | $ 40,806.91 | $34,366.00 | $ 40,806.91 |
| 01/03/11 | 10/01/10 – 10/31/10 | $20,097.50 | $ 17,836.83 | $20,097.50 | $ 17,836.83 |
| 01/10/11 | 11/01/10 – 11/30/10 | $26,878.50 | $ 17,017.37 | $26,878.50 | $ 17,017.37 |
| 01/20/11 | 12/01/10 – 12/31/10 | $32,680.50 | $ 29,439.50 | $32,680.50 | $ 29,439.50 |
| 03/23/11 | 01/01/11 – 01/31/11 | $45,590.00 | $ 61,293.16 | $45,590.00 | $ 61,293.16 |
| 04/18/11 | 02/01/11 – 02/28/11 | $53,632.50 | $ 58,854.35 | $53,632.50 | $ 58,854.35 |
| 06/08/11 | 03/01/11 – 03/31/11 | $45,136.00 | $ 20,666.02 | $45,136.00 | $ 20,666.02 |
| 07/05/11 | 04/01/11 – 04/30/11 | $33,802.00 | $ 8,535.45 | $33,802.00 | $ 8,535.45 |
| 07/25/11 | 05/01/11 – 05/31/11 | $35,735.00 | $ 12,671.90 | $35,735.00 | $ 12,671.90 |
| 08/16/11 | 06/01/11 – 06/30/11 | $52,297.00 | $ 33,074.69 | $52,297.00 | $ 33,074.69 |
| 11/08/11 | 07/01/11 – 07/31/11 | $43,173.00 | $ 29,268.15 | $43,173.00 | $ 29,268.15 |
| 11/28/11 | 08/01/11 – 08/31/11 | $29,135.00 | $ 12,255.39 | $29,135.00 | $ 12,255.39 |
| 01/04/12 | 09/01/11 – 09/30/11 | $28,898.50 | $ 12,655.93 | $28,898.50 | $ 12,655.93 |
| 01/09/12 | 10/01/11 – 10/31/11 | $24,330.50 | $ 23,635.47 | $24,330.50 | $ 23,635.47 |
| 01/24/12 | 11/01/11 – 11/30/11 | $27,299.00 | $ 29,166.17 | $27,299.00 | $ 29,166.17 |
| 02/03/12 | 12/01/11 – 12/31/11 | $22,302.50 | $ 10,672.35 | $22,302.50 | $ 10,672.35 |
| 03/27/12 | 01/01/12 – 01/31/12 | $31,535.00 | $ 26,054.67 | $31,535.00 | $ 26,054.67 |
| 05/15/12 | 02/01/12 – 02/29/12 | $36,760.00 | $ 22,602.70 | $36,760.00 | $ 22,602.70 |
| 06/05/12 | 03/01/12 – 03/31/12 | $45,953.50 | $ 21,044.01 | $45,953.50 | $19,604.81[24] |
| 07/09/12 | 04/01/12 – 04/30/12 | $28,293.50 | $ 20,240.71 | $28,293.50 | $20,240.71 |
| 07/27/12 | 05/01/12 – 05/31/12 | $39,166.00 | $ 17,350.80 | $39,166.00 | $17,350.80 |
| 09/10/12 | 06/01/12 – 06/30/12 | $29,994.00 | $ 19,581.77 | $28,593.00[25] | $19,581.77 |
| 10/15/12 | 07/01/12 – 07/31/12 | $34,306.00 | $ 33,798.27 | $34,306.00 | $24,189.97[26] |
| 10/23/12 | 08/01/12 – 08/31/12 | $31,143.50 | $ 16,165.96 | $31,143.50 | $16,165.96 |
| 11/27/12 | 09/01/12 – 09/30/12 | $24,954.50 | $ 7,016.08 | $24,954.50 | $ 7,016.08 |
| 11/29/12 | 10/01/12 – 10/31/12 | $33,336.00 | $ 8,898.97 | $33,336.00 | $ 8,898.97 |

