IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**Objection Date: May 5, 2014, at 4:00 p.m.**
**Hearing Date: October 14, 2014 at 10:00 a.m.**

## FINAL APPLICATION[2]
## OF PACHULSKI STANG ZIEHL & JONES LLP
## FOR COMPENSATION AND FOR REIMBURSEMENT OF
## EXPENSES FOR APRIL 2, 2001 THROUGH FEBRUARY 3, 2014

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP ("PSZ&J") |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 3, 2001 |
| Period for which Compensation and Reimbursement is Sought: | April 2, 2001 through February 3, 2014 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $5,693,753.05[3] |

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] This Final Fee Application includes copies of the monthly fee applications for the months of October, November and December of 2013 which are also the subject of *the Fifty-First Quarterly Interim Application of Pachulski Stang Ziehl & Jones LLP for Compensation and Reimbursement of Expenses for October 1, 2013 Through December 31, 2013* [Docket No. 31654] which is scheduled for hearing on May 28, 2014 at 11:00 a.m. and the final monthly fee application for January 1, 2014 through February 3, 2014.

[3] This amount includes all reductions to fees.

| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $4,679,907.10[4] |
|---|---|

This is a: _____ monthly _____ quarterly _____ interim __X__ final application.

The total time expended for preparation of this fee application is approximately

3.0 hours and the corresponding compensation requested is approximately $1,000.00.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 04/02/01 – 04/30/01 | $62,472.75 | $ 23,277.13 | $62,472.75 | $ 23,277.13 |
| 08/09/01 | 05/01/01 – 05/31/01 | $29,929.00 | $ 15,670.64 | $29,929.00 | $ 15,670.64 |
| 09/07/01 | 06/01/01 – 06/30/01 | $30,195.50 | $ 37,763.45 | $30,195.50 | $ 37,763.45 |
| 09/11/01 | 07/01/01 – 07/31/01 | $17,040.50 | $ 20,323.76 | $17,040.50 | $ 20,323.76 |
| 10/31/01 | 08/01/01 – 08/31/01 | $ 9,407.50 | $ 20,486.61 | $ 9,407.50 | $ 20,486.61 |
| 11/13/01 | 09/01/01 – 09/30/01 | $13,158.00 | $ 10,035.46 | $13,158.00 | $ 10,035.46 |
| 11/27/01 | 10/01/01 – 10/31/01 | $13,420.75 | $  8,922.92 | $13,420.75 | $  8,922.92 |
| 01/22/02 | 11/01/01 – 11/30/01 | $39,991.50 | $ 22,398.11 | $39,991.50 | $ 22,398.11 |
| 01/30/02 | 12/01/01 – 12/31/01 | $35,017.00 | $ 13,575.07 | $32,733.50[5] | $ 11,436.26[6] |
| 04/02/02 | 01/01/02 – 01/31/02 | $48,356.50 | $ 38,671.08 | $48,356.50 | $ 38,671.08 |
| 05/31/02 | 02/01/02 – 02/28/02 | $46,611.50 | $ 25,627.01 | $46,611.50 | $ 25,627.01 |
| 06/06/02 | 03/01/02 – 03/31/02 | $44,145.00 | $ 29,280.21 | $41,141.00[7] | $ 29,280.21 |
| 06/28/02 | 04/01/02 – 04/30/02 | $49,562.00 | $ 25,475.46 | $49,562.00 | $ 25,475.46 |
| 07/12/02 | 05/01/02 – 05/31/02 | $42,495.50 | $ 21,543.54 | $42,495.50 | $ 21,543.54 |
| 08/13/02 | 06/01/02 – 06/30/02 | $32,819.00 | $ 29,869.61 | $32,539.00[8] | $ 29,776.36[9] |
| 10/01/02 | 07/01/02 – 07/31/02 | $22,630.00 | $ 17,187.01 | $22,630.00 | $ 17,187.01 |
| 10/30/02 | 08/01/02 – 08/31/02 | $34,536.00 | $ 45,540.43 | $34,536.00 | $ 45,540.43 |

---

[4] This amount includes all reductions to expenses.

[5] In the Court's Order approving quarterly fee applications for the First, Second & Third Periods, the Court approved $248,394.00 in fees which reflects a reduction of $2,283.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[6] In the Court's Order approving quarterly fee applications for the First, Second & Third Periods, the Court approved $170,314.34 in expenses which reflects a reduction of $2,138.81. For the purposes of this application, we have noted the reduction in the last month of that period.

[7] In the Court's Order approving quarterly fee applications for the Fourth Period, the Court approved $136,109.00 for fees which reflects a reduction of $3,004.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[8] In the Court's Order approving quarterly fee applications for the Fifth Period, the Court approved $124,596.50 for fees which reflects a reduction of $280.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[9] In the Court's Order approving quarterly fee applications for the Fifth Period, the Court approved $76,795.36 for expenses which reflects a reduction of $93.25. For the purposes of this application, we have noted the reduction in the last month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 – 09/30/02 | $32,858.50 | $ 33,313.79 | $30,731.00[10] | $ 32,666.41[11] |
| 12/30/02 | 10/01/02 – 10/31/02 | $19,370.50 | $ 24,488.86 | $19,370.50 | $ 24,488.86 |
| 01/21/03 | 11/01/02 – 11/30/02 | $25,948.50 | $ 31,181.03 | $25,948.50 | $ 31,181.03 |
| 01/30/03 | 12/01/02 – 12/31/02 | $16,407.00 | $ 14,016.95 | $16,263.00[12] | $ 14,016.95 |
| 03/18/03 | 01/01/03 – 01/31/03 | $25,984.50 | $ 19,035.00 | $25,984.50 | $ 19,035.00 |
| 04/23/05 | 02/01/03 – 02/28/03 | $18,094.50 | $ 23,616.14 | $18,094.50 | $ 23,616.14 |
| 06/17/03 | 03/01/03 – 03/31/03 | $15,853.00 | $ 15,586.33 | $15,740.50[13] | $ 15,586.33 |
| 07/21/03 | 04/01/03 – 04/30/03 | $12,140.50[14] | $ 17,776.64 | $12,140.50 | $ 17,776.64 |
| 08/13/03 | 05/01/03 – 05/31/03 | $13,234.50 | $ 16,624.15 | $13,234.50 | $ 16,624.15 |
| 09/02/03 | 06/01/03 – 06/30/03 | $11,137.00 | $ 14,033.07 | $ 9,888.50 | $ 14,033.07 |
| 09/29/03 | 07/01/03 – 07/31/03 | $18,546.50 | $ 18,663.30 | $18,546.50 | $ 18,663.30 |
| 10/24/03 | 08/01/03 – 08/31/03 | $20,376.00 | $ 43,075.91 | $20,376.00 | $ 43,075.91 |
| 10/30/03 | 09/01/03 – 09/30/03 | $24,433.50 | $ 19,744.93 | $24,410.00[15] | $ 19,744.93 |
| 12/03/03 | 10/01/03 – 10/31/03 | $22,988.00 | $ 30,531.15 | $22,988.00 | $ 30,531.15 |
| 12/29/03 | 11/01/03 – 11/30/03 | $20,729.50 | $ 33,211.18 | $20,729.50 | $ 33,211.18 |
| 01/26/04 | 12/01/03 – 12/31/03 | $22,073.00 | $ 19,772.62 | $22,073.00 | $ 19,772.62 |
| 03/24/04 | 01/01/04 – 01/31/04 | $22,238.50 | $ 13,200.84 | $ 22,238.50 | $ 13,200.84 |
| 04/05/04 | 02/01/04 – 02/29/04 | $20,551.50 | $ 13,096.88 | $20,551.50 | $ 13,096.88 |
| 05/11/04 | 03/01/04 – 03/31/04 | $25,911.00 | $ 19,056.44 | $25,911.00 | $ 19,056.44 |
| 06/18/04 | 04/01/04 – 04/30/04 | $21,730.50 | $ 15,444.69 | $21,730.50 | $ 15,444.69 |
| 07/20/04 | 05/01/04 – 05/31/04 | $21,891.00 | $ 20,728.27 | $21,891.00 | $ 20,728.27 |
| 07/30/04 | 06/01/04 – 06/30/04 | $25,219.00 | $ 33,778.62 | $25,219.00 | $ 33,778.62 |
| 09/27/04 | 07/01/04 – 07/31/04 | $18,385.50 | $ 24,458.32 | $ 18,385.50 | $ 24,458.32 |
| 10/14/04 | 08/01/04 – 08/31/04 | $36,394.00 | $ 45,292.19 | $36,394.00 | $ 45,292.19 |
| 12/17/04 | 09/01/04 – 09/30/04 | $30,767.50 | $ 25,111.50 | $30,767.50 | $ 25,111.50 |
| 01/12/05 | 10/01/04 – 10/31/04 | $48,426.50 | $ 38,476.13 | $48,426.50 | $ 38,476.13 |

[10] In the Court's Order approving quarterly fee applications for the Sixth Period, the Court approved $87,897.00 for fees which reflects a reduction of $2,127.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[11] In the Court's Order approving quarterly fee applications for the Sixth Period, the Court approved $95,393.85 for expenses which reflects a reduction of $647.38. For the purposes of this application, we have noted the reduction in the last month of that period.

[12] In the Court's Order approving quarterly fee applications for the Seventh Period, the Court approved $61,582.00 for fees which reflects a reduction of $144.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[13] In the Court's Order approving quarterly fee applications for the Eighth Period, the Court approved $59,819.50 for fees which reflects a reduction of $112.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[14] Due to a clerical error, an incorrect amount was requested in the April 2003 fee application although the correct amount was requested in the Ninth Quarterly Fee Application. This amount reflects the correct amount on the bill attached to the April 2003 Fee Application.

[15] In the Court's Order approving quarterly fee applications for the Tenth Period, the Court approved $63,332.50 for fees which reflects a reduction of $23.50. For the purposes of this application, we have noted the reduction in the last month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 01/28/05 | 11/01/04 – 11/30/04 | $38,293.00 | $ 45,333.34 | $38,293.00 | $ 45,333.34 |
| 02/03/05 | 12/01/04 – 12/31/04 | $35,898.50 | $ 32,468.11 | $35,898.50 | $ 32,468.11 |
| 03/25/05 | 01/01/05 – 01/31/05 | $43,205.00 | $ 43,350.70 | $43,147.00[16] | $ 43,350.70 |
| 04/11/05 | 02/01/05 – 02/28/05 | $31,155.00 | $ 48,274.20 | $31,155.00 | $ 48,274.20 |
| 04/27/05 | 03/01/05 – 03/31/05 | $24,291.50 | $ 22,823.74 | $24,291.50 | $ 22,823.74 |
| 06/22/05 | 04/01/05 – 04/30/05 | $37,512.00 | $ 14,813.08 | $37,512.00 | $ 14,813.08 |
| 07/15/05 | 05/01/05 – 05/31/05 | $26,114.50 | $ 43,949.18 | $26,114.50 | $ 43,949.18 |
| 08/19/05 | 06/01/05 – 06/30/05 | $27,609.50 | $ 21,315.97 | $27,609.50 | $ 21,315.97 |
| 10/03/05 | 07/01/05 – 07/31/05 | $38,213.00 | $ 44,301.75 | $38,213.00 | $ 44,301.75 |
| 10/28/05 | 08/01/05 – 08/31/05 | $28,971.50 | $ 31,439.92 | $28,971.50 | $ 31,439.92 |
| 11/28/05 | 09/01/05 – 09/30/05 | $44,764.00 | $ 36,267.24 | $44,386.00[17] | $ 36,267.24 |
| 12/20/05 | 10/01/05 – 10/31/05 | $50,950.00 | $103,851.05 | $50,950.00 | $103,851.05 |
| 01/13/06 | 11/01/05 – 11/30/05 | $36,400.50 | $ 43,157.91 | $36,400.50 | $ 43,157.91 |
| 02/01/06 | 12/01/05 – 12/31/05 | $36,758.50 | $ 43,874.74 | $36,758.50 | $ 43,874.74 |
| 03/28/06 | 01/01/06 – 01/31/06 | $52,254.00 | $ 48,711.17 | $41,803.20 | $ 48,711.17 |
| 04/14/06 | 02/01/06 – 02/28/06 | $33,777.00 | $ 20,287.51 | $27,021.60 | $ 20,287.51 |
| 05/23/06 | 03/01/06 – 03/31/06 | $37,490.00 | $ 42,269.65 | $29,992.00 | $ 42,269.65 |
| 06/08/06 | 04/01/06 – 04/30/06 | $23,329.00 | $ 13,404.99 | $23,329.00 | $ 13,404.99 |
| 07/10/06 | 05/01/06 – 05/31/06 | $22,086.50 | $ 20,308.04 | $22,086.50 | $ 20,308.04 |
| 09/11/06 | 06/01/06 – 06/30/06 | $28,381.00 | $ 20,172.11 | $28,381.00 | $ 20,172.11 |
| 09/26/06 | 07/01/06 – 07/31/06 | $42,241.50 | $ 17,213.10 | $42,241.50 | $ 17,213.10 |
| 10/18/06 | 08/01/06 – 08/31/06 | $34,823.50 | $ 52,621.31 | $34,823.50 | $ 52,621.31 |
| 11/30/06 | 09/01/06 – 09/30/06 | $38,083.50 | $ 37,349.95 | $38,083.50 | $ 37,349.95 |
| 01/05/07 | 10/01/06 – 10/31/06 | $46,850.00 | $ 33,686.75 | $46,850.00 | $ 33,686.75 |
| 01/16/07 | 11/01/06 – 11/30/06 | $58,085.50 | $ 46,386.50 | $58,085.50 | $ 46,386.50 |
| 01/29/07 | 12/01/06 – 12/31/06 | $68,530.75 | $ 75,908.53 | $68,530.75 | $ 75,908.53 |
| 03/14/07 | 01/01/07 – 01/31/07 | $48,436.00 | $ 37,841.07 | $48,436.00 | $ 37,841.07 |
| 04/10/07 | 02/01/07 – 02/28/07 | $50,806.00 | $ 56,496.93 | $50,806.00 | $ 56,496.93 |
| 05/30/07 | 03/01/07 – 03/31/07 | $73,009.50 | $ 50,234.71 | $73,009.50 | $ 50,234.71 |
| 06/21/07 | 04/01/07 – 04/30/07 | $66,798.50 | $ 33,725.68 | $66,798.50 | $ 33,725.68 |
| 07/26/07 | 05/01/07 – 05/31/07 | $76,830.00 | $ 51,572.69 | $76,830.00 | $ 51,572.69 |
| 08/13/07 | 06/01/07 – 06/30/07 | $58,121.75 | $ 59,565.35 | $58,121.75 | $ 59,565.35 |
| 09/27/07 | 07/01/07 – 07/31/07 | $59,295.25 | $ 47,248.88 | $59,295.25 | $ 47,248.88 |
| 10/29/07 | 08/01/07 – 08/31/07 | $47,800.00 | $ 37,403.65 | $47,800.00 | $ 37,403.65 |
| 12/10/07 | 09/01/07 – 09/30/07 | $30,816.50 | $ 44,491.86 | $30,191.00[18] | $ 44,491.86 |

[16] This amount reflects a reduction of $58.00 due to a billing error in the January 2005 Fee Application which resulted in an over-bill of $58.00.

[17] In the Court's Order approving quarterly fee applications for the Eighteenth Period, the Court approved $111,570.50 for fees which reflects a reduction of $378.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[18] In the Court's Order approving quarterly fee applications for the Twenty-Sixth Period, the Court approved $137,286.25 for fees which reflects a reduction of $625.50. For the purposes of this application, we have noted the reduction in the last month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 01/07/08 | 10/01/07 – 10/31/07 | $46,538.50 | $ 74,986.20 | $46,538.50 | $ 74,986.20 |
| 01/14/08 | 11/01/07 – 11/30/07 | $43,130.00 | $ 30,908.27 | $43,130.00 | $ 30,908.27 |
| 01/24/08 | 12/01/07 – 12/31/07 | $37,358.00 | $ 35,631.22 | $36,636.00[19] | $ 35,631.22 |
| 04/03/08 | 01/01/08 – 01/31/08 | $64,549.00 | $ 30,696.23 | $64,549.00 | $ 30,696.23 |
| 04/21/08 | 02/01/08 – 02/28/08 | $45,108.00 | $42,260.40[20] | $45,108.00 | $ 45,260.40 |
| 05/19/08 | 03/01/08 – 03/31/08 | $56,820.50 | $ 34,316.25 | $56,705.00[21] | $ 34,316.25 |
| 06/11/08 | 04/01/08 – 04/30/08 | $55,454.00 | $ 37,166.47 | $55,454.00 | $ 37,166.47 |
| 07/22/08 | 05/01/08 – 05/31/08 | $58,966.50 | $ 57,918.40 | $58,966.50 | $ 57,918.40 |
| 09/08/08 | 06/01/08 – 06/30/08 | $50,398.50 | $ 21,811.39 | $50,295.50[22] | $ 21,811.39 |
| 10/06/08 | 07/01/08 – 07/31/08 | $39,130.00 | $ 17,128.61 | $39,130.00 | $ 17,128.61 |
| 11/13/08 | 08/01/08 – 08/31/08 | $56,001.00 | $ 27,354.65 | $56,001.00 | $ 27,354.65 |
| 12/12/08 | 09/01/08 – 09/30/08 | $58,093.00 | $ 44,691.35 | $58,093.00 | $ 44,691.35 |
| 12/23/08 | 10/01/08 – 10/31/08 | $46,731.50 | $ 38,800.84 | $46,731.50 | $ 38,800.84 |
| 01/26/09 | 11/01/08 – 11/30/08 | $46,403.50 | $ 64,553.04 | $46,403.50 | $ 64,553.04 |
| 02/02/09 | 12/01/08 – 12/31/08 | $32,219.50 | $ 27,822.32 | $32,063.50[23] | $ 27,822.32 |
| 03/16/09 | 01/01/09 – 01/31/09 | $41,936.00 | $ 20,299.51 | $41,936.00 | $ 20,299.51 |
| 04/16/09 | 02/01/09 – 02/28/09 | $41,657.00 | $ 61,986.07 | $41,657.00 | $ 61,986.07 |
| 05/28/09 | 03/01/09 – 03/31/09 | $51,084.00 | $ 51,311.89 | $51,084.00 | $ 51,311.89 |
| 07/02/09 | 04/01/09 – 04/30/09 | $43,256.50 | $ 37,702.45 | $43,256.50 | $ 37,702.45 |
| 07/13/09 | 05/01/09 – 05/31/09 | $40,151.50 | $ 54,233.58 | $40,151.50 | $ 54,233.58 |
| 08/28/09 | 06/01/09 – 06/30/09 | $70,308.75 | $ 45,620.00 | $70,136.75[24] | $ 45,620.00 |
| 09/23/09 | 07/01/09 – 07/31/09 | $63,523.00 | $ 46,872.03 | $63,523.00 | $ 46,872.03 |
| 11/18/09 | 08/01/09 – 08/31/09 | $96,237.50 | $ 87,635.51 | $96,237.50 | $ 87,635.51 |
| 01/04/10 | 09/01/09 – 09/30/09 | $91,703.75 | $ 60,811.25 | $91,660.75[25] | $ 60,811.25 |
| 01/26/10 | 10/01/09 – 10/31/09 | $60,418.50 | $ 43,672.01 | $60,418.50 | $ 43,672.01 |

[19] In the Court's Order approving quarterly fee applications for the Twenty-Seventh Period, the Court approved $126,304.50 for fees which reflects a reduction of $722.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[20] Due to a clerical error, an incorrect amount was requested for the expenses in the February 2008 fee application. This amount reflects the correct amount on the bill attached to the February 2008 Fee Application. The correct amount was used in the Twenty-Eighth Quarterly Fee Application.

[21] In the Court's Order approving quarterly fee applications for the Twenty-Eighth Period, the Court approved $166,362.00 for fees which reflects a reduction of $115.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[22] In the Court's Order approving quarterly fee applications for the Twenty-Ninth Period, the Court approved $164,715.80 for fees which reflects a reduction of $103.20. For the purposes of this application, we have noted the reduction in the last month of that period.

[23] In the Court's Order approving quarterly fee applications for the Thirtieth Period, the Court approved $125,198.50 for fees which reflects a reduction of $156.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[24] In the Court's Order approving quarterly fee applications for the Thirty-Second Period, the Court approved $153,544.75 for fees which reflects a reduction of $172.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[25] In the Court's Order approving quarterly fee applications for the Thirty-Third Period, the Court approved $251,421.25 for fees which reflects a reduction of $43.00. For the purposes of this application, we have noted the reduction in the last month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 02/01/10 | 11/01/09 – 11/30/09 | $41,014.50 | $ 43,579.44 | $41,014.50 | $ 43,579.44 |
| 02/03/10 | 12/01/09 – 12/31/09 | $35,879.50 | $ 40,986.26 | $35,879.50 | $ 40,986.26 |
| 04/15/10 | 01/01/10 – 01/31/10 | $25,612.00 | $  5,644.96 | $25,612.00 | $  5,644.96 |
| 06/11/10 | 02/01/10 – 02/28/10 | $37,587.50 | $ 33,213.19 | $37,587.50 | $ 33,213.19 |
| 07/08/10 | 03/01/10 – 03/31/10 | $46,034.00 | $ 48,879.82 | $46,034.00 | $ 48,879.82 |
| 08/02/10 | 04/01/10 – 04/30/10 | $32,883.00 | $ 23,142.50 | $32,883.00 | $ 23,142.50 |
| 08/09/10 | 05/01/10 – 05/31/10 | $26,764.50 | $ 19,750.85 | $26,764.50 | $ 19,750.85 |
| 09/07/10 | 06/01/10 – 06/30/10 | $29,903.00 | $ 40,369.91 | $29,903.00 | $ 40,369.91 |
| 10/29/10 | 07/01/10 – 07/31/10 | $26,342.50 | $ 12,679.56 | $26,342.50 | $ 12,679.56 |
| 11/18/10 | 08/01/10 – 08/31/10 | $27,390.00 | $ 32,330.18 | $27,390.00 | $ 32,330.18 |
| 12/06/10 | 09/01/10 – 09/30/10 | $34,366.00 | $ 40,806.91 | $34,366.00 | $ 40,806.91 |
| 01/03/11 | 10/01/10 – 10/31/10 | $20,097.50 | $ 17,836.83 | $20,097.50 | $ 17,836.83 |
| 01/10/11 | 11/01/10 – 11/30/10 | $26,878.50 | $ 17,017.37 | $26,878.50 | $ 17,017.37 |
| 01/20/11 | 12/01/10 – 12/31/10 | $32,680.50 | $ 29,439.50 | $32,680.50 | $ 29,439.50 |
| 03/23/11 | 01/01/11 – 01/31/11 | $45,590.00 | $ 61,293.16 | $45,590.00 | $ 61,293.16 |
| 04/18/11 | 02/01/11 – 02/28/11 | $53,632.50 | $ 58,854.35 | $53,632.50 | $ 58,854.35 |
| 06/08/11 | 03/01/11 – 03/31/11 | $45,136.00 | $ 20,666.02 | $45,136.00 | $ 20,666.02 |
| 07/05/11 | 04/01/11 – 04/30/11 | $33,802.00 | $  8,535.45 | $33,802.00 | $  8,535.45 |
| 07/25/11 | 05/01/11 – 05/31/11 | $35,735.00 | $ 12,671.90 | $35,735.00 | $ 12,671.90 |
| 08/16/11 | 06/01/11 – 06/30/11 | $52,297.00 | $ 33,074.69 | $52,297.00 | $ 33,074.69 |
| 11/08/11 | 07/01/11 – 07/31/11 | $43,173.00 | $ 29,268.15 | $43,173.00 | $ 29,268.15 |
| 11/28/11 | 08/01/11 – 08/31/11 | $29,135.00 | $ 12,255.39 | $29,135.00 | $ 12,255.39 |
| 01/04/12 | 09/01/11 – 09/30/11 | $28,898.50 | $ 12,655.93 | $28,898.50 | $ 12,655.93 |
| 01/09/12 | 10/01/11 – 10/31/11 | $24,330.50 | $ 23,635.47 | $24,330.50 | $ 23,635.47 |
| 01/24/12 | 11/01/11 – 11/30/11 | $27,299.00 | $ 29,166.17 | $27,299.00 | $ 29,166.17 |
| 02/03/12 | 12/01/11 – 12/31/11 | $22,302.50 | $ 10,672.35 | $22,302.50 | $ 10,672.35 |
| 03/27/12 | 01/01/12 – 01/31/12 | $31,535.00 | $ 26,054.67 | $31,535.00 | $ 26,054.67 |
| 05/15/12 | 02/01/12 – 02/29/12 | $36,760.00 | $ 22,602.70 | $36,760.00 | $ 22,602.70 |
| 06/05/12 | 03/01/12 – 03/31/12 | $45,953.50 | $ 21,044.01 | $45,953.50 | $19,604.81[26] |
| 07/09/12 | 04/01/12 – 04/30/12 | $28,293.50 | $ 20,240.71 | $28,293.50 | $20,240.71 |
| 07/27/12 | 05/01/12 – 05/31/12 | $39,166.00 | $ 17,350.80 | $39,166.00 | $17,350.80 |
| 09/10/12 | 06/01/12 – 06/30/12 | $29,994.00 | $ 19,581.77 | $28,593.00[27] | $19,581.77 |
| 10/15/12 | 07/01/12 – 07/31/12 | $34,306.00 | $ 33,798.27 | $34,306.00 | $24,189.97[28] |
| 10/23/12 | 08/01/12 – 08/31/12 | $31,143.50 | $ 16,165.96 | $31,143.50 | $16,165.96 |
| 11/27/12 | 09/01/12 – 09/30/12 | $24,954.50 | $  7,016.08 | $24,954.50 | $ 7,016.08 |

[26] In the Court's Order approving quarterly fee applications for the Forty-Fourth Period, the Court approved $68,262.18 for expenses which reflects a reduction of $1,439.20. For the purposes of this application, we have noted the reduction in the last month of that period.

[27] In the Court's Order approving quarterly fee applications for the Forty-Fifth Period, the Court approved $96,052.50 for fees which reflects a reduction of $1,401.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[28] In the Court's Order approving quarterly fee applications for the Forty-Sixth Period, the Court approved $47,372.01 for expenses which reflects a reduction of $9,608.30. For the purposes of this application, we have noted the reduction in the first month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 01/07/13 | 11/01/12 – 11/30/12 | $24,167.50 | $ 21,069.36 | $24,167.50 | $21,069.36 |
| 01/28/13 | 12/01/12 – 12/31/12 | $20,099.00 | $ 12,639.22 | $20,099.00 | $12,639.22 |
| 04/16/13 | 01/01/13 – 01/31/13 | $52,815.00 | $ 18,660.28 | $52,815.00 | $18,660.28 |
| 06/03/13 | 02/01/13 – 02/28/13 | $30,047.50 | $ 20,177.93 | $30,047.50 | $20,177.93 |
| 07/08/13 | 03/01/13 – 03/31/13 | $27,354.00 | $ 15,820.56 | $27,354.00 | $15,820.56 |
| 08/19/13 | 04/01/13 – 04/30/13 | $43,043.50 | $ 15,052.63 | $34,434.80 | $15,052.63 |
| 09/17/13 | 05/01/13 – 05/31/13 | $27,445.50 | $ 18,394.37 | $27,445.50 | $18,394.37 |
| 11/21/13 | 06/01/13 – 06/30/13 | $69,790.00 | $ 9,240.78 | $29,432.00 | $ 9,240.78 |
| 01/07/14 | 07/01/13 – 07/31/13 | $29,945.50 | $ 10,513.37 | $29,945.50 | $10,513.37 |
| 01/07/14 | 08/01/13 – 08/31/13 | $33,004.00 | $ 11,770.54 | $33,004.00 | $11,770.54 |
| 01/08/14 | 09/01/13 – 09/30/13 | $24,670.00 | $ 14,124.85 | $24,670.00 | $14,124.85 |
| 01/09/14 | 10/01/13 – 10/31/13 | $16,869.00 | $ 7,192.33 | $13,495.20 | $ 7,192.33 |
| 01/09/14 | 11/01/13 – 11/30/13 | $21,483.00 | $ 10,693.10 | $17,186.40 | $10,693.10 |
| 01/28/14 | 12/01/13 – 12/31/13 | $29,767.00 | $ 13,657.02 | $23,813.60 | $13,657.02 |
| 04/15/14 | 01/01/14 – 02/02/14 | $44,481.50 | $ 24,921.40 | Pending | Pending |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice; Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $995.00 | 2.00 | $ 1,990.00 |
| | | $975.00 | 3.50 | $ 3,412.50 |
| | | $955.00 | 6.30 | $ 6,016.50 |
| | | $895.00 | 3.90 | $ 3,490.50 |
| | | $855.00 | 6.60 | $ 5,643.00 |
| | | $825.00 | 2.60 | $ 2,145.00 |
| | | $795.00 | 2.00 | $ 1,590.00 |
| | | $775.00 | 7.90 | $ 6,122.50 |
| | | $750.00 | 14.60 | $ 10,950.00 |
| | | $675.00 | 4.60 | $ 3,105.00 |
| | | $595.00 | 27.10 | $ 16,124.50 |
| | | $560.00 | 5.50 | $ 3,080.00 |
| | | $550.00 | 65.30 | $ 35,915.00 |
| | | $455.00 | 81.30 | $ 36,900.50 |
| David J. Barton | Partner 2000; Member of CA Bar since 1981 | $795.00 | 1.00 | $ 795.00 |
| | | $695.00 | 0.20 | $ 139.00 |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $725.00 | 38.00 | $ 27,550.00 |
| | | $695.00 | 219.40 | $152,483.00 |
| | | $675.00 | 151.20 | $102,060.00 |
| | | $650.00 | 224.30 | $145,795.00 |
| | | $625.00 | 232.20 | $145,125.00 |
| | | $595.00 | 295.50 | $175,822.50 |
| | | $535.00 | 229.20 | $122,622.00 |
| | | $515.00 | 455.70 | $234,685.50 |
| | | $475.00 | 530.60 | $252,035.00 |
| | | $445.00 | 596.00 | $265,220.00 |
| | | $415.00 | 227.00 | $ 94,205.00 |
| | | $325.00 | 3.00 | $      975.00 |
| | | $267.50 | 25.00 | $   6,832.50 |
| | | $257.50 | 42.00 | $  10,815.00 |
| | | $237.50 | 22.00 | $   5,225.00 |
| | | $222.50 | 3.50 | $      778.75 |
| | | $207.50 | 5.00 | $   1,037.50 |
| Alan J. Kornfeld | Partner 1996; Member of CA Bar since 1987 | $625.00 | 6.40 | $   4,000.00 |
| | | $405.00 | 3.80 | $   1,539.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $625.00 | 2.60 | $   1,625.00 |
| | | $595.00 | 21.30 | $  12,673.50 |
| | | $575.00 | 28.30 | $  16,387.50 |
| | | $550.00 | 27.20 | $  14,960.00 |
| | | $515.00 | 22.90 | $  11,793.50 |
| | | $495.00 | 7.40 | $   3,619.00 |
| | | $475.00 | 2.50 | $   1,187.50 |
| | | $450.00 | 47.90 | $  21,555.00 |
| | | $395.00 | 26.60 | $  10,507.00 |
| | | $375.00 | 135.70 | $  50,887.50 |
| | | $325.00 | 34.50 | $  11,212.50 |
| Curtis A. Hehn | Partner 2006; Member of PA and NJ Bars since 1997; Member of DE Bar since 2002 | $595.00 | 1.80 | $   1,071.00 |
| | | $575.00 | 9.90 | $   5,692.50 |
| | | $375.00 | 14.90 | $   5,587.50 |
| | | $350.00 | 42.00 | $  14,700.00 |
| | | $320.00 | 4.90 | $   1,568.00 |
| Ira D. Kharasch | Partner 1987; Member of CA Bar since 1982 | $525.00 | 1.10 | $      577.50 |
| | | $495.00 | 2.50 | $   1,237.50 |
| | | $480.00 | 7.90 | $   3,792.00 |
| | | $445.00 | 2.90 | $   1,290.50 |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bruce Grohsgal | Partner 2003; Member of DE Bar since 1997; Member of PA Bar since 1984 | $475.00 | 2.70 | $ 1,282.50 |
| Gina F. Brandt | Of Counsel 2000; Member of CA Bar since 1976 | $525.00 | 23.30 | $ 12,232.50 |
| Kathleen P. Makowski | Of Counsel 2008; Member of PA Bar since 1996; Member of DE Bar since 1997 | $525.00 | 52.40 | $ 27,510.00 |
|  |  | $495.00 | 120.10 | $ 59,449.50 |
|  |  | $475.00 | 141.80 | $ 67,355.00 |
|  |  | $450.00 | 73.60 | $ 33,120.00 |
|  |  | $425.00 | 112.80 | $ 47,940.00 |
|  |  | $395.00 | 151.90 | $ 60,000.50 |
| Gillian N. Brown | Partner 2007; Member of CA Bar since 1999; Member of Washington, D.C. Bar since 2008 | $495.00 | 0.10 | $ 49.50 |
|  |  | $450.00 | 8.20 | $ 3,690.00 |
|  |  | $235.00 | 22.10 | $ 5,193.50 |
| Scotta E. McFarland | Of Counsel 2000; Member of CA Bar since 1993; Member of TX Bar since 1980; Member of DE Bar since 2002 | $495.00 | 0.10 | $ 49.50 |
|  |  | $450.00 | 1.10 | $ 495.00 |
|  |  | $425.00 | 52.90 | $ 22,482.50 |
|  |  | $415.00 | 31.80 | $ 13,197.00 |
|  |  | $395.00 | 76.20 | $ 30,099.00 |
| Michael R. Seidl | Partner 2003; Member of DE Bar since 2000; Member of Washington DC Bar since 1996 | $450.00 | 2.30 | $ 1,035.00 |
|  |  | $375.00 | 1.00 | $ 375.00 |
|  |  | $305.00 | 0.80 | $ 244.00 |
|  |  | $245.00 | 0.40 | $ 98.00 |
| Timothy P. Cairns | Partner 2012; Member of DE Bar since 2002 | $450.00 | 0.40 | $ 180.00 |
|  |  | $425.00 | 13.80 | $ 5,865.00 |
|  |  | $375.00 | 64.10 | $ 24,037.50 |
|  |  | $350.00 | 190.70 | $ 66,745.00 |
| Maria A. Bove | Of Counsel 2001; Member of NY Bar since 2001 | $450.00 | 0.50 | $ 225.00 |
| Rachel L. Werkheiser | Associate 2000; Member of DE Bar since 1998 | $395.00 | 8.10 | $ 3,199.50 |
|  |  | $295.00 | 4.20 | $ 1,239.00 |
|  |  | $260.00 | 3.50 | $ 910.00 |
|  |  | $225.00 | 2.20 | $ 495.00 |
| James K.T. Hunter | Of Counsel 1988; Member of CA Bar since 1976 | $390.00 | 15.30 | $ 5,967.00 |
| Harry D. Hochman | Of Counsel 1989; Member of CA Bar since 1987 | $380.00 | 0.50 | $ 190.00 |
| Mark M. Billion | Associate 2009; Member of NY Bar since 2007; Member of DE Bar since 2009 | $375.00 | 3.30 | $ 1,237.50 |
|  |  | $325.00 | 0.50 | $ 162.50 |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen G. Frye | Of Counsel 2001; Member of CA Bar since 1998 | $350.00 | 0.20 | $ 70.00 |
| Hamid R. Rafatjoo | Associate 2000; Member of CA Bar since 1995 | $330.00 | 30.40 | $ 10,032.00 |
|  |  | $295.00 | 95.65 | $ 28,216.75 |
| David W. Carickhoff | Associate 2000; Member of DE, PA and NJ Bars since 1998 | $320.00 | 962.20 | $307,904.00 |
|  |  | $300.00 | 95.90 | $ 28,770.00 |
|  |  | $280.00 | 743.10 | $208,068.00 |
|  |  | $245.00 | 326.70 | $ 80,041.50 |
|  |  | $160.00 | 25.80 | $ 4,128.00 |
|  |  | $150.00 | 6.00 | $ 900.00 |
|  |  | $140.00 | 20.40 | $ 2,856.00 |
| Rosalie L. Spelman | Of Counsel 2000; Member of DE Bar since 2001; Member of NY Bar since 1981 | $315.00 | 2.30 | $ 724.50 |
| Christopher J. Lhulier | Associate 2000; Member of DE Bar since 1999 | $295.00 | 1.80 | $ 531.00 |
|  |  | $225.00 | 0.30 | $ 67.50 |
| Sandra G.M. Selzer | Associate 2003; Member of DE Bar since 2002 | $295.00 | 4.90 | $ 1,445.50 |
|  |  | $255.00 | 5.90 | $ 1,504.50 |
| Kathe F. Finlayson | Paralegal 2000 | $295.00 | 25.90 | $ 7,640.50 |
|  |  | $275.00 | 11.70 | $ 3,217.50 |
|  |  | $255.00 | 0.90 | $ 229.50 |
|  |  | $235.00 | 1.60 | $ 376.00 |
|  |  | $225.00 | 1.70 | $ 382.50 |
|  |  | $205.00 | 0.40 | $ 82.00 |
|  |  | $190.00 | 2.30 | $ 437.00 |
|  |  | $165.00 | 1.40 | $ 231.00 |
|  |  | $120.00 | 2.10 | $ 252.00 |
| Margaret L. McGee | Paralegal 2007 | $295.00 | 11.30 | $ 3,333.50 |
|  |  | $275.00 | 13.20 | $ 3,630.00 |
|  |  | $245.00 | 208.70 | $ 51,131.50 |
|  |  | $220.00 | 231.10 | $ 50,842.00 |
|  |  | $210.00 | 206.90 | $ 43,449.00 |
|  |  | $190.00 | 345.20 | $ 65,588.00 |
|  |  | $175.00 | 177.70 | $ 31,097.50 |
| Monica Molitor | Paralegal 2009 | $295.00 | 3.80 | $ 1,121.00 |
|  |  | $275.00 | 0.80 | $ 220.00 |
|  |  | $235.00 | 0.90 | $ 211.50 |
|  |  | $225.00 | 26.00 | $ 5,850.00 |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Cheryl A. Knotts | Paralegal 2000 | $290.00 | 12.90 | $ 3,741.00 |
| | | $265.00 | 12.20 | $ 3,233.00 |
| | | $235.00 | 10.60 | $ 2,491.00 |
| | | $215.00 | 18.00 | $ 3,870.00 |
| | | $205.00 | 14.80 | $ 3,034.00 |
| | | $185.00 | 21.20 | $ 3,922.00 |
| | | $175.00 | 19.30 | $ 3,377.50 |
| | | $150.00 | 19.20 | $ 2,880.00 |
| | | $140.00 | 27.40 | $ 3,836.00 |
| | | $120.00 | 28.90 | $ 3,468.00 |
| | | $105.00 | 3.60 | $ 378.00 |
| Patricia E. Cuniff | Paralegal 2000 | $290.00 | 483.30 | $140,157.00 |
| | | $265.00 | 535.10 | $141,801.50 |
| | | $245.00 | 343.00 | $ 84,035.00 |
| | | $225.00 | 368.70 | $ 82,957.50 |
| | | $215.00 | 718.70 | $154,520.50 |
| | | $195.00 | 689.90 | $134,530.50 |
| | | $180.00 | 984.30 | $177,174.00 |
| | | $155.00 | 750.20 | $116,281.00 |
| | | $140.00 | 1,143.00 | $160,020.00 |
| | | $130.00 | 525.80 | $ 68,354.00 |
| | | $120.00 | 682.80 | $ 81,936.00 |
| | | $110.00 | 227.20 | $ 24,992.00 |
| | | $105.00 | 167.20 | $ 17,556.00 |
| Louise R. Tuschak | Paralegal 2000 | $265.00 | 1.60 | $ 424.00 |
| | | $245.00 | 9.30 | $ 2,278.50 |
| | | $225.00 | 7.20 | $ 1,620.00 |
| | | $210.00 | 16.90 | $ 3,633.50 |
| | | $195.00 | 8.30 | $ 1,618.50 |
| | | $180.00 | 56.10 | $ 9,956.00 |
| | | $155.00 | 39.20 | $ 6,076.00 |
| | | $145.00 | 23.60 | $ 3,422.00 |
| Kathleen M. DePhillips | Associate 2000; Member of DE Bar since 2002; Member of NJ Bar since 2000 | $245.00 | 0.70 | $ 171.50 |
| | | $225.00 | 2.80 | $ 630.00 |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience; Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karina K. Yee | Paralegal 2000 | $245.00 | 5.90 | $ 1,445.50 |
| | | $225.00 | 8.10 | $ 1,822.50 |
| | | $215.00 | 20.80 | $ 4,472.00 |
| | | $195.00 | 7.30 | $ 1,423.50 |
| | | $180.00 | 16.90 | $ 3,042.00 |
| | | $155.00 | 26.80 | $ 4,154.00 |
| | | $145.00 | 320.90 | $ 46,530.50 |
| | | $125.00 | 4.60 | $ 575.00 |
| | | $115.00 | 12.60 | $ 1,449.00 |
| Michael P. Migliore | Associate 2001; Member of PA Bar since 2002 | $235.00 | 0.80 | $ 188.00 |
| | | $215.00 | 1.00 | $ 215.00 |
| Paula A. Galbraith | Associate 2002; Member of IL Bar since 2000; Member of DE Bar since 2002 | $235.00 | 270.00 | $ 63,450.00 |
| | | $215.00 | 104.10 | $ 22,381.50 |
| Peter J. Duhig | Associate 2001; Member of DE Bar since 2001 | $225.00 | 0.80 | $ 180.00 |
| | | $195.00 | 2.20 | $ 429.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $215.00 | 8.70 | $ 1,870.50 |
| | | $195.00 | 118.00 | $ 23,094.00 |
| | | $185.00 | 147.90 | $ 27,361.50 |
| | | $175.00 | 251.00 | $ 43,925.00 |
| | | $150.00 | 238.70 | $ 35,805.00 |
| | | $125.00 | 262.50 | $ 32,812.50 |
| | | $105.00 | 270.70 | $ 28,423.50 |
| | | $ 90.00 | 434.50 | $ 39,105.00 |
| | | $ 80.00 | 403.90 | $ 32,312.00 |
| | | $ 70.00 | 600.35 | $ 42,024.50 |
| | | $ 65.00 | 42.80 | $ 2,782.00 |
| | | $ 50.00 | 43.80 | $ 2,190.00 |
| Charles J. Bouzoukis | Case Management Assistant 2001 | $195.00 | 2.50 | $ 487.50 |
| | | $185.00 | 1.00 | $ 185.00 |
| | | $165.00 | 1.40 | $ 231.00 |
| | | $140.00 | 1.00 | $ 140.00 |
| | | $115.00 | 19.90 | $ 2,288.50 |
| | | $ 95.00 | 6.00 | $ 570.00 |
| | | $ 80.00 | 22.30 | $ 1,784.00 |
| | | $ 70.00 | 18.10 | $ 1,267.00 |
| | | $ 60.00 | 17.30 | $ 1,038.00 |
| | | $ 55.00 | 10.90 | $ 599.50 |
| | | $ 40.00 | 7.90 | $ 316.00 |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Karen S. Neil | Case Management Assistant 2003 | $215.00 | 1.50 | $ 322.50 |
| | | $195.00 | 17.30 | $ 3,373.50 |
| | | $185.00 | 25.20 | $ 4,662.00 |
| | | $165.00 | 54.30 | $ 8,959.50 |
| | | $140.00 | 66.60 | $ 9,324.00 |
| | | $115.00 | 179.20 | $ 20,608.00 |
| | | $ 95.00 | 212.80 | $ 20,216.00 |
| | | $ 75.00 | 277.00 | $ 20,775.00 |
| | | $ 65.00 | 208.60 | $ 13,559.00 |
| | | $ 55.00 | 40.50 | $ 2,227.50 |
| | | $ 40.00 | 2.50 | $ 100.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $215.00 | 2.30 | $ 494.50 |
| | | $195.00 | 24.80 | $ 4,836.00 |
| | | $185.00 | 40.00 | $ 7,400.00 |
| | | $175.00 | 30.00 | $ 5,250.00 |
| | | $150.00 | 38.50 | $ 5,775.00 |
| | | $125.00 | 122.40 | $ 15,300.00 |
| Andrea R. Paul | Case Management Assistant 2001 | $185.00 | 1.00 | $ 185.00 |
| | | $165.00 | 1.10 | $ 181.50 |
| | | $ 95.00 | 6.50 | $ 617.50 |
| | | $ 80.00 | 7.00 | $ 560.00 |
| | | $ 70.00 | 7.00 | $ 490.00 |
| | | $ 60.00 | 17.50 | $ 1,050.00 |
| | | $ 55.00 | 116.60 | $ 6,413.00 |
| | | $ 40.00 | 68.90 | $ 2,756.00 |
| Dina K. Whaley | Case Management Assistant 2010 | $185.00 | 8.70 | $ 1,609.50 |
| | | $175.00 | 16.20 | $ 2,835.00 |
| | | $150.00 | 15.40 | $ 2,310.00 |
| Marlene S. Chappe | Paralegal 1997 | $175.00 | 2.80 | $ 490.00 |
| | | $150.00 | 50.60 | $ 7,590.00 |
| | | $135.00 | 48.70 | $ 6,574.50 |
| | | $125.00 | 9.60 | $ 1,200.00 |
| | | $115.00 | 2.30 | $ 264.50 |
| Rita M. Olivere | Case Management Assistant 2000 | $175.00 | 0.40 | $ 70.00 |
| | | $105.00 | 0.20 | $ 21.00 |
| | | $ 85.00 | 10.10 | $ 858.50 |
| | | $ 75.00 | 52.10 | $ 3,907.50 |
| | | $ 70.00 | 8.00 | $ 560.00 |
| | | $ 55.00 | 38.30 | $ 2,106.50 |
| | | $ 45.00 | 31.25 | $ 1,411.25 |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position; Prior Relevant Experience; Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Ida L. Lane | Case Management Assistant 2009 | $150.00 | 1.70 | $ 255.00 |
| | | $125.00 | 17.50 | $ 2,187.50 |
| Laurie A. Gilbert | Paralegal 1983 | $145.00 | 6.00 | $ 870.00 |
| | | $135.00 | 11.30 | $ 1,525.50 |
| | | $125.00 | 17.40 | $ 2,175.00 |
| Bruce D. Campbell | Paralegal 1995 | $140.00 | 7.20 | $ 1,008.00 |
| | | $130.00 | 0.60 | $ 78.00 |
| | | $120.00 | 3.20 | $ 384.00 |
| | | $105.00 | 1.60 | $ 168.00 |
| Timothy M. O'Brien | Paralegal 1997 | $135.00 | 2.00 | $ 270.00 |
| | | $120.00 | 0.30 | $ 36.00 |
| | | $110.00 | 1.10 | $ 121.00 |
| | | $105.00 | 4.75 | $ 498.75 |
| Camille E. Ennis | Paralegal 1997 | $120.00 | 0.90 | $ 108.00 |
| Amy L. Espinosa | Paralegal 1998 | $120.00 | 10.80 | $ 1,296.00 |
| | | $105.00 | 5.90 | $ 619.50 |
| Cherie L. Hare | Paralegal 1993 | $115.00 | 2.75 | $ 316.25 |
| Jorge Rojas | Paralegal 2002 | $110.00 | 1.30 | $ 143.00 |
| Donna C. Crossan | Case Management Assistant 2000 | $ 95.00 | 13.00 | $ 1,235.00 |
| | | $ 85.00 | 9.30 | $ 790.50 |
| | | $ 75.00 | 29.10 | $ 2,182.50 |
| | | $ 70.00 | 75.90 | $ 5,313.00 |
| | | $ 55.00 | 173.80 | $ 9,559.00 |
| | | $ 45.00 | 13.00 | $ 585.00 |
| Helen D. Martin | Case Management Assistant 2000 | $ 60.00 | 43.60 | $ 2,616.00 |
| | | $ 45.00 | 2.10 | $ 94.50 |
| Christina M. Shaeffer | Case Management Assistant 2001 | $ 60.00 | 350.70 | $ 21,042.00 |
| | | $ 55.00 | 101.90 | $ 5,604.50 |
| | | $ 40.00 | 149.30 | $ 5,972.00 |
| Author W. Cross | Case Management Assistant 2001 | $ 55.00 | 3.50 | $ 192.50 |
| | | $ 40.00 | 10.80 | $ 432.00 |
| Kenneth E. Ross | Case Management Assistant 2003 | $ 55.00 | 6.70 | $ 368.50 |
| | | $ 40.00 | 20.00 | $ 800.00 |
| Donna N. Morton | Case Management Assistant 2003 | $ 55.00 | 3.00 | $ 165.00 |
| | | $ 40.00 | 13.50 | $ 540.00 |
| Violet E. Mobley | Case Management Assistant 2000 | $ 50.00 | 45.10 | $ 2,255.00 |
| | | $ 30.00 | 21.40 | $ 912.00 |
| Kate A. Crossan | Case Management Assistant 2001 | $ 50.00 | 21.00 | $ 1,050.00 |
| April M. Tabor | Case Management Assistant 2001 | $ 50.00 | 21.60 | $ 1,080.00 |
| Jason M. Griffith | Case Management Assistant 2001 | $ 40.00 | 24.90 | $ 996.00 |

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Cassandra M. Giannone | Case Management Assistant 2001 | $ 40.00 | 3.50 | $ 140.00 |
| Andrew H. Seiler | Case Management Assistant 2001 | $ 40.00 | 3.10 | $ 124.00 |
| Melody J. Olsen | Case Management Assistant 2000 | $ 30.00 | 21.40 | $ 790.50 |
| Christine F. Sentman | Case Management Assistant 2000 | $ 30.00 | 5.00 | $ 150.00 |
| Ashley L. Grasty | Case Management Assistant 2001 | $ 30.00 | 42.60 | $ 1,278.00 |
| Brian Slough | Case Management Assistant 2001 | $ 30.00 | 2.00 | $ 60.00 |

**Total Fees:** $5,705,457.25
**Total Hours:** 23,664.85
**Blended Rate:** $ 241.09

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Analyze Debtor's Documents | 0.80 | $ 180.00 |
| Asset Analysis/Recovery | 9.10 | $ 2,054.00 |
| Asset Disposition | 164.80 | $ 57,252.00 |
| Appeals | 383.30 | $ 208,622.50 |
| Bankruptcy Litigation | 442.80 | $ 110,615.50 |
| Business Operation | 0.40 | $ 128.00 |
| Case Administration | 9,333.20 | $1,275,757.75 |
| Claims Admin./Objections | 229.70 | $ 45,908.00 |
| Compensation of Professional | 382.25 | $ 78,045.75 |
| Compensation of Prof./Others | 0.20 | $ 119.00 |
| Fee/Employment Application | 67.10 | $ 19,131.00 |
| WRG-Claim Analysis (Asbestos) | 1,619.00 | $ 535,287.50 |
| WRG-Claim Analysis (Non-Asbestos) | 424.90 | $ 139,088.50 |
| WRG-Employ App., Applicant | 3.30 | $ 732.00 |
| WRG-Employ. App., Others | 274.40 | $ 82,560.50 |
| Employee Benefit/Pension | 135.50 | $ 39,375.50 |
| Executory Contracts | 43.00 | $ 9,435.00 |
| WRG-Fee Apps., Applicant | 886.10 | $ 299,257.00 |
| WRG-Fee Applications, Others | 3,079.40 | $ 761,943.00 |
| Financial Filings | 63.50 | $ 15,557.00 |
| Financing | 72.20 | $ 27,558.50 |
| General Business Advice | 1.20 | $ 986.00 |
| General Creditors Committee | 0.40 | $ 94.00 |
| Hearing | 405.70 | $ 62,289.00 |
| Litigation & Litigation Consulting | 24.00 | $ 6,209.50 |
| Litigation (Non-Bankruptcy) | 4,069.20 | $1,353,147.00 |
| WRG Other | 0.70 | $ 154.50 |
| Meeting of Creditors | 21.60 | $ 6,744.00 |
| Non-Working Travel | 22.80 | $ 3,588.00 |
| Operations | 83.10 | $ 24,542.00 |
| Plan & Disclosure Statement | 1,006.10 | $ 432,700.50 |
| Retention of Professional | 129.30 | $ 29,433.50 |
| Retention of Prof./Others | 0.70 | $ 402.50 |
| Stay Litigation | 111.70 | $ 35,384.75 |
| Tax Issues | 10.80 | $ 3,018.50 |
| Travel | 109.50 | $ 24,610.00 |
| ZAI Science Trail | 51.40 | $ 13,046.50 |
| ZAI Science Trail - Exp | 1.70 | $ 499.00 |

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Fare | Travel Service Fee; US Airways; Southwest Airlines | $ 10,535.72 |
| Airport Parking | PHL | $ 96.00 |
| Attorney Service | Digital Legal Services Parcels | $ 3,866.00 |
| Auto Travel Expense | Eagle Transportation; Cab fare; Celebrity Limo; Boston Coach; DE Express; City Wide Transportation | $ 8,767.93 |
| Working Meals | Cavanaugh's; Grotto's Pizza; China Palace; Healy's Café; Zanzibar Blue Restaurant; Villa Pizza; Buca Di Beppo; TGI Fridays; Deep Blue; Corner Market; Quiznos; 821 Market; Omni Hotel; Washington Street Ale House; Exchange on the Market; Bean Bag; Urban Cafe; Guava Java; The Rodney Grill; Sugarfoot Fine Foods | $ 6,372.94 |
| CD Duplication | Hearing CD | $ 1,161.06 |
| Conference Call | Genesys Conferencing; AT&T Conference Call; CourtCall | $ 9,829.85 |
| Court Parking | PHL Parking | $ 11.00 |
| Delivery/Courier Service | Tristate; Parcels; Digital Legal; Worldwide Express; Kick-Out | $ 691,638.87 |
| Express Mail | DHL and Federal Express | $ 255,791.80 |
| Filing Fee | USBC; Parcels; USDC; US Court of Appeals | $ 6,788.56 |
| Fax Transmittal | Outgoing only | $ 222,553.40 |
| Guest Parking | Train Station; Philadelphia Parking | $ 50.00 |
| Hotel Expense | Hotel DuPont; Renaissance; Sheraton Square Hotel; Westin Hotel; Expedia; Omni Hotel | $ 7,544.41 |
| In House Attorney Service | | $ 1,590.00 |
| In House Messenger | | $ 345.00 |
| Miscellaneous | Formation Meeting Room; Aquipt Adio/Video Equipment; IKOD; Petty Cash | $ 3,463.69 |
| Outside Reproduction Expense | Digital Legal Services; USBC Audio CD Fee; Parcels; Legal Vision Consulting Group | $ 113,581.77 |
| Outside Services | Aquip-Visual equipment rental fee; Digital Legal Services; Parcels | $ 603,269.99 |
| Court Research | Pacer | $ 66,728.53 |
| Postage | US Mail; Digital Legal Services | $ 459,861.56 |
| Reproduction Expense | Business Express | $2,112,265.00 |
| Reproduction/ Scan Copy | | $ 35,652.50 |
| Research | | $ 220.26 |
| Recording Fee | Aquipt Inc. | $ 423.00 |

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Overtime | R. Stewart; V. Preston; T. Thompson; C. Miller; S. Rutigliano; V. Hutchinson; C. Neuberger; H. Walsh; M. Corcoran; L. Ellis; P. Broadwater; M. Santore | $ 17,453.64 |
| Telephone Expense | Verifone | $ 5,058.36 |
| Travel Expense | Eagle Transportation; Travel Service fee; Amtrak; Travel Agency Fee; PHL Parking; Petty cash | $ 2,185.44 |
| Transcript | Wilcox & Fetzer; J&J Transcribers; D. Doman; Writer's Cramp; Transcript Plus; Elaine M. Ryan; M. Ryan; Transcribers Limited; Jennifer Ryan Enslen; Donna Anders: Diaz Data Services; Perfect Pages; Veritext NY Reporting | $ 25,827.76 |
| Legal Research | Westlaw; Pacer;  Computer Rental (overhead use in ct); Lexis/Nexis | $ 20,900.00 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date:  May 5, 2014, at 4:00 p.m.** |
| | | **Hearing Date: To be scheduled** |

## FINAL APPLICATION
## OF PACHULSKI STANG ZIEHL & JONES LLP
## FOR COMPENSATION AND FOR REIMBURSEMENT OF
## EXPENSES FOR APRIL 2, 2001 THROUGH FEBRUARY 3, 2014

Pursuant to sections 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), and the Court's 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members', signed April 17, 2002 (the "Amended

Administrative Order"), amending the Court's 'Administrative Order Pursuant to Sections 105(a)

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals', entered May 3, 2001, the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J") hereby files this Final Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses for April 2, 2001 through February 3, 2014 (the "Final Fee Application").

By this Final Fee Application PSZ&J seeks the final allowance of compensation in the amount of $5,693,753.05 and reimbursement of actual and necessary expenses in the amount of $4,679,907.10 for a total of $10,373,660.15, or one hundred percent (100%) of all compensation and expense reimbursement requested, for the period April 2, 2001 through February 3, 2014 (the "Fee Period"), and payment of any unpaid portion of such fees and costs. In support of this Final Fee Application, PSZ&J respectfully represents as follows:

## Background

1.     On April 2, 2001, each of the Debtors (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, Debtors are continuing to operate their businesses and manage their properties and assets as debtors in possession. Since the Petition Date, the U.S. Trustee has appointed the following creditors' committees: Official Committee of Unsecured Creditors, Official Committee of Asbestos Personal Injury Claimants, and Official Committee of Asbestos Property Damage Claimants (collectively, the "Committees"). No trustee has been appointed in Debtors' Chapter 11 cases.

2.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.    On April 2, 2001, the Court entered its order that Debtors' chapter 11 cases be consolidated for procedural purposes only and administered jointly.

4.    By this Court's order dated May 3, 2001, Debtors were authorized to retain PSZ&J as their counsel, effective as of the respective petition dates, with regard to the filing and prosecution of their Chapter 11 cases, and all related matters (the "Retention Order"). The Retention Order authorizes Debtors to compensate PSZ&J at PSZ&J's hourly rates charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.    On May 3, 2001, the Court entered an Administrative Order establishing procedures for interim compensation and reimbursement of expenses of professionals. That order was amended by the Amended Administrative Order, signed on April 17, 2002. Pursuant to the procedures set forth in the Administrative Order and the Amended Administrative Order, professionals may request monthly compensation and reimbursement, and interested parties may object to such requests. If no interested party objects to a professional's request within twenty (20) days, the applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of the fees requested and 100% of the expenses requested, subject to the filing and approval of interim and

final fee applications of the professional.  The professional is also to file a quarterly interim fee application.

### Monthly Fee Applications Covered Herein

6.    Prior to the filing of this Final Fee Application, monthly fee applications for the time period April 2, 2001 through February 3, 2014 had been filed with the Court. Attached hereto as <u>Exhibits A</u> through <u>D</u> are copies of the monthly fee applications filed by PSZ&J in the Debtors' cases which have not yet been approved by the Court.

7.    The monthly fee applications covered by this Final Fee Application contain detailed daily time logs describing the actual and necessary services provided by PSZ&J during the Fee Period as well as other detailed information required to be included in fee applications.

### Requested Relief

8.    By this Final Fee Application, PSZ&J requests that the Court approve the final allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by PSZ&J from April 2, 2001 through February 3, 2014, and payment of any unpaid portion of such fees and costs.  As stated above, the full scope of the services provided and the related expenses incurred are fully described in the monthly fee applications for the Fee Period that already have been filed with the Court.  To the extent that PSZ&J has incurred fees and expenses in addition to the foregoing, PSZ&J reserves the right, and respectfully requests that the Court authorize PSZ&J, to file a supplemental fee application(s) by following the interim compensation procedures set forth in the Administrative

Order and Amended Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any supplemental fee application.

9.    At all relevant times, PSZ&J has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors or the Committee.

10.    All services for which compensation is requested by PSZ&J were performed for or on behalf of the Debtors and not on behalf of any committee, creditor or other person.

11.    PSZ&J has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Final Fee Application.  There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases.

12.    The professional services and related expenses for which PSZ&J requests final allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of PSZ&J's professional responsibilities as attorneys for the Debtors in these chapter 11 cases.  PSZ&J's services have been necessary and beneficial to the Debtors and their estates, creditors and other parties in interest.

13.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the

requirements of Del. Bankr. LR 2016-2 and the Administrative Order and Amended

Administrative Order and believes that this Final Fee Application complies with such Rule and

Orders.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order,

substantially in the form attached hereto, providing that, for the period of April 2, 2001 through

February 3, 2014, a final allowance be made to PSZ&J in the sum of $5,693,753.05 as

compensation for reasonable and necessary professional services rendered to Debtors and in the

sum of $4,679,907.10 for reimbursement of actual and necessary costs and expenses incurred,

for a total of $10,373,660.15, that Debtors be authorized and directed to pay to PSZ&J the

outstanding amount of such sums; and for such other and further relief as this Court deems

proper.

Dated:  April _15_, 2014                PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

## VERIFICATION

STATE OF DELAWARE     :
                      :
COUNTY OF NEW CASTLE  :

Laura Davis Jones, after being duly sworn according to law, deposes and says:

a)    I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones

LLP, and have been admitted to appear before this Court.

b)    I am familiar with the other work performed on behalf of the Debtors by

the lawyers and paraprofessionals of PSZ&J.

c)    I have reviewed the foregoing Application and the facts set forth therein

are true and correct to the best of my knowledge, information and belief.  Moreover, I have

reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C.

§§105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members, signed April

17, 2002, and submit that the Application substantially complies with such Rule and Order.

Laura Davis Jones

SWORN AND SUBSCRIBED
before me this 15 day of April. , 2014.

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

Notary Public
My Commission Expires: