## EXHIBIT A

## January Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at docket # 31751 under Case No. 01-01139.  Also available upon request from Grant Thornton LLP.

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,1 | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 10, 2014 |
| | ) | |

**SUMMARY APPLICATION OF GRANT THORNTON, LLP, FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS TAX AND ACCOUNTING ADVISORS TO
W. R. GRACE & CO., ET AL., FOR THE MONTHLY <u>INTERIM PERIOD FROM JANUARY 1, 2014,
THROUGH JANUARY 31, 2014</u>**

| | |
|---|---|
| Name of Applicant: | <u>Grant Thornton LLP</u> |
| Authorized to Provide Professional Services to: | <u>W. R. Grace & Co., et al., Debtors and Debtors-in-Possession</u> |
| Date of Retention: | <u>Retention Order entered August 14, 2012, effective as of August 14, 2012</u> |
| Period for which compensation and reimbursement is sought: | <u>January 1, 2014 to January 31, 2014</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$ 20,201.50</u> |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$ 0.00</u> |

---

1  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Docket No. 31751
Date  2-18-14

This is an X monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately 2.0 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $750.00.

This is the monthly application of Grant Thornton, LLP ("Grant Thornton") for interim compensation of services for the interim fee period January 1, 2014 through January 31, 2014.  The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| September 7, 2012 | Jul. 1-31, 2012 | $87,581.00 | $9,776.15 | Approved | Approved |
| October 11, 2012 | Aug. 1-31, 2012 | $243,006.50 | $16,344.34 | Approved | Approved |
| December 2, 2012 | Sep. 1-30, 2012 | $180,217.00 | $15,482.84 | Approved | Approved |
| April 2, 2013 | Oct. 1-30, 2012 | $60,437.50 | $1,081.86 | Approved | Approved |
| April 23, 2013 | Nov. 1-30, 2012 | $0.00 | $2,043.47 | Approved | Approved |
| May 14, 2013 | Dec. 1-31, 2012 | $0.00 | $59.00 | Approved | Approved |
| August 5, 2013 | Jan. 1-31, 2013 | $14,070.00 | $0.00 | Approved | Approved |
| August 7, 2013 | Feb. 1-28, 2013 | $5,930.00 | $0.00 | Approved | Approved |
| October 24, 2013 | Aug. 1-31, 2013 | $35,400.00 | 2,414.09 | Pending | Pending |
| February 18, 2014 | Jan. 1-31, 2014 | $20,201.50 | $0.00 | Pending | Pending |

The following Grant Thornton professionals rendered professional services in these cases during the Fee Period:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark M. Andrus | Regional Partner | 2014 | CSFTS | $700.00 | 0.5 | $350.00 |
| Daniel A. Lynes | Manager | 2014 | CSFTS | $400.00 | 4.5 | $1,800.00 |
| Andrew D. Stargel | Tax Associate | 2014 | CSFTS | $265.00 | 35.1 | $9,301.50 |
| Catherine Elizabeth Wagner Ely | Senior Associate | 2014 | CSFTS | $350.00 | 25.0 | $8,750.00 |
| Totals | | | | | 65.1 | $20,201.50 |

There are no paraprofessionals of Grant Thornton who rendered professional services in these cases during the Fee Period that have charged fees to the Debtors.

Grand Total for Fees:         $20,201.50

Grand Total for Expenses:    $0.00

### COMPENSATION BY MATTER SUMMARY

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 18 | R&D Study | 65.1 | $20,201.50 |
| **Totals for Matters** | | **65.1** | **$20,201.50** |

This fee application relates to a new Statement of Work, which the debtor has engaged Grant Thornton to provide additional tax services. Grant Thornton is requesting actual payment of fees (80% on the monthly fee application, and the remaining 20% on the quarterly fee application).

WHEREFORE, Grant Thornton respectfully requests (a) that an allowance be made to it, as fully described above for: (i) 80% of the amount of $20,201.50 for reasonable and necessary professional services Grant Thornton has rendered to the Debtors during the Fee Period ($16,161.20); and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by Grant Thornton during the Fee Period ($0.00); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated: February 18, 2014February 17, 2014

Respectfully submitted,

Grant Thornton, LLP

Mark A. Margulies
_____

Mark A. Margulies

Grant Thornton, LLP
1301 International Parkway, Suite 300
Fort Lauderdale, FL 33323
(954) 768-9900

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                      )     Chapter 11

                          )

W. R. GRACE & CO., et al.,[2]   )     Case No. 01-01139 (JKF)

                          )     (Jointly Administered)

                          )

         Debtors.      )     Objection Deadline: March 10, 2014

                          )

### FEE AND EXPENSE DETAIL FOR GRANT THORNTON, LLP, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS TAX AND ACCOUNTING ADVISORS TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY <u>INTERIM PERIOD FROM JANUARY 1, 2014 THROUGH JANUARY 31, 2014</u>

### <u>Compensation by Matter Summary</u>

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 18 | R&D Study | 65.1 | $20,201.50 |
| **Totals for Matters** | | **65.1** | **$20,201.50** |

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A

**January 2014 Fee Detail**

**Matter 18**                                   R&D Study

| Professional | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Stargel, Andrew L | 1/14/2014 | Began initial document gathering and organization for Ebullated Bed Catalyst Business Component Analysis (.9) | 0.9 | $265.00 | $238.50 |
| Stargel, Andrew L | 1/15/2014 | Prepared the Ebullated Bed Catalyst business component analysis (5.0) | 5 | $265.00 | $1,325.00 |
| Stargel, Andrew L | 1/16/2014 | Gathered and organized client provided documentation for High Activity Catalyst and HOP business component analysis (2.20). Began write up of High Activity Catalyst BCA (4.5). Follow up with Wagner on project status (.3) | 7 | $265.00 | $1,855.00 |
| Ely, Catherine Elizabeth Wagne | 1/20/2014 | drafting 2012 memos related to the Chicago facility(5.0) | 5 | $350.00 | $1,750.00 |
| Stargel, Andrew L | 1/20/2014 | Initial analysis of additional Ebullated Bed catalyst documentation, edited the BCA as needed (.8) | 0.8 | $265.00 | $212.00 |
| Ely, Catherine Elizabeth Wagne | 1/21/2014 | Internal team meeting with Lynes and Wagner (1.0), drafting 2012 memos related to the Chicago facility(4.0) | 5 | $350.00 | $1,750.00 |
| Stargel, Andrew L | 1/21/2014 | Internal team meeting with Lynes and Wagner (1.0), uploaded completed EB BCA to symphony and organized files accordingly (.2) | 1.2 | $265.00 | $318.00 |
| Ely, Catherine Elizabeth Wagne | 1/22/2014 | drafting 2012 memos related to the Chicago facility(3.0), reviewing Stargel's memos (1.0) | 4 | $350.00 | $1,400.00 |
| Lynes, Daniel A. | 1/22/2014 | Multiple discussions with Wagner of GT regarding the status of the 2009 and 2010 R&D tax credit memos (0.8 hours). | 0.8 | $400.00 | $320.00 |
| Stargel, Andrew L | 1/22/2014 | Completed High Activity Catalyst Memorandum (1.2), began HOP business component analysis (3.0). | 4.2 | $265.00 | $1,113.00 |
| Ely, Catherine Elizabeth Wagne | 1/23/2014 | reviewing Stargel's draft memos (3.0), completing Chicago facility memos (1.0) | 4 | $350.00 | $1,400.00 |
| Stargel, Andrew L | 1/23/2014 | Completed HOP catalyst BCA (3.0) | 3 | $265.00 | $795.00 |

| Name | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| Ely, Catherine Elizabeth Wagne | 1/24/2014 | sent Chicago memos to Lynes to review and clear comments (2.0), explain to Stargel about the deliverable (.5), drafting Chicago facility memos (1.5) | 4 | $350.00 | $1,400.00 |
| Lynes, Daniel A. | 1/24/2014 | Review of 2009 and 2010 R&D project write-ups (3.70 hours). | 3.7 | $400.00 | $1,480.00 |
| Stargel, Andrew L | 1/24/2014 | Cleared revision comments for Ebullated Bed (1.5) and High Activity Catalyst (1.5), updated business component analyses (2.0). | 5 | $265.00 | $1,325.00 |
| Andrus, Mark M | 1/28/2014 | Review of R&D Analysis (.5) | 0.5 | $700.00 | $350.00 |
| Stargel, Andrew L | 1/29/2014 | Performed initial data gathering and documentation analysis for Hyrocracking BCA (2.3), organized and uploaded all documentation to symphony (.70). | 3 | $265.00 | $795.00 |
| Ely, Catherine Elizabeth Wagne | 1/30/2014 | review Stargel's memos (1.5), clear Lynes comments (1.0), discussion with Levin about project status (.5) | 3 | $350.00 | $1,050.00 |
| Stargel, Andrew L | 1/30/2014 | Began write up for hydrocracking business component analysis (2.3). | 2.3 | $265.00 | $609.50 |
| Stargel, Andrew L | 1/31/2014 | Completed write up for hydrocracking business component analysis (2.7) | 2.7 | $265.00 | $715.50 |
|  |  |  | **65.1** |  | **$20,201.50** |

**Total**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re:                                    )      Chapter 11
                                          )
W. R. GRACE & CO., et al.,[1]             )      Case No. 01-1139 (KJC)
                                          )
                        Debtors.          )

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                         )SS
COUNTY OF NEW CASTLE     )

      Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors, in

the above-captioned action, and that on the 18th day of February, 2014, she caused a copy of the

following document to be served upon the attached service list in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCS_DE:181336.67 91100/001

**SUMMARY APPLICATION OF GRANT THORNTON LLP, FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS TAX AND
ACCOUNTING ADVISORS TO W. R. GRACE & CO., ET AL., FOR THE
MONTHLY INTERIM PERIOD FROM JANUARY 1, 2014 THROUGH
JANUARY 31, 2014**

Patricia E. Cuniff

SWORN TO AND SUBSCRIBED before
me this 18th day of February, 2014

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

Notary Public
My Commission Expires: _____

2

Grace Monthly Fee Application Service List
Case No. 01-1139 (KJC)
Doc. No. 45804v5
02 – Federal Express
21 - E-Mail


**Federal Express and E-mail:**
**richard.finke@grace.com**
(Debtors)
Richard C. Finke, Esquire
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Federal Express and E-mail:**
**feeaudit@whsmithlaw.com**
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

**Email: Richard.Schepacarter@usdoj.gov**
(Trustee)
Office of the United States Trustee
Richard L. Schepacarter
Trial Attorney
U.S. Department of Justice
844 King Street, Suite 2311
Wilmington, DE 19801

**E-mail: joneill@pszjlaw.com**
(Co-Counsel for the Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)

**E-mail: mlastowski@duanemorris.com**
(Counsel for the Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, 16th Floor
Wilmington, DE 19801

**E-mail: mjoseph@ferryjoseph.com**
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**E-mail: mhurford@camlev.com**
(Counsel to the Official Committee of
Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**E-mail: tcurrier@saul.com**
(Counsel to the Official Committee of
Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

**E-mail: jcp@pgslaw.com**
(Co-Counsel to Roger Frankel, Personal
Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE 19806

E-mail: **khill@svglaw.com**
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

E-mail: **john.donley@kirkland.com**
**adam.paul@kirkland.com**
(Co-Counsel for the Debtors)
John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

E-mail: **rhiggins@rogerhigginslaw.com**
(Co-Counsel for the Debtors)
Roger Higgins, Esquire
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823

E-mail: **david.heller@lw.com**
(Co-Counsel to the debtor-in-possession
lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

E-mail: **DiMassa@duanemorris.com**
(Counsel for the Official Committee of
Unsecured Creditors)
Rudolph J. DiMassa, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

E-mail: **mmagzamen@stroock.com**
(Counsel for the Official Committee of
Unsecured Creditors)
Michael Magzamen, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

E-mail: **sbaena@bilzin.com**
(Counsel to the Official Committee of
Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

E-mail: **ei@capdale.com**
(Counsel to the Official Committee of
Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

E-mail: **pbentley@kramerlevin.com**
(Counsel to the Official Committee of
Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

E-mail: **rfrankel@frankelwyron.com**
(Co-Counsel Personal Injury Future
Claimant's Representative)
Roger Frankel, Esquire
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC 20037

**E-mail: arich@alanrichlaw.com**
(Co-Counsel to the Hon. Alexander M.
Sanders, Jr., Property Damages Future
Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX  75270