**EXHIBIT A**

# Blackstone Advisory Partners L.P.

April 15, 2014

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly Fee for the period of October 1, 2013 through October 31, 2013: | | $ | 25,000.00 |

Out-of-pocket expenses processed for the period through October 31, 2013: [1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 719.34 | |
| Meals | | 444.72 | |
| Research | | 9.00 | 1,173.06 |
| Subtotal | | | 26,173.06 |
| Less: Payment Received | | | (21,173.06) |
| **Total Amount Due** | | $ | **5,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice No. 1916**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**

| | GL Detail Oct-13 | | Total Expenses | |
|---|---|---|---|---|
| Ground Transportation - Local Travel | $ | 35.70 | $ | 35.70 |
| Ground Transportation - Out-Of-Town Travel | | 19.64 | | 19.64 |
| Ground Transportation - Railroad | | 664.00 | | 664.00 |
| Meals with Client | | 355.96 | | 355.96 |
| Employee Meals | | 88.76 | | 88.76 |
| External Research - Online Database | | 9.00 | | 9.00 |
| **Total Expenses** | $ | **1,173.06** | $ | **1,173.06** |
| | | | | |
| **Ground Transportation** | | | $ | 719.34 |
| **Meals** | | | | 444.72 |
| **Research** | | | | 9.00 |
| | | | | |
| **Total** | | | $ | **1,173.06** |

W. R. Grace & Co.
Detail of Expenses Processed
Through October 31, 2013
Invoice No. 1916

**Ground Transportation - Local Travel**

| | | | | |
|---|---|---|---|---|
| Federsinger (weeknight taxi home from Blackstone after working late) | 09/23/13 | 10.50 | | |
| Schlesinger (taxi to New York Penn Station from Blackstone) | 06/17/13 | 25.20 | | |
| Subtotal - Ground Transportation - Local Travel | | | $ | 35.70 |

**Ground Transportation - Out-Of-Town Travel**

| | | | |
|---|---|---|---|
| Schlesinger (taxi to from train station from Court hearing in Philadelphia, PA) | 06/17/13 | 7.96 | |
| Schlesinger (taxi to Court hearing from train station in Philadelphia, PA) | 06/17/13 | 11.68 | |
| Subtotal - Ground Transportation - Out-Of-Town Travel | | | 19.64 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| O'Connell (travel agency fee for booking of round trip flight to/from Philadelphia, PA from/to Stamford, CT on 06/17/13) | 06/14/13 | 40.00 | |
| O'Connell (round trip train travel to/from Philadelphia, PA from/to Stamford, CT) | 06/17/13 | 325.00 | |
| Schlesinger (travel agency fee for booking of round trip flight to/from Philadelphia, PA from/to New York, NY on 06/17/13) | 06/14/13 | 40.00 | |
| Schlesinger (round trip train travel to/from Philadelphia, PA from/to New York, NY) | 06/17/13 | 259.00 | |
| Subtotal - Ground Transportation - Railroad | | | 664.00 |

**Meals with Clients**

| | | | |
|---|---|---|---|
| Schlesinger (catered meal for 8 people during client meeting held @ Blackstone) | 07/16/13 | 355.96 | |
| Subtotal - Meals with Clients | | | 355.96 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Federbush (weeknight working dinner meal @ Blackstone while working late) | 09/24/13 | 27.53 | |
| Federbush (weeknight working dinner meal @ Blackstone while working late) | 09/23/13 | 31.22 | |
| Schlesinger (working lunch meal while traveling) | 06/17/13 | 18.95 | |
| O'Connell (working lunch meal while traveling) | 06/17/13 | 11.06 | |
| Subtotal - Employee Meals | | | 88.76 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved documents from Court docket via P.A.C.E.R.) | 07/03/13 | 9.00 | |
| Subtotal - External Research - Online Database | | | 9.00 |

| | | | |
|---|---|---|---|
| Total Expenses | | $ | 1,173.06 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professionals | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 5.3 |
| Adam Schlesinger | Associate | 25.1 |
| Justin Federbush | Analyst | 19.0 |
| **Total** | | **49.4** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/02/13 | 1.0 | Business Analysis | Review bank debt interest calculation |
| Adam Schlesinger | 10/02/13 | 0.6 | Business Analysis | DPO covenant review |
| Jamie O'Connell | 10/02/13 | 0.4 | Business Analysis | Meeting with management to discuss business matter |
| Jamie O'Connell | 10/02/13 | 0.2 | Business Analysis | Call with counsel regarding business matter |
| Justin Federbush | 10/02/13 | 0.5 | Business Analysis | Bank Debt Interest Calculation |
| Adam Schlesinger | 10/04/13 | 1.0 | Business Analysis | Review emergence analyses |
| Jamie O'Connell | 10/04/13 | 0.2 | Business Analysis | Meeting with J. Federbush regarding financial analysis |
| Justin Federbush | 10/04/13 | 0.2 | Business Analysis | Meeting with J. O'Connell regarding financial analysis |
| Justin Federbush | 10/04/13 | 1.0 | Business Analysis | Sources & Uses Analysis |
| Adam Schlesinger | 10/08/13 | 0.5 | Business Analysis | Review emergence analyses |
| Jamie O'Connell | 10/10/13 | 0.2 | Business Analysis | Correspondence with management regarding business matter |
| Jamie O'Connell | 10/11/13 | 1.0 | Business Analysis | Correspondence and calls with management and advisors regarding business matter |
| Jamie O'Connell | 10/14/13 | 0.1 | Business Analysis | Correspondence to management regarding business matter |
| Jamie O'Connell | 10/14/13 | 0.3 | Business Analysis | Correspondence to financial advisors regarding business matter |
| Adam Schlesinger | 10/15/13 | 0.2 | Business Analysis | Call with Management regarding financial model |
| Justin Federbush | 10/15/13 | 0.2 | Business Analysis | Call with Management regarding financial model |
| Adam Schlesinger | 10/16/13 | 1.5 | Business Analysis | Review financial model |
| Adam Schlesinger | 10/22/13 | 1.0 | Business Analysis | Review financial model |
| Adam Schlesinger | 10/23/13 | 1.0 | Business Analysis | Review financial model |
| Justin Federbush | 10/24/13 | 2.0 | Business Analysis | Editing financial model |
| Justin Federbush | 10/24/13 | 2.0 | Business Analysis | Editing financial model |
| Adam Schlesinger | 10/25/13 | 2.0 | Business Analysis | Review financial model |
| Justin Federbush | 10/25/13 | 2.0 | Business Analysis | Editing financial model |
| Adam Schlesinger | 10/26/13 | 0.5 | Business Analysis | Review financial model |
| Justin Federbush | 10/29/13 | 1.0 | Business Analysis | Editing financial model |
| Justin Federbush | 10/30/13 | 0.5 | Business Analysis | Editing financial model |
| Adam Schlesinger | 10/31/13 | 0.5 | Business Analysis | Review financial model |
| Justin Federbush | 10/31/13 | 0.5 | Business Analysis | Editing financial model |
| | | 22.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/01/13 | 0.3 | Case Administration | Meeting with J. O'Connell to discuss various matters |
| Jamie O'Connell | 10/01/13 | 0.3 | Case Administration | Meeting with A. Schlesinger to discuss various matters |
| Adam Schlesinger | 10/28/13 | 1.5 | Case Administration | Review emergence checklist |
| Adam Schlesinger | 10/28/13 | 1.5 | Case Administration | Conference call with management and counsel |
| Jamie O'Connell | 10/28/13 | 1.5 | Case Administration | Conference call with management and counsel |
| Justin Federbush | 10/28/13 | 1.5 | Case Administration | Conference call with management and counsel |
| Adam Schlesinger | 10/29/13 | 1.5 | Case Administration | Review emergence checklist |
| Adam Schlesinger | 10/30/13 | 1.0 | Case Administration | Review draft motions |
| Jamie O'Connell | 10/30/13 | 0.6 | Case Administration | Calls with management and counsel regarding various matters |
| Justin Federbush | 10/30/13 | 0.6 | Case Administration | Calls with management and counsel regarding various matters |
| Jamie O'Connell | 10/31/13 | 0.5 | Case Administration | Review of analysis and related correspondence |
| | | 10.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/03/13 | 0.7 | Claims Analysis Objection/Resolution | Call with counsel regarding claims |
| Adam Schlesinger | 10/03/13 | 0.6 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Adam Schlesinger | 10/03/13 | 0.8 | Claims Analysis Objection/Resolution | Review of documents regarding claims |
| Adam Schlesinger | 10/04/13 | 0.5 | Claims Analysis Objection/Resolution | Call with counsel regarding claims |
| Adam Schlesinger | 10/10/13 | 0.3 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 10/10/13 | 0.3 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Adam Schlesinger | 10/11/13 | 0.9 | Claims Analysis Objection/Resolution | Review draft funds flow memorandum |
| Adam Schlesinger | 10/15/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 10/15/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Adam Schlesinger | 10/22/13 | 0.5 | Claims Analysis Objection/Resolution | Review draft funds flow memorandum |
| Adam Schlesinger | 10/22/13 | 0.3 | Claims Analysis Objection/Resolution | Call with counsel regarding draft funds flow memorandum |
| Adam Schlesinger | 10/23/13 | 0.3 | Claims Analysis Objection/Resolution | Edit draft funds flow memorandum |
| Adam Schlesinger | 10/24/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 10/24/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 10/24/13 | 2.0 | Claims Analysis Objection/Resolution | Claims Analysis - Interest Calculations |
| Justin Federbush | 10/28/13 | 1.0 | Claims Analysis Objection/Resolution | Claims Analysis - Interest Calculations |
| Adam Schlesinger | 10/31/13 | 0.5 | Claims Analysis Objection/Resolution | Review open claims |
| Adam Schlesinger | 10/31/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 10/31/13 | 1.0 | Claims Analysis Objection/Resolution | Claims Analysis - Interest Calculations |
| Justin Federbush | 10/31/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| | | **12.7** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/01/13 | 0.4 | Committee | Communication with committees regarding business matter |
| Adam Schlesinger | 10/01/13 | 1.0 | Committee | Review senior-subordinated spreads analysis |
| | | 1.4 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/04/13 | 0.5 | Fee Applications | Review draft fee application |
| Adam Schlesinger | 10/31/13 | 0.4 | Fee Applications | Review draft fee application |
| | | 0.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 10/21/13 | 0.3 | Financing | Review financing analysis |
| | | 0.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Justin Federbush | 10/01/13 | 0.2 | Other | Flow of Funds Memo |
| Justin Federbush | 10/30/13 | 1.0 | Other | Creating timeline for emergence tasks |
| | | 1.2 | | |

# Blackstone Advisory Partners L.P.

April 15, 2014

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly Fee for the period of November 1, 2013 through November 30, 2013:     $     125,000.00

Out-of-pocket expenses processed for the period through November 30, 2013: [1]

| | | | |
|---|---|---|---|
| Document Production | $ | 7.70 | |
| Research | | 21.20 | 28.90 |
| Subtotal | | | 125,028.90 |
| Less: Payment Received | | | (100,026.20) |
| **Total Amount Due** | | $ | **25,002.70** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice No. 1915**

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**

|  | GL Detail Nov-13 | | Total Expenses | |
| --- | --- | --- | --- | --- |
| Document Production | $ | 7.70 | $ | 7.70 |
| External Research - Online Database | | 21.20 | | 21.20 |
| **Total Expenses** | $ | **28.90** | $ | **28.90** |

| | | | |
| --- | --- | --- | --- |
| **Document Production** | | $ | 7.70 |
| **Research** | | | 21.20 |
| **Total Expenses** | | $ | 28.90 |

W. R. Grace & Co.
Detail of Expenses Processed
Through November 30, 2013
Invoice No. 1915

**Document Production**

| | | | |
|---|---|---|---|
| O'Connell (70 black & white photocopies calculated @ a rate of $0.10 per page) | 10/14/13 - 10/20/13 | 7.70 | |
| | Subtotal - Document Production | $ | 7.70 |

**External Research - Online Database**

| | | | |
|---|---|---|---|
| de Almeida (retrieved court document from Court docket via PACER) | 08/16/13 | 3.00 | |
| de Almeida (retrieved court document from Court docket via PACER) | 08/07/13 | 8.70 | |
| de Almeida (retrieved court document from Court docket via PACER) | 09/03/13 | 4.30 | |
| de Almeida (retrieved court document from Court docket via PACER) | 09/24/13 | 5.20 | |
| | Subtotal - External Research - Online Database | | 21.20 |
| | Total Expenses | $ | 28.90 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| Professionals | Title | Hours |
|---|---|---|
| Jamie O'Connell | Managing Director | 9.1 |
| Adam Schlesinger | Associate | 75.3 |
| Justin Federbush | Analyst | 73.0 |
| | **Total** | **157.4** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Justin Federbush | 11/05/13 | 1.0 | Business Analysis | Bank Debt Pricing Analysis |
| Jamie O'Connell | 11/08/13 | 0.5 | Business Analysis | Calls regarding business matter |
| Jamie O'Connell | 11/10/13 | 0.3 | Business Analysis | Call regarding business matter |
| Adam Schlesinger | 11/11/13 | 1.0 | Business Analysis | Calls with management and counsel regarding various matters |
| Jamie O'Connell | 11/11/13 | 1.0 | Business Analysis | Calls with management and counsel regarding various matters |
| Justin Federbush | 11/11/13 | 1.0 | Business Analysis | Calls with management and counsel regarding various matters |
| Justin Federbush | 11/11/13 | 2.5 | Business Analysis | Editing Bank Model |
| Adam Schlesinger | 11/12/13 | 0.8 | Business Analysis | Calls with management and counsel regarding various matters |
| Adam Schlesinger | 11/12/13 | 1.0 | Business Analysis | Editing Bank Model |
| Justin Federbush | 11/12/13 | 3.0 | Business Analysis | Editing Bank Model |
| Adam Schlesinger | 11/13/13 | 2.5 | Business Analysis | Editing Bank Model |
| Adam Schlesinger | 11/13/13 | 0.5 | Business Analysis | Call with management to discuss financial model |
| Adam Schlesinger | 11/13/13 | 3.0 | Business Analysis | Debt trading analysis |
| Justin Federbush | 11/13/13 | 3.0 | Business Analysis | Editing Bank Model |
| Justin Federbush | 11/13/13 | 0.5 | Business Analysis | Call with management to discuss financial model |
| Adam Schlesinger | 11/14/13 | 1.0 | Business Analysis | Debt trading analysis |
| Adam Schlesinger | 11/14/13 | 0.5 | Business Analysis | Editing Bank Model |
| Justin Federbush | 11/14/13 | 3.0 | Business Analysis | Editing Financial Model |
| Justin Federbush | 11/14/13 | 0.5 | Business Analysis | Conference call with management and banks regarding exit financing |
| Adam Schlesinger | 11/15/13 | 1.5 | Business Analysis | Review bank model |
| Justin Federbush | 11/15/13 | 1.0 | Business Analysis | Analysis regarding pro-forma leverage |
| Justin Federbush | 11/15/13 | 1.5 | Business Analysis | Editing Financial Model |
| Justin Federbush | 11/15/13 | 3.0 | Business Analysis | Bank Debt Pricing Analysis |
| Adam Schlesinger | 11/16/13 | 0.5 | Business Analysis | Review debt trading analysis |
| Adam Schlesinger | 11/17/13 | 0.3 | Business Analysis | Review debt trading analysis |
| Justin Federbush | 11/17/13 | 1.0 | Business Analysis | Bank Debt Pricing Analysis |
| Adam Schlesinger | 11/19/13 | 1.3 | Business Analysis | Review bank model |
| Justin Federbush | 11/19/13 | 1.0 | Business Analysis | Editing Financial Model |
| Adam Schlesinger | 11/20/13 | 0.6 | Business Analysis | Call with management regarding financial model |
| Justin Federbush | 11/20/13 | 2.0 | Business Analysis | Editing Financial Model |
| Justin Federbush | 11/20/13 | 0.6 | Business Analysis | Call with management regarding financial model |
| Justin Federbush | 11/20/13 | 0.6 | Business Analysis | Call with management regarding financial model |
| Adam Schlesinger | 11/21/13 | 2.0 | Business Analysis | Review bank model |
| Adam Schlesinger | 11/21/13 | 0.4 | Business Analysis | Review debt trading analysis |
| Justin Federbush | 11/21/13 | 1.0 | Business Analysis | Reviewing QSF Motion |
| Adam Schlesinger | 11/22/13 | 0.5 | Business Analysis | Review debt trading analysis |
| Adam Schlesinger | 11/25/13 | 0.2 | Business Analysis | Review debt trading analysis |
| Adam Schlesinger | 11/25/13 | 1.0 | Business Analysis | Conference call with management regarding financial matter |
| Jamie O'Connell | 11/25/13 | 0.3 | Business Analysis | Review of documents and related call |
| Jamie O'Connell | 11/25/13 | 1.0 | Business Analysis | Conference call with management regarding financial matter |
| Justin Federbush | 11/25/13 | 0.5 | Business Analysis | Reviewing Term Sheet |
| Adam Schlesinger | 11/26/13 | 1.0 | Business Analysis | Conference call with management regarding financial matter |
| Adam Schlesinger | 11/26/13 | 1.5 | Business Analysis | Conference call with management and banks regarding exit financing |
| Adam Schlesinger | 11/26/13 | 1.2 | Business Analysis | Review bank model |
| Jamie O'Connell | 11/26/13 | 0.5 | Business Analysis | Conference call with management regarding financial matter |
| Justin Federbush | 11/26/13 | 1.5 | Business Analysis | Conference call with management and banks regarding exit financing |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Justin Federbush | 11/26/13 | 2.0 | Business Analysis | Editing Financial Model |
| Adam Schlesinger | 11/27/13 | 0.3 | Business Analysis | Internal call to discuss financial model |
| Justin Federbush | 11/27/13 | 0.3 | Business Analysis | Internal call to discuss financial model |
| | | 56.7 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 11/01/13 | 2.5 | Case Administration | Review emergence checklist |
| Adam Schlesinger | 11/04/13 | 0.3 | Case Administration | Call with counsel to discuss emergence items |
| Justin Federbush | 11/04/13 | 2.5 | Case Administration | Preparing emergence date timeline |
| Justin Federbush | 11/04/13 | 0.3 | Case Administration | Call with counsel to discuss emergence items |
| Justin Federbush | 11/05/13 | 2.0 | Case Administration | Preparing emergence date timeline |
| Adam Schlesinger | 11/06/13 | 1.5 | Case Administration | Review emergence checklist |
| Adam Schlesinger | 11/08/13 | 3.5 | Case Administration | Review emergence timeline |
| Adam Schlesinger | 11/11/13 | 0.7 | Case Administration | Review draft motion |
| Jamie O'Connell | 11/11/13 | 1.5 | Case Administration | Review of draft motion and related calls |
| Jamie O'Connell | 11/12/13 | 0.9 | Case Administration | Draft motion related to Project Lantern |
| Jamie O'Connell | 11/12/13 | 0.3 | Case Administration | Review of analysis |
| Justin Federbush | 11/12/13 | 1.0 | Case Administration | Preparing emergence date timeline |
| Adam Schlesinger | 11/13/13 | 0.3 | Case Administration | Call with management regarding appeal issue |
| Adam Schlesinger | 11/13/13 | 1.0 | Case Administration | Review draft motion |
| Adam Schlesinger | 11/13/13 | 0.7 | Case Administration | Review emergence timeline |
| Jamie O'Connell | 11/13/13 | 0.3 | Case Administration | Call with management regarding appeal issue |
| Adam Schlesinger | 11/14/13 | 0.5 | Case Administration | Call with counsel to review draft motion |
| Adam Schlesinger | 11/14/13 | 0.5 | Case Administration | Conference call with management and counsel regarding various matters |
| Jamie O'Connell | 11/14/13 | 1.0 | Case Administration | Conference calls with management and counsel regarding draft motion and other matters |
| Jamie O'Connell | 11/14/13 | 0.5 | Case Administration | Follow-up conference call with management and counsel regarding various matters |
| Justin Federbush | 11/14/13 | 0.5 | Case Administration | Conference call with management and counsel regarding various matters |
| Jamie O'Connell | 11/20/13 | 0.5 | Case Administration | Various correspondences regarding QSF motion, creditor inquiries and appeal matters |
| Adam Schlesinger | 11/21/13 | 0.5 | Case Administration | Review draft motion |
| | | **23.3** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 11/01/13 | 0.8 | Claims Analysis Objection/Resolution | Claims calculations |
| Justin Federbush | 11/01/13 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC to discuss Claims Analysis |
| Justin Federbush | 11/04/13 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC to discuss Claims Analysis |
| Justin Federbush | 11/04/13 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC to discuss Claims Analysis |
| Justin Federbush | 11/04/13 | 3.0 | Claims Analysis Objection/Resolution | Claims Analysis - interest calculations |
| Adam Schlesinger | 11/05/13 | 0.8 | Claims Analysis Objection/Resolution | Review interest calculations |
| Justin Federbush | 11/05/13 | 2.0 | Claims Analysis Objection/Resolution | Claims Analysis - interest calculations |
| Justin Federbush | 11/06/13 | 4.0 | Claims Analysis Objection/Resolution | Claims Analysis - interest calculations |
| Adam Schlesinger | 11/07/13 | 2.5 | Claims Analysis Objection/Resolution | Review interest calculations |
| Adam Schlesinger | 11/07/13 | 0.3 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 11/07/13 | 0.3 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 11/07/13 | 0.2 | Claims Analysis Objection/Resolution | Claims Analysis - interest calculations |
| Adam Schlesinger | 11/13/13 | 0.5 | Claims Analysis Objection/Resolution | Call with counsel to discuss claims |
| Adam Schlesinger | 11/18/13 | 0.2 | Claims Analysis Objection/Resolution | Call with counsel to discuss Claims Analysis |
| Adam Schlesinger | 11/18/13 | 2.5 | Claims Analysis Objection/Resolution | Review claims analysis |
| Justin Federbush | 11/18/13 | 3.0 | Claims Analysis Objection/Resolution | Preparing presentation for Claims Review Meeting |
| Justin Federbush | 11/18/13 | 0.5 | Claims Analysis Objection/Resolution | Call with BMC to discuss Claims Analysis |
| Justin Federbush | 11/18/13 | 0.2 | Claims Analysis Objection/Resolution | Call with counsel to discuss Claims Analysis |
| Justin Federbush | 11/18/13 | 1.0 | Claims Analysis Objection/Resolution | Preparing presentation for Claims Review Meeting |
| Adam Schlesinger | 11/19/13 | 0.5 | Claims Analysis Objection/Resolution | Call with management to discuss claims |
| Adam Schlesinger | 11/19/13 | 2.5 | Claims Analysis Objection/Resolution | Review claims analyses |
| Justin Federbush | 11/19/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 11/19/13 | 4.0 | Claims Analysis Objection/Resolution | Claims Analysis - interest calculations |
| Justin Federbush | 11/19/13 | 1.5 | Claims Analysis Objection/Resolution | Preparing presentation for Claims Review Meeting |
| Adam Schlesinger | 11/20/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Review Meeting |
| Adam Schlesinger | 11/20/13 | 0.5 | Claims Analysis Objection/Resolution | Review claims analysis |
| Adam Schlesinger | 11/20/13 | 2.0 | Claims Analysis Objection/Resolution | Employee claims analysis |
| Justin Federbush | 11/20/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Review Meeting |
| Justin Federbush | 11/20/13 | 2.0 | Claims Analysis Objection/Resolution | Claims Analysis - interest calculations |
| Adam Schlesinger | 11/21/13 | 1.0 | Claims Analysis Objection/Resolution | Call with management to discuss claims |
| Adam Schlesinger | 11/21/13 | 1.5 | Claims Analysis Objection/Resolution | Review claims analysis |
| Adam Schlesinger | 11/21/13 | 1.0 | Claims Analysis Objection/Resolution | Review claims task list |
| Justin Federbush | 11/21/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Justin Federbush | 11/21/13 | 3.0 | Claims Analysis Objection/Resolution | Claims Analysis - interest calculations |
| Justin Federbush | 11/21/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Adam Schlesinger | 11/22/13 | 2.0 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Adam Schlesinger | 11/22/13 | 4.5 | Claims Analysis Objection/Resolution | Open claims analysis |
| Justin Federbush | 11/22/13 | 2.0 | Claims Analysis Objection/Resolution | Claims Reconciliation Call |
| Adam Schlesinger | 11/23/13 | 1.0 | Claims Analysis Objection/Resolution | Open claims analysis |
| Justin Federbush | 11/23/13 | 3.0 | Claims Analysis Objection/Resolution | Claims Analysis - preparing presentation for management |
| Adam Schlesinger | 11/24/13 | 2.0 | Claims Analysis Objection/Resolution | Open claims analysis |
| Justin Federbush | 11/24/13 | 1.2 | Claims Analysis Objection/Resolution | Claims Analysis - preparing presentation for management |
| Justin Federbush | 11/25/13 | 0.5 | Claims Analysis Objection/Resolution | Claims Analysis - preparing presentation for management |
| Adam Schlesinger | 11/26/13 | 0.5 | Claims Analysis Objection/Resolution | Call to discuss claims |
| Adam Schlesinger | 11/26/13 | 0.2 | Claims Analysis Objection/Resolution | Review claims analysis |
| Adam Schlesinger | 11/26/13 | 1.0 | Claims Analysis Objection/Resolution | Employee claims analysis |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Justin Federbush | 11/27/13 | 0.8 | Claims Analysis Objection/Resolution | Claims Analysis - preparing presentation for management |
| | | 64.0 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 11/14/13 | 0.4 | Committee | Review creditor information request |
| Adam Schlesinger | 11/19/13 | 0.7 | Committee | Review creditor information request |
| Adam Schlesinger | 11/20/13 | 1.0 | Committee | Respond to creditor information request |
| | | 2.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 11/01/13 | 0.3 | Fee Applications | Review expense detail |
| Adam Schlesinger | 11/08/13 | 1.0 | Fee Applications | Review draft fee application |
| | | 1.3 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 11/12/13 | 2.5 | Financing | Review exit financing |
| Adam Schlesinger | 11/14/13 | 0.5 | Financing | Conference call with management and banks regarding exit financing |
| Adam Schlesinger | 11/18/13 | 2.0 | Financing | Call with management regarding exit financing |
| Adam Schlesinger | 11/20/13 | 2.0 | Financing | Call to review exit financing |
| Adam Schlesinger | 11/21/13 | 0.5 | Financing | Exit financing process call |
| Adam Schlesinger | 11/25/13 | 1.5 | Financing | Review exit financing |
| Justin Federbush | 11/27/13 | 0.5 | Financing | Conference call with management and banks regarding exit financing |
| Jamie O'Connell | 11/27/13 | 0.5 | Financing | Conference call with management and banks regarding financing matter |
| | | **10.0** | | |

# Blackstone Advisory Partners L.P.

April 15, 2014

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---:|
| Monthly Fee for the period of December 1, 2013 through December 31, 2013: | | $ | 100,000.00 |
| Out-of-pocket expenses processed for the period through December 31, 2013: [1] | | | |
| Research | $  60.00 | | 60.00 |
| Subtotal | | | 100,060.00 |
| Less: Payment Received | | | (80,060.00) |
| **Total Amount Due** | | $ | **20,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

Invoice No. 2025

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Summary of Expenses**

|  | GL Detail Dec-13 | | Total Expenses | |
|---|---|---|---|---|
| Internal Research | $ | 60.00 | $ | 60.00 |
| **Total Expenses** | $ | 60.00 | $ | 60.00 |
| | | | | |
| **Research** | | | $ | 60.00 |
| | | | | |
| **Total Expenses** | | | $ | 60.00 |

**W. R. Grace & Co.**
**Detail of Expenses Processed**
**Through December 31, 2013**
**Invoice No. 2025**

**Internal Research**

| | | | |
|---|---|---|---|
| Federbush (online data research) | 12/02/13 – 12/08/13 | 60.00 | |
| | Subtotal - Internal Research | $ | 60.00 |
| | | | |
| | Total Expenses | $ | 60.00 |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

| Professionals | Title | Hours |
|---|---|---|
| Jamie O'Connell | Senior Managing Director | 18.9 |
| Adam Schlesinger | Associate | 58.9 |
| Justin Federbush | Analyst | 42.4 |
| | **Total** | **120.2** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/02/13 | 0.2 | Business Analysis | Construction market research |
| Adam Schlesinger | 12/02/13 | 1.3 | Business Analysis | Editing financial model |
| Justin Federbush | 12/02/13 | 0.5 | Business Analysis | Call with management regarding financial model |
| Justin Federbush | 12/02/13 | 1.0 | Business Analysis | Editing Financial Model |
| Justin Federbush | 12/02/13 | 0.5 | Business Analysis | Gathering research on construction market |
| Adam Schlesinger | 12/03/13 | 0.5 | Business Analysis | Call with management regarding financial model |
| Justin Federbush | 12/03/13 | 0.5 | Business Analysis | Call with management regarding financial model |
| Justin Federbush | 12/03/13 | 3.0 | Business Analysis | Editing Financial Model |
| Adam Schlesinger | 12/04/13 | 3.5 | Business Analysis | Editing financial model |
| Adam Schlesinger | 12/04/13 | 0.5 | Business Analysis | Call with management regarding financial model |
| Justin Federbush | 12/04/13 | 1.0 | Business Analysis | Call with management regarding financial model |
| Justin Federbush | 12/04/13 | 4.0 | Business Analysis | Editing Financial Model |
| Adam Schlesinger | 12/05/13 | 1.7 | Business Analysis | Editing financial model |
| Justin Federbush | 12/05/13 | 1.0 | Business Analysis | Editing financial model |
| Justin Federbush | 12/05/13 | 0.3 | Business Analysis | Call with management regarding financial model |
| Adam Schlesinger | 12/06/13 | 2.0 | Business Analysis | Editing financial model |
| Justin Federbush | 12/06/13 | 0.3 | Business Analysis | Call with management regarding presentation |
| Justin Federbush | 12/08/13 | 3.0 | Business Analysis | Debt comps analysis |
| Justin Federbush | 12/09/13 | 3.0 | Business Analysis | Debt comps analysis |
| Justin Federbush | 12/09/13 | 0.5 | Business Analysis | Editing Financial Model |
| Justin Federbush | 12/10/13 | 1.5 | Business Analysis | Debt comps analysis |
| Justin Federbush | 12/11/13 | 0.5 | Business Analysis | Debt comps analysis |
| Justin Federbush | 12/12/13 | 1.0 | Business Analysis | Editing Financial Model |
| Adam Schlesinger | 12/16/13 | 0.7 | Business Analysis | Review financial model |
| Adam Schlesinger | 12/19/13 | 1.0 | Business Analysis | Debt capacity analysis |
| Adam Schlesinger | 12/22/13 | 1.0 | Business Analysis | Review financial model |
| Justin Federbush | 12/22/13 | 1.0 | Business Analysis | Editing Financial Model |
| Adam Schlesinger | 12/26/13 | 0.5 | Business Analysis | Internal call with J. Federbush |
| Justin Federbush | 12/26/13 | 2.0 | Business Analysis | Editing Financial Model |
| Justin Federbush | 12/26/13 | 0.5 | Business Analysis | Internal call with A. Schlesinger |
| Adam Schlesinger | 12/27/13 | 1.0 | Business Analysis | Review financial model |
| Justin Federbush | 12/27/13 | 1.0 | Business Analysis | Editing Financial Model |
| Justin Federbush | 12/27/13 | 0.5 | Business Analysis | Editing Financial Model |
| Adam Schlesinger | 12/28/13 | 1.2 | Business Analysis | Review financial model |
| Justin Federbush | 12/29/13 | 1.5 | Business Analysis | Editing Financial Model |
| Adam Schlesinger | 12/30/13 | 1.0 | Business Analysis | Review financial model |
| Adam Schlesinger | 12/31/13 | 4.5 | Business Analysis | Edit financial model |
| Justin Federbush | 12/31/13 | 0.5 | Business Analysis | Editing Financial Model |
| | | **49.2** | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/05/13 | 0.5 | Case Administration | Conference call with management and counsel |
| Adam Schlesinger | 12/05/13 | 1.0 | Case Administration | Conference call with management and counsel regarding emergence mechanics |
| Adam Schlesinger | 12/05/13 | 1.5 | Case Administration | Effective Date planning analysis |
| Jamie O'Connell | 12/05/13 | 0.5 | Case Administration | Conference call with management and counsel |
| Justin Federbush | 12/05/13 | 0.5 | Case Administration | Conference call with management and counsel |
| Adam Schlesinger | 12/11/13 | 1.0 | Case Administration | Call with management and counsel to discuss tax claims |
| Justin Federbush | 12/11/13 | 1.0 | Case Administration | Call with management and counsel to discuss tax claims |
| Jamie O'Connell | 12/13/13 | 0.8 | Case Administration | Conference call with management and counsel regarding various matters |
| Justin Federbush | 12/13/13 | 0.8 | Case Administration | Conference call with management and counsel regarding various matters |
| | | 7.6 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/03/13 | 1.0 | Claims Analysis Objection/Resolution | Call with management and counsel regarding environmental claims |
| Adam Schlesinger | 12/03/13 | 1.0 | Claims Analysis Objection/Resolution | Review claims |
| Justin Federbush | 12/03/13 | 1.0 | Claims Analysis Objection/Resolution | Call with management and counsel regarding environmental claims |
| Justin Federbush | 12/03/13 | 1.0 | Claims Analysis Objection/Resolution | Preparing presentation for management on environmental claims |
| Justin Federbush | 12/04/13 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis - environmental claims |
| Justin Federbush | 12/05/13 | 0.5 | Claims Analysis Objection/Resolution | Claims reconciliation call |
| Justin Federbush | 12/05/13 | 1.0 | Claims Analysis Objection/Resolution | Preparing presentation for claims analysis |
| Adam Schlesinger | 12/06/13 | 1.5 | Claims Analysis Objection/Resolution | Review claims |
| Justin Federbush | 12/10/13 | 1.0 | Claims Analysis Objection/Resolution | Editing Claims Review Presentation for Management |
| Adam Schlesinger | 12/11/13 | 0.5 | Claims Analysis Objection/Resolution | Call with committee FA to discuss Allowed Claims Exhibit |
| Justin Federbush | 12/11/13 | 0.5 | Claims Analysis Objection/Resolution | Call with committee FA to discuss Allowed Claims Exhibit |
| Adam Schlesinger | 12/12/13 | 1.5 | Claims Analysis Objection/Resolution | Review environmental claims |
| Justin Federbush | 12/12/13 | 0.2 | Claims Analysis Objection/Resolution | Claims reconciliation call |
| Adam Schlesinger | 12/16/13 | 0.5 | Claims Analysis Objection/Resolution | Call with counsel regarding claims |
| Adam Schlesinger | 12/19/13 | 0.8 | Claims Analysis Objection/Resolution | Review claims |
| Adam Schlesinger | 12/19/13 | 0.5 | Claims Analysis Objection/Resolution | Claims reconciliation call |
| Adam Schlesinger | 12/19/13 | 2.0 | Claims Analysis Objection/Resolution | Bank debt pricing analysis |
| Justin Federbush | 12/19/13 | 0.5 | Claims Analysis Objection/Resolution | Claims reconciliation call |
| Adam Schlesinger | 12/20/13 | 1.0 | Claims Analysis Objection/Resolution | Bank debt pricing analysis |
| Adam Schlesinger | 12/21/13 | 2.5 | Claims Analysis Objection/Resolution | Review settlement agreement |
| Adam Schlesinger | 12/22/13 | 0.3 | Claims Analysis Objection/Resolution | Review settlement agreement |
| Justin Federbush | 12/26/13 | 0.2 | Claims Analysis Objection/Resolution | Claims reconciliation call |
| Justin Federbush | 12/26/13 | 0.2 | Claims Analysis Objection/Resolution | Editing Claims Review Presentation for Management |
| Justin Federbush | 12/27/13 | 0.2 | Claims Analysis Objection/Resolution | Call with management regarding claims analysis |
| Adam Schlesinger | 12/31/13 | 0.5 | Claims Analysis Objection/Resolution | Review claims |
| | | 20.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/13/13 | 0.3 | Committee | Respond to committee information request |
|  |  | 0.3 |  |  |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Justin Federbush | 12/02/13 | 1.0 | Fee Applications | Preparing fee application |
| Adam Schlesinger | 12/03/13 | 0.6 | Fee Applications | Draft fee application |
| Adam Schlesinger | 12/20/13 | 0.5 | Fee Applications | Review draft fee application |
| | | 2.1 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 12/07/13 | 1.0 | Financing | Call to discuss financing presentation |
| Adam Schlesinger | 12/09/13 | 2.5 | Financing | Review debt comps analysis |
| Adam Schlesinger | 12/09/13 | 1.8 | Financing | Review financing term sheet |
| Jamie O'Connell | 12/10/13 | 0.5 | Financing | Review and comment on financing-related analysis |
| Jamie O'Connell | 12/10/13 | 1.3 | Financing | Draft declaration |
| Jamie O'Connell | 12/11/13 | 2.5 | Financing | Review and comment on financing-related analyses |
| Adam Schlesinger | 12/12/13 | 0.7 | Financing | Review financing term sheet |
| Adam Schlesinger | 12/12/13 | 1.8 | Financing | Conference calls with management and banks regarding exit financing |
| Jamie O'Connell | 12/12/13 | 1.3 | Financing | Conference calls with management and banks regarding exit financing |
| Adam Schlesinger | 12/16/13 | 1.0 | Financing | Review financing presentation |
| Justin Federbush | 12/18/13 | 0.5 | Financing | Reviewing bank book |
| Justin Federbush | 12/19/13 | 1.5 | Financing | Bank Debt Pricing Analysis |
| Adam Schlesinger | 12/20/13 | 1.5 | Financing | Review financing term sheet |
| Adam Schlesinger | 12/20/13 | 1.3 | Financing | Review financing presentation |
| Justin Federbush | 12/20/13 | 0.5 | Financing | Bank Debt Pricing Analysis |
| Adam Schlesinger | 12/23/13 | 1.5 | Financing | Review draft credit agreement |
| Jamie O'Connell | 12/26/13 | 0.3 | Financing | Conference call with banks regarding exit financing |
| Adam Schlesinger | 12/27/13 | 0.2 | Financing | Call with management regarding bank book |
| Adam Schlesinger | 12/27/13 | 2.0 | Financing | Review draft credit agreement |
| Jamie O'Connell | 12/27/13 | 2.5 | Financing | Review and comment on exit financing materials |
| Justin Federbush | 12/27/13 | 0.2 | Financing | Call with management regarding bank book |
| Adam Schlesinger | 12/29/13 | 1.0 | Financing | Review draft credit agreement |
| Adam Schlesinger | 12/30/13 | 1.5 | Financing | Call regarding financing presentation and related matters |
| Adam Schlesinger | 12/30/13 | 1.0 | Financing | Call regarding draft credit agreement |
| Adam Schlesinger | 12/30/13 | 0.5 | Financing | Call regarding exit financing |
| Jamie O'Connell | 12/30/13 | 1.0 | Financing | Conference call with banks regarding exit financing |
| Jamie O'Connell | 12/30/13 | 2.0 | Financing | Conference calls with management and lawyers and related correspondence |
| Jamie O'Connell | 12/31/13 | 1.5 | Financing | Review and comment on declaration and related calls |
| | | 34.9 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/19/13 | 1.0 | Plan and Disclosure Statement | Financial analysis related to appeal matter |
| Jamie O'Connell | 12/20/13 | 0.5 | Plan and Disclosure Statement | Call with management regarding appeal matter |
| Jamie O'Connell | 12/20/13 | 1.0 | Plan and Disclosure Statement | Financial analysis and correspondence related to appeal matter |
| Jamie O'Connell | 12/21/13 | 0.5 | Plan and Disclosure Statement | Review documentation and correspondence related to appeal matter |
| Jamie O'Connell | 12/21/13 | 0.5 | Plan and Disclosure Statement | Conference call with management and counsel |
| Jamie O'Connell | 12/21/13 | 0.2 | Plan and Disclosure Statement | Follow-up call with management |
| Jamie O'Connell | 12/21/13 | 1.0 | Plan and Disclosure Statement | Follow-up calls with management and counsel and related correspondence |
| Justin Federbush | 12/22/13 | 0.5 | Plan and Disclosure Statement | Reviewing documentation related to appeal matter |
| | | 5.2 | | |

# Blackstone Advisory Partners L.P.

April 15, 2014

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly Fee for the period of January 1, 2014 through January 31, 2014: | $ | 150,000.00 |
| Less: Payment Received: | | (120,000.00) |
| **Total Amount Due** | **$** | **30,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice No. 2127**

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**BLACKSTONE ADVISORY PARTNERS L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| Professionals | Title | Hours |
|---|---|---|
| Jamie O'Connell | Senior Managing Director | 17.2 |
| Adam Schlesinger | Vice President | 100.0 |
| Justin Federbush | Analyst | 59.5 |
| | **Total** | **176.7** |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Justin Federbush | 01/01/14 | 1.5 | Business Analysis | Editing Financial Model |
| Justin Federbush | 01/02/14 | 0.5 | Business Analysis | Editing Financial Model |
| Justin Federbush | 01/06/14 | 1.5 | Business Analysis | Senior Sub Premium Analysis |
| Justin Federbush | 01/09/14 | 2.0 | Business Analysis | Editing Financial Model |
| Adam Schlesinger | 01/10/14 | 3.5 | Business Analysis | Review financial model |
| Justin Federbush | 01/10/14 | 2.0 | Business Analysis | Editing Financial Model |
| Adam Schlesinger | 01/13/14 | 2.5 | Business Analysis | Edit financial model |
| Adam Schlesinger | 01/14/14 | 1.5 | Business Analysis | Edit financial model |
| Adam Schlesinger | 01/15/14 | 2.5 | Business Analysis | Senior sub spread analysis |
| Justin Federbush | 01/16/14 | 1.0 | Business Analysis | Senior Sub Premium Analysis |
| Adam Schlesinger | 01/26/14 | 1.0 | Business Analysis | Research regarding disclosure |
| | | 19.5 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/21/14 | 0.8 | Case Administration | Call regarding emergence mechanics |
| Adam Schlesinger | 01/21/14 | 1.0 | Case Administration | Call regarding emergence mechanics |
| | | 1.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Justin Federbush | 01/03/14 | 0.5 | Claims Analysis Objection/Resolution | Claims reconciliation call |
| Justin Federbush | 01/09/14 | 0.5 | Claims Analysis Objection/Resolution | Interest Analysis |
| Justin Federbush | 01/10/14 | 0.5 | Claims Analysis Objection/Resolution | Interest Analysis |
| Adam Schlesinger | 01/13/14 | 1.0 | Claims Analysis Objection/Resolution | Review interest calculations |
| Adam Schlesinger | 01/14/14 | 1.0 | Claims Analysis Objection/Resolution | Review claims |
| Adam Schlesinger | 01/14/14 | 1.0 | Claims Analysis Objection/Resolution | Call with management regarding claims |
| Adam Schlesinger | 01/15/14 | 0.8 | Claims Analysis Objection/Resolution | Review claims |
| Adam Schlesinger | 01/16/14 | 1.5 | Claims Analysis Objection/Resolution | Review claims |
| Adam Schlesinger | 01/16/14 | 0.5 | Claims Analysis Objection/Resolution | Call with counsel to review claims |
| Adam Schlesinger | 01/16/14 | 1.0 | Claims Analysis Objection/Resolution | Call with management to review claims |
| Justin Federbush | 01/16/14 | 0.5 | Claims Analysis Objection/Resolution | Claims reconciliation call |
| Justin Federbush | 01/16/14 | 1.0 | Claims Analysis Objection/Resolution | Claims reconciliation call |
| Adam Schlesinger | 01/17/14 | 1.8 | Claims Analysis Objection/Resolution | Review claims |
| Justin Federbush | 01/18/14 | 4.5 | Claims Analysis Objection/Resolution | Claims analysis- Interest calculations |
| Adam Schlesinger | 01/19/14 | 5.0 | Claims Analysis Objection/Resolution | Review claims |
| Justin Federbush | 01/19/14 | 1.5 | Claims Analysis Objection/Resolution | Claims analysis- Interest calculations |
| Justin Federbush | 01/19/14 | 0.2 | Claims Analysis Objection/Resolution | Claims reconciliation call |
| Adam Schlesinger | 01/20/14 | 1.0 | Claims Analysis Objection/Resolution | Review claims |
| Adam Schlesinger | 01/20/14 | 1.9 | Claims Analysis Objection/Resolution | Review claims |
| Adam Schlesinger | 01/20/14 | 1.5 | Claims Analysis Objection/Resolution | Flow of funds |
| Justin Federbush | 01/20/14 | 0.5 | Claims Analysis Objection/Resolution | Claims analysis- Interest calculations |
| Adam Schlesinger | 01/21/14 | 2.0 | Claims Analysis Objection/Resolution | Flow of funds |
| Adam Schlesinger | 01/21/14 | 0.5 | Claims Analysis Objection/Resolution | Call regarding flow of funds |
| Adam Schlesinger | 01/21/14 | 1.0 | Claims Analysis Objection/Resolution | Call regarding claims |
| Adam Schlesinger | 01/21/14 | 0.6 | Claims Analysis Objection/Resolution | Call regarding claims |
| Adam Schlesinger | 01/22/14 | 2.0 | Claims Analysis Objection/Resolution | Flow of funds |
| Adam Schlesinger | 01/22/14 | 0.5 | Claims Analysis Objection/Resolution | Review sources and uses |
| Adam Schlesinger | 01/23/14 | 1.0 | Claims Analysis Objection/Resolution | Flow of funds |
| Adam Schlesinger | 01/23/14 | 1.1 | Claims Analysis Objection/Resolution | Review claims |
| Justin Federbush | 01/23/14 | 1.0 | Claims Analysis Objection/Resolution | Claims reconciliation call |
| Justin Federbush | 01/23/14 | 2.0 | Claims Analysis Objection/Resolution | Claims analysis- Interest calculations |
| Adam Schlesinger | 01/24/14 | 0.5 | Claims Analysis Objection/Resolution | Flow of funds |
| Justin Federbush | 01/24/14 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis- Interest calculations |
| Justin Federbush | 01/26/14 | 0.5 | Claims Analysis Objection/Resolution | Claims analysis- Interest calculations |
| Adam Schlesinger | 01/27/14 | 2.0 | Claims Analysis Objection/Resolution | Flow of funds and sources and uses |
| Adam Schlesinger | 01/27/14 | 1.0 | Claims Analysis Objection/Resolution | Call regarding claims |
| Adam Schlesinger | 01/27/14 | 0.5 | Claims Analysis Objection/Resolution | Call regarding claims |
| Justin Federbush | 01/27/14 | 0.5 | Claims Analysis Objection/Resolution | Claims reconciliation call |
| Justin Federbush | 01/27/14 | 0.5 | Claims Analysis Objection/Resolution | Claims reconciliation call |
| Adam Schlesinger | 01/28/14 | 0.5 | Claims Analysis Objection/Resolution | Call regarding claims |
| Adam Schlesinger | 01/28/14 | 1.5 | Claims Analysis Objection/Resolution | Review claims |
| Justin Federbush | 01/28/14 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis- Interest calculations |
| Justin Federbush | 01/28/14 | 1.5 | Claims Analysis Objection/Resolution | Flow of funds |
| Justin Federbush | 01/28/14 | 2.0 | Claims Analysis Objection/Resolution | Flow of funds |
| Justin Federbush | 01/28/14 | 1.0 | Claims Analysis Objection/Resolution | Sources and Uses Analysis |
| Adam Schlesinger | 01/29/14 | 3.5 | Claims Analysis Objection/Resolution | Flow of funds and sources and uses |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/29/14 | 0.5 | Claims Analysis Objection/Resolution | Call regarding claims |
| Justin Federbush | 01/29/14 | 1.0 | Claims Analysis Objection/Resolution | Sources and Uses Analysis |
| Justin Federbush | 01/29/14 | 3.0 | Claims Analysis Objection/Resolution | Flow of funds |
| Adam Schlesinger | 01/30/14 | 3.0 | Claims Analysis Objection/Resolution | Flow of funds and sources and uses |
| Adam Schlesinger | 01/30/14 | 0.5 | Claims Analysis Objection/Resolution | Call regarding claims |
| Justin Federbush | 01/30/14 | 1.0 | Claims Analysis Objection/Resolution | Claims analysis- Interest calculations |
| Justin Federbush | 01/30/14 | 1.0 | Claims Analysis Objection/Resolution | Flow of funds |
| Adam Schlesinger | 01/31/14 | 1.5 | Claims Analysis Objection/Resolution | Flow of funds and sources and uses |
| Justin Federbush | 01/31/14 | 1.0 | Claims Analysis Objection/Resolution | Flow of funds |
| | | 69.4 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/09/14 | 1.0 | Committee | Respond to committee questions regarding exit financing |
| Adam Schlesinger | 01/24/14 | 0.4 | Committee | Communicate with committees regarding exit financing |
| | | 1.4 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/01/14 | 1.0 | Financing | Review financial definitions |
| Jamie O'Connell | 01/01/14 | 1.0 | Financing | Calls and analysis regarding exit financing |
| Adam Schlesinger | 01/02/14 | 1.5 | Financing | Review financial definitions |
| Adam Schlesinger | 01/02/14 | 0.7 | Financing | Call with management regarding exit financing |
| Adam schlesinger | 01/02/14 | 1.2 | Financing | Review proposed covenants |
| Jamie O'Connell | 01/02/14 | 1.3 | Financing | Calls and analysis regarding exit financing |
| Jamie O'Connell | 01/02/14 | 0.7 | Financing | Call with management regarding exit financing |
| Jamie O'Connell | 01/02/14 | 0.5 | Financing | Conference call with banks regarding exit financing |
| Justin Federbush | 01/02/14 | 0.7 | Financing | Call with management regarding exit financing |
| Justin Federbush | 01/02/14 | 0.5 | Financing | Conference call with banks regarding exit financing |
| Adam Schlesinger | 01/03/14 | 2.0 | Financing | Call with management regarding exit financing |
| Jamie O'Connell | 01/03/14 | 1.0 | Financing | Calls and analysis regarding exit financing |
| Justin Federbush | 01/03/14 | 0.3 | Financing | Call with management and counsel regarding exit financing |
| Adam Schlesinger | 01/04/14 | 1.0 | Financing | Review financing presentation |
| Jamie O'Connell | 01/04/14 | 1.0 | Financing | Calls and analysis regarding exit financing |
| Jamie O'Connell | 01/04/14 | 0.5 | Financing | Review of exit financing declaration |
| Adam Schlesinger | 01/06/14 | 1.5 | Financing | Review financial definitions |
| Adam Schlesinger | 01/07/14 | 0.8 | Financing | Review court filing |
| Jamie O'Connell | 01/07/14 | 1.0 | Financing | Calls with creditor advisors and management regarding exit financing |
| Adam Schlesinger | 01/08/14 | 7.0 | Financing | Meeting with management regarding exit financing |
| Justin Federbush | 01/08/14 | 7.0 | Financing | Meeting with management regarding exit financing |
| Adam Schlesinger | 01/09/14 | 0.3 | Financing | Update call with J. O'Connell |
| Adam Schlesinger | 01/09/14 | 3.0 | Financing | Attend bank meeting |
| Adam Schlesinger | 01/09/14 | 1.0 | Financing | Call regarding financial definitions |
| Jamie O'Connell | 01/09/14 | 0.3 | Financing | Update call with A. Schlesinger |
| Justin Federbush | 01/09/14 | 2.0 | Financing | Conference call with management and counsel to discuss exit financing |
| Adam Schlesinger | 01/10/14 | 2.2 | Financing | Review credit agreement |
| Justin Federbush | 01/11/14 | 0.5 | Financing | Editing Financial Model |
| Adam Schlesinger | 01/13/14 | 1.6 | Financing | Updated covenant analysis |
| Adam Schlesinger | 01/13/14 | 1.0 | Financing | Call with management regarding financial definitions |
| Adam Schlesinger | 01/13/14 | 1.0 | Financing | Call with management and banks regarding financial definitions |
| Justin Federbush | 01/13/14 | 4.0 | Financing | Editing Financial Model |
| Adam Schlesinger | 01/14/14 | 0.7 | Financing | Conference call with management regarding exit financing |
| Adam Schlesinger | 01/14/14 | 1.5 | Financing | Covenant analysis |
| Jamie O'Connell | 01/14/14 | 0.7 | Financing | Conference call with management regarding exit financing |
| Justin Federbush | 01/14/14 | 3.0 | Financing | Editing Financial Model |
| Justin Federbush | 01/14/14 | 0.7 | Financing | Conference call with management regarding exit financing |
| Adam Schlesinger | 01/15/14 | 1.2 | Financing | Covenant analysis |
| Adam Schlesinger | 01/15/14 | 0.5 | Financing | Call regarding covenants |
| Justin Federbush | 01/15/14 | 0.5 | Financing | Editing Financial Model |
| Adam Schlesinger | 01/16/14 | 1.0 | Financing | Review credit agreement |
| Jamie O'Connell | 01/16/14 | 1.0 | Financing | Conference calls with management and banks regarding exit financing |
| Jamie O'Connell | 01/21/14 | 0.8 | Financing | Conference call with management and counsel regarding funding mechanics |
| Adam Schlesinger | 01/23/14 | 1.5 | Financing | Conference calls with management, counsel and banks |
| Jamie O'Connell | 01/23/14 | 1.5 | Financing | Conference calls with management, counsel and banks |
| Justin Federbush | 01/23/14 | 1.0 | Financing | Conference calls with management, counsel and banks |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/26/14 | 0.2 | Financing | Correspondence regarding financing matter |
| Jamie O'Connell | 01/30/14 | 0.4 | Financing | Call with banks regarding closing |
| Adam Schlesinger | 01/31/14 | 0.5 | Financing | Conference call with management and counsel regarding closing mechanics |
| Jamie O'Connell | 01/31/14 | 0.5 | Financing | Conference call with management and counsel regarding closing mechanics |
| Justin Federbush | 01/31/14 | 0.5 | Financing | Conference call with management and counsel regarding closing mechanics |
| | | 66.8 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Adam Schlesinger | 01/08/14 | 1.3 | Non-Working Travel Time | Travel to Baltimore |
| Adam Schlesinger | 01/08/14 | 1.3 | Non-Working Travel Time | Return travel to New York |
| Justin Federbush | 01/08/14 | 1.3 | Non-Working Travel Time | Travel to Baltimore |
| Justin Federbush | 01/08/14 | 1.3 | Non-Working Travel Time | Return travel to New York |
| | | 5.2 | | |

**BLACKSTONE ADVISORY PARTNERS L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 01/09/14 | 0.2 | Plan and Disclosure Statement | Correspondence regarding plan issue |
| Adam Schlesinger | 01/10/14 | 0.4 | Plan and Disclosure Statement | Call and correspondence regarding plan issue |
| Adam Schlesinger | 01/10/14 | 0.5 | Plan and Disclosure Statement | Analysis regarding plan issue |
| Jamie O'Connell | 01/10/14 | 0.4 | Plan and Disclosure Statement | Call and correspondence regarding plan issue |
| Adam Schlesinger | 01/11/14 | 1.0 | Plan and Disclosure Statement | Review plan issue |
| Adam Schlesinger | 01/14/14 | 0.6 | Plan and Disclosure Statement | Analysis regarding plan issue |
| Jamie O'Connell | 01/14/14 | 1.5 | Plan and Disclosure Statement | Review financial analyses and related call with management |
| Adam Schlesinger | 01/16/14 | 2.0 | Plan and Disclosure Statement | Analysis regarding plan issue |
| Jamie O'Connell | 01/21/14 | 0.5 | Plan and Disclosure Statement | Conference call with management and counsel regarding plan issue; subsequent correspondence |
| Adam Schlesinger | 01/22/14 | 0.5 | Plan and Disclosure Statement | Calls with financial advisor and management regarding plan matter |
| Jamie O'Connell | 01/22/14 | 0.5 | Plan and Disclosure Statement | Calls with financial advisor and management regarding plan matter |
| Adam Schlesinger | 01/23/14 | 0.8 | Plan and Disclosure Statement | Analysis regarding plan issue |
| Jamie O'Connell | 01/24/14 | 0.5 | Plan and Disclosure Statement | Correspondences regarding various matters |
| Jamie O'Connell | 01/27/14 | 0.3 | Plan and Disclosure Statement | Correspondences regarding warrant matter |
| Adam Schlesinger | 01/28/14 | 2.0 | Plan and Disclosure Statement | Analysis regarding plan issue |
| Jamie O'Connell | 01/28/14 | 0.5 | Plan and Disclosure Statement | Correspondences and analysis regarding plan matter |
| Jamie O'Connell | 01/29/14 | 0.4 | Plan and Disclosure Statement | Various discussions and correspondences |
| | | 12.6 | | |

# Blackstone Advisory Partners L.P.

April 15, 2014

Mr. Fred Festa
Chairman & Chief Executive Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Restructuring Fee pursuant to the engagement agreement dated February 15, 2001:    $    5,000,000.00

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice No. 2237**

Blackstone Advisory Partners L.P.
345 Park Avenue
New York, NY 10154
212 583-5000