IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (KJC) |
| | : | |
| Debtor | : | Jointly Administered |
| | : | Objection Deadline: May 7, 2014 at 4:00 p.m |

**NOTICE OF FIFTY-SECOND INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of Retention: | April 12, 2001 |
| Period for which Compensation and Reimbursement is sought: | January 1, 2014 through February 3, 2014 |
| Total Amount of Compensation sought as actual, reasonable and necessary for applicable period: | $98,303.25 |
| Total Amount of Expense Reimbursement sought as actual, reasonable and necessary for applicable period: | $584.01 |
| Total Amount of Compensation Paid as actual, reasonable and necessary for applicable period: | $0.00 |
| Total Amount of Expense Reimbursement Paid as actual, reasonable and necessary for applicable period: | $0.00 |
| Total Amount of Holdback Fees Sought for applicable period: | $19,660.65 |

{C0356743.1 }

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 04/02/2014; 31983 | January 1-February 3, 2014 | $98,303.25 | $584.01 | $0.00 | $0.00 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative January 1-February 3, 2014 Hours | Cumulative January 1 – February 3, 2014 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $.00 | 24.7 | $ 13,840.50 |
| Asset Disposition | .0 | .00 | 8.9 | 5,461.50 |
| Business Operations | .0 | .00 | 70.4 | 42,598.50 |
| Case Administration | 3.5 | 2,201.00 | 5,681.1 | 1,807,513.50 |
| Claim Analysis Objection & Resolution (Asbestos) | .0 | .00 | 1,877.4 | 787,360.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 91.0 | 47,498.00 |
| Committee, Creditors', Noteholders' or Equity Holders' | .0 | .00 | 180.2 | 106,327.00 |
| Employee Benefits/Pension | .0 | .00 | 21.4 | 14,922.00 |
| Employment Applications, Applicant | .0 | .00 | 62.3 | 18,649.50 |
| Employment Applications, Others | .0 | .00 | 89.2 | 42,674.00 |
| Fee Applications, Applicant | 6.0 | 2,146.00 | 1,037.3 | 369,257.50 |
| Fee Applications, Others | .0 | .00 | 125.2 | 49,926.00 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .0 | .00 | 412.1 | 322,110.00 |
| Litigation and Litigation Consulting | .0 | .00 | 29,107.8 | 13,117,093.50 |

| | | | | |
|---|---|---|---|---|
| Plan & Disclosure Statement | 87.6 | 78,600.00 | 6,424.3 | 4,057,765.00 |
| Relief from Stay Proceedings | .0 | .00 | 3.5 | 2,417.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | 31.5 | 15,356.25 | 1,895.7 | 510,783.25 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | .0 | .00 | 196.6 | 99,674.00 |
| **Totals** | **128.6** | **$98,303.25** | **47,495.3** | **21,492,406.25** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 01/01/2014 – 02-03-2014 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $.00 | $ 432,105.33 |
| Pacer Database Charges | 23.10 | 378.76 |
| Research Material | .00 | 12,428.21 |
| Air Freight & Express Mail | 11.40 | 25,403.80 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,418.22 |
| Outside Photocopy Service | .00 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,805.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | .00 | 65,093.76 |
| Air & Train Transportation | .00 | 222,616.74 |
| Meals Related to Travel | 31.25 | 30,561.84 |
| Travel Expenses – Hotel Charges | 407.97 | 130,642.25 |
| Travel Expenses – Ground Transportation | 76.75 | 86,070.23 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation - DC | .00 | 7,151.31 |
| Local Transportation – NY | .00 | 657.52 |
| Xeroxing | .00 | 116,337.45 |
| Postage | 33.54 | 7,015.59 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone – DC | .00 | 2,608.37 |
| NYO Long Distance Telephone | .00 | 16,318.80 |
| Use of Cell/Home Phone | .00 | 3,216.99 |
| Conference Call Services | .00 | 90.44 |
| **TOTAL** | **$ 584.01** | **$ 3,950,630.32** |

CAPLIN & DRYSDALE


*/s/ Elihu Inselbuch*
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
600 Lexington Avenue at 52nd Street
21st Floor
New York, NY  10022
(212) 379-6000

*National Counsel for Official Committee*
*Of Asbestos Personal Injury Claimants*

Dated: April 17, 2014