| | | | | |
|---|---|---|---|---|
| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | Page: 1 |
| Matter     000 | | Disbursements | | 2/21/2014 |
| | | | | Print Date/Time: 02/21/2014 1:59:20PM |
| Attn: | | | | Invoice # |

PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 1/31/2014

**Matter     000**
**Disbursements**

| | | | | | | |
|---|---|---|---|---|---|---|
| Bill Cycle: | Monthly | Style: | i1 | Start: 4/16/2001 | Last Billed : 1/23/2014 | 13,655 |
| Client Retainers Available | $4,806.34 | | Committed to Invoices: | $0.00 | Remaining: | $4,806.34 |

| | | | |
|---|---|---|---|
| | $3,950,046.41 | Billing Empl: | 0120   Elihu   Inselbuch |
| | Total Expenses Billed To Date | Responsible Empl: | 0120   Elihu   Inselbuch |
| | | Alternate Empl: | 0120   Elihu   Inselbuch |
| | | Originating Empl: | 0120   Elihu   Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 530.27 | 0.00 | 530.27 |
| 0191 | ACM | Ann C McMillan | 0.00 | 19.24 | 0.00 | 19.24 |
| 0380 | EB | Eugenia  Benetos | 0.00 | 23.10 | 0.00 | 23.10 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 11.40 | 0.00 | 11.40 |
| **Total Fees** | | | 0.00 | 584.01 | 0.00 | 584.01 |

**Detail Time / Expense by Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 3072935 | Federal Express -Delivery to M.Hurford, 12/24/13 | E | 01/09/2014 | 0999 | C&D | | 0.00 | $11.40 | | 0.00 | $11.40 | 11.40 |
| 3073789 | Peter Van N. Lockwood -Snack while on Travel to/from NY, 1/8/14 - 1/14/14 | E | 01/14/2014 | 0020 | PVL | | 0.00 | $10.00 | | 0.00 | $10.00 | 21.40 |
| 3073790 | Peter Van N. Lockwood -Hotel Elysee 1-Night Lodging while on Travel to/from NY, 1/8/14 - 1/14/14 | E | 01/14/2014 | 0020 | PVL | | 0.00 | $407.97 | | 0.00 | $407.97 | 429.37 |
| 3073791 | Peter Van N. Lockwood -Cab Fares, Parking, & Local Transit while on Travel to/from NY, 1/8/14 - 1/14/14 | E | 01/14/2014 | 0020 | PVL | | 0.00 | $54.75 | | 0.00 | $54.75 | 484.12 |
| 3076678 | Postage | E | 01/27/2014 | 0020 | PVL | | 0.00 | $14.30 | | 0.00 | $14.30 | 498.42 |

{C0356451.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter   000 | | Disbursements | | | | | | | | 2/21/2014 |
| | | | | | | | | | Print Date/Time: | 02/21/2014 1:59:20PM |
| Attn: | | | | | | | | | | Invoice # |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3077308 | Petty Cash -Meal while on travel to/from NY, 1/22/14  (PVNL) | E | 01/30/2014 | 0020 | PVL | 0.00 | $21.25 | 0.00 | $21.25 | 519.67 |
| 3077309 | Petty Cash -Parking at DC Union Station while on travel to/from NY, 1/22/14  (PVNL) | E | 01/30/2014 | 0020 | PVL | 0.00 | $22.00 | 0.00 | $22.00 | 541.67 |
| 3077444 | Pacer Service Center -Database Research Charges, 10/1/13 - 12/31/13  (EB) | E | 01/30/2014 | 0380 | EB | 0.00 | $23.10 | 0.00 | $23.10 | 564.77 |
| 3079028 | Postage | E | 01/31/2014 | 0191 | ACM | 0.00 | $19.24 | 0.00 | $19.24 | 584.01 |
| **Total Expenses** | | | | | | 0.00 | $584.01 | 0.00 | $584.01 | |
| | Matter Total Fees | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | 584.01 | | 584.01 | |
| | | | | | | | | | 584.01 | |
| | Matter Total | | | | | 0.00 | 584.01 | 0.00 | | |
| | Prebill Total Fees | | | | | | | | | |
| | Prebill Total Expenses | | | | | | $584.01 | | $584.01 | |
| | | | | | | | | | $584.01 | |
| | | | | | | | $584.01 | 0.00 | | |
| | Prebill Total | | | | | 0.00 | | | | |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 95,666 | 08/14/2013 | 12,959.00 | 2,591.80 |
| 96,232 | 09/11/2013 | 5,717.00 | 1,143.40 |
| 97,318 | 10/23/2013 | 23,709.00 | 4,741.80 |
| 97,356 | 11/22/2013 | 12,241.50 | 2,448.30 |
| 98,324 | 12/23/2013 | 21,804.00 | 4,360.80 |
| 98,592 | 01/23/2014 | 35,736.20 | 35,736.20 |
| | | 241,340.70 | 65,879.13 |

{C0356451.1 }