IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) ) | Case No. 01-01139 (KJC) (Jointly Administered) |
| Reorganized Debtors. | ) ) ) | Re: Docket Nos. 31962, 31970 |

**NOTICE OF APPEARANCE OF COUNSEL FOR THE UNITED STATES
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Rule 2002 of the Delaware Bankruptcy Court Local Rules, the undersigned is appearing for the United States of America, on behalf of its Department of Agriculture, Forest Service, and requests inclusion on the New Service List. All notices and papers that are required to be served upon the United States of America must be given to and served upon me, Michael R. Sew Hoy. This appearance does not displace or amend any other entries of appearance on behalf of the United States.

In support of this motion, I aver that I am a member in good standing of the bar and eligible to practice in the courts of the State of California (admitted 2006). I also have practiced in numerous federal courts in connection with my representation of the United States through the Department of Justice.

I am registered to receive electronic notices from this Court's ECF system and my address and phone number are as follows:

Michael R. Sew Hoy
Civil Division

1

U.S. Department of Justice
1100 L Street, N.W., Room 10048
Washington, D.C. 20005
Tel: (202) 307-3571
Fax: (202) 514-9163
michael.r.sew.hoy@usdoj.gov

Further, pursuant to Bankruptcy Local Rule 9010-1(e)(i) and District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California (admitted 2006) and the United States District Court, Central District of California; and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated:  April 18, 2014				Respectfully submitted

						STUART DELERY
						Assistant Attorney General

						CHARLES M. OBERLY, III
						United States Attorney

						ELLEN SLIGHTS
						Assistant United States Attorney

						 /s/  Michael R. Sew Hoy
						J. CHRISTOPHER KOHN
						TRACY J. WHITAKER
						MICHAEL R. SEW HOY
						(CA Bar No. 243391)
						Civil Division
						U. S. Department of Justice
						P. O. Box 875
						Ben Franklin Station
						Washington, D.C.  20044-0875
						(202) 307-3571

						ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

  I hereby certify that on this 18th day of April 2014, I caused a true and correct copy of the foregoing **Notice Of Appearance Of Counsel For The United States And Request For Service Of Papers** to be served via electronic mail upon all parties receiving electronic notice under the Court's CM/ECF system.

             /s/ Michael Sew Hoy
             Michael Sew Hoy