UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. GRACE & CO., et al.,<br><br>    Reorganized Debtors. | Chapter 11<br><br>Case No. 01-01139 (KJC)<br>Jointly Administered<br><br>Hearing Date: To be Determined<br>Objection Deadline: 4/28/14 |

**NOTICE OF MOTION OF LUKINS & ANNIS, P.S. FOR AN ALLOCATION OF THE ZAI CLASS ACTION COMMON FUND FEE AWARD**

    PLEASE TAKE NOTICE that on April 18, 2014, Lukins & Annis, P.S., by and through its undersigned counsel in the above-captioned case filed the **Motion of Lukins & Annis, P.S. for an Allocation of the ZAI Class Action Common Fund Fee Award** (the "Motion").

    PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be made in writing, (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 **on or before April 28, 2014 at 4:00 p.m. (ET)** (the "Objection Deadline") and (ii) served so as to be actually received by the undersigned on or before the Objection Deadline.

    PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion will be scheduled at the convenience of the Honorable Kevin J. Carey, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware.

    <u>IF YOU DO NOT RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.</u>

Dated: April 18, 2014
Wilmington, Delaware

Respectfully submitted,

**PEPPER HAMILTON LLP**

By: /s/ David M. Fournier
David M. Fournier (DE No. 2812)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19801
Phone: (302) 777-6500
Fax:    (302) 421-8390
fournierd@pepperlaw.com

*Attorneys for Lukins & Annis, P.S.*

#25589797 v1