# EXHIBIT A

DAVID M. FOURNIER  
PEPPER HAMILTON LLP  
Hercules Plaza, Suite 5100  
1313 Market Street  
P.O. Box 1709  
Wilmington, Delaware 19899-1709  
Telephone: (302) 777-6565  
Facsimile: (302) 421-8390  

Chapter 11

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF DELAWARE

| In Re: | NO. 01-01139-KJC |
|---|---|
| W.R. GRACE & CO., et al., | **DECLARATION OF JED W. MORRIS** |
| Debtors. | |

Jed W. Morris, under penalty of perjury of the laws of the States of Washington and Delaware, hereby declares the following to be true and correct:

1. I am competent to testify to the matters herein and do so on personal knowledge.

2. I am a principal/shareholder in the law firm of Lukins & Annis, P.S. ("L&A"), based in Spokane, Washington.

3. I have worked at Lukins & Annis, P.S. as an attorney since 1983.

4. I am aware that three L&A attorneys that worked on ZAI-related claims while at L&A are from northern Montana – Kelly Konkright, Mike Black,

DECLARATION OF JED W. MORRIS: 1

00836385.1 4/18/14

and Mischelle Fulgham. In fact, Michelle Fulgham is from Libby, Montana, where W.R. Grace &Co. mined vermiculite used to make ZAI.

5. Darrell W. Scott voluntarily departed Lukins & Annis, P.S. on December 31, 2004, to start The Scott Law Group. When he left, he took all of the voluminous ZAI-related files and evidence (dozens of boxes) and most of his class action team. Mr. Scott took the ZAI litigation with him and The Scott Law Group continued to represent the ZAI claimants.

6. I have been advised by Edward Westbrook that The Scott Law Group ("Scott"), Lieff, Cabraser & Heimann ("Lieff"); Richardson, Patrick, Westbrook & Brickman ("Westbrook"), McGarvey, Heberling, Sullivan & McGarvey ("McGarvey"); and Ness, Motley, Loadholt, Richardson & Poole ("Ness") have reached an agreement amongst themselves regarding the allocation of Common Fund Fee Allocation, as between those firms. While I have never seen the proposed allocation in writing, I understand it to be:

- Scott receiving approximately 42 percent of the Common Fund Fee Award (approximately $6,675,000.00);
- Westbrook receiving approximately 42 percent of the Common Fund Fee Award (approximately $6,675,000.00);
- Lieff receiving 15 percent of the Common Fund Fee Award (approximately $2,400,000.00);

DECLARATION OF JED W. MORRIS: 2

- McGarvey receiving $250,000 from the Common Fund Fee Award; and

- Ness receiving 10 percent of Westbrook's allocation of the Common Fund Fee Award (approximately $667,500.00).

7. Lukins & Annis, P.S. was not a party to those negotiations. While Class Counsel has made informal offers to L&A over the years, wherein L&A would receive a very small portion of Scott's allocation (*e.g.*, 7 percent of Scott's approximate 42 percent), L&A rejected all such offers as patently unreasonable. It does not appear that Class Counsel's current proposed allocation provides any amount to L&A.

I declare under the penalty of perjury laws that the foregoing is true and correct to the best of my knowledge.

Dated at Spokane, Washington this 18th day of April, 2014.

_____
Jed W. Morris

DECLARATION OF JED W. MORRIS: 3

00836385.1 4/18/14