# EXHIBIT B

DAVID M. FOURNIER  
PEPPER HAMILTON LLP  
Hercules Plaza, Suite 5100  
1313 Market Street  
P.O. Box 1709  
Wilmington, Delaware 19899-1709  
Telephone: (302) 777-6565  
Facsimile: (302) 421-8390  

Chapter 11

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF DELAWARE

| In Re: | NO. 01-01139-KJC |
|---|---|
| W.R. GRACE & CO., et al.,<br><br>Debtors. | **DECLARATION OF<br>LAURA J. BLACK** |

LAURA J. BLACK, under penalty of perjury of the laws of the States of Washington and Delaware, hereby declares the following to be true and correct:

1. I am over the age of 18 and otherwise competent to testify to the matters herein and do so from my own personal knowledge.

2. I am a principal/shareholder in the law firm of Lukins & Annis, P.S. ("L&A"), which is based in Spokane, Washington. I have worked at L&A for approximately eight years.

DECLARATION OF LAURA J. BLACK: 1

00836393.1 4/18/14

3. I have reviewed the ZAI litigation and bankruptcy-related time records provided by Class Counsel for The Scott Law Group ("Scott"), Richardson, Patrick, Westbrook & Brickman, LLC ("Westbrook"), Lieff, Cabraser & Heimann ("Lieff"), McGarvey, Heberling, Sullivan & McGarvey ("McGarvey"), and Ness, Motley, Loadholt, Richardson & Poole ("Ness").

4. Similarly, I have also reviewed the ZAI litigation and bankruptcy-related time records produced by L&A to Class Counsel. L&A had several separate billing matters for ZAI-related litigation and the bankruptcy. The time records provided to Class Counsel include two sets of billing records related to the Spokane, Washington Barbanti ZAI Litigation, three sets of billing records related to the Montana Dorrington ZAI Litigation, and one set of billing records for the Property Damage Creditors' Committee. One final set of billing records represents L&A's time spent monitoring the bankruptcy proceedings after Darrell Scott's departure from L&A in December 2004, which L&A provides for reference but for which L&A is not seeking to recover.

5. L&A has relied upon these time records in its Motion, but due to volume, does not attach copies of the billing records hereto. L&A will file these time records on request and/or as necessary create a full record and will also provide copies of the time records to Rule 706 expert, Judge Fitzgerald.

DECLARATION OF LAURA J. BLACK: 2

00836393.1 4/18/14

6. Using the time records provided by Class Counsel and by L&A, I extracted the information contained in Charts 1-4 contained in L&A's Memorandum and also attached hereto as true and correct copies in Exhibits 1-4.

7. L&A is seeking to recover $184,097.00 of its pre-bankruptcy and post-bankruptcy costs associated with the Barbanti Litigation and litigating the ZAI claims in the bankruptcy action. L&A is not seeking to recover the costs from any of the Dorrington Litigation. True and correct copies of L&A's costs are attached hereto as Exhibit 5. I have reviewed the costs in Exhibit 5, and to the best of my knowledge, believe them to be reasonably incurred by L&A. All of the costs were incurred by L&A while Mr. Scott was the billing and supervising attorney, and while he was directing the litigation. Thus, Mr. Scott had the ability to review the costs incurred on these matters on a regular basis and presumably did so as part of his supervision and billing attorney obligations.

I declare under the penalty of perjury laws that the foregoing is true and correct to the best of my knowledge.

Dated at Spokane, Washington this 18th day of April, 2014.

_____
Laura J. Black

DECLARATION OF LAURA J. BLACK: 3

00836393.1  4/18/14