# **EXHIBIT 1**

**Chart 1: Pre-Bankruptcy Filing Through Bankruptcy Filing Hours - Highest Risk**

| Firm | Hours[48] | Type of Hours |
|---|---|---|
| L&A | 2,425 | Investigation, development and litigation in the Barbanti Litigation: Factual investigation; written discovery; depositions; work with experts; materials testing, sampling, inspections; motion practice; legal research; court hearings; drafting pleadings; litigation strategy; class certification. |
|  | 1,927 | Dorrington Litigation: Factual investigation; written discovery; depositions; motion practice; legal research; court hearings; drafting pleadings; litigation strategy. |
| Scott | 0 | n/a |
| Westbrook | 0 | n/a |
| Lieff | 1,983 | Barbanti Litigation and Dorrington Litigation: Class action strategy, legal research on both medical monitoring (Dorrington Litigation) and property damage (Barbanti Litigation) claims; work on developing multi-district litigation; attending hearing; working on discovery. |
| Ness | 50 | Work on Montana multi-district litigation: Class certification notice; reviewing memos and faxes; settlement discussions; miscellaneous motion practice. |
|  | 1,766 | Work on Barbanti Litigation: Preliminary injunction and class action notification; conferences; participate in discovery; work with experts; document management. |
|  | 1,203 | Work on Dorrington litigation: Investigate class-wide medical monitoring claims; work on pleadings; discovery; motion for preliminary injunction; trial preparation. |
| McGarvey[49] | 774 | Factual investigation of W.R. Grace & Co.: Review of documents; testing; document management; corporate entities. |
|  | 251 | Barbanti Litigation: Work on pleadings; attend hearing. |

---

[48] The number and categorization of hours are taken from the respective time records produced by Class Counsel and represent L&A's best subjective efforts to characterize and quantify the hours spent during these time periods.  See Declaration of Laura J. Black.
[49] The summaries of McGarvey's time herein are taken directly from McGarvey's summaries of its time provided by Class Counsel.