# EXHIBIT 2

**Chart 2: Post-Bankruptcy Filing Through Approval of ZAI Class Settlement Hours – Medium to High Risk**

| Firm | Hours | Type of Hours |
|---|---|---|
| L&A | 2,799 | ZAI Litigation: legal research on stay issues; developing litigation strategy; maintaining a class/claimant database; attending hearings; researching bankruptcy and class issues; communicating with clients; attending, facilitating, and traveling to creditors' meetings; notifying the Court of the Barbanti Litigation and class certification and of issues related to class treatment of ZAI claims; responding to objections to proofs of claim; moving to file a class-wide proof of claim. |
| | 378 | Property Damage Creditors' Committee. |
| | 652 | Continued work on Dorrington Litigation. |
| Scott | 5,043 | ZAI Litigation: 2019 statements; communications with class; proof of claims issues; notice issues; damages work; discovery; class certification; hearings; plan confirmation; legal research – statute of limitations, economic loss, CPA, product liability, common fund fee award; settlement discussions; internet research. |
| | 305 | Property Damage Creditors' Committee. |
| Westbrook | 3,642 | ZAI Litigation: Claims Processing (answering phone calls, updating database, documenting claims); research; preparation for 7/22/08 hearing (**58 hours**); mediation; relief from stay issues; preparation for and attendance at 2/25/08 hearing (**113 hours**); class certification motion; science trial; bankruptcy hearings; meetings; settlement conference and settlement issues; proof of claims issues. |
| | 100 | Property Damage Creditors' Committee. |
| Lieff | 2,280 | Litigation of ZAI Claims: Bankruptcy strategy and legal research; seeking relief from stay; creditors' meetings; collaboration with EPA; notice to claimants; proof of claims; science trial; damages; correspondence with counsel; reviewing pleadings; researching jury instructions; communications with counsel; conference calls. |
| | 81 | Property Damage Creditors' Committee. |
| | 30 | Continued work on Dorrington litigation. |
| | 21 | Ministerial work: Distributing mail; retrieving documents. |
| Ness McGarvey | 0 | n/a |
| | 128 | Sealed Air Asset Recovery. |
| | 3,614 | Litigation of ZAI Claims: ZAI brief; "marshalling" evidence and documents; committees; hearings; meetings. |