# EXHIBIT 3

**Chart 3: Post-Settlement Through Bankruptcy Plan Confirmation Hours - Lowest to No Risk**

| Firm | Hours | Type of Hours |
|---|---|---|
| L&A | 179[50] | Monitoring bankruptcy proceedings and plan confirmation. |
| Scott | 2,597 | Monitoring bankruptcy proceedings and plan confirmation; reviewing proofs of claim; phone calls from class members; notice to class; fee issues; depositions; Property Damage Creditors' Committee. |
| Westbrook | 3,646 | Monitoring bankruptcy proceedings and plan confirmation; correspondence with counsel; communications with Class members; "emergence" issues; Canadian ZAI issues. |
| | 16 | Communications with L&A. |
| | 15 | Property Damage Creditors' Committee. |
| Lieff | 297 | Monitoring bankruptcy proceedings and plan confirmation. |
| Ness | 0 | n/a |
| McGarvey | 0 | n/a |

---

[50] L&A is not requesting that any hours post-departure of Scott be compensated but is providing these hours as a point of comparison.