# EXHIBIT 4

Case 01-01139-AMC    Doc 32034-7    Filed 04/18/14    Page 2 of 2

**Chart 4: Comparison of Total Hours and Proposed Common Fund Fee Awards**

| Firm | Total Hours[51] | Percentage of Total Hours (31,406) | Lodestar Yield (Kirkland & Rates) | Percentage of Common Fund Fee Award Proposed by Class Counsel | Percentage of Common Fund Fee Award Proposed by L&A |
|---|---|---|---|---|---|
| L&A | 8,181[52] | 26.04% | $4,967,984.00 | 0 ($0) | 25% ($4,000,000.00) |
| Scott | 7,137 | 22.71% | $3,862,750.00 | Approximately 42% ($6,675,000.00)[53] | 25% ($4,000,000.00) |
| Westbrook | 7,420 | 23.62% | $5,151,100.00 | Approximately 42% ($6,675,000.00) | 25% ($4,000,000.00) |
| Lieff | 4,624 | 14.72% | $3,097,950.00 | Approximately 15% ($2,400,000.00)[54] | 17% ($2,720,000.00) |
| Ness | 3,019 | 9.61% | Unknown | 10% of Westbrook's Allocation ($667,500.00) | 5% $800,000 |
| McGarvey | 1,025 | 3.3% | Unknown | 1.5% ($250,000 payment) | 3% $480,000 |

---

[51] This number differs from the amount of time included in the billing records for Lieff Cabraser and analyzed above, but is the amount disclosed by Class Counsel to the Court as the "total" number of hours being sought to be compensated from the Common Fund Fee Award. *See* ECF No. 31718.
[52] This total does not include time spent monitoring the bankruptcy action after Mr. Scott's departure from L&A, which L&A is not seeking.
[53] Under the proposed allocation, Scott's fees would presumably be reduced by the 7 percent of those fees allocated to L&A.
[54] Under the proposed allocation, Westbrook's fees would presumably be reduced by the 10 percent of those fees allocated to Ness.