## **CERTIFICATE OF SERVICE**

I, David M. Fournier, hereby certify that on the 18th day of April, 2014, I caused the foregoing **Motion of Lukins & Annis, P.S. for an Allocation of the ZAI Class Action Common Fund Fee Award** to be served upon the parties on the attached service list by first-class mail, or in the manner indicated.

 /s/ David M. Fournier
David M. Fournier (DE No. 2812)

#25572795 v1

-2-

| | |
|---|---|
| William D. Sullivan, Esq.<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street<br>Suite 1300<br>Wilmington, DE 19801<br>**Hand Deliver** | Darrell W. Scott, Esq.<br>The Scott Law Group, P.S.<br>926 W. Sprague Avenue<br>Chronicle Building, Suite 680<br>Spokane, WA 99201<br>**First-Class Mail**<br>**Email: scottgroup@me.com** |
| Edward J. Westbrook, Esq.<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mt. Pleasant, S.C. 29464<br>**First-Class Mail**<br>**Email: ewestbrook@rpwb.com** | Elizabeth Cabraser, Esq.<br>Lieff, Cabraser, Heimann & Bernstein, L.L.P.<br>Embarcadero Center West<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-3339<br>**First-Class Mail**<br>**Email: ecabraser@lchb.com** |
| Jeffrey W. Gettleman, Esq.<br>Adam Paul, Esq.<br>Lisa Esayian, Esq.<br>Kirkland & Ellis LLP<br>300 N. LaSalle<br>Chicago, IL, 60654<br>**First-Class Mail**<br>**Email: jeffrey.gettleman@kirkland.com,**<br>    **adam.paul@kirkland.com,**<br>    **lisa.esayian@kirkland.com** | Michael Magzamen, Esq.<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Scott L. Baena, Esq.<br>Bilzin, Sumberg, Baena, Price & Axelrod<br>1450 Brickeli Ave., 23rd Floor<br>Miami, FL 33131-3456 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>600 Lexington A venue, 21st  Floor<br>New York, NY 10022 |
| Thomas M. Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022 | Richard H. Wyron, Esq.<br>Frankei Wyron LLP<br>2101 L Street, NW<br>Washington, DC 20037 |
| James E. O'Neill, Esq.<br>Pachuiski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>**Hand Deliver** | Michael R. Lastowski, Esq.<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |
| Michael B. Joseph, Esq.<br>Ferry Joseph & Pearce, P.A.<br>824 Market Street, Suite 904<br>Wilmington, DE 19801 | Maria Eskin, Esq.<br>Campbell & Levine, LLC<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801 |

-3-

| | |
|---|---|
| Teresa K.D. Currier, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue<br>Wilmington, DE 1980 I | John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| Alan B. Rich, Esq.<br>Law Office of Alan B. Rich, Esq.<br>1201 Main Street, Suite 1910, LC 201<br>Dallas, TX 75202 | Tancred Schiavoni, Esq.<br>O'Melveny & Myers LLP<br>Seven Times Square<br>New York, NY 10024 |
| Karl Hill, Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 | Richard L. Schepecarter<br>Office of the U.S. Trustee<br>844 N. King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 |
| Edward B. Cottingham, Jr.<br>Cottingham Law Firm, LLC<br>317 Wingo Way, Ste. 303<br>Mt. Pleasant, SC 29464 | M. Dawes Cooke, Jr., Esq.<br>Barnwell Whaley Paterson & Helms LLC<br>288 Meeting St., Ste 200 (29401)<br>Post Office Drawer H<br>Charleston, SC 29402 |