**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>W.R. GRACE & CO., et al.,<br><br>　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 01-01139 (KJC)<br>Jointly Administered<br><br>**Related Docket No. 32034** |

## SUPPLEMENTAL DECLARATION OF SERVICE

I, David M. Fournier, hereby declare on the 18th day of April, 2014, I caused the **Motion of Lukins & Annis, P.S. for an Allocation of the ZAI Class Action Common Fund Fee Award** (Docket No. 32034) to be served upon the following party by first-class mail, postage prepaid.

> McGarvey, Heberling, Sullivan & Lacey
> 345 1st Ave E.
> Kalispell, MT 59901
> Attn: Managing Partner

Dated: April 21, 2014
Wilmington, Delaware

Respectfully submitted,

**PEPPER HAMILTON LLP**

By: /s/ David M. Fournier
David M. Fournier (DE No. 2812)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19801
Phone: (302) 777-6500
Fax:   (302) 421-8390
fournierd@pepperlaw.com

*Attorneys for Lukins & Annis, P.S.*

#25627571 v1