<u>**Exhibit C**</u>

**Claim no. 830**

# WR Grace
## Bankruptcy Form 10
### Index Sheet

RUST000145

A00000830B

| Claim Number: | 00000830 | Receive Date: | 06 / 13 / 2002 |

**Multiple Claim Reference**

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

Claim Number: _____

- [ ] MMPOC — Medical Monitoring Claim Form
- [ ] PDPOC — Property Damage
- [ ] NAPO — Non-Asbestos Claim Form
- [ ] Amended

**Attorney Information**

Firm Number:  
Firm Name:  
Attorney Number:  
Attorney Name:  
Zip Code:  
Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| [ ] TBD | [ ] TBD | [x] Other Attachments |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
| [ ] TBD | [ ] TBD | |
|         | [ ] Other Attachments | |
| **Other** | [ ] Non-Standard Form | |
|         | [ ] Amended | |
|         | [ ] Post-Deadline Postmark Date | |

Box/Batch: WRBF0005/WRBF0017       Document Number: WRBF000830

FORM B10 (Official Form 10)(4/01)

| UNITED STATES BANKRUPTCY COURT   U. S.   DISTRICT OF DELAWARE | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor<br>W R GRACE & CO-CONN | Case Number<br>01-01140-PJW | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or entity to whom the debtor owes money or property):<br>Department of the Treasury - Internal Revenue Service | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and addresses where notices should be sent:<br>Internal Revenue Service<br>ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD 21201<br>Telephone number: (410) 962-9397   Creditor #: | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor:<br>see attachment | Check here ☐ replaces<br>if this claim ☒ amends  a previously filed claim, dated: 08/28/2001 | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes
- ☐ Other_____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your SS #: _____ _____ _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2. Date debt was incurred:**   see attachment

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**   $ 311,200,164.87
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $_____

WR Grace    BF.5.17.830
00000830

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $11,165,753.35
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☒ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>05/21/2002 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>D. Thomas  for  Insolvency Manager |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

RECEIVED JUN - 3 2002
U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE
2002 JUN -3 PM 12:02

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form **10** Attachment

| | |
|---|---|
| Docket Number | 01-01140-PJW |
| Type of Bankruptcy Case | Chapter 11 |
| Date of Petition | 04/02/2001 |

In the Matter of:  W R GRACE & CO-CONN
7500 GRACE DRIVE
COLUMBIA, MD  21044-4009

Amendment No. 2 to Proof of Claim dated 08/28/2001

This claim is not subject to any setoff or counterclaim.

## Unsecured Priority Claims under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| 13-5114230 | CORP-INC | 12/31/1988 | 1 ESTIMATED LIABILITY | $26,000,000.00 | $0.00 |
| 13-5114230 | CORP-INC | 12/31/1989 | 1 ESTIMATED LIABILITY | $38,000,000.00 | $0.00 |
| 13-5114230 | CORP-INC | 12/31/1993 | 1 ESTIMATED LIABILITY | $28,000,000.00 | $0.00 |
| 13-5114230 | CORP-INC | 12/31/1994 | 1 ESTIMATED LIABILITY | $49,000,000.00 | $0.00 |
| 13-5114230 | CORP-INC | 12/31/1995 | 1 ESTIMATED LIABILITY | $71,000,000.00 | $0.00 |
| 13-5114230 | CORP-INC | 12/31/1996 | 1 ESTIMATED LIABILITY | $55,000,000.00 | $0.00 |
| 13-5114230 | CORP-INC | 12/31/1998 | 1 ESTIMATED LIABILITY | $43,000,000.00 | $0.00 |
| 13-5114230 | WT-FICA | 12/31/2000 | 03/26/2001 | $0.00 | $259.57 |
| 13-5114230 | ADDTL. ASSMT. | | 04/23/2001 | $1,103,945.15 | $16,916.58 |
| 13-5114230 | ADDTL. ASSMT. | | 08/10/2001 | $43,958.44 | $673.61 |
| | | | | $311,147,903.59 | $17,849.76 |

Total Amount of Unsecured Priority Claims:   $311,165,753.35

## Unsecured General Claims

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . . . . $34,411.52

Total Amount of Unsecured General Claims:   $34,411.52

1 ESTIMATED LIABILITY

Page 1 of 1