<u>**EXHIBIT G**</u>

**Notice of Assessment**

artment of the Treasury
nal Revenue Service
ector

Document Locator Number
29351-345-13000-09

**1973 N. Rulon White Blvd.**
**Ogden, UT 84201**

IDRS: 0463205534

| MFT | Tax Period | Assessment Date | Trans Code |
|-----|-----------|-----------------|-----------|
| 02 | 199812 | 12/11/2009 | 670<br>570 |

Date of
This Notice: 12/11/2009

If you find it necessary
to inquire about your
account, please refer
to this number  ▶  65-0773649

Taxpayer

W R GRACE & CO
5400 BROKEN SOUND BLVD NW
BOCA RATON    FL    33487-3521

Form Number: 1120

Plan/Report Number:

Tax Period Ended  12/31/1998

### Notice of Tax Due on Federal Tax Return

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this
notice. Make your check payable to the United States Treasury and send it with a copy of this notice to the address shown above. If the
balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an
explanation of the difference.

The balance due may include Penalty and Interest. If you have any questions concerning the balance due or penalty and interest
computation call us at 800-829-0115 (Business filers) or 800-829-8374 (Individual filers).

| Reference | | | Assessment | Adjustment or Credit | Balance Due |
|-----------|--|--|-----------|---------------------|-------------|
| 12/11/2009 ADD'L TAX | 300 | | 5,852,658.00 | | |
| 12/11/2009 INTEREST | 190 | | 5,504,028.82 | | |
| | | | | | 11,356,686.82 |

---

Please return this copy with your payment to the address shown above

**Form 3552** (6-2009) (Part 3)

| Form 4549-A<br>(Rev. 3-2005) | Department of the Treasury – Internal Revenue Service<br>Income Tax Examination Changes | | Page ___ of ___ |
|---|---|---|---|
| **Name and Address of Taxpayer**<br><br>WR GRace & Co & Subsidiaries<br><br>5400 Broken Sound Blvd. NW<br>Suite # 300<br>Boca Raton, FL          33487 | **Taxpayer Identification Number**<br>65-0773649 | | **Return Form No.**<br>1120 |
| | **Person with<br>whom examination<br>changes were<br>discussed** | **Name and Title**<br><br>Elyse Filon<br>VP Finance | |

| | Year: 12/1998 | Year: | Year: |
|---|---|---|---|
| 1. Adjustments to Income | | | |
|    a. Per RAR – Form 4549-B's | 26,960,177 | | |
| 2. Total Adjustments | 26,960,177 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 216,277,213 | | |
| 4. Corrected Taxable Income | 243,237,390 | | |
|    Tax Method<br>   Filing Status | | | |
| 5. Tax | 85,133,087 | | |
| 6. Additional Taxes/Alternative Minimum | N/A | | |
| 7. Corrected Tax Liability | 85,133,087 | | |
| 8. Less Credits:<br>   a. Foreign Tax Credit<br>   b. Other Subpart B Credits<br>   c. General Business Credit<br>   d. Minimum Tax Credit/Bond Credits | <br>84,428,408<br>0<br>0<br>0 | | |
| 9. Balance (Line 7 less total of 8a-8d) | 704,679 | | |
| 10. Plus Other Taxes:<br>   a. Credit Recapture & Other Taxes<br>   b. Alternative Minimum Tax (Before 2000)<br>   c. Environmental Tax<br>   d. Other Taxes | <br>0<br>17,657,120<br>N/A<br>N/A | | |
| 11. Total Corrected Income Tax Liability<br>   (Line 9 plus Lines 10a-10d) | 18,361,799 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 12,509,141 | | |
| 13. Adjustments to:<br>   a.<br>   b.<br>   c.<br>   d. | <br>0<br>0<br>0<br>0 | | |
| 14. Deficiency - Increase in Tax or<br>   (Overassessment - Decrease in Tax)<br>   (Line 11 less Lines 12 & 13a-13d) | <br><br>5,852,658 | | |
| 15. Adjustment to Prepayment Credits - incr (decr) | 0 | | |
| 16. Balance Due or (Overpayment) (Line 14 less Line 15)<br>   (Excluding interest and penalties) | <br>5,852,658 | | |

Catalog Number 23110T                    www.irs.gov                    CG Form 4549-A (Rev. 3-2005)

| Form 4549-A (Rev. 3-2005) | Department of the Treasury - Internal Revenue Service<br>Income Tax Examination Changes | | Page        of |
|---|---|---|---|

| Name of Taxpayer<br>WR GRace & Co & Subsidiaries | Taxpayer Identification Number<br>65-0773649 | Return Form No.<br>1120 |
|---|---|---|

| 17.  Penalties   Code Section | Year: 12/1998 | Year: | Year: |
|---|---|---|---|
| a. | 0 | | |
| b. | 0 | | |
| c. | 0 | | |
| d. | 0 | | |
| e. | 0 | | |
| f. | 0 | | |
| g. | 0 | | |
| h. | 0 | | |
| i. | 0 | | |
| j. | 0 | | |
| k. | 0 | | |
| l. | 0 | | |
| m. | 0 | | |
| 18. Total Penalties | 0 | | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed. | 0 | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on underpayment will accrue until paid or assessed. | 0 | | |
| Underpayment attributable to Tax Motivated Transactions (TMT). The interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC Sec. 6621(c) | 0 | | |

| 19. Summary of Taxes Penalties and Interest: | | | |
|---|---|---|---|
| a. Balance Due/(Overpayment)  (Line 16) | 5,852,658 | | |
| b. Penalties (Line 18) computed to | 0 | | |
| c. Interest (IRC 6601) computed to | 0 | | |
| d. TMT Interest computed to          on TMT Underpayment | 0 | | |
| e. Amount due (refund) - (sum of Lines a-d) | 5,852,658 | | |

Other Information:
On 11/26/2001 and 4/30/2009 you filed form 1120X for refund of $6,359,750 and $2,096,695 respectively for 199812.  As a result of our examination we allowed your claim in full.  The total amount of the refund is however decreased by other adjustments shown on this report.
On 3/15/2007 you filed an amended Form 1120X increasing your tax liability by $1,370,857. This assessment was also agreed upon and is included in the adjustments shown on this report. See attached statement.

| Examiner's Signature<br><br>*Manmeet Gulati*<br>Name: Manmeet Gulati | 0316321<br>Employee ID | Deerfield Beach<br>Office | 11-12-09<br>Date |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is shared with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

| Catalog Number 23110T | www.irs.gov | CG Form 4549-A (Rev. 3-2005) |
|---|---|---|

| Substitute For | Department of the Treasury - Internal Revenue Service |
|---|---|
| Form 4549-B | Income Tax Examination Changes |

| Name and Address of Taxpayer | Soc. Sec. or Employer Ident. Number |
|---|---|
| WR GRace & Co & Subsidiaries | 65-0773649 |
| 5400 Broken Sound Blvd. NW<br>Suite # 300<br>Boca Raton, FL        33487 | |

| Adjustments to Income - Increase (Decr) | Year: 12/1998 | Year: | Year: |
|---|---|---|---|
| 000006    Royalty Income | 912,285 | | |
| CALC01    Capital Gain Net Income Increase <Decrease> | (30,313,838) | | |
| CALC04    NOL Deduction Decrease <Increase> | (3,601,925) | | |
| CALC06    Other Audit Adjustments | (1,960,074) | | |
| 000003    LIFO Inventory Adjs | (4,342,296) | | |
| 000001    Interest Income-COLI | 46,397 | | |
| 000005    Rental Income | 1,933,230 | | |
| 000007    Swap Options | 1,370,976 | | |
| 000008    Interest Expense-COLI | 1,392,005 | | |
| 000009    Interest Expense-COLI | 10,775,528 | | |
| 000010    Depreciation | (4,359,829) | | |
| 000011    Depletion | (96,816) | | |
| 000012    Profit Sharing Plan | (241,838) | | |
| 000013    Other Deductions | 54,695,403 | | |
| 000004    Imputed Interest Income | 124,436 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Adjustments This Page | 26,333,644 | | |
| Income Adjustments Including Previous Page(s) | 26,333,644 | | |

| Substitute for | Department of the Treasury - Internal Revenue Service |
|---|---|
| Form 4549-B | Income Tax Examination Changes |

| Name and Address of Taxpayer | Soc. Sec. or Employer Ident. Number |
|---|---|
| WR GRace & Co & Subsidiaries | 65-0773649 |
| 5400 Broken Sound Blvd. NW | |
| Suite # 300 | |
| Boca Raton, FL          33487 | |

| Adjustments Affecting Income - Incr (Decr) | Year: 12/1998 | Year: | Year: |
|---|---|---|---|
| 000002    Foreign Dividends Gross-Up (Sec 78) | 626,533 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Adjustments This Page | 626,533 /A | | |

Form CG-4549-B

**W.R. Grace & Co and Subsidiaries – EIN 65-0773649**
**Attachment to RAR tax period 199812 dated 11/12/2009**

W.R. Grace – Conn (EIN 13-5114230) incurred specified liability losses ("SLL") in the first three months of 1998 when it was a part of Sealed Air Corporation and Subsidiaries ("Sealed Air Group") (EIN 65-0654331). This loss was included in the 199812 tax return of Sealed Air Group. On April 1, 1998 W.R. Grace –Conn was spun out of Sealed Air Group and became part of W.R. Grace & Co. Subsidiaries (EIN 65-0773649) consolidated group (the "W.R. Grace Group").

W.R. Grace-Conn filed Form 1139 under its EIN 13-5114230 within 12 months of the filing of 199812 Sealed Air Group's consolidated return to carry back the SSL to 1989 when it was a part of the Fresenius Medical Care Holdings Inc & Subs ("Fresenius Affiliated Group") (EIN 13-3461988) formerly known as Fresenius National Medical Care Holdings Inc. The examination of the 199812 Sealed Air Group tax return resulted in additional specified liability losses. Even though the adjustments on the W.R. Grace RAR for the short period 4/1/1998 thru 12/31/1998 were agreed to, the tax was not assessed because IRS denied the carry back of the SLL to tax period 198912 because of the "lonely parent rule". IRS issued a statutory notice of deficiency on June 26, 2007. The 198912 tax return of the Fresenius Group went to Appeals and was docketed on 7/12/2007 under docket number 13956-07. The stipulation of settled issues was issued in March 2009 and Forms 4549 were prepared for each year 1989-1996 to show the correct tax assessment.

W.R. Grace-Conn incurred a capital loss in the first 3 months of 1998 when it was part of Sealed Group. After the spin off, taxpayer did not carry forward the loss on the W.R. Grace & Co short year 199812 tax return. W.R. Grace & Co filed a Form 1120X on 11/26/01 to amend the 199812 return and take the capital loss in the amount of $45,337,875 as well as other deductions that it had overlooked when the return was first filed. These adjustments were included in the Statutory Notice. In March 2007 taxpayer filed a protective claim for 199609 to carry back the entire loss of $45,337,875 from 199803 to 199609. This claim was addressed on form 3610 dated March 28, 2008 but not resolved since there was no outcome of the 1998 lonely parent issue at the time.

On 3/15/2007 taxpayer filed a 1120X to reduce the NOL carry forward to 199812 due to adjustments made in years 1997-1998. This reduction of NOL carry forward was also addressed in the statutory notice. The Statutory Notice showed an increase in tax in the amount of $ 4,537,834 which was a total of the tax due on adjustments agreed to by taxpayer but not paid in the amount of $3,166,977 plus tax due of $1,370,857 per 1120X filed on March 15, 2007.

On 12/20/07 taxpayer filed form 1139 to carry back specified liability loss from 200612 to 199812 in the amount of $10,496,884. Form 1139 was returned to taxpayer by service

center because it did not match the transcript. Taxpayer's taxable income included the adjustments in the stat notice. Taxpayer then filed 1120X on 4/30/2009.

This RAR includes all adjustments from the Statutory Notice of Deficiency including the decrease in NOL carry forward to 199812. The additional adjustments made to the statutory Notice taxable income are the following:

When the stipulation for the lonely parent was resolved, taxpayer was allowed the same percentage as the NOL carry back to 1989 for the carry back of capital loss from 200609 as well. When taxpayer had initially amended the 199812 tax return and carried forward the entire capital loss originating in 199803 to 199812. An amendment is being made to reduce the loss carry forward by $15,024,037.

Additionally the specified liability loss in the amount of $10,496,884 is being allowed to be carried back from 200612 as requested on Form 1139 and then Form 1120X.

Reconciliation:

| | |
|---|---|
| Taxable income per Stat Notice: | $22,405,755 |
| Taxable Income per RAR | $26,960,177 |
| Difference | $ 4,554,422 |
| Decrease in Capital Loss C/F | $ 15,024,037 |
| SLL carry back from 200612 | $(10,496,884) |
| NOL carryover to 199812 | $ 27,269 |
| Total | $ 4,554,422 |

| Form 870<br>(Rev. March 1992) | Department of the Treasury - Internal Revenue Service<br>Waiver of Restrictions on Assessment and Collection of Deficiency<br>in Tax and Acceptance of Overassessment | Date received by IRS |
|---|---|---|

| Name and Address of Taxpayers (Number, street, city or town, State, and ZIP code)<br><br>WR GRace & Co & Subsidiaries<br><br>5400 Broken Sound Blvd. NW<br>Suite # 300<br>Boca Raton, FL                    33487 | Social Security or<br>Employee ID number<br><br>65-0773649 |
|---|---|

### Increase (Decrease) in Tax and Penalties

| Tax Year<br>Ended | Tax | Penalties | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/1998 | 5,852,658 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Consent to Assessment and Collection

I consent to the immediate assessment and collection of any deficiencies (increase in tax and penalties) and accept any overassessment (decrease in tax and penalties) shown above, plus any interest provided by law. I understand that by signing this waiver, I will not be able to contest these years in the United States Tax Court, unless additional deficiencies are determined for these years.

| Taxpayer's<br>Representative   -><br>Here | | Date |
|---|---|---|
| Corporate Name -> | WR GRace & Co & Subsidiaries | |

| Corporate Officers<br>Sign Here | *Elyse Filon* | Title<br>*Vice President- Finance*<br>Title | Date<br>*11/13/09*<br>Date |
|---|---|---|---|

General Information

If you consent to the assessment of the deficiencies shown in this waiver, please sign and return the form in order to limit any interest charge and expedite the adjustment to your account. Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled. It will not prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for either action.

We have agreements with State tax agencies under which information about Federal Tax, including increases or decreases, is exchanged with the States. If this change affects the amount of your State income tax, you should file the required State form.

If you later file a claim and the Service disallows it, you may file suit for refund in a district court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

We will consider this waiver a valid claim for refund or credit of any overpayment due you resulting from any decrease in tax and penalties shown above, provided that you sign and file it within the period established by law for making such a claim.


Who must sign

If you filed jointly, both you and your spouse must sign. If this waiver is for a corporation, it should be signed with the corporation name, followed by the signatures and titles of the corporate officers authorized to sign. An attorney or agent may sign this waiver provided such action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee) Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.