EXHIBIT H

Teichen Declaration

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | Hearing Date: May 28, 2014, at 11:00 a.m. |
| ) | Objection Deadline: May 23, 2014 |

**DECLARATION OF DONALD J. TEICHEN IN SUPPORT OF THE REORGANIZED DEBTORS' OBJECTION TO THE REMAINING CLAIMS OF THE INTERNAL REVENUE SERVICE (SUBSTANTIVE)**

| | |
|---|---|
| COUNTY OF PALM BEACH ) | |
| ) ss. | |
| STATE OF FLORIDA ) | |

Donald J. Teichen, after being duly sworn according to law, deposes and says:

1. I am over the age of 18 and competent to testify. I am Director of Tax at W. R. Grace & Co.-Conn., which has offices located at 6001 Broken Sound Parkway, N.W. Suite 600, Boca Raton, Florida 33487. I submit this declaration (the "Declaration") in support of the *Reorganized Debtors' Objection to the Remaining Claims of the Internal Revenue Service (Substantive)* (the "Objection"), filed concomitantly herewith. All facts set forth in this Declaration are based on my personal knowledge, upon information supplied to me by the Reorganized Debtors' employees and professionals retained in these chapter 11 cases, as well as

---

[1] The Reorganized Debtors comprise the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

upon my opinion based upon my experience and knowledge of Grace's businesses. If called upon to testify, I could and would testify competently to the facts and opinions contained herein.[2]

2.  I am responsible for reviewing claims and overseeing the process of analyzing and objecting to claims of tax authorities process during these chapter 11 cases. In that capacity, I have reviewed the Objection and I am either directly familiar with the information contained therein and in the exhibit attached thereto or indirectly familiar with this information through the Reorganized Debtors' employees, contractors or other personnel, attorneys and Bankruptcy Management Corporation, the Debtors' claims consultant. Upon information and belief, the Reorganized Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and the respective amounts owed to their creditors.

I. **THE REORGANIZED DEBTORS DO NOT OWE $11,356,686.82 AS ASSERTED IN CLAIM NO. 18553**

3.  Claim no. 18553 asserts a claim for unpaid U. S. federal income tax liability and prepetition interest thereon in the amount of $11,356,686.82 against Grace-Conn. for the tax year ending on December 31, 1998, which began on April 1, 1998 (the "1998 Tax Year"). On information and belief, the Reorganized Debtors assert that net operating loss ("NOL") carry-backs from the Reorganized Debtors' 2006 and 2008 tax years eliminate any remaining unpaid U. S. federal income tax liability for the 1998 Tax Year. In particular, the Reorganized Debtors reported an NOL on their consolidated 2006 U.S. federal income tax return. The IRS allowed the Reorganized Debtors to carry-back $2,099,377 of that NOL to offset the Reorganized

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in, as the case may be, the Objection or the *First Amended Joint Plan of Reorganization in their Chapter 11* Cases [Docket no. 26368], as it may be further supplemented or otherwise further amended from time to time, and the schedules and exhibits to the foregoing, as they may be in effect from time to time (the "Plan").

Debtors' 1998 Tax Year taxable income. On April 30, 2009, the Reorganized Debtors filed an amended 1998 U.S. federal tax return, which took into account the 2006 NOL carry-back.

4.      On September 11, 2009, the Reorganized Debtors filed their consolidated 2008 U.S. federal income tax return, which also reported a NOL. On December 11, 2009, upon the conclusion of the IRS's 1998 Tax Year audit, the IRS assessed the Reorganized Debtors $11,356,686.82, which comprised additional tax in the amount of $5,852,658.00 and prepetition interest in the amount of $5,504,028.82.[3] See Exhibit G, *Notice of Assessment*. In March 2012, the Reorganized Debtors filed an amended 1998 U.S. federal tax return, which took into account the 2008 NOL carry-back. On December 7, 2012, the IRS filed Claim No. 18553 in the amount of $11,356,686.82 to document the December 2009 assessment.

5.      On March 7, 2014, the IRS provided the Reorganized Debtors with an Account Transcript, which included numerous refundable credits that the IRS was holding in light of the asserted 1998 deficiency. These credits are summarized in the following chart:

| EXPLANATION OF TRANSACTION | TYPE OF TAX | CYCLE DATE | AMOUNT ($) |
|---|---|---|---|
| Credit transferred from 1120 200012 | Fuel Excise Tax Refundable Credit | 03/15/2001 | (13,321) |
| Credit transferred from 1120 200112 | Fuel Excise Tax Refundable Credit | 03/15/2002 | (23,927) |
| Credit transferred from 1120 200212 | Fuel Excise Tax Refundable Credit | 03/15/2003 | (16,841) |
| Credit transferred from 1120 200312 | Fuel Excise Tax Refundable Credit | 03/15/2004 | (21,057) |
| Credit transferred from 1120 200412 | Overpayment of Estimated Tax | 09/14/2005 | (202,838) |
| Credit transferred from 1120 200412 | Fuel Excise Tax Refundable Credit | 01/04/2006 | (47,380) |
| Credit transferred from 1120 200512 | Overpayment of Estimated Tax | 03/15/2006 | (19,705) |
| Credit transferred from 1120 200612 | Telephone Excise Tax Refundable Credit | 03/15/2007 | (450,749) |
| Credit transferred from 1120 200612 | Fuel Excise Tax Refundable Credit | 04/29/2007 | (89,564) |
| Credit transferred from 1120 201012 | Fuel Excise Tax Refundable Credit | 03/15/2011 | (17,166) |
| Credit transferred from 1120 201012 | Overpayment of Estimated Tax | 03/15/2011 | (377,715) |

---

[3] The audit included the amended 1998 U.S. federal income tax return filed on April 30, 2009, which took the 2006 NOL carry-back into account.

| Explanation of Transaction | Type of Tax | Cycle Date | Amount ($) |
|---|---|---|---|
| | | **TOTAL:** | (1,280,263) |

6. On March 10, 2014, the IRS completed its examination of the Reorganized Debtors' consolidated U.S. federal income tax returns for tax years 2007 through 2009, and issued a final report of its audit findings, including certain proposed adjustments to the 2008 NOL. *See* Exhibit H, *Final Revenue Agent's Report, Comprising Form 4059-A (Income Tax Discrepancy Adjustments) and Supporting Forms & Documentation* (the "RAR"). The Reorganized Debtors have agreed to each of the proposed adjustments in the RAR. The adjusted 2008 NOL will now not only eliminate the 1998 Tax Year deficiency, but also result in the IRS owing the Reorganized Debtors a refund of approximately $2,768,610, when certain other tax amounts owed by the IRS to the Reorganized Debtors, but which have been held on account because of the 1998 Tax Year deficiency, are included (as set forth below in more detail):

| Item | Description | Amount |
|---|---|---|
| 1 | 1998 Tax Year Deficiency | 7,485,958 |
| 2 | 1998 Overpayment, refunded to Grace on 10/1/1999 | (4,490,859) |
| 3 | Total 1998 Tax Liability as of Refund Date 10/1/99 | 2,995,099 |
| 4 | Interest from 3/15/99 to refund date 10/1/99 | 132,826 |
| 5 | Total Liability as of 10/1/99 | 3,127,925 |
| 6 | Add-back Overpayment, refunded on 10/1/99 | 4,490,859 |
| 7 | Liability as of 10/1/99 | 7,618,784 |
| 8 | Interest from 10/2/99 to 3/15/01 | 1,018,500 |
| 9 | 2000 Excise Tax Credit due to Grace on 3/15/01 | (13,321) |
| 10 | Liability as of 3/15/01 | 8,623,963 |
| 11 | Interest from 3/15/01 to 4/2/01 | 37,882 |
| 12 | Tax Liability at 4/2/01 | 8,661,845 |
| 13 | Interest from 4/3/01 to 3/15/02 at 4.19% | 346,336 |
| 14 | 2001 Excise Tax Credit due to Grace on 3/15/02 | (23,927) |
| 15 | Tax Liability at 3/15/02 | 8,984,254 |
| 16 | Interest from 3/15/02 to 3/15/03 at 4.19% | 378,990 |
| 17 | 2002 Excise Tax Credit due to Grace on 3/15/03 | (16,841) |

4

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 18 | Tax Liability at 3/15/03 | 9,346,403 |
| 19 | Interest from 3/15/03 to 3/15/04 at 4.19% | 395,148 |
| 20 | 2003 Excise Tax Credit due to Grace on 3/15/04 | (21,057) |
| 21 | Tax Liability at 3/15/04 | 9,720,494 |
| 22 | Interest from 3/15/04 to 9/14/05 at 4.19% | 620,157 |
| 23 | 2004 Overpayment of Tax due to Grace on 9/14/05 | (202,838) |
| 24 | Tax Liability at 9/14/05 | 10,137,813 |
| 25 | Interest from 9/14/05 to 1/4/06 at 4.19% | 130,399 |
| 26 | 2004 Excise Tax Credit due to Grace on 1/4/06 | (47,380) |
| 27 | Tax Liability at 1/4/06 | 10,220,833 |
| 28 | Interest from 1/4/06 to 3/15/06 at 4.19% | 82,131 |
| 29 | 2005 Excise Tax Credit due to Grace on 3/15/06 | (19,705) |
| 30 | Tax Liability at 3/15/06 | 10,283,259 |
| 31 | Interest from 3/15/06 to 3/15/07 at 4.19% | 433,787 |
| 32 | 2006 Excise Tax Credit due to Grace on 3/15/07 | (450,749) |
| 33 | Tax Liability at 3/15/07 | 10,266,296 |
| 34 | 2006 NOL Carry-back | (2,099,377) |
| 35 | Tax Liability at 3/15/07 after NOL CB | 8,166,920 |
| 36 | Interest from 3/15/07 to 4/29/07 at 4.19% | 42,188 |
| 37 | 2006 Excise Tax Credit due to Grace on 4/29/07 | (89,564) |
| 38 | Tax Liability at 4/29/07 | 8,119,544 |
| 39 | Interest from 4/29/07 to 3/15/09 at 4.19% | 653,000 |
| 40 | Total Liability at 3/15/09 - 2009 Tax Return Due Date | 8,772,544 |
| 41 | 2008 NOL Carry-back | (11,025,125) |
| 42 | Tax liability/(refund) as of 3/15/09 | (2,252,581) |
| 43 | Interest on Refund 3/15/09 to 3/15/11 | (65,228) |
| 44 | 2010 Overpayment of Tax due to Grace on 3/15/11 | (394,881) |
| 45 | Tax Refund at 3/15/11 | (2,712,690) |
| 46 | Interest on Refund 3/15/11 to 3/31/14 | (55,921) |
| *1998 Tax Year Net Tax Due (Refund)* | | **(2,768,610)** |

7.  The Reorganized Debtors have filed two amended returns that will result in a refund of $2,768,610 for the 1998 Tax Year.

**[Remainder of Page Left Intentionally Blank]**

8.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Donald J. Teichen*

Donald J. Teichen
Director of Tax
W. R. Grace & Co.-Conn.

SWORN AND SUBSCRIBED before me,
this 22nd day of April 2014

_____
Notary Public

My Commission Expires: Sept 5, 2015

EDWINA DEROS
Notary Public - State of Florida
Commission # EE 125514
My comm. expires Sept 5, 2015