**E<span>XHIBIT</span> A**

**Form of Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) Re docket no. _____ |
| | ) Hearing Agenda item no. _____ |
| | ) |

### ORDER DISALLOWING EMPLOYEE CLAIMS (SUBSTANTIVE)

Upon consideration of the *Thirtieth Omnibus Objection to Employee Claims (Substantive Objection)* (the "30th Omnibus Objection" or "Objection"); it appearing that the relief requested is in the best interests of the Reorganized Debtors, their estates, their creditors and other parties-in-interest; the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and that this Court may enter an order consistent with Article III of the United States Constitution; venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Objection having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:[2]

---

[1]  The Reorganized Debtors comprise the following entities: W. R. Grace & Co., W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc., Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation.

[2]  Capitalized terms not defined herein shall have the meaning ascribed to them in, as the case may be, the 30th Omnibus Objection or the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos*

1.  The Objection is granted in its entirety.

2.  The Employee Claims set forth in <u>Exhibit I</u> hereto are disallowed in their entirety.

3.  The relief granted in this Order shall not affect either the Grace Benefit Programs or the Applicable Employee Benefits (subject to the Non-Bankruptcy Limitation) of any Claimant.

4.  The Reorganized Debtors are authorized to take all actions that may be necessary to reflect the disallowance of the Employee Claims, including but not limited to directing BMC Group, Inc., their claims agent, to update the claims register to reflect such disallowance.

5.  Notice of the Objection as provided therein shall be deemed good and sufficient notice thereof, and the requirements of Fed. R. Bankr. P. 3007(a) and the local rules of the Court are satisfied by such notice.

6.  The Court shall retain jurisdiction to hear and determine all matters arising from or relating to implementation of this Order.

7.  This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed under Fed. R. Bankr. P. 7062, Fed. R. Bankr. P. 9014 or otherwise.

Dated: _____, 2014

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

---

*PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified Through December 23, 2010* [Docket No. 26368] (as it may be amended or supplemented, the "Plan").

## EXHIBIT I

**Employee Claims**

In re: W.R. GRACE CO., et al
**OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS**

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 1 AKERS, JOHN F<br>ONE STAMFORD PLAZA<br>263 TRESSER BLVD 9TH FLOOR<br>STAMFORD, CT 06901 | 7258 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (U)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 2 BARCLAY, PERCY<br>AVE STA CRUZ 949<br>DEPT 202<br>MI FLORES  LIMA18<br>PERU | 1614 | 01-01139 | W.R. GRACE & CO. | $5,200.00 (P) | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |
| 3 BENFORD, AUDREY M<br>13856 RUSSELL ZEPP DR<br>CLARKSVILLE, MD 21029 | 14113 | 01-01139 | W.R. GRACE & CO. | $10,560.48 (P) | Debtors records show no amount owed. |
| 4 BENFORD, AUDREY M<br>13856 RUSSELL ZEPP DR<br>CLARKSVILLE, MD 21029 | 14114 | 01-01140 | W.R. GRACE & CO.-CONN. | $10,560.48 (P) | Debtors records show no amount owed. |
| 5 BENFORD, AUDREY M<br>13856 RUSSELL ZEPP DR<br>CLARKSVILLE, MD 21029 | 14115 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 6 BENFORD, AUDREY M<br>13856 RUSSELL ZEPP DR<br>CLARKSVILLE, MD 21029 | 14116 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 7 BENFORD, AUDREY M<br>13856 RUSSELL ZEPP DR<br>CLARKSVILLE, MD 21029 | 14117 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 8 BENFORD, AUDREY M<br>13856 RUSSELL ZEPP DR<br>CLARKSVILLE, MD 21029 | 14118 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 9 BENFORD, AUDREY M<br>13856 RUSSELL ZEPP DR<br>CLARKSVILLE, MD 21029 | 14119 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |

\* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
\*\* (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

4/18/2014 1:46 PM

In re: W.R. GRACE CO., et al
OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 10 BENFORD, AUDREY M<br>13856 RUSSELL ZEPP DR<br>CLARKSVILLE, MD 21029 | 14120 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 11 BENFORD, AUDREY<br>GEORGE J MARCUS<br>100 MIDDLE ST - EAST TOWER<br>PORTLAND, ME 04101 | 9555 | 01-01139 | W.R. GRACE & CO. | $4,650.00    (P)<br>UNLIQUIDATED<br>$377,937.88    (U)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 12 BOLDUC, J P<br>C/O GEORGE J MARCUS<br>MARCUS CLEGG & MISTRETTA PA<br>100 MIDDLE ST - EAST TOWER<br>PORTLAND, ME 04101 | 13938 | 01-01139 | W.R. GRACE & CO. | $4,650.00    (P)<br>UNLIQUIDATED<br>$20,216,005.03    (U)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 13 CONFEDERACION DE PENSIONADOS DE COLOMBIA<br>C/O ERNESTO FORERO VARGAS<br>TRASVERSAL 6 NO 27-10 PISO 6<br>BOGOTA<br>Colombia | 15346 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (U)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 14 DUFFY, EDWARD W<br>3338 HIGHLANDS BRIDGE RD<br>SARASOTA, FL 34235 | 2649 | 01-01139 | W.R. GRACE & CO. | $192,000.00    (U) | Debtors records show no amount owed. |
| 15 DUFFY, EDWARD W<br>5601 DUNROBIN DR<br>UNIT 5302<br>SARASOTA, FL 34238-8504 | 2648 | 01-01140 | W.R. GRACE & CO.-CONN. | $192,000.00    (U) | Debtors records show no amount owed. |
| 16 ELIGIBLE PERSONS AS DEFINED ON AND COVER<br>c/o BERNARD SCHULTE<br>5 OSPREY CT<br>OCEAN RIDGE, FL 33435 | 7952 | 01-01196 | WATER STREET CORPORATION | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 17 ELIGIBLE PERSONS AS DEFINED ON AND COVER<br>c/o BERNARD SCHULTE<br>5 OSPREY CT<br>OCEAN RIDGE, FL 33435 | 7954 | 01-01194 | REMEDIUM GROUP, INC. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |

\* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
\*\* (A) Administrative   (S) Secured   (P) Priority   (U) Unsecured

In re: W.R. GRACE CO., et al
OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 18 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7962 | 01-01186 | KOOTENAI DEVELOPMENT COMPANY | UNKNOWN (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 19 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7964 | 01-01184 | HANOVER SQUARE CORPORATION | UNKNOWN (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 20 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7965 | 01-01183 | GUANICA-CARIBE LAND DEVELOPMENT CORPORATION | UNKNOWN (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 21 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7968 | 01-01180 | W.R. GRACE LAND CORPORATION | UNKNOWN (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 22 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7969 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 23 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7970 | 01-01179 | W.R. GRACE CAPITAL CORPORATION | UNKNOWN (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 24 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7975 | 01-01174 | GRACE PAR CORPORATION | UNKNOWN (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 25 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7977 | 01-01172 | GRACE INTERNATIONAL HOLDINGS, INC. | UNKNOWN (P) UNLIQUIDATED | Debtors records show no amount owed. |

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

In re: W.R. GRACE CO., et al
OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 26 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7981 | 01-01168 | GRACE EUROPE, INC. | UNKNOWN UNLIQUIDATED | (P) Debtors records show no amount owed. |
| 27 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7983 | 01-01166 | GRACE ENERGY CORPORATION | UNKNOWN UNLIQUIDATED | (P) Debtors records show no amount owed. |
| 28 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7986 | 01-01163 | GRACE CHEMICAL COMPANY OF CUBA | UNKNOWN UNLIQUIDATED | (P) Debtors records show no amount owed. |
| 29 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7989 | 01-01160 | GLOUCESTER NEW COMMUNITIES COMPANY, INC. | UNKNOWN UNLIQUIDATED | (P) Debtors records show no amount owed. |
| 30 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7996 | 01-01152 | DEWEY AND ALMY LLC | UNKNOWN UNLIQUIDATED | (P) Debtors records show no amount owed. |
| 31 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 7999 | 01-01150 | DAREX PUERTO RICO, INC. | UNKNOWN UNLIQUIDATED | (P) Debtors records show no amount owed. |
| 32 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o BERNARD SCHULTE 5 OSPREY CT OCEAN RIDGE, FL 33435 | 8009 | 01-01139 | W.R. GRACE & CO. | UNKNOWN UNLIQUIDATED | (P) Debtors records show no amount owed. |
| 33 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o LAURENCE J KAISER ESQ PILIERO GOLDSTEIN KAISER & MITCHELL LLP 10 E 53RD ST NEW YORK, NY 10022 | 7768 | 01-01194 | REMEDIUM GROUP, INC. | UNKNOWN UNLIQUIDATED | (P) Debtors records show no amount owed. |

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

In re: W.R. GRACE CO., et al
**OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS**

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 34 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o LAURENCE J KAISER ESQ PILIERO GOLDSTEIN KAISER & MITCHELL LLP 10 E 53RD ST NEW YORK, NY 10022 | 7776 | 01-01186 | KOOTENAI DEVELOPMENT COMPANY | UNKNOWN  (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 35 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o LAURENCE J KAISER ESQ PILIERO GOLDSTEIN KAISER & MITCHELL LLP 10 E 53RD ST NEW YORK, NY 10022 | 7778 | 01-01184 | HANOVER SQUARE CORPORATION | UNKNOWN  (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 36 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o LAURENCE J KAISER ESQ PILIERO GOLDSTEIN KAISER & MITCHELL LLP 10 E 53RD ST NEW YORK, NY 10022 | 7779 | 01-01183 | GUANICA-CARIBE LAND DEVELOPMENT CORPORATION | UNKNOWN  (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 37 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o LAURENCE J KAISER ESQ PILIERO GOLDSTEIN KAISER & MITCHELL LLP 10 E 53RD ST NEW YORK, NY 10022 | 7782 | 01-01180 | W.R. GRACE LAND CORPORATION | UNKNOWN  (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 38 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o LAURENCE J KAISER ESQ PILIERO GOLDSTEIN KAISER & MITCHELL LLP 10 E 53RD ST NEW YORK, NY 10022 | 7783 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN  (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 39 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o LAURENCE J KAISER ESQ PILIERO GOLDSTEIN KAISER & MITCHELL LLP 10 E 53RD ST NEW YORK, NY 10022 | 7784 | 01-01179 | W.R. GRACE CAPITAL CORPORATION | UNKNOWN  (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 40 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o LAURENCE J KAISER ESQ PILIERO GOLDSTEIN KAISER & MITCHELL LLP 10 E 53RD ST NEW YORK, NY 10022 | 7789 | 01-01174 | GRACE PAR CORPORATION | UNKNOWN  (P) UNLIQUIDATED | Debtors records show no amount owed. |

\* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
\*\* (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

4/18/2014 1:46 PM

In re: W.R. GRACE CO., et al
**OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS**

| Creditor Name/<br>Address | Claim<br>Number | Case<br>Number | Case<br>Name | Total Claim Dollars*/<br>Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 41 ELIGIBLE PERSONS AS DEFINED ON AND COVER<br>c/o LAURENCE J KAISER ESQ<br>PILIERO GOLDSTEIN KAISER & MITCHELL LLP<br>10 E 53RD ST<br>NEW YORK, NY 10022 | 7791 | 01-01172 | GRACE INTERNATIONAL<br>HOLDINGS, INC. | UNKNOWN   (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 42 ELIGIBLE PERSONS AS DEFINED ON AND COVER<br>c/o LAURENCE J KAISER ESQ<br>PILIERO GOLDSTEIN KAISER & MITCHELL LLP<br>10 E 53RD ST<br>NEW YORK, NY 10022 | 7795 | 01-01168 | GRACE EUROPE, INC. | UNKNOWN   (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 43 ELIGIBLE PERSONS AS DEFINED ON AND COVER<br>c/o LAURENCE J KAISER ESQ<br>PILIERO GOLDSTEIN KAISER & MITCHELL LLP<br>10 E 53RD ST<br>NEW YORK, NY 10022 | 7797 | 01-01166 | GRACE ENERGY<br>CORPORATION | UNKNOWN   (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 44 ELIGIBLE PERSONS AS DEFINED ON AND COVER<br>c/o LAURENCE J KAISER ESQ<br>PILIERO GOLDSTEIN KAISER & MITCHELL LLP<br>10 E 53RD ST<br>NEW YORK, NY 10022 | 7800 | 01-01163 | GRACE CHEMICAL COMPANY<br>OF CUBA | UNKNOWN   (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 45 ELIGIBLE PERSONS AS DEFINED ON AND COVER<br>c/o LAURENCE J KAISER ESQ<br>PILIERO GOLDSTEIN KAISER & MITCHELL LLP<br>10 E 53RD ST<br>NEW YORK, NY 10022 | 7803 | 01-01160 | GLOUCESTER NEW<br>COMMUNITIES COMPANY, INC. | UNKNOWN   (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 46 ELIGIBLE PERSONS AS DEFINED ON AND COVER<br>c/o LAURENCE J KAISER ESQ<br>PILIERO GOLDSTEIN KAISER & MITCHELL LLP<br>10 E 53RD ST<br>NEW YORK, NY 10022 | 7811 | 01-01152 | DEWEY AND ALMY LLC | UNKNOWN   (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 47 ELIGIBLE PERSONS AS DEFINED ON AND COVER<br>c/o LAURENCE J KAISER ESQ<br>PILIERO GOLDSTEIN KAISER & MITCHELL LLP<br>10 E 53RD ST<br>NEW YORK, NY 10022 | 7813 | 01-01150 | DAREX PUERTO RICO, INC. | UNKNOWN   (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

4/18/2014 1:46 PM

In re: W.R. GRACE CO., et al
**OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS**

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 48 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o LAURENCE J KAISER ESQ PILIERO GOLDSTEIN KAISER & MITCHELL LLP 10 E 53RD ST NEW YORK, NY 10022 | 7823 | 01-01139 | W.R. GRACE & CO. | UNKNOWN      (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 49 ELIGIBLE PERSONS AS DEFINED ON AND COVER c/o LAURENCE J KAISER ESQ PILIERO GOLDSTEIN KAISER & MITCHELL 10 E 53RD ST NEW YORK, NY 10022 | 7766 | 01-01196 | WATER STREET CORPORATION | UNKNOWN      (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 50 ERHART JR, CHARLES H 149 E 73D ST NEW YORK, NY 10021 | 5704 | 01-01140 | W.R. GRACE & CO.-CONN. | $2,406,032.00      (U) UNLIQUIDATED | Debtors records show no amount owed. |
| 51 ERHART JR, CHARLES H 149 E 73RD ST NEW YORK, NY 10021 | 3804 | 01-01139 | W.R. GRACE & CO. | UNKNOWN      (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 52 ERHART JR, CHARLES H 149 E 73RD ST NEW YORK, NY 10021 | 3805 | 01-01139 | W.R. GRACE & CO. | UNKNOWN      (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 53 ERHART JR, CHARLES H 149 E 73RD ST NEW YORK, NY 10021 | 3806 | 01-01139 | W.R. GRACE & CO. | UNKNOWN      (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 54 ERHART JR, CHARLES H 149 E 73RD ST NEW YORK, NY 10021 | 3867 | 01-01139 | W.R. GRACE & CO. | UNKNOWN      (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 55 ERHART JR, CHARLES H 149 E 73RD ST NEW YORK, NY 10021 | 3868 | 01-01139 | W.R. GRACE & CO. | UNKNOWN      (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 56 ERHART JR, CHARLES H 149 E 73RD ST NEW YORK, NY 10021 | 3869 | 01-01139 | W.R. GRACE & CO. | UNKNOWN      (P) UNLIQUIDATED | Debtors records show no amount owed. |

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative   (S) Secured   (P) Priority   (U) Unsecured

4/18/2014 1:46 PM

In re: W.R. GRACE CO., et al
**OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS**

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 57 ERHART JR, CHARLES H<br>149 E 73RD ST<br>NEW YORK, NY 10021 | 3870 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 58 ERHART JR, CHARLES H<br>149 E 73RD ST<br>NEW YORK, NY 10021 | 3871 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 59 ERHART JR, CHARLES H<br>149 E 73RD ST<br>NEW YORK, NY 10021 | 3902 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 60 ERHART JR, CHARLES H<br>149 E 73RD ST<br>NEW YORK, NY 10021 | 5702 | 01-01139 | W.R. GRACE & CO. | $2,406,032.00 (U)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 61 ESTATE OF EBEN W PYNE<br>LILLIAN STOKES PYNE-CORBIN<br>81 FRALEIGH HILL RD<br>MILLBROOK, NY 12545 | 334 | 01-01139 | W.R. GRACE & CO. | BLANK (U) | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |
| 62 EUSTIS, ALBERT A<br>C/O DAVID A EUSTIS, EXECUTOR<br>1446 RUGBY RD<br>CHARLOTTESVILLE, VA 22903 | 4110 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |
| 63 EUSTIS, ALBERT A<br>C/O DAVID A EUSTIS, EXECUTOR<br>1446 RUGBY RD<br>CHARLOTTESVILLE, VA 22903 | 4111 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |
| 64 EUSTIS, ALBERT A<br>C/O DAVID A EUSTIS, EXECUTOR<br>1446 RUGBY RD<br>CHARLOTTESVILLE, VA 22903 | 4112 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |
| 65 EUSTIS, ALBERT A<br>C/O DAVID A EUSTIS, EXECUTOR<br>1446 RUGBY RD<br>CHARLOTTESVILLE, VA 22903 | 4113 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative   (S) Secured   (P) Priority   (U) Unsecured

4/18/2014 1:46 PM

In re: W.R. GRACE CO., et al
**OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS**

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 66 EUSTIS, ALBERT A<br>C/O DAVID A EUSTIS, EXECUTOR<br>1446 RUGBY RD<br>CHARLOTTESVILLE, VA 22903 | 4114 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |
| 67 EUSTIS, ALBERT A<br>C/O DAVID A EUSTIS, EXECUTOR<br>1446 RUGBY RD<br>CHARLOTTESVILLE, VA 22903 | 4115 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |
| 68 EUSTIS, ALBERT A<br>C/O DAVID A EUSTIS, EXECUTOR<br>1446 RUGBY RD<br>CHARLOTTESVILLE, VA 22903 | 4116 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |
| 69 EUSTIS, ALBERT A<br>C/O DAVID A EUSTIS, EXECUTOR<br>1446 RUGBY RD<br>CHARLOTTESVILLE, VA 22903 | 4117 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |
| 70 EUSTIS, ALBERT A<br>C/O DAVID A EUSTIS, EXECUTOR<br>1446 RUGBY RD<br>CHARLOTTESVILLE, VA 22903 | 4118 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |
| 71 FOX, DR MARYE ANN<br>NORTH CAROLINA STATE UNIV<br>OFFICE OF THE CHANCELLOR<br>20 WATAUGA CLUB DR<br>BOX 7001/A HOLLADAY HALL<br>RALEIGH, NC 27695-7001 | 7255 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (U)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 72 FRICK, JAMES W<br>720 S COLLIER BLVD UNIT #306<br>MARCO ISLAND, FL 34145 | 1849 | 01-01139 | W.R. GRACE & CO. | $270,841.02 (U) | Debtors records show no amount owed. |
| 73 FURLOTTE, PAUL V<br>620 MASTERS WAY<br>PALM BEACH GARDNS, FL 33418 | 1904 | 01-01139 | W.R. GRACE & CO. | $2,809.04 (U) | Debtors records show no amount owed. |

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

4/18/2014 1:46 PM

In re: W.R. GRACE CO., et al

**OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS**

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 74 GRACE, MARGARET F<br>C/O BRESLOW & WALKER LLP<br>ATTN JOEL M WALKER<br>767 THIRD AVE<br>NEW YORK, NY 10017 | 12886 | 01-01139 | W.R. GRACE & CO. | $10,000,000.00   (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 75 GRACE, MARGARET F<br>C/O BRESLOW & WALKER LLP<br>ATTN: JOEL M WALKER<br>767 THIRD AVE<br>NEW YORK, NY 10017 | 12885 | 01-01140 | W.R. GRACE & CO.-CONN. | $10,000,000.00   (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 76 GRAF, CARL N<br>115 FIELD POINT CIR<br>GREENWICH, CT 06830 | 1143 | 01-01139 | W.R. GRACE & CO. | $2,746.03   (U) | Debtors records show no amount owed. |
| 77 GRAF, CARL N<br>115 FIELD POINT CIR<br>GREENWICH, CT 06830 | 2755 | 01-01139 | W.R. GRACE & CO. | $45,552.36   (P) | Debtors records show no amount owed. |
| 78 GRAF, CARL N<br>115 FIELD POINT CIR<br>GREENWICH, CT 06830 | 2756 | 01-01139 | W.R. GRACE & CO. | $10,793.16   (P) | Debtors records show no amount owed. |
| 79 GRAF, CARL N<br>115 FIELD POINT CIR<br>GREENWICH, CT 06830 | 2757 | 01-01139 | W.R. GRACE & CO. | $8,450.20   (P) | Debtors records show no amount owed. |
| 80 GRAF, CARL N<br>115 FIELD POINT CIR<br>GREENWICH, CT 06830 | 3977 | 01-01139 | W.R. GRACE & CO. | UNKNOWN   (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 81 GRAF, CARL N<br>115 FIELD POINT CIR<br>GREENWICH, CT 06830 | 3978 | 01-01139 | W.R. GRACE & CO. | UNKNOWN   (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 82 GRAF, CARL N<br>115 FIELD POINT CIR<br>GREENWICH, CT 06830 | 3979 | 01-01139 | W.R. GRACE & CO. | UNKNOWN   (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative   (S) Secured   (P) Priority   (U) Unsecured

4/18/2014 1:46 PM

In re: W.R. GRACE CO., et al
OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 83 GRAF, CARL N<br>115 FIELD POINT CIR<br>GREENWICH, CT 06830 | 3980 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 84 GRAF, CARL N<br>115 FIELD POINT CIR<br>GREENWICH, CT 06830 | 3981 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 85 GRAF, CARL N<br>115 FIELD POINT CIR<br>GREENWICH, CT 06830 | 3982 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 86 HEMPHILL, ADLEY W<br>1600 MORGANTON RD<br>LOT X1<br>PINEHURST, NC 28374-6958 | 2170 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (U)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 87 JENKINS, GEORGE P<br>459 PASSAIC AVE APT 146<br><br>WEST CALDWELL, NJ 07005-7459 | 3595 | 01-01139 | W.R. GRACE & CO. | $222,000.00 (P) | Debtors records show no amount owed. |
| 88 LAVEN, DONALD J<br>8667 SE ANTIGUA WAY<br>JUPITER, FL 33458 | 2316 | 01-01139 | W.R. GRACE & CO. | $735.43 (P) | Debtors records show no amount owed. |
| 89 LIGHT, RONALD K<br>19106 SE CORAL REEF LN<br>JUPITER, FL 33458 | 1766 | 01-01139 | W.R. GRACE & CO. | $550.96 (U) | Debtors records show no amount owed. |
| 90 MCQUADE, LAWRENCE C<br>125 E 72 ST<br>NEW YORK, NY 10021 | 2539 | 01-01139 | W.R. GRACE & CO. | BLANK (U) | Debtors records show no amount owed. |
| 91 MCQUADE, LAWRENCE C<br>125 E 72 ST<br>NEW YORK, NY 10021 | 5470 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

In re: W.R. GRACE CO., et al
**OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS**

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 92 MCQUADE, LAWRENCE C<br>125 E 72ND ST<br>NEW YORK, NY 10021 | 5469 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 93 MELISSA PUELICHER TRUST<br>ATTN: HENRY E FULDNER<br>GODFREY & KAHN SC<br>780 N WATER ST<br>MILWAUKEE, WI 53202 | 7023 | 01-01139 | W.R. GRACE & CO. | $165,964.11 (U) | Debtors records show no amount owed. |
| 94 MELISSA PUELICHER TRUST<br>ATTN: HENRY E FULDNER<br>GODFREY & KAHN SC<br>780 N WATER ST<br>MILWAUKEE, WI 53202 | 15190 | 01-01139 | W.R. GRACE & CO. | $165,964.11 (U) | Debtors records show no amount owed. |
| 95 MILLIKEN, ROGER<br>627 OTIS BLVD<br>SPARTANBURG, SC 29302 | 515 | 01-01139 | W.R. GRACE & CO. | BLANK (U) | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |
| 96 PAGANUCCI, MARILYN<br>DASCHBACH COOPER HOTCHKISS & C<br>ATTN THOMAS C CSATARI ESQ<br>PO BOX 191<br>LEBANON, NH 03766 | 2676 | 01-01139 | W.R. GRACE & CO. | $1,690,313.17 (U) | Debtors records show no amount owed. |
| 97 PAGANUCCI, MARILYN<br>DASCHBACH COOPER HOTCHKISS & C<br>ATTN THOMAS C CSATARI ESQ<br>PO BOX 191<br>LEBANON, NH 03766 | 9637 | 01-01140 | W.R. GRACE & CO.-CONN. | $1,690,313.17 (U) | Debtors records show no amount owed. |
| 98 PAGANUCCI, MARILYN<br>DASCHBACH COOPER HOTCHKISS & C<br>ATTN THOMAS C CSATARI ESQ<br>PO BOX 191<br>LEBANON, NH 03766 | 9638 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (U)<br>UNLIQUIDATED | Debtors records show no amount owed. |

\* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
\*\* (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

In re: W.R. GRACE CO., et al
OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 99 PAGANUCCI, MARILYN<br>DASCHBACH COOPER HOTCHKISS & C<br>ATTN THOMAS C CSATARI ESQ<br>PO BOX 191<br>LEBANON, NH 03766 | 9639 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (U)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 100 PAGANUCCI, MARILYN<br>DASCHBACH COOPER HOTCHKISS & C<br>ATTN THOMAS C CSATARI ESQ<br>PO BOX 191<br>LEBANON, NH 03766 | 9640 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (U)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 101 PAGANUCCI, MARILYN<br>DASCHBACH COOPER HOTCHKISS & C<br>ATTN THOMAS C CSATARI ESQ<br>PO BOX 191<br>LEBANON, NH 03766 | 9641 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (U)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 102 PENSION BENEFIT GUARANTY CORPORATION<br>BRAD Q ROGERS ESQ<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K ST NW STE 340<br>WASHINGTON, DC 20005-4026 | 13953 | 01-01139 | W.R. GRACE & CO. | $414,100,000.00 (P)<br>CONTINGENT UNLIQUIDATED | Debtors records show no amount owed. |
| 103 PENSION BENEFIT GUARANTY CORPORATION<br>c/o BRAD Q ROGERS ESQ<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K ST NW STE 340<br>WASHINGTON, DC 20005-4026 | 14829 | 01-01139 | W.R. GRACE & CO. | $16,500,000.00 (P)<br>CONTINGENT UNLIQUIDATED | Debtors records show no amount owed. |
| 104 PENSION BENEFIT GUARANTY CORPORATION<br>c/o BRAD Q ROGERS ESQ<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K ST NW STE 340<br>WASHINGTON, DC 20005-4026 | 14830 | 01-01139 | W.R. GRACE & CO. | $22,900,000.00 (P)<br>CONTINGENT UNLIQUIDATED | Debtors records show no amount owed. |
| 105 PENSION BENEFIT GUARANTY CORPORATION<br>c/o BRAD Q ROGERS ESQ<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K ST NW STE 340<br>WASHINGTON, DC 20005-4026 | 14831 | 01-01139 | W.R. GRACE & CO. | $13,700,000.00 (P)<br>CONTINGENT UNLIQUIDATED | Debtors records show no amount owed. |

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative (S) Secured (P) Priority (U) Unsecured

4/18/2014 1:46 PM

In re: W.R. GRACE CO., et al
**OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS**

| | Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|---|
| 106 | PENSION BENEFIT GUARANTY CORPORATION c/o BRAD Q ROGERS ESQ OFFICE OF THE GENERAL COUNSEL 1200 K ST NW STE 340 WASHINGTON, DC 20005-4026 | 14832 | 01-01139 | W.R. GRACE & CO. | $5,000,000.00    (P) CONTINGENT UNLIQUIDATED | Debtors records show no amount owed. |
| 107 | PENSION BENEFIT GUARANTY CORPORATION c/o BRAD Q ROGERS ESQ OFFICE OF THE GENERAL COUNSEL 1200 K ST NW STE 340 WASHINGTON, DC 20005-4026 | 14833 | 01-01139 | W.R. GRACE & CO. | $3,200,000.00    (P) CONTINGENT UNLIQUIDATED | Debtors records show no amount owed. |
| 108 | PENSION BENEFIT GUARANTY CORPORATION c/o BRAD Q ROGERS ESQ OFFICE OF THE GENERAL COUNSEL 1200 K ST NW STE 340 WASHINGTON, DC 20005-4026 | 14834 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 109 | PENSION BENEFIT GUARANTY CORPORATION c/o BRAD Q ROGERS ESQ OFFICE OF THE GENERAL COUNSEL 1200 K ST NW STE 340 WASHINGTON, DC 20005-4026 | 14835 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 110 | PENSION BENEFIT GUARANTY CORPORATION c/o BRAD Q ROGERS ESQ OFFICE OF THE GENERAL COUNSEL 1200 K ST NW STE 340 WASHINGTON, DC 20005-4026 | 14836 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 111 | PENSION BENEFIT GUARANTY CORPORATION c/o BRAD Q ROGERS ESQ OFFICE OF THE GENERAL COUNSEL 1200 K ST NW STE 340 WASHINGTON, DC 20005-4026 | 14837 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P) UNLIQUIDATED | Debtors records show no amount owed. |
| 112 | PENSION BENEFIT GUARANTY CORPORATION c/o BRAD Q ROGERS ESQ OFFICE OF THE GENERAL COUNSEL 1200 K ST NW STE 340 WASHINGTON, DC 20005-4026 | 14838 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P) UNLIQUIDATED | Debtors records show no amount owed. |

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative   (S) Secured   (P) Priority   (U) Unsecured

4/18/2014 1:46 PM

In re: W.R. GRACE CO., et al
**OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS**

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 113 PENSION BENEFIT GUARANTY CORPORATION<br>c/o BRAD Q ROGERS ESQ<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K ST NW STE 340<br>WASHINGTON, DC 20005-4026 | 14839 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 114 PENSION BENEFIT GUARANTY CORPORATION<br>c/o BRAD Q ROGERS ESQ<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K ST NW STE 340<br>WASHINGTON, DC 20005-4026 | 14840 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 115 PENSION BENEFIT GUARANTY CORPORATION<br>c/o BRAD Q ROGERS ESQ<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K ST NW STE 340<br>WASHINGTON, DC 20005-4026 | 14841 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 116 PENSION BENEFIT GUARANTY CORPORATION<br>c/o BRAD Q ROGERS ESQ<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K ST NW STE 340<br>WASHINGTON, DC 20005-4026 | 14842 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 117 PENSION BENEFIT GUARANTY CORPORATION<br>c/o BRAD Q ROGERS ESQ<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K ST NW STE 340<br>WASHINGTON, DC 20005-4026 | 14843 | 01-01139 | W.R. GRACE & CO. | $1,152.00    (P) | Debtors records show no amount owed. |
| 118 PENSION BENEFIT GUARANTY CORPORATION<br>c/o BRAD Q ROGERS ESQ<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K ST NW STE 340<br>WASHINGTON, DC 20005-4026 | 14844 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 119 PENSION BENEFIT GUARANTY CORPORATION<br>c/o BRAD Q ROGERS ESQ<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K ST NW STE 340<br>WASHINGTON, DC 20005-4026 | 14845 | 01-01139 | W.R. GRACE & CO. | $5,166.00    (P) | Debtors records show no amount owed. |

\* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
\*\* (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

In re: W.R. GRACE CO., et al
**OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS**

| | Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | | Basis of Objection |
|---|---|---|---|---|---|---|---|
| 120 | PENSION BENEFIT GUARANTY CORPORATION c/o BRAD Q ROGERS ESQ OFFICE OF THE GENERAL COUNSEL 1200 K ST NW STE 340 WASHINGTON, DC 20005-4026 | 14846 | 01-01139 | W.R. GRACE & CO. | $48,267.00 | (P) | Debtors records show no amount owed. |
| 121 | PENSION BENEFIT GUARANTY CORPORATION c/o BRAD Q ROGERS ESQ OFFICE OF THE GENERAL COUNSEL 1200 K ST NW STE 340 WASHINGTON, DC 20005-4026 | 14847 | 01-01139 | W.R. GRACE & CO. | $766.00 UNLIQUIDATED | (P) | Debtors records show no amount owed. |
| 122 | PENSION BENEFIT GUARANTY CORPORATION c/o BRAD Q ROGERS ESQ OFFICE OF THE GENERAL COUNSEL 1200 K ST NW STE 340 WASHINGTON, DC 20005-4026 | 14848 | 01-01139 | W.R. GRACE & CO. | UNKNOWN UNLIQUIDATED | (P) | Debtors records show no amount owed. |
| 123 | PENSION BENEFIT GUARANTY CORPORATION c/o PAULA A GALBRAITH 919 N MARKET ST 16TH FLR PO BOX 8705 WILMINGTON, DE 19899-8705 | 15173 | 01-01139 | W.R. GRACE & CO. | BLANK | (U) | Debtors records show no amount owed. |
| 124 | STURGIS, WILLIAM B 209 WILMINGTON RD GREENVILLE, SC 29615 | 2769 | 01-01139 | W.R. GRACE & CO. | UNKNOWN UNLIQUIDATED | (P) | Debtors records show no amount owed. |
| 125 | STURGIS, WILLIAM B 209 WILMINGTON RD GREENVILLE, SC 29615 | 2770 | 01-01139 | W.R. GRACE & CO. | UNKNOWN UNLIQUIDATED | (P) | Debtors records show no amount owed. |
| 126 | STURGIS, WILLIAM B 209 WILMINGTON RD GREENVILLE, SC 29615 | 2771 | 01-01139 | W.R. GRACE & CO. | UNKNOWN UNLIQUIDATED | (P) | Debtors records show no amount owed. |
| 127 | STURGIS, WILLIAM B 209 WILMINGTON RD GREENVILLE, SC 29615 | 2772 | 01-01139 | W.R. GRACE & CO. | UNKNOWN UNLIQUIDATED | (P) | Debtors records show no amount owed. |

\* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
\*\* (A) Administrative   (S) Secured   (P) Priority   (U) Unsecured

4/18/2014 1:46 PM

In re: W.R. GRACE CO., et al
**OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS**

| Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|
| 128 STURGIS, WILLIAM B<br>209 WILMINGTON RD<br>GREENVILLE, SC 29615 | 2773 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 129 STURGIS, WILLIAM B<br>MARTHA E STURGIS<br>209 WILMINGTON RD<br>GREENVILLE, SC 29615 | 4654 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 130 STURGIS, WILLIAM B<br>MARTHA E STURGIS<br>209 WILMINGTON RD<br>GREENVILLE, SC 29615 | 4655 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 131 STURGIS, WILLIAM B<br>MARTHA E STURGIS<br>209 WILMINGTON RD<br>GREENVILLE, SC 29615 | 4656 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 132 STURGIS, WILLIAM B<br>MARTHA E STURGIS<br>209 WILMINGTON RD<br>GREENVILLE, SC 29615 | 4657 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 133 STURGIS, WILLIAM B<br>MARTHA E STURGIS<br>209 WILMINGTON RD<br>GREENVILLE, SC 29615 | 4658 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 134 STURGIS, WILLIAM B<br>MARTHA E STURGIS<br>209 WILMINGTON RD<br>GREENVILLE, SC 29615 | 4659 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 135 STURGIS, WILLIAM B<br>MARTHA E STURGIS<br>209 WILMINGTON RD<br>GREENVILLE, SC 29615 | 4660 | 01-01139 | W.R. GRACE & CO. | UNKNOWN    (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |

\* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
\*\* (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

4/18/2014 1:46 PM

In re: W.R. GRACE CO., et al
**OMNIBUS 30 : EXHIBIT 1 – NO LIABILITY CLAIMS**

| | Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | Basis of Objection |
|---|---|---|---|---|---|---|
| 136 | STURGIS, WILLIAM B<br>MARTHA E STURGIS<br>209 WILMINGTON RD<br>GREENVILLE, SC 29615 | 4661 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 137 | STURGIS, WILLIAM B<br>MARTHA E STURGIS<br>209 WILMINGTON RD<br>GREENVILLE, SC 29615 | 4662 | 01-01139 | W.R. GRACE & CO. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 138 | STURGIS, WILLIAM B<br>MARTHA E STURGIS<br>209 WILMINGTON RD<br>GREENVILLE, SC 29615 | 4663 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN (P)<br>UNLIQUIDATED | Debtors records show no amount owed. |
| 139 | VAN DELFT-HAYTEMA, ANKIE<br>C/O DRS. A.B. NOORDS<br>KENNEMERSTRAATWEG 79/C<br>ALKMAAR 1814 GC<br>Netherlands (Holland) | 2655 | 01-01140 | W.R. GRACE & CO.-CONN. | $5,875.00 (P) | Debtors records show no amount owed. |
| 140 | VANCE, GRACE S<br>MAHONEY COHEN & CO<br>1065 AVE OF THE AMERICAS - 12TH FL<br>NEW YORK, NY 10018 | 2734 | 01-01139 | W.R. GRACE & CO. | $96,000.00 (P) | Debtors records show no amount will be owed; claim disallowance will not affect claimant's right to payment. |

Totals: $495,880,378.11 (P)
$29,779,508.52 (U)

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct orappropriate.

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative  (S) Secured  (P) Priority  (U) Unsecured

4/18/2014 1:46 PM