# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**FEBRUARY 1, 2014 - FEBRUARY 3, 2014**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| | | | |
| 0014 | Case Administration | 0.4 | $ 88.00 |
| 0019 | Creditor Inquiries | 0.3 | $ 225.00 |
| 0036 | Plan and Disclosure Statement | 0.5 | $ 375.00 |
| | | | |
| | **Total** | **1.2** | **$ 688.00** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | April 16, 2014 |
| INVOICE NO. | 619889 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 3, 2014, including:

| | |
|---|---|
| RE | Case Administration |
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2014 | Obtain and circulate recently docketed pleadings in main case (.2); obtain recent pleadings re appeals case nos. 11-199 and 12-1402 for attorney review (.2). | Mohamed, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Mohamed, David | 0.4 | $ 220 | $ 88.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 88.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 88.00 |

# STROOCK

| RE | Creditor Inquiries 699843 0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2014 | Emails and t/c's creditors (.2) and R. Higgins (.1) re timing re Plan effective date and filings re same. | Wildes, D. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.3 | $ 750 | $ 225.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 225.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 225.00 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement<br>699843  0036 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2014 | Review stipulated dismissal re Garlock confirmation appeal (.1) Review Debtors filed Notice re satisfaction of conditions re Plan effective Date (.1); draft email to Committee re effective date and re dissolution of committee per Plan (.3). | Wildes, D. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 0.5 | $ 750 | $ 375.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | | $ 375.00 |

| TOTAL FOR THIS MATTER | $ 375.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 688.00 |
|---|---|
| TOTAL BILL | $ 688.00 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.