# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**FEBRUARY 1, 2014 - FEBRUARY 3, 2014**

|  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| **Associates** | | | |
| Wildes, Denise | 0.8 | 750 | $ 600.00 |
| | | | |
| **Paraprofessionals** | | | |
| Mohamed, David | 0.4 | 220 | 88.00 |
| | | | |
| **Total** | **1.2** | | **$ 688.00** |