IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al. [1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) **Re: Docket No. 31812, 31856 and 31873** |
| | ) |

**CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER APPROVING
AMENDED STIPULATION FOR BRIEFING SCHEDULE AND HEARING DATE FOR
ANDERSON MEMORIAL HOSPITAL'S MOTION TO ALTER OR AMEND
ORDER DENYING MOTION FOR CLASS CERTIFICATION**

1.      On March 5, 2014, Anderson Memorial Hospital ("AMH") filed its *Motion to Alter or Amend Order Denying Motion for Class Certification and for Entry of Scheduling Order and Granting Related Relief* (the "Motion") [Docket No. 31812][2].

2.      On March 18, 2014, the Court entered the *Order Approving Stipulation for Briefing Schedule and Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification* (the "Order") [Docket No. 31873].

3.      Attached hereto as Exhibit A is a copy of a proposed form of *Amended Order Approving Amended Stipulation for Briefing Schedule and Hearing Date for Anderson Memorial Hospital's Motion to Alter or Amend Order Denying Motion for Class Certification* (the

---

[1]    The Reorganized Debtors comprise the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

[2]    Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

"Amended Order"). A copy of the Amended Stipulation is attached to the Amended Order as Exhibit 1 thereto.

4.      Circumstances unrelated to the Motion or the dispute between AMH and W. R. Grace & Co., et al. ("Grace"), resulted in AMH's counsel requesting an adjustment to the schedule for the filing of its Reply. The parties consented to adjust the briefing schedule and hearing.

5.      This draft Amended Order has been circulated to counsel for AMH and counsel has agreed to the form of the Amended Order.

6.      By way of this certification, the Reorganized Debtors respectfully request that the Court enter the Amended Order, thereby approving the terms of the Amended Stipulation.

*[Remainder of Page Intentionally Left Blank]*

7.    Counsel for the parties are available, should the Court have any questions or concerns with the foregoing or the Amended Order.

Dated: April 24, 2014

KIRKLAND & ELLIS LLP
John Donley
Lisa Esayian
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Reorganized Debtors