<u>**NO ORDER REQUIRED**</u>

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: Mon., April 14, 2014 at 4:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 31901

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the One Hundred and Fifty-First Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP ("the Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from January 1, 2014 through and including January 31, 2014 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than Monday, April 14, 2014 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $ 16,468.80 which represents 80% of the fees ($20,586.00 ) and $390.84 which represents 100% of the expenses requested in the Application for the period

January 1, 2014 through and including January 31, 2014 upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: April 25, 2014
          Scott L. Baena, Esquire
          Jay M. Sakalo, Esquire
          BILZIN, SUMBERG, BAENA, PRICE & AXELROD, LLP
          1450 Brickell Avenue, 23rd Floor
          Miami, Florida 33131-3456
          Tel:   (305) 374-7580
          Fax:  (305) 374-7593

          -and-

          FERRY, JOSEPH & PEARCE, P.A.

          /s/ Lisa L. Coggins
          Michael B. Joseph (No. 392)
          Theodore J. Tacconelli (No. 2678)
          Lisa L. Coggins (No. 4234)
          824 Market Street, Suite 1000
          P.O. Box 1351
          Wilmington, DE. 19899
          Tel:   (302) 575-1555
          Fax:  (302) 575-1714

          Co-Counsel to the Official Committee of Asbestos Property Damage Claimants