IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

DECLARATION OF SERVICE REGARDING:

Docket No. 32037    NOTICE OF THIRTIETH OMNIBUS OBJECTION TO EMPLOYEE CLAIMS (SUBSTANTIVE) OBJECTION

THIRTIETH OMNIBUS OBJECTION TO EMPLOYEE CLAIMS (SUBSTANTIVE OBJECTION)

I, Mabel Soto, state as follows:

1.   I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 300 North Continental Boulevard, Suite 570, El Segundo, California 90245.

2.   On April 23, 2014, at the direction of the Law Offices of Roger Higgins, LLC, co-counsel to the reorganized debtors in the above-captioned cases, I caused the above-referenced documents to be served on the Affected Parties referenced in Exhibit A via the mode of service described therein.

---

[1] The Reorganized Debtors comprise the following entities: W. R. Grace & Co., W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc., Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation.

Exhibit A        The Affected Parties Address List regarding Docket No. 32037

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 24th day of April 2014 at Paramount, California.

_____

Mabel Soto

**EXHIBIT A**

# WR Grace & Co. et al
Total number of parties: 48

### Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 56395 | AKERS, JOHN F, ONE STURGES HWY, WESTPORT, CT, 06880 | US Mail (1st Class) |
| 56395 | BARCLAY, PERCY, AVE STA CRUZ 949, DEPT 202, MI FLORES, LIMA18 PERU | US Mail (1st Class) |
| 56395 | BENFORD, AUDREY, 13856 RUSSELL ZEPP DR, CLARKSVILLE, MD, 21029 | US Mail (1st Class) |
| 56395 | BENFORD, AUDREY M, 13856 RUSSELL ZEPP DR, CLARKSVILLE, MD, 21029 | US Mail (1st Class) |
| 56395 | BOLDUC, J P, C/O GEORGE J MARCUS, MARCUS CLEGG & MISTRETTA PA, 100 MIDDLE ST - EAST TOWER, PORTLAND, ME, 04101 | US Mail (1st Class) |
| 56395 | CONFEDERACION DE PENSIONADOS DE COLOMBIA, C/O ERNESTO FORERO VARGAS, TRASVERSAL 6 NO 27-10 PISO 6, BOGOTA, COLOMBIA | US Mail (1st Class) |
| 56395 | DUFFY, EDWARD W, 5601 DUNROBIN DR, UNIT 5302, SARASOTA, FL, 34238-8504 | US Mail (1st Class) |
| 56395 | DUFFY, EDWARD W, 5601 DUNROBIN DR, UNITE 5302, SARASOTA, FL, 34238-8504 | US Mail (1st Class) |
| 56395 | ELIGIBLE PERSONS AS DEFINED ON & COVERED, BY WR GRACE & CO SERP 1/1/1993, C/O ROBERT PILIERO ESQ, MICHELMAN & ROBINSON LLP, 800 THIRD AVE 24TH FL, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 56395 | ELIGIBLE PERSONS AS DEFINED ON & COVERED, BY WR GRACE & CO SERP 1/1/1993, C/O LAURENCE J KAISER ESQ, PILIERO GOLDSTEIN KAISER & MITCHELL, 10 E 53RD ST, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 56395 | ELIGIBLE PERSONS AS DEFINED ON & COVERED, UNDER WR GRACE & CO SERP 1/1/1993, C/O LAURENCE J KAISER ESQ, PILIERO GOLDSTEIN KAISER & MITCHELL LLP, 10 E 53RD ST, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 56395 | ELIGIBLE PERSONS AS DEFINED ON & COVERED, BY WR GRACE & CO SERP 1/1/1993, C/O BERNARD SCHULTE, 5 OSPREY CT, OCEAN RIDGE, FL, 33435 | US Mail (1st Class) |
| 56395 | ELIGIBLE PERSONS AS DEFINED ON AND COVER, C/O BERNARD SCHULTE, 5 OSPREY CT, OCEAN RIDGE, FL, 33435 | US Mail (1st Class) |
| 56395 | ERHART JR, CHARLES H, 149 E 73D ST, NEW YORK, NY, 10021 | US Mail (1st Class) |
| 56395 | ERHART JR, CHARLES H, 149 E 73RD ST, NEW YORK, NY, 10021 | US Mail (1st Class) |
| 56395 | ERHART JR, CHARLES H, 15 PIPER ROAD, UNIT J125, SCARBOROUGH, ME, 04074 | US Mail (1st Class) |
| 56395 | ESTATE OF EBEN W PYNE, LILLIAN STOKES PYNE-CORBIN, 81 FRALEIGH HILL RD, MILLBROOK, NY, 12545 | US Mail (1st Class) |
| 56395 | EUSTIS, ALBERT A, C/O DAVID A EUSTIS, EXECUTOR, 1446 RUGBY RD, CHARLOTTESVILLE, VA, 22903 | US Mail (1st Class) |
| 56395 | FOX, DR MARYE ANN, 5926 SAGEBRUSH RD, LA JOLLA, CA, 92037 | US Mail (1st Class) |
| 56395 | FOX, DR MARYE ANN, NORTH CAROLINA STATE UNIV, OFFICE OF THE CHANCELLOR, 20 WATAUGA CLUB DR, BOX 7001/A HOLLADAY HALL, RALEIGH, NC, 27695-7001 | US Mail (1st Class) |
| 56395 | FRICK, JAMES W, 720 S COLLIER BLVD UNIT #306, MARCO ISLAND, FL, 34145 | US Mail (1st Class) |
| 56395 | FURLOTTE, PAUL V, 620 MASTERS WAY, PALM BEACH GARDNS, FL, 33418 | US Mail (1st Class) |
| 56395 | GOERGE J MARCUS, (RE: BENFORD, AUDREY M), MARCUS CLEGG & MISTRETTA PA, 100 MIDDLE ST - EAST TOWER, PORTLAND, ME, 04101 | US Mail (1st Class) |
| 56395 | GRACE, MARGARET F, 11 ELDERSFIELDS RD, MANHASSET, NY, 11030 | US Mail (1st Class) |
| 56395 | GRACE, MARGARET F, C/O BRESLOW & WALKER LLP, ATTN: JOEL M WALKER, 767 THIRD AVE, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 56395 | GRACE, MARGARET F, C/O BRESLOW & WALKER LLP, ATTN JOEL M WALKER, 767 THIRD AVE, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 56395 | GRAF, CARL N, 115 FIELD POINT CIR, GREENWICH, CT, 06830 | US Mail (1st Class) |
| 56395 | HEMPHILL, ADLEY W, 110 QUAIL HOLLOW DR, PINEHURST, NC, 28374 | US Mail (1st Class) |
| 56395 | HEMPHILL, ADLEY W, 1600 MORGANTON RD, LOT X1, PINEHURST, NC, 28374-6958 | US Mail (1st Class) |
| 56395 | JENKINS, GEORGE P, C/O RICHARD JENKINS, 170 GATES AVE, MONTCLAIR, NJ, 07042 | US Mail (1st Class) |
| 56395 | JENKINS, GEORGE P, 459 PASSAIC AVE APT 146, WEST CALDWELL, NJ, 07005-7459 | US Mail (1st Class) |
| 56395 | LAVEN, DONALD J, 8667 SE ANTIGUA WAY, JUPITER, FL, 33458 | US Mail (1st Class) |
| 56395 | LIGHT, RONALD K, 19106 SE CORAL REEF LN, JUPITER, FL, 33458 | US Mail (1st Class) |
| 56395 | MCQUADE, LAWRENCE C, 125 E 72ND ST, NEW YORK, NY, 10021 | US Mail (1st Class) |
| 56395 | MCQUADE, LAWRENCE C, 125 E 72 ST, NEW YORK, NY, 10021 | US Mail (1st Class) |
| 56395 | MELISSA PUELICHER TRUST, C/O M&I INSTITUTIONAL SERVICES, ATTN C KUYKENDALL, 111 EAST KILBOURN AVE STE 200, MILWAUKEE, WI, 53202 | US Mail (1st Class) |

## Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 56395 | MELISSA PUELICHER TRUST, ATTN: HENRY E FULDNER, GODFREY & KAHN SC, 780 N WATER ST, MILWAUKEE, WI, 53202 | US Mail (1st Class) |
| 56395 | MILLIKEN, ROGER, 627 OTIS BLVD, SPARTANBURG, SC, 29302 | US Mail (1st Class) |
| 56395 | PAGANUCCI, MARILYN, 33 ROPE FERRY RD, HANOVER, NH, 03755 | US Mail (1st Class) |
| 56395 | PAGANUCCI, MARILYN, DASCHBACH COOPER HOTCHKISS & C, ATTN THOMAS C CSATARI ESQ, PO BOX 191, LEBANON, NH, 03766 | US Mail (1st Class) |
| 56395 | PENSION BENEFIT GUARANTY CORPORATION, BRAD Q ROGERS ESQ, OFFICE OF THE GENERAL COUNSEL, 1200 K ST NW STE 340, WASHINGTON, DC, 20005-4026 | US Mail (1st Class) |
| 56395 | PENSION BENEFIT GUARANTY CORPORATION, C/O BRAD Q ROGERS ESQ, OFFICE OF THE GENERAL COUNSEL, 1200 K ST NW STE 340, WASHINGTON, DC, 20005-4026 | US Mail (1st Class) |
| 56395 | PENSION BENEFIT GUARANTY CORPORATION, C/O PAULA A GALBRAITH, 919 N MARKET ST 16TH FLR, PO BOX 8705, WILMINGTON, DE, 19899-8705 | US Mail (1st Class) |
| 56395 | STURGIS, WILLIAM B, MARTHA E STURGIS, 209 WILMINGTON RD, GREENVILLE, SC, 29615 | US Mail (1st Class) |
| 56395 | STURGIS, WILLIAM B, 209 WILMINGTON RD, GREENVILLE, SC, 29615 | US Mail (1st Class) |
| 56395 | VAN DELFT-HAYTEMA, ANKIE, 120 COOPER DR, PO BOX 5, SANTEE, SC, 29142 | US Mail (1st Class) |
| 56395 | VAN DELFT-HAYTEMA, ANKIE, C/O DRS. A.B. NOORDS, KENNEMERSTRAATWEG 79/C, ALKMAAR, 1814 GC NETHERLANDS (HOLLAND) | US Mail (1st Class) |
| 56395 | VANCE, GRACE S, MAHONEY COHEN & CO, 1065 AVE OF THE AMERICAS - 12TH FL, NEW YORK, NY, 10018 | US Mail (1st Class) |

**Subtotal for this group: 48**