UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (KJC)<br>(Jointly Administered) |
| Reorganized Debtors. | ) | Docket No.: 31962 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to Rules 9010(b) and 2002 of the Federal Rules of Bankruptcy Procedure, ROGER HEATH, of Foster & Sear, L.L.P. hereby appears on behalf of numerous asbestos creditors and respectfully requests that all notices which are required to be given in this case and all papers which are required to be served in this case be given to and served on the address, telephone and telecopy number listed below:

> Roger Heath, Esq.
> Texas State Bar No. 24067271
> Foster & Sear, L.L.P.
> 817 Greenview Drive
> Grand Prairie, Texas 75050
> PH:   (817) 633-3355
> FAX:  (817) 633-5507
> Email: swert@fostersear.com

Please take further notice that the forgoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, plans, disclosure statements, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleadings or request, whether formal or informal, written or oral, or whether by mail, delivery, telephone, telex or otherwise.

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS - 1

Dated: April 23, 2014

                                        FOSTER & SEAR L.L.P.

                                        By:    Roger Heath
                                                Texas State Bar No. 24067271

                                                817 Greenview Drive
                                                Grand Prairie, Texas 75050
                                                PH:   (817) 633-3355
                                                FAX:  (817) 633-5908
                                                swert@fostersear.com

## CERTIFICATE OF SERVICE

I, Roger Heath, do hereby certify that on this ___23rd___ day of April, 2014, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers to be served via fax upon:

James E. O'Neill                             FAX: 302.652.4400
919 North Market St., 17th Floor
Wilmington, DE 19899-8705

                                                Roger Heath

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS - 2