## Exhibit A

**Attachment 30 to** *Motion of ZAI Class Counsel for a Common Fund Fee Award*

KE 30619861

AGREEMENT AND AUTHORIZATION TO REPRESENT
ZONOLITE ATTIC INSULATION CREDITOR IN W. R. GRACE
CHAPTER 11 REORGANIZATION CASE

Ralph Burnett - Dana Duncan (Claimant) hereby retains and authorizes Darrell W. Scott, ("Attorney") of the law firm of Lukins & Annis, P.S., to represent Claimant's legal interests in the W. R. Grace bankruptcy proceedings pending in the United States Bankruptcy Court for the District of Delaware, including all claims or demands that Claimant may have arising out of W.R. Grace's Zonolite products, and hereby authorizes Attorney to act on Claimant's behalf with respect to those proceedings.

Claimant shall not be responsible for any fees in connection with this representation, except in the event that Attorney is successful at obtaining recovery for Claimant, in which event, Attorney's fees shall be one-third of Claimant's recovery, plus those costs that may have been authorized by Claimant and advanced by Attorney.

DATED this ___1___ day of ___October___, 2004.

_____ "Claimant"
[Signature]
Dana Duncan

LUKINS & ANNIS, P.S.

By    Darrell W. Scott
      1600 Washington Trust Financial Center
      717 W. Sprague Avenue
      Spokane, WA 99201-0426
      509-455-9555
"Attorney"

2

KE 30619861