IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

DECLARATION OF SUPPLEMENTAL SERVICE REGARDING:

Docket No. 32037
NOTICE OF THIRTIETH OMNIBUS OBJECTION TO EMPLOYEE CLAIMS (SUBSTANTIVE) OBJECTION

THIRTIETH OMNIBUS OBJECTION TO EMPLOYEE CLAIMS (SUBSTANTIVE OBJECTION)

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 300 North Continental Boulevard, Suite 570, El Segundo, California 90245.

2. On April 24, 2014, at the direction of the Law Offices of Roger Higgins, LLC, co-counsel to the reorganized debtors in the above-captioned cases, I caused the above-referenced documents to be served on the Affected Party referenced in Exhibit A via the mode of service described therein.

---

[1] The Reorganized Debtors comprise the following entities: W. R. Grace & Co., W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc., Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation.

Exhibit A        The Affected Party Address List regarding Docket No. 32037

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the __28__ day of April 2014 at Paramount, California.

_____
James H. Myers

# EXHIBIT A

# WR Grace & Co. et al

Total number of parties: 1

### Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 56448 | CONFEDERACION DE PENSIONADOS DE COLUMBIA, C/O NICOLAS J GUTIERREZ JR ESQ, GUTIERREZ ZARRALUQUI & FRANCO LLP, DOUGLAS ENTRANCE SOUTH TOWER, 806 DOUGLAS RD STE 625, CORAL GABLES, FL, 33134 | US Mail (1st Class) |

Subtotal for this group: 1