## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on the, hereby certify that, on April 28, 2014, I caused one copy of the foregoing *Response of Edward B. Cottingham, Jr., as the ZAI (Class 7B) Trustee for the Asbestos Property Damage Trust, to the Lukins & Annis Motion for Allocation of the ZAI Class Action Common Fund Fee Award* to be served upon the parties on the attached service list via U.S. Mail, First Class, postage pre-paid.

*April 28, 2014*  
Date

/s/ *William D. Sullivan*  
William D. Sullivan

**HAND DELIVERY**
David M. Fournier, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19801

**HAND DELIVERY**
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801

**HAND DELIVERY**
Michael R. Lastowski, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801

**HAND DELIVERY**
Michael B. Joseph, Esq.
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE  19801

**HAND DELIVERY**
Maria Eskin, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801

**HAND DELIVERY**
Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE  19801

**HAND DELIVERY**
Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

**FIRST CLASS MAIL**
Elizabeth Cabraser, Esq.
Lieff, Cabraser, Heimann & Bernstein, L.L.P.
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339

**FIRST CLASS MAIL**
Jeffrey W. Gettleman, Esq.
Adam Paul, Esq.
Lisa Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL  60654

**FIRST CLASS MAIL**
Michael Magzamen, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982

**FIRST CLASS MAIL**
Scott L. Baena, Esq.
Bilzin, SUmberg, Baena, Price & Axelrod
1450 Brickeli Avenue, 23rd Floor
Miami, FL  33131-3456

**FIRST CLASS MAIL**
Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY  10022

**FIRST CLASS MAIL**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

**FIRST CLASS MAIL**
Richard H. Wyron, Esq.
Frankei Wyron LLP
2101 L Street, NW
Washington, DC  20037

**HAND DELIVERY**
Richard L. Schepecarter, Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**FIRST CLASS MAIL**
John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**FIRST CLASS MAIL**
Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Main Street, Sutie 1910, LC 201
Dallas, TX 75202

**FIRST CLASS MAIL**
Tancred Schiavoni, Esq.
O'Melveny & Myers LLP
Seven Times Square
New York, NY 10024