**EXHIBIT "A"**

DECLARATION OF DARRELL W. SCOTT

## L&A TIME DETAIL
## Barbanti - Time on WRONG MATTER

| Date/Tkpr | Description | Hours | Fees |
|---|---|---:|---:|
| 1/10/2001<br>RJC | Prepare for and attend "Settlement Conference" at Riverside High School. | 5.00 | $1,200.00 |
| 1/9/2002<br>DWS | Continued review of key exhibits from Cadet; phone call to zamiski regarding testing. | 2.50 | $725.00 |
| 6/12/2002<br>CAP | Call to Whispering Pines Apts., Dolce Skamania Lodge and Lake Stevens Manor to speak with property managers with regard to filing claim in the Platt settlement. | 0.90 | $94.50 |
| 2/5/2003<br>DWS | (Sakalo Case) - Phone call from referral attorney regarding new case; meeting with Jed W. Morris regarding same. | 0.30 | $111.00 |
| 2/5/2003<br>JWM | Marco Barbanti - Meeting with Marco regarding foreclosure dispute. | 0.50 | $105.00 |
| 5/29/2003<br>TJW | Unknown - Conference with Robert J. Crotty regarding evaluation of case; telephone call to Arpin regarding potential settlement. | 0.75 | $135.00 |
| 7/20/2004<br>DWS | Draft additional broker complaint; continued factual research regarding examiners report; review reply brief regarding withdrawal of reference. | 4.40 | $1,716.00 |
| 7/21/2004<br>DWS | Revision to state based broker claims; review and revise case status letter of broker claimants. | 1.10 | $429.00 |
| 7/22/2004<br>DWS | Final work on broker claim; draft status letter to broker claimants. | 2.20 | $858.00 |
| 11/11/2004<br>DWS | Additional review of claimants for identification of broker claims. | 1.50 | $607.50 |
| | | **19.15** | **$5,981.00** |