**EXHIBIT "B"**

DECLARATION OF DARRELL W. SCOTT

## LUKINS TIME - INADEQUATE DESCRIPTION

| Date | Case_Porforma | Tkpr | Hours | Fees | Audit_Description |
|---|---|---|---|---|---|
| 3/2/2000 | 21964-001 (Barbanti) | TRH | 0.20 | $28.00 | Review week's media reports |
| 8/3/2000 | 21964-001 (Barbanti) | EJR | 1.00 | $110.00 | Conference with Kristy Bergland; telephone conference with Mischelle R. Fulgham; errant to Busch residence. |
| 9/25/2000 | 21964-001 (Barbanti) | HLT | 2.00 | $120.00 | Preparation of exhibits |
| 9/26/2000 | 21964-001 (Barbanti) | KLB | 0.75 | $78.75 | Strategy Meeting. |
| 3/30/2001 | 21964-002 (Price) | EJR | 1.80 | $234.00 | Review fax; telephone conference call; prepare email memorandum for Darrell W. Scott. |
| 4/3/2001 | 21964-002 (Price) | EJR | 2.30 | $299.00 | Review fax; telephone conference call; email Darrell W. Scott. |
| 7/1/2001 | 21967-001 (PDC) | NTK | 2.25 | $247.50 | Legal research. |
| 11/27/2001 | 21964-001 (Barbanti) | BDJ | 1.15 | $138.00 | Telephone conference with Darrell w. scott. |
| 12/5/2001 | 21964-001 (Barbanti) | BDJ | 0.55 | $66.00 | Scheduling. |
| 12/26/2001 | 21964-001 (Barbanti) | BDJ | 3.10 | $372.00 | Travel to Spokane International Airport. |
| 2/7/2002 | 21964-001 (Barbanti) | BDJ | 8.75 | $1,050.00 | Meeting with client; travel from Seattle. |

## LUKINS TIME - INADEQUATE DESCRIPTION

| Date | Case_Porforma | Tkpr | Hours | Fees | Audit_Description |
|---|---|---|---|---|---|
| 2/8/2002 | 21964-001 (Barbanti) | BDJ | 0.55 | $66.00 | Meeting with Darrell W. Scott regarding Seattle trip. |
| 3/14/2002 | 21964-001 (Barbanti) | BDJ | 0.75 | $90.00 | Review possible claims. |
| 4/4/2002 | 21964-001 (Barbanti) | KLB | 0.30 | $39.00 | Meet with Darrell w. Scott regarding research. |
| 4/9/2002 | 21964-001 (Barbanti) | CAD | 1.50 | $112.50 | Research. |
| 4/10/2002 | 21964-001 (Barbanti) | CAD | 2.00 | $150.00 | Research. |
| 4/11/2002 | 21964-001 (Barbanti) | CAD | 2.00 | $150.00 | Research online news information. |
| 1/2/2003 | 21964-001 (Barbanti) | KLB | 0.20 | $30.00 | News search. |
| 1/22/2003 | 21964-001 (Barbanti) | KEK | 0.80 | $96.00 | Meeting with Darrell w. Scott and Kristy L. Bergland. |
| 2/4/2003 | 21964-001 (Barbanti) | KEK | 0.30 | $36.00 | Meeting with Darrell w. Scott and Kristy L. Bergland. |
| 2/19/2003 | 21964-001 (Barbanti) | KEK | 0.90 | $108.00 | Meeting with Darrell w. Scott, Kristy Bergland, and Samantha Batorson. |
| 7/22/2003 | 21964-001 (Barbanti) | KLB | 0.50 | $75.00 | Review of news articles and general information. |

## LUKINS TIME - INADEQUATE DESCRIPTION

| Date | Case_PorformaTkpr | | Hours | Fees | Audit_Description |
|---|---|---|---|---|---|
| 10/1/2004 | 21964-001 (Barbanti) | KLB | 0.20 | $33.00 | Review emails. |
| | | | 33.85 | $3,728.75 | |