**EXHIBIT "C"**

DECLARATION OF DARRELL W. SCOTT

# LUKINS TIME - CLERICAL

| Date | Case_Porforma | Tkpr | Hours | Fees | Audit_Description |
|------|---------------|------|-------|------|-------------------|
| 4/24/2000 | 21964-001 (Barbanti) | KLB | 0.20 | $21.00 | Work with accounting regarding storage unit for physical evidence. |
| 4/24/2000 | 21964-001 (Barbanti) | KLB | 0.75 | $78.75 | Work on obtaining of storage unit for physical evidence; |
| 6/12/2000 | 21964-001 (Barbanti) | KLB | 0.50 | $52.50 | Telephone call from Tamara Driscoll regarding email of Preliminary Injunction Brief and conversion of same to WordPerfect format; office conference with word processing regarding same; telephone call to Tamara |
| 8/17/2000 | 21964-001 (Barbanti) | KLB | 2.75 | $288.75 | preparation of homeowner deposition binders; |
| 9/19/2000 | 21964-001 (Barbanti) | DLT | 0.50 | $22.50 | Copying research materials for attorney review. |
| 9/20/2000 | 21964-001 (Barbanti) | DLT | 0.25 | $11.25 | Time spent locating FenPhen short notice form for court filing. [Note: used as exemplar in Barbanti] |
| 9/25/2000 | 21964-001 (Barbanti) | KLB | 3.50 | $367.50 | go over pleading format with paralegal preparing pleadings; |
| 10/19/2000 | 21964-001 (Barbanti) | DLT | 0.75 | $67.50 | Assisting with preparation for filing of documents with court and service of documents with Paine Hamblen. |
| 10/20/2000 | 21964-001 (Barbanti) | DLT | 1.00 | $90.00 | Assisting with preparation for filing of documents with court and service of documents with Paine Hamblen. |
| 10/20/2000 | 21964-001 (Barbanti) | HLT | 6.00 | $360.00 | preparation of case index for Libby summary judgment motion |
| 11/27/2000 | 21964-001 (Barbanti) | DLT | 5.25 | $472.50 | Copying and organizing witness documents for trial preparation purposes. |

# LUKINS TIME - CLERICAL

| Date | Case_Porforma | Tkpr | Hours | Fees | Audit_Description |
|------|---------------|------|-------|------|-------------------|
| 12/13/2000 | 21964-001 (Barbanti) | DLT | 0.75 | $67.50 | Entering potential witness/intake information into class member database. |
| 12/14/2000 | 21964-001 (Barbanti) | DLT | 2.50 | $225.00 | Entering potential witness/intake information into class member database; organizing witness/intake binder. |
| 3/2/2001 | 21964-001 (Barbanti) | LKM | 1.00 | $60.00 | Create image and text files of Class Cert Opp. brief to be included in document database. |
| 3/2/2001 | 21964-001 (Barbanti) | LKM | 1.10 | $66.00 | Image and create text files of Class Cert. Opp. brief to be included in database. Review text file and correct any errors. |
| 3/6/2001 | 21964-001 (Barbanti) | LKM | 1.00 | $60.00 | Review text and image files of Class Cert Opposition included in database and correct any errors. |
| 3/6/2001 | 21964-001 (Barbanti) | LKM | 0.75 | $45.00 | Review text file of Class Cert. Opp. brief and correct any errors. |
| 3/7/2001 | 21964-001 (Barbanti) | LKM | 1.00 | $60.00 | Image, review, and correct text file of Defendant's Class Cert. Opposition. |
| 3/8/2001 | 21964-001 (Barbanti) | LKM | 0.80 | $48.00 | Review text file of Class Cert. Brief and correct any errors. |
| 3/8/2001 | 21964-001 (Barbanti) | LKM | 0.70 | $42.00 | Review text file of Class Cert. Brief and correct any errors. |
| 3/13/2001 | 21964-001 (Barbanti) | LKM | 1.30 | $78.00 | Review Class Cert Brief and create image and text files to be used in document database. |
| 3/13/2001 | 21964-001 (Barbanti) | LKM | 0.75 | $45.00 | Create image and text files of Class Cert Brief to be used in document database. |

# LUKINS TIME - CLERICAL

| Date | Case_Porforma | Tkpr | Hours | Fees | Audit_Description |
|------|---------------|------|-------|------|-------------------|
| 3/14/2001 | 21964-001 (Barbanti) | LKM | 0.75 | $45.00 | Create image and text files of pleadings to be included in document database. |
| 3/14/2001 | 21964-001 (Barbanti) | LKM | 1.00 | $60.00 | Create image and text files of pleadings to be included in document database. |
| 3/22/2001 | 21964-001 (Barbanti) | LKM | 1.00 | $60.00 | Create text file of documents to be used in drafting pleadings. |
| 3/27/2001 | 21964-001 (Barbanti) | LKM | 0.50 | $30.00 | Image and create text file of Defendant's Class Certification Reply Brief to be included in document databse. |
| 2/19/2002 | 21964-001 (Barbanti) | DLT | 4.75 | $427.50 | Prepare for mailing zonolite Claimant's Informational Brief Re; Class Proofs of Claim to Counsel. |
| 2/21/2002 | 21964-001 (Barbanti) | EIR | 0.50 | $30.00 | Enter documents into database. |
| 2/22/2002 | 21964-001 (Barbanti) | EIR | 4.50 | $270.00 | Enter document information into the database. |
| 5/6/2002 | 21964-001 (Barbanti) | BDJ | 0.45 | $54.00 | Meeting with samantha Batorson regarding travel plans. |
| 5/14/2002 | 21964-001 (Barbanti) | DLT | 0.25 | $22.50 | Prepare FedEx of Grace exhibits to Tom Sobol, Lieff Cabraser. |
| 8/25/2002 | 21964-001 (Barbanti) | KLB | 0.30 | $39.00 | Fax Amended Agenda for Hearing to Darrell W. Scott; telephone call to Hotel DuPont. |
| 9/6/2002 | 21964-001 (Barbanti) | KLB | 0.50 | $65.00 | General database updates and check records. |

# LUKINS TIME - CLERICAL

| Date | Case_Porforma | Tkpr | Hours | Fees | Audit_Description |
|------|---------------|------|-------|------|-------------------|
| 10/7/2002 | 21964-001 (Barbanti) | EIR | 7.50 | $450.00 | Part Clerical: imaged and attached documents to be used as exhibits into database. |
| 10/8/2002 | 21964-001 (Barbanti) | EIR | 7.50 | $450.00 | Part Clerical: imaged and attached documents to be used as exhibits into database. |
| 10/9/2002 | 21964-001 (Barbanti) | EIR | 6.00 | $360.00 | Part Clerical: imaged and attached documents to be used as exhibits into database. |
| 2/26/2003 | 21964-001 (Barbanti) | EIR | 2.70 | $162.00 | Part Clerical: Take calls off the 1-800 Zonolite Hotline. |
| 2/27/2003 | 21964-001 (Barbanti) | EIR | 1.40 | $84.00 | Part Clerical: Take calls off the 1-800 Zonolite Hotline. |
| 2/28/2003 | 21964-001 (Barbanti) | EIR | 1.00 | $60.00 | Part Clerical: Take calls off the 1-800 Zonolite Hotline. |
| 7/9/2003 | 21964-001 (Barbanti) | KLB | 0.75 | $112.50 | Work on problems to Witness database. |
| 9/23/2004 | 21964-001 (Barbanti) | KLB | 0.50 | $80.00 | Updates to database structure. |
| 10/26/2004 | 21964-001 (Barbanti) | KLB | 0.50 | $82.50 | Check Grace stock prices; review SEC filing regarding stock activity. |
| 10/28/2004 | 21964-001 (Barbanti) | KLB | 0.20 | $33.00 | Check Grace stock information. |
| 10/29/2004 | 21964-001 (Barbanti) | KLB | 0.25 | $41.25 | Review Grace stock; review news regarding Montana indictment |

# LUKINS TIME - CLERICAL

| Date | Case_Porforma | Tkpr | Hours | Fees | Audit_Description |
|---|---|---|---|---|---|
| 11/3/2004 | 21964-001 (Barbanti) | KLB | 0.20 | $33.00 | Check Grace stock/news. |
| 11/4/2004 | 21964-001 (Barbanti) | KLB | 0.40 | $66.00 | Review email from new Zonolite homeowner and forward same to Darrell w. Scott; check Grace stock and news. |
| 6/11/2001 | 21967-001 (PDC) | KLB | 0.75 | $90.00 | Set spreadsheet for tracking of PDC Costs. |
| | | | 77.25 | $5,836.00 | |