**EXHIBIT "D"**

DECLARATION OF DARRELL W. SCOTT

## L&A TIME DETAIL
## ZAI Time included in 19572-001 (Libby)

| Date/Tkpr | Description [Shows ZAI-related only] | ZAI-RELATED Hours | Fees |
|---|---|---|---|
| 3/3/2000 DWS | Phone call to TUrkewitz regarding testing of homes; additional phone conference with Barbanti regarding testing of exemplar home; travel to testing site and inspection of insulation. | 1.00 | $240.00 |
| 3/13/2000 DWS | phone call to Marco Barbanti regarding testing; phone call from Richard Hatfield; | 0.20 | $48.00 |
| 3/22/2000 DWS | (Zonolite - Review and revise state product liability complaint; draft press release regarding same. | 1.75 | $420.00 |
| 3/27/2000 DWS | Phone conference with Marco Barbanti; phone conference with Molita Okimeta; review research regarding Zonolite. | 1.40 | $336.00 |
| 3/28/2000 BAH | telephone call with Phyllis Thurlow regarding the zonolite insulation in her attic; telephone call with Arthur Saylor regarding the zonolite insulation throughout his home. | 0.30 | $22.50 |
| 4/11/2000 KLB | Telephone call from Darrell W. Scott regarding Nationwide Zonolite class action to be filed in Montana; review Complaint; prepare press release for Nationwide class action regarding Zonolite Attic Insulation. | 0.65 | $68.25 |
| 4/13/2000 BAH | telephone call with Robert Keyes regarding his zonolite insulation. | 0.20 | $15.00 |
| 4/14/2000 DWS | study Grace exhibits regarding Zonolite Attic Insulation and website updates; revisions to affidavit of Busch. | 0.50 | $120.00 |
| 4/17/2000 DWS | Phone call from Fulcrum regarding testing results; phone call from Benny King regarding completion of affidavit; phone call from Rob Turkewitz regarding test results; work on draft of King affidavit; meeting with King regarding affidavit and case status; work on draft of affidavit of Busch.  Meeting with Busch regarding affidavit and case status. | 5.20 | $1,248.00 |

## L&A TIME DETAIL
### ZAI Time included in 19572-001 (Libby)

| Date/Tkpr | Description [Shows ZAI-related only] | ZAI-RELATED Hours | Fees |
|---|---|---|---|
| 4/18/2000 DWS | Phone call to Fulcrum regarding test results; phone conference with Rob TUrkewitz and Don Hurst regarding test results; phone conference with all counsel regarding case status; additional phone calls from Chad Trent regarding TEM testing; prepare affidavits and documentary exhibits from Lieff Cabraser. | 0.60 | $144.00 |
| 4/19/2000 DWS | Phone conference with Fulcrum Environmentla; phone conference with Rob Turkewitz regarding affidavits; revisions to affidavit of Hatch, Busch, and King; review additional test results from Fulcrum; phone conference with Don Hurst regarding test results. | 1.05 | $252.00 |
| 4/28/2000 DWS | phone conference with Rob Turkewitz and Rand Hatch regarding test results and affidavit; phone call to Marco Barbanti | 0.30 | $72.00 |
| 5/9/2000 DWS | Phone call from Don Hurst regarding testing at additional homes; phone call to Fabrice Vincent regarding same; review additional exhibit materials | 0.50 | $120.00 |
| 5/16/2000 DWS | Meeting with Paul Sublette regarding editing of Hurst video; review and revise memorandum and motion regarding notice program; additional meeting with Paul Sublette; review revised testing tape. | 1.00 | $240.00 |
| 8/7/2000 MGB | {Price} Review MDL motion; telephone conference with class counsel regarding MDL motion. | 1.10 | $192.50 |
| 8/15/2000 MRF | Attended sampling at Thurman residence. | 10.00 | $1,500.00 |
| 8/21/2000 KLB | (National Zonolite) Review information filed by defendants requesting Zonolite MDL | 0.25 | $26.25 |
| 9/20/2000 KLB | (Price) office conference with Tamara Driscoll regarding revisions to Notice of Deposition and Subpoena Duces Tecum to Richard Lee; prepare Subpoena Duces Tecum; office conference with Samantha regarding obtaining process server to serve Suboena on rush basis in Pennsylvania; revise and finalize certificate of service; revise and finalize letter to witness; instructions regarding service and filing of same. | 1.20 | $126.00 |

## L&A TIME DETAIL
## ZAI Time included in 19572-001 (Libby)

| Date/Tkpr | Description [Shows ZAI-related only] | ZAI-RELATED Hours | Fees |
|---|---|---|---|
| 10/10/2000 DWS | Review and revise Opposition to Continuance of Price Emergency Notice. | 0.30 | $75.00 |
| 11/2/2000 KLB | Telephone call from Tamara Driscoll regarding Price depositions and upcoming events. | 0.20 | $24.00 |
| 11/6/2000 DWS | Phone conference with co-counsel regarding case status and assignment of tasks; review reply brief regarding class certification in Price. | 0.60 | $150.00 |
| 11/7/2000 MGB | Review material regarding briefing on Motions for Preliminary Injunction and Disqualification of Lieff Cabraser in federal class actions. | 1.25 | $231.25 |
| 12/4/2000 KLB | Review information regarding Zonolite MDL. | 0.20 | $24.00 |
| 12/11/2000 KLB | (Price} review correspondence regarding call to Zonolite counsel and information on MDL. | 0.30 | $36.00 |
| 12/15/2000 KLB | (Price) Review pleadings in Price; review Subpoenas and Notices of Deposition for update to discovery; telephone call to Shannon at Allan McGarvey's office regarding depositions that have occurred in Price; update database regarding same; letter to Milberg Weiss regarding depositions taken in Barbanti and Price. | 0.75 | $90.00 |
| 12/21/2000 DWS | Review Memorandum Decision of O'Connor regarding disqualification and Motion for Injunctive Relief; phone call to Elizabeth Cabraser regarding same; phone call to Robert Tgurkewitz regarding same; conferene with Donald Stone regarding Case Management Order No. 5. | 1.60 | $400.00 |
| 12/21/2000 MGB | Briefing and memorandum; review orders) regarding disqualification of counsel and emergency notice; review correspondence with conferences with; conference with Darrell W. scott regarding same. | 1.25 | $243.75 |

## L&A TIME DETAIL
### ZAI Time included in 19572-001 (Libby)

| Date/Tkpr | Description [Shows ZAI-related only] | ZAI-RELATED Hours | Fees |
|---|---|---|---|
| 12/27/2000<br>KLB | Review Discovery Requests to WR Grace (Price). | 0.25 | $30.00 |
| 1/3/2001<br>DWS | (PRICE)-Travel to Boston for hearing with Judge saris; review proposed case management order; work on chronology of cases in preparation for conference with all co-counsel; preparation for hearing with Judge Saris; phone conference with paralegal regarding renoting of motion for notice; review and revise order regarding disqualification of counsel. | 9.40 | $2,350.00 |
| 1/3/2001<br>KLB | Review pleadings in all matters regarding upcoming deadlines; prepare materials for meeting with Judge Saris; obtain Lindholm Complaint; office conference with Michael G. Black regarding committees; Prepare Master calendar of all matteris; Retrieve Federal Court dockets for all MT Federal actions and other Zonolite federal actions; memo to Darrell w. Scott regarding information for meeting with Judge Saris. | 2.25 | $270.00 |
| 1/4/2001<br>DWS | (PRICE)-Conference with all co-counsel regarding coordination of claim and case management issues; hearing before Judge Saris regarding case management; meetings with co-counsel regarding case management. | 8.00 | $2,000.00 |
| 1/5/2001<br>DWS | (PRICE)-Travel from Boston to Spokane; meeting with litigation team regarding case assignments and file management issues. | 8.00 | $2,000.00 |
| 1/5/2001<br>KLB | Office conference with Darrell w. Scott regarding hearing before Judge Saris and strategy meeting on Price case. | 0.75 | $90.00 |
| 1/12/2001<br>DWS | Meeting with Michael G. Black regarding Boston conference call regarding Grace bankruptcy and strategic planning; phone call to Fabrice Vincent regarding same; meeting with bankruptcy team regarding potential bankruptcy of Grace; draft memorandum to Nancy Davis; prepare memorandum to Fabrice Vincent regarding bankruptcy. | 2.35 | $587.50 |
| 1/18/2001<br>KLB | (Price) Review documents regarding certification briefing deadlines and proposed scheduling order. | 0.20 | $24.00 |
| 1/19/2001<br>KLB | (Price) review documents from other counsel relating to MDL 1376 committees and scheduling; pull case law relating to Simon decision and Sun Oil; review memorandum regarding sections to add to class certification brief; telephone call from and to Milberg Weiss paralegal Michele Walbrat regarding work to be done on class certification brief; review email. | 1.25 | $150.00 |

## L&A TIME DETAIL
### ZAI Time included in 19572-001 (Libby)

| Date/Tkpr | Description [Shows ZAI-related only] | ZAI-RELATED Hours | Fees |
|---|---|---|---|
| 1/19/2001<br>KLB | (Price) Begin review of Brief; review appendixes; download and convert Brief; emails to and from Fabrice; Begin check of Blue Book regarding citations to books and other secondary authorities. | 3.25 | $390.00 |
| 1/20/2001<br>KLB | (Price) Shepardize case law in Class Certification Brief; fax to Fabrice attaching shepards reports of negative treatment; print citations and key decisions; begin cite checking and shepardizing brief; emails to and from Fabrice; pull unpublished opinions and Federal Express same to Boston office of Lieff Cabraser for inclusion in materials provided to Judge; communications to and from paralegal at Milberg Weiss regarding cite checking; check quotes; download revised brief and format same. | 9.25 | $1,110.00 |
| 1/21/2001<br>KLB | (Price) Transfer corrections to revised version of brief; Continue cite checking and checking quotes and authorities in class certification brief; email to and from Fabrice; fax brief with changes to Fabrice. | 8.75 | $1,050.00 |
| 1/22/2001<br>KLB | (Price) Office conference with Darrell W. Scott regarding status of class certification brief; email to and from paralegal Michele Walbrett regarding same; email from Fabrice. | 0.80 | $96.00 |
| 1/22/2001<br>KLB | (Price) review Bluebook on U.S. cites and practitioner's notes. | 0.25 | $30.00 |
| 3/29/2001<br>TRH | Conference with litigation team members regarding brief in opposition to defendants' motion for discretionary review. | 0.40 | $60.00 |
| 3/30/2001<br>TRH | Review and revise plaintiffs' brief in opposition to defendants' motion for discretionary review | 1.50 | $225.00 |
| 8/20/2002<br>BDJ | Meeting with co-counsel for ZAI claims; conference with Kristy L. Bergland regarding documents to opposing counsel. | 1.45 | $174.00 |
| | | 91.75 | $17,101.00 |