**EXHIBIT "E"**

DECLARATION OF DARRELL W. SCOTT

Case: W.R. Grace/Libby
LIBBY
ZONOLITE ATTIC INSULATION
BANKRUPTCY
MEDICAL MONITORING CLASS ACTION
Libby/Expansion Plants/Tradesmen
Associated L&A Client/Matter Numbers:
•19572-001 - Dorrington/Sather
Individual ZAI Claimants:
•Property Damage
•Medical Monitoring
NATIONAL CLASS ACTION (Price)
Associated L&A Client/Matter Numbers:
•21964-002 - Price
Property Damage Committee
Associated L&A Client/Matter:
•21967-001 - Property Damage Committee (Costs)
Tennison - Property Class Action
Grenfel - Injury MM Class Action
WASHINGTON CLASS ACTION (Barbanti)
Associated L&A Client/Matter Numbers:
•21964-001 - Barbanti
SCIENCE TRIAL SPECIAL COUNSEL
Associated L&A Client/Matter Number:
•21968-001 - ZAI Claimants (Hourly)
PERSONAL INJURY CASES:
MASONRY FILL POC

Clients & Associated L&A Client/Matter Numbers (if any):

| | | |
|---|---|---|
| Brant – 19572-008 | Groh - 19572-004 | Paul, James |
| Capshaw | Hays | Paul, Lloyd |
| Carabin | Johnson – 19572-005 | Rollins |
| Clark – 19572-013 | McDaniels | Sather |
| Davis | McIntosh | Sawyer |
| Dorrington | Mihalovich – 19572-007 | Seibolts – 19572-003 |
| Eggert, Gilbert | Morris – 19572-010 | Van Note – 19572-012 |
| Eggert, Kevin – 19572-006 | Morissey | Warner |
| Gompf | Murphy | Whitney – 19572-014 |