**EXHIBIT "F"**

DECLARATION OF DARRELL W. SCOTT

12-01-04

**SCOTT CASES**                                General Coble.

✓ (1) Hourly case — 40000 cos&

(2) NRS — Telework Fraud MDL Nevada.
    Stay → will help   Epic involved

✓ (3) Atlantic Coast → Dismissing — Sanctions.

(4) Metro Cases — 475 indiv. cases. —
   (A) — 40 plaintiffs —              → Officers
      (1) Oregon                      → Directors
      (2) Idaho                       ↘ class action
      (3) — 3 in Wash. State Ct.        Berman
   (B) BR Aspect / Proofs of claim, etc.   (Ernst)

(5) Grace Cases —
   (A) Libby Mont case | cleanup / med mon | EPA done —
                                             going nowhere
   (B) Indiv Libby cases  12-24 cases P.I.
       Depends on Legis this year.
       Smaller claims — Libby exception.
   (C) Zonolite Bonbonti — (stayed) → Home insulation
   (D) Price Case — non Libby Bonbonti's
   (E) BR case
       ↳ Prop Damage Committee

(F) Special Counsel
    - About done        Ed Westbrook

    Apply Monthly - 80%

✓ (6) Ken Phan
    (A) P.I. cases
    (B) Class Action - Fee Pet.

(7) Martha Stewart - Starts

(8) UCC Case →
    - Wrap Up
    - Get Fees

(9) E. Accelerator - $5000/mth
    (over)

(10) Bon Monche case -        Work together