**EXHIBIT "H"**

DECLARATION OF DARRELL W. SCOTT

# LUKINS & ANNIS, P.S.
### ATTORNEYS AT LAW

1600 WASHINGTON TRUST FINANCIAL CENTER • 717 W SPRAGUE AVE • SPOKANE, WA 99201-0466
PHONE (509) 455-9555 • FAX (509) 747-2323

Terence R. Whitten

Email address: twhitten@lukins.com
Direct Fax: (509) 363-2468
Direct Dial: (509) 623-2013

*[Handwritten: OK?]*
*[Handwritten: Terry - ZAI Proposed Ltr]*
*[Handwritten: OK to merge?]*

December 22, 2004

Re:     *W.R. Grace Bankruptcy – Zonolite Attic Insulation*

Dear Sir/Madam:

Darrell W. Scott, who is a principal with Lukins & Annis, P.S. and the lead attorney in the above referenced case announced that he was leaving Lukins & Annis effective December 15, 2004. He has started a new firm which is called The Scott Law Group, P.S. His address and telephone number are as follows:

> The Scott Law Group
> 926 W. Sprague Avenue, #583
> Spokane, WA. 99201
> Phone: (509) 455-3966

Darrell Scott has been the attorney primarily responsible for doing legal work for you on behalf of Lukins & Annis in the above matter. The firm of Lukins & Annis is not going to ~~continue to directly~~ handle ~~this matter~~ and will be withdrawing as counsel of record. Darrell Scott will continue his legal work in the W.R. Grace Bankruptcy Zonolite Attic Insulation cases on your behalf.

*[Handwritten insertions: "any and all files connected with this matter will be transferred to the Scott Law Group"; "all aspect of this case"; "or concerns"]*

If you have any questions, please do not hesitate to contact me.

Very truly yours,

TERENCE R. WHITTEN

TRW:lji