# EXHIBIT "I"

DECLARATION OF DARRELL W. SCOTT

# LUKINS & ANNIS, P.S.
### ATTORNEYS AT LAW

1600 WASHINGTON TRUST FINANCIAL CENTER • 717 W SPRAGUE AVE • SPOKANE, WA 99201-0466
PHONE (509) 455-9555 • FAX (509) 747-2323

Terence R. Whitten

Email address: twhitten@lukins.com
Direct Fax: (509) 363-2468
Direct Dial: (509) 623-2013

December 22, 2004

«FirstName» «LastName»
«Address1»
«Address2»
«City», «State» «Zip»

Re:   *W.R. Grace Bankruptcy – Zonolite Attic Insulation*

Dear «Salutation»:

Darrell W. Scott, who is a principal with Lukins & Annis, P.S. and the lead attorney in the above referenced case announced that he was leaving Lukins & Annis effective December 15, 2004. He has started a new firm which is called The Scott Law Group, P.S. His address and telephone number are as follows:

> The Scott Law Group
> 926 W. Sprague Avenue, #583
> Spokane, WA. 99201
> Phone: (509) 455-3966

Darrell Scott has been the attorney primarily responsible for doing legal work for you on behalf of Lukins & Annis in the above matter. The firm of Lukins & Annis is not going to handle any aspect of this case and will be withdrawing as counsel of record. Darrell Scott will continue his legal work in the W.R. Grace Bankruptcy Zonolite Attic Insulation cases on your behalf. Any and all files connected with this matter will be transferred to The Scott Law Group.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

TERENCE R. WHITTEN

TRW:lji

\\SPOKANE1\VOL2\15DOC\TRWGRACEZAILTRUNMERGED.DOC

SPOKANE • COEUR d'ALENE • MOSES LAKE • BELLEVUE