# EXHIBIT "J"

DECLARATION OF DARRELL W. SCOTT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JAN 2 4 2005

|  |  |  |
|---|---|---|
| In Re: W.R. GRACE & CO., et al., | ) ) ) ) ) ) ) ) ) | CHAPTER 11 <br><br> BANKRUPTCY NO. 01-01139 (JJF) <br><br> (Jointly Administered) |
| DEBTORS. | | |

**NOTICE OF WITHDRAWAL AND**
**SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the law firm of Lukins & Annis, P.S. hereby intends to withdraw as attorneys in the above matter, and that Darrell W. Scott, formerly a partner at Lukins & Annis, will continue representation of certain creditors and will be substituted as attorney. All future pleadings and papers should be served on Darrell W. Scott at the following address:

        Darrell W. Scott
        The Scott Law Group, P.S.
        926 W. Sprague Avenue, Suite 583
        Spokane, WA 99201
        Phone: (509) 455-3966

DATED this 30th day of December, 2004.

        LUKINS & ANNIS, P.S.

        By_____
        TERENCE R. WHITTEN, WSBA No. 03254

1

THE SCOTT LAW GROUP, P.S.

By _____
DARRELL W. SCOTT, WSBA No. 20241
926 W. Sprague Avenue, #583
Spokane, WA 99201

2