**EXHIBIT "K"**

DECLARATION OF DARRELL W. SCOTT



FIRM     PEOPLE     PRACTICE AREAS     NEWS     CONTACT

## CONTACT

**Principal**  
Spokane Office

P **509-455-9555**  
F 509-363-2479  
E **jmorris@lukins.com**

- Bar Association Commercial Law Deskbook
- Active in Green Energy development projects

### Representative Cases

- Represents banks in commercial, compliance, and retail matters
- Represents regional, national and international creditors and claimants in commercial bankruptcy proceedings
- Represents parties in technology development and licensing transactions
- Represents agriculture clients in transactions and dispute resolution

### Education

- Washington State University, B.A., Political Science, 1977
- Gonzaga Law School, J.D., *magna cum laude,* 1983

### Articles Written

**Implementing Minimum Data Security Checklist for Small Businesses**

**Ask the Lukins & Annis Legal Professional - Protecting Sensitive Information**

**Preliminary Steps to Inventory Current Data Security Practices**



Terms of Use