# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) **Chapter 11** |
| | ) |
| **W. R. GRACE & CO., a Delaware** | ) |
| **Corporation,** *et al.,* | ) **Case No. 01-01139 (KJC)** |
| | ) |
| **Debtors.** | ) |
| | ) **Jointly Administered** |

**NOTICE FIFTY-SECOND INTERIM FEE APPLICATION AND FINAL[1]
FEE APPLICATION OF WARREN H. SMITH & ASSOCIATES, P.C., FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES DURING THE INTERIM PERIOD
FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014, AND THE FINAL
APPLICATION PERIOD OF MARCH 18, 2002 THROUGH FEBRUARY 3, 2014**

| | |
|---|---|
| Name of Applicant: | Warren H. Smith & Associates, P.C. |
| Authorized to Provide Professional Services to: | U.S. Bankruptcy Court |
| Date of Retention: | March 18, 2002 |
| Interim Period for which compensation and reimbursement is sought: | January 1, 2014 – February 3, 2014 |
| Amount of interim compensation for which approval is sought: | $12,447.00 |
| Amount of interim expense reimbursement sought as actual, reasonable, necessary: | $140.76 |
| Amount of Compensation Requested Less Holdback: | $9,957.60 |
| Amount of Compensation Paid For Applicable Period: | $9,951.20 |
| Amount of Expenses Reimbursed | $140.76 |

---

[1] While Warren H. Smith & Associates, P.C. ("WHS") is titling this application its "Final" application, WHS notes that it will continue to be working on this case after the Effective Date, as such work is required by the nature of the work performed by WHS in this case. Thus, pursuant to the Fee Auditor Order, WHS will review and prepare final reports on fees and expenses through the Effective Date on those professionals that it is required to audit under the Fee Auditor Order. WHS also notes that it expects to be paid for such work performed after the Effective Date.

For Applicable Period:

Total Amount of Holdback                    $2,489.40
Fees in Aggregate:

Final application period for which compensation
is sought:                                          March 18, 2002 through February 3, 2014

Amount of final compensation for which approval
is sought:                                          $3,070,774.77

Amount of final expenses for which
reimbursement is sought:                   $62,437.43

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF WARREN H. SMITH & ASSOCIATES, P.C. FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 18, 2002 THROUGH FEBRUARY 3, 2014**:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 05/08/2002 | March 18, 2002 – March 31, 2002 | $2,889.50 | -0- | $2,889.50 | -0- |
| 05/08/2002 | April 1, 2002 – April 30, 2002 | $18,448.00 | $100.73 | $18,448.00 | $100.73 |
| 6/11/2002 | May 1, 2002 – May 31, 2002 | $50,706.00 | $12.68 | $50,706.00 | $12.68 |
| 7/9/2002 | June 1, 2002 – June 30, 2002 | $42,317.00 | $249.48 | $42,317.00 | $249.48 |
| 8/8/2002 | July 1, 2002 – July 31, 2002 | $43,808.50 | $1,001.27 | $43,808.50 | $1,001.27 |
| 9/19/2002 | August 1, 2002 – August 30, 2002 | $36,301.02 | $526.69 | $36,301.02 | $526.69 |
| 10/16/2002 | September 1, 2002 – September 30, 2002 | $56,015.00 | $572.44 | $56,015.00 | $572.44 |
| 11/18/2002 | October 1, 2002 – October 31, 2002 | $47,896.50 | $1,314.90 | $47,896.50 | $1,314.90 |
| 12/13/02 | November 1, 2002 – November 30, 2002 | $41,540.00 | $1,286.94 | $41,540.00 | $1,286.94 |
| 1/21/03 | December 1, 2002 – December 31, 2002 | $38,614.50 | $0.00 | $38,614.50 | $0.00 |
| 2/17/03 | January 1, 2003 – January 31, 2003 | $44,241.50 | $623.83 | $44,241.50 | $623.83 |
| 3/20/03 | February 1, 2003 – February 28, 2003 | $39,854.50 | $930.68 | $39,854.50 | $930.68 |
| 4/18/03 | March 1, 2003 – March 31, 2003 | $18,866.00 | $76.67 | $18,866.00 | $76.67 |
| 05/27/03 | April 1, 2003 – April 30, 2003 | $22,519.00 | $951.12 | $22,519.00 | $951.12 |

| 06/05/03 | May 1, 2003 – May 31, 2003 | $11,912.50 | $79.98 | $11,912.50 | $79.98 |
|----------|---------------------------|------------|--------|------------|--------|
| 07/08/03 | June 1, 2003 – June 30, 2003 | $17,623.50 | $119.11 | $17,623.50 | $119.11 |
| 08/13/03 | July 1, 2003 – July 31, 2003 | $12,802.50 | $642.74 | $12,802.50 | $642.74 |
| 09/15/03 | August 1, 2003 – August 31, 2003 | $15,136.00 | $157.28 | $15,136.00 | $157.28 |
| 10/08/03 | September 1, 2003– September 30, 2003 | $23,168.00 | $297.52 | $23,168.00 | $297.52 |
| 11/11/03 | October 1, 2003 – October 31, 2003 | $5,107.00 | $547.19 | $5,107.00 | $547.19 |
| 12/10/03 | November 1, 2003 – November 30, 2003 | $11,605.00 | $118.13 | $11,605.00 | $118.13 |
| 01/13/04 | December 1, 2003 – December 31, 2003 | $10,316.50 | $157.39 | $10,316.50 | $157.39 |
| 02/12/04 | January 1, 2004- January 31, 2004 | $10,599.00 | $56.54 | $10,599.00 | $56.54 |
| 03/08/04 | February 1, 2004- February 29, 2004 | $12,038.50 | $369.90 | $12,038.50 | $369.90 |
| 04/08/04 | March 1, 2004- March 31, 2004 | $7,875.50 | $216.00 | $7,875.50 | $216.00 |
| 05/07/04 | April 1, 2004- April 30, 2004 | $9,795.00 | $972.93 | $9,795.00 | $972.93 |
| 06/07/04 | May 1, 2004- May 31, 2004 | $22,386.00 | $91.40 | $22,386.00 | $91.40 |
| 07/07/04 | June 1, 2004- June 30, 2004 | $17,039.00 | $486.07 | $17,039.00 | $486.07 |
| 08/09/04 | July 1, 2004- July 31, 2004 | $24,443.00 | $47.38 | $24,443.00 | $47.38 |
| 09/09/04 | August 1, 2004- August 31, 2004 | $14,092.50 | $262.91 | $14,092.50 | $262.91 |
| 10/07/04 | September 1, 2004- September 30, 2004 | $2,201.00 | $259.75 | $2,201.00 | $259.75 |
| 11/08/04 | October 1, 2004- October 31, 2004 | $28,560.00 | $30.75 | $28,560.00 | $30.75 |
| 12/09/04 | November 1, 2004- November 30, 2004 | $11,232.50 | $70.70 | $11,232.50 | $70.70 |
| 01/12/05 | December 1, 2004- December 31, 2004 | $10,131.00 | $475.46 | $10,131.00 | $475.46 |
| 02/09/05 | January 1, 2005- January 31, 2005 | $16,727.00 | $105.75 | $16,727.00 | $105.75 |
| 03/09/05 | February 1, 2005- February 28, 2005 | $26,860.00 | $32.33 | $26,860.00 | $32.33 |
| 04/08/05 | March 1, 2005- March 31, 2005 | $13,638.50 | $538.66 | $13,638.50 | $538.66 |
| 05/06/05 | April 1, 2005- April 30, 2005 | $5,078.00 | $129.68 | $5,078.00 | $129.68 |

| 06/09/05 | May 1, 2005-<br>May 31, 2005 | $24,677.50 | $32.04 | $24,677.50 | $32.04 |
|---|---|---|---|---|---|
| 07/08/05 | June 1, 2005-<br>June 30, 2005 | $12,057.50 | $156.81 | $12,057.50 | $156.81 |
| 08/08/05 | July 1, 2005-<br>July 31, 2005 | $13,649.00 | $665.39 | $13,649.00 | $665.39 |
| 09/08/05 | August 1, 2005-<br>August 31, 2005 | $19,686.00 | $0.00 | $19,686.00 | $0.00 |
| 10/13/05 | September 1, 2005-<br>September 30, 2005 | $19,931.00 | $0.00 | $19,931.00 | $0.00 |
| 11/10/05 | October 1, 2005-<br>October 31, 2005 | $21,781.00 | $334.60 | $21,781.00 | $334.60 |
| 12/12/05 | November 1, 2005-<br>November 30, 2005 | $22,727.50 | $427.55 | $22,727.50 | $427.55 |
| 01/09/06 | December 1, 2005-<br>December 31, 2005 | $10,335.00 | $0.00 | $10,335.00 | $0.00 |
| 02/10/06 | January 1, 2006-<br>January 31, 2006 | $12,401.00 | $827.44 | $12,401.00 | $827.44 |
| 03/08/06 | February 1, 2006-<br>February 28, 2006 | $25,605.50 | $19.64 | $25,605.50 | $19.64 |
| 04/06/06 | March 1, 2006-<br>March 31, 2006 | $32,419.00 | $264.14 | $32,419.00 | $264.14 |
| 05/08/06 | April 1, 2006-<br>April 30, 2006 | $26,496.00 | $789.83 | $26,496.00 | $789.83 |
| 06/21/06 | May 1, 2006-<br>May 31, 2006 | $22,996.00 | $43.82 | $22,996.00 | $43.82 |
| 12/8/06 | June 1, 2006-<br>June 30, 2006 | $9,674.50 | $0.00 | $9,674.50 | $0.00 |
| 12/28/06 | July 1, 2006-<br>July 31, 2006 | $13,967.00 | $648.60 | $13,967.00 | $648.60 |
| 11/10/06 | August 1, 2006-<br>August 31, 2006 | $22,714.00 | $53.90 | $22,714.00 | $53.90 |
| 11/16/06 | September 1, 2006-<br>September 30, 2006 | $22,629.00 | $31.52 | $22,629.00 | $31.52 |
| 11/28/06 | October 1, 2006-<br>October 31, 2006 | $15,636.50 | $472.43 | $15,636.50 | $472.43 |
| 01/04/07 | November 1, 2006-<br>November 30, 2006 | $10,158.00 | $4.80 | $10,158.00 | $4.80 |
| 01/15/07 | December 1, 2006-<br>December 31, 2006 | $18,593.00 | $29.84 | $18,593.00 | $29.84 |
| 05/03/07 | January 1, 2007-<br>January 31, 2007 | $28,915.00 | $632.64 | $28,915.00 | $632.64 |
| 05/03/07 | February 1, 2007-<br>February 28, 2007 | $38,358.00 | $35.88 | $38,358.00 | $35.88 |
| 05/03/07 | March 1, 2007-<br>March 31, 2007 | $22,023.00 | $70.48 | $22,023.00 | $70.48 |
| 05/10/07 | April 1, 2007-<br>April 30, 2007 | $10,877.00 | $78.40 | $10,877.00 | $78.40 |

| 6/19/07 | May 1, 2007-May 31, 2007 | $24,573.00 | $39.52 | $24,573.00 | $39.52 |
|---|---|---|---|---|---|
| 7/17/07 | June 1, 2007-June 30, 2007 | $30,217.00 | $601.56 | $30,217.00 | $601.56 |
| 3/7/08 | July 1, 2007-July 31, 2007 | $32,004.00 | $31.44 | $32,004.00 | $31.44 |
| 3/7/08 | August 1, 2007-August 31, 2007 | $36,986.50 | $39.68 | $36,986.50 | $39.68 |
| 3/7/08 | September 1, 2007-September 30, 2007 | $23,018.00 | $1,108.59 | $23,018.00 | $1,108.59 |
| 6/6/08 | October 1, 2007-October 31, 2007 | $22,493.50 | $1.76 | $22,493.50 | $1.76 |
| 6/6/08 | November 1, 2007-November 30, 2007 | $23,889.50 | $0.00 | $23,889.50 | $0.00 |
| 6/6/08 | December 1, 2007-December 31, 2007 | $8,786.50 | $0.00 | $8,786.50 | $0.00 |
| 8/6/08 | January 1, 2008-January 31, 2008 | $24,338.00 | $0.00 | $24,338.00 | $0.00 |
| 8/6/08 | February 1, 2008-February 29, 2008 | $20,847.50 | $0.00 | $20,847.50 | $0.00 |
| 4/17/08 | March 1, 2008-March 31, 2008 | $7,306.50 | $23.44 | $7,306.50 | $23.44 |
| 5/7/08 | April 1, 2008-April 31, 2008 | $18,620.00 | $20.00 | $18,620.00 | $20.00 |
| 6/10/08 | May 1, 2008-May 31, 2008 | $11,542.50 | $47.20 | $11,542.50 | $47.20 |
| 7/7/08 | June 1, 2008-June 31, 2008 | $37,931.50 | $790.69 | $37,931.50 | $790.69 |
| 8/5/08 | July 1, 2008-July 31, 2008 | $26,055.00 | $48.56 | $26,055.00 | $48.56 |
| 8/5/08 | August 1, 2008 – August 31, 2008 | $14,159.50 | $1,372.68 | $14,159.50 | $1,372.68 |
| 10/30/08 | September 1, 2008 – September 30, 2008 | $32,256.00 | $44.24 | $32,256.00 | $44.24 |
| 11/10/08 | October 1, 2008 – October 31, 2008 | $17,251.50 | $0.00 | $17,251.50 | $0.00 |
| 1/14/09 | November 1, 2008-November 30, 2008 | $23,418.00 | $468.42 | $23,418.00 | $468.42 |
| 1/15/09 | December 1, 2008-December 31, 2008 | $22,800.50 | $64.32 | $22,800.50 | $64.32 |
| 4/23/09 | January 1, 2009 – January 31, 2009 | $10,853.00 | $63.52 | $10,853.00 | $ 63.52 |
| 4/16/09 | February 1, 2009 – February 28, 2009 | $13,034.00 | $198.01 | $13,034.00 | $198.01 |
| 4/28/09 | March 1, 2009 – March 31, 2009 | $19,604.00 | $689.64 | $19,604.00 | $689.64 |
| 5/7/09 | April 1, 2009 – April 30, 2009 | $23,475.00 | $68.56 | $23,475.00 | $68.56 |

| 6/4/09 | May 1, 2009-<br>May 31, 2009 | $15,414.50 | $157.28 | $15,414.50 | $157.28 |
|---|---|---|---|---|---|
| 7/7/09 | June 1, 2009-<br>June 31, 2009 | $19,387.50 | $490.50 | $19,387.50 | $490.50 |
| 8/7/09 | July 1, 2009-<br>July 31, 2009 | $13,041.00 | $310.53 | $13,041.00 | $310.53 |
| 9/10/09 | August 1, 2009 –<br>August 31, 2009 | $20,399.50 | $260.21 | $20,399.50 | $260.21 |
| 10/6/09 | September 1, 2009 –<br>September 30, 2009 | $15,066.00 | $361.29 | $15,066.00 | $ 361.29 |
| 11/6/09 | October 1, 2009 –<br>October 31, 2009 | $18,756.50 | $176.34 | $18,756.50 | $176.34 |
| 12/8/09 | November 1, 2009-<br>November 30, 2009 | $20,911.00 | $366.95 | $20,911.00 | $366.95 |
| 01/11/10 | December 1, 2009 -<br>December 31, 2009 | $6,365.50 | $281.26 | $6,365.50 | $281.26 |
| 02/05/10 | January 1, 2010 –<br>January 31, 2010 | $19,376.00 | $120.35 | $19,376.00 | $120.35 |
| 03/08/10 | February 1, 2010 –<br>February 28, 2010 | $18,016.00 | $300.11 | $18,016.00 | $300.11 |
| 04/06/10 | March 1, 2010 –<br>March 31, 2010 | $11,251.25 | $1,652.81 | $11,251.25 | $1,652.81 |
| 05/07/10 | April 1, 2010 –<br>April 30, 2010 | $18,018.00 | $189.96 | $18,018.00 | $189.96 |
| 06/04/10 | May 1, 2010-<br>May 31, 2010 | $31,176.00 | $703.00 | $31,176.00 | $703.00 |
| 07/06/10 | June 1, 2010-<br>June 31, 2010 | $6,692.25 | $2,453.69 | $6,692.25 | $2,453.69 |
| 08/06/10 | July 1, 2010-<br>July 31, 2010 | $8,207.50 | $2,597.94 | $8,207.50 | $2,597.94 |
| 09/07/10 | August 1, 2010 –<br>August 31, 2010 | $19,097.00 | $302.00 | $19,097.00 | $302.00 |
| 10/06/10 | September 1, 2010 –<br>September 30, 2010 | $17,812.25 | $533.49 | $17,812.25 | $533.49 |
| 11/05/10 | October 1, 2010 –<br>October 31, 2010 | $10,059.25 | $119.09 | $10,059.25 | $119.09 |
| 12/10/10 | November 1, 2010-<br>November 30, 2010 | $14,308.00 | $206.11 | $14,308.00 | $206.11 |
| 1/7/11 | December 1, 2010 -<br>December 31, 2010 | $6,889.25 | $230.52 | $6,889.25 | $230.52 |
| 2/9/11 | January 1, 2011 –<br>January 31, 2011 | $9,469.50 | $70.64 | $9,469.50 | $70.64 |
| 3/8/11 | February 1, 2011 –<br>February 28, 2011 | $26,309.75 | $844.33 | $26,309.75 | $844.33 |
| 4/8/11 | March 1, 2011 –<br>March 31, 2011 | $31,996.50 | $235.65 | $31,996.50 | $235.65 |
| 5/10/11 | April 1, 2011 –<br>April 30, 2011 | $28,698.25 | $201.54 | $28,698.25 | $201.54 |

| 6/8/11 | May 1, 2011-<br>May 31, 2011 | $28,858.50 | $3,765.58 | $28,858.50 | $3,765.58 |
|---|---|---|---|---|---|
| 7/8/11 | June 1, 2011-<br>June 31, 2011 | $37,766.50 | $578.23 | $37,766.50 | $578.23 |
| 8/9/11 | July 1, 2011-<br>July 31, 2011 | $27,770.50 | $1,039.26 | $27,770.50 | $1,039.26 |
| 9/12/11 | August 1, 2011 –<br>August 31, 2011 | $47,068.00 | $2,663.97 | $47,068.00 | $2,663.97 |
| 10/12/11 | September 1, 2011 –<br>September 30, 2011 | $43,509.00 | $1,775.24 | $43,509.00 | $1,775.24 |
| 11/10/11 | October 1, 2011 –<br>October 31, 2011 | $41,916.50 | $1,356.89 | $41,916.50 | $1,356.89 |
| 12/15/11 | November 1, 2011-<br>November 30, 2011 | $29,742.00 | $2,627.33 | $29,742.00 | $2,627.33 |
| 2/22/12 | December 1, 2011 -<br>December 31, 2011 | $31,115.50 | $385.41 | $31,115.50 | $385.41 |
| 2/10/12 | January 1, 2012 –<br>January 31, 2012 | $25,998.00 | $393.44 | $25,998.00 | $393.44 |
| 3/20/12 | February 1, 2012 –<br>February 29, 2012 | $28,105.00 | $614.63 | $28,105.00 | $614.63 |
| 5/4/12 | March 1, 2012 –<br>March 31, 2012 | $33,741.00 | $330.95 | $33,741.00 | $330.95 |
| 5/10/12 | April 1, 2012 –<br>April 30, 2012 | $22,360.00 | $164.18 | $22,360.00 | $164.18 |
| 6/14/12 | May 1, 2012-<br>May 31, 2012 | $23,458.00 | $57.43 | $23,458.00 | $57.43 |
| 07/18/12 | June 1, 2012-<br>June 31, 2012 | $21,504.50 | $382.60 | $21,504.50 | $382.60 |
| 08/24/12 | July 1, 2012-<br>July 31, 2012 | $14,681.50 | $281.95 | $14,681.50 | $281.95 |
| 09/25/12 | August 1, 2012 –<br>August 31, 2012 | $11,515.50 | $607.29 | $11,515.50 | $607.29 |
| 11/7/12 | September 1, 2012 –<br>September 30, 2012 | $15,530.50 | $126.52 | $15,530.50 | $126.52 |
| 11/15/12 | October 1, 2012 –<br>October 31, 2012 | $15,734.50 | $163.26 | $15,734.50 | $163.26 |
| 12/20/12 | November 1, 2012-<br>November 30, 2012 | $17,969.00 | $645.42 | $17,969.00 | $645.42 |
| 1/17/13 | December 1, 2012 -<br>December 31, 2012 | $29,628.50 | $608.71 | $29,628.50 | $608.71 |
| 2/19/13 | January 1, 2013 –<br>January 31, 2013 | $52,482.50 | $317.64 | $52,482.50 | $317.64 |
| 3/27/13 | February 1, 2013 –<br>February 28, 2013 | $37,137.00 | $268.47 | $37,137.00 | $268.47 |
| 4/24/13 | March 1, 2013 –<br>March 31, 2013 | $23,106.50 | $563.07 | $23,106.50 | $563.07 |
| 5/28/13 | April 1, 2013 –<br>April 30, 2013 | $26,759.50 | $396.49 | $26,759.50 | $396.49 |

| 6/14/13 | May 1, 2013 - May 31, 2013 | $17,448.00 | $346.34 | $17,448.00 | $346.34 |
| 7/19/13 | June 1, 2013 - June 31, 2013 | $12,272.00 | $659.83 | $12,272.00 | $659.83 |
| 8/13/13 | July 1, 2013 - July 31, 2013 | $15,116.00 | $687.87 | $12,092.80 | $687.87 |
| 9/11/13 | August 1, 2013 – August 31, 2013 | $19,433.50 | $392.29 | $15,546.80 | $392.29 |
| 10/14/13 | September 1, 2013 – September 30, 2013 | $18,398.50 | $756.18 | $14,718.80 | $756.18 |
| 11/19/13 | October 1, 2013 – October 31, 2013 | $11,215.50 | $276.96 | $8,972.40 | $276.96 |
| 12/26/13 | November 1, 2013- November 30, 2013 | $16,084.50 | $563.64 | $12,867.60 | $563.64 |
| 1/14/14 | December 1, 2013 - December 31, 2013 | $6,031.50 | $79.45 | $4,825.20 | $79.45 |
| 2/14/14 | January 1, 2014 – January 31, 2014 | $12,439.00 | $140.76 | $9,951.20 | $140.76 |
| 4/11/14 | February 1, 2014 – February 3, 2014 | $8.00 | $00.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$3,070,774.77** | **$62,437.43** | **$3,051,023.07** | **$62,437.43** |

**CUMULATIVE SUMMARY OF INTERIM FEE APPLICATIONS FILED BY WARREN H. SMITH & ASSOCIATES, P.C. FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 18, 2002 THROUGH FEBRUARY 3, 2014**

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 05/08/2002 | March 1, 2002 – March 31, 2002 | $2,889.50 | -0- | $2,889.50 | -0- |
| 08/19/2002 (2565) | April 1, 2002 – June 30, 2002 | $111,471.00 | $362.89 | $111,471.00 | $362.89 |
| 12/24/2002 (3184) | July 1, 2002 – September 30, 2002 | $136,124.52 | $2,100.40 | $136,124.52 | $2,100.40 |
| 05/13/2003 (3780) | October 1, 2002 – December 31, 2002 | $128,051.00 | $2,601.84 | $128,051.00 | $2,601.84 |
| 06/23/2003 (3938) | January 1, 2003 – March 30, 2003 | $102,962.00 | $1,631.18 | $102,962.00 | $1,631.18 |
| 08/20/2003 (4303) | April 1, 2003 – June 30, 2003 | $52,055.00 | $1,150.21 | $52,055.00 | $1,150.21 |
| 11/25/2003 (4744) | July 1, 2003 – September 30, 2003 | $51,106.50 | $1,097.54 | $51,106.50 | $1,097.54 |
| 02/19/2004 (5138) | October 1, 2003 – December 31, 2003 | $27,028.50 | $822.71 | $27,028.50 | $822.71 |
| 05/14/2004 (5583) | January 1, 2004 – March 31, 2004 | $30,513.00 | $642.44 | $30,513.00 | $642.44 |

| | | | | | |
|---|---|---|---|---|---|
| 08/13/2004 (6168) | April 1, 2004 – June 30, 2004 | $49,220.00 | $1,550.40 | $49,220.00 | $1,550.40 |
| 11/15/2004 (6913) | July 1, 2004 – September 30, 2004 | $40,736.50 | $570.04 | $40,736.50 | $570.04 |
| 03/02/2005 (7936) | October 1, 2004 – December 31, 2004 | $49,923.50 | $576.91 | $49,923.50 | $576.91 |
| 05/13/2005 (8435) | January 1, 2005 – March 31, 2005 | $57,225.50 | $676.74 | $57,225.50 | $676.74 |
| 08/18/2005 (9205) | April 1, 2005 – June 30, 2005 | $41,813.00 | $318.53 | $41,813.00 | $318.53 |
| 11/15/2005 (11073) | July 1, 2005 – September 30, 2005 | $53,266.00 | $665.39 | $53,266.00 | $665.39 |
| 02/24/2006 (11906) | October 1, 2005 – December 31, 2005 | $54,843.50 | $762.15 | $54,843.50 | $762.15 |
| 05/11/2006 (12401) | January 1, 2006 – March 31, 2006 | $70,425.50 | $1,111.22 | $70,425.50 | $1,111.22 |
| 12/08/2006 (13978) | April 1, 2006 – June 30, 2006 | $59,166.50 | $833.65 | $59,166.50 | $833.65 |
| 03/02/2007 (14731) | July 1, 2006 – September 30, 2006 | $59,310.00 | $734.02 | $59,310.00 | $734.02 |
| 05/31/2007 (15910) | October 1, 2006 – December 31, 2006 | $44,387.50 | $507.07 | $44,387.50 | $507.07 |
| 09/17/2007 (16823) | January 1, 2007 – March 30, 2007 | $89,296.00 | $739.00 | $89,296.00 | $739.00 |
| 12/05/2007 (17558) | April 1, 2007 – June 30, 2007 | $65,667.00 | $719.48 | $65,667.00 | $719.48 |
| 03/07/208 (18253) | July 1, 2007 – September 30, 2007 | $92,008.50 | $1,179.71 | $92,008.50 | $1,179.71 |
| 06/16/2008 (18925) | October 1, 2007 – December 31, 2007 | $55,169.50 | $1.76 | $55,169.50 | $1.76 |
| 09/22/2008 (19584) | January 1, 2008 – March 31, 2008 | $52,492.00 | $23.44 | $52,492.00 | $23.44 |
| 11/25/2008 (20146) | April 1, 2008 – June 30, 2008 | $68,094.00 | $857.89 | $68,094.00 | $857.89 |
| 03/15/2009 (21010) | July 1, 2008 - September 30, 2008 | $72,470.50 | $1,465.48 | $72,470.50 | $1,465.48 |
| 03/15/2009 (21011) | October 1, 2008 – December 31, 2008 | $63,470.00 | $532.74 | $63,470.00 | $532.74 |
| 05/12/2009 (21645) | January 1, 2009 – March 30, 2009 | $43,491.00 | $951.17 | $43,491.00 | $951.17 |
| 08/12/2009 (22751) | April 1, 2009 – June 30, 2009 | $58,277.00 | $716.34 | $58,277.00 | $716.34 |
| 11/06/2009 (23702) | July 1, 2009 – September 30, 2009 | $48,506.50 | $932.03 | $48,506.50 | $932.03 |
| 02/05/2010 (24248) | October 1, 2009 – December 31, 2009 | $46,033.00 | $824.55 | $46,033.00 | $824.55 |
| 05/07/2010 (24746) | January 1, 2010 – March 31, 2010 | $48,643.25 | $2,073.27 | $48,643.25 | $2,073.27 |

| | | | | | |
|---|---|---|---|---|---|
| 08/06/2010 (25191) | April 1, 2010 – June 30, 2010 | $55,886.25 | $3,346.65 | $55,886.25 | $3,346.65 |
| 11/08/2010 (25721) | July 1, 2010 – September 30, 2010 | $45,116.75 | $3,433.43 | $45,116.75 | $3,433.43 |
| 02/11/2011 (26244) | October 1, 2010 – December 31, 2010 | $31,256.50 | $555.72 | $31,256.50 | $555.72 |
| 05/13/2011 (26930) | January 1, 2011– March 30, 2011 | $67,775.75 | $1,150.62 | $67,775.75 | $1,150.62 |
| 08/15/2011 (27429) | April 1, 2011 – June 30, 2011 | $95,323.25 | $4,545.35 | $95,323.25 | $4,545.35 |
| 02/08/2012 (28485) | July 1, 2011 – September 30, 2011 | $118,347.50 | $5,478.47 | $118,347.50 | $5,478.47 |
| 02/16/2012 (28541) | October 1, 2011 – December 31, 2011 | $102,774.00 | $4,369.63 | $102,774.00 | $4,369.63 |
| 06/05/2012 (29022) | January 1, 2012 – March 30, 2012 | $87,844.00 | $1,339.02 | $87,844.00 | $1,339.02 |
| 08/21/2012 (29484) | April 1, 2012 – June 30, 2012 | $67,322.50 | $604.21 | $67,322.50 | $604.21 |
| 01/10/2013 (30141) | July 1, 2012 – September 30, 2012 | $41,727.50 | $1,015.76 | $41,727.50 | $1,015.76 |
| 02/22/2013 (30318) | October 1, 2012 – December 31, 2012 | $63,332.00 | $1,417.39 | $63,332.00 | $1,417.39 |
| 05/15/2013 (30640) | January 1, 2013 – March 30, 2013 | $112,726.00 | $1,149.18 | $112,726.00 | $1,149.18 |
| 09/11/2013 (31116) | April 1, 2013 – June 30, 2013 | $56,479.50 | $1,402.66 | $56,479.50 | $1,402.66 |
| 03/05/2014 (31816) | July 1, 2013 – September 30, 2013 | $52,948.00 | $1,836.34 | $42,358.40 | $1,836.34 |
| 03/27/2014 (31926) | October 1, 2013 – December 31, 2013 | $33,331.50 | $920.05 | $26,665.20 | $920.05 |
| 02/13/2014 (31729) | January 1, 2014 – January 31, 2014 | $12,439.00 | $140.76 | $9,951.20 | $140.76 |
| 04/11/2014 (32006) | February 1, 2014 – February 3, 2014 | $8.00 | $00.00 | $0.00 | $0.00 |
| **Totals** | | **$3,070,774.77** | **$62,437.43** | **$3,051,023.07** | **$62,437.43** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY:**

| Project Category | Total Hours For The Period 01/01/14 – 2/03/14 | Total Fees For The Period 01/01/14 – 02/03/14 |
|---|---|---|
| Accounting/Auditing | 62.30 | $12,076.50 |
| Fee Application | 3.80 | $370.50 |
| **Total** | **66.10** | **$12,447.00** |

| Project Category | Total Hours For The Period 8/18/02 –2/03/14 | Total Fees For The Period 08/18/02 – 02/03/14 |
|---|---|---|
| Accounting/Auditing | 20,854.57 | 3,024,741.77 |
| Fee Application | 434.40 | $46,033.00 |
| **Total** | **21,288.97** | **$3,070,774.77** |

**CUMULATIVE EXPENSE SUMMARY:**

| Expense Category | Total Expenses for the Period 01/01/14 - 02/03/14 |
|---|---|
| Copying Cost | $31.00 |
| Third Party Copies & Document Mailing | $77.56 |
| PACER Research | $32.20 |
| **TOTAL** | **$ 140.76** |

| Expense Category | Total Expenses for the Period 03/18/2002 – 02/03/14 |
|---|---|
| Copying Cost | $3,184.75 |
| Third Party Copies & Document Mailing | $37,577.86 |
| PACER Research | $11,746.00 |
| Telephone | $376.70 |
| Postage | $801.22 |
| Court Call | $208.00 |
| WestLaw | $6,419.69 |
| FedEx | $1,313.33 |
| Travel | $809.88 |
| **TOTAL** | **$62,437.43** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) **Chapter 11** |
| | ) |
| **W. R. GRACE & CO.,** *et al.*, | ) **Jointly Administered** |
| | ) |
| **Debtors.** | ) |
| | ) **Case No. 01-01139 (KJC)** |
| | ) |

_____

**FIFTY-SECOND INTERIM FEE APPLICATIONAND FINAL[2] FEE APPLICATION OF**
**WARREN H. SMITH & ASSOCIATES, P.C. AS FEE AUDITOR FOR ALLOWANCE**
**OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy

Procedure, the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing

Revised Procedures for Interim Compensation and Reimbursement of Expenses of Professionals

and Official Committee Members, dated April 17, 2002 (the "Administrative Order"), and the

Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance

of Payment of Compensation and Reimbursement of Expenses of Applicants and Consideration

of Fee Applications, dated March 18, 2002 (the "Fee Auditor Order"), the law firm of Warren H.

Smith & Associates, P.C. ("WHS") hereby files this Fifty-Second Interim Fee Application and

Final Fee Application of Warren H. Smith & Associates, P.C. as Fee Auditor for Allowance of

Compensation and for Reimbursement of Expenses (the "Application").  By this Application,

WHS seeks that this Honorable Court award it reasonable compensation for professional legal

services rendered as fee auditor for the estates of W. R. Grace & Co., et al. ("Debtors") in the

amount of $12,447.00, together with reimbursement for actual and necessary expenses incurred

_____

[2] While WHS is titling this application its "Final" application, WHS notes that it will continue to be working on this case after the Effective Date, as such work is required by the nature of the work performed by WHS in this case. Thus, pursuant to the Fee Auditor Order, WHS will review and prepare final reports on fees and expenses through the Effective Date on those professionals that it is required to audit under the Fee Auditor Order.  WHS also notes that it expects to be paid for such work performed after the Effective Date.

in the amount of $140.76 for the period commencing January 1, 2014 through February 3, 2014 (the "Fifty-Second Interim Period") and final compensation for professional legal services rendered as fee auditor for the estates of W. R. Grace & Co., et al. ("Debtors") in the amount of $3,070,774.77, together with reimbursement for actual and necessary expenses incurred in the amount of $62,437.43 for the final application period commencing March 18, 2002 through February 3, 2014 (the "Final Application Period").   In support of its Application, WHS respectfully states as follows:

## BACKGROUND

1.      On April 2, 2001, the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the United States Bankruptcy Code (the "Code"), 11 U.S.C. §§ 101 *et seq.,* as amended.  The Debtors continue in possession of their assets and were authorized to operate and manage their respective businesses pursuant to Bankruptcy Code §§ 1107 and 1108.

2.      On March 18, 2002, this Court signed the Fee Auditor Order, approving the retention of WHS as fee auditor for the Debtors.  The Fee Auditor Order authorized WHS to be compensated: "the lesser of (a) the ordinary hourly rate of the Fee Auditor for services of this nature or (b) 1% of the aggregate Applicant billings (fees and expenses) reviewed by the Fee Auditor that are subject to this Order over the life of these Chapter 11 Cases."  WHS would note that it has reviewed all fees and expenses through the 50th interim period, and through that period the fees and expenses that it has reviewed total $531,022,792.43.   As 1% of that total is $5,310,227.92, WHS would note that it is under the 1% cap.

## COMPENSATION PAID AND ITS SOURCE

3.      All services for which compensation is requested by WHS were performed for or on behalf of the bankruptcy estate and the Debtors and not on behalf of any committee, creditor or other person.

4.      Other than interim payments from the Debtors set forth in the notice, above, WHS has received no payment or promise for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these cases, and there is no agreement or understanding between WHS and any other person other than members of the firm for the sharing of compensation to be received for services rendered in these cases.

## SUMMARY OF SERVICES PROVIDED

5.      Attached hereto as Exhibits B and C are WHS's billing statements for the Fifty-Second Interim Period.  These statements contain detailed daily time logs describing the time expended by each attorney and para-professional for the Fifty-Second Interim Period.

6.      To the best of WHS's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United State Trustee, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the Administrative Order.

7.      The professional of WHS who has rendered professional services to the Debtors during the Fifty-Second Interim Period is Bobbi Ruhlander. The para-professionals of WHS who have rendered professional services to the Debtors in these cases during the Fifty-Second Interim Period are James Wehrmann and Anthony Lopez.

## DISBURSEMENTS

8.      WHS has incurred $140.76 in disbursements for the Fifty-Second Interim Period for copies, Pacer research, and third party copies and document mailing expenses and $62,437.43 in disbursements for the Final Fee Period.

## VALUATION OF SERVICES

9.      During the Fifty-Second Interim Period, WHS expended a total of 3.8 hours calculating its own compensation for total fees of $370.50.   The rates charged by each professional during the Fifty-Second Interim Period are set forth in Exhibit A.   These rates are equal to or below WHS's normal hourly rates of compensation for work of this character. Attorneys and para-professionals of WHS have expended a total of 66.10 hours in connection with this matter during the Fifty-Second Interim Period.   The reasonable value of the services rendered by WHS for the Fifty-Second Interim Period in these cases under Chapter 11 is $12,447.00 and for the Final Period in these cases under Chapter 11 is $3,070,774.77.

10.      In accordance with the factors enumerated in 11 U.S.C. §§ 330, the amount of fees and expenses requested by WHS is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11.      The undersigned, Warren H. Smith, has reviewed the requirements of Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and states that this application complies with that rule.

WHEREFORE, WHS respectfully requests that an allowance be made to it in the amount of $12,447.00 as compensation for necessary professional services rendered, and the sum of $140.76 as reimbursement of actual necessary costs and expenses, for a total of $12,587.76 for

the period commencing January 1, 2014 through February 3, 2014, and $3,070,774.77 as final

compensation for necessary professional services rendered, and the sum of $62,437.43 as final

reimbursement of actual necessary costs and expenses, for a final total of $3,133,212.20 for the

period commencing March 18, 2002 through February 3, 2014, that such sums be authorized for

payment, and for such other and further relief as this Court may deem just and proper.


Dated:   April 28, 2014                             WARREN H. SMITH & ASSOCIATES, P.C.


By:_____
                Warren H. Smith
                Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
(214) 698-3868
(214) 722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**


**CERTIFICATE OF SERVICE**

   I, Warren H. Smith, caused the preceding document to be served by First Class United

States mail on the persons on the attached service list on this 29th day of April, 2014.


_____
                Warren H. Smith


**FIFTY-SECOND INTERIM AND FINAL FEE APPLICATION OF WHS&A - 16**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO.,** *et al.*, | ) | **Case No. 01-01139 (KJC)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |

_____

**ORDER APPROVING FIFTY-SECOND INTERIM FEE APPLICATION AND
FINAL FEE APPLICATION OF WARREN H. SMITH & ASSOCIATES, P.C.
FOR ALLOWANCE OF COMPENSATION
<u>AND REIMBURSEMENT OF EXPENSES</u>**

AND NOW, this _____ day of _____, 2014, upon the Fifty-Second Interim Fee Application and Final Fee Application of Warren H. Smith & Associates, P.C. for Allowance of Compensation and Reimbursement of Expenses (the "Application") dated April 28, 2014, the Court having been satisfied that the interim compensation and reimbursement requested therein is reasonable and justified given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services in cases other than cases under Title 11, and after notice and a hearing;

IT IS HEREBY ORDERED that the Application is approved and that the Debtors, or their successors in interest, are authorized and directed to pay to Warren H. Smith & Associates, P.C. the sum of $12,447.00 as compensation for necessary professional services rendered for the period January 1, 2014 through February 3, 2014, and the sum of $140.76 for reimbursement of actual and necessary costs and expenses incurred for the same period and the sum of $3,070,774.77 as final compensation for necessary professional services rendered for the period March 18, 2002 through February 3, 2014, and the final sum of $62,437.43 for reimbursement of actual and necessary costs and expenses incurred for the same period.

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

## EXHIBIT A

| Timekeeper | Position | Hours | Rate | Total Fees |
|---|---|---|---|---|
| Anthony Lopez | Clerk since 2002 | 14.2 | 80 | $1,136.00 |
| Bobbi S. Ruhlander | Member of Texas Bar since 1990; member of Oklahoma Bar since 1983 | 18.9 | 310 | $5,859.00 |
| James A. Wehrmann | Legal Assistant since 1989 | 29.6 | 175 | $5,180.00 |
| James A. Wehrmann | Legal Assistant since 1989 | 3.4 | 80 | $272.00 |

Total Hours: 66.10
Total Fees: $12,447.00

| Name of Professional | Position, No. of Years in that Position, Year Licensed | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Warren H. Smith | Principal of firm formed in 2001. Member Texas Bar since 1987, Illinois Bar since 1979 | 275.00 | 379.42 | $104,340.50 |
| Warren H. Smith | Principal of firm formed in 2001. Member Texas Bar since 1987, Illinois Bar since 1979 | 295.00 | 45.80 | $13,511.00 |
| Warren H. Smith | Principal of firm formed in 2001. Member Texas Bar since 1987, Illinois Bar since 1979 | 335.00 | 11.40 | $3,819.00 |
| Frances V. Valdez | Member of Texas Bar since 1980 | 245.00 | 108.30 | $26,533.50 |
| Mark W. Steirer | Member of Texas Bar since 1991 | 200.00 | 242.70 | $48,540.00 |
| Mark W. Steirer | Member of Texas Bar since 1991 | 230.00 | 35.70 | $8,211.00 |
| Mark W. Steirer | Member of Texas Bar since 1991 | 270.00 | 0.20 | $54.00 |
| Mark W. Steirer | Member of Texas Bar since 1991 | 285.00 | 0.20 | $57.00 |
| Amber Willingham | Member of Oklahoma Bar since 1995 | 190.00 | 141.30 | $26,847.00 |
| Gloria F. Garcia | Member of Texas Bar since 2002 | 125.00 | 133.10 | $16,637.50 |
| Bobbi Ruhlander | Member of Oklahoma Bar since 1983, Texas Bar since 1990 | 200.00 | 4.10 | $820.00 |
| Bobbi Ruhlander | Member of Oklahoma Bar since 1983, Texas Bar since 1990 | 225.00 | 2.60 | $585.00 |
| Bobbi Ruhlander | Member of Oklahoma Bar since 1983, Texas Bar since 1990 | 230.00 | 431.20 | $99,176.00 |

| Bobbi Ruhlander | Member of Oklahoma Bar since 1983, Texas Bar since 1990 | 260.00 | 605.40 | $157,404.00 |
| Bobbi Ruhlander | Member of Oklahoma Bar since 1983, Texas Bar since 1990 | 265.00 | 388.30 | $102,899.50 |
| Bobbi Ruhlander | Member of Oklahoma Bar since 1983, Texas Bar since 1990 | 285.00 | 465.10 | $132,553.50 |
| Bobbi Ruhlander | Member of Oklahoma Bar since 1983, Texas Bar since 1990 | 310.00 | 370.20 | $114,762.00 |
| Yolanda Guzman | Member of Texas Bar since 2002 | 150.00 | 39.00 | $5,850.00 |
| Brian Duff | Member of Texas Bar since 1992 | 125.00 | 9.80 | $1,225.00 |
| Jennifer Garner | Member of Texas Bar since 2005 | 180.00 | 9.60 | $1,728.00 |
| Gail G. Russell | Legal Assistant since 1984 | 135.00 | 88.00 | $11,880.00 |
| James A. Wehrmann | Paralegal since 1989 | 80.00 | 3.40 | $272.00 |
| James A. Wehrmann | Paralegal since 1989 | 120.00 | 0.40 | $48.00 |
| James A. Wehrmann | Paralegal since 1989 | 135.00 | 2758.00 | $372,330.00 |
| James A. Wehrmann | Paralegal since 1989 | 150.00 | 720.70 | $108,105.00 |
| James A. Wehrmann | Paralegal since 1989 | 152.50 | 433.50 | $66,108.75 |
| James A. Wehrmann | Paralegal since 1989 | 155.00 | 1507.10 | $233,600.50 |
| James A. Wehrmann | Paralegal since 1989 | 175.00 | 813.60 | $142,380.00 |
| Cheryl A. McKinnon | Legal Assistant since 1984 | 75.00 | 24.70 | $1,852.52 |
| Cheryl A. McKinnon | Legal Assistant since 1984 | 110.00 | 18.00 | $1,980.00 |
| Doreen Williams | Legal Assistant since 1982 | 100.00 | 2.90 | $290.00 |
| Doreen Williams | Legal Assistant since 1982 | 135.00 | 385.10 | $51,988.50 |
| Doreen Williams | Legal Assistant since 1982 | 145.00 | 127.20 | $18,444.00 |
| Doreen Williams | Legal Assistant since 1982 | 165.00 | 32.30 | $5,329.50 |
| Lisa Hamm | Legal Assistant since 1999 | 120.00 | 3.70 | $444.00 |
| Lisa Hamm | Legal Assistant since 1999 | 125.00 | 76.30 | $9,537.50 |
| Lisa Hamm | Legal Assistant since 1999 | 135.00 | 58.60 | $7,911.00 |
| Lisa Hamm | Legal Assistant since 1999 | 150.00 | 96.90 | $14,535.00 |
| Pam Buchmeyer | Legal Assistant | 120.00 | 96.00 | $11,520.00 |
| Patricia A. Koenig | Legal Assistant since 1993 | 120.00 | 66.30 | $7,956.00 |
| LaVern Ferdinand | Paralegal since 1998 | 150.00 | 418.60 | $62,790.00 |
| Jacqueline R. Wilcot | Legal Assistant since 1996 | 120.00 | 103.60 | $12,432.00 |
| Wendy Paul | Legal Assistant since 1987 | 100.00 | 3.20 | $320.00 |
| Colleen Canion | Legal Assistant since 1987 | 120.00 | 39.80 | $4,776.00 |
| Eugenia S. Nichols | Legal Assistant | 100.00 | 45.70 | $4,570.00 |
| Steve Bossay | Legal Assistant since 2002 | 100.00 | 115.40 | $11,540.00 |
| Steve Bossay | Legal Assistant since 2002 | 110.00 | 1276.70 | $140,437.00 |
| Steve Bossay | Legal Assistant since 2002 | 130.00 | 1775.00 | $230,750.00 |
| Steve Bossay | Legal Assistant since 2002 | 135.00 | 748.00 | $100,980.00 |
| Steve Bossay | Legal Assistant since 2002 | 140.00 | 1455.80 | $203,812.00 |
| Kristi R.Young | Legal Assistant since 1992 | 100.00 | 192.90 | $19,290.00 |
| Alexa Parnell | Legal Assistant since 1984 | 135.00 | 6.20 | $837.00 |
| Alexa Parnell | Legal Assistant since 1984 | 155.00 | 1.10 | $170.50 |
| Alexa Parnell | Legal Assistant since 1984 | 170.00 | 1.30 | $221.00 |
| Alexa Parnell | Legal Assistant since 1984 | 172.50 | 1.80 | $310.50 |

| | | | | |
|---|---|---|---|---|
| Alexa Parnell | Legal Assistant since 1984 | 175.00 | 4.10 | $717.50 |
| Priscilla Stidham | Legal Assistant since 2003 | 80.00 | 86.30 | $6,904.00 |
| Linda Bellamy | Legal Assistant since 2002 | 110.00 | 4.60 | $506.00 |
| Kevin Wright | Legal Assistant since 2002 | 125.00 | 16.80 | $2,100.00 |
| Kevin Wright | Legal Assistant since 2002 | 130.00 | 37.70 | $4,901.00 |
| Charles Shanks | Paralegal since 2002 | 125.00 | 11.90 | $1,487.50 |
| Melanie White | Legal Assistant since 2005 | 125.00 | 35.20 | $4,400.00 |
| Melanie White | Legal Assistant since 2005 | 130.00 | 46.50 | $6,045.00 |
| Melanie White | Legal Assistant since 2005 | 140.00 | 571.10 | $79,954.00 |
| Melanie White | Legal Assistant since 2005 | 155.00 | 449.00 | $69,595.00 |
| Melanie White | Legal Assistant since 2005 | 45.00 | 51.60 | $2,322.00 |
| Becki Tomamichel | Consultant since 2012 | 80.00 | 6.00 | $480.00 |
| Beth Miller | Law Clerk | 40.00 | 96.10 | $3,844.00 |
| Tiana J. Windland | Law Clerk | 40.00 | 3.30 | $132.00 |
| Jeff Allgood | Law Clerk | 40.00 | 258.50 | $10,340.00 |
| Jeff Allgood | Law Clerk | 45.00 | 9.60 | $432.00 |
| Jeff Allgood | Law Clerk | 110.00 | 4.30 | $473.00 |
| Jeff Allgood | Law Clerk | 125.00 | 0.30 | $37.50 |
| Alayne Volfson | Law Clerk | 40.00 | 40.80 | $1,632.00 |
| Thara Mathews | Law Clerk | 40.00 | 5.10 | $204.00 |
| Courtney Orent | Law Clerk | 40.00 | 83.70 | $3,348.00 |
| Melinda Helsley | Law Clerk | 40.00 | 101.90 | $4,076.00 |
| Melinda Helsley | Law Clerk | 110.00 | 5.30 | $583.00 |
| Erika Urban | Law Clerk | 40.00 | 32.50 | $1,300.00 |
| Cherie Rogers | Law Clerk | 40.00 | 113.00 | $4,520.00 |
| Cherie Rogers | Law Clerk | 45.00 | 73.10 | $3,289.50 |
| Cherie Rogers | Law Clerk | 110.00 | 105.15 | $11,566.50 |
| Cherie Rogers | Law Clerk | 125.00 | 61.60 | $7,700.00 |
| Anthony Lopez | Law Clerk | 45.00 | 1539.00 | $69,255.00 |
| Anthony Lopez | Law Clerk | 80.00 | 459.10 | $36,728.00 |
| Anthony Lopez | Law Clerk | 125.00 | 38.00 | $4,750.00 |
| Leah Schier | Law Clerk | 45.00 | 1.70 | $76.50 |
| Debbie Lucas | Billing Clerk | 110.00 | 5.90 | $649.00 |
| Debbie Lucas | Billing Clerk | 125.00 | 9.00 | $1,125.00 |
| **TOTAL** | | | **21288.97** | **$3,070,774.77** |

# Exhibit B

**SEE ATTACHED**

# Exhibit C
**SEE ATTACHED**