**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I. 32063** |

**DECLARATION OF SERVICE**

I, William D. Sullivan, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by SULLIVAN · HAZELTINE · ALLINSON LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801.

3. On the 28th day of April 2014, I caused a copy of the *ZAI Class Counsel's Opposition to Motion of Lukins & Annis, P.S. for an Allocation of the ZAI Class Action Common Fund Fee Award* (Docket No. 32063) to be served upon the parties listed below via third-party hand delivery:

Jed W. Morris, Esq.
Lukin & Annis
717 W. Sprague Avenue, Suite 1600
Washington Trust Financial Center
Spokane, WA  99201

I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 28, 2014                           By:     */s/ William D. Sullivan*
          Wilmington, Delaware                          William D. Sullivan