IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>              Debtors. | Chapter 11<br>Case No. 01-01139 (KJC)<br>(Jointly Administered)<br><br>Objection Deadline: 5/19/2014<br>Hearing Date: 10/14/2014 @ 10:00 a.m. |

**NOTICE OF FILING
THIRD QUARTERLY APPLICATION OF PHILLIPS,
GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO ROGER
FRANKEL, THE PI FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT EXPENSES FOR THE
PERIOD OF JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014
AND
FINAL FEE APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS
LOCAL COUNSEL TO DAVID AUSTERN AND ROGER FRANKEL, THE
PI FUTURE CLAIMANTS' REPRESENTATIVE(S) FOR THE PERIOD
MAY 24, 2004 THROUGH FEBRUARY 3, 2014**

TO:   (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
in Possession Lender; and (8) the Fee Auditor

      Phillips, Goldman & Spence, P.A., ("PG&S") local counsel to Roger Frankel, in his capacity as the Court appointed successor representative for future asbestos claimants (the "Successor FCR") has filed and served its *Third Quarterly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to the PI Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of January 1, 2014 through February 3, 2014* seeking payment of fees in the amount of $3,085.50 and $27.37 for expenses incurred (the "Quarterly Fee Application") for a total of $3,112.87.

      In addition, PG&S, local counsel to David T. Austern, in his capacity as the Court appointed legal representative for future asbestos claimants (the "FCR"), and subsequently as local counsel to Roger Frankel, in his capacity as the Court appointed successor representative for future asbestos claimants (the "Successor FCR") has filed and served its *Final Fee Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David Austern and Roger Frankel, the PI Future Claimants' Representative(s) for the Period May 24, 2004 Through February 3, 2014* (the "Final Fee Application"), seeking final approval of fees in the total amount of $1,013,240.00 and expenses in the total amount of $61,067.70 for a total due of $1,074,307.70 for the period of May 24, 2004 through February 3, 3014 (the "Final Fee Period").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before May 19, 2014.

At the same time, you must also serve a copy of the objection or response upon the following:

**Successor**
**Future Claimants Representative**
Roger Frankel, Esquire, FCR,
c/o Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW,
Washington, DC 20005

**Co-counsel to Roger Frankel, Successor**
**Future Claimants Representative**
Richard Wyron, Esquire
Debra L. Felder, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

**Co-counsel to Roger Frankel, Successor**
**Future Claimants Representative**
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
John Donley, Esquire
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

**Co-counsel to the Debtors**
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to the Debtors**
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

**Co-counsel to Official Committee**
**of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**Co-counsel to Official Committee**
**of Unsecured Creditors**
Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of**
**Asbestos Property Damage Claimants**
Scott L. Baena, Esquire
Bilzin, Sumberg, Baena, Price & Axelrod,
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

**Counsel to the Official Committee of**
**Asbestos Property Damage Claimants**
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351,
Wilmington, DE 19899

| | |
|---|---|
| **Co-counsel to Official Committee to Asbestos Personal Injury Claimants**<br>Elihu Inselbuch, Esquire<br>Caplin & Drysdale<br>600 Lexington Avenue, 21st Floor<br>New York, NY 10022-6000 | **Co-counsel to Official Committee to Asbestos Personal Injury Claimants**<br>Marla R. Eskin, Esquire<br>Mark T. Hurford, Esquire<br>Kathleen Campbell Davis, Esquire<br>Campbell & Levine, LLC<br>222 Delaware Avenue, Suite 1620<br>Wilmington, DE 19801 |
| **Counsel to Official Committee of Equity Holders**<br>Thomas M. Mayer, Esquire<br>Kramer Levin Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022 | **Counsel to Official Committee of Equity Holders**<br>Teresa K.D. Currier<br>Saul Ewing LLP<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899-1397 |
| **Counsel to the Asbestos PD Future Claimants' Representative**<br>Alan B. Rich, Esquire<br>Law office of Alan B. Rich, Esquire<br>1201 Elm Street, Suite 4244<br>Dallas, TX 75270 | **Fee Auditor**<br>Warren H. Smith<br>Warren H. Smith and Associates<br>2235 Ridge Road, Suite 105<br>Rockwall, TX 75087 |

A HEARING ON THIS APPLICATION WILL BE HELD ON A DATE TO BE DETERMINED.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr., Esquire (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
*Local Counsel to PI Future Claimants' Representative*

Date: April 29, 2014