IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (KJC) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware        :
                         : ss
New Castle County        :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

    1.    I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

    2.    I am familiar with the work performed on behalf of David T. Austern and Roger Frankel as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached exhibits.

    3.    I have reviewed the *Third Quarterly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to the PI Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of January 1, 2014 through February 3, 2014* and *Final Fee Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David Austern and Roger Frankel, the PI Future Claimants' Representative(s) for the Period May 24, 2004 Through February 3, 2014* and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Co-counsel to Roger Frankel, FCR

SWORN AND SUBSCRIBED TO BEFORE ME THIS 29th DAY OF APRIL 2014.

_____
Notary Public
MARY FRANCES FITZPATRICK
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Oct. 17, 2016