# EXHIBIT A

# January Fee Application

Available on the docket of the Bankruptcy Court for the District of Delaware at Docket No. 31828 under Case No. 01-01139 (KJC). Also available, upon request from the Law Offices of Phillips, Goldman & Spence, P.A.