# EXHIBIT B

# Final Fee Application

# Compensation By Professional

Analysis of Quarterly Fee Applications Submitted by
Phillips Goldman Spence, P.A. from 5/24/2004 through 2/3/1014
Compensation by Professional

| Fee Application | Docket No. | John C. Phillips, Jr. Esq.-Hours | John C. Phillips, Jr. Esq.-Fees | Stephen W. Spence, Esq.-Hours | Stephen W. Spence, Esq.-Fees | Brian E. Farnan, Esq.-Hours | Brian E. Farnan, Esq.-Fees | Joseph J. Farnan, III, Esq.-Hours | Joseph J. Farnan, III, Esq.-Fees | Miranda L. Johnson, Esq.-Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| 1st Quarterly | 6752 | 11.6 | $4,060.00 | | | | | | | |
| 2nd Quarterly | 6940 | 25.4 | $8,890.00 | 2 | $700.00 | | | | | |
| 3rd Quarterly | 7783 | 47 | $16,450.00 | | | | | | | |
| 4th Quarterly | 8303 | 41.55 | $14,542.50 | | | | | | | |
| 5th Quarterly | 9096 | 31.1 | $10,885.00 | | | | | | | |
| 6th Quarterly | 11477 | 69.45 | $24,307.50 | | | | | | | |
| 7th Quarterly | 11746 | 61.7 | $21,595.00 | | | | | | | |
| 8th Quarterly | 12556 | 44 | $16,500.00 | | | | | | | |
| 9th Quarterly | 13078 | 24 | $9,000.00 | | | | | | | |
| 10th Quarterly | 13611 | 56.9 | $21,337.50 | | | | | 14.1 | $3,877.50 | 7.8 |
| 11th Quarterly | 14511 | 72.8 | $27,300.00 | | | 7.6 | $2,090.00 | | | |
| 12th Quarterly | 15631 | 87.2 | $32,700.00 | | | 3.9 | $1,072.50 | | | 1 |
| 13th Quarterly | 17315 | 132 | $49,500.00 | | | 0.2 | $55.00 | 2.2 | $605.00 | |
| 14th Quarterly | 17512 | 97.3 | $36,487.50 | | | 1.8 | $495.00 | | | |
| 15th Quarterly | 18019 | 87.5 | $33,967.50 | | | 0.2 | $55.00 | | | |
| 16th Quarterly | 18738 | 139.5 | $55,800.00 | | | | | | | |
| 17th Quarterly | 19235 | 75.2 | $30,080.00 | | | | | | | |
| 18th Quarterly | 20148 | 58.1 | $23,240.00 | | | | | | | |
| 19th Quarterly | 20884 | 76.9 | $30,760.00 | | | | | | | |
| 20th Quarterly | 21743 | 126.7 | $53,847.50 | | | | | | | |
| 21st Quarterly | 24142 | 128 | $54,400.00 | | | | | | | |
| 22nd Quarterly | 27725 | 239.1 | $101,617.50 | | | | | | | |
| 23rd Quarterly | 27768 | 56.4 | $23,970.00 | | | | | | | |
| 24th Quarterly | 27801 | 54.9 | $24,705.00 | | | | | | | |
| 25th Quarterly | 27821 | 15.7 | $7,065.00 | | | | | | | |
| 26th Quarterly | 27872 | 28.4 | $12,780.00 | | | | | | | |
| 27th Quarterly | 27877 | 10.9 | $4,905.00 | | | | | | | |
| 28th Quarterly | 27906 | 54.3 | $25,792.50 | | | | | | | |

Analysis of Quarterly Fee Applications Submitted by
Phillips Goldman Spence, P.A. from 5/24/2004 through 2/3/1014
Compensation by Professional

| Fee Application | Docket No. | John C. Phillips, Jr. Esq.-Hours | John C. Phillips, Jr. Esq.-Fees | Stephen W. Spence, Esq.-Hours | Stephen W. Spence, Esq.-Fees | Brian E. Farnan, Esq.-Hours | Brian E. Farnan, Esq.-Fees | Joseph J. Farnan, III, Esq.-Hours | Joseph J. Farnan, III, Esq.-Fees | Miranda L. Johnson, Esq.-Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| 29th Quarterly | 27917 | 61 | $28,975.00 | | | | | | | |
| 30th Quarterly | 27922 | 12.4 | $5,890.00 | | | | | | | |
| 31st Quarterly | 28466 | 22.7 | $10,782.50 | | | | | | | |
| 32nd Quarterly | 28840 | 25.5 | $12,367.50 | | | | | | | |
| 33rd Quarterly | 29405 | 18.4 | $8,924.00 | | | | | | | |
| 34th Quarterly | 29826 | 13.8 | $6,693.00 | | | | | | | |
| 35th Quarterly | 30279 | 10.6 | $5,141.00 | | | | | | | |
| 36th Quarterly | 30612 | 16.8 | $8,316.00 | | | | | | | |
| 37th Quarterly | 30951 | 23.1 | $11,434.50 | | | | | | | |
| 1st Quarterly | 31330 | 7.4 | $3,663.00 | | | | | | | |
| 2nd Quarterly | 31829 | 6.9 | $3,415.50 | | | | | | | |
| 3rd Quarterly | | 4.7 | $2,420.50 | | | | | | | |
| TOTALS | | 2176.9 | $884,507.50 | 2 | $700.00 | 13.7 | $3,767.50 | 16.3 | $4,482.50 | 8.8 |

Analysis of Quarterly Fee Applications Submitted by
Phillips Goldman Spence, P.A. from 5/24/2004 through 2/3/1014
Compensation by Professional

| Fee Application | Miranda L. Johnson, Esq.-Hours | Megan C. Haney, Esq.-Hours | Megan C. Haney, Esq.-Fees | Lynne Iannone, Esq.-Hours | Lynne Iannone, Esq.-Fees | Melissa Cargnino, Esq.-Hours | Melissa Cargnino, Esq.-Fees | Aaron C. Baker, Esq.-Hours | Aaron C. Baker, Esq.-Fees | Celeste A. Hartman, Sr., Paralegal-Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| 1st Quarterly | | | | | | | | | | 7.4 |
| 2nd Quarterly | | | | | | | | | | 9.6 |
| 3rd Quarterly | | | | | | | | | | 30.7 |
| 4th Quarterly | | | | 0.1 | $22.50 | | | | | 16.5 |
| 5th Quarterly | | | | | | | | | | 23.2 |
| 6th Quarterly | | | | | | | | | | 10.2 |
| 7th Quarterly | | | | | | | | | | 11.6 |
| 8th Quarterly | | | | | | | | | | 26.3 |
| 9th Quarterly | | | | | | | | | | 30.3 |
| 10th Quarterly | $2,145.00 | | | | | | | | | 23.1 |
| 11th Quarterly | | | | | | | | | | 28.1 |
| 12th Quarterly | $275.00 | | | | | | | | | 21.7 |
| 13th Quarterly | | | | | | 3.1 | $852.50 | | | 25.6 |
| 14th Quarterly | | | | | | | | | | 21.7 |
| 15th Quarterly | | | | | | | | | | 40.9 |
| 16th Quarterly | | | | | | | | | | 29.5 |
| 17th Quarterly | | | | | | | | | | 24.6 |
| 18th Quarterly | | | | | | | | | | 26.7 |
| 19th Quarterly | | | | | | | | | | 24.2 |
| 20th Quarterly | | | | | | | | | | 17.8 |
| 21st Quarterly | | | | | | | | | | 20.4 |
| 22nd Quarterly | | | | | | | | | | 12.4 |
| 23rd Quarterly | | | | | | | | | | 10.5 |
| 24th Quarterly | | | | | | | | | | 16.4 |
| 25th Quarterly | | | | | | | | | | 8.5 |
| 26th Quarterly | | | | | | | | | | 8 |
| 27th Quarterly | | | | | | | | | | 5 |
| 28th Quarterly | | | | | | | | | | 6.4 |

Analysis of Quarterly Fee Applications Submitted by
Phillips Goldman Spence, P.A. from 5/24/2004 through 2/3/1014
Compensation by Professional

| Fee Application | Miranda L. Johnson, Esq.-Hours | Megan C. Haney, Esq.-Hours | Megan C. Haney, Esq.-Fees | Lynne Iannone, Esq.-Hours | Lynne Iannone, Esq.-Fees | Melissa Cargnino, Esq.-Hours | Melissa Cargnino, Esq.-Fees | Aaron C. Baker, Esq.-Hours | Aaron C. Baker, Esq.-Fees | Celeste A. Hartman, Sr., Paralegal-Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| 29th Quarterly | | 7.4 | $2,405.00 | | | | | | | 5.8 |
| 30th Quarterly | | | | | | | | | | 8.8 |
| 31st Quarterly | | | | | | | | | | 63.1 |
| 32nd Quarterly | | | | | | | | | | 17.3 |
| 33rd Quarterly | | | | | | | | 0.5 | $152.50 | 10.3 |
| 34th Quarterly | | | | | | | | | | 22.2 |
| 35th Quarterly | | | | | | | | | | 13.4 |
| 36th Quarterly | | 5.6 | $2,100.00 | | | | | | | 10.8 |
| 37th Quarterly | | | | | | | | | | 22.6 |
| 1st Quarterly | | | | | | | | | | 17 |
| 2nd Quarterly | | | | | | | | | | 15.1 |
| 3rd Quarterly | | | | | | | | | | 3.8 |
| TOTALS | $2,420.00 | 13 | $4,505.00 | 0.1 | $22.50 | 3.1 | $852.50 | 0.5 | $152.50 | 747.5 |

Analysis of Quarterly Fee Applications Submitted by
Phillips Goldman Spence, P.A. from 5/24/2004 through 2/3/1014
Compensation by Professional

| Fee Application | Celeste A. Hartman, Sr., Paralegal-Fees | Tanya L. Birdsell, Legal Assistant-Hours | Tanya L. Birdsell, Legal Assistant-Fees | Mary F. Fitzpatrick, Paralegal-Hours | Mary F. Fitzpatrick, Paralegal-Fees | Michelle M. Okavage, Paralegal-Hours | Michelle M. Okavage, Paralegal-Fees | Tammy Patterson, Legal Assistant-Hours |
|---|---|---|---|---|---|---|---|---|
| 1st Quarterly | $962.00 | 0.1 | $12.50 | | | | | |
| 2nd Quarterly | $1,248.00 | 0.2 | $25.00 | | | | | |
| 3rd Quarterly | $3,991.00 | | | 0.5 | $55.00 | | | 1.2 |
| 4th Quarterly | $2,145.00 | 0.2 | $25.00 | | | | | 0.1 |
| 5th Quarterly | $3,016.00 | | | | | | | |
| 6th Quarterly | $1,326.00 | | | | | | | 0.2 |
| 7th Quarterly | $1,508.00 | | | | | | | 0.3 |
| 8th Quarterly | $3,682.00 | | | | | | | |
| 9th Quarterly | $4,242.00 | 0.3 | $36.00 | | | | | |
| 10th Quarterly | $3,234.00 | | | | | | | |
| 11th Quarterly | $3,934.00 | 0.1 | $12.00 | | | | | |
| 12th Quarterly | $3,038.00 | | | | | | | |
| 13th Quarterly | $3,584.00 | | | | | | | |
| 14th Quarterly | $3,038.00 | 0.1 | $12.50 | | | 0.6 | $72.00 | |
| 15th Quarterly | $5,893.00 | | | | | | | |
| 16th Quarterly | $4,425.00 | 0.1 | $13.00 | | | | | |
| 17th Quarterly | $3,690.00 | 0.1 | $13.00 | | | | | |
| 18th Quarterly | $4,005.00 | 0.6 | $78.00 | | | | | |
| 19th Quarterly | $3,630.00 | 0.1 | $13.00 | | | | | |
| 20th Quarterly | $2,670.00 | 1.3 | $182.00 | | | | | |
| 21st Quarterly | $3,060.00 | | | | | | | |
| 22nd Quarterly | $1,860.00 | 0.6 | $84.00 | | | | | |
| 23rd Quarterly | $1,575.00 | 0.1 | $14.00 | | | | | |
| 24th Quarterly | $2,460.00 | 0.1 | $15.00 | | | | | |
| 25th Quarterly | $1,275.00 | 0.2 | $30.00 | | | | | |
| 26th Quarterly | $1,200.00 | | | | | | | |
| 27th Quarterly | $750.00 | | | | | | | |
| 28th Quarterly | $1,056.00 | | | | | | | |

Analysis of Quarterly Fee Applications Submitted by
Phillips Goldman Spence, P.A. from 5/24/2004 through 2/3/1014
Compensation by Professional

| Fee Application | Tammy Patterson, Legal Assistant-Fees | Danielle Gaesser, Legal Assistant-Hours | Danielle Gaesser, Legal Assistant-Fees |
|---|---|---|---|
| 1st Quarterly | | | |
| 2nd Quarterly | | | |
| 3rd Quarterly | $150.00 | | |
| 4th Quarterly | $12.50 | | |
| 5th Quarterly | | | |
| 6th Quarterly | $25.00 | | |
| 7th Quarterly | $37.50 | | |
| 8th Quarterly | | | |
| 9th Quarterly | | | |
| 10th Quarterly | | | |
| 11th Quarterly | | | |
| 12th Quarterly | | | |
| 13th Quarterly | | | |
| 14th Quarterly | | | |
| 15th Quarterly | | | |
| 16th Quarterly | | | |
| 17th Quarterly | | | |
| 18th Quarterly | | | |
| 19th Quarterly | | | |
| 20th Quarterly | | | |
| 21st Quarterly | | | |
| 22nd Quarterly | | | |
| 23rd Quarterly | | | |
| 24th Quarterly | | | |
| 25th Quarterly | | | |
| 26th Quarterly | | | |
| 27th Quarterly | | | |
| 28th Quarterly | | | |

Analysis of Quarterly Fee Applications Submitted by
Phillips Goldman Spence, P.A. from 5/24/2004 through 2/3/1014
Compensation by Professional

| Fee Application | Celeste A. Hartman, Sr., Paralegal-Fees | Tanya L. Birdsell, Legal Assistant-Hours | Tanya L. Birdsell, Legal Assistant-Fees | Mary F. Fitzpatrick, Paralegal-Hours | Mary F. Fitzpatrick, Paralegal-Fees | Michelle M. Okavage, Paralegal-Hours | Michelle M. Okavage, Paralegal-Fees | Tammy Patterson, Legal Assistant-Hours |
|---|---|---|---|---|---|---|---|---|
| 29th Quarterly | $957.00 | | | | | | | |
| 30th Quarterly | $1,452.00 | | | | | | | |
| 31st Quarterly | $10,411.50 | | | | | | | |
| 32nd Quarterly | $2,854.50 | | | | | | | |
| 33rd Quarterly | $1,699.50 | | | | | | | |
| 34th Quarterly | $3,663.00 | 0.6 | $96.00 | | | | | |
| 35th Quarterly | $2,211.00 | | | | | | | |
| 36th Quarterly | $1,782.00 | | | | | | | |
| 37th Quarterly | $3,729.00 | 0.3 | $49.50 | | | | | |
| 1st Quarterly | $2,805.00 | 0.4 | $66.00 | | | | | |
| 2nd Quarterly | $2,491.50 | | | | | | | |
| 3rd Quarterly | $665.00 | | | | | | | |
| TOTALS | $111,218.00 | 5.5 | $776.50 | 0.5 | $55.00 | 0.6 | $72.00 | 1.8 |

Analysis of Quarterly Fee Applications Submitted by
Phillips Goldman Spence, P.A. from 5/24/2004 through 2/3/1014
Compensation by Professional

| Fee Application | Tammy Patterson, Legal Assistant-Fees | Danielle Gaesser, Legal Assistant-Hours | Danielle Gaesser, Legal Assistant-Fees |
|---|---|---|---|
| 29th Quarterly | | | |
| 30th Quarterly | | | |
| 31st Quarterly | | | |
| 32nd Quarterly | | | |
| 33rd Quarterly | | 0.2 | $32.00 |
| 34th Quarterly | | | |
| 35th Quarterly | | | |
| 36th Quarterly | | | |
| 37th Quarterly | | | |
| 1st Quarterly | | | |
| 2nd Quarterly | | | |
| 3rd Quarterly | | | |
| TOTALS | $225.00 | 0.2 | $32.00 |