# EXHIBIT C

## Final Fee Application

## Fees incurred by Category

Analysis of Quarterly Fee Applications Submitted by
Phillips Goldman Spence, P.A. from 5/24/2004 through 2/3/1014
Fees Incurred by Category

| Fee Application | Docket No. | Total Hours | Case Administration | Fee Employment Applications | Fee Employment Applications-PG&S | Litigation | Plan & Disclosure Statements | Claims Objections | Relief from Stay Proceedings | Asset Dispostion | Interim Total Approved |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st Quarterly | 6752 | 19.1 | $281.50 | $3,454.00 | | $1,299.00 | | | | | $5,034.50 |
| 2nd Quarterly | 6940 | 37.2 | $91.00 | $7,595.00 | | $3,177.00 | | | | | $10,863.00 |
| 3rd Quarterly | 7783 | 79.4 | $585.00 | $5,935.00 | | $13,732.00 | $395.00 | | | | $20,647.00 |
| 4th Quarterly | 8303 | 58.45 | $503.00 | $3,208.00 | | $13,010.50 | $26.00 | | | | $16,747.50 |
| 5th Quarterly | 9096 | 54.3 | $325.00 | $3,697.00 | | $9,762.00 | $117.00 | | | | $13,901.00 |
| 6th Quarterly | 11477 | 79.85 | $104.00 | $3,112.50 | | $22,351.00 | $91.00 | | | | $25,658.50 |
| 7th Quarterly | 11746 | 73.6 | $221.00 | $1,502.50 | | $21,105.00 | $312.00 | | | | $23,140.50 |
| 8th Quarterly | 12556 | 70.3 | $322.00 | $6,430.50 | | $13,429.50 | | | | | $20,182.00 |
| 9th Quarterly | 13078 | 54.6 | $1,106.00 | $5,002.50 | | $7,169.50 | | | | | $13,278.00 |
| 10th Quarterly | 13611 | 101.9 | $756.00 | $4,007.50 | | $25,788.50 | | $42.00 | | | $30,594.00 |
| 11th Quarterly | 14511 | 108.6 | $434.00 | $2,878.00 | | $30,024.00 | | | | | $33,336.00 |
| 12th Quarterly | 15631 | 113.8 | $518.00 | $2,131.00 | | $34,436.50 | | | | | $37,085.50 |
| 13th Quarterly | 17315 | 163.1 | $392.00 | $3,767.50 | | $50,437.00 | | | | | $54,596.50 |
| 14th Quarterly | 17512 | 121.5 | $840.00 | $1,367.00 | | $37,897.00 | | | | | $40,104.00 |
| 15th Quarterly | 18019 | 128.6 | $593.00 | $5,796.50 | | $31,727.50 | $1,798.50 | | | | $39,915.50 |
| 16th Quarterly | 18738 | 169.1 | $480.00 | $3,680.00 | | $56,078.00 | | | | | $60,078.00 |
| 17th Quarterly | 19235 | 100.5 | $645.00 | $4,693.00 | | $28,523.00 | | | | | $33,861.00 |
| 18th Quarterly | 20148 | 85.4 | $300.00 | $5,263.00 | | $21,760.00 | | | | | $27,323.00 |
| 19th Quarterly | 20884 | 101.2 | $763.00 | $4,055.00 | | $19,360.00 | $10,225.00 | | | | $34,403.00 |
| 20th Quarterly | 21743 | 145.8 | $315.00 | $3,494.50 | | $37,102.50 | $14,852.50 | $85.00 | $850.00 | | $56,699.50 |
| 21st Quarterly | 24142 | 148.4 | $465.00 | $1,322.50 | $2,927.50 | $39,695.00 | $12,752.50 | $297.50 | | | $57,460.00 |
| 22nd Quarterly | 27725 | 252.1 | $250.00 | $1,744.00 | $355.00 | $37,012.50 | $62,330.00 | $1,742.50 | | $127.50 | $103,561.50 |
| 23rd Quarterly | 27768 | 67 | $134.00 | $1,467.50 | $30.00 | $12,367.50 | $11,560.00 | | | | $25,559.00 |
| 24th Quarterly | 27801 | 71.4 | $2,835.00 | $1,335.00 | $1,695.00 | $15,465.00 | $3,735.00 | $2,115.00 | | | $27,180.00 |
| 25th Quarterly | 27821 | 24.4 | $330.00 | $885.00 | $180.00 | $1,620.00 | $945.00 | $4,410.00 | | | $8,370.00 |
| 26th Quarterly | 27872 | 36.4 | $225.00 | $1,035.00 | $225.00 | $3,015.00 | $5,385.00 | $4,095.00 | | | $13,980.00 |
| 27th Quarterly | 27877 | 15.9 | $30.00 | $720.00 | $90.00 | $765.00 | $2,565.00 | $1,485.00 | | | $5,655.00 |
| 28th Quarterly | 27906 | 60.7 | $132.00 | $986.00 | $142.50 | $2,612.50 | $17,480.00 | $5,495.50 | | | $26,373.50 |
| 29th Quarterly | 27917 | 74.2 | $231.00 | $577.50 | $243.50 | $2,090.00 | $27,627.50 | $1,567.50 | | | $32,337.00 |
| 30th Quarterly | 27922 | 21.5 | $165.00 | $894.00 | $247.50 | $995.00 | $1,330.00 | $3,752.00 | | | $7,383.50 |
| 31st Quarterly | 28466 | 85.8 | $410.50 | $2,573.50 | $16,547.50 | $1,662.50 | | | | | $21,194.00 |
| 32nd Quarterly | 28840 | 42.8 | $231.00 | $1,337.00 | $2,135.00 | $1,164.00 | $10,305.50 | $49.50 | | | $15,222.00 |
| 33rd Quarterly | 29405 | 29.4 | $132.00 | $856.00 | $2,237.50 | $1,859.50 | $5,723.00 | | | | $10,808.00 |

Analysis of Quarterly Fee Applications Submitted by
Phillips Goldman Spence, P.A. from 5/24/2004 through 2/3/1014
Fees Incurred by Category

| Fee Application | Docket No. | Total Hours | Case Administration | Fee Employment Applications | Fee Employment Applications- PG&S | Litigation | Plan & Disclosure Statements | Claims Objections | Relief from Stay Proceedings | Asset Dispostion | Interim Total Approved |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34th Quarterly | 29826 | 36.6 | $264.00 | $1,647.00 | $2,139.50 | $969.50 | $5,432.00 | | | | $10,452.00 |
| 35th Quarterly | 30279 | 24 | $132.00 | $1,299.50 | $1,895.00 | $824.50 | $3,201.00 | | | | $7,352.00 |
| 36th Quarterly | 30612 | 33.2 | $132.00 | $270.00 | $2,155.50 | $1,567.50 | $7,990.50 | $82.50 | | | $12,148.50 |
| 37th Quarterly | 30951 | 46 | $280.50 | $6,352.50 | $2,128.50 | $1,831.50 | $4,620.00 | | | | $15,213.00 |
| 1st Quarterly | 31330 | 24.8 | $198.00 | $1,303.50 | $2,755.50 | $693.00 | $1,584.00 | | | | $6,534.00 |
| 2nd Quarterly | 31829 | 22.1 | $148.50 | $2,259.50 | $1,733.50 | $990.00 | $792.00 | | | | $5,923.50 |
| 3rd Quarterly | | 8.5 | $87.50 | $1,278.00 | $484.00 | $1,030.00 | $206.00 | | | | $3,085.50 |
| TOTALS | | 2991.5 | $16,387.50 | $111,213.00 | $40,347.50 | $606,399.00 | $213,381.00 | $25,219.00 | $850.00 | $127.50 | $1,013,240.00 |

PGS agreed to a $160 reduction of its fees in its 16th Quarterly Fee Application (D.I. 18738). The reduced allowed amount is highlighted.

PGS agreed to a $475 reduction of its fees in its 27th Quarterly Fee Application (D.I. 27877). The reduced allowed amount is highlighted.

PGS agreed to a $49.50 reduction of its fees in its 36th Quarterly Fee Application (D.I. 30612). The reduced allowed amount is highlighted.