# EXHIBIT D

# Final Fee Application

# Costs Incurred

Analysis of Quarterly Fee Applications Submitted by
Phillips Goldman Spence, P.A. from 5/24/2004 through 2/3/1014
Costs Incurred by Category

| Fee Application | Docket No. | Long Distance | Photocopy | Postage | Facsimile | Overnight Courier | Research Pacer Westlaw | Parking Travel for Hearings | Document Service Delivery Fees | Working Lunch with Co-counsel | Court Filing Fees | Court Call | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st Quarterly | 6752 | | | | | | | | | | | | $0.00 |
| 2nd Quarterly | 6940 | $22.23 | $11.25 | $17.07 | | $35.54 | | $2.00 | $1,634.78 | | | | $1,722.87 |
| 3rd Quarterly | 7783 | $10.83 | $477.45 | $139.14 | $5.00 | $267.28 | $103.50 | $15.00 | | | | | $1,018.20 |
| 4th Quarterly | 8303 | $7.98 | $164.40 | $12.54 | | $209.88 | $50.64 | $1,127.40 | $1,067.45 | | $25.00 | | $2,665.29 |
| 5th Quarterly | 9096 | $15.39 | $424.20 | $65.40 | $5.00 | $286.04 | $8.40 | $6.00 | $774.36 | $14.00 | | | $1,598.79 |
| 6th Quarterly | 11477 | $48.14 | $105.50 | $15.31 | $64.00 | $136.62 | | $6.00 | $30.00 | $15.00 | | | $420.57 |
| 7th Quarterly | 11746 | $2.28 | $13.40 | $1.80 | $5.00 | $42.42 | $8.48 | $80.00 | | | | | $153.38 |
| 8th Quarterly | 12556 | $2.28 | $527.60 | $67.38 | $3.00 | $471.59 | $12.16 | $7.00 | | | | $330.00 | $1,421.01 |
| 9th Quarterly | 13078 | $5.13 | $596.40 | $79.47 | | $439.64 | $9.52 | $3.00 | $3,251.20 | | | | $4,384.36 |
| 10th Quarterly | 13611 | | $165.40 | $16.20 | $2.00 | $156.64 | $3.04 | $9.00 | $920.42 | | $75.00 | $250.00 | $1,597.70 |
| 11th Quarterly | 14511 | $2.28 | $164.20 | $8.11 | $3.00 | $192.48 | | $8.00 | $605.96 | $330.00 | | | $1,314.03 |
| 12th Quarterly | 15631 | $2.85 | $99.60 | $5.07 | $3.00 | $144.96 | $34.40 | $6.00 | $732.50 | | | | $1,028.38 |
| 13th Quarterly | 17315 | $8.55 | $713.20 | $221.07 | $10.00 | $178.54 | | $22.00 | $372.40 | | | $1,101.50 | $2,627.26 |
| 14th Quarterly | 17512 | $7.98 | $37.40 | $0.97 | $1.00 | $78.05 | $52.48 | | $1,011.28 | | | $1,018.50 | $2,207.66 |
| 15th Quarterly | 18019 | $3.44 | $263.20 | $12.53 | $4.00 | $304.95 | | $6.00 | $1,548.21 | | | $114.00 | $2,256.33 |
| 16th Quarterly | 18738 | $1.71 | $110.00 | $6.50 | $4.00 | $161.38 | $41.84 | $8.00 | $1,239.17 | | | $723.50 | $2,296.10 |
| 17th Quarterly | 19235 | $9.12 | $113.30 | $5.47 | $4.00 | $311.48 | $48.48 | $11.00 | $778.90 | | | $1,017.00 | $2,298.75 |
| 18th Quarterly | 20148 | $0.57 | $135.60 | $8.55 | $2.00 | $184.79 | $28.08 | $4.00 | $1,867.48 | | | $435.00 | $2,666.07 |
| 19th Quarterly | 20884 | $820.39 | $150.90 | $8.06 | $5.00 | $345.14 | $24.32 | | $10.00 | | | $245.00 | $1,608.81 |
| 20th Quarterly | 21743 | $1.14 | $168.30 | $6.90 | $5.00 | $160.86 | | | $1,947.35 | | | $475.00 | $2,764.55 |
| 21st Quarterly | 24142 | $0.57 | $292.30 | $10.09 | $5.00 | $261.46 | $19.92 | | $1,588.49 | | | $240.50 | $2,418.33 |
| 22nd Quarterly | 27725 | $80.61 | $207.30 | $1.49 | $4.00 | $107.84 | $0.56 | | $289.76 | | | $681.00 | $1,372.56 |
| 23rd Quarterly | 27768 | | $16.50 | | $2.00 | | $2.56 | | | | | $2,814.00 | $2,835.06 |
| 24th Quarterly | 27801 | $7.98 | $32.30 | $2.78 | $2.00 | $77.66 | $19.76 | | $798.73 | | | $955.00 | $1,896.21 |
| 25th Quarterly | 27821 | $1.71 | $8.00 | | | | $11.84 | | $228.06 | | | | $249.61 |
| 26th Quarterly | 27872 | | $14.10 | | | | $5.20 | | | | | $65.00 | $84.30 |
| 27th Quarterly | 27877 | | $4.50 | | $1.00 | | $9.70 | | | | | $44.00 | $59.20 |
| 28th Quarterly | 27906 | $3.99 | | | | $1.00 | $2.16 | | | | | $215.00 | $222.15 |
| 29th Quarterly | 27917 | $3.99 | $0.50 | | $20.00 | | $0.72 | $7.00 | $115.00 | | | $60.00 | $207.21 |

Analysis of Quarterly Fee Applications Submitted by
Phillips Goldman Spence, P.A. from 5/24/2004 through 2/3/1014
Costs Incurred by Category

| Fee Application | Docket No. | Long Distance | Photocopy | Postage | Facsimile | Overnight Courier | Research Pacer Westlaw | Parking Travel for Hearings | Document Service Delivery Fees | Working Lunch with Co-counsel | Court Filing Fees | Court Call | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30th Quarterly | 27922 | $2.85 | $13.40 | | | | $14.88 | | $181.63 | | | | $212.76 |
| 31st Quarterly | 28466 | $13.71 | $154.50 | $67.67 | $1.00 | $56.03 | $24.96 | | $7,297.47 | | | | $7,615.34 |
| 32nd Quarterly | 28840 | $18.25 | $11.70 | $1.40 | $1.00 | | $3.12 | | | | | | $35.47 |
| 33rd Quarterly | 29405 | | $14.70 | $1,746.63 | | | $4.72 | $16.25 | | | | $109.00 | $1,891.30 |
| 34th Quarterly | 29826 | | $20.90 | $4.60 | | | $15.40 | | $824.27 | | | $102.00 | $967.17 |
| 35th Quarterly | 30279 | | $10.50 | $2.50 | $2.00 | | | | $824.67 | | | $30.00 | $869.67 |
| 36th Quarterly | 30612 | | $7.10 | $111.66 | | | $17.20 | | $898.55 | | | | $1,034.51 |
| 37th Quarterly | 30951 | | $113.30 | | $1.00 | $48.86 | $24.40 | $17.00 | $836.51 | | | | $1,041.07 |
| 1st Quarterly | 31330 | | $15.50 | $1.98 | $2.00 | | $8.00 | | $1,044.01 | | | $30.00 | $1,101.49 |
| 2nd Quarterly | 31829 | | $8.40 | | | | $10.00 | | $858.41 | | | | $876.81 |
| 3rd Quarterly | | | | | | $14.77 | $12.60 | | | | | | $27.37 |
| TOTALS | | $1,105.95 | $5,386.80 | $2,648.34 | $167.00 | $4,674.90 | $633.04 | $1,360.65 | $33,577.02 | $29.00 | $430.00 | $11,055.00 | $61,067.70 |