## EXHIBIT A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY ALLIANCE
WITH MIRANDA &
ESTAVILLO

March 28, 2014

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1947090          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/03/2014 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 3.20 hrs. at | $795.00 | /hr. = | $2,544.00 | |
| | | | | | | $2,544.00 |

TOTAL BALANCE DUE                                              $2,544.00

Duane Morris
March 28, 2014
Page 2

File # K0248-00001                                          INVOICE# 1947090
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 2/1/2014 017 | MR LASTOWSKI | REVIEW EFFECTIVE DATE NOTICES, REVIEW PLAN RE EFFECTIVE DATE; REVIEW DOCUMENTS RELATING TO EFFECTIVE DATE | 2.20 | $1,749.00 |
| 2/3/2014 017 | MR LASTOWSKI | E-MAIL FROM D. WILDES RE: NOTICE OF EFFECTIVE DATE | 1.00 | $795.00 |
| | | Code Total | 3.20 | $2,544.00 |
| | | TOTAL SERVICES | 3.20 | $2,544.00 |

Duane Morris
March 28, 2014
Page 3

File # K0248-00001                                          INVOICE# 1947090
      W.R. GRACE & CO.

| TIMEKEEPER NO. | NAME | CLASS | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 02394 | MR LASTOWSKI | PARTNER | 3.20 | 795.00 | $2,544.00 |
| | | | 3.20 | | $2,544.00 |