# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | 1,106.17 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 5.0 | 5,530.85 |
| Sara L DeSmith | Audit Partner | 20+ | Integrated Audit | 1,036.32 | 1.0 | 1,036.32 |
| Edward J Abahoonie | Audit Partner | 20+ | Integrated Audit | 927.10 | 2.5 | 2,317.75 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 20.0 | 16,738.60 |
| John C Stieg | Audit Senior Manager | 20+ | Integrated Audit | 801.38 | 0.5 | 400.69 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 781.05 | 7.0 | 5,467.35 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 723.90 | 31.0 | 22,440.90 |
| Robert M Willis | Audit Partner | 20+ | Integrated Audit | 723.90 | 1.0 | 723.90 |
| Gautam Ravindra Dalvi | Tax Director | 20+ | Integrated Audit | 710.02 | 0.5 | 355.01 |
| Jun Jie Gao | Tax Director | 20+ | Integrated Audit | 710.01 | 1.0 | 710.01 |
| Daniel J Wiles | Tax Director | 20+ | Integrated Audit | 694.58 | 1.0 | 694.58 |
| Benjamin Cheng | Audit Director | 20+ | Integrated Audit | 657.86 | 3.0 | 1,973.58 |
| John E. Emmetsberger | Audit Director | 20+ | Integrated Audit | 657.78 | 0.5 | 328.89 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 622.55 | 25.2 | 15,688.26 |
| Lorie Fale McDonald | Tax Partner | 20+ | Integrated Audit | 622.55 | 7.5 | 4,669.13 |
| James C Horvath | Tax Manager | 11 | Integrated Audit | 596.90 | 5.8 | 3,462.02 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 505.46 | 120.0 | 60,655.20 |
| David C Sands | Audit Director | 11 | Integrated Audit | 459.74 | 9.5 | 4,367.53 |
| Johnnie L Lewis | Audit Senior Manager | 11 | Integrated Audit | 459.74 | 99.5 | 45,744.13 |
| Todd S. Chesla | Tax Director | 11 | Integrated Audit | 437.33 | 11.5 | 5,029.30 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | 437.33 | 26.5 | 11,589.25 |
| Marcela Cortes | Audit Manager | 11 | Integrated Audit | 437.33 | 13.0 | 5,685.29 |
| Ilanit Shtein | Audit Manager | 10 | Integrated Audit | 406.98 | 7.8 | 3,174.44 |
| Pavel Katsiak | Audit Manager | 9 | Integrated Audit | 388.62 | 14.0 | 5,440.68 |
| Laura E Muise | Tax Manager | 8 | Integrated Audit | 349.25 | 12.7 | 4,435.48 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 36.0 | 11,978.64 |
| Alexandra L Schmidt | Audit Manager | 7 | Integrated Audit | 325.12 | 250.0 | 81,280.00 |
| Daniel James Burke | Tax Manager | 8 | Integrated Audit | 318.99 | 49.3 | 15,726.21 |
| Jeff Moore | Audit Senior Associate | 5 | Integrated Audit | 300.99 | 1.0 | 300.99 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 270.51 | 261.4 | 70,711.31 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 254.00 | 292.6 | 74,320.40 |
| Michael Lee McKenzie | Tax Senior Associate | 4 | Integrated Audit | 252.11 | 68.5 | 17,269.54 |
| Steven A De La Fe | Tax Senior Associate | 4 | Integrated Audit | 252.11 | 109.0 | 27,479.99 |
| Elise Brouillette | Audit Senior Associate | 4 | Integrated Audit | 247.65 | 14.5 | 3,590.93 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 247.65 | 71.0 | 17,583.15 |
| Yue Feng | Audit Experienced Associate | 3 | Integrated Audit | 212.10 | 0.5 | 106.05 |
| Yang Zhao | Audit Experienced Associate | 3 | Integrated Audit | 212.09 | 35.7 | 7,571.61 |
| Michael Joseph Attridge | Audit Experienced Associate | 2 | Integrated Audit | 190.50 | 46.8 | 8,915.40 |
| Ian Matthew Thomas | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 287.8 | 54,460.39 |
| Ryan Mitchell | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 14.0 | 2,649.22 |
| Michael Jackson | Audit Experienced Associate | 2 | Integrated Audit | 186.69 | 5.0 | 933.45 |
| Valeka Wilson | Audit Experienced Associate | 2 | Integrated Audit | 176.54 | 0.5 | 88.27 |

| Name | Title | Level | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Alaura E Cruell | Audit Experienced Associate | 2 | Integrated Audit | 176.53 | 2.5 | 441.33 |
| Jonathan Albert Dailey | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 2.0 | 350.52 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 244.5 | 42,851.07 |
| Jake Schoenfeld | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 2.5 | 438.15 |
| Anabel De la Rosa | Tax Experienced Associate | 2 | Integrated Audit | 174.93 | 81.5 | 14,256.80 |
| Yaxi Tu | Audit Associate | 1 | Integrated Audit | 172.72 | 1.0 | 172.72 |
| Michael Ly | Audit Associate | 1 | Integrated Audit | 144.78 | 63.0 | 9,121.14 |
| Krystal Hicks | Audit Associate | 1 | Integrated Audit | 143.51 | 206.0 | 29,563.06 |
| Christopher Michael Sutton | Audit Associate | 1 | Integrated Audit | 143.51 | 289.3 | 41,517.44 |
| Kari Jean Notton | Audit Associate | 1 | Integrated Audit | 143.51 | 8.0 | 1,148.08 |
| Michael Schmidt | Audit Associate | 1 | Integrated Audit | 128.27 | 8.5 | 1,090.30 |
| Joseph Andrew Whitehead | Audit Associate | 1 | Integrated Audit | 128.27 | 8.0 | 1,026.16 |
| Luciana Herrera | Project Specialist | 1 | Integrated Audit | 120.00 | 41.0 | 4,920.00 |
| Claudia Ziemba | Project Specialist | 1 | Integrated Audit | 120.00 | 17.2 | 2,064.00 |
| | | | | **Total** | **2,946.6** | **773,691.63** |

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the period January 1, 2014 through February 3, 2014**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|---|---|---|---|---|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Ian Thomas** | | | | |
| 1/8/2014 | 2.5 | Fee application preparation | $ 189.23 | $ 473.08 |
| **Name: Sara Balthazor** | | | | |
| 1/9/2014 | 2.2 | Fee application preparation | $ 254.00 | $ 558.80 |
| | **4.7** | | | |
| | **4.7** | Total Grace Fee Application Charged Hours | | $ 1,031.88 |