# EXHIBIT - B

**WR Grace**
**EXPENSE DETAIL**
**For the Period January 1, 2014 through February 3, 2014**

| Staff Member Name | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Anabel De la Rosa | Audit | 1/8/14 | 51.52 | | | | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51 |
| | Audit | 1/9/14 | 51.52 | | | | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51 |
| | Audit | 1/10/14 | 51.52 | | | | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51 |
| | Audit | 1/13/14 | 51.52 | | | | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51 |
| | Audit | 1/14/14 | 51.52 | | | | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51 |
| | Audit | 1/15/14 | 51.52 | | | | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51 |
| | Audit | 1/16/14 | 51.52 | | | | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51 |
| Chris Sutton | Audit | 1/6/14 | | | | 111.24 | Busy Season Dinner at Grace site for 5 people (PwC and Grace). PwC Attendees: Sara Balthazor, Chris Sutton, Alex Schmidt. Grace Attendees: Vanessa Dubinsky, David Joseph |
| | Audit | 1/7/14 | | | | 69.54 | Busy Season Dinner at Grace site for 5 people (PwC and Grace). PwC Attendees: Sara Balthazor, Chris Sutton. Grace Attendees: Vanessa Dubinsky, Lana Marrow, David Joseph |
| | Audit | 1/8/14 | | | | 214.55 | Busy Season Dinner at Grace site for 12 people. (PwC and Grace) PwC Attendees: Ian Thomas, Sara Balthazor, Drew Levy, Kathleen Bradley, Chris Sutton, Alex Schmidt. G Attendees: Bill Dockman, Jeff Christ, Hudson LaForce, Sheila Hawkins, David Joseph, Vanessa Dubinsl |
| | Audit | 1/9/14 | | | | 256.36 | Busy Season Dinner at Grace site for 12 people. (PwC and Grace) PwC Attendees: Ian Thomas, Sara Balthazor, Drew Levy, Kathleen Bradley, Chris Sutton, Alex Schmidt. G Attendees: Bill Dockman, Brian Papson, Greg Bode, Michael Neumann, Vanessa Dubinsky, Sheila Hawki |
| | Audit | 1/11/14 | | | | 66.64 | Busy Season Saturday Lunch at Grace site for 6 people. PwC. Attendees: Ian Thomas, Sara Balthazor, Alex Schmidt, Drew Levy, Kathleen Bradley, Chris Su |
| | Audit | 1/13/14 | | | | 162.53 | Busy Season Dinner at Grace site for 13 people. (PwC and Grace) PwC Attendees: Ian Thomas, Sara Balthazor, Drew Levy, Kathleen Bradley, Chris Sutton, Alex Schmidt. G Attendees: Tom Dyer, Bill Dockman, Jeff Christ, Brian Papson, Sean Scarlis, Brian Papson, Lana Marrc |
| | Audit | 1/14/14 | | | | 314.38 | Busy Season Dinner at Grace site for 20 people (PwC and Grace). Grace Attendees: Sean Scarlis, Bill Dockman, Brian Papson, Ben Chiu, Kellee Franks, Lana Marrow, Asif Arsh Katheranie Dunn, Michael Neumann. PwC Attendees: Ian Thomas, Sara Balthazor, Katie Matheson, Alex Schmidt, Drew Levy, Kathleen Bradley, Chris Sutton, Russell Moore, Tom Smith, Krystal Hicks, Chris Sutton. |
| | Audit | 1/15/14 | | | | 238.61 | Busy Season Dinner at Grace site for 10 people (PwC and Grace). PwC Attendees: Ian Thomas, Sara Balthazor, Drew Levy, Kathleen Bradley, Chris Sutton. Grace Attendees: Dyer, Brian Papson, Greg Bode, Michael Neumann, Kevin B, Ben Ch |
| | Audit | 1/16/14 | | | | 222.87 | Busy Season Dinner at Grace site for 12 people (PwC and Grace). Grace Attendees: Vanessa Dubinsky, Sean Scarlis, Heather Quinn. PwC Attendees: Ian Thomas, Sara Baltha Katie Matheson, Alex Schmidt, Drew Levy, Kathleen Bradley, Chris Sutton, Russell Moore, Tom Sm |
| Daniel Burke | Audit | 1/15/2014 | 353.08 | | | | Roundtrip coach airfare to Ft. Lauderdale, FL for travel to Grace site in Boca Raton, F |
| | Audit | 1/15/2014 | 20.00 | | | | Parking at Tampa Airport for travel to Grace site in Boca Raton, F |
| | Audit | 1/15/2014 | | | | 5.14 | Travel Meal for D. Burke during travel to Grace site in Boca Raton, F |
| | Audit | 1/15/2014 | | | | 15.64 | Travel Meal for D. Burke during travel to Grace site in Boca Raton, F |
| | Audit | 1/15/2014 | 74.34 | | | | Expense for rental car and fuel during travel to Grace site in Boca Raton, F |
| | Audit | 1/27/2014 | 394.00 | | | | Roundtrip coach airfare to Ft. Lauderdale, FL for travel to Grace site in Boca Raton, F |
| | Audit | 1/27/2014 | 40.00 | | | | Parking at Tampa Airport for travel to Grace site in Boca Raton, F |
| | Audit | 1/27/2014 | | | | 5.14 | Travel Meal for D. Burke during travel to Grace site in Boca Raton, F |
| | Audit | 1/27/2014 | | | | 10.79 | Travel Meal for D. Burke during travel to Grace site in Boca Raton, F |
| | Audit | 1/27/2014 | | | | 15.11 | Travel Meal for D. Burke during travel to Grace site in Boca Raton, F |
| | Audit | 1/27/2014 | 108.20 | | | | Expense for rental car and fuel during travel to Grace site in Boca Raton, F |
| | Audit | 1/27/2014 | | 249.00 | | | Hotel for 2 nights while visiting client site in Boca Raton, FL ($124.50 /nigh |
| | Audit | 1/27/2014 | | 27.39 | | | Hotel tax for 2 nights while visiting client site in Boca Raton, FL ($13.695 /nigh |
| Dave Sands | Audit | 1/28/14 | 42.56 | | | | Mileage in excess of daily commute (46 miles to Grace - 8 miles for trip office to home) * 2 = 76 miles excess * .56 = 42.5 |
| Drew Levy | Audit | 1/6/14 | | | | 24.68 | Travel dinner for D. Levy during travel to client site in Chicago, I |
| | Audit | 1/6/14 | | | | 7.40 | Travel breakfast for D. Levy during travel to client site in Chicago, I |
| | Audit | 1/7/14 | | | | 19.07 | Travel dinner for D. Levy during travel to client site in Chicago, I |
| | Audit | 1/8/14 | | | | 20.10 | Travel dinner for D. Levy during travel to client site in Chicago, I |
| | Audit | 1/9/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/10/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/11/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/13/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/14/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/15/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/16/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/17/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/18/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/20/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/22/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/23/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/24/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/27/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/28/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/29/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/30/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/31/14 | 26.88 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/6/14 - 1/8/14 | 311.80 | | | | Roundtrip coach airfare to Florida for travel to Grace site in Chicago, |
| | Audit | 1/6/14 - 1/8/14 | 185.23 | | | | Expense for rental car and fuel during travel to Grace site in Boca Raton, F |
| | Audit | 1/6/14 - 1/8/14 | 36.00 | | | | Parking expense for 3 days at BWI during travel to Grace site in Chicago, I |
| | Audit | 1/6/14 - 1/8/14 | | 263.98 | | | Nightly rate @131.99 per night for 2 nights at Hilton Garden Inn Midway during travel to Grace site in Chicago, |
| | Audit | 1/6/14 - 1/8/14 | | 43.56 | | | Hotel Taxes @21.78 per night for 2 nights at Hilton Garden Inn Midway during travel to Grace site in Chicago, |
| | Audit | 1/6/14 - 1/8/14 | 15.68 | | | | Mileage in excess of daily commute (32 miles roundtrip to airport - 4 miles roundtrip normal commute to the office = 28 miles excess * .56 = 15. |
| Ian Thomas | Audit | 1/5/14 | | | | 11.75 | Dinner for 1 (I. Thomas, PwC), while traveling from Baltimore, MD to client site in Mt. Pleasant, T |
| | Audit | 1/6/14 | | | | 5.90 | Breakfast for 1 (I. Thomas, PwC) while away at client site in Mt. Pleasant, Tl |
| | Audit | 1/6/14 | | | | 43.00 | Dinner for 1 (I. Thomas, PwC) while away at client site in Mt. Pleasant, Tl |
| | Audit | 1/7/14 | | | | 11.12 | Dinner for 1 (I. Thomas, PwC), while traveling back to Baltimore, MD from client site in Mt. Pleasant, T |
| | Audit | 1/7/14 | 103.87 | | | | Avis rental car for 2 days while at client site in Mt. Pleasant, TN |
| | Audit | 1/7/14 | 36.00 | | | | Airport parking for 3 days while at client site in Mt. Pleasant, Tl |
| | Audit | 1/7/14 | 23.20 | | | | Fuel for rental car while visiting client site in Mt. Pleasant, Tl |
| | Audit | 1/8/14 | | 209.44 | | | Hotel for 2 nights in Mt. Pleasant, TN ($104.72 per night |
| | Audit | 1/8/14 | | 36.14 | | | Taxes on Hotel for 2 nights in Mt. Pleasant, TN ($18.07 per night |
| | Audit | 1/25/14 | | | 16.00 | | Parking fee while working overtime on a Saturday at the PwC Baltimore offic |
| Johnnie Lewis | Audit | 1/13/14 | 33.76 | | | | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day exce $0.56 = $25.76) + $8 tolls) = $33.76 |
| | Audit | 1/14/14 | 33.76 | | | | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day exce $0.56 = $25.76) + $8 tolls) = $33.76 |
| | Audit | 1/15/14 | 33.76 | | | | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day exce $0.56 = $25.76) + $8 tolls) = $33.76 |
| | Audit | 1/16/14 | 33.76 | | | | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day exce $0.56 = $25.76) + $8 tolls) = $33.76 |
| | Audit | 1/17/14 | 33.76 | | | | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day exce $0.56 = $25.76) + $8 tolls) = $33.76 |
| | Audit | 1/20/14 | 33.76 | | | | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day exce $0.56 = $25.76) + $8 tolls) = $33.76 |

| Name | Type | Date | Amount | Amount2 | Amount3 | Description |
|---|---|---|---|---|---|---|
| | Audit | 1/21/14 | 33.76 | | | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day exce $0.56 = $25.76) + $8 tolls) = $33.76 |
| | Audit | 1/22/14 | 33.76 | | | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day exce $0.56 = $25.76) + $8 tolls) = $33.76 |
| | Audit | 1/23/14 | 33.76 | | | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day exce $0.56 = $25.76) + $8 tolls) = $33.76 |
| | Audit | 1/24/14 | 33.76 | | | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day exce $0.56 = $25.76) + $8 tolls) = $33.76 |
| Joseph Andrew Whitehead | Audit | 1/6/14 | 197.12 | | | Roundtrip mileage from Montgomery, AL to client site in Mobile, AL for inventory observati |
| Kari Notton | Audit | 1/6/14 | 26.88 | | | Mileage in excess of daily commute (56 miles roundtrip to client - 8 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| | Audit | 1/6/14 | | 76.46 | | Client-required steel-toed boots bought for use during Chicago Bedford Park inventory observatio |
| | Audit | 1/7/14 | 26.88 | | | Mileage in excess of daily commute (56 miles roundtrip to client - 8 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26 |
| Katherine Matheson | Audit | 1/6/2014 | 36.16 | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mil |
| | Audit | 1/8/2014 | 36.16 | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mil |
| | Audit | 1/8/2014 | 327.08 | | | Flight to Florida - DCA to FLL roundtrip, economy class |
| | Audit | 1/8/2014 | 23.29 | | | Taxi cab to from home to DCA airpor |
| | Audit | 1/8/2014 | 90.84 | | | Taxi cab from FLL airport to hote |
| | Audit | 1/8/2014 | | | 8.79 | Dinner for 1 (K. Matheson, PwC) while travelin |
| | Audit | 1/9/2014 | | 175.56 | | Hotel for 1 night while visiting client site in Boca Raton, F |
| | Audit | 1/9/2014 | | 19.31 | | Hotel tax for 1 night while visiting client site in Boca Raton, F |
| | Audit | 1/9/2014 | | | 7.37 | Breakfast for 1 (Katherine Matheson, PwC) while visiting client sit |
| | Audit | 1/9/2014 | 99.32 | | | Taxi cab to FLL airpor |
| | Audit | 1/9/2014 | | | 7.54 | Dinner for 1 (K. Matheson, PwC) while travelin |
| | Audit | 1/13/2014 | 36.16 | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mil |
| | Audit | 1/15/2014 | 36.16 | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mil |
| | Audit | 1/16/2014 | 36.16 | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mil |
| | Audit | 1/22/2014 | 36.16 | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mil |
| | Audit | 1/23/2014 | 36.16 | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mil |
| | Audit | 1/27/2014 | 36.16 | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mil |
| | Audit | 1/29/2014 | 36.16 | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mil |
| | Audit | 1/30/2014 | 36.16 | | | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mil |
| Kathleen Bradley | Audit | 1/5/14 | 418.78 | | | Roundtrip coach airfare from Baltimore, MD to Mobile, AL for inventory cou |
| | Audit | 1/5/14 | 8.40 | | | 15 miles for travel to the airport for travel to Mobile, A |
| | Audit | 1/5/14 | | | 40.84 | Dinner for 1 (K.Bradley -PwC) while travelin |
| | Audit | 1/6/14 | | | 9.00 | Breakfast for 1 (K.Bradley -PwC) while travelin |
| | Audit | 1/6/14 | | 4.95 | | Internet access while at the airport for work while travelir |
| | Audit | 1/6/14 | 99.84 | | | Avis rental car for 2 days while in Mobile, A |
| | Audit | 1/6/14 | | | 33.16 | Dinner for 1 (K.Bradley -PwC) while travelin |
| | Audit | 1/7/14 | | | 11.53 | Breakfast for 1 (K.Bradley -PwC) while travelin |
| | Audit | 1/7/14 | | | 8.74 | Dinner for 1 (K.Bradley -PwC) while travelin |
| | Audit | 1/7/14 | | 262.24 | | 2 Nights at Hilton Garden Inn while in Mobile, AL (rate of 131.12 per nigh |
| | Audit | 1/7/14 | | 36.70 | | Taxes for 2 Nights at Hilton Garden Inn while in Mobile, A |
| | Audit | 1/7/14 | 8.40 | | | 15 miles for travel from the airport for travel to Mobile, A |
| | Audit | 1/11/14 | 8.00 | | | Roundtrip tolls during travel from Baltimore, MD to Columbia, MD for work on Saturd |
| | Audit | 1/11/14 | 28.00 | | | 50 miles roundtrip travel from Baltimore, MD to Columbia, MD for work on Saturday (50 * 0.5 |
| | Audit | 1/11/14 | | | 16.73 | Breakfast for 6 (K.Bradley, A.Schmidt, D.Levy, S.Balthazor, I.Thomas, C.Sutton, all PwC) for Saturday client site w |
| | Audit | 1/18/14 | 8.00 | | | Roundtrip tolls during travel from Baltimore, MD to Columbia, MD for work on Saturd |
| | Audit | 1/18/14 | 28.00 | | | 50 miles roundtrip travel from Baltimore, MD to Columbia, MD for work on Saturday (50 * 0.5 |
| | Audit | 1/25/14 | 16.00 | | | Overtime Parking at the Baltimore office for client work on Saturd |
| | Audit | 1/25/14 | 48.26 | | | Overtime lunch for 6 (K.Bradley, A.Schmidt, D.Levy, S.Balthazor, I.Thomas, C.Sutton, all PwC) for Saturday client work at off |
| | Audit | 1/25/14 | 36.32 | | | Overtime breakfast for 6 (K.Bradley, A.Schmidt, D.Levy, S.Balthazor, I.Thomas, C.Sutton, all PwC) for Saturday client site w |
| Krystal Hicks | Audit | 1/13/31 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/14/31 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/15/31 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/16/31 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/17/31 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/18/31 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/20/31 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/21/31 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/23/31 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/24/31 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/25/31 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/27/13 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/28/13 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/29/13 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/30/13 | 35.17 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35. |
| | Audit | 1/20/14 | | | 161.20 | Overtime lunch for 12 at client site on Holiday(K. Bradley, A. Schmidt, D. Levy, S. Belthazor, C. Sutton, I. Thomas, K.l Hicks, all PwC and B. Papson, K. Franks, L. Morrow, an Dubinsky, all Grace |
| | Audit | 1/20/14 | | | 221.60 | Dinner at client site for 7; Participants from PwC were Alex Schmidt, Kathleen Bradley, Drew Levy, Sara Belthazor, Chris Sutton, Ian Thomas, and Krystal Hi |
| | Audit | 1/22/14 | | | 277.54 | Dinner at client site for 15; Grace participants were Don Teichen, Sean Scarlis, B. Dockman, Linda Sykes, Kelle Franks, Tom Dyer, Brian Papson, and Ben Chui. PwC participa were: Kathleen Bradley, Drew Levy, Krystal Hicks, Alex Schmidt, Ian Thomas, Sara Belthazor, and Chris Sutt |
| | Audit | 1/23/14 | | | 233.74 | Dinner at client site for 16; WR Grace participants were J. Christ, Ben Chiu, H. LaForce, Sean Scarlis, Asif Arshad, Brian Papson, B. Dockman, Vanessa Dubinsky, and Lana Marro PwC participants were Krystal Hicks, Drew Levy, Kathleen Bradley, Alex Schmidt, Ian Thomas, Sara Belthazor, Chris Sutton |
| Marcela Cortes | Audit | 1/14/14 | 57.12 | | | Mileage in excess of daily commute (110 miles - to client - 8 miles  normal commute to the office = 102 miles every day excess @ rate of 0. |
| Michael Attridge | Audit | 1/24/14 | 31.92 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 23 miles roundtrip normal commute to the office = 57 miles every day excess * .56 = $31. |
| | Audit | 1/25/14 | 31.92 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 23 miles roundtrip normal commute to the office = 57 miles every day excess * .56 = $31. |
| | Audit | 1/26/14 | 31.92 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 23 miles roundtrip normal commute to the office = 57 miles every day excess * .56 = $31. |
| | Audit | 1/27/14 | 31.92 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 23 miles roundtrip normal commute to the office = 57 miles every day excess * .56 = $31. |
| | Audit | 2/1/14 | 31.92 | | | Mileage in excess of daily commute (80 miles roundtrip to client - 23 miles roundtrip normal commute to the office = 57 miles every day excess * .56 = $31. |
| Michael McKenzie | Audit | 1/8/14 | 65.29 | | | Mileage in excess of daily commute (148 miles roundtrip to client - 31.4 roundtrip normal commute to the office = 116.6 miles every day excess * .56 = 65 |
| | Audit | 1/16/14 | 65.29 | | | Mileage in excess of daily commute (148 miles roundtrip to client - 31.4 roundtrip normal commute to the office = 116.6 miles every day excess * .56 = 65 |
| | Audit | 1/20/14 | 65.29 | | | Mileage in excess of daily commute (148 miles roundtrip to client - 31.4 roundtrip normal commute to the office = 116.6 miles every day excess * .56 = 65 |
| | Audit | 1/20/14 | | | 8.45 | Dinner for 1 (M. McKenzie, PwC) while travelin |
| | Audit | 1/27/14 | 65.29 | | | Mileage in excess of daily commute (148 miles roundtrip to client - 31.4 roundtrip normal commute to the office = 116.6 miles every day excess * .56 = 65 |
| | Audit | 1/27/14 | | | 14.91 | Dinner for 1 (M. McKenzie, PwC) while travelin |
| | Audit | 1/28/14 | 65.29 | | | Mileage in excess of daily commute (148 miles roundtrip to client - 31.4 roundtrip normal commute to the office = 116.6 miles every day excess * .56 = 65 |
| Michael Schmidt | Audit | 1/6/14 | 44.80 | | | Mileage in excess of daily commute (86 miles roundtrip to client - 6 miles roundtrip normal commute to the office = 80 miles excess * .56 = $44.8 |
| Russell Moore | Audit | 1/16/13 | 13.44 | | | Mileage in excess of daily commute (50 miles roundtrip to client - 26 miles roundtrip normal commute to the office = 12 miles every day excess * .56 = 13 |
| | Audit | 1/31/14 | 13.44 | | | Mileage in excess of daily commute (50 miles roundtrip to client - 26 miles roundtrip normal commute to the office = 12 miles every day excess * .56 = 13 |
| Ryan Mitchell | Audit | 1/5/14 | | 76.43 | | Client-required steel-toed boots bought for use during Chicago plant inventory observatio |
| Sara Balthazor | Audit | 1/25/14 | 16.00 | | | Overtime parking at the PwC office for client work on Saturda |
| | Audit | 1/25/14 | | | 22.80 | Breakfast for 7 (S. Balthazor, C. Sutton, K. Hicks, K. Bradley, I. Thomas, D. Levy, A. Schmidt, all PwC) at client site on Saturd |
| Thomas Smith | Audit | 1/4/14 | 711.70 | | | Roundtrip coach flight George Bush Intercontinental Airport to BWI for travel to WR Grace in Columbia, M |
| | Audit | 1/15/14 | | | 3.25 | Breakfast for 1 (Tom Smith, PwC) while visiting client site |
| | Audit | 1/15/14 | | | 19.81 | Dinner for 1 (Tom Smith, PwC) while visiting client site |
| | Audit | 1/17/14 | | | 10.45 | Dinner for 1 (Tom Smith, PwC) while visiting client site |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Audit | 1/18/14 | 113.90 | | | | Avis rental car for two days while at client site |
| | Audit | 1/18/14 | 47.00 | | | | Parking for 3 days at Bush Intl.Airport, Houston, TX while traveling to WR Grace in Columbia M |
| | Audit | 1/18/14 | | 236.30 | | | Hotel for 2 nights while visiting client site in Columbia, MD ($118.15 /night) |
| | Audit | 1/19/14 | | 30.72 | | | Hotel tax for 2 nights while visiting client site in Columbia, MD ($15.36 /night |
| Todd Chesla | Audit | 1/16/14 | 57.12 | | | | Mileage in excess of daily commute (104 miles to client - 2 miles normal commute to the office = 102 miles every day excess @ rate of 0. |
| | Audit | 1/22/14 | 57.12 | | | | Mileage in excess of daily commute (104 miles to client - 2 miles normal commute to the office = 102 miles every day excess @ rate of 0. |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | 11,665.45 | 6,948.26 | 1,590.34 | 157.84 | 2,969.01 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
For the period January 1, 2014 through February 3, 2014

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Anabel De la Rosa | 1/8/14 | Tax Experienced Associate | 51.52 | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51.52). |
| | 1/9/14 | Tax Experienced Associate | 51.52 | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51.52). |
| | 1/10/14 | Tax Experienced Associate | 51.52 | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51.52). |
| | 1/13/14 | Tax Experienced Associate | 51.52 | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51.52). |
| | 1/14/14 | Tax Experienced Associate | 51.52 | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51.52). |
| | 1/15/14 | Tax Experienced Associate | 51.52 | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51.52). |
| | 1/16/14 | Tax Experienced Associate | 51.52 | Mileage in excess of daily commute (92 miles roundtrip to client - 0 miles roundtrip normal commute to the office = 92 miles every day excess * .56 = 51.52). |
| Chris Sutton | 1/6/14 | Audit Associate | 111.24 | Busy Season Dinner at Grace site for 5 people (PwC and Grace). PwC Attendees: Sara Balthazor, Chris Sutton, Alex Schmidt. Grace Attendees: Vanessa Dubinsky, David Joseph |
| | 1/7/14 | Audit Associate | 69.54 | Busy Season Dinner at Grace site for 5 people (PwC and Grace). PwC Attendees: Sara Balthazor, Chris Sutton. Grace Attendees: Vanessa Dubinsky, Lana Marrow, David Joseph |
| | 1/8/14 | Audit Associate | 214.55 | Busy Season Dinner at Grace site for 12 people. (PwC and Grace) PwC Attendees: Ian Thomas, Sara Balthazor, Drew Levy, Kathleen Bradley, Chris Sutton, Alex Schmidt. Grace Attendees: Bill Dockman, Jeff Christ, Hudson LaForce, Sheila Hawkins, David Joseph, Vanessa Dubinsky |
| | 1/9/14 | Audit Associate | 256.36 | Busy Season Dinner at Grace site for 12 people (PwC and Grace). PwC Attendees: Ian Thomas, Sara Balthazor, Drew Levy, Kathleen Bradley, Chris Sutton, Alex Schmidt. Grace Attendees: Bill Dockman, Brian Papson, Greg Bode, Michael Neumann, Vanessa Dubinsky, Sheila Hawkins |
| | 1/11/14 | Audit Associate | 66.64 | Busy Season Saturday Lunch at Grace site for 6 people. PwC. Attendees: Ian Thomas, Sara Balthazor, Alex Schmidt, Drew Levy, Kathleen Bradley, Chris Sutton. |
| | 1/13/14 | Audit Associate | 162.53 | Busy Season Dinner at Grace site for 13 people. (PwC and Grace) PwC Attendees: Ian Thomas, Sara Balthazor, Drew Levy, Kathleen Bradley, Chris Sutton, Alex Schmidt. Grace Attendees: Tom Dyer, Bill Dockman, Jeff Christ, Brian Papson, Sean Scarlis, Brian Papson, Lana Marrow |
| | 1/14/14 | Audit Associate | 314.38 | Busy Season Dinner at Grace site for 20 people (PwC and Grace). Grace Attendees: Sean Scarlis, Bill Dockman, Brian Papson, Ben Chiu, Kellee Franks, Lana Marrow, Asif Arshad, Katheranie Dunn, Michael Neumann. PwC Attendees: Ian Thomas, Sara Balthazor, Katie Matheson, Alex Schmidt, Drew Levy, Kathleen Bradley, Chris Sutton, Russell Moore, Tom Smith, Krystal Hicks, Chris Sutton. |
| | 1/15/14 | Audit Associate | 238.61 | Busy Season Dinner at Grace site for 10 people (PwC and Grace). PwC Attendees: Ian Thomas, Sara Balthazor, Drew Levy, Kathleen Bradley, Chris Sutton. Grace Attendees: Tom Dyer, Brian Papson, Greg Bode, Michael Neumann, Kevin B, Ben Chiu |
| | 1/16/14 | Audit Associate | 222.87 | Busy Season Dinner at Grace site for 12 people (PwC and Grace). Grace Attendees: Vanessa Dubinsky, Sean Scarlis, Heather Quinn. PwC Attendees: Ian Thomas, Sara Balthazor, Katie Matheson, Alex Schmidt, Drew Levy, Kathleen Bradley, Chris Sutton, Russell Moore, Tom Smith |
| Daniel Burke | 1/15/2014 | Tax Manager | 353.08 | Roundtrip coach airfare to Ft. Lauderdale, FL for travel to Grace site in Boca Raton, FL. |
| | 1/15/2014 | Tax Manager | 20.00 | Parking at Tampa Airport for travel to Grace site in Boca Raton, FL. |
| | 1/15/2014 | Tax Manager | 5.14 | Travel Meal for D. Burke during travel to Grace site in Boca Raton, FL. |
| | 1/15/2014 | Tax Manager | 15.64 | Travel Meal for D. Burke during travel to Grace site in Boca Raton, FL. |
| | 1/15/2014 | Tax Manager | 74.34 | Expense for rental car and fuel during travel to Grace site in Boca Raton, FL. |
| | 1/27/2014 | Tax Manager | 394.00 | Roundtrip coach airfare to Ft. Lauderdale, FL for travel to Grace site in Boca Raton, FL. |
| | 1/27/2014 | Tax Manager | 40.00 | Parking at Tampa Airport for travel to Grace site in Boca Raton, FL. |
| | 1/27/2014 | Tax Manager | 5.14 | Travel Meal for D. Burke during travel to Grace site in Boca Raton, FL. |
| | 1/27/2014 | Tax Manager | 10.79 | Travel Meal for D. Burke during travel to Grace site in Boca Raton, FL. |
| | 1/27/2014 | Tax Manager | 15.11 | Travel Meal for D. Burke during travel to Grace site in Boca Raton, FL. |
| | 1/27/2014 | Tax Manager | 108.20 | Expense for rental car and fuel during travel to Grace site in Boca Raton, FL. |
| | 1/27/2014 | Tax Manager | 249.00 | Hotel for 2 nights while visiting client site in Boca Raton, FL ($124.50 /night) |
| | 1/27/2014 | Tax Manager | 27.39 | Hotel tax for 2 nights while visiting client site in Boca Raton, FL ($13.695 /night) |
| Dave Sands | 1/28/14 | Audit Director | 42.56 | Mileage in excess of daily commute (46 miles to Grace - 8 miles for trip office to home) * 2 = 76 miles excess * .56 = 42.56). |
| Drew Levy | 1/6/14 | Audit Experienced Associate | 24.68 | Travel dinner for D. Levy during travel to client site in Chicago, IL. |
| | 1/6/14 | Audit Experienced Associate | 7.40 | Travel breakfast for D. Levy during travel to client site in Chicago, IL. |
| | 1/7/14 | Audit Experienced Associate | 19.07 | Travel dinner for D. Levy during travel to client site in Chicago, IL. |
| | 1/8/14 | Audit Experienced Associate | 20.10 | Travel dinner for D. Levy during travel to client site in Chicago, IL. |
| | 1/9/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/10/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/11/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/13/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/14/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/15/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/16/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/17/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/18/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/20/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/22/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/23/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/24/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/27/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/28/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/29/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/30/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/31/14 | Audit Experienced Associate | 26.88 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/6/14 - 1/8/14 | Audit Experienced Associate | 311.80 | Roundtrip coach airfare to Florida for travel to Grace site in Chicago, IL |
| | 1/6/14 - 1/8/14 | Audit Experienced Associate | 185.23 | Expense for rental car and fuel during travel to Grace site in Boca Raton, FL. |
| | 1/6/14 - 1/8/14 | Audit Experienced Associate | 36.00 | Parking expense for 3 days at BWI during travel to Grace site in Chicago, IL. |

| Name | Date | Role | Amount | Description |
|---|---|---|---|---|
| | 1/6/14 - 1/8/14 | Audit Experienced Associate | 263.98 | Nightly rate @131.99 per night for 2 nights at Hilton Garden Inn Midway during travel to Grace site in Chicago, IL. |
| | 1/6/14 - 1/8/14 | Audit Experienced Associate | 43.56 | Hotel Taxes @21.78 per night for 2 nights at Hilton Garden Inn Midway during travel to Grace site in Chicago, IL. |
| | 1/6/14 - 1/8/14 | Audit Experienced Associate | 15.68 | Mileage in excess of daily commute (32 miles roundtrip to airport - 4 miles roundtrip normal commute to the office = 28 miles excess * .56 = 15.68). |
| Ian Thomas | 1/5/14 | Audit Experienced Associate | 11.75 | Dinner for 1 (I. Thomas, PwC), while traveling from Baltimore, MD to client site in Mt. Pleasant, TN. |
| | 1/6/14 | Audit Experienced Associate | 5.90 | Breakfast for 1 (I. Thomas, PwC), while away at client site in Mt. Pleasant, TN. |
| | 1/6/14 | Audit Experienced Associate | 43.00 | Dinner for 1 (I. Thomas, PwC), while away at client site in Mt. Pleasant, TN. |
| | 1/7/14 | Audit Experienced Associate | 11.12 | Dinner for 1 (I. Thomas, PwC), while traveling back to Baltimore, MD from client site in Mt. Pleasant, TN. |
| | 1/7/14 | Audit Experienced Associate | 103.87 | Avis rental car for 2 days while at client site in Mt. Pleasant, TN. |
| | 1/7/14 | Audit Experienced Associate | 36.00 | Airport parking for 3 days while at client site in Mt. Pleasant, TN. |
| | 1/7/14 | Audit Experienced Associate | 23.20 | Fuel for rental car while visiting client site in Mt. Pleasant, TN. |
| | 1/8/14 | Audit Experienced Associate | 209.44 | Hotel for 2 nights in Mt. Pleasant, TN ($104.72 per night). |
| | 1/8/14 | Audit Experienced Associate | 36.14 | Taxes on Hotel for 2 nights in Mt. Pleasant, TN ($18.07 per night). |
| | 1/25/14 | Audit Experienced Associate | 16.00 | Parking fee while working overtime on a Saturday at the PwC Baltimore office. |
| Johnnie Lewis | 1/13/14 | Audit Senior Manager | 33.76 | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day excess * $0.56 = $25.76) + $8 tolls) = $33.76. |
| | 1/14/14 | Audit Senior Manager | 33.76 | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day excess * $0.56 = $25.76) + $8 tolls) = $33.76. |
| | 1/15/14 | Audit Senior Manager | 33.76 | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day excess * $0.56 = $25.76) + $8 tolls) = $33.76. |
| | 1/16/14 | Audit Senior Manager | 33.76 | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day excess * $0.56 = $25.76) + $8 tolls) = $33.76. |
| | 1/17/14 | Audit Senior Manager | 33.76 | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day excess * $0.56 = $25.76) + $8 tolls) = $33.76. |
| | 1/20/14 | Audit Senior Manager | 33.76 | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day excess * $0.56 = $25.76) + $8 tolls) = $33.76. |
| | 1/21/14 | Audit Senior Manager | 33.76 | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day excess * $0.56 = $25.76) + $8 tolls) = $33.76. |
| | 1/22/14 | Audit Senior Manager | 33.76 | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day excess * $0.56 = $25.76) + $8 tolls) = $33.76. |
| | 1/23/14 | Audit Senior Manager | 33.76 | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day excess * $0.56 = $25.76) + $8 tolls) = $33.76. |
| | 1/24/14 | Audit Senior Manager | 33.76 | Mileage in excess of daily commute ((50 miles roundtrip to client - 4 miles roundtrip normal commute to the office + Ft. McHenry of Harbor Tunnel Tolls = 46 miles every day excess * $0.56 = $25.76) + $8 tolls) = $33.76. |
| Joseph Andrew Whitehead | 1/6/14 | Audit Associate | 197.12 | Roundtrip mileage from Montgomery, AL to client site in Mobile, AL for inventory observation. |
| Kari Notton | 1/6/14 | Audit Associate | 26.88 | Mileage in excess of daily commute (56 miles roundtrip to client - 8 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| | 1/6/14 | Audit Associate | 76.46 | Client-required steel-toed boots bought for use during Chicago Bedford Park inventory observation. |
| | 1/7/14 | Audit Associate | 26.88 | Mileage in excess of daily commute (56 miles roundtrip to client - 8 miles roundtrip normal commute to the office = 48 miles every day excess * .56 = 26.88). |
| Katherine Matheson | 1/6/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 1/8/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 1/8/2014 | Audit Senior Manager | 327.08 | Flight to Florida - DCA to FLL roundtrip, economy class. |
| | 1/8/2014 | Audit Senior Manager | 23.29 | Taxi cab to from home to DCA airport |
| | 1/8/2014 | Audit Senior Manager | 90.84 | Taxi cab from FLL airport to hotel |
| | 1/8/2014 | Audit Senior Manager | 8.79 | Dinner for 1 (K. Matheson, PwC) while traveling |
| | 1/9/2014 | Audit Senior Manager | 175.56 | Hotel for 1 night while visiting client site in Boca Raton, FL |
| | 1/9/2014 | Audit Senior Manager | 19.31 | Hotel tax for 1 night while visiting client site in Boca Raton, FL |
| | 1/9/2014 | Audit Senior Manager | 7.37 | Breakfast for 1 (Katherine Matheson, PwC) while visiting client site. |
| | 1/9/2014 | Audit Senior Manager | 99.32 | Taxi cab to FLL airport |
| | 1/9/2014 | Audit Senior Manager | 7.54 | Dinner for 1 (K. Matheson, PwC) while traveling |
| | 1/13/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 1/15/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 1/16/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 1/22/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 1/23/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 1/27/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 1/29/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| | 1/30/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles - 14 normal commute miles * rate 0 .565 per mile). |
| Kathleen Bradley | 1/5/14 | Audit Senior Associate | 418.78 | Roundtrip coach airfare from Baltimore, MD to Mobile, AL for inventory count |
| | 1/5/14 | Audit Senior Associate | 8.40 | 15 miles for travel to the airport for travel to Mobile, AL |
| | 1/5/14 | Audit Senior Associate | 40.84 | Dinner for 1 (K.Bradley -PwC) while traveling |
| | 1/6/14 | Audit Senior Associate | 9.00 | Breakfast for 1 (K.Bradley -PwC) while traveling |
| | 1/6/14 | Audit Senior Associate | 4.95 | Internet access while at the airport for work while traveling |
| | 1/6/14 | Audit Senior Associate | 99.84 | Avis rental car for 2 days while in Mobile, AL |
| | 1/6/14 | Audit Senior Associate | 33.16 | Dinner for 1 (K.Bradley -PwC) while traveling |
| | 1/7/14 | Audit Senior Associate | 11.53 | Breakfast for 1 (K.Bradley -PwC) while traveling |
| | 1/7/14 | Audit Senior Associate | 8.74 | Dinner for 1 (K.Bradley -PwC) while traveling |
| | 1/7/14 | Audit Senior Associate | 262.24 | 2 Nights at Hilton Garden Inn while in Mobile, AL (rate of 131.12 per night) |
| | 1/7/14 | Audit Senior Associate | 36.70 | Taxes for 2 Nights at Hilton Garden Inn while in Mobile, AL |
| | 1/7/14 | Audit Senior Associate | 8.40 | 15 miles for travel from the airport for travel to Mobile, AL |
| | 1/11/14 | Audit Senior Associate | 8.00 | Roundtrip tolls during travel from Baltimore, MD to Columbia, MD for work on Saturday |
| | 1/11/14 | Audit Senior Associate | 28.00 | 50 miles roundtrip travel from Baltimore, MD to Columbia, MD for work on Saturday (50 * 0.56) |
| | 1/11/14 | Audit Senior Associate | 16.73 | Breakfast for 6 (K.Bradley, A.Schmidt, D.Levy, S.Balthazor, I.Thomas, C.Sutton, all PwC) for Saturday client site work |

| Name | Date | Title | Amount | Description |
|---|---|---|---|---|
| | 1/18/14 | Audit Senior Associate | 8.00 | Roundtrip tolls during travel from Baltimore, MD to Columbia, MD for work on Saturday |
| | 1/18/14 | Audit Senior Associate | 28.00 | 50 miles roundtrip travel from Baltimore, MD to Columbia, MD for work on Saturday (50 * 0.56) |
| | 1/25/14 | Audit Senior Associate | 16.00 | Overtime Parking at the Baltimore office for client work on Saturday |
| | 1/25/14 | Audit Senior Associate | 48.26 | Overtime lunch for 6 (K.Bradley, A.Schmidt, D.Levy, S.Balthazor, I.Thomas, C.Sutton, all PwC) for Saturday client work at office |
| | 1/25/14 | Audit Senior Associate | 36.32 | Overtime breakfast for 6 (K.Bradley, A.Schmidt, D.Levy, S.Balthazor, I.Thomas, C.Sutton, all PwC) for Saturday client work at office |
| **Krystal Hicks** | 1/13/31 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/14/31 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/15/31 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/16/31 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/17/31 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/18/31 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/20/31 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/21/31 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/23/31 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/24/31 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/25/31 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/27/13 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/28/13 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/29/13 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/30/13 | Audit Associate | 35.17 | Mileage in excess of daily commute (80 miles roundtrip to client - 17.2 miles roundtrip normal commute to the office = 62.8 miles every day excess * .56 = $35.17). |
| | 1/20/14 | Audit Associate | 161.20 | Overtime lunch for 12 at client site on Holiday(K. Bradley, A. Schmidt, D. Levy, S. Belthazor, C. Sutton, I. Thomas, K.l Hicks, all PwC and B. Papson, K. Franks, L. Morrow, and V. Dubinsky, all Grace) |
| | 1/20/14 | Audit Associate | 221.60 | Dinner at client site for 7; Participants from PwC were Alex Schmidt, Kathleen Bradley, Drew Levy, Sara Belthazor, Chris Sutton, Ian Thomas, and Krystal Hicks. |
| | 1/22/14 | Audit Associate | 277.54 | Dinner at client site for 15; Grace participants were Don Teichen, Sean Scarlis, B. Dockman, Linda Sykes, Kelle Franks, Tom Dyer, Brian Papson, and Ben Chui. PwC participants were: Kathleen Bradley, Drew Levy, Krystal Hicks, Alex Schmidt, Ian Thomas, Sara Belthazor, and Chris Sutton |
| | 1/23/14 | Audit Associate | 233.74 | Dinner at client site for 16; WR Grace participants were J. Christ, Ben Chiu, H. LaForce, Sean Scarlis, Asif Arshad, Brian Papson, B. Dockman, Vanessa Dubinsky, and Lana Marrow. PwC participants were Krystal Hicks, Drew Levy, Kathleen Bradley, Alex Schmidt, Sara Belthazor, Chris Sutton, and Ian Thomas |
| **Marcela Cortes** | 1/14/14 | Tax Director | 57.12 | Mileage in excess of daily commute (110 miles to client - 8 miles normal commute to the office = 102 miles every day excess @ rate of 0.56). |
| **Michael Attridge** | 1/24/14 | Audit Associate | 31.92 | Mileage in excess of daily commute (80 miles roundtrip to client - 23 miles roundtrip normal commute to the office = 57 miles every day excess * .56 = $31.92). |
| | 1/25/14 | Audit Associate | 31.92 | Mileage in excess of daily commute (80 miles roundtrip to client - 23 miles roundtrip normal commute to the office = 57 miles every day excess * .56 = $31.92). |
| | 1/26/14 | Audit Associate | 31.92 | Mileage in excess of daily commute (80 miles roundtrip to client - 23 miles roundtrip normal commute to the office = 57 miles every day excess * .56 = $31.92). |
| | 1/27/14 | Audit Associate | 31.92 | Mileage in excess of daily commute (80 miles roundtrip to client - 23 miles roundtrip normal commute to the office = 57 miles every day excess * .56 = $31.92). |
| | 2/1/14 | Audit Associate | 31.92 | Mileage in excess of daily commute (80 miles roundtrip to client - 23 miles roundtrip normal commute to the office = 57 miles every day excess * .56 = $31.92). |
| **Michael McKenzie** | 1/8/14 | Tax Senior Associate | 65.29 | Mileage in excess of daily commute (148 miles roundtrip to client - 31.4 miles roundtrip normal commute to the office = 116.6 miles every day excess * .56 = 65.29). |
| | 1/16/14 | Tax Senior Associate | 65.29 | Mileage in excess of daily commute (148 miles roundtrip to client - 31.4 miles roundtrip normal commute to the office = 116.6 miles every day excess * .56 = 65.29). |
| | 1/20/14 | Tax Senior Associate | 65.29 | Mileage in excess of daily commute (148 miles roundtrip to client - 31.4 miles roundtrip normal commute to the office = 116.6 miles every day excess * .56 = 65.29). |
| | 1/20/14 | Tax Senior Associate | 8.45 | Dinner for 1 (M. McKenzie, PwC) while traveling |
| | 1/27/14 | Tax Senior Associate | 65.29 | Mileage in excess of daily commute (148 miles roundtrip to client - 31.4 miles roundtrip normal commute to the office = 116.6 miles every day excess * .56 = 65.29). |
| | 1/27/14 | Tax Senior Associate | 14.91 | Dinner for 1 (M. McKenzie, PwC) while traveling |
| | 1/28/14 | Tax Senior Associate | 65.29 | Mileage in excess of daily commute (148 miles roundtrip to client - 31.4 miles roundtrip normal commute to the office = 116.6 miles every day excess * .56 = 65.29). |
| **Michael Schmidt** | 1/6/14 | Audit Associate | 44.80 | Mileage in excess of daily commute (86 miles roundtrip to client - 6 miles roundtrip normal commute to the office = 80 miles excess * .56 = $44.80). |
| **Russell Moore** | 1/16/13 | Audit Partner | 13.44 | Mileage in excess of daily commute (50 miles roundtrip to client - 26 miles roundtrip normal commute to the office = 12 miles every day excess * .56 = 13.44) |
| | 1/31/14 | Audit Partner | 13.44 | Mileage in excess of daily commute (50 miles roundtrip to client - 26 miles roundtrip normal commute to the office = 12 miles every day excess * .56 = 13.44) |
| **Ryan Mitchell** | 1/5/14 | Audit Senior Associate | 76.43 | Client-required steel-toed boots bought for use during Chicago plant inventory observation. |
| **Sara Balthazor** | 1/25/14 | Audit Senior Associate | 16.00 | Overtime parking at the PwC office for client work on Saturday |
| | 1/25/14 | Audit Senior Associate | 22.80 | Breakfast for 7 (S. Balthazor, C. Sutton, K. Hicks, K. Bradley, I. Thomas, D. Levy, A. Schmidt, all PwC) at client site on Saturday |
| **Thomas Smith** | 1/4/14 | Audit Partner | 711.70 | Roundtrip coach flight George Bush Intercontinental Airport to BWI for travel to WR Grace in Columbia, MD. |
| | 1/15/14 | Audit Partner | 3.25 | Breakfast for 1 (Tom Smith, PwC) while visiting client site. |
| | 1/15/14 | Audit Partner | 19.81 | Dinner for 1 (Tom Smith, PwC) while visiting client site. |
| | 1/17/14 | Audit Partner | 10.45 | Dinner for 1 (Tom Smith, PwC) while visiting client site. |
| | 1/18/14 | Audit Partner | 113.90 | Avis rental car for two days while at client site. |
| | 1/18/14 | Audit Partner | 47.00 | Parking for 3 days at Bush Intl.Airport, Houston, TX while traveling to WR Grace in Columbia MD. |
| | 1/18/14 | Audit Partner | 236.30 | Hotel for 2 nights while visiting client site in Columbia, MD ($118.15 /night). |
| | 1/19/14 | Audit Partner | 30.72 | Hotel tax for 2 nights while visiting client site in Columbia, MD ($15.36 /night). |
| **Todd Chesla** | 1/16/14 | Tax Director | 57.12 | Mileage in excess of daily commute (104 miles to client - 2 miles normal commute to the office = 102 miles every day excess @ rate of 0.56). |
| | 1/22/14 | Tax Director | 57.12 | Mileage in excess of daily commute (104 miles to client - 2 miles normal commute to the office = 102 miles every day excess @ rate of 0.56). |
| | | **Total** | $ 11,665.45 | |