# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **29th** day **April, 2014,** a copy of the foregoing *One Hundred and Thirty-Second Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2014 through February 3, 2014* was served on the following in the manner indicated.

Mark Shelnitz, Senior Vice President and General Counsel
Richard C. Finke, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
VIA U.S. MAIL / E-MAIL IN PDF FORMAT TO
mark.shelnitz@grace.com
richard.finke@grace.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
VIA E-MAIL IN PDF FORMAT TO
ljones@pszjlaw.com

Neil Glassman, Esq.
Kathryn Sallie, Esq.
Bayard, B.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT TO
nglassman@bayardlaw.com

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
VIA E-MAIL IN PDF FORMAT TO
mlastowski@duanemorris.com

Carol Hennessey, Esq.

Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
VIA E-MAIL IN PDF FORMAT TO
carol.hennessey@lw.com

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT TO
ttacconelli@ferryjoseph.com

Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801
VIA E-MAIL IN PDF FORMAT TO
mhurford@camlev.com

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington DE 19801
VIA E-MAIL IN PDF FORMAT TO
tcurrier@saul.com.

Denise K. Wildes, Esq.

02411:PLDG:10235569.WPD.1

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
VIA E-MAIL IN PDF FORMAT TO
dwildes@stroock.com

Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
VIA E-MAIL IN PDF FORMAT TO
jsakalo@bilzin.com

Warren H. Smith
Warren H. Smith & Associates
2235 Ridge Road
Suite 105
Rockwall, TX 75087
VIA U.S. MAIL/E-MAIL IN AN ELECTRONIC FORMAT TO
feeaudit@whsmithlaw.com

Roger J. Higgins, Esq.
The Law Offices of Roger Higgins, LLC
111 East Wacker Dr.
Suite 2800
Chicago, IL 60601
VIA E-MAIL IN PDF FORMAT TO
rhiggins@rogerhigginslaw.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
VIA E-MAIL IN PDF FORMAT TO
pvnl@capdale.com

Philip Bentley, Esq.
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
VIA E-MAIL IN PDF FORMAT TO
pbentley@kramerlevin.com

Richard Schepacarter
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801
VIA U.S. MAIL

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
VIA E-MAIL IN PDF FORMAT TO
TO joneill@pszyj.com

/s/ Kathleen M. Miller
Kathleen M. Miller (DE ID No. 2898)