## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (KJC) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: May 20, 2014 at 4:00 p.m. |

**FIFTY-FIFTH MONTHLY AND FINAL FEE APPLICATION OF SAUL EWING LLP CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR (I) ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014; AND (II) FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 18, 2009 THROUGH FEBRUARY 3, 2014**

| | |
|---|---|
| Name of Applicant: | Saul Ewing LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | May 18, 2009 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | January 1, 2014 through February 3, 2014 (Monthly) May 18, 2009 through February 3, 2014 (Final) |
| Amount of fees to be approved as actual, reasonable and necessary: | $7,013.50 (Monthly) $736,486.07[1] (Final) |
| Amount of expenses sought as actual, reasonable and necessary: | $578.76 (Monthly) $13,166.29 (Final) |

This is a(n): ___ interim        __X__ final application.        __x__ monthly application.

---

[1] Our Final Fee Application reflects the $3,402.43 write-off as per our agreement with the Fee Auditor, to keep our Applicant fees category below 5% on a monthly basis.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 9/1/09 23059 | 5/18/09 through 7/31/09 | $108,445.50/ $1,156.09 | $86,756.40 $1,156.09 | 23322 |
| 9/29/09 23364 | 8/1/09 through 8/31/09 | $38,437.50/ $651.48 | $30,750.00/ $651.48 | 23547 |
| 10/29/09 23614 | 9/1/09 through 9/30/09 | $22,354.50 $86.25 | $17,883.60 $86.25 | 23812 |
| 11/30/09 23869 | 10/1/09 through 10/31/09 | $13,047.00 $39.44 | $10,437.60 $39.44 | 24047 |
| 12/29/09 24066 | 11/1/09 through 11/30/09 | $27,112.50 $64.77 | $21,690.00 $64.77 | 24167 |
| 1/29/10 24208 | 12/1/09 through 12/31/09 | $20,043.00 $842.45 | $16,034.40 $842.45 | 24333 |
| 3/1/10 24371 | 1/1/10 through 1/31/10 | $16,131.00 $44.90 | $12,904.48 $44.90 | 24498 |
| 3/29/10 24517 | 2/1/10 through 2/28/10 | $14,617.50 $12.49 | $11,694.00 $12.49 | 24645 |
| 4/29/10 24695 | 3/1/10 through 3/31/10 | $19,198.50 $1601.38 | $15,358.80 $1601.38 | 24823 |
| 5/28/10 24852 | 4/1/10 through 4/30/10 | $8,928.00 $23.88 | $7,142.40 $23.88 | 24962 |
| 7/9/2010 25056 | 5/1/10 through 5/31/10 | $8,061.00 $517.61 | $6,448.80 $517.61 | 25148 |
| 7/29/2010 25135 | 6/1/10 through 6/30/10 | $6,702.00 $930.06 | $5,361.60 $930.06 | 25256 |
| 8/18/10 25238 | 7/1/10 through 7/31/10 | $10,611.50 $78.10 | $8,489.20 $78.10 | 25400 |

| | | | | |
|---|---|---|---|---|
| 9/29/10 25494 | 8/1/10 through 8/31/10 | $12,146.50 $158.56 | $9,717.20 $158.56 | 25629 |
| 11/11/10 257535 | 9/1/10 through 9/30/10 | $9,865.00 $175.99 | $7,892.00 $175.99 | 25855 |
| 12/1/10 25838 | 10/1/10 through 10/31/10 | $7,748.50 $186.48 | $6,198.80 $186.48 | 25958 |
| 1/4/10 26008 | 11/1/10 through 11/30/110 | $8,349.00 $174.91 | $6,679.20 $174.91 | 26125 |
| 1/26/11 26126 | 12/1/10 through 12/31/10 | $9,467.50 $136.50 | $7,574.00 $136.50 | 26389 |
| 3/1/11 26447 | 1/1/11 through 1/31/11 | $5,471.00 $227.01 | $4,376.80 $227.01 | 26616 |
| 3/30/11 26665 | 2/1/11 through 2/28/11 | $16,418.00 $140.84 | $13,134.40 $140.84 | 26665 |
| 5/2/11 26857 | 3/1/11 through 3/31/11 | $17,325.50 $172.16 | $13,860.40 $172.16 | 26997 |
| 5/31/11 27014 | 4/1/11 through 4/30/11 | $14,790.00 $170.71 | $11,832.00 $170.71 | 27151 |
| 7/5/11 27214 | 5/1/11 through 5/31/11 | $15,903.00 $116.17 | $12,722.40 $116.17 | 27325 |
| 8/1/11 27352 | 6/1/11 through 6/30/11 | $9,849.00 $167.76 | $7,879.20 $167.76 | 27505 |
| 9/2/11 27556 | 7/1/11 through 7/31/11 | $11,115.00 $94.44 | $8,892.00 $94.44 | 27676 |
| 9/29/11 27688 | 8/1/11 through 5/31/11 | $10,712.00 $149.46 | $8,569.60 $149.46 | 27802 |
| 10/26/11 27828 | 9/1/11 through 9/30/11 | $7,943.00 $115.90 | $6,354.40 $115.90 | 27990 |
| 11/29/11 28044 | 10/1/11 through 10/31/11 | $11,661.00 $158.62 | $9,328.80 $158.62 | 28196 |

| | | | | |
|---|---|---|---|---|
| 1/10/12 | 11/1/11 through 11/30/11 | $10,874.50 $31.80 | $8,699.60 $31.80 | 28487 |
| 2/19/12 28491 | 12/1/11 through 12/31/11 | $7,475.00 $92.73 | $5,980.00 $92.73 | 28616 |
| 2/29/12 28601 | 1/1/12 through 1/31/2012 | $9,802.00 $233.98 | $7,841.60 $233.98 | 28703 |
| 3/30/12 28748 | 2/1/12 through 2/29/12 | $9,516.00 $102.72 | $7,612.80 $102.72 | 28809 |
| 4/30/12 28847 | 3/1/12 through 3/31/12 | $12,473.50 $272.84 | $9,978.80 $272.84 | 28959 |
| 5/314/12 28998 | 4/1/12 through 4/30/12 | $8,008.00 $222.42 | $6,406.40 $222.42 | 29116 |
| 6/29/12 | 5/1/12 through 5/31/12 | $8,274.50 $72.22 | $6,619.60 $72.22 | 29348 |
| 8/9/12 29425 | 6/1/12 through 6/30/12 | $10,231.00 $72.22 | $8,184.50 $80.07 | 29579 |
| 8/29/12 29524 | 7/1/12 through 7/31/12 | $11,61.00 $210.04 | $9,328.80 $210.04 | 29649 |
| 9/24/12 29661 | 8/1/12 through 8/31/12 | $9,574.50 $64.30 | $7,659.60 $64.30 | 29782 |
| 11/5/12 29850 | 9/1/12 through 9/30/12 | $7,436.00 $122.07 | $5,948.80 $122.07 | 29950 |
| 11/28/12 29554 | 10/1/12 through 10/31/12 | $8,209.50 $359.20 | $6,567.60 $359.20 | 30071 |
| 1/3/13 30117 | 11/1/12 through 11/30/12 | $10,146.50 $264.87 | $8,117.20 $264.87 | 30195 |
| 1/28/13 30203 | 12/1/12 through 12/31/12 | $8,450.00 $11.10 | $6,760.00 $11.10 | 30308 |
| 2/27/13 30328 | 1/1/13 through 1/31/13 | $15,223.00 $134.46 | $12,178.40 $134.46 | 30421 |

4

| | | | | |
|---|---|---|---|---|
| 3/28/13 30448 | 2/1/13 through 2/28/13 | $9,074.00 $138.88 | $7,259.20 $138.88 | 30535 4/19/13 |
| 4/29/13 30563 | 3/1/13 through 3/31/13 | $9,763.00 $170.96 | $7,810.40 $170.96 | 30655 5/22/13 |
| 5/29/13 30680 | 4/1/13 through 4/30/13 | $10,042.50 $103.61 | $8,034.00 $103.61 | 6/18/13 30749 |
| 6/28/13 30782 | 5/1/13 through 5/31/13 | $11,056.00 $414.07 | $8,845.20 $414.07 | 7/23/13 30862 |
| 7/29/13 30892 | 6/1/13 through 6/30/13 | $11,602.50 $112.44 | $9,282.00 $112.44 | 8/22/13 31001 |
| 8/26/13 31014 | 7/1/13 through 7/31/13 | $8,222.50 $169.46 | $6,578.00 $169.46 | 9/18/13 31141 |
| 9/26/13 31166 | 8/1/13 through 8/31/13 | $10,978.50 $169.49 | $8,782.50 $170.88 | 10/18/13 31238 |
| 10/29/13 31277 | 9/1/13 through 9/30/13 | $10,322.00 $206.88 | $8,257.60 $206.88 | 11/20/13 31370 |
| 12/3/13 31414 | 10/1/13 through 10/31/13 | $7,245.00 $64.52 | $5,796.00 $64.52 | 12/26/13 31522 |
| 12/27/13 31531 | 11/1/13 through 11/30/13 | $5,590.00 $253.48 | $4,472.00 $253.48 | 1/21/14 31614 |
| 1/27/14 31646 | 12/1/13 through 12/31/13 | $8,345.00 $176.12 | $6,676.00 $176.12 | 2/20/14 31762 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $650 | 9.8 | $6,370.00 |
| Tracy B. Buck | $195 | 3.3 | $643.50 |
| **TOTAL** | | **13.1** | **$7,013.50** |

\*      The rate is Saul Ewing LLP's regular hourly rate for legal services.  All hourly rates are adjusted by Saul Ewing LLP on a periodic basis (the last such adjustment occurred on July 1, 2011 for the Bankruptcy and Restructuring Department).

**SUMMARY OF TIME FOR BILLING PERIOD**
**MAY 18, 2009  THROUGH FEBRUARY 3, 2014**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier Shareholder; admitted DE 1992 and PA 1985 | $600 $625 $650 | 433.8 196.8 394.7 | $260,280.00 $123,000.00 $256,555.00 |
| Lucian B. Murley Associate | $235 | 7.1 | $1,668.50 |
| Monique M. Bair Associate; admitted PA | $225 | 2.1 | 472.50 |
| Melissa N. Flores Paralegal | $195 | 210.9 | $41,125.50 |
| Tracy B. Buck Legal Assistant | $180 $195 | 80.4 217.0 | $14,472.00 $42,315.50 |
| **TOTAL** | | **1,542.8** | **$739,888.50** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014

| Project category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 6.9 | $4,485.00 |
| Committee: Creditors', Noteholders' or Equity Holders' | 0.9 | $585.00 |
| Fee Applications, Applicant | 2.3 | $448.50[2] |
| Fee Applications, Others | 1.0 | $195.00 |
| Hearings | 0.5 | $325.00 |
| Plan and Disclosure | 1.5 | $975.00 |
| **TOTAL** | **13.1** | **$7,013.50** |

---

[2]     As per our agreement with the Fee Auditor, we have voluntarily reduced our Applicant fees category by $735.50 to remain under 5% on a monthly basis.

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
MAY 18, 2009 THROUGH FEBRUARY 3, 2014**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 43.9 | $27,107.50 |
| Business Operations | 13.0 | $8,057.50 |
| Case Administration | 549.3 | $328,416.50 |
| Cash Collateral and DIP Financing | 2.1 | $1,260.00 |
| Claims Analysis Objections & Resolution (Asbestos) | 7.6 | $4,560.00 |
| Claims Analysis Objections & Resolution (Non-Asbestos) | 12.5 | $7,647.50 |
| Committee: Creditors' Noteholders' or Equity Holders' | 46.8 | $18,005.00 |
| Employee Benefits/Pension | 5.6 | $3,402.50 |
| Employment Applications / Applicant | 19.2 | $6,423.00 |
| Employment Applications / Others | 0.8 | $480.00 |
| Fee Applications, Applicant | 283.70 | $63,808.50 |
| Fee Applications, Others | 219.30 | $61,994.50 |
| Hearings | 20.9 | $12,895.00 |
| Litigation and Litigation Consulting | 78.1 | $44,395.00 |
| Plan and Disclosure | 240 | $144,422.50 |
| **TOTAL** | **1542.8** | **$739,888.50** |

9

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
### JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014

| | |
|---|---|
| Photocopying | $80.20 |
| Federal Express | $395.66 |
| Teleconferencing | $30.00 |
| Pacer Research | $72.90 |
| **TOTAL** | **$578.76** |

10

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## MAY 18, 2009 THROUGH FEBRUARY 3, 2014

| | |
|---|---|
| Docket Entry | $1,822.42 |
| Document Retrieval | $31.20 |
| Federal Express | $4,862.57 |
| Messenger Service | $2,939.16 |
| Mileage and Parking | $42.99 |
| Outsourced Document Reproduction (Digital Legal LLC) | $940.52 |
| Overtime | $140.43 |
| Pacer Research | $72.90 |
| Photocopying | $1,492.04 |
| Postage | $791.82 |
| Telephone | $0.24 |
| Teleconferencing | $30.00 |
| **TOTAL** | **$13,166.29** |

**SAUL EWING LLP**

By:      <u>/s/ Teresa K.D. Currier</u>
           Teresa K.D. Currier (Del. ID No. 3080)
           222 Delaware Avenue
           P.O. Box 1266
           Wilmington, DE 19899
           (302) 421-6800

           *Co-Counsel to the Official Committee of*
           *Equity Security Holders*

Dated: April 30, 2014