

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2231140 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 04/25/14 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA  22902 | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 23.30 |
| Federal Express | 213.02 |
| Teleconferencing | 30.00 |
| Pacer Research | 72.90 |
| CURRENT EXPENSES | 339.22 |

**TOTAL AMOUNT OF THIS INVOICE**                                339.22

**NET AMOUNT OF THIS INVOICE**                                  339.22

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

# Saul Ewing LLP

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2222852 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/12/14 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA 22902 | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Photocopying | 11.30 |
| Federal Express | 52.12 |
| CURRENT EXPENSES | 63.42 |
| | |
| **TOTAL AMOUNT OF THIS INVOICE** | 63.42 |
| | |
| **NET AMOUNT OF THIS INVOICE** | 63.42 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2221014 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 01/17/14 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00014 |
| Charlottesville, VA 22902 | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Photocopying | 45.60 |
| Federal Express | 130.52 |
| CURRENT EXPENSES | 176.12 |
| | |
| **TOTAL AMOUNT OF THIS INVOICE** | 176.12 |
| | |
| **NET AMOUNT OF THIS INVOICE** | 176.12 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2222850 |
| Invoice Date | 02/12/14 |
| Client Number | 359022 |
| Matter Number | 00004 |

Re: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/14:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/02/14 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/06/14 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/07/14 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/08/14 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/09/14 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/10/14 | TKD | Review all case filings and share with team | 0.5 | 325.00 |
| 01/13/14 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 01/14/14 | TKD | Review daily case filings and share with team | 0.4 | 260.00 |
| 01/15/14 | TKD | Review all case filings and share with team | 0.2 | 130.00 |
| 01/16/14 | TKD | Review all case filings and share with team | 0.2 | 130.00 |
| 01/17/14 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/21/14 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/22/14 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/23/14 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 01/24/14 | TKD | Review all case filings and share with team | 0.3 | 195.00 |
| 01/27/14 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/29/14 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| 01/30/14 | TKD | Review all case filings and share with team | 0.3 | 195.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE   MARYLAND   MASSACHUSETTS   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2222850 |
| 00004 | Holders | Page 2 |
| 02/12/14 | Case Administration | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/31/14 | TKD | Review all case filings and share with team | 0.4 | 260.00 |
| | | TOTAL HOURS | 6.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 6.9 | at | $650.00 | = | 4,485.00 |

CURRENT FEES                                                                 4,485.00

**TOTAL AMOUNT OF THIS INVOICE**                                             4,485.00

**NET AMOUNT OF THIS INVOICE**                                               4,485.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2222851 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/12/14 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00008 |
| Charlottesville, VA 22902 | |

Re: Committee: Creditors', Noteholders' Or Equity Holders'

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/14:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/19/14 | TKD | Report from Ted Weschler on emergence of Grace from Chapter 11, progress | 0.2 | 130.00 |
| 01/31/14 | TKD | Review communications to committee about emergence | 0.2 | 130.00 |
| 01/31/14 | TKD | Review committee materials in preparation for our next call | 0.5 | 325.00 |
| | | TOTAL HOURS | 0.9 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.9 | at | $650.00 | = | 585.00 |

| | |
|---|---|
| CURRENT FEES | 585.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | 585.00 |
| **NET AMOUNT OF THIS INVOICE** | 585.00 |

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

**Saul Ewing LLP**

| | |
|---|---|
| WR Grace - Official Committee of Equity Security Holders | Invoice Number 2222853 |
| c/o R. Ted. Wechsler, Chairman | Invoice Date 02/12/14 |
| Peninsula Capital Advisors LLC | Client Number 359022 |
| 404B East Main Street | Matter Number 00015 |
| Charlottesville, VA 22902 | |

Re: Fee Applications/Applicant

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/14:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/21/14 | TBB | Draft CNO to Saul Ewing's Fifty-Third Monthly Fee Application. | 0.2 | 39.00 |
| 01/21/14 | TBB | File and serve CNO to Saul Ewing's Fifty-Third Monthly Fee Application. | 0.8 | 156.00 |
| 01/27/14 | TBB | Draft Saul Ewing's fifty fourth monthly fee application. | 0.5 | 97.50 |
| 01/27/14 | TBB | File and serve Saul Ewing's fifty fourth monthly fee application. | 0.8 | 156.00 |
| | | TOTAL HOURS | 2.3 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Tracy B. Buck | 2.3 | at | $195.00 | = | 448.50 |

CURRENT FEES                                                                    448.50

TOTAL AMOUNT OF THIS INVOICE                                                    448.50

NET AMOUNT OF THIS INVOICE                                                      448.50

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA 22902

| | |
|---|---|
| Invoice Number | 2222854 |
| Invoice Date | 02/12/14 |
| Client Number | 359022 |
| Matter Number | 00016 |

Re:   Fee Applications/Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/14:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/17/14 | TBB | Draft CNO to Kramer Levin's One Hundred and Forty-Seventh Monthly Fee Application. | 0.2 | 39.00 |
| 01/17/14 | TBB | File and serve CNO to Kramer Levin's One Hundred and Forty-Seventh Monthly Fee Application | 0.8 | 156.00 |
| | | TOTAL HOURS | 1.0 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | | Value |
|---|---|---|---|---|
| Tracy B. Buck | 1.0 at | $195.00 | = | 195.00 |

CURRENT FEES                                               195.00

**TOTAL AMOUNT OF THIS INVOICE**                           195.00

**NET AMOUNT OF THIS INVOICE**                             195.00

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

DELAWARE    MARYLAND    MASSACHUSETTS    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2222855 |
| Invoice Date | 02/12/14 |
| Client Number | 359022 |
| Matter Number | 00017 |

Re:  Hearings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/14:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/28/14 | TKD | Review Amended Agenda, arrange Court Call, email to David Blabey | 0.1 | 65.00 |
| 01/29/14 | TKD | Attend omnibus hearing | 0.4 | 260.00 |
| | | TOTAL HOURS | 0.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 0.5 | at | $650.00 | = | 325.00 |

CURRENT FEES                                                            325.00

**TOTAL AMOUNT OF THIS INVOICE**                                        325.00

**NET AMOUNT OF THIS INVOICE**                                          325.00

# Saul Ewing LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

WR Grace - Official Committee of Equity Security Holders
c/o R. Ted. Wechsler, Chairman
Peninsula Capital Advisors LLC
404B East Main Street
Charlottesville, VA  22902

| | |
|---|---|
| Invoice Number | 2222856 |
| Invoice Date | 02/12/14 |
| Client Number | 359022 |
| Matter Number | 00020 |

Re:  Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/14:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/08/14 | TKD | Review Motion to enter into Exit Financing commitment | 0.4 | 260.00 |
| 01/26/14 | TKD | Review email from Ted Weschler about emergence | 0.2 | 130.00 |
| 01/26/14 | TKD | Review emails from David Blabey and Phil Bentley about stipulation regarding dismissal of lender appeal | 0.3 | 195.00 |
| 01/28/14 | TKD | Review Order approving Exit Financing | 0.1 | 65.00 |
| 01/28/14 | TKD | Review Order approving Amended Settlement Agreement | 0.1 | 65.00 |
| 01/28/14 | TKD | Emails to David Blabey about tomorrow's hearing | 0.1 | 65.00 |
| 01/30/14 | TKD | Review Stipulation of dismissal and approve same; emails with Jamie Oneill re signatures | 0.3 | 195.00 |
| | | TOTAL HOURS | 1.5 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Teresa K.D. Currier | 1.5 | at | $650.00 | = | 975.00 |

CURRENT FEES                                                                                       975.00

TOTAL AMOUNT OF THIS INVOICE                                               975.00

| | | |
|---|---|---|
| 359022 | WR Grace - Official Committee of Equity Security | Invoice Number 2222856 |
| 00020 | Holders | Page 2 |
| 02/12/14 | Plan and Disclosure Statement | |

## NET AMOUNT OF THIS INVOICE            975.00