## CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made via US Mail on April 30, 2014 on:

Office of the United States Trustee for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, Delaware 19801
Attn.: Richard Schepecarter

Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Attn:  Adam Paul

The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Ste. 14
Chicago, IL 60607
Attn:  Roger J. Higgins

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Attn:  James E. O'Neill

Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: nMichael Magzamen

Duane Morris & Heckscher LLP
222 Delaware Avenue, Ste. 1600
Wilmington, DE 19801
Attn:  Michael Lastowski

Bilzin Sumberg Baena Price & Axelrod
1450 Brickell Avenue, Ste. 2300
Miami, FL 33131
Attn:  Scott Baena

WCSR 32218109v1

Ferry & Joseph PA
824 Market Street , Ste. 904
Wilmington, DE 19801
Attn:  Michael B. Joseph

Caplin & Drysdale Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Attn:  Elihu Inselbuch

Campbell & Levine LLC
222 Delaware Avenue, Ste. 1620
Wilmington, DE 19801
Attn:  Marla Eskin

Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Attn:  Thomas M. Mayer

Saul Ewing LLP
222 Delaware Avenue, 14th Floor
Wilmington, DE 19801
Attn:  Teresa K. D. Currier

Orrick Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Attn:  Richard H. Wyron

Phillips Goldman & Spence PA
1200 North Broom Street
Wilmington, DE 19806
Attn:  John C. Phillips

Sietz Van Ogtrop & Green PA
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Attn:  Karl Hill

WCSR 32218109v1

Law Office of Alan B. Rich
1201 Elm Street, Ste. 4244
Dallas, TX 75270
Attn:  Alan B. Rich
    Under penalty of perjury, I declare that the forgoing is true and correct.

April 30, 2014                /s/ Heidi E. Sasso
                              Heidi E. Sasso