# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., *et al.*,[1] | Case No. 01-01139 (JKF) |
| | (Jointly Administered) |
| Reorganized Debtors. | |

## RENEWED NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firm of Womble Carlyle Sandridge & Rice, LLP hereby enter its appearance in the above-captioned bankruptcy cases (the "Bankruptcy Cases") as counsel for Her Majesty the Queen in Right of Canada (the "Crown").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

---

[1] The Reorganized Debtors comprise the following entities: W.R. Grace & Co., W.R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdins, Inc., Grace PAR Corporation, W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation.

Francis A. Monaco, Jr.
Kevin J. Mangan
Matthew P. Ward
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
fmonaco@wcsr.com
kmangan@wcsr.com
maward@wcsr.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive: (a) the right of the Crown to have final orders in non-core matters entered only after de novo review by a federal district court judge; (b) the right of the Crown thereof to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (c) the right of the Crown thereof to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Crown is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  April 30, 2014

**WOMBLE CARLYLE SANDRIDGE  & RICE, LLP**

/s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (DE Bar No. 2078)
Kevin J. Mangan (DE Bar No. 3810)
Matthew P. Ward (DE Bar No. 4471)
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
fmonaco@wcsr.com
kmangan@wcsr.com
maward@wcsr.com

Counsel for Her Majesty the Queen in Right of Canada