IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF FILING OF REPORT

The WRG Asbestos PI Trust (the "Trust") hereby files its report regarding the Trust's actions from its inception through April 1, 2014. The report is attached hereto as Exhibit 1.

In keeping with the provisions of the WRG Asbestos PI Trust Agreement regarding service of annual reports, the Trust is providing copies of the report to the Trust Advisory Committee, the Futures Representative, and the United States Trustee.

Date:  April 30, 2014            CAMPBELL & LEVINE, LLC

*/s/ Kathleen Campbell Davis*
Marla Rosoff Eskin (No. 2989)
Kathleen Campbell Davis (No. 4229)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Tel. 302.426.1900
Fax 302.426.9947

-and-

Douglas A. Campbell
Philip E. Milch
1700 Grant Building
Pittsburgh, PA 15219
Tel. 412.261.0310
Fax 412.261.5066

*Counsel to the WRG Asbestos PI Trust*

{C0359306.1 }