**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 5/20/2014; 4:00 PM ET** |
| | § | **Hearing Date: TBD** |

**FINAL APPLICATION FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES OF JUDGE
ALEXANDER M. SANDERS, JR., THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Judge Alexander M. Sanders, Jr., the Legal Representative for Future

Asbestos-Related Property Damage Claimants and Holders of Demands, and, pursuant to

sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Retention

Order (as defined below), the Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Professionals and

Official Committee Members (the "Interim Compensation Order"), the Amended Administrative

Order under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members (the "Amended Interim Compensation Order"), the First Amended Plan of

Reorganization, and Del. Bankr. LR 2016-2, hereby applies for a final order allowing him (i)

compensation in the amount of $319,345.00 for the reasonable and necessary services he has

rendered as the PD FCR, and (ii) reimbursement of actual and necessary expenses that he has incurred in the amount of $19,006.73, for a total of $338,351.73, or one hundred percent (100%) of all compensation and expense reimbursement requested for the period since his appointment thorough the Effective Date, (the "Final Fee Application"), and in support of this Final Fee Application, would respectfully show as follows:[1]

## I.

## SUMMARY

| | |
|---|---|
| Name of Applicant: | Judge Alexander M. Sanders, Jr. |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | September 22, 2008 to February 4, 2014 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $319,345.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $19,006.73 |

This is a(n):  ☐ Monthly  ☒ Quarterly  ☐ Interim  ☒ Final Application

---

[1] This Final Fee Application also incorporates and constitutes the Quarterly Fee Application for the 52nd (partial) Quarterly Period of January 1, 2014 to February 4, 2014.

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[2] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | Paid | Paid |
| 12/7/2009 | 11-1-2009 to 11-30-2009 | $5,292.00 | $0 | Paid | Paid |
| 1/7/2010 | 12-1-2009 to 12-31-2009 | $1,440.00 | $37.00 | Paid | Paid |
| 2/9/2010 | 1-1-2010 to 1-31-2010 | $18,972.00 | $2,992.32 | Paid | Paid |
| 3/12/2010 | 2-1-2010 to 2-28-2010 | $360.00 | $30.00 | Paid | Paid |
| 4/20/2010 | 3-1-2010 to 3-31-2010 | $2,016.00 | $0 | Paid | Paid |
| 5/5/2010 | 4-1-2010 to 4-30-2010 | $1,332.00 | $72.00 | Paid | Paid |
| 6/3/2010 | 5-1-2010 to 5-31-2010 | $2,484.00 | $0 | Paid | Paid |
| 9/17/2010 | 6-1-2010 to 6-30-2010 | $3,348.00 | $30.00 | Paid | Paid |
| 10/26/2010 | 7-1-2010 to 9-30-2010 | $390.00 | $30.00 | Paid | Paid |
| 12/1/2010 | 10-1-2010 to 11-30-2010 | $972.00 | $0 | Paid | Paid |

---

[2] At 80% of the total incurred.

| 1/6/2011 | 12-1-2010 to 12-31-2010 | $4,248.00 | $58.00 | Paid | Paid |
|---|---|---|---|---|---|
| 2/3/2011 | 1-1-2011 to 1-31-2011 | $5,184.00 | $0 | Paid | Paid |
| 3/15/2011 | 2-1-2011 to 2-28-2011 | $5,832.00 | $1,348.39 | Paid | Paid |
| 4/5/2011 | 3-1-2-11 to 3-31-2011 | $3,348.00 | $235.00 | Paid | Paid |
| 5/10/2011 | 4-1-2011 to 4-30-2011 | $1,188.00 | $0 | Paid | Paid |
| 6/8/2011 | 5-1-2011 to 5-31-2011 | $11,052.00 | $0 | Paid | Paid |
| 7/5/2011 | 6-1-2011 to 6-30-2011 | $5,724.00 | $872.11 | Paid | Paid |
| 8/1/2011 | 7-1-2011 to 7-31-2011 | $3,456.00 | $0 | Paid | Paid |
| 9/13/2011 | 8-1-2011 to 8-31-2011 | $648.00 | $0 | Paid | Paid |
| 10/13/2011 | 9-1-2011 to 9-30-2011 | $1,476.00 | $0 | Paid | Paid |
| 11/15/2011 | 10-1-2011 to 10-31-2011 | $1,980.00 | $0 | Paid | Paid |
| 2/3/2012 | 12-1-2012 to 12-31-2012 | $240.00 | $30.00 | Paid | Paid |
| 2/3/2012 | 1-1-2012 to 1-31-2012 | $3,096.00 | $0 | Paid | Paid |
| 3/9/2012 | 2-1-2012 to 2-29-2012 | $4,212.00 | $30.00 | Paid | Paid |
| 5/9/2012 | 4-1-2012 to 4-30-2012 | $4,716 | $1,051.60 | Paid | Paid |
| 6/13/2012 | 5-1-2012 to 5-31-2012 | $5,184 | $1,186.87 | Paid | Paid |
| 7/2/2012 | 6-1-2012 to 6-30-2012 | $7,272.00 | $1,179.34 | Paid | Paid |
| 8/6/2012 | 7/1/2012 to 7/31/2012 | $1,188.00 | $0 | Paid | Paid |
| 11/2/2012 | 10-1-2012 to 10-31-2012 | $864.00 | $30.00 | Paid | Paid |
| 1/15/2013 | 12-1-2012 to 12-31-2012 | $350.00 | $0 | Paid | Paid |
| 2/8/2013 | 1-1-2013 to 1-31-2013 | $4,140.00 | $0 | Paid | Paid |
| 3/1/2013 | 11-1-2012 to 11-30-2012 | $3,456.00 | $0 | Paid | Paid |

| 3/11/2013 | 2-1-2013 to 2-28-2013 | $2,016.00 | $0 | Paid | Paid |
|---|---|---|---|---|---|
| 4/2/2013 | 3-1-2013 to 3-31-2013 | $432.00 | $0 | Paid | Paid |
| 5/8/2013 | 4-1-2013 to 4-30-2013 | $2,484.00 | $51.00 | Paid | Paid |
| 7/30/2013 | 5-1-2013 to 5-31-2013 | $396.00 | $0 | Paid | Paid |
| 7/31/2013 | 7-1-2013 to 7-31-2013 | $540.00 | $0 | Paid | Paid |
| 10/17/2013 | 9-1-2013 to 9-30-2013 | $1,764.00 | $0 | Paid | Paid |
| 1/6/2014 | 10-1-2013 to 12-31-2013 | $2,700.00 | $0 | Paid | Paid |
| 2/19/2014 | 1-1-2014 to 1-31-2014 | $10,728.00 | $0 | Paid | Paid |
| 3/5/2014 | 2-1-2014 to 2-4-2014 | $4,536.00 | $1,663.30 | Paid | Paid |

Judge Sanders has practiced law for over 50 years, and his billing rate is $450 per hour. In the 52nd Quarterly Period, Judge Sanders billed 48.0 hours,[3] for a total amount billed of $19,080.00, of which 80% ($15,264.00) has already been paid. All expenses for the 52nd Quarterly Period, $1,663.30, have been billed and paid. Therefore, the amount not yet approved for the 52nd Quarterly Period on an **interim** basis or paid is $3,816.00 in fees.

During the scope of his entire appointment, from September 22, 2008 to February 4, 2014, Judge Sanders billed 788.9 hours,[4] for a total amount billed of $319,345.00, of which 100% has been paid, excepting the 20% portion held-back for the 52nd Quarterly Period, detailed in the prior paragraph, in the amount of $3,816.00). During the Chapter 11 case, $19,006.73 in

---

[3] Actual Non-Productive travel time, if any, is included in this figure, although it was billed at 50% of the actual time incurred.

[4] Actual Non-Productive travel time, if any, is included in this figure, although it was billed at 50% of the actual time incurred.

expenses has been incurred and has been paid.  The time for preparation of this Final Fee

Application will be billed directly to the reorganized debtor.

### COMPENSATION BY PROJECT CATEGORY (**52nd Quarter only**)

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 36.8 | $16,560.00 |
| Travel | 11.2  (@100%) | $2,520.00   (@50%) |
| TOTAL | **48.0** | **$19,080.00** |

### EXPENSE SUMMARY (**52nd Quarter only**)

| Description | Expense |
|---|---|
| Travel | $1,663.30 |
| TOTAL | **$1,663.30** |

### COMPENSATION BY PROJECT CATEGORY (**FINAL**, *including 52nd Quarter*)

| Project Category | Hours |
|---|---|
| Confirmation | 635.0 |
| Fee Applications | 1.5 |
| Business Operations | 20.8 |
| Travel | 131.6 |
| TOTAL HOURS | 788.9 |
| TOTAL FEES | $319,345.00 |

EXPENSE SUMMARY (**FINAL**, *including 52nd Quarter*)

| Description | Expense |
|---|---|
| Travel | $75,896.09 |
| Conference Calling | $1,008.50 |
| Pro Hac Vice fees | $25.00 |
| Postage/Delivery | $126.75 |
| Copies | $342.10 |
| Court Call | $1,011.50 |
| Electronic Research | $3,010.91 |
| TOTAL | $81,420.85 |

## II.

## APPLICATION

1.      On April 2, 2001 , (the "Petition Date") each of the Debtors filed a

voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code

(the "Chapter 11 Cases").  On April 2, 2001, the Court entered an order procedurally

consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the

Debtors are continuing to operate their businesses and manage their properties and assets as

debtors-in-possession pursuant to sections 1107(a) and 1108 of the United States Bankruptcy

Code.  The Plan has been confirmed and is now on appeal to the Third Circuit.

2.      On May 3, 2001, the Court entered an Interim Compensation Order, as

amended by the Amended Interim Compensation Order, establishing procedures for monthly

compensation and reimbursement of expenses of professionals (each such application, a

"Monthly Fee Application"), and whereby any notice party listed in the Amended Interim

Compensation Order may object to such Monthly Fee Application.  If no notice party objects to professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection authorizing the interim compensation and reimbursement of eighty percent (80%) of the fees requested and one hundred percent (100%) of the expenses requested, subject to the filing and approval of the interim and final fee applications of the professional.

3.     Furthermore, and also pursuant to the Amended Interim Compensation Order, within forty-five (45) days of the end of each quarter, professionals are required to file and serve, upon the notice parties, a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application.  If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application, less any amounts previously paid in connection with the Monthly Fee Applications.  Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.  This Court also entered an Order imposing an Administrative Bar Date of May 5, 2014, requiring that Final Fee Applications be filed by that date.  Since the quarterly application for the period of January 1, 2014 to March 31, 2014 (the Effective Date was February 4, 2014) would otherwise not have been due until May 15, 2014, it is incorporated into this Final Fee Application.

4.      By an October 20, 2008 order of this Court, later made *nunc pro tunc* as of September 22, 2008, the PD FCR was appointed by the Court (the "Appointment Order").  The Appointment Order authorizes the Debtors to compensate Judge Sanders at his hourly rate charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that he incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

5.      This is the Final Fee Application of Judge Sanders, which is submitted in accordance with the Bar Date in the First Amended Plan of Reorganization and the Amended Interim Compensation Order, and also contains Judge Sanders' Quarterly Fee Application for the 52nd Quarter covering the abbreviated quarterly period of January 1, 2014 through February 4, 2014.

6.      Judge Sanders has filed with the Court the following Monthly Fee Applications for interim compensation during this Chapter 11 Case:

(a)      Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the First Monthly Interim Period from September 22, 2008 Through February 25, 2009, seeking $15,428.00 in fees (80% of $19,285.00);

(b)      Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Second Monthly Interim Period from February 26, 2009 Through March 31, 2009, seeking $17,892.00 in fees (80% of $22,305.00) and $2,305.49 in expenses;[5]

---

[5]  A Mathematical error in the fee sought was identified by the fee auditor in the amount of $450.00, and was reduced from the amount paid in the 32nd Quarter.  Also, an expense error of $8.00 in favor of the applicant was identified.  The amount shown here are the amounts

(c)      Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Third Monthly Interim Period from April 1, 2009 Through April 30, 2009, seeking $864.00 in fees (80% of $1080.00);

(d)      Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Fourth Monthly Interim Period from May 1, 2009 Through May 30, 2009, seeking $16,308.00 in fees (80% of $20,385.00) and $747.20 in expenses;

(e)      Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Fifth Monthly Interim Period from June 1, 2009 Through June 30, 2009, seeking $2,844.00 in fees (80% of $3,555.00);

(f)      Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Sixth Monthly Interim Period from July 1, 2009 Through July 31, 2009, seeking $8,460.00 in fees (80% of $10,575.00);

(g)      Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Seventh Monthly Interim Period from August 1, 2009 Through August 31, 2009, seeking $3,168.00 in fees (80% of $3,960.00);

(h)      Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Eighth Monthly Interim Period from September 1, 2009 Through September 30, 2009, seeking $38,304.00 in fees (80% of $47,880.00), and $3,904.58 in expenses;

(i)      Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Ninth Monthly Interim Period from October 1, 2009 Through October 31, 2009, seeking $11,664.00 in fees (80% of $14,580.00), and $1,336.21 in expenses;

(j)      Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related

---

originally sought before the adjustments.  The adjustments are accurately reflected in the total amounts on the charts on pages 6-7 above.

Property Damage Claimants And Holders of Demands for the Tenth Monthly Interim Period from November 1, 2009 Through November 30, 2009, seeking $5,292.00 in fees (80% of $6,615.00);

(k)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Eleventh Monthly Interim Period from December 1, 2009 Through December 31, 2009, seeking $1,440.00 in fees (80% of $1,800.00), and $37.00 in expenses;

(l)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twelfth Monthly Interim Period from January 1, 2010 Through January 31, 2010, seeking $18,972.00 in fees (80% of $23,715.00), and $2,992.32 in expenses;

(m)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Thirteenth Monthly Interim Period from February 1, 2010 Through February 28, 2010, seeking $360.00 in fees (80% of $450.00), and $30.00 in expenses;

(n)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Fourteenth Monthly Interim Period from March 1, 2010 Through March 31, 2010, seeking $2,016.00 in fees (80% of $2,520.00);

(o)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Fifteenth Monthly Interim Period from April 1, 2010 Through April 30, 2010, seeking $1,332.00 in fees (80% of $1,665.00), and $72.00 in expenses;

(p)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Sixteenth Monthly Interim Period from May 1, 2010 Through May 31, 2010, seeking $2,484.00 in fees (80% of $3,105.00);

(q)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Seventeenth Monthly Interim Period from June 1, 2010 Through June 30, 2010, seeking $3,348.00 in fees (80% of $4,185.00), and $30.00 in expenses;

(r)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Eighteenth Monthly Interim Period from July 1, 2010 Through September 30, 2010, seeking $360.00 in fees (80% of $450.00), and $30.00 in expenses;

(s)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Nineteenth Monthly Interim Period from October 1, 2010 Through November 30, 2010, seeking $972.00 in fees (80% of $1,215.00), and $30.00 in expenses;

(t)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twentieth Monthly Interim Period from December 1, 2010 Through December 31, 2010, seeking $4,248.00 in fees (80% of $5,310.00), and $58.00 in expenses;

(u)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-First Monthly Interim Period from January 1, 2011 Through January 31, 2011, seeking $5,184.00 in fees (80% of $6,480.00);

(v)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-Second Monthly Interim Period from February 1, 2011 Through February 28, 2011, seeking $5,832.00 in fees (80% of $7,290.00), and $1,348.39 in expenses;

(w)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-Third Monthly Interim Period from March 1, 2011 Through March 31, 2011, seeking $3,348.00 in fees (80% of $4,185.00), and $235.00 in expenses;[6]

---

[6]  A duplicate expense item in the amount of $251.78 was identified by the fee auditor and reduced from the amount sought in the 40th Quarter. The amount shown here is that sought before the reduction. The reduction is accurately reflected in the total amounts on the charts on page 6-7 above.

(x)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-Fourth Monthly Interim Period from April 1, 2011 Through April 03, 2011, seeking $1,188.00 in fees (80% of $1,485.00);

(y)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-Fifth Monthly Interim Period from May 1, 2011 Through May 31, 2011, seeking $11,052.00 in fees (80% of $13,815.00);

(z)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-related Property Damage Claimants And Holders of Demands for the Twenty-Sixth Monthly Interim Period from June 1, 2011 Through June 30, 2011, seeking $5,724.00 in fees (80% of $7,155.00), and $872.11 in expenses;

(aa)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Twenty-Seventh Monthly Interim Period from July 1, 2011 Through July 31, 2011, seeking $3,456.00 in fees (80% of $4,320.00);[7]

(bb)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Twenty-Eighth Monthly Interim Period from August 1, 2011 Through August 31, 2011, seeking $648.00 in fees (80% of $810.00);

(cc)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Twenty-Ninth Monthly Interim Period from September 1, 2011 Through September 30, 2011, seeking $1,476.00 in fees (80% of $1,845.00);

---

[7] A mathematical error identified by the fee auditor in the amount of $135.00 was reduced from the fee paid in the 42nd Quarter. The amount shown here is that sought before the decrease. The decrease is accurately reflected in the total amounts on the charts on pages 6-7 above.

(dd)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Thirtieth Monthly Interim Period from October 1, 2011 Through October 31, 2011, seeking $2,475.00 in fees (80% of $1,980.00);

(ee)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Thirty-First Interim Period from December 1, 2011 Through December 31, 2011, seeking $216.00 in fees (80% of $270.00), and expenses in the amount of $30.00;

(ff)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Thirty-Second Monthly Interim Period from January 1, 2012 Through January 31, 2012, seeking $3,096.00 in fees (80% of $3,870.00);

(gg)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Thirty-Third Interim Period from February 1, 2012 Through February 29, 2012, seeking $4,212.00 in fees (80% of $5,265.00), and expenses in the amount of $30.00;

(hh)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Thirty-Fourth Monthly Interim Period from April 1, 2012 Through June 30, 2012, seeking $4,716.00 (80% of $5,895.00) in fees and expenses in the amount of $1,051.60;

(ii)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Thirty-Fifth Interim Period from May 1, 2012 Through May 31, 2012, seeking $5,184.00 (80% of $6,480.00) in fees and expenses in the amount of $1,186.97;

(jj)    Application of Hon. Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Thirty-Sixth Interim Period from June 1, 2012 Through June 30, 2012, seeking $7,272.00 (80% of $9,090.00) in fees and expenses in the amount of $1,179.34;

(kk)    Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Thirty-Seventh Monthly Interim Period from July 1, 2012 Through July 31, 2012," seeking $1,188.00 (80% of $1,485.00) in fees;

(ll)    Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Thirty-Eighth Monthly Interim Period from October 1, 2012 Through October 31, 2012, seeking $864.00 (80% of $1,080.00) in fees and $30.00 in expenses;

(mm)    Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Thirty-Ninth Monthly Interim Period from December 1, 2012 Through December 31, 2012, seeking $360.00 (80% of $450.00) in fees;

(nn)    Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Forty-First Monthly Interim Period from November 1, 2012 Through November 30, 2012, seeking $3,456.00 (80% of $4,320.00) in fees;

(oo)    Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Fortieth Monthly Interim Period from January 1, 2013 Through January 31, 2013, seeking $4,140.00 (80% of $5,175.00) in fees;

(pp)    Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Forty-Second Monthly Interim Period from February 1, 2013 Through February 28, 2013, seeking $2,016.00 (80% of $2,520.00) in fees;

(qq)    Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Forty-Third Monthly Interim Period from March 1, 2013 Through March 31, 2013, seeking $432.00 (80% of $540.00) in fees;

(rr)     Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Forty-Fourth Monthly Interim Period from April 1, 2013 Through April 30, 2013, seeking $2,484.00 (80% of $3,105.00) in fees and $51.00 in expenses;

(ss)     Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Forty-Fifth Monthly Interim Period from May 1, 2013 Through May 31, 2013, seeking $396.00 (80% of $495.00) in fees;

(tt)     Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Forty-Sixth Monthly Interim Period from July 1, 2013 Through July 31, 2013, seeking $540.00 (80% of $675.00) in fees; and

(uu)     Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Forty-Seventh Monthly Interim Period from September 1, 2013 Through September 30, 2013, seeking $1,764.00 (80% of $2,205.00) in fees;

(vv)     Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Forty-Eighth Monthly Interim Period from October 1, 2013 Through December 31, 2013, seeking $2,700.00 (80% of $3,375.00) in fees.

7.     In addition, for the 52nd Quarterly Period, Judge Sanders filed the following

monthly fee applications, containing detailed daily time logs describing the actual and necessary

services provided by Judge Sanders during the quarterly fee period, as well as other detailed

information required to be included in fee applications.

(ww) Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Forty-Ninth Monthly Interim Period from January 1, 2014 Through January 31, 2014, seeking $10,728.00 (80% of $13,410.00) in fees;

(xx) Application of Judge Alexander M. Sanders, Jr. For Compensation for Services and Reimbursement of Expenses as the Legal Representative for Future Asbestos-Related Property Damage Claimants And Holders of Demands for the Fiftieth Monthly Interim Period from February 1, 2014 Through February 28, 2014, seeking $4,536.00 (80% of $5,670.00) in fees and $1,663.30 in expenses.

The Forty-Ninth and Fiftieth monthly fee applications (collectively, the "Applications") are attached hereto as Exhibits "1" and "2."

8.      The periods for objecting to the fee and expense reimbursements relating to the Forty-Ninth and Fiftieth monthly fee applications have each passed without any objections being filed, whereupon Judge Sanders filed Certificates of No Objection with the Court, and he has been paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

9.      Judge Sanders has filed a total of 22 Quarterly Fee Applications and he requests that the Court approve both the interim and final allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Judge Sanders from January 1, 2014 through February 4, 2014, and authorize and require payment of said amounts less any amounts previously paid to Judge Sanders pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order.  As stated above, the full scope of the services provided and the related expenses incurred are fully described in the Monthly Fee Applications that already have been filed with the Court.

10.     By this Final Fee Application, Judge Sanders also requests that the Court approve the final allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by him from September 22, 2008 through February 4, 2014, as detailed in the fee applications listed in paragraphs 6 and 7 above, and authorize and

require payment of said amounts less any amounts previously paid to Judge Sanders pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order.

11.     At all relevant times, Judge Sanders has been a disinterested person as that term is defined in Section 101(14) of the United States Bankruptcy Code, as modified by section 1107(b) of the United States Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtors.

12.     All services for which compensation is requested by Judge Sanders were performed for or on behalf of the future property damage claimants and demand holders and not on behalf of any other committee, creditor, or other person.

13.     Judge Sanders believes that this Final Fee Application complies with the requirements of Del. Bankr. LR 2016-2 and the Amended Interim Compensation Order.

14.     At no time during his services in this Chapter 11 case has Judge Sanders received promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases, other than the interim compensation payments pursuant to the Amended Interim Compensation Order.  There is no agreement or understanding between Judge Sanders and any other person for the sharing of compensation to be received for services rendered in these cases.

15.     The professional services and related expenses for which Judge Sanders requests interim and final allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of his professional responsibilities as the PD FCR in the Chapter 11 Cases.  Judge Sanders' services have been necessary and beneficial

to the future property damage claimants and demand holders as well as the Debtors and their estates, creditors, and other parties in interest.

16 .    Pursuant to Fed R. Bankr. P. 2016(b), other than normal intra-firm distributions at his law firm, Judge Sanders has not shared, nor has agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, Judge Sanders respectfully requests that the Court enter an order, providing that (a) for the period from September 22, 2008 through February 4, 2014, an administrative allowance be made to Judge Sanders in the sum of $319,345.00 as compensation for reasonable and necessary professional services rendered as the PD FCR and, in the sum of $19,006.73, for reimbursement of his actual and necessary costs and expenses incurred, for a total of $338,351.73; (b) that the Debtors be authorized and directed to pay to Judge Sanders the outstanding amount of such sums, less any sums previously paid to Judge Sanders pursuant to the Monthly Fee Applications and the procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such other and further relief to which Judge Sanders is justly entitled.

Respectfully Submitted,

_____
Alan B. Rich
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO JUDGE ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

<u>DECLARATION</u>

Alan B. Rich, declares as follows:

I am the counsel hired by the PD FCR with the approval of the Court, and am familiar with the services that the PD FCR rendered. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I believe that this Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 30, 2014.

_____

## CERTIFICATE OF SERVICE

I certify that on the 30th day of April, 2014, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | **Objection Deadline: 3/11/14; 4:00 p.m., ET** |
| | § | **Hearing Date: TBD (if needed)** |

**SUMMARY OF APPLICATION OF JUDGE ALEXANDER M. SANDERS, JR.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS THE LEGAL REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS FOR THE FORTY-NINTH INTERIM PERIOD
<u>FROM JANUARY 1, 2014 THROUGH JANUARY 31, 2014</u>**

| | |
|---|---|
| Name of Applicant: | Judge Alexander M. Sanders, Jr. |
| Authorized to Provide Services To: | Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 22, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2014 through January 21, 2014 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $10,728.00  [80% of $13,410.00] |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $0 |

This is a(n):  ☒Monthly      ☐Interim      ☐Final Application

-1-

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | Paid | Paid |
| 12/7/2009 | 11-1-2009 to 11-30-2009 | $5,292.00 | $0 | Paid | Paid |
| 1/7/2010 | 12-1-2009 to 12-31-2009 | $1,440.00 | $37.00 | Paid | Paid |
| 2/9/2010 | 1-1-2010 to 1-31-2010 | $18,972.00 | $2,992.32 | Paid | Paid |
| 3/12/2010 | 2-1-2010 to 2-28-2010 | $360.00 | $30.00 | Paid | Paid |
| 4/20/2010 | 3-1-2010 to 3-31-2010 | $2,016.00 | $0 | Paid | Paid |
| 5/5/2010 | 4-1-2010 to 4-30-2010 | $1,332.00 | $72.00 | Paid | Paid |
| 6/3/2010 | 5-1-2010 to 5-31-2010 | $2,484.00 | $0 | Paid | Paid |
| 9/17/2010 | 6-1-2010 to 6-30-2010 | $3,348.00 | $30.00 | Paid | Paid |
| 10/26/2010 | 7-1-2010 to 9-30-2010 | $390.00 | $30.00 | Paid | Paid |
| 12/1/2010 | 10-1-2010 to 11-30-2010 | $972.00 | $0 | Paid | Paid |

---

[1] At 80% of the total incurred.

Case 01-01139-AMC   Doc 31783   Filed 02/21/14   Page 5 of 8

| 1/6/2011 | 12-1-2010 to 12-31-2010 | $4,248.00 | $58.00 | Paid | Paid |
|---|---|---|---|---|---|
| 2/3/2011 | 1-1-2011 to 1-31-2011 | $5,184.00 | $0 | Paid | Paid |
| 3/15/2011 | 2-1-2011 to 2-28-2011 | $5,832.00 | $1,348.39 | Paid | Paid |
| 4/5/2011 | 3-1-2-11 to 3-31-2011 | $3,348.00 | $235.00 | Paid | Paid |
| 5/10/2011 | 4-1-2011 to 4-30-2011 | $1,188.00 | $0 | Paid | Paid |
| 6/8/2011 | 5-1-2011 to 5-31-2011 | $11,052.00 | $0 | Paid | Paid |
| 7/5/2011 | 6-1-2011 to 6-30-2011 | $5,724.00 | $872.11 | Paid | Paid |
| 8/1/2011 | 7-1-2011 to 7-31-2011 | $3,456.00 | $0 | Paid | Paid |
| 9/13/2011 | 8-1-2011 to 8-31-2011 | $648.00 | $0 | Paid | Paid |
| 10/13/2011 | 9-1-2011 to 9-30-2011 | $1,476.00 | $0 | Paid | Paid |
| 11/15/2011 | 10-1-2011 to 10-31-2011 | $1,980.00 | $0 | Paid | Paid |
| 2/3/2012 | 12-1-2012 to 12-31-2012 | $240.00 | $30.00 | Paid | Paid |
| 2/3/2012 | 1-1-2012 to 1-31-2012 | $3,096.00 | $0 | Paid | Paid |
| 3/9/2012 | 2-1-2012 to 2-29-2012 | $4,212.00 | $30.00 | Paid | Paid |
| 5/9/2012 | 4-1-2012 to 4-30-2012 | $4,716 | $1,051.60 | Paid | Paid |
| 6/13/2012 | 5-1-2012 to 5-31-2012 | $5,184 | $1,186.87 | Paid | Paid |
| 7/2/2012 | 6-1-2012 to 6-30-2012 | $7,272.00 | $1,179.34 | Paid | Paid |
| 8/6/2012 | 7/1/2012 to 7/31/2012 | $1,188.00 | $0 | Paid | Paid |
| 11/2/2012 | 10-1-2012 to 10-31-2012 | $864.00 | $30.00 | Paid | Paid |
| 1/15/2013 | 12-1-2012 to 12-31-2012 | $350.00 | $0 | Paid | Paid |
| 2/8/2013 | 1-1-2013 to 1-31-2013 | $4,140.00 | $0 | Paid | Paid |
| 3/1/2013 | 11-1-2012 to 11-30-2012 | $3,456.00 | $0 | Paid | Paid |

| 3/11/2013 | 2-1-2013 to 2-28-2013 | $2,016.00 | $0 | Paid | Paid |
| 4/2/2013 | 3-1-2013 to 3-31-2013 | $432.00 | $0 | Paid | Paid |
| 5/8/2013 | 4-1-2013 to 4-30-2013 | $2,484.00 | $51.00 | Paid | Paid |
| 7/30/2013 | 5-1-2013 to 5-31-2013 | $396.00 | $0 | Paid | Paid |
| 7/31/2013 | 7-1-2013 to 7-31-2013 | $540.00 | $0 | Paid | Paid |
| 10/17/2013 | 9-1-2013 to 9-30-2013 | $1,764.00 | $0 | Paid | Paid |
| 1/6/2014 | 10-1-2013 to 12-31-2013 | $2,700.00 | $0 | Paid | Paid |

Alexander M. Sanders, Jr. is the only attorney providing services in this Fee Application period. Judge Sanders has practiced law for over 50 years, and his billing rate is $450 per hour. In this Application period Judge Sanders billed 29.8 hours,[2] for a total amount billed of $13,410.00, of which 80% is currently sought, in the amount of $10,728.00. No expenses were incurred. The sought by this Application is therefore $10,728.00.

As stated above, this is the Forty-Ninth application for monthly fees and expenses. The time for preparation of this Application is approximately .5 hours.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 29.8 | $13,410.00 |
| TOTAL | 29.8 | $13,410.00 |

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| | $0.00 |
| TOTAL | $0.00 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application,

and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion,

this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 19th day of February, 2014, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

### ALEXANDER M. SANDERS, JR.
**Attorney at Law**
**19 Water Street**
**Charleston, South Carolina 29401**

## INVOICE FOR PROFESSIONAL SERVICES 1/1/14 – 1/31/14

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 1/7/14 | Review of various e-mails, Deborah Williamson, Ed Westbrook, Alan Rich, etc., re: Proposed Bylaws of WRG Asbestos PD Trust and Trust Agreement | 0.9 |
| | Review of Proposed Bylaws | 0.6 |
| 1/15/14 | Review of Exhibit 3 to Exhibit Book Asbestos PD Trust Agreement (approx. 48 pages) | 2.5 |
| | Review of edited Proposed Bylaws | 0.6 |
| | Telephone conference with Ed Westbrook re: above | 0.4 |
| 1/22/14 | Review of exchange of e-mail between Ed Westbrook and Alan Rich re: above | 0.5 |
| 1/23/14 | Review of conference call re: "final" documents | 0.5 |
| 1/26/14 | Review of documents 1/26/14 et seq., re: above (totaling approx. 669 pages) | 9.2 |
| 1/27/14 | Review of documents, continued | 8.9 |
| 1/28/14 | Review of documents, continued | 4.2 |
| 1/30/14 | Review of various and numerous e-mails re: Agenda for Omnibus hearing, January 29; changes in deferred payment agreement PI and PD FCR; ZAI trustee meeting, March 6; Assumption Agreement; February 3 closing; ZAI attorney fees; certain proposed letter agreements. | 1.5 |

29.8 hours @ $450/hour = $ 13,410

# EXHIBIT 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 3/24/14; 4:00 p.m., ET |
| | § | Hearing Date: TBD (if needed) |

## SUMMARY OF APPLICATION OF JUDGE ALEXANDER M. SANDERS, JR. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIFTIETH INTERIM PERIOD FROM FEBRUARY 1, 2014 THROUGH FEBRUARY 28, 2014

Name of Applicant:                                  Judge Alexander M. Sanders, Jr.

Authorized to Provide Services To:           Future Asbestos-Related Property Damage
                                                              Claimants and Holders of Demands

Date of Retention:                                   September 22, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:               February 1, 2014 through February 28, 2014

Amount of Fees Sought as Actual
Reasonable and Necessary:                     $4,536.00  [80% of $5,670.00]

Amount of Expenses Sought as
Actual, Reasonable and Necessary:          $1,663.30

This is a(n):   ☒Monthly      ☐Interim      ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 2/26/2009 | Inception to 2-26-2009 | $15,428.00 | $0 | Paid | Paid |
| 4/6/2009 | 2-26-2009 to 3-31-2009 | $17,892.00 | $2,305.49 | Paid | Paid |
| 5/27/2009 | 4-1-2009 to 4-30-2009 | $864.00 | $0 | Paid | Paid |
| 6/5/2009 | 5-1-2009 to 5-31-2009 | $16,308.00 | $747.20 | Paid | Paid |
| 7/23/2009 | 6-1-2009 to 6-30-2009 | $2,844.00 | $0 | Paid | Paid |
| 10/7/2009 | 7-1-2009 to 7-31-2009 | $8,460.00 | $0 | Paid | Paid |
| 10/7/2009 | 8-1-2009 to 8-31-2009 | $3,168.00 | $0 | Paid | Paid |
| 10/7/2009 | 9-1-2009 to 9-30-2009 | $38,304.00 | $3,904.58 | Paid | Paid |
| 11/4/2009 | 10-1-2009 to 10-31-2009 | $11,664.00 | $1,336.21 | Paid | Paid |
| 12/7/2009 | 11-1-2009 to 11-30-2009 | $5,292.00 | $0 | Paid | Paid |
| 1/7/2010 | 12-1-2009 to 12-31-2009 | $1,440.00 | $37.00 | Paid | Paid |
| 2/9/2010 | 1-1-2010 to 1-31-2010 | $18,972.00 | $2,992.32 | Paid | Paid |
| 3/12/2010 | 2-1-2010 to 2-28-2010 | $360.00 | $30.00 | Paid | Paid |
| 4/20/2010 | 3-1-2010 to 3-31-2010 | $2,016.00 | $0 | Paid | Paid |
| 5/5/2010 | 4-1-2010 to 4-30-2010 | $1,332.00 | $72.00 | Paid | Paid |
| 6/3/2010 | 5-1-2010 to 5-31-2010 | $2,484.00 | $0 | Paid | Paid |
| 9/17/2010 | 6-1-2010 to 6-30-2010 | $3,348.00 | $30.00 | Paid | Paid |
| 10/26/2010 | 7-1-2010 to 9-30-2010 | $390.00 | $30.00 | Paid | Paid |
| 12/1/2010 | 10-1-2010 to 11-30-2010 | $972.00 | $0 | Paid | Paid |

---

[1] At 80% of the total incurred.

-2-

| 1/6/2011 | 12-1-2010 to 12-31-2010 | $4,248.00 | $58.00 | Paid | Paid |
|---|---|---|---|---|---|
| 2/3/2011 | 1-1-2011 to 1-31-2011 | $5,184.00 | $0 | Paid | Paid |
| 3/15/2011 | 2-1-2011 to 2-28-2011 | $5,832.00 | $1,348.39 | Paid | Paid |
| 4/5/2011 | 3-1-2-11 to 3-31-2011 | $3,348.00 | $235.00 | Paid | Paid |
| 5/10/2011 | 4-1-2011 to 4-30-2011 | $1,188.00 | $0 | Paid | Paid |
| 6/8/2011 | 5-1-2011 to 5-31-2011 | $11,052.00 | $0 | Paid | Paid |
| 7/5/2011 | 6-1-2011 to 6-30-2011 | $5,724.00 | $872.11 | Paid | Paid |
| 8/1/2011 | 7-1-2011 to 7-31-2011 | $3,456.00 | $0 | Paid | Paid |
| 9/13/2011 | 8-1-2011 to 8-31-2011 | $648.00 | $0 | Paid | Paid |
| 10/13/2011 | 9-1-2011 to 9-30-2011 | $1,476.00 | $0 | Paid | Paid |
| 11/15/2011 | 10-1-2011 to 10-31-2011 | $1,980.00 | $0 | Paid | Paid |
| 2/3/2012 | 12-1-2012 to 12-31-2012 | $240.00 | $30.00 | Paid | Paid |
| 2/3/2012 | 1-1-2012 to 1-31-2012 | $3,096.00 | $0 | Paid | Paid |
| 3/9/2012 | 2-1-2012 to 2-29-2012 | $4,212.00 | $30.00 | Paid | Paid |
| 5/9/2012 | 4-1-2012 to 4-30-2012 | $4,716 | $1,051.60 | Paid | Paid |
| 6/13/2012 | 5-1-2012 to 5-31-2012 | $5,184 | $1,186.87 | Paid | Paid |
| 7/2/2012 | 6-1-2012 to 6-30-2012 | $7,272.00 | $1,179.34 | Paid | Paid |
| 8/6/2012 | 7/1/2012 to 7/31/2012 | $1,188.00 | $0 | Paid | Paid |
| 11/2/2012 | 10-1-2012 to 10-31-2012 | $864.00 | $30.00 | Paid | Paid |
| 1/15/2013 | 12-1-2012 to 12-31-2012 | $350.00 | $0 | Paid | Paid |
| 2/8/2013 | 1-1-2013 to 1-31-2013 | $4,140.00 | $0 | Paid | Paid |
| 3/1/2013 | 11-1-2012 to 11-30-2012 | $3,456.00 | $0 | Paid | Paid |

| 3/11/2013 | 2-1-2013 to 2-28-2013 | $2,016.00 | $0 | Paid | Paid |
| 4/2/2013 | 3-1-2013 to 3-31-2013 | $432.00 | $0 | Paid | Paid |
| 5/8/2013 | 4-1-2013 to 4-30-2013 | $2,484.00 | $51.00 | Paid | Paid |
| 7/30/2013 | 5-1-2013 to 5-31-2013 | $396.00 | $0 | Paid | Paid |
| 7/31/2013 | 7-1-2013 to 7-31-2013 | $540.00 | $0 | Paid | Paid |
| 10/17/2013 | 9-1-2013 to 9-30-2013 | $1,764.00 | $0 | Paid | Paid |
| 1/6/2014 | 10-1-2013 to 12-31-2013 | $2,700.00 | $0 | Paid | Paid |
| 2/19/2014 | 1-1-2014 to 1-31-2014 | $10,728.00 | $0 | Pending | Pending |

Alexander M. Sanders, Jr. is the only attorney providing services in this Fee Application period.  Judge Sanders has practiced law for over 50 years, and his billing rate is $450 per hour. In this Application period Judge Sanders billed 12.6 hours,[2] for a total amount billed of $5,670.00, of which 80% is currently sought, in the amount of $4,536.00.  Expenses in the amount of $1,663.30 were incurred.  The amount sought by this Application is therefore $6,199.30.

As stated above, this is the Fiftieth application for monthly fees and expenses.  The time for preparation of this Application is approximately .5 hours.

---

[2] Non-Productive travel time, if any, is included in this figure, but at 50% of the actual time.

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Confirmation | 7.0 | $3,150.00 |
| Travel | 11.2   (@ 100%) | $2,520.00   (@ 50%) |
| TOTAL | 18.2 | $5,670.00 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $1,663.30 |
| TOTAL | $1,633.30 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

[*The remainder of this page is intentionally blank*]

<u>CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)</u>

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
(214) 744-5100
(214) 744-5101 [fax]
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 5th day of March, 2014, this document was served through the ECF system on all persons who have requested notice through the ECF system, and upon the special notice parties by electronic mail.

_____

# EXHIBIT A

## ALEXANDER M. SANDERS, JR.
### Attorney at Law
### 19 Water Street
### Charleston, South Carolina 29401

## <u>INVOICE FOR PROFESSIONAL SERVICES 2/1/14 – 2/28/14</u>

As Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

*In re W. R. Grace,* No. 01-1139 (Bankr.D.Del)

| <u>Date</u> | <u>Services Performed</u> | <u>Time</u> |
|---|---|---|
| 2/2 | Trip Charleston, SC, to New York, NY, to attend closing bankruptcy of W.R. Grace, scheduled for February 3, 8 a.m. (review of documents) 11 a.m. closing. 11 a.m. left Charleston. Arrived at hotel, 2:30 p.m. Upon arrival at hotel, learned that hearing had been postponed until 1. p.m. (3.6 hours billed @ one-half) | 1.8 |
| 2/3 | Left hotel and 10 a.m. Arrived at Kirkland and Ellis at 10:30 a.m. (0.6 hour billed @ one-half) | 0.3 |
| | Closing, including review of all documents | 7.0 |
| | Left Kirkland and Ellis 6 p.m., return to hotel at 7 p.m. (heavy snow) (1 hour billed @ one-half) | 0.5 |
| 2/4 | Trip New York, NY, to Charleston, SC. 9 a.m., left hotel for airport. Arrived in Charleston at 3 p.m. (6 hours billed @ one-half) | 3.0 |

| | | |
|---|---|---|
| 12.6 hours @ $450/hour | $ | 5670.00 |
| Expenses (Receipts attached) | $ | 1,663.30 |
| TOTAL: | $ | 7333.30 |

**EXPENSES**

Travel to New York, NY, and return to Charleston, SC, for to attend closing bankruptcy of W.R. Grace, 2/2/14 – 2/4/14

| | | |
|---|---|---:|
| Airfare | | $   610.00 |
| Hotel | Harvard Club, 2 nights, 1 breakfast, 2 dinners | 889.30 |
| Taxis | 2/2   Airport to Hotel | 60.00 |
| | 2/3   Hotel to Kirkland Ellis (lost receipt) | 12.00 |
| | 2/3   Kirkland Ellis to Hotel | 12.00 |
| | 2/4   Hotel to Airport | 50.00 |
| Airport Parking | (Charleston, SC) | 30.00 |
| | TOTAL EXPENSES | $ 1,663.30 |