# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |
| | ) |

**CERTIFICATION OF COUNSEL BETWEEN REORGANIZED DEBTORS AND SGH ENTERPRISES, INC (F/K/A SAMSON HYDROCARBONS COMPANY) REGARDING DEADLINE TO SEEK ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO JOINT PLAN OF REORGANIZATION**

The undersigned hereby certifies as follows:

1. Counsel to SGH Enterprises, Inc. has circulated a draft proposed Stipulation and Order By and Between Reorganized Debtors and SGH Enterprises, Inc. (F/K/A Samson Hydrocarbons Company) regarding the deadline to seek allowance of administrative expense claim pursuant to the joint plan of reorganization which has been approved by the Reorganized Debtors. (the "Stipulation and Order") and which incorporated all changes requested by any party. The proposed Stipulation and Order, attached hereto as <u>Exhibit A</u>, reflects all the requested changes.

WHEREFORE, the Parties respectfully requests that the proposed Stipulation and Order attached hereto as <u>Exhibit A</u> be entered at the earliest convenience of the Court.

---

[1] The Reorganized Debtors comprise the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

{00158518.DOC; 1}

Dated: April 30, 2013

| | |
|---|---|
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | PACHULSKI STANG ZIEHL & JONES LLP |
| /s/ Rachel Mersky | /s/ Laura Davis Jones |
| Rachel Mersky (Bar No. 2049)<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801<br>P (302) 656-8162<br>F (302) 656-2769 | Laura Davis Jones (Bar No. 2436)<br>James E. O'Neill (Bar No. 4042)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(302) 652-4100<br>(302) 652-4400 |
| Co-Counsel for SGH Enterprises, Inc. (F/K/A Samson Hydrocarbons Company) and Samson Investment Company | Co-Counsel for the Reorganized Debtors |
| LOCKE LORD, LLP<br>Gregory Lowry (Texas Bar No. 12641360)<br>2200 Ross Avenue, Suite 2200<br>Dallas, Texas 75201-6776<br>Telephone: (214) 740-8000<br>Facsimile: (214) 740-8800<br><br>and | KIRKLAND & ELLIS LLP<br>Adam C. Paul<br>John Donley<br>Jeffrey W. Gettleman<br>300 North LaSalle Street<br>Chicago, IL 60654<br>(312) 862-2000<br><br>and<br><br>THE LAW OFFICES OF ROGER HIGGINS, LLC<br>Roger J. Higgins<br>1 North Bishop Street<br>Suite 14<br>Chicago, IL 60607-1823<br>(312) 666-0431 |

{00158518.DOC; 1}    2