# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |
| | ) |

## ORDER APPROVING STIPULATION REGARDING DEADLINE TO SEEK ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO JOINT PLAN OF REORGANIZATION

The Reorganized Debtors and SGH Enterprises, Inc. f/k/a Samson Hydrocarbons Company (**"SGH"**) and Samson Investment Company having submitted under Certification of Counsel the "Stipulation" attached hereto as Exhibit "A" regarding the deadline to file a request or motion for allowance of an administrative expense claim and the Court finding cause to approve the Stipulation, it is hereby Ordered that the Stipulation is approved.

Dated:_____                    _____
                                            Honorable Kevin J. Carey

---

[1] The Reorganized Debtors comprise the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.