IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

**Objection Deadline: May 21, 2014 at 4:00 p.m.**
**Hearing Date: October 14, 2014 at 10:00 a.m.**

## NOTICE FILING APPLICATION OF DELOITTE TAX LLP FOR FINAL ALLOWANCE AND APPROVAL OF COMPENSATION AND EXPENSE REIMBURSEMENT FOR THE PERIOD FROM DECEMBER 20, 2004 THROUGH FEBRUARY 2, 2014

To:     (1) The Debtors; (2) Office of the United States Trustee; (3) Counsel to the Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6) Counsel to the debtor-in-possession lenders (the "DIP Lenders"); and (7) Counsel to the Official Committee of Equity Holders.

Deloitte Tax LLP, tax service providers to the above-captioned reorganized debtors in the above-captioned cases (the "Reorganized Debtors"), has filed and served the *Application of Deloitte Tax LLP for Final Allowance and Approval of Compensation and Expense Reimbursement for the Period From December 20, 2004 Through February 2, 2014*, seeking fees in the amount of $1,801,830.30 and expenses in the amount of $13,215.73 (the "Fee Application").

---

[1]    The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

Objections or responses to the Fee Application, if any, must be made in writing,

filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy

Court"), 824 Market Street, Wilmington, Delaware 19801, on or before **May 21, 2014, at**

**4:00 p.m.**

At the same time, you must also serve a copy of the objections or responses, if

any, upon the following: (i) co-counsel for the Reorganized Debtors, Adam Paul, Kirkland &

Ellis LLP, 300 North LaSalle, Chicago, IL  60654 (Fax number 312-862-2000), Roger Higgins,

The Law Offices of Roger Higgins, LLC, 1 North Bishop Street, Suite 14, Chicago, IL 60607

(Fax number 312-577-0737); and James E. O'Neill, Pachulski Stang Ziehl & Jones LLP, 919

North Market Street, 17th Floor, PO. Box 8705, Wilmington, DE  19899-8705 (Courier 19801)

(fax number 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors,

Michael Magzamen, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New

York  10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane,

Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware  19801-

1246 (fax number 302-657-4901); (iii) counsel to the Official Committee of Property Damage

Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union

Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida  33131 (fax

number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market

Street, Suite 904, P.O. Box 1351, Wilmington, Delaware  19899 (fax number 302-575-1714);

(iv) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire,

Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Marla Eskin, Esquire, Campbell & Levine, LLC, 222 Delaware Avenue, Suite 1620, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) the Office of the United States Trustee, Attn: Richard L. Schepacarter, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); (vii) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000); and (viii) co-counsel to the Official Committee of Equity Holders, Teresa K.D. Currier, Esquire, Saul Ewing, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, DE 19801.

*[Remainder of Page Intentionally Left Blank]*

A HEARING ON THE FINAL APPLICATION WILL BE HELD BEFORE THE

HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM

5, WILMINGTON, DELAWARE, 19801 ON **OCTOBER 14, 2014, AT 10:00 A.M.**

Dated:  April 30, 2014

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Reorganized Debtors