# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.,* | : | Case No. 01-01139 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

## REQUEST FOR REMOVAL FROM MAILING LIST

Please remove Francis J. Murphy from receiving ECF notifications in the above referenced bankruptcy case.

Dated: April 30, 2014                **MURPHY & LANDON**

/s/ Francis J. Murphy
Francis J. Murphy (DE Bar 223)
1011 Centre Road, Suite 200
Wilmington, DE 19805
Telephone: (302) 472-8100
Facsimile: (302) 472-8135
E-mail: fmurphy@msllaw.com