OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** W. R. Grace & Co.   **Bank:** See attached

**Bankruptcy Number:** 01-01139   **Account Number:** See attached

**Date of Confirmation:** January 31, 2011   **Account Type:** See attached

**Reporting Period (month/year):** March 2014

| Beginning Cash Balance: | $585,076,628 |
|---|---|

All receipts received by the debtor:

| Cash Sales: | $0 |
|---|---|

| Collection of Accounts Receivable: | $1,982,977,969 |
|---|---|

| Proceeds from Litigation (settlement or otherwise): | $0 |
|---|---|

| Sale of Debtor's Assets: | $0 |
|---|---|

| Capital Infusion pursuant to the Plan: | $0 |
|---|---|

| Total of cash received: | $1,982,977,969 |
|---|---|

| Total of cash available: | $2,568,054,597 |
|---|---|

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $1,340,585,118 |
|---|---|

| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $486,272 |
|---|---|

| All other disbursements made in the ordinary course: | $1,186,421,617 |
|---|---|

| Total Disbursements | $2,527,493,007 |
|---|---|

| Ending Cash Balance | $40,561,590 |
|---|---|

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/30/14    Hudson La Force III / Chief Financial Officer
Date       Name/Title

Debtor: 

Case Number: 01-01139

**Cash Flows Related to Emergence**
3/31/2014

| | | |
|---|---:|---:|
| Total payments per BMC | $ 1,334,612,097.85 | $ 1,334,612,097.85 |
| Unpaid - cash remaining per GL | (10,038,990.67) | |
| Acton - not paid | (2,634,972.79) | |
| Payments of debt - included in financing | (523,058,981.00) | |
| Payments not included in BMC | | |
|    VSPP payment | 26,720,408.70 | 26,720,408.70 |
|    deMaximus payment | 2,728,000.00 | |
|    Settlement checks from insolvent insurers | 12,207,556.00 | |
|    Fair Harbor settlement | 50,000.00 | |
| Less: reductions in AP due to emergence | (32,198,643.57) | |
| Cash out - in operating cash flow | 808,386,474.53 | |
| Insurance receivable | 500,000,000.00 | |
| Cash paid to resolve contingencies subject to Chapter 11 | 1,308,386,474.53 | |
| Accounts payable | 32,198,643.57 | |
| Chapter 11 emergence payments | $ 1,340,585,118.10 ✓ | |

**Chapter 11 expenses paid**    (in thousands)

| | |
|---|---:|
| Miscellaneous (i.e., travel) | $ 266.0 |
| Normal chapter 11 payments | 5,802.2 |
| Blackstone ($2.5m accrued at 12/31) | 2,574.3 |
| D&O Insurance | 786.0 |
| Bonuses | 6,092.2 |
| | $ 15,520.7 |

**Adjusted Free Cash Flow**

| | |
|---|---:|
| Cash flow used by operating activities | $ (1,252.3) |
| Capital expenditures | (40.1) |
| | (1,292.4) |
| Chapter 11 expenses paid | 15.5 |
| Chapter 11 emergence charges | 1,340.6 |
| Expenditures for asbestos-related environmental remed. | 1.8 |
| | $ 65.5 |

# Quarterly Summary Report

*Chart 1*

| | W. R. Grace & Co. - Conn | Remedium Group, Inc. | W.R. Grace & Co. | Darex Puerto Rico, Inc. | Kootenai Development Company | Gloucester New Communities Company, Inc. | Total |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ 583,347,851 | $ (52,304) | $ - | $ 1,723,764 | $ 56,816 | $ 500 | $ 585,076,628 |
| Total of cash received | $ 1,978,144,271 | $ 1,425,506 | $ 1,425,531 | $ 1,862,662 | $ 120,000 | $ - | $ 1,982,977,969 |
| Total Disbursements | $ 2,522,838,346 | $ 1,340,983 | $ 1,425,531 | $ 1,853,279 | $ 34,869 | $ - | $ 2,527,493,007 |
| Ending Cash Balance | $ 38,653,776 | $ 32,219 | $ - | $ 1,733,147 | $ 141,948 | $ 500 | $ 40,561,590 |

## W. R. Grace & Co. - Conn
## Schedule of Cash Receipts and Disbursements
## MOR-1
## March 2014

| | JP Morgan Chase Disbursement 9101013572 | Bank of America Lockbox 8188703107 | JP Morgan Chase Concentration 16001257 | Bank of America Lockbox 8188203114 | Banc of America Securities LLC 22330134 | Bank of America Payroll 2079900016741 | First Union Libby Medical 2079900065006 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 156,120 | $ (386,213) | $ 1,037,131 | $ 215,441,417 | $ 365,013,055 | $ - | $ 221,899 |
| RECEIPTS | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | (160,568) | | 687,458,313 | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | 50,124 | | 7,753,631 | | 14,076 | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | 2,000,000 | 639,693,121 | | 84,810,559 | |
| MISCELLANEOUS | | | | | | | |
| TOTAL RECEIPTS | 50,124 | (160,568) | 9,753,631 | 1,327,151,434 | 14,076 | 84,810,559 | - |
| DISBURSEMENTS | | | | | | | |
| PAYROLL | | | | | | 84,810,559 | |
| PAYROLL TAXES | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | 63,408 | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | 4,651,598 | 1,151,321,902 | | | 5,915 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 5,423,677 | 350,701,495 | 365,027,131 | | |
| MISCELLANEOUS | | | | | | | |
| TOTAL DISBURSEMENTS | 63,408 | - | 10,075,275 | 1,502,023,396 | 365,027,131 | 84,810,559 | 5,915 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (13,284) | (160,568) | (321,645) | (174,871,962) | (365,013,055) | - | (5,915) |
| CASH - END OF QUARTER | $ 142,836 | $ (546,781) | $ 715,486 | $ 40,569,456 | $ - | $ - | $ 215,984 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2014**

| | Bank of America Accts Payable 2079920005761 | Bank of America Accts payable 2079900005260 | Bank of America Lockbox 304616494 | First Union Petty Cash 2040000016900 | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125963172 |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ - | $ - | $ 500 | $ 401,093 | $ 820,930 |
| RECEIPTS | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | 270,460,381 | | - | 1,847,707 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | - |
| TRANSFERS IN - THIRD PARTIES | | | | | 3,574,672 | - |
| TRANSFERS IN - NONFILING ENTITIES | 2,884,934 | 10,965,848 | | | - | - |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 105,425,482 | 158,263,818 | | | - | - |
| MISCELLANEOUS | | | | | - | - |
| TOTAL RECEIPTS | 108,310,416 | 169,229,665 | 270,460,381 | - | 3,574,672 | 1,847,707 |
| DISBURSEMENTS | | | | | | |
| PAYROLL | | | | | - | - |
| PAYROLL TAXES | | | | | - | - |
| TRADE PAYABLES - THIRD PARTIES | 108,160,863 | 169,229,665 | | | - | - |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | - |
| TRANSFERS OUT - THIRD PARTIES | | | | | 3,449,174 | 1,854,116 |
| TRANSFERS OUT - NONFILING ENTITIES | 149,554 | | | | - | - |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 270,464,354 | | - | - |
| MISCELLANEOUS | | | | | - | - |
| TOTAL DISBURSEMENTS | 108,310,416 | 169,229,665 | 270,464,354 | - | 3,449,174 | 1,854,116 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | (3,973) | - | 125,498 | (6,409) |
| CASH - END OF QUARTER | $ - | $ - | $ (3,973) | $ 500 | $ 526,592 | $ 814,521 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

## W. R. Grace & Co. - Conn
## Schedule of Cash Receipts and Disbursements
## MOR-1
## March 2014

| | Banco Interam de Finanzas 7000107707 | HSBC Operating Acct 1128001 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ 4,761,120 | $ 867,145 | $ 4,750 | $ (4,991,097) | $ 583,347,851 | $ - |
| RECEIPTS | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | 3,045,553 | | | | 962,651,386 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | - | - | | | | - | |
| TRANSFERS IN - THIRD PARTIES | - | - | 56,621 | | | 11,449,123 | |
| TRANSFERS IN - NONFILING ENTITIES | - | - | | | | 13,850,782 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | - | | | | 990,192,980 | |
| MISCELLANEOUS | - | - | | | | - | |
| TOTAL RECEIPTS | - | 3,045,553 | 56,621 | - | - | 1,978,144,271 | - |
| DISBURSEMENTS | | | | | | | |
| PAYROLL | - | - | | | | 84,610,559 | |
| PAYROLL TAXES | - | - | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | - | 2,837,899 | | | | 280,291,834 | |
| TRADE PAYABLES - INTERCOMPANY | - | - | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | - | - | 867,145 | | | 1,162,149,849 | |
| TRANSFERS OUT - NONFILING ENTITIES | - | - | | | | 149,554 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | - | - | | | | 991,616,657 | |
| MISCELLANEOUS | - | - | | | 3,819,893 | 3,819,893 | |
| TOTAL DISBURSEMENTS | - | 2,837,899 | 867,145 | - | 3,819,893 | 2,522,638,346 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 207,655 | (810,524) | - | (3,819,893) | (544,894,075) | - |
| CASH - END OF QUARTER | $ - | $ 4,968,774 | $ 56,621 | $ 4,750 | $ (8,810,990) | $ 38,653,776 | $ - |

Note #1
Various payments are made by W. R. Grace & Co. - Conn on behalf of certain other debtor entities, generally and primarily those that are inactive and/or have no direct employees. Such expenditures are generally de minimis and could include professional fees, state registration fees, business license fees and certain taxes.

Remedium Group, Inc.
Schedule of Cash Receipts and Disbursements
MOR-1
March 2014

| | JP Morgan Chase Depository/Wire 323883842 | JP Morgan Chase Disbursement 601831985 | Other | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | $ (52,321) | $ 18 | $ (52,304) | $ - |
| RECEIPTS | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 1,425,506 | | 1,425,506 | |
| TOTAL RECEIPTS | - | 1,425,506 | - | 1,425,506 | - |
| DISBURSEMENTS | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 1,335,791 | 5,192 | 1,340,983 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | - | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | - | 1,335,791 | 5,192 | 1,340,983 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 89,715 | (5,192) | 84,523 | |
| CASH - END OF QUARTER | $ - | $ 37,394 | $ (5,175) | $ 32,219 | $ - |

Chart 1

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2014**

| | JP Morgan Chase Pass Through 323881963 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ - | - | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 1,425,531 | 1,425,531 | |
| TOTAL RECEIPTS | 1,425,531 | 1,425,531 | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | - | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 1,425,506 | 1,425,506 | |
| MISCELLANEOUS | 25 | 25 | |
| TOTAL DISBURSEMENTS | 1,425,531 | 1,425,531 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ - | $ - | $ - |

1 of 1

Chart 1

## Darex Puerto Rico, Inc.
## Schedule of Cash Receipts and Disbursements
## MOR-1
## March 2014

| | Citibank Operating Acct 300153011 | Petty Cash | Other | Cash-In-Transit | CURRENT MONTH ACTUAL | PROJECTED |
|---|---:|---:|---:|---:|---:|---:|
| CASH BEGINNING OF QUARTER | $ 1,723,764 | $ - | $ - | $ - | $ 1,723,764 | $ - |
| RECEIPTS | | | | | | |
| | | No Activity | No Activity | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 812,835 | | | | 812,835 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 1,049,826 | | | | 1,049,826 | |
| TOTAL RECEIPTS | 1,862,662 | - | - | - | 1,862,662 | - |
| DISBURSEMENTS | | | | | | |
| PAYROLL | | | | | - | |
| PAYROLL TAXES | | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | 803,452 | | | | 803,452 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 1,049,826 | | | | 1,049,826 | |
| MISCELLANEOUS | | | | | - | |
| TOTAL DISBURSEMENTS | 1,853,279 | - | - | - | 1,853,279 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 9,383 | - | - | - | 9,383 | - |
| CASH - END OF QUARTER | $ 1,733,147 | $ - | $ - | $ - | $ 1,733,147 | $ - |

Chart 1

**Grace International Holdings**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2014**

| | Grace International Holdings 323138524 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $   - | - | $   - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $   - | $   - | $   - |

Chart 1

| Kootenai Development Company<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>March 2014 | First National Bank of Montana 1049097 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 56,816 | 56,816 | $ - |
| **RECEIPTS** | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 120,000 | 120,000 | |
| TOTAL RECEIPTS | 120,000 | 120,000 | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | 34,869 | 34,869 | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 34,869 | 34,869 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 85,131 | 85,131 | - |
| CASH - END OF QUARTER | $ 141,948 | $ 141,948 | $ - |

Chart 1

**Gloucester New Communities Company, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**March 2014**

| | Cash On Hand | CURRENT QUARTER ACTUAL | CURRENT QUARTER PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF QUARTER | $ 500 | 500 | $ - |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF QUARTER | $ 500 | $ 500 | $ - |

| Name | Address | Description of Services Rendered | Total Amounts Paid For Three Months Ended March 31, 2014 | Total Amounts Paid Through March 31, 2014 |
|---|---|---|---|---|
| Adams & Adams | P.O. Box 1014 Pretoria South Africa | Patent Law | $ 1,583.90 | $ 17,827.27 |
| Allen Matkins | 515 S. Figueroa St. 9th Floor Los Angeles, CA 90071-3398 | Employment Litigation | $ - | $ 4,094.00 |
| American Appraisal Associates, Inc. | Bin 391 Milwaukee, WI 53288 | Valuation Services | $ - | $ 136,598.99 |
| Andrews Kurth LLP Inc. | 600 Travis Suite, 4200 Houston, TX 77002 | Employment Litigation | $ 6,997.15 | $ 330,260.41 |
| Anthony J. DeLaurentis, P.A. | 2001 Jefferson Davis Highway, Suite 211 Arlington, VA 22202 | Intellectual Property Law | $ 3,064.00 | $ 487,350.95 |
| Arent, Fox, Kinter, Plotkin, Kahn | 1050 Connecticut Ave. NW Washington, DC 20036 | Employment Litigation | $ 1,243.00 | $ 631,921.22 |
| Artale, Beverly J. | 3826 Sunflower Circle, Suite 001 Mitchellville, MD 20721 | Patent Law | $ - | $ 690,240.00 |
| Arthur Andersen LLP | 1345 Avenue of the Americas New York, NY 10105 | Human Resource Consulting | $ - | $ 166,291.00 |
| Baker & McKenzie | One Prudential Plaza 130 East Randolph Drive Chicago, IL 60601 | Tax Law | $ 26,435.27 | $ 820,197.47 |
| Baker Botts LLP | P.O. Box 201626 Houston, TX 77216-1626 | General Litigation | $ - | $ 2,196.75 |
| Ballard Spahr Andrews | 1735 Market Street, 51st Floor Phaildelphia, PA 19103-7599 | Patent Law | $ 986.00 | $ 160,520.92 |
| Banker Lopez Gassler, P.A. | 501 E. Kennedy Blvd., Suite 1500 Tampa, FL 33602 | General Litigation | $ - | $ 35,317.46 |
| Barnes & Thornburg | 1313 Merchants Bank Bldg 11 South Meridan Street Indianapolis, IN 46204 | Bodily Injury Litigation/Environmental Law | $ 1,513.60 | $ 12,701.16 |
| Bell Royes & Sanders, LPA | 33 South Grant Avenue Columbus, OH 43215-3900 | Employment Litigation | $ - | $ 165.00 |
| Berger, Davis & Singerman | 350 East Las Olas Blvd Suite 1000 Fort Lauderdale, FL 33301 | Intellectual Property Law | $ - | $ 814.03 |
| Bradley & Riley | PO Box 2804 Cedar Rapids, IA 52406-2804 | Environmental/Commercial Law | $ 72.00 | $ 3,758.56 |
| Brunini, Grantham, Grower & Hewes | 248 East Capital St Jackson, MS 39201 | Environmental Law | $ - | $ 976.00 |
| Bryan Cave | One Metropolitan Square 211 N Broadway, Suite 3600 Saint Louis, MO 63150-3089 | Bodily Injury Litigation/Corporate Real Estate | $ 684.61 | $ 11,286.00 |
| Cabinet Weinstein | 56 A, Rue du Faubourg Saint-Honore, Paris 75008 France | Intellectual Property Law | $ - | $ 88,965.35 |
| Cahill Gordon & Reindel | Eighty Pine St. New York, NY 10005 | Asbestos Litigation | $ - | $ 51,039.78 |
| Cambridge Environmental | 58 Charles Street, 3d Floor Cambridge, MA 02141 | Environmental | $ - | $ 178,983.46 |
| Cardwell Conner PC | 219 A East Washington St Greenville, SC 29601 | Environmental | $ - | $ 24,943.49 |
| Carr, Allison, Pugh, Howard, Oliver | 100 Vestavia Parkway Birmingham, AL 35216 | Asbestos Litigation | $ - | $ 44,443.30 |
| Carvin & Delaney LLP | 44 Adams Street Braintree, MA 02184 | Real Estate Law | $ - | $ 5,477.50 |
| CGA Law Firm | 135 N. Gerrge Street York, PA 17401-1132 | General Litigation | $ - | $ 18,107.05 |
| Connell Foley & Geiser | 85 Livingston Ave. Roseland, NJ 07068 | Bodily Injury Litigation | $ - | $ 44,773.04 |
| Copeland, Cook, Taylor & Bush | 200 Concource Suite 200 Ridgeland, MS 39157 | General Litigation | $ - | $ 480.50 |
| Covington & Burling | 1201 Pennsylvania Avenue, NW Washington, DC 20004-2401 | International Trade Law | $ - | $ 84,998.68 |
| Cowles & Thompson | 901 Main Street, Suite 4000 Dallas, TX 75202-3793 | Bodily Injury Litigation | $ - | $ 2,032.98 |
| Crady, Jewett & McCulley, LLP (Snow Fogel Spence, LLP) | 1400 Two Houston Center 909 Fannin Houston, TX 77010-1006 | General Litigation | $ - | $ 338,145.00 |
| Craig Jameson | 305 Middle Road Brentwood, NH 03833 | General Litigation | $ - | $ 530.68 |
| Cummings & Lockwood | 3001 Tamiami Trail North Naples, FL 33941-3032 | Corporate Representation | $ - | $ 1,227,130.87 |
| D'Agostine, Levine, Parra & Netburn, P.C. | 268 Main Street P.O. Box 2223 Acton, MA 01720-6223 | Real Estate Law | $ - | $ 375,836.15 |
| David Junkin | 15401 Ranch Road 12, Ste. 105 Waverly, TX 78676 | General Litigation | $ - | $ 232.42 |
| Davis, Graham & Stubbs | 370 Seventeenth Street Suite 4700 Denver, CO 80201-0185 | Corporate Law | $ 133,958.48 | $ 292,932.10 |
| Debandt, Van Hecke, Lacke & Loesch | Rue Bredorode 13b-1000 Brussels, 1000 Belgium | General Litigation | $ - | $ 15,388.42 |
| Del Sole & Del Sole LLP | 46 South Whittlesey Ave New Haven, CT 06492 | General Litigation | $ - | $ 9,762.54 |
| Deutsch Levy & Engel Chartered | 225 West Washington Street Chicago, IL 60606 | Corporate Law | $ - | $ 152,303.35 |
| Dickstein, Shapiro, & Morin | 1177 Avenue of the Americas New York, NY 10036 | Insurance Law | $ - | $ 227,914.88 |
| Dorsey & Whitney LLP | P.O. Box 1680 Minneapolis, MN 55480-1680 | Asbestos Law | $ - | $ 41,813.68 |
| Dow Lohnes PLLC | 1200 New Hampshire Avenue N.W. Washington DC 20036 | Legal Services | $ - | $ - |

| Name | Address | Description of Services Rendered | Total Amounts Paid For Three Months Ended March 31, 2014 | Total Amounts Paid Through March 31, 2014 |
|---|---|---|---|---|
| Ernst & Young LLP | P.O. Box 5980 New York, NY 10087-5980 | Tax Advisory Services | $ - | $ 5,285,966.49* |
| Farallon Law Group | 459 Fulton Street, Suite 102 San Francisco, CA | Corporate Law | $ - | $ 111,059.87 |
| Finnegan, Henderson, Farabow, Garrett & Dunner | 1300 I Street, N. W. Washington, D.C. 2005-3315 | Intellectual Property Law | $ - | $ 132,865.71 |
| Flemming Zulack & Williamson | One Liberty Plaza New York, NY 10006-1404 | Bodily Injury Litigation | $ - | $ 419,105.39 |
| Foley Mansfield | 4770 Biscayne Boulevard Suite 1000 Miami, FL 33137 | Employment Law Environmental Law | $ 36,098.59 | $ 252,775.22 |
| Foss, Bowe & San Filippo | 225 Broad St. Red Bank, NJ 07701 | Real Estate Litigation | $ - | $ 67,942.59 |
| Foster Swift Collins & Smith | 313 S. Washington Square Lansing, MI 48933-2193 | Environmental Law | $ - | $ 4,748.83 |
| Fowler, Howard & Reid, PLLC | 2450 Hollywood Blvd. Ste 302 Hollywood, FL 33020 | Tax Consulting Services | $ - | $ - |
| Frilot, Partridge, Kohnke & Clements, P.C. | 1100 Poydras Street New Orleans, LA 70163-3600 | Employment Litigation | $ - | $ 327.50 |
| Frost Brown Todd LLC | PO Box 70087 Louisville, KY 40270-0087 | Employment Law | $ - | $ 18,179.25 |
| Gannon, James P., Attorney at Law | 326 West State Street Media, PA 19063-0902 | General Litigation | $ - | $ 2,764.50 |
| Garlington Lohn & Robinson | 199 West Pine Missoula, MT 59807-7909 | Libby, Montana Counsel | $ 270.00 | $ 166,245.05 |
| Gaucher & Associates | P. O. Box 30995 Walnut Creek, CA 94598 | Employment Law | $ - | $ 158,925.43 |
| Goins, Underkofler, Crawford & Langdon | 3300 Thanksgiving Tower 1601 Elm Street Dallas, TX 75201 | Real Estate Law | $ - | $ 248.92 |
| Gonzalez Calvillo, S.C | Montes Urales No 632 Piso 3 Lomas De Chapultepec, Mexico 11000 | Intellectual Property Law | $ - | $ 5,353.83 |
| Goodrich, Riquelem Y Asoclados | PO Box 973727 Dallas, TX 75397-3727 | General Litigation | $ - | $ 49,042.75 |
| Gordan, Arata, McCollam, Duplantis & Eagan, L.L.P. | 201 St. Charles Avenue 40th Floor New Orleans, LA 70170-0001 | Commercial Litigation | $ - | $ 104,973.29 |
| Gordon & Rees | Embarcadero Center West 275 Battery St, 20th Fl San Francisco, CA 94111 | Bodily Injury Litigation | $ 188.00 | $ 226,135.62 |
| Goulston and Storrs | 400 Atlantic Avenue Boston, MA 02110-3333 | Real Estate Law | $ - | $ 73,931.63 |
| Grant Thornton | 2700 South Commerce Parkway Suite 300 Weston, FL 33331 | Tax Accounting | $ - | $ 63,453.75 |
| Greenbaum Doll & McDonald PLLC | Section 469 Louisville, KY 40289 | Environmental Law | $ - | $ 98,121.98 |
| Greenberg, Glusker, Fields, Claman | 1900 Ave of Stars, #2000 Los Angeles, CA 90067 | Business Litigation | $ - | $ 127,610.48 |
| Gunster, Yoakley, Valdes-Favli & Stewart P.A. | 777 South Flager Dr, Suite 500 West Palm Beach, FL 33401 | Corporate Law | $ - | $ 24,169.63 |
| Hahn Loeser & Parks | 200 Public Square Cleveland, OH 44114-2301 | Bodily Injury Litigation | $ 232.79 | $ 4,726.78 |
| Hamilton, Brook, Smith & Reynolds, P.C. | Two Militia Drive Lexington, MA 02173 | Patent/Trademark Law | $ - | $ 78,439.86 |
| Hancock & Estabrook, LLP | 1500 Mony Tower I Syracuse, NY 132221-4976 | Arbitration | $ - | $ 2,219.62 |
| Heinrich Gordon Batchelder | 500 East Broward Blvd., Suite 1000 Fort Lauderdale, FL 33394-3092 | General Tax Law | $ - | $ 32,830.15 |
| Hinckley, Allen & Snyder LLP | 1500 Fleet Center Providence, RI 02903 | Employment Law | $ 51.13 | $ 9,004.19 |
| Hodge & Dwyer & Zeman | P.O. Box 5778 Springfield, IL 62705-5776 | Environmental Law | $ 13,074.28 | $ 192,310.03 |
| Holland & Knight | P.O. Box 32092 Lakeland, FL 33802-2092 | Florida Tax Matters | $ 26,208.00 | $ 202,272.66 |
| Horwood Marcus & Berk | 180 North LaSalle Street Chicago, IL 60651 | Tax Law | $ - | $ 5,128.75 |
| Howard J. Coffee RE Inc. | 100 Conshohogken Road, Suite 206 Conshohogken, PA 19428 | Real Estate Law | $ - | $ 50,497.55 |
| Howard & Howard | 1400 North Woodward Avenue Bloomfield Hills, MI 48304-2856 | Environmental Law | $ - | $ 1,738.50 |
| Howrey Simon Arnold & White | 1299 Pennsylvania Avenue, NW Washington DC 20004-2402 | Environmental Law | $ - | $ 219,518.85 |

*On July 10, 2008, the Court entered an order lifting the $1,600,000 total OCP expenditure cap for Ernst & Young LLP.

| Name | Address | Description of Services Rendered | Total Amounts Paid For Three Months Ended March 31, 2014 | Total Amounts Paid Through March 31, 2014 |
|---|---|---|---|---|
| J. Maxwell Williams, (The Hayden Law Firm) | 7242 Neshoba Circle Germantown, TN | Arbitration | $ - | $ 1,217.00 |
| Jacobberger, Micallef & Assoc., P.A. | 2720 Maplewood Drive Maplewood, MN 55109 | Bodily Injury Litigation | $ - | $ 2,520.00 |
| JM Posner | 2333 North State Road 7, Suite B Margate, FL 33063 | Insurance Consultant | $ 41,250.00 | $ 1,489,650.04 |
| Jones, Tete, Nolen, Hanchey, Swift, Spears & Fonti, LLP | 1135 Lakeshore Drive Lake Charles, LA 70601 | Employment Law | $ 1,375.00 | $ 205,824.88 |
| Kalin, Diane | 167 Pope Road Acton, MA 01720 | General Litigation | $ - | $ 63,712.50 |
| Keefer Wood Allen & Rahal | 210 Walnut Street Harrisburg, PA 17108-1963 | Tax Law | $ - | $ 30,438.84 |
| Keller & Heckman | 1001 G Street, NW Suite 500 West Washington, DC 20001 | Environmental Law | $ 3,356.00 | $ 365,524.69 |
| Kingston & Hodnet | One McKinley Square Boston, MA 02109 | Employment Law | $ - | $ 10,008.08 |
| Kollman & Saucier, P.A. | 1823 York Road Timonium, Maryland 21093-5119 | General Matter | $ - | $ 32,203.90 |

| Name | Address | Description of Services Rendered | Total Amounts Paid For Three Months Ended March 31, 2014 | Total Amounts Paid Through March 31, 2014 |
|---|---|---|---|---|
| Lahive & Cockfield | 28 State Street<br>Boston, MA 02109 | Intellectual Property Law | $ - | $ 110,412.28 |
| Lavery, de Billy & Associates | 925 Chemin St-Louis<br>Bureau 500<br>Quebec PQ G1S1C1<br>Canada | Commercial Litigation | $ - | $ 6,585.77 |
| Lerner, David, Littenberg, Krumholz & Mentlik, LLP | 600 South Avenue West<br>Westfield, NJ 07090 | Legal Services | $ - | $ 307,816.17 |
| Lewis and Roca LLP | 40 N Central Ave<br>Suite 1900<br>Phoenix, AZ 85004 | Intellectual Property Law | $ - | $ 35,550.12 |
| Liedekerke-Wolters-Waelbroeck & Kirkpatrick | Boulevard De L'Empereur 3<br>Bruxelles | Tax law/divested businesses | $ 23,538.94 | $ 986,444.25 |
| Lockridge Grindal Naulen, PLLP | 100 Washington Ave South, Suite 2200<br>Minneapolis, MN 55401-2179 | Property Damage Claims | $ 6,502.51 | $ 230,190.58 |
| Loyens Loeff | P.O. Box 71170<br>1008 BD Amsterdam | Corporate Law | $ - | $ 14,311.32 |
| Lynch, Daskal, Emery | 264 West 40Th Street<br>New York, NY 10018 | Product Liability Litigation | $ 20,731.85 | $ 238,955.66 |
| MacPherson, Leslie & Tyerman | 1500-1874 Scarth Street<br>Regina, Saskatchewan 24P 4E9<br>Canada | Employment Litigation | $ - | $ 708.11 |
| MAQS Law Firm | Ostra Hamngatan 24, Box 11918<br>SE-404 39 Gothenburg, Sweden | General Litigation | $ - | $ 12,692.53 |
| Mathews, Dinsdale & Clark Barristers & Solicitors | One Queen Street East, Suite 2500<br>Toronto, Ontario M5C 2Z1 | Employment Litigation | $ - | $ 73,448.21 |
| McConnell Valdes | 270 Munoz Rivera Avenue<br>San Juan, PR 00918 | Employment Litigation | $ - | $ 30,109.16 |
| McDermott, Will & Emery | 1850 K Street, N.W.<br>Washington, DC 20006-2296 | Environmental Law | $ - | $ 151,263.70 |
| McGuire Woods Battle & Battle | Army and Navy Club Building<br>1627 Eye Street, N.W.<br>Washington, DC 20006 | General Litigation | $ - | $ 1,272.90 |
| McKenna Long & Aldridge, LLP | 1900 K Street NW<br>Washington, DC 20006-1108 | General Litigation | $ - | $ 27,397.10 |
| McKinney Stringer & Webster, P.C. | 101 North Robinson, Suite 1300<br>Oklahoma City, OK 73102 | General Litigation | $ - | $ 2,370.75 |
| McNair Law Firm, P.A. | 7 North Laurens Street, Suite 600<br>Greenville, SC 29601 | Environmental Law | $ - | $ 104,045.48 |
| Melville & Sowerby | 2940 South 25th Street<br>Fort Pierce, FL 34981-5605 | Environmental Law | $ - | $ 1,115.63 |
| Michael B. Cohan (Blackacre Services Group) | 17 Old Conant Road,<br>Lincoln, MA 01773 | Corporate Consulting | $ 2,585.33 | $ 288,208.99 |
| Miles & Stockbridge P.C. | 10 Light Street<br>Baltimore, MD 21202 | Environmental Law | $ - | $ - |
| Miller Martin PLLC | 832 Gerrgia Avenue, Suite 1000<br>Chattanooga, TN 37402-2289 | Environmental Law | $ 809.00 | $ 59,868.98 |
| Miller Thomson Pouliot | 1155 René-Lévesque Blvd. West<br>Montréal, QC H3B 3S6 | Environmental Law | $ - | $ 2,893.82 |
| Minter Ellison | PO BOX 769G<br>Melbourne, Victoria AC3001<br>Australia | Corporate Law/Foreign Acquisitions | $ - | $ 20,317.69 |
| Mintz, Levin, Cohn, Ferris, and Glovsky | One Financial Center<br>Boston, MA 02111 | Employment Litigation | $ - | $ 154,293.25 |
| Morgan, Lewis, & Bockius LLP | 1701 Market Street<br>Philadelphia, PA 19103 | Employment Litigation | $ - | $ 381,197.74 |
| Nields Lemack & Dingman | 176 East Main Street, Suite 8<br>Westborough, MA 01581 | Intellectual Property Law | $ - | $ 231,650.00 |
| Oertel Hoffman Fernandez & Cole, P.A. | P O Box 1110<br>Tallahassee, FL 32302-1110 | Environmental Law | $ - | $ 89,521.60 |
| Ogletree Deakins Nash Smoak & Stewart | PO Box 2757<br>Greenville, SC 29602 | Bodily Injury Litigation/Employee Benefit Law | $ 10,516.68 | $ 41,859.08 |
| O'Hagan, Smith & Amundsen, LLC | 150 N. Michigan Avenue, Suite 3300<br>Chicago, IL 60601 | Bodily Injury Litigation | $ - | $ 15,440.15 |
| Patton Boggs LLP | 2550 M Street, NW<br>Washington, DC 20037-1350 | Lobbyist | $ - | $ 287,767.48 |
| Pepper Hamilton LLP | 1235 Westlakes Drive<br>Berwyn, PA 19312 | General Litigation | $ - | $ 104,164.77 |
| Phillips Lytle Hitchcock Blaine & Huber LLP | 3400 HSBC Center<br>Buffalo, NY 14203 | Environmental Law | $ 86,537.39 | $ 682,111.20 |
| Piper Marbury Rudnick & Wolfe LLP | 6225 Smith Ave<br>Baltimore, MD 21209-3600 | Environmental Law | $ - | $ 4,500.00 |
| Plauche Smith and Nieset | 1123 Pithon Street<br>Lake Charles, LA 70602 | Bodily Injury Litigation | $ - | $ 14,968.23 |
| Potter Anderson & Corroon, LLP | East Bridge At Riverplace | Corporate Law | $ - | $ 15,696.32 |
| Proskauer Rose LLP | 1585 Broadway<br>New York, NY 10036 | General Labor Law | $ - | $ 23,556.63 |
| Quigley, O'Connor and Carnathan | 20 Custom House Street, Suite 1040<br>Boston, MA 02110 | Employment Litigation | $ - | $ 11,876.98 |
| Quisumbing Torres | 12th Floor, Net One Center<br>26th Street Corner 3rd Avenue<br>Taguig City, Philippines 1634 | Legal Services | $ - | $ 561.00 |
| Remmes, Richard G., Attorney | 115 Woolford Road<br>Wrentham, MA 02093 | Employment Law | $ - | $ 24,538.40 |
| Richards, Layton & Finger, P.A. | 920 N. King Street<br>Wilmington, DE 19801 | Legal Services | $ - | $ - |
| Riddlesperger, Anthony G. | 15 Grovenor Court<br>Dallas, TX 75225 | Environmental Law | $ - | $ 600,897.21 |
| Robin Law P.A. | 1123 S. 21st Avenue, Suite 2<br>Hollywood, Florida 33020 | Legal Services | $ - | $ - |
| Roe Cassidy Coates & Price, P.A. | PO Box 10529<br>Greenville, SC 29603 | Civil Litigation | $ - | $ 54,471.58 |

| Name | Address | Description of Services Rendered | Total Amounts Paid For Three Months Ended March 31, 2014 | Total Amounts Paid Through March 31, 2014 |
|---|---|---|---|---|
| Rosenberg, Martin, Funk, Greenberg | 25 South Charles Street, Suite 2115 Baltimore, Maryland 21201 | Environmental Law | $ - | $ 29,475.71 |
| Rubin and Rudman LLP | 50 Rowes Wharf Boston, MA 02110 | General Litigation | $ - | $ 87,599.18 |
| Sandler, Travis & Rosenberg, P.A. | P.O. Box 523304 Miami, FL 33102 | General Litigation | $ - | $ 4,538.44 |
| Schauer & Simank | 615 North Upper Broadway, Suite 2000 Corpus Christi, TX 78477 | General Litigation | $ - | $ 451.12 |
| Seeler, Marcia D., Esquire | PO Box 3154 Wellfleet, MA 02667 | General Litigation | $ - | $ 369,021.64 |
| Senn Visciano canges P.C. | 1801 California Street, Suite 4300 Denver, CO 80202 | Legal Services | $ - | $ - |
| Seyfarth Shaw Fairweather & Geraldson | 55 East Monroe St, Suite 4200 Chicago, IL 60603-5803 | Employment Litigation | $ 22,538.00 | $ 814,306.98 |
| Shapiro Forman Allen & Miller, LLC | 380 Madison Avenue New York, NY 10017 | Legal Services | $ - | $ 7,196.61 |
| Sherin & Lodgen LLP | 100 Summer Street Boston, MA 02110 | Environmental Law | $ 1,278.64 | $ 354,660.85 |
| Sidley & Austin | 1722 Eye Street, NW Washington, DC 20006 | Environmental Law | $ - | $ 7,705.46 |
| Spencer Fane Britt & Browne | Suite 1400 Kansas City, MO 64106 | Environmental Law | $ - | $ 64,184.25 |
| SC&H Consulting (Stout, Casey) | P.O. Box 64271 Baltimore, MD 21264 | General Tax Law | $ 8,169.07 | $ 1,661,285.99 |
| Sterns & Weinroth | P.O. Box 1298 Trenton, NJ 08607-1298 | Environmental Law | $ - | $ 158,447.09 |
| Stone Pigman Walther Wittman & Hutchinson LLC | 546 Carondelet Street New Orleans, LA 70130-3588 | Legal Services | $ - | $ 43,060.96 |
| Storslee Law Firm, P.C. | 1802 Allison Drive Bismarck, ND 58501 | Legal Services | $ 813.24 | $ 9,288.25 |
| Strasburger & Price | 901 Main Street Suite 4300 Dallas, TX 75250 | Legal Services | $ - | $ 6,335.46 |
| Taft, Stettinius & Hollister, LLP | 425 Walnut Street Cincinnati, OH 45202-3957 | Employment Litigation | $ - | $ 4,254.29 |
| Thomas A. Baker P.A. | Baltimore, MD 21201 | Legal Services | $ 610.00 | $ 113,492.41 |
| Thomson & Thomson | PO Box 71892 Chicago, IL 60694-1892 | Intellectual Property Law | $ - | $ 33.50 |
| Timothy Cremin | 3140 St. James Drive Boca Raton, FL 33434 | Tax Consultant | $ - | $ 12,339.00 |
| Troffkin, Howard J., Esquire | 7808 Ivymont Terrace Potomac, MD 20854 | Intellectual Property Law | $ 3,000.00 | $ 430,680.91 |
| Tyler Cooper & Alcorn, LLP | 555 Long Wharf Dr. 8th Floor PO Box 1936 New Haven, CT 06509-0906 | Legal Services | $ - | $ - |
| Vertlieb, Anderson | 835 Granvilles Street # 200 Vancouver, BC, Canada V6Z 1K7 | Employment Law | $ - | $ 606.55 |
| Verusio E. Cosmelli Studio Legal | Foro Traiano 1-A 00187 Roma, Italy 00187 | Legal Services | $ - | $ 33,029.97 |
| Vinson & Elkins | 3500 First City Tower 1001 Fannin Suite 2300 Houston, TX 77002-6760 | Environmental Law | $ - | $ 8,989.16 |
| Waller Lansden Dortch & Davis | P. O. Box 198966 Nashville, TN 37219-8966 | Corporate Law | $ - | $ 83,330.34 |
| Watson Wyatt | 191 North Wacker Drive Chicago, IL 60606 | Compensation Consulting | $ - | $ 206,309.00 |
| Webber Wentzel | 10 Fricker Road, Illovo Boulevard, Republic of South Africa | Legal Services Acquisition | $ - | $ - |
| Weil, Gotshal & Manges | 767 Fifth Avenue New York, NY 10153-0119 | Environmental Law/Tax Law | $ - | $ 261,609.49 |
| Westerman, Hattori, Daniels & Adrian, LLP | 1250 Connecticut Ave, NW, Suite 700 Washington, DC 20036 | Intellectual Property Services | $ - | $ - |
| White & Case | 1155 Avenue of the Americas New York, NY 10036-2787 | Environmental Law | $ - | $ 67,989.96 |
| Wilmer Cutler Pickering Hale and Dorr | P.O. Box 7247-8760 Philadelphia, PA 19170-8760 | Coporate Law | $ - | $ 2,381.00 |
| Womble Carlyle Sandridge and Rice, LLP | 550 South Main Street, Suite 400, Greenville, SC 29601 | Real Estate Law | $ - | $ - |
| Woolf, McClane, Bright & Allen | 900 Riverview Tower 900 South Gay Street Knoxville, TN 37902 | Bodily Injury Litigation | $ - | $ 18,880.43 |
| Wyatt, Tarrant & Combs | Citizens Plaza Louisville, KY 40202 | Employment Law | $ - | $ 9,730.46 |
| Wyche, Burgess, Freeman & Parham, P.A. | 44 East Camperdown Way Greenville, SC 29602 | Legal Services | $ - | $ 28,315.18 |
| Zuleta Suarez Araque, Et Al | Carrera 11 NO.82-01 Of. 902 Bogota, D.C. Colombia | Legal Services | $ - | $ 16,852.20 |

486,272.45 ✓

On November 21, 2011, the Bankruptcy Court entered its *Modified Order: (I) Approving Agreement; (II) Authorizing, but not Directing, the Debtors to Merge Certain Non-Operating Debtor Subsidiaries into W. R. Grace & Co.-Conn.; (III) Expunging Certain Active Claims, Conditionally Expunged Claims and Intercompany Claims; and (IV) Transferring Certain Active and Intercompany Claims to W. R. Grace & Co.-Conn.* [Docket No. 28007] (the "Merger Order"), which permitted the Debtors to merge the below 45 non-operating subsidiaries (the "Merged Subsidiaries").

On March 14, 2014 the Bankruptcy Court entered its Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Removing Certain of the Chapter 11 Cases from the Joint Administration Order, and (C) Waiving the Requirement That the Reorganized Debtors File a Final Report for the Merged Subsidiaries [Docket No. 31880].

The 45 Merged Subsidiaries and their case numbers are listed below. Pursuant to paragraph 15 of the Merger Order, Grace-Conn. shall perform on behalf of the Merged Subsidiaries any and all acts the Plan requires the Merged Subsidiaries to perform, and assumes all obligations of the Merged Subsidiaries under the Plan. The Merged Subsidiaries have no independent corporate existence, no businesses to operate, no assets, no Claims against them, and no obligations under the Plan. The Merged Subsidiaries made no disbursements during the period applicable to this Report, and therefore no fees are due to the U.S. Trustee on account of the Merged Subsidiaries.

A-1 Bit & Tool Co., Inc. (01-01141 (KJC))

Alewife Boston Ltd. (01-01142 (KJC))

Alewife Land Corporation (01-01143 (KJC))

Amicon, Inc. (01-01144 (KJC))

CB Biomedical, Inc. (01-01145 (KJC))

CCHP, Inc. (01-01146 (KJC))

Coalgrace, Inc. (01-01147 (KJC))

Coalgrace II, Inc. (01-01148 (KJC))

Creative Food 'N Fun Company (01-01149 (KJC))

Del Taco Restaurants, Inc. (01-01151 (KJC))

Ecarg, Inc. (01-01153 (KJC))

Five Alewife Boston Ltd. (01-01154 (KJC))

G C Limited Partners I, Inc. (01-01155 (KJC))

G C Management, Inc. (01-01156 (KJC))

KE 31383898

GEC Management Corporation (01-01157 (KJC))

GN Holdings, Inc. (01-01158 (KJC))

GPC Thomasville Corp. (01-01159 (KJC))

Grace A-B Inc. (01-01161 (KJC))

Grace A-B II Inc. (01-01162 (KJC))

Grace Culinary Systems, Inc. (01-01164 (KJC))

Grace Drilling Company (01-01165 (KJC))

Grace Environment, Inc. (01-01167 (KJC))

Grace H-G Inc. (01-01169 (KJC))

Grace H-G II Inc. (01-01170 (KJC))

Grace Hotel Services Corporation (01-01171 (KJC))

Grace Offshore Company (01-01173 (KJC))

Grace Petroleum Libya Incorporated (01-01175 (KJC))

Grace Tarpon Investors, Inc. (01-01176 (KJC))

Grace Ventures Corp. (01-01177 (KJC))

Grace Washington, Inc. (01-01178 (KJC))

Gracoal, Inc. (01-01181 (KJC))

Gracoal II, Inc. (01-01182 (KJC))

Homco International, Inc. (01-01185 (KJC))

L B Realty, Inc. (01-01187 (KJC))

Litigation Management, Inc. (01-01188 (KJC))

Monolith Enterprises, Incorporated (01-01189 (KJC))

Monroe Street, Inc. (01-01190 (KJC))

MRA Holdings Corp. (01-01191 (KJC))

MRA Intermedco, Inc. (01-01192 (KJC))

MRA Staffing Systems, Inc. (01-01193 (KJC))

Southern Oil, Resin & Fiberglass, Inc. (01-01195 (KJC))

Axial Basin Ranch Company (01-01197 (KJC))

CC Partners (01-01198 (KJC))

Hayden-Gulch West Coal Company (01-01199 (KJC))

H-G Coal Company (01-01200 (KJC)).