IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. ~~13-11483 (CSS)~~ 01-01139-KJC |
| | ) | |
| Debtors. | ) | Jointly Administered |

## RENEWED NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Cases, the "***Bankruptcy Code***") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the law firm of Edwards Wildman Palmer LLP hereby enters its appearance in the above-captioned bankruptcy cases (the "***Bankruptcy Cases***") as counsel for Continental Casualty Company, Transportation Insurance Company, CNA ClaimPlus, Inc., as successor in interest to RSKCo Services, Inc. f/k/a Transcontinental Technical Services, Inc., and any of their affiliates that are parties to the relevant policies and agreements with the Debtors (individually or collectively, the "***CNA Companies***" or "***CNA***").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases.

---

[1] The Reorganized Debtors comprise the following entities: W.R. Grace & Co., W.R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdins, Inc., Grace PAR Corporation, W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation.

AM 32432247. 1

1

Jonathan W. Young  
Michael B. Kind  
Edwards Wildman Palmer LLP  
225 West Wacker Drive  
Chicago, Illinois 60606-1229  
Telephone: (312) 201-2662  
Facsimile: (855) 595-1190  
jyoung@edwardswildman.com  
mkind@edwardswildman.com  

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive: (a) the right of CNA to have final orders in non-core matters entered only after de novo review by a federal district court judge; (b) the right of CNA thereof to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretionary withdrawal; (c) the right of CNA thereof to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which CNA is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 30, 2014  
       Wilmington, Delaware

**EDWARDS WILDMAN PALMER LLP**

*/s/ Michael B. Kind*

Jonathan W. Young  
Michael B. Kind  
225 West Wacker Drive, Suite 3000  
Chicago, IL 60606  
Telephone: (312) 201-2662  
Facsimile: (855) 595-1190  
jyoung@edwardswildman.com  
mkind@edwardswildman.com

*Attorneys for Continental Casualty Company, Transportation Insurance Company, CNA ClaimPlus, Inc., as successor in interest to RSKCo Services, Inc. f/k/a Transcontinental Technical Services, Inc.*

## CERTIFICATE OF SERVICE

I, Michael B. Kind, an attorney, hereby certify that on April 30, 2014, I caused a true and correct copy of the foregoing *Renewed Notice of Appearance and Demand for Notices and Papers* to be served on the parties listed below via U.S. Mail.

*/s/ Michael B. Kind*

Office of the United States Trustee for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, Delaware 19801
Attn.: Richard Schepecarter

Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Attn: Adam Paul

The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Ste. 14
Chicago, IL 60607
Attn: Roger J. Higgins

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Attn: James E. O'Neill

Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Michael Magzamen

Duane Morris & Heckscher LLP
222 Delaware Avenue, Ste. 1600
Wilmington, DE 19801
Attn: Michael Lastowski

Bilzin Sumberg Baena Price & Axelrod
1450 Brickell Avenue, Ste. 2300
Miami, FL 33131
Attn: Scott Baena

AM 32432247. 1                               4

Ferry & Joseph PA
824 Market Street, Ste. 904
Wilmington, DE 19801
Attn: Michael B. Joseph

Caplin & Drysdale Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Attn: Elihu Inselbuch

Campbell & Levine LLC
222 Delaware Avenue, Ste. 1620
Wilmington, DE 19801
Attn: Marla Eskin

Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Attn: Thomas M. Mayer

Saul Ewing LLP
222 Delaware Avenue, 14th Floor
Wilmington, DE 19801
Attn: Teresa K. D. Currier

Orrick Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Attn: Richard H. Wyron

Phillips Goldman & Spence PA
1200 North Broom Street
Wilmington, DE 19806
Attn: John C. Phillips

Sietz Van Ogtrop & Green PA
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Attn: Karl Hill

Law Office of Alan B. Rich
1201 Elm Street, Ste. 4244
Dallas, TX 75270
Attn: Alan B. Rich

AM 32432247. 1                                    5