IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) **Chapter 11** |
| | ) |
| W. R. Grace & Co., et al., | ) **Case No. 01-01139 (KJC)** |
| | ) |
| | ) **(Jointly Administered)** |
| Debtors. | ) |
| | ) Objection Deadline: May 21, 2014 at 4:00 p.m. |
| | ) |

**FINAL FEE APPLICATION OF**
**WACHTELL, LIPTON, ROSEN & KATZ**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES AS**
**SPECIAL CORPORATE COUNSEL TO THE DEBTORS**
**FOR THE PERIOD FROM APRIL 2, 2001 THROUGH MARCH 31, 2003**

| | |
|---|---|
| Name of Applicant: | Wachtell, Lipton, Rosen & Katz |
| Authorized to Provide Professional Services to: | The above captioned debtors and debtors in possession |
| Date of Retention: | May 3, 2001 (*nunc pro tunc* to April 2, 2001) |
| Period for which compensation and reimbursement is sought: | April 2, 2001 through March 31, 2003 (no interim or monthly compensation for subsequent periods is sought) |
| Amount of Compensation sought as actual, reasonable and necessary: | $186,846.25 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $25,864.16 |

The total time expended for fee application preparation is approximately 14 hours and the corresponding compensation requested is approximately $3,006.25 (included in the foregoing Compensation total)

This is an:  _____ Interim    __X__ Final Application

**PRIOR APPLICATIONS FILED**

| Date Application Filed; Docket Num. | Period Covered | Fees Requested | Expenses Requested | Fees Allowed and Paid on Interim Basis | Expenses Allowed and Paid on Interim Basis |
|---|---|---|---|---|---|
| November 19, 2002 # 3031 | April 2, 2001 – September 30, 2002 | $147,341.50 | $24,879.53 | $145,541.50 | $24,060.64[1] |
| April 11, 2003 # 3655 | October 1, 2002 – October 31, 2002 | $1,775.00 | $87.60 | $1,775.00 | $87.60 |
| April 11, 2003 # 3656 | November 1, 2002 – November 30, 2002 | $15,011.25 | $251.91 | $15,011.25 | $251.91 |
| April 11, 2003 # 3657 | December 1, 2002 – December 31, 2002 | $19,270.50 | $771.14 | $19,270.50 | $771.14 |
| April 11, 2003 # 3658 | January 1, 2003 – January 31, 2003 | $743.75 | $61.13 | $743.75 | $61.13 |
| May 9, 2003 # 3764 | March 1, 2003 – March 31, 2003 | $4,504.25 | $631.74 | $4,504.25 | $631.74 |
| Totals | | $188,646.25 | $26,683.05 | **$186,846.25** | **$25,864.16** |

---

[1] The amount paid was $0.40 less than the amount allowed.

## SUMMARY OF FEES ALLOWED FOR BILLING PERIOD[2]

| Name of Professional or Paraprofessional Person | Position with the Applicant at Time Services Were Rendered; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Bernard W. Nussbaum | Litigation Partner since 1968[3]/admitted to Bar in 1962 | $800 | 7.00 | $5,600.00 |
| Peter C. Canellos | Tax Partner since 1977/ admitted to Bar in 1967 | $750 | 4.30 | $3,225.00 |
| Robert B. Mazur | Litigation Partner since 1981/admitted to Bar in 1974 | $675 | 28.50 | $19,237.50 |
| Harold S. Novikoff | Restructuring and Finance Partner since 1981/Admitted to Bar in 1976 | $675 | 30.50 | $20,587.50 |
| Eric M. Roth | Litigation Partner since 1984/admitted to Bar in 1978 | $675 | 5.90 | $3,982.50 |
| Andrew R. Brownstein | Corporate Partner since 1985/admitted to Bar in 1980 | $650 | 36.00 | $23,400.00 |
| Marc Wolinsky | Litigation Partner since 1987/admitted to Bar in 1982 | $650 | 17.50 | $11,375.00 |
| Douglas K. Mayer | Restructuring and Finance Partner since 1995/admitted to Bar in 1987 | $575 | 1.50 | $862.50 |
| Andrew J. Nussbaum | Corporate Partner since 1999/admitted to Bar in 1993 | $450 | 1.00 | $450.00 |
| David C. Bryan | Restructuring and Finance Partner since 2000/admitted to Bar in 1993 | $400 | 0.80 | $320.00 |
| Deborah L. Paul | Tax Partner since 2001/admitted to Bar in 1991 | $425<br>$400 | 54.75<br>30.70 | $23,268.75<br>$12,280.00 |

---

[2] Additional information as to the professionals and paraprofessionals referred to above, including the length of their service at the Firm during the relevant periods and details as to the services rendered, is contained in the applications referred to in the chart on the preceding page.
[3] This includes a short period of time while Mr. Nussbaum served at the White House during the Clinton Administration.

3

| | | | | |
|---|---|---|---|---|
| Claire Chappel | Litigation Associate/admitted to Bar in 1991 | $395 | 54.50 | $21,527.50 |
| Dimitry Joffe | Litigation Associate/admitted to Bar in 1999 | $175 (2001) $250 (2002) | 22.50 | $4,125.00 |
| Sean Sullivan | Restructuring and Finance Associate/admitted to Bar in 2000 | $150 | 11.00 | $1,650.00 |
| Roy Katzovicz | Corporate Associate/admitted to Bar in 2000 | $175 | 3.40 | $595.00 |
| David J. Passey | Tax Associate/admitted to Bar in 2000 | $330 | 28.50 | $9,405.00 |
| Margaret Garnett | Restructuring and Finance Associate/admitted to Bar in 2001 | $275 | 1.00 | $275.00 |
| David B. Lat | Litigation Associate/admitted to Bar in 2001 | $150 | 20.60 | $3,090.00 |
| Joshua A. Feltman | Restructuring and Finance Associate/admitted to N.J. Bar in 2003; admission to NY pending at relevant time | $230 | 5.60 | $1,288.00 |
| Beth M. Polebaum | Independent Contractor[4]/ admitted to Bar in 1984 | $300 | 7.00 | $2,100.00 |
| Danielle Rolfes | Summer Associate | $95 | 64.20 | $6,099.00 |
| Robinson Strauss | Restructuring and Finance Paralegal | $125 | 6.40 | $800.00 |
| Paul Polking | Litigation Paralegal | $90 (2001) / $100 (2002) | 68.00 | $6,750.00 |
| Aretina Samuel | Litigation Paralegal | $100 | 6.00 | $600.00 |
| Clara Song | Corporate Paralegal | $100 | 8.00 | $800.00 |
| David Cheifitz | Litigation Paralegal | $90 | 33.00 | $2,970.00 |
| Shera Goldman | Head Reference Librarian | $125 | 0.40 | $50.00 |
| Elizabeth Grunwald | Reference Librarian | $95 | 1.40 | $133.00 |
| | Totals: | | 559.95 | $186,846.25 |
| | Blended Rate: | | | $333.68/hour |

---

[4] Ms. Polebaum was formerly associated with Applicant for three years and was employed on a matter by matter basis for an additional three years.

4

**FEES ALLOWED BY PROJECT CATEGORY FOR BILLING PERIOD**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Tax Issues and Corporate Governance | 221.70 | $74,051.00 |
| Asset Analysis and Recovery | 305.10 | $98,851.00 |
| Litigation and Litigation Consulting | 6.80 | $2,098.00 |
| Case Administration | 11.90 | $8,520.00 |
| Fee and Retention Applications | 14.45 | $3,326.25 |
| Totals | 559.95 | $186,846.25 |

**EXPENSE SUMMARY ALLOWED FOR BILLING PERIOD**

| Expense Category | Total Expenses |
|---|---|
| Telecopy | 123.00 |
| Messenger Service | 70.00 |
| Courier Service | 15,356.61[5] |
| Duplicating/Scanning Imaging | 13.40 |
| Duplicating | 3,294.00 |
| Duplicating/Binding | 0.80 |
| Telecopy—Satellite Stations | 30.00 |
| Local Travel—Attorneys | 497.55 |
| Local Travel—Staff | 543.89 |
| Local Travel—Messengers | 6.00 |
| Out of Town Travel—Attorneys | 798.50 |
| Travel—Night Secretaries | 35.00 |
| Travel—Night Word Processing | 143.83 |
| Lodging | 208.52 |
| Proofreading | 70.00 |
| Westlaw Recovery | 637.11 |
| Night Secretary | 787.50 |
| Library Database Research | 4.88 |
| Lexis Research | 595.64 |
| Meals—Attorneys | 353.35 |
| Meals—Paralegals | 245.43 |
| Meals—Support Staff | 34.88 |
| Meals—Conference | 494.97 |
| Meals—Support Staff Overtime | 32.30 |
| Miscellaneous | 395.00 |
| Duplicating Overtime | 309.75 |
| Messengers Overtime | 325.50 |
| Messengers Double-Time | 140.00 |
| Secretarial Overtime | 180.00 |
| O/S Library | 3.25 |
| O/S Temps—Word Processing | 43.50 |
| Attorney Dinners—In House | 90.00 |
| **Total** | **$25,864.16** |

---

[5] Most of the charges in this category are attributable to Federal Express mailings in connection with document production on behalf of the Debtors.

6

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co., et al., | ) | **Case No. 01-01139 (KJC)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |
| | ) | Objection Deadline: May 21, 2014 at 4:00 p.m. |

## FINAL FEE APPLICATION OF
## WACHTELL, LIPTON, ROSEN & KATZ
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS
## SPECIAL CORPORATE COUNSEL TO THE DEBTORS
## FOR THE PERIOD FROM APRIL 2, 2001 THROUGH MARCH 31, 2003

TO THE HONORABLE KEVIN J. CAREY,
UNITED STATES BANKRUPTCY JUDGE:

The application of Wachtell, Lipton, Rosen & Katz respectfully represents:

1.      Wachtell, Lipton, Rosen & Katz ("Applicant"), as special counsel to debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby makes application to this Court pursuant to Bankruptcy Code Sections 330 and 331 and Bankruptcy Rule 2016 and the relevant Orders of this Court for the final allowance of (a) compensation in the amount of $186,846.25 for professional services rendered to the Debtors during the period commencing on April 2, 2001 and ending on March 31, 2003 (the "Billing Period") and (b) reimbursement of $25,864.16 for actual and necessary out-of-pocket expenses incurred by Applicant in connection with the rendition of such services.

**Background**

2.    On April 2, 2001 (the "Filing Date"), the Debtors filed with this Court their voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code.

3.    By order of this Court dated May 3, 2001, Applicant's retention by the Debtors as special corporate counsel was authorized nunc pro tunc to April 2, 2001.

**Fees and Expenses Allowed on an Interim Basis**

4.    The fees and expenses allowed on an interim basis for which final allowance is sought hereby are summarized in the seven pages of charts preceding this application. Greater detail as to the services rendered, the professionals and paraprofessionals who rendered those services, and the expenses incurred, are available in the interim applications (and the exhibits thereto) filed in accordance with this Court's orders and referred to in the chart on page 2 of this application.

5.    Applicant's interim applications were reviewed by Warren H. Smith & Associates, P.C., the fee auditor in these cases appointed pursuant to an order of this Court, and the amounts allowed by this Court on an interim basis gave effect to the reductions recommended by the fee auditor. Applicant seeks final allowance only of the amounts allowed on an interim basis. All of such amounts have heretofore been paid to Applicant and, therefore, Applicant is seeking no additional payment from the estate.

6.    No previous allowance has been made to Applicant for the services rendered or expenses incurred for which final allowance is sought hereby, other than the interim allowances described herein. Applicant has not made any previous application for such final allowance.

8

7.    Except as disclosed in Applicant's retention application, no payments have heretofore been made or promised to Applicant for services rendered or to be rendered in any capacity whatsoever in connection with these cases.  Applicant has not shared with any person, or entered into any agreement or understanding to share with any person, compensation received or to be received for services rendered in or in connection with these cases.  No agreement or understanding prohibited by 18 U.S.C. § 155 has been made by Applicant.

8.    The undersigned hereby certifies that he has reviewed the requirements of Del.Bankr.LR 2016-2 and that this Application substantially complies with that Rule.

WHEREFORE, Applicant respectfully requests (i) final allowance of compensation in the amount of $186,846.25 for professional services rendered to or on behalf of the Debtors during the Billing Period and heretofore allowed by this Court on an interim basis, (ii) final allowance of the reimbursement of its actual and necessary out-of-pocket expenses in the amount of $25,864.16 heretofore allowed by this Court on an interim basis, and (iii) such other and further relief as to the Court may seem just and proper.

Dated: New York, New York
       May 1, 2014

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
    Harold S. Novikoff
    A Member of the Firm
    51 West 52nd Street
    New York, New York  10019
    (212) 403-1000

    Special Corporate Counsel to the Debtor