### EXHIBIT C

**Extracts from Schedule F of W. R. Grace & Co.-Conn. Relevant to the Prepetition Litigation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. | ) | Case No. 01-01139 (JJF) |
| | ) | |
| Debtor. | ) | |

# SCHEDULES OF ASSETS AND LIABILITIES

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
Laura Davis Jones
Hamid R. Rafatjoo
David W. Carickhoff, Jr.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
(302) 652-4100

Co-counsel for the Debtors and Debtors in Possession

In re: W. R. Grace & Co., Debtor                                    Case No.:        01-01139

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 36 | $962,849,721.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 4 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $388,308,847.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 23 | | | |
| H - Codebtors | YES | 4 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 90 | | | |
| Total Assets | | | $962,849,721.00 | | |
| Total Liabilities | | | | $388,308,847.00 | |

24-May-01

Note: The amounts listed in the table above include intercompany balances between the Debtor and its debtor and non-debtor subsidiaries and affiliates and would not be representative of the Debtor's financial position on a consolidated basis.

In re: W.R. GRACE & CO., Case No. 01-01139

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1694542 - 10328074<br>MACCONCKEY ANGELA | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1693822 - 10327177<br>MACEDON HOMES INC. | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1693823 - 10327163<br>MAHGUIB L-ARABI | LITIGATION CLAIMANT | Contingent, Disputed, Unliquidated | Unknown |
| 1693824 - 10327167<br>MARGARET WEBB | LITIGATION CLAIMANT | Contingent, Disputed, Unliquidated | Unknown |
| 1693825 - 10327169<br>MARGARITA NAVAS | LITIGATION CLAIMANT | Contingent, Disputed, Unliquidated | Unknown |
| 1128745 - 10065430<br>MARILYN LEE REA<br>1400 S. OAK KNOLL RD.<br>PASADENA    CA    91106 | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1693826 - 10327166<br>MARTHA WEBB HERRING | LITIGATION CLAIMANT | Contingent, Disputed, Unliquidated | Unknown |
| 1694551 - 10328083<br>MARYLAND CASUALTY | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1694500 - 10328032<br>MCMURCHIE JAMES | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1694501 - 10328033<br>MCMURCHIE DORIS | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1379941 - 10243237<br>MESQUITA RICHARD<br>c/o BRAYTON PURCELL<br>222 RUSH LANDING ROAD<br>PO BOX 2109<br>NOVATO    CA    94945 | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1621174 - 10073080<br>MO-PARK INDUSTRIES INC | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1693827 - 10327173<br>MODINE MANUFACTURING CO. | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |
| 1694697 - 10328189<br>MRA STAFFING SYSTEM INC. | NONASBESTOS CODEFENDANT | Contingent, Disputed, Unliquidated | Unknown |
| 1393373 - 10326762<br>MUELCHI DENNIS<br>c/o CARR KOREIN TILLERY KUNIN MONTROY<br>10 EXECUTIVE WOODS COURT<br>SWANSEA    IL    62226 | GENERAL LITIGATION | Contingent, Disputed, Unliquidated | Unknown |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO.-CONN. | ) | Case No. 01-01140 |
| | ) | |
| Debtor. | ) | |

# SCHEDULES OF ASSETS AND LIABILITIES

KIRKLAND & ELLIS
James H.M. Sprayregen
James W. Kapp III
Samuel A. Schwartz
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG &
  JONES P.C.
Laura Davis Jones
Hamid R. Rafatjoo
David W. Carickhoff, Jr.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware  19899-8705
(302) 652-4100

Co-counsel for the Debtors and Debtors
  in Possession

GENERAL NOTES REGARDING THE DEBTOR'S
SCHEDULES OF ASSETS AND LIABILITIES

1. The Schedules and Statements have been prepared by the Debtor's Management and are unaudited. While management of the Debtor has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes in financial data contained in the Schedules and Statements and inadvertent errors or omissions may exist. To the extent the Debtor discovers additional information that may suggest a material difference, the Debtor will amend the Schedules and Statements to reflect such changes. Accordingly, the Debtor reserves all rights to amend its Schedules and Statements as may be necessary or appropriate.

2. It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Accordingly, unless otherwise indicated, net book values, rather than current market values, of the Debtor's interests in property are reflected on the Debtor's Schedules.

3. Any failure to designate a claim on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

4. While every effort has been made to file complete and accurate Schedules, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend its Schedules as necessary or appropriate.

5. Unless otherwise indicated, all amounts are listed as of April 2, 2001 (the "Commencement Date"), the date each Debtor commenced its Chapter 11 case (collectively, the "Chapter 11 Cases").

6. The Debtor has been a party to a substantial number of business transactions and relationships since its formation 100 years ago, including, without limitation, acquisitions or divestments of businesses, purchases, sales or leases of real property, joint ventures and partnerships. In connection with those transactions and relationships, the Debtor may have rights under indemnities and other contract provisions. The Debtor has conducted due diligence to identify potential claims which the Debtor may have in connection

with such transactions or relationships, but may not be able to identify all such potential claims as of the Commencement Date. The Debtor reserves all rights to amend this Schedule as may be necessary or appropriate to reflect such claims.

7. In the ordinary course of business, persons, entities or governmental instrumentalities (a) may assert liens against the Debtor, such as tax, water and sewage, mechanics', materialmen's, warehouseman's or carrier's liens, or (b) may assert claims against letters of credit, surety bonds, or guarantees, issued on behalf of the Debtor, such as standby letters of credit and bonds relating to environmental remediation, customs bonds and appeals bonds, as to which the Debtor may have liability. The Debtor has conducted due diligence to identify such liens and claims, but may not have received notice of all such claims as of the Commencement Date and therefore, such liens or claims may not be listed herein. The Debtor reserves all rights to amend its Schedules as may be necessary or appropriate to reflect such claims.

8. The Debtor has made every effort to allocate assets among Debtor subsidiaries and affiliates based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of assets among Debtor subsidiaries and affiliates may change.

9. The Debtor has made every effort to allocate liabilities between the prepetition and postpetition periods, as well as among Debtor subsidiaries and affiliates, based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods between Debtor subsidiaries and affiliates may change.

10. The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtor's books and records and do not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights respecting such credits and allowances.

In re:  W. R. Grace & Co. - Conn., Debtor             Case No.:       01-01140

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schec determine thetotal amount of the debtor's assets. Add the amounts from Schedules D, E, and F to de amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | YES | 8 | $105,964,633.00 | | |
| B - Personal Property | YES | 235 | ############### | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $64,254,340.92 | |
| E - Creditors Holding Unsecured Priority ( | YES | 13 | | $0.00 | |
| F - Creditors Holding Unsecured Nonprior | YES | 8,842 | | ############## | |
| G - Executory Contracts and Unexpired Le | YES | 245 | | | |
| H - Codebtors | YES | 73 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J - Current Expenditures of Individual Deb | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 9,419 | | | |
| | | Total Assets | ############### | | |
| | | | | Total Liabilities | ############## |

29-May-01

Note: The amounts listed in the table above include intercompany balances between the Debtor and its debtor and non-( affiliates and would not be representative of the Debtor's financial position on a consolidated basis.

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1618199 - 10070105<br>ANDREWS BEARING CORP<br>BRUCE CONRAD INA BEARING CO INC<br>308 SPRINGHILL FARM ROAD<br>FORT MILL   SC   29715 | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1690379 - 10326204<br>ANDREWS OIL COMPANY | ASBESTOS CODEFENDANT<br>36300 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1693393 - 10325147<br>ANDREWS OIL COMPANY<br>PITTSBURGH   PA | LITIGATION CODEBTOR<br>CASE NUMBER: 11340/00<br>CASE NUMBER: 363/00 BENZEN | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1550499 - 10317408<br>ANDRITZ SPROUT-BAUER INC<br>P O BOX 8500 (S-8785)<br>PHILADELPHIA   PA   19178-8785 | TRADE PAYABLE | | $1,239.62 |
| 1692066 - 10319941<br>ANDRITZ, INC.<br>35 SHERMAN STREET<br>MUNCY   PA   17756 | TRADE PAYABLE | | $22,924.00 |
| 1618200 - 10070106<br>ANDRULIS RESEARCH CORP | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1618477 - 10070383<br>ANDY DORRINGTON | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1693812 - 10327180<br>ANGELA MACCONCKEY | LITIGATION CLAIMANT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1620345 - 10072251<br>ANGELUS BLOCK CO INC<br>ADDRESS OFF INTERNET<br>ORANGE   CA | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1550614 - 10317428<br>ANGUS CHEMICAL COMPANY<br>PO BOX 91053<br>CHICAGO   IL   60693 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $19.16 |
| 1618201 - 10070107<br>ANHEUSER-BUSCH INC | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1618637 - 10070543<br>ANISTEIN & LEHR<br>JOHN L ROPIEQUET<br>120 S RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO   IL   60606-3910 | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1618202 - 10070108<br>ANITEC IMAGE CORP | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1618743 - 10070649<br>ELI LILLY CO<br>BLDG #333<br>1355 S WHITE RIVER PARKWAY<br>INDIANAPOLIS    IN | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1619316 - 10071222<br>ELINER ODESON | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1100477 - 10319394<br>ELITE LANDSCAPING N LAWN CARE<br>4255 KELLOG AVE.<br>CINCINNATI    OH    45226 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $2,111.60 |
| 1693815 - 10327179<br>ELIZABETH MORGAN | LITIGATION CLAIMANT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1128092 - 10060302<br>ELIZABETH S. FORSHAW<br>FORSHAW OF ST. LOUIS INC.<br>825 S. LINDBERGH BLVD<br>ST. LOUIS    MO    63131 | LEASE GUARANTY<br>070-FRONTENAC MO | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1238194 - 10322958<br>ELIZONDO JANIE O<br>Attn ROGER WORTHINGTON<br>c/o SILBER PEARLMAN<br>2711 NORTH HASKELL<br>5TH FLOOR<br>DALLAS    TX    75204 | ASBESTOS CLAIM | Contingent,<br>Disputed | $3,500.00 |
| 1547664 - 10317087<br>ELKEM MATERIALS INC.<br>PO BOX 8500-8520<br>PHILADELPHIA    PA    19178 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $21,027.43 |
| 1238285 - 10326615<br>ELLA M. EVERHARD PUBLIC LIBRARY<br>c/o ATTY GENERAL OF OHIO<br>GOVERNMENT OFFICE<br>140 E. TOWN STREET, 1ST FLOOR<br>COLUMBUS    OH    43215 | OPEN LITIGATION-PLAINTIFF<br>99CVH0302633 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1238340 - 10324363<br>ELLER BILLY<br>c/o LAW OFFICES OF SCOTT G MONGE<br>1932 N. DRUID HILLS ROAD, SUITE 100<br>ATLANTA    GA    30319 | ASBESTOS CLAIM | Contingent,<br>Disputed | $1,000.00 |
| 1619740 - 10071646<br>ELLER & CO INC | ENVIRONMENTAL CLAIM | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1671183 - 10321011<br>ELLIOT TURBOMACHINERY COMPANY INC<br>c/o SPITZZERI JOSEPH<br>222 N LASALLE ST<br>SUITE 2200<br>CHICAGO    IL    60601 | ASBESTOS CODEFENDANT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1311081 - 10324159<br>IRVING KERMIT<br>c/o LAW OFFICE OF JOSEPH F BRUEGGER<br>5477 GLEN LAKES DRIVE<br>SUITE 209 LB12<br>DALLAS   TX   75231 | ASBESTOS CLAIM | Contingent, Disputed | $3,750.00 |
| 1100516 - 10319401<br>ISCO, INC.<br>Attn C.C. LYNCH AND ASSOCIATES<br>P.O. BOX 456<br>PASS CHRISTIAN   MS   39571 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $231.50 |
| 1102748 - 10319816<br>ISCO, INC.<br>P.O. BOX 82565<br>LINCOLN   NE   68501-2565 | TRADE PAYABLE | | $1,142.06 |
| 1069202 - 10069607<br>ISG RESOURCES<br>Attn DANIEL D. DYKSTRA ESQ.<br>701 PIERCE STREET<br>SUITE 200<br>SIOUX CITY   IA   51102 | GPC CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1069220 - 10069625<br>ISLAND LATHING AND PLASTERING<br>Attn AHMUTY DEMERS & MCMANUS<br>200 I.U. WILLETS ROAD<br>ALBERTSON   NY   11507 | NONASBESTOS CODEFENDANT | Contingent, Disputed, Unliquidated | Unknown |
| 1618835 - 10070741<br>ISOLATEK INTL<br>3340 BINGLE RD<br>HOUSTON   TX | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1311357 - 10322716<br>ISON ARNOLD P<br>Attn ROGER WORTHINGTON<br>c/o SILBER PEARLMAN<br>2711 NORTH HASKELL<br>5TH FLOOR<br>DALLAS   TX   75204 | ASBESTOS CLAIM | Contingent, Disputed | $3,500.00 |
| 1564259 - 10318242<br>ISP ALGINATES, INC.<br>P.O. BOX 846312<br>DALLAS   TX   75284-6312 | TRADE PAYABLE | | $6,456.25 |
| 1565144 - 10318359<br>ISP TECHNOLOGIES INC.<br>PO BOX 14990-F<br>SAINT LOUIS   MO   63150 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $5,478.00 |
| 1618943 - 10070849<br>ITHACA WASTE WATER TREATMENT FACILI<br>525 THIRD ST<br>ITHACA   NY   14850 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1069551 - 10069796<br>ITHACA WASTEWATER FACILITY<br>525 THIRD ST.<br>ITHACA   NY   14850 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1096719 - 10320377<br>JOHN CRANE, INC.<br>Attn F/K/A JOHN CRANE-HOUDAILLE, INC.<br>P.O. BOX 91502<br>CHICAGO    IL   60693-1502 | TRADE PAYABLE | | $36,701.30 |
| 1102523 - 10319762<br>JOHN CRANE, INC.<br>717 E.ORDNANCE RD., STE. 203-204<br>BALTIMORE    MD   21226 | TRADE PAYABLE | | $3,099.13 |
| 1693792 - 10327150<br>JOHN DINAPOLI<br>LOUIS R. VITIELLO<br>D/B/A MENOTOMY TRUCKING INC.<br>9 MIRIAM STREET SUITE 2 PO BOX 639<br>LEXINGTON    MA   2173 | LITIGATION CODEFENDANT | Contingent, Disputed, Unliquidated | Unknown |
| 1692505 - 10320375<br>JOHN H CARTER CO INC | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $4,945.67 |
| 1619058 - 10070964<br>JOHN HOPKINS HEALTH SYSTEM CORP<br>G DANIEL SHEALER JR<br>600 NORTH WOLFE ST<br>BILLINGS ADMINISTRATION 400<br>BALTIMORE    MD   21205 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1619059 - 10070965<br>JOHN HOPKINS UNIVERSITY<br>EILEEN S GOLDGEIGER<br>34TH AND CHARLES STS<br>BALTIMORE    MD   21218 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1619872 - 10071778<br>JOHN J JERUE INC   WESTWIND TRANSPOR | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1565617 - 10318434<br>JOHN KOPAC FLEET REPAIR INC<br>1045 E HAZELWOOD AVE<br>RAHWAY    NJ   07065 | TRADE PAYABLE | | $2,680.19 |
| 1690801 - 10318907<br>JOHN M. DEMENT<br>629 MIDDLETON AVE<br>CARY    NC   27513 | TRADE PAYABLE | | $1,125.00 |
| 1693820 - 10327178<br>JOHN MORGAN | LITIGATION CLAIMANT | Contingent, Disputed, Unliquidated | Unknown |
| 1619873 - 10071779<br>JOHN NAUGHTON FORD INC | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1619279 - 10071185<br>JOHN W AND EMILE JAHNA<br>WISKEY HILL ROAD<br>WATERLOO    NY   13165 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |