# EXHIBIT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

**SUMMARY APPLICATION OF VENABLE LLP FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY
COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM
PERIOD FROM SEPTEMBER 1, 2010 THROUGH SEPTEMBER 30, 2010**

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered June 24, 2009, effective as of May 22, 2009** |
| Period for which compensation and reimbursement is sought: | **September 1, 2010 through September 30, 2010** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$50,304.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$2,585.69** |

This is a _x_ monthly ___ interim ___ final application.

---

[1] The Reorganized Debtors comprise the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

7231966-v1

This is Venable's monthly application for interim compensation of services for the interim fee period September 1, 2010 through September 30, 2010 (the "Fee Period"). The following applications were filed in the Chapter 11 cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| November 5, 2009 | 11/1/2008-6/30/2009 | $709,294.00 | $6,405.06 | $706,595.00 | $6,405.06 |
| November 5, 2009 | 7/1/2009-7/31/2009 | $50,849.50 | $75,008.99 | Interim approval[2] | Interim approval |
| November 24, 2009 | 8/1/2009-8/31/2009 | $134,090.00 | $102,335.48 | Interim approval | Interim approval |
| November 24, 2009 | 9/1/2009-9/30/2009 | $306,602.00 | $118,095.92 | Interim approval | Interim approval |
| November 24, 2009 | July-September 2009 | $491,541.50 | $295,440.39 | $491,292.50 | $295,440.39 |
| February 26, 2010 | 10/1/2009-10/31/2009 | $479,238.00 | $266,326.39 | Interim approval[3] | Interim approval |
| April 16, 2010 | 11/1/2009-11/30/2009 | $398,519.00 | $163,488.22 | Interim approval | Interim approval |
| April 30, 2010 | 12/1/2009-12/31/2009 | $305,242.96 | $108,454.93 | Interim approval | Interim approval |
| May 3, 2010 | October-December 2009 | $1,182,999.96 | $538,269.54 | $1,179,018.46 | $538,269.54 |
| May 19, 2010 | 1/1/2010-1/31/2010 | $271,084.25 | $97,840.12 | Interim approval[4] | Interim approval |
| May 19, 2010 | 2/1/2010-2/28/2010 | $157,136.50 | $17,784.35 | Interim approval | Interim approval |
| May 19, 2010 | 3/1/2010-3/31/2010 | $7,968.00 | $640.70 | Interim approval | Interim approval |
| May 19, 2010 | January-March 2010 | $436,188.75 | $116,265.17 | $436,188.75 | $116,265.17 |
| August 18, 2011 | 4/1/2010-4/30/2010 | $2,500.00 | $162.02 | Interim approval | Interim approval[5] |

---

[2] The fees and expenses requested in the July through September 2009 interim monthly applications were approved on an interim basis pursuant to the Order entered by this Court on March 19, 2010.
[3] The fees and expenses requested in the October through December 2009 interim monthly applications were approved on an interim basis pursuant to the Order entered by this Court on June 7, 2010.
[4] The fees and expenses requested in the January through March 2010 interim monthly applications were approved on an interim basis pursuant to the Order entered by this Court on September 13, 2010.
[5] The fees and expenses requested in the April and May 2011 interim monthly application were approved on an interim basis pursuant to the order entered by this Court on September 20, 2011.

7231966-v1

-3-

| August 18, 2011 | 5/1/2010-5/31/2010 | $9,000.00 | $3.50 | Interim approval | Interim approval |
| August 18, 2011 | April-June 2010 | $11,500.00 | $165.52 | $11,500.00 | $165.52 |

The Venable attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jessica H. Braun | Associate | 2008 | Business | $265.00 | 2.7 | $715.50 |
| Christopher S. Davidson | Associate | 2008 | Business | $310.00 | .2 | $62.00 |
| Elizabeth R. Hughes | Partner | 1981 | Business | $580.00 | 71.8 | $41,644.00 |
| Thora A. Johnson | Partner | 1996 | Business | $525.00 | 4.3 | $2,257.50 |
| Monica E. Klein | Associate | 2004 | Business | $320.00 | 3.9 | $1,248.00 |
| Andrea I. O'Brien | Partner | 1985 | Business | $560.00 | 1.2 | $672.00 |
| Brian J. O'Connor | Partner | 1991 | Business | $720.00 | .4 | $288.00 |
| Ronald W. Taylor | Partner | 1981 | Litigation | $585.00 | .2 | $117.00 |
| John A. Wilhelm | Partner | 1987 | Business | $545.00 | 6.8 | $3,706.00 |
| | | | | **Total for all attorneys** | | **$50,710.00** |
| | | | | **(Less write-off)** | | **($406.00)** |
| | | | | **Total** | | **$50,304.00** |

**Grand Total for Fees (before write-off)**     **$50,710.00**
**Grand Total for Fees (after write-off)**     **$50,304.00**
**Blended Rate (after write-off)**     **$549.77**

7231966-v1

## Compensation by Matter

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice Concerning Corporate and Securities Matters (including Confidential Matters) | 85.2 | $47,313.50 |
| Advice Concerning Labor and Employment Matters | 6.3 | $3,396.50 |
| | Total | $50,710.00 |
| | (Less write-off) | ($406.00) |
| | Total | $50,304.00 |

## Expense Summary

| Service Description | Amount |
|---|---|
| Filing Fees | $435.91 |
| Legal Research/Westlaw | $40.35 |
| Long Distance Telephone | $21.89 |
| Lunch/Dinner Conference | $688.60 |
| Overtime Wages | $1,275.00 |
| Travel Expenses | $123.94 |
| Total of Expenses | $2,585.69 |

**WHEREFORE**, Venable respectfully requests (a) that the fees and expenses herein be authorized and approved as administrative expenses of the Debtors' estates as requested in the Interim Application for Compensation for Services and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co., et al., for the Thirty-Eighth through Fiftieth Quarters from July 1, 2010 through September 30, 2013, filed simultaneously herewith; and (b) that this Court grant such other relief as is equitable and just.

-4-

7231966-v1

Wilmington, Delaware
Dated: May 1, 2014

Respectfully submitted,

VENABLE LLP

*/s/ Darek S. Bushnaq*
Darek S. Bushnaq
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

Special Counsel for the Debtors and Debtors in Possession

-5-

7231966-v1

**Monthly Statement of Venable LLP Fee**
**Detail September 1, 2010 through September 30, 2010**

**Advice Concerning Corporate and Securities Matters (including Confidential Matters)**

| TKPR | DATE | HRS | RATE | AMT | NARRATIVE |
|---|---|---|---|---|---|
| HUGHES, ELIZABETH R. | 9/6/2010 | 0.30 | 580.00 | 174.00 | TELEPHONE CONFERENCE WITH M. CONRON |
| HUGHES, ELIZABETH R. | 9/6/2010 | 0.20 | 580.00 | 116.00 | EMAILS REGARDING |
| HUGHES, ELIZABETH R. | 9/7/2010 | 0.10 | 0.00 | 0.00 | CONFERENCE WITH |
| HUGHES, ELIZABETH R. | 9/7/2010 | 0.10 | 0.00 | 0.00 | CONFERENCE WITH |
| HUGHES, ELIZABETH R. | 9/7/2010 | 1.00 | 580.00 | 580.00 | CONFERENCE CALL WITH |
| HUGHES, ELIZABETH R. | 9/7/2010 | 0.20 | 580.00 | 116.00 | REVIEW |
| HUGHES, ELIZABETH R. | 9/7/2010 | 1.20 | 580.00 | 696.00 | REVIEW MATERIALS REGARDING |
| KLEIN, MONICA E. | 9/7/2010 | 3.20 | 320.00 | 1,024.00 | RESEARCH REGARDING                         ; CONFER WITH E. HUGHES REGARDING SAME |
| HUGHES, ELIZABETH R. | 9/8/2010 | 0.60 | 580.00 | 348.00 | READ |
| HUGHES, ELIZABETH R. | 9/8/2010 | 0.50 | 580.00 | 290.00 | REVIEW |
| HUGHES, ELIZABETH R. | 9/9/2010 | 2.20 | 580.00 | 1,276.00 | REVIEW |
| HUGHES, ELIZABETH R. | 9/9/2010 | 12.00 | 580.00 | 6,960.00 | ATTEND |
| WILHELM, JOHN A. | 9/9/2010 | 1.60 | 545.00 | 872.00 | RESPONSES |
| BRAUN, JESSICA H. | 9/10/2010 | 2.70 | 265.00 | 715.50 | RESEARCH REGARDING |
| HUGHES, ELIZABETH R. | 9/10/2010 | 15.00 | 580.00 | 8,700.00 | ATTEND |
| KLEIN, MONICA E. | 9/10/2010 | 0.70 | 320.00 | 224.00 | RESEARCH REGARDING |
| HUGHES, ELIZABETH R. | 9/11/2010 | 8.30 | 580.00 | 4,814.00 | ATTEND |
| WILHELM, JOHN A. | 9/11/2010 | 2.80 | 545.00 | 1,526.00 | REVIEW                         ; REQUEST AND REVIEW                       ; RECOMMEND |
| HUGHES, ELIZABETH R. | 9/13/2010 | 7.00 | 580.00 | 4,060.00 | WORK ON |
| HUGHES, ELIZABETH R. | 9/13/2010 | 0.20 | 580.00 | 116.00 | CHECK RULE          ; EMAIL REGARDING THE SAME |
| HUGHES, ELIZABETH R. | 9/13/2010 | 1.30 | 580.00 | 754.00 | CONFERENCE CALL REGARDING |
| HUGHES, ELIZABETH R. | 9/13/2010 | 0.10 | 580.00 | 58.00 | CHECK                      ; EMAIL REGARDING THE SAME |
| WILHELM, JOHN A. | 9/13/2010 | 2.40 | 545.00 | 1,308.00 | CALL WITH J. FORGACH REGARDING                       ; REVIEW CORRESPONDENCE REGARDING SAME; REVIEW REVISED                  ; DRAFT |
| HUGHES, ELIZABETH R. | 9/14/2010 | 3.20 | 580.00 | 1,856.00 | DRAFT |
| HUGHES, ELIZABETH R. | 9/15/2010 | 1.10 | 580.00 | 638.00 | REVISE                      AND EMAIL TO                  REGARDING |
| HUGHES, ELIZABETH R. | 9/16/2010 | 2.40 | 580.00 | 1,392.00 | REVISE |
| HUGHES, ELIZABETH R. | 9/16/2010 | 0.20 | 580.00 | 116.00 | EMAILS |
| HUGHES, ELIZABETH R. | 9/20/2010 | 0.80 | 580.00 | 464.00 | FINALIZE |
| HUGHES, ELIZABETH R. | 9/21/2010 | 0.30 | 580.00 | 174.00 | TELEPHONE CONFERENCE WITH |
| HUGHES, ELIZABETH R. | 9/22/2010 | 0.20 | 580.00 | 116.00 | REVISE |
| HUGHES, ELIZABETH R. | 9/22/2010 | 2.30 | 580.00 | 1,334.00 | REVIEW |
| HUGHES, ELIZABETH R. | 9/22/2010 | 4.50 | 580.00 | 2,610.00 | CONTINUE                          ; EMAILS REGARDING THE SAME |
| HUGHES, ELIZABETH R. | 9/23/2010 | 0.20 | 580.00 | 116.00 | REVIEW |

| TKPR | DATE | HRS | RATE | AMT | NARRATIVE | |
|---|---|---|---|---|---|---|
| HUGHES, ELIZABETH R. | 9/23/2010 | 0.20 | 580.00 | 116.00 | EMAIL TO | |
| HUGHES, ELIZABETH R. | 9/23/2010 | 1.00 | 580.00 | 580.00 | CONFERENCE CALL WITH | |
| HUGHES, ELIZABETH R. | 9/23/2010 | 0.50 | 580.00 | 290.00 | DRAFT | |
| HUGHES, ELIZABETH R. | 9/24/2010 | 0.60 | 580.00 | 348.00 | REVIEW | |
| HUGHES, ELIZABETH R. | 9/24/2010 | 0.20 | 580.00 | 116.00 | EMAILS REGARDING | |
| HUGHES, ELIZABETH R. | 9/24/2010 | 0.40 | 580.00 | 232.00 | REVIEW, REVISE THE SAME | ; EMAILS REGARDING |
| HUGHES, ELIZABETH R. | 9/25/2010 | 0.30 | 580.00 | 174.00 | REVIEW EMAILS; REPLY TO EMAIL REGARDING | |
| HUGHES, ELIZABETH R. | 9/27/2010 | 0.30 | 0.00 | 0.00 | ATTEND TO FILES REGARDING | |
| HUGHES, ELIZABETH R. | 9/27/2010 | 0.10 | 0.00 | 0.00 | CHECK | |
| HUGHES, ELIZABETH R. | 9/27/2010 | 0.10 | 580.00 | 58.00 | REVIEW EMAIL REGARDING | |
| HUGHES, ELIZABETH R. | 9/27/2010 | 0.20 | 580.00 | 116.00 | EMAILS REGARDING | |
| HUGHES, ELIZABETH R. | 9/27/2010 | 0.20 | 580.00 | 116.00 | REVIEW REVISED THE SAME | ; EMAIL REGARDING |
| HUGHES, ELIZABETH R. | 9/28/2010 | 0.20 | 580.00 | 116.00 | REVIEW | ; EMAIL |
| HUGHES, ELIZABETH R. | 9/28/2010 | 1.50 | 580.00 | 870.00 | REVIEW | |
| HUGHES, ELIZABETH R. | 9/28/2010 | 0.10 | 580.00 | 58.00 | REPLY TO EMAIL | |
| HUGHES, ELIZABETH R. | 9/29/2010 | 0.10 | 0.00 | 0.00 | EMAILS TO AND FROM | |
| HUGHES, ELIZABETH R. | 9/29/2010 | 0.20 | 580.00 | 116.00 | REVIEW CHANGES TO | |
| HUGHES, ELIZABETH R. | 9/30/2010 | 0.10 | 580.00 | 58.00 | EMAILS TO AND FROM | ; EMAIL TO |
| | | | | **46,907.50** | | |

**Advice Concerning Labor and Employment Matters**

| TKPR | DATE | HRS | RATE | AMT | NARRATIVE |
|---|---|---|---|---|---|
| JOHNSON, THORA A. | 9/1/2010 | 0.40 | 525.00 | 210.00 | REVIEWED LIBBY PLAN |
| JOHNSON, THORA A. | 9/2/2010 | 0.40 | 525.00 | 210.00 | RESEARCH ON LIBBY PLAN AND HEALTH CARE REFORM |
| O'BRIEN, ANDREA I | 9/2/2010 | 1.20 | 560.00 | 672.00 | PRELIMINARY REVIEW OF LIBBY PLAN AND DISCUSSIONS WITH T. JOHNSON REGARDING COVERAGE UNDER ERISA, HCR AND RELATED EXEMPTIONS |
| JOHNSON, THORA A. | 9/4/2010 | 0.50 | 525.00 | 262.50 | REVIEW OF LIBBY PLAN FOR HEALTH CARE REFORM |
| JOHNSON, THORA A. | 9/9/2010 | 1.00 | 525.00 | 525.00 | ANALYSIS OF LIBBY PLAN UNDER HEALTH CARE REFORM |
| JOHNSON, THORA A. | 9/15/2010 | 2.00 | 525.00 | 1,050.00 | CONFERENCE WITH J. FORGACH RE: HEALTH CARE REFORM AND LIBBY PLAN; FOLLOW UP RE: THE SAME |
| DAVIDSON, CHRISTOPHER S. | 9/28/2010 | 0.20 | 310.00 | 62.00 | TAX RESEARCH; DISCUSSION WITH B. O'CONNOR; |
| O'CONNOR, BRIAN J. | 9/28/2010 | 0.40 | 720.00 | 288.00 | RESEARCH/DISCUSSION W/ JOHN FORGASH |
| TAYLOR, RONALD W. | 9/29/2010 | 0.20 | 585.00 | 117.00 | TELECONFERENCE WITH J. FORGACH REGARDING UNION NEGOTIATIONS ISSUE |
| | | | | **3,396.50** | |
| | | | | **50,304.00** | |

\* In the interest of billing judgment, $406.00 was written off for the period September 1, 2010 through September 30, 2010. These fees reflect these reductions. Therefore, the fees cannot be replicated by multiplying the hours billed by the billing rate.

Monthly Statement of Venable LLP Expense Detail
September 1, 2010 through September 30, 2010

| Date | Category | Amount | Description |
|---|---|---|---|
| 9/9/2010 | FILING FEE(S) | 435.91 | FILING AND STATE FEES AND ANNUAL REGISTERED AGENT FEES |
| | | **435.91** | |
| 9/7/2010 | LEGAL RESEARCH/WESTLAW | 18.30 | MONICA E. KLEIN |
| 9/10/2010 | LEGAL RESEARCH/WESTLAW | 22.05 | JESSICA H. BRAUN |
| | | **40.35** | |
| 9/7/2010 | LONG DISTANCE TELEPHONE | 0.22 | LONG DISTANCE CALL MADE BY HUGHES, ELIZABETH R. |
| 9/9/2010 | LONG DISTANCE TELEPHONE | 0.88 | LONG DISTANCE CALL MADE BY HUGHES, ELIZABETH R. |
| 9/9/2010 | LONG DISTANCE TELEPHONE | 14.85 | LONG DISTANCE CALL MADE BY EXTENSION X24257 |
| 9/9/2010 | LONG DISTANCE TELEPHONE | 0.88 | LONG DISTANCE CALL MADE BY EXTENSION X24259 |
| 9/10/2010 | LONG DISTANCE TELEPHONE | 3.08 | LONG DISTANCE CALL MADE BY EXTENSION X24271 |
| 9/13/2010 | LONG DISTANCE TELEPHONE | 0.11 | LONG DISTANCE CALL MADE BY HUGHES, ELIZABETH R. |
| 9/21/2010 | LONG DISTANCE TELEPHONE | 1.76 | LONG DISTANCE CALL MADE BY HUGHES, ELIZABETH R. |
| 9/23/2010 | LONG DISTANCE TELEPHONE | 0.11 | LONG DISTANCE CALL MADE BY HUGHES, ELIZABETH R. |
| | | **21.89** | |
| 9/17/2010 | LUNCHEON/DINNER CONF | 90.53 | E HUGHES MEETING ORDER # 2-48275 |
| 9/17/2010 | LUNCHEON/DINNER CONF | 162.14 | E HUGHES MEETING ORDER # 2-48293 |
| 9/17/2010 | LUNCHEON/DINNER CONF | 247.28 | E HUGHES MEETING ORDER # 2-48309 |
| 9/21/2010 | LUNCHEON/DINNER CONF | 105.16 | ELIZABETH HUGHES - ORDERED DINNER FOR CLIENTS WHILE WORKING |
| 9/21/2010 | LUNCHEON/DINNER CONF | 83.49 | ELIZABETH HUGHES - WORKING LUNCH WITH CLIENTS |
| | | **688.60** | |
| 9/9/2010 | OVERTIME WAGES | 510.00 | EMPL #55980; AUTHORIZED BY HUGHES, E R; TYSONS CORNER |
| 9/10/2010 | OVERTIME WAGES | 561.00 | EMPL #55980; AUTHORIZED BY HUGHES, E R; TYSONS CORNER |
| 9/13/2010 | OVERTIME WAGES | 204.00 | EMPL #55980; AUTHORIZED BY HUGHES, E R; TYSONS CORNER |
| | | **1,275.00** | |
| 9/15/2010 | TRAVEL EXPENSE | 40.73 | TAXI FARE - 9/1/10 - DC OFFICE TO TYSONS OFFICE |
| 9/15/2010 | TRAVEL EXPENSE | 48.49 | TAXI FARE - 9/10/10 TYSONS OFFICE TO WDC OFFICE |

| | | | |
|---|---|---|---|
| 9/15/2010 | TRAVEL EXPENSE | 34.72 | TAXI FARE - 9/11/10 - WDC OFFICE TO TYSONS OFFICE |
| | | **123.94** | |
| | | **2,585.69** | |