# EXHIBIT 22

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |

## SUMMARY APPLICATION OF VENABLE LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM MAY 1, 2012 THROUGH MAY 31, 2012

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered June 24, 2009, effective as of May 22, 2009** |
| Period for which compensation and reimbursement is sought: | **May 1, 2012 through May 31, 2012** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$5,614.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$0.00** |

This is a __x__ monthly ___ interim ___ final application.

---

[1]      The Reorganized Debtors comprise the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

This is Venable's monthly application for interim compensation of services for the interim fee period May 1, 2012 through May 31, 2012 (the "Fee Period"). The following applications were filed in the Chapter 11 cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| November 5, 2009 | 11/1/2008-6/30/2009 | $709,294.00 | $6,405.06 | $706,595.00 | $6,405.06 |
| November 5, 2009 | 7/1/2009-7/31/2009 | $50,849.50 | $75,008.99 | Interim approval[2] | Interim approval |
| November 24, 2009 | 8/1/2009-8/31/2009 | $134,090.00 | $102,335.48 | Interim approval | Interim approval |
| November 24, 2009 | 9/1/2009-9/30/2009 | $306,602.00 | $118,095.92 | Interim approval | Interim approval |
| November 24, 2009 | July-September 2009 | $491,541.50 | $295,440.39 | $491,292.50 | $295,440.39 |
| February 26, 2010 | 10/1/2009-10/31/2009 | $479,238.00 | $266,326.39 | Interim approval[3] | Interim approval |
| April 16, 2010 | 11/1/2009-11/30/2009 | $398,519.00 | $163,488.22 | Interim approval | Interim approval |
| April 30, 2010 | 12/1/2009-12/31/2009 | $305,242.96 | $108,454.93 | Interim approval | Interim approval |
| May 3, 2010 | October-December 2009 | $1,182,999.96 | $538,269.54 | $1,179,018.46 | $538,269.54 |
| May 19, 2010 | 1/1/2010-1/31/2010 | $271,084.25 | $97,840.12 | Interim approval[4] | Interim approval |
| May 19, 2010 | 2/1/2010-2/28/2010 | $157,136.50 | $17,784.35 | Interim approval | Interim approval |
| May 19, 2010 | 3/1/2010-3/31/2010 | $7,968.00 | $640.70 | Interim approval | Interim approval |
| May 19, 2010 | January-March 2010 | $436,188.75 | $116,265.17 | $436,188.75 | $116,265.17 |
| August 18, 2011 | 4/1/2010-4/30/2010 | $2,500.00 | $162.02 | Interim approval | Interim approval[5] |

---

[2] The fees and expenses requested in the July through September 2009 interim monthly applications were approved on an interim basis pursuant to the Order entered by this Court on March 19, 2010.
[3] The fees and expenses requested in the October through December 2009 interim monthly applications were approved on an interim basis pursuant to the Order entered by this Court on June 7, 2010.
[4] The fees and expenses requested in the January through March 2010 interim monthly applications were approved on an interim basis pursuant to the Order entered by this Court on September 13, 2010.
[5] The fees and expenses requested in the April and May 2011 interim monthly application were approved on an interim basis pursuant to the order entered by this Court on September 20, 2011.

| August 18, 2011 | 5/1/2010-5/31/2010 | $9,000.00 | $3.50 | Interim approval | Interim approval |
| August 18, 2011 | April-June 2010 | $11,500.00 | $165.52 | $11,500.00 | $165.52 |

The Venable attorneys who rendered professional services in these cases

during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Elizabeth R. Hughes | Partner | 1981 | Business | $670.00 | 2.3 | $1,541.00 |
| Brian J. O'Connor | Partner | 1991 | Business | $770.00 | .9 | $693.00 |
| John A. Wilhelm | Partner | 1987 | Business | $585.00 | 5.3 | $3,100.50 |
| Alan D. Yarbro | Partner | 1966 | Business | $700.00 | .4 | $280.00 |
| | | | | **Total for all attorneys** | | **$5,614.50** |

**Grand Total for Fees**      **$5,614.50**
**Blended Rate**      **$630.84**

### Compensation by Matter

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice Concerning Labor and Employment Matters | 6.2 | $3,793.50 |
| Advice Concerning Corporate and Securities Matters (including Confidential Matters) | 2.7 | $1,821.00 |
| **Total** | | **$5,614.50** |

**WHEREFORE**, Venable respectfully requests (a) that the fees and

expenses herein be authorized and approved as administrative expenses of the Debtors'

estates as requested in the Interim Application for Compensation for Services and

Reimbursement of Expenses as Special Counsel to W.R. Grace & Co., et al., for the

Thirty-Eighth through Fiftieth Quarters from July 1, 2010 through September 30, 2013,

filed simultaneously herewith; and (b) that this Court grant such other relief as is

equitable and just.

Wilmington, Delaware
Dated: May 1, 2014

Respectfully submitted,

VENABLE LLP

*/s/ Darek S. Bushnaq*
Darek S. Bushnaq
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

Special Counsel for the Debtors and Debtors in
Possession

-4-

**Monthly Statement of Venable LLP Fee**
**Detail May 1, 2012 through May 31, 2012**

**Advice Concerning Corporate and Securities Matters (includubg Confidential Matters)**

| TKPR | DATE | HRS | RATE | AMT | NARRATIVE |
|---|---|---|---|---|---|
| HUGHES, ELIZABETH R. | 5/29/2012 | 0.20 | 670.00 | 134.00 | TELEPHONE CONFERENCE WITH M. CONRON |
| HUGHES, ELIZABETH R. | 5/29/2012 | 0.40 | 670.00 | 268.00 | CONSIDER DERIVATIVE ISSUE |
| HUGHES, ELIZABETH R. | 5/30/2012 | 0.20 | 670.00 | 134.00 | TELEPHONE CONFERENCE WITH M. CONRON; REVIEW GS PROPOSAL; EMAIL TO M. CONRON |
| HUGHES, ELIZABETH R. | 5/30/2012 | 0.30 | 670.00 | 201.00 | TELEPHONE CONFERENCE WITH A. YARBRO |
| HUGHES, ELIZABETH R. | 5/30/2012 | 1.20 | 670.00 | 804.00 | REVIEW DELAWARE CODE; CASE NOTES |
| YARBRO, ALAN D. | 5/30/2012 | 0.40 | 700.00 | 280.00 | ADVICE TO HUGHES RE POSSIBLE          TRANSACTION. |
| | | | | **1,821.00** | |

**Advice Concerning Labor and Employment Matters**

| TKPR | DATE | HRS | RATE | AMT | NARRATIVE |
|---|---|---|---|---|---|
| O'CONNOR, BRIAN J. | 5/8/2012 | 0.40 | 770.00 | 308.00 | DISCUSSION W/ CLIENT RE: |
| O'CONNOR, BRIAN J. | 5/9/2012 | 0.10 | 770.00 | 77.00 | DISCUSSION |
| WILHELM, JOHN A. | 5/9/2012 | 1.20 | 585.00 | 702.00 | COMMENCE REVIEW OF ADDITIONAL CHANGES |
| O'CONNOR, BRIAN J. | 5/10/2012 | 0.40 | 770.00 | 308.00 | DISCUSSION; ANALYSIS W/ J. WILHELM |
| WILHELM, JOHN A. | 5/10/2012 | 3.30 | 585.00 | 1,930.50 | CALLS WITH J. FORGACH REGARDING ADDITIONAL COMMENTS;          ; SEND WITH RED-LINE TO JOHN |
| WILHELM, JOHN A. | 5/18/2012 | 0.80 | 585.00 | 468.00 | CALL WITH J. FORGACH; REVISE AND SEND DRAFT OF OPERATING AGREEMENT WITH CHANGES REQUESTED |
| | | | | **3,793.50** | |
| | | | | **5,614.50** | |