IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

**SUMMARY OF THE FINAL FEE APPLICATION[2]
OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE PERIOD
FROM SEPTEMBER 18, 2001 THROUGH FEBRUARY 3, 2014**

Name of Applicant: **Casner & Edwards, LLP**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **September 18, 2001, effective as of September 18, 2001**

Period for which compensation and reimbursement is sought: **September 18, 2001 through February 3, 2014**

Amount of Compensation sought as actual, reasonable, and necessary: **$4,404,155.25**

Amount of Expense Reimbursement sought as actual, reasonable, and necessary: **$2,052,100.45**

---

[1] The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Water Street Corporation.

[2] This Final Fee Application includes copies of the monthly fee applications for the months of October, November and December 2013 which are also the subject of the *Quarterly Verified Fee Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al. for the Fifty-First Interim Period from October 1, 2013 through December 31, 2013* [Docket No. 31739] and the final monthly fee application for January 1, 2014 through February 3, 2014 [Docket No. 31971].

This is a:  __ monthly  __ quarterly application  X final application

## PRIOR APPLICATIONS FILED

**Monthly Applications:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 09/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | Approved | Approved |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | Approved | Approved |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | Approved | Approved |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | Approved | Approved |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | Approved | Approved |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | Approved - with $720.00 reduction | Approved |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | Approved | Approved |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | Approved | Approved |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | Approved | Approved |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | Approved | Approved |
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | Approved | Approved |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | Approved | Approved |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | Approved | Approved |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | Approved | Approved |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.02 | Approved - with $376.00 reduction | Approved |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | Approved | Approved |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | Approved | Approved |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | Approved | Approved |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | Approved | Approved |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | Approved | Approved |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | Approved | Approved - with $39.36 reduction |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | Approved | Approved |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | Approved | Approved |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | Approved | Approved |
| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | Approved | Approved |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | Approved | Approved |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | Approved | Approved |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | Approved | Approved |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | Approved | Approved |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | Approved | Approved |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | Approved | Approved |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | Approved | Approved |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | Approved | Approved |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | Approved | Approved |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | Approved | Approved |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | Approved | Approved |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | Approved | Approved |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | Approved | Approved |
| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | Approved | Approved |
| 3/25/05 | 01/01/05 through 01/31/05 | $14,713.00 | $14,317.79 | Approved | Approved |
| 5/10/05 | 02/01/05 through 02/28/05 | $20,275.00 | $13,251.36 | Approved | Approved |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | Approved | Approved |

2

| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | Approved | Approved |
|---|---|---|---|---|---|
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | Approved | Approved |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | Approved | Approved |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | Approved | Approved |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | Approved | Approved |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | Approved | Approved |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | Approved | Approved |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | Approved | Approved |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | Approved | Approved |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | Approved | Approved |
| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | Approved | Approved |
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | Approved | Approved |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | Approved | Approved |
| 7/18/06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | Approved | Approved |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | Approved | Approved |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | Approved | Approved |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | Approved | Approved |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | Approved | Approved |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | Approved | Approved |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | Approved | Approved |
| 3/1/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | Approved | Approved |
| 3/23/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | Approved | Approved |
| 4/10/07 | 02/01/07 through 02/28/07 | $24,635.00 | $11,730.70 | Approved | Approved |
| 5/14/07 | 03/01/07 through 03/31/07 | $20,829.50 | $12,765.08 | Approved | Approved |
| 6/8/07 | 04/01/07 through 04/30/07 | $9,905.00 | $17,538.92 | Approved | Approved |
| 7/5/07 | 05/01/07 through 05/31/07 | $7,235.00 | $12,837.38 | Approved | Approved |
| 8/15/07 | 06/01/07 through 06/30/07 | $16,160.00 | $11,034.32 | Approved | Approved |
| 09/12/07 | 07/01/07 through 07/31/07 | $15,613.50 | $14,361.88 | Approved | Approved |
| 10/10/07 | 08/01/07 through 08/31/07 | $18,956.00 | $12,010.22 | Approved | Approved |
| 10/31/07 | 09/01/07 through 09/30/07 | $6,938.50 | $14,182.33 | Approved | Approved |
| 12/17/07 | 10/01/07 through 10/31/07 | $16,557.00 | $12,003.26 | Approved | Approved |
| 1/17/08 | 11/01/07 through 11/30/07 | $12,850.00 | $12,756.91 | Approved | Approved |
| 2/8/08 | 12/01/07 through 12/31/07 | $12,508.00 | $11,948.15 | Approved | Approved |
| 3/19/08 | 01/01/08 through 01/31/08 | $16,372.50 | $11,960.75 | Approved | Approved |
| 4/8/08 | 02/01/08 through 02/29/08 | $10,699.00 | $12,800.90 | Approved | Approved |
| 5/9/08 | 03/01/08 through 03/31/08 | $15,714.00 | $14,514.06 | Approved | Approved |
| 6/6/08 | 04/01/08 through 04/30/08 | $12,506.50 | $13,197.31 | Approved | Approved |
| 7/1/08 | 05/01/08 through 05/31/08 | $13,718.00 | $12,417.53 | Approved | Approved |
| 7/25/08 | 06/01/08 through 06/30/08 | $31,413.50 | $12,482.97 | Approved | Approved |
| 8/29/08 | 07/01/08 through 07/31/08 | $50,486.50 | $12,335.32 | Approved | Approved |
| 10/1/08 | 08/01/08 through 08/31/08 | $22,687.00 | $16,557.87 | Approved | Approved |
| 10/31/08 | 09/01/08 through 09/30/08 | $121,855.50 | $13,735.66 | Approved | Approved |
| 12/18/08 | 10/01/08 through 10/31/08 | $206,090.00 | $17,150.06 | Approved | Approved |
| 1/14/09 | 11/01/08 through 11/30/08 | $31,818.50 | $17,853.27 | Approved | Approved |
| 2/6/09 | 12/01/08 through 12/31/08 | $18,652.00 | $13,260.97 | Approved | Approved |
| 3/17/09 | 01/01/09 through 01/31/09 | $25,997.00 | $18,035.63 | Approved | Approved |
| 4/8/09 | 02/01/09 through 02/28/09 | $22,962.00 | $13,961.27 | Approved | Approved |
| 5/14/09 | 03/01/09 through 03/31/09 | $16,519.50 | $14,927.74 | Approved | Approved |
| 6/3/09 | 04/01/09 through 04/30/09 | $15,114.50 | $15,185.20 | Approved | Approved |
| 6/30/09 | 05/01/09 through 05/31/09 | $8,974.50 | $13,339.22 | Approved | Approved |
| 7/30/09 | 06/01/09 through 06/30/09 | $11,874.50 | $12,779.37 | Approved | Approved |
| 8/28/09 | 07/01/09 through 07/31/09 | $11,944.00 | $12,671.07 | Approved | Approved |
| 9/29/09 | 08/01/09 through 08/31/09 | $11,169.50 | $12,749.78 | Approved | Approved |
| 11/4/09 | 09/01/09 through 09/30/09 | $16,586.00 | $12,944.08 | Approved | Approved |
| 12/10/09 | 10/01/09 through 10/31/09 | $16,543.50 | $12,892.44 | Approved | Approved |
| 1/4/10 | 11/01/09 through 11/30/09 | $13,184.00 | $12,947.27 | Approved | Approved |
| 2/5/10 | 12/01/09 through 12/31/09 | $13,124.50 | $15,831.38 | Approved | Approved |
| 3/16/10 | 01/01/10 through 01/31/10 | $11,612.00 | $13,583.10 | Approved | Approved |

| | | | | | |
|---|---|---|---|---|---|
| 4/16/10 | 02/01/10 through 02/28/10 | $9,911.50 | $13,450.97 | Approved | Approved |
| 5/17/10 | 03/01/10 through 03/31/10 | $12,668.00 | $13,548.11 | Approved | Approved |
| 6/17/10 | 04/01/10 through 04/30/10 | $8,183.50 | $11,946.56 | Approved | Approved |
| 7/14/10 | 05/01/10 through 05/31/10 | $9,423.25 | $13,087.91 | Approved | Approved |
| 8/10/10 | 06/01/10 through 06/30/10 | $11,422.50 | $11,744.47 | Approved | Approved |
| 9/14/10 | 07/01/10 through 07/31/10 | $10,940.00 | $12,714.54 | Approved | Approved |
| 10/5/10 | 08/01/10 through 08/31/10 | $9,925.50 | $12,472.55 | Approved | Approved |
| 11/23/10 | 09/01/10 through 09/30/10 | $11,696.50 | $12,436.40 | Approved | Approved |
| 12/28/10 | 10/01/10 through 10/31/10 | $11,552.00 | $11,310.62 | Approved | Approved |
| 1/12/11 | 11/01/10 through 11/30/10 | $11,495.50 | $11,706.61 | Approved | Approved |
| 2/18/11 | 12/01/10 through 12/31/10 | $13,865.50 | $11,894.68 | Approved | Approved |
| 3/16/11 | 01/01/11 through 01/31/11 | $11,441.00 | $12,251.11 | Approved | Approved |
| 4/25/11 | 02/01/11 through 02/28/11 | $14,334.50 | $15,092.82 | Approved | Approved |
| 5/18/11 | 03/01/11 through 03/31/11 | $15,386.50 | $12,908.54 | Approved | Approved |
| 6/21/11 | 04/01/11 through 04/30/11 | $11,716.50 | $12,870.00 | Approved | Approved |
| 6/28/11 | 05/01/11 through 05/31/11 | $14,373.00 | $12,781.51 | Approved | Approved |
| 7/29/11 | 06/01/11 through 06/30/11 | $14,240.00 | $12,606.63 | Approved | Approved |
| 8/30/11 | 07/01/11 through 07/31/11 | $10,404.00 | $12,602.34 | Approved | Approved |
| 10/17/11 | 08/01/11 through 08/31/11 | $12,560.50 | $5,831.17 | Approved | Approved |
| 10/28/11 | 09/01/11 through 09/30/11 | $13,372.00 | $12,271.71 | Approved | Approved |
| 12/8/11 | 10/01/11 through 10/31/11 | $17,454.50 | $12,474.91 | Approved | Approved |
| 12/28/11 | 11/01/11 through 11/30/11 | $11,168.00 | $12,402.90 | Approved | Approved |
| 2/7/12 | 12/01/11 through 12/31/11 | $11,559.00 | $12,168.62 | Approved | Approved |
| 3/22/12 | 01/01/12 through 01/31/12 | $12,441.00 | $12,880.97 | Approved | Approved |
| 4/19/12 | 02/01/12 through 02/29/12 | $12,372.50 | $12,532.86 | Approved | Approved |
| 5/14/12 | 03/01/12 through 03/31/12 | $15,444.00 | $13,102.71 | Approved | Approved |
| 6/27/12 | 04/01/12 through 04/30/12 | $13,442.50 | $12,591.92 | Approved | Approved |
| 7/17/12 | 05/01/12 through 05/31/12 | $14,496.00 | $12,624.03 | Approved | Approved |
| 8/2/12 | 06/01/12 through 06/30/12 | $5,238.00 | $12,890.74 | Approved | Approved |
| 8/29/12 | 07/01/12 through 07/31/12 | $1,285.00 | $12,288.08 | Approved | Approved |
| 10/2/12 | 08/01/12 through 08/31/12 | $1,657.50 | $12,508.60 | Approved | Approved |
| 11/2/12 | 09/01/12 through 09/30/12 | $10,553.50 | $12,545.75 | Approved | Approved |
| 11/30/12 | 10/01/12 through 10/31/12 | $13,554.00 | $12,553.21 | Approved | Approved |
| 12/28/12 | 11/01/12 through 11/30/12 | $9,312.00 | $12,560.28 | Approved | Approved |
| 2/7/13 | 12/01/12 through 12/31/12 | $7,568.00 | $12,795.47 | Approved | Approved |
| 3/7/13 | 01/01/13 through 01/31/13 | $10,564.00 | $12,662.88 | Approved | Approved |
| 3/29/13 | 02/01/13 through 02/28/13 | $14,243.00 | $12,573.40 | Approved | Approved |
| 5/15/13 | 03/01/13 through 03/31/13 | $13,456.00 | $12,748.84 | Approved | Approved |
| 6/4/13 | 04/01/13 through 04/30/13 | $10,808.00 | $12,809.92 | Approved | Approved |
| 6/28/13 | 05/01/13 through 05/31/13 | $11,076.00 | $12,614.75 | Approved | Approved |
| 8/1/13 | 06/01/13 through 06/30/13 | $11,678.00 | $11,844.18 | Approved | Approved |
| 8/29/13 | 07/01/13 through 07/31/13 | $9,559.00 | $12,607.02 | Approved | Approved |
| 10/14/13 | 08/01/13 through 08/31/13 | $12,659.00 | $12,562.34 | Approved | Approved |
| 10/29/13 | 09/01/13 through 09/30/13 | $12,772.00 | $12,380.50 | Approved | Approved |
| 12/6/13 | 10/01/13 through 10/31/13 | $19,822.00 | $12,546.20 | Pending | Pending |
| 1/6/14 | 11/01/13 through 11/30/13 | $11,875.00 | $12,571.22 | Pending | Pending |
| 2/4/14 | 12/01/13 through 12/31/13 | $14,431.00 | $12,565.13 | Pending | Pending |
| 4/1/14 | 01/01/14 through 02/03/14 | $15,755.50 | $24,674.76 | Pending | Pending |
| **TOTALS** | | **$4,404,155.25** | **$2,052,100.45** | | |

## Quarterly Applications:

| Date Filed | Period Covered | Docket No. | Total Fees Requested | Total Expenses Requested | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 3/15/2002 | July – September 2001 | 1823 | $8,023.50 | $21.24 | $8,023.50 | $21.24 |
| 3/15/2002 | October – December 2002 | 1823 | $281,892.50 | $13,772.91 | $281,892.50 | $13,772.91 |
| 5/16/02 | January – March 2002 | 2006 | $581,696.50 | $96,031.15 | $580,976.50[3] | $96,031.15 |
| 8/14/02 | April – June 2002 | 2538 | $614,567.00 | $59,120.55 | $614,567.00 | $59,120.55 |
| 11/14/02 | July – September 2002 | 2992 | $168,755.00 | $37,247.96 | $168,755.00 | $37,247.96 |
| 2/14/03 | October – December 2002 | 3409 | $120,006.00 | $45,832.30 | $119,630.00[4] | $45,832.30 |
| 5/15/03 | January – March 2003 | 3802 | $109,454.00 | $31,857.05 | $109,454.00 | $31,857.05 |
| 8/23/03 | April – June 2003 | 4349 | $51,043.50 | $40,061.51 | $51,043.50 | $40,022.15[5] |
| 11/24/03 | July – September 2003 | 4738 | $33,123.50 | $39,226.37 | $33,123.50 | $39,226.37 |
| 2/27/04 | October – December 2003 | 5192 | $37,221.00 | $27,154.36 | $37,221.00 | $27,154.36 |
| 5/17/04 | January – March 2004 | 5591 | $40,354.00 | $52,104.40 | $40,354.00 | $52,104.40 |
| 8/19/04 | April – June 2004 | 6216 | $33,250.50 | $49,074.05 | $33,250.50 | $49,074.05 |
| 11/17/04 | July – September 2004 | 6967 | $66,584.00 | $42,338.01 | $66,584.00 | $42,338.01 |
| 2/15/05 | October – December 2004 | 7791 | $64,935.00 | $45,135.82 | $64,935.00 | $45,135.82 |
| 5/18/05 | January – March 2005 | 8458 | $46,148.00 | $39,253.81 | $46,148.00 | $39,253.81 |
| 8/11/05 | April – June 2005 | 9167 | $62,029.00 | $42,821.81 | $62,029.00 | $42,821.81 |
| 11/15/05 | July – September 2005 | 11092 | $57,790.00 | $39,986.42 | $57,790.00 | $39,986.42 |
| 3/28/06 | October – December 2005 | 12139 | $149,874.00 | $44,228.87 | $149,874.00 | $44,228.87 |
| 6/12/06 | January – March 2006 | 12581 | $124,515.00 | $55,185.90 | $124,515.00 | $55,185.90 |
| 8/14/06 | April – June 2006 | 12972 | $84,451.00 | $42,354.45 | $84,451.00 | $42,354.45 |
| 11/22/06 | July – September 2006 | 13779 | $86,097.00 | $42,569.66 | $86,097.00 | $42,569.66 |
| 5/14/07 | October – December 2006 | 15654 | $87,474.00 | $51,743.34 | $87,474.00 | $51,743.34 |
| 5/15/07 | January – March 2007 | 15667 | $65,374.00 | $36,579.48 | $65,374.00 | $36,579.48 |
| 8/15/07 | April – June 2007 | 16580 | $33,300.00 | $41,410.62 | $33,300.00 | $41,410.62 |
| 11/9/07 | July – September 2007 | 17327 | $41,508.00 | $40,554.43 | $41,508.00 | $40,554.43 |
| 2/14/08 | October – December 2007 | 18050 | $41,915.00 | $36,708.32 | $41,915.00 | $36,708.32 |
| 5/15/08 | January – March 2008 | 18726 | $42,785.50 | $39,275.71 | $42,785.50 | $39,275.71 |
| 8/8/08 | April – June 2008 | 19272 | $57,638.00 | $38,097.81 | $57,638.00 | $38,097.81 |
| 11/6/08 | July – September 2008 | 19957 | $195,029.00 | $42,628.85 | $195,029.00 | $42,628.85 |
| 2/12/09 | October – December 2008 | 20712 | $256,560.50 | $48,264.30 | $256,560.50 | $48,264.30 |
| 5/14/09 | January – March 2009 | 21675 | $65,478.50 | $46,924.64 | $65,478.50 | $46,924.64 |
| 8/5/09 | April – June 2009 | 22708 | $35,963.50 | $41,303.79 | $35,963.50 | $41,303.79 |
| 11/12/09 | July – September 2009 | 23746 | $39,699.50 | $38,364.93 | $39,699.50 | $38,364.93 |
| 2/13/10 | October – December 2009 | 24290 | $42,852.00 | $41,671.09 | $42,852.00 | $41,671.09 |
| 5/17/10 | January – March 2010 | 24785 | $34,191.50 | $40,582.18 | $34,191.50 | $40,582.18 |
| 9/2/10 | April – June 2010 | 25330 | $29,029.25 | $36,778.94 | $29,029.25 | $36,778.94 |
| 11/29/10 | July–September 2010 | 25816 | $32,562.00 | $37,623.49 | $32,562.00 | $37,623.49 |
| 3/2/11 | October – December 2010 | 26474 | $36,913.00 | $34,911.91 | $36,913.00 | $34,911.91 |
| 5/18/11 | January – March 2011 | 26956 | $41,162.00 | $40,252.47 | $41,162.00 | $40,252.47 |
| 8/3/11 | April – June 2011 | 27372 | $40,329.50 | $38,258.14 | $40,329.50 | $38,258.14 |
| 11/11/11 | July – September 2011 | 27925 | $36,336.50 | $30,705.22 | $36,336.50 | $30,705.22 |
| 2/14/12 | October – December 2011 | 28528 | $40,181.50 | $37,046.43 | $40,181.50 | $37,046.43 |
| 5/16/12 | January – March 2012 | 28932 | $40,257.50 | $38,516.54 | $40,257.50 | $38,516.54 |
| 8/14/12 | April – June 2012 | 29458 | $33,176.50 | $38,106.69 | $33,176.50 | $38,106.69 |

---

[3] In the Court's Order approving quarterly fee applications for the Fourth Period, the Court approved $580,976.50 in fees which reflects a reduction of $720.00 in fees requested in the application for March 2002.

[4] In the Court's Order approving quarterly fee applications for the Seventh Period, the Court approved $119,630.00 in fees which reflects a reduction of $376.00 in fees requested in the application for December 2002.

[5] In the Court's Order approving quarterly fee applications for the Ninth Period, the Court approved $40,022.15 in expenses which reflects a reduction of $36.36 in expenses requested in the application for June 2003.

| 11/13/12 | July – September 2012 | 29890 | $13,496.00 | $37,342.43 | $13,496.00 | $37,342.43 |
| 2/13/13 | October – December 2012 | 30274 | $30,434.00 | $37,908.96 | $30,434.00 | $37,908.96 |
| 5/15/13 | January – March 2013 | 30638 | $38,263.00 | $37,985.12 | $38,263.00 | $37,985.12 |
| 8/14/13 | April – June 2013 | 30970 | $33,562.00 | $37,268.85 | $33,562.00 | $37,268.85 |
| 11/13/13 | July – September 2013 | 31336 | $34,990.00 | $37,549.86 | $34,990.00 | $37,549.86 |
| 2/14/14 | October – December 2013 | 31739 | $46,128.00 | $37,682.55 | Pending | Pending |

## PROFESSIONAL SUMMARY

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Application Period are[6]:

| Name of Professional Person | Position with the applicant | Number of years in the position[7] | Department | Hourly Billing Rate (including changes)[8] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 47 | Litigation | $195.00-$350.00[9] | 1,285.65 | $323,675.75 |
| Robert A. Murphy | Senior Counsel | 47 | Litigation | No Charge | 10.60 | $0.00 |
| Andrew M. Higgins | Partner | 35 | Litigation | $175.00/$340.00 | 3.60 | $943.50 |
| Matthew T. Murphy | Partner | 26 | Litigation | $165.00-$300.00[10] | 4,241.00 | $911,352.50 |
| Donna M. Brewer (f/k/a Donna B. MacKenna) | Partner | 30 | Litigation | $165.00-$300.00[11] | 438.60 | $94,296.00 |
| Matthew L. Lunenfeld | Partner | 13 | Litigation | $250.00/$260.00 | 90.10 | $22,777.00 |
| Robert S. Kutner | Partner | 25 | Litigation | $190.00 | 0.30 | $57.00 |
| Douglas K. Mansfield | Partner | 36 | Litigation | $185.00 | 0.30 | $55.50 |
| Andrew T. Imbriglio | Paralegal/ Associate | 1 | Litigation | $125.00-$175.00[12] | 18.70 | $2,627.50 |
| Angela R. Anderson | Paralegal | 29 | Litigation | $75.00-$145.00[13] | 10,902.70 | $1,148,406.00 |
| Angela R. Anderson | Paralegal/ Clerical | 29 | Litigation | $80.00-$95.00[14] | 2,338.40 | $197,744.50 |
| Marci E. VanDerheide | Paralegal | 8 | Litigation | $75.00-$120.00[15] | 63.10 | $5,658.00 |

---

[6] Any capitalized terms not defined herein have the meaning ascribed to them in the Final Fee Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al. for the Period from September 18, 2001 through February 3, 2014.

[7] Years noted are as of the time the professional last provided services to the Debtors.

[8] Since the retention of Casner on September 18 2001, the hourly rates for the Casner professionals have been adjusted annually, with prior approval of counsel for the Debtors, on the following dates: February 1, 2002; February 1, 2003; August 1, 2004; August 1, 2005; August 1, 2006; August 1, 2007; August 1, 2008; August 1, 2009, August 1, 2010; August 1, 2011; August 1, 2012 and August 1, 2013). Thus, all hourly billing rate ranges shown represent beginning and ending rates for the professional in effect during the time such professional performed services for the Debtors. If there is no hourly billing rate range for a person, the hourly billing rate represents that professional's hourly billing rate in effect at the time such professional performed services for the Debtors.

[9] Mr. Murphy has had the following hourly billing rates: $195, $210, $220, $230, $250, $275, $295, $320, $335, $345 and $350.

[10] Mr. Murphy has had the following hourly billing rates: $165, $180, $190, $200, $220, $240, $255, $275, $285, $295, $300.

[11] Ms. Brewer has had the following hourly billing rates: $165, $190, $200, $210, $225, $245, $260, $280, $290, $300.

[12] Mr. Imbriglio's hourly billing rate increased when he became an associate in 2010.

[13] Ms. Anderson has had the following hourly billing rates for her paralegal work: $75, $80, $85, $90, $95, $100, $110, $120, $125, $130, $135, $140 and $145.

[14] Ms. Anderson has had the following hourly billing rates for her paralegal/clerical work: $80, $85, $90 and $95.

[15] Ms. VanDerHeide has had the following hourly billing rates: $80, $85, $100 and $120.

| Marci E. VanDerHeide | Paralegal | 8 | Litigation | No Charge | 0.30 | $0.00 |
|---|---|---|---|---|---|---|
| Sara E. Streeter | Paralegal | 10 | Litigation | $85.00-$120.00[16] | 32.10 | $3,538.00 |
| Jeffrey L. Manganaro | Paralegal | 2 | Litigation | $100.00 | 1.00 | $100.00 |
| Regina Merkel | Paralegal | 8 | Litigation | $85.00-$95.00[17] | 40.00 | $3,561.00 |
| Laura A. Cadogan | Paralegal | <1 | Litigation | $90.00/$95.00 | 6.30 | $598.50 |
| Joseph K. Winrich | Paralegal | 15 | Corporate | $75.00/$80.00 | 26.40 | $2,072.00 |
| Jared Tanz | Temporary Paralegal | --- | Litigation | $80.00/$120.00 | 343.70 | $38,964.00 |
| Brian Benestad | Temporary Paralegal | --- | Litigation | $120.00 | 143.40 | $17,208.00 |
| Cynthia Kopka | Temporary Paralegal | --- | Litigation | $120.00 | 139.40 | $16,728.00 |
| Inessa Karen | Temporary Paralegal | --- | Litigation | $120.00 | 100.20 | $12,024.00 |
| Jehan Allen | Temporary Paralegal | --- | Litigation | $120.00 | 219.65 | $26,358.00 |
| Jeremy McHugh | Temporary Paralegal | --- | Litigation | $120.00 | 211.00 | $25,320.00 |
| Joseph Palazzo | Temporary Paralegal | --- | Litigation | $120.00 | 142.70 | $17,124.00 |
| Kristina da Fonseca | Temporary Paralegal | --- | Litigation | $120.00 | 209.70 | $25,164.00 |
| Nancy Leon | Temporary Paralegal | --- | Litigation | $120.00 | 150.50 | $18,060.00 |
| Richard Knapp | Temporary Paralegal | --- | Litigation | $120.00 | 138.20 | $16,584.00 |
| Eitan Goldberg | Temporary Paralegal | --- | Litigation | $95.00 | 89.70 | $8,521.50 |
| Joseph Cohen | Temporary Paralegal | --- | Litigation | $95.00 | 90.00 | $8,550.00 |
| Kerry Reilly | Temporary Paralegal | --- | Litigation | $95.00 | 78.70 | $7,476.50 |
| Larry Barron | Temporary Paralegal | --- | Litigation | $95.00 | 115.40 | $10,963.00 |
| Megan O'Rourke | Temporary Paralegal | --- | Litigation | $95.00 | 86.70 | $8,236.50 |
| Michael Chavaneau-Ellis | Temporary Paralegal | --- | Litigation | $95.00 | 85.90 | $8,160.50 |
| Edward K. Law | Temporary Paralegal | --- | Litigation | $75.00-$85.00[18] | 2,537.20 | $202,399.00 |
| Gary R. Bellinger | Temporary Paralegal | --- | Litigation | $75.00-$85.00[19] | 2,196.00 | $173,917.00 |
| John Forgione | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 403.00 | $32,240.00 |
| W. Doug Hoey | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 930.30 | $73,700.50 |
| Amy Preble | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 1,111.10 | $87,504.00 |
| James D. Leaver | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 1,074.00 | $84,322.50 |
| Lori Penny | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 259.40 | $20,005.00 |

---

[16] Ms. Streeter has had the following hourly billing rates: $90, $95 and $120.

[17] Ms. Merkel has had the following hourly billing rates: $85, $90 and $95.

[18] Mr. Law has had the following hourly billing rates: $75, $80 and $85.

[19] Mr. Bellinger has had the following hourly billing rates: $75, $80 and $85.

| Maria Patracea Scialla | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 1,154.80 | $90,217.00 |
|---|---|---|---|---|---|---|
| Ariana Kushak | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 179.50 | $13,462.50 |
| Brian R. Hachey | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 520.70 | $39,723.00 |
| Chris Brown | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 612.40 | $48,992.00 |
| Matthew Dole | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 30.80 | $2,310.00 |
| Risa Peris | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 448.90 | $34,277.00 |
| Christine DiSaia | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 926.30 | $72,595.00 |
| Danny Factor | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 465.30 | $35,700.00 |
| Joshua D. Paulin | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 793.00 | $62,685.00 |
| Christian Homsi | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 360.50 | $28,840.00 |
| Sonya Staton | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 192.00 | $14,400.00 |
| Tom Mountain | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 384.00 | $30,720.00 |
| Eugene D. Krass | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 764.70 | $59,769.00 |
| Frank O. Ashenuga | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 1,396.50 | $109,520.00 |
| A. Brock Edmunds | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 957.50 | $74,983.00 |
| Sarita Shah | Temporary Paralegal | --- | Litigation | $75.00/$85.00 | 146.60 | $11,569.00 |
| Stephen M. Scialla | Temporary Paralegal | --- | Litigation | $75.00 | 80.00 | $6,000.00 |
| Steven Bailey Jr. | Temporary Paralegal | --- | Litigation | $75.00 | 152.10 | $11,400.00 |
| **TOTALS** | | | | | 39,920.60 | $4,404,155.25 |

8

# EXPENSE SUMMARY

| Expense Category | Service Provider(s) (if applicable) | Expenses for the Application Period |
|---|---|---|
| Photocopying ($0.10/copy) | | $8,280.32 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | AT&T; Sprint | $1,468.43 |
| Excess Postage | | $706.88 |
| Taxi/Boston Cab Association | | $258.15 |
| Boston Express Delivery | | $365.00 |
| Federal Express | | $32,345.09 |
| UPS Delivery Service | | $151.95 |
| Pacer Online Search | | $2,811.30 |
| Mediation Fee | Commonwealth Mediation | $625.00 |
| Other Delivery Services | Walsh Movers Inc. and/or William Walsh, Inc.; City Express | $9,687.24 |
| Stenographer/Transcript | Accurate Reporting Services; B. Hoey | $1,512.35 |
| Professional Services | Goodwin Procter | $4,150.00 |
| Travel | | $10,479.44 |
| Outside Photocopying | Merrill Corporation and/or Merrill Communications LLC; Uniscribe; Lighthouse Legal Copy; Boston Litigation Solutions; Haystack ID | $90,977.63 |
| Rent Reimbursement | Boston Capital Institute; RREEF America REIT III Corp.; One Winthrop Square, LLC; DWF IV One Winthrop, LLC | $1,823,503.52 |
| Miscellaneous | Duplicating Center; Recordkeeper Archive; MCI; Donnegan Systems, Inc.; Petty Cash; West Publishing Corp. | $64,778.15 |
| TOTAL | | $2,052,100.45 |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours | Total Compensation |
|---|---|---|
| Litigation and Litigation Consulting | 38,001.80 | $4,116,293.75 |
| Fee Applications, Applicant | 464.00 | $118,107.00 |
| ZAI Science Trial | 1,454.80 | $169,754.50 |
| Expenses | N/A | $2,042,700.86 |
| ZAI Science Trial Expenses | N/A | $9,399.59 |
| TOTALS | 39,920.60 | $6,456,255.70 |

Dated:  May 1, 2014

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/576313.1

10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

**FINAL FEE APPLICATION
OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE PERIOD
FROM SEPTEMBER 18, 2001 THROUGH FEBRUARY 3, 2014**

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Revised Compensation Procedures") and Del.Bankr.LR 2016-2, the law firm of Casner & Edwards, LLP ("Applicant" or "Casner"), Special Litigation Counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") in their Chapter 11 cases, hereby submits its Final Fee Application for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al., for the Period From September 18, 2001 through February 3, 2014 and applies for an order allowing it (i) final allowance of

---

[1]  The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Water Street Corporation.

compensation in the amount of $4,404,155.25 for the reasonable and necessary legal services Casner has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that Casner incurred in the amount of $2,052,100.45 (the "Final Fee Application"), for the period from September 18, 2001 through February 3, 2014 (the "Fee Period") and payment of any unpaid portion of such fees and expenses.  In support of this Final Fee Application, Casner respectfully states as follows:

## Background

### Retention of Casner

      1.    On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

      2.    By this Court's order dated September 18, 2001, the Debtors were authorized to retain Casner as Special Litigation Counsel, effective as of the Petition Date (the "Retention Order"). The Retention Order authorizes the Debtors to compensate Casner at Casner's hourly rates charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of this Court.  On April 19, 2002, this Court entered the Revised Compensation Procedures, pursuant to which this Final Fee Application is being filed.

**Monthly Fee Applications Covered Herein**

   3. Pursuant to the procedures set forth in the Revised Compensation Procedures, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application"), and the notice parties listed in the Revised Compensation Procedures may object to such request.  If no notice party objects to a professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certificate of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested, subject to the filing and approval of interim and final fee application of the professional.  The Professional is also required to file a quarterly fee application.

   4. Prior to the filing of this Final Fee Application, Casner has filed monthly fee applications for the time period September 18, 2001 through February 3, 2014 with the Court. Attached hereto as Exhibits A-D are copies of the monthly fee applications filed by Casner which have not yet been approved by the Court.

   5. The monthly fee applications covered by this Final Fee Application contain detailed daily time logs describing the actual and necessary services provided by Casner during the Fee Period as well as other detailed information required to be included in fee applications.

   6. Casner has advised and represented the Debtors in connection with litigation strategy, in particular, asbestos bodily injury litigation and with respect to the maintenance and operation of the Debtors' document repository and any future production of documents from the repository to plaintiffs.  Casner has performed various professional services that are described in the monthly fee applications.

**Requested Relief**

7.      By this Final Fee Application, Casner requests that the Court approve the final allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Casner for the Fee Period, which is from September 18, 2001 through February 3, 2014, and payment of any unpaid portion of such fees and costs.  As stated above, the full scope of services provided and the related expenses incurred are fully described in the monthly fee applications that have already been filed with the Court.  To the extent that Casner has incurred fees and expenses in addition to the foregoing, Casner reserves the right, and respectfully requests that the Court authorize Casner, to file a supplemental fee application(s) by following the interim compensation procedures set forth in the Administrative Order and Amended Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any supplemental fee application.

**Disinterestedness**

8.      As disclosed in the Affidavit of Robert A. Murphy in Support of the Application of the Debtors to employ Casner & Edwards, LLP as Special Litigation Counsel to the Debtors, (the "Murphy Affidavit"), filed August 13, 2001, Casner does not hold or represent any interest adverse to the estates, and is a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

9.      Casner may in the past have represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases.  Casner disclosed in the Murphy Affidavit its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts.

**Representations**

      10.    Casner performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

      11.    Pursuant to Fed. R. Bank. P. 2016(b), Casner has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of Casner, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

      12.    The professional services and related expenses for which Casner requests final allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case and in the discharge of Casner's professional responsibilities as attorneys for the Debtors in these chapter 11 cases.  Casner's services have been necessary and beneficial to the Debtors and their estates, creditors and other parties in interest.

      13.    In accordance with the factors enumerated in section 220 of the Bankrutpcy Code, it is respectfully submitted that the amount requested by Casner is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Casner has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and Amended Administrative Order and believes that this Final Fee Application complies with such Rule and Orders.

      WHEREFORE, Casner respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the Fee Period September 18, 2001 through February 3, 2014, a final allowance be made to Casner in the sum of (i) $4,404,155.25 as compensation for reasonable and necessary professional services rendered to the Debtors and (ii) in

the sum of $2,052,100.45 for reimbursement of actual and necessary costs and expenses incurred, for a total of $6,456,255.70, that the Debtors be authorized and directed to pay to Casner the outstanding amount of such sums and that this Court grant such further relief as is equitable and just.

Dated:  May 1, 2014                     CASNER & EDWARDS, LLP

                                        Robert A. Murphy (BBO #363700)
                                        303 Congress Street
                                        Boston, MA  02210
                                        (617) 426-5900

                                        Special Litigation Counsel

52000.57/576313.1

6

<u>VERIFICATION PURSUANT TO DEL.BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)</u>

I, Robert A. Murphy, Esquire, verify as follows:

1.      I am Senior Counsel with the applicant firm, Casner & Edwards, LLP ("Casner") and have been admitted to the Bar of the Commonwealth of Massachusetts since 1966.  Casner has rendered professional services in these Chapter 11 cases as Special Litigation Counsel.

2.      I have read the foregoing Final Fee Application of Casner for compensation and reimbursement of expenses (the "Final Fee Application").  To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Final Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, Local Rule 2016-2, the Federal Rules of Bankruptcy Procedure, this Bankruptcy Court and the Executive Office for the United States Trustees.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: ___May 1___, 2014

_Robert A. Murphy_
Robert A. Murphy

52000.57/576313.1