IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING FINAL APPLICATION
OF CASNER & EDWARDS, LLP FOR COMPENSATION
AND FOR REIMBURSEMENT OF EXPENSES
FOR SEPTEMBER 18, 2001 THROUGH FEBRUARY 3, 2014**

Casner & Edwards, LLP ("Casner"), as Special Litigation Counsel to the captioned debtors and debtors-in-possession (the "Debtors"), filed a final application for allowance of compensation and reimbursement of expenses for September 18, 2001 through February 3, 2014 (the "Final Application"). The Court has reviewed the Final Application and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

ORDERED that the Final Application is GRANTED on a final basis. Debtors shall pay to Casner the sum of $4,404,155.25 as compensation and $2,052,100.45 for services rendered and

---

[1] The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Water Street Corporation.

disbursements incurred by Casner for the period September 18, 2001 through February 3, 2014, less any amounts previously paid in connection with the monthly fee applications.

ORDERED that to the extent Casner has incurred fees and expenses in addition to the foregoing, Casner may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and Amended Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application.

Dated: _____

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

52000.57/576313.1