IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 2nd day of May, 2014, I caused a copy of the following documents to be served on the individuals on the attached service list in the manner indicated:

> **Notice of Summary of the Final Fee Application of Casner & Edwards, LLP, for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al., for the Interim Period From September 18, 2001 Through February 3, 2014; and**
>
> **Summary of the Final Fee Application of Casner & Edwards, LLP, for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al., for the Interim Period From September 18, 2001 Through February 3, 2014.**

James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

DOCS_DE:193008.1 91100/001

**Grace Quarterly Fee App Service List**
Case No. 01-1139 (KJC)
Doc. No. 33512v4
08 – Hand Delivery
12 – First Class Mail


(Co-Counsel for the Reorganized Debtors)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)

*Hand Delivery*
(Trustee)
Richard L. Schepacarter
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

*Hand Delivery*
(Co-Counsel to the Debtor-in-Possession lender)
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Counsel for the Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Ave, 16th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to the Official Committee of Asbestos Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, 10th Floor
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(Counsel to the Official Committee of Personal Injury Claimants)
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

*Hand Delivery*
(Counsel to the Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

*Hand Delivery*
(Co-Counsel to David T. Austern, Personal Injury Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*First Class Mail*
(Debtors)
Attn: Mark Shelnitz
Senior Vice President and General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Fee Auditor)
Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

*First Class Mail*
(Co-Counsel for the Reorganized Debtors)
Adam Paul, Esquire
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654

*First Class Mail*
(Co-Counsel for the Reorganized Debtors)
Roger Higgins, Esquire
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823

*First Class Mail*
(Co-Counsel to the Debtor-in-Possession lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

*First Class Mail*
(Counsel for the Official Committee of Unsecured Creditors)
Rudolph J. Massa, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

*First Class Mail*
(Counsel for the Official Committee of Unsecured Creditors)
Michael Magzamen, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

*First Class Mail*
(Counsel to the Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131

*First Class Mail*
(Counsel to the Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

*First Class Mail*
(Counsel to the Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
(Successor Legal Representative to the Future Asbestos Personal Injury Claimants)
Roger Frankel, Esquire
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC 20037

***First Class Mail***
(Co-Counsel to the Hon. Alexander M. Sanders, Jr., Property Damages Future Claims Representative)
Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX 75270