## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date: May 28, 2014** |
| | ) | **Objection Deadline: TBD** |
| | ) | |

## SUMMARY OF FIRST INTERIM VERIFIED APPLICATION OF KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL INTELLECTUAL PROPERTY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE PERIOD FROM JANUARY 1, 2010, THROUGH FEBRUARY 3, 2014

| | |
|---|---|
| Name of Applicant: | **Kaye Scholer LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered April 7, 2010, effective as of January 1, 2010** |

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Period for which compensation and reimbursement is sought: | **January 1, 2010, through February 3, 2014** |
|---|---|
| Total Fees During Period: | $632,647.74 |
| Total Expense Reimbursement During Period: | $426.41 |
| Amount of Compensation (remaining 20%) sought as actual, reasonable and necessary: | 126,529.55 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a ___ monthly  X  quarterly application and request for payment of the 20% hold-back amounts.

Previous fee applications:

| Date Filed | Docket No. | Period Covered | CNO Filed |
|---|---|---|---|
| 08/03/10 | 25163 | 01/01/10 – 05/31/10 | 08/24/10 |
| 08/03/10 | 25164 | 06/01/10 – 06/30/13 | 08/24/10 |
| 09/02/10 | 25321 | 07/01/10 – 07/31/10 | 09/23/10 |
| 09/21/10 | 25443 | 08/01/10 – 08/31/10 | 10/14/10 |
| 10/20/10 | 25613 | 09/01/10 – 09/30/10 | 11/10/10 |
| 11/15/10 | 25754 | 10/01/10 – 10/31/10 | 12/08/10 |
| 11/30/10 | 25829 (Amended) | 10/01/10 – 10/31/10 | 12/8/10 |
| 12/14/10 | 25924 | 11/01/10 – 11/30/10 | 01/05/11 |
| 04/01/11 | 26708 | 12/01/10 – 12/31/10 | 04/22/11 |
| 04/01/11 | 26709 | 01/01/11 – 02/28/11 | 04/22/11 |
| 05/06/11 | 26890 | 03/01/11 – 03/31/11 | 05/27/11 |
| 05/18/13 | 26953 | 01/01/11 – 02/28/11 | 06/09/11 |

| Date Filed | Docket No. | Period Covered | CNO Filed |
|---|---|---|---|
| 07/05/11 | 27219 | 04/01/11 – 04/30/11 | 07/28/11 |
| 07/28/11 | 27329 | 05/01/11 – 05/31/11 | 08/19/11 |
| 07/28/11 | 27330 | 06/01/11 – 06/30/11 | 08/19/11 |
| 09/30/11 | 27706 | 07/01/11 – 07/31/11 | 10/24/11 |
| 10/04/11 | 27714 | 08/01/11 – 08/31/11 | 10/25/11 |
| 10/14/11 | 27761 | 09/01/11 – 09/30/11 | 12/09/11 |
| 11/10/11 | 27918 | 10/01/11 – 10/31/11 | 12/05/11 |
| 12/16/11 | 28164 | 11/01/11 – 11/30/11 | 01/09/12 |
| 02/16/12 | 28478 | 12/01/11 – 12/31/11 | 03/05/12 |
| 02/10/12 | 28500 | 01/01/12 - 01/31/12 | 03/13/12 |
| 02/17/12 | 28544 | 01/01/12 – 01/31/12 | 03/13/12 |
| 03/23/12 | 28713 | 02/01/12 – 02/28/12 | 04/23/12 |
| 05/03/12 | 28873 | 03/01/12 – 03/31/12 | 05/30/12 |
| 07/03/12 | 29182 | 04/01/12 – 04/30/12 | 07/26/12 |
| 07/03/12 | 29183 | 05/01/12 – 05/31/12 | 07/26/12 |
| 09/27/12 | 29699 | 06/01/12 – 06/30/12 | 10/23/12 |
| 09/27/12 | 29700 | 07/01/12 – 07/31/12 | 10/23/12 |
| 09/28/12 | 29708 | 08/01/12 – 08/31/12 | 10/23/12 |
| 10/31/12 | 29827 | 09/01/12 – 09/30/12 | 11/28/12 |
| 11/30/12 | 29981 | 10/01/12 – 10/31/12 | 12/26/12 |
| 12/20/12 | 30073 | 11/01/12 – 11/30/12 | 01/15/13 |
| 02/21/13 | 30306 | 12/01/12 – 01/31/13 | 03/22/13 |
| 04/02/13 | 30463 | 02/01/13 – 02/28/13 | 04/25/13 |

| Date Filed | Docket No. | Period Covered | CNO Filed |
|------------|-----------|----------------|-----------|
| 05/02/13 | 30583 | 03/01/13 – 03/31/13 | 05/29/13 |
| 05/17/13 | 30646 | 04/01/13 – 04/30/13 | 06/11/13 |
| 06/28/13 | 30787 | 05/01/13 – 05/31/13 | 07/22/13 |
| 09/03/13 | 31058 | 07/01/13 – 07/31/13 | 09/27/13 |
| 09/04/13 | 31060 | 06/01/13 – 06/30/13 | 09/27/13 |
| 09/13/13 | 31132 | 08/01/13 – 08/31/13 | 10/08/13 |
| 11/21/13 | 31371 | 09/1/13 – 09/30/13 | 12/16/13 |
| 11/21/13 | 31372 | 10/01/13 – 10/31/13 | 12/16/13 |
| 12/23/13 | 31505 | 11/01/13 – 11/30/13 | 01/15/14 |
| 01/29/14 | 31667 | 12/01/13 – 12/31/13 | 02/20/14 |
| 03/05/14 | 31817 | 01/01/14 – 01/31/14 | 03/28/14 |

A further summary of all invoices for all matters during the Fee Period identified by matter, date, fees, costs (disbursements), 80% payment and 20% holdback amounts is attached hereto as Exhibit A.

Certificates of no objection were filed with the Court for these Monthly Fee Applications because no objections were filed with the Court within the objection period.

John P. Rynkiewicz rendered professional services in these matters during the Fee Period:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John P. Rynkiewicz | Counsel | 1981 | Intellectual Property | $567.00 /587.00 | 1096.45 | $632,647.74 |
| Total Fees Paid During Fee Period (80%) | | | | | | $506,118.19 |
| Total 20% Compensation Holdback and Requested Amount | | | | | | $126,529.55 |

4

There are no paraprofessionals of Kaye Scholer ("KS") who rendered professional services in these cases during the Fee Period who have charged fees to the Debtors.

**Grand Total for Fees:**          $632,647.74

**Grand Total for Expenses:**          $426.71

## COMPENSATION BY MATTER

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 0001 | General Intellectual Property Matters (Counseling, Clearance) | 290 | $167,314.72 |
| 0003 | I. GRACE Dispute | 129.40 | $74,669.35 |
| 0019 | Power Grace Dispute | 67.10 | $38,713.93 |
| 0021 | Bostik Trademark Matter | 4.10 | $2,364.39 |
| 0101 | Grace Bio | 0.66 | $379.89 |
| 0103 | Orthopedic Textiles | 4.30 | $2,427.18 |
| 0104 | Biflex | 13.20 | $7,614.81 |
| 0108 | Special Counsel | 247.00 | $142,758.78 |
| 0109 | iBasis | 6.00 | $3,472.00 |
| 0110 | Tibotec | 15.00 | $8,607.06 |
| 0111 | Trademark Watch Monitoring | 69.00 | $39,825.00 |
| 0112 | Potential Trademark Oppositions | 52.10 | $30,037.75 |
| 0113 | Grace of New York | 16.00 | $9,117.36 |
| 0114 | Bell Grace | 54.10 | $31,228.25 |
| 0115 | Dorazio Enterprises | 22.90 | $13,195.07 |
| 2000 | Massachusetts Division Trademarks - General Trademark Matters | 3.20 | $1,848.42 |
| 3001 | Davison Silica | 27.34 | $15,774.49 |
| 3002 | Davison FCC | 53.80 | $31,033.52 |
| 3003 | Davison Polyolefins | 21.25 | $12,265.77 |
| **Totals for Matters:** | | **1096.45** | **$632,647.74** |

## EXPENSE SUMMARY

| Service Description | Amount |
|---|---|
| Overnight Mail, Postage and Fees | $426.41 |
| Travel Meals | $ 0 |
| Hotels | $ 0 |
| Airfare, travel service fees | $0 |
| Transportation to/from Airport; Car Rental | $ 0 |
| Long Distance/Conference Telephone Charges | $0 |
| Computerized Legal Research/Pacer/Misc. | $ 0 |
| **Total:** | **$426.00** |

## EXHIBIT A

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| **General - 0001** | | | | | | |
| 623145 | 1/28/2010 | 5,456.15 | 0.00 | 5,456.15 | 4,364.92 | 1,091.23 |
| 628636 | 3/31/2010 | 5,250.42 | 0.00 | 5,250.42 | 4,200.34 | 1,050.08 |
| 628637 | 3/31/2010 | 8,453.97 | 0.00 | 8,453.97 | 6,763.18 | 1,690.79 |
| 637193 | 6/30/2010 | 19,890.36 | 0.00 | 19,890.36 | 15,912.29 | 3,978.07 |
| 639770 | 7/28/2010 | 4,065.39 | 0.00 | 4,065.39 | 3,252.31 | 813.08 |
| 641101 | 8/10/2010 | 5,199.39 | 5.00 | 5,204.39 | 4,159.51 | 1,039.88 |
| 643967 | 9/9/2010 | 5,857.11 | 0.00 | 5,857.11 | 4,685.69 | 1,171.42 |
| 647685 | 10/18/2010 | 2,364.39 | 0.40 | 2,364.79 | 1,891.51 | 472.88 |
| 650334 | 11/4/2010 | 1,752.03 | 0.20 | 1,752.23 | 1,401.62 | 350.41 |
| 654086 | 12/10/2010 | 1,513.89 | 1.40 | 1,515.29 | 1,211.11 | 302.78 |
| 657770 | 1/19/2011 | 1,746.36 | 0.60 | 1,746.96 | 1,397.09 | 349.27 |
| 660963 | 2/28/2011 | 1,842.75 | 0.20 | 1,842.95 | 1,474.20 | 368.55 |
| 664046 | 3/31/2011 | 6,849.36 | 0.00 | 6,849.36 | 5,479.49 | 1,369.87 |
| 666733 | 4/30/2011 | 6,282.36 | 0.30 | 6,282.66 | 5,025.89 | 1,256.47 |
| 669550 | 5/31/2011 | 2,976.75 | 0.20 | 2,976.95 | 2,381.40 | 595.35 |
| 672317 | 6/27/2011 | 2,596.86 | 0.30 | 2,597.16 | 2,077.49 | 519.37 |
| 674217 | 7/15/2011 | 9,633.33 | 0.00 | 9,633.33 | 7,706.66 | 1,926.67 |
| 678864 | 8/31/2011 | 3,878.28 | 1.34 | 3,879.62 | 3,102.62 | 775.66 |
| 681371 | 9/29/2011 | 4,297.86 | 0.00 | 4,297.86 | 3,438.29 | 859.57 |
| 682892 | 10/13/2011 | 2,035.53 | 0.00 | 2,035.53 | 1,628.42 | 407.11 |
| 685356 | 11/7/2011 | 2,313.36 | 0.30 | 2,313.66 | 1,850.69 | 462.67 |
| 688457 | 12/12/2011 | 6,713.28 | 0.00 | 6,713.28 | 5,370.62 | 1,342.66 |
| 692924 | 2/2/2012 | 7,938.00 | 0.30 | 7,938.30 | 6,350.40 | 1,587.60 |
| 693780 | 2/8/2012 | 6,210.46 | 0.00 | 6,210.46 | 4,968.37 | 1,242.09 |
| 697370 | 3/19/2012 | 2,641.50 | 0.00 | 2,641.50 | 2,113.20 | 528.30 |
| 699311 | 4/11/2012 | 2,394.96 | 0.00 | 2,394.96 | 1,915.97 | 478.99 |
| 705645 | 6/18/2012 | 1,514.46 | 0.00 | 1,514.46 | 1,211.57 | 302.89 |
| 710014 | 7/31/2012 | 587.00 | 0.50 | 587.50 | 469.60 | 117.40 |
| 710887 | 8/9/2012 | 1,127.04 | 0.00 | 1,127.04 | 901.63 | 225.41 |
| 713798 | 9/14/2012 | 1,267.92 | 0.00 | 1,267.92 | 1,014.34 | 253.58 |
| 716233 | 10/8/2012 | 1,414.67 | 0.00 | 1,414.67 | 1,131.74 | 282.93 |
| 720485 | 11/13/2012 | 880.50 | 0.00 | 880.50 | 704.40 | 176.10 |
| 722803 | 12/10/2012 | 1,860.79 | 0.00 | 1,860.79 | 1,488.63 | 372.16 |
| 728705 | 2/13/2013 | 2,427.83 | 0.00 | 2,427.83 | 1,942.26 | 485.57 |
| 728711 | 2/13/2013 | 3,428.08 | 0.00 | 3,428.08 | 2,742.46 | 685.62 |
| 731956 | 3/25/2013 | 1,420.54 | 0.00 | 1,420.54 | 1,136.43 | 284.11 |
| 734500 | 4/16/2013 | 1,174.00 | 0.00 | 1,174.00 | 939.20 | 234.80 |
| 737555 | 5/13/2013 | 1,367.71 | 0.20 | 1,367.91 | 1,094.17 | 273.54 |
| 739834 | 6/14/2013 | 1,667.08 | 0.00 | 1,667.08 | 1,333.66 | 333.42 |
| 743721 | 7/31/2013 | 2,494.75 | 0.00 | 2,494.75 | 1,995.80 | 498.95 |
| 747545 | 9/11/2013 | 1,414.67 | 0.00 | 1,414.67 | 1,131.74 | 282.93 |

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 754410 | 11/15/2013 | 833.54 | 0.00 | 833.54 | 666.83 | 166.71 |
| 757588 | 12/20/2013 | 1,127.04 | 0.00 | 1,127.04 | 901.63 | 225.41 |
| 760908 | 1/24/2014 | 1,074.21 | 0.30 | 1,074.51 | 859.37 | 214.84 |
| 763049 | 2/21/2014 | 7,636.87 | 0.00 | 7,636.87 | 6,109.50 | 1,527.37 |
| | | 167,314.72 | 11.84 | 167,326.56 | 133,851.78 | 33,462.94 |

**I. GRACE**
**0003**

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 623146 | 1/28/2010 | 2,034.90 | 0.00 | 2,034.90 | 1,627.92 | 406.98 |
| 628638 | 3/31/2010 | 2,177.28 | 0.00 | 2,177.28 | 1,741.82 | 435.46 |
| 628639 | 3/31/2010 | 3,027.78 | 0.00 | 3,027.78 | 2,422.22 | 605.56 |
| 637194 | 6/30/2010 | 7,427.70 | 0.00 | 7,427.70 | 5,942.16 | 1,485.54 |
| 639771 | 7/28/2010 | 1,746.36 | 0.00 | 1,746.36 | 1,397.09 | 349.27 |
| 641098 | 8/10/2010 | 4,864.86 | 0.60 | 4,865.46 | 3,891.89 | 972.97 |
| 643965 | 9/9/2010 | 2,268.00 | 0.00 | 2,268.00 | 1,814.40 | 453.60 |
| 647687 | 10/18/2010 | 2,409.75 | 0.00 | 2,409.75 | 1,927.80 | 481.95 |
| 650336 | 11/4/2010 | 2,506.14 | 0.00 | 2,506.14 | 2,004.91 | 501.23 |
| 654087 | 12/10/2010 | 1,417.50 | 0.00 | 1,417.50 | 1,134.00 | 283.50 |
| 657771 | 1/19/2011 | 2,551.50 | 0.00 | 2,551.50 | 2,041.20 | 510.30 |
| 660985 | 2/28/2011 | 2,126.25 | 0.00 | 2,126.25 | 1,701.00 | 425.25 |
| 664048 | 3/31/2011 | 1,372.14 | 0.00 | 1,372.14 | 1,097.71 | 274.43 |
| 669551 | 5/31/2011 | 1,513.89 | 0.00 | 1,513.89 | 1,211.11 | 302.78 |
| 674218 | 7/15/2011 | 1,088.64 | 0.00 | 1,088.64 | 870.91 | 217.73 |
| 678869 | 8/31/2011 | 4,536.00 | 0.00 | 4,536.00 | 3,628.80 | 907.20 |
| 681372 | 9/29/2011 | 7,274.61 | 0.00 | 7,274.61 | 5,819.69 | 1,454.92 |
| 682893 | 10/13/2011 | 7,648.83 | 0.00 | 7,648.83 | 6,119.06 | 1,529.77 |
| 685362 | 11/7/2011 | 4,677.75 | 0.00 | 4,677.75 | 3,742.20 | 935.55 |
| 688458 | 12/12/2011 | 6,758.64 | 12.13 | 6,770.77 | 5,406.91 | 1,351.73 |
| 692925 | 2/2/2012 | 2,693.25 | 0.50 | 2,693.75 | 2,154.60 | 538.65 |
| 693782 | 2/8/2012 | 2,547.58 | 0.00 | 2,547.58 | 2,038.06 | 509.52 |
| | | 74,669.35 | 13.23 | 74,682.58 | 59,735.48 | 14,933.87 |

**POWER GRACE**
**0019**

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 623147 | 1/28/2010 | 1,981.35 | 0.00 | 1,981.35 | 1,585.08 | 396.27 |
| 628641 | 3/31/2010 | 1,701.00 | 0.00 | 1,701.00 | 1,360.80 | 340.20 |
| 639774 | 7/28/2010 | 328.86 | 0.00 | 328.86 | 263.09 | 65.77 |
| 641095 | 8/10/2010 | 425.25 | 0.00 | 425.25 | 340.20 | 85.05 |
| 643963 | 9/9/2010 | 2,222.64 | 0.00 | 2,222.64 | 1,778.11 | 444.53 |
| 647688 | 10/18/2010 | 1,701.00 | 0.00 | 1,701.00 | 1,360.80 | 340.20 |
| 650338 | 11/4/2010 | 425.25 | 0.00 | 425.25 | 340.20 | 85.05 |
| 660989 | 2/28/2011 | 3,169.53 | 0.00 | 3,169.53 | 2,535.62 | 633.91 |
| 664051 | 3/31/2011 | 1,746.36 | 0.00 | 1,746.36 | 1,397.09 | 349.27 |
| 666739 | 4/30/2011 | 6,469.47 | 15.77 | 6,485.24 | 5,175.58 | 1,293.89 |

9

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 669553 | 5/31/2011 | 3,640.14 | 0.00 | 3,640.14 | 2,912.11 | 728.03 |
| 682894 | 10/13/2011 | 1,321.11 | 0.00 | 1,321.11 | 1,056.89 | 264.22 |
| 685364 | 11/7/2011 | 5,857.11 | 0.00 | 5,857.11 | 4,685.69 | 1,171.42 |
| 688459 | 12/12/2011 | 2,171.61 | 0.00 | 2,171.61 | 1,737.29 | 434.32 |
| 692926 | 2/2/2012 | 4,252.50 | 0.00 | 4,252.50 | 3,402.00 | 850.50 |
| 697371 | 3/19/2012 | 733.75 | 0.00 | 733.75 | 587.00 | 146.75 |
|  |  | **38,713.93** | **15.77** | **38,729.70** | **30,971.14** | **7,742.79** |
| **Bostik 0021** |  |  |  |  |  |  |
| 672315 | 6/27/2011 | 2,126.25 | 37.25 | 2,163.50 | 1,701.00 | 425.25 |
| 674220 | 7/15/2011 | 96.39 | 0.00 | 96.39 | 77.11 | 19.28 |
| 681373 | 9/29/2011 | 141.75 | 19.77 | 161.52 | 113.40 | 28.35 |
|  |  | **2,364.39** | **57.02** | **2,421.41** | **1,891.51** | **472.88** |
| **Grace Bio 0101** |  |  |  |  |  |  |
| 641094 | 8/10/2010 | **379.89** | **0.00** | **379.89** | **303.91** | **75.98** |
| **Orthopedi Textiles 0103** |  |  |  |  |  |  |
| 623149 | 1/28/2010 | 249.90 | 0.00 | 249.90 | 199.92 | 49.98 |
| 637195 | 6/30/2010 | 663.39 | 0.00 | 663.39 | 530.71 | 132.68 |
| 643959 | 9/9/2010 | 1,134.00 | 0.00 | 1,134.00 | 907.20 | 226.80 |
|  |  | **2,427.18** | **0.00** | **2,427.18** | **1,941.74** | **485.44** |
| **Biflex 0104** |  |  |  |  |  |  |
| 654088 | 12/10/2010 | 1,417.50 | 12.52 | 1,430.02 | 1,134.00 | 283.50 |
| 657772 | 1/19/2011 | 992.25 | 0.00 | 992.25 | 793.80 | 198.45 |
| 660993 | 2/28/2011 | 708.75 | 0.00 | 708.75 | 567.00 | 141.75 |
| 666740 | 4/30/2011 | 2,602.53 | 0.00 | 2,602.53 | 2,082.02 | 520.51 |
| 669560 | 5/31/2011 | 521.64 | 13.30 | 534.94 | 417.31 | 104.33 |
| 672312 | 6/27/2011 | 1,179.36 | 0.00 | 1,179.36 | 943.49 | 235.87 |
| 674221 | 7/15/2011 | 192.78 | 16.95 | 209.73 | 154.22 | 38.56 |
|  |  | **7,614.81** | **42.77** | **7,657.58** | **6,091.85** | **1,522.96** |
| **Spec Couns 0108** |  |  |  |  |  |  |
| 628642 | 3/31/2010 | 2,409.75 | 11.24 | 2,420.99 | 1,927.80 | 481.95 |

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 637196 | 6/30/2010 | 5,025.51 | 15.34 | 5,040.85 | 4,020.41 | 1,005.10 |
| 641097 | 8/10/2010 | 895.86 | 0.00 | 895.86 | 716.69 | 179.17 |
| 654089 | 12/10/2010 | 2,642.22 | 0.00 | 2,642.22 | 2,113.78 | 528.44 |
| 660967 | 2/28/2011 | 470.61 | 0.00 | 470.61 | 376.49 | 94.12 |
| 664052 | 3/31/2011 | 379.89 | 0.00 | 379.89 | 303.91 | 75.98 |
| 666741 | 4/30/2011 | 946.89 | 0.00 | 946.89 | 757.51 | 189.38 |
| 669561 | 5/31/2011 | 612.36 | 0.00 | 612.36 | 489.89 | 122.47 |
| 672310 | 6/27/2011 | 657.72 | 0.00 | 657.72 | 526.18 | 131.54 |
| 674222 | 7/15/2011 | 283.50 | 0.00 | 283.50 | 226.80 | 56.70 |
| 678870 | 8/31/2011 | 328.86 | 0.00 | 328.86 | 263.09 | 65.77 |
| 681374 | 9/29/2011 | 521.64 | 0.00 | 521.64 | 417.31 | 104.33 |
| 682895 | 10/13/2011 | 238.14 | 0.00 | 238.14 | 190.51 | 47.63 |
| 685365 | 11/7/2011 | 328.86 | 0.00 | 328.86 | 263.09 | 65.77 |
| 688460 | 12/12/2011 | 476.28 | 0.00 | 476.28 | 381.02 | 95.26 |
| 692932 | 2/2/2012 | 805.14 | 0.00 | 805.14 | 644.11 | 161.03 |
| 693784 | 2/8/2012 | 193.71 | 0.00 | 193.71 | 154.97 | 38.74 |
| 697372 | 3/19/2012 | 1,226.83 | 0.00 | 1,226.83 | 981.46 | 245.37 |
| 699312 | 4/11/2012 | 293.50 | 0.00 | 293.50 | 234.80 | 58.70 |
| 704036 | 5/31/2012 | 393.29 | 0.00 | 393.29 | 314.63 | 78.66 |
| 705642 | 6/18/2012 | 440.25 | 0.00 | 440.25 | 352.20 | 88.05 |
| 710015 | 7/31/2012 | 633.96 | 0.00 | 633.96 | 507.17 | 126.79 |
| 710886 | 8/9/2012 | 534.17 | 0.00 | 534.17 | 427.34 | 106.83 |
| 713793 | 9/14/2012 | 686.79 | 0.00 | 686.79 | 549.43 | 137.36 |
| 716235 | 10/8/2012 | 1,027.25 | 0.00 | 1,027.25 | 821.80 | 205.45 |
| 720486 | 11/13/2012 | 440.25 | 0.00 | 440.25 | 352.20 | 88.05 |
| 722819 | 12/10/2012 | 587.00 | 0.00 | 587.00 | 469.60 | 117.40 |
| 728712 | 2/13/2013 | 3,475.04 | 0.00 | 3,475.04 | 2,780.03 | 695.01 |
| 731957 | 3/25/2013 | 487.21 | 0.00 | 487.21 | 389.77 | 97.44 |
| 734501 | 4/16/2013 | 487.21 | 0.00 | 487.21 | 389.77 | 97.44 |
| 737557 | 5/13/2013 | 680.92 | 0.00 | 680.92 | 544.74 | 136.18 |
| 739839 | 6/14/2013 | 1,174.00 | 0.00 | 1,174.00 | 939.20 | 234.80 |
| 743725 | 7/31/2013 | 980.29 | 0.00 | 980.29 | 784.23 | 196.06 |
| 746119 | 8/27/2013 | 1,267.92 | 0.30 | 1,268.22 | 1,014.34 | 253.58 |
| 747548 | 9/11/2013 | 1,667.08 | 0.00 | 1,667.08 | 1,333.66 | 333.42 |
| 754411 | 11/15/2013 | 974.42 | 0.00 | 974.42 | 779.54 | 194.88 |
| 754412 | 11/15/2013 | 1,220.96 | 0.00 | 1,220.96 | 976.77 | 244.19 |
| 757587 | 12/20/2013 | 639.83 | 0.00 | 639.83 | 511.86 | 127.97 |
| 760911 | 1/24/2014 | 1,807.96 | 0.00 | 1,807.96 | 1,446.37 | 361.59 |
| 762511 | 2/12/2014 | 68,562.21 | 0.00 | 68,562.21 | 54,849.77 | 13,712.44 |
| 762904 | 2/19/2014 | 30,492.72 | 0.00 | 30,492.72 | 24,394.18 | 6,098.54 |
| 763046 | 2/21/2014 | 1,907.75 | 0.00 | 1,907.75 | 1,526.20 | 381.55 |
| | | 142,758.78 | 26.88 | 142,785.66 | 114,207.02 | 28,551.76 |

**iBasis
0109**

| | | | | | | |
|---|---|---|---|---|---|---|
| 623150 | 1/28/2010 | 1,487.50 | 0.00 | 1,487.50 | 1,190.00 | 297.50 |
| 628643 | 3/31/2010 | 567.00 | 0.00 | 567.00 | 453.60 | 113.40 |
| | | **3,472.00** | **0.00** | **3,472.00** | **2,777.60** | **694.40** |

**Tibotec
0110**

| | | | | | | |
|---|---|---|---|---|---|---|
| 641100 | 8/10/2010 | 5,154.03 | 0.00 | 5,154.03 | 4,123.22 | 1,030.81 |
| 643958 | 9/9/2010 | 850.50 | 0.00 | 850.50 | 680.40 | 170.10 |
| 650342 | 11/4/2010 | 2,460.78 | 0.00 | 2,460.78 | 1,968.62 | 492.16 |
| 678871 | 8/31/2011 | 141.75 | 0.00 | 141.75 | 113.40 | 28.35 |
| | | **8,607.06** | **0.00** | **8,607.06** | **6,885.65** | **1,721.41** |

**TM Watch
0111**

| | | | | | | |
|---|---|---|---|---|---|---|
| 647691 | 10/18/2010 | 4,014.36 | 0.00 | 4,014.36 | 3,211.49 | 802.87 |
| 650345 | 11/4/2010 | 1,842.75 | 0.00 | 1,842.75 | 1,474.20 | 368.55 |
| 654090 | 12/10/2010 | 2,602.53 | 0.00 | 2,602.53 | 2,082.02 | 520.51 |
| 657773 | 1/19/2011 | 2,177.28 | 0.00 | 2,177.28 | 1,741.82 | 435.46 |
| 660996 | 2/28/2011 | 708.75 | 0.00 | 708.75 | 567.00 | 141.75 |
| 664053 | 3/31/2011 | 2,358.72 | 0.00 | 2,358.72 | 1,886.98 | 471.74 |
| 666742 | 4/30/2011 | 2,976.75 | 0.00 | 2,976.75 | 2,381.40 | 595.35 |
| 669562 | 5/31/2011 | 2,222.64 | 0.00 | 2,222.64 | 1,778.11 | 444.53 |
| 672316 | 6/27/2011 | 2,409.75 | 0.00 | 2,409.75 | 1,927.80 | 481.95 |
| 674223 | 7/15/2011 | 1,037.61 | 0.00 | 1,037.61 | 830.09 | 207.52 |
| 678872 | 8/31/2011 | 1,842.75 | 0.00 | 1,842.75 | 1,474.20 | 368.55 |
| 681377 | 9/29/2011 | 1,746.36 | 0.00 | 1,746.36 | 1,397.09 | 349.27 |
| 682905 | 10/13/2011 | 4,156.11 | 0.00 | 4,156.11 | 3,324.89 | 831.22 |
| 685366 | 11/7/2011 | 2,409.75 | 0.00 | 2,409.75 | 1,927.80 | 481.95 |
| 688461 | 12/12/2011 | 1,984.50 | 0.00 | 1,984.50 | 1,587.60 | 396.90 |
| 692935 | 1/31/2012 | 1,372.14 | 0.00 | 1,372.14 | 1,097.71 | 274.43 |
| 693785 | 2/8/2012 | 2,054.50 | 0.00 | 2,054.50 | 1,643.60 | 410.90 |
| 697373 | 3/19/2012 | 1,907.75 | 0.00 | 1,907.75 | 1,526.20 | 381.55 |
| | | **39,825.00** | **0.00** | **39,825.00** | **31,860.00** | **7,965.00** |

**Pot TM
Opp 0112**

| | | | | | | |
|---|---|---|---|---|---|---|
| 647693 | 10/18/2010 | 4,819.50 | 0.00 | 4,819.50 | 3,855.60 | 963.90 |
| 650352 | 11/4/2010 | 2,313.36 | 0.00 | 2,313.36 | 1,850.69 | 462.67 |
| 654091 | 12/10/2010 | 2,364.39 | 0.00 | 2,364.39 | 1,891.51 | 472.88 |
| 657778 | 1/19/2011 | 992.25 | 0.00 | 992.25 | 793.80 | 198.45 |
| 660997 | 2/28/2011 | 1,513.89 | 0.00 | 1,513.89 | 1,211.11 | 302.78 |

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 664054 | 3/31/2011 | 3,169.53 | 0.00 | 3,169.53 | 2,535.62 | 633.91 |
| 666743 | 4/30/2011 | 1,513.89 | 0.00 | 1,513.89 | 1,211.11 | 302.78 |
| 685367 | 11/7/2011 | 1,321.11 | 0.00 | 1,321.11 | 1,056.89 | 264.22 |
| 688462 | 12/12/2011 | 567.00 | 0.00 | 567.00 | 453.60 | 113.40 |
| 692936 | 1/31/2012 | 992.25 | 0.00 | 992.25 | 793.80 | 198.45 |
| 693786 | 2/8/2012 | 2,107.33 | 0.00 | 2,107.33 | 1,685.86 | 421.47 |
| | | 30,037.75 | 0.00 | 30,037.75 | 24,030.20 | 6,007.55 |

**Grace NY 0113**

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 674224 | 7/15/2011 | 2,455.11 | 0.00 | 2,455.11 | 1,964.09 | 491.02 |
| 678874 | 8/31/2011 | 708.75 | 0.00 | 708.75 | 567.00 | 141.75 |
| 681384 | 9/29/2011 | 521.64 | 0.00 | 521.64 | 417.31 | 104.33 |
| 682907 | 10/13/2011 | 283.50 | 0.00 | 283.50 | 226.80 | 56.70 |
| 685368 | 11/7/2011 | 1,984.50 | 0.00 | 1,984.50 | 1,587.60 | 396.90 |
| 688463 | 12/12/2011 | 1,746.36 | 0.00 | 1,746.36 | 1,397.09 | 349.27 |
| 692939 | 1/31/2012 | 1,417.50 | 0.00 | 1,417.50 | 1,134.00 | 283.50 |
| | | 9,117.36 | 0.00 | 9,117.36 | 7,293.89 | 1,823.47 |

**Bell Grace 0114**

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 674225 | 7/15/2011 | 2,364.39 | 0.00 | 2,364.39 | 1,891.51 | 472.88 |
| 678875 | 8/31/2011 | 708.75 | 0.00 | 708.75 | 567.00 | 141.75 |
| 681386 | 9/29/2011 | 425.25 | 0.00 | 425.25 | 340.20 | 85.05 |
| 682908 | 10/13/2011 | 283.50 | 0.00 | 283.50 | 226.80 | 56.70 |
| 685369 | 11/7/2011 | 1,842.75 | 0.00 | 1,842.75 | 1,474.20 | 368.55 |
| 688465 | 12/12/2011 | 17,293.50 | 0.00 | 17,293.50 | 13,834.80 | 3,458.70 |
| 692940 | 1/31/2012 | 2,880.36 | 127.00 | 3,007.36 | 2,304.29 | 576.07 |
| 697374 | 3/19/2012 | 2,935.00 | 0.00 | 2,935.00 | 2,348.00 | 587.00 |
| 704038 | 5/31/2012 | 2,494.75 | 0.00 | 2,494.75 | 1,995.80 | 498.95 |
| | | 31,228.25 | 127.00 | 31,355.25 | 24,982.60 | 6,245.65 |

**Doraz Ent 0115**

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 682909 | 10/13/2011 | 2,931.39 | 0.00 | 2,931.39 | 2,345.11 | 586.28 |
| 685372 | 11/7/2011 | 1,275.75 | 0.00 | 1,275.75 | 1,020.60 | 255.15 |
| 688466 | 12/12/2011 | 2,886.03 | 0.00 | 2,886.03 | 2,308.82 | 577.21 |
| 692941 | 1/31/2012 | 1,746.36 | 0.00 | 1,746.36 | 1,397.09 | 349.27 |
| 697376 | 3/19/2012 | 3,475.04 | 0.00 | 3,475.04 | 2,780.03 | 695.01 |
| 705644 | 6/18/2012 | 880.50 | 0.00 | 880.50 | 704.40 | 176.10 |
| | | 13,195.07 | 0.00 | 13,195.07 | 10,556.06 | 2,639.01 |

**MA Div**
**TMs 2000**

| | | | | | | |
|---|---|---|---|---|---|---|
| 637198 | 6/30/2010 | 567.00 | 0.00 | 567.00 | 453.60 | 113.40 |
| 654092 | 12/10/2010 | 96.39 | 0.00 | 96.39 | 77.11 | 19.28 |
| 657779 | 1/19/2011 | 663.39 | 0.00 | 663.39 | 530.71 | 132.68 |
| 674226 | 7/15/2011 | 96.39 | 0.00 | 96.39 | 77.11 | 19.28 |
| 688467 | 12/12/2010 | 238.14 | 0.00 | 238.14 | 190.51 | 47.63 |
| | | **1,848.42** | **0.00** | **1,848.42** | **1,478.74** | **369.68** |

**DAV Sil**
**3001**

| | | | | | | |
|---|---|---|---|---|---|---|
| 623151 | 1/28/2010 | 1,041.25 | 0.00 | 1,041.25 | 833.00 | 208.25 |
| 628646 | 3/31/2010 | 379.89 | 0.00 | 379.89 | 303.91 | 75.98 |
| 628647 | 3/31/2010 | 567.00 | 0.00 | 567.00 | 453.60 | 113.40 |
| 637201 | 6/30/2010 | 2,409.75 | 0.00 | 2,409.75 | 1,927.80 | 481.95 |
| 639773 | 7/28/2010 | 567.00 | 0.00 | 567.00 | 453.60 | 113.40 |
| 641096 | 8/10/2010 | 470.61 | 0.00 | 470.61 | 376.49 | 94.12 |
| 643962 | 9/9/2010 | 1,559.25 | 0.00 | 1,559.25 | 1,247.40 | 311.85 |
| 647696 | 10/18/2010 | 805.14 | 0.00 | 805.14 | 644.11 | 161.03 |
| 650356 | 11/4/2010 | 805.14 | 0.00 | 805.14 | 644.11 | 161.03 |
| 672314 | 6/27/2011 | 1,559.25 | 0.00 | 1,559.25 | 1,247.40 | 311.85 |
| 678876 | 8/31/2011 | 425.25 | 0.00 | 425.25 | 340.20 | 85.05 |
| 682914 | 10/13/2011 | 850.50 | 0.00 | 850.50 | 680.40 | 170.10 |
| 685376 | 11/7/2011 | 992.25 | 0.00 | 992.25 | 793.80 | 198.45 |
| 692942 | 1/31/2012 | 2,268.00 | 0.00 | 2,268.00 | 1,814.40 | 453.60 |
| 699313 | 4/11/2012 | 733.75 | 0.00 | 733.75 | 587.00 | 146.75 |
| 763044 | 2/21/2014 | 340.46 | 0.00 | 340.46 | 272.37 | 68.09 |
| | | **15,774.49** | **0.00** | **15,774.49** | **12,619.59** | **3,154.90** |

**DAV FCC**
**3002**

| | | | | | | |
|---|---|---|---|---|---|---|
| 628648 | 3/31/2010 | 2,035.53 | 11.40 | 2,046.93 | 1,628.42 | 407.11 |
| 628649 | 3/31/2010 | 425.25 | 0.00 | 425.25 | 340.20 | 85.05 |
| 643956 | 9/9/2010 | 425.25 | 0.00 | 425.25 | 340.20 | 85.05 |
| 654094 | 12/10/2010 | 425.25 | 2.70 | 427.95 | 340.20 | 85.05 |
| 657781 | 1/19/2011 | 1,939.14 | 0.00 | 1,939.14 | 1,551.31 | 387.83 |
| 660964 | 2/28/2011 | 141.75 | 0.00 | 141.75 | 113.40 | 28.35 |
| 672311 | 6/27/2011 | 708.75 | 0.00 | 708.75 | 567.00 | 141.75 |
| 674227 | 7/15/2011 | 96.39 | 0.00 | 96.39 | 77.11 | 19.28 |
| 678877 | 8/31/2011 | 141.75 | 0.00 | 141.75 | 113.40 | 28.35 |
| 682918 | 10/13/2011 | 6,616.89 | 14.70 | 6,631.59 | 5,293.51 | 1,323.38 |
| 685378 | 11/7/2011 | 754.11 | 103.10 | 857.21 | 603.29 | 150.82 |
| 688471 | 12/12/2011 | 283.50 | 0.00 | 283.50 | 226.80 | 56.70 |

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 693787 | 2/8/2012 | 1,614.25 | 0.00 | 1,614.25 | 1,291.40 | 322.85 |
| 697377 | 3/19/2012 | 146.75 | 0.00 | 146.75 | 117.40 | 29.35 |
| 699314 | 4/11/2012 | 534.17 | 0.00 | 534.17 | 427.34 | 106.83 |
| 704039 | 5/31/2012 | 293.50 | 0.00 | 293.50 | 234.80 | 58.70 |
| 716236 | 10/8/2012 | 193.71 | 0.00 | 193.71 | 154.97 | 38.74 |
| 728714 | 2/13/2013 | 246.54 | 0.00 | 246.54 | 197.23 | 49.31 |
| 747550 | 9/11/2013 | 2,588.67 | 0.00 | 2,588.67 | 2,070.94 | 517.73 |
| 754414 | 11/15/2013 | 6,363.08 | 0.00 | 6,363.08 | 5,090.46 | 1,272.62 |
| 754415 | 11/15/2013 | 2,201.25 | 0.00 | 2,201.25 | 1,761.00 | 440.25 |
| 757119 | 12/13/2013 | 393.29 | 0.00 | 393.29 | 314.63 | 78.66 |
| 760914 | 1/24/2014 | 1,027.25 | 0.00 | 1,027.25 | 821.80 | 205.45 |
| | | 31,033.52 | 131.90 | 31,165.42 | 24,826.82 | 6,206.70 |

**DAV Poly 3003**

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 647697 | 10/18/2010 | 238.14 | 0.00 | 238.14 | 190.51 | 47.63 |
| 697378 | 3/19/2012 | 193.71 | 0.00 | 193.71 | 154.97 | 38.74 |
| 716237 | 10/8/2012 | 2,101.46 | 0.00 | 2,101.46 | 1,681.17 | 420.29 |
| 747551 | 9/11/2013 | 1,854.92 | 0.00 | 1,854.92 | 1,483.94 | 370.98 |
| 754416 | 11/15/2013 | 7,777.75 | 0.00 | 7,777.75 | 6,222.20 | 1,555.55 |
| 763039 | 2/21/2014 | 99.79 | 0.00 | 99.79 | 79.83 | 19.96 |
| | | 12,265.77 | 0.00 | 12,265.77 | 9,812.62 | 2,453.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Grand total | | 632,647.74 | 426.41 | 633,074.15 | 506,118.19 | 126,529.55 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. Grace & Co., et al.[2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date: May 28, 2014** |
| | ) **Objection Deadline: TBD** |

**FIRST QUARTERLY INTERIM VERIFIED APPLICATION OF KAYE SCHOLER LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL INTELLECTUAL PROPERTY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE PERIOD FROM JANUARY 1, 2010, THROUGH FEBRUARY 3, 2014**

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the *Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members* (the "Interim Compensation Order"), the *Amended Administrative Order under 11 U.S.C. §§ 105(a)*

---

[2]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), Grace Tarpon Investors, Inc., MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of*
*Expenses for Professionals and Official Committee Members* (the "Amended Interim
Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Kaye Scholer LLP ("KS"),
Special IP Counsel for the above-captioned debtors and debtors-in-possession (collectively, the
"Debtors") in their chapter 11 cases, hereby applies for an order (the "First Quarterly Fee
Application") allowing KS for the period from January 1, 2010, through February 3, 2014 (the
"Fee Period"): (i) compensation in the amount of $632,647.74 for the reasonable and necessary
legal services KS has rendered to the Debtors and (ii) reimbursement for the actual and necessary
expenses that KS has incurred in the amount of $426.41.  In support of this First Quarterly Fee
Application, KS respectfully states as follows:

**BACKGROUND**

*Retention of KS*

     1.     On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions
for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").  On
April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for
administrative purposes only.  Since the Petition Date, the Debtors have continued to operate
their businesses and manage their properties as debtors-in-possession pursuant to sections
1107(a) and 1108 of the Bankruptcy Code.

     2.     By this Court's order dated April 7, 2010, the Debtors were authorized to retain
KS as their Special IP Counsel, effective as of January 1, 2010, with regard to counseling,
oppositions and the prosecution of the Grace intellectual property matters assigned to KS and all
related matters (the "Retention Order").  The Retention Order authorizes the Debtors to
compensate KS at KS's hourly rates charged for services of this type and to be reimbursed for
actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court

in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

*Monthly Interim Fee Applications Covered Herein*

3.      Pursuant to the procedures set forth in the Interim Compensation Order, as amended by the Amended Interim Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application"), and the notice parties listed in the Amended Interim Compensation Order (the "Notice Parties") may object to any such request.   If no Notice Party objects to a professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

4.      Furthermore, and also pursuant to the Amended Interim Compensation Order, professionals may file and serve upon the Notice Parties a quarterly request (each such request, a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed previously.   If the Court grants the relief requested by the Quarterly Fee Application, the debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the monthly fee applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications.   Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

5.      The First Quarterly Fee Application is submitted in accordance with the Amended Interim Compensation Order for compensation for services rendered that KS has filed with the

Bankruptcy Court in connection with the intellectual property legal work performed.  The First

Quarterly Fee Application's Fee Period is January 1, 2010, through February 3, 2014.

6.    KS has filed the following Monthly Fee Applications for compensation during

this Fee Period:

| Date Filed | Docket No. | Period Covered | CNO Filed |
|---|---|---|---|
| 08/03/10 | 25163 | 01/01/10 – 05/31/10 | 08/24/10 |
| 08/03/10 | 25164 | 06/01/10 – 06/30/13 | 08/24/10 |
| 09/02/10 | 25321 | 07/01/10 – 07/31/10 | 09/23/10 |
| 09/21/10 | 25443 | 08/01/10 – 08/31/10 | 10/14/10 |
| 10/20/10 | 25613 | 09/01/10 – 09/30/10 | 11/10/10 |
| 11/15/10 | 25754 | 10/01/10 – 10/31/10 | 12/08/10 |
| 11/30/10 | 25829 (Amended) | 10/01/10 – 10/31/10 | 12/8/10 |
| 12/14/10 | 25924 | 11/01/10 – 11/30/10 | 01/05/11 |
| 04/01/11 | 26708 | 12/01/10 – 12/31/10 | 04/22/11 |
| 04/01/11 | 26709 | 01/01/11 – 02/28/11 | 04/22/11 |
| 05/06/11 | 26890 | 03/01/11 – 03/31/11 | 05/27/11 |
| 05/18/13 | 26953 | 01/01/11 – 02/28/11 | 06/09/11 |
| 07/05/11 | 27219 | 04/01/11 – 04/30/11 | 07/28/11 |
| 07/28/11 | 27329 | 05/01/11 – 05/31/11 | 08/19/11 |
| 07/28/11 | 27330 | 06/01/11 – 06/30/11 | 08/19/11 |
| 09/30/11 | 27706 | 07/01/11 – 07/31/11 | 10/24/11 |
| 10/04/11 | 27714 | 08/01/11 – 08/31/11 | 10/25/11 |
| 10/14/11 | 27761 | 09/01/11 – 09/30/11 | 12/09/11 |

| Date Filed | Docket No. | Period Covered | CNO Filed |
|---|---|---|---|
| 11/10/11 | 27918 | 10/01/11 – 10/31/11 | 12/05/11 |
| 12/16/11 | 28164 | 11/01/11 – 11/30/11 | 01/09/12 |
| 02/16/12 | 28478 | 12/01/11 – 12/31/11 | 03/05/12 |
| 02/10/12 | 28500 | 01/01/12 - 01/31/12 | 03/13/12 |
| 02/17/12 | 28544 | 01/01/12 – 01/31/12 | 03/13/12 |
| 03/23/12 | 28713 | 02/01/12 – 02/28/12 | 04/23/12 |
| 05/03/12 | 28873 | 03/01/12 – 03/31/12 | 05/30/12 |
| 07/03/12 | 29182 | 04/01/12 – 04/30/12 | 07/26/12 |
| 07/03/12 | 29183 | 05/01/12 – 05/31/12 | 07/26/12 |
| 09/27/12 | 29699 | 06/01/12 – 06/30/12 | 10/23/12 |
| 09/27/12 | 29700 | 07/01/12 – 07/31/12 | 10/23/12 |
| 09/28/12 | 29708 | 08/01/12 – 08/31/12 | 10/23/12 |
| 10/31/12 | 29827 | 09/01/12 – 09/30/12 | 11/28/12 |
| 11/30/12 | 29981 | 10/01/12 – 10/31/12 | 12/26/12 |
| 12/20/12 | 30073 | 11/01/12 – 11/30/12 | 01/15/13 |
| 02/21/13 | 30306 | 12/01/12 – 01/31/13 | 03/22/13 |
| 04/02/13 | 30463 | 02/01/13 – 02/28/13 | 04/25/13 |
| 05/02/13 | 30583 | 03/01/13 – 03/31/13 | 05/29/13 |
| 05/17/13 | 30646 | 04/01/13 – 04/30/13 | 06/11/13 |
| 06/28/13 | 30787 | 05/01/13 – 05/31/13 | 07/22/13 |
| 09/03/13 | 31058 | 07/01/13 – 07/31/13 | 09/27/13 |
| 09/04/13 | 31060 | 06/01/13 – 06/30/13 | 09/27/13 |
| 09/13/13 | 31132 | 08/01/13 – 08/31/13 | 10/08/13 |

| Date Filed | Docket No. | Period Covered | CNO Filed |
|------------|-----------|----------------|-----------|
| 11/21/13 | 31371 | 09/1/13 – 09/30/13 | 12/16/13 |
| 11/21/13 | 31372 | 10/01/13 – 10/31/13 | 12/16/13 |
| 12/23/13 | 31505 | 11/01/13 – 11/30/13 | 01/15/14 |
| 01/29/14 | 31667 | 12/01/13 – 12/31/13 | 02/20/14 |
| 03/05/14 | 31817 | 01/01/14 – 01/31/14 | 03/28/14 |

A summary of all KS invoices for all matters during the Fee Period identified by matter, date, fees, costs (disbursements), 80% payment and 20% holdback amounts appears in Exhibit A to the Summary of First Interim Verified Application of Kaye Scholer LLP.

7.      The respective periods for objecting to the fees and expense reimbursement requested in all the Monthly Fee Applications passed without any objections being filed, and the Debtors filed certificates of no objection with the Court for each of the Monthly Fee Applications.  The Debtors have paid interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested in all those Monthly Fee Applications.  KS now seeks from the Debtors $126,529.55 which is equal to the sum of the remaining 20% holdback amount.

8.      KS has advised and represented the Debtors as Special IP Counsel in intellectual property matters in connection with the operation of their businesses and other matters arising in the performance of their duties as a debtors-in-possession during the Fee Period covered by the First Quarterly Fee Application, and, furthermore, has performed various other professional services involving intellectual property that are described in the Applications.

9.      The Court is scheduled to hear the First Quarterly Fee Application, for the period of January 1, 2010, though February 3, 2014, at the hearing currently set for May 28, 2014.

***Requested Relief***

10.     By this First Quarterly Fee Application, KS requests that the Court approve the allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by KS for the Fee Period as detailed in the Applications, less any amounts previously paid to KS pursuant to the Applications and the procedures set forth in the Amended Interim Compensation Order.  As stated above, the full scope of services provided and the related expenses incurred are fully described in the Applications, which are on file with the Fee Auditor.

***Disinterestedness***

11.     As disclosed in the *Affidavit of John P. Rynkiewicz in Support of the Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Kaye Scholer LLP as Special IP Counsel to the Debtors* (the "Affidavit"), dated March 25, 2010, KS does not hold or represent any interest adverse to the estates, and has been, at all relevant times, a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

12.     KS may have in the past represented or may likely in the future represent parties-in-interest in connection with matters unrelated to the Debtors, the Chapter 11 Cases and associated IP matters.  KS disclosed in the Affidavit its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts.  KS will update the Affidavit if necessary and when KS becomes aware of material new information.

<u>**REPRESENTATIONS**</u>

13.     KS believes that the First Quarterly Fee Application complies with the requirements of Del.Bankr.LR 2016-2 and the Amended Interim Compensation Order.

14.     KS performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

15.     During the Fee Period, KS has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Chapter 11 Cases or in connection with intellectual property legal work performed under the Retention Order other than the interim compensation payments pursuant to the Amended Interim Compensation Order.

16.     Pursuant to Fed. R. Bank. P. 2016(b), KS has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of KS, or (b) any compensation another person or party has received or may receive in connection with the intellectual property work.

WHEREFORE, KS respectfully requests that the Court enter an order providing that (a) for the Fee Period, January 1, 2010, through February 3, 2014, an administrative allowance be made to KS in the sum of (i) $632,647.74 as compensation for reasonable and necessary professional services rendered to the Debtors and (ii) $426.41 for reimbursement of actual and necessary costs and expenses incurred, for a total of $633,074.45; (b) the Debtors be authorized and directed to pay to KS the outstanding amount of such sums less any sums previously paid to KS pursuant to the Applications and the procedures set forth in the Amended Interim Compensation

Order; and (c) this Court grant such further relief as is equitable and just.

Dated: May 2, 2014                        Respectfully submitted,


KAYE SCHOLER LLP


John P. Rynkiewicz
Counsel
901 Fifteenth Street, N.W., Suite 700
Washington, D.C. 20005
Telephone:  (202) 682-3671

24

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. Grace & Co., et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

## VERIFICATION

STATE OF MARYLAND    )
                        )    ss.
COUNTY OF ANNE ARUNDEL  )

John P. Rynkiewicz, after being duly sworn according to law, deposes and says:

I am Counsel of the applicant law firm, Kaye Scholer LLP ("KS"), and have been admitted to practice since 1981 and admitted to the Bar of the District of Columbia since 2002.

I have personally performed the services rendered by KS as Special IP Counsel to the Debtors.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

I have reviewed the foregoing First Quarterly Fee Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and submit that the Application substantially complies with such rules.

KAYE SCHOLER LLP

By: John P. Rynkiewicz

SWORN AND SUBSCRIBED
before me this 2nd day of May 2014

Notary Public
My Commission Expires: 1/2017

2