# EXHIBIT A

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| **General - 0001** | | | | | | |
| 623145 | 1/28/2010 | 5,456.15 | 0.00 | 5,456.15 | 4,364.92 | 1,091.23 |
| 628636 | 3/31/2010 | 5,250.42 | 0.00 | 5,250.42 | 4,200.34 | 1,050.08 |
| 628637 | 3/31/2010 | 8,453.97 | 0.00 | 8,453.97 | 6,763.18 | 1,690.79 |
| 637193 | 6/30/2010 | 19,890.36 | 0.00 | 19,890.36 | 15,912.29 | 3,978.07 |
| 639770 | 7/28/2010 | 4,065.39 | 0.00 | 4,065.39 | 3,252.31 | 813.08 |
| 641101 | 8/10/2010 | 5,199.39 | 5.00 | 5,204.39 | 4,159.51 | 1,039.88 |
| 643967 | 9/9/2010 | 5,857.11 | 0.00 | 5,857.11 | 4,685.69 | 1,171.42 |
| 647685 | 10/18/2010 | 2,364.39 | 0.40 | 2,364.79 | 1,891.51 | 472.88 |
| 650334 | 11/4/2010 | 1,752.03 | 0.20 | 1,752.23 | 1,401.62 | 350.41 |
| 654086 | 12/10/2010 | 1,513.89 | 1.40 | 1,515.29 | 1,211.11 | 302.78 |
| 657770 | 1/19/2011 | 1,746.36 | 0.60 | 1,746.96 | 1,397.09 | 349.27 |
| 660963 | 2/28/2011 | 1,842.75 | 0.20 | 1,842.95 | 1,474.20 | 368.55 |
| 664046 | 3/31/2011 | 6,849.36 | 0.00 | 6,849.36 | 5,479.49 | 1,369.87 |
| 666733 | 4/30/2011 | 6,282.36 | 0.30 | 6,282.66 | 5,025.89 | 1,256.47 |
| 669550 | 5/31/2011 | 2,976.75 | 0.20 | 2,976.95 | 2,381.40 | 595.35 |
| 672317 | 6/27/2011 | 2,596.86 | 0.30 | 2,597.16 | 2,077.49 | 519.37 |
| 674217 | 7/15/2011 | 9,633.33 | 0.00 | 9,633.33 | 7,706.66 | 1,926.67 |
| 678864 | 8/31/2011 | 3,878.28 | 1.34 | 3,879.62 | 3,102.62 | 775.66 |
| 681371 | 9/29/2011 | 4,297.86 | 0.00 | 4,297.86 | 3,438.29 | 859.57 |
| 682892 | 10/13/2011 | 2,035.53 | 0.00 | 2,035.53 | 1,628.42 | 407.11 |
| 685356 | 11/7/2011 | 2,313.36 | 0.30 | 2,313.66 | 1,850.69 | 462.67 |
| 688457 | 12/12/2011 | 6,713.28 | 0.00 | 6,713.28 | 5,370.62 | 1,342.66 |
| 692924 | 2/2/2012 | 7,938.00 | 0.30 | 7,938.30 | 6,350.40 | 1,587.60 |
| 693780 | 2/8/2012 | 6,210.46 | 0.00 | 6,210.46 | 4,968.37 | 1,242.09 |
| 697370 | 3/19/2012 | 2,641.50 | 0.00 | 2,641.50 | 2,113.20 | 528.30 |
| 699311 | 4/11/2012 | 2,394.96 | 0.00 | 2,394.96 | 1,915.97 | 478.99 |
| 705645 | 6/18/2012 | 1,514.46 | 0.00 | 1,514.46 | 1,211.57 | 302.89 |
| 710014 | 7/31/2012 | 587.00 | 0.50 | 587.50 | 469.60 | 117.40 |
| 710887 | 8/9/2012 | 1,127.04 | 0.00 | 1,127.04 | 901.63 | 225.41 |
| 713798 | 9/14/2012 | 1,267.92 | 0.00 | 1,267.92 | 1,014.34 | 253.58 |
| 716233 | 10/8/2012 | 1,414.67 | 0.00 | 1,414.67 | 1,131.74 | 282.93 |
| 720485 | 11/13/2012 | 880.50 | 0.00 | 880.50 | 704.40 | 176.10 |
| 722803 | 12/10/2012 | 1,860.79 | 0.00 | 1,860.79 | 1,488.63 | 372.16 |
| 728705 | 2/13/2013 | 2,427.83 | 0.00 | 2,427.83 | 1,942.26 | 485.57 |
| 728711 | 2/13/2013 | 3,428.08 | 0.00 | 3,428.08 | 2,742.46 | 685.62 |
| 731956 | 3/25/2013 | 1,420.54 | 0.00 | 1,420.54 | 1,136.43 | 284.11 |
| 734500 | 4/16/2013 | 1,174.00 | 0.00 | 1,174.00 | 939.20 | 234.80 |
| 737555 | 5/13/2013 | 1,367.71 | 0.20 | 1,367.91 | 1,094.17 | 273.54 |
| 739834 | 6/14/2013 | 1,667.08 | 0.00 | 1,667.08 | 1,333.66 | 333.42 |
| 743721 | 7/31/2013 | 2,494.75 | 0.00 | 2,494.75 | 1,995.80 | 498.95 |

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 747545 | 9/11/2013 | 1,414.67 | 0.00 | 1,414.67 | 1,131.74 | 282.93 |
| 757588 | 12/20/2013 | 1,127.04 | 0.00 | 1,127.04 | 901.63 | 225.41 |
| 760908 | 1/24/2014 | 1,074.21 | 0.30 | 1,074.51 | 859.37 | 214.84 |
| 763049 | 2/21/2014 | 7,636.87 | 0.00 | 7,636.87 | 6,109.50 | 1,527.37 |
|  |  | **167,314.72** | **11.84** | **167,326.56** | **133,851.78** | **33,462.94** |

**I. GRACE 0003**

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 623146 | 1/28/2010 | 2,034.90 | 0.00 | 2,034.90 | 1,627.92 | 406.98 |
| 628638 | 3/31/2010 | 2,177.28 | 0.00 | 2,177.28 | 1,741.82 | 435.46 |
| 628639 | 3/31/2010 | 3,027.78 | 0.00 | 3,027.78 | 2,422.22 | 605.56 |
| 637194 | 6/30/2010 | 7,427.70 | 0.00 | 7,427.70 | 5,942.16 | 1,485.54 |
| 639771 | 7/28/2010 | 1,746.36 | 0.00 | 1,746.36 | 1,397.09 | 349.27 |
| 641098 | 8/10/2010 | 4,864.86 | 0.60 | 4,865.46 | 3,891.89 | 972.97 |
| 643965 | 9/9/2010 | 2,268.00 | 0.00 | 2,268.00 | 1,814.40 | 453.60 |
| 647687 | 10/18/2010 | 2,409.75 | 0.00 | 2,409.75 | 1,927.80 | 481.95 |
| 650336 | 11/4/2010 | 2,506.14 | 0.00 | 2,506.14 | 2,004.91 | 501.23 |
| 654087 | 12/10/2010 | 1,417.50 | 0.00 | 1,417.50 | 1,134.00 | 283.50 |
| 657771 | 1/19/2011 | 2,551.50 | 0.00 | 2,551.50 | 2,041.20 | 510.30 |
| 660985 | 2/28/2011 | 2,126.25 | 0.00 | 2,126.25 | 1,701.00 | 425.25 |
| 664048 | 3/31/2011 | 1,372.14 | 0.00 | 1,372.14 | 1,097.71 | 274.43 |
| 669551 | 5/31/2011 | 1,513.89 | 0.00 | 1,513.89 | 1,211.11 | 302.78 |
| 674218 | 7/15/2011 | 1,088.64 | 0.00 | 1,088.64 | 870.91 | 217.73 |
| 678869 | 8/31/2011 | 4,536.00 | 0.00 | 4,536.00 | 3,628.80 | 907.20 |
| 681372 | 9/29/2011 | 7,274.61 | 0.00 | 7,274.61 | 5,819.69 | 1,454.92 |
| 682893 | 10/13/2011 | 7,648.83 | 0.00 | 7,648.83 | 6,119.06 | 1,529.77 |
| 685362 | 11/7/2011 | 4,677.75 | 0.00 | 4,677.75 | 3,742.20 | 935.55 |
| 688458 | 12/12/2011 | 6,758.64 | 12.13 | 6,770.77 | 5,406.91 | 1,351.73 |
| 692925 | 2/2/2012 | 2,693.25 | 0.50 | 2,693.75 | 2,154.60 | 538.65 |
| 693782 | 2/8/2012 | 2,547.58 | 0.00 | 2,547.58 | 2,038.06 | 509.52 |
|  |  | **74,669.35** | **13.23** | **74,682.58** | **59,735.48** | **14,933.87** |

**POWER GRACE 0019**

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 623147 | 1/28/2010 | 1,981.35 | 0.00 | 1,981.35 | 1,585.08 | 396.27 |
| 628641 | 3/31/2010 | 1,701.00 | 0.00 | 1,701.00 | 1,360.80 | 340.20 |
| 639774 | 7/28/2010 | 328.86 | 0.00 | 328.86 | 263.09 | 65.77 |
| 641095 | 8/10/2010 | 425.25 | 0.00 | 425.25 | 340.20 | 85.05 |
| 643963 | 9/9/2010 | 2,222.64 | 0.00 | 2,222.64 | 1,778.11 | 444.53 |
| 647688 | 10/18/2010 | 1,701.00 | 0.00 | 1,701.00 | 1,360.80 | 340.20 |
| 650338 | 11/4/2010 | 425.25 | 0.00 | 425.25 | 340.20 | 85.05 |
| 660989 | 2/28/2011 | 3,169.53 | 0.00 | 3,169.53 | 2,535.62 | 633.91 |
| 664051 | 3/31/2011 | 1,746.36 | 0.00 | 1,746.36 | 1,397.09 | 349.27 |
| 666739 | 4/30/2011 | 6,469.47 | 15.77 | 6,485.24 | 5,175.58 | 1,293.89 |

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 669553 | 5/31/2011 | 3,640.14 | 0.00 | 3,640.14 | 2,912.11 | 728.03 |
| 682894 | 10/13/2011 | 1,321.11 | 0.00 | 1,321.11 | 1,056.89 | 264.22 |
| 685364 | 11/7/2011 | 5,857.11 | 0.00 | 5,857.11 | 4,685.69 | 1,171.42 |
| 688459 | 12/12/2011 | 2,171.61 | 0.00 | 2,171.61 | 1,737.29 | 434.32 |
| 692926 | 2/2/2012 | 4,252.50 | 0.00 | 4,252.50 | 3,402.00 | 850.50 |
| 697371 | 3/19/2012 | 733.75 | 0.00 | 733.75 | 587.00 | 146.75 |
|  |  | **38,713.93** | **15.77** | **38,729.70** | **30,971.14** | **7,742.79** |

**Bostik 0021**

| | | | | | | |
|---|---|---|---|---|---|---|
| 672315 | 6/27/2011 | 2,126.25 | 37.25 | 2,163.50 | 1,701.00 | 425.25 |
| 674220 | 7/15/2011 | 96.39 | 0.00 | 96.39 | 77.11 | 19.28 |
| 681373 | 9/29/2011 | 141.75 | 19.77 | 161.52 | 113.40 | 28.35 |
|  |  | **2,364.39** | **57.02** | **2,421.41** | **1,891.51** | **472.88** |

**Grace Bio 0101**

| | | | | | | |
|---|---|---|---|---|---|---|
| 641094 | 8/10/2010 | **379.89** | **0.00** | **379.89** | **303.91** | **75.98** |

**Orthopedi Textiles 0103**

| | | | | | | |
|---|---|---|---|---|---|---|
| 623149 | 1/28/2010 | 249.90 | 0.00 | 249.90 | 199.92 | 49.98 |
| 637195 | 6/30/2010 | 663.39 | 0.00 | 663.39 | 530.71 | 132.68 |
| 643959 | 9/9/2010 | 1,134.00 | 0.00 | 1,134.00 | 907.20 | 226.80 |
|  |  | **2,427.18** | **0.00** | **2,427.18** | **1,941.74** | **485.44** |

**Biflex 0104**

| | | | | | | |
|---|---|---|---|---|---|---|
| 654088 | 12/10/2010 | 1,417.50 | 12.52 | 1,430.02 | 1,134.00 | 283.50 |
| 657772 | 1/19/2011 | 992.25 | 0.00 | 992.25 | 793.80 | 198.45 |
| 660993 | 2/28/2011 | 708.75 | 0.00 | 708.75 | 567.00 | 141.75 |
| 666740 | 4/30/2011 | 2,602.53 | 0.00 | 2,602.53 | 2,082.02 | 520.51 |
| 669560 | 5/31/2011 | 521.64 | 13.30 | 534.94 | 417.31 | 104.33 |
| 672312 | 6/27/2011 | 1,179.36 | 0.00 | 1,179.36 | 943.49 | 235.87 |
| 674221 | 7/15/2011 | 192.78 | 16.95 | 209.73 | 154.22 | 38.56 |
|  |  | **7,614.81** | **42.77** | **7,657.58** | **6,091.85** | **1,522.96** |

**Spec Couns 0108**

| | | | | | | |
|---|---|---|---|---|---|---|
| 628642 | 3/31/2010 | 2,409.75 | 11.24 | 2,420.99 | 1,927.80 | 481.95 |

9

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 637196 | 6/30/2010 | 5,025.51 | 15.34 | 5,040.85 | 4,020.41 | 1,005.10 |
| 641097 | 8/10/2010 | 895.86 | 0.00 | 895.86 | 716.69 | 179.17 |
| 654089 | 12/10/2010 | 2,642.22 | 0.00 | 2,642.22 | 2,113.78 | 528.44 |
| 660967 | 2/28/2011 | 470.61 | 0.00 | 470.61 | 376.49 | 94.12 |
| 664052 | 3/31/2011 | 379.89 | 0.00 | 379.89 | 303.91 | 75.98 |
| 666741 | 4/30/2011 | 946.89 | 0.00 | 946.89 | 757.51 | 189.38 |
| 669561 | 5/31/2011 | 612.36 | 0.00 | 612.36 | 489.89 | 122.47 |
| 672310 | 6/27/2011 | 657.72 | 0.00 | 657.72 | 526.18 | 131.54 |
| 674222 | 7/15/2011 | 283.50 | 0.00 | 283.50 | 226.80 | 56.70 |
| 678870 | 8/31/2011 | 328.86 | 0.00 | 328.86 | 263.09 | 65.77 |
| 681374 | 9/29/2011 | 521.64 | 0.00 | 521.64 | 417.31 | 104.33 |
| 682895 | 10/13/2011 | 238.14 | 0.00 | 238.14 | 190.51 | 47.63 |
| 685365 | 11/7/2011 | 328.86 | 0.00 | 328.86 | 263.09 | 65.77 |
| 688460 | 12/12/2011 | 476.28 | 0.00 | 476.28 | 381.02 | 95.26 |
| 692932 | 2/2/2012 | 805.14 | 0.00 | 805.14 | 644.11 | 161.03 |
| 693784 | 2/8/2012 | 193.71 | 0.00 | 193.71 | 154.97 | 38.74 |
| 697372 | 3/19/2012 | 1,226.83 | 0.00 | 1,226.83 | 981.46 | 245.37 |
| 699312 | 4/11/2012 | 293.50 | 0.00 | 293.50 | 234.80 | 58.70 |
| 704036 | 5/31/2012 | 393.29 | 0.00 | 393.29 | 314.63 | 78.66 |
| 705642 | 6/18/2012 | 440.25 | 0.00 | 440.25 | 352.20 | 88.05 |
| 710015 | 7/31/2012 | 633.96 | 0.00 | 633.96 | 507.17 | 126.79 |
| 710886 | 8/9/2012 | 534.17 | 0.00 | 534.17 | 427.34 | 106.83 |
| 713793 | 9/14/2012 | 686.79 | 0.00 | 686.79 | 549.43 | 137.36 |
| 716235 | 10/8/2012 | 1,027.25 | 0.00 | 1,027.25 | 821.80 | 205.45 |
| 720486 | 11/13/2012 | 440.25 | 0.00 | 440.25 | 352.20 | 88.05 |
| 722819 | 12/10/2012 | 587.00 | 0.00 | 587.00 | 469.60 | 117.40 |
| 728712 | 2/13/2013 | 3,475.04 | 0.00 | 3,475.04 | 2,780.03 | 695.01 |
| 731957 | 3/25/2013 | 487.21 | 0.00 | 487.21 | 389.77 | 97.44 |
| 734501 | 4/16/2013 | 487.21 | 0.00 | 487.21 | 389.77 | 97.44 |
| 737557 | 5/13/2013 | 680.92 | 0.00 | 680.92 | 544.74 | 136.18 |
| 739839 | 6/14/2013 | 1,174.00 | 0.00 | 1,174.00 | 939.20 | 234.80 |
| 743725 | 7/31/2013 | 980.29 | 0.00 | 980.29 | 784.23 | 196.06 |
| 746119 | 8/27/2013 | 1,267.92 | 0.30 | 1,268.22 | 1,014.34 | 253.58 |
| 747548 | 9/11/2013 | 1,667.08 | 0.00 | 1,667.08 | 1,333.66 | 333.42 |
| 754411 | 11/15/2013 | 974.42 | 0.00 | 974.42 | 779.54 | 194.88 |
| 754412 | 11/15/2013 | 1,220.96 | 0.00 | 1,220.96 | 976.77 | 244.19 |
| 757587 | 12/20/2013 | 639.83 | 0.00 | 639.83 | 511.86 | 127.97 |
| 760911 | 1/24/2014 | 1,807.96 | 0.00 | 1,807.96 | 1,446.37 | 361.59 |
| 762511 | 2/12/2014 | 68,562.21 | 0.00 | 68,562.21 | 54,849.77 | 13,712.44 |
| 762904 | 2/19/2014 | 30,492.72 | 0.00 | 30,492.72 | 24,394.18 | 6,098.54 |
| 763046 | 2/21/2014 | 1,907.75 | 0.00 | 1,907.75 | 1,526.20 | 381.55 |
| | | 142,758.78 | 26.88 | 142,785.66 | 114,207.02 | 28,551.76 |

**iBasis**
**0109**

| | | | | | | |
|---|---|---|---|---|---|---|
| 623150 | 1/28/2010 | 1,487.50 | 0.00 | 1,487.50 | 1,190.00 | 297.50 |
| 628643 | 3/31/2010 | 567.00 | 0.00 | 567.00 | 453.60 | 113.40 |
| | | **3,472.00** | **0.00** | **3,472.00** | **2,777.60** | **694.40** |

**Tibotec**
**0110**

| | | | | | | |
|---|---|---|---|---|---|---|
| 641100 | 8/10/2010 | 5,154.03 | 0.00 | 5,154.03 | 4,123.22 | 1,030.81 |
| 643958 | 9/9/2010 | 850.50 | 0.00 | 850.50 | 680.40 | 170.10 |
| 650342 | 11/4/2010 | 2,460.78 | 0.00 | 2,460.78 | 1,968.62 | 492.16 |
| 678871 | 8/31/2011 | 141.75 | 0.00 | 141.75 | 113.40 | 28.35 |
| | | **8,607.06** | **0.00** | **8,607.06** | **6,885.65** | **1,721.41** |

**TM Watch**
**0111**

| | | | | | | |
|---|---|---|---|---|---|---|
| 647691 | 10/18/2010 | 4,014.36 | 0.00 | 4,014.36 | 3,211.49 | 802.87 |
| 650345 | 11/4/2010 | 1,842.75 | 0.00 | 1,842.75 | 1,474.20 | 368.55 |
| 654090 | 12/10/2010 | 2,602.53 | 0.00 | 2,602.53 | 2,082.02 | 520.51 |
| 657773 | 1/19/2011 | 2,177.28 | 0.00 | 2,177.28 | 1,741.82 | 435.46 |
| 660996 | 2/28/2011 | 708.75 | 0.00 | 708.75 | 567.00 | 141.75 |
| 664053 | 3/31/2011 | 2,358.72 | 0.00 | 2,358.72 | 1,886.98 | 471.74 |
| 666742 | 4/30/2011 | 2,976.75 | 0.00 | 2,976.75 | 2,381.40 | 595.35 |
| 669562 | 5/31/2011 | 2,222.64 | 0.00 | 2,222.64 | 1,778.11 | 444.53 |
| 672316 | 6/27/2011 | 2,409.75 | 0.00 | 2,409.75 | 1,927.80 | 481.95 |
| 674223 | 7/15/2011 | 1,037.61 | 0.00 | 1,037.61 | 830.09 | 207.52 |
| 678872 | 8/31/2011 | 1,842.75 | 0.00 | 1,842.75 | 1,474.20 | 368.55 |
| 681377 | 9/29/2011 | 1,746.36 | 0.00 | 1,746.36 | 1,397.09 | 349.27 |
| 682905 | 10/13/2011 | 4,156.11 | 0.00 | 4,156.11 | 3,324.89 | 831.22 |
| 685366 | 11/7/2011 | 2,409.75 | 0.00 | 2,409.75 | 1,927.80 | 481.95 |
| 688461 | 12/12/2011 | 1,984.50 | 0.00 | 1,984.50 | 1,587.60 | 396.90 |
| 692935 | 1/31/2012 | 1,372.14 | 0.00 | 1,372.14 | 1,097.71 | 274.43 |
| 693785 | 2/8/2012 | 2,054.50 | 0.00 | 2,054.50 | 1,643.60 | 410.90 |
| 697373 | 3/19/2012 | 1,907.75 | 0.00 | 1,907.75 | 1,526.20 | 381.55 |
| | | **39,825.00** | **0.00** | **39,825.00** | **31,860.00** | **7,965.00** |

**Pot TM**
**Opp 0112**

| | | | | | | |
|---|---|---|---|---|---|---|
| 647693 | 10/18/2010 | 4,819.50 | 0.00 | 4,819.50 | 3,855.60 | 963.90 |
| 650352 | 11/4/2010 | 2,313.36 | 0.00 | 2,313.36 | 1,850.69 | 462.67 |
| 654091 | 12/10/2010 | 2,364.39 | 0.00 | 2,364.39 | 1,891.51 | 472.88 |
| 657778 | 1/19/2011 | 992.25 | 0.00 | 992.25 | 793.80 | 198.45 |
| 660997 | 2/28/2011 | 1,513.89 | 0.00 | 1,513.89 | 1,211.11 | 302.78 |

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 664054 | 3/31/2011 | 3,169.53 | 0.00 | 3,169.53 | 2,535.62 | 633.91 |
| 666743 | 4/30/2011 | 1,513.89 | 0.00 | 1,513.89 | 1,211.11 | 302.78 |
| 685367 | 11/7/2011 | 1,321.11 | 0.00 | 1,321.11 | 1,056.89 | 264.22 |
| 688462 | 12/12/2011 | 567.00 | 0.00 | 567.00 | 453.60 | 113.40 |
| 692936 | 1/31/2012 | 992.25 | 0.00 | 992.25 | 793.80 | 198.45 |
| 693786 | 2/8/2012 | 2,107.33 | 0.00 | 2,107.33 | 1,685.86 | 421.47 |
|  |  | **30,037.75** | **0.00** | **30,037.75** | **24,030.20** | **6,007.55** |

**Grace NY 0113**

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 674224 | 7/15/2011 | 2,455.11 | 0.00 | 2,455.11 | 1,964.09 | 491.02 |
| 678874 | 8/31/2011 | 708.75 | 0.00 | 708.75 | 567.00 | 141.75 |
| 681384 | 9/29/2011 | 521.64 | 0.00 | 521.64 | 417.31 | 104.33 |
| 682907 | 10/13/2011 | 283.50 | 0.00 | 283.50 | 226.80 | 56.70 |
| 685368 | 11/7/2011 | 1,984.50 | 0.00 | 1,984.50 | 1,587.60 | 396.90 |
| 688463 | 12/12/2011 | 1,746.36 | 0.00 | 1,746.36 | 1,397.09 | 349.27 |
| 692939 | 1/31/2012 | 1,417.50 | 0.00 | 1,417.50 | 1,134.00 | 283.50 |
|  |  | **9,117.36** | **0.00** | **9,117.36** | **7,293.89** | **1,823.47** |

**Bell Grace 0114**

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 674225 | 7/15/2011 | 2,364.39 | 0.00 | 2,364.39 | 1,891.51 | 472.88 |
| 678875 | 8/31/2011 | 708.75 | 0.00 | 708.75 | 567.00 | 141.75 |
| 681386 | 9/29/2011 | 425.25 | 0.00 | 425.25 | 340.20 | 85.05 |
| 682908 | 10/13/2011 | 283.50 | 0.00 | 283.50 | 226.80 | 56.70 |
| 685369 | 11/7/2011 | 1,842.75 | 0.00 | 1,842.75 | 1,474.20 | 368.55 |
| 688465 | 12/12/2011 | 17,293.50 | 0.00 | 17,293.50 | 13,834.80 | 3,458.70 |
| 692940 | 1/31/2012 | 2,880.36 | 127.00 | 3,007.36 | 2,304.29 | 576.07 |
| 697374 | 3/19/2012 | 2,935.00 | 0.00 | 2,935.00 | 2,348.00 | 587.00 |
| 704038 | 5/31/2012 | 2,494.75 | 0.00 | 2,494.75 | 1,995.80 | 498.95 |
|  |  | **31,228.25** | **127.00** | **31,355.25** | **24,982.60** | **6,245.65** |

**Doraz Ent 0115**

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 682909 | 10/13/2011 | 2,931.39 | 0.00 | 2,931.39 | 2,345.11 | 586.28 |
| 685372 | 11/7/2011 | 1,275.75 | 0.00 | 1,275.75 | 1,020.60 | 255.15 |
| 688466 | 12/12/2011 | 2,886.03 | 0.00 | 2,886.03 | 2,308.82 | 577.21 |
| 692941 | 1/31/2012 | 1,746.36 | 0.00 | 1,746.36 | 1,397.09 | 349.27 |
| 697376 | 3/19/2012 | 3,475.04 | 0.00 | 3,475.04 | 2,780.03 | 695.01 |
| 705644 | 6/18/2012 | 880.50 | 0.00 | 880.50 | 704.40 | 176.10 |
|  |  | **13,195.07** | **0.00** | **13,195.07** | **10,556.06** | **2,639.01** |

**MA Div TMs 2000**

| | | | | | | |
|---|---|---|---|---|---|---|
| 637198 | 6/30/2010 | 567.00 | 0.00 | 567.00 | 453.60 | 113.40 |
| 654092 | 12/10/2010 | 96.39 | 0.00 | 96.39 | 77.11 | 19.28 |
| 657779 | 1/19/2011 | 663.39 | 0.00 | 663.39 | 530.71 | 132.68 |
| 674226 | 7/15/2011 | 96.39 | 0.00 | 96.39 | 77.11 | 19.28 |
| 688467 | 12/12/2011 | 238.14 | 0.00 | 238.14 | 190.51 | 47.63 |
| | | **1,848.42** | **0.00** | **1,848.42** | **1,478.74** | **369.68** |

**DAV Sil 3001**

| | | | | | | |
|---|---|---|---|---|---|---|
| 623151 | 1/28/2010 | 1,041.25 | 0.00 | 1,041.25 | 833.00 | 208.25 |
| 628646 | 3/31/2010 | 379.89 | 0.00 | 379.89 | 303.91 | 75.98 |
| 628647 | 3/31/2010 | 567.00 | 0.00 | 567.00 | 453.60 | 113.40 |
| 637201 | 6/30/2010 | 2,409.75 | 0.00 | 2,409.75 | 1,927.80 | 481.95 |
| 639773 | 7/28/2010 | 567.00 | 0.00 | 567.00 | 453.60 | 113.40 |
| 641096 | 8/10/2010 | 470.61 | 0.00 | 470.61 | 376.49 | 94.12 |
| 643962 | 9/9/2010 | 1,559.25 | 0.00 | 1,559.25 | 1,247.40 | 311.85 |
| 647696 | 10/18/2010 | 805.14 | 0.00 | 805.14 | 644.11 | 161.03 |
| 650356 | 11/4/2010 | 805.14 | 0.00 | 805.14 | 644.11 | 161.03 |
| 672314 | 6/27/2011 | 1,559.25 | 0.00 | 1,559.25 | 1,247.40 | 311.85 |
| 678876 | 8/31/2011 | 425.25 | 0.00 | 425.25 | 340.20 | 85.05 |
| 682914 | 10/13/2011 | 850.50 | 0.00 | 850.50 | 680.40 | 170.10 |
| 685376 | 11/7/2011 | 992.25 | 0.00 | 992.25 | 793.80 | 198.45 |
| 692942 | 1/31/2012 | 2,268.00 | 0.00 | 2,268.00 | 1,814.40 | 453.60 |
| 699313 | 4/11/2012 | 733.75 | 0.00 | 733.75 | 587.00 | 146.75 |
| 763044 | 2/21/2014 | 340.46 | 0.00 | 340.46 | 272.37 | 68.09 |
| | | **15,774.49** | **0.00** | **15,774.49** | **12,619.59** | **3,154.90** |

**DAV FCC 3002**

| | | | | | | |
|---|---|---|---|---|---|---|
| 628648 | 3/31/2010 | 2,035.53 | 11.40 | 2,046.93 | 1,628.42 | 407.11 |
| 628649 | 3/31/2010 | 425.25 | 0.00 | 425.25 | 340.20 | 85.05 |
| 643956 | 9/9/2010 | 425.25 | 0.00 | 425.25 | 340.20 | 85.05 |
| 654094 | 12/10/2010 | 425.25 | 2.70 | 427.95 | 340.20 | 85.05 |
| 657781 | 1/19/2011 | 1,939.14 | 0.00 | 1,939.14 | 1,551.31 | 387.83 |
| 660964 | 2/28/2011 | 141.75 | 0.00 | 141.75 | 113.40 | 28.35 |
| 672311 | 6/27/2011 | 708.75 | 0.00 | 708.75 | 567.00 | 141.75 |
| 674227 | 7/15/2011 | 96.39 | 0.00 | 96.39 | 77.11 | 19.28 |
| 678877 | 8/31/2011 | 141.75 | 0.00 | 141.75 | 113.40 | 28.35 |
| 682918 | 10/13/2011 | 6,616.89 | 14.70 | 6,631.59 | 5,293.51 | 1,323.38 |
| 685378 | 11/7/2011 | 754.11 | 103.10 | 857.21 | 603.29 | 150.82 |
| 688471 | 12/12/2011 | 283.50 | 0.00 | 283.50 | 226.80 | 56.70 |

| Bill Number | Bill Date | Fees | Costs | Total | 80% | 20% |
|---|---|---|---|---|---|---|
| 693787 | 2/8/2012 | 1,614.25 | 0.00 | 1,614.25 | 1,291.40 | 322.85 |
| 697377 | 3/19/2012 | 146.75 | 0.00 | 146.75 | 117.40 | 29.35 |
| 699314 | 4/11/2012 | 534.17 | 0.00 | 534.17 | 427.34 | 106.83 |
| 704039 | 5/31/2012 | 293.50 | 0.00 | 293.50 | 234.80 | 58.70 |
| 716236 | 10/8/2012 | 193.71 | 0.00 | 193.71 | 154.97 | 38.74 |
| 728714 | 2/13/2013 | 246.54 | 0.00 | 246.54 | 197.23 | 49.31 |
| 747550 | 9/11/2013 | 2,588.67 | 0.00 | 2,588.67 | 2,070.94 | 517.73 |
| 754414 | 11/15/2013 | 6,363.08 | 0.00 | 6,363.08 | 5,090.46 | 1,272.62 |
| 754415 | 11/15/2013 | 2,201.25 | 0.00 | 2,201.25 | 1,761.00 | 440.25 |
| 757119 | 12/13/2013 | 393.29 | 0.00 | 393.29 | 314.63 | 78.66 |
| 760914 | 1/24/2014 | 1,027.25 | 0.00 | 1,027.25 | 821.80 | 205.45 |
|  |  | **31,033.52** | **131.90** | **31,165.42** | **24,826.82** | **6,206.70** |
| **DAV Poly 3003** |  |  |  |  |  |  |
| 647697 | 10/18/2010 | 238.14 | 0.00 | 238.14 | 190.51 | 47.63 |
| 697378 | 3/19/2012 | 193.71 | 0.00 | 193.71 | 154.97 | 38.74 |
| 716237 | 10/8/2012 | 2,101.46 | 0.00 | 2,101.46 | 1,681.17 | 420.29 |
| 747551 | 9/11/2013 | 1,854.92 | 0.00 | 1,854.92 | 1,483.94 | 370.98 |
| 754416 | 11/15/2013 | 7,777.75 | 0.00 | 7,777.75 | 6,222.20 | 1,555.55 |
| 763039 | 2/21/2014 | 99.79 | 0.00 | 99.79 | 79.83 | 19.96 |
|  |  | **12,265.77** | **0.00** | **12,265.77** | **9,812.62** | **2,453.15** |
| Grand total |  | **632,647.74** | **426.41** | **633,074.15** | **506,118.19** | **126,529.55** |