## EXHIBIT B
### Fee Applications

Available on the docket of the Bankruptcy Court for the District of Delaware at the following docket numbers under Case No. 01-01139, and also available upon request from Kaye Scholer LLP, or Pachulski, Stang, Ziehl, & Jones LLP.

| | |
|---|---|
| 25163 | 31060 |
| 25164 | 31132 |
| 25321 | 31371 |
| 25443 | 31372 |
| 25613 | 31505 |
| 25754 | 31667 |
| 25829 (Amended) | 31817 |
| 25924 | |
| 26708 | |
| 26709 | |
| 26890 | |
| 26953 | |
| 27219 | |
| 27329 | |
| 27330 | |
| 27706 | |
| 27714 | |
| 27761 | |
| 27918 | |
| 28164 | |
| 28478 | |
| 28500 | |
| 28544 | |
| 28713 | |
| 28873 | |
| 29182 | |
| 29183 | |
| 29699 | |
| 29700 | |
| 29708 | |
| 29827 | |
| 29981 | |
| 30073 | |
| 30306 | |
| 30463 | |
| 30583 | |
| 30646 | |
| 30787 | |
| 31058 | |