# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

NINETY-SIXTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2013 through October 31, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $70,049.70 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,607.67 |

This is a:    ___XX___ monthly    _____ interim    _____ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 – 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 – 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 – 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 – 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 – 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 – 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 – 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 – 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 – 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 – 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 – 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 – 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 – 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 – 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 – 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 – 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $2,778.00 | $ 36.85 | $2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 - 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 - 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 - 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/1710 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $4,046.00 | $129.34 | $4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $9,082.00 | $ 0.20 | $9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | $65,693.98 | $276.11 |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | $67,685.32 | $7,598.67 |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | $ 100,573.94 | $ 56.90 |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | $126,281.50 | $358.82 |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | $ 86,536.12 | $ 279.07 |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | $118,060.38 | $ 471.15 |
| 12/6/12 | 10/1/12 – 10/31/12 | $ 73,142.76 | $ 2,866.15 | $ 73,142.76 | $ 2,866.15 |
| 1/15/13 | 11/1/12 – 11/30/12 | $65,594.62 | $ 3,333.31 | $65,594.62 | $ 3,333.31 |
| 2/4/13 | 12/1/12 – 12/31/12 | $ 51,747.70 | $ 84.79 | $ 51,747.70 | $ 84.79 |
| 5/21/13 | 1/1/13 – 1/31/13 (Amended) | $ 72,915.30 | $ 370.59 | $ 72,915.30 | $ 370.59 |
| 3/22/13 | 2/1/13 – 2/28/13 | $ 56,287.35 | $ 378.50 | $ 56,287.35 | $ 378.50 |
| 5/7/13 | 3/1/13 – 3/31/13 | $ 52,251.30 | $1,406.51 | $ 52,251.30 | $1,406.51 |
| 6/6/13 | 4/1/13 – 4/30/13 | $ 57,437.55 | $ 278.04 | $ 57,437.55 | $ 278.04 |
| 7/12/13 | 5/1/13 – 5/31/13 | $53,474.85 | $ 26.82 | $53,474.85 | $ 26.82 |
| 8/6/13 | 6/1/13 – 6/30/13 | $46,882.80 | $ 1,192.15 | $46,882.80 | $ 1,192.15 |
| 9/13/13 | 7/1/31 – 7/31/13 | $81,002.70 | $ 177.53 | Pending | Pending |
| 10/21/13 | 8/1/13 – 8/31/13 | $ 60,075.00 | $ 980.64 | Pending | Pending |
| 11/6/13 | 9/1/13 – 9/30/13 | $ 47,064.15 | $ 2,748.83 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $545.00 | 68.90 | $37,550.50 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $750.00 | 16.80 | $12,600.00 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $365.00 | 44.30 | $16,169.50 |
| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | $535.00 | 1.10 | $588.50 |
| David A. Barker | Principal; Joined Firm 2005; Member MD Bar since 2002 | $525.00 | 9.90 | $4,405.50 |
| Tracy Horch | Paralegal | $205.00 | 27.50 | $5,637.50 |
| Gina Ecolino | Paralegal | $205.00 | 3.30 | $676.50 |
| Alexander Mesmer | Paralegal | $205.00 | 1.00 | $205.00 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

|                     |              |
|---------------------|-------------:|
| Fees:               |  $ 77,833.00 |
| Less 10% Discount:  | ($7,783.30)  |
| Total Fees:         |  $ 70,049.70 |
| Total Hours:        |       172.80 |
| Blended Rate:       |    $ 405.00  |

### TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 172.80 | $70.049.70 |

### EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | @ 0.10 per page | $39.80 |
| Postage |  | $5.42 |
| Long Distance Telephone |  | $6.59 |
| Delivery Services/Messengers |  | $15.22 |
| Process Servers |  | $300.00 |
| Other | EPA Document (FOIA request) | $1,240.64 |

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

October 1, 2013 through October 31, 2013, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $70,049.70 and actual and necessary expenses

in the amount of $1,607.67 for a total allowance of $71,657.37 and payment of $56,039.76 (80%

of the allowed fees) and reimbursement of $1,607.67 (100% of the allowed expenses) be

authorized for a total payment of $57,647.43 and for such other and further relief as this Court

may deem just and proper.

Dated:  December 13, 2013          BEVERIDGE & DIAMOND, P.C.


_____
Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 13 day of December, 2013.

Notary Public: Debora R. Melnyk
My Commission Expires:  May 27, 2017

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (IRIS)

LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                         November 30, 2013
Attn: Lydia B. Duff, Esq.                 Client/Matter #  01246-015172
7500 Grace Drive                          Invoice # 157439
Columbia, MD  21044                       Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/13 in Connection With:

IRIS

| 10/01/13 | P. Marks | C300 | 1.20 | Prepare talking points. |
|---|---|---|---|---|
| 10/01/13 | P. Marks | C300 | 0.40 | Emails re developments. |
| 10/01/13 | P. Marks | C300 | 0.70 | Prepare FOIA appeal issues and emails with team re same, and conference with J. Lanham re same. |
| 10/01/13 | D. Barker | C300 | 1.20 | Review information, additional data issues and strategy for response pulmonary function data and strategy for amended or new complaint. |
| 10/01/13 | G. Ecolino | C300 | 0.50 | Review and manage file. |
| 10/02/13 | P. Marks | C300 | 1.30 | Emails and telephone conferences re talking points. |
| 10/02/13 | P. Marks | C300 | 3.10 | Prepare talking points. |
| 10/02/13 | J. Lanham | C300 | 0.30 | Telephone conference re documents FOIA. |
| 10/03/13 | K. Bourdeau | C300 | 0.80 | Participate in Grace strategy call. |
| 10/03/13 | P. Marks | C300 | 1.00 | Prepare for and attend telephone conference with team. |
| 10/03/13 | P. Marks | C300 | 1.30 | Collect information and assess new information re strategy. |
| 10/03/13 | P. Marks | C300 | 2.90 | Prepare talking points for consultant. |

BEVERIDG<sup>E</sup> & DIAMOND, P.C.

| 10/03/13 | J. Lanham | C300 | 1.00 | Prepare FOIA appeal. |
|---|---|---|---|---|
| 10/04/13 | K. Bourdeau | C300 | 0.50 | E-mail communications with P. Marks re various developments and action items. |
| 10/04/13 | P. Marks | C300 | 1.00 | Telephone conference with J. Lanham to assess issues, new information and prepare appeal. |
| 10/04/13 | D. Barker | C300 | 1.70 | Review and edit draft amended complaint and follow up on strategy for pursuing additional data. |
| 10/04/13 | J. Lanham | C300 | 4.50 | Research and prepare FOIA appeal and communications re same. |
| 10/04/13 | J. Lanham | C300 | 1.50 | Prepare amended complaint. |
| 10/07/13 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks re strategy. |
| 10/07/13 | P. Marks | C300 | 1.50 | Prepare FOIA appeal. |
| 10/07/13 | P. Marks | C300 | 0.50 | Assess EPA-related strategic issues and telephone conference with K. Bourdeau re same. |
| 10/07/13 | P. Marks | C300 | 0.80 | Telephone conference with H. Feichko, L. Duff, R. Finke and consultants re analysis of studies and follow-up discussion with consultants re same. |
| 10/07/13 | J. Lanham | C300 | 1.50 | Prepare FOIA  and conference with P. Marks re same. |
| 10/07/13 | G. Ecolino | C300 | 0.50 | Review and manage file. |
| 10/08/13 | P. Marks | C300 | 1.00 | Telephone conference with H. Feichko and J. Lanham re FOIA appeal to EPA and prepare same. |
| 10/08/13 | J. Lanham | C300 | 4.30 | Prepare and file FOIA appeal. |
| 10/08/13 | A. Mesmer | C100 | 1.00 | As directed by J. Lanham, cite-check appeal re FOIA response. |
| 10/09/13 | K. Bourdeau | C300 | 0.30 | Communications with P. Marks re status update, FOIA request litigation, path forward. |
| 10/09/13 | J. Lanham | C300 | 2.00 | Conference with P. Marks and K. Bourdeau re strategy. |
| 10/10/13 | G. Ecolino | C300 | 0.50 | Review and manage invoices. |
| 10/11/13 | J. Lanham | C300 | 2.00 | Review petition. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157439
November 30, 2013
PAGE   3

| 10/13/13 | K. Bourdeau | C300 | 0.50 | Review consultant materials re new analysis and communication with P. Marks re same. |
|----------|-------------|------|------|-----------------------------------------------------------------------------------|
| 10/14/13 | J. Lanham | C300 | 3.00 | Review petition and conference with P. Marks re same. |
| 10/14/13 | G. Ecolino | C300 | 0.30 | Review and manage file. |
| 10/15/13 | P. Marks | C300 | 0.80 | Address FOIA issues and conference with J. Lanham re same. |
| 10/15/13 | J. Lanham | C300 | 1.50 | Telephone conferences with government re documents and research re same. |
| 10/16/13 | J. Lanham | C300 | 2.00 | Research and prepare letter. |
| 10/17/13 | K. Bourdeau | C300 | 1.00 | Conference call with Grace team re strategy and follow-up conference with P. Marks. |
| 10/17/13 | P. Marks | C300 | 0.20 | Follow-up coordination with consultants. |
| 10/17/13 | P. Marks | C300 | 1.00 | Compile information for and conduct telephone conference with team re EPA issues, and brief follow-up telephone conference with K. Bourdeau re same. |
| 10/18/13 | P. Marks | C300 | 0.30 | Telephone conference with L. Duff and H. Feichko re meeting results and next steps. |
| 10/21/13 | P. Marks | C300 | 0.70 | Evaluate and prepare FOIA request and email to J. Lanham re same. |
| 10/21/13 | J. Lanham | C300 | 0.20 | Email communications and follow-up research. |
| 10/22/13 | D. Barker | C300 | 0.80 | Follow up on voicemail from A. Schmitt re response to compromise offer and scheduling questions. |
| 10/23/13 | K. Bourdeau | C300 | 0.80 | Conference re preparation for and follow-up with P. Marks re same. |
| 10/23/13 | P. Marks | C300 | 0.60 | Telephone conference with client team and consultant re EPA meeting preparation. |
| 10/23/13 | J. Lanham | C300 | 1.00 | Telephone conferences with A. Schmitt re litigation and follow-up communications with P. Marks and D. Barker re same. |
| 10/23/13 | J. Lanham | C300 | 4.00 | Prepare petition. |
| 10/24/13 | K. Bourdeau | C300 | 1.00 | Participate in Grace team conference call. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157439
November 30, 2013
PAGE   4

| 10/24/13 | P. Marks | C300 | 1.70 | Telephone conference with consultants re recent studies and follow-up review of materials. |
|----------|----------|------|------|------|
| 10/24/13 | P. Marks | C300 | 1.00 | Team weekly telephone conference. |
| 10/25/13 | P. Marks | C300 | 1.40 | Assess FOIA litigation issues and conferences with J. Lanham and D. Barker to prepare for telephone conference with client re same. |
| 10/25/13 | D. Barker | C300 | 3.20 | Review answer filed by HHS and follow- up re same, conference with J. Lanham and P. Marks re DOJ privacy exemption claims, strategy for request for additional data, and follow up with A. Schmitt re schedule and substance. |
| 10/25/13 | J. Lanham | C300 | 1.00 | Conferences with P. Marks, D. Barker, and A. Schmitt re litigation. |
| 10/25/13 | G. Ecolino | C300 | 1.00 | Review and manage file. |
| 10/28/13 | P. Marks | C300 | 0.70 | Telephone conference with client team, D. Barker and J. Lanham re FOIA litigation strategy. |
| 10/28/13 | P. Marks | C300 | 0.50 | Follow-up tasks including contact with consultants and conference with J. Lanham re tasks. |
| 10/28/13 | P. Marks | C300 | 0.50 | Telephone conference with consultant re FOIA issues. |
| 10/28/13 | D. Barker | C300 | 1.20 | Call with R. Finke and H. Feichko re FOIA litigation strategy and approach. |
| 10/28/13 | J. Lanham | C300 | 2.00 | Conferences with client, consultants, Marks and D. Barker re litigation and research re same. |
| 10/28/13 | G. Ecolino | C300 | 0.50 | Review and manage file. |
| 10/29/13 | P. Marks | C300 | 1.20 | Telephone conference with consultant and J. Lanham re FOIA data formats, and follow-up with J. Lanham re tasks and D. Barker with email summary and briefing schedules. |
| 10/29/13 | D. Barker | C300 | 0.60 | Conference with A. Schmitt and call court re case schedule and follow-up with P. Marks and J. Lanham re briefing schedule. |
| 10/29/13 | J. Lanham | C300 | 2.00 | Telephone conferences re litigation with A. Schmitt, D. Barker, P. Marks, and consultant. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157439
November 30, 2013
PAGE  5

| 10/30/13 | P. Marks | C300 | 1.00 | Telephone conference with consultant, L. Duff, H. Feichko re communication with EPA and prepare document re same. |
| 10/30/13 | D. Barker | C300 | 1.20 | Follow up on proposed schedule, strategy for settlement proposal, and  privacy arguments and facts. |
| 10/31/13 | K. Bourdeau | C300 | 1.30 | Participate in Grace team call and follow-up communications. |
| 10/31/13 | P. Marks | C300 | 1.30 | Telephone conference with team re developments. |
| 10/31/13 | P. Marks | C300 | 0.80 | Telephone conference with L. Duff re tasks and strategy. |
| 10/31/13 | P. Marks | C300 | 0.30 | Assist with completion of correspondence. |
| 10/31/13 | P. Marks | C300 | 0.70 | Evaluate FOIA issues and appropriate legal standard. |
| 10/31/13 | J. Lanham | C300 | 10.50 | Research case law re FOIA Exemption 6 and prepare letter re settlement. |

Total Hours :        96.60

Total Fees :      $43,594.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157439
November 30, 2013
PAGE 6

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 6.70 | $750.00 | $5,025.00 |
| P. Marks | 31.40 | $545.00 | $17,113.00 |
| D. Barker | 9.90 | $445.00 | $4,405.50 |
| J. Lanham | 44.30 | $365.00 | $16,169.50 |
| A. Mesmer | 1.00 | $205.00 | $205.00 |
| G. Ecolino | 3.30 | $205.00 | $676.50 |

|  |  |
|---|---|
| Total Fees : | $43,594.50 |
| 10% Discount : | (4,359.45) |
| Total Fees Due : | $39,235.05 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C100 | 1.00 | $205.00 |
| C300 | 95.60 | $43,389.50 |
| Total | 96.60 | $43,594.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 96.60 | $43,594.50 |
| 10% Discount : |  | (4,359.45) |
| Total Fees Due : |  | $39,235.05 |

## Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| 002 | Postage | $0.46 |
| 019 | Process Servers | $300.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157439
November 30, 2013
PAGE   7

| E101 | Copying | $29.40 |
| E105 | Telephone | $6.59 |
| E107 | Delivery Services/Messengers | $15.22 |
| E124 | Other | $1,240.64 |

Total Disbursements :     $1,592.31

TOTAL DUE :     $40,827.36

# EXHIBIT B

## (Petition)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

November 30, 2013
Client/Matter #  01246-015504
Invoice # 157440
Federal ID# 52-1247549

---

For Legal Services Rendered Through 10/31/13 in Connection With:

**Petition**

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 10/01/13 | T. Horch | L140 | 4.00 | Proof, read and find supportive documents for petition. |
| 10/02/13 | T. Horch | L140 | 1.00 | Proof and find supportive documents for petition. |
| 10/03/13 | P. Marks | C300 | 0.50 | Telephone conference with T. Horch re document cite checking. |
| 10/03/13 | T. Horch | L140 | 1.00 | Proof and find supportive documents for petition. |
| 10/04/13 | T. Horch | L140 | 3.00 | Review, proof and organize supportive information for petition. |
| 10/05/13 | T. Horch | L140 | 3.00 | Review, proof and organize supportive information for petition. |
| 10/07/13 | K. Bourdeau | C300 | 2.50 | Review and provide comments on draft petition. |
| 10/07/13 | P. Marks | C300 | 1.50 | Prepare petition. |
| 10/07/13 | T. Horch | L140 | 2.00 | Review, proof and organize supportive information for petition. |
| 10/07/13 | T. Horch | L140 | 5.00 | Chart information of exhibits/attachments, update and edit document and search for supportive documents. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157440
November 30, 2013
PAGE  2

| | | | | |
|---|---|---|---|---|
| 10/08/13 | K. Bourdeau | C300 | 1.30 | Further review of and preparation of comments on draft petition. |
| 10/08/13 | P. Marks | C300 | 0.20 | Telephone conference with H. Feichko re petition content. |
| 10/08/13 | P. Marks | C300 | 0.80 | Conference with T. Horch re document preparation tasks; identify documents. |
| 10/08/13 | T. Horch | L140 | 7.00 | Review and search for information for petition. |
| 10/09/13 | K. Bourdeau | C300 | 3.50 | Further review of petition and preparation of comments thereon; meeting with P. Marks and J. Lanham re same. |
| 10/09/13 | P. Marks | C300 | 1.80 | Conference with K. Bourdeau and J. Lanham re comments on draft and assess same. |
| 10/10/13 | K. Bourdeau | C300 | 1.00 | Further review of and preparation of comments on petition; communications with P. Marks re same. |
| 10/11/13 | K. Bourdeau | C300 | 0.80 | Further review of and preparation of comments on petition. |
| 10/12/13 | K. Bourdeau | C300 | 1.00 | Finalize review of, and comment on, draft petition. |
| 10/14/13 | P. Marks | C300 | 0.30 | Telephone conference with K. Bourdeau re comments. |
| 10/14/13 | P. Marks | C300 | 1.00 | Prepare petition. |
| 10/17/13 | P. Marks | C300 | 1.30 | Prepare petition. |
| 10/18/13 | P. Marks | C300 | 3.40 | Prepare petition. |
| 10/22/13 | T. Horch | L140 | 1.00 | Review and proof petition, and organize supportive documents. |
| 10/24/13 | P. Marks | C300 | 2.00 | Prepare petition. |
| 10/25/13 | P. Marks | C300 | 3.80 | Prepare petition, including detailed assessment of K. Bourdeau's comments. |
| 10/26/13 | P. Marks | C300 | 4.20 | Prepare petition and evaluate and incorporate new issues re same. |
| 10/28/13 | P. Marks | C300 | 4.50 | Prepare petition and address new issues re same. |
| 10/29/13 | P. Marks | C300 | 3.10 | Prepare petition. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157440
November 30, 2013
PAGE   3

| | | | | |
|---|---|---|---|---|
| 10/29/13 | T. Horch | L140 | 0.50 | Review petition. |
| 10/30/13 | P. Marks | C300 | 3.90 | Prepare petition including completion of K. Bourdeau's comment assessment and adjusting for new information. |
| 10/31/13 | P. Marks | C300 | 0.30 | Work with staff re document revisions. |

Total Hours :     70.20

Total Fees :    $30,979.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157440
November 30, 2013
PAGE  4

## Time Summary :

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 10.10 | $750.00 | $7,575.00 |
| P. Marks | 32.60 | $545.00 | $17,767.00 |
| T. Horch | 27.50 | $205.00 | $5,637.50 |

| | | |
|---|---|---|
| Total Fees : | | $30,979.50 |
| 10% Discount : | | (3,097.95) |
| Total Fees Due : | | $27,881.55 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 42.70 | $25,342.00 |
| Total | 42.70 | $25,342.00 |
| L100 | | |
| L140 | 27.50 | $5,637.50 |
| Total L100 | 27.50 | $5,637.50 |

| | | |
|---|---|---|
| Total Fees : | 70.20 | $30,979.50 |
| 10% Discount : | | (3,097.95) |
| Total Fees Due : | | $27,881.55 |

## Summary by Disbursement Codes :

| | |
|---|---|
| TOTAL DUE : | $27,881.55 |

# EXHIBIT C

**(Curtis Bay Air)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                              November 30, 2013
Attn: Lydia B. Duff, Esq.                      Client/Matter #  01246-015577
7500 Grace Drive                               Invoice # 157441
Columbia, MD  21044                            Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/13 in Connection With:


**Curtis Bay Air**


| 10/04/13 | L. McAfee | C300 | 0.30 | Telephone conference with L. Duff re upcoming issues. |
| 10/14/13 | P. Marks | C300 | 1.10 | Telephone conference with L. Duff and then with team re confidential business information issues. |
| 10/14/13 | L. McAfee | C300 | 0.80 | Team call re CBI questions. |

Total Hours :            2.20

Total Fees :       $1,188.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157441
November 30, 2013
PAGE  2

Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.10 | $545.00 | $599.50 |
| L. McAfee | 1.10 | $535.00 | $588.50 |

| | |
|---|---|
| Total Fees : | $1,188.00 |
| 10% Discount : | (118.80) |
| Total Fees Due : | $1,069.20 |

Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 2.20 | $1,188.00 |
| Total | 2.20 | $1,188.00 |

| | | |
|---|---|---|
| Total Fees : | 2.20 | $1,188.00 |
| 10% Discount : | | (118.80) |
| Total Fees Due : | | $1,069.20 |

Summary by Disbursement Codes :

| | |
|---|---|
| TOTAL DUE : | $1,069.20 |

# EXHIBIT D

## (Bankruptcy Fee Application)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                    November 30, 2013
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 157437
Columbia, MD  21044                         Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/13 in Connection With:

Bankruptcy Fee Application
100035

10/16/13   P. Marks        P110        0.20   Fee application review.

                              Total Hours :          0.20

                              Total Fees :        $109.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157437
November 30, 2013
PAGE  2

<u>Time Summary :</u>

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.20 | $545.00 | $109.00 |

| | | |
|---|---|---|
| Total Fees : | | $109.00 |
| 10% Discount : | | (10.90) |
| Total Fees Due : | | $98.10 |

<u>Summary by Task Codes :</u>

| CODE | Hours | Bill Amount |
|---|---|---|
| P100 | | |
| P110 | 0.20 | $109.00 |
| Total P100 | 0.20 | $109.00 |

| | | |
|---|---|---|
| Total Fees : | 0.20 | $109.00 |
| 10% Discount : | | (10.90) |
| Total Fees Due : | | $98.10 |

<u>Summary by Disbursement Codes :</u>

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $10.40 |
| E108 | Postage | $4.96 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157437
November 30, 2013
PAGE  3

Total Disbursements :                    $15.36

TOTAL DUE :                     $113.46

# EXHIBIT E

## (Investigation of BC Processing Facilities)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          November 30, 2013
Attn: Lydia Duff, Esq.                     Client/Matter #  01246-014352
7500 Grace Drive                           Invoice # 157438
Columbia, MD  21044                        Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/13 in Connection With:

**Investigation of VC Processing Facilities**
**100045**

| | | | | |
|---|---|---|---|---|
| 10/03/13 | P. Marks | C300 | 1.90 | Review and evaluate AOC language re bankruptcy issue and telephone conference with H. Feichko re same. |

                                   Total Hours :           1.90

                                   Total Fees :       $1,035.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157438
November 30, 2013
PAGE  2

Time Summary :

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.90 | $545.00 | $1,035.50 |

| | | |
|---|---|---|
| Total Fees : | | $1,035.50 |
| 10% Discount : | | (103.55) |
| Total Fees Due : | | $931.95 |

Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.90 | $1,035.50 |
| Total | 1.90 | $1,035.50 |

| | | |
|---|---|---|
| Total Fees : | 1.90 | $1,035.50 |
| 10% Discount : | | (103.55) |
| Total Fees Due : | | $931.95 |

Summary by Disbursement Codes :

| | |
|---|---|
| TOTAL DUE : | $931.95 |

# EXHIBIT F

## (Zotos)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000


W. R. Grace & Co.                                November 30, 2013
Attn: Lydia B. Duff, Esq.                        Client/Matter #  01246-015943
7500 Grace Drive                                 Invoice # 157442
Columbia, MD  21044                              Federal ID# 52-1247549

For Legal Services Rendered Through 10/31/13 in Connection With:


<u>Zotos</u>


| 10/15/13 | P. Marks | C300 | 1.50 | Review decision; telephone conference with L. Duff and H. Feichko re litigation issues. |
| 10/18/13 | P. Marks | C300 | 0.20 | Telephone conference with H. Feichko and L. Duff re plan for negotiation management. |

Total Hours :          1.70

Total Fees :       $926.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 157442
November 30, 2013
PAGE  2

<u>Time Summary :</u>

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.70 | $545.00 | $926.50 |

|  |  |  |
|---|---|---|
| Total Fees : | | $926.50 |
| 10% Discount : | | (92.65) |
| Total Fees Due : | | $833.85 |

<u>Summary by Task Codes :</u>

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.70 | $926.50 |
| Total | 1.70 | $926.50 |

|  |  |  |
|---|---|---|
| Total Fees : | 1.70 | $926.50 |
| 10% Discount : | | (92.65) |
| Total Fees Due : | | $833.85 |

<u>Summary by Disbursement Codes :</u>

|  |  |
|---|---|
| TOTAL DUE : | $833.85 |