# EXHIBIT 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

NINETY-EIGHTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2013 through December 31, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $108,016.20 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | ($1,618.76) |

This is a:    \_\_\_\_XX\_\_\_\_ monthly    _____ interim    \_\_\_\_\_ final application.

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ 81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $2,778.00 | $ 36.85 | $2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31/2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/17/10 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $46.47 | $ 18,381.47 | $46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | $65,693.98 | $276.11 |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | $67,685.32 | $7,598.67 |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | $ 100,573.94 | $ 56.90 |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | $126,281.50 | $358.82 |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | $ 86,536.12 | $ 279.07 |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | $118,060.38 | $ 471.15 |
| 12/6/12 | 10/1/12 – 10/31/12 | $ 73,142.76 | $ 2,866.15 | $ 73,142.76 | $ 2,866.15 |
| 1/15/13 | 11/1/12 – 11/30/12 | $65,594.62 | $ 3,333.31 | $65,594.62 | $ 3,333.31 |
| 2/4/13 | 12/1/12 – 12/31/12 | $ 51,747.70 | $ 84.79 | $ 51,747.70 | $ 84.79 |
| 5/21/13 | 1/1/13 – 1/31/13 (Amended) | $ 72,915.30 | $ 370.59 | $ 72,915.30 | $ 370.59 |
| 3/22/13 | 2/1/13 – 2/28/13 | $ 56,287.35 | $ 378.50 | $ 56,287.35 | $ 378.50 |
| 5/7/13 | 3/1/13 – 3/31/13 | $ 52,251.30 | $1,406.51 | $ 52,251.30 | $1,406.51 |
| 6/6/13 | 4/1/13 – 4/30/13 | $ 57,437.55 | $ 278.04 | $ 57,437.55 | $ 278.04 |
| 7/12/13 | 5/1/13 – 5/31/13 | $53,474.85 | $ 26.82 | $53,474.85 | $ 26.82 |
| 8/6/13 | 6/1/13 – 6/30/13 | $46,882.80 | $ 1,192.15 | $46,882.80 | $ 1,192.15 |
| 9/13/13 | 7/1/31 – 7/31/13 | $81,002.70 | $ 177.53 | Pending | Pending |
| 10/21/13 | 8/1/13 – 8/31/13 | $ 60,075.00 | $ 980.64 | Pending | Pending |
| 11/6/13 | 9/1/13 – 9/30/13 | $ 47,064.15 | $ 2,748.83 | Pending | Pending |
| 12/17/13 | 10/1/13 – 10/31/13 | $ 70,049.70 | $ 1,607.67 | Pending | Pending |
| 12/27/13 | 11/1/13 – 11/30/13 | $70,121.25 | $9.38 | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $545.00 | 133.80 | $72,921.00 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $750.00 | 24.40 | $18,300.00 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $365.00 | 36.10 | $13,176.50 |
| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | $535.00 | 0.70 | $374.50 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

| | | | | |
|---|---|---|---|---|
| David A. Barker | Principal; Joined Firm 2005; Member MD Bar since 2002 | $525.00 | 9.00 | $4,005.00 |
| Tracy Horch | Paralegal | $205.00 | 24.40 | $5,002.00 |
| Gina Ecolino | Paralegal | $205.00 | 2.80 | $574.00 |
| Meghan Grissler | Paralegal | $205.00 | 13.00 | $2,665.00 |
| Jonathan Z. Cannon | Senior Counsel; Joined Firm 1975; Member of DC Bar since 1975 | $750.00 | 4.00 | $3,000.00 |

| | |
|---|---|
| Fees: | $ 120,018.00 |
| Less 10% Discount: | ($12,001.80) |
| Total Fees: | $ 108,016.20 |
| Total Hours: | 248.20 |
| Blended Rate: | $ 436.00 |

### TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 248.20 | $108,016.20 |

### EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | @ 0.10 per page | $68.00 |
| Postage | | $23.59 |
| Long Distance Telephone | | $30.65 |
| Miscellaneous | Reimbursement for overpayment of FOIA requests. | (1,741.00) |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

December 1, 2013 through December 31, 2013, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $108,016.20 and actual and necessary

expenses in the amount of ($1,618.76) for a total allowance of $106,397.44 and payment of

$86,412.96 (80% of the allowed fees) and reimbursement of ($1,618.76) (100% of the allowed

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

expenses) be authorized for a total payment of $84,794.20 and for such other and further relief as

this Court may deem just and proper.

Dated:  February ___, 2014

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

<u>VERIFICATION</u>

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 18 day of February, 2014.

_____
Notary Public: Debora R. Melnyk
My Commission Expires:  May 27, 2017

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

**FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S**
**MONTHLY FEE APPLICATION FOR THE PERIOD**
**DECEMBER 1, 2013 THROUGH DECEMBER 31,  2013**

---

[1]  The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (IRIS)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          January 29, 2014
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015172
7500 Grace Drive                           Invoice # 158389
Columbia, MD  21044                        Federal ID# 52-1247549

For Legal Services Rendered Through 12/31/13 in Connection With:

<u>IRIS</u>

| | | | | |
|---|---|---|---|---|
| 12/02/13 | K. Bourdeau | C300 | 0.50 | E-mail communications re recent developments. |
| 12/02/13 | K. Bourdeau | C300 | 0.20 | Telephone conference with P. Marks re tasks and issues. |
| 12/02/13 | P. Marks | C300 | 0.20 | Follow-up task planning telephone conference with K. Bourdeau. |
| 12/02/13 | P. Marks | C300 | 0.50 | Review draft correspondence and comments and send revision to H. Feichko. |
| 12/02/13 | P. Marks | C300 | 0.40 | Summary emails to team re new data and updated strategy memorandum. |
| 12/02/13 | J. Lanham | C300 | 0.50 | Conferences with P. Marks and L. Ross (EPA). |
| 12/03/13 | K. Bourdeau | C300 | 0.50 | Review revised letter and provide comments thereon and communications re new developments. |
| 12/03/13 | P. Marks | C300 | 0.90 | FOIA litigation correspondence and review draft motion and prepare correspondence. |
| 12/03/13 | P. Marks | C300 | 0.50 | Telephone conference with H. Feichko re FOIA litigation. |
| 12/03/13 | P. Marks | C300 | 0.50 | Confer with consultants re data question re FOIA litigation. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158389
January 29, 2014
PAGE   2

| Date | Name | Code | Hours | Description |
|---|---|---|---|---|
| 12/03/13 | D. Barker | C300 | 1.70 | Follow up on settlement plan and schedule, review materials and responses re potential problems with data and draft joint motion for stay. |
| 12/03/13 | J. Lanham | C300 | 2.30 | Email communications and telephone conference with A. Schmitt (Department of Justice) re settlement, communications with P. Marks re same, and prepare motion for court re same. |
| 12/04/13 | D. Barker | C300 | 0.40 | Follow up on timing and strategy for data review and stay. |
| 12/04/13 | J. Lanham | C300 | 1.50 | Email communications and telephone conference with A. Schmitt re settlement, communications with P. Marks re same, and prepare motion for court re same. |
| 12/05/13 | K. Bourdeau | C300 | 0.60 | Participate in status/strategy conference call. |
| 12/05/13 | K. Bourdeau | C300 | 0.80 | Conference with J. Gledhill and review document. |
| 12/05/13 | P. Marks | C300 | 1.20 | Telephone conference with H. Feichko and outside organization re issues. |
| 12/05/13 | P. Marks | C300 | 0.60 | Team weekly update. |
| 12/05/13 | P. Marks | C300 | 0.40 | Address FOIA settlement issues. |
| 12/05/13 | D. Barker | C300 | 0.40 | Edit stay motion and follow up re timing and scheduling issues. |
| 12/05/13 | J. Lanham | C300 | 1.00 | Communications with client, P. Marks, and A. Schmitt re settlement. |
| 12/06/13 | P. Marks | C300 | 0.50 | Telephone conference with H. Feichko and consultant re coordinating tasks. |
| 12/06/13 | P. Marks | C300 | 0.70 | Telephone conference with H. Feichko re tasks and strategy. |
| 12/06/13 | P. Marks | C300 | 1.70 | Telephone conference with H. Feichko, R. Finke and J. Lanham re FOIA strategy memorandum and discussion points, and brief follow-up telephone conference with D. Barker and J. Lanham re same and task assignments. |
| 12/06/13 | P. Marks | C300 | 0.50 | Review FOIA information and emails and telephone conference re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158389
January 29, 2014
PAGE  3

| 12/06/13 | P. Marks | C300 | 0.50 | Telephone conference with K. Bourdeau re strategic issues. |
|---|---|---|---|---|
| 12/06/13 | D. Barker | C300 | 1.10 | Review data production and materials, conference with P. Marks and J. Lanham re same, and finalize and file motion for stay. |
| 12/06/13 | J. Lanham | C300 | 3.50 | Communications with client, P. Marks, D. Barker, and A. Schmitt re settlement and review materials provided in response to settlement agreement. |
| 12/06/13 | G. Ecolino | C300 | 1.70 | Review and manage file, circulate filings to team, and update reset deadlines in docket control. |
| 12/09/13 | P. Marks | C300 | 1.00 | Conference with consultant re strategic issues. |
| 12/09/13 | P. Marks | C300 | 1.80 | Evaluation of data, coordination with J. Lanham and consultants re same, and emails with client re same. |
| 12/09/13 | D. Barker | C300 | 0.50 | Follow up on questions raised re data produced by ATSDR. |
| 12/09/13 | J. Lanham | C300 | 1.00 | Communications with P. Marks, consultant, and A. Schmitt re data provided for settlement. |
| 12/09/13 | J. Lanham | C300 | 1.30 | Research and prepare appeal. |
| 12/09/13 | G. Ecolino | C300 | 0.30 | Review and manage file. |
| 12/10/13 | P. Marks | C300 | 1.00 | Coordinate with consultants re strategy and assess same in light of EPA IRIS presentations. |
| 12/10/13 | P. Marks | C300 | 0.30 | Coordinate with client re scheduling. |
| 12/10/13 | J. Lanham | C300 | 6.00 | Research and prepare FOIA appeal. |
| 12/11/13 | K. Bourdeau | C300 | 0.50 | Review draft strategic memorandum and provide comments on same. |
| 12/11/13 | P. Marks | C300 | 2.00 | Prepare FOIA appeal and conference with J. Lanham re same. |
| 12/11/13 | P. Marks | C300 | 0.50 | Email exchanges with consultant re FOIA litigation data. |
| 12/11/13 | P. Marks | C300 | 0.60 | Review FOIA response and evaluate and coordinate with J. Lanham re same. |
| 12/11/13 | P. Marks | C300 | 0.60 | Review data in Excel format from consultant. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158389
January 29, 2014
PAGE  4

| 12/11/13 | P. Marks | C300 | 0.70 | Coordinate with consultants and client re evaluation of technical issue. |
| 12/11/13 | D. Barker | C300 | 1.10 | Review FOIA appeal re Lockey data and follow up on issues with data re data request. |
| 12/11/13 | J. Lanham | C300 | 1.00 | Communications with P. Marks, consultant, and A. Schmitt re data provided for settlement. |
| 12/11/13 | J. Lanham | C300 | 2.50 | Research and prepare FOIA appeal. |
| 12/12/13 | K. Bourdeau | C300 | 0.50 | E-mail communications with P. Marks re strategy. |
| 12/12/13 | P. Marks | C300 | 0.80 | Weekly client call. |
| 12/12/13 | P. Marks | C300 | 0.80 | Telephone conference with L. Duff re strategy issues. |
| 12/12/13 | P. Marks | C300 | 3.20 | Coordinate with consultants to understand FOIA lawsuit data issues and review same and work with J. Lanham re same. |
| 12/12/13 | P. Marks | C300 | 1.20 | Prepare EPA FOIA appeal. |
| 12/12/13 | D. Barker | C300 | 2.10 | Prepare FOIA appeal re Lockey data. |
| 12/12/13 | J. Lanham | C300 | 5.00 | Communications with P. Marks, R. Finke, and consultants re data provided for settlement and review of data provided for settlement. |
| 12/12/13 | J. Lanham | C300 | 3.00 | Research and prepare FOIA appeal and communications re same. |
| 12/13/13 | P. Marks | C300 | 1.30 | Coordinate with consultants re settlement terms. |
| 12/13/13 | P. Marks | C300 | 0.80 | Organize needed calls and meetings re path forward on FOIA and communications issues. |
| 12/13/13 | P. Marks | C300 | 0.70 | Other tasks re EPA FOIA appeal issues and conference with J. Lanham re same. |
| 12/13/13 | J. Lanham | C300 | 2.50 | Prepare and file FOIA appeal and communications re same. |
| 12/16/13 | K. Bourdeau | C300 | 0.80 | Conference with P. Marks, L. Duff, and H. Feichko re strategy. |
| 12/16/13 | P. Marks | C300 | 0.60 | Follow-up telephone conference with L. Duff re strategy. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158389
January 29, 2014
PAGE  5

| | | | | |
|---|---|---|---|---|
| 12/16/13 | P. Marks | C300 | 0.40 | Coordinate with consultants re technical/guidance issue. |
| 12/16/13 | P. Marks | C300 | 2.40 | Evaluate FOIA litigation correspondence, coordinate with consultants and clients re same, and prepare responses re same. |
| 12/16/13 | P. Marks | C300 | 0.80 | Telephone conference with L. Duff, H. Feichko and K. Bourdeau re strategy. |
| 12/16/13 | D. Barker | C300 | 0.70 | Follow-up re tasks re data discrepancies and issues. |
| 12/16/13 | J. Lanham | C300 | 0.50 | Email communications with P. Marks and D. Barker re settlement discussions with Department of Justice. |
| 12/17/13 | P. Marks | C300 | 2.30 | FOIA issues and telephone conference with consultant re data received, potential use of data, and whether settlement obligations were met, and follow-up evaluation re correspondence and data. |
| 12/17/13 | P. Marks | C300 | 0.40 | Direct staff re exhibits. |
| 12/17/13 | J. Lanham | C300 | 0.50 | Email communications with A. Schmitt re settlement. |
| 12/18/13 | P. Marks | C300 | 0.40 | Review information from consultant re ATSDR data usage and correspondence re same. |
| 12/18/13 | P. Marks | C300 | 2.20 | Review FOIA settlement status, and conference with J. Lanham re same, and telephone conferences with H. Feichko and R. Finke re whether to dismiss case. |
| 12/18/13 | P. Marks | C300 | 0.50 | Evaluate email from A. Schmitt and prepare response re settlement. |
| 12/18/13 | P. Marks | C300 | 1.40 | Prepare for strategy meeting. |
| 12/18/13 | D. Barker | C300 | 0.40 | Review and edit email re settlement and stipulation of dismissal, and follow-up tasks re same. |
| 12/18/13 | J. Lanham | C300 | 1.50 | Communications with P. Marks, D. Barker, H. Feichko, and R. Finke re settlement and prepare emails re same. |
| 12/19/13 | K. Bourdeau | C300 | 2.50 | Attend strategy session meeting and follow-up with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158389
January 29, 2014
PAGE  6

| Date | Name | Code | Hours | Description |
|------|------|------|-------|-------------|
| 12/19/13 | P. Marks | C300 | 5.50 | Conference with client team and associated pre- and post meeting preparation and evaluation with L. Duff and individual conferences with consultant and K. Bourdeau re tasks. |
| 12/19/13 | P. Marks | C300 | 0.90 | Review and evaluate information from consultants, and follow-up emails re same. |
| 12/20/13 | K. Bourdeau | C300 | 0.30 | Review L. Duff list of action items and provide comments thereon. |
| 12/20/13 | P. Marks | C300 | 1.40 | Telephone conference with L. McAfee re EPA program and interrelationship of air issues, evaluate same and telephone conference with L. Duff and H. Feichko re summary of same. |
| 12/20/13 | P. Marks | C300 | 0.90 | Telephone conference with L. Duff and H. Feichko re tasks. |
| 12/20/13 | P. Marks | C300 | 0.70 | Coordinate with consultants re technical issues. |
| 12/20/13 | L. McAfee | C300 | 0.70 | Research, emails, and discussion with P. Marks re air issues. |
| 12/20/13 | D. Barker | C300 | 0.60 | Finalize and file stipulation of dismissal and follow-up re same. |
| 12/20/13 | G. Ecolino | C300 | 0.30 | Review and manage file. |
| 12/23/13 | P. Marks | C300 | 3.20 | Prepare petition exhibits, work with staff re preparing same, and telephone conference with K. Bourdeau re tasks. |
| 12/23/13 | P. Marks | C300 | 0.30 | Coordination with outside entity. |
| 12/23/13 | P. Marks | C300 | 2.70 | Prepare summary of talking points. |
| 12/26/13 | K. Bourdeau | C300 | 2.30 | Communications with P. Marks re related issues and review documents re same. |
| 12/26/13 | P. Marks | C300 | 1.40 | Prepare talking points and Appendix A, and coordinate with K. Bourdeau re input on same. |
| 12/26/13 | P. Marks | C300 | 2.90 | Evaluate comments and revise talking points and send to client team. |
| 12/26/13 | P. Marks | C300 | 2.00 | Review FOIA production. |
| 12/27/13 | K. Bourdeau | C300 | 1.00 | Conference with L. Duff, P. Marks, and outside commenter and follow-up conferences with P. Marks, and with L. Duff and P. Marks. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158389
January 29, 2014
PAGE 7

| 12/27/13 | P. Marks | C300 | 4.50 | Review FOIA production. |
|---|---|---|---|---|
| 12/27/13 | P. Marks | C300 | 3.40 | Telephone conference with L. Duff and K. Bourdeau re recommendations re focused requests and begin to assess same. |
| 12/28/13 | K. Bourdeau | C300 | 0.30 | Review document. |
| 12/29/13 | P. Marks | C300 | 2.50 | Review FOIA produced documents and evaluate use of same. |
| 12/30/13 | K. Bourdeau | C300 | 2.50 | Numerous e-mail exchanges with P. Marks, review of documents forwarded by P. Marks and conference with P. Marks re same. |
| 12/30/13 | K. Bourdeau | C300 | 1.50 | Review revised talking points and related strategy documents and provide comments to P. Marks re same. |
| 12/30/13 | P. Marks | C300 | 6.70 | Complete review of documents produced by EPA and preliminary selection of candidates for expert review on several technical issues, confer with J. Lanham re same, direct staff re same and emails to client team and K. Bourdeau re same. |
| 12/30/13 | J. Lanham | C300 | 2.50 | Research and prepare documents. |
| 12/30/13 | G. Ecolino | C300 | 0.50 | Update pleadings binders. |
| 12/31/13 | K. Bourdeau | C300 | 2.00 | Participation in Grace conference call. |
| 12/31/13 | P. Marks | C300 | 0.70 | Assess potential use of selected documents (from FOIA production) and send R. Medler copies for input. |
| 12/31/13 | P. Marks | C300 | 3.30 | Prepare talking points and associated documents, and incorporate edits from client team re same. |
| 12/31/13 | P. Marks | C300 | 2.00 | Telephone conference with R. Medler, L. Duff, R. Finke, H. Feichko and K. Bourdeau re talking points, tasks, telephone conference with outside commenter and documents obtained via FOIA request. |

Total Hours :       148.20

Total Fees :     $75,856.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158389
January 29, 2014
PAGE   8

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158389
January 29, 2014
PAGE  9

Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 16.80 | $750.00 | $12,600.00 |
| P. Marks | 82.80 | $545.00 | $45,126.00 |
| L. McAfee | 0.70 | $535.00 | $374.50 |
| D. Barker | 9.00 | $445.00 | $4,005.00 |
| J. Lanham | 36.10 | $365.00 | $13,176.50 |
| G. Ecolino | 2.80 | $205.00 | $574.00 |

| | | |
|---|---|---|
| Total Fees : | | $75,856.00 |
| 10% Discount : | | (7,585.60) |
| Total Fees Due : | | $68,270.40 |

Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 148.20 | $75,856.00 |
| Total | 148.20 | $75,856.00 |

| | | |
|---|---|---|
| Total Fees : | 148.20 | $75,856.00 |
| 10% Discount : | | (7,585.60) |
| Total Fees Due : | | $68,270.40 |

Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| A10 | Miscellaneous | ($1,741.00) |
| E105 | Telephone | $30.65 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158389
January 29, 2014
PAGE 10

| E108 | Postage | $3.36 |

|  | Total Disbursements : | ($1,706.99) |

|  | TOTAL DUE : | $66,563.41 |

# EXHIBIT B

## (Petition)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                         January 29, 2014
Attn: Lydia B. Duff, Esq.                 Client/Matter #  01246-015504
7500 Grace Drive                          Invoice # 158390
Columbia, MD  21044                       Federal ID# 52-1247549

_____

For Legal Services Rendered Through 12/31/13 in Connection With:

**Petition**

| | | | | |
|---|---|---|---|---|
| 12/02/13 | J. Cannon | C300 | 4.00 | Review and discuss petition with K. Bourdeau and P. Marks. |
| 12/02/13 | K. Bourdeau | C300 | 0.70 | Conference with P. Marks and J. Cannon re comments on petition and path forward re same. |
| 12/02/13 | P. Marks | C300 | 0.70 | Telephone conference with J. Cannon and K. Bourdeau re draft petition. |
| 12/02/13 | P. Marks | C300 | 3.20 | Prepare petition to address comments. |
| 12/03/13 | P. Marks | C300 | 1.80 | Prepare petition (add reference information). |
| 12/04/13 | P. Marks | C300 | 3.60 | Review Petition to address feedback and to fill citation gaps. |
| 12/05/13 | P. Marks | C300 | 1.20 | Conference with T. Horch re documents and exhibits and telephone conference with M. Grissler re proof reading. |
| 12/05/13 | P. Marks | C300 | 2.70 | Prepare petition with J. Cannon suggestions. |
| 12/05/13 | M. Grissler | L140 | 5.30 | Proofread and cite-check petition. |
| 12/05/13 | T. Horch | L140 | 2.50 | Meeting with P. Marks and perform tasks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158390
January 29, 2014
PAGE  2

| 12/06/13 | K. Bourdeau | C300 | 2.50 | Review and revision of portions of petition revised in response to comments and conference with P. Marks re various issues related to petition and path forward. |
|----------|-------------|------|------|---|
| 12/06/13 | P. Marks | C300 | 0.30 | Coordinate staff support activities. |
| 12/06/13 | M. Grissler | L140 | 4.50 | Proofread and cite-check petition. |
| 12/09/13 | P. Marks | C300 | 1.00 | Direct staff re preparation and review same. |
| 12/09/13 | M. Grissler | L140 | 3.20 | Proofread and cite-check petition. |
| 12/09/13 | T. Horch | L140 | 2.50 | Prepare exhibits. |
| 12/11/13 | P. Marks | C300 | 1.40 | Conference with consultants re accuracy and wording re specific issues and prepare language re same. |
| 12/11/13 | P. Marks | C300 | 2.40 | Revise petition to address proofreading issues. |
| 12/11/13 | T. Horch | L140 | 2.00 | Update chart with exhibits and their numbers; compile hard copies of exhibits. |
| 12/12/13 | T. Horch | L140 | 5.00 | Review of petition footnotes and same exhibit references. |
| 12/14/13 | P. Marks | C300 | 4.10 | Detailed review of petition footnotes and exhibits and incorporate information from consultants. |
| 12/16/13 | K. Bourdeau | C300 | 0.50 | Conference with P. Marks, L. Duff, and H. Feichko. |
| 12/16/13 | P. Marks | C300 | 4.40 | Direct staff and conduct review re exhibits for petition. |
| 12/16/13 | T. Horch | L140 | 5.00 | Provide final copy of exhibits corresponding with petition. |
| 12/17/13 | P. Marks | C300 | 3.30 | Check exhibits and review petition to address new FOIA information. |
| 12/17/13 | T. Horch | L140 | 0.40 | Telephone calls with vendors to research cost for document production. |
| 12/18/13 | P. Marks | C300 | 0.70 | Direct staff and review edits. |
| 12/19/13 | K. Bourdeau | C300 | 0.30 | Communications with P. Marks. |
| 12/20/13 | K. Bourdeau | C300 | 0.50 | Review portions of petition and provide comments to P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158390
January 29, 2014
PAGE  3

| Date | Attorney | Code | Hours | Description |
|---|---|---|---|---|
| 12/20/13 | P. Marks | C300 | 2.90 | Prepare petition, including work on exhibits and appendices and communications with K. Bourdeau re comments. |
| 12/21/13 | K. Bourdeau | C300 | 0.50 | Communications with P. Marks re finalizing petition. |
| 12/23/13 | K. Bourdeau | C300 | 1.10 | E-mail communications re petition. |
| 12/24/13 | P. Marks | C300 | 6.80 | Prepare and evaluate Appendix A, prepare document and exhibits, and prepare talking points. |
| 12/26/13 | P. Marks | C300 | 3.00 | Detailed checking of transcript pages for inclusion and assess and revise documents to address toxicity definition issue, and communications with K. Bourdeau re document revisions. |
| 12/27/13 | K. Bourdeau | C300 | 1.50 | Finalize and transmit to .P. Marks comments on Appendix to Petition. |
| 12/27/13 | P. Marks | C300 | 1.00 | Telephone conference with L. Duff and K. Bourdeau re issues. |
| 12/27/13 | P. Marks | C300 | 0.70 | Work with T. Horch re document completion tasks. |
| 12/27/13 | T. Horch | L140 | 3.50 | Organize and prepare electronic versions of all exhibits, and meeting with P. Marks re same. |
| 12/30/13 | P. Marks | C300 | 2.50 | Prepare revisions based on comments, incorporate recent documents obtained via FOIA, and direct T. Horch re revising exhibits. |
| 12/30/13 | T. Horch | L140 | 3.50 | Update and organize exhibits and Appendices. |
| 12/31/13 | P. Marks | C300 | 2.80 | Prepare Appendix A to reflect comments from client team and to provide a road map for response, insert parallel language into petition, make revisions suggested by R. Finke including markup and added exhibit preparation, and update exhibit list. |

|  |  |
|---|---|
| Total Hours : | 99.50 |
| Total Fees : | $43,889.50 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158390
January 29, 2014
PAGE  4

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| J. Cannon | 4.00 | $750.00 | $3,000.00 |
| K. Bourdeau | 7.60 | $750.00 | $5,700.00 |
| P. Marks | 50.50 | $545.00 | $27,522.50 |
| M. Grissler | 13.00 | $205.00 | $2,665.00 |
| T. Horch | 24.40 | $205.00 | $5,002.00 |

|  |  |
|---|---|
| Total Fees : | $43,889.50 |
| 10% Discount : | (4,388.95) |
| Total Fees Due : | $39,500.55 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 62.10 | $36,222.50 |
| Total | 62.10 | $36,222.50 |
| L100 |  |  |
| L140 | 37.40 | $7,667.00 |
| Total L100 | 37.40 | $7,667.00 |

|  |  |  |
|---|---|---|
| Total Fees : | 99.50 | $43,889.50 |
| 10% Discount : |  | (4,388.95) |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158390
January 29, 2014
PAGE  5

Total Fees Due :                    $39,500.55

Summary by Disbursement Codes :

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $30.00 |

Total Disbursements :            $30.00

TOTAL DUE :            $39,530.55

# EXHIBIT C

**(Bankruptcy Fee Application)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn                    January 29, 2014
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 158388
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 12/31/13 in Connection With:

<u>Bankruptcy Fee Application</u>
<u>100035</u>

12/20/13   P. Marks         L190         0.50   Prepare pleadings.

                                    Total Hours :        0.50

                                    Total Fees :      $272.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158388
January 29, 2014
PAGE   2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $545.00 | $272.50 |

| | |
|---|---|
| Total Fees : | $272.50 |
| 10% Discount : | (27.25) |
| Total Fees Due : | $245.25 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 | | |
| L190 | 0.50 | $272.50 |
| Total L100 | 0.50 | $272.50 |

| | | |
|---|---|---|
| Total Fees : | 0.50 | $272.50 |
| 10% Discount : | | (27.25) |
| Total Fees Due : | | $245.25 |

## Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| E101 | Copying | $38.00 |
| E108 | Postage | $20.23 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158388
January 29, 2014
PAGE  3

Total Disbursements :               $58.23

TOTAL DUE :               $303.48