# EXHIBIT 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

NINETY-NINTH MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JANUARY 1, 2014 THROUGH JANUARY 31, 2014

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2014 through January 31, 2014 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $59,678.55 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $278.19 |

This is a:      ___XX___ monthly        _____ interim        _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | $7,217.50 | $ 791.76 |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | $5,200.00 | $ 111.41 |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | $8,670.00 | $ 142.43 |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | $19,480.00 | $ 74.16 |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | $6,320.00 | $ ·81.38 |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | $5,358.00 | $ 54.14 |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | $32,068.00 | $ 19.86 |
| 9/3/08 | 6/1/08 – 6/30/08 | $39,793.00 | $ 1,384.81 | $39,793.00 | $ 1,384.81 |

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 9/15/08 | 7/1/08-7/31/08 | $89,644 | $273.65 | $89,644 | $273.65 |
| 11/14/08 | 8/1/08-8/31/08 | $50,539.50 | $224.70 | $50,539.50 | $224.70 |
| 11/14/08 | 9/1/08 - 9/30/08 | 3,905.50 | $986.54 | 3,905.50 | $986.54 |
| 2/6/09 | 10/1/08 - 10/31/08 | 1,360.00 | $365.78 | 1,360.00 | $365.78 |
| 2/6/09 | 11/1/08 - 11/30/08 | $920.00 | $524.75 | $920.00 | $524.75 |
| 3/24/09 | 12/1/08 - 12/31/08 | $2,702.50 | $11.37 | $2,702.50 | $11.37 |
| 3/30/09 | 1/1/09 - 1/31/09 | $25,585.00 | $1.40 | $25,585.00 | $1.40 |
| 4/21/09 | 2/1/09 - 2/28/09 | $39,237.00 | $516.80 | $39,237.00 | $516.80 |
| 4/30/09 | 3/1/09 - 3/31/09 | $ 8,128.00 | $ 46.35 | $ 8,128.00 | $ 46.35 |
| 7/7/09 | 4/1/09 - 4/30/09 | $ 80,837.00 | $1,411.58 | $ 80,837.00 | $1,411.58 |
| 7/20/09 | 5/1/09 - 5/31/09 | $ 80,837.00 | $ 1,411.58 | $ 80,837.00 | $ 1,411.58 |
| 9/2/09 | 6/1/09 - 6/30/09 | $38,481.50 | $ 888.98 | $38,481.50 | $ 888.98 |
| 9/15/09 | 7/1/089 - 7/31/09 | $6,972.00 | $ 534.11 | $6,972.00 | $ 534.11 |
| 10/1/09 | 8/1/09 - 8/31/09 | $1,991.50 | $ 5.80 | $1,991.50 | $ 5.80 |
| 11/2/09 | 9/1/09 - 9/30/09 | $ 6,836.00 | $ 53.92 | $ 6,836.00 | $ 53.92 |
| 12/9/09 | 10/1/09 - 10/31/09 | $ 15,246.00 | $ 75.86 | $ 15,246.00 | $ 75.86 |
| 1/4/10 | 11/1/09 - 11/30/09 | $ 14,828.50 | $ 56.80 | $ 14,828.50 | $ 56.80 |
| 2/3/10 | 12/1/09 - 12/31/09 | $ 7,224.00 | $ 84.20 | $ 7,224.00 | $ 84.20 |
| 3/31/10 | 1/1/10 - 1/31/10 | $ 2,778.00 | $ 36.85 | $ 2,778.00 | $ 36.85 |
| 3/31/10 | 2/1/10 - 2/28/10 | $ 4,449.50 | $12.27 | $ 4,449.50 | $12.27 |
| 5/17/10 | 3/1/10 – 3/31,2010 | $ 24,367.50 | $11.00 | $ 24,367.50 | $11.00 |
| 7/1/10 | 4/1/10 – 4/30/10 | $ 10,250.00 | $ 82.97 | $ 10,250.00 | $ 82.97 |
| 7/1/10 | 5/1/10 – 5/31/10 | $ 3,476.00 | $ 23.86 | $ 3,476.00 | $ 23.86 |
| 8/16/10 | 6/1/10 - 6/30/10 | $ 24,234.00 | $ 19.20 | $ 24,234.00 | $ 19.20 |
| 8/30/10 | 7/1/10 - 7/31/10 | $ 20,113.50 | $ 18.28 | $ 20,113.50 | $ 18.28 |
| 10/25/10 | 8/1/10 - 8/31/10 | $2,986.00 | $ 235.07 | $2,986.00 | $ 235.07 |
| 11/9/10 | 9/1/10 - 9/30/10 | $25,288.00 | $ 251.36 | $25,288.00 | $ 251.36 |
| 12/17/10 | 10/1/10 - 10/31/10 | $13,119.50 | $ 352.94 | $13,119.50 | $ 352.94 |
| 1/10/11 | 11/1/10 - 11/30/10 | $ 13,940.00 | $ 50.56 | $ 13,940.00 | $ 50.56 |
| 3/3/11 | 12/1/10 - 12/31/10 | $ 18,381.47 | $ 46.47 | $ 18,381.47 | $ 46.47 |
| 4/5/11 | 1/1/11 - 1/31/11 | $ 4,046.00 | $129.34 | $ 4,046.00 | $129.34 |
| 4/5/11 | 2/1/11 - 2/28/11 | $ 9,082.00 | $ 0.20 | $ 9,082.00 | $ 0.20 |
| 5/31/11 | 3/1/11 - 3/31/11 | $ 5,617.50 | $ 21.36 | $ 5,617.50 | $ 21.36 |
| 6/13/11 | 4/1/11 - 4/30/11 | $ 5,612.00 | $ 96.75 | $ 5,612.00 | $ 96.75 |
| 7/8/11 | 5/1/11 - 5/31/11 | $10,248.00 | $ 16.76 | $10,248.00 | $ 16.76 |
| 9/14/11 | 6/1/11 - 6/30/11 | $ 22,223.50 | $ 20.40 | $ 22,223.50 | $ 20.40 |
| 9/14/11 | 7/1/11 - 7/31/11 | $ 9,342.00 | $ 94.66 | $ 9,342.00 | $ 94.66 |
| 9/29/11 | 8/1/11 - 8/31/11 | $31,785.50 | $268.57 | $31,785.50 | $268.57 |
| 11/16/11 | 9/1/11 - 9/30/11 | $ 8,447.50 | $341.60 | $ 8,447.50 | $341.60 |
| 12/1/11 | 10/1/11 - 10/31/11 | $11,621.00 | $55.64 | $11,621.00 | $55.64 |
| 12/27/11 | 11/1/11 – 11/30/11 | $ 14,634.50 | $ 56.70 | $ 14,634.50 | $ 56.70 |
| 3/26/12 | 12/1/11 – 12/31/11 | $82,764.50 | $ 94.75 | $82,764.50 | $ 94.75 |
| 3/26/12 | 1/1/12 – 1/31/12 | $151,022.60 | $322.03 | $151,022.60 | $322.03 |
| 5/24/12 | 2/1/12 – 2/29/12 | $102,163.92 | $337.47 | $102,163.92 | $337.47 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 5/31/12 | 3/1/12 – 3/31/12 | $75,252.72 | $5,424.17 | $75,252.72 | 4,872.91 |
| 5/31/12 | 4/1/12 – 4/30/12 | $65,693.98 | $276.11 | $65,693.98 | $276.11 |
| 7/10/12 | 5/1/12 – 5/31/12 | $67,685.32 | $7,598.67 | $67,685.32 | $7,598.67 |
| 10/19/12 | 6/1/12 – 6/30/12 | $ 100,573.94 | $ 56.90 | $ 100,573.94 | $ 56.90 |
| 10/19/12 | 7/1/12 – 7/31/12 | $126,281.50 | $358.82 | $126,281.50 | $358.82 |
| 10/19/12 | 8/1/12 – 8/31/12 | $ 86,536.12 | $ 279.07 | $ 86,536.12 | $ 279.07 |
| 11/20/12 | 9/1/12 – 9/30/12 | $118,060.38 | $ 471.15 | $118,060.38 | $ 471.15 |
| 12/6/12 | 10/1/12 – 10/31/12 | $ 73,142.76 | $ 2,866.15 | $ 73,142.76 | $ 2,866.15 |
| 1/15/13 | 11/1/12 – 11/30/12 | $65,594.62 | $ 3,333.31 | $65,594.62 | $ 3,333.31 |
| 2/4/13 | 12/1/12 – 12/31/12 | $ 51,747.70 | $ 84.79 | $ 51,747.70 | $ 84.79 |
| 5/21/13 | 1/1/13 – 1/31/13 (Amended) | $ 72,915.30 | $ 370.59 | $ 72,915.30 | $ 370.59 |
| 3/22/13 | 2/1/13 – 2/28/13 | $ 56,287.35 | $ 378.50 | $ 56,287.35 | $ 378.50 |
| 5/7/13 | 3/1/13 – 3/31/13 | $ 52,251.30 | $1,406.51 | $ 52,251.30 | $1,406.51 |
| 6/6/13 | 4/1/13 – 4/30/13 | $ 57,437.55 | $ 278.04 | $ 57,437.55 | $ 278.04 |
| 7/12/13 | 5/1/13 – 5/31/13 | $53,474.85 | $ 26.82 | $53,474.85 | $ 26.82 |
| 8/6/13 | 6/1/13 – 6/30/13 | $46,882.80 | $ 1,192.15 | $46,882.80 | $ 1,192.15 |
| 9/13/13 | 7/1/31 – 7/31/13 | $81,002.70 | $ 177.53 | Pending | Pending |
| 10/21/13 | 8/1/13 – 8/31/13 | $ 60,075.00 | $ 980.64 | Pending | Pending |
| 11/6/13 | 9/1/13 – 9/30/13 | $ 47,064.15 | $ 2,748.83 | Pending | Pending |
| 12/17/13 | 10/1/13 – 10/31/13 | $ 70,049.70 | $ 1,607.67 | Pending | Pending |
| 12/27/13 | 11/1/13 – 11/30/13 | $70,121.25 | $9.38 | Pending | Pending |
| 2/18/14 | 12/1/13 – 12/31/13 | $ 108,016.20 | ($1,618.76) | Pending | Pending |

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member MD Bar since 1986 | $560 | 47.90 | $26,824.00 |
| Karl S. Bourdeau | Principal; Joined Firm 1980; Member DC bar since 1978 | $775 | 29.10 | $22,552.50 |
| Jayni Lanham | Associate; Joined Firm 2008; Member MD Bar since 2008 | $390 | 6.00 | $2,340.00 |

---

[6] These amounts are the sum total from all of the invoices attached hereto.

| Laura K. McAfee | Principal; Joined Firm 1995; Member MD Bar since 1991 | $550 | 1.30 | $715.00 |
|---|---|---|---|---|
| David A. Barker | Principal; Joined Firm 2005; Member MD Bar since 2002 | $465 | 18.60 | $8,649.00 |
| Tracy Horch | Paralegal | $210 | 2.00 | $420.00 |
| Gina Ecolino | Paralegal | $210 | 22.90 | $4,809.00 |

|  |  |
|---|---|
| Fees: | $ 66,309.50 |
| Less 10% Discount: | ($6,630.95) |
| Total Fees: | $ 59,678.55 |
| Total Hours: | 127.80 |
| Blended Rate: | $ 467.00 |

### TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 127.80 | $59,678.55 |

### EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Photocopying | @ 0.10 per page | $0.20 |
| Long Distance Telephone |  | $148.39 |
| Out-of-town Travel | P. Marks Amtrak tickets for travel to Washington, DC to attend a client meeting (12/13). | $32.00 |
| Meals | Client meeting (12/17/13). Lunch for 8 people. | $97.60 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

January 1, 2014 through January 31, 2014, an interim allowance be made to Beveridge &

Diamond, P.C. for compensation in the amount of $59,678.55 and actual and necessary expenses

in the amount of $278.19 for a total allowance of $59,956.74 and payment of $47,742.84 (80%

of the allowed fees) and reimbursement of $278.19 (100% of the allowed expenses) be

---

[7] These amounts are the sum total of the disbursements as shown on all of the invoices attached hereto.

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

authorized for a total payment of $48,021.03 and for such other and further relief as this Court

may deem just and proper.

Dated:  March _____7____, 2014

BEVERIDGE & DIAMOND, P.C.

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  410-230-1315
Facsimile:  410-230-1389
Counsel for Debtors and Debtors in Possession

<u>VERIFICATION</u>

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

_____
Pamela D. Marks

SWORN AND SUBSCRIBED
before me this __7__ day of March, 2014.

_____
Notary Public: Debora R. Melnyk
My Commission Expires:  May 27, 2017

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |
| | ) | |

**FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JANUARY 1, 2014 THROUGH JANUARY 31,  2014**

---

[1] The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (IRIS)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          February 27, 2014
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015172
7500 Grace Drive                           Invoice # 158780
Columbia, MD  21044                        Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/14 in Connection With:

IRIS

| | | | | |
|---|---|---|---|---|
| 01/02/14 | K. Bourdeau | C300 | 0.50 | Participate in Grace team status/strategy call, review developments and report on same. |
| 01/07/14 | K. Bourdeau | C300 | 0.30 | Communications with client re recent developments. |
| 01/07/14 | D. Barker | C300 | 1.20 | Review background materials for FOIA action for Lockey data request. |
| 01/08/14 | K. Bourdeau | C300 | 1.00 | Conference with R. Finke and related research, and provide R. Finke comments. |
| 01/08/14 | D. Barker | C300 | 3.20 | Conference with J. Lanham re FOIA issues, research applicable data sharing policies and guidance and begin drafting complaint for FOIA action. |
| 01/08/14 | J. Lanham | C300 | 0.50 | Telephone communications with D. Barker re FOIA . |
| 01/09/14 | K. Bourdeau | C300 | 1.30 | Conference with P. Marks re recent developments, participate in status, strategy conference call. |
| 01/09/14 | P. Marks | C300 | 0.20 | Telephone conference with K. Bourdeau re status of tasks. |
| 01/09/14 | P. Marks | C300 | 0.80 | Telephone conference with L. Duff and H. Feichko re developments and tasks. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158780
February 27, 2014
PAGE  2

| 01/09/14 | P. Marks | C300 | 1.00 | Telephone conference with L. Duff and J. Rollins re preparation for meeting. |
|---|---|---|---|---|
| 01/09/14 | P. Marks | C300 | 1.10 | Weekly team telephone call. |
| 01/09/14 | P. Marks | C300 | 1.40 | Review emails and documents. |
| 01/09/14 | D. Barker | C300 | 2.10 | Research and outline potential FOIA arguments. |
| 01/10/14 | K. Bourdeau | C300 | 1.30 | Conference call, e-mail communications and review documents forwarded. |
| 01/10/14 | P. Marks | C300 | 1.20 | Telephone conference with consultants, H. Feichko, L. Duff, K. Ethier and K. Bourdeau re evaluating strategy. |
| 01/10/14 | P. Marks | C300 | 1.40 | Prepare for and conduct telephone conference. |
| 01/10/14 | P. Marks | C300 | 1.10 | Telephone conference with L. Duff and H. Feichko re tasks and assess same. |
| 01/10/14 | P. Marks | C300 | 0.80 | Assess FOIA tasks and review draft letters re same. |
| 01/10/14 | D. Barker | C300 | 3.30 | Draft email re strategy and timing. |
| 01/11/14 | P. Marks | C300 | 1.30 | Emails re strategy and prepare for meeting. |
| 01/13/14 | P. Marks | C300 | 0.70 | Assess technical issues from FOIA documents and set up meeting re same. |
| 01/13/14 | P. Marks | C300 | 3.20 | Prepare for and conduct meetings in DC with H. Feichko and consultants re assessment. |
| 01/14/14 | P. Marks | C300 | 1.70 | Assess information on studies and issues and coordinate with client, J. Lanham and D. Barker re same. |
| 01/14/14 | P. Marks | C300 | 1.90 | Prepare for and telephone conference with technical experts re EPA analysis. |
| 01/14/14 | P. Marks | C300 | 0.50 | Telephone conference with L. Duff re issues. |
| 01/14/14 | D. Barker | C300 | 2.80 | Conference with P. Marks and J. Lanham re FOIA complaint draft and strategy; revise draft complaint and draft email to client re same. |
| 01/14/14 | J. Lanham | C300 | 2.00 | Review litigation documents and telephone conference with P. Marks and D. Barker re same. |
| 01/15/14 | K. Bourdeau | C300 | 0.30 | E-mail communications re recent developments. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158780
February 27, 2014
PAGE  3

| 01/15/14 | K. Bourdeau | C300 | 0.50 | E-mail communications. |
|---|---|---|---|---|
| 01/15/14 | P. Marks | C300 | 1.00 | Review FOIA complaint and communications with J. Lanham and D. Barker re same. |
| 01/15/14 | D. Barker | C300 | 0.60 | Review edits to complaint from R. Finke; coordinate with G. Ecolino re cite-checking complaint and preparing additional documents for filing. |
| 01/15/14 | G. Ecolino | C300 | 0.50 | Confer with D. Barker re status of complaint and related tasks. |
| 01/16/14 | K. Bourdeau | C300 | 0.80 | Participate in status conference. |
| 01/16/14 | P. Marks | C300 | 2.00 | Telephone conferences with L. Duff re tasks and call preparation, and conduct weekly team telephone call. |
| 01/16/14 | D. Barker | C300 | 1.10 | Follow up with G. Ecolino re cite check and finalizing FOIA complaint. |
| 01/16/14 | J. Lanham | C300 | 0.50 | Prepare and file FOIA request. |
| 01/16/14 | G. Ecolino | C300 | 6.00 | Cite check pleading and prepare materials for same and related tasks. |
| 01/17/14 | K. Bourdeau | C300 | 2.50 | Review guidance re legal issues. |
| 01/17/14 | P. Marks | C300 | 3.80 | Prepare for and conduct telephone conference with experts re understanding EPA documents and follow-up evaluation and emails re same. |
| 01/17/14 | D. Barker | C300 | 0.90 | Proofread final document for filing. |
| 01/17/14 | G. Ecolino | C300 | 0.80 | Review and manage file and confer re status of filing. |
| 01/19/14 | P. Marks | C300 | 0.50 | Review information from B. Medler and respond re same. |
| 01/20/14 | K. Bourdeau | C300 | 1.00 | Conference with P. Marks and prepare e-mail to P. Marks. |
| 01/20/14 | P. Marks | C300 | 0.40 | Review emailed documents from B. Medler. |
| 01/21/14 | P. Marks | C300 | 0.30 | Monitor FOIA tasks and client email. |
| 01/21/14 | D. Barker | C300 | 1.80 | Finalize and file complaint in FOIA action. |
| 01/21/14 | J. Lanham | C300 | 1.00 | Research re legal issues. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158780
February 27, 2014
PAGE  4

| 01/21/14 | G. Ecolino | C300 | 2.30 | Prepare and submit electronic filing; coordinate service of same. |
| 01/22/14 | K. Bourdeau | C300 | 0.30 | E-mail communications re results of review and analysis of documents. |
| 01/22/14 | P. Marks | C300 | 1.00 | Prepare for call with experts. |
| 01/22/14 | P. Marks | C300 | 1.30 | Telephone conference with consulting experts re documents obtained through FOIA. |
| 01/22/14 | P. Marks | C300 | 0.70 | Document review and email to client re expert discussion. |
| 01/22/14 | D. Barker | C300 | 0.50 | Research and tasks related to FOIA litigation. |
| 01/22/14 | J. Lanham | C300 | 1.50 | Research and prepare FOIA Request. |
| 01/22/14 | G. Ecolino | C300 | 2.50 | Process service copies of filing to be served and review and manage file. |
| 01/23/14 | P. Marks | C300 | 8.00 | Conference with client team and expert consultants re asbestos issues. |
| 01/23/14 | D. Barker | C300 | 0.40 | Tasks related to FOIA litigation. |
| 01/23/14 | J. Lanham | C300 | 0.50 | Prepare and file notice of appearance. |
| 01/23/14 | G. Ecolino | C300 | 3.00 | Support tasks related to FOIA litigation. |
| 01/24/14 | P. Marks | C300 | 1.40 | Assess issues and recent EPA statements and developments. |
| 01/24/14 | D. Barker | C300 | 0.40 | Tasks related to FOIA litigation. |
| 01/24/14 | G. Ecolino | C300 | 3.70 | Tasks related to FOIA litigation. |
| 01/27/14 | P. Marks | C300 | 0.60 | Telephone conference with H. Feichko to evaluate expert issues. |
| 01/27/14 | G. Ecolino | C300 | 1.30 | Review and manage file. |
| 01/28/14 | P. Marks | C300 | 2.50 | Evaluate and conference with L. Duff re technical expert evaluations and legal issues. |
| 01/28/14 | P. Marks | C300 | 1.00 | Conference with client team re technical expert evaluations. |
| 01/28/14 | D. Barker | C300 | 0.30 | Tasks related to FOIA litigation. |
| 01/28/14 | G. Ecolino | C300 | 1.50 | Support tasks related to FOIA litigation. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158780
February 27, 2014
PAGE  5

| 01/29/14 | P. Marks | C300 | 0.50 | Review new EPA materials and evaluate same. |
| 01/30/14 | K. Bourdeau | C300 | 0.50 | Participate in team status/strategy call. |
| 01/30/14 | P. Marks | C300 | 0.50 | Participate in weekly team telephone conference. |
| 01/30/14 | P. Marks | C300 | 1.00 | Handle audit request response. |
| 01/30/14 | P. Marks | C300 | 0.60 | Direct T. Horch to obtain article and evaluate same. |
| 01/30/14 | G. Ecolino | C300 | 1.30 | Support tasks related to FOIA litigation. |
| 01/30/14 | T. Horch | C300 | 0.50 | Research publication requested by P. Marks. |

Total Hours :        103.70

Total Fees :      $49,309.50

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158780
February 27, 2014
PAGE  6

Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 10.30 | $775.00 | $7,982.50 |
| P. Marks | 45.40 | $560.00 | $25,424.00 |
| D. Barker | 18.60 | $465.00 | $8,649.00 |
| J. Lanham | 6.00 | $390.00 | $2,340.00 |
| G. Ecolino | 22.90 | $210.00 | $4,809.00 |
| T. Horch | 0.50 | $210.00 | $105.00 |

| | |
|---|---|
| Total Fees : | $49,309.50 |
| 10% Discount : | (4,930.95) |
| Total Fees Due : | $44,378.55 |

Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 103.70 | $49,309.50 |
| Total | 103.70 | $49,309.50 |

| | | |
|---|---|---|
| Total Fees : | 103.70 | $49,309.50 |
| 10% Discount : | | (4,930.95) |
| Total Fees Due : | | $44,378.55 |

Summary by Disbursement Codes :

| | | Bill Amount |
|---|---|---|
| E105 | Telephone | $133.33 |
| E110 | Out-of-town Travel | $32.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158780
February 27, 2014
PAGE   7

| E111 | Meals | $97.60 |

| | Total Disbursements : | $262.93 |

| | **TOTAL DUE :** | $44,641.48 |

# EXHIBIT B

**(Petition)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          February 27, 2014
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015504
7500 Grace Drive                           Invoice # 158781
Columbia, MD  21044                        Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/14 in Connection With:

**Petition**

| 01/01/14 | K. Bourdeau | C300 | 0.30 | Review e-mails from P. Marks on various items. |
|---|---|---|---|---|
| 01/02/14 | K. Bourdeau | C300 | 2.00 | Review revisions to petition prepared by P. Marks and select aspects of petition; prepare edits to same. |
| 01/02/14 | T. Horch | L140 | 1.50 | Prepare and scan Exhibits, and save to worksite, and coordinate with staff. |
| 01/03/14 | K. Bourdeau | C300 | 4.00 | Work on petition. |
| 01/04/14 | K. Bourdeau | C300 | 1.50 | Further work on petition and prepare draft cover transmittal e-mail to client. |
| 01/06/14 | K. Bourdeau | C300 | 2.00 | Finalize petition and transmit to client. |
| 01/07/14 | K. Bourdeau | C300 | 0.30 | Communications with client re petition. |
| 01/11/14 | K. Bourdeau | C300 | 1.50 | Review and respond to R. Finke comments, review Guidelines re same, and e-mail communications with others re same. |
| 01/17/14 | K. Bourdeau | C300 | 0.80 | Evaluate legal issue and e-mail communications with P. Marks re same. |
| 01/19/14 | K. Bourdeau | C300 | 3.00 | Evaluate legal issue and prepare e-mail to P. Marks re same and recommendations for revisions to petition. |

BEVERIDG<sup>E</sup> & DIAMOND, P.C.

INVOICE # 158781
February 27, 2014
PAGE  2

| 01/20/14 | K. Bourdeau | C300 | 0.90 | Conference with P. Marks and follow-up review and communications re same. |
| 01/20/14 | P. Marks | C300 | 0.90 | Telephone conference with K. Bourdeau re new documents, client comments and tasks. |
| 01/20/14 | P. Marks | C300 | 0.60 | Follow-up review, assessment and emails. |
| 01/21/14 | K. Bourdeau | C300 | 1.50 | Work on changes to petition and internal and external communications re same. |
| 01/21/14 | P. Marks | C300 | 0.30 | Brief coordination with K. Bourdeau re tasks. |
| 01/26/14 | K. Bourdeau | C300 | 1.00 | Prepare final changes to petition and cover explanatory e-mail to P. Marks re same. |

Total Hours :           22.10

Total Fees :      $15,893.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158781
February 27, 2014
PAGE   3

**Time Summary :**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| K. Bourdeau | 18.80 | $775.00 | $14,570.00 |
| P. Marks | 1.80 | $560.00 | $1,008.00 |
| T. Horch | 1.50 | $210.00 | $315.00 |

|  |  |
|---|---|
| Total Fees : | $15,893.00 |
| 10% Discount : | (1,589.30) |
| Total Fees Due : | $14,303.70 |

**Summary by Task Codes :**

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 20.60 | $15,578.00 |
| Total | 20.60 | $15,578.00 |
| L100 |  |  |
| L140 | 1.50 | $315.00 |
| Total L100 | 1.50 | $315.00 |

|  |  |  |
|---|---|---|
| Total Fees : | 22.10 | $15,893.00 |
| 10% Discount : |  | (1,589.30) |
| Total Fees Due : |  | $14,303.70 |

**Summary by Disbursement Codes :**

|  |  | Bill Amount |
|---|---|---|
| E101 | Copying | $0.20 |
| E105 | Telephone | $15.06 |

BEVERIDGE & DIAMOND, P.C.

Total Disbursements :          $15.26

TOTAL DUE :        $14,318.96

# EXHIBIT C

## (Bankruptcy Fee Application)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

February 27, 2014
Client/Matter #  01246-012629
Invoice # 158779
Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/14 in Connection With:

**Bankruptcy Fee Application**
**100035**

| Date | Attorney | Code | Hours | Description |
|------|----------|------|-------|-------------|
| 01/27/14 | P. Marks | L190 | 0.70 | Address billing format and pleadings. |

**Total Hours :**      0.70

**Total Fees :**     $392.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158779
February 27, 2014
PAGE  2

## Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.70 | $560.00 | $392.00 |
|  | Total Fees : |  | $392.00 |
|  | 10% Discount : |  | (39.20) |
|  | Total Fees Due : |  | $352.80 |

## Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| L100 |  |  |
| L190 | 0.70 | $392.00 |
| Total L100 | 0.70 | $392.00 |
| Total Fees : | 0.70 | $392.00 |
| 10% Discount : |  | (39.20) |
| Total Fees Due : |  | $352.80 |

## Summary by Disbursement Codes :

|  | TOTAL DUE : | $352.80 |
|---|---|---|

# EXHIBIT D

## (Curtis Bay Air)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                          February 27, 2014
Attn: Lydia B. Duff, Esq.                  Client/Matter #  01246-015577
7500 Grace Drive                           Invoice # 158782
Columbia, MD  21044                        Federal ID# 52-1247549

For Legal Services Rendered Through 01/31/14 in Connection With:

**Curtis Bay Air**

01/28/14    L. McAfee    C300        1.30  Discussion with L. Duff re ammonia issues.

                                Total Hours :        1.30

                                Total Fees :      $715.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 158782
February 27, 2014
PAGE  2

Time Summary :

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. McAfee | 1.30 | $550.00 | $715.00 |

| | |
|---|---|
| Total Fees : | $715.00 |
| 10% Discount : | (71.50) |
| Total Fees Due : | $643.50 |

Summary by Task Codes :

| CODE | Hours | Bill Amount |
|---|---|---|
| C300 | 1.30 | $715.00 |
| Total | 1.30 | $715.00 |

| | | |
|---|---|---|
| Total Fees : | 1.30 | $715.00 |
| 10% Discount : | | (71.50) |
| Total Fees Due : | | $643.50 |

Summary by Disbursement Codes :

| | |
|---|---|
| TOTAL DUE : | $643.50 |