**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the 2nd day of May, 2014, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

> **Notice of Summary of Final Application of Perkins Coie LLP as Ordinary Course Professional for Allowance of Fees and Expenses in Excess of OCP Monthly Fee Cap for the Period of September 2006 Through March 2007.**

James E. O'Neill (Bar No. 4042)

---

[1]    The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

**W. R. Grace NEW 2002 Service List**
Case No. 01-1139 (KJC)
Doc. No. 191999
10 – HAND DELIVERY
24- FIRST CLASS MAIL
01 – FOREIGN FIRST CLASS


*(Counsel to Reorganized Debtors)*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705

*HAND DELIVERY*
*(United States Trustee)*
Richard L. Schepacarter, Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

*HAND DELIVERY*
*(Co-Counsel for Roger Frankel FCR)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

*HAND DELIVERY*
*(Counsel to Representative Counsel to*
*Canadian ZAI Claimants)*
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

*HAND DELIVERY*
*(Counsel to PD Future Claimant*
*Representative)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899

*HAND DELIVERY*
*(Asbestos PD Trust (7A))*
Richard B. Schiro, Corporate Trust
Administration
WRG Asbestos PD Trust
c/o Wilmington Trust
1100 N. Market Street
Wilmington, DE  19890-1625

*HAND DELIVERY*
*(Counsel to Asbestos PI Trust)*
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel for Edward B. Cottingham, Jr.,*
*ZAI Trustee and the ZAI Claimants)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Ste. 1300
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Samson Hydrocarbons)*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder,
P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to BNSF Railway Company)*
David M. Fournier, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Mark Hankin and Hanmar*
*Associates MLP)*
David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801

*FIRST CLASS MAIL*
*(Co-Counsel to Reorganized Debtor)*
John Donley, Esquire
Adam Paul, Esquire
Ryan Hehner, Esquire
Jeffrey Gettleman, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*FIRST CLASS MAIL*
*(Counsel to Reorganized Debtor)*
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823

*FIRST CLASS MAIL*
*(Reorganized Debtor)*
W. R. Grace & Co.
Attn: Mark Shelnitz
7500 Grace Drive
Columbia, MD 21044

*FIRST CLASS MAIL*
*(The Future Claimants' Representative)*
Roger Frankel, Esquire
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC 20037

*FIRST CLASS MAIL*
*(Counsel to Hon. Alex. M. Sanders Jr.,*
*PDFCR)*
Alan B. Rich, Esquire
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

*FIRST CLASS MAIL*
*(Trustee - Asbestos PD Trust (7A))*
Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958

*FIRST CLASS MAIL*
*(Counsel for Asbestos PD Trust (7A))*
Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205

*FIRST CLASS MAIL*
*(Counsel for ZAI Claimants)*
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook &
Brickman, LLC
1037 Chuck Dawley Blvd., Bldg A
Mt. Pleasant, SC 29464

*FIRST CLASS MAIL*
*(ZAI Trustee)*
Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
Mt. Pleasant, SC 29464

*FIRST CLASS MAIL*
*(Counsel for Edward B. Cottingham, Jr.,*
*ZAI Trustee))*
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Ste 200
Charleston, SC 29401

**FIRST CLASS MAIL**
*(Asbestos PI Trust)*
B. Thomas Florence, Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC  20036

**FIRST CLASS MAIL**
*(Counsel to Asbestos PI Trust)*
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219

**FIRST CLASS MAIL**
*(Counsel to Asbestos PI Committee)*
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

**FIRST CLASS MAIL**
*(Counsel to Asbestos PI Committee)*
Ann McMillan, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005-5802

**FIRST CLASS MAIL**
*(Special Insurance Coverage Counsel to the
Official Committee of Asbestos Personal
Injury Claimants )*
Robert M. Horkovich, Esquire
Robert Y. Chung, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

**FIRST CLASS MAIL**
*(Counsel to Asbestos PI Trust)*
James C. Melville, Esquire
Kaplan, Strangis and Kaplan, P.A.
90 South Seventh Street, Suite 5500
Minneapolis, MN  55402

**FIRST CLASS MAIL**
*(Counsel to Asbestos PI Trust)*
Edward E. Steiner, Esquire
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202

**FIRST CLASS MAIL**
*(Counsel to Plum Creek Timberlands, L.P.)*
John R. Knapp, Jr., Esquire
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2352

**FIRST CLASS MAIL**
*(Counsel to the Official Committee of Equity
Security Holders)*
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**FIRST CLASS MAIL**
*(Counsel to Samson Hydrocarbons)*
Greg A. Lowry, Esquire
Locke Lord, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201

**FIRST CLASS MAIL**
*(Counsel to BNSF Railway Company)*
Edward C. Toole, Jr., Esquire
Pepper Hamilton LLP
300 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

**FIRST CLASS MAIL**
*(Creditor)*
Mark Hankin
Lou Hiban
Hankin Management Company
P.O. Box 26767
Elkins Park, PA  19027

**FIRST CLASS MAIL**
*(Creditor)*
Michael R. Sew Hoy, Civil Division
U.S. Department of Justice
1100 L. Street, N.W., Room 10048
Washington, DC  20005

**First Class Mail**
(Counsel to Numerous Asbestos Claimants)
Scott W. Wert, Esquire
Roger Heath, Esquire
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX  75050

**FOREIGN FIRST CLASS**
*(Counsel to Canadian ZAI Claimants)*
Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286 Saint-Paul West, Suite 100
Montréal, Quebec  H2Y 2A3
CANADA