IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| _____ ) | | |
| In re: ) | | Chapter 11 |
| ) | | |
| W.R. GRACE & CO., <u>et al.</u>, ) | | Case No. 01-1139 (KJC) |
| ) | | |
| Reorganized Debtors. ) | | Objection Deadline:  July 1, 2014 at 4:00 p.m. |
| _____) | | Hearing: October 14, 2014 at 10:00 a.m. |

**NOTICE OF FILING OF FINAL FEE APPLICATION OF TRE ANGELI LLC
AS FORMER CO-FINANCIAL ADVISOR TO DAVID. T. AUSTERN,
FORMER ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE,
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED
<u>FROM MARCH 3, 2008 THROUGH AUGUST 31, 2009</u>**

TO: (1) The Reorganized Debtors; (2) Counsel to the Reorganized Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Unsecured Creditors; (5) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (6) Counsel to the Official Committee of Asbestos Property Damage Claimants; (7) Counsel to the Official Committee of Equity Holders; (8) Counsel to the Debtors-in-Possession Lender; and (9) the Fee Auditor

On May 2, 2014, the *Final Fee Application of Tre Angeli LLC as Former Co-Financial Advisor to David T. Austern, Former Asbestos PI Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from March 3, 2008 through August 31, 2009* (the "Final Application") was filed with the United States Bankruptcy Court for the District of Delaware.

The Final Fee Application seeks the award of final compensation for services rendered and expenses incurred in connection with Tre Angeli's service as the co-financial advisor to David T. Austern, the former asbestos personal injury future claimants' representative in these Chapter 11 cases, from March 3, 2008 through August 31, 2009, in the amount of $870,000.00 in fees and $4,568.88 in expenses, for a total of $874,568.88.

Objections or responses to the Final Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE  19801, on or before **July 1, 2014 at 4:00 P.M., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) Tre Angeli LLC, Attn: Joseph J. Radecki, Jr., 6 Landmark Square, Suite 415, Stamford, CT 06901; (ii) the Asbestos PI Future Claimants' Representative, Roger Frankel, Frankel Wyron LLP, 2101 L Street, NW, Suite 800, Washington, DC 20037; (iii) co-counsel to the Asbestos PI Future Claimants' Representative, Richard H. Wyron, Frankel Wyron LLP, 2101 L Street, NW, Suite 800, Washington, DC 20037, Debra L. Felder, Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC 20007, and John C. Phillips, Jr., Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE  19806; (iv) co-counsel to the Reorganized Debtors, John Donley and Adam Paul, Kirkland & Ellis, LLP, 300 North LaSalle, Chicago, IL 60654 and Laura Davis Jones, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (v) co-counsel to the Official Committee of Unsecured Creditors, Kenneth Pasquale, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, DE 19801; (vi) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Bilzin, Sumberg, Baena, Price & Axelrod, 1450 Brickell Avenue, 23rd Floor, Miami, FL 33131-3456 and Michael B. Joseph, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vii) counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch and Rita C. Tobin, Caplin & Drysdale, Chartered, 600 Lexington Avenue, 21st Floor,

New York, NY 10022-6000; (viii) counsel to the Asbestos PI Trust, Marla R. Eskin, Mark T. Hurford, Kathleen Campbell Davis, Campbell & Levine, LLC, 222 Delaware Avenue, Suite 1620, Wilmington, DE 19801; (ix) co-counsel to the DIP Lender, J. Douglas Bacon, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Neil B. Glassman, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (x) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (xi) the Office of the United States Trustee, ATTN: Richard Schepacarter, Esquire, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801; and (xii) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, 2235 Ridge Road, Suite 105, Rockwall, TX 75087.

**A HEARING ON THE FINAL APPLICATION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE, 19801 ON OCTOBER 14, 2014 AT 10:00 A.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE FINAL FEE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Any questions regarding this Notice or attachments may be directed to the undersigned.

                ORRICK, HERRINGTON & SUTCLIFFE LLP

                By:*/S/ DEBRA L. FELDER*
                    Debra L. Felder, admitted *pro hac vice*
                    Columbia Center
                    1152 15th Street, N.W.
                    Washington, DC  20005-1706
                    (202) 339-8400
                    (202) 339-8500 (fax)

                    FRANKEL WYRON LLP
                    Richard H. Wyron, admitted *pro hac vice*
                    2101 L Street, N.W., Suite 800
                    Washington, DC  20037
                    (202) 903-0700
                    (202) 627-3002 (fax)

                    -and-

                    PHILLIPS, GOLDMAN & SPENCE, P.A.
                    John C. Phillips, Jr. (#110)
                    1200 North Broom Street
                    Wilmington, DE 19806
                    (302) 655-4200
                    (302) 655-4210 (fax)

                    *Co-Counsel to Roger Frankel, Asbestos PI*
                    *Future Claimants' Representative*

Dated: May 2, 2014