IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | Case No. 01-1139 (KJC) |
| | ) | **Jointly Administered** |
| **Reorganized Debtors.** | ) | Objection Date: July 1, 2014 at 4:00 p.m. |
| | ) | Hearing: October 14, 2014 at 10:00 a.m. |

**COVER SHEET TO FINAL FEE APPLICATION OF TRE ANGELI LLC
AS FORMER CO-FINANCIAL ADVISOR TO DAVID. T. AUSTERN, FORMER
ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM MARCH 3, 2008 THROUGH AUGUST 31, 2009**

Name of Applicant:  Tre Angeli LLC ("Tre Angeli")

Authorized to Provide Professional
Services to:  David T. Austern, Former Asbestos PI Future Claimants' Representative

Date of Retention:  Effective as of March 3, 2008
(by Order dated July 29, 2008)

Period for which compensation is
sought:  March 3, 2008 through August 31, 2009
(the "Final Compensation Period")

Amount of Final Compensation
(100%) sought as actual, reasonable,
and necessary:  $ 870,000.00[1]

Amount of Final Expense
Reimbursement sought as actual,
reasonable and necessary:  $   4,568.88[2]

Total Final Period Fees and Expenses:  $ 874,568.88

This is a:   ____ monthly   ____ interim   _X_ final application.

---

[1] The amount of final compensation sought is equal to the sum of all fees previously approved by this Court pursuant to Tre Angeli's first through seventh quarterly fee applications.

[2] The amount of final expense reimbursement sought is equal to the sum of all expenses previously approved by this Court pursuant to Tre Angeli's first through seventh quarterly fee applications.

## PRIOR QUARTERLY APPLICATIONS:
## MARCH 3, 2008 THROUGH AUGUST 31, 2009

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses | | Holdback Requested | CNO or COC | Approval Order |
|---|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Requested Fees | Dated Filed (DI No.) | Dated Filed (DI No.) |
| 8/22/08 DI 19362 | 1/1/08- 3/31/08 | $50,000.00 | $45.10 | $50,000.00 | $45.10 | $0.00 | 9/25/08 DI 19619 | 10/1/08 DI 19663 |
| 10/13/08 DI 19734 | 4/1/08- 6/30/08 | $150,000.00 | $239.35 | $150,000.00 | $239.35 | $0.00 | 12/12/08 DI 20264 | 12/17/08 DI 20283 |
| 11/25/08 DI 20138 | 7/1/08- 9/30/08 | $140,000.00 | $1,219.01 | $140,000.00 | $1,219.01 | $0.00 | 3/3/09 DI 21164 | 4/2/09 DI 21173 |
| 4/13/09 DI 21254 | 10/1/08- 12/31/08 | $150,000.00 | $1,776.67 | $150,000.00 | $1,776.67 | $0.00 | 6/26/09 DI 22258 | 7/7/09 DI 22354 |
| 7/24/09 DI 22620 | 1/1/09- 3/31/09 | $150,000.00 | $485.98 | $150,000.00 | $485.98 | $0.00 | 9/22/09 DI 23315 | 9/28/09 DI 23352 |
| 10/12/09 DI 23471 | 4/1/09- 6/30/09 | $130,000.00 | $514.13 | $130,000.00 | $514.13 | $0.00 | 12/8/09 DI 23965 | 12/11/09 DI 23996 |
| 3/11/10 DI 24437 | 7/1/09- 9/30/09 | $100,000.00 | $288.64 | $100,000.00 | $288.64 | $0.00 | 6/2/10 DI 24885 | 6/7/10 DI 24917 |
| **TOTAL:** | | **$870,000.00** | **$4,568.88** | **$870,000.00** | **$4,568.88** | **$0.00** | -- | -- |

## SUMMARY OF TIME EXPENDED BY PROFESSIONAL:
## MARCH 3, 2008 THROUGH AUGUST 31, 2009

| Name of Professional | Hourly Billing Rate[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Joseph J. Radecki, Jr. | N/A | 1,186.30 | $870,000.00 |
| **BLENDED RATE:** | $733.37 | | |

---

[3] Tre Angeli LLC does not bill on an hourly basis.

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY:**
**MARCH 3, 2008 THROUGH AUGUST 31, 2009**

| Project Category | Hours Billed | Total Fees Requested[4] |
|---|---:|---:|
| Case Administration | 0.80 | N/A |
| Financial Analysis / Financial Review | 1,185.50 | N/A |
| **TOTAL:** | **1,186.30** | **$870,000.00** |

**SUMMARY OF EXPENSES:**
**MARCH 3, 2008 THROUGH AUGUST 31, 2009**

| Expense Category | Expenses Requested | Expenses Approved |
|---|---:|---:|
| Express Mail | $649.46 | $649.46 |
| Legal | $120.00 | $120.00 |
| Meals | $69.25 | $69.25 |
| Telephone | $1,809.77 | $1,809.77 |
| Transportation | $1,920.40 | $1,920.40 |
| **TOTAL:** | **$4,568.88** | **$4,568.88** |

Dated: May 1, 2014          Respectfully submitted,

TRE ANGELI LLC

By: */S/ JOSEPH J. RADECKI, JR.*
      Joseph J. Radecki, Jr.
      6 Landmark Square, Suite 415
      Stamford, CT 06901

*Former Co-Financial Advisor to David T. Austern, Former Asbestos Personal Injury Future Claimants' Representative*

---

[4] Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by project category is not applicable.