## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |
| | ) | |

## VERIFICATION

Joseph J. Radecki, Jr., after being duly sworn according to law, deposes and says:

1.    I am the sole member of Tre Angeli LLC ("Tre Angeli"). Tre Angeli was employed as the former co-financial advisor to David T. Austern, the former asbestos personal injury future claimants' representative (the "Former FCR"), in the above-captioned Chapter 11 cases during the period March 3, 2008 through August 31, 2009 (the "Final Compensation Period").

2.    I personally performed the work for the Former FCR during the Final Compensation Period.

3.    I have reviewed the Final Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Final Application to be in compliance therewith.

                                                         */S/ JOSEPH J. RADECKI, JR.*
                                                         JOSEPH J. RADECKI, JR.

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 1ST DAY OF MAY 2014

*/S/ MICHELLE L. ROTH*
Notary Public

My commission expires: 4/27/17