IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | Related Docket Nos. 26368, _32103_ |

**ORDER EXTENDING DEADLINE TO FILE FINAL APPLICATIONS FOR COMPENSATION OF PROFESSIONALS AND REIMBURSEMENT OF EXPENSES**

This matter having come before the Court on the Reorganized Debtors' Certification of Counsel for Order Extending the Deadline to File Final Applications for Compensation of Professionals and Reimbursement of Expenses; and the Court being informed that the Reorganized Debtors, the Fee Auditor and the Office of the United States Trustee have consented to certain requests to extend the deadline for Professionals to file final applications for compensation and reimbursement of expenses established in Section 2.1.1(b)(1) of the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified Through December 23, 2010* [Docket No. 26368] (the "Final Fee Application Deadline"); and the Court having found that such request is in the best interests of the Reorganized Debtors and their estates;

---

[1]    The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

IT IS HEREBY ORDERED THAT the Final Fee Application Deadline is extended through and including May 12, 2014; and it is further

ORDERED that no other deadlines are affected by this Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order; and it is further

ORDERED that this Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing and shall not be stayed under Fed. R. Bankr. P. 7062, Fed. R. Bankr. P. 9014 or otherwise

Dated: May 2, 2014

The Honorable Kevin J. Carey,
United States Bankruptcy Court Judge