**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                      )
In re:                                )   Chapter 11
                                      )
W.R. GRACE & CO., et al.,              )   Case No. 01-1139 (KJC)
                                      )
            Reorganized Debtors.      )   Objection Deadline: July 1, 2014 at 4:00 p.m.
_____)   Hearing: October 14, 2014 at 10:00 a.m.


**COVER SHEET TO THE FIRST QUARTERLY AND FINAL FEE APPLICATION OF**
**FRANKEL WYRON LLP AS BANKRUPTCY CO-COUNSEL TO**
**ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE,**
**FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT**
**OF ACTUAL AND NECESSARY EXPENSES INCURRED**
**FROM JANUARY 16, 2014 THROUGH FEBRUARY 3, 2014**

| | | |
|---|---|---|
| **Name of Applicant:** | Frankel Wyron LLP | |
| **Authorized to Provide Professional Services to:** | Roger Frankel, Asbestos PI Future Claimants' Representative | |
| **Date of Retention:** | As of January 16, 2014, pursuant to an Order entered by the Court on February 21, 2014 [Dkt. No. 31769] | |
| **Periods for which Compensation and Reimbursement is Sought:** | **First Quarterly Period**: January 16, 2014 through February 3, 2014 | **Final Fee Period:** January 16, 2014 through February 3, 2014 |
| **Total Fees Requested:** | $56,087.50 | $56,087.50 |
| **Total Expenses Requested:** | $2,347.44 | $2,347.44 |
| **Total Fees & Expenses Requested:** | $58,434.94 | $58,434.94 |
| **Total Fees & Expenses Approved:** | To Be Considered in this First Quarterly and Final Fee Application | To Be Considered in this First Quarterly and Final Fee Application |
| **Total Hours:** | 69.70 | 69.70 |

**SUMMARY OF TIME EXPENDED BY PROFESSIONAL:**
**FIRST QUARTERLY AND FINAL FEE PERIOD**
**JANUARY 16, 2014 THROUGH FEBRUARY 3, 2014**

| Name of Professional | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Richard H. Wyron | Partner, 25 years in position; 34 years relevant experience; 1979 | $875 | 69.70 | $56,087.50 |
| **TOTAL:** | | | **69.70** | **$56,087.50[1]** |
| **Blended Rate: $804.70** | | | | |

**SUMMARY OF COMPENSATION BY PROJECT CATEGORY:**
**FIRST QUARTERLY AND FINAL FEE PERIOD**
**JANUARY 16, 2014 THROUGH FEBRUARY 3, 2014**

| Project Category | Hours Billed | Total Fees Requested |
|---|---|---|
| Plan of Reorganization | 53.20 | $46,550.00 |
| Retention and Compensation | 5.30 | $4,637.50 |
| Travel (Non-Working) | 11.20 | 4,900.00 |
| **TOTAL:** | **69.70** | **$56,087.50** |

---

[1] This amount includes a reduction of $4,900.00 for non-working travel, which was billed at one-half the hourly rate.

**SUMMARY OF EXPENSES:**
**FIRST QUARTERLY AND FINAL FEE PERIOD**
<u>**JANUARY 16, 2014 THROUGH FEBRUARY 3, 2014**</u>

| **Expense Category** | **Expenses Requested** |
|---|---|
| Airfare | $418.00 |
| Hotel | $828.37 |
| Meals | $78.91 |
| Mileage | $73.36 |
| Parking | $74.00 |
| Taxi | $99.00 |
| Tolls | $6.05 |
| Train | $769.75 |
| **TOTAL:** | **$2,347.44** |

Respectfully submitted,

FRANKEL WYRON LLP

By: <u>/S/ RICHARD H. WYRON</u>
    Richard H. Wyron, admitted *pro hac vice*
    2101 L Street, N.W., Suite 800
    Washington, DC  20037
    (202) 903-0700
    (202) 627-3002 (facsimile)

*Co-Counsel to Roger Frankel, Asbestos PI Future*
*Claimants' Representative*

Dated: May 2, 2014