**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                  )

**In re:**                                        )        **Chapter 11**

                                                  )

**W.R. GRACE & CO., et al.,**           )        **Case No. 01-1139 (KJC)**

                                                  )

               **Reorganized Debtors.**     )
_____)

## **VERIFICATION**

**DISTRICT OF COLUMBIA, TO WIT:**

       Richard H. Wyron, after being duly sworn according to law, deposes and says:

       1.       I am a partner in Frankel Wyron LLP ("FW LLP"), bankruptcy co-counsel to Roger Frankel, the Asbestos Personal Injury Future Claimants' Representative appointed by the Court in these cases, effective as of May 16, 2013.

       2.       I performed the work set forth in the Final Fee Application of FW LLP (the "Application").

       3.       I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, as amended, dated April 17, 2002, and I believe the Application to be in compliance therewith.

                                                  */S/ RICHARD H. WYRON*
                                                  RICHARD H. WYRON

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 2ND DAY OF MAY 2014

*/S/ JEAN JACKSON*
Notary Public

My commission expires: 5/31/2014