# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) | Case No. 01-1139 (KJC) |
| Reorganized Debtors. | ) ) ) | Objection Deadline: July 1, 2014 at 4:00 p.m. Hearing: October 14, 2014 at 10:00 a.m. |

**COVER SHEET TO FOURTH QUARTERLY AND FINAL FEE APPLICATION OF ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING THE FOURTH QUARTERLY PERIOD FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014, AND DURING THE FINAL FEE PERIOD FROM MAY 16, 2013 THROUGH FEBRUARY 3, 2014**

| Name of Applicant: | Roger Frankel, Asbestos PI Future Claimants' Representative ("FCR") | |
|---|---|---|
| Authorized to Provide Professional Services to: | As the FCR | |
| Date of Retention: | As of May 16, 2013 pursuant to an Interim Order entered by the Court on May 29, 2013, as amended May 30, 2013, and which became a final order by its terms as of June 14, 2013 [Dkt. No. 30689] | |
| Periods for which Compensation and Reimbursement is Sought: | **Fourth Quarterly Period**: January 1, 2014 through February 3, 2014 | **Final Fee Period:** May 16, 2013 through February 3, 2014 |
| Total Fees Requested: | $120,096.50 | $509,937.50 |
| Total Expenses Requested: | $2,546.80 | $4,314.78 |
| Total Fees & Expenses Requested: | $122,643.30 | $514,252.28 |
| Total Fees & Expenses Approved: | To Be Considered with this Final Fee Application | $254,590.03 |
| Total Hours: | 126.80 | 523.50 |

## SUMMARY OF QUARTERLY FEE APPLICATIONS
## FILED DURING THE FINAL FEE PERIOD

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses | | Amounts Outstanding | COC | Approval Order |
|---|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Requested Fees/Expenses | Dated Filed (DI No.) | Dated Filed (DI No.) |
| 9/13/13 D.I.31131 (1st Quarterly: fees/expenses paid to Orrick) | 5/16/13-6/30/13 | $142,683.00 | $251.40 | $142,683.00 | $251.40 | $0.00 | 12/12/13 D.I. 31456 | 12/17/13 D.I. 31482 |
| 12/15/13 D.I. 31436 (2nd Quarterly: fees/expenses paid to Orrick) | 7/1/13-9/30/13 | $110,892.75 | $762.88 | $110,892.75 | $762.88 | $0.00 | 3/28/14 D.I. 31947 | 3/31/14 DI 31963 |
| 3/14/14 D.I. 31864 (3rd Quarterly: fees/expenses paid to Orrick) | 10/1/13-12/31/13 | $136,265.25 | $753.70 | $109,012.20 | $753.70 | $27,253.05 (20% holdback on fees – approval pending) | TBD | Set for hearing on May 28, 2014 |
| To Be Considered with this Final Fee Application (4th Quarterly: fees/expenses paid to Orrick) | 1/1/14-1/15/14 | $36,566.25 | $890.80 | $0.00 | $0.00 | $36,566.25 (100% of fees – approval pending) $890.80 (100% of expenses – approval pending) | TBD | Set for hearing on October 14, 2014 |
| To Be Considered with this Final Fee Application (4th Quarterly: fees/expenses paid to Frankel Wyron LLP) | 1/16/14-2/3/14 | $83,530.25 | $1,656.00 | $0.00 | $0.00 | $83,530.25 (100% of fees – approval pending) $1,656.00 (100% of expenses – approval pending) | TBD | Set for hearing on October 14, 2014 |
| **TOTAL:** | **5/16/13-2/3/14** | **$509,937.50** | **$4,314.78** | **$362,587.95** | **$1,767.98** | **$147,349.55 (fees)** **$2,546.80 (expenses)** | -- | -- |

# SUMMARIES RELATING TO FOURTH QUARTERLY PERIOD: JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014

## MONTHLY FEE APPLICATIONS FILED FOR FOURTH QUARTERLY PERIOD

| Date Filed (DI No.) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | Fees/Expenses Paid To |
|---|---|---|---|---|---|---|
| 2/25/14 D.I. 31863 | 1/1/14-1/15/14 | $36,566.25 | $890.80 | $0.00 | $0.00 | Orrick |
| 2/25/14 D.I. 31891 | 1/16/14-2/3/14 | $83,530.25 | $1,656.00 | $0.00 | $0.00 | Frankel Wyron LLP |
| **TOTAL:** | **1/1/14-2/3/14** | **$120,096.50** | **$2,546.80** | **$0.00** | **$0.00** | -- |

## SUMMARY OF TIME EXPENDED BY PROFESSIONAL DURING FOURTH QUARTERLY PERIOD

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roger Frankel | FCR | $995 | 126.80 | $120,096.50 |
| **TOTAL:** | | | **126.80** | **$120,096.50**[1] |
| **Blended Rate: $947.13** | | | | |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY DURING FOURTH QUARTERLY PERIOD

| Project Category | Hours | Fees |
|---|---|---|
| Compensation of FCR | 2.30 | $2,288.50 |
| Litigation | 112.30 | $111,738.50 |
| Travel (Non-Working) | 12.20 | $6,069.50 |
| **TOTAL:** | **126.80** | **$120,096.50** |

---

[1] This amount includes a reduction of $6,069.50 for non-working travel, which was billed at one-half the hourly rate.

**SUMMARY OF EXPENSES INCURRED DURING FOURTH QUARTERLY PERIOD**

| Expense Category | Expenses Requested |
|---|---|
| Air | $2,144.80 |
| Taxi | $55.00 |
| Train | $347.00 |
| **TOTAL:** | **$2,546.80** |

# SUMMARIES RELATING TO FINAL FEE PERIOD: MAY 16, 2013 THROUGH FEBRUARY 3, 2014

### SUMMARY OF TIME EXPENDED BY PROFESSIONAL DURING FINAL FEE PERIOD

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roger Frankel | FCR | $995 | 523.50 | $509,937.50 |
| **TOTAL:** | | | **523.50** | **$509,937.50[2]** |
| **Blended Rate: $974.09** | | | | |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY DURING FINAL FEE PERIOD

| Project Category | Hours | Fees |
|---|---|---|
| Compensation of FCR | 5.60 | $5,572.00 |
| Compensation of Other FCR Professionals | 1.00 | $995.00 |
| Litigation | 379.70 | $377,801.50 |
| Plan of Reorganization | 77.70 | $77,311.50 |
| Retention of FCR and FCR Professionals | 37.50 | $37,312.50 |
| Travel (Non-Working) | 22.00 | $10,945.00 |
| **TOTAL:** | **523.50** | **$509,937.50** |

---

[2] This amount includes a reduction of $10,945.00 for non-working travel, which was billed at one-half the hourly rate.

## SUMMARY OF EXPENSES INCURRED DURING FINAL FEE PERIOD

| Expense Category | Expenses Requested |
|---|---:|
| Duplicating | $368.83 |
| Meals | $235.80 |
| Postage | $123.57 |
| Travel – Air | $3,037.80 |
| Travel – Taxi | $201.78 |
| Travel – Train | $347.00 |
| **TOTAL:** | **$4,314.78** |

Respectfully submitted,

*/S/ ROGER FRANKEL*
Roger Frankel, Asbestos PI Future
Claimants' Representative
FRANKEL WYRON LLP
2101 L Street, N.W., Suite 800
Washington, DC  20037
(202) 903-0700
(202) 627-3002 (facsimile)

Dated: May 2, 2014