**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                )

In re:                           )         **Chapter 11**

                                )

**W.R. GRACE & CO., et al.,**       )         **Case No. 01-1139 (KJC)**

                                )

           **Reorganized Debtors.**     )
_____)

**<u>VERIFICATION</u>**

**DISTRICT OF COLUMBIA, TO WIT:**

       Roger Frankel, after being duly sworn according to law, deposes and says:

       1.      I am the Asbestos PI Future Claimants' Representative (the "FCR") appointed by the Court in these cases effective as of May 16, 2013.

       2.      I have performed the work set forth in the *Fourth Quarterly and Final Fee Application of Roger Frankel, Asbestos PI Future Claimants' Representative, for Compensation of Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 16, 2013 through February 3, 2014* (the "Final Fee Application")..

       3.      I have reviewed the Final Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, as amended, dated April 17, 2002, and I believe the Final Fee Application to be in compliance therewith.

                                                        */S/ ROGER FRANKEL*
                                                         ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 2ND DAY OF MAY 2014

*/S/ JEAN JACKSON*
Notary Public

My commission expires: 5/30/2014