**EXHIBIT A**

**PROPOSED ORDER**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                      )
In re:                                )     Chapter 11
                                      )
W.R. GRACE & CO., et al.,             )     Case No. 01-1139 (KJC)
                                      )
         Reorganized Debtors.         )
_____)

**ORDER GRANTING FOURTH QUARTERLY AND FINAL FEE APPLICATION OF ROGER FRANKEL, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 16, 2013 THROUGH FEBRUARY 3, 2014**

Roger Frankel, Asbestos PI Future Claimants' Representative appointed in the above-captioned cases (the "FCR"), filed a fourth quarterly and final fee application for allowance of compensation and reimbursement of expenses from May 16, 2013 through February 3, 2014 (the "Final Fee Application").  The Court has reviewed the Final Fee Application and finds that:

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

(b) notice of the Final Fee Application, and any hearing on the Final Fee Application, was adequate under the circumstances;

(c) all persons with standing have been afforded the opportunity to be heard on the Final Fee Application.

Accordingly, it is hereby

ORDERED that the Final Fee Application is GRANTED on a final basis in the amount of $509,937.50 in fees and $4,314.78 in expenses, for a total award of $514,252.28 for services rendered and expenses incurred by the FCR, for the period from May 16, 2013 through February 3, 2014.

Dated: _____, 2014

                                                _____
                                                Honorable Kevin J. Carey
                                                United States Bankruptcy Judge