# CERTIFICATE OF SERVICE

   I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on May 2, 2014, I caused the *Notice, Cover Sheet, Fourth Quarterly and Final Fee Application of Roger Frankel, Asbestos PI Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 16, 2013 through February 3, 2014, Verification*, *and Exhibit A – Proposed Order*, to be served upon those persons as shown below in the attached Fee Application Service List in the manner indicated and a copy of the *Notice* to be sent on May 2, 2014, by first class mail, postage prepaid, to all parties on the attached 2002 Service List.

            */S/ DEBRA O. FULLEM*
            Debra O. Fullem
            Orrick, Herrington & Sutcliffe LLP

**WR Grace Fee Application Service List**

***UPS Overnight Delivery***
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705

***UPS Overnight Delivery***
Richard L. Schepacarter, Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

***UPS Overnight Delivery***
Attn:  Mark Shelnitz
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

***UPS Overnight Delivery***
Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX  75087

***First Class Mail***
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

***First Class Mail***
Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, 16th Floor
Wilmington, DE  19801

***First Class Mail***
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, 10th Floor
P.O. Box 1351
Wilmington, DE  19899

***First Class Mail***
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

***First Class Mail***
Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE  19899

***First Class Mail***
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

***First Class Mail***
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE  19801

***First Class Mail***
John Donley, Esquire
Adam Paul, Esquire
Ryan Hehner, Esquire
Jeffrey Gettleman, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

***First Class Mail***
Roger Higgins, Esquire
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL  60607-1823

***First Class Mail***
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL  60606

*First Class Mail*

Rudolph J. Massa, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103

*First Class Mail*

Michael Magzamen, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038

*First Class Mail*

Scott L. Baena, Esquire
Bilzin Sumberg
1450 Brickell Avenue, 23rd Floor
Miami, FL  33131

*First Class Mail*

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

*First Class Mail*

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*First Class Mail*

Roger Frankel, Esquire
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC  20037

*First Class Mail*

Alan B. Rich, Esquire
Law Office of Alan B. Rich
1201 Elm Street
Suite 4244
Dallas, TX  75270

**WR Grace NEW 2002 Service List (Notice Only)**

*First Class Mail*
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

*First Class Mail*
Richard B. Schiro, Corp. Trust Admin.
WRG Asbestos PD Trust
c/o Wilmington Trust
1100 N. Market Street
Wilmington, DE  19890-1625

*First Class Mail*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Ste. 1300
Wilmington, DE  19801

*First Class Mail*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

*First Class Mail*
David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE  19801

*First Class Mail*
John Donley, Esquire
Adam Paul, Esquire
Ryan Hehner, Esquire
Jeffrey Gettleman, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654

*First Class Mail*
Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX  75201-1958

*First Class Mail*
Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX  78205

*First Class Mail*
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd., Bldg A
Mt. Pleasant, SC  29464

*First Class Mail*
Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
Mt. Pleasant, SC  29464

*First Class Mail*
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson Helms LLC
288 Meeting Street, Ste 200
Charleston, SC  29401

*First Class Mail*
B. Thomas Florence, Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC  20036

*First Class Mail*
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219

OHSUSA:757811317.1

*First Class Mail*
Ann McMillan, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005-5802

*First Class Mail*
Robert M. Horkovich, Esquire
Robert Y. Chung, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

*First Class Mail*
James C. Melville, Esquire
Kaplan, Strangis and Kaplan, P.A.
90 South Seventh Street, Suite 5500
Minneapolis, MN  55402

*First Class Mail*
Edward E. Steiner, Esquire
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202

*First Class Mail*
John R. Knapp, Jr., Esquire
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2352

*First Class Mail*
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*First Class Mail*
Greg A. Lowry, Esquire
Locke Lord, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201

*First Class Mail*
Edward C. Toole, Jr., Esquire
Pepper Hamilton LLP
300 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

*First Class Mail*
Mark Hankin
Lou Hiban
Hankin Management Company
P.O. Box 26767
Elkins Park, PA  19027

*First Class Mail*
Michael R. Sew Hoy, Civil Division
U.S. Department of Justice
1100 L Street, N.W., Room 10048
Washington, DC  20005

*First Class Mail*
Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286 Saint-Paul West, Suite 100
Montréal, Quebec  H2Y 2A3
CANADA