## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 01-1139 (KJC) |
| W.R. GRACE & CO., *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Objection Deadline: May 22, 2014 at 4:00 p.m.P** |

## ONE HUNDRED AND FIFTIETH MONTHLY AND FINAL FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR (I) COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM FEBRUARY 1, 2014 THROUGH FEBRUARY 3, 2014; AND (II) FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JULY 18, 2001 THROUGH FEBRUARY 3, 2014

| | |
|---|---|
| Name of Applicant: | Kramer Levin Naftalis & Frankel LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Security Holders |
| Date of Retention: | September 28, 2001 *Nunc Pro Tunc* to July 18, 2001 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-i Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/ida Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| | |
|---|---|
| Period for which compensation and reimbursement is sought: | February 1, 2014 through and including February 3, 2014 (Monthly)<br>July 18, 2001 through and including February 3, 2014 (Final) |
| Amount of Compensation sought as actual, reasonable and necessary for February Monthly: | $2,836.00 |
| Amount of Compensation sought as actual, reasonable and necessary for Final Application: | $5,516,261.95 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary for February Monthly: | $0.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary for Final Application: | $345,823.57 |

This is a(n):  _X_  monthly  ___ interim and  _X_  final application

**Prior Monthly Fee Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| October 1, 2001 | July 18, 2001 – August 31, 2001 | $65,523.50/ $5,530.83 | $65,523.50/ $5,530.83 |
| October 30, 2001 | September 1, 2001 – September 30, 2001 | $33,218.50/ $5,975.07 | $33,218.50/ $5,975.07 |
| November 30, 2011 | October 1, 2001- October 31, 2011 | $26,585.00 / $1,663.89 | 26,585.00 / $1,663.89 |
| December 28, 2001 | November 1, 2001 – November 30, 2001 | $20,099.00 / $3,031.62 | $20,099.00 / $3,031.62 |
| January 25, 2002 | December 1, 2001 – December 31, 2001 | $32,467.50 / $2,338.23 | $30,125.00 / $2,338.23 |
| February 28, 2002 | January 1, 2002 – January 31, 2002 | $23,807.50 / $1,961.58 | $23,407.50 / $1,961.58 |
| April 1, 2002 | February 1, 2002 – February 28, 2002 | $36,382.50 / $2,894.44 | $31,757.50/ $2,597.44 |
| May 8, 2002 | March 1, 2002 – March 31, 2002 | $32,575.00 / $2,107.64 | $28,405.00 / $2,107.64 |
| June 17, 2002 | April 1, 2002 – April 30, 2002 | $28,794.00 / $2,669.24 | $28,794.00 / $2,669.24 |
| August 5, 2002 | May 1, 2002 – May 31, 2002 | $24,232.00 / $2,299.11 | $24,232.00 / $2,299.11 |
| September 4, 2002 | June 1, 2002 – June 30, 2002 | $20,392.50 / $388.61 | $20,392.50 / $388.61 |
| November 4, 2002 | July 1, 2002 – July 31, 2002 | $28,083.50 / $1,121.59 | $27,715.82 / $1,121.59 |
| October 24, 2002 | August 1, 2002 – August 31, 2002 | $33,598.50 / $7,190.62 | $33,598.50 / $7,190.62 |
| November 5, 2002 | September 1, 2002 – September 30, 2002 | $25,584.50 / $1,761.46 | $25,584.50 / $1,761.46 |
| November 25, 2002 | October 1, 2002 – October 31, 2002 | $39,887.50 / $2,124.93 | $39,887.50 / $2,124.93 |
| January 14, 2003 | November 1, 2002 – November 30, 2002 | $18,704.00 / $652.12 | $18,704.00 / $633.86 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 10, 2003 | December 1, 2002 – December 31, 2002 | $11,853.50 / $816.82 | $11,853.50 / $816.82 |
| February 25, 2003 | January 1, 2003 – January 31, 2003 | $11,100.00 / $927.47 | $11,100.00 / $927.47 |
| April 8, 2003 | February 1, 2003 – February 28, 2003 | $13,418.00 / $240.08 | $13,418.00 / $240.08 |
| May 6, 2003 | March 1, 2002 – March 31, 2003 | $26,969.00 / $452.38 | $26,969.00 / $452.38 |
| June 4, 2003 | April 1, 2003 – April 30, 2003 | $7,609.00 / $1,594.42 | $7,609.00 / $1,594.42 |
| June 26, 2003 | May 1, 2003 – May 31, 2003 | $9,411.00 / $107.57 | $9,411.00 / $107.57 |
| August 13, 2003 | ☐☐une 1, 2003 – June 1, 2003 – June 30, 2003 | $10,427.00 / $137.09 | $10,427.00 / $137.09 |
| September 25, 2003 | July 1, 2003 – July 31, 2003 | $9,272.50 / $32.30 | $9,272.50 / $32.30 |
| October 2, 2003 | August 1, 2003 – August 31, 2003 | $9,815.50 / $130.93 | $9,815.50 / $130.93 |
| November 26, 2003 | September 1, 2003 – September 30, 2003 | $15,004.00 / $334.63 | $15,004.00 / $334.63 |
| December 19, 2003 | October 1, 2003 – October 31, 2003 | $13,134.00 / $174.04 | $13,134.00 / $174.04 |
| January 6, 2004 | November 1, 2003 – November 30, 2003 | $14,537.00 / $273.00 | $14,537.00 / $273.00 |
| January 29, 2004 | December 1, 2003 – December 31, 2003 | $17,595.00 / $1,599.14 | $17,595.00 / $1,599.14 |
| February 27, 2004 | January 1, 2004 – January 31, 2004 | $8,979.00 / $436.37 | $8,979.00 / $436.47 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| May 5, 2004 | February 1, 2004 – February 29, 2004 | $8,888.00 / $545.85 | $7,110.40 / $545.85 |
| May 28, 2004 | March 1, 2004 – March 31, 2004 | $13,807.50 / $469.11 | $11,643.00 / $469.11 |
| June 30, 2004 | April 1, 2004 – April 30, 2004 | $14,373.50 / $389.30 | $14,373.50 / $389.30 |
| August 3, 2004 | May 1, 2004 – May 31, 2004 | $10,840.00 / $1,279.24 | $10,840.00 / $1,279.24 |
| August 23, 2004 | June 1, 2004 – June 30, 2004 | $23,202.00 / $172.12 | $23,202.00 / $172.12 |
| October 1, 2004 | July 1, 2004 – July 31, 2004 | $13,523.50 / $33.62 | $13,523.50 / $33.62 |
| October 29, 2004 | August 1, 2004 – August 31, 2004 | $9,543.50 / $125.25 | $9,543.50 / $125.25 |
| November 2, 2004 | September 1, 2004 – September 30, 2004 | $24,483.00 / $836.33 | $24,483.00 / $836.33 |
| November 23, 2004 | October 1, 2004 – October 31, 2004 | $128,959.00 / $6,922.76 | $126,925.00 / $6,922.76 |
| December 28, 2004 | November 1, 2004 – November 30, 2004 | $153,725.00 / $4,236.79 | $151,691.00 / $4,236.79 |
| February 2, 2005 | December 1, 2004 – December 31, 2004 | $123,833.00 / $3,246.49 | $121,799.00 / $3,246.49 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $132,776.50 / $8,060.80 | $132,776.50 / $8,060.80 |
| March 28, 2005 | February 1, 2005 – February 28, 2005 | $24,706.50 / $2,444.84 | $24,706.50 / $2,444.84 |
| April 29, 2005 | March 1, 2005 – March 31, 2005 | $26,414.00 / $2,827.24 | $26,414.00 / $2,827.24 |
| May 31, 2005 | April 1, 2005 – April 30, 2005 | $29,522.00 / $1,323.60 | $29,522.00 / $1,323.60 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| June 21, 2005 | May 1, 2005 – May 31, 2005 | $19,218.50 / $2,198.56 | $19,218.50 / $2,198.56 |
| July 28, 2005 | June 1, 2005 – June 30, 2005 | $25,731.00 / $119.33 | $25,731.00/ $119.33 |
| August 29, 2005 | July 1, 2005 – July 31, 2005 | $31,738.00 / $2,829.07 | $31,738.00 / $2,829.07 |
| September 29, 2005 | August 1, 2005 – August 31, 2005 | $32,109.00 / $2,271.66 / | $32,109.00 / $2,271.66 |
| October 31, 2005 | September 1, 2005 – September 30, 2005 | $15,709.00 / $247.99 | $15,709.00 / $247.99 |
| November 29, 2005 | October 1, 2005 – October 31, 2005 | $19,318.50 / $646.56 | $19,318.50 / $646.56 |
| December 29, 2005 | November 1, 2005 – November 30, 2005 | $38,258.50 / $1,247.28 | $38,258.50 / $1,247.28 |
| January 30, 2006 | December 1, 2005 – December 31, 2005 | $17,967.50 / $1,059.46 | $17,967.50 / $1,059.46 |
| March 1, 2006 | January 1, 2006 – January 31, 2006 | $8,287.00 / $1,176.17 | $8,287.00 / $1,176.17 |
| March 30, 2006 | February 1, 2006 – February 28, 2006 | $22,842.00 / $1,779.77 | $22,842.00 / $1,779.77 |
| May 1, 2006 | March 1, 2006 – March 31, 2006 | $43,621.00 / $2,496.06 | $43,621.00 $2,496.06 |
| May 1, 2006 | March 1, 2006 – March 31, 2006 | $43,621.00 / $2,496.06 | $43,621.00 $2,496.06 |
| May 30, 2006 | April 1, 2006 – April 30, 2006 | $18,841.00 / $752.39 | $18,841.00 $752.39 |
| July 5, 2006 | May 1, 2006 – May 31, 2006 | $34,354.00 / $1,337.49 | $34,354.00 $1,337.49 |
| August 2, 2006 | June 1, 2006 – June 30, 2006 | $21,401.00 / $725.30 | $21,401.00 $725.30 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| August 30, 2006 | July 1, 2006 – July 31, 2006 | $29,474.50 / $1,604.51 | $29,474.50 $1,604.51 |
| October 2, 2006 | August 1, 2006 – August 31, 2006 | $67,103.00 / $1,604.51 | $67,103.00 $1,604.51 |
| October 30, 2006 | September 1, 2006 – September 30, 2006 | $50,691.50 / $2,050.23 | $50,691.50 $2,050.23 |
| December 6, 2006 | October 1, 2006 – October 31, 2006 | $72,062.75 / $3,977.84 | $72,062.75 $3,977.84 |
| January 5, 2007 | November 1, 2006 – November 30, 2006 | $66,045.00 / $5,215.60 | $66,045.00 $5,215.60 |
| February 23, 2007 | December 1, 2006 – December 31, 2006 | $101,658.25 / $5,001.94 | $101,658.25 $5,001.94 |
| March 7, 2007 | January 1, 2007 – January 31, 2007 | $45,555.00 / $6,097.61 | $45,555.00 $6,097.61 |
| March 29, 2007 | February 1, 2007 – February 28, 2007 | $56,976.00 $4,529.94 | $56,976.00 $4,529.94 |
| April 30, 2007 | March 1, 2007 – March 31, 2007 | $60,848.00 $4,859.66 | $60,848.00 $4,859.66 |
| June 12, 2007 | April 1, 2007 – April 30, 2007 | $56,370.00 $2,554.14 | $56,370.00 $2,554.14 |
| July 2, 2007 | May 1, 2007 – May 31, 2007 | $61,684.23 $10,491.04 | $61,684.23 $10,491.04 |
| July 30, 2007 | June 1, 2007 – June 30, 2007 | $68,538.00 $6,437.44 | $68,538.00 $6,437.44 |
| August 29, 2007 | July 1, 2007 – July 31, 2007 | $40,505.50 $3,124.55 | $40,505.50 / $3,124.55 |
| October 1, 2007 | August 1, 2007 – August 31, 2007 | $61,201.50 $1,618.34 | $61,201.50 / $1,618.34 |
| October 29, 2007 | September 1, 2007 – September 30, 2007 | $106,912.50 $4,480.51 | $103,558.50 / $4,480.51 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| November 29, 2007 | October 1, 2007 – October 31, 2007 | $165,731.50 $14,100.98 | $165,731.50 / $14,100.98 |
| January 7, 2008 | November 1, 2007 – November 30, 2007 | $154,817.00 $12,511.24 | $154,817.00 / $12,511.24 |
| February 11, 2008 | December 1, 2007 – December 31, 2007 | $77,688.00 $50,222.40 | $74,439.31 / $50,222.40 |
| April 8, 2008 | February 1, 2008 – February 29, 2008[2] | $186,440.25 $ 5,761.46 | $186,440.25 / $5,761.46 |
| May 1, 2008 | March 1, 2008 – March 31, 2008 | $61,062.50 $3,272.45 | $61,062.50 / $3,272.45 |
| May 29, 2008 | April 1, 2008 – April 30, 2008 | $115,451.50 / $10,234.48 | $115,451.50 / $10,234.48 |
| June 30, 2008 | May 1, 2008 – May 31, 2008 | $35,113.50 / $139.19 | $35,113.50 / $139.19 |
| July 31, 2008 | June 1, 2008 – June 30, 2008 | $90,179.75 / $1,197.96 | $90,179.75 / $1,197.96 |
| August 31, 2008 | July 1, 2008 – July 31, 2008 | $46,403.75 / $2,634.24 | $46,403.75 / $2,634.24 |
| September 30, 2008 | August 1, 2008 – August 31, 2008 | $130,393.00 / $1,139.48 | $130,393.00 / $1,139.48 |
| October 31, 2008 | September 1, 2008 – September 30, 2008 | $94,751.25 / $2,437.87 | $94,751.25 / $2,437.87 |
| December 1, 2008 | October 1, 2008 – October 31, 2008 | $96,512.00 / $3,351.45 | $96,512.00 / $3,351.45 |

---

[2] The Fee Application filed on April 8, 2008 inadvertently contained time billed and necessary expenses incurred for the time period January 1, 2008 through January 31, 2008 in addition to the time billed and necessary expenses incurred for the time period February 1, 2008 through February 29, 2008.  Kramer Levin Naftalis & Frankel LLP filed a certification of counsel further explicating the error and clarifying the treatment of the Fee Application filed on April 8, 2008 [Docket No. 18659].

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| January 5, 2009 | November 1, 2008 – November 30, 2008 | $72,736.50 / $5,015.70 | $72,736.50 / $5,015.70 |
| January 29, 2009 | December 1, 2008 – December 31, 2008 | $38,727.50 / $659.48 | $37,407.50 / $659.48 |
| March 3, 2009 | January 1, 2009 – January 31, 2009 | $57,246.00 / $774.91 | $57,246.00 / $774.91 |
| March 31, 2009 | February 1, 2009 – February 28, 2009 | $58,153.50 / $873.67 | $58,153.50 / $873.67 |
| April 29, 2009 | March 1, 2009 – March 31, 2009 | $82,150.50 / $3,410.61 | $82,094.50 / $3,410.61 |
| June 1, 2009 | April 1, 2009 – April 30, 2009 | $59,641.00 / $1,266.77 | $59,641.00 / $1,266.77 |
| June 29, 2009 | May 1, 2009 – May 31, 2009 | $81,616.00 / $993.03 | $81,616.00 / $993.03 |
| July 30, 2009 | June 1, 2009 – June 30, 2009 | $74,739.50 / $3,385.80 | $74,739.50 / $3,385.80 |
| September 1, 2009 | July 1, 2009 – July 31, 2009 | $28,694.50 / $8,575.98 | $28,694.50 / $8,575.98 |
| October 1, 2009 | August 1, 2009 – August 31, 2009 | $62,840.50 / $4,375.92 | $62,840.50 / $4,375.92 |
| October 29, 2009 | September 1, 2009 – September 30, 2009 | $78,706.50 / $7,370.53 | $78,692.30 / $7,370.53 |
| November 30, 2009 | October 1, 2009 – October 31, 2009 | $22,088.75 / $2,199.84 | $22,088.75 / $2,199.84 |
| December 29, 2009 | November 1, 2009 – November 30, 2009 | $33,770.50 / $510.91 | $33,770.50 / $510.91 |
| February 1, 2010 | December 1, 2009 – December 31, 2009 | $12,447.50 / $655.77 | $12,447.50 / $655.77 |
| March 1, 2010 | January 1, 2010 – January 31, 2010 | $32,785.50 / $1,669.76 | $32,785.50 / $1,347.96 |
| March 29, 2010 | February 1, 2010 – February 28, 2010 | $9,882.00 / $107.90 | $9,882.00 / $107.90 |
| April 28, 2010 | March 1, 2010 – March 31, 2010 | $4,559.00 / $361.53 | $4,559.00 / $361.53 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| June 1, 2010 | April 1, 2010 – April 30, 2010 | $9,145.50 / $271.51 | $9,145.50 / $271.51 |
| July 1, 2010 | May 1, 2010 – May 31, 2010 | $3,009.00 / $270.08 | $3,009.00 / $270.08 |
| August 5, 2010 | June 1, 2010 – June 30, 2010 | $1,924.50 / $108.77 | $1,924.50 / $108.77 |
| August 30, 2010 | July 1, 2010 – July 31, 2010 | $1,678.50 / $0.00 | $1,678.50 / $0.00 |
| October 1, 2010 | August 1, 2010 – August 31, 2010 | $3,093.00 / $73.96 | $3,093.00 / $73.96 |
| October 28, 2010 | September 1, 2010 – September 30, 2010 | $457.50 / $58.00 | $457.50 / $58.00 |
| December 1, 2010 | October 1, 2010 – October 31, 2010 | $1,372.50 / $84.66 | $1,372.50 / $84.66 |
| December 30, 2010 | November 1, 2010 – November 30, 2010 | $5,221.50 / $19.59 | $5,221.50 / $19.59 |
| February 1, 2011 | December 1, 2010 – December 31, 2010 | $10,252.00 / $143.61 | $10,252.00 / $143.61 |
| March 1, 2011 | January 1, 2011 – January 31, 2011 | $16,502.50 / $ 83.40 | $16,502.50 / $83.40 |
| April 1, 2011 | February 1, 2011 – February 28, 2011 | $27,809.50 / $ 1,767.02 | $27,809.50 / $ 1,767.02 |
| May 2, 2011 | March 1, 2011 – March 31, 2011 | $9,782.50 / $194.39 | $9,782.50 / $194.39 |
| May 31, 2011 | April 1, 2011 – April 30, 2011 | $7,061.50 / $177.64 | $7,061.50 / $177.64 |
| July 5, 2011 | May 1, 2011 – May 31, 2011 | $63,376.00 / $1,024.58 | $63,376.00 / $1,024.58 |
| August 1, 2011 | June 1, 2011 – June 30, 2011 | $21,448.76 / $940.85 | $21,448.76 / $940.85 |
| September 6, 2011 | July 1, 2011 – July 31, 2011 | $27,311.00 / $1,499.88 | $27,311.00 / $1,499.88 |
| September 29, 2011 | August 1, 2011 – August 31, 2011 | $14,729.00 / $574.70 | $14,729.00 / $574.70 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| October 26, 2011 | September 1, 2011 – September 30, 2011 | $7,854.00 / $233.60 | $7,854.00 / $233.60 |
| December 1, 2011 | October 1, 2011 – October 31, 2011 | $2,208.00 / $9.19 | $2,208.00 / $9.19 |
| December 28, 2011 | November 1, 2011 – November 30, 2011 | $9,481.00 / $3.56 | $9,481.00 / $3.56 |
| February 9, 2012 | December 1, 2011 – December 31, 2011 | $2,300.00 / $80.27 | $2,300.00 / $80.27 |
| February 29, 2012 | January 1, 2012 – January 31, 2012 | $6,836.00 / $0.00 | $6,836.00 / $0.00 |
| March 28, 2012 | February 1, 2012 – February 29, 2012 | $22,397.00 / $94.13 | $22,397.00 / $94.13 |
| April 30, 2012 | March 1, 2012 – March 31, 2012 | $5,885.50 / $58.77 | $5,885.50 / $58.77 |
| June 1, 2012 | April 1, 2012 – April 30, 2012 | $5,205.50 / $147.53 | $5,205.50 / $147.53 |
| July 2, 2012 | May 1, 2012 – May 31, 2012 | $25,164.50 / $1,158.62 | $25,164.50 / $1,158.62 |
| July 31, 2012 | June 1, 2012 – June 30, 2012 | $10,411.00 / $98.06 | $10,411.00 / $98.06 |
| August 29, 2012 | July 1, 2012 – July 31, 2012 | $7,133.00 / $273.86 | $7,133.00 / $273.86 |
| October 1, 2012 | August 1, 2012 – August 31, 2012 | $21,730.00 / $438.33 | $21,730.00 / $438.33 |
| October 24, 2012 | September 1, 2012 – September 30, 2012 | $2,681.00 / $104.50 | $2,681.00 / $104.50 |
| November 29, 2012 | October 1, 2012 – October 31, 2012 | $6,634.00 / $109.43 | $6,634.00 / $109.43 |
| December 28, 2012 | November 1, 2012 – November 30, 2012 | $4,215.50 / $71.72 | $4,215.50 / $71.72 |
| January 31, 2013 | December 1, 2012 – December 31, 2012 | $49,674.00 / $3,436.56 | $49,674.00 / $3,436.56 |
| February 28, 2013 | January 1, 2013 – January 31, 2013 | $112,216.00 / $5,314.72 | $112,216.00 / $5,314.72 |

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| March 29, 2013 | February 1, 2013 – February 28, 2013 | $17,179.50 / $774.45 | $17,179.50 / $774.45 |
| April 29, 2013 | March 1, 2013 – March 31, 2013 | $8,500.00 / $468.69 | $8,499.99 / $468.69 |
| May 30, 2013 | April 1, 2013 – April 30, 2013 | $14,477.50 / $244.32 | $14,477.50 / $244.32 |
| July 1, 2013 | May 1, 2013 – May 31, 2013 | $35,729.00 / $5,735.34 | $35,729.00 / $5,735.34 |
| August 1, 2013 | June 1, 2013 – June 30, 2013 | $86,876.00 / $5,387.70 | $86,876.00 / $5,387.70 |
| August 22, 2013 | July 1, 2013 – July 31, 2013 | $10,488.50 / $98.90 | $10,488.50 / $0 |
| September 30, 2013 | August 1, 2013 – August 31, 2013 | $7,935.50 / $148.28 | $7,935.50 / $0 |
| November 4, 2013 | September 1, 2013 – September 30, 2013 | $6,420.00 / $220.52 | $6,420.00 / $114.05 |
| December 2, 2013 | October 1, 2013 – October 31, 2013 | $705.50 / $279.22 | $564.40 / $279.22 |
| December 26, 2013 | November 1, 2013 – November 30, 2013 | $15,070.50 / $72.45 | $12,056.40 / $72.45 |
| February 3, 2014 | December 1, 2014 – December 31, 2014 | $24,877.00 / $177.44 | $19,901.60 / $177.44 |
| April 2, 2014 | January 1, 2014 – January 31, 2014 | $19,217.50 / $21.20 | $0 / $0 |

## SUMMARY OF TIME BY PROFESSIONAL FOR
## FEBRUARY 1, 2014 THROUGH FEBRUARY 3, 2014

| TIMEKEEPER NAME | TITLE | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 900.00 | 0.50 | 450.00 |
| BLABEY, DAVID E | ASSOCIATE | 780.00 | 2.90 | 2,262.00 |
| BECKER, BRYON | PARALEGAL | 310.00 | 0.40 | 124.00 |
| **TOTAL** | | | **3.80** | **2,836.00** |

Blended Hourly Rate: $746.00

## SUMMARY OF TIME BY PROFESSIONAL FOR FINAL PERIOD
## JULY 18, 2001 THROUGH FEBRUARY 3, 2014

| TIMEKEEPER NAME | TITLE | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 315.00 | 10.60 | 3,339.00 |
| BENTLEY, PHILIP | PARTNER | 335.00 | 16.00 | 5,360.00 |
| BENTLEY, PHILIP | PARTNER | 362.50 | 2.90 | 1,051.25 |
| BENTLEY, PHILIP | PARTNER | 380.00 | 7.60 | 2,888.00 |
| BENTLEY, PHILIP | PARTNER | 415.00 | 11.80 | 4,897.00 |
| BENTLEY, PHILIP | PARTNER | 425.00 | 108.00 | 45,900.00 |
| BENTLEY, PHILIP | PARTNER | 432.50 | 2.60 | 1,124.50 |
| BENTLEY, PHILIP | PARTNER | 447.50 | 7.30 | 3,266.75 |
| BENTLEY, PHILIP | PARTNER | 475.00 | 204.00 | 96,615.00 |
| BENTLEY, PHILIP | PARTNER | 525.00 | 63.50 | 33,337.50 |
| BENTLEY, PHILIP | PARTNER | 565.00 | 201.20 | 111,418.00 |
| BENTLEY, PHILIP | PARTNER | 595.00 | 96.00 | 55,275.50 |
| BENTLEY, PHILIP | PARTNER | 630.00 | 121.50 | 76,545.00 |
| BENTLEY, PHILIP | PARTNER | 670.00 | 88.50 | 59,295.00 |
| BENTLEY, PHILIP | PARTNER | 725.00 | 189.30 | 137,242.50 |
| BENTLEY, PHILIP | PARTNER | 760.00 | 72.60 | 55,176.00 |
| BENTLEY, PHILIP | PARTNER | 795.00 | 15.80 | 12,561.00 |
| BENTLEY, PHILIP | PARTNER | 830.00 | 112.40 | 93,292.00 |
| BENTLEY, PHILIP | PARTNER | 865.00 | 38.10 | 32,956.50 |
| BENTLEY, PHILIP | PARTNER | 895.00 | 147.60 | 132,102.00 |
| BENTLEY, PHILIP | PARTNER | 900.00 | 3.80 | 3,420.00 |
| BRODY, JOSHUA | PARTNER | 795.00 | 0.40 | 318.00 |
| CATON, AMY | PARTNER | 280.00 | 29.40 | 8,232.00 |
| CATON, AMY | PARTNER | 300.00 | 34.20 | 10,260.00 |
| CATON, AMY | PARTNER | 350.00 | 3.10 | 1,085.00 |
| CATON, AMY | PARTNER | 380.00 | 0.20 | 76.00 |

| TIMEKEEPER NAME | TITLE | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|
| CATON, AMY | PARTNER | 475.00 | 5.90 | 2,802.50 |
| DIENSTAG, ABBE L. | PARTNER | 535.00 | 8.20 | 4,387.00 |
| DIENSTAG, ABBE L. | PARTNER | 840.00 | 0.20 | 168.00 |
| ECKSTEIN, KENNETH H. | PARTNER | 725.00 | 2.10 | 1,522.50 |
| ECKSTEIN, KENNETH H. | PARTNER | 780.00 | 2.00 | 1,560.00 |
| FRIEDMAN, ALAN R. | PARTNER | 680.00 | 0.30 | 204.00 |
| HERZOG, BARRY | PARTNER | 525.00 | 54.30 | 28,507.50 |
| HERZOG, BARRY | PARTNER | 700.00 | 6.00 | 4,200.00 |
| HERZOG, BARRY | PARTNER | 750.00 | 5.10 | 3,825.00 |
| HOROWITZ, GREGORY A. | PARTNER | 315.00 | 18.50 | 5,827.50 |
| HOROWITZ, GREGORY A. | PARTNER | 340.00 | 26.50 | 9,010.00 |
| HOROWITZ, GREGORY A. | PARTNER | 445.00 | 15.50 | 6,897.50 |
| HOROWITZ, GREGORY A. | PARTNER | 485.00 | 33.10 | 16,053.50 |
| HOROWITZ, GREGORY A. | PARTNER | 525.00 | 70.00 | 36,750.00 |
| HOROWITZ, GREGORY A. | PARTNER | 560.00 | 97.10 | 54,376.00 |
| HOROWITZ, GREGORY A. | PARTNER | 595.00 | 92.70 | 55,156.50 |
| HOROWITZ, GREGORY A. | PARTNER | 630.00 | 555.70 | 350,091.00 |
| HOROWITZ, GREGORY A. | PARTNER | 680.00 | 220.20 | 149,736.00 |
| HOROWITZ, GREGORY A. | PARTNER | 715.00 | 152.60 | 109,109.00 |
| LELAND, RICHARD G. | PARTNER | 625.00 | 2.50 | 1,562.50 |
| MANNAL, DOUGLAS | PARTNER | 302.50 | 12.00 | 3,630.00 |
| MANNAL, DOUGLAS | PARTNER | 335.00 | 10.80 | 3,618.00 |
| MANNAL, DOUGLAS | PARTNER | 540.00 | 74.40 | 40,176.00 |
| MANNAL, DOUGLAS | PARTNER | 585.00 | 272.40 | 159,354.00 |
| MANNAL, DOUGLAS | PARTNER | 605.00 | 166.10 | 100,490.50 |
| MANNAL, DOUGLAS | PARTNER | 670.00 | 91.80 | 61,506.00 |
| MAYER, THOMAS MOERS | PARTNER | 525.00 | 19.40 | 10,185.00 |
| MAYER, THOMAS MOERS | PARTNER | 590.00 | 2.20 | 1,298.00 |
| MAYER, THOMAS MOERS | PARTNER | 690.00 | 19.10 | 13,179.00 |
| MAYER, THOMAS MOERS | PARTNER | 725.00 | 2.40 | 1,740.00 |
| MAYER, THOMAS MOERS | PARTNER | 755.00 | 0.50 | 377.50 |
| MAYER, THOMAS MOERS | PARTNER | 875.00 | 0.80 | 700.00 |
| MAYER, THOMAS MOERS | PARTNER | 930.00 | 0.10 | 93.00 |
| O'NEILL, P. BRADLEY | PARTNER | 650.00 | 26.70 | 17,355.00 |
| SCHMIDT, ROBERT T. | PARTNER | 425.00 | 47.80 | 20,315.00 |
| SCHMIDT, ROBERT T. | PARTNER | 450.00 | 1.50 | 675.00 |
| SCHMIDT, ROBERT T. | PARTNER | 700.00 | 1.00 | 700.00 |
| SCHMIDT, ROBERT T. | PARTNER | 825.00 | 1.00 | 825.00 |
| TRACHTMAN, JEFFREY S. | PARTNER | 485.00 | 0.30 | 145.50 |
| TRACHTMAN, JEFFREY S. | PARTNER | 925.00 | 12.80 | 11,840.00 |
| **TOTAL PARTNERS** | | | **3,720.00** | **$2,276,982.00** |

| TIMEKEEPER NAME | TITLE | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|
| BECKER, GARY M. | SPECIAL COUNSEL | 260.00 | 44.00 | 11,440.00 |
| BECKER, GARY M. | SPECIAL COUNSEL | 270.00 | 63.30 | 17,091.00 |
| BECKER, GARY M. | SPECIAL COUNSEL | 340.00 | 8.10 | 2,754.00 |
| BECKER, GARY M. | SPECIAL COUNSEL | 370.00 | 89.10 | 32,967.00 |
| BECKER, GARY M. | SPECIAL COUNSEL | 400.00 | 287.55 | 115,020.00 |
| BECKER, GARY M. | SPECIAL COUNSEL | 415.00 | 59.50 | 24,692.50 |
| BECKER, GARY M. | SPECIAL COUNSEL | 455.00 | 60.60 | 27,118.00 |
| BECKER, GARY M. | SPECIAL COUNSEL | 470.00 | 56.10 | 26,367.00 |
| BECKER, GARY M. | SPECIAL COUNSEL | 495.00 | 324.40 | 157,855.50 |
| BECKER, GARY M. | SPECIAL COUNSEL | 520.00 | 347.60 | 176,592.00 |
| BECKER, GARY M. | SPECIAL COUNSEL | 540.00 | 284.00 | 153,360.00 |
| BECKER, GARY M. | SPECIAL COUNSEL | 545.00 | 160.40 | 87,418.00 |
| BECKER, GARY M. | SPECIAL COUNSEL | 580.00 | 252.20 | 146,276.00 |
| BECKER, GARY M. | SPECIAL COUNSEL | 585.00 | 31.60 | 18,486.00 |
| KOLEVZON, PETER S. | COUNSEL | 795.00 | 30.80 | 24,486.00 |
| KOLEVZON, PETER S. | COUNSEL | 835.00 | 11.50 | 9,602.50 |
| NADLER, ELLEN R. | COUNSEL | 630.00 | 58.00 | 36,540.00 |
| NADLER, ELLEN R. | COUNSEL | 660.00 | 74.90 | 49,434.00 |
| RIGEL, BLAKE | SPECIAL COUNSEL | 425.00 | 63.20 | 26,860.00 |
| RIGEL, BLAKE | SPECIAL COUNSEL | 620.00 | 7.80 | 4,836.00 |
| RIGEL, BLAKE | SPECIAL COUNSEL | 650.00 | 13.10 | 8,515.00 |
| SCHULMAN, BRENDAN M. | SPECIAL COUNSEL | 650.00 | 4.00 | 2,600.00 |
| TOTAL COUNSEL/SPECIAL COUNSEL | | | 2,331.75 | $1,160,310.50 |
| BARLEKAMP, JEFFREY | ASSOCIATE | 440.00 | 1.10 | 484.00 |
| BARLEKAMP, JEFFREY | ASSOCIATE | 455.00 | 1.10 | 500.50 |
| BLABEY, DAVID E | ASSOCIATE | 267.50 | 10.00 | 2,675.00 |
| BLABEY, DAVID E | ASSOCIATE | 280.00 | 18.80 | 5,264.00 |
| BLABEY, DAVID E | ASSOCIATE | 292.50 | 24.50 | 7,166.25 |
| BLABEY, DAVID E | ASSOCIATE | 307.50 | 13.00 | 3,997.50 |
| BLABEY, DAVID E | ASSOCIATE | 372.50 | 7.90 | 2,942.75 |
| BLABEY, DAVID E | ASSOCIATE | 535.00 | 55.90 | 29,906.50 |

| TIMEKEEPER NAME | TITLE | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|
| BLABEY, DAVID E | ASSOCIATE | 560.00 | 440.70 | 246,792.00 |
| BLABEY, DAVID E | ASSOCIATE | 585.00 | 197.90 | 115,771.50 |
| BLABEY, DAVID E | ASSOCIATE | 615.00 | 81.40 | 50,061.00 |
| BLABEY, DAVID E | ASSOCIATE | 630.00 | 17.10 | 10,773.00 |
| BLABEY, DAVID E | ASSOCIATE | 655.00 | 147.70 | 96,743.50 |
| BLABEY, DAVID E | ASSOCIATE | 670.00 | 13.60 | 9,112.00 |
| BLABEY, DAVID E | ASSOCIATE | 700.00 | 87.70 | 61,390.00 |
| BLABEY, DAVID E | ASSOCIATE | 720.00 | 72.90 | 52,488.00 |
| BLABEY, DAVID E | ASSOCIATE | 745.00 | 159.90 | 119,125.50 |
| BLABEY, DAVID E | ASSOCIATE | 765.00 | 14.50 | 11,092.50 |
| BLABEY, DAVID E | ASSOCIATE | 780.00 | 23.10 | 18,018.00 |
| CLARK, ROBERT | ASSOCIATE | 300.00 | 25.70 | 7,710.00 |
| DIMOS, BILL | ASSOCIATE | 250.00 | 62.70 | 15,675.00 |
| DIMOS, BILL | ASSOCIATE | 275.00 | 11.90 | 3,272.50 |
| DIMOS, BILL | ASSOCIATE | 340.00 | 2.00 | 680.00 |
| EGGERMANN, DANIEL M | ASSOCIATE | 277.50 | 3.00 | 832.50 |
| EGGERMANN, DANIEL M | ASSOCIATE | 555.00 | 8.90 | 4,939.50 |
| EILENDER, PATRICIA P. | ASSOCIATE | 390.00 | 0.50 | 195.00 |
| ELIASEN, ERIN | ASSOCIATE | 260.00 | 1.90 | 494.00 |
| FARBER, PEGGY | ASSOCIATE | 197.50 | 26.60 | 5,253.50 |
| FARBER, PEGGY | ASSOCIATE | 210.00 | 25.20 | 5,292.00 |
| FARBER, PEGGY | ASSOCIATE | 247.50 | 13.50 | 3,341.25 |
| FARBER, PEGGY | ASSOCIATE | 395.00 | 115.70 | 45,701.50 |
| FARBER, PEGGY | ASSOCIATE | 420.00 | 124.70 | 52,374.00 |
| FARBER, PEGGY | ASSOCIATE | 455.00 | 176.40 | 80,262.00 |
| FARBER, PEGGY | ASSOCIATE | 495.00 | 66.10 | 32,719.50 |
| FINNERTY, CATHERINE E | ASSOCIATE | 325.00 | 28.50 | 9,262.50 |
| FINNERTY, CATHERINE E | ASSOCIATE | 340.00 | 29.30 | 9,962.00 |
| FINNERTY, CATHERINE E | ASSOCIATE | 375.00 | 10.30 | 3,862.50 |
| FOLB, KERRI | ASSOCIATE | 440.00 | 21.60 | 9,504.00 |
| FORD, SAMANTHA | SUMMER ASSOCIATE | 295.00 | 61.70 | 18,201.50 |
| FRIEDMAN, JOSHUA | ASSOCIATE | 455.00 | 2.50 | 1,137.50 |
| FRIEDMAN, JOSHUA | ASSOCIATE | 470.00 | 0.60 | 282.00 |
| FRIEDMAN, JOSHUA | ASSOCIATE | 525.00 | 0.60 | 315.00 |
| GLASS, JESSICA J | ASSOCIATE | 227.50 | 14.00 | 3,185.00 |
| GLASS, JESSICA J | ASSOCIATE | 395.00 | 116.10 | 45,859.50 |
| GLASS, JESSICA J | ASSOCIATE | 420.00 | 97.80 | 41,076.00 |
| GLASS, JESSICA J | ASSOCIATE | 455.00 | 151.60 | 68,978.00 |
| GLASS, JESSICA J | ASSOCIATE | 495.00 | 2.10 | 1,039.50 |
| HALVERSON, DARREN C | ASSOCIATE | 415.00 | 30.90 | 12,823.50 |

| TIMEKEEPER NAME | TITLE | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|
| HALVERSON, DARREN C | ASSOCIATE | 485.00 | 11.00 | 5,335.00 |
| HALVERSON, DARREN C | ASSOCIATE | 495.00 | 67.00 | 33,165.00 |
| KAUP, ANASTASIA N | ASSOCIATE | 495.00 | 24.90 | 12,325.50 |
| KAUP, ANASTASIA N | ASSOCIATE | 560.00 | 9.40 | 5,264.00 |
| KAUP, ANASTASIA N | ASSOCIATE | 575.00 | 0.10 | 57.50 |
| KLEIN, DAVID | ASSOCIATE | 300.00 | 33.50 | 10,050.00 |
| KLEIN, DAVID | ASSOCIATE | 335.00 | 61.40 | 20,569.00 |
| KLEIN, DAVID | ASSOCIATE | 365.00 | 40.80 | 14,892.00 |
| KLEIN, DAVID | ASSOCIATE | 390.00 | 46.90 | 18,291.00 |
| KLEIN, DAVID | ASSOCIATE | 425.00 | 4.10 | 1,742.50 |
| KOEVARY, JONATHAN T. | ASSOCIATE | 180.00 | 13.60 | 2,448.00 |
| KOEVARY, JONATHAN T. | ASSOCIATE | 250.00 | 36.40 | 9,100.00 |
| KOEVARY, JONATHAN T. | ASSOCIATE | 275.00 | 8.90 | 2,447.50 |
| KOEVARY, JONATHAN T. | ASSOCIATE | 340.00 | 5.40 | 1,836.00 |
| KOEVARY, JONATHAN T. | ASSOCIATE | 360.00 | 20.50 | 7,380.00 |
| KOEVARY, JONATHAN T. | ASSOCIATE | 395.00 | 0.70 | 276.50 |
| MANELA, PHILLIP | ASSOCIATE | 490.00 | 11.00 | 5,390.00 |
| MARTORANA, KEITH R | ASSOCIATE | 182.50 | 15.80 | 2,883.50 |
| MARTORANA, KEITH R | ASSOCIATE | 210.00 | 36.00 | 7,560.00 |
| MARTORANA, KEITH R | ASSOCIATE | 365.00 | 333.50 | 121,727.50 |
| MARTORANA, KEITH R | ASSOCIATE | 420.00 | 211.10 | 88,662.00 |
| MCCARROLL, JAMES C. | ASSOCIATE | 350.00 | 11.10 | 3,885.00 |
| NOVOD, GORDON | ASSOCIATE | 200.00 | 8.70 | 1,740.00 |
| NOVOD, GORDON | ASSOCIATE | 390.00 | 99.60 | 38,844.00 |
| NOVOD, GORDON | ASSOCIATE | 410.00 | 23.60 | 9,676.00 |
| O'HANLON, GRACE | ASSOCIATE | 300.00 | 42.90 | 12,870.00 |
| SCHINDLER-WILLIAMS, SARAH | ASSOCIATE | 330.00 | 1.20 | 396.00 |
| SCHINDLER-WILLIAMS, SARAH | ASSOCIATE | 440.00 | 14.20 | 6,248.00 |
| SEATON, MICHAEL T | ASSOCIATE | 250.00 | 2.90 | 725.00 |
| SEGAL, AMANDA J | ASSOCIATE | 250.00 | 21.50 | 5,375.00 |
| SEGAL, AMANDA J | ASSOCIATE | 275.00 | 37.30 | 10,257.50 |
| SHARRET, JENNIFER | ASSOCIATE | 365.00 | 7.10 | 2,591.50 |
| TADELIS, JAMIE | ASSOCIATE | 210.00 | 2.10 | 441.00 |
| WEINER, AMY | ASSOCIATE | 330.00 | 1.60 | 528.00 |
| WESCH, KRISTINA M | ASSOCIATE | 535.00 | 19.60 | 10,486.00 |
| WOLLIN, ROBERT | ASSOCIATE | 615.00 | 7.30 | 4,489.50 |
| ZIEGLER, MATTHEW C | ASSOCIATE | 470.00 | 4.00 | 1,880.00 |
| ZIEGLER, MATTHEW C | ASSOCIATE | 560.00 | 14.80 | 8,288.00 |
| TOTAL ASSOCIATES | | | 3,932.70 | $1,818,657.25 |
| BALDINGER, LAURIE | PARALEGAL | 225.00 | 64.50 | 14,512.50 |

17

| TIMEKEEPER NAME | TITLE | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|
| BALDINGER, LAURIE | PARALEGAL | 245.00 | 24.00 | 5,880.00 |
| BECKER, BRYON | PARALEGAL | 295.00 | 0.50 | 147.50 |
| BECKER, BRYON | PARALEGAL | 310.00 | 1.80 | 558.00 |
| BOLLES, KRISTA | PARALEGAL | 260.00 | 0.50 | 130.00 |
| CATES, DANA A | PARALEGAL | 260.00 | 1.30 | 338.00 |
| CHAIKIN, REBECCA B. | PARALEGAL | 260.00 | 1.20 | 312.00 |
| CHAIKIN, REBECCA B. | PARALEGAL | 290.00 | 1.90 | 551.00 |
| CHOUPROUTA, ANDREA | PARALEGAL | 300.00 | 0.30 | 90.00 |
| CHOUPROUTA, ANDREA | PARALEGAL | 320.00 | 0.30 | 96.00 |
| CIPOLLA, SANTO A. | PARALEGAL | 150.00 | 9.30 | 1,395.00 |
| CLANCY, REGAN | PARALEGAL | 175.00 | 0.70 | 122.50 |
| CURNEY, LUEANN | PARALEGAL | 170.00 | 1.70 | 289.00 |
| DOLCE, LISA | PARALEGAL | 185.00 | 0.80 | 148.00 |
| DOLCE, LISA | PARALEGAL | 195.00 | 1.00 | 195.00 |
| DOLCE, LISA | PARALEGAL | 205.00 | 31.00 | 6,355.00 |
| FONTEIN, LAUREN | PARALEGAL | 175.00 | 0.60 | 105.00 |
| GAVIGAN, JAMES C | PARALEGAL | 205.00 | 44.70 | 9,163.50 |
| GAVIGAN, JAMES C | PARALEGAL | 220.00 | 144.90 | 31,878.00 |
| GAVIGAN, JAMES C | PARALEGAL | 240.00 | 22.50 | 5,400.00 |
| HAMANAKA, KEIKO | PARALEGAL | 170.00 | 12.70 | 2,159.00 |
| JALAL, NUR MUSTAPHA | PARALEGAL | 125.00 | 5.00 | 625.00 |
| KORNBLUM, SHOSHANAH | PARALEGAL | 175.00 | 7.10 | 1,242.50 |
| LIPTON, MATTHEW | PARALEGAL | 205.00 | 5.00 | 1,025.00 |
| MAKINDE, MICHAEL A | PARALEGAL | 260.00 | 0.80 | 208.00 |
| MAKINDE, MICHAEL A | PARALEGAL | 275.00 | 6.00 | 1,650.00 |
| MAKINDE, MICHAEL A | PARALEGAL | 300.00 | 3.80 | 1,140.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 150.00 | 143.80 | 21,570.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 175.00 | 208.90 | 36,557.50 |
| MANGUAL, KATHLEEN | PARALEGAL | 185.00 | 90.30 | 16,705.50 |
| MANGUAL, KATHLEEN | PARALEGAL | 195.00 | 193.70 | 22,834.50 |
| MANGUAL, KATHLEEN | PARALEGAL | 205.00 | 28.80 | 5,904.00 |
| MCDONAGH, KAITLIN | PARALEGAL | 75.00 | 0.50 | 37.50 |
| MORRISSEY, RACHEL A. | PARALEGAL | 160.00 | 3.00 | 480.00 |
| MURABITO, MELISSA | PARALEGAL | 75.00 | 7.00 | 525.00 |
| PANESAR, VIKRUM | PARALEGAL | 220.00 | 17.80 | 3,916.00 |
| PONTE, ROSALIE | PARALEGAL | 75.00 | 7.00 | 525.00 |
| REZNICK, MARTIN | PARALEGAL | 150.00 | 1.50 | 225.00 |
| RODRIGUEZ, VIVIAN E | PARALEGAL | 240.00 | 93.10 | 22,344.00 |
| RODRIGUEZ, VIVIAN E | PARALEGAL | 260.00 | 59.10 | 15,366.00 |
| SEIDMAN, EMILY | PARALEGAL | 195.00 | 1.60 | 312.00 |
| SEIDMAN, EMILY | PARALEGAL | 205.00 | 1.10 | 225.50 |

| TIMEKEEPER NAME | TITLE | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|
| SHAIN, ALIYA | PARALEGAL | 275.00 | 1.10 | 302.50 |
| SHAIN, ALIYA | PARALEGAL | 285.00 | 5.90 | 1,681.50 |
| SHAIN, ALIYA | PARALEGAL | 295.00 | 1.70 | 501.50 |
| SHEA, JAMES | PARALEGAL | 75.00 | 0.90 | 67.50 |
| SHEA, JAMES | PARALEGAL | 75.00 | 6.00 | 450.00 |
| SHEA, JAMES | PARALEGAL | 195.00 | 3.70 | 721.50 |
| SHEA, JAMES | PARALEGAL | 205.00 | 13.00 | 2,665.00 |
| STEIN, STEVEN | PARALEGAL | 75.00 | 0.90 | 67.50 |
| TEMP, PARALEGAL | PARALEGAL | 160.00 | 20.20 | 3,232.00 |
| TEMP, PARALEGAL | PARALEGAL | 60.00 | 44.10 | 2,646.00 |
| WAGNER, RYAN | PARALEGAL | 220.00 | 0.30 | 66.00 |
| WAGNER, RYAN | PARALEGAL | 240.00 | 2.10 | 504.00 |
| WIERMAN, LAUREN E | PARALEGAL | 260.00 | 86.20 | 22,412.00 |
| WIERMAN, LAUREN E | PARALEGAL | 275.00 | 25.40 | 6,985.00 |
| WIERMAN, LAUREN E | PARALEGAL | 290.00 | 15.00 | 4,350.00 |
| WIERMAN, LAUREN E | PARALEGAL | 300.00 | 1.50 | 450.00 |
| WONG, SANDRA | PARALEGAL | 235.00 | 3.30 | 775.50 |
| **TOTAL PARALEGALS** | | | **1,482.40** | **$281,120.50** |
| BALDEON, ELLIOTT A | OTHER TKPR | 215.00 | 2.00 | 430.00 |
| BALDEON, ELLIOTT A | OTHER TKPR | 200.00 | 5.00 | 1,000.00 |
| CHEN, ALBERT F | OTHER TKPR | 200.00 | 13.90 | 2,780.00 |
| DESUZE, SHAUN | OTHER TKPR | 200.00 | 2.30 | 460.00 |
| DOMINGUEZ, ORLANDO | OTHER TKPR | 190.00 | 5.50 | 1,045.00 |
| GRANT, HERETTO L | OTHER TKPR | 200.00 | 1.00 | 200.00 |
| LANE, JOANNE | OTHER TKPR | 180.00 | 2.50 | 450.00 |
| LANE, JOANNE | OTHER TKPR | 210.00 | 2.30 | 483.00 |
| LANE, JOANNE | OTHER TKPR | 215.00 | 3.60 | 774.00 |
| ROBERTSON, AUDEN B. | OTHER TKPR | 110.00 | 0.70 | 77.00 |
| TORRES, ANTHONY | OTHER TKPR | 85.00 | 1.90 | 161.50 |
| TORRES, ANTHONY | OTHER TKPR | 110.00 | 7.10 | 781.00 |
| TORRES, ANTHONY | OTHER TKPR | 120.00 | 6.10 | 732.00 |
| VICTORY, DEXTER | OTHER TKPR | 110.00 | 4.80 | 528.00 |
| VICTORY, DEXTER | OTHER TKPR | 120.00 | 1.00 | 120.00 |
| WALLACE, TANYA | OTHER TKPR | 90.00 | 0.50 | 45.00 |
| **TOTAL OTHER TIMEKEEPER** | | | **60.20** | **$10,066.50** |
| **TOTAL PROFESSIONALS** | | | **23,054.1** | **$5,547,136.75** |
| **Less Fee Examiner Write-Offs** | | | | **(30,874.80)** |
| **TOTAL** | | | | **$16,610,535.45** |

Blended Hourly Rate: $481.00

## COMPENSATION SUMMARY BY PROJECT CATEGORY FOR
## FEBRUARY 1, 2014 THROUGH FEBRUARY 3, 2014

| Project Category | Total Hours for the Period | Total Fees for the Period |
|---|---|---|
| Reorganization Plan | 3.30 | 2,634.00 |
| Fee Applications, Applicant | 0.50 | 202.00 |
| **Total** | **3.80** | **$2,836.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY FOR
## JULY 18, 2001 THROUGH FEBRUARY 3, 2014

| Project Category | Total Hours for the Period | Total Fees for the Period |
|---|---|---|
| Case Administration | 1,254.00 | 377,076.50 |
| Creditor Committee | 814.70 | 426,346.50 |
| Financing | 1.80 | 881.00 |
| Asset Disposition | 16.50 | 2,391.00 |
| Bankr. Motions | 354.40 | 166,334.00 |
| Reorganization Plan | 2,386.50 | 1,474,267.00 |
| Fee Applications, Applicant | 839.40 | 266,120.00 |
| Employment Applications, Applicant | 19.30 | 5,569.00 |
| Claim Analysis Obj. & Res. (Non-Asbestos) | 218.30 | 113,975.00 |
| Asset Analysis And Recovery | 21.10 | 526.50 |
| Claim Analysis Objection & Resolution(Asbestos) | 3,354.70 | 1,704,325.00 |
| Fraudulent Conveyance Adv. Proceeding | 199.60 | 77,600.00 |
| Environmental Issues | 27.40 | 6,702.50 |
| Plan And Disclosure Statement | 311.20 | 168,572.50 |
| Employee Benefits/Pension | 4.70 | 2,059.50 |
| Fee Applications, Others | 0.50 | 290.00 |
| Hearings | 922.25 | 484,508.50 |
| Litigation | 5.80 | 2,507.00 |
| Relief From Stay Proceedings | 1.00 | 370.00 |
| Tax Issues | 140.40 | 81,013.00 |
| Zai Science Trial | 21.90 | 9,304.00 |
| Other | 15.70 | 8,618.00 |
| Travel\Non-Working | 563.30 | 167,780.25 |
| **SubTotal** | **11,494.45** | **$5,547,136.75** |
| **LESS Fee Examiner Write-Offs** | | **($30,874.80)** |
| **TOTAL** | | **$11,063,398.70** |

**EXPENSE SUMMARY (Schedule of Disbursements)**
**February 1, 2014 through February 3, 2014**

| Expense Category | Total Expenses For the Period |
|---|---|
| PACER Retrieval Fees | 9.80 |
| **Total** | **$9.80** |

**EXPENSE SUMMARY (Schedule of Disbursements)**
**July 18, 2001 through February 3, 2014**

| Expense Category | Total Expenses For the Period |
|---|---|
| Telecopier | 546.00 |
| Velobindings | 1,417.50 |
| Tabs | 2,431.00 |
| Photocopying | 35,695.84 |
| Color Copies | 213.00 |
| Inside Messenger | 36.00 |
| Manuscript Service | 2,547.00 |
| Research Services | 2,034.00 |
| Document Prep. | 1,690.00 |
| Postage | 215.41 |
| Long-Distance Telephone | 171.44 |
| Tel Credit Card | 53.18 |
| Other Miscellaneous Charges | 1,374.00 |
| Long Distance Telephone | 5,256.76 |
| Westlaw On-Line Research | 26,270.64 |
| Printing & Binding | 6,403.91 |
| Lexis/Nexis On-Line Research | 11,228.13 |
| Courtlink Searches | 52.00 |
| Outside Photocopying | 1,250.99 |
| Messenger/Courier | 2,443.42 |
| Messenger/Courier Fed Ex | 1,390.51 |
| Legal Search Fees | 4,154.97 |
| Corp. Documents & Materials | 3,623.45 |
| West Business-Sec | 5.27 |
| Cab Fares | 13,047.54 |
| Cab Fares - Odyssey | 5,230.62 |
| Meals/In-House | 2,789.04 |
| Out-Of-Town Travel | 94,278.40 |
| Meals/T & E | 2,489.61 |
| Court Reporter/Video Deposition Fees | 73,842.23 |
| Corp. Svc. Filing Fees | 120.80 |
| Document Retrieval Fees | 2,700.72 |
| Storage/Retrieval | 253.82 |

21

| Expense Category | Total Expenses For the Period |
|---|---|
| Pacer Retrieval Fees | 6,592.26 |
| Bloomberg Law Retrieval Fees | 226.39 |
| Transcript Fees | 32,116.09 |
| Meetings | 88.98 |
| Other Fees | 2,193.30 |
| **SUBTOTAL** | **$346,474.22** |
| **Less Fee Examiner Write-Offs** | **($650.65)** |
| **TOTAL** | **$692,297.79** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 01-1139 (KJC) |
| W.R. GRACE & CO., *et al.*,[1] | (Jointly Administered) |
| Debtors. | |

---

## ONE HUNDRED AND FIFTIETH MONTHLY AND FINAL FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS, FOR (I) COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM FEBRUARY 1, 2014 THROUGH FEBRUARY 3, 2014; AND (II) FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JULY 18, 2001 THROUGH FEBRUARY 3, 2014

Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**" or "**Applicant**"),

counsel to the Official Committee of Equity Security Holders (the "**Committee**") of W.R. Grace

& Co., *et al.*, (the "**Debtors**"), hereby applies to the Court for monthly allowance of

compensation for the period February 1, 2014 through February 3, 2014 and final allowance of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-i Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners 1, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/ida Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

compensation for the period July 18, 2001 through February 3, 2014, and reimbursement of expenses for the same periods of time with respect to its retention as counsel to the Committee, and respectfully represents as follows:

### INTRODUCTION

1.      On April 2, 2001 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b )(2).

3.      On June 18, 2001, the United States Trustee for the District of Delaware, pursuant to section 1102 of the Bankruptcy Code, appointed the Committee to represent the interests of all equity holders in these Chapter 11 Cases.  The Committee is comprised of the following members:  Ted Weschler\*, Angus W. Mercer, Simon Atlas, and Raymond E. Smiley.

4.      Thereafter, at a scheduled meeting of the Committee held on July 18, 2001, the Committee voted to retain Kramer Levin as its counsel.

5.      On September 28, 2001, this Court entered the Order Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Retention of Kramer Levin as Counsel to the Committee [Docket No. 985].

6.      On January 31, 2011 this Court entered the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010 [Docket No. 26155] (the

---

\* Mr. Weschler was substituted for Peninsula Capital Advisors LLC on December 20, 2011.

"**Confirmation Order**"). Pursuant to Section II.B.1 of the Confirmation Order, Kramer Levin makes this final application for allowance of compensation for professional services rendered and for reimbursement of expenses incurred by Kramer Levin in serving as counsel to the Committee. Pursuant to the Confirmation Order, Applicant submits this Application for the period July 18, 2001 through February 3, 2014. The Effective Date of the Debtors' Plan was February 3, 2014.

**PROFESSIONAL SERVICES RENDERED**

7.      Attached hereto as **Exhibit "A"** is the Declaration of Philip Bentley with respect to the compensation requested.

8.      Attached hereto as **Exhibit "B"** is a detailed chronological itemization covering all of the services performed by Kramer Levin with respect to these matters for the interim period from February 1, 2014 through February 3, 2014. This detailed itemization complies with Local Rule 2016-2(d) in that (i) each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, (ii) all time is billed in increments of one-tenth of an hour, (iii) time entries are presented chronologically in categories, and (iv) all meetings or hearings are individually identified. Attached hereto as **Exhibit "C"** is a detailed itemization of expenses incurred by Applicant with respect to these matters for the period from February 1, 2014 through February 3, 2014.

**REQUESTED RELIEF**

9.      By this Application, the Applicant seeks final approval and allowance of compensation for the period July 18, 2001 through February 3, 2014 in the amount of $5,516,261.95 and reimbursement of expenses for the same period in the amount of $345,823.57, as detailed herein and in the previously filed monthly applications identified in this Application.

3

10.     At all relevant times, Kramer Levin has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Committee.

11.     All services for which compensation is requested by Kramer Levin were performed for or on behalf of the Committee and not on behalf of the debtors, any other committee, creditor, or other person.

12.     Kramer Levin has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Final Fee Application.  There is no agreement or understanding between Kramer Levin and any other person other than the partners of Kramer Levin for the sharing of compensation to be received for services rendered in these cases.

13.     The professional services and related expenses for which Kramer Levin requests final allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of Kramer Levin's professional responsibilities as attorneys for the Committee in these chapter 11 cases.  Kramer Levin's services have been necessary and beneficial to the Committee, the Debtors and their estates, creditors and other parties in interest.

14.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Kramer Levin is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Kramer Levin has reviewed

4

the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and Amended Administrative Order and believes that this Final Fee Application complies with such Rule and Orders.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an Order: (i) granting the Applicant and authorizing allowance of compensation (a) for the interim period from February 1, 2014 through February 3, 2014 in the amount of $2,836.00 for professional services rendered; and (b) for the final period from June 18, 2001 through February 3, 2014 in the amount of $5,516,261.95 for professional services rendered and $345,823.57 for reimbursement of actual and necessary costs; and (ii) granting such other and further relief as this Court deems necessary and just.

Dated: May 2, 2014                    KRAMER LEVIN NAFTALIS & FRANKEL LLP


By: /s/ Philip Bentley
Philip Bentley
David E. Blabey, Jr.
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

*Counsel to the Official Committee of
Equity Security Holders*