# Exhibit B

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

April 30, 2014

W.R. GRACE & CO. EQUITY COMMITTEE
C/O KRAMER LEVIN
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

When remitting,
please reference:

Invoice Number: 644524
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | 9.80 |
| MATTER TOTAL | $9.80 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $2,634.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $2,634.00 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES | $202.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $202.00 |
| CLIENT GRAND TOTAL | $2,845.80 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| Bank: | Citibank, N.A. |
| | 153 East 53rd Street, 23rd Floor New York, N.Y. 10022 |
| ABA No.: | 021000089 |
| Account Name: | Kramer Levin Naftalis & Frankel LLP Account AR |
| Account No.: | 4979206709 |
| Reference: | Invoice No. 644524 |
| Attention: | Joseph Scotto (212) 559-6338 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

Kramer Levin Naftalis & Frankel LLP
Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001

April 30, 2014
Invoice No. 644524

## CASE ADMINISTRATION

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| DOCUMENT RETRIEVAL FEES | 9.80 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$9.80** |
| **TOTAL FOR THIS MATTER** | **$9.80** |

W.R. GRACE & CO. EQUITY COMMITTEE  
056772-00007

April 30, 2014  
Invoice No. 644524

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/01/14 | BENTLEY, PHILIP | trade e-mails re Plan closing | 0.20 | 180.00 |
| 02/01/14 | BLABEY, DAVID E | Email update on plan to client. | 0.10 | 78.00 |
| 02/02/14 | BLABEY, DAVID E | Review revised draft of acknowledgement and waiver. | 0.30 | 234.00 |
| 02/03/14 | BENTLEY, PHILIP | discs. DB and trade e-mails re Plan closing | 0.30 | 270.00 |
| 02/03/14 | BLABEY, DAVID E | Obtain signature pages for effective date documents (.2); participate in closing call (1.7); review plan provisions re post effective date work and emails to P. Bentley re same (.5). | 2.40 | 1,872.00 |

**TOTAL HOURS AND FEES**  3.30  $2,634.00

**TOTAL FOR THIS MATTER**  $2,634.00

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/01/14 | BLABEY, DAVID E | Review and edit fee app. | 0.10 | 78.00 |
| 02/03/14 | BECKER, BRYON | Emails w/ D. Blabey and local counsel re December monthly; prepare same. | 0.40 | 124.00 |
| **TOTAL HOURS AND FEES** | | | **0.50** | **$202.00** |

**TOTAL FOR THIS MATTER**                                      $202.00