# Exhibit C

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE     1
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/02/2014 11:24:49

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS    - 06975            Proforma Number:    5818730
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status         : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services

                                                       PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                                              TO:
           UNBILLED DISB FROM:      02/03/2014                              TO:       02/03/2014

                                            FEES                  COSTS
                                            ----                  -----
              GROSS BILLABLE AMOUNT:         0.00                  9.80
              AMOUNT WRITTEN DOWN:
                            PREMIUM:
                 ON ACCOUNT BILLED:
        DEDUCTED FROM PAID RETAINER:
                      AMOUNT BILLED:
                         THRU DATE:                                         02/03/2014
     CLOSE MATTER/FINAL BILLING?    YES  OR  NO
     EXPECTED DATE OF COLLECTION:

           BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

           BILLING COMMENTS:

                                                  ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH
                                                  ---------------------------                             --------------
                        FEES:                                  0.00       UNIDENTIFIED RECEIPTS:           0.00
               DISBURSEMENTS:                                  9.80       PAID FEE RETAINER:               0.00
                FEE RETAINER:                                  0.00       PAID DISB RETAINER:              0.00
               DISB RETAINER:                                  0.00       TOTAL AVAILABLE FUNDS:           0.00
           TOTAL OUTSTANDING:                                  9.80       TRUST BALANCE:
                                                                                  BILLING HISTORY
                                                                                  ---------------
         DATE OF LAST BILL:      03/26/14        LAST PAYMENT DATE:                    04/29/14
         LAST BILL NUMBER:         641110 ACTUAL FEES BILLED TO DATE:                 377,076.50
                                         ON ACCOUNT FEES BILLED TO DATE:                   0.00
                                           TOTAL FEES BILLED TO DATE:                 377,076.50
      LAST BILL THRU DATE:      02/28/14   FEES WRITTEN OFF TO DATE:                   86,271.00
                                           COSTS WRITTEN OFF TO DATE:                  24,819.09
FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee            (4) Excessive Legal Time       (7) Fixed Fee
       (2) Late Time & Costs Posted      (5) Business Development       (8) Premium
       (3) Pre-arranged Discount         (6) Summer Associate           (9) Rounding     (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____    FRC:_____    CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/02/2014 11:24:49

Matter No: 056772-00001                                   Orig Prtnr : CRED. RGTS     - 06975            Proforma Number:    5818730
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status  : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ----------- Total Unbilled -----------
Code  Description                     Oldest      Latest        Total
                                      Entry       Entry         Amount
----  -----------                     ------      ------        ------
0972  DOCUMENT RETRIEVAL FEES         02/03/14    02/03/14        9.80

                        Total                                     9.80


U N B I L L E D   C O S T S   D E T A I L
Description/Code                        Employee           Date         Amount        Index#    Batch No   Batch Date
----------------                        --------           ----         ------        ------    --------   ----------

DOCUMENT RETRIEVAL FEES 0972
   DOCUMENT RETRIEVAL F                 BLABEY, D E        02/03/14       1.80        10112696  1531026    03/13/14
   PACER RETRIEVAL FEES
   Blabey, Jr., David
   DOCUMENT RETRIEVAL F                 BECKER, B B        02/03/14       8.00        10112697  1531026    03/13/14
   PACER RETRIEVAL FEES
   Becker, Bryon

                                   0972 DOCUMENT RETRIEVAL F Total :      9.80


           Costs Total :                                                  9.80
```

```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    3
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/02/2014 11:24:49

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  5818730
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status      : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                      Amount              Bill          W/o / W/u      Transfer To   Clnt/Mtr   Carry Forward

0972 DOCUMENT RETRIEVAL FEES            9.80

            Costs Total :               9.80
```