# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| W.R. GRACE & COMPANY, et al[1], | Chapter 11 |
| Debtors. | Case No. 01-01139(JKF)<br>(Jointly Administered) |
| | Objection Date: July 1, 2014<br>Due by:<br>Hearing: October 14, 2014<br>at 10:00 a.m. |

## THIRTY-EIGHTH QUARTERLY APPLICATION[2] OF BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AND APPLICATION FOR FINAL APPROVAL OF ALL FEES AND EXPENSES PREVIOUSLY AWARDED ON AN INTERIM BASIS AND INCURRED IN THIS CASE

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. |
| Authorized to provide professional services to: | W.R. Grace & Company, et al, Debtors and Debtors-in-Possession, its Board of Directors, and Counsel. |

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd, Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] While this is the Thirty-Eighth Quarterly Fee Application of this Firm, it encompasses October through December, 2013 which is the Fifty-First Interim Application Period and is filed as a Final Fee Application.

M EFC 2486214 v2<br>2850487-000001 05/02/2014

| | |
|---|---|
| Date of Retention: | June 16, 2004, effective April 2, 2001 (Legislative Affairs Services). |
| Period for which compensation and reimbursement is sought: | April 2, 2001 - January 31, 2014. |
| Grand Total of Fees: | $3,114,500.00 |
| Grand Total of Expenses: | $136,418.89 |

This is a     ___ monthly        ___ interim        _x_ final application.

Pursuant to Sections 328(a), 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Fed. R. Bankr. P. 2016 and the Court's Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, Amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance of Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals entered May 3, 2001 (together the "Administrative Order"), the firm of Baker Donelson Bearman Caldwell & Berkowitz, P.C. ("Baker Donelson") hereby files this Thirty-Eighth Quarterly Application of Baker Donelson for Compensation and Reimbursement of Expenses for the Period Commencing October 1, 2013, through December 31, 2013 (the "Thirty-Eighth Fee Application"). By this Thirty-Eighth Fee Application, Baker Donelson seeks the allowance of compensation in the amount of $90,000.00 for the period of October 1, 2013, through December 31, 2013. In addition, Baker Donelson seeks final approval of the Monthly Fee Application filed simultaneously herewith for the month of January, 2014, seeking payment of $30,000.00 in fees and $78.35 in expenses for a total award for January, 2014, of $30,078.35.

In filing this Final Fee Application, Baker Donelson seeks final approval of all fees and expenses previously awarded on an interim basis to Baker Donelson in this case. In addition

M EFC 2486214 v2
2850487-000001 05/02/2014

Baker Donelson seeks approval of its fees previously awarded on a monthly basis for fees and expenses included in its Thirty-Second Quarterly Fee Application (April-June, 2012)(Dk. No. 29558). Apparently through oversight no interim order was entered approving the Thirty-Second Quarterly Fee Application. The corresponding monthly fee applications filed by Baker Donelson for the months of April, May, and June, 2012 were not objected to as evidenced by Certificates of No Opposition appearing as Docket Numbers 29674, 29675, and 29676.

In support of this Thirty-Eighth and Final Fee Application, Baker Donelson respectfully represents as follows:

**BACKGROUND**

1.  On April 2, 2001 (the "Petition Date") each of the Debtors (collectively the "Debtors") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their businesses and manage their properties and assets as Debtors-in-Possession.

2.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 §§ 157(b)(2).

3.  On April 20, 2001, the court entered its Order that the Debtors' Chapter 11 cases be consolidated for procedural purposes only and administered jointly.

4.  By this Court's Order dated June 16, 2004, the Debtors were authorized to retain Baker Donelson to advise the Debtors, their counsel, and their Board of Directors with respect to legislative affairs and current pending, and future legislative affairs ("Legislative Affairs Services") and such other related services as the Debtors may deem necessary or desirable, effective as of April 2, 2001 (the "Retention Order"). The Retention Order authorized Debtors to compensate

*Page 3 of 11*

Baker Donelson on a flat rate in the amount of $17,000.00 per month for services rendered plus reimbursement of actual and necessary expenses incurred by Baker Donelson.

5.   The Debtors, on or about January, 24, 2005 filed a motion seeking authorization to modify and expand the scope of services provided by Baker Donelson. Specifically, the motion sought the approval of retention of Baker Donelson to assist Debtors in connection with the Debtors' business operations in China and with respect to the Chinese governmental authorities at the national, provincial and local levels ("China Assistance Services"). The expanded scope of work of Baker Donelson was approved by order entered on March 15, 2005, effective January 1, 2005 ("Order Modifying and Expanding Services"). Compensation of Baker Donelson for the China Assistance Services was approved on a flat rate in the amount of $35,000.00 per month for services rendered, plus reimbursement of actual and necessary expenses incurred by Baker Donelson. The China Assistance Services were ended during the term of employment.

6.   An Order Modifying and Expanding Services increased the flat rate for compensation for Legislative Affairs Services to an amount of $20,000.00 per month effective March, 2005 for services rendered plus reimbursement of actual and necessary expenses incurred by Baker Donelson.

7.   Pursuant to agreement with the Debtor the agreed compensation for 2011 was reduced to $19,000.00, plus reimbursement of actual and necessary expenses incurred by Baker Donelson.

8.   A Motion was filed on November 14, 2012 (Dk No. 29907), seeking an Order of the Court approving the modification and expansion of the scope of services

M EFC 2486214 v2
2850487-000001 05/02/2014

provided by Baker Donelson and seeking entry of the Order *Nunc Pro Tunc* to May 1, 2012.  On March 18, 2013, a Motion (Dk No. 30412) was filed by the Debtors seeking an Order approving Baker Donelson's monthly fixed fee at $30,000.00, clarifying that Section 328(a) of the Bankruptcy Code provides the appropriate standard of review and expanding the scope of certain Legislative Affairs Services *Nunc Pro Tunc* to May 1, 2012. An Order was entered approving the Motion on April 17, 2013 entered *Nunc Pro Tunc* to May 1, 2012 (Dk No.30523).

9.     In accordance with the procedures set forth in the procedures set forth in the Administrative Order, Baker Donelson has periodically filed Monthly and Quarterly Fee Applications under which its fees and expenses have been approved on an interim basis as more particularly described below.

### MONTHLY AND QUARTERLY FEE APPLICATIONS

10.    On December 28, 2004, Baker Donelson filed its first Combined Monthly Fee Application for the months of February, 2004 through November, 2004. Since that date, Baker Donelson has filed Mmonthly and corresponding Quarterly Fee Applications which have been approved by the Court through the Thirty-Seventh Quarterly  covering the months of July, August and September, 2013.  As addressed above through oversight no order was entered approving the Thirty-Second Quarterly Fee Application of Baker Donelson.

11.    The Monthly Fee Applications included in this Thirty-Eighth Quarterly Fee Application of Baker Donelson for the months of October, November and December, 2013, were filed and have been approved without objection.

M EFC 2486214 v2
2850487-000001 05/02/2014

12.    The Monthly Fee Application for January, 2014, is being filed along with this
Final Application seeking approval for fees incurred in the month of January,
2014.

13.    The Monthly Applications filed contain summaries of time expended describing
the actual and necessary services provided by Baker Donelson during the Thirty-
Eighth Interim Period.  While Baker Donelson is to be compensated on a flat rate,
the monthly summary time records attached as collective Appendix B provide
detail and information as to the work performed by Baker Donelson during this
time period.

14.    Below is a summary of the Monthly and Quarterly Fee Applications previously
filed by Baker Donelson setting forth the amounts previously approved by this
Court on an interim basis[3]:

| Date Filed & Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | Order Approving Fee Application |
|---|---|---|---|---|
| 12/28/04 #7390 | 2/1/04 through 9/30/04 | $136,000.00 $810.95 | $136,000.00 $810.95 | #8081 |
| 6/9/05 #8594 | 10/1/04 through 12/31/04 | $51,000.00 $798.96 | $51,000.00 $798.96 | #8728 |
| 8/26/05 #9264 | 1/1/05 through 3/31/05 | $124,000.00 $6,161.11 | $124,000.00 $6,161.11 | #9513 |
| 11/23/05 #11160 | 4/1/05 through 6/30/05 | $165,000.00 $7,202.85 | $165,000.00 $7,202.85 | #11402 |
| 12/30/05 #11466 | 7/1/05 through 9/30/05 | $165,000.00 $15,058.51 | $165,000.00 $15,058.51 | #12121 |

---

[3] Except as otherwise indicated below are as discussed in this Application.

M EFC 2486214 v2
2850487-000001 05/02/2014

| | | | | |
|---|---|---|---|---|
| 4/27/06 #12321 | 10/1/05 through 12/31/05 | $90,000.00 $416.21 | $90,000.00 $416.21 | #12660 |
| 8/3/06 #12922 | 1/1/06 through 3/31/06 | $90,000.00 $14,206.30 | $90,000.00 $8,399.94 | #13298 |
| 8/3/06 #12923 | 4/1/06 through 6/30/06 | $90,000.00 $14,662.93 | $90,000.00 $14,662.93 | #14069 |
| 1/23/07 #14381 | 7/1/06 through 9/30/06 | $90,000.00 $7,848.55 | $90,000.00 $7,848.55 | #15044 |
| 5/22/07 #15777 | 10/1/06 through 12/31/06 | $90,000.00 $15,629.70 | $90,000.00 $13,954.75 | #16105 |
| 7/23/07 #16363 | 1/1/07 through 3/31/07 | $90,000.00 $453.61 | $90,000.00 $453.61 | #16916 |
| 11/15/07 #17384 | 4/1/07 through 6/30/07 | $90,000.00 $16,967.25 | $90,000.00 $15,396.39 | #17629 |
| 1/3/2008 #17751 | 7/1/07 through 9/30/07 | $90,000.00 $27,993.91 | $90,000.00 $12,279.49 | #18270 |
| 1/11/2008 #17813 | 10/1/07 through 12/31/07 | $90,000.00 $30,187.00 | $90,000.00 $14,828.54 | #18989 |
| 9/8/2008 #19706 | 1/1/08 through 3/31/08 | $69,500.00 $153.69 | $69,500.00 $153.69 | #20283 |
| 9/8/2008 #19503 | 4/1/08 through 6/30/08 | $60,000.00 $66.75 | $60,000.00 $66.75 | #20283 |
| 12/23/2008 #20354 | 7/1/2008 through 9/30/08 | $60,000.00 $82.72 | $60,000.00 $82.72 | #21164 |
| 6/20/2009 #22196 | 10/1/08 through 12/31/08 | $60,000.00 $315.76 | $60,000.00 $315.76 | #23352 |
| 6/20/2009 #22197 | 1/1/09 through 3/31/09 | $60,000.00 $8.61 | $60,000.00 $8.61 | #23352 |
| 12/3/2009 #23941 | 4/1/09 through 6/30/09 | $60,000.00 $34.44 | $60,000.00 $34.44 | #24470 |

M EFC 2486214 v2
2850487-000001 05/02/2014

| | | | | |
|---|---|---|---|---|
| 12/3/2009 #23942 | 7/1/09 through 9/30/09 | $60,000.00 $14.23 | $60,000.00 $14.23 | #24470 |
| 9/29/2010 #25523 | 10/1/09 through 12/31/09 | $60,000.00 $46.96 | $60,000.00 $46.96 | #25905 |
| 9/29/2010 #25524 | 1/1/10 through 3/31/10 | $60,000.00 $27.16 | $60,000.00 $27.16 | #25905 |
| 9/29/2010 #25526 | 4/1/10 through 6/30/10 | $60,000.00 $0.00 | $60,000.00 $0.00 | #25905 |
| 12/30/2010 #25983 | 7/1/10 through 9/30/10 | $60,000.00 $111.90 | $60,000.00 $111.90 | #26627 |
| 11/14/2011 #27961 | 10/01/10 through 12/31/10 | $60,000.00 $23.24 | $60,000.00 $23.24 | #28150 |
| 11/18/2011 #27997 | 1/1/11 through 3/31/11 | $57,000.00 $13.39 | $57,000.00 $13.39 | #28150 |
| 11/14/2011 #27963 | 4/1/11 through 6/30/11 | $57,000.00 $29.20 | $57,000.00 $29.20 | #28150 |
| 11/14/2011 #27964 | 7/1/11 through 9/30/11 | $57,000.00 $9.68 | $57,000.00 $9.68 | #28705 |
| 8/31/2012 #29556 | 10/1/11 through 12/31/11 | $57,000.00 $14.01 | $57,000.00 $14.01 | #30523 |
| 8/31/12 #29557 | 1/1/12 through 3/31/12 | $57,000.00 $11.80 | $57,000.00 $11.80 | #30523 |
| 8/31/12 #29558 | 4/1/12 through 6/30/12 | $79,000.00 $16.00 | | |
| 9/10/13 #31098 | 7/1/12 through 9/30/12 | $90,000.00 $14,314.50 | $90,000.00 $13,921.10 | #31482 |
| 9/10/13 #31099 | 10/1/12 through 12/31/12 | $90,000.00 $23.61 | $90,000.00 $23.61 | #31482 |
| 9/10/13 #31100 | 1/1/13 through 3/31/13 | $90,000.00 $1,039.79 | $90,000.00 $1,039.79 | #31482 |

M EFC 2486214 v2
2850487-000001  05/02/2014

| 9/10/13 #31101 | 4/1/13 through 6/30/13 | $90,000.00 $2,051.87 | $90,000.00 $2,051.87 | #31482 |
|---|---|---|---|---|
| 12/24/13 #31511 | 7/1/13 through 9/30/13 | $90,000.00 $51.84 | $90,000.00 $51.84 | #31963 |
| 5/2/14 | 10/1/13 through 12/31/13 | $90,000.00 $0.00 | | Approval sought with this application |
| 5/2/14 #32098 | 1/1/14 1/31/14 | $30,000.00 $78.35 | | Final Approval sought with this application |

15.      Attached as Appendix A is the Verification of E. Franklin Childress, Jr.

## REQUESTED RELIEF

16.      By this Thirty-Eighth and Final Fee Application, Baker Donelson requests that the Court approve the allowance of compensation for professional services rendered in the amount of $90,000.00 during the applicable time period. As stated above, the full scope of services provided and related expenses incurred are fully described in the fee detail attached hereto in Appendix B.

17.      In addition, Baker Donelson seeks the final approval of the Monthly Fee Application for fees and expenses incurred during the month of January, 2014.

18.      Finally, Baker Donelson seeks final approval of all fees and expenses previously awarded to it on an interim basis during its employment in this case.[4]

19.      At all relevant times, Baker Donelson has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code, and has not represented or held an interest adverse to the interest of Debtors. All services for which

---

[4] Including fees and expenses approved on a monthly basis as contained in the Thirty-Second Quarterly Fee Application.

M EFC 2486214 v2
2850487-000001  05/02/2014

compensation is requested by Baker Donelson were performed for or on behalf of Debtors and not on behalf of any committee, creditor or other person.

20.     During its employment, Baker Donelson has received no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with Debtors' cases.

21.     Baker Donelson has no agreement with any non-affiliated entity to share any compensation earned in these Chapter 11 cases.

22.     The professional services and related expenses for which Baker Donelson requests interim and final allowance of compensation and reimbursement of expenses were rendered and incurred in connection with Baker Donelson's provision of professional services, particularly with regard to advice as to current, pending, and future legislative affairs.

23.     Baker Donelson's services have been necessary and beneficial to Debtors, their estates and other parties in interest.

WHEREFORE, Baker Donelson respectfully requests that the Court enter an Order providing that for the period of October 1, 2013 through December 31, 2013, allowance will be made to Baker Donelson in the sum of $90,000.00 as compensation for reasonable and necessary professional services rendered to Debtors, final approval of fees and expenses totaling $30,078.35 for January, 2014, along with final approval for all fees for Baker Donelson totaling $3,114,500.00 and expenses incurred by Baker Donelson totaling $136,418.89, for a total of $3,250,918.89, that Debtors be authorized and directed to pay to Baker Donelson the

M EFC 2486214 v2
2850487-000001 05/02/2014

outstanding amount of such sums; and for such other and further relief as this Court deems just and proper.

Dated: May 2, 2014.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ
A Professional Corporation

By: _____
E. Franklin Childress, Jr., Shareholder
165 Madison Avenue
Suite 2000
Memphis, Tennessee 38103
(901) 526-2000
(901) 577-2303 – Facsimile

M EFC 2486214 v2
2850487-000001 05/02/2014