IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Date: July 4, 2014 at 4:00 p.m.

Hearing Deadline: October 14, 2014 at 10:00 a.m.

FINAL FEE APPLICATION OF
NORTON ROSE FULBRIGHT CANADA LLP[2]
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM
OCTOBER 17, 2006 THROUGH TO FEBRUARY 3, 2014

| Name of Applicant: | Norton Rose Fulbright Canada LLP ("NR") |
|---|---|
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered and effective as of December 18, 2006 |
| Period for which Compensation and Reimbursement is Sought: | October 17, 2006 through to and including February 3, 2014 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $2,214,457.00[3] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $145,161.56 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Ogilvy Renault LLP joined the Norton Rose Group on June 1, 2011 to continue as Norton Rose OR LLP. On January 1, 2012 Macleod Dixon LLP joined the Norton Rose Group and, as such, Norton Rose OR LLP and Macleod Dixon changed their names to continue as Norton Rose Canada LLP. On June 1, 2013 Fulbright & Jaworski LLP joined the Norton Rose Group, and, as such, Norton Rose Canada LLP has changed its names to continue as Norton Rose Fulbright Canada LLP.

[3] This Final Fee Application includes copies of monthly fee applications for the months of October, 2013, December, 2013 and January, 2014 through February 3, 2014.

This is a:    _ monthly    ___ interim    X__final application.

The total time expended for preparation of this fee application is approximately three (5) hours and the corresponding estimated compensation requested is approximately $1,350.00.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 03/16/07 | 10/17/06-01/31/07 | $102,612.50 | $665.48 | $82,090.00 | $665.48 |
| 04/24/07 | 02/01/07-02/28/07 | $45,825.50 | $328.67 | n/a | $328.67 |
| 05/10/07[5] | 02/01/07-02/28/07 | $97.50 | $0.00 | $36,738.40 | n/a |
| 05/10/07 | 03/01/07-03/31/07 | $57,662.00 | $5,125.70 | $46,129.60 | $5,125.70 |
| 06/08/07 | 04/01/07-04/30/07 | $47,014.00 | $1,540.51 | $37,611.20 | $1,540.51 |
| 06/27/07 | 05/01/07-05/31/07 | $21,853.00 | $296.98 | $17,482.40 | $296.98 |
| 08/03/07 | 06/01/07-06/30/07 | $34,799.00 | $2,223.81 | $27,839.20 | $2,223.81 |
| 08/28/07 | 07/01/07-07/31/07 | $85,426.50 | $206.43 | $68,341.20 | $206.43 |
| 09/24/07 | 08/01/07-08/31/07 | $74,819.50 | $335.00 | $59,855.60 | $335.00 |
| 11/08/07 | 09/01/07-09/30/07 | $104,938.00 | $104,661.80 | $83,950.40 | $104,661.80 |
| 11/20/07 | 10/01/07-10/31/07 | $87,103.50 | $488.03 | $69,682.80 | $488.03 |
| 01/11/08 | 11/01/07-11/30/07 | $77,944.00 | $6,166.86 | $62,355.20 | $6,166.86 |
| 01/28/08 | 12/01/07-12/31/07 | $8,348.50 | $99.93 | $6,678.80 | $99.93 |
| 02/28/08 | 01/01/08-01/31/08 | $10,198.50 | $88.70 | $8,158.80 | $88.70 |
| 04/01/08 | 02/01/08-02/29/08 | $24,299.50 | $449.80 | $19,439.60 | $449.80 |
| 04/24/08 | 03/01/08-03/31/08 | $45,098.50 | $1,296.53 | $36,078.80 | $1,296.53 |
| 05/15/08 | 04/01/08-04/30/08 | $50,569.50 | $2,757.72 | $40,455.60 | $2,757.72 |
| 06/20/08 | 05/01/08-05/31/08 | $87,505.50 | $1,965.87 | $70,004.40 | $1,965.87 |
| 07/31/08 | 06/01/08-06/30/08 | $64,835.50 | $316.78 | $51,868.40 | $316.78 |
| 08/26/08 | 07/01/08-07/31/08 | $56,187.00 | $76.66 | $44,949.60 | $76.66 |
| 09/22/08 | 08/01/08-08/31/08 | $107,954.50 | $573.95 | $86,363.60 | $573.95 |
| 10/31/08 | 09/01/08-09/30/08 | $223,082.00 | $3,009.77 | $178,465.60 | $3,009.77 |
| 11/18/08 | 10/01/08-10/31/08 | $46,804.00 | $566.87 | $37,448.20 | $566.87 |
| 01/06/09 | 11/01/08-11/30/08 | $18,141.00 | $293.58 | $14,512.80 | $293.58 |

---

[4] The "Approved Fees" amount represents 80% of the fees requested by NR.
[5] This application was filed as a "corrected" second monthly fee application to replace and correct errors related to the amount of compensation sought pursuant to the original second monthly fee application (the "Original Second Monthly") filed on April 24, 2007. The corrected second monthly fee application requests an additional $97.50 on top of what was requested in the Original Second Monthly.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 01/29/09 | 12/01/08-12/31/08 | $5,222.00 | $101.31 | $4,177.00 | $101.31 |
| 02/19/09 | 01/01/09-01/31/09 | $7,232.00 | $34.48 | $5,785.60 | $34.48 |
| 03/19/09 | 02/01/09-02/28/09 | $20,934.00 | $217.02 | $16,747.20 | $217.02 |
| 04/16/09 | 03/01/09-03/31/09 | $29,166.00 | $674.25 | $23,332.80 | $674.25 |
| 06/02/09 | 04/01/09-04/30/09 | $18,798.50 | $37.33 | $15,038.80 | $37.33 |
| 06/16/09 | 05/01/09-05/31/09 | $5,743.00 | $28.75 | $4,594.40 | $28.75 |
| 07/22/09 | 06/01/09-06/30/09 | $8,340.50 | $145.70 | $6,672.40 | $145.70 |
| 08/21/09 | 07/01/09-07/31/09 | $15,320.52 | $200.52 | $12,256.42 | $200.52 |
| 09/23/09 | 08/01/09-08/31/09 | $3,558.00 | $57.51 | $2,846.40 | $57.51 |
| 10/26/09 | 09/01/09-09/30/09 | $32,965.50 | $926.42 | $26,372.40 | $926.42 |
| 12/02/09 | 10/01/09-10/31/09 | $50,301.50 | $485.51 | $40,241.20 | $485.51 |
| 12/17/09 | 11/01/09-11/30/09 | $29,593.50 | $214.69 | $23,674.80 | $214.69 |
| 02/02/10 | 12/01/09-12/31/09 | $80,158.50 | $535.59 | $64,126.80 | $535.59 |
| 02/23/10 | 01/01/10-01/31/10 | $80,809.50 | $556.77 | $64,647.60 | $556.77 |
| 03/31/10 | 02/01/10-02/28/10 | $96,649.00 | $3,072.97 | $77,319.20 | $3,072.97 |
| 04/28/10 | 03/01/10-03/31/10 | $9,870.50 | $199.07 | $7,824.40 | $199.07 |
| 06/02/10 | 04/01/10-04/30/10 | $2,585.00 | $65.10 | $2,068.00 | $65.10 |
| 07/07/10 | 05/01/10-05/31/10 | $1,876.50 | $74.52 | $1,501.20 | $74.52 |
| 08/06/10 | 06/01/10-06/30/10 | $505.00 | $30.81 | $404.00 | $30.81 |
| 09/07/10 | 07/01/10-07/31/10 | $7,259.00 | $30.67 | $5,807.20 | $30.67 |
| 10/13/10 | 08/01/10-08/31/10 | $4,319.50 | $219.33 | $3,455.60 | $219.33 |
| 11/01/10 | 09/01/10-09/30/10 | $715.50 | $30.49 | $572.40 | $30.49 |
| 12/07/10 | 10/01/10-10/31/10 | $1,019.50 | $30.67 | $1,019.50 | $30.67 |
| 01/04/11 | 11/01/10-11/30/10 | $1,774.50 | $61.62 | $1,774.50 | $61.62 |
| 02/02/11 | 12/01/10-12/31/10 | $7,476.50 | $109.54 | $7,476.50 | $109.54 |
| 03/07/11 | 01/01/11-01/31/11 | $16,190.00 | $265.67 | $16,190.00 | $265.67 |
| 04/07/11 | 02/01/11-02/28/11 | $10,759.00 | $84.93 | $10,759.00 | $84.93 |
| 04/26/11 | 03/01/11-03/31/11 | $38,163.00 | $409.84 | $38,163.00 | $409.84 |
| 05/18/11 | 04/01/11-04/30/11 | $37,330.00 | $630.97 | $37,330.00 | $630.97 |
| 06/13/11 | 05/01/11-05/31/11 | $1,789.00 | $0.00 | $1,789.00 | $0.00 |
| 7/20/2011 | 06/01/11-06/30/11 | $803.00 | $34.60 | $803.00 | $34.60 |
| 08/22/2001 | 07/01/11-07/31/11 | $1,894.00 | $169.88 | $1,894.00 | $169.88 |
| 09/29/2011 | 08/01/11-08/31/11 | $10,965.00 | $211.22 | $10,965.00 | $211.22 |
| 10/24/2011 | 09/01/11-09/30/11 | $2,014.00 | $76.19 | $2,014.00 | $76.19 |
| 11/11/2011 | 10/01/11-10/31/11 | $1,692.00 | $47.27 | $1,353.60 | $47.27 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 12/21/2011 | 11/01/11-11/30/11 | $2,068.00 | $101.73 | $1,654.40 | $101.73 |
| 01/30/2012 | 12/01/11-12/31/11 | $705.00 | $34.96 | $564.00 | $34.96 |
| 03/07/2012 | 01/01/12-01/31/12 | $6,276.50 | $0.00 | $5,01.20 | $0.00 |
| 03/15/2012 | 02/01/12-02/29/12 | $9,475.00 | $279.00 | $7,580.00 | $279.00 |
| 05/07/2012 | 03/01/11-03/31/11 | $985.00 | $104.09 | $788.00 | $104.09 |
| 06/05/2012 | 04/01/11-04/30/11 | $1,934.00 | $0.00 | $1,547.20 | $0.00 |
| 06/22/2012 | 05/01/12-05/31/12 | $2,787.00 | $72.48 | $2,229.60 | $72.48 |
| 09/22/2012 | 06/01/12-06/30/12 | $975.00 | $36.24 | $780.00 | $36.24 |
| 11/28/2012 | 07/01/12-08/31/12 | $8,175.50 | $235.94 | $6,540.40 | $235.94 |
| 12/21/2012 | 10/01/12-10/31/12 | $735.50 | $23.94 | $588.40 | $23.94 |
| 06/13/2013 | 11/01/12-11/30/12 | $75.00 | $45.33 | $60.00 | $45.33 |
| 07/11/2013 | 12/01/12-12/31/12 | $2,487.37 | 0.00 | $1,989.89 | 0.00 |
| 09/09/2013 | 01/01/13-01/31/13 | $2,822.50 | $35.93 | $2,258.00 | $35.93 |
| 11/05/2013 | 01/02/13-02/28/13 | $4,067.50 | $134.40 | $3,254.00 | $134.40 |
| 01/09/14 | 03/01/13-05/31/13 | $910.00 | 0.00 | $728.00 | 0.00 |
| 02/06/14 | 06/30/13-06/30/13 | $1,816.00 | $35.89 | $1,452.80 | $35.89 |
| 02/26/14 | 07/01/13-07/31/13 | $3,641.00 | $192.07 | $2,912.80 | $192.07 |
| 03/21/14 | 08/01/13-08/31/13 | $2,201.50 | 0.00 | $1,761.20 | 0.00 |
| 04/00/14 | 09/01/13-09/30/13 | $342.00 | $36.05 | pending | pending |
| 05/02/14 | 10/01/13-12/31/13 | $498.00 | $1.20 | pending | pending |
| 05/02/14 | 12/01/13-12/31/13 | $17,431.50 | $24.80 | pending | pending |
| 05/02/14 | 01/01/14-01/31/14 | $38,546.50 | $160.87 | pending | pending |
| 05/02/14 | 01/15/14-02/03/14 | $1,404.50 | 0.00 | pending | pending |

## NR PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Peter E. Lockie | Partner, Year of Call to the Ontario Bar - 1974 | 2014 - $700.00 | 8.40 | $5,880.00 |
| Derrick Tay | Partner, Year of Call to the Ontario Bar – 1981 | 2007 - $866.50*<br>2007 - $875.00<br>2008 - $900.00<br>2008 - $931.90*<br>2008 - $950.00<br>2009 - $1,000.00<br>2010 - $1,050.00<br>2011 - $1,100.00 | 35.30<br>216.00<br>30.00<br>81.50<br>121.80<br>36.20<br>1.30<br>4.40 | $30,587.45<br>$189,000.00<br>$27,000.00<br>$75,949.85<br>$115,710.00<br>$36,200.00<br>$1,365.00<br>$4,840.00 |
| Ian Ness | Partner, Year of Call to the Ontario Bar – 1984 | 2007 - $650.00<br>2013 - $900.00 | 92.1<br>2.40 | $59,865.00<br>$2,160.00 |
| Mario Forte | Partner, Year of Call to the Ontario Bar – 1987 | 2008 - $750.00 | 0.80 | $600.00 |
| Tony Reyes | Partner, Year of Call to the Ontario Bar – 1988 | 2008 - $750.00<br>2013 - $960.00<br>2014 - $1,000.00 | 76.30<br>12.00<br>7.20 | $57,225.00<br>$11,520.00<br>$7,200.00 |
| Ruth Wahl | Partner, Year of Call to the Ontario Bar – 1987 | 2009 - $710.00<br>2011 - $790.00 | 10.50<br>2.00 | $7,455.00<br>$1,580.00 |
| Karen Galpern | Partner, Year of Call to the Ontario Bar – 1993 | 2007 - $600.00<br>2008 - $625.00<br>2009 - $650.00 | 69.20<br>35.80<br>13.00 | $41,520.00<br>$22,375.00<br>$8,450.00 |
| Orestes Pasparakis | Partner, Year of Call to the Ontario Bar – 1995 | 2007 - $557.61<br>2007 - $560.00<br>2008 - $590.00<br>2008 - $610.00*<br>2009 - $714.39*<br>2009 - $725.00<br>2010 - $760.00<br>2011 - $800.00<br>2012 - $830.00<br>2013 - $945.00<br>2014 - $975.00 | 20.90<br>117.30<br>382.3<br>49.20<br>26.40<br>142.00<br>24.20<br>75.60<br>5.0<br>3.70<br>7.30 | $11,654.00<br>$65,688.00<br>$225,557.00<br>$30,012.00<br>$19,572.70<br>$102,950.00<br>$18,392.00<br>$60,480.00<br>$4,150.00<br>$3,496.50<br>$7,117.50 |
| Teresa Walsh | Partner, Year of Call to the Ontario Bar – 1996 | 2007 - $495.90*<br>2007 – $510.00<br>2008 - $535.00<br>2009 - $560.00<br>2010 - $575.00<br>2011 - $600.00<br>2012 - $615.00 | 87.20<br>63.70<br>25.6<br>85.40<br>10.90<br>5.40<br>3.0 | $43,242.48<br>$32,487.00<br>$13,696.00<br>$47,824.00<br>$6,267.50<br>$3,240.00<br>$1,845.00 |

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Lynn O'Brien | Counsel, Year of Call to Ontario Bar - 1994 | 2014 - $590.00 | 0.50 | $295.00 |
| Barry N. Segal | Partner, Year of Call to the Ontario Bar - 2000 | 2014 - $800.00 | 0.30 | $240.00 |
| Susan Rothfels | Partner, Year of Call to the Ontario Bar – 1997 | 2007 – 470.00<br>2010 - $560.00 | 1.0<br>1.50 | $470.00<br>$840.00 |
| Paul Carenza | Partner, Year of Call to the Ontario Bar – 1997 | 2008 – 650.00 | 0.80 | $520.00 |
| Jennifer Stam | Associate, Year of Call to the Ontario Bar – 2002 | 2007 - $407.65*<br>2007 - $465.00<br>2008 - $495.00<br>2008 - $500.00<br>2010 - $580.00 | 6.80<br>77.40<br>13.70<br>65.80<br>1.50 | $2,772.00<br>$35,991.00<br>$6,781.50<br>$32,900.00<br>$870.00 |
| Allison Kuntz | Associate, Year of Call to the Ontario Bar – 2004 | 2007 - $293.62*<br>2007 - $305.00<br>2008 - $340.00<br>2009 - $370.00<br>2010 - $390.00 | 73.80<br>109.90<br>0.50<br>120.00<br>171.20 | $21,669.16<br>$33,519.50<br>$170.00<br>$44,400.00<br>$66,768.00 |
| James Jones | Associate, Year of Call to the Ontario Bar – 2004 | 2007 - $295.00 | 3.00 | $885.00 |
| Jessica Caplan | Associate, Year of Call to the Ontario Bar - 2006 | 2007 - $245.00<br>2009 - $300.00 | 188.50<br>0.50 | $46,182.50<br>$150.00 |
| Adrienne Glen | Associate, Year of Call to the Ontario Bar – 2009 | 2010 - $280.00<br>2011 - $300.00<br>2011 - $310.00<br>2011 - $330.00<br>2012 - $350.00 | 25.90<br>0.50<br>58.20<br>14.90<br>7.00 | $7,252.00<br>$150.00<br>$18,042.00<br>$4,917.00<br>$2,450.00 |
| Katherine Smirle | Associate, Year of Call to the Ontario Bar – 2008 | 2009 - $265.00<br>2010 - $280.00 | 63.50<br>1.80 | $16,827.50<br>$504.00 |
| Vasuda Sinha | Associate, Year of Call to the Ontario Bar – 2008 | 2009 - $245.00<br>2010 - $245.00<br>2011 - $260.00<br>2012 - $495.00<br>2013 - $410.00<br>2013 - $375.00<br>2013 - $410.00<br>2014 - $430.00 | 0.50<br>9.00<br>41.80<br>44.60<br>21.30<br>5.90<br>9.00<br>43.10 | $122.50<br>$2,205.00<br>$10,868.00<br>$22,077.00<br>$8,733.00<br>$2,212.50<br>$3,690.00<br>$18,533.00 |
| Alex Dimson | Associate, Year of Call to the Ontario Bar – 2008 | 2011 - $260.00 | 30.20 | $7,852.00 |
| Alexander J. Schmitt | Associate, Year of Call to the Ontario Bar – 2013 | $320.00 | 2.4 | $768.00 |

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Karen Whibley | Litigation Law Clerk | 2007 - $215.00<br>2008 - $225.00 | 282.7<br>46.5 | $60,780.50<br>$10,462.50 |
| Anna Traer | Litigation Law Clerk | 2007 - $190.00 | 80.40 | $15,276.00 |
| Lisa Hagglund | Litigation Law Clerk | 2012 - $250.00<br>2013 - $260.00<br>2014 - $270.00 | 4.00<br>16.80<br>1.60 | $1,000.00<br>$4,368.00<br>$432.00 |
| Katie Legree (Parent) | Litigation Law Clerk | 2007 - $110.00<br>2009 - $130.00<br>2010 - $175.00<br>2012 - $180.00<br>2013 – $210.00 | 0.70<br>0.50<br>36.00<br>7.70<br>1.60 | $77.00<br>$65.00<br>$6,300.00<br>$1,386.00<br>$336.00 |
| Penny Adams | Law Clerk | 2007 - $155.22*<br>2007 - $160.00<br>2008 - $170.00<br>2009 - $180.00<br>2010 - $190.00<br>2011 - $210.00<br>2012 - $220.00 | 78.45<br>123.20<br>109.80<br>84.30<br>7.60<br>36.80<br>21.90 | $12,177.00<br>$19,712.00<br>$18,666.00<br>$15,174.00<br>$1,444.00<br>$7,728.00<br>$4,818.00 |
| Susan E. Bellinger | Law Clerk | 2014 – 250.00 | 2.70 | $675.00 |
| Jean-Yves Fournier | Law Clerk | $140.00 | 1.00 | $140.00 |
| Catherine Ma | Litigation Law Clerk | 2011 - $160.00<br>2012 - $190.00<br>2013 - $200.00<br>2014 - $210.00 | 0.20<br>0.70<br>2.00<br>0.50 | $32.00<br>$133.00<br>$400.00<br>$105.00 |
| Michael Kotrly | Articling Student Associate, Year of Call to the Ontario Bar - 2007 | 2007 - $160.00<br>2008 - $240.00 | 11.00<br>104.30 | $1,760.00<br>$25,032.00 |
| Daniel Lee | Articling Student | 2007 - $185.00 | 35.50 | $6,567.50 |
| Kathleen Smirle | Articling Student | 2007 - $185.00 | 30.10 | $5,568.50 |
| David Tsai | Articling Student | 2008 - $185.00 | 0.80 | $148.00 |
| Adrienne Glen | Articling Student | 2008 - $185.00 | 27.70 | $5,124.50 |
| Ismail Ibrahim | Articling Student | 2008 - $185.00 | 16.20 | $2,997.00 |
| Jospeh Hillier | Articling Student | 2008 - $185.00 | 13.50 | $2,497.50 |
| Livia Kotler | Articling Student | 2009 - $185.00 | 11.20 | $2,072.00 |
| Jessican Lyn | Articling Student | 2009 - $185.00 | 0.80 | $148.00 |
| Nicholas Saint Martin | Articling Student | 2010 - $185.00 | 3.0 | $555.00 |
| Hoori Chitilian | Articling Student | 2011 - $185.00 | 11.00 | $2,035.00 |

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Laura Bursell | Articling Student | 2011 - $185.00 | 3.80 | $703.00 |
| Andrew McCoomb | Articling Student | 2011 - $185.00 | 1.40 | $259.00 |
| James Foy | Articling Student | 2011 - $185.00 | 1.0 | $185.00 |
| Rebecca Lui | Articling Student | 2011 - $185.00 | 0.70 | $129.50 |
| Robin Penslar Levin | Legal Researcher | 2007 - $330.00<br>2008 - $350.00<br>2009 - $370.00 | 17.00<br>10.50<br>2.90 | $5,610.00<br>$3,675.00<br>$1,073.00 |
| Karen Chen | Librarian – n/a | $150.00 | 3.50 | $525.00 |
| n/a | Audit Enquiry Department | 2007 - $250.00<br>2008 - $250.00 | 1.0<br>2.0 | $250.00<br>$500.00 |

\* indicates blended hourly rate

Total Fees:      $2,214,457.00
Total Hours:     4,705.15 hrs
Blended Rate:    $470.65

## TASK CODE SUMMARY

|  | Project Category | Billed Hours | Fees Requested |
|---|---|---|---|
| 0001 | Chapter 11 Proceedings, General Matters | 484.30 | $219,768.50 |
| 0003 | Case Administration | 18.00 | $3,214.00 |
| 0005 | Claims Analysis Objections and Resolution (Asbestos) | 84.6 | $55,665.00 |
| 0006 | Litigation and Litigation Consulting | 3644.9 | $1,810,232.50 |
| 0008 | Fee Applications, Applicant | 295.6 | $69,477.00 |
| 0011 | Employment Application | 177.75 | $56,100.00 |
| Total |  | 4,705.15 | $2,214,457.00 |

## EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Courier Services | $4,602.94 |
| Photocopies | $4,193.60 |
| Taxis | $2,150.50 |
| Facsimile – Long Distance | $610.80 |
| Telephone Call – Long Distance | $611.95 |
| Process Server Fee | $1,725.00 |
| Court Filing Fees | $2,580.00 |
| Professional Fees – Platinum Legal Inc. | $960.00 |
| Overtime Meals | $6.67 |
| Hotel Accommodations | $4,533.62 |
| Misc - PST | $66.26 |
| Airfare | $7,299.14 |
| Telephone Conference | $1,617.44 |
| Meals | $542.01 |
| Document Database maintenance | $106,530.92 |
| Travel Expenses – Flight Change Fee | $154.08 |
| Meals with Clients | $461.71 |
| Copies of Court Documents | $372.00 |
| Car rental / gas | $1,464.28 |
| Overtime – Secretarial | $1,012.50 |
| External DB Search / Quicklaw | $2,993.26 |
| meals – Canada | $440.42 |
| meals – outside Canada | $23.48 |
| Misc | $208.98 |
| **Total** | **$145,161.56** |

Dated: May 2, 2014

NORTON ROSE FULBRIGHT CANADA LLP

Vasuda Sinha  LSUC#: 55005B
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84, Toronto, ON
M5J 2Z4, Canada
Telephone: (416) 216-3921
Facsimile: (416) 216-3930

Special Counsel for the Debtors and Debtors in Possession

## VERIFICATION

PROVINCE OF ONTARIO   :

CITY OF TORONTO   :

Vasuda Sinha, after being duly sworn according to law, deposes and says:

(a)   I am an associate with the law firm of Norton Rose Fulbright Canada LLP ("NR").

(b)   I am familiar with the legal services rendered by NR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of NR.

(c)   I have reviewed the foregoing Final Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl & Jones LLP that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before me this ___ day of May, 2014.

_____
A Commissioner for Taking Affidavits

_____
Vasuda Sinha

Lisa Maria Hagglund, a Commissioner, etc.,
Province of Ontario, for Norton Rose Fulbright Canada LLP;
S.E.N.C.R.L., s.r.l., Barristers and Solicitors.
Expires June 1, 2016.

WHEREFORE, NR respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period of October 17, 2006 through to February 3, 2014, a final allowance be made to NR in the sum of $2,214,457.00 as compensation for reasonable and necessary professional services rendered to Debtors and in the sum of $145, 161.56 for reimbursement of actual and necessary costs and expenses incurred, for a total of $2,359,618.50, that Debtors be authorized and directed to pay to NR the outstanding amount of such sums; and for such other and further relief as this Court deems proper.

Dated: May 2, 2014

NORTON ROSE FULBRIGHT CANADA LLP
Per _____
Vasuda Sinha  LSUC#55005B
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84, Toronto, ON
M5J 2Z4, Canada
Telephone: (416) 216-3921
Facsimile: (416) 216-3930
Special Counsel for Debtors and
Debtors-In-Possession

## VERIFICATION

PROVINCE OF ONTARIO  :

CITY OF TORONTO      :

Vasuda Sinha, after being duly sworn according to law, deposes and says:

(d)   I am an associate with the law firm Norton Rose Fulbright Canada LLP ("NR").

(e)   I am familiar with the legal services rendered by NR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of NR.

(f)   I have reviewed the foregoing Final Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before
me this __2__ day of May, 2014

_____          _____
A Commissioner for Taking                Vasuda Sinha
Affidavits

Lisa Maria Hagglund, a Commissioner, etc.,
Province of Ontario, for Norton Rose Fulbright Canada LLP /
S.E.N.C.R.L., s.r.l., Barristers and Solicitors.
Expires June 1, 2016.

DOCSTOR: 3001948

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Reorganized Debtors | ) | |

Objection Date: July 4, 2014 at 4:00 p.m.

Hearing Deadline: October 14, 2014 at 10:00 a.m.

### NOTICE OF FINAL FEE APPLICATION OF NORTON ROSE FULBRIGHT CANADA LLP[2] FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM OCTOBER 17, 2006 THROUGH TO FEBRUARY 3, 2014

To: (1) The Reorganized Debtors; (2) Office of the United States Trustee; (3) Counsel to the Official Committee of Unsecured Creditors; (4) Counsel to the Official Committee of Personal Injury Claimants; (5) Counsel to the Official Committee of Property Damage Claimants; (6) Counsel to the debtor-in-possession lenders (the "DIP Lenders"); and (7) Counsel to the Official Committee of Equity Holders.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Ogilvy Renault LLP joined the Norton Rose Group on June 1, 2011 to continue as Norton Rose OR LLP. On January 1, 2012 Macleod Dixon LLP joined the Norton Rose Group and, as such, Norton Rose OR LLP and Macleod Dixon changed their names to continue as Norton Rose Canada LLP. On June 1, 2013 Fulbright & Jaworski LLP joined the Norton Rose Group, and, as such, Norton Rose Canada LLP has changed its names to continue as Norton Rose Fulbright Canada LLP.

Norton Rose Fulbright Canada LLP, special counsel for the above noted reorganized debtors in the above noted cases, (the "Reorganized Debtors") has filed and served the Final Application of Norton Rose Fulbright Canada LLP for Compensation and for Reimbursement of Expenses for October 17, 2006 through February 2, 2014 seeking fees in the amount of $2,214,457.00 and expenses in the amount of $145,161.56 (the "Final Fee Application").

Objections or responses to the Final Fee Application, if any, must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, on or before July 4, 2014, at 4:00 p.m.

At the same time, you must also serve a copy of objections or responses, if any upon the following: (i) co-counsel for the Reorganized Debtors, Adam Paul, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654 (Fax number 312-862-2000), Roger Higgins, The Law Offices of Roger Higgins, LLC, 1 North Bishop Street, Suite 14, Chicago IL 60607 (Fax number 312-577-0737); and James E. O'Neill, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (Fax number 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors, Michael Magzamen, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, new York, New York 10038-4982 (Fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (Fax number 302-657-4901); (iii) counsel to the Official Committee of Property Damange Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (Fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (Fax number 302-575-1714); (iv) counsel to the Official

Wilmington, Delaware 19899 (Fax number 302-575-1714); (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (Fax number 212-644-6755), and Marla Eskin, Esquire, Campbell & Levine, LLC, 222 Delaware Avenue, Suite 1620, Wilmington, Delaware 19801 (Fax number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (Fax number 312-993-9767), and The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (Fax number 302-658-6395); (vi) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (Fax number 302-573-6497); (vii) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (Fax number 212-715-8000); and (viii) co-counsel to the Official Committee of Equity Holders, Teresa K.D. Currier, Esquire, Saul Ewing, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, DE 19801.

[*Remainder of Page Intentionally Left Blank*]

A HEARING ON THE FINAL FEE APPLICATION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE, 19801 **ON OCTOBER 14, 2014 AT 10:00 A.M.**

Dated: May 2, 2014

**NORTON ROSE FULBRIGHT CANADA LLP**
Per _____
Vasuda Sinha  LSUC#55005B
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84, Toronto, ON
M5J 2Z4, Canada
Telephone: (416) 216-3921
Facsimile: (416) 216-3930
Special Counsel for Debtors and
Debtors-In-Possession