# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: May 5, 2014 4:00 P.M. |
| | | Hearing Deadline: to be scheduled, if necessary |

### SEVENTY NINTH MONTHLY FEE APPLICATION OF NORTON ROSE FULBRIGHT CANADA LLP[2] FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2013 THROUGH TO DECEMBER 31, 2013

| | |
|---|---|
| Name of Applicant: | Norton Rose Fulbright Canada LLP ("NR") |
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered and effective as of December 18, 2006 |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2013 through to and including December 31, 2013 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $17,431.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $24.80 |

This is a:    X  monthly        ___ interim        ___ final application.

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Ogilvy Renault LLP joined the Norton Rose Group on June 1, 2011 to continue as Norton Rose OR LLP. On January 1, 2012 Macleod Dixon LLP joined the Norton Rose Group and, as such, Norton Rose OR LLP and Macleod Dixon changed their names to continue as Norton Rose Canada LLP. On June 1, 2013 Fulbright & Jaworski LLP joined the Norton Rose Group, and, as such, Norton Rose Canada LLP has changed its names to continue as Norton Rose Fulbright Canada LLP.

- 2 -

The total time expended for preparation of this fee application is approximately two (2) hours and the corresponding estimated compensation requested is approximately $520.00[3]. This is NR's monthly application for interim compensation of services for the interim fee period December 31, 2013 to December 31, 2013 (the "Fee Period").

### PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 03/16/07 | 10/17/06-01/31/07 | $102,612.50 | $665.48 | $82,090.00 | $665.48 |
| 04/24/07 | 02/01/07-02/28/07 | $45,825.50 | $328.67 | n/a | $328.67 |
| 05/10/07[5] | 02/01/07-02/28/07 | $97.50 | $0.00 | $36,738.40 | n/a |
| 05/10/07 | 03/01/07-03/31/07 | $57,662.00 | $5,125.70 | $46,129.60 | $5,125.70 |
| 06/08/07 | 04/01/07-04/30/07 | $47,014.00 | $1,540.51 | $37,611.20 | $1,540.51 |
| 06/27/07 | 05/01/07-05/31/07 | $21,853.00 | $296.98 | $17,482.40 | $296.98 |
| 08/03/07 | 06/01/07-06/30/07 | $34,799.00 | $2,223.81 | $27,839.20 | $2,223.81 |
| 08/28/07 | 07/01/07-07/31/07 | $85,426.50 | $206.43 | $68,341.20 | $206.43 |
| 09/24/07 | 08/01/07-08/31/07 | $74,819.50 | $335.00 | $59,855.60 | $335.00 |
| 11/08/07 | 09/01/07-09/30/07 | $104,938.00 | $104,661.80 | $83,950.40 | $104,661.80 |
| 11/20/07 | 10/01/07-10/31/07 | $87,103.50 | $488.03 | $69,682.80 | $488.03 |
| 01/11/08 | 11/01/07-11/30/07 | $77,944.00 | $6,166.86 | $62,355.20 | $6,166.86 |
| 01/28/08 | 12/01/07-12/31/07 | $8,348.50 | $99.93 | $6,678.80 | $99.93 |
| 02/28/08 | 01/01/08-01/31/08 | $10,198.50 | $88.70 | $8,158.80 | $88.70 |
| 04/01/08 | 02/01/08-02/29/08 | $24,299.50 | $449.80 | $19,439.60 | $449.80 |
| 04/24/08 | 03/01/08-03/31/08 | $45,098.50 | $1,296.53 | $36,078.80 | $1,296.53 |
| 05/15/08 | 04/01/08-04/30/08 | $50,569.50 | $2,757.72 | $40,455.60 | $2,757.72 |
| 06/20/08 | 05/01/08-05/31/08 | $87,505.50 | $1,965.87 | $70,004.40 | $1,965.87 |
| 07/31/08 | 06/01/08-06/30/08 | $64,835.50 | $316.78 | $51,868.40 | $316.78 |
| 08/26/08 | 07/01/08-07/31/08 | $56,187.00 | $76.66 | $44,949.60 | $76.66 |
| 09/22/08 | 08/01/08-08/31/08 | $107,954.50 | $573.95 | $86,363.60 | $573.95 |
| 10/31/08 | 09/01/08-09/30/08 | $223,082.00 | $3,009.77 | $178,465.60 | $3,009.77 |

---

[3] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in NR's subsequent fee applications.
[4] The "Approved Fees" amount represents 80% of the fees requested by NR.
[5] This application was filed as a "corrected" second monthly fee application to replace and correct errors related to the amount of compensation sought pursuant to the original second monthly fee application (the "Original Second Monthly") filed on April 24, 2007. The corrected second monthly fee application requests an additional $97.50 on top of what was requested in the Original Second Monthly.

- 3 -

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 11/18/08 | 10/01/08-10/31/08 | $46,804.00 | $566.87 | $37,448.20 | $566.87 |
| 01/06/09 | 11/01/08-11/30/08 | $18,141.00 | $293.58 | $14,512.80 | $293.58 |
| 01/29/09 | 12/01/08-12/31/08 | $5,222.00 | $101.31 | $4,177.00 | $101.31 |
| 02/19/09 | 01/01/09-01/31/09 | $7,232.00 | $34.48 | $5,785.60 | $34.48 |
| 03/19/09 | 02/01/09-02/28/09 | $20,934.00 | $217.02 | $16,747.20 | $217.02 |
| 04/16/09 | 03/01/09-03/31/09 | $29,166.00 | $674.25 | $23,332.80 | $674.25 |
| 06/02/09 | 04/01/09-04/30/09 | $18,798.50 | $37.33 | $15,038.80 | $37.33 |
| 06/16/09 | 05/01/09-05/31/09 | $5,743.00 | $28.75 | $4,594.40 | $28.75 |
| 07/22/09 | 06/01/09-06/30/09 | $8,340.50 | $145.70 | $6,672.40 | $145.70 |
| 08/21/09 | 07/01/09-07/31/09 | $15,320.52 | $200.52 | $12,256.42 | $200.52 |
| 09/23/09 | 08/01/09-08/31/09 | $3,558.00 | $57.51 | $2,846.40 | $57.51 |
| 10/26/09 | 09/01/09-09/30/09 | $32,965.50 | $926.42 | $26,372.40 | $926.42 |
| 12/02/09 | 10/01/09-10/31/09 | $50,301.50 | $485.51 | $40,241.20 | $485.51 |
| 12/17/09 | 11/01/09-11/30/09 | $29,593.50 | $214.69 | $23,674.80 | $214.69 |
| 02/02/10 | 12/01/09-12/31/09 | $80,158.50 | $535.59 | $64,126.80 | $535.59 |
| 02/23/10 | 01/01/10-01/31/10 | $80,809.50 | $556.77 | $64,647.60 | $556.77 |
| 03/31/10 | 02/01/10-02/28/10 | $96,649.00 | $3,072.97 | $77,319.20 | $3,072.97 |
| 04/28/10 | 03/01/10-03/31/10 | $9,870.50 | $199.07 | $7,824.40 | $199.07 |
| 06/02/10 | 04/01/10-04/30/10 | $2,585.00 | $65.10 | $2,068.00 | $65.10 |
| 07/07/10 | 05/01/10-05/31/10 | $1,876.50 | $74.52 | $1,501.20 | $74.52 |
| 08/06/10 | 06/01/10-06/30/10 | $505.00 | $30.81 | $404.00 | $30.81 |
| 09/07/10 | 07/01/10-07/31/10 | $7,259.00 | $30.67 | $5,807.20 | $30.67 |
| 10/13/10 | 08/01/10-08/31/10 | $4,319.50 | $219.33 | $3,455.60 | $219.33 |
| 11/01/10 | 09/01/10-09/30/10 | $715.50 | $30.49 | $572.40 | $30.49 |
| 12/07/10 | 10/01/10-10/31/10 | $1,019.50 | $30.67 | $1,019.50 | $30.67 |
| 01/04/11 | 11/01/10-11/30/10 | $1,774.50 | $61.62 | $1,774.50 | $61.62 |
| 02/02/11 | 12/01/10-12/31/10 | $7,476.50 | $109.54 | $7,476.50 | $109.54 |
| 03/07/11 | 01/01/11-01/31/11 | $16,190.00 | $265.67 | $16,190.00 | $265.67 |
| 04/07/11 | 02/01/11-02/28/11 | $10,759.00 | $84.93 | $10,759.00 | $84.93 |
| 04/26/11 | 03/01/11-03/31/11 | $38,163.00 | $409.84 | $38,163.00 | $409.84 |
| 05/18/11 | 04/01/11-04/30/11 | $37,330.00 | $630.97 | $37,330.00 | $630.97 |
| 06/13/11 | 05/01/11-05/31/11 | $1,789.00 | $0.00 | $1,789.00 | $0.00 |
| 7/20/2011 | 06/01/11-06/30/11 | $803.00 | $34.60 | $803.00 | $34.60 |
| 08/22/2001 | 07/01/11-07/31/11 | $1,894.00 | $169.88 | $1,894.00 | $169.88 |
| 09/29/2011 | 08/01/11-08/31/11 | $10,965.00 | $211.22 | $10,965.00 | $211.22 |

- 4 -

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 10/24/2011 | 09/01/11-09/30/11 | $2,014.00 | $76.19 | $2,014.00 | $76.19 |
| 11/11/2011 | 10/01/11-10/31/11 | $1,692.00 | $47.27 | $1,353.60 | $47.27 |
| 12/21/2011 | 11/01/11-11/30/11 | $2,068.00 | $101.73 | $1,654.40 | $101.73 |
| 01/30/2012 | 12/01/11-12/31/11 | $705.00 | $34.96 | $564.00 | $34.96 |
| 03/07/2012 | 01/01/12-01/31/12 | $6,276.50 | $0.00 | $5,01.20 | $0.00 |
| 03/15/2012 | 02/01/12-02/29/12 | $9,475.00 | $279.00 | $7,580.00 | $279.00 |
| 05/07/2012 | 03/01/11-03/31/11 | $985.00 | $104.09 | $788.00 | $104.09 |
| 06/05/2012 | 04/01/11-04/30/11 | $1,934.00 | $0.00 | $1,547.20 | $0.00 |
| 06/22/2012 | 05/01/12-05/31/12 | $2,787.00 | $72.48 | $2,229.60 | $72.48 |
| 09/22/2012 | 06/01/12-06/30/12 | $975.00 | $36.24 | $780.00 | $36.24 |
| 11/28/2012 | 07/01/12-08/31/12 | $8,175.50 | $235.94 | $6,540.40 | $235.94 |
| 12/21/2012 | 10/01/12-10/31/12 | $735.50 | $23.94 | $588.40 | $23.94 |
| 06/13/2013 | 11/01/12-11/30/12 | $75.00 | $45.33 | $60.00 | $45.33 |
| 07/11/2013 | 12/01/12-12/31/12 | $2,487.37 | 0.00 | $1,989.89 | 0.00 |
| 09/09/2013 | 01/01/13-01/31/13 | $2,822.50 | $35.93 | $2,258.00 | $35.93 |
| 11/05/2013 | 01/02/13-02/28/13 | $4,067.50 | $134.40 | $3,254.00 | $134.40 |
| 01/09/14 | 03/01/13-05/31/13 | $910.00 | 0.00 | $728.00 | 0.00 |
| 02/06/14 | 06/30/13-06/30/13 | $1,816.00 | $35.89 | $1,452.80 | $35.89 |
| 02/26/14 | 07/01/13-07/31/13 | $3,641.00 | $192.07 | $2,912.80 | $192.07 |
| 03/21/14 | 08/01/13-08/31/13 | $2,201.50 | 0.00 | $1,761.20 | 0.00 |
| 04/14/14 | 09/01/13-09/30/14 | $342.00 | $36.05 | pending | pending |
| 05/012/14 | 10/01/13-10/31/13 | $498.00 | $1.20 | pending | pending |

## NR PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed[6] | Compensation |
|---|---|---|---|---|
| Orestes Pasparakis | Partner, Year of Call to the Ontario Bar - 1995 | $945.00 | 2.30 | $2,173.50 |
| Tony Reyes | Partner, Year of Call to the Ontario Bar – 1988 | $960.00 | 12.00 | $11,520.00 |
| Vasuda Sinha | Associate, Year of Call to the Ontario Bar – 2008 | $410.00 | 8.80 | $3,608.00 |

[6] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

- 5 -

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed[6] | Compensation |
|---|---|---|---|---|
| Lisa Hagglund | Litigation Law Clerk | $260.00 | 0.50 | $130.00 |

Total Fees:             $17,431.50
Total Hours:          23.60 hrs
Blended Rate:        $738.60

## TASK CODE SUMMARY

|  | Project Category | Billed Hours | Fees Requested |
|---|---|---|---|
| 0001 | Chapter 11 Proceedings, General Matters | 23.60 | $17,431.50 |
| Total |  | 23.60 | $17,431.50 |

## EXPENSE SUMMARY

Invoice No. 1228995 (Chapter 11 Proceedings, General Matters -- File No. 01016442-0001)

| Description | Timekeeper | Amount |
|---|---|---|
| Copies |  | 0.50 |
| Courier |  | 24.80 |

| Expense Category | Total Expenses |
|---|---|
| Copies | 0.50 |

- 6 -

| Expense Category | Total Expenses |
|---|---|
| Courier | 24.80 |

WHEREFORE, NR respectfully requests that (a) an allowance be made to it, as fully described above for (i) 80% of the amount of $17,431.50 for reasonable and necessary professional services that NR has rendered to the Debtors during the Fee Period; and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by NR during the Fee Period, $25.30  (b) fees are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

Dated: May ___, 2014

NORTON ROSE FULBRIGHT CANADA LLP

Vasuda Sinha  LSUC#: 55005B
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84, Toronto, ON
M5J 2Z4, Canada
Telephone: (416) 216-3921
Facsimile:  (416) 216-3930

Special Counsel for the Debtors and Debtors in Possession

## VERIFICATION

PROVINCE OF ONTARIO  :

CITY OF TORONTO           :

Vasuda Sinha, after being duly sworn according to law, deposes and says:

(a)     I am an associate with the law firm of Norton Rose Fulbright Canada LLP ("NR").

(b)     I am familiar with the legal services rendered by NR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of NR.

(c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl & Jones LLP that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before
me this ∂ day of May, 2014.

_____          _____
A Commissioner for Taking                                Vasuda Sinha
Affidavits

Kimberly Anne Grange, a Commissioner, etc.,
Province of Ontario,
while a Student-at-law.
Expires May 3, 2015.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[7] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: May 5, 2014 4:00 p.m. |
| | | Hearing Deadline: to be scheduled, if necessary |

**FEE DETAIL FOR NORTON ROSE FULBRIGHT CANADA LLP'S SEVENTY NINTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013**

---

[7] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 2757174\1

1

# NORTON ROSE FULBRIGHT

**INVOICE**

| | |
|---|---|
| Invoice Number: | 1340688 |
| Date: | January 17, 2014 |
| Client: | W.R. GRACE & CO. |
| RE: | Chapter 11 Proceedings, General Matters |
| Matter No: | 01016442-0001 |
| | 100035 |

Barristers & Solicitors / Patent & Trade-mark Agents

Norton Rose Fulbright Canada LLP
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4 CANADA

T : +1 416.216.4000
F : +1 416.216.3930
toronto@nortonrosefulbright.com
nortonrosefulbright.com

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044
U.S.A.

GST: R111340006

Attention:     Richard C. Finke
               Assistant General Counsel-Litigation

For professional services rendered and disbursements incurred for the period ending December 31, 2013.

| | |
|---|---:|
| FEES | 17,431.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 25.30 |
| NET | 17,456.80 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE IN CANADIAN DOLLARS | $17,456.80 |

Please note that interest at the rate of 1.3% per annum may be charged on any invoice
that is not paid in full within 30 days from the date on which it was issued.

Payable upon receipt

Banking information for wire transfer
RBC Financial Group, Main Branch, Royal Bank Plaza
Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
Swift Code # ROYCCAT2
Include invoice number on transfer order

W.R. GRACE & CO.                                                        01016442-0001

RE:          Chapter 11 Proceedings, General Matters

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 3/12/13 | Orestes Pasparakis | Follow-up on status. | 0.30 | 283.50 |
| 6/12/13 | Orestes Pasparakis | Follow-up regarding next steps. Preparing for meeting. | 0.30 | 283.50 |
| 9/12/13 | Vasuda Sinha | Attending teleconference with M. Jones and O. Pasparakis regarding status of chapter 11 proceedings and steps needed to be taken in Canada (0.5).  Follow up regarding same (0.3). | 0.80 | 328.00 |
| 9/12/13 | Orestes Pasparakis | Conference call with U.S. Counsel (0.5). Preparing for same (0.3). Directions to team and follow-up on next steps (0.3). | 1.10 | 1,039.50 |
| 10/12/13 | Vasuda Sinha | Preparing for and attending office conference with T. Reyes regarding steps to be taken in Canadian proceedings. | 0.50 | 205.00 |
| 10/12/13 | Orestes Pasparakis | Follow-up regarding plan issues and implementation. | 0.30 | 283.50 |
| 10/12/13 | Tony Reyes | Office consultation with O. Pasparakis regarding implementation of Plan in Canada (0.4). Office consultation with V. Sinha (0.4). Emails with O. Pasparakis (0.3). Review of materials (0.4). | 1.50 | 1,440.00 |
| 11/12/13 | Orestes Pasparakis | Considering steps memo and way forward. | 0.30 | 283.50 |
| 11/12/13 | Tony Reyes | Continued review of Plan and preparing memo and timeline re same. | 2.50 | 2,400.00 |
| 12/12/13 | Tony Reyes | Office consultation with O. Pasparakis regarding status and steps (0.5). Updating memo re U.S. Plan (0.6). | 1.10 | 1,056.00 |
| 13/12/13 | Tony Reyes | Review of Canadian documents and preparing summary of same. | 3.20 | 3,072.00 |
| 16/12/13 | Vasuda Sinha | Reviewing Plan and settlement documents. | 2.00 | 820.00 |

INVOICE: 1340688

W.R. GRACE & CO.                                                    01016442-0001

RE:        Chapter 11 Proceedings, General Matters

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 17/12/13 | Vasuda Sinha | Reviewing plan and settlement documents and considering issues regarding Plan Effective Date. | 3.50 | 1,435.00 |
| 19/12/13 | Vasuda Sinha | Reviewing settlement and Plan documents regarding steps to be taken in Canada prior to Plan Effective Date and considering issues regarding same. | 0.70 | 287.00 |
| 20/12/13 | Vasuda Sinha | Reviewing normal course correspondence from Chapter 11 proceedings. | 0.30 | 123.00 |
| 27/12/13 | Lisa Hagglund | Assemble material for 73rd Monthly fee application. | 0.50 | 130.00 |
| 27/12/13 | Tony Reyes | Emails regarding steps in Canada (0.7). Completing review of Canadian orders and documents, and meeting with V. Sinha (3.0). | 3.70 | 3,552.00 |
| 27/12/13 | Vasuda Sinha | Teleconference with T. Reyes regarding next steps in Canadian Proceedings. | 0.30 | 123.00 |
| 31/12/13 | Vasuda Sinha | Preparing for and attending teleconference with R. Finke and O. Pasparakis regarding Kappelar Masonry receivership. | 0.70 | 287.00 |
| | | **TOTAL FEES** | | **CAD $17,431.50** |

**DISBURSEMENTS - NON TAXABLE**

| | | |
|---|---|---|
| Copies | | 0.50 |
| Courier service | | 24.80 |
| | **TOTAL** | **CAD $25.30** |

INVOICE: 1340688