# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: May 5, 2014 4:00 P.M. |
| | | Hearing Deadline: to be scheduled, if necessary |

## EIGHTIETH MONTHLY FEE APPLICATION OF NORTON ROSE FULBRIGHT CANADA LLP[2] FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JANUARY 1, 2014 THROUGH TO JANUARY 31, 2014

| Name of Applicant: | Norton Rose Fulbright Canada LLP ("NR") |
|---|---|
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered and effective as of December 18, 2006 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2014 through to and including January 31, 2014 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $38,546.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $160.87 |

This is a:     X  monthly     ___ interim     ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Ogilvy Renault LLP joined the Norton Rose Group on June 1, 2011 to continue as Norton Rose OR LLP. On January 1, 2012 Macleod Dixon LLP joined the Norton Rose Group and, as such, Norton Rose OR LLP and Macleod Dixon changed their names to continue as Norton Rose Canada LLP. On June 1, 2013 Fulbright & Jaworski LLP joined the Norton Rose Group, and, as such, Norton Rose Canada LLP has changed its names to continue as Norton Rose Fulbright Canada LLP.

- 2 -

The total time expended for preparation of this fee application is approximately two (2) hours and the corresponding estimated compensation requested is approximately $520.00[3]. This is NR's monthly application for interim compensation of services for the interim fee period January 1, 2014 to January 31, 2014 (the "Fee Period").

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 03/16/07 | 10/17/06-01/31/07 | $102,612.50 | $665.48 | $82,090.00 | $665.48 |
| 04/24/07 | 02/01/07-02/28/07 | $45,825.50 | $328.67 | n/a | $328.67 |
| 05/10/07[5] | 02/01/07-02/28/07 | $97.50 | $0.00 | $36,738.40 | n/a |
| 05/10/07 | 03/01/07-03/31/07 | $57,662.00 | $5,125.70 | $46,129.60 | $5,125.70 |
| 06/08/07 | 04/01/07-04/30/07 | $47,014.00 | $1,540.51 | $37,611.20 | $1,540.51 |
| 06/27/07 | 05/01/07-05/31/07 | $21,853.00 | $296.98 | $17,482.40 | $296.98 |
| 08/03/07 | 06/01/07-06/30/07 | $34,799.00 | $2,223.81 | $27,839.20 | $2,223.81 |
| 08/28/07 | 07/01/07-07/31/07 | $85,426.50 | $206.43 | $68,341.20 | $206.43 |
| 09/24/07 | 08/01/07-08/31/07 | $74,819.50 | $335.00 | $59,855.60 | $335.00 |
| 11/08/07 | 09/01/07-09/30/07 | $104,938.00 | $104,661.80 | $83,950.40 | $104,661.80 |
| 11/20/07 | 10/01/07-10/31/07 | $87,103.50 | $488.03 | $69,682.80 | $488.03 |
| 01/11/08 | 11/01/07-11/30/07 | $77,944.00 | $6,166.86 | $62,355.20 | $6,166.86 |
| 01/28/08 | 12/01/07-12/31/07 | $8,348.50 | $99.93 | $6,678.80 | $99.93 |
| 02/28/08 | 01/01/08-01/31/08 | $10,198.50 | $88.70 | $8,158.80 | $88.70 |
| 04/01/08 | 02/01/08-02/29/08 | $24,299.50 | $449.80 | $19,439.60 | $449.80 |
| 04/24/08 | 03/01/08-03/31/08 | $45,098.50 | $1,296.53 | $36,078.80 | $1,296.53 |
| 05/15/08 | 04/01/08-04/30/08 | $50,569.50 | $2,757.72 | $40,455.60 | $2,757.72 |
| 06/20/08 | 05/01/08-05/31/08 | $87,505.50 | $1,965.87 | $70,004.40 | $1,965.87 |
| 07/31/08 | 06/01/08-06/30/08 | $64,835.50 | $316.78 | $51,868.40 | $316.78 |
| 08/26/08 | 07/01/08-07/31/08 | $56,187.00 | $76.66 | $44,949.60 | $76.66 |
| 09/22/08 | 08/01/08-08/31/08 | $107,954.50 | $573.95 | $86,363.60 | $573.95 |
| 10/31/08 | 09/01/08-09/30/08 | $223,082.00 | $3,009.77 | $178,465.60 | $3,009.77 |

---

[3] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in NR's subsequent fee applications.
[4] The "Approved Fees" amount represents 80% of the fees requested by NR.
[5] This application was filed as a "corrected" second monthly fee application to replace and correct errors related to the amount of compensation sought pursuant to the original second monthly fee application (the "Original Second Monthly") filed on April 24, 2007. The corrected second monthly fee application requests an additional $97.50 on top of what was requested in the Original Second Monthly.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 11/18/08 | 10/01/08-10/31/08 | $46,804.00 | $566.87 | $37,448.20 | $566.87 |
| 01/06/09 | 11/01/08-11/30/08 | $18,141.00 | $293.58 | $14,512.80 | $293.58 |
| 01/29/09 | 12/01/08-12/31/08 | $5,222.00 | $101.31 | $4,177.00 | $101.31 |
| 02/19/09 | 01/01/09-01/31/09 | $7,232.00 | $34.48 | $5,785.60 | $34.48 |
| 03/19/09 | 02/01/09-02/28/09 | $20,934.00 | $217.02 | $16,747.20 | $217.02 |
| 04/16/09 | 03/01/09-03/31/09 | $29,166.00 | $674.25 | $23,332.80 | $674.25 |
| 06/02/09 | 04/01/09-04/30/09 | $18,798.50 | $37.33 | $15,038.80 | $37.33 |
| 06/16/09 | 05/01/09-05/31/09 | $5,743.00 | $28.75 | $4,594.40 | $28.75 |
| 07/22/09 | 06/01/09-06/30/09 | $8,340.50 | $145.70 | $6,672.40 | $145.70 |
| 08/21/09 | 07/01/09-07/31/09 | $15,320.52 | $200.52 | $12,256.42 | $200.52 |
| 09/23/09 | 08/01/09-08/31/09 | $3,558.00 | $57.51 | $2,846.40 | $57.51 |
| 10/26/09 | 09/01/09-09/30/09 | $32,965.50 | $926.42 | $26,372.40 | $926.42 |
| 12/02/09 | 10/01/09-10/31/09 | $50,301.50 | $485.51 | $40,241.20 | $485.51 |
| 12/17/09 | 11/01/09-11/30/09 | $29,593.50 | $214.69 | $23,674.80 | $214.69 |
| 02/02/10 | 12/01/09-12/31/09 | $80,158.50 | $535.59 | $64,126.80 | $535.59 |
| 02/23/10 | 01/01/10-01/31/10 | $80,809.50 | $556.77 | $64,647.60 | $556.77 |
| 03/31/10 | 02/01/10-02/28/10 | $96,649.00 | $3,072.97 | $77,319.20 | $3,072.97 |
| 04/28/10 | 03/01/10-03/31/10 | $9,870.50 | $199.07 | $7,824.40 | $199.07 |
| 06/02/10 | 04/01/10-04/30/10 | $2,585.00 | $65.10 | $2,068.00 | $65.10 |
| 07/07/10 | 05/01/10-05/31/10 | $1,876.50 | $74.52 | $1,501.20 | $74.52 |
| 08/06/10 | 06/01/10-06/30/10 | $505.00 | $30.81 | $404.00 | $30.81 |
| 09/07/10 | 07/01/10-07/31/10 | $7,259.00 | $30.67 | $5,807.20 | $30.67 |
| 10/13/10 | 08/01/10-08/31/10 | $4,319.50 | $219.33 | $3,455.60 | $219.33 |
| 11/01/10 | 09/01/10-09/30/10 | $715.50 | $30.49 | $572.40 | $30.49 |
| 12/07/10 | 10/01/10-10/31/10 | $1,019.50 | $30.67 | $1,019.50 | $30.67 |
| 01/04/11 | 11/01/10-11/30/10 | $1,774.50 | $61.62 | $1,774.50 | $61.62 |
| 02/02/11 | 12/01/10-12/31/10 | $7,476.50 | $109.54 | $7,476.50 | $109.54 |
| 03/07/11 | 01/01/11-01/31/11 | $16,190.00 | $265.67 | $16,190.00 | $265.67 |
| 04/07/11 | 02/01/11-02/28/11 | $10,759.00 | $84.93 | $10,759.00 | $84.93 |
| 04/26/11 | 03/01/11-03/31/11 | $38,163.00 | $409.84 | $38,163.00 | $409.84 |
| 05/18/11 | 04/01/11-04/30/11 | $37,330.00 | $630.97 | $37,330.00 | $630.97 |
| 06/13/11 | 05/01/11-05/31/11 | $1,789.00 | $0.00 | $1,789.00 | $0.00 |
| 7/20/2011 | 06/01/11-06/30/11 | $803.00 | $34.60 | $803.00 | $34.60 |
| 08/22/2001 | 07/01/11–07/31/11 | $1,894.00 | $169.88 | $1,894.00 | $169.88 |
| 09/29/2011 | 08/01/11-08/31/11 | $10,965.00 | $211.22 | $10,965.00 | $211.22 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 10/24/2011 | 09/01/11-09/30/11 | $2,014.00 | $76.19 | $2,014.00 | $76.19 |
| 11/11/2011 | 10/01/11-10/31/11 | $1,692.00 | $47.27 | $1,353.60 | $47.27 |
| 12/21/2011 | 11/01/11-11/30/11 | $2,068.00 | $101.73 | $1,654.40 | $101.73 |
| 01/30/2012 | 12/01/11-12/31/11 | $705.00 | $34.96 | $564.00 | $34.96 |
| 03/07/2012 | 01/01/12-01/31/12 | $6,276.50 | $0.00 | $5,01.20 | $0.00 |
| 03/15/2012 | 02/01/12-02/29/12 | $9,475.00 | $279.00 | $7,580.00 | $279.00 |
| 05/07/2012 | 03/01/11-03/31/11 | $985.00 | $104.09 | $788.00 | $104.09 |
| 06/05/2012 | 04/01/11-04/30/11 | $1,934.00 | $0.00 | $1,547.20 | $0.00 |
| 06/22/2012 | 05/01/12-05/31/12 | $2,787.00 | $72.48 | $2,229.60 | $72.48 |
| 09/22/2012 | 06/01/12-06/30/12 | $975.00 | $36.24 | $780.00 | $36.24 |
| 11/28/2012 | 07/01/12-08/31/12 | $8,175.50 | $235.94 | $6,540.40 | $235.94 |
| 12/21/2012 | 10/01/12-10/31/12 | $735.50 | $23.94 | $588.40 | $23.94 |
| 06/13/2013 | 11/01/12-11/30/12 | $75.00 | $45.33 | $60.00 | $45.33 |
| 07/11/2013 | 12/01/12-12/31/12 | $2,487.37 | 0.00 | $1,989.89 | 0.00 |
| 09/09/2013 | 01/01/13-01/31/13 | $2,822.50 | $35.93 | $2,258.00 | $35.93 |
| 11/05/2013 | 01/02/13-02/28/13 | $4,067.50 | $134.40 | $3,254.00 | $134.40 |
| 01/09/14 | 03/01/13-05/31/13 | $910.00 | 0.00 | $728.00 | 0.00 |
| 02/06/14 | 06/30/13-06/30/13 | $1,816.00 | $35.89 | $1,452.80 | $35.89 |
| 02/26/14 | 07/01/13-07/31/13 | $3,641.00 | $192.07 | $2,912.80 | $192.07 |
| 03/21/14 | 08/01/13-08/31/13 | $2,201.50 | 0.00 | $1,761.20 | 0.00 |
| 04/14/14 | 09/01/13-09/30/14 | $342.00 | $36.05 | pending | pending |
| 05/02/14 | 10/01/13-10/31/13 | $498.00 | $1.20 | pending | pending |
| 05/02/14 | 12/01/13-12/31/13 | $17,431.50 | $25.30 | pending | pending |

## NR PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed[6] | Compensation |
|---|---|---|---|---|
| Peter E. Lockie | Partner, Year of Call to the Ontario Bar - 1974 | $700.00 | 8.40 | $5,880.00 |
| Tony Reyes | Partner, Year of Call to the Ontario Bar – 1988 | $1,000.00 | 7.20 | $7,200.00 |

---

[6] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

- 5 -

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed[6] | Compensation |
|---|---|---|---|---|
| Orestes Pasparakis | Partner, Year of Call to the Ontario Bar - 1995 | $975.00 | 7.30 | $5,362.50 |
| Lynn O'Brien | Counsel, Year of Call to Ontario Bar - 1994 | $590.00 | 0.50 | $295.00 |
| Barry N. Segal | Partner, Year of Call to the Ontario Bar - 2000 | $800.00 | 0.30 | $240.00 |
| Vasuda Sinha | Associate, Year of Call to the Ontario Bar – 2008 | $430.00 | 42.60 | $18,318.00 |
| Alexander J. Schmitt | Associate, Year of Call to the Ontario Bar – 2013 | $320.00 | 2.4 | $768.00 |
| Lisa Hagglund | Litigation Law Clerk | $270.00 | 1.50 | $405.00 |
| Catherine Ma | Litigation Law Clerk | $210.00 | 0.50 | $105.00 |

Total Fees:     $38,546.50
Total Hours:    73.70 hrs
Blended Rate:   $523.00

## TASK CODE SUMMARY

|  | Project Category | Billed Hours | Fees Requested |
|---|---|---|---|
| 0001 | Chapter 11 Proceedings, General Matters | 73.70 | $38,546.50 |
| Total |  | 73.70 | $38,546.50 |

## EXPENSE SUMMARY

Invoice No. 1228995 (Chapter 11 Proceedings, General Matters – File No. 01016442-0001)

| Description | Timekeeper | Amount |
|---|---|---|
| Copies |  | 17.70 |

- 6 -

| Description | Timekeeper | Amount |
|---|---|---|
| Courier | | $143.17 |

| Expense Category | Total Expenses |
|---|---|
| Copies | 17.70 |
| Courier | $143.17 |

WHEREFORE, NR respectfully requests that (a) an allowance be made to it, as fully described above for (i) 80% of the amount of $38,546.50 for reasonable and necessary professional services that NR has rendered to the Debtors during the Fee Period; and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by NR during the Fee Period, $160.87 (b) fees are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

Dated: May 1, 2014

NORTON ROSE FULBRIGHT CANADA LLP

_____

Vasuda Sinha  LSUC#: 55005B
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84, Toronto, ON
M5J 2Z4, Canada
Telephone: (416) 216-3921
Facsimile:  (416) 216-3930

Special Counsel for the Debtors and Debtors in Possession

## VERIFICATION

PROVINCE OF ONTARIO   :

CITY OF TORONTO        :

Vasuda Sinha, after being duly sworn according to law, deposes and says:

(a) I am an associate with the law firm of Norton Rose Fulbright Canada LLP ("NR").

(b) I am familiar with the legal services rendered by NR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of NR.

(c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl & Jones LLP that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before
me this 2 day of May, 2014.

_____          _____
A Commissioner for Taking                  Vasuda Sinha
Affidavits
Kimberly Anne Grange, a Commissioner, etc.,
Province of Ontario,
while a Student-at-law.
Expires May 3, 2015.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[7] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Date: May 5, 2014 4:00 p.m. |
| | | Hearing Deadline: to be scheduled, if necessary |

FEE DETAIL FOR NORTON ROSE FULBRIGHT CANADA LLP'S EIGHTIETH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM JANUARY 1, 2014 THROUGH JANUARY 31, 2014

---

[7] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 2757174\1

1

# NORTON ROSE FULBRIGHT

**INVOICE**

| | |
|---|---|
| Invoice Number: | 1347548 |
| Date: | February 7, 2014 |
| Client: | W.R. GRACE & CO. |
| RE: | Chapter 11 Proceedings, General Matters |
| Matter No: | 01016442-0001<br>100035 |

Barristers & Solicitors / Patent & Trade-mark Agents

Norton Rose Fulbright Canada LLP
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4 CANADA

T: +1 416.216.4000
F: +1 416.216.3930
toronto@nortonrosefulbright.com
nortonrosefulbright.com

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044
U.S.A.

GST: R111340006

Attention:   Richard C. Finke
Assistant General Counsel-Litigation

| | |
|---|---:|
| For professional services rendered and disbursements incurred for the period ending January 31, 2014. | |
| FEES | 38,546.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 160.87 |
| NET | 38,707.37 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE IN CANADIAN DOLLARS | $38,707.37 |

Please note that interest at the rate of 1.3% per annum may be charged on any invoice that is not paid in full within 30 days from the date on which it was issued.

Payable upon receipt

Banking Information for wire transfer
RBC Financial Group, Main Branch, Royal Bank Plaza
Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
Swift Code # ROYCCAT2
Include invoice number on transfer order

W.R. GRACE & CO.                                                         01016442-0001

RE:      Chapter 11 Proceedings, General Matters

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 3/1/14 | Orestes Pasparakis | Follow-up on status. | 0.20 | 195.00 |
| 4/1/14 | Orestes Pasparakis | Follow-up on status. | 0.30 | 292.50 |
| 6/1/14 | Vasuda Sinha | Considering issues and outlining steps for Effective Date (0.7). Various emails regarding same (0.3). | 1.00 | 430.00 |
| 6/1/14 | Orestes Pasparakis | Providing advice and direction. | 0.30 | 292.50 |
| 6/1/14 | Tony Reyes | Responding to V. Sinha regarding action items. | 0.20 | 200.00 |
| 7/1/14 | Vasuda Sinha | Email with CCAA Representative Counsel. | 0.10 | 43.00 |
| 8/1/14 | Vasuda Sinha | Reviewing 73rd Monthly Fee application. | 0.20 | 86.00 |
| 8/1/14 | Lisa Hagglund | Working with counsel to prepare 73rd Monthly fee application. | 0.20 | 54.00 |
| 8/1/14 | Lisa Hagglund | Forwarding 73rd fee application to counsel for review. | 0.20 | 54.00 |
| 9/1/14 | Lisa Hagglund | Providing revised 73rd fee application to counsel for signature. | 0.20 | 54.00 |
| 9/1/14 | Lisa Hagglund | Revisions to 73rd fee application at request of US counsel. | 0.20 | 54.00 |
| 9/1/14 | Lisa Hagglund | Follow-up with counsel on 73rd fee application. | 0.10 | 27.00 |
| 10/1/14 | Vasuda Sinha | Telephone call with receiver of Kappeler Mason regarding receivership and status of amounts owing to Grace (0.3). Follow-up regarding same (0.2). | 0.50 | 215.00 |
| 10/1/14 | Lisa Hagglund | Forwarding completed and signed 73rd fee application to US counsel for email and by courier, along with letter of instructions. | 0.50 | 135.00 |
| 13/1/14 | Vasuda Sinha | Reviewing settlement documents and documents from Canadian Court proceedings regarding plan and effective date. | 0.30 | 129.00 |

INVOICE: 1347548

W.R. GRACE & CO.                                                                           01016442-0001

RE:       Chapter 11 Proceedings, General Matters

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 14/1/14 | Vasuda Sinha | Preparing for, attending and follow up from conference call with Representative Counsel regarding Plan effective date (1.0). Office communications with T. Reyes regarding same (0.5). Communications with Receiver of Kappeler Masonry regarding status of unsecured claims process (0.5). Various update emails with R. Finke (0.4). | 2.40 | 1,032.00 |
| 14/1/14 | Tony Reyes | Office consultation with V. Sinha re trust deed for Canadian ZAI PD Claims Fund (0.3). Office consultation with A. Schmitt regarding trust deed (0.3). Reviewing U.S. version of trust deed (0.3). | 0.90 | 900.00 |
| 14/1/14 | Orestes Pasparakis | Preparing for call with Plaintiff's counsel (0.3). Telephone call with class-action plaintiffs' counsel (0.5). Follow-up regarding next steps (0.3). | 1.10 | 1,072.50 |
| 15/1/14 | Peter E. Lockie | Discussion with T. Reyes regarding a trust agreement (0.50). Preparing a first draft of the trust agreement (1.50). | 2.00 | 1,400.00 |
| 15/1/14 | Orestes Pasparakis | Considering next steps. | 0.20 | 195.00 |
| 16/1/14 | Alexander J. Schmitt | Reviewing CDN ZAI minutes of settlement and US trust agreement in anticipation of commencing draft of Canadian trust agreement | 2.40 | 768.00 |
| 16/1/14 | Vasuda Sinha | Reviewing proceeding history for lead up to effective date and updating information officer's report. | 5.10 | 2,193.00 |
| 16/1/14 | Peter E. Lockie | Discussion with T. Reyes (0.20). Revising the framework for the trust agreement (0.20). | 0.40 | 280.00 |
| 16/1/14 | Orestes Pasparakis | Directions to team. | 0.40 | 390.00 |
| 17/1/14 | Catherine Ma | Emails to and from Commercial List regarding availability of Morawetz, J. to hear stay extension motion. | 0.20 | 42.00 |
| 17/1/14 | Vasuda Sinha | Reviewing proceeding history for lead up to effective date and updating information officer's report. | 5.00 | 2,150.00 |

INVOICE: 1347548

W.R. GRACE & CO.                                                                01016442-0001

RE:      Chapter 11 Proceedings, General Matters

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 17/1/14 | Tony Reyes | Reviewing draft trust agreement. | 0.30 | 300.00 |
| 20/1/14 | Vasuda Sinha | Teleconference with M. Jones regarding Asbestos PD Trust issues (0.4). Addressing issues in respect of next steps, including reviewing information officer reports and orders in the Canadian Proceedings and emails regarding the CDN ZAI PD Trust (0.7). | 1.10 | 473.00 |
| 20/1/14 | Tony Reyes | Exchanging emails with V. Sinha regarding Trust Agreement governing CDN ZAI PD Claims Fund (0.2). Reviewing skeleton form of agreement provided by P. Lockie, and revising same substantially to incorporate terms from Amended and Restated ZAI Minutes of Settlement (2.8). Emails regarding other steps needed in Companies Creditors' Arrangement Act proceedings (0.1). Providing draft Trust Agreement to V. Sinha and P. Lockie (0.1). Following up regarding related items (0.2). | 3.40 | 3,400.00 |
| 21/1/14 | Vasuda Sinha | Preparing information officer's report in anticipation of Effective Date and meeting with O. Pasparakis regarding same (3.8). Office communications with T. Reyes regarding CDN ZAI PD Trust Agreement (0.2). | 4.00 | 1,720.00 |
| 21/1/14 | Peter E. Lockie | Revising the trust agreement (1.00). Instructing S. Bellinger (0.20). Discussion with B. Segal regarding tax implications (0.30). Making further revisions (1.0). | 2.50 | 1,750.00 |
| 21/1/14 | Tony Reyes | Office consultation with V. Sinha (0.1). Reviewing her comments on Trust Agreement (0.2). Office consultation with P. Lockie (0.1). Reviewing draft Information Officer Report (0.2). | 0.60 | 600.00 |
| 21/1/14 | Barry N. Segal | Discuss trustee issues with P. Lockie. | 0.30 | 240.00 |
| 22/1/14 | Peter E. Lockie | Further revision of the Trust Agreement. | 0.80 | 560.00 |
| 22/1/14 | Vasuda Sinha | Reviewing and revising CDN ZAI PD Claims Fund Trust agreement and emails regarding same. | 0.50 | 215.00 |

INVOICE: 1347548

W.R. GRACE & CO.                                                                                             01016442-0001

RE:      **Chapter 11 Proceedings, General Matters**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 22/1/14 | Peter E. Lockie | Meeting with T. Reyes to review the Trust Agreement. | 0.50 | 350.00 |
| 22/1/14 | Tony Reyes | Meeting with P. Lockie to review revised Trust Agreement (0.5). Providing further written comments to P. Lockie (0.4). Office consultation with P. Lockie regarding other changes needed (0.1). Reviewing further revised Agreement and emails regarding distribution of same (0.3). Email regarding revisions by O. Pasparakis and V. Sinha (0.1). | 1.40 | 1,400.00 |
| 22/1/14 | Vasuda Sinha | Reviewing documents and drafting information officer's report updating Canadian Court. | 7.10 | 3,053.00 |
| 23/1/14 | Tony Reyes | Office consultation with V. Sinha regarding call to go over Trust Agreement. | 0.10 | 100.00 |
| 23/1/14 | Orestes Pasparakis | Reviewing and considering the report and revisions to same (0.8). Revisions to the trust documents (0.4). Follow-up regarding various issues (0.2). | 1.40 | 1,365.00 |
| 23/1/14 | Vasuda Sinha | Various emails and telephone calls in respect of CDN ZAI PD Claims Fund Trust agreement. | 0.40 | 172.00 |
| 23/1/14 | Vasuda Sinha | Revising information officer's report summarizing and updating on status of plan implementation. | 4.20 | 1,806.00 |
| 24/1/14 | Vasuda Sinha | Addressing issues in respect of fund flow to CDN ZAI PD Claims fund, including various telephone calls. | 0.50 | 215.00 |
| 24/1/14 | Vasuda Sinha | Drafting and revising information officer's report for Canadian Court, including discussions with O. Pasparakis. | 4.30 | 1,849.00 |
| 27/1/14 | Vasuda Sinha | Revising and finalizing information officer's report. | 0.60 | 258.00 |
| 27/1/14 | Tony Reyes | Reviewing revised Trust Agreement and email to V. Sinha regarding same. | 0.20 | 200.00 |
| 28/1/14 | Orestes Pasparakis | Follow-up regarding various issues. | 0.50 | 487.50 |
| 28/1/14 | Vasuda Sinha | Finalizing and attending to service and filing of 42nd Information Officer's Report. | 0.90 | 387.00 |

INVOICE: 1347548

W.R. GRACE & CO. 01016442-0001

RE: Chapter 11 Proceedings, General Matters

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 28/1/14 | Vasuda Sinha | Addressing issues in relation to CDN ZAI PD Claims fund, including phone calls and emails. | 1.20 | 516.00 |
| 28/1/14 | Tony Reyes | Email regarding revisions to Trust Agreement. | 0.10 | 100.00 |
| 29/1/14 | Catherine Ma | Finalizing Affidavit of Service of V. Sinha. Arranging for filing of 42nd Report of Monitor with Commercial Court. | 0.30 | 63.00 |
| 30/1/14 | Vasuda Sinha | Reviewing trust agreement for CDN ZAI PD Claims Fund and emails with CCAA Representative Counsel regarding same. | 0.70 | 301.00 |
| 30/1/14 | Peter E. Lockie | Providing advice regarding suggested changes to the Trust Agreement. | 0.20 | 140.00 |
| 30/1/14 | Orestes Pasparakis | Follow-up on trust and settlement issues. | 0.50 | 487.50 |
| 31/1/14 | Lynne O'Brien | Considering issues regarding trust agreement. | 0.50 | 295.00 |
| 31/1/14 | Peter E. Lockie | Advising V. Sinha regarding trust agreement issues and the problem with having a partnership as trustee (1.0). Reviewing the related law (1.0). | 2.00 | 1,400.00 |
| 31/1/14 | Orestes Pasparakis | Addressing closing issues. | 0.60 | 585.00 |
| 31/1/14 | Vasuda Sinha | Reviewing and responding to email from K. Ferber regarding 42nd Information Officer's report. | 0.30 | 129.00 |
| 31/1/14 | Vasuda Sinha | Addressing issues in advance of Effective Date, including further review of trust agreement and various phone calls and emails with CCAA Representative Counsel and M. Jones. | 2.20 | 946.00 |
| | | **TOTAL FEES** | | **CAD $38,546.50** |

**DISBURSEMENTS - NON TAXABLE**

| | | |
|---|---|---|
| Copies | | 17.70 |
| Courier service | | 143.17 |
| | TOTAL | CAD $160.87 |

INVOICE: 1347548