# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Date: May 5, 2014 4:00 P.M.

Hearing Deadline: to be scheduled, if necessary

## EIGHTY FIRST MONTHLY FEE APPLICATION OF NORTON ROSE FULBRIGHT CANADA LLP[2] FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JANUARY 15, 2014 THROUGH TO FEBRUARY 3, 2014

| Name of Applicant: | Norton Rose Fulbright Canada LLP ("NR") |
|---|---|
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered and effective as of December 18, 2006 |
| Period for which Compensation and Reimbursement is Sought: | January 15, 2014 through to and including February 3, 2014 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,404.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $0.00 |

This is a:    X  monthly    ___ interim    ___final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Ogilvy Renault LLP joined the Norton Rose Group on June 1, 2011 to continue as Norton Rose OR LLP. On January 1, 2012 Macleod Dixon LLP joined the Norton Rose Group and, as such, Norton Rose OR LLP and Macleod Dixon changed their names to continue as Norton Rose Canada LLP. On June 1, 2013 Fulbright & Jaworski LLP joined the Norton Rose Group, and, as such, Norton Rose Canada LLP has changed its names to continue as Norton Rose Fulbright Canada LLP.

- 2 -

The total time expended for preparation of this fee application is approximately two (2) hours and the corresponding estimated compensation requested is approximately $520.00[3]. This is NR's monthly application for interim compensation of services for the interim fee period January 15, 2014 to February 3, 2014 (the "Fee Period").

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 03/16/07 | 10/17/06-01/31/07 | $102,612.50 | $665.48 | $82,090.00 | $665.48 |
| 04/24/07 | 02/01/07-02/28/07 | $45,825.50 | $328.67 | n/a | $328.67 |
| 05/10/07[5] | 02/01/07-02/28/07 | $97.50 | $0.00 | $36,738.40 | n/a |
| 05/10/07 | 03/01/07-03/31/07 | $57,662.00 | $5,125.70 | $46,129.60 | $5,125.70 |
| 06/08/07 | 04/01/07-04/30/07 | $47,014.00 | $1,540.51 | $37,611.20 | $1,540.51 |
| 06/27/07 | 05/01/07-05/31/07 | $21,853.00 | $296.98 | $17,482.40 | $296.98 |
| 08/03/07 | 06/01/07-06/30/07 | $34,799.00 | $2,223.81 | $27,839.20 | $2,223.81 |
| 08/28/07 | 07/01/07-07/31/07 | $85,426.50 | $206.43 | $68,341.20 | $206.43 |
| 09/24/07 | 08/01/07-08/31/07 | $74,819.50 | $335.00 | $59,855.60 | $335.00 |
| 11/08/07 | 09/01/07-09/30/07 | $104,938.00 | $104,661.80 | $83,950.40 | $104,661.80 |
| 11/20/07 | 10/01/07-10/31/07 | $87,103.50 | $488.03 | $69,682.80 | $488.03 |
| 01/11/08 | 11/01/07-11/30/07 | $77,944.00 | $6,166.86 | $62,355.20 | $6,166.86 |
| 01/28/08 | 12/01/07-12/31/07 | $8,348.50 | $99.93 | $6,678.80 | $99.93 |
| 02/28/08 | 01/01/08-01/31/08 | $10,198.50 | $88.70 | $8,158.80 | $88.70 |
| 04/01/08 | 02/01/08-02/29/08 | $24,299.50 | $449.80 | $19,439.60 | $449.80 |
| 04/24/08 | 03/01/08-03/31/08 | $45,098.50 | $1,296.53 | $36,078.80 | $1,296.53 |
| 05/15/08 | 04/01/08-04/30/08 | $50,569.50 | $2,757.72 | $40,455.60 | $2,757.72 |
| 06/20/08 | 05/01/08-05/31/08 | $87,505.50 | $1,965.87 | $70,004.40 | $1,965.87 |
| 07/31/08 | 06/01/08-06/30/08 | $64,835.50 | $316.78 | $51,868.40 | $316.78 |
| 08/26/08 | 07/01/08-07/31/08 | $56,187.00 | $76.66 | $44,949.60 | $76.66 |
| 09/22/08 | 08/01/08-08/31/08 | $107,954.50 | $573.95 | $86,363.60 | $573.95 |
| 10/31/08 | 09/01/08-09/30/08 | $223,082.00 | $3,009.77 | $178,465.60 | $3,009.77 |

---

[3] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in NR's subsequent fee applications.
[4] The "Approved Fees" amount represents 80% of the fees requested by NR.
[5] This application was filed as a "corrected" second monthly fee application to replace and correct errors related to the amount of compensation sought pursuant to the original second monthly fee application (the "Original Second Monthly") filed on April 24, 2007. The corrected second monthly fee application requests an additional $97.50 on top of what was requested in the Original Second Monthly.

- 3 -

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 11/18/08 | 10/01/08-10/31/08 | $46,804.00 | $566.87 | $37,448.20 | $566.87 |
| 01/06/09 | 11/01/08-11/30/08 | $18,141.00 | $293.58 | $14,512.80 | $293.58 |
| 01/29/09 | 12/01/08-12/31/08 | $5,222.00 | $101.31 | $4,177.00 | $101.31 |
| 02/19/09 | 01/01/09-01/31/09 | $7,232.00 | $34.48 | $5,785.60 | $34.48 |
| 03/19/09 | 02/01/09-02/28/09 | $20,934.00 | $217.02 | $16,747.20 | $217.02 |
| 04/16/09 | 03/01/09-03/31/09 | $29,166.00 | $674.25 | $23,332.80 | $674.25 |
| 06/02/09 | 04/01/09-04/30/09 | $18,798.50 | $37.33 | $15,038.80 | $37.33 |
| 06/16/09 | 05/01/09-05/31/09 | $5,743.00 | $28.75 | $4,594.40 | $28.75 |
| 07/22/09 | 06/01/09-06/30/09 | $8,340.50 | $145.70 | $6,672.40 | $145.70 |
| 08/21/09 | 07/01/09-07/31/09 | $15,320.52 | $200.52 | $12,256.42 | $200.52 |
| 09/23/09 | 08/01/09-08/31/09 | $3,558.00 | $57.51 | $2,846.40 | $57.51 |
| 10/26/09 | 09/01/09-09/30/09 | $32,965.50 | $926.42 | $26,372.40 | $926.42 |
| 12/02/09 | 10/01/09-10/31/09 | $50,301.50 | $485.51 | $40,241.20 | $485.51 |
| 12/17/09 | 11/01/09-11/30/09 | $29,593.50 | $214.69 | $23,674.80 | $214.69 |
| 02/02/10 | 12/01/09-12/31/09 | $80,158.50 | $535.59 | $64,126.80 | $535.59 |
| 02/23/10 | 01/01/10-01/31/10 | $80,809.50 | $556.77 | $64,647.60 | $556.77 |
| 03/31/10 | 02/01/10-02/28/10 | $96,649.00 | $3,072.97 | $77,319.20 | $3,072.97 |
| 04/28/10 | 03/01/10-03/31/10 | $9,870.50 | $199.07 | $7,824.40 | $199.07 |
| 06/02/10 | 04/01/10-04/30/10 | $2,585.00 | $65.10 | $2,068.00 | $65.10 |
| 07/07/10 | 05/01/10-05/31/10 | $1,876.50 | $74.52 | $1,501.20 | $74.52 |
| 08/06/10 | 06/01/10-06/30/10 | $505.00 | $30.81 | $404.00 | $30.81 |
| 09/07/10 | 07/01/10-07/31/10 | $7,259.00 | $30.67 | $5,807.20 | $30.67 |
| 10/13/10 | 08/01/10-08/31/10 | $4,319.50 | $219.33 | $3,455.60 | $219.33 |
| 11/01/10 | 09/01/10-09/30/10 | $715.50 | $30.49 | $572.40 | $30.49 |
| 12/07/10 | 10/01/10-10/31/10 | $1,019.50 | $30.67 | $1,019.50 | $30.67 |
| 01/04/11 | 11/01/10-11/30/10 | $1,774.50 | $61.62 | $1,774.50 | $61.62 |
| 02/02/11 | 12/01/10-12/31/10 | $7,476.50 | $109.54 | $7,476.50 | $109.54 |
| 03/07/11 | 01/01/11-01/31/11 | $16,190.00 | $265.67 | $16,190.00 | $265.67 |
| 04/07/11 | 02/01/11-02/28/11 | $10,759.00 | $84.93 | $10,759.00 | $84.93 |
| 04/26/11 | 03/01/11-03/31/11 | $38,163.00 | $409.84 | $38,163.00 | $409.84 |
| 05/18/11 | 04/01/11-04/30/11 | $37,330.00 | $630.97 | $37,330.00 | $630.97 |
| 06/13/11 | 05/01/11-05/31/11 | $1,789.00 | $0.00 | $1,789.00 | $0.00 |
| 7/20/2011 | 06/01/11-06/30/11 | $803.00 | $34.60 | $803.00 | $34.60 |
| 08/22/2001 | 07/01/11–07/31/11 | $1,894.00 | $169.88 | $1,894.00 | $169.88 |
| 09/29/2011 | 08/01/11-08/31/11 | $10,965.00 | $211.22 | $10,965.00 | $211.22 |

- 4 -

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 10/24/2011 | 09/01/11-09/30/11 | $2,014.00 | $76.19 | $2,014.00 | $76.19 |
| 11/11/2011 | 10/01/11-10/31/11 | $1,692.00 | $47.27 | $1,353.60 | $47.27 |
| 12/21/2011 | 11/01/11-11/30/11 | $2,068.00 | $101.73 | $1,654.40 | $101.73 |
| 01/30/2012 | 12/01/11-12/31/11 | $705.00 | $34.96 | $564.00 | $34.96 |
| 03/07/2012 | 01/01/12-01/31/12 | $6,276.50 | $0.00 | $5,01.20 | $0.00 |
| 03/15/2012 | 02/01/12-02/29/12 | $9,475.00 | $279.00 | $7,580.00 | $279.00 |
| 05/07/2012 | 03/01/11-03/31/11 | $985.00 | $104.09 | $788.00 | $104.09 |
| 06/05/2012 | 04/01/11-04/30/11 | $1,934.00 | $0.00 | $1,547.20 | $0.00 |
| 06/22/2012 | 05/01/12-05/31/12 | $2,787.00 | $72.48 | $2,229.60 | $72.48 |
| 09/22/2012 | 06/01/12-06/30/12 | $975.00 | $36.24 | $780.00 | $36.24 |
| 11/28/2012 | 07/01/12-08/31/12 | $8,175.50 | $235.94 | $6,540.40 | $235.94 |
| 12/21/2012 | 10/01/12-10/31/12 | $735.50 | $23.94 | $588.40 | $23.94 |
| 06/13/2013 | 11/01/12-11/30/12 | $75.00 | $45.33 | $60.00 | $45.33 |
| 07/11/2013 | 12/01/12-12/31/12 | $2,487.37 | 0.00 | $1,989.89 | 0.00 |
| 09/09/2013 | 01/01/13-01/31/13 | $2,822.50 | $35.93 | $2,258.00 | $35.93 |
| 11/05/2013 | 01/02/13-02/28/13 | $4,067.50 | $134.40 | $3,254.00 | $134.40 |
| 01/09/14 | 03/01/13-05/31/13 | $910.00 | 0.00 | $728.00 | 0.00 |
| 02/06/14 | 06/30/13-06/30/13 | $1,816.00 | $35.89 | $1,452.80 | $35.89 |
| 02/26/14 | 07/01/13-07/31/13 | $3,641.00 | $192.07 | $2,912.80 | $192.07 |
| 03/21/14 | 08/01/13-08/31/13 | $2,201.50 | 0.00 | $1,761.20 | 0.00 |
| 04/14/14 | 09/01/13-09/30/14 | $342.00 | $36.05 | pending | pending |
| 05/02/14 | 10/01/13-10/31/13 | $498.00 | $1.20 | pending | pending |
| 05/02/14 | 12/01/13-12/31/13 | $17,431.50 | $25.30 | pending | pending |
| 05/02/13 | 01/01/14-01/31/14 | $38,546.50 | $160.87 | pending | pending |

## NR PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed[6] | Compensation |
|---|---|---|---|---|
| Orestes Pasparakis | Partner, Year of Call to the Ontario Bar - 1995 | $945.00 | 0.50 | $487.50 |

---

[6] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed[6] | Compensation |
|---|---|---|---|---|
| Vasuda Sinha | Associate, Year of Call to the Ontario Bar – 2008 | $430.00 | 0.50 | $215.00 |
| Susan Bellinger | Law Clerk | $250.00 | 2.70 | $675.00 |
| Lisa Hagglund | Litigation Law Clerk | $270.00 | 0.10 | $27.00 |

Total Fees:      $1,404.50
Total Hours:     3.80 hrs
Blended Rate:    $369.60

## TASK CODE SUMMARY

|  | Project Category | Billed Hours | Fees Requested |
|---|---|---|---|
| 0001 | Chapter 11 Proceedings, General Matters | 3.80 | $1,404.50 |
| Total |  | 3.80 | $1,404.50 |

## EXPENSE SUMMARY

Invoice No. 1228995 (Chapter 11 Proceedings, General Matters – File No. 01016442-0001)

| Description | Timekeeper | Amount |
|---|---|---|
|  |  |  |

| Expense Category | Total Expenses |
|---|---|
|  |  |

WHEREFORE, NR respectfully requests that (a) an allowance be made to it, as fully described above for (i) 80% of the amount of $1,404.50 for reasonable and necessary professional services that NR has rendered to the Debtors during the Fee Period; (b) fees are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

Dated: May 2, 2014

NORTON ROSE FULBRIGHT CANADA LLP

_____
Vasuda Sinha  LSUC#: 55005B
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84, Toronto, ON
M5J 2Z4, Canada
Telephone: (416) 216-3921
Facsimile: (416) 216-3930

Special Counsel for the Debtors and Debtors in Possession

## VERIFICATION

PROVINCE OF ONTARIO  :

CITY OF TORONTO     :

Vasuda Sinha, after being duly sworn according to law, deposes and says:

(a) I am an associate with the law firm of Norton Rose Fulbright Canada LLP ("NR").

(b) I am familiar with the legal services rendered by NR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of NR.

(c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl & Jones LLP that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before
me this 2 day of May, 2014.

_____
A Commissioner for Taking
Affidavits
Kimberly Anne Grange, a Commissioner, etc.,
Province of Ontario,
while a Student-at-law.
Expires May 3, 2015.

_____
Vasuda Sinha

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[7] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Date: May 5, 2014 4:00 p.m.

Hearing Deadline: to be scheduled, if necessary

**FEE DETAIL FOR NORTON ROSE FULBRIGHT CANADA LLP'S EIGHTY FIRST MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JANUARY 15, 2014 THROUGH FEBRUARY 3, 2014**

---

[7] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# NORTON ROSE FULBRIGHT

**INVOICE**

| | |
|---|---|
| Invoice Number: | 1362193 |
| Date: | March 28, 2014 |
| Client: | W.R. GRACE & CO. |
| RE: | Chapter 11 Proceedings, General Matters |
| Matter No: | 01016442-0001 100035 |

Barristers & Solicitors / Patent & Trade-mark Agents

Norton Rose Fulbright Canada LLP
Royal Bank Plaza, South Tower, Suite 3800
200 Bay Street, P.O. Box 84
Toronto, Ontario M5J 2Z4 CANADA

T: +1 416.216.4000
F: +1 416.216.3930
toronto@nortonrosefulbright.com
nortonrosefulbright.com

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044
U.S.A.

GST: R111340006

Attention: Richard C. Finke
Assistant General Counsel-Litigation

| | |
|---|---|
| For professional services rendered and disbursements incurred for the period ending February 28, 2014. | |
| FEES | 11,090.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 311.74 |
| NET | 11,401.74 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE IN CANADIAN DOLLARS | $11,401.74 |

Please note that Interest at the rate of 1.3% per annum may be charged on any invoice that is not paid in full within 30 days from the date on which it was issued.

Payable upon receipt

Banking information for wire transfer
RBC Financial Group, Main Branch, Royal Bank Plaza
Toronto, Ontario, CANADA
Bank 003, Transit 00002, Acc. No. 106-030-0
Swift Code # ROYCCAT2
Include invoice number on transfer order

# NORTON ROSE FULBRIGHT

W.R. GRACE & CO.                                                                                       01016442-0001

RE:    Chapter 11 Proceedings, General Matters

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 15/1/14 | Susan E. Bellinger | Drafting a trust agreement. | 0.50 | 125.00 |
| 16/1/14 | Susan E. Bellinger | Drafting a trust agreement. | 0.50 | 125.00 |
| 21/1/14 | Susan E. Bellinger | Drafting a trust agreement. | 1.30 | 325.00 |
| 22/1/14 | Susan E. Bellinger | Drafting a trust agreement. | 0.40 | 100.00 |
| 1/2/14 | Vasuda Sinha | Various phone calls with M. Jones regarding CDN ZAI PD Claims Fund and emails with O. Pasparakis regarding same. | 0.50 | 215.00 |
| 1/2/14 | Orestes Pasparakis | Attending to closing matters. | 0.50 | 487.50 |
| 3/2/14 | Lisa Hagglund | Email follow up to US counsel requesting copy of entered 73rd Monthly fee application. | 0.10 | 27.00 |
| 4/2/14 | Vasuda Sinha | Addressing issues following effective date, including following up with plaintiffs' counsel and R. Finke (0.5). Reviewing and responding to inquiry from Department of Justice regarding status of Canadian proceeding (0.5). | 1.00 | 430.00 |
| 4/2/14 | Orestes Pasparakis | Follow-up on numerous issues with Sealed Air (0.4). Follow-up on issues with the government of Canada (0.4). follow-up on issues with counsel for the Asbestos Claimant (0.3). | 1.10 | 1,072.50 |
| 4/2/14 | Lisa Hagglund | Prepare draft 74th Monthly Fee Application for review by counsel. | 0.50 | 135.00 |
| 4/2/14 | Lisa Hagglund | Forward draft 74th Fee Application to counsel for review and comment. | 0.10 | 27.00 |
| 4/2/14 | Lisa Hagglund | Forward draft 74th Monthly Fee Application to US counsel for review prior to signature and filing. | 0.20 | 54.00 |
| 4/2/14 | Lisa Hagglund | Follow up with US counsel for copy of entered order re 73rd Monthly fee application. | 0.10 | 27.00 |
| 5/2/14 | Lisa Hagglund | Follow up with US counsel regarding 74th Monthly Fee Application. | 0.20 | 54.00 |

INVOICE: 1362193

# NORTON ROSE FULBRIGHT

W.R. GRACE & CO.  
01016442-0001

RE: Chapter 11 Proceedings, General Matters

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/2/14 | Vasuda Sinha | Reviewing and responding to email from K. Ferbers regarding dismissal of actions in Canada. | 0.30 | 129.00 |
| 10/2/14 | Vasuda Sinha | Reviewing and addressing correspondence from R. Higgins regarding status of Canadian proceedings. | 0.60 | 258.00 |
| 11/2/14 | Catherine Ma | Email from, to V. Sinha regarding file request at Commercial List (0.1). Arrange for attendance at Commercial List regarding ordering file from off-site storage (0.1). | 0.20 | 42.00 |
| 11/2/14 | Vasuda Sinha | Telephone calls and emails with CCAA Representative Counsel regarding status of Canadian Proceedings (0.5). Email correspondence updating R. Higgins regarding same (0.3). | 0.80 | 344.00 |
| 11/2/14 | Orestes Pasparakis | Follow-up on the confirmation and steps in Canada. | 0.60 | 585.00 |
| 12/2/14 | Vasuda Sinha | Reviewing court materials for dismissal of actions in Manitoba (0.3). Email correspondence with O. Pasparakis regarding same (0.1). | 0.40 | 172.00 |
| 12/2/14 | Lisa Hagglund | Prepare draft 75th Monthly fee application for review by counsel | 0.50 | 135.00 |
| 12/2/14 | Orestes Pasparakis | Follow-up on status. | 0.30 | 292.50 |
| 13/2/14 | Vasuda Sinha | Reviewing issues regarding dismissal of Canadian Actions pursuant to settlement agreement. | 0.50 | 215.00 |
| 13/2/14 | Orestes Pasparakis | Follow-up on dismissal status. | 0.20 | 195.00 |
| 14/2/14 | Vasuda Sinha | Teleconference with D. Harrison and follow-up from same. | 0.40 | 172.00 |
| 19/2/14 | Lisa Hagglund | Prepare 75th Monthly Fee Application for review by counsel. | 0.50 | 135.00 |
| 20/2/14 | Vasuda Sinha | Reviewing and responding to emails with D. Harrison regarding status of proceedings. | 0.30 | 129.00 |
| 20/2/14 | Orestes Pasparakis | Responding to Sealed Air questions. | 0.20 | 195.00 |

INVOICE: 1362193

# NORTON ROSE FULBRIGHT

W.R. GRACE & CO.                                                                                               01016442-0001

RE:     Chapter 11 Proceedings, General Matters

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 20/2/14 | Catherine Ma | Emails to agent regarding attendance at Commercial List office. | 0.20 | 42.00 |
| 21/2/14 | Catherine Ma | Discussions with agent regarding review of court file. | 0.80 | 168.00 |
| 21/2/14 | Vasuda Sinha | Reviewing and addressing emails from Department of Justice regarding Canadian proceedings. | 0.50 | 215.00 |
| 24/2/14 | Vasuda Sinha | Reviewing and considering response to correspondence from J. Dais-Visca. | 0.50 | 215.00 |
| 24/2/14 | Orestes Pasparakis | Addressing issues regarding stay. | 0.40 | 390.00 |
| 24/2/14 | Catherine Ma | Discussions with agent regarding content of file and confirmation of whether Notice of Motion served May 2008 was filed with court (0.1). Email to V. Sinha regarding same (0.1). | 0.20 | 42.00 |
| 25/2/14 | Vasuda Sinha | Reviewing settlement documents regarding Canadian actions and considering issues raised by J. Dais-Visca regarding next steps in Canadian proceeding (2.2). Telephone call with J. Dais-Visca (0.3). Email correspondence with R. Higgins regarding status of Canadian proceedings (0.3). | 2.80 | 1,204.00 |
| 26/2/14 | Lisa Hagglund | Letter to US Counsel forwarding original 75th Monthly Fee Application by courier for filing | 0.20 | 54.00 |
| 26/2/14 | Lisa Hagglund | Email to US Counsel, and to Fee Administrator forwarding 75th Monthly Fee Application for filing | 0.20 | 54.00 |
| 26/2/14 | Vasuda Sinha | Addressing issues raised by counsel for the Crown, including various emails and phone calls. | 1.00 | 430.00 |
| 26/2/14 | Lisa Hagglund | Email correspondence exchange with US counsel regarding 75th Monthly Fee Application. | 0.20 | 54.00 |
| 26/2/14 | Lisa Hagglund | Attend to having 75th Monthly Fee Application signed and commissioned prior to forwarding to US counsel for filing. | 0.10 | 27.00 |
| 27/2/14 | Orestes Pasparakis | Follow-up on status and court. | 0.50 | 487.50 |

INVOICE: 1362193

# NORTON ROSE FULBRIGHT

W.R. GRACE & CO.                                          01016442-0001

RE:   Chapter 11 Proceedings, General Matters

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 27/2/14 | Vasuda Sinha | Preparing for, attending at and follow up from Court in respect of issues raised by the Crown. | 2.70 | 1,161.00 |
| 27/2/14 | Vasuda Sinha | Various emails and phone calls addressing issues raised by Crown counsel. | 0.70 | 301.00 |
| 28/2/14 | Vasuda Sinha | Reviewing email correspondence in respect of issues raised by Crown counsel. | 0.10 | 43.00 |
|  |  | **TOTAL FEES** |  | **CAD $11,090.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 2.80 |
| Courier service | 74.96 |
| Process server fee | 233.98 |
| Miscellaneous expenses | 0.00 |
| **TOTAL** | **CAD $311.74** |

INVOICE: 1362193