**EXHIBIT B**

KE 31103704.4

### Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $35.92 |
| Local Transportation | $25.00 |
| Travel Expense | $6,181.41 |
| Airfare | $9,384.22 |
| Transportation to/from airport | $3,441.68 |
| Travel Meals | $689.36 |
| **Total:** | **$19,757.59** |

B-2

### Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 12/17/2013 | 86.87 | Vital Transportation, Inc., Passenger: Filon, Elyse, Transportation to/from airport, Date: 12/11/2013 |
| 1/02/2014 | 1,116.02 | J. Michael Jones, Airfare, New York, NY, 01/08/2014 to 01/09/2014, Client meetings |
| 1/03/2014 | 942.39 | Adam Paul, Airfare, New York, NY, 01/08/2014 to 01/10/2014, Meeting |
| 1/07/2014 | 910.00 | Jeffrey Gettleman, Airfare, New York, NY, 01/08/2014 to 01/10/2014, Client Meeting |
| 1/08/2014 | 6.99 | Adam Paul, Internet, Meeting |
| 1/08/2014 | 525.00 | Adam Paul, Lodging, St. Regis, New York, NY, 01/08/2014 to 01/09/2014, Meeting |
| 1/08/2014 | 44.16 | Jeffrey Gettleman, Transportation To/From Airport, Client Meeting |
| 1/08/2014 | 95.87 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul, pick up at LaGuardia Airport, New York, NY and drop off at 541 Lexington Avenue, New York, NY |
| 1/08/2014 | 140.90 | Crown Chauffeured Transportation, Inc., Transportation to/from airport, 01/08/2014, Jeffrey Gettleman, Valparaiso, IN to Midway Airport |
| 1/08/2014 | 80.75 | Crown Chauffeured Transportation, Inc., Transportation to/from airport, 01/08/2014, Mike Jones, 300 N. LaSalle to O'Hare Airport |
| 1/08/2014 | 118.68 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 01/08/14 |
| 1/08/2014 | 10.69 | Jeffrey Gettleman, Travel Meals, New York, NY, Client Meeting, Lunch |
| 1/08/2014 | 46.10 | Jeffrey Gettleman, Travel Meals, New York, NY, Client Meeting, Dinner |
| 1/08/2014 | 70.00 | Adam Paul, Travel Meals, New York, NY, Meeting, Dinner |
| 1/08/2014 | 14.82 | J. Michael Jones, Travel Meals, Chicago, IL, Client meetings, Dinner |
| 1/09/2014 | 525.00 | Adam Paul, Lodging, St. Regis, New York, NY, 01/09/2014 to 01/10/2014, Meeting |
| 1/09/2014 | 350.60 | J. Michael Jones, Lodging, The Benjamin, New York, NY, 01/08/2014 to 01/09/2014, Client meetings |
| 1/09/2014 | 225.00 | Adam Paul, Travel Meal with Others, New York, NY, Meeting, Dinner for 3 people |
| 1/09/2014 | 6.40 | Adam Paul, Travel Meals, New York, NY, Meeting, Breakfast |
| 1/10/2014 | 6.99 | Adam Paul, Internet, Meeting |
| 1/10/2014 | 274.94 | Jeffrey Gettleman, Lodging, The Waldorf Astoria, New York, NY, 01/08/2014 to 01/09/2014, Client Meeting |
| 1/10/2014 | 274.94 | Jeffrey Gettleman, Lodging, The Waldorf Astoria, New York, NY, 01/09/2014 to 01/10/2014, Client Meeting |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 1/10/2014 | 348.61 | J. Michael Jones, Lodging, The Benjamin, New York, NY, 01/09/2014 to 01/10/2014, Client meetings |
| 1/10/2014 | 1,318.84 | Adam Paul, Airfare, New York, NY, 01/22/2014 to 01/23/2014, Meetings |
| 1/10/2014 | 39.61 | Sunny's Executive Sedan Service, Inc. - Transportation to/from airport, 12/18/13, M. Jones |
| 1/10/2014 | 39.61 | Sunny's Executive Sedan Service, Inc. - Transportation to/from airport, 12/19/13, M. Jones |
| 1/10/2014 | 143.23 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul, pick up at 601 Lexington Avenue, New York, NY and drop off at LaGuardia Airport, New York, NY |
| 1/10/2014 | 179.90 | Crown Chauffeured Transportation, Inc., Transportation to/from airport, 01/10/2014, Jeffrey Gettleman, Midway Airport to Valparaiso, IN |
| 1/10/2014 | 84.75 | Crown Chauffeured Transportation, Inc., Transportation to/from airport, 01/10/2014, Mike Jones, O'Hare Airport to Chicago, IL |
| 1/10/2014 | 127.48 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 01/10/14 |
| 1/10/2014 | 8.95 | Jeffrey Gettleman, Travel Meals, New York, NY, Client Meeting, Lunch |
| 1/10/2014 | 7.16 | Jeffrey Gettleman, Travel Meals, Flushing, New York, NY, Client Meeting, Dinner |
| 1/10/2014 | 10.29 | Adam Paul, Travel Meals, New York, NY, Meeting, Lunch |
| 1/10/2014 | 10.43 | J. Michael Jones, Travel Meals, New York, NY, Client meetings, Lunch |
| 1/14/2014 | 60.70 | Vital Transportation, Inc., Passenger: Jones, Mike, Transportation to/from airport, Date: 1/10/2014 |
| 1/14/2014 | 80.19 | Vital Transportation, Inc., Passenger: Gettleman, Jeffrey, Transportation to/from airport, Date: 1/10/2014 |
| 1/15/2014 | 878.00 | Jeffrey Gettleman, Airfare, New York, NY, 01/21/2014 to 01/23/2014, Client Meeting |
| 1/16/2014 | 60.70 | Vital Transportation, Inc., Passenger: Jones, Mike, Transportation to/from airport, Date: 1/9/2014 |
| 1/17/2014 | 1,141.44 | J. Michael Jones, Airfare, New York, NY, 01/22/2014 to 01/23/2014, Client meetings |
| 1/21/2014 | 25.00 | Jeffrey Gettleman, Taxi, Client Meeting |
| 1/21/2014 | 41.00 | Jeffrey Gettleman, Rail, Penn Station - New York, NY, 01/21/2014 to 01/21/2014, Client Meeting |
| 1/21/2014 | 140.90 | Crown Chauffeured Transportation, Inc., Transportation to/from airport, 01/21/2014, Jeffrey Gettleman, Valparaiso, IN to Midway Airport |
| 1/21/2014 | 60.70 | Vital Transportation, Inc., Passenger: Rosenbloom, David, Transportation to/from airport, Date: 1/9/2014 |

B-4

| Date | Amount | Description |
|------|--------|-------------|
| 1/21/2014 | 47.43 | Jeffrey Gettleman, Travel Meals, New York, NY, Client Meeting, Dinner |
| 1/21/2014 | 9.96 | Jeffrey Gettleman, Travel Meals, Rensselaer, NY, Client Meeting, Lunch |
| 1/21/2014 | 17.50 | Jeffrey Gettleman, Travel Meals, Chicago, IL, Client Meeting, Breakfast |
| 1/22/2014 | 6.99 | Adam Paul, Internet, Meetings |
| 1/22/2014 | 14.95 | J. Michael Jones, Internet, Client meetings |
| 1/22/2014 | 525.00 | Adam Paul, Lodging, St. Regis, New York, NY, 01/22/2014 to 01/23/2014, Meetings |
| 1/22/2014 | 525.00 | J. Michael Jones, Lodging, The Benjamin, New York, NY, 01/22/2014 to 01/23/2014, Client meetings |
| 1/22/2014 | 119.41 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 01/22/14 |
| 1/22/2014 | 80.75 | Crown Chauffeured Transportation, Inc., Transportation to/from airport, 01/22/2014, Mike Jones, Chicago, IL to O'Hare Airport |
| 1/22/2014 | 172.25 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul, pick up at LaGuardia Airport, New York, NY and drop off at 601 Lexington Avenue, New York, NY |
| 1/22/2014 | 2.87 | Adam Paul, Travel Meals, Chicago, IL, Meeting, Breakfast |
| 1/22/2014 | 70.00 | Adam Paul, Travel Meals, New York, NY, Meeting, Dinner |
| 1/22/2014 | 37.47 | J. Michael Jones, Travel Meals, New York, NY, Client meetings, Breakfast |
| 1/22/2014 | 55.03 | Jeffrey Gettleman, Travel Meals, New York, NY, Client Meeting, Dinner |
| 1/22/2014 | 2.34 | Jeffrey Gettleman, Travel Meals, New York, NY, Client Meeting, Breakfast |
| 1/23/2014 | 471.16 | Jeffrey Gettleman, Lodging, The Waldorf Astoria, New York, NY, 01/21/2014 to 01/22/2014, Client Meeting |
| 1/23/2014 | 471.16 | Jeffrey Gettleman, Lodging, The Waldorf Astoria, New York, NY, 01/22/2014 to 01/23/2014, Client Meeting |
| 1/23/2014 | 139.65 | Crown Chauffeured Transportation, Inc., Transportation to/from airport, 01/23/2014, Jeffrey Gettleman, Midway Airport to Valparaiso, IN |
| 1/23/2014 | 84.75 | Crown Chauffeured Transportation, Inc., Transportation to/from airport, 01/23/2014, Mike Jones, O'Hare Airport to Chicago, IL |
| 1/23/2014 | 152.00 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul, pick up at 2 E 55th St, New York, NY and drop off at LaGuardia Airport, New York, NY |
| 1/23/2014 | 2.38 | Adam Paul, Travel Meals, Flushing, NY, Meeting, Breakfast |
| 1/23/2014 | 11.99 | Jeffrey Gettleman, Travel Meals, New York, NY, Client Meeting, Lunch |

B-5

| Date | Amount | Description |
|---|---|---|
| 1/23/2014 | 5.52 | Jeffrey Gettleman, Travel Meals, New York, NY, Client Meeting, Breakfast |
| 1/24/2014 | 1,432.53 | Adam Paul, Airfare, New York, NY, 02/03/2014 to 02/05/2014, Meetings |
| 1/24/2014 | 694.00 | J. Michael Jones, Airfare, New York, NY, 02/02/2014 to 02/08/2014, Bankruptcy Emergence Meetings |
| 1/27/2014 | 118.67 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 01/27/14 |
| 1/27/2014 | 187.47 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul, pick up at LaGuardia Airport, New York, NY and drop off at 5th Avenue at 55th St, New York, NY |
| 1/28/2014 | 910.00 | Jeffrey Gettleman, Airfare, New York, NY, 02/02/2014 to 02/06/2014, Effective Date Hearing |
| 1/28/2014 | 30.08 | Vital Transportation, Inc., Passenger: Felder, Debbie, Transportation to/from airport, Date: 1/22/2014 |
| 1/30/2014 | 85.38 | Vital Transportation, Inc., Passenger: Jones, Mike, Transportation to/from airport, Date: 1/22/2014 |
| 1/30/2014 | 30.08 | Vital Transportation, Inc., Passenger: Eskin, Marla, Transportation to/from airport, Date: 1/22/2014 |
| 1/30/2014 | 60.70 | Vital Transportation, Inc., Passenger: Gettleman, Jeffrey, Transportation to/from airport, Date: 1/23/2014 |
| 1/30/2014 | 60.70 | Vital Transportation, Inc., Passenger: Jones, Mike, Transportation to/from airport, Date: 1/23/2014 |
| 2/02/2014 | 348.61 | Jeffrey Gettleman, Lodging, The Benjamin, New York, NY, 02/02/2014 to 02/03/2014, Effective Date Hearing |
| 2/02/2014 | 333.89 | J. Michael Jones, Lodging, The Benjamin, New York, NY, 02/02/2014 to 02/03/2014, Bankruptcy Emergence Meetings |
| 2/02/2014 | 39.93 | Jeffrey Gettleman, Transportation To/From Airport, Effective Date Hearing |
| 2/02/2014 | 135.65 | Crown Chauffeured Transportation, Inc., Transportation to/from airport, 02/02/2014, Jeffrey Gettleman, Valparaiso, IN to Midway Airport |
| 2/02/2014 | 80.75 | Crown Chauffeured Transportation, Inc., Transportation to/from airport, 02/02/2014, Mike Jones, Chicago, IL to O'Hare Airport |
| 2/02/2014 | 10.94 | J. Michael Jones, Travel Meals, Chicago, IL, Bankruptcy Emergence Meeting, Breakfast |
| 2/03/2014 | 525.00 | Adam Paul, Lodging, St. Regis, New York, NY, 02/03/2014 to 02/04/2014, Meetings |
| 2/03/2014 | 348.61 | Jeffrey Gettleman, Lodging, The Benjamin, New York, NY, 02/03/2014 to 02/04/2014, Effective Date Hearing |
| 2/03/2014 | 333.89 | J. Michael Jones, Lodging, The Benjamin, New York, NY, 02/03/2014 to 02/04/2014, Bankruptcy Emergence Meetings |

B-6

| Date | Amount | Description |
|------|--------|-------------|
| 2/03/2014 | 119.65 | Metropolitan Limousine - Transportation to/from airport, Adam Paul, 02/03/14 |
| 2/03/2014 | 158.81 | Boston Coach Corporation, Transportation to/from airport, Adam C. Paul, pick up at LaGuardia Airport, New York, NY and drop off at 601 Lexington Avenue, New York, NY |
| 2/03/2014 | 2.87 | Adam Paul, Travel Meals, Chicago, IL, Meeting, Breakfast |
| 2/03/2014 | 3.22 | Jeffrey Gettleman, Travel Meals, New York, NY, Effective Date Hearing, Breakfast |
| Total: | 19,757.59 | |

B-7

### Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $306.70 |
| Standard Copies or Prints | $2,489.90 |
| Color Copies or Prints | $11,904.75 |
| Production Blowbacks | $1,737.90 |
| Overnight Delivery | $226.21 |
| Outside Messenger Services | $89.08 |
| Local Transportation | $36.90 |
| Other Court Costs and Fees | $120.00 |
| Outside Copy/Binding Services | $2,754.04 |
| Catering Expenses | $3,745.30 |
| Outside Retrieval Service | $9,025.30 |
| Computer Database Research | $4,980.51 |
| **Total:** | **$37,416.59** |

B-8

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/30/2013 | 19.45 | Intercall - Third Party Telephone Charges, K. Leonard, 11/30/13 |
| 12/11/2013 | 54.00 | Flik, Catering Expenses, Client Meeting, K&E NY Office, Leonard, Kathryn K., 12/11/2013, Breakfast for 3 people |
| 12/11/2013 | 192.00 | Flik, Catering Expenses, Client Meeting, K&E NY Office, Leonard, Kathryn K., 12/11/2013, Lunch for 8 people |
| 1/02/2014 | 3.40 | Standard Prints |
| 1/02/2014 | 3.80 | Standard Prints |
| 1/02/2014 | 2.50 | Standard Prints |
| 1/02/2014 | .30 | Standard Prints |
| 1/02/2014 | .60 | Standard Prints |
| 1/02/2014 | 5.90 | Standard Prints |
| 1/02/2014 | 2.75 | Color Prints |
| 1/02/2014 | 21.45 | Color Prints |
| 1/03/2014 | 5.00 | Restructuring Concepts, LLC, Computer Database Research, Chapter 11 Dockets Usage for 1/2014, Melinda Welch |
| 1/03/2014 | 8.57 | LexisNexis, Computer Database Research, Welch, Melinda, 1/3/2014 |
| 1/03/2014 | 30.51 | West, Computer Database Research, Welch, Melinda, January 2014 |
| 1/06/2014 | 20.00 | Restructuring Concepts, LLC, Computer Database Research, Chapter 11 Dockets Usage for 1/2014, Mike Jones |
| 1/07/2014 | 1.90 | Standard Copies or Prints |
| 1/07/2014 | 19.90 | Standard Prints |
| 1/07/2014 | 3.50 | Standard Prints |
| 1/07/2014 | 9.00 | Standard Prints |
| 1/07/2014 | .30 | Standard Prints |
| 1/07/2014 | 7.10 | Standard Prints |
| 1/07/2014 | 1.40 | Standard Prints |
| 1/07/2014 | 7.40 | Standard Prints |
| 1/07/2014 | 11.70 | Standard Prints |
| 1/07/2014 | 21.00 | Standard Prints |
| 1/07/2014 | .20 | Standard Prints |
| 1/07/2014 | 63.40 | Standard Prints |
| 1/07/2014 | 11.00 | Standard Prints |
| 1/07/2014 | 20.35 | Color Prints |
| 1/07/2014 | 2.75 | Color Prints |
| 1/07/2014 | 28.05 | Color Prints |
| 1/07/2014 | 11.00 | Color Prints |

KE 31103704.4

| | | |
|---|---:|---|
| 1/07/2014 | 30.80 | Color Prints |
| 1/07/2014 | 30.80 | Color Prints |
| 1/07/2014 | 30.80 | Color Prints |
| 1/07/2014 | 6.05 | Color Prints |
| 1/07/2014 | 28.05 | Color Prints |
| 1/07/2014 | 11.00 | Color Prints |
| 1/07/2014 | 30.80 | Color Prints |
| 1/07/2014 | 19.25 | Color Prints |
| 1/07/2014 | .55 | Color Prints |
| 1/07/2014 | 31.90 | Color Prints |
| 1/08/2014 | 4.90 | Standard Prints |
| 1/08/2014 | 3.90 | Standard Prints |
| 1/08/2014 | .20 | Standard Prints |
| 1/08/2014 | 1.30 | Standard Prints |
| 1/08/2014 | 9.40 | Standard Prints |
| 1/08/2014 | .20 | Standard Prints |
| 1/08/2014 | 30.80 | Color Prints |
| 1/08/2014 | 30.80 | Color Prints |
| 1/08/2014 | 30.80 | Color Prints |
| 1/08/2014 | 30.80 | Color Prints |
| 1/08/2014 | 41.25 | Color Prints |
| 1/08/2014 | 129.44 | Fed Exp to: Adam Paul - Conf Rm 50M, New York, NY from: Adam Paul |
| 1/08/2014 | 1,311.50 | Pacer Service Center, Computer Database Research, 10/1/2013 thru 12/31/2013 |
| 1/09/2014 | 6.20 | Standard Prints |
| 1/09/2014 | 3.80 | Standard Prints |
| 1/09/2014 | 23.10 | Standard Prints |
| 1/09/2014 | 8.50 | Standard Prints |
| 1/09/2014 | .20 | Standard Prints |
| 1/09/2014 | 9.30 | Standard Prints |
| 1/09/2014 | 145.60 | Standard Prints |
| 1/09/2014 | 30.00 | Standard Prints |
| 1/09/2014 | 3.70 | Standard Prints |
| 1/09/2014 | 23.50 | Standard Prints |
| 1/09/2014 | 5,368.00 | Color Prints |
| 1/09/2014 | 41.25 | Color Prints |
| 1/09/2014 | 278.85 | Color Prints |
| 1/09/2014 | 24.75 | Color Prints |

B-10

| | | |
|---|---|---|
| 1/09/2014 | 33.00 | Color Prints |
| 1/09/2014 | 16.50 | Color Prints |
| 1/09/2014 | 22.00 | Color Prints |
| 1/09/2014 | 399.00 | Production Blowbacks |
| 1/09/2014 | 1,283.20 | Production Blowbacks |
| 1/09/2014 | 450.00 | Flik, Catering Expenses, Client Meeting, K&E NY Office, Paul, Adam, 1/9/2014, Breakfast for 25 people |
| 1/09/2014 | 600.00 | Flik, Catering Expenses, Client Meeting, K&E NY Office, Paul, Adam, 1/9/2014, Lunch for 25 people |
| 1/09/2014 | 80.00 | Flik, Catering Expenses, Client Meeting, K&E NY Office, Leonard, Kathryn K., 1/9/2014, Beverage Setup for 10 people |
| 1/10/2014 | 28.30 | Standard Prints |
| 1/10/2014 | 9.30 | Standard Prints |
| 1/10/2014 | 5.10 | Standard Prints |
| 1/10/2014 | 5.60 | Standard Prints |
| 1/10/2014 | 9.90 | Standard Prints |
| 1/10/2014 | 2.70 | Standard Prints |
| 1/10/2014 | 3.50 | Standard Prints |
| 1/10/2014 | 3.00 | Standard Prints |
| 1/10/2014 | 68.10 | Standard Prints |
| 1/10/2014 | 5.70 | Standard Prints |
| 1/10/2014 | 2.80 | Standard Prints |
| 1/10/2014 | 179.20 | Standard Prints |
| 1/10/2014 | 20.35 | Color Prints |
| 1/10/2014 | 20.35 | Color Prints |
| 1/10/2014 | 17.60 | Color Prints |
| 1/10/2014 | 6.60 | Color Prints |
| 1/10/2014 | 11.00 | Color Prints |
| 1/10/2014 | 134.75 | Color Prints |
| 1/10/2014 | 475.75 | Color Prints |
| 1/10/2014 | 55.70 | Production Blowbacks |
| 1/10/2014 | 26.80 | Fed Exp to: Elyse Filon, Del Ray Beach, FL from: Ashley Gregory |
| 1/10/2014 | -10.23 | Overnight Delivery - Refund |
| 1/10/2014 | 198.00 | Flik, Catering Expenses, Client Meeting, K&E NY Office, Gregory, Ashley, 1/10/2014, Breakfast for 11 people |
| 1/10/2014 | 384.00 | Flik, Catering Expenses, Client Meeting, K&E NY Office, Gregory, Ashley, 1/10/2014, Lunch for 16 people |
| 1/10/2014 | 40.39 | West, Computer Database Research, Donley, John W., January 2014 |
| 1/10/2014 | 1,042.21 | West, Computer Database Research, Dukov, Nia, January 2014 |

KE 31103704.4

| | | |
|---|---|---|
| 1/10/2014 | 7.92 | West, Computer Database Research, Quigg, Charles, January 2014 |
| 1/13/2014 | 12.50 | Standard Prints |
| 1/13/2014 | .70 | Standard Prints |
| 1/13/2014 | .90 | Standard Prints |
| 1/13/2014 | 1.80 | Standard Prints |
| 1/13/2014 | 4.00 | Standard Prints |
| 1/13/2014 | 3.40 | Standard Prints |
| 1/13/2014 | 4.95 | Color Prints |
| 1/13/2014 | 4.95 | Color Prints |
| 1/13/2014 | 22.55 | Color Prints |
| 1/13/2014 | 5.50 | Color Prints |
| 1/14/2014 | 88.00 | Standard Copies or Prints |
| 1/14/2014 | .70 | Standard Copies or Prints |
| 1/14/2014 | 50.20 | Standard Prints |
| 1/14/2014 | 8.80 | Standard Prints |
| 1/14/2014 | 26.20 | Standard Prints |
| 1/14/2014 | 3.20 | Standard Prints |
| 1/14/2014 | 4.50 | Standard Prints |
| 1/14/2014 | 26.30 | Standard Prints |
| 1/14/2014 | 2.60 | Standard Prints |
| 1/14/2014 | 24.80 | Standard Prints |
| 1/14/2014 | 26.30 | Standard Prints |
| 1/14/2014 | .40 | Standard Prints |
| 1/14/2014 | 1.10 | Color Prints |
| 1/14/2014 | 1.10 | Color Prints |
| 1/14/2014 | 144.65 | Color Prints |
| 1/14/2014 | 144.65 | Color Prints |
| 1/14/2014 | 144.65 | Color Prints |
| 1/15/2014 | .60 | Standard Copies or Prints |
| 1/15/2014 | 103.60 | Standard Prints |
| 1/15/2014 | 14.20 | Standard Prints |
| 1/15/2014 | .70 | Standard Prints |
| 1/15/2014 | 14.00 | Standard Prints |
| 1/15/2014 | 2.50 | Standard Prints |
| 1/15/2014 | 9.20 | Standard Prints |
| 1/15/2014 | 2.20 | Standard Prints |
| 1/15/2014 | 15.60 | Standard Prints |
| 1/15/2014 | 376.20 | Color Prints |

B-12

| | | |
|---|---|---|
| 1/15/2014 | 23.10 | Color Prints |
| 1/15/2014 | 23.10 | Color Prints |
| 1/15/2014 | 133.65 | Color Prints |
| 1/15/2014 | 45.10 | Color Prints |
| 1/15/2014 | 55.55 | Color Prints |
| 1/16/2014 | 48.04 | Jeffrey Gettleman, Cell Phone Calls, 12/17/2013 to 01/16/2014 |
| 1/16/2014 | 6.60 | Standard Copies or Prints |
| 1/16/2014 | .70 | Standard Prints |
| 1/16/2014 | 10.80 | Standard Prints |
| 1/16/2014 | 6.40 | Standard Prints |
| 1/16/2014 | .50 | Standard Prints |
| 1/16/2014 | 14.00 | Standard Prints |
| 1/16/2014 | 10.10 | Standard Prints |
| 1/16/2014 | 6.60 | Standard Prints |
| 1/16/2014 | 4.95 | Color Prints |
| 1/16/2014 | 10.90 | Fed Exp to: Roger Higgins, Chicago, IL from: J. Michael Jones |
| 1/16/2014 | 36.90 | Vital Transportation, Inc., Passenger: Package, M. Jones, Local Transportation, Date: 1/8/2014 |
| 1/19/2014 | 40.79 | West, Computer Database Research, Esayian, Lisa G., January 2014 |
| 1/21/2014 | 29.00 | Standard Prints |
| 1/21/2014 | 4.90 | Standard Prints |
| 1/21/2014 | 4.70 | Standard Prints |
| 1/21/2014 | 6.20 | Standard Prints |
| 1/21/2014 | 3.20 | Standard Prints |
| 1/21/2014 | 5.40 | Standard Prints |
| 1/21/2014 | 2.50 | Standard Prints |
| 1/21/2014 | 28.50 | Standard Prints |
| 1/21/2014 | 8.90 | Standard Prints |
| 1/21/2014 | 5.70 | Standard Prints |
| 1/21/2014 | 26.30 | Standard Prints |
| 1/21/2014 | 30.60 | Standard Prints |
| 1/21/2014 | 508.00 | Standard Prints |
| 1/21/2014 | 23.10 | Standard Prints |
| 1/21/2014 | 33.00 | Color Prints |
| 1/21/2014 | 4.40 | Color Prints |
| 1/21/2014 | 25.30 | Color Prints |
| 1/21/2014 | 22.55 | Color Prints |
| 1/21/2014 | 7.70 | Color Prints |

B-13

| 1/21/2014 | 22.00 | Color Prints |
|---|---|---|
| 1/21/2014 | 64.90 | Color Prints |
| 1/21/2014 | 227.15 | Color Prints |
| 1/21/2014 | 356.95 | Color Prints |
| 1/21/2014 | 11.00 | Color Prints |
| 1/21/2014 | 132.00 | Color Prints |
| 1/21/2014 | 88.00 | Color Prints |
| 1/21/2014 | 748.00 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 8.80 | Color Prints |
| 1/21/2014 | 44.00 | Color Prints |
| 1/21/2014 | 33.00 | Color Prints |
| 1/21/2014 | 6.60 | Color Prints |
| 1/21/2014 | 299.20 | Color Prints |
| 1/21/2014 | 299.20 | Color Prints |
| 1/21/2014 | 37.40 | Color Prints |
| 1/21/2014 | 37.40 | Color Prints |
| 1/21/2014 | 37.40 | Color Prints |
| 1/21/2014 | 37.40 | Color Prints |
| 1/21/2014 | 37.40 | Color Prints |

B-14

| | | |
|---|---|---|
| 1/21/2014 | 37.40 | Color Prints |
| 1/21/2014 | 37.40 | Color Prints |
| 1/21/2014 | 37.40 | Color Prints |
| 1/21/2014 | 37.40 | Color Prints |
| 1/21/2014 | 37.40 | Color Prints |
| 1/22/2014 | 4.00 | Standard Copies or Prints |
| 1/22/2014 | 3.00 | Standard Prints |
| 1/22/2014 | 18.70 | Standard Prints |
| 1/22/2014 | .20 | Standard Prints |
| 1/22/2014 | 1.60 | Standard Prints |
| 1/22/2014 | 18.20 | Standard Prints |
| 1/22/2014 | 3.00 | Standard Prints |
| 1/22/2014 | 19.30 | Standard Prints |
| 1/22/2014 | 8.00 | Standard Prints |
| 1/22/2014 | 77.00 | Color Copies or Prints |
| 1/22/2014 | 44.00 | Color Prints |
| 1/22/2014 | 33.00 | Color Prints |
| 1/22/2014 | 496.00 | Flik, Catering Expenses, Client Meeting, K&E NY Office, Paul, Adam, 1/22/2014, Beverage and Refreshment Setup for 31 people |
| 1/23/2014 | 6.00 | Standard Copies or Prints |
| 1/23/2014 | 2.00 | Standard Prints |
| 1/23/2014 | 185.20 | Standard Prints |
| 1/23/2014 | 7.70 | Standard Prints |
| 1/23/2014 | 4.70 | Standard Prints |
| 1/23/2014 | .40 | Standard Prints |
| 1/23/2014 | .60 | Standard Prints |
| 1/23/2014 | 11.20 | Standard Prints |
| 1/23/2014 | 9.30 | Standard Prints |
| 1/23/2014 | 2.10 | Standard Prints |
| 1/23/2014 | .60 | Standard Prints |
| 1/23/2014 | 11.90 | Standard Prints |
| 1/23/2014 | 11.55 | Color Prints |
| 1/23/2014 | 3.85 | Color Prints |
| 1/23/2014 | .55 | Color Prints |
| 1/23/2014 | 3.85 | Color Prints |
| 1/23/2014 | 55.00 | Color Prints |
| 1/23/2014 | 30.25 | Color Prints |
| 1/23/2014 | 2.20 | Color Prints |

B-15

| | | |
|---|---|---|
| 1/24/2014 | 3.90 | Standard Prints |
| 1/24/2014 | 1.70 | Standard Prints |
| 1/24/2014 | 2.00 | Standard Prints |
| 1/24/2014 | 4.70 | Standard Prints |
| 1/24/2014 | .70 | Standard Prints |
| 1/24/2014 | .80 | Standard Prints |
| 1/24/2014 | .30 | Standard Prints |
| 1/24/2014 | 5.80 | Standard Prints |
| 1/24/2014 | 17.20 | Standard Prints |
| 1/24/2014 | 6.90 | Standard Prints |
| 1/24/2014 | 8.40 | Standard Prints |
| 1/24/2014 | 3.10 | Standard Prints |
| 1/24/2014 | 37.40 | Color Prints |
| 1/24/2014 | 29.70 | Color Prints |
| 1/24/2014 | 15.95 | Color Prints |
| 1/24/2014 | 15.95 | Color Prints |
| 1/24/2014 | 58.30 | Fed Exp to: Adam Paul, Wilmette, IL from: General Services |
| 1/24/2014 | 50.10 | Comet Messenger Service Inc., Outside Messenger Services, 300 N. LaSalle, Adam C. Paul, 1/24/2014 |
| 1/27/2014 | 12.50 | Standard Prints |
| 1/27/2014 | 4.40 | Standard Prints |
| 1/27/2014 | .30 | Standard Prints |
| 1/27/2014 | 1.50 | Standard Prints |
| 1/27/2014 | 6.60 | Standard Prints |
| 1/27/2014 | 13.20 | Standard Prints |
| 1/27/2014 | 14.90 | Standard Prints |
| 1/27/2014 | 2.80 | Standard Prints |
| 1/27/2014 | 6.80 | Standard Prints |
| 1/27/2014 | 167.20 | Color Prints |
| 1/27/2014 | 14.85 | Color Prints |
| 1/27/2014 | 48.95 | Color Prints |
| 1/27/2014 | 37.40 | Color Prints |
| 1/27/2014 | 13.75 | Color Prints |
| 1/28/2014 | 13.00 | Standard Copies or Prints |
| 1/28/2014 | 15.80 | Standard Prints |
| 1/28/2014 | .80 | Standard Prints |
| 1/28/2014 | 6.20 | Standard Prints |
| 1/28/2014 | 1.40 | Standard Prints |

KE 31103704.4

| 1/28/2014 | 6.20 | Standard Prints |
|---|---|---|
| 1/28/2014 | 27.70 | Standard Prints |
| 1/28/2014 | 7.30 | Standard Prints |
| 1/28/2014 | 1.00 | Standard Prints |
| 1/28/2014 | .40 | Standard Prints |
| 1/28/2014 | 2.40 | Standard Prints |
| 1/28/2014 | 3.90 | Standard Prints |
| 1/28/2014 | 5.70 | Standard Prints |
| 1/28/2014 | 16.50 | Color Prints |
| 1/28/2014 | 7.15 | Color Prints |
| 1/28/2014 | 12.65 | Color Prints |
| 1/28/2014 | 10.45 | Color Prints |
| 1/28/2014 | 6.60 | Color Prints |
| 1/28/2014 | 7.15 | Color Prints |
| 1/28/2014 | 23.65 | Color Prints |
| 1/28/2014 | 22.00 | Color Prints |
| 1/28/2014 | 1.10 | Color Prints |
| 1/28/2014 | 16.50 | Color Prints |
| 1/28/2014 | 17.05 | Color Prints |
| 1/28/2014 | 8.80 | Color Prints |
| 1/28/2014 | 8.25 | Color Prints |
| 1/28/2014 | 36.30 | Color Prints |
| 1/28/2014 | 15.95 | Color Prints |
| 1/29/2014 | 30.00 | CourtCall, LLC - Court Costs and Fees, CourtCall telephonic appearance for Adam Paul on 1/29/2014 |
| 1/29/2014 | 30.00 | CourtCall, LLC - Court Costs and Fees, CourtCall telephonic appearance for John Donley on 1/29/2014 |
| 1/29/2014 | 30.00 | CourtCall, LLC - Court Costs and Fees, CourtCall telephonic appearance for Lisa Esayian on 1/29/2014 |
| 1/29/2014 | 30.00 | CourtCall, LLC - Court Costs and Fees, CourtCall telephonic appearance for Roger Higgins on 1/29/2014 |
| 1/29/2014 | 60.00 | Restructuring Concepts, LLC, Computer Database Research, Chapter 11 Dockets Usage for 1/2014, Ryan Hehner |
| 1/29/2014 | 1,853.36 | West, Computer Database Research, Barakat, Rana, January 2014 |
| 1/29/2014 | 80.86 | West, Computer Database Research, Hehner, Ryan, January 2014 |
| 1/30/2014 | 409.37 | National Corporate Research, Ltd - Outside Retrieval Service Corporate documents - Good standing certificates: IL, LA; MD; OR |
| 1/30/2014 | 384.55 | West, Computer Database Research, Gettleman, Jeffrey, January 2014 |
| 1/31/2014 | 12.09 | Intercall - Third Party Telephone Charges, R. Hehner, 1/31/14 |

B-17

| 1/31/2014 | 15.31 | Intercall - Third Party Telephone Charges, A. Paul, 1/31/14 |
| 1/31/2014 | 31.61 | Intercall - Third Party Telephone Charges, L. Esayian, 1/31/14 |
| 1/31/2014 | 2.18 | Intercall - Third Party Telephone Charges, P. Marshall, 1/31/14 |
| 1/31/2014 | 124.63 | Intercall - Third Party Telephone Charges, M. Jones, 1/31/14 |
| 1/31/2014 | 36.67 | Intercall - Third Party Telephone Charges, K. Leonard, 1/31/14 |
| 1/31/2014 | 16.72 | Intercall - Third Party Telephone Charges, A. Slavutin, 1/31/14 |
| 1/31/2014 | 38.98 | GX Green Express, Inc. - Outside Messenger Service, Night courier delivery for A. Paul |
| 1/31/2014 | 8,615.93 | American Corporate Services, Inc. - Outside Retrieval Service, Good Standing Certificate & Certified Copies |
| 1/31/2014 | .31 | West, Computer Database Research, Batchen, Joan, January 2014 |
| 1/31/2014 | 12.33 | Computer Database Research, Commercial register excerpts, January 2014 |
| 1/31/2014 | 82.21 | Computer Database Research, Commercial register excerpts, January 2014 |
| 2/01/2014 | 2,754.04 | Transperfect Document Management, Inc. - Outside Copy/Binding, Print, Bind |
| 2/02/2014 | 51.30 | Flik, Catering Expenses, Client Meeting, K&E NY Office, Paul, Adam, 2/2/2014, Lunch for 2 people |
| 2/03/2014 | 11.00 | Fed Exp to: Daniela Graca, Lakewood, NJ from: Aaron Slavutin |
| 2/03/2014 | 720.00 | Flik, Catering Expenses, Client Meeting, K&E NY Office, Paul, Adam, 2/3/2014, Lunch for 30 people |
| 2/03/2014 | 520.00 | Flik, Catering Expenses, Client Meeting, K&E NY Office, Paul, Adam, 2/3/2014, Breakfast for 20 people |
| Total: | 37,416.59 | |

KE 31103704.4