# EXHIBIT B

## Monthly Fee Application and Time Records for the Interim Compensation Period from January 1, 2014 – January 31, 2013

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (KJC) |
| W. R. GRACE & CO., et al.[1]; | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **March 31, 2014 at 4:00 p.m.** |
|  | ) | **Hearing date:  To be scheduled only if objections** |
|  | ) | **are timely filed and served**. |

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel

to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee

of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7)

Counsel to the Debtors-in-Possession Lenders; and (8) the Fee Auditor:

Strook & Strook & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

in the above-captioned chapter 11 cases, filed and served the One Hundred and Fifty-Fourth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period January 1, 2014 through January 31, 2014, seeking compensation in the amount of $11,159.50 and reimbursement for actual and necessary expenses in the amount of $98.40

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 31, 2014 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors, Adam Paul, Esquire, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654 (fax number 312-862-2200), and James E. O'Neill, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400), and Roger J. Higgins, Esquire, The Law Offices of Roger Higgins LLC, 111 East Wacker Drive, Suite 2800, Chicago, IL 60601 (Fax number 312-577-0737); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, Delaware 19801-1659 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod LLP, Wachovia Building, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, Chartered, 600 Lexington Avenue, 21st Floor, New York, New York 10022 (fax number 212-379-6001), and Mark Hurford, Esquire, Campbell & Levine, LLC, 222 Delaware Avenue, Suite 1620, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins LLP, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) co-counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000), and Teresa K.D. Currier, Esquire, Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19801 (Fax number 302-421-6813); (vii) the Office of the United States Trustee, Attn:  David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, Bobbi M. Ruhlander, Esquire, Warren H. Smith and Associates, P.C., 2235 Ridge Road, Suite 105, Rockwall, TX 75087 (Fax number 214-722-0081).


**[Remainder of Page Left Intentionally Blank]**

3

Dated: March 11, 2014
      Wilmington, Delaware

**RESPECTFULLY SUBMITTED,**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq. (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com
E-mail:    rwriley@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@stroock.com
              kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (KJC) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline:** |
|  | ) | **March 31, 2014 at 4:00 p.m.** |
|  | ) | **Hearing date:  To be scheduled only if objections** |
|  | ) | **are timely filed and served**. |

## ONE HUNDRED AND FIFTY-FOURTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM JANUARY 1, 2014 THROUGH JANUARY 31, 2014</u>

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **January 1, 2014 – January 31, 2014** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$11,159.50     (80%: $8,927.60)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$98.40** |

This is an: ☒ interim ☐ final application

**Attachment A**

**Monthly Interim Fee Applications**

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001   D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |
| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |
| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005 D.I. 8026 | 1/1/05 – 1/31/05 | $187,168.00 | $4,411.55 (Stroock) $15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005 D.I. 8155 | 2/1/05 – 2/28/05 | $108,180.25 | $8,102.85 (Stroock) $18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005 D.I. 8331 | 3/1/05 – 3/31/05 | $56,941.25 | $287.23 (Stroock) $6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005 D.I.  8562 | 4/1/05 – 4/30/05 | $127,695.00 | $3,531.45 (Stroock) $20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |

4

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| June 28, 2005 D.I. 8704 | 5/1/05 – 5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005 D.I. 9135 | 6/1/05 – 6/30/05 | $114,903.75 | $4,871.74 (Stroock) $34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005 D.I. 9356 | 7/1/05 – 7/31/05 | $117,780.75 | $2,088.44 (Stroock) $2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005 D.I. 9565 | 8/1/05 8/31/05 | $106,796.25 | $5,046.99 (Stroock) $18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005 D.I. 10951 | 9/1/05 9/31/05 | $67,697.50 | $1,399.68 (Stroock) $11,197.50 (Navigant) | $54,158.00 | $12,597.18 |
| November 29, 2005 D.I. 11202 | 10/1/05 - 10/31/05 | $98,216.75 | $1,611.30 (Stroock) $11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006 D.I. 11507 | 11/1/05 11/30/05 | $104,348.00 | $2,847.45 (Stroock) $71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006 D.I. 11655 | 12/1/05 – 12/31/05 | $96,855.00 | $1,379.53 (Stroock) $20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006 D.I. 11921 | 1/1/06 – 1/31/06 | $73,383.00 | $1,810.85 (Stroock) $14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006 D.I. 12134 | 2/1/06 – 2/28/06 | $105,083.75 | $1,434.62 (Stroock) $25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006 D.I. 12354 | 3/1/2006 - 3/31/2006 | $145,189.50 | $2,512.81 (Stroock) $25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006 D.I. 12558 | 4/1/2006 - 4/30/2006 | $116,817.00 | $2,141.42 (Stroock) $7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006 D.I. 12748 | 5/1/2006 – 5/31/2006 | $121,304.50 | $1,838.71 (Stroock) $17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006 D.I. 12899 | 6/1/2006 – 6/30/2006 | $94,856.50 | $1,869.66 (Stroock) $38,548.75 (Navigant) | $75,885.20 | $40,418.41 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2006 D.I. 13117 | 7/1/2006 – 7/31/2006 | $97,397.25 | $496.76 (Stroock) $30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006 D.I. 13336 | 8/1/2006- 8/31/2006 | $131,856.25 | $98.34 (Stroock) $98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006 D.I. 13559 | 9/1/2006 – 9/30/2006 | $150,960.00 | $4,147.01 (Stroock) $91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006 D.I. 13838 | 10/1/06 – 10/31/06 | $196,223.50 | $915.14 (Stroock) $147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007 D.I. 14292 | 11/1/06 – 11/30/06 | $188,638.00 | $3,370.16 (Stroock) $133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007 D.I. 14415 | 12/1/06 – 12/31/06 | $99,832.00 | $5,752.89 (Stroock) $55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007 D.I. 14810 | 1/1/2007 – 1/31/2007 | $77,582.00 | $962.06 (Stroock) $90,474.74 (Navigant) | $62,065.60 | $91,436.80 |
| April 10, 2007 D.I. 15132 | 2/1/2007 – 2/28/2007 | $119,140.50 | $3,092.88 (Stroock) $77,301.25 (Navigant) | $95.312.40 | $80,394.13 |
| May 1, 2007 D.I. 15457 | 3/1/2007 – 3/31/2007 | $135,228.00 | $6,635.25 (Stroock) $104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007 D.I. 16136 | 4/1/2007 – 4/30/2007 | $177,646.00 | $815.81 (Stroock) $173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007 D.I. 16309 | 5/1/2007 – 5/31/2007 | $205,937.25 | $6,405.01 (Stroock) $162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007 D.I. 16528 | 6/1/2007 – 6/30.2007 | $225,650.50 | $5,929.97 (Stroock) $200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007 D.I. 16822 | 7/1/2007 – 7/31/2007 | $157.268.50 | $4,021.65 (Stroock) $208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007 D.I. 16959 | 8/1/2007 – 8/31/2007 | $145,866.50 | $3,354.61 (Stroock) $210,152.54 (Navigant) | $116,693.20 | $213,507.15 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 19, 2007 D.I. 17394 | 9/1/2007 – 9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007 D.I. 17548 | 10/1/07 - 10/31/07 | $288,976.50 | $22,324.58 (Stroock) $325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008 D.I. 17803 | 11/1/07 – 11/30/07 | $249,372.50 | $32,780.40 (Stroock) $162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008 D.I. 17957 | 12/1/07 – 12/31/97 | $116,522.50 | $57,717.92 (Stroock) $47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008 D.I. 18202 | 1/1/08 – 1/31/08 | $201,472.50 | $3,282.80 (Stroock) $86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008 D.I. 18450 | 2/1/08 – 2/29/08 | $195,491.00 | $5,922.25 (Stroock) $73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008 D.I. 18639 | 3/1/08 – 3/31/08 | $275,659.00 | $11,217.17 (Stroock) $69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008 D.I. 18862 | 4/1/08 - 4/30/08 | $298,888.00 | $10,143.60 (Stroock) $38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008 D.I. 19032 | 5/1/08 - 5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |
| August 4, 2008 D.I. 19224 | 6/1/2008 - 6/30/2008 | $213,559.00 | $12,357.78 (Stroock) $96.84 (Navigant) | $170,847.20 | $12,454.62 |
| September 10, 2008 D.I. 19516 | 7/1/2008 - 7/31/2008 | $206,087.50 | $6,717.13 (Stroock) $259.90 (Navigant) | $164.870.00 | $6,977.03 |
| September 30, 2008 D.I. 19653 | 8/1/2008 – 8/31/2008 | $212,928.50 | $2,326.65 (Stroock) | $170,342.80 | $2,326.65 |
| November 6, 2008 D.I. 19949 | 9/1/2008 – 9/30/2008 | $226,486.50 | $2,844.77 (Stroock) | $181,189.20 | $2,844.77 |
| December 2, 2008 D.I. 20174 | 10/1/08 – 10/31/08 | $270,097.00 | $10,611.52 (Stroock) | $216,077.60 | $10,611.52 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| December 30, 2008 D.I. 20384 & 20385 | 11/1/08 – 11/30/08 | $184,642.00 | $5,870.24 (Stroock) | $147,713.60 | $5,870.24 |
| February 3, 2009 D.I. 20654 | 12/1/08 – 12/31/08 | $102,648.50 | $4,017.80 (Stroock) | $82,118.80 | $4,017.80 |
| March 3, 2009 D.I. 20906 | 1/1/09 – 1/31/09 | $114,525.00 | $2,458.44 (Stroock) | $91,620.00 | $2,458.44 |
| March 30, 2009 D.I. 21152 | 2/1/09 – 2/28/09 | $141,569.00 | $1,627.89 (Stroock) | $113,255.20 | $1,627.89 |
| April 29, 2009 D.I. 21475 | 3/1/09 – 3/31/09 | $181,006.75 | $3,270.02 (Stroock) | $144,805.40 | $3,270.02 |
| May 29,2009 D.I. 21910 | 4/1/09 – 4/30/09 | $187,588.50 | $1,545.41 (Stroock) | $150,070.80 | $1,545.41 |
| July 1, 2009 D.I. 22310 | 5/1/09 – 5/31/09 | $227,989.00 | $9,428.79 (Stroock) | $182,391.20 | $9,428.79 |
| August 6, 2009 D.I. 22709 | 6/1/09 – 6/30/09 | $238,611.25 | $5,960.91 (Stroock) | $190,889.00 | $5,960.91 |
| September 25, 2009 D.I. 23338 | 7/1/09 – 7/31/09 | $294,766.50 | $17,306.20 (Stroock) | $235,813.20 | $17,306.20 |
| October 5, 2009 D.I 23422 | 8/1/09 – 8/31/09 | $299,544.25 | $7,237.57 (Stroock) $2,812.50 (Navigant) | $239,635.40 | $10,050.07 |
| November 13, 2009 D.I. 23759 | 9/1/09 – 9/30/09 | $349,937.50 | $20,164.05 (Stroock) | $279,950.00 | $20,164.05 |
| December 1, 2009 D.I. 23897 | 10/1/09 – 10/31/09 | $281,050.75 | $12,457.25 (Stroock) | $224,840.60 | $12,457.25 |
| December 30, 2009 D.I. 24087 | 11/1/09 – 11/30/09 | $219,347.00 | $10,084.80 (Stroock) | $175,477.60 | $10,084.80 |
| January 29, 2010 D.I. 24211 | 12/1/09 – 12/31/09 | $117,137.00 | $3,532.36 (Stroock) | $93,709.60 | $3,532.36 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| March 1, 2010 D.I. 24376 | 1/1/2010 – 1/31/2010 | $193,442.75 | $3,163.37 (Stroock) | $154,754.20 | $3,163.37 |
| March 30, 2010 D.I. 24537 | 2/1/2010 – 2/28/2010 | $56,435.50 | $1,668.29 (Stroock) | $45,148.40 | $1,668.29 |
| April 28, 2010 D.I. 24687 | 3/1/2010 – 3/31/2010 | $42,209.00 | $636.63 (Stroock) | $33,767.20 | $636.63 |
| May 28, 2010 D.I. 24859 | 4/1/2010 – 4/30/2010 | $44,465.00 | $265.51 (Stroock) | $35,572.00 | $265.51 |
| June 28, 2010 D.I. 24993 | 5/1/2010 – 5/31/2010 | $36,946.50 | $770.90 (Stroock) | $29,557.20 | $770.90 |
| July 28, 2010 D.I. 25130 | 6/1/2010 – 6/30/2010 | $52,374.50 | $93.68 (Stroock) | $41,899.60 | $93.68 |
| August 30, 2010 D.I. 25286 | 7/1/2010 – 7/31/2010 | $20,240.00 | $141.30 (Stroock) | $16,192.00 | $141.30 |
| September 28, 2010 D.I. 25488 | 8/1/2010 – 8/31/2010 | $23,595.50 | $157.91 (Stroock) | $18,876.40 | $157.91 |
| October 28, 2010 D.I. 25660 | 9/1/2010 – 9/30/2010 | $25,244.50 | $328.75 (Stroock) | $20,195.60 | $328.75 |
| November 29, 2010 D.I. 25812 | 10/1/2010 – 10/31/10 | $17,677.50 | $90.00 (Stroock) | $14,142.00 | $90.00 |
| December 28, 2010 D.I. 25963 | 11/1/2010 – 11/30/2010 | $45,417.00 | $307.06 (Stroock) | $36,333.60 | $307.06 |
| January 28, 2011 D.I. 26140 | 12/1/2011 – 12/31/2011 | $78,046.75 | $2,238.40 (Stroock) | $62,437.40 | $2,238.40 |
| February 28, 2011 D.I. 26435 | 1/1/2011 – 1/31/2011 | $37,267.00 | $193.84 (Stroock) | $29,813.60 | $193.84 |
| March 28, 2011 D.I. 26651 | 2/1/2011 – 2/28/2011 | $145,264.75 | $3,264.42 (Stroock) | $116,211.80 | $3,264.42 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| April 28, 2011 D.I. 26834 | 3/1/2011 – 3/31/2011 | $95,649.00 | $1,447.38 (Stroock) | $76,519.20 | $1,447.38 |
| May 31, 2011 D.I. 27012 | 4/1/2011 – 4/30/2011 | $137,671.50 | $1,005.62 (Stroock) | $110,137.20 | $1,005.62 |
| June 28, 2011 D.I. 27166 | 5/1/2011 – 5/31/2011 | $67,451.50 | $1,350.50 (Stroock) | $53,961.20 | $1,350.50 |
| July 28, 2011 D.I. 27326 | 6/1/2011 – 6/30/2011 | $183,497.75 | $1,903.63 (Stroock) | $146,798.20 | $1,903.63 |
| August 30, 2011 D.I. 27526 | 7/1/2011 – 7/31/2011 | $63,076.00 | $1,373.39 (Stroock) | $50,460.80 | $1,373.39 |
| September 28, 2011 D.I. 27675 | 8/1/2011 – 8/31/2011 | $56,731.00 | $1,133.86 (Stroock) | $45,384.80 | $1,133.86 |
| October 28, 2011 D.I. 27847 | 9/1/2011 – 9/30/2011 | $68,727.00 | $1,025.63 (Stroock) | $54,981.60 | $1,025.63 |
| December 1, 2011 D.I. 28060 | 10/1/2011 – 10/31/2011 | $55,335.00 | $348.59 (Stroock) | $44,268.00 | $348.59 |
| December 28, 2011 D.I 28281 | 11/1/2011 – 11/30/2011 | $29,136.00 | $416.68 (Stroock) | $23,308.80 | $416.68 |
| February 3, 2012 D.I. 28463 | 12/1/2011 – 12/31/2011 | $8,012.50 | $52.22 (Stroock) | $6,410.00 | $52.22 |
| February 28, 2012 D.I. 28595 | 1/1/2012 – 1/31/2012 | $31,694.50 | $379.41 (Stroock) | $25,355.60 | $379.41 |
| March 28, 2012 D.I. 28732 | 2/1/2012 – 2/29/2012 | $62,628.00 | $220.71 (Stroock) | $50,102.40 | $220.71 |
| April 30, 2012 D.I. 28848 | 3/1/2012 – 3/31/2012 | $27,172.50 | $140.02 (Stroock) | $21,738.00 | $140.02 |
| May 30, 2012 D.I. 28991 | 4/1/2012 – 4/30/2012 | $24,898.50 | $75.21 (Stroock) | $19,918.80 | $75.21 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 2, 2012 D.I. 29165 | 5/1/2012 – 5/31/2012 | $42,647.00 | $1,118.18 (Stroock) | $34,117.60 | $1,118.18 |
| July 30, 2012 D.I. 29369 | 6/1/2012 – 6/30/2012 | $38,931.50 | $70.86 (Stroock) | $31,145.20 | $70.86 |
| August 28, 2012 D.I. 29520 | 7/1/2012 – 7/31/12 | $38,387.50 | $330.64 (Stroock) | $30,710.00 | $330.64 |
| September 28, 2012 D.I. 29705 | 8/1/2012 – 8/31/2012 | $12,847.00 | $53.09 (Stroock) | $10,277.60 | $53.09 |
| November 14, 2012 D.I. 29896 | 9/1/2012 – 9/30/2012 | $11,631.00 | $102.99 (Stroock) | $9,304.80 | $102.99 |
| December 5, 2012 D.I. 29997 | 10/1/2012 – 10/31/2012 | $21,007.00 | $75.77 (Stroock) | $16,805.60 | $75.77 |
| January 2, 2013 D.I. 30111 | 11/1/2012 – 11/30/2012 | $50,897.50 | $120.11 (Stroock) | $40,718.00 | $120.11 |
| January 28, 2013 D.I. 30200 | 12/1/2012 – 12/31/2012 | $22,527.00 | $351.88 (Stroock) | $18,021.60 | $351.88 |
| February 28, 2013 D.I. 30331 | 1/1/2013 – 1/31/2013 | $18,721.00 | $365.80 (Stroock) | $14,976.80 | $365.80 |
| March 29, 2013 D.I. 30451 | 2/1/2013 – 2/28/2013 | $14,581.00 | $16.38 (Stroock) | $11,664.80 | $16.38 |
| April 29, 2013 D.I. 30565 | 3/1/2013 – 3/31/2013 | $9,726.00 | $103.45 (Stroock) | $7,780.80 | $103.45 |
| May 29, 2013 D.I. 30678 | 4/1/2013 – 4/30/2013 | $15,588.00 | $24.23 (Stroock) | $12,470.40 | $24.23 |
| June 28, 2013 D.I. 30786 | 5/1/2013 – 5/31/2013 | $10,311.50 | $489.71 (Stroock) | $8,249.20 | $489.71 |
| July 29, 2013 D.I. 30889 | 6/1/2013 – 6/30/2013 | $18,107.50 | $274.42 (Stroock) | $14,486.00 | $274.42 |

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 29, 2013 D.I. 31038 | 7/1/2013 – 7/31/2013 | $8,265.50 | $68.45 (Stroock) | $6,612.40 | $68.45 |
| September 30, 2013 D.I. 31180 | 8/1/2013 – 8/31/2013 | $6,548.50 | $286.64 (Stroock) | $5,238.80 | $286.64 |
| October 30, 2013 D.I. 31283 | 9/1/2013 – 9/30/2013 | $6,830.50 | $77.42 (Stroock) | $5,464.40 | $77.42 |
| December 2, 2013 D.I. 31411 | 10/1/2013 – 10/31/2013 | $3,948.50 | $23.93 (Stroock) | $3,158.80 | $23.93 |
| December 30, 2014 D.I. 31538 | 11/1/2013 – 11/30/2013 | $9,302.00 | $262.25 (Stroock) | $7,441.60 | $262.25 |
| January 29, 2014 D.I. 31662 | 12/1/2013 – 12/31/2013 | $9,593.00 | $35.34 (Stroock) | $7,674.40 | $35.34 |

**WR GRACE & CO**
**ATTACHMENT B**
**JANUARY 1, 2014 - JANUARY 31, 2014**

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** |  |  |  |  |
| Pasquale, Kenneth | 2.9 | $   995 | $   2,885.50 | 23 |
|  |  |  |  |  |
| **Associates** |  |  |  |  |
| Wildes, Denise | 8.3 | 750 | 6,225.00 | 23 |
|  |  |  |  |  |
| **Paraprofessionals** |  |  |  |  |
| Magzamen, Michael | 0.2 | 345 | 69.00 | 11 |
| Mohamed, David | 9.0 | 220 | 1,980.00 | 24 |
|  |  |  |  |  |
| **Total** | **20.4** |  | $   **11,159.50** |  |

# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**JANUARY 1, 2014 - JANUARY 31, 2014**

| Matter Code | Project Category | Hours | Amount |
|:---:|:---|:---:|---:|
| | | | |
| 0014 | Case Administration | 2.8 | $    669.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 5.2 | 4,267.50 |
| 0018 | Fee Application, Applicant | 2.9 | 875.00 |
| 0019 | Creditor Inquiries | 2.3 | 2,068.00 |
| 0020 | Fee Application, Others | 4.0 | 880.00 |
| 0036 | Plan and Disclosure Statement | 2.7 | 2,025.00 |
| 0037 | Hearings | 0.5 | 375.00 |
| | | | |
| | **Total** | **20.4** | **$ 11,159.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | February 5, 2014 |
| INVOICE NO. | 613598 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2014, including:

| | |
|---|---|
| RE | Case Administration |
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2014 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 01/06/2014 | Review Debtors filing of Amendment to Schedules. | Wildes, D. | 0.1 |
| 01/08/2014 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.1 |
| 01/10/2014 | Obtain recent pleading re appeals case no. 11-199 for attorney review (.1); review appeals case no. 12-1402 (.1). | Mohamed, D. | 0.2 |
| 01/13/2014 | Review appeals case docket nos. 11-199 and 12-1402. | Mohamed, D. | 0.2 |
| 01/15/2014 | Obtain and circulate recently docketed pleading in main case. | Mohamed, D. | 0.1 |
| 01/17/2014 | Obtain and circulate recently docketed | Mohamed, D. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.3); review appeals case docket nos. 11-199 and 12-1402 (.2). | | |
| 01/27/2014 | Obtain and circulate recently docketed pleadings in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |
| 01/28/2014 | Obtain and circulate recently docketed pleadings in main case (.3); schedule D. Wildes to appear telephonically at 1/29/14 status conference (.1). | Mohamed, D. | 0.4 |
| 01/29/2014 | Obtain and circulate recently docketed pleadings in main case. | Mohamed, D. | 0.2 |
| 01/31/2014 | Obtain and circulate recently docketed pleadings in main case (.2); review appeals case docket nos. 11-199 and 12-1402 (.2). | Mohamed, D. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Mohamed, David | 2.7 | $ 220 | $ 594.00 |
| Wildes, Denise K. | 0.1 | 750 | 75.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 669.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 669.00 |
|-----------------------|----------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 01/09/2014 | Emails Pasquale re preparing memo to Committee re exit financing motions (.1); work on draft memo to Committee summarizing proposed exit financing terms and fees and Debtors' request to seal and confidentiality (2.0). | Wildes, D. | 2.1 |
| 01/10/2014 | Review exit financing motion & draft memo to committee re same (.6); emails re same (.2). | Pasquale, K. | 0.8 |
| 01/10/2014 | Finalize draft memo to committee re Exit Financing Motion (1.0); corresp. w/ Pasquale re same (.1). | Wildes, D. | 1.1 |
| 01/11/2014 | Review corresp. from Frezza re draft memo to committee re Exit Financing Motion (.1); revise, finalize  and send memo to Committee re Exit Financing (.3). | Wildes, D. | 0.4 |
| 01/13/2014 | t/c & emails re effective date; bank lender settlement. | Pasquale, K. | 0.3 |
| 01/17/2014 | Review and forward to Cee Order approving Bank Lender Settlement. | Wildes, D. | 0.1 |
| 01/28/2014 | Emails w/committee member re plan issues. | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Pasquale, Kenneth | 1.5 | $ 995 | $ 1,492.50 |
| Wildes, Denise K. | 3.7 | 750 | 2,775.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,267.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 4,267.50 |
| --- | --- |

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/22/2014 | Review/revise fee detail. | Magzamen, M. | 0.2 |
| 01/23/2014 | Prepare draft of SSL's 153rd monthly fee application for attorney review. | Mohamed, D. | 0.9 |
| 01/24/2014 | Update draft of SSL's 153rd monthly fee application for attorney review. | Mohamed, D. | 0.2 |
| 01/24/2014 | Email Mohamed re review of December monthly fee application. | Wildes, D. | 0.1 |
| 01/27/2014 | Review, revise monthly fee application. | Wildes, D. | 0.2 |
| 01/28/2014 | T/c Mohamed re revisions to monthly fee application. | Wildes, D. | 0.1 |
| 01/29/2014 | Finalize SSL's 153rd monthly fee application for filing (.5); prepare notice and CoS re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.2). | Mohamed, D. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Magzamen, Michael | 0.2 | $ 345 | $ 69.00 |
| Mohamed, David | 2.3 | 220 | 506.00 |
| Wildes, Denise K. | 0.4 | 750 | 300.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 875.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 875.00 |
|---|---|

Case 01-01139-KJC    Doc 31820-1    Filed 03/05/14    Page 26 of 39

# STROOCK

| RE | Creditor Inquiries |
|----|--------------------|
|    | 699843  0019       |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2014 | Corresp. Pasquale and Frezza re creditor inquiry re calculation of post-petition interest for trade creditors under Plan and re whether interest compounded. | Wildes, D. | 0.1 |
| 01/29/2014 | T/c's & emails from creditors re effective date, distribution issues. | Pasquale, K. | 1.1 |
| 01/29/2014 | Emails K. Pasquale re creditor inquiry re timing re effective date and distributions and discussion in Court today re same. | Wildes, D. | 0.2 |
| 01/31/2014 | Emails w/creditor re effective date questions. | Pasquale, K. | 0.3 |
| 01/31/2014 | Emails w/ creditor and K. Pasquale re timing re effective date and distributions and distribution agent for same (.2) emails Higgins re same and re filing of revised list of Undisputed Claims to reflect 2/3 effective date (.1); draft email to creditors committee re effective date and timing re distributions (.2); emails Freedgood re same and re dissolution of committee on effective date (.1). | Wildes, D. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 1.4 | $ 995 | $ 1,393.00 |
| Wildes, Denise K. | 0.9 | 750 | 675.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,068.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,068.00 |
|-----------------------|------------|

# STROOCK

| RE | Fee Application, Others<br>699843  0020 |
|----|------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2014 | Review and finalize Capstone's 117th monthly fee application for filing (.5); prepare notice and CoS re same and forward to local counsel for filing (.4); prepare and effectuate service re fee application (.4). | Mohamed, D. | 1.3 |
| 01/17/2014 | Review and finalize Capstone's 118th monthly fee application for filing (.6); prepare notice and CoS re same and forward to local counsel for filing (.4); prepare and effectuate service re fee application (.4). | Mohamed, D. | 1.4 |
| 01/29/2014 | Review and finalize Capstone's 119th monthly fee application for filing (.6); prepare notice and CoS re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.2). | Mohamed, D. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Mohamed, David | 4.0 | $ 220 | $ 880.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 880.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 880.00 |
|-----------------------|----------|

Case 01-01139-KJC    Doc 31830-1    Filed 03/05/14    Page 9 of 13

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843 0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

**MATTER DISBURSEMENT SUMMARY**

| Outside Messenger Service | $ 98.40 |
|---------------------------|---------|

| TOTAL DISBURSEMENTS/CHARGES | $ 98.40 |
|-----------------------------|---------|

| TOTAL FOR THIS MATTER | $ 98.40 |
|-----------------------|---------|

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2014 | Review corresp. from Higgins Allowed Claims Exhibit to Plan and post-petition interest calculations through 1/31 and updating calculations for bank lenders and when Exhibit to be filed with Court (.1); email K. Pasquale re same (.1). | Wildes, D. | 0.2 |
| 01/07/2014 | Emails Pasquale re Debtors' Exit Financing Motion and Motion to File Under Seal and confidential exhibits to Motion filed under seal (.2); begin review same (.2). | Wildes, D. | 0.4 |
| 01/08/2014 | Continue review of terms of exit financing and related engagement and commitment letters and fee letters (.5); emails Frezza re same and re magnitude of proposed exit financing and related commitment and other fees and whether consistent with market standard (.1); review prior memo/corresp. with Debtors and Committee re exit financing (.2). | Wildes, D. | 0.8 |
| 01/09/2014 | Review corresp. from Frezza to Blackstone re questions re Debtors' CIM re proposed exit financing and re questions re same (.1); review Blackstone's response to inquiries (.1) review CIM (.2); further corresp. w/ Frezza re Debtors' proposed exit financing and related fees and re Debtors' pro forma exit leverage (.1); review spreadsheet re post-closing financing requirements (.1). | Wildes, D. | 0.6 |
| 01/15/2014 | Review Debtors' CNO re motion to approve Bank Lender Settlement. | Wildes, D. | 0.1 |
| 01/27/2014 | Review corresp. from Debtor's counsel and review revised effective date closing and Plan documents. | Wildes, D. | 0.4 |
| 01/28/2014 | Review Order entered approving bank lender settlement. | Wildes, D. | 0.1 |
| 01/28/2014 | Review order entered re exit financing. | Wildes, D. | 0.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wildes, Denise K. | 2.7 | $ 750 | $ 2,025.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,025.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,025.00 |
|---|---|

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/27/2014 | Review hearing agenda (.1); emails K. Pasquale, Magzamen, Mohamed re participation via teleconference (.1). | Wildes, D. | 0.2 |
| 01/29/2014 | Participate in omnibus hearing via teleconference. | Wildes, D. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Wildes, Denise K. | 0.5 | $ 750 | $ 375.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 375.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 375.00 |
|-----------------------|----------|

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,159.50 |
| TOTAL DISBURSEMENTS/CHARGES | $      98.40 |
| TOTAL BILL | $ 11,257.90 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JANUARY 1, 2014 - JANUARY 31, 2014**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Pasquale, Kenneth | 2.9 | $ 995 | $    2,885.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Wildes, Denise | 8.3 | 750 | 6,225.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.2 | 345 | 69.00 |
| Mohamed, David | 9.0 | 220 | 1,980.00 |
|  |  |  |  |
| **Total** | **20.4** |  | **$    11,159.50** |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2014 - JANUARY 31, 2014**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 98.40 |
| **Total** | **$** | **98.40** |

# STROOCK

# DISBURSEMENT REGISTER

| | |
|---|---|
| DATE | February 5, 2014 |
| INVOICE NO. | 613598 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR DISBUSRSMENT INCURRED in the captioned matter for the period through January 31, 2014  including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 12/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827014 01.04.14 Tracking #: 1Z10X8270195036894 Shipment Date: 12/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.42 |
| 12/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827014 01.04.14 Tracking #: 1Z10X8270197251308 Shipment Date: 12/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.42 |
| 12/30/2013 | Vendor: United Parcel Service Invoice #: 00000010X827014 01.04.14 Tracking #: 1Z10X8270797330319 Shipment Date: 12/30/2013 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.76 |
| 01/02/2014 | Vendor: United Parcel Service Invoice #: 00000010X827024 01.11.14 Tracking #: 1Z10X8270192152282 Shipment Date: 01/02/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.42 |
| 01/02/2014 | Vendor: United Parcel Service Invoice #: 00000010X827024 01.11.14 Tracking #: 1Z10X8270194335894 Shipment Date: 01/02/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.42 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/02/2014 | Vendor: United Parcel Service Invoice #: 00000010X827024 01.11.14 Tracking #: 1Z10X8270790273475 Shipment Date: 01/02/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.76 |
| 01/17/2014 | Vendor: United Parcel Service Invoice #: 00000010X827044 01.25.14 Tracking #: 1Z10X8270198282649 Shipment Date: 01/17/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.42 |
| 01/17/2014 | Vendor: United Parcel Service Invoice #: 00000010X827044 01.25.14 Tracking #: 1Z10X8270795242052 Shipment Date: 01/17/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.76 |
| 01/17/2014 | Vendor: United Parcel Service Invoice #: 00000010X827044 01.25.14 Tracking #: 1Z10X8270199971830 Shipment Date: 01/17/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.42 |
| 01/29/2014 | Vendor: United Parcel Service Invoice #: 00000010X827054 02.01.14 Tracking #: 1Z10X8270195076252 Shipment Date: 01/29/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Dave Klauder, Office of the United States Trustee, 844 N King St, Wilmington, DE 19801 | 8.42 |
| 01/29/2014 | Vendor: United Parcel Service Invoice #: 00000010X827054 02.01.14 Tracking #: 1Z10X8270195984842 Shipment Date: 01/29/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: David B. Siegal, W.R. Grace & Co., 7500 Grace Dr, Columbia, MD 21044 | 8.42 |
| 01/29/2014 | Vendor: United Parcel Service Invoice #: 00000010X827054 02.01.14 Tracking #: 1Z10X8270795262030 Shipment Date: 01/29/2014 Sender: David Mohamed Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038 Ship to: Bobbi Ruhlander, Warren H. Smith and Associates, P.C, 2235 Ridge Rd, Rockwall, TX 75087 | 7.76 |

Case 01-01139-AMC   Doc 32183   Filed 05/05/14   Page 39 of 39

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Outside Messenger Service Total** | **98.40** |

BILL DISBURSEMENT SUMMARY

| | | |
|------|------|------|
| Outside Messenger Service | $ 98.40 | |

| TOTAL DISBURSEMENTS/CHARGES | $ 98.40 |
|------|------|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.