# EXHIBIT D

## Summary Chart of Time Spent and Fees Incurred by Stroock Attorneys and Paraprofessionals During the Interim Compensation <u>Period January 1, 2014 – February 3, 2014</u>

**WR GRACE & CO**
**SUMMARY OF FEES**
**JANUARY  1, 2014 - FEBRUARY 3, 2014**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Pasquale, Kenneth | 2.9 | $   995 | $    2,885.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Wildes, Denise | 9.1 | 750 | 6,825.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Magzamen, Michael | 0.2 | 345 | 69.00 |
| Mohamed, David | 9.4 | 220 | 2,068.00 |
|  |  |  |  |
| **Total** | **21.6** |  | **$    11,847.50** |