**EXHIBIT E**

**Summary of Fees by Project Category**
**During the Interim Compensation Period**
**<u>January 1, 2014 – February 3, 2014</u>**

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**JANUARY 1 , 2014 - FEBRUARY 3, 2014**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| | | | |
| 0014 | Case Administration | 3.2 | $      757.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 5.2 | 4,267.50 |
| 0018 | Fee Application, Applicant | 2.9 | 875.00 |
| 0019 | Creditor Inquiries | 2.6 | 2,293.00 |
| 0020 | Fee Application, Others | 4.0 | 880.00 |
| 0036 | Plan and Disclosure Statement | 3.2 | 2,400.00 |
| 0037 | Hearings | 0.5 | 375.00 |
| | | | |
| | **Total** | **21.6** | **$ 11,847.50** |