**EXHIBIT F**

**Expense Summary**
<u>**January 1, 2014 – February 3, 2014**</u>

**W.R. GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2014 - FEBRUARY 3, 2014**

| | |
|---|---:|
| Outside Messenger Service | $98.40 |
| | |
| **Total** | **$98.40** |