**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |
| _____ | ) | |

**ORDER GRANTING SEVENTEENTH QUARTERLY APPLICATION AND
FINAL APPLICATION OF THE HOGAN FIRM FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS FOR
THE INTERIM FEE PERIOD FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

The Hogan Firm ("Applicant"), counsel to Lauzon Bélanger Lespérance and Scarfone

Hawkins LLP ("Representative Counsel"), filed its Seventeenth Quarterly Application and Final

Application for Compensation for Services Rendered and Reimbursement of Expenses for the

Interim Fee Period from January 1, 2014 through February 3, 2014 (the "Application"). The Court

has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant

to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application,

was adequate under the circumstances; and (c) all persons with standing have been afforded the

opportunity to be heard on the Application. Accordingly, it is

ORDERED that the Application is GRANTED on an interim basis.  Debtors shall pay to

The Hogan Firm the sum of $15,477.00 as compensation and $938.16 as reimbursement of

expenses, for a total of $16,415.16 for services rendered and disbursements incurred by The Hogan

Firm for the period January 1, 2014 through February 3, 2014, less any amounts previously paid in

connection with the monthly fee applications.

Dated: _____          _____
                                     Kevin J. Carey
                                     United States Bankruptcy Judge