# EXHIBIT A

# To Quarterly Application

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: April 16, 2014 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |

## FORTY-SEVENTH MONTHLY APPLICATION OF THE HOGAN FIRM AS COUNSEL TO REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | The Hogan Firm |
| Authorized to Provide Professional Services to: | Lauzon Bélanger and Scarfone Hawkins LLP ("Representative Counsel") as Special Counsel for the Canadian ZAI Claimants by Appointment Order, Dated March 19, 2010 [Docket No. 24508] |
| Date of Retention: | March 19, 2010 *nunc pro tunc* to December 21, 2009 |
| Period for which compensation and reimbursement is sought: | January 1, 2014 through February 3, 2014[1] |
| Amount of compensation sought as actual, reasonable and necessary: | $        15,477.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $        938.16 |

This is Applicant's Forty-Seventh Monthly Application.


[Remainder of Page Intentionally Left Blank]

---

[1]Pursuant to the Notice of Occurrence of the Effective Date of the Debtors' First Amended Joint Plan of Reorganization (the "Plan") filed on February 13, 2014 [Docket No. 31732], the effective date of the Plan is February 3, 2014; accordingly, this Application covers the period January 1, 2014 through February 3, 2014. Any additional time spent for these matters will be requested in the final fee application.

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24701 | December 22, 2009 – March 31, 2010 | $ 56,262.00 Reduction -$687.00 | $ 2,056.92 | $ 45,009.60 $ 10,565.40 | $ 2,056.92 |
| 06/01/2010 Dkt. #24873 | April 1, 2010 – April 30, 2010 | $ 37,248.00 | $ 562.10 | $ 29,798.40 $ 7,449.60 | $ 562.10 |
| 06/30/2010 Dkt. #25014 | May 1, 2010 – May 31, 2010 | $ 31,588.00 | $ 2,237.65 | $ 25,270.40 $ 6,317.60 | $ 2,237.65 |
| 07/28/2010 Dkt. #25126 | June 1, 2010 – June 30, 2010 | $ 28,580.00 | $ 1,860.20 | $ 22,864.00 $ 5,716.00 | $ 1,860.20 |
| 08/31/2010 Dkt. #25296 | July 1, 2010 – July 31, 2010 | $ 21,993.00 | $ 203.15 | $ 17,594.40 $ 4,398.60 | $ 203.15 |
| 09/29/2010 Dkt. #25496 | August 1, 2010 – August 31, 2010 | $ 19,978.00 | $ 2,003.31 | $ 15,982.40 $ 3,995.60 | $ 2,003.31 |
| 10/29/2010 Dkt. #25664 | September 1, 2010 – September 30, 2010 | $ 15,108.00 | $ 469.58 | $ 12,086.40 $ 3,021.60 | $ 469.58 |
| 12/03/2010 Dkt. #25856 | October 1, 2010 – October 31, 2010 | $ 10,300.00 | $ 132.92 | $ 8,240.00 $ 2,060.00 | $ 132.92 |
| 01/05/2011 Dkt. #26017 | November 1, 2010 – November 30, 2010 | $ 10,964.00 | $ 1,814.35 | $ 8,771.20 $ 2,192.80 | $ 1,814.35 |
| 01/28/2011 Dkt. #26131 | December 1, 2010 – December 31, 2010 | $ 15,868.00 | $378.98 | $ 12,694.40 $ 3,173.60 | $ 378.98 |
| 03/08/2011 Dkt. #26511 | January 1, 2011 – January 31, 2011 | $ 17,694.00 | $ 1,041.00 | $ 14,155.20 $ 3,538.80 | $ 1,041.00 |
| 04/01/2011 Dkt. #26699 | February 1, 2011 – February 28, 2011 | $ 16,187.00 | $ 814.73 | $ 12,949.60 $3,237.40 | $ 814.73 |
| 05/10/2011 Dkt. #26918 | March 1, 2011 – March 31, 2011 | $ 13,172.00 | $ 358.40 | $10,537.60 $2,634.40 | $ 358.40 |
| 06/10/2011 Dkt. #27066 | April 1, 2011 – April 30, 2011 | $ 12,491.00 | $ 357.35 | $ 9,992.80 $ 2,498.20 | $ 357.35 |
| 06/30/2011 Dkt. #27194 | May 1, 2011 – May 31, 2011 | $ 13,139.00 | $ 112.91 | $ 10,511.20 $2,627.80 | $ 112.91 |
| 07/28/2011 Dkt. #27327 | June 1, 2011 – June 30, 2011 | $ 16,507.00 Reduction -$120.00 | $ 1,176.26 | $ 13,205.60 $3,181.40 | $1,176.26 |
| 08/31/2011 Dkt. #27532 | July 1, 2011 – July 31, 2011 | $ 11,632.00 | $ 226.85 | $ 9,305.60 $ 2,326.40 | $ 226.85 |
| 10/04/2011 Dkt. #27715 | August 1, 2011 – August 31, 2011 | $ 14,654.00 | $ 637.96 | $ 11,723.20 $ 2,930.80 | $ 637.96 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 11/14/2011 Dkt. #27938 | September 1, 2011 – September 30, 2011 | $ 7,988.00 Reduction- $ 195.00 | $ 35.56 | $ 6,390.40 $ 1,402.60 | $ 35.56 |
| 12/15/2011 Dkt. #28162 | October 1, 2011 – October 31, 2011 | $ 10,775.00 Reduction- $ 269.00[2] | $ 55.81 | $ 8,620.00 $ 1,866.00 | $ 55.81 |
| 01/25/2012 Dkt. #28412 | November 1, 2011– November 30, 2011 | $ 12,237.00 Reduction- $ 95.00 | $ 1,162.47 | $ 12,142.00 $ 2,352.40 | $ 1,162.47 |
| 2/17/2012 Dkt. #28542 | December 1, 2011– December 31, 2011 | $ 10,527.00 Reduction- $ 304.00 | $ 49.42 | $ 10,223.00 $ 1,801.40 | $ 49.42 |
| 3/9/2012 Dkt. #28645 | January 1, 2012– January 31, 2012 | $ 6,715.00 | $ 10.20 | $ 5,372.00 $ 1,343.00 | $ 10.20 |
| 4/17/2012 Dkt. #28786 | February 1, 2012– February 29, 2012 | $ 11,310.00 | $ 52.58 | $ 9,048.00 $ 2,262.00 | $ 52.58 |
| 5/4/2012 Dkt. #28878 | March 1, 2012 – March 31, 2012 | $ 14,852.00 | $ 2,055.17 | $ 11,881.60 $ 2,970.40 | $ 2,055.17 |
| 6/1/2012 Dkt. #29010 | April 1, 2012– April 30, 2012 | $ 6,988.00 | $ 16.80 | $ 5,590.40 $ 1,397.60 | $ 16.80 |
| 6/29/2012 Dkt. #29158 | May 1, 2012– May 31, 2012 | $ 12,104.00 | $ 799.82 | $ 9,683.20 $ 2,420.80 | $ 799.82 |
| 8/8/2012 Dkt. #29417 | June 1, 2012– June 30, 2012 | $ 10,635.50 | $ 66.19 | $ 8,508.40 $ 2,127.10 | $ 66.19 |
| 8/31/2012 Dkt. #29539 | July 1, 2012– July 31, 2012 | $ 7,056.00 Reduction- $246.00 | $ 450.95 | $ 5,644.80 $ 1,165.20 | $ 450.95 |
| 10/5/2012 Dkt. #29739 | August 1, 2012– August 31, 2012 | $ 11,845.00 Reduction- $ 715.50 | $ 116.60 | $ 9,476.00 $ 1,653.50 | $ 116.60 |
| 10/26/2012 Dkt. #29818 | September 1, 2012– September 30, 2012 | $ 7,495.50 Reduction- $ 430.00 | $ 834.05 | $ 5,996.40 $ 1,068.60 | $ 834.05 |
| 12/18/12 Dkt. #30060 | October 1, 2012– October 31, 2012 | $ 9,367.50 Reduction- $ 553.50 | $ 54.90 | $ 7,494.00 $1,873.50 | $ 54.90 |
| 1/18/2013 Dkt. #30167 | November 1, 2012– November 30, 2012 | $ 9,384.50 Reduction- $ 369.00 | $ 59.25 | $ 7,507.60 $1,876.90 | $ 59.25 |

---

[2] An error was made in the payment of the fees for The Hogan Firm's October 2011 fee application. W.R. Grace overpaid in the amount of $20.00. These funds are being held in trust.

| 2/21/2013 Dkt. #30303 | December 1, 2012- December 31, 2012 | $8,250.50 Reduction- $922.50 | $301.94 | $6,600.40 $727.60 | $301.94 |
| 3/19/2013 Dkt. #30413 | January 1, 2013- January 31, 2013 | $6,901.00 | $40.35 | $5,520.80 $1,380.20 | $40.35 |
| 4/26/2013 Dkt. #30556 | February 1, 2013- February 28, 2013 | $9,507.00 | $99.10 | $7,605.60 $1,901.40 | $99.10 |
| 5/24/2013 Dkt. #30668 | March 1, 2013- March 31, 2013 | $8,346.00 | $1,521.79 | $6,676.80 $1,669.20 | $1,521.79 |
| 6/27/2013 Dkt. #30779 | April 1, 2013- April 30, 2013 | $6,559.00 | $29.50 | $5,247.20 $1,311.80 | $29.50 |
| 7/26/2013 Dkt. #30879 | May 1, 2013- May 31, 2013 | $8,200.50 | $84.65 | $6,560.40 $1,640.10 | $84.65 |
| 8/13/2013 Dkt. #30960 | June 1, 2013- June 30, 2013 | $4,626.00 | $834.50 | $3,700.80 $925.20 | $834.50 |
| 9/23/2013 Dkt. #31152 | July 1, 2013- July 31, 2013 | $6,964.50 | $56.80 | $5,571.60 $1,392.90 | $56.80 |
| 9/26/2013 Dkt. #31167 | August 1, 2013- August 31, 2013 | $9,790.00 | $907.50 | $7,832.00 $1,958.00 | $907.50 |
| 10/29/2013 Dkt. #31274 | September 1, 2013- September 30, 2013 | $11,680.00 | $85.97 | $9,344.00 $2,336.00 | $85.97 |
| 11/22/2013 Dkt. #31383 | October 1, 2013- October 31, 2013 | $10,498.00 | $36.39 | $8,398.40 $2,099.60 | $36.39 |
| 1/7/2014 Dkt. #31570 | November 1, 2013- November 30, 2013 | $5,985.50 | $877.94 | $4,788.40 $1,197.10 | $877.94 |
| 1/21/2014 Dkt. #31615 | December 1, 2013- December 31, 2013 | $5,346.00 | $30.24 | Pending | Pending |

**Fee Detail by Professional for the Period of January 1, 2014, through February 3, 2014:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees |
| --- | --- | --- | --- | --- |
| Daniel K. Hogan | President. Member DE bar since 1990 | $400.00[3] | 26.70 | $10,680.00 |
| Karen E. Harvey | Paralegal - since 1996 | $195.00[4] | 4.40 | $858.00 |
| Gabrielle Durstein | Paralegal - since 2008 | $195.00 | 20.20 | $3,939.00 |
| Grand Total | | | 51.30 | $15,477.00 |

[3] On June 1, 2011, The Hogan Firm's hourly rate increased to $400.00 for Daniel K. Hogan.
[4] On June 1, 2012, The Hogan Firm's hourly paralegal rate increased to $195.00.

| Blended Rate | | | | $301.70 |
|---|---|---|---|---|
| Blended Rate (excluding paralegal time): | | | | $400.00 |

**Monthly Compensation by Matter Description for the Period of January 1, 2014 through February 3, 2014:**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 04 - Case Administration | 14.90 | $5,960.00 |
| 11 - Fee Applications, Applicant | 10.30 | $2,685.00 |
| 12 - Fee Applications, Others | 24.80 | $6,312.00 |
| 14 - Hearings | 1.30 | $520.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| TOTAL | 51.30 | $15,477.00 |

**Monthly Expense Summary for the Period January 1, 2014 through February 3, 2014:**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| CM/ECF | U.S. Bankruptcy Court | 0.00 |
| Court Telephonic Appearance | CourtCall | 0.00 |
| Photocopies | In-house | $47.60 |
| Postage | First Class Mail | $8.48 |
| Outside Copy & Serve | Digital Legal, LLC | $882.08 |
| TOTAL | | $938.16 |

PLEASE TAKE NOTICE that The Hogan Firm (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for January 1, 2014 through February 3, 2014, (this "Monthly Fee Statement")[5] pursuant to the terms of the Modified Order Granting Application

---

[5] Applicant's Invoice for January 1, 2014 through February 3, 2014, is attached hereto as **Exhibit A.**

Authorizing Retention of Daniel K. Hogan, Esq., as Counsel to the Representative Counsel for the Canadian ZAI Claimants [Docket No. 24509] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before April 16, 2014, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the period January 1, 2014 through February 3, 2014, an allowance be made to The Hogan Firm for compensation in the amount of $15,477.00 and actual and necessary expenses in the amount of $938.16 for a total allowance of $16,415.16; Actual Interim Payment of $12,381.60 (80% of the allowed fees) and reimbursement of $938.16 (100% of the allowed expenses) be authorized for a total payment of $13,319.76; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee.  A true and correct copy of the Certification of Daniel K. Hogan is attached hereto as **Exhibit B**.

Dated: March 25, 2014                    Respectfully submitted,

                                  By:    */s/ Daniel K. Hogan*
                                         Daniel K. Hogan (DE Bar No. 2814)
                                         THE HOGAN FIRM
                                         1311 Delaware Avenue
                                         Wilmington, Delaware 19806
                                         Telephone: 302.656.7540
                                         Facsimile: 302.656.7599
                                         Email: dkhogan@dkhogan.com

                                         **Counsel to the Representative Counsel as Special
                                         Counsel for the Canadian ZAI Claimants**

# EXHIBIT A



# The Hogan Firm

1311 Delaware Avenue

Wilmington, DE 19806

(302) 656 7540

EIN 51-0352711

---

**Canadian ZAI Claimants**
c/o Lauzon Belanger Lesperance
Attention: Careen Hannouche
286 Rue St. Paul
Quest bureau 100 Montreal QC H2Y 2A3

**Date:** 2/3/2014
**File Number:** 060124/WRG 060124-01
**Invoice Number:** 22210

**Re:** Canadian Zonolite Claimants
WRGrace Chapter 11 Bankruptcy
Our File No. 060124-01

---

| <u>Date</u> | <u>Initials</u> | <u>Description of Service</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 01/02/2014 | DKH | Reviewed appeals docket for update on the status of the Bank Lender Group appeal. | 0.50 | 400.00 | 200.00 |
| 01/06/2014 | DKH | Reviewed and revised Monthly Application for Compensation (Forty-Fifth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period November 1, 2013 to November 30, 2013. | 0.70 | 400.00 | 280.00 |
| 01/06/2014 | DKH | Reviewed and revised Monthly Application for Compensation (Forty-Fifth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period November 1, 2013 to November 30, 2013. | 0.80 | 400.00 | 320.00 |
| 01/06/2014 | DKH | Reviewed and revised Monthly Application for Compensation (Forty-Fifth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2013 to November 30, 2013. | 0.80 | 400.00 | 320.00 |
| 01/06/2014 | GD | Calculated project codes for LBL's November 2013 time statement. | 0.30 | 195.00 | 58.50 |
| 01/06/2014 | GD | Draft 45th Monthly Fee Application for LBL. | 1.30 | 195.00 | 253.50 |
| 01/06/2014 | KEH | E-mail correspondence from Cindy Yates, re: SH received $1,404.00 from Grace in payment of holdbacks for the months of April ($477.75); May ($498.75); and June ($427.50), 2013; update WRGrace payment spreadsheet for use in preparation of fee applications. | 0.20 | 195.00 | 39.00 |
| 01/06/2014 | KEH | E-mail to Careen Hannouche, re: checking to see if LBL received the holdback for April – June 2013 in the amount of $351.69 for use in preparation of fee application. | 0.10 | 195.00 | 19.50 |
| 01/07/2014 | DKH | E-mail correspondence from David Thompson concerning likely timing of effective date. | 0.10 | 400.00 | 40.00 |
| 01/07/2014 | DKH | E-mail correspondence with David Thompson transmitting the Debtors' Motion for the Entry of an Order Approving and Authorizing Implementation of The Settlement Agreement Between and Among the Debtor and the Bank Lender Group, Docket No 31504. | 0.20 | 400.00 | 80.00 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/3/2014 | 060124/WRG 060124-01 | Canadian ZAI Claimants c/o Lauzon Belanger Lesperance | | | Page:2 |
| 01/07/2014 | DKH | Retrieved and reviewed Motion to File Under Seal/Motion for Entry of an Order Authorizing the Debtors to (A) Enter Into the Exit Financing Commitment and Engagement Letter and The Fee Letters, (B) Pay Certain Fees, Indemnities, Costs and Expenses In Connection Therewith, and (C) File the Commitment and Engagement Letter and The Fee Letters Under Seal Filed by W.R. Grace & Co., et al. | 0.50 | 400.00 | 200.00 |
| 01/07/2014 | DKH | Reviewed Debtors' Motion for the Entry of an Order Approving and Authorizing Implementation of  The Settlement Agreement Between and Among the Debtor and the Bank Lender Group, Docket No 31504.  This motion outlines the resolution of the one remaining appeal and the eventual and now likely emergence from Chapter 11. | 0.70 | 400.00 | 280.00 |
| 01/07/2014 | GD | Email correspondence with Careen Hannouche, re: draft 45th Monthly Fee Application of LBL.  Receipt of signed certification. | 0.20 | 195.00 | 39.00 |
| 01/07/2014 | GD | Email correspondence with Cindy Yates, re: 45th Monthly Fee Application of SH.  Receipt of signed certification. | 0.20 | 195.00 | 39.00 |
| 01/07/2014 | GD | Email correspondence with Digital Legal transmitting the 45th Monthly Fee Application of LBL, SH, and THF. | 0.10 | 195.00 | 19.50 |
| 01/07/2014 | GD | Email correspondence with fee auditor transmitting the 45th Monthly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 01/07/2014 | GD | Email correspondence with fee auditor transmitting the 45th Monthly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 01/07/2014 | GD | Email correspondence with fee auditor transmitting the 45th Monthly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 01/07/2014 | GD | Email correspondence with service parties transmitting the 45th Monthly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 01/07/2014 | GD | Email correspondence with service parties transmitting the 45th Monthly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 01/07/2014 | GD | Email correspondence with service parties transmitting the 45th Monthly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 01/07/2014 | GD | Prepared for and filed the 45th Monthly Fee Application of LBL. | 0.30 | 195.00 | 58.50 |
| 01/07/2014 | GD | Prepared for and filed the 45th Monthly Fee Application of SH. | 0.30 | 195.00 | 58.50 |
| 01/07/2014 | GD | Prepared for and filed the 45th Monthly Fee Application of THF. | 0.30 | 195.00 | 58.50 |
| 01/07/2014 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Fifth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period November 1, 2013 to November 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 1/28/2014. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 01/07/2014 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Fifth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period November 1, 2013 to November 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 1/28/2014. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service | 0.20 | 195.00 | 39.00 |
| 01/07/2014 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Fifth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period November 1, 2013 to November 30, 2013 Filed by Canadian ZAI Claimants. Objections due by 1/28/2014. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |

| 2/3/2014 | | 060124/WRG 060124-01 | Canadian ZAI Claimants | | Page:3 | |
|---|---|---|---|---|---|---|
| | | | c/o Lauzon Belanger Lesperance | | | |
| 01/08/2014 | DKH | Reviewed Amendment to Amended and Restated Minutes of Settlement, the Amended and Restated Minutes of Settlement and related documents for implementation of the provisions upon the Effective Date. | | 1.20 | 400.00 | 480.00 |
| 01/10/2014 | DKH | E-mail correspondence to Cindy Yates concerning Scarfone Hawkins LLP Monthly Fee Statement for December 1, 2013 – December 31, 2013. | | 0.10 | 400.00 | 40.00 |
| 01/10/2014 | DKH | E-mail correspondence with Cindy Yates transmitting Scarfone Hawkins LLP Monthly Fee Statement for December 1, 2013 – December 31, 2013.  Reviewed same. | | 0.40 | 400.00 | 160.00 |
| 01/14/2014 | DKH | Retrieved and reviewed Statement of Professionals' Compensation /Debtors' Statement of Amounts Paid to Ordinary Course Professionals From October 1, 2013 Through December 31, 2013. | | 0.40 | 400.00 | 160.00 |
| 01/14/2014 | GD | Email correspondence with Careen Hannouche, re: December 2013 time statement.  Receipt of time statement. | | 0.20 | 195.00 | 39.00 |
| 01/16/2014 | GD | Calculated project codes for LBL's December 2013 time statement. | | 0.30 | 195.00 | 58.50 |
| 01/16/2014 | GD | Calculated project codes for SH's December 2013 time statement. | | 0.30 | 195.00 | 58.50 |
| 01/16/2014 | GD | Calculated project codes for THF's December 2013 time statement. | | 1.00 | 195.00 | 195.00 |
| 01/16/2014 | GD | Draft 46th Monthly Fee Application of LBL. | | 1.30 | 195.00 | 253.50 |
| 01/16/2014 | GD | Draft 46th Monthly Fee Application of SH. | | 1.30 | 195.00 | 253.50 |
| 01/16/2014 | GD | Draft 46th Monthly Fee Application of THF. | | 1.30 | 195.00 | 253.50 |
| 01/16/2014 | GD | Email correspondence with Patricia Cuniff, re: updated 2002 service list.  Receipt of updated service list. | | 0.20 | 195.00 | 39.00 |
| 01/17/2014 | DKH | Retrieved and reviewed Notice of Filing Redacted Exhibits B-1 and B-4 to Motion for Entry of an Order Authorizing the Debtors to (A) Enter Into the Exit Financing Commitment and Engagement Letter and The Fee Letters, (B) Pay Certain Fees, Indemnities, Costs and Expenses in Connection Therewith, and (C) File the Commitment and Engagement Letter and The Fee Letters Under Seal (related document(s) [31576]) Filed by W.R. Grace & Co., et al. | | 0.50 | 400.00 | 200.00 |
| 01/17/2014 | DKH | Retrieved and reviewed Order Approving, Authorizing and Implementing the Settlement Agreement between and among the Debtors and the Bank Lender Group. (related document(s) [31504], [31594]). | | 0.40 | 400.00 | 160.00 |
| 01/20/2014 | DKH | Reviewed and revised Monthly Application for Compensation (Forty-Sixth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2013 to December 31, 2013. | | 0.80 | 400.00 | 320.00 |
| 01/20/2014 | DKH | Reviewed and revised Monthly Application for Compensation (Forty-Sixth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2013 to December 31, 2013. | | 0.80 | 400.00 | 320.00 |
| 01/20/2014 | GD | Email correspondence with Careen Hannouche, re: draft 46th Monthly Fee Application.  Receipt of signed certification. | | 0.20 | 195.00 | 39.00 |
| 01/20/2014 | GD | Email correspondence with Cindy Yates, re: draft SH 46th Monthly Fee Application.  Receipt of signed certification. | | 0.20 | 195.00 | 39.00 |
| 01/21/2014 | DKH | Retrieved and reviewed Notice of Service [Notice of Filing of Undisputed Claims Exhibit] Filed by W.R. Grace & Co., et al. | | 0.40 | 400.00 | 160.00 |
| 01/21/2014 | DKH | Reviewed and revised Monthly Application for Compensation (Forty-Sixth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period December 1, 2013 to December 31, 2013. | | 1.00 | 400.00 | 400.00 |
| 01/21/2014 | GD | Email correspondence with Digital Legal transmitting the 46th Monthly Fee Application's of LBL, SH, and THF for hand delivery. | | 0.10 | 195.00 | 19.50 |
| 01/21/2014 | GD | Email correspondence with fee auditor transmitting the 46th Monthly Fee Application of LBL. | | 0.10 | 195.00 | 19.50 |
| 01/21/2014 | GD | Email correspondence with fee auditor transmitting the 46th Monthly Fee Application of SH. | | 0.10 | 195.00 | 19.50 |

2/3/2014          060124/WRG 060124-01          Canadian ZAI Claimants                    Page:4
                                              c/o Lauzon Belanger Lesperance

| Date | Initials | Description | | | |
|------|----------|-------------|---|---|---|
| 01/21/2014 | GD | Email correspondence with fee auditor transmitting the 46th Monthly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 01/21/2014 | GD | Email correspondence with service parties transmitting the 46th Monthly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 01/21/2014 | GD | Email correspondence with service parties transmitting the 46th Monthly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 01/21/2014 | GD | Email correspondence with service parties transmitting the 46th Monthly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 01/21/2014 | GD | Prepared for and filed the 46th Monthly Fee Application of LBL. | 0.30 | 195.00 | 58.50 |
| 01/21/2014 | GD | Prepared for and filed the 46th Monthly Fee Application of SH. | 0.30 | 195.00 | 58.50 |
| 01/21/2014 | GD | Prepared for and filed the 46th Monthly Fee Application of THF. | 0.30 | 195.00 | 58.50 |
| 01/21/2014 | KEH | E-mail correspondence with Careen Hannouche, re: received a transfer of $204,50 on January 14th - review WRGrace spreadsheet to determine what payment is for (spreadsheet is used for preparation of fee applications). | 0.30 | 195.00 | 58.50 |
| 01/21/2014 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Sixth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2013 to December 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 2/12/2014. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 01/21/2014 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Sixth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period December 1, 2013 to December 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 2/12/2014. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 01/21/2014 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Monthly Application for Compensation (Forty-Sixth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period December 1, 2013 to December 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 2/12/2014. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Affidavit of Service) | 0.20 | 195.00 | 39.00 |
| 01/21/2014 | KEH | E-mail from Grace Accounts Payable transmitting Deposit Advice for The Hogan Firm's October 2013 Fee Application; review and revise W.R. Grace payment spreadsheet for use in preparation of fee applications. | 0.20 | 195.00 | 39.00 |
| 01/21/2014 | KEH | E-mails with 'Careen Hannouche', re: LBL's holdback for April -- June; information need to update spreadsheet for use in preparation of fee applications. | 0.10 | 195.00 | 19.50 |
| 01/22/2014 | DKH | Reviewed Declaration in Support First Supplemental Declaration under Fed. R. Bankr. P. 2014 and 5002 in Support of the Order Appointing Roger Frankel as Successor Asbestos PI Future Claimants Representative (related document(s) [30671], [30689]) Filed by Roger Frankel. | 0.30 | 400.00 | 120.00 |
| 01/24/2014 | KEH | E-mail correspondence with Jason Day/Karen Blood at WRGrace, re:  clarification needed regarding the payment of $204.50 on January 14th to Lauzon Belanger Lesperance - breakdown of fee applications and payments attached. | 0.50 | 195.00 | 97.50 |

2/3/2014            060124/WRG 060124-01        Canadian ZAI Claimants                              Page:5
                                               c/o Lauzon Belanger Lesperance

| Date | Initials | Description | | | |
|---|---|---|---|---|---|
| 01/26/2014 | KEH | E-mail correspondence from Karen Blood, re: payment of $204.50 on January 14, 2014 relates to the following: April 2013 Holdback – $147.63; May 2013 Holdback – $114.90; June 2013 Holdback – $90.06; Sept 2013 Invoice – $633.39; Less: duplicate payment – $(780.58); Net payment amount – $204.50<br><br>Review and update WRGrace payment spreadsheet accordingly (for use in preparation of fee applications) | 0.60 | 195.00 | 117.00 |
| 01/27/2014 | DKH | Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 1/29/2014 at 10:00 AM. | 0.30 | 400.00 | 120.00 |
| 01/27/2014 | GD | Draft the 16th Quarterly Fee Application for LBL. | 1.50 | 195.00 | 292.50 |
| 01/27/2014 | GD | Draft the 16th Quarterly Fee Application for SH. | 1.50 | 195.00 | 292.50 |
| 01/27/2014 | GD | Draft the 16th Quarterly Fee Application for THF. | 1.50 | 195.00 | 292.50 |
| 01/28/2014 | DKH | E-mail correspondence with response@courtcall.com concerning telephonic appearance. | 0.10 | 400.00 | 40.00 |
| 01/28/2014 | DKH | Retrieved and reviewed Order Authorizing the Debtors to (A) Enter Into the Exit Financing Commitment and Engagement Letter and The Fee Letters, (B) Pay Certain Fees, Indemnities, Costs and Expenses in Connection Therewith, and (C) File the Commitment and Engagement Letter and The Fee Letters Under Seal. | 0.40 | 400.00 | 160.00 |
| 01/28/2014 | DKH | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing (related document(s)[31643]) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 1/29/2014 at 10:00 AM. | 0.20 | 400.00 | 80.00 |
| 01/28/2014 | DKH | Reviewed and revised Quarterly Application for Compensation (Sixteenth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to December 31, 2013. | 0.90 | 400.00 | 360.00 |
| 01/28/2014 | DKH | Reviewed and revised Quarterly Application for Compensation (Sixteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to December 31, 2013. | 1.20 | 400.00 | 480.00 |
| 01/28/2014 | DKH | Reviewed Notice of Service /Notice of Filing of Effective Date Documents (related document(s)[26368]) Filed by W.R. Grace & Co., et al..Downloaded Effective Date Documents. | 0.60 | 400.00 | 240.00 |
| 01/28/2014 | GD | Email correspondence with Careen Hannouche transmitting the 16th Quarterly Fee Application of LBL.. Receipt of signed certification. | 0.20 | 195.00 | 39.00 |
| 01/28/2014 | GD | Email correspondence with Cindy Yates transmitting the 16th Quarterly Fee Application of Scarfone Hawkins. Receipt of signed certification. | 0.20 | 195.00 | 39.00 |
| 01/29/2014 | DKH | Attended hearing in W.R. Grace-Update on final stages of effective date documents and satisfying the plan conditions. Working on effective date documents-complicated process to satisfy process. Very near term. For all intents and purposes, Debtors hope to finalize effective date documents and go effective in the very near term. | 0.50 | 400.00 | 200.00 |
| 01/29/2014 | DKH | Attended Telephonic Omnibus Hearing. | 0.40 | 400.00 | 160.00 |
| 01/29/2014 | DKH | Received and reviewed WRGrace Telephonic Hearing conformation. | 0.10 | 400.00 | 40.00 |
| 01/29/2014 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Fifth Monthly Fee Application as Counsel to the Canadian ZAI Claimants. Reviewed docket for objections. | 0.30 | 400.00 | 120.00 |
| 01/29/2014 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Fifth Monthly Fee Application as Counsel to the Canadian ZAI Claimants. Reviewed docket for objections. | 0.30 | 400.00 | 120.00 |
| 01/29/2014 | DKH | Reviewed and revised Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Fifth Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants. Reviewed docket for objections. | 0.30 | 400.00 | 120.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 01/29/2014 | DKH | Reviewed and revised Quarterly Application for Compensation (Sixteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to December 31, 2013. | 0.90 | 400.00 | 360.00 |
| 01/29/2014 | DKH | Reviewed Updated Effective Date Documents for reference to the Canadian ZAI claims and changes to treatment. | 2.60 | 400.00 | 1,040.00 |
| 01/29/2014 | GD | Draft the Certificate of No Objection for LBL's 45th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 01/29/2014 | GD | Draft the Certificate of No Objection for Sh's 45th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 01/29/2014 | GD | Draft the Certificate of No Objection for THF's 45th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 01/29/2014 | GD | Email correspondence with Digital Legal transmitting the 16th Quarterly Fee Application of LBL for hand delivery. | 0.10 | 195.00 | 19.50 |
| 01/29/2014 | GD | Email correspondence with Digital Legal transmitting the 16th Quarterly Fee Application of SH for hand delivery. | 0.10 | 195.00 | 19.50 |
| 01/29/2014 | GD | Email correspondence with Digital Legal transmitting the 16th Quarterly Fee Application of THF for hand delivery. | 0.10 | 195.00 | 19.50 |
| 01/29/2014 | GD | Email correspondence with fee auditor transmitting the 16th Quarterly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 01/29/2014 | GD | Email correspondence with fee auditor transmitting the 16th Quarterly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 01/29/2014 | GD | Email correspondence with fee auditor transmitting the 16th Quarterly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 01/29/2014 | GD | Email correspondence with service parties transmitting the 16th Quarterly Fee Application of LBL. | 0.10 | 195.00 | 19.50 |
| 01/29/2014 | GD | Email correspondence with service parties transmitting the 16th Quarterly Fee Application of SH. | 0.10 | 195.00 | 19.50 |
| 01/29/2014 | GD | Email correspondence with service parties transmitting the 16th Quarterly Fee Application of THF. | 0.10 | 195.00 | 19.50 |
| 01/29/2014 | GD | Email to Digital Legal transmitting the Certificate of No Objection for hand delivery, re: 45th Monthly Fee Applications of THF, SH and LBL. | 0.10 | 195.00 | 19.50 |
| 01/29/2014 | GD | Email to service parties transmitting the Certificate of No Objection, re: 45th Monthly Fee Applications of THF, SH and LBL. | 0.10 | 195.00 | 19.50 |
| 01/29/2014 | GD | Prepared for and filed LBL's 16th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 01/29/2014 | GD | Prepared for and filed SH's 16th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 01/29/2014 | GD | Prepared for and filed the Certificate of No Objection for LBL's 45th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 01/29/2014 | GD | Prepared for and filed the Certificate of No Objection for SH's 45th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 01/29/2014 | GD | Prepared for and filed the Certificate of No Objection for THF's 45th Monthly Fee Application. | 0.30 | 195.00 | 58.50 |
| 01/29/2014 | GD | Prepared for and filed THF's 16th Quarterly Fee Application. | 0.30 | 195.00 | 58.50 |
| 01/29/2014 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Lauzon Belanger Lesperance's Forty-Fifth Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |
| 01/29/2014 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of Scarfone Hawkin's Forty-Fifth Monthly Fee Application as Counsel to the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | 0.20 | 195.00 | 39.00 |

| 2/3/2014 | | 060124/WRG 060124-01 | Canadian ZAI Claimants<br>c/o Lauzon Belanger Lesperance | | Page:7 | |
|---|---|---|---|---|---|---|
| 01/29/2014 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Certificate of No Objection (No Order Required) of The Hogan Firm's Forty-Fifth Monthly Fee Application as Counsel to the Representative Counsel for the Canadian ZAI Claimants Filed by Canadian ZAI Claimants. (Attachments: # (1) Certificate of Service) | | 0.20 | 195.00 | 39.00 |
| 01/29/2014 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Sixteenth) of Lauzon Belanger Lesperance as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to December 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 3/9/2014. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Notice # (6) Proposed Form of Order # (7) Certificate of Service) | | 0.20 | 195.00 | 39.00 |
| 01/29/2014 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Sixteenth) of Scarfone Hawkins LLP as Special Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to December 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 3/9/2014. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Notice # (6) Proposed Form of Order # (7) Certificate of Service) | | 0.20 | 195.00 | 39.00 |
| 01/29/2014 | KEH | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov - review receipt/documents, re: Quarterly Application for Compensation (Sixteenth) of The Hogan Firm as Counsel to Representative Counsel for the Canadian ZAI Claimants for the period October 1, 2013 to December 31, 2013 Filed by Canadian ZAI Claimants. Objections due by 3/9/2014. (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D # (5) Notice # (6) Proposed Form of Order # (7) Certificate of Service) | | 0.20 | 195.00 | 39.00 |
| 01/30/2014 | DKH | Reviewed docket for activity related to the Effective Date. Reviewed recent filings related to outstanding confirmation issues. | | 0.60 | 400.00 | 240.00 |
| 01/30/2014 | DKH | Reviewed Plan and related plan implementation documentation for Effective Date issues relative to transfer of funds to CDN ZAI. | | 1.60 | 400.00 | 640.00 |
| 01/31/2014 | DKH | E-mail correspondence with David Thompson concerning whether the Plan has gone effective. | | 0.10 | 400.00 | 40.00 |
| 01/31/2014 | DKH | Read treatise on effective date issues raised by Grace plan. Reviewed retention of jurisdiction provisions of Plan. | | 1.30 | 400.00 | 520.00 |
| 01/31/2014 | DKH | Reviewed fee application provisions of the Debtors' plan for determination of treatment of post effective date fee applications. | | 1.20 | 400.00 | 480.00 |
| 02/01/2014 | DKH | E-mail correspondence with Roger Higgins regarding his change of address. | | 0.20 | 400.00 | 80.00 |
| 02/03/2014 | DKH | E-mail correspondence with Ashlee White (David Thompson) asking questions about the effect of the occurrence of the Effective Date relative to the remaining fee applications and related work. | | 0.20 | 400.00 | 80.00 |
| 02/03/2014 | DKH | E-mail correspondence with David Thompson transmitting the order approving the settlement with the Bank lenders and opining on the occurrence of the effective date. | | 0.10 | 400.00 | 40.00 |
| 02/03/2014 | DKH | Received and reviewed Notice of Service /Notice of Satisfaction or Waiver of Conditions to Occurrence of Effective Date of Plan. | | 0.40 | 400.00 | 160.00 |
| 02/03/2014 | DKH | Reviewed order approving the settlement with the Bank lenders. Reviewed docket, pleadings, and news articles to determine the likely timing of the effective date. | | 1.30 | 400.00 | 520.00 |

2/3/2014        060124/WRG 060124-01        Canadian ZAI Claimants                    Page:8
                                           c/o Lauzon Belanger Lesperance

**Total Fees**                                                    51.30        $15,477.00

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 01/07/2014 | Photocopies- 45th Monthly Fee Apps to Fee Auditor and Finke | 15.60 |
| 01/07/2014 | Postage- 45th Monthly Fee Apps to Fee Auditor and Finke | 4.24 |
| 01/14/2014 | Digital Legal LLC - Copy Print/includes stuffing and metering Envelope Hand Delivery | 11.40 |
| 01/23/2014 | Photocopies- 46th Monthly Fee Apps for fee auditor and Finke | 11.70 |
| 01/23/2014 | Postage- 46th Monthly Fee Apps to fee auditor and Finke | 4.24 |
| 01/27/2014 | Digital Legal LLC - Copy Print/includes stuffing and metering Envelope Hand Delivery (Hogan Firm) | 10.40 |
| 01/28/2014 | Photocopies- 16th Quarterly Fee Apps for DKH review | 18.80 |
| 01/29/2014 | Photocopies- 45th CNO's | 1.50 |
| 01/31/2014 | Digital Legal, LLC - Envelope Copy Print/Includes stuffing and metering Hand Delivery (Hogan Firm) | 8.00 |
| 01/31/2014 | Digital Legal, LLC -envelope Copy print/includes stuffing and metering Various postage Hand Delivery (hogan Firm) | 852.28 |

**Total Expenses**                                                            $938.16


**TOTAL NEW CHARGES**                                                        $16,415.16


**STATEMENT OF ACCOUNT**

Prior Balance                                                    5,376.24
Payments                                                        -5,376.24
Current Fees                                                    15,477.00
Current Expenses                                                   938.16
**AMOUNT DUE AND OWING TO DATE**                                $16,415.16

TERMS: DUE UPON RECEIPT; INTEREST WILL ACCRUE ON THE UNPAID BALANCE AT THE RATE OF 1.5%
PER MONTH;  Please call 302.656.7540 if you have any questions or concerns.

**Payments**

| Date | Ref # | Description | Amount |
|---|---|---|---|
| 1/23/2014 | 020 0683 | Payment on Account | 5,376.24 |

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

STATE OF DELAWARE    :
                              : ss

COUNTY OF NEW CASTLE  :

        I, Daniel K. Hogan, after being duly sworn according to law, depose and say as follows:

        1.      I am the sole shareholder of the applicant firm, The Hogan Firm ("Firm"), and I am admitted to appear before this Court.

        2.      The Firm has rendered professional services as counsel to Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants by appointment order, dated March 19, 2010 [Docket No. 24508].

        3.      I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of The Hogan Firm.

        4.      I have reviewed the foregoing monthly application of The Hogan Firm and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

        I verify under penalty of perjury that the foregoing is true and correct.

                                Daniel K. Hogan (DE #2814)

SWORN AND SUBSCRIBED
Before me this 25th day of March, 2014

Notary Public
My Commission Expires: _____