**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |
| _____ | ) | |

**ORDER GRANTING SEVENTEENTH QUARTERLY APPLICATION AND FINAL APPLICATION OF SCARFONE HAWKINS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS FOR THE INTERIM FEE PERIOD FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

Scarfone Hawkins ("Applicant"), as Special Counsel for the Canadian ZAI Claimants pursuant to appointment order, dated March 19, 2010 [Docket No. 24508], filed its Seventeenth Quarterly Application and Final Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period From January 1, 2014 through February 3, 2014 (the "Application"). The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is

ORDERED that the Application is GRANTED on an interim basis. Debtors shall pay to Scarfone Hawkins the sum of CDN $38,812.50 as compensation and CDN $5,051.45 as reimbursement of expenses, for a total of CDN $43,863.95 for services rendered and disbursements incurred by Scarfone Hawkins for the period January 1, 2014 through February 3, 2014, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____                              _____
                                                                                  Kevin J. Carey
                                                                                  United States Bankruptcy Judge