# EXHIBIT A

## To Quarterly Application

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: April 16, 2014 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

### FORTY-SEVENTH MONTHLY APPLICATION OF LAUZON BÉLANGER LESPÉRANCE AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | Lauzon Bélanger Lespérance[1] |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | January 1, 2014 through February 3, 2014[2] |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $   6,547.50 |
| Amount of expense reimbursement (includes Goods & Services Tax and Quebec Sales Tax) sought as actual, reasonable and necessary: | CDN $   986.70 |

This is Applicant's Forty-Seventh Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

[2] Pursuant to the Notice of Occurrence of the Effective Date of the Debtors' First Amended Joint Plan of Reorganization (the "Plan") filed on February 13, 2014 [Docket No. 31732], the effective date of the Plan is February 3, 2014; accordingly, this Application covers the period January 1, 2014 through February 3, 2014. Any additional time spent for these matters will be requested in the final fee application.

Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24699 | December 21, 2009 – March 31, 2010 | $ 16,143.45 | $ 2,216.53 | $ 12,914.76 $ 3,228.69 | $ 2,216.53 |
| 06/01/2010 Dkt. #24874 | April 1, 2010 – April 30, 2010 | $ 2,114.70 | $ 272.27 | $ 1,691.76 $ 422.94 | $ 272.27 |
| 06/30/2010 Dkt. #25017 | May 1, 2010 – May 31, 2010 | $ 6,109.20 | $ 2,323.63 | $ 4,872.36 $ 1,236.84 | $ 2,323.63 |
| 07/28/2010 Dkt. #25128 | June 1, 2010 – June 30, 2010 | $ 5,118.75 | $ 734.21 | $ 4,095.00 $ 1,023.75 | $ 734.21 |
| 08/31/2010 Dkt. #25299 | July 1, 2010 – July 31, 2010 | $ 3,129.30 | $ 942.69 | $ 2,503.44 $ 625.86 | $ 942.69 |
| 09/29/2010 Dkt. #25498 | August 1, 2010 – August 31, 2010 | $ 2,204.00 | $ 288.66 | $ 1,763.20 $ 440.80 | $ 288.66 |
| 10/29/2010 Dkt.#25665 | September 1, 2010 – September 30, 2010 | $ 1,742.30 | $ 224.78 | $ 1,393.84 $ 348.46 | $ 224.78 |
| 12/03/2010 Dkt. #25857 | October 1, 2010 – October 31, 2010 | $ 4,248.75 | $ 550.52 | $ 3,399.00 $ 849.75 | $ 550.52 |
| 01/05/2011 Dkt. #26019 | November 1, 2010 – November 30, 2010 | $ 1,952.65 | $ 251.40 | $ 1,562.12 $ 390.53 | $ 251.40 |
| 01/28/2011 Dkt. #26133 | December 1, 2010 – December 31, 2010 | $ 3,712.35 | $ 517.63 | $ 2,969.88 $ 742.47 | $ 517.63 |
| 03/08/2011 Dkt. #26513 | January 1, 2011 – January 31, 2011 | $ 8,152.00 | $ 1,236.19 | $ 6,521.60 $ 1,630.40 | $ 1,236.19 |
| 04/01/2011 Dkt. #26701 | February 1, 2011 – February 28, 2011 | $ 2,680.45 | $ 374.39 | $ 2,144.36 $ 536.09 | $ 374.39 |
| 05/10/2011 Dkt. #26919 | March 1, 2011 – March 31, 2011 | $ 3,931.95 | $ 548.89 | $ 3,145.56 $ 786.39 | $ 548.89 |
| 06/10/2011 Dkt. #27067 | April 1, 2011 – April 30, 2011 | $ 6,683.40 | $ 1,007.39 | $ 5,346.72 $ 1,336.68 | $ 1,007.39 |
| 06/30/2011 Dkt. #27195 | May 1, 2011 – May 31, 2011 | $ 3,325.35 | $ 469.55 | $ 2,660.28 $ 665.07 | $ 469.55 |
| 07/28/2011 Dkt. #27328 | June 1, 2011 – June 30, 2011 | $ 1,874.70 | $ 266.53 | $ 1,499.76 $ 374.94 | $ 266.53 |
| 08/31/2011 Dkt. #27533 | July 1, 2011 – July 31, 2011 | $ 986.70 | $161.46 | $ 789.36 $ 197.34 | $ 161.46 |
| 10/04/2011 Dkt. #27717 | August 1, 2011 – August 31, 2011 | $ 957.90 | $ 141.42 | $ 766.32 $ 191.58 | $ 141.42 |
| 11/14/2011 Dkt. #27940 | September 1, 2011 – September 30, 2011 | $ 7,192.50 | $ 1,003.44 | $ 5,754.00 $ 1,438.50 | $ 1,003.44 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 12/16/2011 Dkt. #28171 | October 1, 2011 – October 31, 2011 | $ 595.65 Reduction- $385.95 | $ 2,577.41 | $ 476.52[3] ($ -266.82) | $ 2,577.41 |
| 01/25/2012 Dkt. #28413 | November 1, 2011- November 30, 2011 | $ 831.00 Reduction- $ 262.20 | $ 117.54 | $ 664.80 ($ -96.00) | $ 117.54 |
| 2/17/2012 Dkt. #28543 | December 1, 2011- December 31, 2011 | $ 686.85 Reduction- $ 71.25 | $ 103.77 | $ 549.48 $ 66.12 | $ 103.77 |
| 3/9/2012 Dkt. #28646 | January 1, 2012- January 31, 2012 | $ 1,190.25 | $ 178.24 | $ 952.20 $ 238.05 | $ 178.24 |
| 4/17/2012 Dkt. #28787 | February 1, 2012- February 29, 2012 | $ 2,217.00 | $ 332.00 | $ 1,773.60 $ 443.40 | $ 332.00 |
| 5/4/2012 Dkt. #28880 | March 1, 2012 – March 31, 2012 | $ 2,626.05 | $ 394.29 | $ 2,100.84 $ 525.21 | $ 349.29 |
| 6/1/2012 Dkt. #29012 | April 1, 2012- April 30, 2012 | $ 1,234.05 | $ 188.25 | $ 987.24 $ 246.81 | $ 188.25 |
| 6/29/2012 Dkt. #29160 | May 1, 2012- May 31, 2012 | $ 1,100.00 | $ 168.52 | $ 888.00 $ 222.00 | $ 168.52 |
| 8/8/2012 Dkt. #29418 | June 1, 2012- June 30, 2012 | $ 521.55 | $ 78.13 | $ 417.27 $ 104.28 | $ 78.13 |
| 8/31/2012 Dkt. #29540 | July 1, 2012- July 31, 2012 | $ 738.15 | $ 110.54 | $ 590.52 $ 147.63 | $ 110.54 |
| 10/5/2012 Dkt. #29741 | August 1, 2012- August 31, 2012 | $ 1,117.20 | $ 171.33 | $ 893.76 $ 223.44 | $ 171.33 |
| 10/26/2012 Dkt. #29820 | September 1, 2012- September 30, 2012 | $ 547.20 | $ 82.75 | $ 437.76 $ 109.44 | $ 82.75 |
| 12/18/2012 Dkt. #30064 | October 1, 2012- October 31, 2012 | $ 669.75 | $ 100.30 | $ 535.80 $133.95 | $ 100.30 |
| 1/18/2013 Dkt. #30169 | November 1, 2012- November 30, 2012 | $ 715.35 | $ 113.39 | $ 537.71 $177.64 | $ 113.39 |
| 2/21/2013 Dkt #30305 | December 1, 2012- December 31, 2012 | $ 809.40 | $ 123.17 | $ 682.09 $127.31 | $ 123.17 |
| 3/19/2013 Dkt. #30415 | January 1, 2013- January 31, 2013 | $ 547.20 | $ 84.13 | $ 437.76 $109.44 | $ 84.13 |

---

[3] On or about May 9, 2012, the Fee Auditor provided a Final Report Regarding the Quarterly Fee Application of Lauzon Bélanger Lespérance ("LBL") for the Period of October 1, 2011, through December 31, 2011. LBL agreed to the Fee Auditor's recommendations to reduce the fees by $381.90 and reduce the expenses by $337.50 for the Application Period, creating an overpayment of fees by W.R. Grace in the amount $296.70.

| | | | | | |
|---|---|---|---|---|---|
| 4/26/2013 Dkt. #30558 | February 1, 2013- February 28, 2013 | $1,162.80 | $174.13 | $930.24 $232.56 | $174.13 |
| 5/24/2013 Dkt #30670 | March 1, 2013- March 31, 2013 | $669.75 | $105.41 | $535.80 $133.95 | $105.41 |
| 6/27/2013 Dkt. # 30781 | April 1, 2013- April 30, 2013 | $738.15 | $112.26 | $590.52 $147.63 | $112.26 |
| 7/26/2013 Dkt. #30881 | May 1, 2013- May 31, 2013 | $570.00 | $86.28 | $456.00 $114.00 | $86.28 |
| 8/13/2013 Dkt. #30958 | June 1, 2013- June 30, 2013 | $450.30 | $67.44 | $360.24 $90.06 | $67.44 |
| 9/23/2013 Dkt. #31154 | July 1, 2013- July 31, 2013 | $809.40 | $121.21 | $647.52 $161.88 | $121.21 |
| 9/26/2013 Dkt. #31170 | August 1, 2013- August 31, 2013 | $809.40 | $133.06 | $647.52 $161.88 | $133.06 |
| 10/29/2013 Dkt. #31276 | September 1, 2013- September 30, 2013 | $666.90 | $99.87 | $533.52[4] $133.38 | $99.87 |
| 11/22/2013 Dkt. #31385 | October 1, 2013- October 31, 2013 | $1,236.90 | $186.03[5] | $989.52 $247.38 | $147.19 |
| 1/7/2014 Dkt. #31572 | November 1, 2013- November 30, 2013 | $855.00 | $128.85 | Pending | Pending |
| 1/21/2014 Dkt. #31617 | December 1, 2013- December 31, 2013 | $427.50 | $66.43 | Pending | Pending |

**Fee Detail by Professional for the Period of January 1, 2014 through February 3, 2014:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| Michel Bélanger | Partner, 19 years - 1994 | $450.00[6] | 6.00 | $2,700.00 |
| Careen Hannouche | Associate, 8 years - 2005 | $285.00 | 13.50 | $3,847.50 |
| **Grand Total** | | | **19.50** | **$6,547.50** |
| Blended Rate | | | | $335.77 |

---

[4] August 2013 overpayment applied to September fees (80%) and expenses (100%).
[5] Balance of overpayment from August 2013 applied to October expenses.
[6] On March 1, 2011, Michel Bélanger's hourly rate increased.

4

**Monthly Compensation by Matter Description for the Period of January 1, 2014, through February 3, 2014:**

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 16.70 | $5,749.50 |
| 11 - Fee Applications, Applicant | 2.80 | $798.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 14 – Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| TOTAL | 19.50 | $6,547.50 |

**Monthly Expense Summary for the Period January 1, 2014, through February 3, 2014:**

| Expense Category | Service Provider (if applicable) | Total Expenses (CDN $) |
|---|---|---|
| Facsimile transmittals | | 0.00 |
| Court Dockets | | $5.40 |
| Goods & Services Tax (G.S.T.) | | $327.65 |
| Quebec Sales Tax (Q.S.T.) | | $653.65 |
| TOTAL | | $986.70 |

PLEASE TAKE NOTICE that Lauzon Bélanger Lespérance (the "Applicant" and/or "LBL") has today filed this Notice of Monthly Fee and Expenses Invoice for January 1, 2014 through February 3, 2014, (this "Monthly Fee Statement")[7] pursuant to the terms of the Modified Order Granting The Canadian ZAI Claimants' Application For Appointment of Special Counsel [Docket No. 24508] and the Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331

---

[7] Applicant's Invoice for January 1, 2014, through February 3, 2014, is attached hereto as **Exhibit A**.

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before April 16, 2014 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such response or objection upon the Notice Parties so as to be received by the Notice Parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a certificate of no objection, certifying that no objection, or a partial objection, has been filed with the Court relative to this Application, whichever is applicable, after which the Debtors are authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or (b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to any objection. All fees and expenses in this Monthly Fee Statement will be included in the next quarterly application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that the Applicant respectfully requests that, for the period January 1, 2014 through February 3, 2014, an allowance be made to LBL for compensation in the amount of CDN $6,547.50 and actual and necessary expenses in the amount of CDN $986.70 (includes Goods & Services Tax and Quebec Sales Tax) for a total allowance of CDN

$7,534.20 Actual Interim Payment of CDN $5,238.00 (80% of the allowed fees) and reimbursement of CDN $986.70 (100% of the allowed expenses) be authorized for a total payment of CDN $6,224.70; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of Careen Hannouche is attached hereto as **Exhibit B**.

Dated: March 25, 2014                     Respectfully submitted,

                                          By:   /s/Daniel K. Hogan
                                                Daniel K. Hogan (DE Bar No. 2814)
                                                **THE HOGAN FIRM**
                                                1311 Delaware Avenue
                                                Wilmington, Delaware 19806
                                                Telephone: (302) 656.7540
                                                Facsimile: (302) 656.7599
                                                E-Mail: dkhogan@dkhogan.com

                                                **Counsel to the Representative Counsel as Special Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

# LAUZON BÉLANGER LESPÉRANCE
### AVOCATS · ATTORNEYS

February 18, 2014

RE: W.R. GRACE & CO., and al.
U.S. FEE APPLICATION
CDN ZAI CLASS ACTION
Our file: 222

## CANADIAN ZAI SPECIAL COUNSEL FEE APPLICATION
(January 1st 2014 to February 3rd 2014)

**FOR PROFESSIONAL SERVICES RENDERED, INCLUDING:**

**OUR FEES:**

| DATE | INIT | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2014-01-06 | CH | Review of November 2013 time statement | 0.30 | $285.00 | $85.50 |
| 2014-01-06 | CH | Email to G. Durstein re: November 2013 time statement | 0.20 | $285.00 | $57.00 |
| 2014-01-06 | CH | Review of proceeding information on our website and update | 0.30 | $285.00 | $85.50 |
| 2014-01-07 | CH | Review of the Motion for entry of order | 0.50 | $285.00 | $142.50 |
| 2014-01-07 | MB | Review of email from Dan Hogan re: Motion for entry of Order | 0.20 | $450.00 | $90.00 |
| 2014-01-07 | MB | Review of the Motion for entry of Order | 0.50 | $450.00 | $225.00 |
| 2014-01-07 | CH | Review of the 45th Monthly Fee Application | 0.30 | $285.00 | $85.50 |
| 2014-01-07 | CH | Email to G. Durstein re: executed certification 45th Monthly Fee Application | 0.20 | $285.00 | $57.00 |
| 2014-01-07 | CH | Email from Dan Hogan re: Motion for entry of Order | 0.20 | $285.00 | $57.00 |
| 2014-01-14 | MB | Review of email from David Thompson re: call with Mr. Pasparakis and V. Sinha regarding Grace's upcoming emergence from bankruptcy and the Canada proceedings | 0.40 | $450.00 | $180.00 |
| 2014-01-14 | MB | Review of email from V. Sinha re: summary of call | 0.30 | $450.00 | $135.00 |
| 2014-01-14 | CH | Review of December 2013 time statement | 0.30 | $285.00 | $85.50 |
| 2014-01-14 | CH | Email to G. Durstein re: December 2013 time statement | 0.20 | $285.00 | $57.00 |
| 2014-01-14 | CH | Review of email from Mr. Thompson re: call with O. Pasparakis et V. Sinha regarding Grace's upcoming emergence from bankruptcy and the Canadian proceedings | 0.30 | $285.00 | $85.50 |
| 2014-01-14 | CH | Review of email from V. Sinha re: summary of call regarding Grace's upcoming emergence | 0.30 | $285.00 | $85.50 |

- 2 -

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | from bankruptcy and the Canadian proceedings | | | |
| 2014-01-14 | CH | Email to D. Thompson re: scheduling call re: Grace's upcoming emergence from bankruptcy and the Canadian proceedings | 0.20 | $285.00 | $57.00 |
| 2014-01-16 | CH | Conference call with Mr. Thompson and Moloci and Mr. Bélanger re: next steps regarding Grace's emergence of bankruptcy in the context of the Canadian proceedings | 0.50 | $285.00 | $142.50 |
| 2014-01-16 | MB | Conference call with David Thompson and Matt Moloci and Mrs. Hannouche re: next steps regarding emergence of bankruptcy | 0.50 | $450.00 | $225.00 |
| 2014-01-16 | CH | Email to Mr. Thompson re: portion of The Hogan Firm fees | 0.30 | $285.00 | $85.50 |
| 2014-01-20 | CH | Review of certification and 46th Monthly Fee Application | 0.30 | $285.00 | $85.50 |
| 2014-01-21 | CH | Email to G. Durstein re: signed certification 46th Monthly Fee Application | 0.20 | $285.00 | $57.00 |
| 2014-01-23 | MB | Review of Canadian ZAI PD Trust Agreement | 1.30 | $450.00 | $585.00 |
| 2014-01-23 | MB | Review of email from David Thompson re: draft trust agreement | 0.30 | $450.00 | $135.00 |
| 2014-01-23 | CH | Email to D. Thompson and M. Moloci re: amendment of Canadian actions | 0.30 | $285.00 | $85.50 |
| 2014-01-23 | CH | Email to E. Merchant re: amendment Canadian proceedings | 0.30 | $285.00 | $85.50 |
| 2014-01-23 | CH | Review of Canadian ZAI PD Trust Agreement | 1.30 | $285.00 | $370.50 |
| 2014-01-23 | CH | Review of email from D. Thompson re: draft trust agreement Canadian ZAI PD Trust Fund | 0.30 | $285.00 | $85.50 |
| 2014-01-23 | CH | Email to D. Thompson re: draft trust agreement Canadian ZAI PD Trust Fund | 0.20 | $285.00 | $57.00 |
| 2014-01-24 | CH | Conference call with D. Thompson, M. Moloci and M. Bélanger re: Canadian ZAI PD Draft Trust Agreement and steps going forward | 0.50 | $285.00 | $142.50 |
| 2014-01-24 | MB | Conference call with David Thompson, Matt Moloci and Careen Hannouche re: Canadian ZAI PD Trust Agreement | 0.50 | $450.00 | $225.00 |
| 2014-01-27 | MB | Review of emails between Meghan Bishop DeBard and Roger Higgins and David Thompson and Matt Moloci re: transfer of funds to trust | 0.30 | $450.00 | $135.00 |
| 2014-01-27 | CH | Email to D. Thompson re: claims administrator agreement | 0.30 | $285.00 | $85.50 |
| 2014-01-27 | CH | Review of exchange of emails between Meghan Bishop DeBard and Roger Higgins and D. Thompson and M. Moloci re: transfer of funds to trust | 0.30 | $285.00 | $85.50 |
| 2014-01-28 | CH | Review of 16th Quarterly Fee Application | 0.30 | $285.00 | $85.50 |
| 2014-01-28 | CH | Email to G. Durstein re: certification of 16th Quarterly Fee Application | 0.20 | $285.00 | $57.00 |
| 2014-01-29 | MB | Review of Funds Flow Memorandum (transfer | 0.70 | $450.00 | $315.00 |

| Date | Lawyer | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | to Canadian ZAI PD Trust Fund) | | | |
| 2014-01-29 | MB | Review of the 42nd Information Officer's Report | 0.70 | $450.00 | $315.00 |
| 2014-01-29 | MB | Review of email exchange between Matt Moloci and David Thompson and Keith Ferbers re: report of information officer and amendment of proceedings | 0.30 | $450.00 | $135.00 |
| 2014-01-29 | CH | Review of Funds Flow Memorandum (transfer to Canadian ZAI PD Trust Fund) from R. Higgins | 0.70 | $285.00 | $199.50 |
| 2014-01-29 | CH | Review of email exchange between M. Moloci and D. Thompson and K. Ferbers re: report of information officer and amendment of proceedings | 0.30 | $285.00 | $85.50 |
| 2014-01-29 | CH | Research of fee agreement with Aikins in response to email from D. Thompson | 0.40 | $285.00 | $114.00 |
| 2014-01-29 | CH | Email to D. Thompson re: fee agreement with Aikins | 0.30 | $285.00 | $85.50 |
| 2014-01-29 | CH | Review of the 42nd Information Officer's Report | 0.80 | $285.00 | $228.00 |
| 2014-01-30 | CH | Review of updated Funds Flow Memorandum from R. Higgins | 0.50 | $285.00 | $142.50 |
| 2014-01-30 | CH | Review of memo by D. Thompson re: share of counsel fees by firm once payment is received under Canadian ZAI Settlement | 0.30 | $285.00 | $85.50 |
| 2014-01-30 | CH | Email to D. Thompson re: memo on fee distribution | 0.30 | $285.00 | $85.50 |
| 2014-01-31 | CH | Review of email from D. Thompson to D. Hogan and motion re: Debtors' Motion for the Entry of an Order Approving and Authorizing Implementation of Agreement Bank Lender Group | 0.20 | $285.00 | $57.00 |
| 2014-01-31 | CH | Review of revised Canadian ZAI PD Claims Fund Trust Agreement received from D. Thompson | 0.50 | $285.00 | $142.50 |
| 2014-01-31 | CH | Review of email from R. Higgins re: changes to Funds Flow Memorandum | 0.20 | $285.00 | $57.00 |
| 2014-02-03 | CH | Review of Order approving settlement Bank Lender Group sent by D. Hogan | 0.20 | $285.00 | $57.00 |
| 2014-02-03 | CH | Review of email from D. Thompson to D. Hogan re: effective date | 0.20 | $285.00 | $57.00 |
| | | **OUR FEES :** | **19.50** | | **$ 6,547.50** |

TIME SUMMARY BY LAWYER

| Lawyer | Rate | Hours | Amount |
|---|---|---|---|
| MB | 450.00 | 6.00 | $ 2,700.00 |
| CH | 285.00 | 13.50 | $ 3,847.50 |

**DISBURSEMENTS**

Court dockets                                                                 5.40

**SUB-TOTAL**                                                        $ 6,552.90

    G.S.T. 5%                                                              327.65
    Q.S.T. 9.975 %                                                      653.65

**TOTAL**                                                                 $ 7,534.20

# G.S.T.  814682340 RT 0001
# Q.S.T.  1211542736 TQ 0001

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL. BANKR. LR. 2016-2(f)

PROVINCE OF QUEBEC    :
                      : ss
CITY OF MONTREAL      :

I, Careen Hannouche, after being duly sworn according to law, depose and say as follows:

1. I am an associate of the applicant firm, Lauzon Bélanger Lespérance (the "Firm" and/or "LBL").

2. On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc.[1] and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

3. On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

4. Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

5. I am familiar with the other work performed on behalf of Special Counsel LBL by the lawyers and paraprofessionals of the Firm.

6. I have reviewed the foregoing monthly application of Special Counsel LBL and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable

---

[1] On January 18, 2010, Lauzon Bélanger changed its name to Lauzon Bélanger Lespérance.

orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Careen Hannouche

SWORN AND SUBSCRIBED
Before me this 19th day of March, 2014.

_____
Notary Public
My Commission Expires: Jan. 22, 2017

2