IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 01-01139 (KJC) |
| W.R. GRACE & CO., *et al.*,[1] | (Jointly Administered) |
|  |  |
| Reorganized Debtors. | **Obj. Dead.: 11/3/14 @ 4:00 p.m. (ET)** |
|  | Hrg. Date: TBD |

**NOTICE OF MARK HANKIN AND HANMAR ASSOCIATES MLP'S REQUEST FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM AND <u>RESERVATION OF RIGHTS</u>**

PLEASE TAKE NOTICE THAT on May 5, 2014, Mark Hankin and Hanmar Associates MLP (together, "Hanmar") filed their Request for Allowance and Payment of Administrative Priority Claim and Reservation of Rights (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT any objections or other responses (collectively, "Objections") to the Motion must be: (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 3, 2014 at 4:00 p.m. (ET) (the "Objection Deadline")**; and (ii) served so as to be actually received by the undersigned counsel to Hanmar on or before the Objection Deadline.

A HEARING TO CONSIDER THE MOTION WILL BE HELD AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801, AT A DATE AND TIME TO BE DETERMINED AND SUBSEQUENTLY NOTICED.

---

[1] The Reorganized Debtors consist of the following 17 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co. – Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

#26035801 v1

-2-

<u>**IF YOU FAIL TO RESPOND TO THE MOTION AS SET FORTH HEREIN, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**</u>

| | |
|---|---|
| Dated:  May 5, 2014<br>　　　　Wilmington, Delaware | Respectfully submitted,<br><br>PEPPER HAMILTON LLP<br><br><u>/s/ James C. Carignan　　　　　　　</u><br>David M. Fournier (DE No. 2812)<br>James C. Carignan (DE No. 4230)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>Wilmington, Delaware  19801<br>Telephone (302) 777-6500<br>Facsimile (302) 421-8390<br><br>*Attorneys for Mark Hankin and Hanmar Associates MLP* |