**CERTIFICATE OF SERVICE**

       I, James C. Carignan, hereby certify that, on May 5, 2014, I caused to be served Mark Hankin and Hanmar Associates MLP's Request for Allowance and Payment of Administrative Priority Claim and Reservation of Rights upon the following entities via regular, first class mail.

General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

John Donley, Esq.
Adam Paul, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL  60654

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705

Roger J. Higgins, Esq.
The Law Office of Roger Higgins, LLC
111 E. Wacker Drive, Suite 2800
Chicago IL  60601

Janet S. Baer, Esq.
The Law Offices of Janet S. Baer, P.C.
70 W. Madison Street, Suite 2100
Chicago, IL  60602

Dated:  May 5, 2014
Wilmington, DE

                                                        /s/ James C. Carignan
                                                        James C. Carignan (No. 4230)