# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (KJC)<br>Jointly Administered<br><br>Hearing Date: October 14, 2014 at 10:00 a.m.<br>Objection Deadline: July 3, 2014 at 4:00 p.m. |

## SUMMARY OF FINAL APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 17, 2001 THROUGH FEBRUARY 3, 2014

| Applicant: | Duane Morris LLP |
|---|---|
| Professional Services To: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective April 17, 2001<br>(Order entered June 21, 2001) |
| Period For Which Compensation And Reimbursement Is Sought: | April 17, 2001 through February 3, 2014 |
| Amount of Compensation Sought as Actual, Reasonable And Necessary: | $3,165,467.40[1] |
| Amount of Expense Reimbursement South As Actual, Reasonable and Necessary | $147,931.99 |

This is a Final Application.

---

[1] The total amounts referenced throughout the application include both awarded fees and costs from the first through fifty-first quarterly fee periods, as well as amounts from the (1) *One-Hundred Forty Fifth Monthly Fee Application of Duane Morris LLP for the Period from January 1, 2014 through January 31, 2014* [DI 31833; Filed 3/11/14; CNO at DI 32069] (the "January 2014 Application") attached hereto as Exhibit A; and (2) the *One-Hundred Forty Sixth Monthly Fee Application of Duane Morris LLP for the Period from February 1, 2014 through February 3, 2014* [DI 32072; Filed 4/29/14; Objection Deadline May 19, 2014] ("February 2014 Application") (collectively, the "Remaining Monthly Fee Application") attached hereto as Exhibit B.

## PRIOR QUARTERLY APPLICATIONS

| Filing Date | Application Period | Total Hours | Total Fees Requested | Total Expenses Requested | Total Fees Allowed | Total Costs Allowed |
|---|---|---|---|---|---|---|
| 8/30/01 | First Quarterly (4/17/01 - 6/30/01) | 203.5 | $41,314.50 | $4,026.77 | $41,314.50 | $4,026.77 |
| 2/5/02 | Second Quarterly (7/1/01 - 7/31/01) | 39.8 | $9,490.50 | $1,209.90 | $9,490.50 | $1,209.90 |
| 2/5/02 | Second Quarterly (8/1/01 - 9/30/01) | 68.3 | $12,885.00 | $7,903.44 | $12,885.00 | $7,903.44 |
| 2/11/02 | Third Quarterly (10/1/01 - 12/31/01) | 65.5 | $17,349.50 | $3,436.30 | $68,886.50 | $3,436.30 |
| 5/16/02 | Fourth Quarterly (1/1/02 - 3/31/02 | 123.6 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| 11/7/02 | Fifth Quarterly (4/1/02 - 6/30/02) | 159.3 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| 10/24/02 | Sixth Quarterly (7/1/02 - 9/30/02) | 281 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| 3/28/03 | Seventh Quarterly (10/1/02 - 12/31/02) | 202.7 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| 6/23/03 | Eighth Quarterly (1/1/03 - 3/31/03) | 120.4 | $34,586.00 | $1,415.62 | $32,900.90 | $1,415.62 |
| 9/18/03 | Ninth Quarterly (4/1/03 - 6/30/03) | 112.5 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| 1/29/04 | Tenth Quarterly (7/1/03 - 9/30/03) | 107.3 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| 4/16/04 | Eleventh Quarterly (10/1/03 - 12/31/03) | 174.7 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| 7/2/04 | Twelfth Quarterly (1/1/04 - 3/31/04) | 124.7 | $45,639.00 | $1,378.35 | $45,639.00 | $1,378.35 |
| 8/2/04 | Thirteenth Quarterly (4/1/04 - 6/30/04) | 181.1 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| 11/15/04 | Fourteenth Quarterly (7/1/04 - 9/30/04) | 154.6 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |
| 2/14/05 | Fifteenth Quarterly (10/1/04 - 12/31/04) | 246.2 | $100,271.00 | $10,120.25 | $100,271.00 | $10,120.25 |

| Filing Date | Application Period | Total Hours | Total Fees Requested | Total Expenses Requested | Total Fees Allowed | Total Costs Allowed |
|---|---|---|---|---|---|---|
| 5/18/05 | Sixteenth Quarterly (1/1/05 - 3/31/05) | 185.2 | $77,387.00 | $3,686.77 | $74,968.00 | $3,686.77 |
| 8/15/05 | Seventeenth Quarterly (4/1/05 - 6/30/05) | 107.9 | $45,254.50 | $1,148.39 | $43,824.50 | $1,148.39 |
| 11/16/05 | Eighteenth Quarterly (7/1/05 - 9/30/05 | 124.3 | $54,274.00 | $2,934.36 | $54,044.00 | $2,934.36 |
| 2/17/06 | Nineteenth Quarterly (10/1/05 - 12/31/05) | 125.2 | $51,287.00 | $2,277.70 | $51,287.00 | $2,277.70 |
| 5/30/06 | Twentieth Quarterly (1/1/06 - 3/31/06) | 95.4 | $47,740.50 | $942.69 | $47,740.50 | $942.69 |
| 8/15/06 | Twenty First Quarterly (4/1/06 - 6/30/06) | 111.1 | $55,469.00 | $3,022.31 | $55,469.00 | $3,022.31 |
| 11/30/06 | Twenty Second Quarterly (7/1/06 - 9/30/06) | 170.7 | $89,965.00 | $2,032.77 | $89,965.00 | $2,032.77 |
| 3/1/07 | Twenty Third Quarterly (10/1/06 - 12/31/06 | 207.3 | $111,677.00 | $1,450.75 | $111,677.00 | $1,031.40 |
| 5/29/07 | Twenty Fourth Quarterly (1/1/07 - 3/31/07) | 163.1 | $83,795.00 | $962.79 | $83,795.00 | $962.79 |
| 8/30/07 | Twenty Fifth Quarterly (4/1/07 - 6/30/07) | 111.5 | $59,857.50 | $9,248.40 | $59,857.50 | $9,248.40 |
| 11/29/07 | Twenty Sixth Quarterly (7/1/07 - 9/30/07) | 188.9 | $103,117.00 | $2,899.55 | $103,117.00 | $2,899.55 |
| 2/5/08 | Twenty Seventh Quarterly (10/1/07- 12/31/07) | 201.7 | $107,363.50 | $4,610.51 | $105,659.50 | $4,180.57 |
| 6/16/08 | Twenty Eighth Quarterly (1/1/08 - 3/31/08) | 217.8 | $124,129.00 | $11,884.39 | $123,914.50 | $11,487.69 |
| 9/22/08 | Twenty Ninth Quarterly (4/1/08 - 6/30/08) | 263.8 | $136,632.50 | $4,572.04 | $136,632.50 | $3,249.13 |
| 2/25/09 | Thirtieth Quarterly (7/1/08 - 9/30/08) | 146.6 | $77,335.00 | $3,348.21 | $77,335.00 | $3,148.16 |
| 4/13/09 | Thirty First Quarterly (10/1/08 - 12/31/08) | 142.5 | $78,318.00 | $3,788.25 | $78,318.00 | $3,788.25 |
| 6/5/09 | Thirty Second Quarterly (1/1/09 - 3/31/09) | 176.4 | $115,441.00 | $3,603.58 | $115,412.00 | $3,153.13 |

2

| Filing Date | Application Period | Total Hours | Total Fees Requested | Total Expenses Requested | Total Fees Allowed | Total Costs Allowed |
|---|---|---|---|---|---|---|
| 8/19/09 | Thirty Third Quarterly (4/1/09 - 6/30/09) | 278.7 | $175,331.00 | $4,115.23 | $175,331.00 | $3,835.98 |
| 2/12/10 | Thirty Fourth Quarterly (7/1/09 - 9/30/09) | 319.4 | $210,367.00 | $4,349.52 | $210,367.00 | $3,687.67 |
| 3/24/10 | Thirty-Fifth Quarterly (10/1/09 - 12/31/09) | 141.1 | $82,898.50 | $4,393.13 | $82,744.50 | $4,393.13 |
| 5/28/10 | Thirty-Sixth Quarterly (1/1/10 - 3/31/10) | 112.7 | $54,047.50 | $2,234.02 | $54,047.50 | $2,234.02 |
| 8/18/10 | Thirty Seventh Quarterly (4/1/10 - 6/30/10 | 59.4 | $28,776.50 | $1,596.18 | $28,776.50 | $1,596.18 |
| 12/30/10 | Thirty Eighth Quarterly (7/1/10 - 9/30/10) | 43.0 | $20,520.00 | $1,182.88 | $20,520.00 | $1,182.88 |
| 3/3/31 | Thirty Ninth Quarterly (10/30/10 - 12/31/10) | 44.0 | $23,319.00 | $988.07 | $23,319.00 | $988.07 |
| 7/15/11 | Fortieth Quarterly (1/1/11 - 3/31/11) | 116.4 | $71,736.00 | $1,669.02 | $71,648.50 | $1,614.28 |
| 9/19/11 | Forty First Quarterly (4/1/11- 6/30/11) | 113.3 | $75,428.50 | $1,358.93 | $75,393.50 | $1,358.93 |
| 1/11/12 | Forty Second Quarterly (7/1/11 - 9/30/11) | 36.0 | $16,836.00 | $813.77 | $16,836.00 | $813.77 |
| 5/1/12 | Forty Third Quarterly (10/1/11 - 12/31/11) | 31.4 | $14,999.00 | $556.06 | $14,999.00 | $556.06 |
| 10/10/12 | Forty Fourth Quarterly (1/1/12 - 3/31/12) | 41.6 | $19,835.50 | $824.98 | $19,835.50 | $824.98 |
| 10/10/12 | Forty Fifth Quarterly (4/1/12 - 6/30/12) | 28.2 | $18,115.00 | $753.82 | $18,115.00 | $753.82 |
| 11/29/12 | Forty Sixth Quaterly (7/1/12 - 9/30/12) | 30.5 | $14,535.00 | $435.55 | $14,535.00 | $435.55 |
| 4/12/13 | Forty Seventh Quarterly (10/1/12 - 10/31/12) | 45.9 | $23,928.50 | $1,348.27 | $23,928.50 | $1,348.27 |
| 7/30/13 | Forty Eighth Quarterly (1/1/13 - 3/31/13) | 46.1 | $29,380.50 | $124.42 | $29,380.50 | $124.42 |
| 9/11/13 | Forty Ninth Quarterly (4/1/13 - 6/30/13) | 37.8 | $20,955.00 | $1,277.48 | $20,955.00 | $1,277.48 |

3

DM3\2894876.1

| Filing Date | Application Period | Total Hours | Total Fees Requested | Total Expenses Requested | Total Fees Allowed | Total Costs Allowed |
|---|---|---|---|---|---|---|
| 11/26/13 | Fiftieth Quarterly (7/1/13 - 9/30/13) | 32.4 | $15,858.00 | $796.47 | $15,858.00 | $796.47 |
| 4/15/14 | Fifty First Quarterly (10/1/13 - 12/31/13) | 24.2 | $8,439.00 | $715.10 | $8,439.00 | $715.10 |
| | **TOTAL** | **6686.7** | **$3,117,055.00** | **$152,119.23** | **$3,157,804.90** | **$147,903.99** |

## REMAINING MONTHLY APPLICATIONS

| Filing Date | Application Period | Total Hours | Total Fees Requested | Total Expenses Requested | Total Fees Allowed | Total Costs Allowed |
|---|---|---|---|---|---|---|
| 3/11/14 | One-Hundred Forty Fourth Monthly Fee Application for the Period from January 1, 2014 through January 31, 2014 | 7.7 | $5,118.50 | $28.00 | | |
| 4/29/14 | One Hundred Forty Fifth Monthly Fee Application for the Period from February 1, 2014 through February 3, 2014 | 3.2 | $2,544.00 | $0.00 | | |
| | **TOTAL REMAINING FEES/EXPENSES** | **10.9** | **$7,662.50** | **$28.00** | | |

## TOTAL PRIOR QUARTERLY AND REMAINING MONTHLY APPLICATION FEES AND EXPENSES

| Application Period | Total Hours | Total Fees | Total Expenses |
|---|---|---|---|
| Total Allowed Quarterly Applications | 6686.7 | $3,157,804.90 | $147,903.99 |
| Total Remaining Monthly Applications | 10.9 | $7,662.50 | $28.00 |
| **GRAND TOTAL** | **6697.6** | **$3,165,467.40** | **$147,931.99** |

4

**CUMULATIVE TIME AND HOURLY RATES CHARGED BY THE APPLICANT FOR ITS ATTORNEY AND PARALEGAL TIME FOR THE PERIOD FROM APRIL 17, 2001 THROUGH DECEMBER 31, 2013**

| TIMEKEEPER | RATE | TOTAL HOURS | TOTAL FEES REQUESTED |
|---|---|---|---|
| William S. Katchen (Partner) | $450.00 | 29.90 | $13,455.00 |
|  | $475.00 | 218.40 | $103,740.00 |
|  | $510.00 | 146.90 | $74,919.00 |
|  | $545.00 | 239.80 | $130,691.00 |
|  | $575.00 | 113.10 | $65,034.50 |
|  | $615.00 | 204.90 | $126,013.50 |
|  | $650.00 | 140.70 | $91,455.00 |
|  | $705.00 | 228.60 | $161,163.00 |
|  | $755.00 | 399.50 | $301,622.50 |
|  | $795.00 | 51.60 | $42,373.50 |
|  | $835.00 | 72.90 | $60,871.50 |
|  | $875.00 | 30.50 | $26,687.50 |
|  | $915.00 | 29.80 | $17,267.00 |
| Michael R. Lastowski (Partner) | $375.00 | 85.20 | $31,950.00 |
|  | $415.00 | 157.30 | $65,279.50 |
|  | $445.00 | 122.50 | $54,512.50 |
|  | $495.00 | 200.50 | $99,247.50 |
|  | $525.00 | 211.00 | $110,775.00 |
|  | $550.00 | 274.20 | $150,810.00 |
|  | $595.00 | 356.70 | $212,236.50 |
|  | $645.00 | 276.80 | $178,536.00 |
|  | $675.00 | 315.50 | $212,962.60 |
|  | $710.00 | 80.80 | $56,161.00 |
|  | $745.00 | 110.50 | $82,322.50 |
|  | $780.00 | 47.60 | $37,128.00 |
|  | $795.00 | 42.90 | $34,105.50 |
| Stephanie Lenkiewicz (Paralegal) | $125.00 | 30.30 | $3,787.50 |
|  | $165.00 | 60.80 | $10,032.00 |
|  | $175.00 | 69.20 | $12,110.00 |
|  | $185.00 | 68.10 | $12,598.50 |
|  | $195.00 | 67.20 | $13,104.00 |
| Jacqueline Greenberg (Counsel) | $275.00 | 6.40 | $1,760.00 |
|  | $295.00 | 0.70 | $206.50 |
| Ancela R. Nastasi (Counsel) | $395.00 | 3.60 | $1,422.00 |
| William Harrington (Associate) | $275.00 | 0.60 | $165.00 |
|  | $320.00 | 3.50 | $1,120.00 |
| Richard Riley (Partner) | $290.00 | 11.20 | $3,248.00 |
|  | $325.00 | 14.50 | $4,712.50 |

DM3\2894876.1

| TIMEKEEPER | RATE | TOTAL HOURS | TOTAL FEES REQUESTED |
|---|---|---|---|
| | $385.00 | 17.50 | $6,377.00 |
| | $415.00 | 28.20 | $11,703.00 |
| | $440.00 | 12.40 | $5,456.00 |
| | $480.00 | 49.20 | $23,616.00 |
| | $520.00 | 45.70 | $23,764.00 |
| | $540.00 | 69.10 | $37,314.00 |
| | $570.00 | 12.80 | $7,296.00 |
| | $590.00 | 28.60 | $16,874.00 |
| Joseph Lemkin (Associate) | $235.00 | 60.00 | $14,100.00 |
| | $260.00 | 19.20 | $4,992.00 |
| | $295.00 | 8.40 | $2,478.00 |
| | $310.00 | 0.70 | $217.00 |
| | $340.00 | 0.30 | $102.00 |
| | $355.00 | 4.80 | $1,704.00 |
| | $380.00 | 16.80 | $6,384.00 |
| | $395.00 | 1.50 | $592.50 |
| | $435.00 | 15.40 | $6,699.00 |
| Michael Sousa (Associate) | $335.00 | 4.40 | $1,523.50 |
| Christopher Winter (Associate) | $275.00 | 0.70 | $192.50 |
| | $310.00 | 3.60 | $1,116.00 |
| | $330.00 | 0.70 | $231.00 |
| Daniel Small (Partner) | $440.00 | 0.70 | $308.00 |
| David Speers (Paralegal) | $140.00 | 5.50 | $770.00 |
| | $165.00 | 27.00 | $4,455.00 |
| | $190.00 | 33.30 | $6,327.00 |
| | $205.00 | 8.70 | $1,783.50 |
| | $220.00 | 0.10 | $22.00 |
| | $240.00 | 6.90 | $1,656.00 |
| Eric Breslin (Partner) | $395.00 | 0.30 | $118.50 |
| Michael Hahn (Associate) | $265.00 | 32.00 | $8,480.00 |
| | $290.00 | 36.80 | $10,672.00 |
| | $355.00 | 39.50 | $14,022.50 |
| | $360.00 | 18.60 | $6,696.00 |
| Elizabeth O'Byrne (Paralegal) | $180.00 | 23.20 | $4,176.00 |
| | $195.00 | 114.40 | $22,308.00 |
| | $220.00 | 7.40 | $1,628.00 |
| Michael Lamparski (Paralegal) | $175.00 | 1.90 | $287.50 |
| | $185.00 | 2.20 | $407.00 |
| John Nidhiry (Paralegal) | $190.00 | 0.50 | $95.00 |
| David Stein (Partner) | $345.00 | 0.60 | $207.00 |
| | $430.00 | 0.80 | $344.00 |
| Grace Hulse (Associate) | $245.00 | 0.50 | $122.50 |

6

| TIMEKEEPER | RATE | TOTAL HOURS | TOTAL FEES REQUESTED |
|---|---|---|---|
| Ralph Sianni (Associate) | $200.00 | 26.60 | $5,320.00 |
|  | $245.00 | 96.00 | $23,520.00 |
|  | $285.00 | 12.90 | $3,676.50 |
| Matthew Bass (Associate) | $250.00 | 1.40 | $350.00 |
| Michael Maco (Associate) | $220.00 | 0.50 | $110.00 |
| John Weiss (Associate) | $175.00 | 13.30 | $2,327.50 |
|  | $215.00 | 1.30 | $279.50 |
| Beth Gruppo (Paralegal) | $135.00 | 0.70 | $94.50 |
|  | $185.00 | 1.00 | $185.00 |
|  | $215.00 | 12.70 | $2,730.50 |
|  | $235.00 | 16.40 | $3,854.00 |
|  | $250.00 | 17.70 | $4,425.00 |
|  | $290.00 | 12.50 | $3,625.00 |
|  | $305.00 | 8.40 | $2,562.00 |
| Andrea Guldalian (Paralegal) | $230.00 | 0.40 | $92.00 |
|  | $240.00 | 1.30 | $208.00 |
| Gail Reinig (Paralegal) | $195.00 | 0.30 | $175.50 |
| Thelma Santorelli (Paralegal) | $135.00 | 1.30 | $175.50 |
|  | $145.00 | 5.60 | $812.00 |
|  | $155.00 | 0.70 | $108.50 |
| Sommer Ross (Associate) | $280.00 | 2.60 | $728.00 |
|  | $315.00 | 1.20 | $378.00 |
| Matthew E. Hoffman (Associate) | $265.00 | 5.20 | $1,378.00 |
|  | $295.00 | 37.20 | $10,974.00 |
| Mark D. Mako (Associate) | $180.00 | 22.00 | $3,960.00 |
|  | $185.00 | 0.10 | $18.50 |
| Rasheena Harris (Associate) | $220.00 | 6.80 | $1,496.00 |
| William Rowan (Paralegal) | $110.00 | 3.10 | $341.00 |
| Christopher Clark (Paralegal) | $170.00 | 1.40 | $238.00 |
|  | $185.00 | 1.50 | $277.50 |
| Adrian Maholchic (Associate) | $295.00 | 0.40 | $112.00 |
|  | $305.00 | 37.10 | $11,315.50 |
|  | $335.00 | 5.30 | $1,775.50 |
| Margurite Melvin (Paralegal) | $110.00 | 83.00 | $9,130.00 |
| Gia Incardone (Associate) | $285.00 | 3.30 | $940.40 |
| Shelly Hollinghead Caban (Paralegal) | $110.00 | 102.70 | $11,299.00 |
|  | $125.00 | 87.50 | $10,937.50 |
|  | $145.00 | 104.70 | $15,181.50 |
|  | $170.00 | 52.70 | $8,959.00 |
| Carolyn Fox (Paralegal) | $110.00 | 0.10 | $11.00 |
|  | $125.00 | 2.10 | $262.50 |
|  | $170.00 | 4.70 | $749.00 |

7

| TIMEKEEPER | RATE | TOTAL HOURS | TOTAL FEES REQUESTED |
|---|---|---|---|
| Virginia Akin (Paralegal) | $170.00 | 101.90 | $17,323.00 |
|  | $185.00 | 124.70 | $23,069.50 |
|  | $200.00 | 1.60 | $320.00 |
| Rachel Deery (Legal Asst) | $105.00 | 1.10 | $115.50 |
| Toni McPhillips (Associate) | $240.00 | 0.50 | $120.00 |
| Alison Ash (Paralegal) | $125.00 | 25.90 | $3,166.00 |
|  | $135.00 | 0.10 | $13.50 |
|  | $145.00 | 4.70 | $681.50 |
|  | $175.00 | 38.30 | $6,700.50 |
|  | $190.00 | 3.00 | $570.00 |
| Diane Sosnoski (Paralegal) | $145.00 | 4.30 | $623.50 |
|  | $160.00 | 9.00 | $1,440.00 |
|  | $175.00 | 0.90 | $157.50 |
| Jessica Capiello (Paralegal) | $100.00 | 11.10 | $1,110.00 |
| Sonia Wallace (Library Clerk) | $180.00 | 0.50 | $90.00 |
| Cate Dooley (Library Assistant) | $95.00 | 0.40 | $38.00 |
|  | $125.00 | 0.30 | $37.50 |
|  | $135.00 | 1.60 | $216.00 |
|  | $225.00 | 0.50 | $112.50 |
|  | $230.00 | 3.40 | $782.00 |
|  | $245.00 | 0.50 | $122.50 |
|  | $260.00 | 0.30 | $78.00 |
| Sonia Anderson (Library Clerk) | $260.00 | 0.30 | $78.00 |
| Solange Wallace (Paralegal) | $225.00 | 0.20 | $45.00 |
| Michele Harris (Paralegal) | $75.00 | 0.30 | $22.50 |
| Peter Siebel (Partner) | $120.00 | 10.10 | $1,212.00 |
|  | $140.00 | 8.00 | $1,120.00 |
|  | $160.00 | 0.20 | $32.00 |
| Robert Lagravenis (Paralegal) | $130.00 | 47.50 | $6,175.00 |
|  | $145.00 | 49.30 | $7,148.50 |
|  | $170.00 | 4.40 | $748.00 |
|  | $145.00 | 0.90 | $130.50 |
| Vanessa Marchello (Legal Asst) | $70.00 | 5.70 | $441.00 |
|  | $80.00 | 8.50 | $680.00 |
|  | $90.00 | 1.90 | $169.00 |
| Jessica Carey (Legal Asst) | $135.00 | 0.70 | $94.50 |
|  | $165.00 | 0.50 | $82.50 |
| Jessica Gallagher (Paralegal) | $230.00 | 0.80 | $184.00 |
| Kelly Shannon (Paralegal) | $120.00 | 17.10 | $2,052.00 |
|  | $130.00 | 3.10 | $403.00 |
| GC Weyent (Clerk) | $125.00 | 0.50 | $62.50 |
| Thomas Hannon (Clerk) | $180.00 | 1.20 | $108.10 |

| TIMEKEEPER | RATE | TOTAL HOURS | TOTAL FEES REQUESTED |
|---|---|---|---|
| Stacey Tate Wolfenden (Paralegal) | $150.00 | 5.90 | $885.00 |
| | $165.00 | 0.60 | $99.00 |
| | $220.00 | 50.40 | $11,088.00 |
| | $235.00 | 1.80 | $423.00 |
| Dawn Marra (Legal Asst) | $150.00 | 14.10 | $2,115.00 |
| | $160.00 | 36.30 | $5,832.00 |
| Mikel Bistrow (Partner) | $595.00 | 0.30 | $178.50 |
| Rudolph DiMassa (Partner) | $540.00 | 0.30 | $162.00 |
| Onik McLean (Paralegal) | $255.00 | 0.40 | $102.00 |
| TOTAL | | 6686.70 | $3,117,055.00 |
| LESS REDUCTIONS TAKEN | | | -$40,749.90 |
| TOTAL FEES ALLOWED | | | $3,157,804.90 |

**SUMMARY OF COMPENSABLE TIME IN
REMAINING MONTHLY APPLICATIONS FOR PERIOD
JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

| TIMEKEEPER | RATE | TOTAL HOURS | TOTAL FEES REQUESTED |
|---|---|---|---|
| Michael R. Lastowski (Partner) | $795.00 | 9.20 | $7,314.00 |
| Stephanie Lenkiewicz (Paralegal) | $205.00 | 1.70 | $348.50 |
| **TOTAL** | | **10.90** | **$7,662.50** |

**TOTAL REQUESTED COMPENSABLE TIME FOR PERIOD
APRIL 17, 2001 THROUGH FEBRUARY 3, 2014**

| DESCRIPTION | | TOTAL HOURS | TOTAL FEES REQUESTED |
|---|---|---|---|
| Prior Quarterly Applications 4/17/01 – 12/31/13 | | 6686.70 | $3,157,804.90 |
| Pending Applications 1/1/14 – 2/3/14 | | 10.90 | $7,662.60 |
| **TOTAL** | | **6697.60** | **$3,165,467.40** |

9

DM3\2894876.1

**SUMMARY OF COMPENSATION BY TASK CODE**
**FOR QUARTERLY APPLICATION PERIODS FROM**
**APRIL 17, 2001 THROUGH DECEMBER 31, 2013**

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES REQUESTED |
|---|---|---|
| ASSET ANALYSIS AND RECOVER (001) | 4.80 | $2,560.00 |
| ASSET DISPOSITION (002) | 20.70 | $11,203.00 |
| BUSINESS OPERATIONS (003) | 137.80 | $62,882.50 |
| CASE ADMINISTRATION (004) | 994.60 | $245,812.00 |
| CLAIMS ADMINISTRATION AND OBJECTIONS (ASBESTOS) (005) | 1010.10 | $542,604.50 |
| CLAIMS ADMINISTRATION AND OBJECTIONS (NON-ASBESTOS) (006) | 121.30 | $64,363.50 |
| COMMITTEE (007) | 304.80 | $158,594.50 |
| EMPLOYEE BENEFITS/PENSION (008) | 11.10 | $5,473.00 |
| EMPLOYMENT APPLICATIONS (APPLICANT) (009) | 56.10 | $15,743.50 |
| EMPLOYMENT APPLICATIONS (OTHERS (010) | 203.60 | $58,125.50 |
| EXPENSES (011) | 16.20 | $5,375.50 |
| FEE APPLICATIONS (APPLICANT) (012) | 534.60 | $121,461.00 |
| FEE APPLICATIONS (OTHERS) (013) | 344.70 | $74,102.50 |
| FINANCING (014) | 49.90 | $11,688.50 |
| HEARINGS (015) | 783.60 | $452,986.50 |
| LITIGATION (016) | 189.90 | $76,825.50 |
| PLAN AND DISCLOSURTE STATEMENT (017) | 642.10 | $393,062.00 |
| RELIEF FROM STAY PROCEEDINGS (018) | 83.00 | $46,415.50 |
| TAX ISSUES (019) | 44.10 | $32,711.50 |
| TAX LITIGATION (020) | 16.40 | $4,441.00 |
| TRAVEL (NON-WORKING (21) | 2.60 | $841.00 |
| VALUATION (022) | 1.40 | $612.00 |
| ZAI SCIENCE TRIAL (023) | 1.5 | $766.00 |
| ZAI SCIENCE TRIAL EXPENSES (024) | 3.60 | $1,347.50 |
| OTHER (025) | 883.70 | $576,366.50 |
| ACCOUNTING/AUDITING (026) | 117.40 | $98,382.00 |
| BUSINESS ANALYSIS (027) | 31.80 | $16,458.00 |
| CORPORATE FINANCE (028) | 1.60 | $1,208.00 |
| DATA ANALYSIS (029) | 22.50 | $14,669.00 |
| FRAUDULENT CONVEYANCE PROCEEDINGS (030) | 29.30 | $11,703.50 |

DM3\2894876.1

| | | |
|---|---|---|
| LEGAL RESEARCH (031) | 1.50 | $180.00 |
| APPEALS (032) | 0.10 | $42.00 |
| MISCELLANEOUS (033) | 20.30 | $8,048.00 |
| **TOTAL** | **6686.70** | **$3,117,055.00** |
| **LESS REDUCTIONS TAKEN** | | **-$40,749.90** |
| **TOTAL ALLOWED TIME** | | **$3,157,804.90** |

**SUMMARY OF COMPENSATION BY TASK CODE
FOR REMAINING MONTHLY APPLICATIONS FOR PERIOD
JANUARY 1, 2014 THROUGH FEBRUARY 3, 2013**

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES REQUESTED |
|---|---|---|
| CASE ADMINISTRATION (04) | 0.20 | $41.00 |
| CLAIM ANALYSIS, OBJECTION AND RESOLUTION (NON-ASBESTOS) (06) | 0.20 | $159.00 |
| FEE APPLICATION (OTHERS) (013) | 1.50 | $307.50 |
| PLAN AND DISCLOSURE STATEMENT (17) | 9.00 | $7,155.00 |
| **TOTAL** | **10.90** | **$7,662.50** |

**TOTAL REQUESTED COMPENSATION BY TASK CODE
FOR REMAINING MONTHLY APPLICATIONS FOR PERIOD
APRIL 17, 2001 THROUGH FEBRUARY 3, 2013**

| DESCRIPTION | | TOTAL HOURS | TOTAL FEES REQUESTED |
|---|---|---|---|
| Prior Quarterly Applications 4/17/01 – 12/31/13 | | 6686.70 | $3,157,804.90 |
| Remaining Monthly Applications 1/1/14 – 2/3/14 | | 10.90 | $7,662.60 |
| **TOTAL** | | **6697.60** | **$3,165,467.40** |

11

**EXPENSE SUMMARY FOR PRIOR QUARTERLY APPLICATION PERIODS FROM APRIL 17, 2001 THROUGH DECEMBER 31, 2013**

| CATEGORY | PROVIDER | TOTAL EXPENSES REQUESTED |
|---|---|---|
| Printing & Duplicating | Internal | $19,165.15 |
| Printing & Duplicating | External | $62,222.01 |
| Messenger Service | Parcels/Tri-State | $15,351.05 |
| Overnight Mail | Federal Express | $6,580.88 |
| Telecopier | | $2,798.70 |
| Overtime Related Costs | | $568.69 |
| Federal Court Daily | | $169.40 |
| Research | Westlaw | $821.35 |
| Postage | | $4,422.68 |
| Telephone | | $2,941.49 |
| CourtCall | | $3,192.00 |
| Document Costs/Court Search Service | | $3,572.29 |
| Filing Fees | | $3,412.96 |
| Document Efiling Costs | Parcels | $1,385.10 |
| Research | Lexis | $14,372.09 |
| Research | Miscellaneous | $635.18 |
| Travel – Away | | $3,606.05 |
| Travel – Local | | $1,481.33 |
| Meeting Expense | | $2,365.66 |
| Dinner Local | | $2,306.31 |
| Color Printing | Internal | $4.51 |
| Transcripts | | $796.85 |
| Miscellaneous Refund | Tri-State | -52.50 |
| | **Sub-Total Requested** | **$152,119.23** |
| | **Less Reductions** | **-4,215.24** |
| **TOTAL COSTS ALLOWED** | | **$147,903.99** |

**EXPENSE SUMMARY FOR PRIOR AND REMAINING MONTHLY APPLICATIONS FOR PERIOD FROM APRIL 17, 2001 THROUGH FEBRUARY 3, 2014**

| CATEGORY | PROVIDER | TOTAL EXPENSES REQUESTED |
|---|---|---|
| **TOTAL PENDING EXPENSES** | Pacer Federal Docket | **$28.00** |
| | Total Costs Allowed | **$147,903.99** |
| | | |
| **TOTAL EXPENSES** | | **$147,931.99** |

12

Duane Morris LLP (the "Applicant"), co-counsel to the Official Committee of Unsecured Creditors in the above-captioned case (the "Committee"), for its Final Application for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 17, 2001 through February 3, 2014 (the "Final Application"), respectfully represents and alleges:

## I. INTRODUCTION

1.  Applicant makes this Final Application for payment of professional services rendered and expenses incurred in its representation of the Committee as provided under §§ 330 and 331 of title 11 of the United States Code ("Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), the applicable local rules of this Court and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered by this Court on April 17, 2002 [DI 1949] (the "Administrative Order").

2.  Pursuant to the procedures set forth in the Administrative Order, professionals may request monthly compensation and reimbursement, and interested parties may object to such requests. If no interested party objects to a professional's request within twenty (20) days, and if the Court does not schedule a hearing in respect to a fee application, then the Debtors are authorized and directed to pay the professional eighty-percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in the fee application. Beginning with the period ending June 30, 2001, and at three-month intervals thereafter, Applicant filed a quarterly fee application for approval of interim compensation and fees for such period. All monthly and

quarterly awards of fees and costs are subject to approval of a Final Application. This is the Applicant's Final Application in this case.

3.  Pursuant to Section 11.8 of the Plan (as hereinafter defined) and Section VIII of the Confirmation Order (as hereinafter defined), the Unsecured Creditors Committee shall remain in existence and have standing with regard to certain post-Effective Date activities, including, without limitation, the preparation and prosecution of fee applications.

4.  In addition, pursuant to the foregoing sections of the Plan and Confirmation Order, the Reorganized Debtors "shall pay the reasonable fees and expenses incurred by the Unsecured Creditors' Committee . . . relating to any post-Effective Date activities authorized hereunder without further order of the Bankruptcy Court." Moreover, pursuant to section 2.1.1(b) of the Plan "[c]ompensation of Professionals for services rendered and for reimbursement of expenses incurred after the Effective Date shall be paid by the Debtors in accordance with any such Professional's invoice(s) and to the extent undisputed without any action or order of the Court." Accordingly, this Final Application does not include fees and expenses incurred by Applicant after the Effective Date, including, without limitation, fees and expenses incurred in connection with the preparation of this Final Application. Applicant will seek payment of such post-Effective Date fees and expenses directly from the Debtors.

## II. BACKGROUND

5.  On April 2, 2001 (the "Petition Date"), the Debtors commenced their reorganization cases by filing voluntary petitions for relief under chapter 11 title 11 of the United States Code, 11 U.S.C. §§101 et seq. (the "Bankruptcy Code").

6.  The Debtors continued in possession of their properties and continued to operate and manage their businesses as Debtors-in-possession pursuant to §§ 1107 and 1108 of the

Bankruptcy Code. Pursuant to an order of the Court, the Debtors chapter 11 cases were procedurally consolidated and are being jointly administered.

7. On April 22, 2001, the United States Trustee formed the Committee consisting of the following members: J.P. Morgan Chase & Co., ABN AMRO Bank N.V., Bank of America, N.A., The Bank of New York, as indenture Trustee, Bankers Trust Company, as indenture Trustee, First Union National Bank, Sealed Air Corporation, Wachovia Bank N.A., and Zhagrus Environmental, Inc. During the first meeting of the Committee on April 22, 2001, the Committee duly selected Stroock, Stroock & Lavan, LLP and Applicant as its counsel to represent the Committee in all matters during the pendency of the Debtors' chapter 11 cases.

8. An Order authorizing retention of Duane Morris LLP as Co-Counsel to the Official Committee of Unsecured Creditors *nunc pro tunc* to April 17, 2001 was entered on July 21, 2001.

9. On January 31, 2011, the Court entered the *Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010* [Docket No. 26155] and on February 15, 2011, the Court entered the *Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended Through December 23, 2010* [Docket No. 26289] (collectively, the "Confirmation Order"), pursuant to which the Bankruptcy Court approved and confirmed the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. *Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified Through December 23, 2010* [Docket No. 26368] (as amended and conformed pursuant

3

to the Confirmation Order, the "Plan"). On June 11, 2012, the Court's Confirmation Order was affirmed by the United States District Court for the District of Delaware.

10. On February 13, 2014, the Debtors filed the *Notice of Occurrence of the Effective Date of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace and Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified through December 23, 2010* [DI 31732] setting February 3, 2014 as the Effective Date.

### III.  PROFESSIONAL SERVICES RENDERED

11. Through this Final Application, applicant requests that the Court approve the final allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Applicant from April 17, 2001 through February 3, 2014 (the "Compensation Period").

12. Due to the fact that this Final Application is being filed without having had an opportunity to file a fifty-second quarterly fee application, Applicant respectfully requests that this Court consider the Remaining Monthly Fee Applications at the hearing on the Final Application. For the convenience of the Court and parties-in-interest, attached hereto as Exhibit A and Exhibit B is the January 2014 Application and February 2014 Application, respectively.

13. Applicant has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with this case. There is no agreement or understanding between Applicant and any other person for the sharing of compensation to be received for services rendered in this case.

14. All services for which compensation is requested by Duane Morris LLP pursuant to this Final Application for the Compensation Period were performed on behalf of the Committee.

### IV. **SUMMARY OF SERVICES RENDERED**

15. During the Compensation Period, Applicant provided significant professional services to the Committee in connection with this chapter 11 case. These services included, among other things, assisting, advising and representing the Committee with respect to the following matters: (i) the administration of this case and the exercise of oversight with respect to the Committee; (ii) preparation and review on behalf of the Committee of applications, motions, memoranda, orders, reports and other legal papers; (iii) appearances in court and at meetings to represent the interests of the Committee; (iv) research and investigation; (v) communication with the Committee's constituents and others; and (vi) the performance of all of the Committee's duties and powers under the Bankruptcy Code and the Bankruptcy Rules and the performance of such other services as were in the interests of those represented by the Committee.

16. The retention period covers the period from April 17, 2001 through February 3, 2014.

17. As set forth in the fee charts and as described in this Final Application attached exhibits, Applicant's attorneys, paralegals and other professionals have spent a total of 6697.6 hours providing necessary legal services to the Committee. As a result, Applicant requests compensation in the amount of $3,165,467.40 for actual, necessary legal services performed. In addition, Applicant has expended the sum of $147,931.99 for actual, necessary expenses incurred in representing the Committee.

18. In preparing this Final Application, Applicant has calculated the amount of time spent by each attorney, paralegal and other professionals in performing actual, necessary legal services for the Committee.

19. Applicant has worked closely with the Debtor, the Committee, the Debtors' advisors, and other professionals in the case to avoid unnecessary duplication of the services charged to the Committee.

### V. NO PRIOR REQUEST

20. No prior request for the relief sought in this Final Application has been made to this or any other court.

WHEREFORE, Applicant respectfully requests a final award of compensation for professional services rendered as counsel to the Committee during the Compensation Period in the sum of $3,165,467.40, and reimbursement of disbursements actually and necessarily incurred in the amount of $147,931.994 during the Compensation Period, and for such other and further relief as this Court deems just and proper.

Dated: May 5, 2014
      Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   mlastowski@duanemorris.com
           rwriley@duanemorris.com

*Co-Counsel for the Official Committee of Unsecured Creditors of W. R. Grace & Co., et al.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF MICHAEL R. LASTOWSKI

Michael R. Lastowski hereby declares as follows:

1. I am a partner at the law firm of Duane Morris LLP, counsel for the Official Committee of Unsecured Creditors (collectively, the "Committee").

2. I have read the Final Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 17, 2001 through February 3, 2014 (the "Application"), and know the contents thereof. The same are true to the best of my knowledge, except as to matters therein alleged to be upon information and belief, and as to those matters, I believe them to be true. I am familiar with all work performed on behalf of the Committee by the attorneys and para-professionals in the firm of Duane Morris LLP.

Dated: May 5, 2014           */s/ Michael R. Lastowski*
                             Michael R. Lastowski (DE 3892)

DM3\2894876.1