## <u>EXHIBIT A</u>

**DUANE MORRIS MONTHLY FEE APPLICATION FOR PERIOD
JANUARY 1, 2014 THROUGH JANUARY 31, 2014**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., <u>et al.</u>, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  March 31, 2014 at 4:00 p.m.**<br>**Hearing date:  To be scheduled only if objections**<br>**are timely filed and served.** |

**ONE-HUNDRED FORTY FOURTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS <u>FOR THE PERIOD FROM JANUARY 1, 2014 THROUGH JANUARY 31, 2014</u>**

| | |
|---|---|
| Name of Applicant: | **Duane Morris LLP** |
| Authorized to Provide<br>Professional Services to: | **Official Committee of**<br>**Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and<br>reimbursement is sought | **January 1, 2014 through**<br>**January 31, 2014** |
| Amount of Compensation sought as<br>actual, reasonable and necessary: | **$4,094.80 (80% of $5,118.50)** |
| Amount of Expense Reimbursement sought<br>as actual, reasonable and necessary: | **$28.00** |

This is an: ☒ monthly  ☐ interim  ☐ final application.

This is the one-hundred forty fourth monthly fee application of Duane Morris LLP.

DM3\2841803.1

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| June 19, 2003 | 4/1/03 – 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 – 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 – 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 – 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 – 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – | $20,454.50 | $221.26 | $16,363.60 | $221.26 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 12/30/03 | | | | |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |
| September 23, 2004 | 8/1/04- 8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |
| May 24, 2005 | 4/1/05 – 4/30/05 | $12,196.00 | $41.50 | $9,756.80 | $41.50 |
| June 20, 2005 | 5/1/05- 5/30/05 | $17,670.50 | $421.11 | $14,136.40 | $421.11 |
| July 21,2005 | 6/1/05- 6/30/05 | $15,429.99 | $685.78 | $12,343.20 | $685.78 |
| August 30, 2005 | 7/1/05- 7/31/05 | $26,044.50 | $1,766.47 | $20,835.60 | $1,766.47 |
| September 30, 2005 | 8/1/05- 8/31/05 | $15,111.00 | $436.15 | $12,088.80 | $436.15 |
| October 20, 2005 | 9/1/05 – 9/30/05 | $13,118.50 | $731.74 | $10,494.80 | $731.74 |
| November 18, 2005 | 10/1/05- | $18,014.00 | $40.22 | $14,411.20 | $40.22 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | 10/31/05 | | | | |
| December 19, 2005 | 11/1/05 – 11/30/05 | $13,114.00 | $365.64 | $12,893.90 | $365.64 |
| February 6, 2006 | 12/1/05 – 12/31/05 | $20,159.00 | $1,871.84 | $16,127.20 | $1,841.84 |
| March 2, 2006 | 1/1/06 – 1/28/06 | $21,157.40 | $517.90 | $16,930.00 | $517.90 |
| March 13, 2006 | 2/1/06 – 2/28/06 | $11,268.50 | $0.00 | $9,014.80 | $0.00 |
| April 28, 2006 | 3/1/06 – 3/31/06 | $15,309.50 | $424.79 | $12,247.60 | $424.79 |
| May 30, 2006 | 4/1/06 – 4/30/06 | $14,241.50 | $1,014.93 | $11,393.20 | $1,014.93 |
| June 16, 2006 | 5/1/06 – 5/31/06 | $15,350.50 | $38.60 | $12,280.40 | $38.60 |
| August 10, 2006 | 6/1/06 – 6/30/06 | $25,877.00 | $1,968.78 | $20,701.60 | $1,968.78 |
| August 30, 2006 | 7/1/06 – 7/31/06 | $27,754.00 | $260.05 | $27,754.00 | $260.05 |
| October 6, 2006 | 8/1/06 – 8/31/06 | $32,699.50 | $235.27 | $32,699.50 | $235.27 |
| October 30, 2006 | 9/1/06 – 9/30/06 | $29,511.50 | $1,537.45 | $26,511.50 | $1,537.45 |
| November 30, 2006 | 10/1/06 – 10/31/06 | $22,550.50 | $360.17 | $22,550.50 | $360.17 |
| January 8, 2007 | 11/1/06 – 11/30/06 | $52,715.50 | $462.28 | $52,715.50 | $462.28 |
| February 1, 2007 | 12/1/06 – 12/31/06 | $36,411.00 | $628.30 | $36,411.00 | $208.95 |
| February 28, 2007 | 1/1/07 – 1/31/07 | $39,970.50 | $770.49 | $39,970.50 | $770.49 |
| April 13, 2007 | 2/1/07 – 2/28/07 | $23,416.00 | $81.51 | $23,416.00 | $81.51 |
| May 1, 2007 | 3/1/07 – 3/31/07 | $20,408.50 | $110.79 | $20,408.50 | $110.79 |
| July 13, 2007 | 4/1/07 – 4/30/07 | $17,098.00 | $677.86 | $20,408.50 | $110.79 |
| July 13, 2007 | 5/1/07 – 5/31/07 | $20,049.00 | $7,553.02 | $20,049.00 | $7,553.02 |
| July 31, 2007 | 6/1/107 – 6/30/07 | $22,710.50 | $1,017.52 | $22,710.50 | $1,017.52 |

4

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 1, 2007 | 7/1/07 – 7/31/07 | $43,373.50 | $1,544.99 | $34,698.80 | $1,544.99 |
| October 1, 2007 | 8/1/07 – 8/31/07 | $23,739.50 | $1,306.17 | $18,991.60 | $1,306.17 |
| October 30, 2007 | 9/1/07 – 9/30/07 | $36,004.00 | $48.39 | $28,803.20 | $48.39 |
| December 3, 2007 | 10/1/07 – 10/31/07 | $28,085.50 | $3,244.17 | $22,468.40 | $3,244.17 |
| January 3, 2008 | 11/1/07 – 11/30/07 | $29,455.00 | $860.54 | $23,564.00 | $860.54 |
| January 29, 2008 | 12/1/07 – 12/31/07 | $49,823.00 | $505.80 | $47,689.06 | $505.80 |
| March 10, 2008[1] | 1/1/08 – 2/29/08 | $58,572.80 | $10,713.36 | $46,858.24 | $10,713.36 |
| May 1, 2008 | 3/1/08 – 3/31/08 | $50,913.00 | $1,171.03 | $50,301.80 | $1,171.03 |
| May 21, 2008 | 4/1/08 – 4/30/08 | $84,772.50 | $1,770.07 | $67,778.00 | $1,770.07 |
| June 27, 2008 | 5/1/08 – 5/31/08 | $23,242.00 | $1,913.97 | $18,593.60 | $1,913.97 |
| July 28, 2008 | 6/1/08 – 6/30/08 | $28,668.00 | $888.00 | $22,934.40 | $888.00 |
| August 28, 2008 | 7/1/08 – 7/31/08 | $30,341.50 | $183.79 | $24,273.20 | $183.79 |
| October 13, 2008 | 8/1/08 – 8/31/08 | $21,406.50 | $2,380.26 | $17,125.20 | $2,380.26 |
| November 12, 2008 | 9/1/08 – 9/30/08 | $25,857.00 | $784.16 | $20,685.60 | $784.16 |
| November 18, 2008 | 10/1/08 – 10/31/08 | $30,909.00 | $2,724.44 | $24,727.20 | $2,724.44 |
| December 30, 2008 | 11/1/08 – 11/30/08 | $14,479.00 | $238.13 | $11,583.20 | $238.13 |
| February 3, 2009 | 12/1/08 – 12/31/08 | $32,930.00 | $825.68 | $26,344.00 | $825.68 |
| February 11, 2009 | 1/1/09 – 1/31/09 | $47,975.00 | $828.47 | $38,380.00 | $828.47 |
| April 2, 2009 | 2/1/09 – 2/28/09 | $33,072.50 | $493.81 | $26,458.00 | $493.81 |
| April 10, 2009 | 3/1/09 – 3/31/09 | $34,393.50 | $2,281.30 | $27,514.80 | $2,281.30 |

---

[1] The title of this Application [D.I. 18254] states that the fee application was for the period January 1, 2008 through January 31, 2008, when it should have identified the period as January 1, 2008 through February 29, 2008.

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| June 5, 2009 | 4/1/09 – 4/30/09 | $33,877.50 | $1,333.84 | $27,102.00 | $1,333.84 |
| June 5, 2009 | 5/1/09 – 5/31/09 | $38,838.00 | $18.92 | $31,070.40 | $18.92 |
| August 19, 2009 | 6/1/09 – 6/30/09 | $102,615.50 | $2,762.47 | $82,092.40 | $2,762.47 |
| September 23, 2009 | 7/1/09 – 7/31/09 | $72,966.60 | $1,922.11 | $58,373.28 | $1,922.11 |
| September 24, 2009 | 8/1/09 – 8/31/09 | $66,921.00 | $2,118.21 | $53,536.80 | $2,118.21 |
| October 21, 2009 | 9/1/09 – 9/30/09 | $70,480.00 | $309.20 | $56,384.00 | $309.20 |
| December 1, 2009 | 10/1/09 – 10/31/09 | $33,986.50 | $2,425.29 | $27,189.20 | $2,425.29 |
| December 28, 2009 | 11/1/09- 11/30/09 | $32,937.00 | $101.82 | $26,349.60 | $101.82 |
| January 28, 2010 | 12/1/09- 12/31/09 | $15,975.00 | $1,870.07 | $12,780.00 | $1,870.07 |
| March 2, 2010 | 1/1/10 – 1/31/10 | $21,378.80 | $81.23 | $17,103.04 | $81.23 |
| March 29, 2010 | 2/1/10 – 2/29/10 | $8,597.50 | $803.88 | $6,878.00 | $803.88 |
| April 28, 2010 | 3/1/10 – 3/31/10 | $18,726.50 | $1,436.91 | $14,981.20 | $1,436.91 |
| May 28, 2010 | 4/1/10 – 4/30/10 | $11,323.50 | $46.14 | $9,058.80 | $46.14 |
| June 28, 2010 | 5/1/10 – 5/31/10 | $6,203.50 | $944.99 | $4,962.80 | $944.99 |
| July 30, 2010 | 6/1/10 – 6/30/10 | $11,249.50 | $605.05 | $8,999.60 | $605.05 |
| August 18, 2010 | 7/1/10 – 7/31/10 | $4,799.00 | $302.53 | $3,839.20 | $302.53 |
| September 28, 2010 | 8/1/10 – 8/30/10 | $6,063.50 | $310.09 | $4,850.80 | $310.09 |
| October 28, 2010 | 9/1/10 – 9/30/10 | $9,657.50 | $570.26 | $7,726.00 | $570.26 |
| November 29, 2010 | 10/1/10 – 10/31/10 | $2,526.50 | $12.18 | $2,021.20 | $12.18 |
| December 28, 2010 | 11/1/10 – 11/30/10 | $2,486.00 | $0.00 | $1,988.80 | $0.00 |
| January 28, 2011 | 12/1/10 – 12/31/10 | $18,306.50 | $975.89 | $14,645.20 | $975.89 |

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| February 28, 2011 | 1/1/11 – 1/31/11 | $11,915.50 | $55.74 | $9,532.40 | $55.74 |
| March 28, 2011 | 2/1/11 – 2/29/11 | $42,225.00 | $1,195.31 | $33,780.00 | $1,195.31 |
| April 28, 2011 | 3/1/11 – 3/31/11 | $17,595.50 | $417.97 | $14,076.40 | $417.97 |
| June 28, 2011 | 4/1/11 – 4/30/11 | $29,853.50 | $10.00 | $23,882.80 | $10.00 |
| June 28, 2011 | 5/1/11 – 5/31/11 | $16,460.00 | $211.76 | $13,168.00 | $211.76 |
| August 9, 2011 | 6/1/11 – 6/30/11 | $29,115.00 | $1,137.17 | $23,292.00 | $1,137.17 |
| August 11, 2011 | 7/1/11 – 7/30/11 | $6,683.00 | $69.92 | $5,346.40 | $69.92 |
| October 5, 2011 | 8/1/11 – 8/31/11 | $5,954.00 | $512.17 | $4,763.20 | $512.17 |
| October 28, 2011 | 9/1/11 – 9/30/11 | $4,199.00 | $231.68 | $3,359.20 | $231.68 |
| November 29, 2011 | 10/1/11 – 10/31/11 | $5,129.50 | $217.30 | $4,103.60 | $217.30 |
| December 28, 2011 | 11/1/11 – 11/30/11 | $5,805.50 | $218.32 | $4,644.40 | $218.32 |
| February 3, 2012 | 12/1/11 – 12/31/11 | $4,064.00 | $120.44 | $3,251.20 | $120.44 |
| March 20, 2012 | 1/1/12 – 1/31/12 | $8,483.00 | $360.63 | $6,786.40 | $360.63 |
| March 20, 2012 | 2/1/12 – 2/29/12 | $5,789.00 | $454.05 | $4,631.20 | $454.05 |
| April 23, 2012 | 3/1/12 – 3/31/12 | $5,563.50 | $10.30 | $4,450.40 | $10.30 |
| June 19, 2012 | 4/1/12 – 4/30/12 | $4,326.50 | $0.00 | $3,461.20 | $0.00 |
| July 30, 2012 | 5/1/12 – 5/31/12 | $3,101.50 | $514.22 | $2,481.20 | $514.22 |
| July 30, 2012 | 6/1/12 – 6/30/12 | $10,687.00 | $239.60 | $8,549.60 | $239.60 |
| August 30, 2012 | 7/1/12 – 7/31/12 | $6,114.50 | $0.00 | $4,891.60 | $0.00 |
| October 25, 2012 | 8/1/12 – 8/31/12 | $3,790.00 | $435.55 | $3,032.00 | $435.55 |
| November 6, 2012 | 9/1/12 – 9/30/12 | $4,630.50 | $0.00 | $3,704.40 | $0.00 |

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 29, 2012 | 10/1/12 – 10/31/12 | $7,846.00 | $533.95 | $6,276.80 | $533.95 |
| January 8, 2013 | 11/1/12 – 11/30/12 | $4,272.00 | $21.55 | $3,417.60 | $21.55 |
| January 28, 2013 | 12/1/12 – 12/31/12 | $11,810.50 | $792.77 | $9,448.40 | $792.77 |
| March 29, 2013 | 1/1/13 – 1/31/13 | $21,391.50 | $75.20 | $17,113.20 | $75.20 |
| March 29, 2013 | 2/1/13 – 2/28/13 | $3,313.50 | $10.20 | $2,650.80 | $10.20 |
| May 7, 2013 | 3/1/13 – 3/31/13 | $4,675.50 | $39.02 | $3,740.40 | $39.02 |
| May 30, 2013 | 4/1/13 – 4/30/13 | $8,877.00 | $603.33 | $7,101.60 | $603.33 |
| July 12, 2013 | 5/1/13 – 5/31/13 | $4,065.00 | $649.15 | $3,252.00 | $649.15 |
| September 6, 2013 | 6/1/13 – 6/30/13 | $8,013.00 | $25.00 | $6,410.40 | $25.00 |
| October 31, 2013 | 7/1/13 – 7/31/13 | $4,969.50 | $136.00 | $3,975.60 | $136.00 |
| October 31, 2013 | 8/1/13 – 8/31/13 | $4,447.50 | $0.00 | $3,558.00 | $0.00 |
| October 31, 2013 | 9/1/13 – 9/30/13 | $6,441.00 | $660.47 | $5,152.80 | $660.47 |
| December 10, 2013 | 10/1/13 – 10/31/13 | $1,851.00 | $44.80 | $1,480.80 | $44.80 |
| February 5, 2014 | 11/1/13 – 11/30/13 | $3,229.50 | $348.40 | Pending | Pending |
| February 5, 2014 | 12/1/13 – 12/31/13 | $3,358.50 | $2,686.80 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME

| Name of Professional Person | Position of the Applicant/No. of Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Michael R. Lastowski | Partner/25 years | $795.00 | 6.00 | $4,770.00 |
| Stephanie Lenkiewicz | Paralegal | $205.00 | 1.70 | $348.50 |
| **Total** | | | **7.70** | **$5,118.50** |

## COMPENSATION SUMMARY BY TASK CODE

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (04) | 0.20 | $41.00 |
| Claim Analysis Objection and Resolution (Non-Asbestos) (06) | 0.20 | $159.00 |
| Fee Application (Others) (13) | 1.50 | $307.50 |
| Plan and Disclosure Statement (17) | 5.80 | $4,611.00 |
| **TOTAL** | **7.70** | **$5,118.50** |

## EXPENSE SUMMARY

| Expense Category | Provider | Total Expenses |
|---|---|---|
| Pacer Federal Docket | | $28.00 |
| **TOTAL** | | **$ 28.00** |

WHEREFORE, Duane Morris LLP respectfully requests that, for the period January 1, 2014 through January 31, 2014, an interim allowance be made to Duane Morris LLP, as set forth in the invoice attached hereto as Exhibit A, for compensation in the amount of $4,094.80 (80% of allowed fees totaling $5,118.50) and reimbursement of expenses in the amount of $28.00, and for such other and further relief as this Court may deem just and proper.

Dated: March 11, 2014
      Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   mlastowski@duanemorris.com
          rwriley@duanemorris.com

*Co-Counsel for the Official Committee of*
*Unsecured Creditors of  W. R. Grace & Co., et al.*

# EXHIBIT A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY ALLIANCE
WITH MIRANDA &
ESTAVILLO

February 18, 2014

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1935910                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2014 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 6.00 | hrs. at | $795.00 | /hr. = | $4,770.00 |
| S LENKIEWICZ | PARALEGAL | 1.70 | hrs. at | $205.00 | /hr. = | $348.50 |

$5,118.50

DISBURSEMENTS
PACER FEDERAL DOCKET COSTS                    $28.00
TOTAL DISBURSEMENTS                                          $28.00

BALANCE DUE THIS INVOICE                                  $5,146.50

Duane Morris
February 18, 2014
Page 2

File # K0248-00001                                          INVOICE# 1935910
      W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/28/2014 004 | S LENKIEWICZ | ARRANGE COURTCALL APPEARANCE FOR 1/29 HEARING | 0.20 | $41.00 |
| | | Code Total | 0.20 | $41.00 |

Duane Morris
February 18, 2014
Page 3

File # K0248-00001                                     INVOICE# 1935910
        W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/2/2014 006 | MR LASTOWSKI | REVIEW DEBTOR'S AMENDED SCHEDULES | 0.20 | $159.00 |
| | | Code Total | 0.20 | $159.00 |

Duane Morris
February 18, 2014
Page 4

File # K0248-00001                                          INVOICE# 1935910
    W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/2/2014 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S 117TH MONTHLY FEE APPLICATION (.2); EFILE SAME (.2); FORWARD FILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $102.50 |
| 1/29/2014 013 | S LENKIEWICZ | FINALIZE SSL'S 153RD MONTHLY FEE APPLICATION FOR E-FILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $102.50 |
| 1/29/2014 013 | S LENKIEWICZ | FINALIZE CAPSTONE'S 119TH MONTHLY FEE APPLICATION FOR E-FILING (.2); EFILE SAME (.2); FORWARD EFILING CONFIRMATION TO D. MOHAMMAD (.1) | 0.50 | $102.50 |
| | | Code Total | 1.50 | $307.50 |

Duane Morris
February 18, 2014
Page 5

File # K0248-00001                                                        INVOICE# 1935910
     W.R. GRACE & CO.

| DATE TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/11/2014 017 | MR LASTOWSKI | E-MAIL FROM D. WILDES RE: EXIT FINANCING | 0.10 | $79.50 |
| 1/13/2014 017 | MR LASTOWSKI | REVIEW EXIT FINANCING MOTION AND EXHIBITS THERETO | 1.40 | $1,113.00 |
| 1/28/2014 017 | MR LASTOWSKI | REVIEW AGENDA NOTICE FOR JANUARY OMNIBUS HEARING AND ITEMS INDENTIFIED HEREIN (EXIT FINANCING, SETTLEMENTS, ETC. | 2.40 | $1,908.00 |
| 1/29/2014 017 | MR LASTOWSKI | STATUS CONFERENCE BEFORE JUDGE CAREY | 0.10 | $79.50 |
| 1/29/2014 017 | MR LASTOWSKI | REVIEW ADDITIONAL FILINGS RELATED TO CASE CLOSING | 1.60 | $1,272.00 |
| 1/31/2014 017 | MR LASTOWSKI | REVIEW GOLD WESTERN'S OBJECTION TO NOTICE OF NON-DEFAULT CONTRACT RATE OF INTEREST | 0.20 | $159.00 |
| | | Code Total | 5.80 | $4,611.00 |
| | | TOTAL SERVICES | 7.70 | $5,118.50 |

Duane Morris
February 18, 2014
Page 6

File # K0248-00001                                    INVOICE# 1935910
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 01/31/2014 | PACER FEDERAL DOCKET COSTS | 28.00 |
| | Total: | $28.00 |
| | TOTAL DISBURSEMENTS | $28.00 |

Duane Morris
February 18, 2014
Page 7

File # K0248-00001                                          INVOICE# 1935910
        W.R. GRACE & CO.

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 6.00 | 795.00 | $4,770.00 |
| 03723 | S LENKIEWICZ | PARALEGAL | 1.70 | 205.00 | $348.50 |
| | | | 7.70 | | $5,118.50 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., <u>et al</u>. | Case No. 01-01139 (KJC)<br>Jointly Administered |
| Debtors. | Re Docket No. 31833 |

### CERTIFICATE OF NO OBJECTION
### <u>REGARDING DOCKET NO. 31833</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **One-Hundred Forty Fourth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2014 through January 31, 2014** [Docket No. 31833] (the "Application") filed on March 11, 2014.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than March 31, 2014 at 4:00 p.m.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Pursuant to the *Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications* signed November 20, 2001, the Debtors are hereby authorized to immediately pay $5,118.50, which represents eighty percent (80%) of the requested compensation of $4,094.80, and one hundred percent (100%) of expenses in the amount of $28.00 without further order from the court.

Dated:  April 29, 2014
      Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1246
Telephone:     (302)-657-4942
Facsimile:     (302)-657-4901
Email: mlastowski@duanemorris.com

*Co-Counsel for the Official
Committee of Unsecured Creditors*

2