# EXHIBIT - B

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (KJC) |
| | : | (Jointly Administered) |
| Debtors | : | **Objection Deadline: February 10, 2014 @ 4:00 p.m.** |

## ONE HUNDRED AND THIRTIETH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2013

Name of Applicant:                    PricewaterhouseCoopers LLP

Authorized to Provide
Professional Services to:             The Debtors and Debtors in Possession

Date of Retention:                    June 18, 2002 *nunc pro tunc* to January 10, 2002

Period for which compensation
and reimbursement is sought:          November 1, 2013 – November 30, 2013

Amount of fees and expenses sought
as actual, reasonable and necessary:   $324,914.82

This is a(n):                         _X_ interim      ___ final application __ quarterly

The total time expended for the preparation of this application is approximately 8.5 hours for a cost of $1,802.77.

Prior Applications:     *First, Second and Third Quarterly Fee Applications of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses; filed November 15, 2002*

*First Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2002; filed December 30, 2002*

*Second Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2002; filed December 30, 2002*

*Third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2002; filed April 12, 2003*

*Fourth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses; filed April 14, 2003*

*Fourth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2003; filed April 3, 2003*

*Fifth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2003; filed April 17, 2003*

*Fifth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses; filed May 13, 2003*

*Sixth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2003; filed May 13, 2003*

*Seventh Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2003; filed July 9, 2003*

*Eighth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2003; filed July 9, 2003*

*Ninth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2003; filed August 14, 2003*

*Ninth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses; filed August 14, 2003*

*Tenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2003; filed September 9, 2003*

*Eleventh Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2003; filed October 22, 2003*

*Twelfth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2003; filed November 11, 2003*

*Tenth Quarterly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants For Debtors, For Allowance of Compensation and Reimbursement of Expenses for the period July 1, 2003 through September 30, 2003, filed November 11, 2003*

*Thirteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2003; filed December 12, 2003*

*Fourteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2003; filed January 14, 2004*

*Fifteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2003; filed January 14, 2004*

*Eleventh Quarterly Fee Applications of PricewaterhouseCoopers LLP, Auditors And Tax Consultants Of Debtors, For Allowance Of Compensation And Reimbursement Of Expenses for the period October 1, 2003 through December 3 1, 2003, filed April 12, 2004*

*Sixteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2004; filed March 10, 2004*

*Seventeenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2004; filed April 14, 2004*

*Eighteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2004; filed May 13, 2004*

*Twelfth Quarterly Fee Applications of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses for the period January 1, 2004 through March 31, 2004, filed May 7, 2004*

*Nineteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2004; filed June 7, 2004*

*Twentieth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2004; filed June 30, 2004*

*Twenty-First Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2004; filed July 30, 2004*

*Thirteenth Quarterly Fee Applications of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses for the period April 1, 2004 through June 30, 2004, filed July 30, 2004*

*Twenty-second Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2004; filed September 14, 2004*

*Twenty-third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2004; filed October 15, 2004*

*Twenty-fourth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2004; filed November 5, 2004*

*Fourteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period July 1, 2004 through August 30, 2004; filed November 15, 2004*

*Twenty-fifth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2004; filed December 20, 2004*

*Twenty-sixth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2004; filed January 14, 2005*

*Twenty-seventh Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2004; filed April 17, 2005*

*Fifteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period September 1, 2004 through December 31, 2004; filed April 17, 2005*

*Twenty-eighth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January 2005; filed March 18, 2005*

*Twenty-ninth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February 2005; filed April 21, 2005*

*Thirtieth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March 2005; filed May 17, 2005*

*Sixteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* January 1, 2005 and March, 2005*; filed July 7, 2005*

*Thirty-first Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April 2005; filed June 17, 2005*

*Thirty-second Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May 2005; filed August 2, 2005*

*Thirty-third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2005; filed August 12, 2005*

*Thirty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2005; filed September 12, 2005*

*Seventeenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* April 1, 2005 and June 30, 2005*; filed October 3, 2005*

*Thirty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and*

*Reimbursement of Expenses for the Month of August 2005; filed October 17, 2005*

*Thirty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2005; filed November 29, 2005*

*Thirty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2005; filed December 20, 2005*

*Thirty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November 2005; filed January 9, 2006.*

*Eighteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* July 1, 2005 and September 30, 2005*; filed January 19, 2006*

*Thirty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2005; filed February 13, 2006*

*Fortieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January 2006; filed March 21, 2006*

*Thirty-third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2005; filed August 12, 2005*

*Thirty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2005; filed September 12, 2005*

*Seventeenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of*

*Compensation and Reimbursement of Expenses for the period* April 1, 2005 and June 30, 2005*; filed October 3, 2005*

*Thirty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August 2005; filed October 17, 2005*

*Thirty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2005; filed November 29, 2005*

*Thirty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2005; filed December 20, 2005*

*Thirty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November 2005; filed January 9, 2006.*

*Eighteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* July 1, 2005 and September 30, 2005*; filed January 19, 2006*

*Thirty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2005; filed February 13, 2006*

*Fortieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January 2006; filed March 21, 2006*

*Nineteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* October 1, 2005 and December, 2005*; filed May 4, 2006.*

*Forty-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2006; filed May 5, 2006*

*Forty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2006; filed May 19, 2006*

*Forty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2006; filed July 21, 2006*

*Forty-forth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2006; filed August 16, 2006*

*Thirty-third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2005; filed August 12, 2005*

*Thirty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2005; filed September 12, 2005*

*Seventeenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* April 1, 2005 and June 30, 2005*; filed October 3, 2005*

*Thirty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August 2005; filed October 17, 2005*

*Thirty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2005; filed November 29, 2005*

*Thirty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2005; filed December 20, 2005*

*Thirty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November 2005; filed January 9, 2006.*

*Eighteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* July 1, 2005 and September 30, 2005*; filed January 19, 2006*

*Thirty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2005; filed February 13, 2006*

*Fortieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January 2006; filed March 21, 2006*

*Nineteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* October 1, 2005 and December, 2005*; filed May 4, 2006.*

*Forty-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2006; filed May 5, 2006*

*Forty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2006; filed May 19, 2006*

*Forty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2006; filed July 21, 2006*

*Forty-forth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2006; filed August 16, 2006*

*Thirty-third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2005; filed August 12, 2005*

*Thirty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2005; filed September 12, 2005*

*Seventeenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* April 1, 2005 and June 30, 2005*; filed October 3, 2005*

*Thirty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August 2005; filed October 17, 2005*

*Thirty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2005; filed November 29, 2005*

*Thirty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2005; filed December 20, 2005*

*Thirty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November 2005; filed January 9, 2006.*

*Eighteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* July 1, 2005 and September 30, 2005*; filed January 19, 2006*

*Thirty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2005; filed February 13, 2006*

*Fortieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January 2006; filed March 21, 2006*

*Nineteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* October 1, 2005 and December, 2005*; filed May 4, 2006.*

*Forty-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2006; filed May 5, 2006*

*Forty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2006; filed May 19, 2006*

*Forty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2006; filed July 21, 2006*

*Forty-forth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2006; filed August 16, 2006*

*Twentieth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* January 1, 2006 and March 31, 2006*; filed August 29, 2006.*

*Forty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2006; filed September 20, 2006*

*Forty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2006; filed October 9, 2006*

*Forty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2006; filed November 8, 2006*

*Twenty-first Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* April 1, 2006 and June 30, 2006*; filed November 13, 2006.*

*Forty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2006; filed November 22, 2006*

*Forty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2006; filed February 13, 2007*

*Fiftieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2006; filed February 21, 2007*

*Twenty-second Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* June 1, 2006 and September 30, 2006*; filed February 23, 2007.*

*Fifty-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2006; filed April 18, 2007*

*Fifty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2007; filed April 24, 2007*

*Twenty-third Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* October 1, 2006 and December 31, 2006*; filed May 21, 2007.*

*Fifty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2007; filed June 11, 2007*

*Fifty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2007; filed June   15, 2007*

*Fifty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2007; filed July 30, 2007*

*Fifty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2007; filed August  14, 2007*

*Fifty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2007; filed August  14, 2007*

*Twenty-forth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* January 1, 2007 and March 31, 2007*; filed August 16, 2007.*

*Fifty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2007; filed September 4, 2007*

*Fifty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2007; filed November 2, 2007*

*Sixtieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2007; filed November 29, 2007*

*Sixty-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2007; filed January 8, 2007*

*Sixty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2007; filed January 23, 2008*

*Twenty-sixth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* July 1, 2007 and September 30, 2008*; filed January 30, 2008*

*Sixty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2007; filed February 11, 2008*

*Twenty-seventh Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* October 1, 2007 and  December 31, 2008*; filed February 14, 2008*

*Sixty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2008; filed March 19, 2008*

*Sixty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2008; filed April 25, 2008*

*Sixty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2008; filed May 7, 2008*

*Twenty-eighth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* January 1, 2008 and March 31, 2008*; filed May 12, 2008*

*Sixty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2008; filed June 19, 2008*

*Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for DAREX Puerto Rico Audit; filed July 2, 2008*

*Sixty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2008; filed July 9, 2008*

*Sixty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2008; filed August 4, 2008*

*Twenty-ninth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* April 1, 2008 and June 30, 2008*; filed August 13, 2008*

*Seventieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2008; filed September 12, 2008*

*Seventy-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2008; filed October 3, 2008*

*Seventy-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2008; filed November 4, 2008*

*Thirtieth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* July 1, 2008 and September 30, 2008*; filed November 14, 2008*

*Seventy-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2008; filed December 16, 2008*

*Seventy-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2008; filed January 15, 2009*

*Seventy-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2008; filed February 9, 2009*

*Thirty-first Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* October 1, 2008 and December 31, 2008*; filed February 17, 2009*

*Seventy-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2009; filed March 26, 2009*

*Seventy-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2009; filed April 15, 2009*

*Seventy-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2009; filed May 8, 2009*

*Thirty-second Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* January 1, 2009 and March 31, 2009*; filed May 12, 2009*

*Seventy-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2009; filed June 11, 2009*

*Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for Advisory Services Project 2009; filed on June 15, 2009*

*Eightieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2009; filed July 17, 2009*

*Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Allowance of Compensation and Reimbursement of Expenses for the Darex 2007 Puerto Rico Audit; filed July 20, 2009*

*Eighty-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2009; filed August 7, 2009*

*Thirty-third Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* April 1, 2009 and June 30, 2009*; filed August 13, 2009*

*Eighty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2009; filed September 2, 2009*

*Final Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Allowance of Compensation and Reimbursement of Expenses for the Darex 2008 Puerto Rico Audit; filed September 29, 2009*

*Eighty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2009; filed October 19, 2009*

*Eighty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and*

*Reimbursement of Expenses for the Month of September, 2009; filed November 11, 2009*

*Thirty-fourth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period July 1, 2009 and September 30, 2009; filed November 16, 2009*

*Eighty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2009; filed December 14, 2009*

*Eighty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2009; filed January 8, 2010*

*Eighty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2009; filed January 28, 2010*

*Thirty-fifth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period October 1, 2009 and December 31, 2009; filed February 16, 2010*

*Eighty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2010; filed March 19, 2010*

*Eighty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2010; filed April 21, 2010*

*Ninetieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2010; filed May 17, 2010*

*Thirty-sixth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period January 1, 2010 and March 31, 2010; filed May 17, 2010*

*Ninety-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2010; filed June 17, 2010*

*Ninety-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2010; filed July 22, 2010*

*Application for Allowance of Compensation and Reimbursement of Expenses for Control and Optimization Project March 2010; filed July 22, 2010*

*Application for Allowance of Compensation and Reimbursement of Expenses for Control and Optimization Project April - May 2010; filed July 22, 2010*

*Thirty-seventh Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period April 1, 2010 and June 30, 2010; filed August 17, 2010*

*Ninety-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2010; filed August 16, 2010*

*Ninety-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2010; filed September 10, 2010*

*Ninety-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2010; filed October 19, 2010*

*Ninety-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2010; filed November 16, 2010*

*Thirty-eighth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period July 1, 2010 and September 30, 2010; filed November 16, 2010*

*Ninety-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2010; filed December 21, 2010*

*Ninety-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2010; filed January 17, 2011*

*Ninety-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2010; filed February 10, 2011*

*Thirty-ninth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period October 1, 2010 and December 31, 2010; filed February 15, 2010*

*One Hundredth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2011; filed March 18, 2011*

*One Hundred and First Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2011; filed April 27, 2011*

*One Hundred and Second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2011; filed May 16, 2011*

*Fortieth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period January 1, 2011 and March 31, 2011; filed May 16, 2010*

*One Hundred and Third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2011; filed June 15, 2011*

*One Hundred and Fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2011; filed July 15, 2011*

*One Hundred and Fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2011; filed August 11, 2011*

*Forty-First Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period April 1, 2011 and June 30, 2011; filed August 16, 2010*

*One Hundred and Sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2011; filed September 1, 2011*

*Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for 2010 Darex Puerto Rico Audit for the Period May Through July 2011; filed September 1, 2011*

*Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for Global Restructuring Project for the Period April 1, 2011 through July 31, 2011; filed September 1, 2011*

*One Hundred and Seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2011; filed September 29, 2011*

*Supplemental Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for Global Restructuring Project for the Month of July, 2011; filed September 29, 2011*

*One Hundred and Eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2011; filed November 7, 2011*

*Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for Global Restructuring Project for the Period August 1, 2011 through September 30, 2011; filed November 7, 2011*

*Forty-Second Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of July 1, 2011 through September 30, 2011; filed November 7, 2011*

*One Hundred and Ninth Combined Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Months of October 2011 through December 2011; filed February 13, 2012*

*Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for the Debtors, For Allowance of Compensation and Reimbursement of Expenses For Global Restructuring Project For the Period October 1, 2011 through December 31; filed February 13, 2012*

*Forty-Third Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of October 1, 2011 through December 31, 2011; filed February 13, 2012*

*One Hundred and Tenth Combined Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Months of January 2012 and February 2012; filed April 3, 2012*

*One Hundred and Eleventh Combined Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March 2012; filed May 3, 2012*

*Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for the Debtors, For Allowance of Compensation and Reimbursement of Expenses For Global Restructuring Project For the Period January 2012 through March 2012; filed May 3, 2012*

*Forty-Fourth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of January 1, 2012 through March 31, 2011; filed May 8, 2012*

*One Hundred and Twelfth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April 2012; filed June 1, 2012*

*One Hundred and Thirteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May 2012; filed July 5, 2012*

*Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for 2010 Darex Puerto Rico Audit for the Period December 2011 Through May 2012; filed July 5, 2012*

*Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Global Restructuring Project for the Months of April 2012 and May 2012; filed July 5, 2012*

*One Hundred and Fourteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2012; filed August 6, 2012*

*Forty-Fifth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of April 1, 2012 through June 30, 2011; filed August 6, 2012*

*One Hundred and Fifteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2012; filed August 27, 2012*

*__Amended__ One Hundred and Fifteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2012; filed October 16, 2012*

*One Hundred and Sixteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August 2012; filed October 16, 2012*

*Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for 2010 Darex Puerto Rico Audit for the Period June 2012 Through August 2012; filed October 16, 2012*

*One Hundred and Seventeenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2012; filed November 13, 2012*

*Forty-Sixth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of July 1, 2012 through September 30, 2011; filed November 13, 2012*

*One Hundred and Eighteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2012; filed November 27, 2012*

*One Hundred and Nineteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November 2012; filed January 2, 2013*

*One Hundred and Twentieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2012; filed January 29, 2013*

*Forty-Seventh Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses incurred during the period of October 1, 2012 through December 31, 2012; filed February 14, 2013*

*One Hundred and Twenty-first Combined Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Months of January 2013 Through February 2013; filed May 15, 2013*

*One Hundred and Twenty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March 2013; filed May 15, 2013*

*Forty-Eighth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of January 1, 2013 through March 30, 2013; filed May 15, 2013*

*One Hundred and Twenty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April 2013; filed June 24, 2013*

*One Hundred and Twenty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May 2013; filed July 12, 2013*

*One Hundred and Twenty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2013; filed July 29, 2013*

*Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for the IRS Audit Project for the Month of May 2013; filed July 29, 2013*

*Forty-Ninth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of April 1, 2013 through June 30, 2013; filed August 12, 2013*

*One Hundred and Twenty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2013; filed September 12, 2013*

*Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors,  for Allowance of Compensation and Reimbursement of Expenses for the IRS Audit Project for the Month of July 2013; filed September 12, 2013*

*Interim Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the 2012 Darex Puerto Rico Audit for the Period of December 2012 through August 2013; filed September 12, 2013*

*One Hundred and Twenty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August 2013; filed October 15, 2013*

*One Hundred and Twenty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2013; filed November 14, 2013*

*Interim Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the 2011 Darex Puerto Rico Audit for the Period of September 2012 through September 2013; filed November 14, 2013*

*Fiftieth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of July 1, 2013 through September 30, 2013; filed November 14, 2013*

*One Hundred and Twenty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2013; filed December 23, 2013*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (KJC) |
| | : | (Jointly Administered) |
| Debtors | : | **Objection Deadline: February 10, 2014 @ 4:00 p.m.** |

**ONE HUNDRED AND THIRTIETH MONTHLY FEE APPLICATION OF**
**PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS**
**FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2013**

PricewaterhouseCoopers LLP ("PwC"), auditors and tax consultants for W.R. Grace & Co., and the other above-captioned debtors (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits its *One Hundred and Thirtieth Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for the Month of November 2013* (the "Application"). PwC respectfully requests the granting compensation and reimbursement of expenses in the amounts requested. In support of this Application, PwC respectfully represents as follows:

## I.    COMPENSATION REQUESTED

1.    As set forth below, Applicant is requesting an interim allowance of fees in the aggregate amount of $320,035.55 (plus $1,802.77 for preparing this fee application) and reimbursement of expenses in the aggregate amount of $4,879.27. These amounts represent the fees generated and expenses incurred by PwC during the month of November 2013. A table showing the names of all professionals and paraprofessionals who rendered services during the period, together with the billing rates of such persons and the number of hours charged by such persons during month of November 2013, is set forth on Attachment B to the cover sheet to this Application.

## II.    **INTRODUCTION AND PROCEDURAL BACKGROUND**

2.      On April 2, 2001 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties and assets as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      The Debtors filed their *Application of the Debtors for the Entry of an Order (i) Approving the Payment of Professional Fees and Expenses and (ii) Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Independent Accountants and Auditors to the Debtors and Debtors in Possession* on January 10, 2002 (the "Original Retention Application").  Because the Original Retention Application was contested, it was not until June 18, 2002 that the Court entered its *Order Pursuant to 11 U.S.C. §§ 327(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of PricewaterhouseCoopers LLP As Auditors and Tax Consultants to the Debtors and Debtors in Possession Nunc Pro Tunc to January 10, 2002* (the "Retention Order").

Relief Requested.

4.      By this Application, PwC respectfully requests, on an interim basis, allowance of fees in the amount of $320,035.55 (plus $1,802.77 for preparing this fee application) and reimbursement of expenses in the aggregate amount of $4,879.27 for the period covered by this Application.  In support of this Application, PwC submits its summary time records attached hereto as Exhibit "A" and the expenses summaries attached hereto as Exhibit "B."

5.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of these proceedings and this motion is

proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

6.       All of the services for which compensation is sought were rendered by Applicant to the Debtors solely in connection with this case and in furtherance of the duties and responsibilities of the Debtors and not on behalf of any creditor or other person.

7.       PwC's hourly rates for its auditors and other professionals charged in connection with its services for the Debtors were commensurate with the rates PwC customarily charged its clients (whether corporate or individual) in both bankruptcy and non-bankruptcy matters at the time the services were rendered.

8.       By order dated January 21, 2012 (Dk. No. 28551), the Court granted the Debtors' application to amend the Amended Administrative Order (Dk. No. 1949) authorizing the employment and retention of PwC as auditors and tax consultants to the Debtors and Debtors in possession, that waives the requirement under Rule 2016-(2)(G) of the local rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. Therefore, PwC is no longer required to maintain contemporaneous time records in one-tenth hour increments.  However, PwC is still providing summary time records for the personnel working on this action.

9.       Applicant is not seeking reimbursement for internal charges, including costs associated with airline ticketing and general office services such as computer usage, telephone charges, facsimile transmissions, postage, and photocopying.

10.       None of the amounts requested have been paid.  No payments have been made or promised to Applicant for the audit services described herein and for which PwC seeks compensation and reimbursement of expenses in this Fee Application.  No agreement exists

between Applicant and any other person or entity to share any compensation in connection with

the Debtors' Chapter 11 cases.

## III.   SERVICES RENDERED DURING THE INTERIM PERIODS

11.   The nature of the work performed by PwC during the covered periods included the

following.

12.   <u>Audit and Tax Services</u>.  The Applicant provided the following services:

(i)   Completed our review of WR Grace Q3 2013 financial information for the purposes of the Q3 2013 10-Q filing.  This included finalizing the tie out of the Q3 2013 10-Q, finalizing completion documentation including compiling a summary of aggregated deficiencies, summary of uncorrected misstatements, finalizing the review reports, and reviewing management's representation letter.

(ii)   Work by the engagement team and tax team to finalize the evaluation of accounting treatment of various tax matters including Windfall Tax Benefits, Section 199 Deduction, discrete tax adjustment resulting from an IRS finding related to a German stock transaction, and discrete tax adjustments resulting from adjustments made to the tax basis used to calculate the gain of the sale of ownership interest in the Colowyo partnership.

(iii)   Performed 2013 audit work over internal controls required under section 404 of the Sarbanes-Oxley Act. This work included performing and reviewing interim control testing of key processes.

(iv)   Procedures performed by the PwC Risk Assurance team to perform testing work over the WR Grace information technology systems and reports, including audit procedures related to Information Technology General Controls, automated controls, and key reports.

(v)   Work by our Risk Assurance team to evaluate the implementation of the SAP system upgrade.

(vi)   Preparation for and attendance at an inventory observation in Elkridge, MD.

(vii)   Preparation for and attendance at the audit committee meeting in November 2013.

(viii)   Performed audit work for the annual financial statement audit, including interim testing of revenue and journal entries.

(ix)   Coordination of involvement of international teams in the year-end audit.

(x)   Discussions with the Company and review of the documentation on the following matters:
   a.   Acquisition of Dow's UNIPOL business
   b.   Change to Mark to Market pension accounting
   c.   Potential emergence from Chapter 11 bankruptcy expected in Q1 2014.

IV.    **ALLOWANCE OF COMPENSATION**

13.    Under the Bankruptcy Code, professionals performing services in a bankruptcy case are entitled to "reasonable compensation for actual, necessary services" and "reimbursement for actual, necessary expenses."  11 U.S.C. §330(a)(1)(A).

14.    In determining if the amount of compensation is "reasonable", the courts consider the "nature, the extent, and the value" of the services rendered, taking into account the following factors:  the time spent on the services; the rates charged for the services; whether the services were necessary or beneficial to the administration of the case; whether the services were performed in a reasonable amount of time commensurate with the complexity, importance, and nature of the services; and whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Chapter 11.    11 U.S.C. § 330(a)(3)(A).  As described throughout this Application, PwC has satisfied the relevant criteria to support the requested award of compensation.

15.    In general, the "baseline rule is for firms to receive their customary rates."  <u>Zolfo, Cooper & Co. v. Sunbeam-Oster Co., Inc.</u>, 50 F.3d 253, 259 (3d Cir. 1995).  The compensation sought herein is based on PwC's customary rates, which are in line with the customary rates charged by comparably skilled practitioners in cases other than cases under Chapter 11.

16.    Applicant's services have been rendered in an efficient manner by accountants and auditors who are experts in their fields.  PwC is one of the largest and most well-respected accounting firms in the country, and its rates are commensurate with its level of expertise.

17.    No prior application for the relief requested herein as been made.

**WHEREFORE**, PwC respectfully requests interim allowance of compensation in the amount of $320,035.55 (plus $1,802.77 for preparing this fee application) and reimbursement of expenses in the aggregate amount of $4,879.27, together with such other and further relief as this Court deems just and proper.

Dated: January 21, 2014                    SMITH KATZENSTEIN & JENKINS LLP


                                           /s/ Kathleen M. Miller
                                           Kathleen Miller (I.D.  No.2898)
                                           Smith, Katzenstein & Jenkins, LLP
                                           The Corporate Plaza
                                           800 Delaware Avenue, 10th Floor
                                           P.O. Box 410
                                           Wilmington, DE 19899 (Courier 19801)

                                           Attorneys for PricewaterhouseCoopers LLP

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the month of November 2013**

Professional Profiles
W.R. Grace & Co. Time Tracking - Audit
For the month of November 2013

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | $1,106.17 |
| Robert Martin Barrett | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | $1,106.17 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 3.0 | $3,318.51 |
| John A May | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.9 | $2,101.72 |
| Matthew E Sabatini | Audit Partner | 20+ | Integrated Audit | 1,084.58 | 1.5 | $1,626.87 |
| Brian C Wiegmann | Audit Director | 20+ | Integrated Audit | 886.46 | 1.0 | $886.46 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 17.5 | $14,646.28 |
| Teresa Yannacone | Tax Director | 20+ | Integrated Audit | 793.75 | 1.5 | $1,190.63 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 781.05 | 1.5 | $1,171.58 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 723.90 | 33.0 | $23,888.70 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 622.55 | 5.5 | $3,424.03 |
| Maria V Miretti | Audit Senior Manager | 12 | Integrated Audit | 594.36 | 0.8 | $475.49 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 505.46 | 80.0 | $40,436.80 |
| David C Sands | Audit Director | 11 | Integrated Audit | 459.74 | 1.5 | $689.61 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | 437.32 | 1.0 | $437.32 |
| Stanislaus Richard Gomes | Audit Manager | 9 | Integrated Audit | 416.56 | 1.0 | $416.56 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 30.0 | $9,982.20 |
| Alexandra L Schmidt | Audit Manager | 7 | Integrated Audit | 325.12 | 126.0 | $40,965.12 |
| Daniel James Burke | Tax Manager | 8 | Integrated Audit | 318.99 | 7.8 | $2,488.12 |
| Jeff Moore | Audit Senior Associate | 5 | Integrated Audit | 300.99 | 6.0 | $1,805.94 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 270.51 | 91.3 | $24,697.56 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 254.00 | 128.5 | $32,639.00 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 247.65 | 10.0 | $2,476.50 |
| Oleg Manzul | Audit Experienced Associate | 3 | Integrated Audit | 212.09 | 17.0 | $3,605.53 |
| Yang Zhao | Audit Experienced Associate | 3 | Integrated Audit | 212.09 | 6.0 | $1,272.54 |
| Ian Matthew Thomas | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 113.5 | $21,477.61 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 97.5 | $18,449.93 |
| Lola M Tashova | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 31.0 | $5,866.13 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 152.5 | $26,727.15 |

02411:PLDG:10226781.DOCX.1

| Nicholas Bennardo | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 14.5 | $2,541.27 |
|---|---|---|---|---|---|---|
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 174.93 | 3.6 | $629.75 |
| Anabel De la Rosa | Tax Associate | 1 | Integrated Audit | 174.93 | 3.0 | $524.79 |
| Matthew Blake | Audit Associate | 1 | Integrated Audit | 172.73 | 0.8 | $138.18 |
| Christopher Michael Sutton | Audit Associate | 1 | Integrated Audit | 143.51 | 150.3 | $21,569.55 |
| Kiris Miranda | Audit Associate | 1 | Integrated Audit | 128.27 | 1.0 | $128.27 |
| Brian David Detwiler | Project Specialist | 1 | Integrated Audit | 120.00 | 1.4 | $168.00 |
| Husan M Hatamov | Project Specialist | 1 | Integrated Audit | 120.00 | 5.1 | $612.00 |
| Jeremy C Johnson | Project Specialist | 1 | Integrated Audit | 120.00 | 0.4 | $48.00 |
| Todd A Brown | Project Specialist | 1 | Integrated Audit | 120.00 | 1.2 | $144.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | $120.00 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | $240.00 |
| Syed E Siraj | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | $120.00 |
| Ankit K Bajaj | Project Specialist | 1 | Integrated Audit | 120.00 | 0.1 | $12.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 120.00 | 0.3 | $36.00 |
| Andrea Vernengo | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | $240.00 |
| Hernan Hlace | Project Specialist | 1 | Integrated Audit | 120.00 | 19.3 | $2,316.00 |
| Fiorella de Paola | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | $120.00 |
| Timika Martin | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | $300.00 |
| Kathleen G Starnes | Project Specialist | 1 | Integrated Audit | 114.30 | 0.1 | $11.43 |
| Dawn L Zacharko | Project Specialist | 1 | Integrated Audit | 114.30 | 0.4 | $45.72 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | 114.30 | 1.0 | $114.30 |
| Diane Antonczak | Project Specialist | 1 | Integrated Audit | 114.30 | 4.2 | $480.06 |
| | | | | Total | 1,186.0 | $320,035.55 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 8.5 | $ 1,802.77 |
|---|---|---|

## Summary of PwC's Fees By Project Category:
## For the month of November 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |

02411:PLDG:10226781.DOCX.1

| | | |
|---|---|---|
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim  Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **8.5** | **$1,802.77** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **1,186.0** | **$320,035.55** |
| **26-Business Analysis** | | |

| 27-Corporate Finance | | |
|---|---|---|
| 28-Data Analysis | | |
| TOTAL: | 1,194.5 | $321,838.32 |

**Expense Summary**
**For the month of November 2013**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $ 4,097.77 |
| Lodging | N/A | $ 668.49 |
| Sundry | N/A | $ 26.52 |
| Business Meals | N/A | $ 86.49 |
| TOTAL: | | $ 4,879.27 |

# EXHIBIT - A

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of November 2013**
**1/0/1900**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|------|-------|----------------------------------|-----------|---------------|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Ian Thomas** | | | | |
| 11/4/2013 | 5.5 | Fee application preparation | $    189.23 | $    1,040.77 |
| **Name: Sara Balthazor** | | | | |
| 11/4/2013 | 3.0 | Fee application preparation | $    254.00 | $    762.00 |
| | 8.5 | | | |
| | 8.5 | Total Grace Fee Application Charged Hours | | $    1,802.77 |

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | $1,106.17 |
| Robert Martin Barrett | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | $1,106.17 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 3.0 | $3,318.51 |
| John A May | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.9 | $2,101.72 |
| Matthew E Sabatini | Audit Partner | 20+ | Integrated Audit | 1,084.58 | 1.5 | $1,626.87 |
| Brian C Wiegmann | Audit Director | 20+ | Integrated Audit | 886.46 | 1.0 | $886.46 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 17.5 | $14,646.28 |
| Teresa Yannacone | Tax Director | 20+ | Integrated Audit | 793.75 | 1.5 | $1,190.63 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 781.05 | 1.5 | $1,171.58 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 723.90 | 33.0 | $23,888.70 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 622.55 | 5.5 | $3,424.03 |
| Maria V Miretti | Audit Senior Manager | 12 | Integrated Audit | 594.36 | 0.8 | $475.49 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 505.46 | 80.0 | $40,436.80 |
| David C Sands | Audit Director | 11 | Integrated Audit | 459.74 | 1.5 | $689.61 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | 437.32 | 1.0 | $437.32 |
| Stanislaus Richard Gomes | Audit Manager | 9 | Integrated Audit | 416.56 | 1.0 | $416.56 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 30.0 | $9,982.20 |
| Alexandra L Schmidt | Audit Manager | 7 | Integrated Audit | 325.12 | 126.0 | $40,965.12 |
| Daniel James Burke | Tax Manager | 8 | Integrated Audit | 318.99 | 7.8 | $2,488.12 |
| Jeff Moore | Audit Senior Associate | 5 | Integrated Audit | 300.99 | 6.0 | $1,805.94 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 270.51 | 91.3 | $24,697.56 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 254.00 | 128.5 | $32,639.00 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 247.65 | 10.0 | $2,476.50 |
| Oleg Manzul | Audit Experienced Associate | 3 | Integrated Audit | 212.09 | 17.0 | $3,605.53 |
| Yang Zhao | Audit Experienced Associate | 3 | Integrated Audit | 212.09 | 6.0 | $1,272.54 |
| Ian Matthew Thomas | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 113.5 | $21,477.61 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 97.5 | $18,449.93 |
| Lola M Tashova | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 31.0 | $5,866.13 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 152.5 | $26,727.15 |
| Nicholas Bennardo | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 14.5 | $2,541.27 |
| Eric Seth Meyer | Tax Experienced Associate | 2 | Integrated Audit | 174.93 | 3.6 | $629.75 |
| Anabel De la Rosa | Tax Associate | 1 | Integrated Audit | 174.93 | 3.0 | $524.79 |
| Matthew Blake | Audit Associate | 1 | Integrated Audit | 172.73 | 0.8 | $138.18 |
| Christopher Michael Sutton | Audit Associate | 1 | Integrated Audit | 143.51 | 150.3 | $21,569.55 |
| Kiris Miranda | Audit Associate | 1 | Integrated Audit | 128.27 | 1.0 | $128.27 |
| Brian David Detwiler | Project Specialist | 1 | Integrated Audit | 120.00 | 1.4 | $168.00 |
| Husan M Hatamov | Project Specialist | 1 | Integrated Audit | 120.00 | 5.1 | $612.00 |
| Jeremy C Johnson | Project Specialist | 1 | Integrated Audit | 120.00 | 0.4 | $48.00 |
| Todd A Brown | Project Specialist | 1 | Integrated Audit | 120.00 | 1.2 | $144.00 |
| Maria F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | $120.00 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | $240.00 |
| Syed E Siraj | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | $120.00 |
| Ankit K Bajaj | Project Specialist | 1 | Integrated Audit | 120.00 | 0.1 | $12.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 120.00 | 0.3 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Andrea Vernengo | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | $240.00 |
| Hernan Hlace | Project Specialist | 1 | Integrated Audit | 120.00 | 19.3 | $2,316.00 |
| Fiorella de Paola | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | $120.00 |
| Timika Martin | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | $300.00 |
| Kathleen G Starnes | Project Specialist | 1 | Integrated Audit | 114.30 | 0.1 | $11.43 |
| Dawn L Zacharko | Project Specialist | 1 | Integrated Audit | 114.30 | 0.4 | $45.72 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | 114.30 | 1.0 | $114.30 |
| Diane Antonczak | Project Specialist | 1 | Integrated Audit | 114.30 | 4.2 | $480.06 |
| | | | | **Total** | 1,186.0 | $320,035.55 |

# EXHIBIT - B

**WR Grace**
**EXPENSE DETAIL**
**For the Month Ended November 2013**

| Staff Member Name | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Adam Wilkinson | Audit | 11/4/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess *.565 = 36.16) |
| | Audit | 11/6/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess *.565 = 36.16) |
| | Audit | 11/7/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess *.565 = 36.16) |
| | Audit | 11/8/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess *.565 = 36.16) |
| | Audit | 11/11/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess *.565 = 36.16) |
| | Audit | 11/12/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess *.565 = 36.16) |
| | Audit | 11/13/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess *.565 = 36.16) |
| | Audit | 11/14/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess *.565 = 36.16) |
| | Audit | 11/19/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess *.565 = 36.16) |
| | Audit | 11/20/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess *.565 = 36.16) |
| | Audit | 11/22/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess *.565 = 36.16) |
| | Audit | 11/25/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess *.565 = 36.16) |
| | Audit | 11/26/13 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess *.565 = 36.16) |
| Drew Levy | Audit | 11/1/13 | 12.44 | | | | Mileage in excess of daily commute (26 miles roundtrip to client site - 4 miles roundtrip normal commute to office = 22 miles excess *.565 = 12.44). |
| | Audit | 11/1/13 | 8.00 | | | | Tolls in excess of daily commute (Baltimore Harbor Tunnel, $4.00 each way = $8.00 roundtrip). |
| | Audit | 11/4/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/5/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/6/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/8/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/11/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/12/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/13/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/14/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/15/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/18/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/19/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/20/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/21/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/22/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/25/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| | Audit | 11/26/13 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess *.565 = 27.12). |
| Lola Tashova | Audit | 11/18/13 | 53.12 | | | | Mileage in excess of daily commute (100 miles roundtrip to client - 6 miles roundtrip normal commute to the office = 94 miles excess *.565 = 53.12). |
| | Audit | 11/19/13 | 50.00 | | | | Mileage in excess of daily commute (94.5 miles roundtrip to client - 6 miles roundtrip normal commute to the office = 88.5 miles excess *.565 = 50.00). |
| Nick Bennardo | Audit | 11/21/13 | 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles excess *.565 = 22.60). |
| | Audit | 11/22/13 | 22.60 | | | | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles excess *.565 = 22.60). |
| Russell Moore | Audit | 11/12/13 | 137.00 | | | | Airline fee for overseas travel to Germany to visit client site in Worms, Germany. |
| | Audit | 11/14/13 | 510.81 | | | | Car service from airport to hotel in Worms, Germany while visiting client site in Worms. |
| | Audit | 11/15/13 | | 240.68 | | | Hotel Room while traveling to WR Grace in Worms, Germany - 3 nights @ $80.23/night |
| | Audit | 11/16/13 | | 103.15 | | | Hotel Room Tax while traveling to WR Grace in Worms, Germany - 3 nights @ $34.38/night |
| | Audit | 11/18/13 | 501.86 | | | | Car service from hotel in Worms, Germany to airport while visiting client site in Worms. |
| | Audit | 11/15/13 | 51.00 | | | | Airport Parking for 5 days while traveling to WR Grace site in Worms, Germany. |
| Thomas E Smith | Audit | 11/4/13 | 1,094.91 | | | | Roundtrip coach flight George Bush Intercontinental Airport to BWI for travel to WR Grace in Columbia, MD. |
| | Audit | 11/8/13 | 51.00 | | | | Parking for 3 days at Bush Intl.Airport, Houston, TX while traveling to WR Grace in Columbia, MD. |
| | Audit | 11/8/13 | 109.95 | | | | Avis rental car for two days while away at client site in Columbia, MD. |
| | Audit | 11/8/13 | | | | 10.99 | Travel dinner for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | Audit | 11/8/13 | | 287.30 | | | Hotel Room while traveling to WR Grace in Columbia, MD - 2 nights @ $143.65/night |
| | Audit | 11/8/13 | | 37.36 | | | Hotel Room Tax while traveling to WR Grace in Columbia, MD - 2 nights @ $18.68/night |
| | Audit | 11/10/13 | | | | 30.25 | Travel dinner for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | Audit | 11/11/13 | | | | 45.25 | Travel dinner for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | Audit | 11/27/13 | 568.48 | | | | Roundtrip coach flight George Bush Intercontinental Airport to BWI for travel to WR Grace in Columbia, MD. |
| Kiris Miranda | Audit | 11/30/13 | | | 26.52 | | Steel Toed safety boots for W.R. Grace Darex Puerto Rico Inventory Count. |

| Summary | | | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|---|---|
| | | $ | 4,879.27 | $ 4,097.77 | $ 668.49 | $ 26.52 | $ 86.49 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended November 2013**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Adam Wilkinson | 11/4/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/6/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/7/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/8/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/11/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/12/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/13/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/14/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/19/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/20/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/22/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/25/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| | 11/26/13 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| Drew Levy | 11/1/13 | Audit Experienced Associate | 12.44 | Mileage in excess of daily commute (26 miles roundtrip to client site - 4 miles roundtrip normal commute to the office = 22 miles excess * .565 = 12.44). |
| | 11/1/13 | Audit Experienced Associate | 8.00 | Tolls in excess of daily commute (Baltimore Harbor Tunnel, $4.00 each way = $8.00 roundtrip). |
| | 11/4/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/5/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/6/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/8/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/11/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/12/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/13/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/14/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/15/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/18/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/19/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/20/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/21/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/22/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/25/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| | 11/26/13 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| Lola Tashova | 11/18/13 | Audit Experienced Associate | 53.12 | Mileage in excess of daily commute (100 miles roundtrip to client - 6 miles roundtrip normal commute to the office = 94 miles excess * .565 = 53.12). |
| | 11/19/13 | Audit Experienced Associate | 50.00 | Mileage in excess of daily commute (94.5 miles roundtrip to client - 6 miles roundtrip normal commute to the office = 88.5 miles excess * .565 = 50.00). |
| Nick Bennardo | 11/21/13 | Audit Associate | 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles excess * .565 = 22.60). |
| | 11/22/13 | Audit Associate | 22.60 | Mileage in excess of daily commute (42 miles roundtrip to client - 2 miles roundtrip normal commute to the office = 40 miles excess * .565 = 22.60). |
| Russell Moore | 11/12/13 | Audit Partner | 137.00 | Airline fee for oversees travel to Germany to visit client site in Worms, Germany. |
| | 11/14/13 | Audit Partner | 510.81 | Car service from airport to hotel in Worms, Germany while visiting client site in Worms. |
| | 11/15/13 | Audit Partner | 240.68 | Hotel Room while traveling to WR Grace in Worms, Germany - 3 nights @ $80.23/night |
| | 11/16/13 | Audit Partner | 103.15 | Hotel Room Tax while traveling to WR Grace in Worms, Germany - 3 nights @ $34.38/night |
| | 11/18/13 | Audit Partner | 501.86 | Car service from hotel in Worms, Germany to airport while visiting client site in Worms. |
| | 11/18/13 | Audit Partner | 51.00 | Airport Parking for 5 while traveling to WR Grace in Worms, Germany. |
| Thomas E Smith | 11/4/13 | Audit Partner | 1,094.91 | Roundtrip coach flight George Bush Intercontinental Airport to BWI for travel to WR Grace in Columbia, MD. |
| | 11/8/13 | Audit Partner | 51.00 | Parking for 3 days at Bush Intl.Airport, Houston, TX while traveling to WR Grace in Columbia MD. |
| | 11/8/13 | Audit Partner | 109.95 | Avis rental car for two days while away at client site in Columbia, MD. |
| | 11/8/13 | Audit Partner | 10.99 | Travel dinner for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | 11/8/13 | Audit Partner | 287.30 | Hotel Room while traveling to WR Grace in Columbia, MD - 2 nights @ $143.65/night |
| | 11/9/13 | Audit Partner | 37.36 | Hotel Room Tax while traveling to WR Grace in Columbia, MD - 2 nights @ $18.68/night |
| | 11/10/13 | Audit Partner | 30.25 | Travel dinner for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | 11/11/13 | Audit Partner | 45.25 | Travel dinner for 1, Tom Smith (PwC) while traveling to W.R. Grace in Columbia, MD. |
| | 11/27/13 | Audit Partner | 568.48 | Roundtrip coach flight George Bush Intercontinental Airport to BWI for travel to WR Grace in Columbia, MD. |
| Kiris Miranda | 11/30/13 | Audit Associate | 26.52 | Steel Toed Boots for W.R. Grace Darex Puerto Rico Inventory Count. |

| | | | **Total** | |
|---|---|---|---|---|
| | | | $    4,879.27 | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (KJC) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |
| | : | **Objection Deadline: February 10, 2014 @ 4:00 p.m.** |

CERTIFICATION OF THOMAS E. SMITH

THOMAS E. SMITH certifies that:

1.      I am a partner with PricewaterhouseCoopers LLP ("PwC").  PwC was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Auditors and Tax Consultants for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure.  The nature and scope of PwC's services are described in the *One Hundred and Thirtieth Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for the Month of November 2013* (the "Application"), which is being submitted contemporaneously with this Certification to this Court.  This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2.      I have read the Application and I certify as follows:

(a)     The expenses for which reimbursement is requested by PwC in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

(b)     To the best of my knowledge, information, and belief, formed after reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c)     To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d)     The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by PwC and generally accepted by the clients of PwC.

(e)     PwC does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f)     In charging for a particular service, PwC does not include in the     amount for which reimbursement is sought for amortization of the cost of any investment, equipment, or capital outlay.

(g)     In seeking reimbursement for a service which PwC justifiably purchased from a third party, PwC requests reimbursement only for the actual amount billed to PwC by the third party vendor and paid by PwC to such vendor.

_Thomas E. Smith_

_____
Thomas E. Smith