# EXHIBIT - C

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| W.R. GRACE & CO., *et. al.* | : Case No. 01-1139 (KJC) |
| | : (Jointly Administered) |
| Debtors | : **Objection Deadline:  March 4, 2014 at 4:00 p.m.** |

### ONE HUNDRED AND THIRTY-FIRST MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND <u>REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2013</u>

Name of Applicant:          PricewaterhouseCoopers LLP

Authorized to Provide
Professional Services to:      The Debtors and Debtors in Possession

Date of Retention:         June 18, 2002 *nunc pro tunc* to January 10, 2002

Period for which compensation
and reimbursement is sought:    December 1, 2013 – December 31, 2013

Amount of fees and expenses sought
as actual, reasonable and necessary:  $290.916.21

This is a(n):            X  interim    ___ final application __ quarterly

The total time expended for the preparation of this application is approximately 4.5 hours for a cost of $948.69.

Prior Applications:      *First, Second and Third Quarterly Fee Applications of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses; filed November 15, 2002*

                      *First Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2002; filed December 30, 2002*

*Second Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2002; filed December 30, 2002*

*Third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2002; filed April 12, 2003*

*Fourth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses; filed April 14, 2003*

*Fourth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2003; filed April 3, 2003*

*Fifth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2003; filed April 17, 2003*

*Fifth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses; filed May 13, 2003*

*Sixth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2003; filed May 13, 2003*

*Seventh Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2003; filed July 9, 2003*

*Eighth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2003; filed July 9, 2003*

*Ninth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2003; filed August 14, 2003*

*Ninth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses; filed August 14, 2003*

*Tenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2003; filed September 9, 2003*

*Eleventh Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2003; filed October 22, 2003*

*Twelfth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2003; filed November 11, 2003*

*Tenth Quarterly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants For Debtors, For Allowance of Compensation and Reimbursement of Expenses for the period July 1, 2003 through September 30, 2003, filed November 11, 2003*

*Thirteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2003; filed December 12, 2003*

*Fourteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2003; filed January 14, 2004*

*Fifteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2003; filed January 14, 2004*

*Eleventh Quarterly Fee Applications of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses for the period October 1, 2003 through December 3 1, 2003, filed April 12, 2004*

*Sixteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2004; filed March 10, 2004*

*Seventeenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2004; filed April 14, 2004*

*Eighteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2004; filed May 13, 2004*

*Twelfth Quarterly Fee Applications of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses for the period January 1, 2004 through March 31, 2004, filed May 7, 2004*

*Nineteenth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2004; filed June 7, 2004*

*Twentieth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2004; filed June 30, 2004*

*Twenty-First Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2004; filed July 30, 2004*

*Thirteenth Quarterly Fee Applications of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses for the period April 1, 2004 through June 30, 2004, filed July 30, 2004*

*Twenty-second Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2004; filed September 14, 2004*

*Twenty-third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2004; filed October 15, 2004*

*Twenty-fourth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2004; filed November 5, 2004*

*Fourteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period July 1, 2004 through August 30, 2004; filed November 15, 2004*

*Twenty-fifth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2004; filed December 20, 2004*

*Twenty-sixth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2004; filed January 14, 2005*

*Twenty-seventh Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2004; filed April 17, 2005*

*Fifteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period September 1, 2004 through December 31, 2004; filed April 17, 2005*

*Twenty-eighth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January 2005; filed March 18, 2005*

*Twenty-ninth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February 2005; filed April 21, 2005*

*Thirtieth Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March 2005; filed May 17, 2005*

*Sixteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* January 1, 2005 and March, 2005*; filed July 7, 2005*

*Thirty-first Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April 2005; filed June 17, 2005*

*Thirty-second Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May 2005; filed August 2, 2005*

*Thirty-third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2005; filed August 12, 2005*

*Thirty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2005; filed September 12, 2005*

*Seventeenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* April 1, 2005 and June 30, 2005*; filed October 3, 2005*

*Thirty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and*

*Reimbursement of Expenses for the Month of August 2005; filed October 17, 2005*

*Thirty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2005; filed November 29, 2005*

*Thirty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2005; filed December 20, 2005*

*Thirty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November 2005; filed January 9, 2006.*

*Eighteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* July 1, 2005 and September 30, 2005*; filed January 19, 2006*

*Thirty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2005; filed February 13, 2006*

*Fortieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January 2006; filed March 21, 2006*

*Thirty-third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2005; filed August 12, 2005*

*Thirty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2005; filed September 12, 2005*

*Seventeenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of*

*Compensation and Reimbursement of Expenses for the period* April 1, 2005 and June 30, 2005*; filed October 3, 2005*

*Thirty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August 2005; filed October 17, 2005*

*Thirty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2005; filed November 29, 2005*

*Thirty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2005; filed December 20, 2005*

*Thirty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November 2005; filed January 9, 2006.*

*Eighteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* July 1, 2005 and September 30, 2005*; filed January 19, 2006*

*Thirty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2005; filed February 13, 2006*

*Fortieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January 2006; filed March 21, 2006*

*Nineteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* October 1, 2005 and December, 2005*; filed May 4, 2006.*

*Forty-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2006; filed May 5, 2006*

*Forty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2006; filed May 19, 2006*

*Forty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2006; filed July 21, 2006*

*Forty-forth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2006; filed August 16, 2006*

*Thirty-third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2005; filed August 12, 2005*

*Thirty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2005; filed September 12, 2005*

*Seventeenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* April 1, 2005 and June 30, 2005*; filed October 3, 2005*

*Thirty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August 2005; filed October 17, 2005*

*Thirty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2005; filed November 29, 2005*

*Thirty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2005; filed December 20, 2005*

*Thirty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November 2005; filed January 9, 2006.*

*Eighteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* July 1, 2005 and September 30, 2005*; filed January 19, 2006*

*Thirty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2005; filed February 13, 2006*

*Fortieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January 2006; filed March 21, 2006*

*Nineteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* October 1, 2005 and December, 2005*; filed May 4, 2006.*

*Forty-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2006; filed May 5, 2006*

*Forty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2006; filed May 19, 2006*

*Forty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2006; filed July 21, 2006*

*Forty-forth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2006; filed August 16, 2006*

*Thirty-third Monthly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2005; filed August 12, 2005*

*Thirty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2005; filed September 12, 2005*

*Seventeenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* April 1, 2005 and June 30, 2005*; filed October 3, 2005*

*Thirty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August 2005; filed October 17, 2005*

*Thirty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2005; filed November 29, 2005*

*Thirty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2005; filed December 20, 2005*

*Thirty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November 2005; filed January 9, 2006.*

*Eighteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* July 1, 2005 and September 30, 2005*; filed January 19, 2006*

*Thirty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2005; filed February 13, 2006*

*Fortieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January 2006; filed March 21, 2006*

*Nineteenth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* October 1, 2005 and December, 2005*; filed May 4, 2006.*

*Forty-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2006; filed May 5, 2006*

*Forty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2006; filed May 19, 2006*

*Forty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2006; filed July 21, 2006*

*Forty-forth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2006; filed August 16, 2006*

*Twentieth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* January 1, 2006 and March 31, 2006*; filed August 29, 2006.*

*Forty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2006; filed September 20, 2006*

*Forty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2006; filed October 9, 2006*

*Forty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2006; filed November 8, 2006*

*Twenty-first Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* April 1, 2006 and June 30, 2006*; filed November 13, 2006.*

*Forty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2006; filed November 22, 2006*

*Forty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2006; filed February 13, 2007*

*Fiftieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2006; filed February 21, 2007*

*Twenty-second Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* June 1, 2006 and September 30, 2006*; filed February 23, 2007.*

*Fifty-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2006; filed April 18, 2007*

*Fifty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2007; filed April 24, 2007*

*Twenty-third Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* October 1, 2006 and December 31, 2006*; filed May 21, 2007.*

*Fifty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2007; filed June 11, 2007*

*Fifty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2007; filed June   15, 2007*

*Fifty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2007; filed July 30, 2007*

*Fifty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2007; filed August  14, 2007*

*Fifty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2007; filed August  14, 2007*

*Twenty-forth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* January 1, 2007 and March 31, 2007*; filed August 16, 2007.*

*Fifty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2007; filed September 4, 2007*

*Fifty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2007; filed November 2, 2007*

*Sixtieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2007; filed November 29, 2007*

*Sixty-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2007; filed January 8, 2007*

*Sixty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2007; filed January 23, 2008*

*Twenty-sixth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* July 1, 2007 and September 30, 2008*; filed January 30, 2008*

*Sixty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2007; filed February 11, 2008*

*Twenty-seventh Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period*  October 1, 2007 and  December 31, 2008*; filed February 14, 2008*

*Sixty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2008; filed March 19, 2008*

*Sixty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2008; filed April 25, 2008*

*Sixty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2008; filed May 7, 2008*

*Twenty-eighth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* January 1, 2008 and March 31, 2008*; filed May 12, 2008*

*Sixty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2008; filed June 19, 2008*

*Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for DAREX Puerto Rico Audit; filed July 2, 2008*

*Sixty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2008; filed July 9, 2008*

*Sixty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2008; filed August 4, 2008*

*Twenty-ninth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* April 1, 2008 and June 30, 2008*; filed August 13, 2008*

*Seventieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2008; filed September 12, 2008*

*Seventy-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2008; filed October 3, 2008*

*Seventy-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2008; filed November 4, 2008*

*Thirtieth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* July 1, 2008 and  September 30, 2008*; filed November 14, 2008*

*Seventy-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2008; filed December 16, 2008*

*Seventy-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2008; filed January 15, 2009*

*Seventy-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2008; filed February 9, 2009*

*Thirty-first Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* October 1, 2008 and December 31, 2008*; filed February 17, 2009*

*Seventy-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2009; filed March 26, 2009*

*Seventy-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2009; filed April 15, 2009*

*Seventy-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2009; filed May 8, 2009*

*Thirty-second Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* January 1, 2009 and March 31, 2009*; filed May 12, 2009*

*Seventy-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2009; filed June 11, 2009*

*Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for Advisory Services Project 2009; filed on June 15, 2009*

*Eightieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2009; filed July 17, 2009*

*Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Allowance of Compensation and Reimbursement of Expenses for the Darex 2007 Puerto Rico Audit; filed July 20, 2009*

*Eighty-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2009; filed August 7, 2009*

*Thirty-third Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period* April 1, 2009 and June 30, 2009*; filed August 13, 2009*

*Eighty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2009; filed September 2, 2009*

*Final Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Allowance of Compensation and Reimbursement of Expenses for the Darex 2008 Puerto Rico Audit; filed September 29, 2009*

*Eighty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2009; filed October 19, 2009*

*Eighty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and*

*Reimbursement of Expenses for the Month of September, 2009; filed November 11, 2009*

*Thirty-fourth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period July 1, 2009 and September 30, 2009; filed November 16, 2009*

*Eighty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2009; filed December 14, 2009*

*Eighty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2009; filed January 8, 2010*

*Eighty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2009; filed January 28, 2010*

*Thirty-fifth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period October 1, 2009 and December 31, 2009; filed February 16, 2010*

*Eighty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2010; filed March 19, 2010*

*Eighty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2010; filed April 21, 2010*

*Ninetieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2010; filed May 17, 2010*

*Thirty-sixth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period January 1, 2010 and March 31, 2010; filed May 17, 2010*

*Ninety-first Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2010; filed June 17, 2010*

*Ninety-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2010; filed July 22, 2010*

*Application for Allowance of Compensation and Reimbursement of Expenses for Control and Optimization Project March 2010; filed July 22, 2010*

*Application for Allowance of Compensation and Reimbursement of Expenses for Control and Optimization Project April - May 2010; filed July 22, 2010*

*Thirty-seventh Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period April 1, 2010 and June 30, 2010; filed August 17, 2010*

*Ninety-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2010; filed August 16, 2010*

*Ninety-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2010; filed September 10, 2010*

*Ninety-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2010; filed October 19, 2010*

*Ninety-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September, 2010; filed November 16, 2010*

*Thirty-eighth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period July 1, 2010 and September 30, 2010; filed November 16, 2010*

*Ninety-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October, 2010; filed December 21, 2010*

*Ninety-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November, 2010; filed January 17, 2011*

*Ninety-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December, 2010; filed February 10, 2011*

*Thirty-ninth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period October 1, 2010 and December 31, 2010; filed February 15, 2010*

*One Hundredth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of January, 2011; filed March 18, 2011*

*One Hundred and First Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of February, 2011; filed April 27, 2011*

*One Hundred and Second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March, 2011; filed May 16, 2011*

*Fortieth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period January 1, 2011 and March 31, 2011; filed May 16, 2010*

*One Hundred and Third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April, 2011; filed June 15, 2011*

*One Hundred and Fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May, 2011; filed July 15, 2011*

*One Hundred and Fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June, 2011; filed August 11, 2011*

*Forty-First Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the period April 1, 2011 and June 30, 2011; filed August 16, 2010*

*One Hundred and Sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July, 2011; filed September 1, 2011*

*Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for 2010 Darex Puerto Rico Audit for the Period May Through July 2011; filed September 1, 2011*

*Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for Global Restructuring Project for the Period April 1, 2011 through July 31, 2011; filed September 1, 2011*

*One Hundred and Seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August, 2011; filed September 29, 2011*

*Supplemental Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for Global Restructuring Project for the Month of July, 2011; filed September 29, 2011*

*One Hundred and Eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2011; filed November 7, 2011*

*Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for Global Restructuring Project for the Period August 1, 2011 through September 30, 2011; filed November 7, 2011*

*Forty-Second Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of July 1, 2011 through September 30, 2011; filed November 7, 2011*

*One Hundred and Ninth Combined Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Months of October 2011 through December 2011; filed February 13, 2012*

*Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for the Debtors, For Allowance of Compensation and Reimbursement of Expenses For Global Restructuring Project For the Period October 1, 2011 through December 31; filed February 13, 2012*

*Forty-Third Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of October 1, 2011 through December 31, 2011; filed February 13, 2012*

*One Hundred and Tenth Combined Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Months of January 2012 and February 2012; filed April 3, 2012*

*One Hundred and Eleventh Combined Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March 2012; filed May  3, 2012*

*Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for the Debtors, For Allowance of Compensation and Reimbursement of Expenses For Global Restructuring Project For the Period January 2012 through March 2012; filed May 3, 2012*

*Forty-Fourth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of January 1, 2012 through March 31, 2011; filed May 8, 2012*

*One Hundred and Twelfth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April 2012; filed June 1, 2012*

*One Hundred and Thirteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May 2012; filed July 5, 2012*

*Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for 2010 Darex Puerto Rico Audit for the Period December 2011 Through May 2012; filed July 5, 2012*

*Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Global Restructuring Project for the Months of April 2012 and May 2012; filed July 5, 2012*

*One Hundred and Fourteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2012; filed August 6, 2012*

*Forty-Fifth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of April 1, 2012 through June 30, 2011; filed August 6, 2012*

*One Hundred and Fifteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2012; filed August 27, 2012*

***Amended*** *One Hundred and Fifteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2012; filed October 16, 2012*

*One Hundred and Sixteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August 2012; filed October 16, 2012*

*Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for 2010 Darex Puerto Rico Audit for the Period June 2012 Through August 2012; filed October 16, 2012*

*One Hundred and Seventeenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2012; filed November 13, 2012*

*Forty-Sixth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of July 1, 2012 through September 30, 2011; filed November 13, 2012*

*One Hundred and Eighteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2012; filed November 27, 2012*

*One Hundred and Nineteenth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November 2012; filed January 2, 2013*

*One Hundred and Twentieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2012; filed January 29, 2013*

*Forty-Seventh Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses incurred during the period of October 1, 2012 through December 31, 2012; filed February 14, 2013*

*One Hundred and Twenty-first Combined Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Months of January 2013 Through February 2013; filed May 15, 2013*

*One Hundred and Twenty-second Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of March 2013; filed May 15, 2013*

*Forty-Eighth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of January 1, 2013 through March 30, 2013; filed May 15, 2013*

*One Hundred and Twenty-third Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of April 2013; filed June 24, 2013*

*One Hundred and Twenty-fourth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of May 2013; filed July 12, 2013*

*One Hundred and Twenty-fifth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of June 2013; filed July 29, 2013*

*Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for the IRS Audit Project for the Month of May 2013; filed July 29, 2013*

*Forty-Ninth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of April 1, 2013 through June 30, 2013; filed August 12, 2013*

*One Hundred and Twenty-sixth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of July 2013; filed September 12, 2013*

*Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the IRS Audit Project for the Month of July 2013; filed September 12, 2013*

*Interim Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the 2012 Darex Puerto Rico Audit for the Period of December 2012 through August 2013; filed September 12, 2013*

*One Hundred and Twenty-seventh Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of August 2013; filed October 15, 2013*

*One Hundred and Twenty-eighth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of September 2013; filed November 14, 2013*

*Interim Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the 2011 Darex Puerto Rico Audit for the Period of September 2012 through September 2013; filed November 14, 2013*

*Fiftieth Quarterly Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period of July 1, 2013 through September 30, 2013; filed November 14, 2013*

*One Hundred and Twenty-ninth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of October 2013; filed December 23, 2013*

*One Hundred and Thirtieth Fee Application of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of November2013; filed January 21, 2014*

*Interim Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the California Water's Edge Election Tax Project for the Months of September through October 2013; filed January 21, 2014*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| W.R. GRACE & CO., *et. al.* | : Case No. 01-1139 (KJC) |
| | : (Jointly Administered) |
| Debtors | : **Objection Deadline:  March 4, 2014 at 4:00 p.m.** |

**ONE HUNDRED AND THIRTY-FIRST MONTHLY FEE APPLICATION OF**
**PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS**
**FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2013**

PricewaterhouseCoopers LLP ("PwC"), auditors and tax consultants for W.R. Grace & Co., and the other above-captioned debtors (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits its *One Hundred and Thirty-First Monthly Fee Application for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2013* (the "Application"). PwC respectfully requests the granting compensation and reimbursement of expenses in the amounts requested. In support of this Application, PwC respectfully represents as follows:

## I.      COMPENSATION REQUESTED

1.      As set forth below, Applicant is requesting an interim allowance of fees in the aggregate amount of $288,441.01 (plus $948.69 for preparing this fee application) and reimbursement of expenses in the aggregate amount of $2,475.20. These amounts represent the fees generated and expenses incurred by PwC during the month of December 2013. A table showing the names of all professionals and paraprofessionals who rendered services during the period, together with the billing rates of such persons and the number of hours charged by such persons during month of December 2013, is set forth on Attachment B to the cover sheet to this Application.

## II.    <u>INTRODUCTION AND PROCEDURAL BACKGROUND</u>

2.      On April 2, 2001 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties and assets as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.       The Debtors filed their *Application of the Debtors for the Entry of an Order (i) Approving the Payment of Professional Fees and Expenses and (ii) Authorizing the Employment and Retention of PricewaterhouseCoopers LLP as Independent Accountants and Auditors to the Debtors and Debtors in Possession* on January 10, 2002 (the "Original Retention Application"). Because the Original Retention Application was contested, it was not until June 18, 2002 that the Court entered its *Order Pursuant to 11 U.S.C. §§ 327(a) and Fed. R. Bankr. P. 2014(a), 2016 and 5002 Authorizing the Employment and Retention of PricewaterhouseCoopers LLP As Auditors and Tax Consultants to the Debtors and Debtors in Possession Nunc Pro Tunc to January 10, 2002* (the "Retention Order").

Relief Requested.

4.      By this Application, PwC respectfully requests, on an interim basis, allowance of fees in the amount of $288,441.01 (plus $948.69 for preparing this fee application) and reimbursement of expenses in the aggregate amount of $2,475.20 for the period covered by this Application.  In support of this Application, PwC submits its summary time records attached hereto as Exhibit "A" and the expenses summaries attached hereto as Exhibit "B."

5.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of these proceedings and this motion is

proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

6.      All of the services for which compensation is sought were rendered by Applicant to the Debtors solely in connection with this case and in furtherance of the duties and responsibilities of the Debtors and not on behalf of any creditor or other person.

7.      PwC's hourly rates for its auditors and other professionals charged in connection with its services for the Debtors were commensurate with the rates PwC customarily charged its clients (whether corporate or individual) in both bankruptcy and non-bankruptcy matters at the time the services were rendered.

8.      By order dated January 21, 2012 (Dk. No. 28551), the Court granted the Debtors' application to amend the Amended Administrative Order (Dk. No. 1949) authorizing the employment and retention of PwC as auditors and tax consultants to the Debtors and Debtors in possession, that waives the requirement under Rule 2016-(2)(G) of the local rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. Therefore, PwC is no longer required to maintain contemporaneous time records in one-tenth hour increments.  However, PwC is still providing summary time records for the personnel working on this action.

9.      Applicant is not seeking reimbursement for internal charges, including costs associated with airline ticketing and general office services such as computer usage, telephone charges, facsimile transmissions, postage, and photocopying.

10.      None of the amounts requested have been paid.  No payments have been made or promised to Applicant for the audit services described herein and for which PwC seeks compensation and reimbursement of expenses in this Fee Application.  No agreement exists

between Applicant and any other person or entity to share any compensation in connection with the Debtors' Chapter 11 cases.

### III.   SERVICES RENDERED DURING THE INTERIM PERIODS

11.    The nature of the work performed by PwC during the covered periods included the following.

12.    <u>Audit and Tax Services</u>.  The Applicant provided the following services:

    (i)    Discussions with the Company and review of the documentation on the following matters:
        a.  Acquisition made by the Company (Dow Unipol), including consideration of appropriate accounting for revenue
        b.  Change to Mark to Market pension accounting, including tie out and other procedures over the 8-K
        c.  Emergence from Bankruptcy
    (ii)    Interim audit work performed around the following areas:
        a.  Journal entries
        b.  Testing of detailed revenue transactions
        c.  Preparation of cash and debt confirmations
        d.  Accounts receivable confirmations
    (iii)    Update and completion audit procedures performed by the PwC Risk Assurance team to finalize work performed over the WR Grace information technology systems and reports, including audit procedures related to Information Technology General Controls, automated controls, and key reports.
    (iv)    Preparation for attendance at inventory observations in Chicago, IL, Mobile, AL, and Mt. Pleasant, TN plants, and preparation for, attendance at, and documentation of inventory observation at the Toa Baja, PR plant.
    (v)    Work performed by the PwC Tax Team over Q4 discrete adjustments and discussions with the Company about Q4 windfall tax impacts
    (vi)    Performed 2013 audit work over internal controls required under section 404 of the Sarbanes-Oxley Act. This work included performing and reviewing update control testing of key processes, performing and documenting the walkthroughs the income tax and pension and benefits processes, and preparing an initial summary of aggregated deficiencies.
    (vii)    Coordination of foreign component audit teams and review of interim component team deliverables.
    (viii)    Preparation for the January Audit Committee meeting

IV.    **ALLOWANCE OF COMPENSATION**

13.    Under the Bankruptcy Code, professionals performing services in a bankruptcy case are entitled to "reasonable compensation for actual, necessary services" and "reimbursement for actual, necessary expenses."  11 U.S.C. §330(a)(1)(A).

14.    In determining if the amount of compensation is "reasonable", the courts consider the "nature, the extent, and the value" of the services rendered, taking into account the following factors:  the time spent on the services; the rates charged for the services; whether the services were necessary or beneficial to the administration of the case; whether the services were performed in a reasonable amount of time commensurate with the complexity, importance, and nature of the services; and whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Chapter 11.    11 U.S.C. § 330(a)(3)(A).  As described throughout this Application, PwC has satisfied the relevant criteria to support the requested award of compensation.

15.    In general, the "baseline rule is for firms to receive their customary rates."  <u>Zolfo, Cooper & Co. v. Sunbeam-Oster Co., Inc.</u>, 50 F.3d 253, 259 (3d Cir. 1995).  The compensation sought herein is based on PwC's customary rates, which are in line with the customary rates charged by comparably skilled practitioners in cases other than cases under Chapter 11.

16.    Applicant's services have been rendered in an efficient manner by accountants and auditors who are experts in their fields.  PwC is one of the largest and most well-respected accounting firms in the country, and its rates are commensurate with its level of expertise.

17.    No prior application for the relief requested herein as been made.

**WHEREFORE**, PwC respectfully requests interim allowance of compensation in the amount of $288,441.01 (plus $948.69 for preparing this fee application) and reimbursement of expenses in the aggregate amount of $2,475.20, together with such other and further relief as this Court deems just and proper.

Dated: February 12, 2014                SMITH KATZENSTEIN & JENKINS LLP


/s/ Kathleen M. Miller
Kathleen Miller (I.D.  No.2898)
Smith, Katzenstein & Jenkins, LLP
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)

Attorneys for PricewaterhouseCoopers LLP

**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**For the month of December 2013**

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Audit**
**For the month of December 2013**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | 1,106.17 |
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | 1,106.17 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | 1,106.17 |
| Sara L DeSmith | Audit Partner | 20+ | Integrated Audit | 1,036.32 | 1.5 | 1,554.48 |
| Edward J Abahoonie | Audit Partner | 20+ | Integrated Audit | 927.10 | 2.5 | 2,317.75 |
| Yosef Barbut | Audit Director | 20+ | Integrated Audit | 886.46 | 4.0 | 3,545.84 |
| Gina M Klein | Audit Director | 20+ | Integrated Audit | 886.46 | 1.0 | 886.46 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 13.5 | 11,298.56 |
| Nicole S. Berman | Tax Director | 20+ | Integrated Audit | 793.76 | 0.5 | 396.88 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 781.05 | 1.0 | 781.05 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 723.90 | 22.0 | 15,925.80 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 622.55 | 11.0 | 6,848.05 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 505.46 | 58.0 | 29,316.68 |
| David C Sands | Audit Director | 11 | Integrated Audit | 459.74 | 1.0 | 459.74 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | 437.33 | 1.5 | 656.00 |
| Stanislaus Richard Gomes | Audit Manager | 9 | Integrated Audit | 416.56 | 4.0 | 1,666.24 |
| Pavel Katsiak | Audit Manager | 9 | Integrated Audit | 388.62 | 5.5 | 2,137.41 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 5.0 | 1,663.70 |
| Alexandra L Schmidt | Audit Senior Associate | 7 | Integrated Audit | 325.12 | 102.0 | 33,162.24 |
| Jeff Moore | Audit Senior Associate | 5 | Integrated Audit | 300.99 | 7.5 | 2,257.43 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 270.51 | 108.2 | 29,269.18 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 254.00 | 114.5 | 29,083.00 |
| Steven A De La Fe | Tax Senior Associate | 4 | Integrated Audit | 252.11 | 5.0 | 1,260.55 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 247.65 | 26.0 | 6,438.90 |
| Yang Zhao | Audit Experienced Associate | 3 | Integrated Audit | 212.09 | 1.0 | 212.09 |
| Thang Toan To | Audit Associate | 2 | Integrated Audit | 196.85 | 82.5 | 16,240.13 |
| Ian Matthew Thomas | Audit Associate | 2 | Integrated Audit | 189.23 | 99.8 | 18,885.15 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 8.0 | 1,513.84 |

| Name | Title | | Type | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 116.5 | 20,417.79 |
| Jake Schoenfeld | Audit Associate | 1 | Integrated Audit | 175.26 | 69.0 | 12,092.94 |
| Anabel De la Rosa | Tax Associate | 1 | Integrated Audit | 174.93 | 6.0 | 1,049.58 |
| Christopher Michael Sutton | Audit Associate | 1 | Integrated Audit | 143.51 | 116.7 | 16,747.62 |
| Leslie Ann Bradley | Audit Associate | 1 | Integrated Audit | 143.51 | 40.0 | 5,740.40 |
| Michael Schmidt | Audit Associate | 1 | Integrated Audit | 128.27 | 0.7 | 89.79 |
| Kiris Miranda | Audit Associate | 1 | Integrated Audit | 128.27 | 13.3 | 1,705.99 |
| Jeremy C Johnson | Project Specialist | 1 | Integrated Audit | 120.00 | 0.2 | 24.00 |
| Alicia Bolland | Project Specialist | 1 | Integrated Audit | 120.00 | 9.9 | 1,188.00 |
| Todd A Brown | Project Specialist | 1 | Integrated Audit | 120.00 | 0.2 | 24.00 |
| Brian David Detwiler | Project Specialist | 1 | Integrated Audit | 120.00 | 1.2 | 144.00 |
| Vineet Agarwal | Project Specialist | 1 | Integrated Audit | 120.00 | 0.2 | 24.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | 300.00 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | 300.00 |
| Maximiliano Benitez | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Shilpi Agarwal | Project Specialist | 1 | Integrated Audit | 120.00 | 0.8 | 96.00 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | 300.00 |
| Carolina Sanchez Hernandez | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Laura Audette | Project Specialist | 1 | Integrated Audit | 120.00 | 6.3 | 756.00 |
| LucÃa B Salazar | Project Specialist | 1 | Integrated Audit | 120.00 | 15.5 | 1,860.00 |
| Shanee Ceglarek | Project Specialist | 1 | Integrated Audit | 120.00 | 6.6 | 792.00 |
| Timika Martin | Project Specialist | 1 | Integrated Audit | 120.00 | 17.2 | 2,064.00 |
| Mariano Salinas | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Robert Damon | Project Specialist | 1 | Integrated Audit | 120.00 | 1.1 | 132.00 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | 114.30 | 0.4 | 45.72 |
| Maria C Zeballos | Project Specialist | 1 | Integrated Audit | 114.30 | 0.6 | 68.58 |
| Diane Antonczak | Project Specialist | 1 | Integrated Audit | 114.30 | 4.8 | 548.64 |
| Rebekah Weintraub | Project Specialist | 1 | Integrated Audit | 114.30 | 1.0 | 114.30 |
| | | | | | | |
| | | | | Total | 1,131.2 | 288,441.01 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| Totals | 4.5 | $948.69 |
|---|---|---|

::131st December Fee App - Attach B.docx.1

**Summary of PwC's Fees By Project Category:**
**For the month of December 2013**

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim  Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 4.5 | $948.69 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay | | |

| | | |
|---|---|---|
| **Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **1,131.2** | **$288,441.01** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **1,135.7** | **$289,389.70** |

**Expense Summary**
**For the month of December 2013**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$ 1,812.33** |
| **Lodging** | **N/A** | **$ 143.12** |
| **Sundry** | **N/A** | **$ 470.12** |
| **Business Meals** | **N/A** | **$ 49.63** |
| **TOTAL:** | | **$ 2,475.20** |

::131st December Fee App - Attach B.docx.1

# EXHIBIT - A

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jay B Seliber | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | 1,106.17 |
| Cody L Smith | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | 1,106.17 |
| Ravi S Rao | Audit Partner | 20+ | Integrated Audit | 1,106.17 | 1.0 | 1,106.17 |
| Sara L DeSmith | Audit Partner | 20+ | Integrated Audit | 1,036.32 | 1.5 | 1,554.48 |
| Edward J Abahoonie | Audit Partner | 20+ | Integrated Audit | 927.10 | 2.5 | 2,317.75 |
| Yosef Barbut | Audit Director | 20+ | Integrated Audit | 886.46 | 4.0 | 3,545.84 |
| Gina M Klein | Audit Director | 20+ | Integrated Audit | 886.46 | 1.0 | 886.46 |
| Thomas E Smith | Audit Partner | 20+ | Integrated Audit | 836.93 | 13.5 | 11,298.56 |
| Nicole S. Berman | Tax Director | 20+ | Integrated Audit | 793.76 | 0.5 | 396.88 |
| Jill McCormack | Audit Partner | 20+ | Integrated Audit | 781.05 | 1.0 | 781.05 |
| Russell D Moore | Audit Partner | 20+ | Integrated Audit | 723.90 | 22.0 | 15,925.80 |
| Alexandra M Bond | Tax Partner | 20+ | Integrated Audit | 622.55 | 11.0 | 6,848.05 |
| Katherine Stivers Matheson | Audit Senior Manager | 11 | Integrated Audit | 505.46 | 58.0 | 29,316.68 |
| David C Sands | Audit Director | 11 | Integrated Audit | 459.74 | 1.0 | 459.74 |
| Ann C McCowan | Tax Director | 11 | Integrated Audit | 437.33 | 1.5 | 656.00 |
| Stanislaus Richard Gomes | Audit Manager | 9 | Integrated Audit | 416.56 | 4.0 | 1,666.24 |
| Pavel Katsiak | Audit Manager | 9 | Integrated Audit | 388.62 | 5.5 | 2,137.41 |
| Phillip Crosby | Audit Manager | 7 | Integrated Audit | 332.74 | 5.0 | 1,663.70 |
| Alexandra L Schmidt | Audit Senior Associate | 7 | Integrated Audit | 325.12 | 102.0 | 33,162.24 |
| Jeff Moore | Audit Senior Associate | 5 | Integrated Audit | 300.99 | 7.5 | 2,257.43 |
| Kathleen Elizabeth Bradley | Audit Senior Associate | 4 | Integrated Audit | 270.51 | 108.2 | 29,269.18 |
| Sara L Balthazor | Audit Senior Associate | 4 | Integrated Audit | 254.00 | 114.5 | 29,083.00 |
| Steven A De La Fe | Tax Senior Associate | 4 | Integrated Audit | 252.11 | 5.0 | 1,260.55 |
| Ryan P Boyle | Audit Senior Associate | 4 | Integrated Audit | 247.65 | 26.0 | 6,438.90 |
| Yang Zhao | Audit Experienced Associate | 3 | Integrated Audit | 212.09 | 1.0 | 212.09 |
| Thang Toan To | Audit Associate | 2 | Integrated Audit | 196.85 | 82.5 | 16,240.13 |
| Ian Matthew Thomas | Audit Associate | 2 | Integrated Audit | 189.23 | 99.8 | 18,885.15 |
| Adam Wilkinson | Audit Experienced Associate | 2 | Integrated Audit | 189.23 | 8.0 | 1,513.84 |
| Drew Levy | Audit Experienced Associate | 2 | Integrated Audit | 175.26 | 116.5 | 20,417.79 |
| Jake Schoenfeld | Audit Associate | 1 | Integrated Audit | 175.26 | 69.0 | 12,092.94 |
| Anabel De la Rosa | Tax Associate | 1 | Integrated Audit | 174.93 | 6.0 | 1,049.58 |
| Christopher Michael Sutton | Audit Associate | 1 | Integrated Audit | 143.51 | 116.7 | 16,747.62 |
| Leslie Ann Bradley | Audit Associate | 1 | Integrated Audit | 143.51 | 40.0 | 5,740.40 |
| Michael Schmidt | Audit Associate | 1 | Integrated Audit | 128.27 | 0.7 | 89.79 |
| Kiris Miranda | Audit Associate | 1 | Integrated Audit | 128.27 | 13.3 | 1,705.99 |
| Jeremy C Johnson | Project Specialist | 1 | Integrated Audit | 120.00 | 0.2 | 24.00 |
| Alicia Bolland | Project Specialist | 1 | Integrated Audit | 120.00 | 9.9 | 1,188.00 |
| Todd A Brown | Project Specialist | 1 | Integrated Audit | 120.00 | 0.2 | 24.00 |
| Brian David Detwiler | Project Specialist | 1 | Integrated Audit | 120.00 | 1.2 | 144.00 |
| Vineet Agarwal | Project Specialist | 1 | Integrated Audit | 120.00 | 0.2 | 24.00 |
| María F Castro Bianchi | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Elizabeth Romano | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | 300.00 |
| Leonel Felice | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | 300.00 |
| Maximiliano Benitez | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Shilpi Agarwal | Project Specialist | 1 | Integrated Audit | 120.00 | 0.8 | 96.00 |
| Lorena Bravo | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Daiana Buono | Project Specialist | 1 | Integrated Audit | 120.00 | 2.5 | 300.00 |
| Carolina Sanchez Hernandez | Project Specialist | 1 | Integrated Audit | 120.00 | 2.0 | 240.00 |
| Laura Audette | Project Specialist | 1 | Integrated Audit | 120.00 | 6.3 | 756.00 |
| LucÃa B Salazar | Project Specialist | 1 | Integrated Audit | 120.00 | 15.5 | 1,860.00 |
| Shanee Ceglarek | Project Specialist | 1 | Integrated Audit | 120.00 | 6.6 | 792.00 |
| Timika Martin | Project Specialist | 1 | Integrated Audit | 120.00 | 17.2 | 2,064.00 |
| Mariano Salinas | Project Specialist | 1 | Integrated Audit | 120.00 | 1.0 | 120.00 |
| Robert Damon | Project Specialist | 1 | Integrated Audit | 120.00 | 1.1 | 132.00 |
| Karen R Spencer | Project Specialist | 1 | Integrated Audit | 114.30 | 0.4 | 45.72 |
| Maria C Zeballos | Project Specialist | 1 | Integrated Audit | 114.30 | 0.6 | 68.58 |
| Diane Antonczak | Project Specialist | 1 | Integrated Audit | 114.30 | 4.8 | 548.64 |
| Rebekah Weintraub | Project Specialist | 1 | Integrated Audit | 114.30 | 1.0 | 114.30 |
| | | | | | | |
| | | | | Total | 1,131.2 | 288,441.01 |

**W.R. Grace & Co.**
**Fee Application Preparation**
**For the month of December 2013**

| Date | Hours | Description of Services Provided | Bill Rate | Extended Cost |
|------|-------|--------------------------------|-----------|---------------|
| **FEE APPLICATION PREPARATION** | | | | |
| **Name: Ian Thomas** | | | | |
| 12/4/2013 | 3.0 | Fee application preparation | $ 189.23 | $ 567.69 |
| **Name: Sara Balthazor** | | | | |
| 12/4/2013 | 1.5 | Fee application preparation | $ 254.00 | $ 381.00 |
| | 4.5 | | | |
| | 4.5 | Total Grace Fee Application Charged Hours | | $ 948.69 |

# EXHIBIT - B

WR Grace
EXPENSE DETAIL
For the Month Ended December 2013

| Staff Member Name | Audit or Sarbanes | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Adam Wilkinson | Audit | 12/2/2013 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36. |
| | Audit | 12/3/2013 | 36.16 | | | | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36. |
| Ryan Boyle | Audit | 12/3/2013 | 41.81 | | | | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41. |
| | Audit | 12/9/2013 | 41.81 | | | | Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41. |
| | Audit | 12/18/2013 | 41.81 | | | | Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41. |
| | Audit | 12/19/2013 | 41.81 | | | | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office =74 miles*.565/mile =$41. |
| Drew Levy | Audit | 12/2/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27. |
| | Audit | 12/3/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27. |
| | Audit | 12/4/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27. |
| | Audit | 12/5/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27. |
| | Audit | 12/6/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27. |
| | Audit | 12/9/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27. |
| | Audit | 12/11/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27. |
| | Audit | 12/13/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27. |
| | Audit | 12/16/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27. |
| | Audit | 12/17/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27. |
| | Audit | 12/18/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27. |
| | Audit | 12/19/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27. |
| | Audit | 12/20/2013 | 27.12 | | | | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27. |
| Jake Schoenfeld | Audit | 12/9/2013 | 23.84 | | | | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23. |
| | Audit | 12/11/2014 | 23.84 | | | | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23. |
| | Audit | 12/13/2014 | 23.84 | | | | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23. |
| | Audit | 12/16/2014 | 23.84 | | | | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23. |
| | Audit | 12/17/2014 | 23.84 | | | | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23. |
| | Audit | 12/18/2014 | 23.84 | | | | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23. |
| Leslie Bradley | Audit | 12/16/2013 | 31.64 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31. |
| | Audit | 12/17/2013 | 31.64 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31. |
| | Audit | 12/18/2013 | 31.64 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31. |
| | Audit | 12/20/2013 | 31.64 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31. |
| Michael Schmidt | Audit | 12/7/2013 | | | 75.77 | | Client-required steel-toed boots bought for use during Mt. Pleasant, TN inventory observation |
| Thomas Smith | Audit | 12/9/2013 | | | | 9.17 | Breakfast for 1 (Tom Smith, PwC) while visiting client site |
| | Audit | 12/9/2013 | | | | 15.94 | Dinner for 1 (Tom Smith, PwC) while visiting client site |
| | Audit | 12/9/2013 | | 126.65 | | | Hotel for 1 night while visiting client site |
| | Audit | 12/9/2013 | | 16.47 | | | Hotel tax for 1 night while visiting client site |
| | Audit | 12/9/2013 | 106.93 | | | | Avis rental car for two days while at client site |
| | Audit | 12/9/2013 | 7.92 | | | | Fuel for rental car |
| | Audit | 12/9/2013 | 66.50 | | | | Parking for 3 days at Bush Intl.Airport, Houston, TX while traveling to WR Grace in Columbia MI |
| | Audit | 12/11/2013 | | | | 24.52 | Dinner for 1 (Tom Smith, PwC) while visiting client site |
| Thang To | Audit | 12/3/2013 | 25.43 | | | | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.4 |
| | Audit | 12/4/2013 | 25.43 | | | | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.4 |
| | Audit | 12/5/2014 | 25.43 | | | | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.4 |
| | Audit | 12/6/2014 | 25.43 | | | | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.4 |
| Katherine Matheson | Audit | 12/2/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile =$36.16). |
| | Audit | 12/4/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile =$36.16). |
| | Audit | 12/5/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile =$36.16). |
| | Audit | 12/9/2014 | 60.00 | | | | Taxi service from client event to client site |
| | Audit | 12/9/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile =$36.16). |
| | Audit | 12/11/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile =$36.16). |
| | Audit | 12/12/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile =$36.16). |
| | Audit | 12/16/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile =$36.16). |
| | Audit | 12/18/2014 | 36.16 | | | | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile =$36.16). |
| Ian Thomas | Audit | 12/18/2013 | 318.28 | | | | Roundtrip coach flight to Mt Nashville, TN from Baltimore, MD for travel to client inventory observation in Mt. Pleasant, T |
| Henry S Rusek | Audit | 12/10/2013 | | | 27.57 | | Expense for Accounting Resource Manual for use by W.R. Grace management. |
| Maria N Araujo | Audit | 12/26/2013 | | | 13.28 | | Shipping fees for cash and debt confirmations |
| | Audit | 12/28/2013 | | | 353.50 | | Fees for electronic cash and debt confirmations |

| Summary | | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|---|
| | | $ 2,475.20 | $ 1,812.33 | $ 143.12 | $ 470.12 | $ 49.63 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the period ended December 2013**

| Personnel | Date | Title | Expense | Description |
|---|---|---|---|---|
| Adam Wilkinson | 12/2/2013 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
|  | 12/3/2013 | Audit Experienced Associate | 36.16 | Mileage in excess of daily commute (70 miles roundtrip to client site - 6 miles roundtrip normal commute to office = 64 miles every day excess * .565 = 36.16) |
| Ryan Boyle | 12/3/2013 | Audit Senior Associate | 41.81 | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41.81 ) |
|  | 12/9/2013 | Audit Senior Associate | 41.81 | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41.81 ) |
|  | 12/18/2013 | Audit Senior Associate | 41.81 | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41.81 ) |
|  | 12/19/2013 | Audit Senior Associate | 41.81 | Total Mileage in excess of daily commute to the office. (88 miles roundtrip to client - 14 miles roundtrip normal commute to the office = 74 miles*.565/mile =$41.81 ) |
| Drew Levy | 12/2/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
|  | 12/3/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
|  | 12/4/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
|  | 12/5/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
|  | 12/6/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
|  | 12/9/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
|  | 12/11/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
|  | 12/13/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
|  | 12/16/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
|  | 12/17/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
|  | 12/18/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
|  | 12/19/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
|  | 12/20/2013 | Audit Experienced Associate | 27.12 | Mileage in excess of daily commute (52 miles roundtrip to client - 4 miles roundtrip normal commute to the office = 48 miles every day excess * .565 = 27.12). |
| Jake Schoenfeld | 12/9/2013 | Audit Associate | 23.84 | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.84). |
|  | 12/11/2014 | Audit Associate | 23.84 | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.84). |
|  | 12/13/2014 | Audit Associate | 23.84 | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.84). |
|  | 12/16/2014 | Audit Associate | 23.84 | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.84). |
|  | 12/17/2014 | Audit Associate | 23.84 | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.84). |
|  | 12/18/2014 | Audit Associate | 23.84 | Mileage in excess of daily commute (54.2 miles roundtrip to client - 12 miles roundtrip normal commute to the office = 42.2 miles every day excess * .565 = 23.84). |
| Leslie Bradley | 12/16/2013 | Audit Associate | 31.64 | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31.64). |
|  | 12/17/2013 | Audit Associate | 31.64 | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31.64). |
|  | 12/18/2013 | Audit Associate | 31.64 | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31.64). |
|  | 12/20/2013 | Audit Associate | 31.64 | Mileage in excess of daily commute (78 miles roundtrip to client - 22 miles roundtrip normal commute to the office = 56 miles every day excess * .565 = 31.64). |
| Michael Schmidt | 12/7/2013 | Audit Associate | 75.77 | Client-required steel-toed boots bought for use during Mt. Pleasant, TN inventory observation. |
| Thomas Smith | 12/9/2013 | Audit Partner | 9.17 | Breakfast for 1 (Tom Smith, PwC) while visiting client site. |
|  | 12/9/2013 | Audit Partner | 15.94 | Dinner for 1 (Tom Smith, PwC) while visiting client site. |
|  | 12/9/2013 | Audit Partner | 126.65 | Hotel for 1 night while visiting client site. |
|  | 12/9/2013 | Audit Partner | 16.47 | Hotel tax for 1 night while visiting client site. |
|  | 12/9/2013 | Audit Partner | 106.93 | Avis rental car for two days while at client site. |
|  | 12/9/2013 | Audit Partner | 7.92 | Fuel for rental car. |
|  | 12/9/2013 | Audit Partner | 66.50 | Parking for 3 days at Bush Intl.Airport, Houston, TX while traveling to WR Grace in Columbia MD. |
|  | 12/11/2013 | Audit Partner | 24.52 | Dinner for 1 (Tom Smith, PwC) while visiting client site. |
| Thang To | 12/3/2013 | Audit Associate | 25.43 | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.425). |
|  | 12/4/2013 | Audit Associate | 25.43 | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.425). |
|  | 12/5/2014 | Audit Associate | 25.43 | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.425). |
|  | 12/6/2014 | Audit Associate | 25.43 | Mileage in excess of daily commute (61 miles roundtrip to client - 16 miles roundtrip normal commute to the office = 45 miles every day excess * .565 = 25.425). |
| Katherine Matheson | 12/2/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
|  | 12/4/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
|  | 12/5/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
|  | 12/9/2014 | Audit Senior Manager | 60.00 | Taxi service from client event to client site. |
|  | 12/9/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
|  | 12/11/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
|  | 12/12/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
|  | 12/16/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
|  | 12/18/2014 | Audit Senior Manager | 36.16 | Mileage in excess of daily commute (78 miles roundtrip to client - 14 miles roundtrip normal commute to the office * rate 0 .565 per mile = $36.16). |
| Ian Thomas | 12/18/2013 | Audit Experienced Associate | 318.28 | Roundtrip coach flight to Mt Nashville, TN from Baltimore, MD for travel to client inventory observation in Mt. Pleasant, TN. |
| Henry S Rusek | 12/10/2013 | Finance Manager | 27.57 | Expense for Accounting Resource Manual for use by W.R. Grace management. |
| Maria N Araujo | 12/26/2013 | Audit Project Specialist | 13.28 | Shipping fees for cash and debt confirmations. |
|  | 12/28/2013 | Audit Project Specialist | 353.50 | Fees for electronic cash and debt confirmations. |

**Total**

$    2,475.20

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| W.R. GRACE & CO., *et. al.* | : Case No. 01-1139 (KJC) |
| | : (Jointly Administered) |
| Debtors | : **Objection Deadline:  March 4, 2014 at 4:00 p.m.** |

CERTIFICATION OF THOMAS E. SMITH

THOMAS E. SMITH certifies that:

1.      I am a partner with PricewaterhouseCoopers LLP ("PwC").  PwC was retained by W.R.

Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Auditors and

Tax Consultants for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code,

11 U.S.C. § 101 et seq. and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy

Procedure.  The nature and scope of PwC's services are described in the *One Hundred and*

*Thirty-First Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax*

*Consultants for the Debtors, For Allowance of Compensation and Reimbursement of Expenses*

*for the Month of December 2013* (the "Application"), which is being submitted

contemporaneously with this Certification to this Court.  This Certification is made in support of

the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§*

*105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement*

*of Expenses for Professionals and Official Committee Members* (the "Amended Administrative

Order").

2.      I have read the Application and I certify as follows:

(a)     The expenses for which reimbursement is requested by PwC in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

(b)     To the best of my knowledge, information, and belief, formed after reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c)     To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d)     The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by PwC and generally accepted by the clients of PwC.

(e)     PwC does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f)     In charging for a particular service, PwC does not include in the amount for which reimbursement is sought for amortization of the cost of any investment, equipment, or capital outlay.

(g)     In seeking reimbursement for a service which PwC justifiably purchased from a third party, PwC requests reimbursement only for the actual amount billed to PwC by the third party vendor and paid by PwC to such vendor.

*Thomas E. Smith*

_____
Thomas E. Smith