IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                            )
In re:                                      )    Chapter 11
                                            )
W.R. GRACE & CO., et al.,                   )    Case No. 01-1139 (KJC)
                                            )
         Reorganized Debtors.               )    Objection Deadline: July 7, 2014 at 4:00 p.m.
_____)    Hearing: October 14, 2014 at 10:00 a.m.


**SECOND QUARTERLY AND FINAL FEE APPLICATION OF TOWERS WATSON DELAWARE INC., ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FORMER ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND ROGER FRANKEL, SUCCESSOR ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE SECOND QUARTERLY PERIOD FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014 AND THE FINAL FEE PERIOD FROM OCTOBER 29, 2004 THROUGH FEBRUARY 3, 2014**

Pursuant to 11 U.S.C. §§ 330, 331 and 503 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Towers Watson Delaware Inc. ("Towers Watson"), actuarial consultants to David T. Austern, the former asbestos personal injury future claimants' representative (the "Former FCR"), and Roger Frankel, the successor asbestos personal injury future claimants' representative (the "Successor FCR"),[1] hereby submits this combined second quarterly and final fee application (collectively, the "Final Fee Application") for final allowance of (i) compensation for actuarial consulting services rendered by Towers Watson and reimbursement of actual and necessary expenses incurred during the second quarterly period

---

[1] Pursuant to this Court's Order authorizing Roger Frankel's retention of Towers Watson as his actuarial consultant, Towers Watson is authorized to file a single consolidated final fee application covering all of the fees and expenses incurred by Towers Watson in connection with its actuarial services provided to David T. Austern and Roger Frankel [Dkt. No. 31479 ¶ 4].

from January 1, 2014 through February 3, 2014 (the "Second Quarterly Period"); and (ii) compensation for actuarial consulting services rendered by Towers Watson and reimbursement of actual and necessary expenses incurred from October 29, 2004 through February 3, 2014 (the "Final Fee Period") in the amount of $3,673,654.50 in fees and $53,453.96 in expenses, for a total award of $3,727,108.46. In support of this Final Fee Application, Towers Watson respectfully represents as follows:

## Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for relief sought herein are Sections 330, 331, and 503 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, and Rule 2016-2 of the Local Rules.

## Factual Background of the Chapter 11 Cases

**A. The Chapter 11 Cases**

2. On April 2, 2001, W.R. Grace & Co. and certain of its affiliates (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").

3. After years of litigation and negotiation, the Debtors filed the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as modified through December 23, 2010 (as amended from time to time, the "Plan").

4. This Court confirmed the Plan by order entered January 31, 2011 [Dkt. No. 26155] (the "Confirmation Order"). The Confirmation Order was appealed to the United States District Court for the District of Delaware [Case No. 11-199 (lead case)], which confirmed the Plan by order issued January 30, 2012 [Dkt. No. 166]. On June 11, 2012, the District Court issued an Amended Memorandum Opinion [Dkt. No. 217] and Amended Order [Dkt. No. 218] clarifying and expanding the discussion in its prior opinion and, once more, overruling all objections and confirming the Plan in its entirety.

5. Five parties appealed the District Court's orders confirming the Plan. The United States Court of Appeals for the Third Circuit affirmed the District Court's rulings in four of the five appeals. The parties resolved the fifth appeal in a settlement approved by this Court [Dkt. No. 31604], and the Third Circuit then entered an order dismissing that appeal [3d Cir., Case No. 12-1402, Feb. 3, 2014]. The Plan became effective on February 3, 2014 (the "Effective Date") [Dkt. No. 31732].

    **B. The Appointment of the Former FCR, the Successor FCR, and Towers Watson as Actuarial Consultant**

6. On May 24, 2004, the Court appointed David T. Austern as the legal representative for future asbestos personal injury claimants in these Chapter 11 Cases. Mr. Austern sought and received Court approval to retain the Tillinghast business of Towers, Perrin, Forster & Crosby, Inc., now known as Towers Watson, as his actuarial consultant [Employment Application, Dkt. No. 6795; Approval Order, Dkt. No. 7254]. Towers Watson served as Mr. Austern's actuarial consultant until Mr. Austern's death on May 16, 2013.

7. Following Mr. Austern's death, the Court appointed Roger Frankel as the Successor FCR in these cases, effective as of May 16, 2013. Mr. Frankel sought and received Court

approval to retain Towers Watson as his actuarial consultant, effective as of November 15, 2013. [Employment Application, Dkt. No. 31346; Approval Order, Dkt. No. 31479].

### Towers Watson's Monthly and Quarterly Fee Applications

8. The Administrative Order[2] in these Chapter 11 Cases approved and set forth certain procedures for the interim and monthly payment of professional fees and reimbursement of expenses, subject to final approval of the Court. Pursuant to the Administrative Order, Towers Watson filed with the Court, and served on the required parties, monthly and quarterly fee applications for the period October 29, 2004 through February 3, 2014.

9. As of May 1, 2014, the Debtors had paid Towers Watson, pursuant to the Administrative Order, 100% of its professional fees and expenses from October 29, 2004 through June 30, 2013. Towers Watson has also received payment from the Debtors in connection with its monthly fee applications from October 1, 2013 through February 3, 2014 in the aggregate amount of $28,412.40 (80% fees).[3] Accordingly, an aggregate amount of $7,103.10[4] remains due and owing from the Debtors to Towers Watson.

### Request for Approval of Compensation and Reimbursement of Expenses for the Second Quarterly Period and Final Fee Period

10. By this Final Fee Application, Towers Watson respectfully requests that the Court award it final compensation for services rendered and reimbursement of expenses incurred in connection with its service as actuarial consultants to the Former FCR and Successor FCR during

---

[2] The "Administrative Order" refers collectively to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002 [Dkt. No. 1949] and the Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001 [Dkt. No. 198].

[3] Towers Watson did not seek reimbursement for any expenses from October 1, 2013 through January 31, 2014.

[4] $7,103.10 is calculated as follows: $5,255.10 (20% fee holdback from October 1, 2013 through December 31, 2013) **plus** $1,848.00 (20% fee holdback from January 1, 2014 through February 3, 2014).

the Final Fee Period, in the aggregate amount of $3,673,654.50 in fees and $53,453.96 in expenses, for a total award of $3,727,108.46.

11. In support of this Final Fee Application, Towers Watson incorporates herein by reference its quarterly fee applications for the periods October 29, 2004 through February 3, 2014. Below is a summary of same:

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/Expenses | Dated Filed (DI No.) |
| **Actuarial Consultant to David T. Austern (Former FCR)** | | | | | | | |
| 2/20/06 D.I. 11854 (1st Quarterly) | 10/1/04-12/31/04 | $25,002.00 | $0.00 | $25,002.00 | $0.00 | $0.00 | 3/27/06 D.I. 12121 |
| 2/20/06 D.I. 11855 (2nd Quarterly) | 1/1/05-3/31/05 | $78,723.00 | $270.00 | $78,723.00 | $270.00 | $0.00 | 3/27/06 D.I. 12121 |
| 2/20/06 D.I. 11856 (3rd Quarterly) | 4/1/05-6/30/05 | $432.00 | $0.00 | $432.00 | $0.00 | $0.00 | 3/27/06 D.I. 12121 |
| 2/20/06 D.I. 11857 (4th Quarterly) | 10/1/05-12/31/05 | $12,740.50 | $2,246.00 | $12,740.50 | $2,246.00 | $0.00 | 6/16/06 D.I. 12660 |
| 6/29/06 D.I. 12734 (5th Quarterly) | 1/1/06-3/31/06 | $66,539.00 | $867.40 | $66,539.00 | $867.40 | $0.00 | 9/26/06 D.I. 13298 |
| 8/21/06 D.I. 13026 (6th Quarterly) | 4/1/06-6/30/06 | $31,895.00 | $0.00 | $31,895.00 | $0.00 | $0.00 | 12/19/06 D.I. 14069 |
| 12/15/06 D.I. 14036 (7th Quarterly) | 7/1/06-9/30/06 | $136,782.50 | $632.60 | $136,782.50 | $632.60 | $0.00 | 3/30/07 D.I. 15044 |
| 3/7/07 D.I. 14779 (8th Quarterly) | 10/1/06-12/31/06 | $417,223.00 | $5,326.30 | $417,223.00 | $5,326.30 | $0.00 | 6/20/07 D.I. 16105 |
| 10/1/07 D.I. 16956 (9th Quarterly) | 1/1/07-3/31/07 | $320,162.50 | $10,770.05 | $320,162.50 | $10,770.05 | $0.00 | 9/25/07 D.I. 16916 |

5


| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| **Dated Filed (DI No.)** | **Period Covered** | **Requested Fees** | **Requested Expenses** | **Approved/ Paid Fees** | **Approved/ Paid Expenses** | **Fees/Expenses** | **Dated Filed (DI No.)** |
| 10/1/07 D.I. 16957 (10th Quarterly) | 4/1/07-6/30/07 | $767,204.00 | $6,346.44 | $767,204.00 | $6,346.44 | $0.00 | 12/13/07 D.I. 17629 |
| 1/11/08 D.I. 17800 (11th Quarterly) | 7/1/07-9/30/07 | $679,996.50 | $3,647.52 | $679,996.50 | $3,647.52 | $0.00 | 3/12/08 D.I. 18270 |
| 4/29/08 D.I. 18634 (12th Quarterly) | 10/1/07-12/31/07 | $505,836.00 | $6,110.25 | $505,836.00 | $6,110.25 | $0.00 | 6/23/08 D.I. 18989 |
| 8/4/08 D.I. 19221 (13th Quarterly) | 1/1/28-3/31/08 | $306,891.50 | $10,913.18 | $306,891.50 | $10,913.18 | $0.00 | 10/1/08 D.I. 19663 |
| 10/2/08 D.I. 19692 (14th Quarterly) | 4/1/08-6/30/08 | $87,838.00 | $4,199.58 | $87,838.00 | $4,199.58 | $0.00 | 12/17/08 D.I. 20283 |
| 12/19/08 D.I. 20303 (15th Quarterly) | 7/1/08-9/30/08 | $38,079.50 | $64.95 | $33,975.50 | $64.95 | $0.00 | 4/2/09 D.I. 21173 |
| 4/13/09 D.I. 21253 (16th Quarterly) | 10/1/08-12/31/08 | $34,513.00 | $0.00 | $34,513.00 | $0.00 | $0.00 | 7/7/09 D.I. 22354 |
| 6/25/09 D.I. 22255 (17th Quarterly) | 1/1/09-3/31/09 | $4,167.50 | $0.00 | $4,167.50 | $0.00 | $0.00 | 9/28/09 D.I. 23352 |
| 10/12/09 D.I. 23470 (18th Quarterly) | 4/1/09-6/30/09 | $1,322.50 | $0.00 | $1,322.50 | $0.00 | $0.00 | 12/11/09 D.I. 23996 |
| 2/12/10 D.I. 24280 (19th Quarterly) | 7/1/09-9/30/09 | $5,747.50 | $0.00 | $5,747.50 | $0.00 | $0.00 | 3/19/10 D.I. 24470 |
| 3/2/10 D.I. 24396 (20th Quarterly) | 10/1/09-12/31/09 | $12,933.00 | $0.00 | $12,933.00 | $0.00 | $0.00 | 6/7/10 D.I. 24917 |
| 8/6/10 D.I. 25182 (21st Quarterly) | 1/1/10-3/31/10 | $855.00 | $0.00 | $855.00 | $0.00 | $0.00 | 9/13/10 D.I. 25397 |

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/Expenses | Dated Filed (DI No.) |
| 11/8/10 D.I. 25719 (22nd Quarterly) | 4/1/10-6/30/10 | $21,683.00 | $0.00 | $21,683.00 | $0.00 | $0.00 | 12/10/10 D.I. 25905 |
| 2/19/11 D.I. 26342 (23rd Quarterly) | 7/1/10-9/30/10 | $4,153.50 | $0.00 | $4,153.50 | $0.00 | $0.00 | 3/24/11 D.I. 26623 |
| 1/26/12 D.I. 28426 (24th Quarterly) | 7/1/11-9/30/11 | $8,675.50 | $0.00 | $8,675.50 | $0.00 | $0.00 | 3/23/12 D.I. 28705 |
| 9/19/12 D.I. 29639 (25th Quarterly) | 1/1/12-3/31/12 | $2,567.50 | $0.00 | $2,567.50 | $0.00 | $0.00 | 12/11/12 D.I. 30036 |
| 9/19/12 D.I. 29640 (26th Quarterly) | 4/1/12-6/30/12 | $4,480.50 | $0.00 | $4,480.50 | $0.00 | $0.00 | 12/11/12 D.I. 30036 |
| 11/21/12 D.I. 29924 (27th Quarterly) | 7/1/12-9/30/12 | $60,668.00 | $2,059.69 | $60,555.50 | $2,059.69 | $0.00 | 3/27/13 D.I. 30440 |
| 4/19/13 D.I. 30532 (28th Quarterly) | 10/1/12-12/31/12 | $3,692.50 | $0.00 | $3,692.50 | $0.00 | $0.00 | 7/31/13 D.I. 30907 |
| 11/15/13 D.I. 31345 (29th Quarterly) | 4/1/13-5/16/13 | $1,551.50 | $0.00 | $1,551.50 | $0.00 | $0.00 | 12/17/13 D.I. 31482 |
| **Actuarial Consultant to Roger Frankel (Successor FCR)** | | | | | | | |
| 3/14/14 D.I. 31862 (1st Quarterly) | 11/15/13-12/31/13 | $26,275.50 | $0.00 | $21,020.40 (80% fees paid – approval pending) | $0.00 | $5,255.10 (20% holdback on fees – approval pending) | Set for hearing on May 28, 2014 |
| To Be Considered with this Final Fee Application (2nd Quarterly) | 1/1/14-2/3/14 | $9,240.00 | $0.00 | $7,392.00 (80% fees paid – approval pending) | $0.00 | $1,848.00 (20% holdback on fees – approval pending) | Set for hearing on October 14, 2014 |

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/Expenses | Dated Filed (DI No.) |
| TOTAL: | 10/29/04-2/3/14 | $3,677,871.00 | $53,453.96 | $3,666,551.40 | $53,453.96 | $7,103.10 | -- |

    **A. Second Quarterly Period**

    12. Below is a summary of the monthly fee applications filed by Towers Watson for the Second Quarterly Period, a summary of the time expended by Towers Watson by professional and by project category, as well as a summary of the reasonable and necessary out-of-pocket expenses incurred by Towers Watson during the Second Quarterly Period.

**MONTHLY FEE STATEMENTS FILED FOR SECOND QUARTERLY PERIOD**

| Date Filed (DI No.) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees Paid (80%) | Expenses Paid (100%) |
|---|---|---|---|---|---|
| 2/6/14 D.I. 31822 | 1/1/14-1/31/14 | $9,240.00 | $0.00 | $7,392.00 | $0.00 |
| TOTAL: | 1/1/14-1/31/14 | $9,240.00 | $0.00 | $7,392.00 | $0.00 |

**SUMMARY OF TIME EXPENDED BY PROFESSIONAL DURING SECOND QUARTERLY PERIOD**

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeff Kimble | Consulting Actuary, ACAS, 1998 | $515 | 8.5 | $4,377.50 |
| Steve Lin | Consulting Actuary, FCAS, 2012 | $575 | 2.3 | $1,322.50 |
| Adam Luechtefeld | Analyst | $330 | 0.5 | $165.00 |
| David Wolf | Consulting Actuary, FCAS, 2013 | $450 | 7.5 | $3,375.00 |
| TOTAL: | | | 18.8 | $9,240.00 |
| **Blended Rate: $491.49** | | | | |

## SUMMARY OF COMPENSATION BY
## PROJECT CATEGORY DURING SECOND QUARTERLY PERIOD

| Project Category | Hours | Fees |
|---|---:|---:|
| Data Analysis | 18.8 | $9,240.00 |
| **TOTAL:** | **18.8** | **$9,240.00** |

## SUMMARY OF EXPENSES INCURRED DURING SECOND QUARTERLY PERIOD

| Expense Category | Expenses Requested |
|---|---:|
| No expenses | $0.00 |
| **TOTAL:** | **$0.00** |

B. **Final Fee Period**

13. Below are summaries of the time expended by Towers Watson by professional and by project category, as well as a summary of the reasonable and necessary out-of-pocket expenses incurred by Towers Watson during the Final Fee Period.

## SUMMARY OF TIME EXPENDED BY
## PROFESSIONAL DURING FINAL FEE PERIOD

| Name of Professional | Position of Applicant; No. of Years in Position, Prior Relevant Experience, Year Obtained License, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| **Principals** | | | | |
| Michael E. Angelina | Principal, ACAS, 1993 | $575 | 81.4 | $46,805.00 |
| **Consulting Actuaries** | | | | |
| Matthew Ball | Consulting Actuary, FIA, 2012 | $550<br>$575 | 1.5<br>8.5 | $825.00<br>$4,887.50 |

9

| Name of Professional | Position of Applicant; No. of Years in Position, Prior Relevant Experience, Year Obtained License, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| Jennifer Biggs | Consulting Actuary, FCAS, 1994 | $560 | 16.3 | $9,128.00 |
| | | $575 | 1.5 | $862.50 |
| | | $625 | 1,616.6 | $1,010,375.00 |
| | | $650 | 296.2 | $192,530.00 |
| | | $675 | 9.3 | $6,277.50 |
| | | $690 | 15.1 | $10,419.00 |
| | | $715 | 33.6 | $24,024.00 |
| | | $750 | 2.0 | $1,500.00 |
| Bryan Gillespie | Consulting Actuary, FCAS, 1983 | $400 | 979.8 | $391,920.00 |
| | | $410 | 91.9 | $37,679.00 |
| | | $450 | 1.0 | $450.00 |
| Jeffrey Kimble | Consulting Actuary, ACAS, 1998 | $350 | 2.2 | $770.00 |
| | | $375 | 1,247.8 | $467,925.00 |
| | | $400 | 408.9 | $163,560.00 |
| | | $425 | 33.5 | $14,237.50 |
| | | $450 | 3.0 | $1,350.00 |
| | | $475 | 53.0 | $25,175.00 |
| | | $515 | 35.3 | $18,179.50 |
| Ken Leonard | Consulting Actuary, FCAS, 2007 | $385 | 119.5 | $46,007.50 |
| | | $410 | 1.3 | $533.00 |
| Steve Lin | Consulting Actuary, FCAS, 2012 | $425 | 194.8 | $82,790.00 |
| | | $475 | 36.2 | $17,195.00 |
| | | $525 | 0.5 | $262.50 |
| | | $575 | 6.8 | $3,910.00 |
| Atul Malhotra | Consulting Actuary, FCAS, ACAS, 2001 | $360 | 123.1 | $44,316.00 |
| | | $425 | 51.8 | $22,015.00 |
| Gregory Poirier | Consulting Actuary, FCAS, 2000 | $425 | 12.4 | $5,270.00 |
| David Powell | Consulting Actuary, ACAS, 1972 | $675 | 125.8 | $84,915.00 |
| | | $700 | 5.1 | $3,570.00 |
| Sandy Santomenno | Consulting Actuary, ACAS, 1989 | $550 | 4.0 | $2,200.00 |
| | | $575 | 3.0 | $1,725.00 |

| Name of Professional | Position of Applicant; No. of Years in Position, Prior Relevant Experience, Year Obtained License, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ollie Sherman | Consulting Actuary, FCAS, 1981 | $675<br>$700 | 165.7<br>7.2 | $111,847.50<br>$5,040.00 |
| Russ Sutter | Consulting Actuary, FCAS, 1988 | $485 | 0.7 | $339.50 |
| David Wolf | Consulting Actuary, FCAS, 2013 | $375<br>$450 | 27.8<br>24.0 | $10,425.00<br>$10,800.00 |
| **Analysts/Project Managers/Consultants** | | | | |
| Lisa Balatbat | Project Manager | $400 | 14.0 | $5,600.00 |
| Kathy Boeger | Analyst | $125 | 3.2 | $400.00 |
| Julianne Callaway | Analyst | $270<br>$300<br>$325<br>$330<br>$340<br>$360 | 1.5<br>1,044.7<br>58.8<br>5.0<br>22.5<br>47.5 | $405.00<br>$313,410.00<br>$19,110.00<br>$1,650.00<br>$7,650.00<br>$17,100.00 |
| Melissa Chung | Analyst | $250<br>$295 | 410.0<br>15.8 | $102,500.00<br>$4,661.00 |
| Yan Lap Fung | Analyst | $180<br>$210 | 31.9<br>2.5 | $5,742.00<br>$525.00 |
| Chris Grant | Analyst | $210 | 9.9 | $2,079.00 |
| Rosemary Howell | Analyst | $160 | 3.5 | $560.00 |
| Nicole King | Analyst | $250 | 52.7 | $13,175.00 |
| Lana Leonard | Analyst | $175 | 7.0 | $1,225.00 |
| Adam Luechtefeld | Analyst | $250<br>$260<br>$275<br>$330 | 515.4<br>4.0<br>6.5<br>4.0 | $128,850.00<br>$1,040.00<br>$1,787.50<br>$1,320.00 |

11

| Name of Professional | Position of Applicant; No. of Years in Position, Prior Relevant Experience, Year Obtained License, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Sarah Maune | Analyst | $205 | 1.0 | $205.00 |
| Caroline Muegge | Analyst | $220 | 1.0 | $220.00 |
| Alicia Oliver | Analyst | $150<br>$170<br>$175 | 73.7<br>36.2<br>13.0 | $11,055.00<br>$6,154.00<br>$2,275.00 |
| Brent Petzoldt | Analyst | $100<br>$210<br>$235<br>$240<br>$250<br>$300 | 32.5<br>37.5<br>13.7<br>21.2<br>0.3<br>2.5 | $3,250.00<br>$7,875.00<br>$3,219.50<br>$5,088.00<br>$75.00<br>$750.00 |
| Terry Quackenbush | Analyst | $300 | 14.2 | $4,260.00 |
| Rhamonda Riggins | Analyst | $260<br>$295<br>$305<br>$315<br>$325<br>$330 | 303.7<br>47.7<br>13.4<br>3.5<br>18.5<br>1.5 | $78,962.00<br>$14,071.50<br>$4,087.00<br>$1,102.50<br>$6,012.50<br>$495.00 |
| Liz Scott | Analyst | $180 | 0.2 | $36.00 |
| Andrew Staudt | Analyst | $195 | 2.0 | $390.00 |
| Jennifer Teter | Analyst | $260<br>$305<br>$315 | 7.0<br>12.5<br>1.2 | $1,820.00<br>$3,812.50<br>$378.00 |
| Aaron Tresnak | Analyst | $155 | 7.1 | $1,100.50 |
| Ed Woynich | Consultant | $285 | 22.8 | $6,498.00 |
| Patrick Yu | Analyst | $215 | 17.9 | $3,848.50 |

| Name of Professional | Position of Applicant; No. of Years in Position, Prior Relevant Experience, Year Obtained License, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **TOTAL:** | | | **8,814.3** | **$3,677,870.50**[5] |
| **BLENDED RATE:** | **$417.26** | | | |

## SUMMARY OF COMPENSATION BY
## PROJECT CATEGORY DURING FINAL FEE PERIOD

| Project Category | Hours Billed | Total Fees Requested |
|---|---|---|
| Data Analysis | 8,289.3 | $3,462,539.50 |
| Insurance | 525.0 | $215,331.50 |
| **TOTAL:** | **8,814.3** | **$3,677,871.00**[6] |

---

[5] Due to a mathematical error of $0.50 in a previously filed monthly fee application, this total is $0.50 less than the correct total amount of $3,677,871.00 in fees. In addition, this chart does not include Towers Watson's agreements to reduce its fees in the aggregate amount of $4,216.50 in connection with its 15th and 27th quarterly fee applications, which agreements are reflected in this Court's orders approving Towers Watson's 15th and 27th quarterly fee applications.

[6] This amount does not reflect Towers Watson's agreements to reduce its fees in the aggregate amount of $4,216.50 in connection with its 15th and 27th quarterly fee applications, which agreements are reflected in this Court's orders approving Towers Watson's 15th and 27th quarterly fee applications.

**SUMMARY OF EXPENSES INCURRED DURING FINAL FEE PERIOD**

| Expense Category | Expenses Requested |
|---|---|
| Airfare | $27,633.56 |
| Car Rental | $184.41 |
| Fee for purchase of article | $64.95 |
| Hotel | $7,918.30 |
| Meals | $1,420.38 |
| Mileage | $462.13 |
| Other | $176.56 |
| Parking | $1,099.34 |
| Phone | $4.00 |
| Software fee | $2,183.26 |
| Taxi | $1,586.97 |
| Train | $720.10 |
| Vendor Fee – license for Manville Database | $10,000.00 |
| **TOTAL:** | **$53,453.96** |

14. As set forth in Towers Watson's monthly and quarterly fee applications, in accordance with the factors enumerated in 11 U.S.C. § 330, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of the case, (b) the time expended by Towers Watson on behalf of the FCR, (c) the nature and extent of the services rendered, (d) the value of such services to the FCR, and (e) the costs of comparable services other than in a case under this title.  In addition, the out-of-pocket expenses for which reimbursement is sought were actual, reasonable, and necessary costs incurred by Towers Watson while providing actuarial services in connection with these Chapter 11 Cases.

15. Pursuant to Bankruptcy Rule 2016(b), Towers Watson has not shared and has not agreed to share (a) any compensation it has received with another party or person, or (b) any compensation another person or party has received or may receive in connection with these Chapter 11 Cases.

### Review of Applicable Local Rule

16. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge and belief that this Final Fee Application substantially complies with Rule 2016-2.

### Notice

17. Notice of this Final Fee Application has been served upon the notice parties as specified in the Administrative Order. Towers Watson submits that no other or further notice is required.

### No Prior Request

18. Other than the quarterly and monthly fee applications filed by Towers Watson in these Chapter 11 Cases, no previous application in respect of the relief requested herein has been made to this or any other Court.

WHEREFORE, for all the foregoing reasons, Towers Watson respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit A**, as follows:

(i) awarding it final compensation for services rendered and expenses incurred in connection with its service as actuarial consultants to the Former FCR and Successor FCR in these Chapter 11 Cases from October 29, 2004 through February 3, 2014, in the amount of $3,673,654.50 in fees and $53,453.96 in expenses, for a total award of $3,727,108.46; and

(ii)     granting such other relief as this Court deems just and proper.

        Respectfully submitted,

        TOWERS WATSON DELAWARE INC.

        By: */S/ JEFFREY D. KIMBLE*
            Jeffrey D. Kimble, ACAS, MAAA
            101 S. Hanley Road
            St. Louis, MO 63105
            Telephone:  (314) 719-5843
            Facsimile:   (314) 719-5853

Dated: May 5, 2014