# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (KJC) |
| ) |  |
| Reorganized Debtors. ) | Objection Deadline: July 7, 2014 at 4:00 p.m. |
| ) | Hearing: October 14, 2014 at 10:00 a.m. |

**COVER SHEET TO SECOND QUARTERLY AND FINAL FEE APPLICATION OF TOWERS WATSON DELAWARE INC., ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FORMER ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND ROGER FRANKEL, SUCCESSOR ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE SECOND QUARTERLY PERIOD FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014 AND THE FINAL FEE PERIOD FROM OCTOBER 29, 2004 THROUGH FEBRUARY 3, 2014**

| **Name of Applicant:** | Towers Watson Delaware Inc. ("Towers Watson") |
|---|---|
| **Authorized to Provide Professional Services to:** | • David T. Austern, Former Asbestos Personal Injury Future Claimants' Representative ("Former FCR") from October 29, 2004 through May 16, 2013<br><br>• Roger Frankel, Asbestos Personal Injury Future Claimants' Representative ("Successor FCR") from November 15, 2013 through February 3, 2014[1] |

---

[1] Pursuant to this Court's Order authorizing Roger Frankel's retention of Towers Watson as his actuarial consultant, Towers Watson is authorized to file a single consolidated final fee application covering all of the fees and expenses incurred by Towers Watson in connection with its actuarial services provided to David T. Austern and Roger Frankel [Dkt. No. 31479 ¶ 4].

| Date of Retention: | <ul><li>As actuarial consultants to the Former FCR: As of October 29, 2004, pursuant to Order entered by the Court on December 21, 2004 [Dkt. No. 7254]</li><li>As actuarial consultants to the Successor FCR: As of November 15, 2013, pursuant to this Court's Order entered December 17, 2013 [Dkt. No. 31346]</li></ul> | |
|---|---|---|
| **Periods for which Compensation and Reimbursement is Sought:** | **Second Quarterly Period As Actuarial Consultants to the Successor FCR**: January 1, 2014 through February 3, 2014 | **Final Fee Period As Actuarial Consultants to the Former FCR and Successor FCR:** October 29, 2004 through February 3, 2014 |
| **Total Fees Requested:** | $9,240.00 | $3,673,654.50[2] |
| **Total Expenses Requested:** | $0.00 | $53,453.96[3] |
| **Total Fees & Expenses Requested:** | $9,240.00 | $3,727,108.46 |
| **Total Fees Previously Approved:** | To Be Considered with Final Fee Application | $3,638,139.00 |
| **Total Expenses Previously Approved:** | To Be Considered with Final Fee Application | $53,453.96 |
| **Total Hours:** | 18.8 | 8,814.3 |

---

[2] The total fees requested is equal to the **sum** of all fees previously approved by this Court pursuant to Towers Watson's 1st through 29th quarterly fee applications ($3,638,139.00) **plus** the fees requested in Towers Watson's 1st quarterly fee application for October 1, 2013 through December 31, 2013 ($26,275.50) and Towers Watson's 2nd quarterly fee application for January 1, 2014 through February 3, 2014 ($9,240.00) in connection with actuarial services provided to Roger Frankel as the Successor FCR.

[3] The total expenses requested is equal to the **sum** of all expenses previously approved by this Court pursuant to Towers Watson's 1st through 29th quarterly fee applications. There are no expenses sought in Towers Watson's 1st or 2nd quarterly fee applications for the periods October 1, 2013-December 31, 2013 and January 1, 2014-February 3, 2014, respectively.

## SUMMARY OF QUARTERLY FEE APPLICATIONS FILED DURING THE FINAL FEE PERIOD: OCTOBER 29, 2004 THROUGH FEBRUARY 3, 2014

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/Expenses | Dated Filed (DI No.) |
| **Actuarial Consultant to David T. Austern (Former FCR)** | | | | | | | |
| 2/20/06 D.I. 11854 (1st Quarterly) | 10/1/04-12/31/04 | $25,002.00 | $0.00 | $25,002.00 | $0.00 | $0.00 | 3/27/06 D.I. 12121 |
| 2/20/06 D.I. 11855 (2nd Quarterly) | 1/1/05-3/31/05 | $78,723.00 | $270.00 | $78,723.00 | $270.00 | $0.00 | 3/27/06 D.I. 12121 |
| 2/20/06 D.I. 11856 (3rd Quarterly) | 4/1/05-6/30/05 | $432.00 | $0.00 | $432.00 | $0.00 | $0.00 | 3/27/06 D.I. 12121 |
| 2/20/06 D.I. 11857 (4th Quarterly) | 10/1/05-12/31/05 | $12,740.50 | $2,246.00 | $12,740.50 | $2,246.00 | $0.00 | 6/16/06 D.I. 12660 |
| 6/29/06 D.I. 12734 (5th Quarterly) | 1/1/06-3/31/06 | $66,539.00 | $867.40 | $66,539.00 | $867.40 | $0.00 | 9/26/06 D.I. 13298 |
| 8/21/06 D.I. 13026 (6th Quarterly) | 4/1/06-6/30/06 | $31,895.00 | $0.00 | $31,895.00 | $0.00 | $0.00 | 12/19/06 D.I. 14069 |
| 12/15/06 D.I. 14036 (7th Quarterly) | 7/1/06-9/30/06 | $136,782.50 | $632.60 | $136,782.50 | $632.60 | $0.00 | 3/30/07 D.I. 15044 |
| 3/7/07 D.I. 14779 (8th Quarterly) | 10/1/06-12/31/06 | $417,223.00 | $5,326.30 | $417,223.00 | $5,326.30 | $0.00 | 6/20/07 D.I. 16105 |
| 10/1/07 D.I. 16956 (9th Quarterly) | 1/1/07-3/31/07 | $320,162.50 | $10,770.05 | $320,162.50 | $10,770.05 | $0.00 | 9/25/07 D.I. 16916 |
| 10/1/07 D.I. 16957 (10th Quarterly) | 4/1/07-6/30/07 | $767,204.00 | $6,346.44 | $767,204.00 | $6,346.44 | $0.00 | 12/13/07 D.I. 17629 |

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| **Dated Filed (DI No.)** | **Period Covered** | **Requested Fees** | **Requested Expenses** | **Approved/ Paid Fees** | **Approved/ Paid Expenses** | **Fees/Expenses** | **Dated Filed (DI No.)** |
| 1/11/08 D.I. 17800 (11th Quarterly) | 7/1/07-9/30/07 | $679,996.50 | $3,647.52 | $679,996.50 | $3,647.52 | $0.00 | 3/12/08 D.I. 18270 |
| 4/29/08 D.I. 18634 (12th Quarterly) | 10/1/07-12/31/07 | $505,836.00 | $6,110.25 | $505,836.00 | $6,110.25 | $0.00 | 6/23/08 D.I. 18989 |
| 8/4/08 D.I. 19221 (13th Quarterly) | 1/1/28-3/31/08 | $306,891.50 | $10,913.18 | $306,891.50 | $10,913.18 | $0.00 | 10/1/08 D.I. 19663 |
| 10/2/08 D.I. 19692 (14th Quarterly) | 4/1/08-6/30/08 | $87,838.00 | $4,199.58 | $87,838.00 | $4,199.58 | $0.00 | 12/17/08 D.I. 20283 |
| 12/19/08 D.I. 20303 (15th Quarterly) | 7/1/08-9/30/08 | $38,079.50 | $64.95 | $33,975.50 | $64.95 | $0.00 | 4/2/09 D.I. 21173 |
| 4/13/09 D.I. 21253 (16th Quarterly) | 10/1/08-12/31/08 | $34,513.00 | $0.00 | $34,513.00 | $0.00 | $0.00 | 7/7/09 D.I. 22354 |
| 6/25/09 D.I. 22255 (17th Quarterly) | 1/1/09-3/31/09 | $4,167.50 | $0.00 | $4,167.50 | $0.00 | $0.00 | 9/28/09 D.I. 23352 |
| 10/12/09 D.I. 23470 (18th Quarterly) | 4/1/09-6/30/09 | $1,322.50 | $0.00 | $1,322.50 | $0.00 | $0.00 | 12/11/09 D.I. 23996 |
| 2/12/10 D.I. 24280 (19th Quarterly) | 7/1/09-9/30/09 | $5,747.50 | $0.00 | $5,747.50 | $0.00 | $0.00 | 3/19/10 D.I. 24470 |
| 3/2/10 D.I. 24396 (20th Quarterly) | 10/1/09-12/31/09 | $12,933.00 | $0.00 | $12,933.00 | $0.00 | $0.00 | 6/7/10 D.I. 24917 |
| 8/6/10 D.I. 25182 (21st Quarterly) | 1/1/10-3/31/10 | $855.00 | $0.00 | $855.00 | $0.00 | $0.00 | 9/13/10 D.I. 25397 |
| 11/8/10 D.I. 25719 (22nd Quarterly) | 4/1/10-6/30/10 | $21,683.00 | $0.00 | $21,683.00 | $0.00 | $0.00 | 12/10/10 D.I. 25905 |

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/Expenses | Dated Filed (DI No.) |
| 2/19/11 D.I. 26342 (23rd Quarterly) | 7/1/10- 9/30/10 | $4,153.50 | $0.00 | $4,153.50 | $0.00 | $0.00 | 3/24/11 D.I. 26623 |
| 1/26/12 D.I. 28426 (24th Quarterly) | 7/1/11- 9/30/11 | $8,675.50 | $0.00 | $8,675.50 | $0.00 | $0.00 | 3/23/12 D.I. 28705 |
| 9/19/12 D.I. 29639 (25th Quarterly) | 1/1/12- 3/31/12 | $2,567.50 | $0.00 | $2,567.50 | $0.00 | $0.00 | 12/11/12 D.I. 30036 |
| 9/19/12 D.I. 29640 (26th Quarterly) | 4/1/12- 6/30/12 | $4,480.50 | $0.00 | $4,480.50 | $0.00 | $0.00 | 12/11/12 D.I. 30036 |
| 11/21/12 D.I. 29924 (27th Quarterly) | 7/1/12- 9/30/12 | $60,668.00 | $2,059.69 | $60,555.50 | $2,059.69 | $0.00 | 3/27/13 D.I. 30440 |
| 4/19/13 D.I. 30532 (28th Quarterly) | 10/1/12- 12/31/12 | $3,692.50 | $0.00 | $3,692.50 | $0.00 | $0.00 | 7/31/13 D.I. 30907 |
| 11/15/13 D.I. 31345 (29th Quarterly) | 4/1/13- 5/16/13 | $1,551.50 | $0.00 | $1,551.50 | $0.00 | $0.00 | 12/17/13 D.I. 31482 |
| **Actuarial Consultant to Roger Frankel (Successor FCR)** | | | | | | | |
| 3/14/14 D.I. 31862 (1st Quarterly) | 11/15/13- 12/31/13 | $26,275.50 | $0.00 | $21,020.40 (80% fees paid – approval pending) | $0.00 | $5,255.10 (20% holdback on fees – approval pending) | Set for hearing on May 28, 2014 |
| To Be Considered with this Final Fee Application (2nd Quarterly) | 1/1/14- 2/3/14 | $9,240.00 | $0.00 | $7,392.00 (80% fees paid – approval pending) | $0.00 | $1,848.00 (20% holdback on fees – approval pending) | Set for hearing on October 14, 2014 |
| **TOTAL:** | 10/29/04- 2/3/14 | **$3,677,871.00** | **$53,453.96** | **$3,666,551.40** | **$53,453.96** | **$7,103.10** | -- |

# SUMMARIES RELATING TO SECOND QUARTERLY PERIOD: JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014

### MONTHLY FEE STATEMENTS FILED FOR SECOND QUARTERLY PERIOD

| Date Filed (DI No.) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees Paid (80%) | Expenses Paid (100%) |
|---|---|---|---|---|---|
| 2/6/14 D.I. 31822 | 1/1/14-1/31/14 | $9,240.00 | $0.00 | $7,392.00 | $0.00 |
| **TOTAL:** | 1/1/14-1/31/14 | **$9,240.00** | **$0.00** | **$7,392.00** | **$0.00** |

### SUMMARY OF TIME EXPENDED BY PROFESSIONAL DURING SECOND QUARTERLY PERIOD

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeff Kimble | Consulting Actuary, ACAS, 1998 | $515 | 8.5 | $4,377.50 |
| Steve Lin | Consulting Actuary, FCAS, 2012 | $575 | 2.3 | $1,322.50 |
| Adam Luechtefeld | Analyst | $330 | 0.5 | $165.00 |
| David Wolf | Consulting Actuary, FCAS, 2013 | $450 | 7.5 | $3,375.00 |
| **TOTAL:** | | | **18.8** | **$9,240.00** |
| **Blended Rate: $491.49** | | | | |

### SUMMARY OF COMPENSATION BY PROJECT CATEGORY DURING SECOND QUARTERLY PERIOD

| Project Category | Hours | Fees |
|---|---|---|
| Data Analysis | 18.8 | $9,240.00 |
| **TOTAL:** | **18.8** | **$9,240.00** |

## SUMMARY OF EXPENSES INCURRED DURING SECOND QUARTERLY PERIOD

| Expense Category | Expenses Requested |
|---|---|
| No expenses | $0.00 |
| **TOTAL:** | **$0.00** |

## SUMMARIES RELATING TO FINAL FEE PERIOD: OCTOBER 29, 2004 THROUGH FEBRUARY 3, 2014

### SUMMARY OF TIME EXPENDED BY PROFESSIONAL DURING FINAL FEE PERIOD

| Name of Professional | Position of Applicant; No. of Years in Position, Prior Relevant Experience, Year Obtained License, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Principals** | | | | |
| Michael E. Angelina | Principal, ACAS, 1993 | $575 | 81.4 | $46,805.00 |
| **Consulting Actuaries** | | | | |
| Matthew Ball | Consulting Actuary, FIA, 2012 | $550<br>$575 | 1.5<br>8.5 | $825.00<br>$4,887.50 |
| Jennifer Biggs | Consulting Actuary, FCAS, 1994 | $560<br>$575<br>$625<br>$650<br>$675<br>$690<br>$715<br>$750 | 16.3<br>1.5<br>1,616.6<br>296.2<br>9.3<br>15.1<br>33.6<br>2.0 | $9,128.00<br>$862.50<br>$1,010,375.00<br>$192,530.00<br>$6,277.50<br>$10,419.00<br>$24,024.00<br>$1,500.00 |
| Bryan Gillespie | Consulting Actuary, FCAS, 1983 | $400<br>$410<br>$450 | 979.8<br>91.9<br>1.0 | $391,920.00<br>$37,679.00<br>$450.00 |

| Name of Professional | Position of Applicant; No. of Years in Position, Prior Relevant Experience, Year Obtained License, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jeffrey Kimble | Consulting Actuary, ACAS, 1998 | $350 | 2.2 | $770.00 |
| | | $375 | 1,247.8 | $467,925.00 |
| | | $400 | 408.9 | $163,560.00 |
| | | $425 | 33.5 | $14,237.50 |
| | | $450 | 3.0 | $1,350.00 |
| | | $475 | 53.0 | $25,175.00 |
| | | $515 | 35.3 | $18,179.50 |
| Ken Leonard | Consulting Actuary, FCAS, 2007 | $385 | 119.5 | $46,007.50 |
| | | $410 | 1.3 | $533.00 |
| Steve Lin | Consulting Actuary, FCAS, 2012 | $425 | 194.8 | $82,790.00 |
| | | $475 | 36.2 | $17,195.00 |
| | | $525 | 0.5 | $262.50 |
| | | $575 | 6.8 | $3,910.00 |
| Atul Malhotra | Consulting Actuary, FCAS, ACAS, 2001 | $360 | 123.1 | $44,316.00 |
| | | $425 | 51.8 | $22,015.00 |
| Gregory Poirier | Consulting Actuary, FCAS, 2000 | $425 | 12.4 | $5,270.00 |
| David Powell | Consulting Actuary, ACAS, 1972 | $675 | 125.8 | $84,915.00 |
| | | $700 | 5.1 | $3,570.00 |
| Sandy Santomenno | Consulting Actuary, ACAS, 1989 | $550 | 4.0 | $2,200.00 |
| | | $575 | 3.0 | $1,725.00 |
| Ollie Sherman | Consulting Actuary, FCAS, 1981 | $675 | 165.7 | $111,847.50 |
| | | $700 | 7.2 | $5,040.00 |
| Russ Sutter | Consulting Actuary, FCAS, 1988 | $485 | 0.7 | $339.50 |
| David Wolf | Consulting Actuary, FCAS, 2013 | $375 | 27.8 | $10,425.00 |
| | | $450 | 24.0 | $10,800.00 |
| **Analysts/Project Managers/Consultants** | | | | |
| Lisa Balatbat | Project Manager | $400 | 14.0 | $5,600.00 |
| Kathy Boeger | Analyst | $125 | 3.2 | $400.00 |

8

| Name of Professional | Position of Applicant; No. of Years in Position, Prior Relevant Experience, Year Obtained License, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Julianne Callaway | Analyst | $270<br>$300<br>$325<br>$330<br>$340<br>$360 | 1.5<br>1,044.7<br>58.8<br>5.0<br>22.5<br>47.5 | $405.00<br>$313,410.00<br>$19,110.00<br>$1,650.00<br>$7,650.00<br>$17,100.00 |
| Melissa Chung | Analyst | $250<br>$295 | 410.0<br>15.8 | $102,500.00<br>$4,661.00 |
| Yan Lap Fung | Analyst | $180<br>$210 | 31.9<br>2.5 | $5,742.00<br>$525.00 |
| Chris Grant | Analyst | $210 | 9.9 | $2,079.00 |
| Rosemary Howell | Analyst | $160 | 3.5 | $560.00 |
| Nicole King | Analyst | $250 | 52.7 | $13,175.00 |
| Lana Leonard | Analyst | $175 | 7.0 | $1,225.00 |
| Adam Luechtefeld | Analyst | $250<br>$260<br>$275<br>$330 | 515.4<br>4.0<br>6.5<br>4.0 | $128,850.00<br>$1,040.00<br>$1,787.50<br>$1,320.00 |
| Sarah Maune | Analyst | $205 | 1.0 | $205.00 |
| Caroline Muegge | Analyst | $220 | 1.0 | $220.00 |
| Alicia Oliver | Analyst | $150<br>$170<br>$175 | 73.7<br>36.2<br>13.0 | $11,055.00<br>$6,154.00<br>$2,275.00 |
| Brent Petzoldt | Analyst | $100<br>$210<br>$235<br>$240<br>$250<br>$300 | 32.5<br>37.5<br>13.7<br>21.2<br>0.3<br>2.5 | $3,250.00<br>$7,875.00<br>$3,219.50<br>$5,088.00<br>$75.00<br>$750.00 |

| Name of Professional | Position of Applicant; No. of Years in Position, Prior Relevant Experience, Year Obtained License, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Terry Quackenbush | Analyst | $300 | 14.2 | $4,260.00 |
| Rhamonda Riggins | Analyst | $260<br>$295<br>$305<br>$315<br>$325<br>$330 | 303.7<br>47.7<br>13.4<br>3.5<br>18.5<br>1.5 | $78,962.00<br>$14,071.50<br>$4,087.00<br>$1,102.50<br>$6,012.50<br>$495.00 |
| Liz Scott | Analyst | $180 | 0.2 | $36.00 |
| Andrew Staudt | Analyst | $195 | 2.0 | $390.00 |
| Jennifer Teter | Analyst | $260<br>$305<br>$315 | 7.0<br>12.5<br>1.2 | $1,820.00<br>$3,812.50<br>$378.00 |
| Aaron Tresnak | Analyst | $155 | 7.1 | $1,100.50 |
| Ed Woynich | Consultant | $285 | 22.8 | $6,498.00 |
| Patrick Yu | Analyst | $215 | 17.9 | $3,848.50 |
| **TOTAL:** | | | 8,814.3 | $3,677,870.50[4] |
| **BLENDED RATE:** | $417.26 | | | |

---

[4] Due to a mathematical error of $0.50 in a previously filed monthly fee application, this total is $0.50 less than the correct total amount of $3,677,871.00 in fees. In addition, this chart does not include Towers Watson's agreements to reduce its fees in the aggregate amount of $4,216.50 in connection with its 15th and 27th quarterly fee applications, which agreements are reflected in this Court's orders approving Towers Watson's 15th and 27th quarterly fee applications.

## SUMMARY OF COMPENSATION BY
## PROJECT CATEGORY DURING FINAL FEE PERIOD

| Project Category | Hours Billed | Total Fees Requested |
|---|---:|---:|
| Data Analysis | 8,289.3 | $3,462,539.50 |
| Insurance | 525.0 | $215,331.50 |
| **TOTAL:** | **8,814.3** | **$3,677,871.00[5]** |

## SUMMARY OF EXPENSES INCURRED DURING FINAL FEE PERIOD

| Expense Category | Expenses Requested |
|---|---:|
| Airfare | $27,633.56 |
| Car Rental | $184.41 |
| Fee for purchase of article | $64.95 |
| Hotel | $7,918.30 |
| Meals | $1,420.38 |
| Mileage | $462.13 |
| Other | $176.56 |
| Parking | $1,099.34 |
| Phone | $4.00 |
| Software fee | $2,183.26 |
| Taxi | $1,586.97 |
| Train | $720.10 |
| Vendor Fee – license for Manville Database | $10,000.00 |
| **TOTAL:** | **$53,453.96** |

---

[5] This amount does not reflect agreements by Towers Watson to reduce its fees in the aggregate amount of $4,216.50 in connection with its 15th and 27th quarterly fee applications, which agreements are reflected in this Court's orders approving Towers Watson's 15th and 27th quarterly fee applications.

       Respectfully submitted,

       TOWERS WATSON DELAWARE INC.

       By: */S/ JEFFREY D. KIMBLE*
            Jeffrey D. Kimble, ACAS, MAAA
            101 S. Hanley Road
            St. Louis, MO 63105
            Telephone:  (314) 719-5843
            Facsimile:   (314) 719-5853

Dated: May 5, 2014