**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (KJC)** |
| | ) | |
| **Reorganized Debtors.** | ) | |
| | ) | |

---

## VERIFICATION

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**

Jeffrey D. Kimble, after being duly sworn according to law, deposes and says:

1.      I am an actuarial consultant with Towers Watson Delaware Inc. ("Towers Watson").

2.      I am familiar with the services performed by Towers Watson as set forth in the Final Fee Application of Towers Watson (the "Final Fee Application").

3.      I have reviewed the Final Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, as amended, dated April 17, 2002, and I believe the Final Fee Application to be in compliance therewith.


*/S/ JEFFREY D. KIMBLE*
JEFFREY D. KIMBLE

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 5TH DAY OF MAY 2014

*/S/ DIANA M. NIEMEYER*
Notary Public

My commission expires: 4-25-17