# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | Objection Date: July 7, 2014 at 4:00 p.m. |
| | ) | Hearing: October 14, 2014 at 10:00 a.m. |

**COVER SHEET TO FINAL FEE APPLICATION OF THE ESTATE OF DAVID T. AUSTERN, FORMER ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, BY HIS PERSONAL REPRESENTATIVE, FOR (I) ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 24, 2004 THROUGH JUNE 30, 2012 AND (II) WAIVER OF CERTIFICATION REQUIREMENT OF LOCAL RULE 2016-2(G)**

| | |
|---|---|
| Name of Applicant: | The Estate of David T. Austern, Former Asbestos PI Future Claimants' Representative (the "Former FCR"), By His Personal Representative |
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al. |
| Date of Retention: | As of May 24, 2004 |
| Period for which compensation is sought: | May 24, 2004 through June 30, 2012 (the "Final Fee Period") |
| Amount of Final Compensation (100%) sought as actual, reasonable, and necessary: | $ 332,700.00[1] |
| Amount of Final Expense Reimbursement sought as actual, reasonable and necessary: | $ 19,209.39[2] |
| Total Final Fee Period Fees and Expenses: | $ 351,909.39 |

This is a:      ____ monthly          ____ interim          __X__ final application.

---

[1] The amount of final compensation sought is equal to the sum of all fees previously approved by this Court for the Former FCR's First Quarterly Fee Application (May 24, 2004 – June 30, 2004) through his Thirty-First Quarterly Fee Application (April 1, 2012 – June 30, 2012).

[2] The amount of final expense reimbursement sought is equal to the sum of all expenses previously approved by this Court for the Former FCR's First Quarterly Fee Application (May 24, 2004 – June 30, 2004) through his Thirty-First Quarterly Fee Application (April 1, 2012 – June 30, 2012).

## QUARTERLY FEE APPLICATIONS FILED DURING THE FINAL FEE PERIOD

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses | | Holdback Requested | CNO or COC | Approval Order |
|---|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Requested Fees | Dated Filed (DI No.) | Dated Filed (DI No.) |
| 10/22/04 D.I. 6698 (1st Quarterly) | 5/24/04-6/30/04 | $8,950.00 | $28.00 | $8,950.00 | $28.00 | $0.00 | 12/10/04 D.I. 7138 | 1/26/04 D.I. 7622 |
| 11/15/04 D.I. 6917 (2nd Quarterly) | 7/1/04-9/30/04 | $16,150.00 | $273.00 | $16,150.00 | $273.00 | $0.00 | 3/9/05 D.I. 7996 | 3/22/05 D.I. 8081 |
| 2/23/05 D.I. 7868 (3rd Quarterly) | 10/1/04-12/31/04 | $21,300.00 | $53.00 | $21,300.00 | $53.00 | $0.00 | 6/14/05 D.I. 8613 | 6/29/05 D.I. 8728 |
| 5/23/05 D.I. 8482 (4th Quarterly) | 1/1/05-3/31/05 | $2,400.00 | $0.00 | $2,400.00 | $0.00 | $0.00 | 9/15/05 D.I. 9419 | 9/27/05 D.I. 9513 |
| 11/11/05 D.I. 11047 (5th Quarterly) | 4/1/05-6/30/05 | $2,100.00 | $0.00 | $2,100.00 | $0.00 | $0.00 | 12/5/05 D.I. 11253 | 12/21/05 D.I. 11402 |
| 4/18/06 D.I. 12257 (6th Quarterly) | 7/1/05-9/30/05 | $400.00 | $0.00 | $400.00 | $0.00 | $0.00 | 12/5/05 D.I. 12593 | 6/20/07 D.I. 16105 |
| 4/18/06 D.I. 12258 (7th Quarterly) | 10/1/05-12/31/05 | $3,900.00 | $0.00 | $3,900.00 | $0.00 | $0.00 | 6/6/06 D.I. 12594 | 6/16/06 D.I. 12660 |
| 5/9/06 D.I. 12384 (8th Quarterly) | 1/1/06-3/31/06 | $12,100.00 | $1,377.45 | $12,100.00 | $1,377.45 | $0.00 | 6/6/06 D.I. 12595 | 9/26/06 D.I. 13298 |
| 10/30/06 D.I. 13524 (9th Quarterly) | 4/1/06-6/30/06 | $10,550.00 | $1,403.20 | $10,550.00 | $1,403.20 | $0.00 | 12/11/06 D.I. 13990 | 12/19/06 D.I. 14069 |
| 12/11/06 D.I. 13986 (10th Quarterly) | 7/1/06-9/30/06 | $7,050.00 | $222.48 | $7,050.00 | $222.48 | $0.00 | 3/27/07 D.I. 14990 | 3/30/07 D.I. 15044 |
| 2/21/07 D.I. 14631 (11th Quarterly) | 10/1/06-12/31/06 | $13,750.00 | $0.00 | $13,750.00 | $0.00 | $0.00 | 6/15/07 D.I. 16052 | 6/20/07 D.I. 16105 |
| 10/5/07 D.I. 17007 (12th Quarterly) | 1/1/07-3/31/07 | $15,000.00 | $473.80 | $15,000.00 | $473.80 | $0.00 | 9/17/07 D.I. 16850 | 9/25/07 D.I. 16916 |

2

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses | | Holdback Requested | CNO or COC | Approval Order |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Requested Fees | Dated Filed (DI No.) | Dated Filed (DI No.) |
| 10/5/07 D.I. 17008 (13th Quarterly) | 4/1/07-6/30/07 | $8,900.00 | $0.00 | $8,900.00 | $0.00 | $0.00 | 12/7/07 D.I. 17579 | 12/13/07 D.I. 17629 |
| 1/11/08 D.I. 17799 (14th Quarterly) | 7/1/07-9/30/07 | $18,650.00 | $1,499.89 | $18,650.00 | $1,499.89 | $0.00 | 3/4/08 D.I. 18197 | 3/12/08 D.I. 18270 |
| 4/29/08 D.I. 18632 (15th Quarterly) | 10/1/07-12/31/07 | $20,500.00 | $1,557.27 | $20,500.00 | $1,268.27 | $0.00 | Not filed | 6/23/08 D.I. 18989 |
| 8/4/08 D.I. 19220 (16th Quarterly) | 1/1/08-3/31/08 | $29,300.00 | $3,527.13 | $29,300.00 | $3,527.13 | $0.00 | 9/25/08 D.I. 19619 | 10/1/08 D.I. 19663 |
| 10/13/08 D.I. 19733 (17th Quarterly) | 4/1/08-6/30/08 | $10,850.00 | $1,099.52 | $10,850.00 | $1,099.52 | $0.00 | 12/12/08 D.I. 20264 | 12/17/08 D.I. 20283 |
| 1/15/09 D.I. 20524 (18th Quarterly) | 7/1/08-9/30/08 | $16,750.00 | $2,203.00 | $16,750.00 | $2,203.00 | $0.00 | 3/3/09 D.I. 21164 | 4/2/09 D.I. 21173 |
| 4/13/09 D.I. 21251 (19th Quarterly) | 10/1/08-12/31/08 | $12,250.00 | $0.00 | $12,250.00 | $0.00 | $0.00 | 6/26/09 D.I. 22258 | 7/7/09 D.I. 22354 |
| 7/24/09 D.I. 22621 (20th Quarterly) | 1/1/09-3/31/09 | $9,300.00 | $0.00 | $9,300.00 | $0.00 | $0.00 | 9/22/09 D.I. 23315 | 9/28/09 D.I. 23352 |
| 11/11/09 D.I. 23729 (21st Quarterly) | 4/1/09-6/30/09 | $32,800.00 | $1,166.43 | $32,800.00 | $1,166.43 | $0.00 | 12/8/09 D.I. 23965 | 12/11/09 D.I. 23996 |
| 2/12/10 D.I. 24279 (22nd Quarterly) | 7/1/09-9/30/09 | $37,850.00 | $2,246.92 | $37,850.00 | $2,148.92 | $0.00 | 3/15/10 D.I. 24448 | 3/19/10 D.I. 24470 |
| 8/6/10 D.I. 25810 (23rd Quarterly) | 1/1/10-3/31/10 | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $0.00 | 9/10/10 D.I. 25393 | 9/13/10 D.I. 25937 |
| 8/6/10 D.I. 25181 (24th Quarterly) | 4/1/10-6/30/10 | $1,900.00 | $0.00 | $1,900.00 | $0.00 | $0.00 | 12/6/10 D.I. 25866 | 12/10/10 D.I. 25905 |

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses | | Holdback Requested | CNO or COC | Approval Order |
|---|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Requested Fees | Dated Filed (DI No.) | Dated Filed (DI No.) |
| 3/25/11 D.I. 26631 (25th Quarterly) | 10/1/10- 12/31/10 | $1,800.00 | $724.90 | $1,800.00 | $724.90 | $0.00 | 6/28/11 D.I. 27178 | 6/30/11 D.I. 27188 |
| 8/16/11 D.I. 27446 (26th Quarterly) | 1/1/11- 3/31/11 | $3,200.00 | $824.40 | $3,200.00 | $824.40 | $0.00 | 9/19/11 D.I. 27620 | 9/20/11 D.I. 27622 |
| 8/16/11 D.I. 27441 (27th Quarterly) | 4/1/11- 6/30/11 | $2,950.00 | $0.00 | $2,950.00 | $0.00 | $0.00 | 12/12/11 D.I. 28143 | 12/13/11 D.I. 28150 |
| 1/26/12 D.I. 28425 (28th Quarterly) | 7/1/11- 9/30/11 | $3,150.00 | $0.00 | $3,150.00 | $0.00 | $0.00 | 3/12/12 D.I. 28658 | 3/23/12 D.I. 28705 |
| 3/27/12 D.I. 28725 (29th Quarterly) | 10/1/11- 12/31/11 | $1,750.00 | $0.00 | $1,750.00 | $0.00 | $0.00 | 6/11/12 D.I. 29040 | 6/14/12 D.I. 29054 |
| 9/20/12 D.I. 29643 (30th Quarterly) | 1/1/12- 3/31/12 | $2,900.00 | $441.00 | $2,900.00 | $441.00 | $0.00 | 12/10/12 D.I. 30020 | 12/11/12 D.I. 30036 |
| 9/20/12 D.I. 29644 (31st Quarterly) | 4/1/12- 6/30/12 | $3,150.00 | $475.00 | $3,150.00 | $475.00 | $0.00 | 12/10/12 D.I. 30020 | 12/11/12 D.I. 30036 |
| TOTAL: | 5/24/04- 6/30/12 | **$332,700.00** | **$19,596.39** | **$332,700.00** | **$19,209.39** | $0.00 | -- | -- |

4

## SUMMARY OF TIME EXPENDED
## BY THE FORMER FCR DURING THE FINAL FEE PERIOD

| Name of Professional | Position of the Applicant | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Asbestos Personal Injury Future Claimants' Representative | $500.00 | 670.90 | $332,700.00[3] |
| **Blended Rate:** | **$495.90** | | | |

## SUMMARY OF FEES INCURRED BY
## PROJECT CATEGORY DURING THE FINAL FEE PERIOD

| Project Category | Hours Billed | Total Fees Requested |
|---|---|---|
| Case Administration | 22.0 | $11,000.00 |
| Claims | 6.3 | $3,150.00 |
| Due Diligence | 1.1 | $550.00 |
| Insurance | 62.5 | $31,250.00 |
| Litigation | 261.0 | $129,750.00 |
| Plan and Disclosure Statement | 239.0 | $119,500.00 |
| Retention of Professionals | 9.0 | $4,500.00 |
| Travel (Non-Working) – Hours billed were reduced by one-half and billed at full hourly rate ($500/hr) | 21.2 | $10,600.00 |
| Travel (Non-Working) – No reduction in hours billed but hourly rate was reduced by one-half ($250/hr) | 8.0 | $2,000.00 |
| Trust Distribution Procedures | 40.8 | $20,400.00 |
| **TOTAL:** | **670.9** | **$332,700.00** |

---

[3] This amount includes a reduction of $2,000.00 for non-working travel, which was billed at one-half the hourly rate.

5

## SUMMARY OF EXPENSES INCURRED DURING THE FINAL FEE PERIOD

| Expense Category | Expenses Requested/Approved |
|---|---:|
| Hotels | $3,276.02 |
| Meals | $75.00 |
| Parking | $683.00 |
| Travel – Airfare, Train, Mileage | $14,088.69 |
| Travel – Taxi | $1,473.68 |
| **TOTAL:** | **Expenses Requested: $19,596.39** <br><br> **Expenses Approved: $19,209.39**[4] |

Dated: May 5, 2014            Respectfully submitted,

*/S/ MARILYN AUSTERN*
Marilyn Austern
c/o Earl Colson, Esquire
Arent Fox LLP
1717 K Street, N.W.
Washington, D.C. 20036
Telephone:  (202) 857-6000
Facsimile:   (202) 857-6395

*Personal Representative of the Estate of*
*David T. Austern, Former FCR*

---

[4] The Former FCR agreed to reduce his expenses in the aggregate amount of $387.00 in connection with his 15th and 22nd quarterly fee applications.