# EXHIBIT A

# PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u>, | ) ) ) | Case No. 01-1139 (KJC) |
| Reorganized Debtors. | ) ) |  |

**ORDER GRANTING FINAL FEE APPLICATION OF THE ESTATE OF DAVID T. AUSTERN, FORMER ASBESTOS PI  FUTURE CLAIMANTS' REPRESENTATIVE, BY HIS PERSONAL REPRESENTATIVE, FOR (I) ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 24, 2004 THROUGH JUNE 30, 2012 AND (II) WAIVER OF <u>CERTIFICATION REQUIREMENT OF LOCAL RULE 2016-2(G)</u>**

The estate of David T. Austern (the "Personal Representative"), the former asbestos personal injury future claimants' representative appointed in the above-captioned cases (the "Former FCR"), by his personal representative, filed a final fee application for the final award of compensation and reimbursement of expenses from May 24, 2004 through June 30, 2012 (the "Final Fee Application").  The Court has reviewed the Final Fee Application and finds that:

(a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

(b) notice of the Final Fee Application, and any hearing on the Final Fee Application, was adequate under the circumstances;

(c) all persons with standing have been afforded the opportunity to be heard on the Final Fee Application; and

(d) good cause exists to waive the certification requirement of Rule 2016-2(g) of the Local Rules of the United States Bankruptcy Court for the District of Delaware.

2

Accordingly, it is hereby ORDERED that the Final Fee Application is GRANTED, awarding final compensation for services rendered and expenses incurred by the Former FCR from May 24, 2004 through June 30, 2012 in the amount of $332,700.00 in fees and $19,209.39 in expenses, for a total award of $351,909.39.

Dated: _____

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

2