**Exhibit I**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**AFFIDAVIT**

STATE OF NEW JERSEY  )
                     ) ss:
COUNTY OF BERGEN     )

   EDWIN N. ORDWAY, JR., being duly sworn, deposes and says:

   1.  I am a member and the manager of Capstone Advisory Group, LLC, ("Capstone"), and I am duly authorized to make this affidavit on behalf of Capstone. Capstone provides financial consulting services for restructuring matters and has its principal office at Park 80 West, 250 Pehle Avenue, Suite 105, Saddle Brook, New Jersey. Capstone has provided financial consulting services to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and sixty-one of its domestic subsidiaries and affiliates which are debtors and debtors-in-possession before this Court.

   2.  This affidavit is submitted pursuant to Bankruptcy Rule 2016(a) in support of Capstone's Forty-First Quarterly and Final application for compensation for services and for reimbursement of expenses for services rendered during the period from January 1, 2014 through February 3, 2014 in the aggregate amount of $28,337.00 none of which has yet been paid, and for final approval and payment of compensation for services and reimbursement of expenses rendered during the period from April 20, 2001 through February 3, 2014[6].

   3.  All services for which compensation is requested by Capstone were professional services performed for and on behalf of the Committee from April 20, 2001 through and including February 3, 2014 and not on behalf of any other person.

---

[6] The Fee Applications and Invoices task code includes time incurred after February 3, 2014 to prepare and finalize the Forty-First Quarterly and Final Fee Application.

4.  In accordance with Title 18 U.S.C. Section 155, neither I nor any employee of my firm has entered into any agreement, express or implied, with any other party-in-interest for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' assets.

5.  No promises have been received by Capstone nor any member or employee thereof as to payment or compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.  Neither Capstone nor any of its members, employees or independent contractors has entered into an agreement or understanding to share compensation with any other entity as described in Bankruptcy Rule 2016.

/s/ Edwin N. Ordway, Jr.

EDWIN N. ORDWAY, JR.

Sworn to before me this
5th day of May, 2014

/s/ Michelle Lutkowski

Michelle Lutkowski

Notary Public of Morris County

Commission expires March 25, 2016