# EXHIBIT 1
# WELLS G&H SITE



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
Region 1
5 Post Office Square, Suite 100
Boston, MA 02109-3912

<u>VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED</u>

May 5, 2014

Lydia Duff, Senior Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Re:   Wells G&H Superfund Site, EPA Oversight Bill for **OU1, W.R. Grace Source Area Property Allocable Costs** – issued to W.R. Grace & Company (and/or filed as a protective administrative expense claim).

Dear Ms. Duff:

The enclosed bill is for costs the United States Environmental Protection Agency (EPA) has incurred for certain response activities at the Wells G&H Superfund Site in Woburn, Massachusetts (the "Site") under the authority of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), 42 U.S.C. § 9601 et seq., and the October 9, 1991 Consent Decree entered by the Court in *United States v. Wildwood Conservation Corporation, et al.* (Civil Action No. 1:91cv11807). As you know, W.R. Grace & Co. (Grace) reimbursed EPA for a portion of its post-petition response costs incurred through September 30, 2005 pursuant to the Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters, which was approved by the Bankruptcy Court on June 2, 2008 (Docket No. 18847) (the "Settlement Agreement").

This bill concerns OU1 EPA oversight costs in the amount of $781,634.35, all of which are allocable to the Grace source area property for the time period from October 1, 2005 through February 3, 2014. As specified in the 1991 Consent Decree, the settling defendants are individually responsible for any OU1 oversight costs that can be allocated to specific source area properties (see Paragraph 47). The costs included in the attached bill fall into this category.

Note that this bill includes interest, at the applicable Superfund statutory interest rate, from the time of incurrence of EPA's costs. 42 U.S.C. 9607(a). According to the terms of the Site Consent Decree, payment is due within 30 days of your receipt of this bill.

EPA reserves the right to seek additional interest on late payments, in accordance with Paragraph 48 of the 1991 Consent Decree. Further, in accordance with the terms of the Consent Decree, EPA can seek stipulated penalties as a result of this non-compliance. You should contact Lori

Weidner at (513) 487-2125 if you wish to submit your payment via electronic wire transfer or Federal Express, to ensure that it is received by the due date.

It is the position of the United States that the costs set forth in this bill were not discharged, impaired or affected in any way by Grace's bankruptcy per Paragraph 12(a)(1) of the Settlement Agreement. However, in an abundance of caution, the United States has or intends to file a protective administrative expense claim for these same costs. In other words, the protective administrative expense claim is being filed in the event that the Bankruptcy Court disagrees with the United States' interpretation of Paragraph 12(a)(1) and determines that the Bankruptcy Court's administrative expense claim procedural requirements apply to these costs. If so, then costs set forth in this bill will be handled under the administrative expense process in the bankruptcy and this bill should be considered merely informational in nature.

Please contact Cindy Lewis, Senior Enforcement Counsel, at (617) 918-1889, to request additional time to pay, or to schedule a meeting to discuss this matter.

Sincerely,

Robert G. Cianciarulo, Chief
Massachusetts Superfund Section

cc:  Joseph LeMay, EPA
     Cynthia Lewis, EPA
     Joan Buonopane, EPA
     Addie Fiske, DOJ
     James Freeman, DOJ
     Clayton Smith, OU1 Coordinator for Grace



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
Region 1
5 Post Office Square, Suite 100
Boston, MA  02109-3912

<u>VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED</u>

May 5, 2014

Gregory Bibler, Esquire
Goodwin Procter LLP
53 State Street
Boston, MA 02109

Jay Stewart, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Franklin Stearns, Esquire
Kirkpatrick & Lockhart Gates LLP
One Lincoln Street
Boston, MA 02111

Lydia Duff, Senior Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Re:  Wells G&H Superfund Site EPA Oversight Bill for **OU1 Non-Allocable Costs incurred from 2005-2014** – Issued jointly and severally to Grace, UniFirst, Beatrice and NEP companies.

Dear Madam and Sirs:

The enclosed bill is for costs the United States Environmental Protection Agency (EPA) has incurred for certain response activities at the Wells G&H Superfund Site in Woburn, Massachusetts (the "Site") under the authority of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), 42 U.S.C. § 9601 et seq., and the October 9, 1991 Consent Decree entered by the Court in *United States v. Wildwood Conservation Corporation, et al.* (Civil Action No. 1:91cv11807). W.R. Grace & Co. (Grace) reimbursed EPA for a portion of its post-petition response costs incurred through September 30, 2005 pursuant to the Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters, which was approved by the Bankruptcy Court on June 2, 2008 (Docket No. 18847) (the

"Settlement Agreement"). The other recipients of this bill, also Settling Defendants in the 1991 Consent Decree, will receive a separate bill for the costs EPA incurred at the Site through September 30, 2005 that were not reimbursed by Grace pursuant to the bankruptcy Settlement Agreement.

This bill concerns OU1 EPA oversight costs in the amount of $1,063,761.30, all of which are not allocable to a particular party or property source area for the time period from October 1, 2005 through February 3, 2014. As specified in the 1991 Consent Decree, the settling defendants are jointly and severally responsible for any OU1 oversight costs that are not practicably allocable to specific source area properties (see Paragraph 47). The costs included in the attached bill fall into this category. As such, we are sending the total bill for these costs to all OU1 settling defendants so that you can determine, amongst yourselves, how you wish to coordinate remittance of the total amount due.

Note that this bill includes interest, at the applicable Superfund statutory interest rate, from the time of incurrence of EPA's costs. 42 U.S.C. 9607(a). According to the terms of the Site Consent Decree, payment is due within 30 days of your receipt of this bill.

EPA reserves the right to seek additional interest on late payments, in accordance with Paragraph 48 of the 1991 Consent Decree. Further, in accordance with the terms of the Consent Decree, EPA can seek stipulated penalties as a result of this non-compliance. You should contact Lori Weidner at (513) 487-2125 if you wish to submit your payment via electronic wire transfer or Federal Express, to ensure that it is received by the due date.

It is the position of the United States that the costs set forth in this bill were not discharged, impaired or affected in any way by Grace's bankruptcy per Paragraph 12(a)(1) of the Settlement Agreement. However, in an abundance of caution, the United States has or intends to file a protective administrative expense claim for these same costs. In other words, the protective administrative expense claim is being filed in the event that the Bankruptcy Court disagrees with the United States' interpretation of Paragraph 12(a)(1) and determines that the Bankruptcy Court's administrative expense claim procedural requirements apply to these costs. If so, then costs set forth in this bill will be handled under the administrative expense process in the bankruptcy and this bill should be considered merely informational in nature, as to Grace.

Please contact Cindy Lewis, Senior Enforcement Counsel, at (617) 918-1889, to request additional time to pay, or to schedule a meeting to discuss this matter.

Sincerely,

Robert G. Cianciarulo, Chief
Massachusetts Superfund Section

cc: Joseph LeMay, EPA
Cynthia Lewis, EPA
Joan Buonopane, EPA
Addie Fiske, DOJ
James Freeman, DOJ
Tim Cosgrave, OU1 Coordinator for UniFirst
Pete Cox, OU1 Coordinator for Beatrice
Jeff Hamel, OU1 Coordinator for NEP
Clayton Smith, OU Coordinator for Grace



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
Region 1
5 Post Office Square, Suite 100
Boston, MA  02109-3912

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

May 5, 2014

Gregory Bibler, Esquire
Goodwin Procter LLP
53 State Street
Boston, MA 02109

Jay Stewart, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Franklin Stearns, Esquire
Kirkpatrick & Lockhart Gates LLP
One Lincoln Street
Boston, MA 02111

Lydia Duff, Senior Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Craig J. Ziady, General Counsel
Cummings Properties, LLC
200 West Cummings Park
Woburn, Massachusetts 01801

Re:  Wells G&H Superfund Site EPA Oversight Bill for **OU2 Non-Allocable Costs incurred from 2005-2014** – Issued jointly and severally to Grace, UniFirst, Beatrice, NEP companies, and Cummings Properties.

Dear Madam and Sirs:

The enclosed bill is for costs the United States Environmental Protection Agency (EPA) has incurred for certain response activities at the Wells G&H Superfund Site in Woburn, Massachusetts (the "Site") under the authority of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), 42 U.S.C. § 9601 et seq., and the October 9, 1991

Consent Decree entered by the Court in *United States v. Wildwood Conservation Corporation, et al.* (Civil Action No. 1:91cv11807). W.R. Grace & Co. (Grace) reimbursed EPA for a portion of its post-petition response costs incurred through September 30, 2005 pursuant to the Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters, which was approved by the Bankruptcy Court on June 2, 2008 (Docket No. 18847) (the "Settlement Agreement"). The other recipients of this bill, also Settling Defendants in the 1991 Consent Decree, will receive a separate bill for the costs EPA incurred at the Site through September 30, 2005 that were not reimbursed by Grace pursuant to the bankruptcy Settlement Agreement.

This bill concerns OU2 EPA oversight costs in the amount of $1,264,922.90, all of which are not allocable to a particular party or property source area for the time period from October 1, 2005 through February 3, 2014. As specified in the 1991 Consent Decree, the settling defendants are jointly and severally responsible for any OU2 oversight costs (see Paragraph 47). The costs included in the attached bill fall into this category. As such, we are sending the total bill for these costs to all OU2 settling defendants so that you can determine, amongst yourselves, how you wish to coordinate remittance of the total amount due.

Note that this bill includes interest, at the applicable Superfund statutory interest rate, from the time of incurrence of EPA's costs. 42 U.S.C. 9607(a). According to the terms of the Site Consent Decree, payment is due within 30 days of your receipt of this bill.

EPA reserves the right to seek additional interest on late payments, in accordance with Paragraph 48 of the 1991 Consent Decree. Further, in accordance with the terms of the Consent Decree, EPA can seek stipulated penalties as a result of this non-compliance. You should contact Lori Weidner at (513) 487-2125 if you wish to submit your payment via electronic wire transfer or Federal Express, to ensure that it is received by the due date.

It is the position of the United States that the costs set forth in this bill were not discharged, impaired or affected in any way by Grace's bankruptcy per Paragraph 12(a)(1) of the Settlement Agreement. However, in an abundance of caution, the United States has or intends to file a protective administrative expense claim for these same costs. In other words, the protective administrative expense claim is being filed in the event that the Bankruptcy Court disagrees with the United States' interpretation of Paragraph 12(a)(1) and determines that the Bankruptcy Court's administrative expense claim procedural requirements apply to these costs. If so, then costs set forth in this bill will be handled under the administrative expense process in the bankruptcy and this bill should be considered merely informational in nature, as to Grace.

Please contact Cindy Lewis, Senior Enforcement Counsel, at (617) 918-1889, to request additional time to pay, or to schedule a meeting to discuss this matter.

Sincerely,

Robert G. Cianciarulo, Chief
Massachusetts Superfund Section

cc: Joseph LeMay, EPA
    Cynthia Lewis, EPA
    Joan Buonopane, EPA
    Addie Fiske, DOJ
    James Freeman, DOJ
    Tim Cosgrave, OU1 Coordinator for UniFirst
    Pete Cox, OU1 Coordinator for Beatrice
    Jeff Hamel, OU1 Coordinator for NEP
    Clayton Smith, OU Coordinator for Grace

# EXHIBIT 2
# ACTON PLANT SITE



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 1
5 POST OFFICE SQUARE, SUITE 100
BOSTON, MA 02109-3912

April 16, 2014

Robert J. Medler
Director Remediation Environment, Health and Safety
W.R. Grace & Co.-Conn.
6401 Poplar Ave., Suite 301
Memphis, TN 38119-4840

Dear Mr. Medler:

In accordance with the W.R. Grace Bankruptcy Settlement, please find attached Oversight Bill #3 in the amount of $2,143,038.86 including interest, for the W.R. Grace, Inc. site in Acton, MA. This bill covers the time period 09/20/2006 - 02/03/2014. Also included are copies of the progress reports on a CD. According to the terms of the Consent Decree (Civil Action No. 97-CV-12583-NG), payment is due within 30 days of your receipt of the bill. If you intend to dispute any of the costs, you are nonetheless required to submit payment for undisputed costs by the due date.

EPA reserves the right to seek interest on late payments, which begins to accrue from the date of receipt of the bill. Further, in accordance with the terms of the Consent Decree, EPA can seek stipulated penalties as a result of non-compliance. You should contact Lori Weidner at (513) 487-2125 if you want to submit your payment via electronic wire transfer or Federal Express to ensure that it is received by the due date. If your payment is going to be late, you should contact Ms. Weidner to determine the amount of interest that will have accrued on the bill amount through date of payment.

As part of the EPA Superfund Administrative reforms initiative, the Region continues to seek ways to improve the Superfund program. This effort includes improving communication with responsible parties, more timely billing of oversight costs, and better management of our oversight. We believe good communication and an understanding of future expectations are the keys to this effort.

If you have issues with the current bill or would like to meet with EPA to review the upcoming year's expectations, please feel free to contact Derrick Golden at (617) 918-1448.

Sincerely,

Robert Cianciarulo, Chief
MA Superfund Section

# EXHIBIT 3
# LIBBY ASBESTOS SITE



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 8**
1595 Wynkoop Street
DENVER, CO  80202-1129
Phone 800-227-8917
http://www.epa.gov/region08

Ref: 8TMS-FMP

April 24, 2014

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7009 3410 0000 2595 7000**

W. R. Grace & Co.
c/o Mr. Robert Medler
6401 Poplar Avenue, Suite 301
Memphis, TN 38119

Re:  Asbestos Superfund Site; #08-BC – Operable Unit 3(OU03), Libby, MT
Administrative Settlement Agreement and Order on Consent for Remedial
Investigation/Feasibility Study (RI/FS) - Docket # CERCLA-08-2007-0012; and
Administrative Settlement Agreement and Order on Consent for Removal Action-
Docket # CERCLA-08-2012-0004

**Bill #: 2781426S0031**

Dear Sir:

The enclosed Bill for Collection is for costs incurred by the United States for response activities conducted at the Lockwood Solvents Site under the authority of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. §9601 *et seq.* as amended (CERCLA). Specifically, this Bill for Collection is submitted to you for payment pursuant to the Administrative Settlement Agreement and Order on Consent for Remedial Investigation/ Feasibility Study (RI/FS) – EPA Docket # CERCLA-08-2007-0012; Section XVIII, Payments of Response Costs and Administrative Settlement Agreement and Order on Consent for Removal Action - CERCLA Docket # CERCLA-08-2012-0004, Section XVI Payment of Response Costs.

This billing is solely for recovery of government response costs. Pursuant to Sections XVIII and XVI of the above-referenced Administrative Settlement Agreement and Order on Consents, the U.S. Environmental Protection Agency (EPA) is due $1,228,423.63 within 30 days of the receipt of this bill. This billing covers response costs incurred during the period 10/01/2012 – 9/30/2013 in the amount of $928,698.10 and response costs incurred during the period 10/01/2013 – 02/03/2014 in the amount of $299,725.53.

Pursuant to the Agreements, should payment not be received within the specified time frame, interest shall begin accruing at the rate of 0.81% per annum beginning with the date of receipt of this bill, and shall continue to accrue on the unpaid balance until such costs and accrued interest have been paid in full. The interest rate changes October 1 of each fiscal year. Calculation of interest will be based on current interest rates.

Payment should be in the form of a cashier's check or certified funds. Payments must be received by 11:00 a.m. eastern time for same day credit and should be made payable to the EPA – Hazardous Substances Superfund and forwarded to one of the following addresses:

    Regular Mail:
        U.S. Environmental Protection Agency
        Superfund Payments
        Cincinnati Finance Center
        P.O. Box 979076
        St. Louis, MO 63197-9000

    Federal Express, Airborne, etc.:
        U.S. Bank
        1005 Convention Plaza
        SL-MO-C2GL
        St. Louis, MO 63101
        314-418-1028

    Wire Transfers:
        Federal Reserve Bank of New York
        ABA = 021030004
        Account Number: 68010727

    ACH Transactions:
        PNC Bank/Remittance Express
        ABA: 051036706
        Account Number: 310006
        CTX Format, Transaction Code 22, checking

    On-Line Payments:
        WWW.PAY.GOV
        Enter sfo 1.1 in the search field.
        Open form and complete required fields.

To ensure that your payment is properly recorded by the EPA, the following information must be included on the face of your check or with your wire transfer:

        Site Name: Libby Asbestos Superfund Site
        **Bill #: 2781426S0031**
        SSID #: 08-BC – Operable Unit 3(OU03)
        Annual Oversight Billing

Under the Superfund Administrative Reform on improving the management of PRP oversight, the EPA has reaffirmed its commitment to continue to improve good working relationships with PRPs by maintaining an open dialogue about oversight expectations and PRP performance. Therefore, if you wish to discuss technical issues at the Libby Asbestos Superfund Site OU 03, please contact Christina Progess, Remedial Project Manager, at (303) 312-6009. Any questions regarding this billing should be directed to Sharon Abendschan in the Technical Enforcement Program at (303) 312-6957, and any legal questions should be addressed to Lorraine Ross, Legal Enforcement Attorney, at (303) 312-6888. Thank you for your cooperation.

Sincerely,

Joe Poetter, Financial Management Officer
Fiscal Management and Planning Program

Enclosures:

1. Bill for Collection
2. SCORPIOS Report for 10/01/2012-09/30/2013
3. SCORPIOS Report for 10/01/2013-02/08/2014

cc: Sharon Abendschan, 8ENF-RC, (w/encl)
Christina Progess, 8EPR-SR, (w/o encl)
Lorraine Ross, 8ENF-L, (w/o encl)
Dana Sherrer, OCFO-OFS, (w/encl)
Dianna Lim, 8EPR-PS, (w/o encl)

| BILL FOR COLLECTION | BILL No. 2781426S0031 |
|---|---|
| **BUREAU/OFFICE FOR REMITTANCE PAYABLE** U.S. EPA - Region VIII – SUPERFUND PAYMENTS – CINCINNATI FINANCE CENTER | DATE April 24, 2014 |
| **ADDRESS FOR MAILING PAYMENT** P.O. BOX 979076 – ST. LOUIS, MO 63197-9000 | AMOUNT OF PAYMENT $1,228,423.63 |

PAYER:

W. R. Grace & Co.
c/o Mr. Robert Medler
6401 Poplar Avenue, Suite 301
Memphis, TN 38119

RE: Asbestos Superfund Site; #08-BC – Operable Unit 3(OU03), Libby, MT

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Government Response costs under the authority of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) from 10/01/2012 - 09/30/2013 in the amount of $928,698.10 and response costs incurred during the period 10/01/2013 –02/03/2014 in the amount of $299,725.53. Administrative Settlement Agreement and Order on Consent for Remedial Investigation/ Feasibility Study (RI/FS) – EPA Docket # CERCLA-08-2007-0012; Section XVIII, Payments of Response Costs and Administrative Settlement Agreement and Order on Consent for Removal Action - CERCLA Docket # CERCLA-08-2012-0004, Section XVI Payment of Response Costs.

Payment is due in the amount of **$1,228,423.63** within **30 days** of the date of receipt of this bill.

Should payment not be made within the specified time frame, interest shall begin accruing at the rate of **0.81%** per annum. The interest shall begin to accrue with the date of receipt of this bill and continue to accrue on the unpaid balance until such costs and accrued interest have been paid in full. The interest rate changes October 1 of each fiscal year. | $1,228,423.63 |
| IMPORTANT: A receipt will be issued for all cash remittances and for all other remittances when required by applicable procedures. Failure to receive a receipt for cash payment should be promptly reported to the bureau or office shown above **AMOUNT DUE** | $1,228,423.63 |



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 8**
1595 Wynkoop Street
DENVER, CO 80202-1129
Phone 800-227-8917
http://www.epa.gov/region08

**VIA FEDERAL EXPRESS**
**NEXT DAY DELIVERY**

May 5, 2014

W. R. Grace Company
c/o Robert Medler
6401 Poplar Avenue, Suite 301
Memphis, TN 39119

RE:   Demand for Reimbursement of Costs Expended
      Libby Asbestos Site – Operable Unit 3; Libby, Montana

Dear Mr. Medler:

The United States Environmental Protection Agency (EPA) previously contacted W. R. Grace Company (W. R. Grace) regarding activities connected with the Libby Asbestos Site – Operable Unit 3 (Site) located in Libby, Montana. The EPA and W. R. Grace have settled response costs from June 1, 2007 through the current date, pursuant to two Administrative Orders on Consent (AOCs) under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended (CERCLA). The AOC docket numbers are CERCLA 08-2007-0012 and CERCLA 08-2012-0004. The most recent bill for these oversight costs (Bill # 2781426S0031) was sent to you on April 24, 2014, and is still outstanding.

There remains a relatively small amount of costs relating to Operable Unit 3 that were incurred before June 1, 2007, which have not previously been billed or collected. These response actions were for Operable Unit 3 site investigation work and enforcement work that occurred prior to the entry of the two AOCs (CERCLA 08-2007-0012 and CERCLA 08-2012-0004.)

The approximate total of response costs in this category and interest that has accrued from 04/01/2001-05/31/2007 for the Site is $ 24,716.93. Under Section 107(a) of CERCLA, the EPA hereby makes a demand for payment from you for the above amount that is authorized to be recovered under Section 107(a). An itemized cost summary of these costs is enclosed as Attachment A.

It is the position of the United States that the costs set forth in this bill were not discharged, impaired or affected in any way by the bankruptcy per Paragraph 12(a)(1) of the Settlement Agreement. However, in an abundance of caution, the United States has filed or intends to file a protective administrative expense claim for these same costs. In other words, the protective administrative expense claim is being filed in the event that the Bankruptcy Court disagrees with the United States' interpretation of Paragraph 12(a)(1) and determines that the Bankruptcy Court's administrative expense claim procedural requirements apply to these costs. If so, then costs set forth in this bill will be handled under the

administrative expense process in the bankruptcy and this bill should be considered merely informational in nature.

If you have any questions regarding this letter, please contact James Freeman, U.S. Department of Justice Attorney, at 303-844-1489 or Lorraine Ross, EPA Enforcement Attorney, at 303-312-6888. Thank you for your prompt attention to this matter.

Sincerely,

Kelcey Land, Director
RCRA/CERCLA Technical Enforcement Program
Office of Enforcement, Compliance and
　Environmental Justice

for Andrea Madigan, Supervisory Attorney
　Legal Enforcement Program
　Office of Enforcement, Compliance and
　　Environmental Justice

Enclosures

cc:　James Freeman, US DOJ
　　　Lorraine Ross, 8ENF-L
　　　Christina Progess, 8EPR-SR
　　　Sharon Abendschan, 8ENF-RC
　　　Dianna Lim, 8EPR-PS

# EXHIBIT 4
# TRAVELERS REST SITE/ZONOLITE

Reconciliation Pending

Itemized Cost Summary

VERMICULITE EXFO WR GRACE GA150, TRAVELERS REST, SC  SITE ID = B4 12

Costs from 10/01/1980 to 02/03/2014

| | |
|---|---:|
| **REGIONAL PAYROLL COSTS** | $7,220.06 |
| **HEADQUARTERS PAYROLL COSTS** | $7,678.57 |
| **REGIONAL TRAVEL COSTS** | $1,526.40 |
| **HEADQUARTERS TRAVEL COSTS** | $7,274.95 |
| **OTHER EXPENDITURES** | |
|     EMSL ANALYTICAL INC. (0R0429NTSA) | $3,825.00 |
| **RESPONSE ACTION CONTRACT** | |
|     J.M. WALLER ASSOC. (EPS40803) | $138,452.10 |
| **SUPERFUND TECHNICAL ASSISTANCE RESPONSE TEAM (START)** | |
|     TETRA TECH EM INC. (EPW05054) | $115,070.01 |
| **MISCELLANEOUS COSTS (MIS)** | $32,806.93 |
| **EPA INDIRECT COSTS** | $155,148.79 |
| **Total Site Costs:** | $469,002.81 |