[24] In the Court's Order approving quarterly fee applications for the Forty-Fourth Period, the Court approved $68,262.18 for expenses which reflects a reduction of $1,439.20. For the purposes of this application, we have noted the reduction in the last month of that period.
[25] In the Court's Order approving quarterly fee applications for the Forty-Fifth Period, the Court approved $96,052.50 for fees which reflects a reduction of $1,401.00. For the purposes of this application, we have noted the reduction in the last month of that period.
[26] In the Court's Order approving quarterly fee applications for the Forty-Sixth Period, the Court approved $47,372.01 for expenses which reflects a reduction of $9,608.30. For the purposes of this application, we have noted the reduction in the first month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 01/07/13 | 11/01/12 – 11/30/12 | $24,167.50 | $ 21,069.36 | $24,167.50 | $21,069.36 |
| 01/28/13 | 12/01/12 – 12/31/12 | $20,099.00 | $ 12,639.22 | $20,099.00 | $12,639.22 |
| 04/16/13 | 01/01/13 – 01/31/13 | $52,815.00 | $ 18,660.28 | $52,815.00 | $18,660.28 |
| 06/03/13 | 02/01/13 – 02/28/13 | $30,047.50 | $ 20,177.93 | $30,047.50 | $20,177.93 |
| 07/08/13 | 03/01/13 – 03/31/13 | $27,354.00 | $ 15,820.56 | $27,354.00 | $15,820.56 |
| 08/19/13 | 04/01/13 – 04/30/13 | $43,043.50 | $ 15,052.63 | $34,434.80 | $15,052.63 |
| 09/17/13 | 05/01/13 – 05/31/13 | $27,445.50 | $ 18,394.37 | $27,445.50 | $18,394.37 |
| 11/21/13 | 06/01/13 – 06/30/13 | $69,790.00 | $  9,240.78 | $29,432.00 | $ 9,240.78 |
| 01/07/14 | 07/01/13 – 07/31/13 | $29,945.50 | $ 10,513.37 | $29,945.50 | $10,513.37 |
| 01/07/14 | 08/01/13 – 08/31/13 | $33,004.00 | $ 11,770.54 | $33,004.00 | $11,770.54 |
| 01/08/14 | 09/01/13 – 09/30/13 | $24,670.00 | $ 14,124.85 | $24,670.00 | $14,124.85 |
| 01/09/14 | 10/01/13 – 10/31/13 | $16,869.00 | $  7,192.33 | $13,495.20 | $ 7,192.33 |
| 01/09/14 | 11/01/13 – 11/30/13 | $21,483.00 | $ 10,693.10 | $17,186.40 | $10,693.10 |
| 01/28/14 | 12/01/13 – 12/31/13 | $29,767.00 | $ 13,657.02 | $23,813.60 | $13,657.02 |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $995.00 $975.00 | 2.00 0.30 | $ 1,990.00 $  292.50 |
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $725.00 | 38.00 | $27,550.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $625.00 | 2.60 | $ 1,625.00 |
| Kathe F. Finlayson | Paralegal 2000 | $295.00 | 0.70 | $  206.50 |
| Margaret L. McGee | Paralegal 2007 | $295.00 | 1.80 | $  531.00 |
| Cheryl A. Knotts | Paralegal 2000 | $290.00 | 5.10 | $ 1,479.00 |
| Patricia E. Cuniff | Paralegal 2000 | $290.00 | 28.00 | $ 8,120.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $195.00 | 8.70 | $ 1,870.50 |
| Karen S. Neil | Case Management Assistant 2003 | $215.00 | 1.50 | $  322.50 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $215.00 | 2.30 | $  494.50 |

**Total Fees:**     $   44,481.50
**Total Hours:**            91.00
**Blended Rate:** $       488.81

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Case Administration | 27.10 | $ 6,922.00 |
| WRG-Claim Analysis (Asbestos) | 1.50 | $  872.50 |
| WRG-Claim Analysis (Non-Asbestos) | 0.30 | $   88.50 |
| WRG-Fee Apps., Applicant | 13.40 | $ 6,372.50 |
| WRG-Fee Applications, Others | 10.90 | $ 4,901.00 |
| Financing | 11.30 | $ 6,717.00 |
| Litigation (Non-Bankruptcy) | 10.10 | $ 6,976.00 |
| Plan & Disclosure Statement | 16.40 | $11,632.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Delivery/Courier Service | Digital Legal | $ 6,170.20 |
| Express Mail | DHL and Federal Express | $  747.67 |
| Filing Fee | USBC | $   30.00 |
| Fax Transmittal | Outgoing only | $ 1,788.00 |
| Outsider Services | Digital Legal Services | $10,854.43 |
| Court Research | Pacer | $ 1,409.50 |
| Postage | US Mail | $  875.40 |
| Reproduction Expense | | $ 2,420.60 |
| Reproduction/ Scan Copy | | $  625.60 |

WHEREFORE, PSZ&J respectfully requests that, for the period January 1, 2014

through February 3, 2014, an interim allowance be made to PSZ&J for compensation in the

amount of $44,481.50 and actual and necessary expenses in the amount of $24,921.40 for a total

allowance of $69,402.90; payment of $35,585.20 (80% of the allowed fees) and reimbursement

of $24,921.40 (100% of the allowed expenses) be authorized for a total payment of $60,506.60;

and for such other and further relief as this Court may deem just and proper.

Dated: April 15, 2014             PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE      :
                                            :
COUNTY OF NEW CASTLE  :

Laura Davis Jones, after being duly sworn according to law, deposes and says:

a)    I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones

LLP, and have been admitted to appear before this Court.

b)    I am familiar with the other work performed on behalf of the Debtors by

the lawyers and paraprofessionals of PSZ&J.

c)    I have reviewed the foregoing Application and the facts set forth therein

are true and correct to the best of my knowledge, information and belief.  Moreover, I have

reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C.

§§105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members, signed April

17, 2002, and submit that the Application substantially complies with such Rule and Order.

Laura Davis Jones

SWORN AND SUBSCRIBED
before me this 15 day of Apr , 2014.

Notary Public

My Commission Expires: My commission expires Nov. 13, 2014

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE