## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date:  October 14, 2014, at 10:00 a.m.** |
| | ) | **Objection Deadline:  July 7, 2014, at 4:00 p.m.** |

## FINAL FEE APPLICATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO THE DEBTORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 2, 2001 THROUGH FEBRUARY 3, 2014 AND APPROVAL OF POST-EFFECTIVE DATE FEES AND EXPENSES <u>RELATING TO FEE APPLICATIONS</u>

| | |
|---|---|
| Name of Applicant: | <u>REED SMITH LLP</u> |
| Authorized to Provide Professional Services to: | W.R. Grace & Co., *et al*., <u>Debtors and Debtors in Possession</u> |
| Date of Retention: | Retention Order entered July 19, 2001, <u>effective as of April 2, 2001</u> |

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Period for which compensation and
reimbursement is sought:                   April 2, 2001 Through February 3, 2014

Amount of Compensation sought as
actual, reasonable and necessary:          $18,029,661.35

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:       $2,056,764.13

Amount of Post-Effective Date Fees
sought:                                    $20,556.60 (plus an additional amount not to
                                           exceed $12,000)

This is a:                                 Final Fee Application

Prior Monthly Applications Filed:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Court Approved Fees | Court Approved Expenses |
|---|---|---|---|---|---|
| August 28, 2001 (1st) | 4/2/01 – 7/31/01 | $40,583.00 | $356.92 | $40,583.00 | $356.92 |
| September 27, 2001 (2nd) | 8/1/01 – 8/31/01 | $90,113.00 | $4,048.11 | $90,113.00 | $4,048.11 |
| October 26, 2001 (3rd) | 9/1/01 – 9/30/01 | $155,084.00 | $6,971.66 | $155,084.00 | $6,971.66 |
| November 27, 2001 (4th) | 10/1 – 10/31/01 | $229,036.50 | $10,314.97 | $229,036.50 | $10,314.97 |
| December 26, 2001 (5th) | 11/1 – 11/30/01 | $216,703.50 | $22,667.19 | $216,703.50 | $22,667.19 |
| January 30, 2002 (6th) | 12/1 – 12/31/01 | $152,288.00 | $43,025.11 | $143,389.50[2] | $36,432.02[3] |
| March 1, 2002 (7th) | 1/1 – 1/31/02 | $152,389.50 | $45,525.87 | $152,389.50 | $45,525.87 |
| March 28, 2002 (8th) | 2/1 – 2/28/02 | $115,694.50 | $39,388.59 | $115,694.50 | $39,388.59 |
| May 2, 2002 (9th) | 3/1 – 3/31/02 | $95,617.50 | $49,224.63 | $92,003.00[4] | $49,224.63 |
| May 28, 2002 (10th) | 4/1 – 4/30/02 | $125,169.50 | $44,498.12 | $125,169.50 | $44,498.12 |
| July 1, 2002 (11th) | 5/1 – 5/31/02 | $186,811.50 | $88,641.73 | $186,811.50 | $88,641.73 |
| August 6, 2002 | 6/1 – 6/30/02 | $167,414.75[5] | $26,462.86 | $167,334.75[6] | $26,462.86 |

[2] In the first and second quarterly periods, the Court reduced Reed Smith's total fees by $8,898.50. This reduction is noted in the last month of that period (December 2001).

[3] In the first and second quarterly periods, the Court reduced Reed Smith's total expenses by $6,593.09. This reduction is noted in the last month of that period (December 2001).

[4] In the fourth quarterly period, the Court reduced Reed Smith's total fees by $3,614.50. This reduction is noted in the last month of that period (March 2002).

[5] While preparing this Application, Reed Smith discovered that it requested an incorrect amount in its fifth quarterly fee application. Reed Smith should have requested $478,189.75 and not $478,463.75, a difference of $274.00. Therefore, Reed Smith voluntarily reduces the amount requested in this Application by $274.00.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Court Approved Fees | Court Approved Expenses |
|---|---|---|---|---|---|
| (12th) | | | | | |
| September 9, 2002 (13th) | 7/1 – 7/31/02 | $113,523.25 | $7,897.17 | $113,523.25 | $7,897.17 |
| October 1, 2002 (14th) | 8/1 – 8/31/02 | $183,876.75 | $18,631.51 | $183,876.75 | $18,631.51 |
| November 1, 2002 (15th) | 9/1 – 9/30/02 | $205,975.00 | $12,810.65 | $205,088.50[7] | $12,810.65 |
| November 29 , 2002 (16th) | 10/1 – 10/31/02 | $172,838.75 | $34,384.69 | $172,838.75 | $34,384.69 |
| December 30, 2002 (17th) | 11/1 – 11/30/02 | $115,576.00 | $12,630.85 | $115,576.00 | $12,630.85 |
| January 30, 2003 (18th) | 12/1 – 12/31/02 | $36,744.50 | $16,310.05 | $36,624.50[8] | $16,310.05 |
| March 6, 2003 (19th) | 1/1 – 1/31/03 | $123,884.00 | $3,760.28 | $123,884.00 | $3,760.28 |
| April 2, 2003 (20th) | 2/1 – 2/28/03 | $233,867.50 | $21,251.46 | $233,867.50 | $21,251.46 |
| May 7, 2003 (21st) | 3/1 – 3/31/03 | $124,350.00 | $30,380.42 | $124,316.50[9] | $27,991.33[10] |
| June 4, 2003 (22nd) | 4/1-4/30/03 | $223,770.50 | $19,411.28 | $223,770.50 | $19,411.28 |
| July 2, 2003 (23rd) | 5/1-5/31/03 | $190,688.00 | $22,314.08 | $190,688.00 | $22,397.08 |

---

Continued from previous page

[6] In the fifth quarterly period, the Court previously reduced Reed Smith's fees by $80.00. This reduction is noted in the last month of that period (June 2002).

[7] In the sixth quarterly period, the Court reduced Reed Smith's fees by $886.50. This reduction is noted in the last month of that period (September 2002).

[8] In the seventh quarterly period, the Court reduced Reed Smith's fees by $120.00. This reduction is noted in the last month of that period (December 2002)

[9] In the eighth quarterly period, the Court reduced Reed Smith's fees by $33.50. This reduction is noted in the last month of that period (March 2003).

[10] In the eighth quarterly period, the Court reduced Reed Smith's expenses by $2,389.09. This reduction is noted in the last month of that period (March 2003).

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Court Approved Fees | Court Approved Expenses |
|---|---|---|---|---|---|
| July 31, 2003 (24th) | 6/1-6/30/03 | $165,837.25 | $18,778.12 | $165,837.25 | $18,610.89[11] |
| August 29, 2003 (25th) | 7/1-7/31/03 | $202,033.50 | $13,132.57 | $202,033.50 | $13,132.57 |
| October 2, 2003 (26th) | 8/1-8/31/03 | $155,275.50 | $5,526.19 | $155,275.50 | $5,526.19 |
| October 28, 2003 (27th) | 9/1-9/30/03 | $32,877.00 | $5,836.88 | $32,877.00 | $5,836.34[12] |
| November 28, 2003 (28th) | 10/1-10/31/03 | $20,656.50 | $3,553.00 | $20,656.50 | $3,553.00 |
| December 29, 2003 (29th) | 11/1-11/30/03 | $16,642.50 | $352.73 | $16,642.50 | $352.73 |
| February 4, 2004 (30th) | 12/1-12/31/03 | $9,795.00 | $1,332.05 | $9,795.00 | $1,332.05 |
| March 10, 2004 (31st) | 1/1/04-1/31/04 | $21,531.00 | $85.71 | $21,531.00 | $85.71 |
| April 8, 2004 (32nd) | 2/1/04-2/29/04 | $21,116.00 | $2,537.94 | $21,116.00 | $2,537.94 |
| May 7, 2004 (33rd) | 3/1/04-3/31/04 | $11,113.00 | $442.16 | $11,113.00 | $442.16 |
| June 8, 2004 (34th) | 4/1/04-4/30/04 | $16,495.50 | $41.08 | $16,495.50 | $41.08 |
| July 2, 2004 (35th) | 5/1/04-5/31/04 | $41,085.00 | $2,386.50 | $41,085.00 | $2,386.50 |
| August 2, 2004 (36th) | 6/1/04-6/30/04 | $28,692.50 | $725.43 | $28,692.50 | $725.43 |
| September 3, 2004 (37th) | 7/1/04-7/31/04 | $13,176.50 | $328.55 | $13,176.50 | $328.55 |
| October 5, 2004 (38th) | 8/1/04-8/31/04 | $11,792.00 | $1,500.03 | $11,792.00 | $1,500.03 |

[11] In the ninth quarterly period, the Court reduced Reed Smith's expenses by $167.23. This reduction is noted in the last month of that period (June 2003).

[12] Due to typographical errors in the Fee Auditor's Final Report for Reed Smith's quarterly fee application (D.I. 5070) and Court's corresponding tenth quarterly fee order (D.I. 5482), Reed Smith's expenses were reduced by $0.64. This reduction is noted in the last month of that period (September 2003).

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Court Approved Fees | Court Approved Expenses |
|---|---|---|---|---|---|
| October 28, 2004 (39th) | 9/1/04-9/30/04 | $22,618.00 | $97.76 | $22,618.00 | $97.76 |
| November 29, 2004 (40th) | 10/1-10/31/04 | $127,040.00 | $2,710.20 | $127,040.00 | $2,710.20 |
| January 7, 2005 (41st) | 11/1-11/30/04 | $29,207.50 | $1,858.91 | $29,207.50 | $1,858.91 |
| February 9, 2005 (42nd) | 12/1-12/31/04 | $123,722.25 | $2,596.89 | $123,722.25 | $2,596.89 |
| March 1, 2005 (43rd) | 1/1 – 1/31/05 | $112,761.00 | $3,520.69 | $112,761.00 | $3,520.69 |
| March 29, 2005 (44th) | 2/1 – 2/28/05 | $40,738.00 | $2,719.01 | $40,738.00 | $2,719.01 |
| April 28, 2005 (45th) | 3/1 – 3/31/05 | $22,165.50 | $281.04 | $22,165.50 | $281.04 |
| May 31, 2005 (46th) | 4/1 – 4/30/05 | $27,745.00 | $373.42 | $27,745.00 | $373.42 |
| June 30, 2005 (47th) | 5/1 – 5/31/05 | $48,125.50 | $1,444.96 | $48,125.50 | $1,444.96 |
| August 2, 2005 (48th) | 6/1 – 6/30/05 | $53,677.50 | $2,901.34 | $53,677.50 | $2,901.34 |
| August 31, 2005 (49th) | 7/1 – 7/31/05 | $67,024.00 | $4,443.37 | $67,024.00 | $4,443.37 |
| September 28, 2005 (50th) | 8/1 – 8/31/05 | $85,391.00 | $2,308.20 | $85,391.00 | $2,308.20 |
| October 28, 2005 (51st) | 9/1 – 9/30/05 | $75,564.50 | $1,333.69 | $75,564.50 | $1,333.69 |
| October, 2005 (52nd) | 10/1 – 10/31/05 | $100,140.00 | $2,209.06 | $100,140.00 | $2,209.06 |
| November, 2005 (53rd) | 11/1 – 11/30/05 | $73,829.00 | $2,476.74 | $73,829.00 | $2,476.74 |
| December, 2005 (54th) | 12/1 – 12/31/05 | $132,709.00 | $9,322.91 | $132,709.00 | $9,322.91 |
| March 6, 2006 (55th) | 1/1/06-1/31/06 | $179,492.75 | $7,814.56 | $179,492.75 | $7,814.56 |
| March 28, 2006 (56th) | 2/1/06–2/28/06 | $121,127.50 | $2,113.02 | $121,127.50 | $2,113.02 |
| April 28, 2006 | 3/1/06–3/31/06 | $138,244.50 | $8,928.17 | $138,244.50 | $8,928.17 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Court Approved Fees | Court Approved Expenses |
|---|---|---|---|---|---|
| (57th) | | | | | |
| May 30, 2006 (58th) | 4/1/06-4/30/06 | $258,539.00 | $3,990.53 | $258,539.00 | $3,990.53 |
| June 28, 2006 (59th) | 5/1/06-5/31/06 | $187,688.50 | $7,066.20 | $187,688.50 | $7,066.20 |
| August 1, 2006 (60th) | 6/1/06-6/30/06 | $290,925.50 | $7,211.50 | $290,781.50[13] | $4,373.25[14] |
| September 1, 2006 (61st) | 7/1/06-7/31/06 | $318,207.00 | $5,751.93 | $318,207.00 | $5,751.93 |
| September 28, 2006 (62nd) | 8/1/06-8/3/06 | $431,035.00 | $19,258.20 | $431,035.00 | $19,258.20 |
| October 30, 2006 (63rd) | 9/1/06-9/30/06 | $214,071.00 | $8,718.91 | $212,985.00[15] | $8,718.91 |
| November 28, 2006 (64th) | 10/1/06-10/31/06 | $253,411.00 | $3,957.53 | $253,411.00 | $3,957.53 |
| January 4, 2007 (65th) | 11/1/06-11/30/06 | $269,985.00 | $10,276.93 | $269,985.00 | $10,276.93 |
| January 30, 2007 (66th) | 12/1/06-12/31/06 | $449,619.00 | $13,006.42 | $449,619.00 | $12,856.42[16] |
| March 2, 2007 (67th) | 1/1/07-1/31/07 | $451,799.50 | $10,807.56 | $451,799.50 | $10,807.56 |
| March 28, 2007 (68th) | 2/1/07-2/28/07 | $571,452.50 | $26,064.65 | $571,452.50 | $26,064.65 |
| May 1, 2007 | 3/1/07-3/31/07 | $612,334.00 | $21,618.02 | $612,247.00[17] | $21,369.02[18] |

---

[13] In the twenty-first quarterly period, the Court reduced Reed Smith's fees by $144.00. This reduction is noted in the last month of that period (June 2006).

[14] In the twenty-first quarterly period, the Court reduced Reed Smith's expenses by $2,838.25. This reduction is noted in the last month of that period (June 2006).

[15] In the twenty-second quarterly period, the Court reduced Reed Smith's fees by $1,086.00. This reduction is noted in the last month of that period (September 2006).

[16] In the twenty-third quarterly period, the Court reduced Reed Smith's expenses by $150.00. This reduction is noted in the last month of that period (December 2006).

[17] In the twenty-fourth quarterly period, the Court reduced Reed Smith's fees by $87.00. This reduction is noted in the last month of that period (March 2007).

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Court Approved Fees | Court Approved Expenses |
|---|---|---|---|---|---|
| (69th) | | | | | |
| May 30, 2007 (70th) | 4/1/07 – 4/30/07 | $659,653.00 | $95,262.97 | $659,653.00 | $95,262.97 |
| June 29, 2007 (71st) | 5/1/07 – 5/31/07 | $381,244.00 | $76,304.87 | $381,244.00 | $76,304.87 |
| July 30, 2007 (72nd) | 6/1/07 – 6/30/07 | $285,417.50 | $25,072.31 | $285,417.50 | $24,963.31[19] |
| August 30, 2007 (73rd) | 7/1/07 – 7/31/07 | $565,946.00 | $27,946.57 | $565,946.00 | $27,946.57 |
| September 28, 2007 (74th) | 8/1/07 – 8/30/07 | $341,805.00 | $30,377.98 | $340,772.50[20] | $30,339.98[21] |
| October 30, 2007 (75th) | 9/1/07 – 9/30/07 | $266,475.00 | $47,419.66 | $266,475.00 | $47,419.66 |
| November 29, 2007 (76th) | 10/1/07 – 10/31/07 | $425,753.50 | $56,702.47 | $425,753.50 | $56,702.47 |
| December 31, 2007 (77th) | 11/1/07 – 11/30/07 | $346,948.50 | $28,452.97 | $346,948.50 | $28,452.97 |
| February 1, 2008 (78th) | 12/1/07 – 12/31/07 | $328,899.50 | $6,684.25 | $328,899.50 | $6,684.25 |
| February 29, 2008 (79th) | 1/1/08 – 1/31/08 | $190,026.50 | $66,680.87 | $190,026.50 | $66,680.87 |
| March 28, 2008 (80th) | 2/1/08 – 2/29/08 | $164,778.50 | $6,812.83 | $164,778.50 | $6,812.83 |
| April 29, 2008 (81st) | 3/1/08 – 3/31/08 | $196,624.00 | $7,770.05 | $196,624.00 | $7,770.05 |

Continued from previous page

[18] In the twenty-fourth quarterly period, the Court reduced Reed Smith's expenses by $249.00.  This reduction is noted in the last month of that period (March 2007).

[19] In the twenty-fifth quarterly period, the Court reduced Reed Smith's expenses by $109.00.  This reduction is noted in the last month of that period (June 2007).

[20] In the twenty-sixth quarterly period, the Court reduced Reed Smith's fees by $1,032.50.  This reduction is noted in the last month of that period (Sept. 2007).

[21] In the twenty-sixth quarterly period, the Court reduced Reed Smith's expenses by $38.00.  This reduction is noted in the last month of that period (Sept. 2007).

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Court Approved Fees | Court Approved Expenses |
|---|---|---|---|---|---|
| May 28, 2008 (82nd) | 4/1/08 - 4/30/08 | $265,172.00 | $14,840.69 | $265,172.00 | $14,840.69 |
| June 30, 2008 (83rd) | 5/1/08 – 5/31/08 | $198,308.50 | $5,407.12 | $198,308.50 | $5,407.12 |
| July 29, 2008 (84th) | 6/1/08 – 6/30/08 | $294,750.00 | $11,846.36 | $294,750.00 | $11,390.11[22] |
| August 28, 2008 (85th) | 7/1/08 – 7/31/08 | $260,723.00 | $30,905.57 | $260,723.00 | $30,905.57 |
| September 29, 2008 (86th) | 8/1/08 – 8/31/08 | $133,508.50 | $25,510.91 | $133,508.50 | $25,510.91 |
| October 30, 2008 (87th) | 9/1/08 – 9/30/08 | $178,342.50 | $62,002.21 | $178,342.50 | $62,002.21 |
| November 28, 2008 (88th) | 10/1/08 – 10/31/08 | $180,835.00 | $97,238.00 | $180,835.00 | $97,238.00 |
| December 29, 2008 (89th) | 11/1/08 – 11/30/08 | $262,272.50 | $66,906.64 | $262,272.50 | $66,906.64 |
| February 2, 2009 (90th) | 12/1/08 – 12/31/08 | $296,040.50 | $61,115.32 | $296,040.50 | $61,115.32 |
| March 5, 2009 (91st) | 1/1/09 – 1/31/09 | $187,083.50 | $48,496.26 | $187,083.50 | $48,496.26 |
| March 30, 2009 (92nd) | 2/1/09 – 2/28/09 | $170,090.00 | $71,440.61 | $170,090.00 | $71,440.61 |
| April 28, 2009 (93rd) | 3/1/09 – 3/31/09 | $119,493.00 | $91,664.16 | $119,493.00 | $91,664.16 |
| May 28, 2009 (94th) | 4/1/09 – 4/30/09 | $82,997.00 | $31,796.74 | $82,997.00 | $31,796.74 |
| June 29, 2009 (95th) | 5/1/09 – 5/31/09 | $46,410.00 | $1,641.97 | $46,410.00 | $1,641.97 |
| July 29, 2009 (96th) | 6/1/09 – 6/30/09 | $37,799.50 | $8,098.44 | $37,799.50 | $8,098.44 |
| August 31, 2009 (97th) | 7/1/09 – 7/31/09 | $26,413.00 | $6,408.90 | $26,413.00 | $6,408.90 |
| September 30, 2009 | 8/1/09 – 8/31/09 | $57,230.00 | $5,569.75 | $57,230.00 | $5,569.75 |

---

[22] In the twenty-ninth quarterly period, the Court reduced Reed Smith's expenses by $456.25. This reduction is noted in the last month of that period (June 2008).

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Court Approved Fees | Court Approved Expenses |
|---|---|---|---|---|---|
| (98th) | | | | | |
| October 29, 2009 (99th) | 9/1/09 – 9/30/09 | $26,700.00 | $35,383.32 | $26,700.00 | $35,383.32 |
| December 1, 2009 (100th) | 10/1/09 – 10/31/09 | $36,478.50 | $11,042.24 | $36,478.50 | $11,042.24 |
| December 31, 2009 (101st) | 11/1/09 – 11/30/09 | $26,217.00 | $6,599.14 | $26,217.00 | $6,599.14 |
| January 29, 2010 (102nd) | 12/1/09 – 12/31/09 | $18,402.00 | $350.26 | $18,402.00 | $350.26 |
| March 2, 2010 (103rd) | 1/1/10 – 1/31/10 | $67,941.00 | $5,542.74 | $67,941.00 | $5,542.74 |
| March 29, 2010 (104th) | 2/1/10 – 2/28/10 | $8,019.00 | $1,025.90 | $8,019.00 | $1,025.90 |
| April 28, 2010 (105th) | 3/1/10 – 3/31/10 | $7,581.50 | $2,008.26 | $7,581.50 | $2,008.26 |
| May 28, 2010 (106th) | 4/1/10 – 4/30/10 | $28,603.00 | $1,030.65 | $28,603.00 | $1,030.65 |
| June 29, 2010 (107th) | 5/1/10 – 5/31/10 | $6,594.50 | $1,375.18 | $6,594.50 | $1,375.18 |
| July 28, 2010 (108th) | 6/1/10 – 6/30/10 | $7,500.50 | $299.18 | $7,500.50 | $299.18 |
| August 31, 2010 (109th) | 7/1/10 – 7/31/10 | $9,446.00 | $100.30 | $9,446.00 | $100.30 |
| September 28, 2010 (110th) | 8/1/10 – 8/31/10 | $3,635.50 | $821.90 | $3,635.50 | $821.90 |
| October 28, 2010 (111th) | 9/1/10 – 9/30/10 | $5,575.50 | $49.74 | $5,575.50 | $49.74 |
| November 30, 2010 (112th) | 10/1/10 – 10/31/10 | $6,159.30 | $18.26 | $6,159.30 | $18.26 |
| December 29, 2010 (113th) | 11/1/10 – 11/30/10 | $19,070.80 | $76.00 | $19,070.80 | $76.00 |
| January 31, 2011 (114th) | 12/1/10 – 12/31/10 | $15,773.50 | $1,381.58 | $15,773.50 | $1,381.58 |
| February 28, 2011 (115th) | 1/1/11 – 1/31/11 | $29,967.50 | $1,110.22 | $29,967.50 | $1,110.22 |
| March 28, 2011 (116th) | 2/1/11 – 2/28/11 | $41,503.00 | $11,883.46 | $41,503.00 | $11,883.46 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Court Approved Fees | Court Approved Expenses |
|---|---|---|---|---|---|
| April 29, 2011 (117th) | 3/1/11 – 3/31/11 | $6,362.50 | $2,549.26 | $6,362.50 | $2,549.26 |
| May 31, 2011 (118th) | 4/1/11 – 4/30/11 | $18,201.00 | $147.45 | $18,201.00 | $147.45 |
| June 29, 2011 (119th) | 5/1/11 – 5/31/11 | $6,949.00 | $785.03 | $6,949.00 | $785.03 |
| July 28, 2011 (120th) | 6/1/11 – 6/30/11 | $24,354.50 | $387.90 | $24,354.50 | $387.90 |
| August 29, 2011 (121st) | 7/1/11 – 7/31/11 | $11,068.00 | $81.61 | $11,068.00 | $81.61 |
| September 29, 2011 (122nd) | 8/1/11 – 8/31/11 | $8,986.50 | $1,113.30 | $8,986.50 | $1,113.30 |
| October 28, 2011 (123rd) | 9/1/11 – 9/30/11 | $12,101.50 | $94.10 | $12,101.50 | $94.10 |
| November 29, 2011 (124th) | 10/1/11 – 10/31/11 | $19,260.50 | $31.80 | $19,260.50 | $31.80 |
| December 30, 2011 (125th) | 11/1/11 – 11/30/11 | $19,841.50 | $304.30 | $19,841.50 | $304.30 |
| January 31, 2012 (126th) | 12/1/11 – 12/31/11 | $27,648.00 | $4,961.85 | $27,648.00 | $4,961.85 |
| March 1, 2012 (127th) | 1/1/12 – 1/31/12 | $74,726.00 | $9,717.03 | $74,726.00 | $9,717.03 |
| March 29, 2012 (128th) | 2/1/12/ - 2/29/12 | $20,952.50 | $1,692.53 | $20,952.50 | $1,692.53 |
| April 30, 2012 (129th) | 3/1/12 – 3/31/12 | $59,351.00 | $1,350.33 | $59,351.00 | $1,350.33 |
| May 29, 2012 (130th) | 4/1/12 – 4/30/12 | $23,893.50 | $924.72 | $23,893.50 | $924.72 |
| June 29, 2012 (131st) | 5/1/12 – 5/31/12 | $42,361.00 | $6,074.23 | $42,361.00 | $6,074.23 |
| July 30, 2012 (132nd) | 6/1/12 – 6/30/12 | $18,687.50 | $2,761.21 | $18,687.50 | $2,761.21 |
| August 29, 2012 (133rd) | 7/1/12 – 7/31/12 | $9,649.00 | $24.40 | $9,649.00 | $24.40 |
| October 2, 2012 (134th) | 8/1/12 – 8/31/12 | $19,765.50 | $1,291.20 | $19,765.50 | $1,291.20 |
| October 31, 2012 | 9/1/12 – 9/30/12 | $2,159.00 | $16.00 | $2,159.00 | $16.00 |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Court Approved Fees | Court Approved Expenses |
|---|---|---|---|---|---|
| (135th) | | | | | |
| November 29, 2012 (136th) | 10/1/12 – 10/31/12 | $7,989.00 | $40.00 | $7,989.00 | $40.00 |
| December 31, 2012 (137th) | 11/1/12 – 11/30/12 | $4,819.00 | $758.10 | $4,819.00 | $758.10 |
| January 29, 2013 (137th) | 12/1/12 – 12/31/12 | $4,171.00 | $42.70 | $4,171.00 | $42.70 |
| March 4, 2013 (139th) | 1/1/13 – 1/31/13 | $14,051.50 | $37.90 | $14,051.50 | $37.90 |
| March 29, 2013 (140th) | 2/1/13 – 2/28/13 | $4,560.50 | $382.29 | $4,560.50 | $382.29 |
| May 1, 2013 (141st) | 3/1/13 – 3/31/13 | $13,962.00 | $336.74 | $13,962.00 | $336.74 |
| June 3, 2013 (142nd) | 4/1/13 – 4/30/13 | $48,898.00 | $140.54 | $48,898.00 | $140.54 |
| July 1, 2013 (143rd) | 5/1/13 – 5/31/13 | $6,124.50 | $710.37 | $5,282.00[23] | $710.37 |
| July 30, 2013 (144th) | 6/1/13 – 6/30/13 | $2,584.00 | $89.63 | $2,584.00 | $89.63 |
| September 3, 2013 (145th) | 7/1/13 – 7/31/13 | $3,027.00 | $57.12 | $3,027.00 | $57.12 |
| September 30, 2013 (146th) | 8/1/13 – 8/31/13 | $1,892.00 | $579.44 | $1,892.00 | $579.44 |
| October 28, 2013 (147th) | 9/1/13 – 9/30/13 | $5,352.50 | $35.14 | $5,352.50 | $35.14 |
| November 29, 2013 (148th) | 10/1/13 – 10/31/13[24] | $6,376.50 | $72.50 | $5,101.20 | $72.50 |
| December 31, 2013 (149th) | 11/1/13 – 11/30/13 | $14,397.00 | $547.27 | 11,517.60 | $547.27 |
| January 31, 2014 (150th) | 12/1/13 – 12/31/13 | $21,264.00 | $754.07 | $17,011.20 | $754.07 |

---

[23] Pursuant to an informal agreement with the U.S Trustee, Reed Smith voluntarily reduced its requested fees for May 2013 by $842.50. This reduction was included as part of Reed Smith's forty-ninth quarterly application.

[24] This Court has not held interim fee hearings for the quarterly periods after September 30, 2013. As result, Court-approved fees for these periods are listed at 80%. of the monthly fee request.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Court Approved Fees | Court Approved Expenses |
|---|---|---|---|---|---|
| February 28, 2014 (151st) | 1/1/14 – 1/31/14 | $27,064.00 | $58.54 | $21,651.20 | $58.54 |

**[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY}**

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS
RENDERING SERVICES DURING THE COMPENSATION PERIOD**

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Daniel I. Booker | Partner | Litigation | 2008 | 860.00 | 0.8 | $688.00 |
| Lawrence Kill | Partner | Litigation | 2008 | 720.00 | 2.5 | $1,800.00 |
| Kyle O. Sollie | Partner | Business and Finance | 2010, 2013 2014 | 636.31 | 18.3 | $11,644.50 |
| Michael E. Lowenstein | Partner | Litigation | 2008 | 620.00 | 16.1 | $9,982.00 |
| Mark L. Weyman | Partner | Litigation | 2008 | 615.00 | 12.0 | $7,380.00 |
| James J. Restivo Jr. | Partner | Litigation | 2001-2012 | 581.70 | 2,961.8 | $1,722,868.00 |
| Michael A. Jacobs | Partner | Business and Finance | 2010 | 580.00 | 0.3 | $174.00 |
| James C. Martin | Partner | Litigation | 2003, 2013 | 617.84 | 6.7 | $4,139.50 |
| David Ziegler | Partner | Bankruptcy | 2010 | 575.00 | 2.3 | $1,322.50 |
| W. Thomas McGough, Jr. | Partner | Litigation | 2004 | 560.00 | 3.3 | $1,848.00 |
| Joseph S. Luchini | Partner | Litigation | 2011-2014 | 560.74 | 126.2 | $70,765.50 |
| Donna M. Doblick | Partner | Litigation | 2009 | 545.00 | 21.5 | $11,717.50 |
| Antony B. Klapper | Partner | Litigation | 2006-2009, 2011-2013 | 542.35 | 3,473.2 | $1,883,704.00 |
| Paul M. Singer | Partner | Bankruptcy | 2001, 2003-2004, 2007 | 542.34 | 12.2 | $6,616.50 |
| Thomas Hill | Partner | Litigation | 2012 | 535.00 | 3.5 | $1,872.50 |
| David C. Evans | Partner | Litigation | 2006 | 671.67 | 22.8 | $15,314.00 |
| Theodor J. van Stephoudt | Economist | Business and Finance | 2014 | $575.00 | 13.0 | $7,475.00 |
| Linda S. Husar | Partner | Litigation | 2009-2013 | 525.80 | 122.8 | $64,567.80 |
| Douglas E. Cameron | Partner | Litigation | 2001-2014 | 519.78 | 9,236.70 | $4,801,088.25 |
| Lawrence S. Sher | Partner | Litigation | 2008 | 515.00 | 3.7 | $1,905.50 |
| Harold J. Engel | Partner | Litigation | 2006-2006 | 514.53 | 396.0 | $203,755.00 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Lawrence E. Flatley | Partner | Litigation | 2001-2012 | 510.05 | 3,241.9 | $1,653,530.00 |
| Lasagne Wilhite | Associate | Litigation | 2009 | 490.00 | 1.5 | $735.00 |
| Sara A. Lima | Associate/ Counsel | Business and Finance | 2013-2014 | 473.92 | 65.8 | 31,184.00 |
| Alexandra P. E. Sampson | Associate | Business and Finance | 2013-2014 | 457.77 | 8.3 | $3,799.50 |
| Gregory L. Taddonio | Partner | Bankruptcy | 2009 | 435.00 | 0.1 | $43.50 |
| Margaret L. Sanner | Of Counsel | Litigation | 2006-2008 | 426.83 | 1,308.7 | $558,587.50 |
| Thomas M. Freeman | Partner | Litigation | 2004-2005 | 418.32 | 15.7 | $6,546.75 |
| Traci Sands Rea | Assoc./Partner | Litigation | 2001-2003, 2006-2011 | 415.28 | 2,014.2 | $836,438.50 |
| Eric A. Schaffer | Partner | Bankruptcy | 2002 | 405.00 | 0.3 | $121.50 |
| Brian T. Himmel | Partner | Litigation | 2007-2008 | 401.91 | 178.6 | $71,782.00 |
| Paul Waters | Of Counsel | Litigation | 2006 | 400.00 | 167.1 | $66,840.00 |
| Christine A. Kohler | Associate | Labor and Employment | 2012 | 390.00 | 2.3 | $897.00 |
| Kathy K. Condo | Partner | Litigation | 2003-2004, 2012 | 385.06 | 217.8 | $83,845.75 |
| Carol J. Gatewood | Of Counsel | Litigation | 2003-2004 | 380.95 | 1,455.0 | $554,275.00 |
| Margaret Rutkowski | Associate | Litigation | 2006-2009 | 382.52 | 794.3 | $303,836.50 |
| Louis A Naugle | Partner | Litigation | 2003, 2008 | 381.36 | 9.9 | $3,775.50 |
| Stephanie L. Mendelsohn | Partner | Regulatory | 2004-2005 | 380.54 | 16.7 | $6,336.00 |
| George L Stewart | Partner | Litigation | 2003 | 380.00 | 48.9 | $18,582.00 |
| Thomas J. Burns | Of Counsel | Bankruptcy | 2009 | 376.49 | 5.7 | $2,146.00 |
| Jesse J. Ash | Associate | Litigation | 2006-2009 | 367.63 | 613.4 | $225,506.00 |
| Jaime S. Reichardt | Associate | Business and Finance | 2010 | 380.00 | 13.9 | $5,282.00 |
| Kathleen M.K. Owen | Associate | Litigation | 2007, 2009- | 366.58 | 76.7 | $28,116.50 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| | | | 2011 | | | |
| Bradford F. Whitman | Counsel | Environmental | 2002 | 360.00 | 0.8 | $288.00 |
| Mary L. Perry | Of Counsel | Litigation | 2003 | 350.00 | 26.7 | $9,345.00 |
| Allison M. Lefrak | Assoiate | Litigation | 2006 | 350.00 | 19.1 | $6,685.00 |
| Joshua C. Lewis | Associate | Bankruptcy | 2007-2009 | 345.65 | 30.6 | $10,577.00 |
| Michael N. DiCanio | Associate | Litigation | 2009 | 345.00 | 4.3 | $1,483.50 |
| Andrew J. Trevelise | Partner | Litigation | 2001-2002 | 343.27 | 86.8 | $29,795.50 |
| Gordon Yu | Associate | Business and Finance | 2013-2014 | 340.00 | 7.7 | $2,618.00 |
| Gregory J. Sagstetter | Associate | Litigation | 2013 | 335.00 | 6.5 | $2,177.50 |
| Jeanne S. Lofgren | Associate | Business and Finance | 2009 | 330.00 | 14.4 | $4,752.00 |
| Richard W. Roberts | Associate | Litigation | 2006 | 330.00 | 62.5 | $20,625.00 |
| Laura A. Maines | Associate | Litigation | 2007 | 325.00 | 86.1 | $27,982.50 |
| Mara D. Matheke | Associate | Labor and Employment | 2012 | 320.00 | 23.5 | $7,520.00 |
| James W. Bentz | Partner | Litigation | 2001-2005 | 316.59 | 1,772.4 | $561,100.00 |
| Dustin Pickens | Associate | Litigation | 2007-2008 | 313.78 | 185.2 | $58,112.00 |
| Melissa J. Keppel | Associate | Litigation | 2006 | 310.00 | 30.6 | $9,486.00 |
| Kristen Giannone Hindley | Associate | Litigation | 2008 | 305.00 | 28.8 | $8,784.00 |
| Kathleen A. Murphy | Associate | Bankruptcy | 2009 | 305.00 | 5.2 | $1,586.00 |
| Stephanie H. Espinosa | Associate | Litigation | 2010-2012 | 302.62 | 463.4 | $140,231.80 |
| Barbara C. Stiverson | Paralegal | Litigation | 2012 | 295.00 | 0.4 | $118.00 |
| Andrew C. Bernasconi | Associate | Litigation | 2006 | 295.00 | 80.8 | $23,836.00 |
| Jasmine S. Horton | Associate | Litigation | 2012 | 295.00 | 5.7 | $1,681.50 |
| Rebecca E. Aten | Associate | Litigation | 2005-2009 | 292.21 | 1,342.4 | $392,258.00 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Katharine V. Jackson | Associate | Litigation | 2008 | 290.00 | 0.8 | $232.00 |
| Jennifer Smokelin | Associate | Environmental | 2003 | 270.00 | 44.4 | $11,988.00 |
| Christopher Hoffman | Associate | Litigation | 2008 | 270.00 | 3.8 | $1,026.00 |
| Nancy A. Sheliga | Analyst | Business and Regulatory | 2007 | 265.00 | 1.8 | $477.00 |
| John L. Schoenecker | Associate | Litigation | 2006-2007 | 263.11 | 245.8 | $64,673.50 |
| Elizabeth A. Ransom | Associate | Litigation | 2006 | 260.00 | 70.0 | $18,200.00 |
| Chananya Kunvatanagarn | Associate | Litigation | 2008 | 260.00 | 4.7 | $1,222.00 |
| Alexandria C. Samuel | Associate | Litigation | 2007-2009 | 254.02 | 123.5 | $31,371.00 |
| Stephen J. DelSole | Associate | Litigation | 2001-2002 | 252.27 | 101.1 | $25,505.00 |
| Dana A. Blanton | Associate | Litigation | 2005 | 335.23 | 13.2 | $4,425.00 |
| Catherine R. Nguyen | Associate | Litigation | 2007 | 250.00 | 54.9 | $13,725.00 |
| Evelien Verpeet | Associate | Litigation | 2005 | 250.00 | 14.8 | $3,700.00 |
| Kevin L. Jayne | Associate | Litigation | 2005, 2007 | 249.98 | 47.0 | $11,749.00 |
| Danielle D. Rawls | Associate | Litigation | 2006-2009 | 248.74 | 284.7 | $70,817.50 |
| Natalie C. Metropulos | Associate | Litigation | 2007-2008 | 248.08 | 112.9 | $28,008.00 |
| Richard A. Keuler, Jr. | Associate | Bankruptcy | 2002-2004 | 246.96 | 45.1 | $11,138.00 |
| William S. Stickman IV | Associate | Litigation | 2006 | 245.00 | 2.7 | $661.50 |
| Daniel Z. Herbst | Associate | Litigation | 2006-2007 | 244.26 | 92.5 | $22,594.50 |
| Nicholas R. Pagliari | Associate | Bankruptcy | 2004 | 240.00 | 26.4 | $6,336.00 |
| Andrew T. Quesnelle | Associate | Litigation | 2007 | 240.00 | 10.0 | $2,400.00 |
| Nathan R. Fennessy | Associate | Litigation | 2007 | 240.00 | 78.7 | $18,888.00 |
| William J. Sheridan | Associate | Litigation | 2007 | 240.00 | 35.0 | $8,400.00 |
| Joseph E. Culleiton | Associate | Litigation | 2003 | 235.00 | 209.4 | $49,209.00 |
| Andrew J. Muha | Assoc./Partner | Litigation | 2001-2014 | $230.00 | 2,292.80 | $534,730.00 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Michael H. Sampson | Associate | Litigation | 2003 | 230.00 | 24.5 | $5,635.00 |
| Christopher P. Bailey | Snr. Lit Supp. Analyst | Litigation Support | 2012 | 230.00 | 2.6 | $598.00 |
| Jennifer Kelleher | Associate | Bankruptcy | 2001 | 225.00 | 1.5 | $337.50 |
| Rosa Copeland Miller | Associate | Litigation | 2002-2003 | 220.40 | 201.6 | $44,432.50 |
| Lizeth Sanchez | Paralegal | Litigation | 2012 | 210.00 | 14.6 | $3,066.00 |
| Meeghan E. Ramsey | Paralegal | Litigation | 2009 | 210.00 | 94.7 | $19,887.00 |
| Benjamin Holmes | Snr. Lit. Supp. Analyst | Litigation | 2009 | 210.00 | 36.5 | $7,665.00 |
| Angad Katyal | Snr. Lit. Supp. Analyst | Litigation | 2009 | 210.00 | 1.4 | $294.00 |
| Ajay A. Patel | Snr. Lit. Supp. Analyst | litigation | 2009 | 210.00 | 1.3 | $273.00 |
| Yovana A. Burns | Paralegal | Litigation | 2007-2008 | 208.18 | 154.7 | $32,205.00 |
| Maria E. DiChiera | Paralegal | Litigation | 2005-2008 | 206.42 | 358.0 | $73,898.50 |
| John B. Lord | Paralegal | Bankruptcy | 2001-2014 | 200.00 | 6.80 | $200.00 |
| Cristina Stummer | Associate | Litigation | 2003 | 200.00 | 5.0 | $1,000.00 |
| S. Zarina Urrea | Associate | Litigation | 2003 | 200.00 | 44.5 | $8,900.00 |
| Janice E. Falini | Associate | Bankruptcy | 2004 | 200.00 | 3.6 | $720.00 |
| Mark E. Phelps | Paralegal | Litigation | 2006 | 200.00 | 15.0 | $3,000.00 |
| Aaron Thorp | Analyst | Knowledge Management | 2006 | 200.00 | 3.1 | $620.00 |
| Donna E. Lynch | Paralegal | Litigation | 2008 | 200.00 | 16.0 | $3,200.00 |
| Josh E. Martin | Paralegal | Business and Finance | 2014 | 195.00 | 4.2 | $819.00 |
| Sonya Ohri | Paralegal | Litigation | 2007 | 195.00 | 11.4 | $2,223.00 |
| Scott DeMaris | Snr. Research Librarian | Knowledge Management | 2010 | 195.00 | 1.2 | $234.00 |
|  |  |  |  |  |  |  |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Shari Berkowitz | Snr. Research Librarian | Knowledge Management | 2009 | 190.00 | 1.2 | $228.00 |
| Daniel Cunningham | Specialist | Knowledge Management | 2003, 2009 | 190.00 | 0.8 | $152.00 |
| Mark Pellis | Snr. Research Librarian | Knowledge Management | 2008 | 190.00 | 0.7 | $133.00 |
| Stephanie J. Black | Summer Associate | N/A | 2007 | 190.00 | 1.5 | $285.00 |
| Mathew M. Wrenshall | Summer Associate | N/A | 2007 | 190.00 | 37.8 | $7,182.00 |
| Samantha M. Clancy | Summer Associate | N/A | 2007 | 190.00 | 4.3 | $817.00 |
| Jayme L. Butcher | Associate | Litigation | 2001-2005 | 189.75 | 1,199.3 | $227,572.50 |
| Marguerita T. Young-Jones | Snr. Research Librarian | Knowledge Management | 2008-2010 | 186.86 | 10.2 | $1,906.00 |
| Lisa D. DeMarchi Sleigh | Associate | Litigation | 2001-2003 | 184.90 | 908.1 | $167,907.00 |
| Scott W. Brady | Associate | Litigation | 2002 | 185.00 | 332.0 | $61,420.00 |
| Nicolle R. Snyder Bagnell | Associate | Litigation | 2002 | 185.00 | 2.3 | $425.50 |
| Alice K. Kunkel | Paralegal | Litigation | 2007 | 185.00 | 26.5 | $4,902.50 |
| Aleksandra Chernin | Snr. Research Librarian | Knowledge Management | 2008 | 185.00 | 5.7 | $1,054.50 |
| Margaret A. Garlitz | Paralegal | Litigation | 2006-2009 | 184.78 | 146.5 | $27,070.50 |
| Jennifer L. Taylor-Payne | Paralegal | Litigation | 2006-2009 | 183.76 | 715.2 | $131,423.00 |
| Patricia E. Antezana | Associate | Litigation | 2001-2002 | 183.09 | 49.9 | $9,136.00 |
| Scott M. Cindrich | Associate | New Associate | 2001-2003 | 182.00 | 1,162.9 | $211,650.00 |
| Anthony G. Avitia | Snr. Research Librarian | Knowledge Management | 2008 | 180.00 | 9.5 | $1,710.00 |
| Bryan C. Devine | Associate | New Associate | 2001-2002 | 180.96 | 704.4 | $127,467.50 |
| Jeffrey A. McDaniel | Associate | New Associate | 2001-2002 | 180.05 | 105.8 | $19,049.50 |
| Benjamin J. Sweet | Associate | New Associate | 2002 | 180.00 | 199.0 | $35,820.00 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Lynn D. Williams | Paralegal | Business and Regulatory | 2007 | 180.00 | 2.3 | $414.00 |
| Anne E. Borkovic | Law Clerk | Litigation | 2007 | 180.00 | 2.5 | $450.00 |
| Nora Levine | Manager | Knowledge Management | 2003 | 175.00 | 0.3 | $52.50 |
| Julie K. Masal | Analyst | Knowledge Management | 2008-2009 | 170.81 | 21.1 | $3,604.00 |
| Leslie Lanphear | Law Librarian | Knowledge Management | 2006 | 170.00 | 0.9 | $153.00 |
| Amy E. Denniston | Snr. Research Librarian | Knowledge Management | 2006, 2008-2009 | 167.09 | 19.9 | $3,325.00 |
| Louise A. Beswick | Law Librarian | Knowledge Management | 2006 | 165.00 | 0.3 | $41.25 |
| Elaine Hope DelVecchio | Paralegal | Bankruptcy | 2007 | 160.00 | 19.6 | $3,136.00 |
| Alicia S. Brown | Paralegal | Bankruptcy | 2007 | 160.00 | 0.9 | $144.00 |
| Michelle Jeziorowski | Paralegal | Litigation | 2006 | 160.00 | 55.0 | $8,800.00 |
| Anne L. Salzberg | Analyst | Knowledge Management | 2006-2008 | 157.46 | 33.8 | $5,322.00 |
| Sharon A. Ament | Paralegal | Litigation | 2005-2014 | 155.83 | 1,647.0 | $256,811.50 |
| Valerie A. Frew | Paralegal | Bankruptcy | 2003 | 150.00 | 5.8 | $870.00 |
| James Lillis | Paralegal | Litigation | 2006 | 150.00 | 10.2 | $1,530.00 |
| Cindy R. Tedesco | Paralegal | Litigation | 2006 | 150.00 | 6.0 | $900.00 |
| Martha Susan Haines Rossi | Paralegal | Litigation | 2001-2003 | 142.45 | 608.5 | $86,672.50 |
| Katerina Egoul | Paralegal | Litigation | 2005-2007 | 140.80 | 13.7 | $1,929.00 |
| Mariel T. Howard | Paralegal | Litigation | 2006 | 140.00 | 305.8 | $42,805.00 |
| Jacquis Jones | Paralegal | Litigation | 2008 | 140.00 | 87.4 | $12,236.00 |
| Valerie Slade | Paralegal | Litigation | 2002 | 130.00 | 118.1 | $15,353.00 |
| Keith D. Warren | Paralegal | Bankruptcy | 2001 | 130.00 | 2.9 | $377.00 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Sarah Bruce | Specialist | Knowledge Management | 2006 | 130.00 | 2.7 | $351.00 |
| Mark C. Stirling | Temp. Paralegal | Litigation | 2008 | 130.00 | 66.9 | $8,697.00 |
| Maureen L. Atkinson | Paralegal | Litigation | 2001-2009, 2011 | 128.18 | 1,939.9 | $248,652.50 |
| Cary E. Cox | Paralegal | Litigation | 2006-2007 | 127.41 | 5.8 | $739.00 |
| Daryl F. Horner | Paralegal | Litigation | 2003 | 125.00 | 16.8 | $2,100.00 |
| Melody A. Jones | Paralegal | Litigation | 2002 | 125.00 | 239.4 | $29,925.00 |
| Janet L. Cleversy | Paralegal | Litigation | 2002-2003 | 120.13 | 191.0 | $22,944.00 |
| Kelly Gordon | Paralegal | Bankruptcy | 2001 | 120.00 | 9.1 | $1,092.00 |
| John B. Worobij | Analyst | Knowledge Management | 2005-2006 | 115.87 | 20.8 | $2,410.00 |
| Karen L. Repack | Paralegal | Litigation | 2003 | 115.00 | 10.2 | $1,173.00 |
| Deann L. Dupee | Paralegal | Litigation | 2007 | 115.00 | 27.6 | $3,174.00 |
| Tina Walker Young | Paralegal | Litigation | 2006 | 115.00 | 1.5 | $172.50 |
| Kacey Nero | Clerk | Risk Management | 2008 | 115.00 | 4.6 | $529.00 |
| Karen L. Hindman | Lit. Support | Litigation | 2002-2004 | 110.00 | 169.6 | $18,650.50 |
| Harrison S. Flakker | Analyst | Knowledge Management | 2004 | 110.00 | 1.1 | $121.00 |
| Antoni Stosh Jonjak | Specialist | Knowledge Management | 2011 | 110.00 | 8.5 | $935.00 |
| Jason Jankowski | Research Specialist | Knowledge Management | 2008-2009 | 103.89 | 2.7 | $280.50 |
| Robert H. Radcliffe | Paralegal | Litigation | 2003, 2006, 2009 | 99.41 | 75.1 | $7,465.50 |
| Lisa Lankford | Case Asst./ Paralegal | Bankruptcy | 2003-2009, 20011 | 98.92 | 27.4 | $2,710.50 |
| Ralph Prado III | Library Servcs Tech. | Knowledge Management | 2011 | 98.00 | 1.5 | $147.00 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Christine H. Turkaly | Paralegal | Litigation | 2002-2003, 2005-2006 | 93.46 | 641.8 | $59,982.00 |
| Janice E Luksik | Document Specialist | Knowledge Management | 2006 | 90.00 | 1.5 | $135.00 |
| Carey E. Raytik | Paralegal | Litigation | 2002 | 75.00 | 63.4 | $4,755.00 |
| Bruce Campbell | Paraprofessional | Litigation | 2002 | 75.00 | 429.3 | $32,193.75 |
| Eric Gompers | Paraprofessional | Litigation | 2002 | 75.00 | 410.5 | $30,787.50 |
| Andrew Kennedy | Paraprofessional | Litigation | 2002 | 75.00 | 424.3 | $31,822.50 |
| Caroline Nath | Paraprofessional | Litigation | 2002 | 75.00 | 424.0 | $31,800.00 |
| Jamie Paulen | Paraprofessional | Litigation | 2002 | 75.00 | 410.5 | $30,787.50 |
| Ryan Peterson | Paraprofessional | Litigation | 2002 | 75.00 | 407.9 | $30,592.50 |
| Anana Rice | Paraprofessional | Litigation | 2002 | 75.00 | 336.2 | $25,215.00 |
| Joan Turner | Paraprofessional | Litigation | 2002 | 75.00 | 314.5 | $23,587.50 |
| Matthew J. Rippin | Specialist | Litigation | 2006-2007 | 70.00 | 339.8 | $23,786.00 |
| Linda Sullivan | Case Assistant | Litigation | 2007 | 50.00 | 6.0 | $300.00 |
| Lori J. Hagen | Law Librarian | Knowledge Management | 2004 | 115.00 | 2.0 | $230.00 |
| | | | | **TOTAL:** | 52,122.85 | **$18,045,917.85** |
| | | | Court Reductions: | | | ($15,982.50) |
| | | | Additional Reductions:[25] | | | ($274.00) |
| | **GRAND TOTAL (INCLUDING COURT AND VOLUNTARY REDUCTIONS):** | | | | | **$18,029,661.35** |
| | | | Blended Rate (excluding Post-Effective Date Fees): | | | $346.22 |
| | Blended Rate (excluding Post-Effective Date Fees and Paralegal/Other Professional Time): | | | | | $413.08 |

---

[25] While preparing this Application, Reed Smith discovered that it requested an incorrect amount in its fifth quarterly fee application. Reed Smith should have requested $478,189.75 and not $478,463.75, a difference of $274.00. Based on the foregoing, Reed Smith voluntarily reduced the amounts requested in this Application by $274.00.

**COMPENSATION BY PROJECT CATEGORY DURING COMPENSATION PERIOD**[26]

| Project Category | Hours | Amount |
|---|---|---|
| Asbestos Product Liability Defense (Litigation and Litigation Counseling)[27] | 14,689.85 | $4,256,473.50 |
| Travel - Non Working | 383.15 | $176,902.75 |
| Fee Applications – Applicant | 1,829.90 | $433,260.00 |
| Claims Analysis Objection and Resolution (Asbestos) | 12,563.60 | $5,580,545.00 |
| ZAI Science Trial Fees | 10,962.95 | $2,721,620.00 |
| Hearings | 634.00 | $275,336.50 |
| Records Retention Project (Business Operations) | 64.80 | $21,007.75 |
| Montana Grand Jury Investigation | 9,657.10 | $4,022,574.75 |
| Rockwood Pigments, N.A. | 64.00 | $29,660.00 |
| Property Damage Claim Appeals | 179.00 | $77,846.00 |
| Luis & Heather Santos & Basell USA | 5.70 | $2,146.00 |
| New Jersey | 1.20 | $600.00 |
| PA State Tax Advice | 11.50 | $6,658.00 |
| Correa v. W.R. Grace | 634.70 | $217,625.60 |
| Specifications Inquiry | 302.50 | $160,648.00 |
| Unclaimed Property Advice | 128.00 | $60,962.00 |
| General Employment Advice | 10.90 | $2,052.00 |
| **TOTAL:** | **52,122.85** | **$18,045,917.85** |

[26] Reed Smith did not include project category charts in its fee applications through the period ending March 31, 2002.  All fees and hours during this period have been placed in Asbestos Product Liability Defense (Litigation and Litigation Counseling).

[27] Reed Smith reported one hour (for a charge of $430) in the Case Administration Project category in previous interim applications.  For purposes of convenience, that time and charge is included in the Asbetsos Product Liability Defense (Litigation and Litigation Counseling) project category for this Application.

| | | |
|---|---|---|
| Court Reductions: | | ($15,982.50) |
| Additional Reductions: | | ($274.00) |
| **TOTAL (INCLUDING COURT AND VOLUNTARY REDUCTIONS):** | | **$18,029,661.35** |

**EXPENSE SUMMARY DURING COMPENSATION PERIOD**

| Expense Category | Service Provider (if Applicable) | Litigation & Lit. Counseling | ZAI Science Trial |
|---|---|---|---|
| Telephone Expenses | SoundPath | $1,709.21 | $616.33 |
| Telephone Outside | Chorus Call, Global Crossing | $5,529.31 | 1,202.90 |
| Scanning/Conversion | OnSite, | $21,194.28 | $182.00 |
| Telephone Hearing Expense | CourtCall | $30.00 | -- |
| Duplicating/Printing/Scanning | Reed Smith LLP | $117,907.85 | $21,727.35 |
| Outside Duplicating | Parcels, Digital Legal, Foamcore, Court House Copy, Miles & Stockbridge, Barrister, Perma, New Media, Ditto, LA Bes, SSA, New Media, OnSite | $119,137.67 | $77,464.61 |
| Postage Expense | USPS | $1,220.91 | 217.81 |
| Courier Service | FedEx, Parcels | $4,332.91 | 3,230.50 |
| Courier Service – Outside | FedEx, Parcels, UPS, Jet, American Expediting | $21,259.52 | $2,419.67 |
| Express Mail | USPS | $2,285.85 | -- |
| Documentation Charge | Pacer, Driven, Lind Hall Library Services, IDEX, National Resource Council, Instant Information Sys., Parcels DDR, All-State Int., Orange County Court, Secretary of Labor, | $13,815.77 | $77,464.61 |
| Transcript expense | IDEX, J&J Transcribers, Ruanne McArthur, McCarter & English, Atkinson-Baker, Brown Reporting, Fernandez & Assoc., Decklin, Naegeli Reporting | $24,000.17 | $21,129.58 |
| Legal Research | Lexis/Nexis | $1,113.36 | $1,318.54 |
| Legal Research | Westlaw | $36,377.41 | $52,580.67 |
| Advance (Lexis Refund) | Lexis/Nexis | ($199.58) | |
| Deposition Expense | McCorkle Court Reporters, IDEX | $18,234.09 | $156.75 |
| Color Printing | Reed Smith | $108.90 | $744.48 |
| Expense Advance | Mine Safety Health Admin. | ($1,063.00) | -- |
| Outside Database | Pacer | $4,532.54 | $40.30 |
| IKON Copy Service | IKON | $19,084.61 | -- |
| Filing Fees | Misc. | $1,453.24 | -- |
| Drawings Expense | Precise Lit. Tech. | $1,976.13 | $206.50 |
| Document Research Fee | Dunn & Bradstreet | $18.11 | -- |
| Outside Database | CourtLink | $185.47 | -- |
| Court Reporter Expense | Esquire Reporting, Dreyer | $2,461.12 | -- |
| Telecopy Expense | Reed Smith | $1,009.75 | $28.75 |
| Audio Visual & Other Copying | TN State Library Archives | $42.25 | -- |
| Internal Database Charge | Reed Smith | $4.20 | -- |
| Consulting Fees | Environmental Int'l. Corp., John A. Kerns (Mediation), JAMS (Mediation) | $863,835.56 | -- |
| Private Investigators | Neilson & MacRitche | $1,411.75 | -- |

| Search Expense | IDEX | $690.00 | -- |
|---|---|---|---|
| Subpoena Service Expense | First Records Retrieval | $979.47 | -- |
| Certified Copies | Misc. Courts | $25.70 | -- |
| Legal Fees/Expense | Ogletree, Deakins, Nash (Use of Office) | -- | $41.10 |
| Legal Services | Act Mediation, Orange Co. Superior Court | $6,019.00 | -- |
| Deposit Reimbursement | | ($1,033.50) | -- |
| General Expense: Ticketing Fee | | -- | $72.00 |
| Transportation | | $1,793.33 | $229.71 |
| Air Travel Expense | | $126,207.89 | $32,500.64 |
| Rail Travel Expense | | $3,618.30 | $27.00 |
| Lodging | | $56,707.45 | $9,530.06 |
| Taxi Expense | | $10,485.12 | $2,398.96 |
| Auto Rental | | $1,102.09 | $266.99 |
| Mileage Expense | | $5,448.50 | 1,454.24 |
| Meal Expense | | $42,716.93 | $3,776.69 |
| Travel Agent Costs | | $30.00 | |
| Parking/Tolls/Other Transportation | | $3,121.35 | $117.75 |
| Binding Charge | Reed Smith | $318.00 | $234.00 |
| Document Production (Duplicating) Expense | Reed Smith | $217.50 | $150.00 |
| Other Databases - Library Search | Dialog | $261.63 | -- |
| General Expense: | See Quarterly Fee Applications | $240,048.40 | $1,546.16 |
| Secretarial Overtime | Reed Smith | $40,595.60 | $10,522.50 |
| | **TOTAL:** | **$1,822,362.12** | **$247,392.56** |
| | Court Reductions: | | $12,990.55 |
| | **COMBINED GRAND TOTAL** | | **$2,056,764.13** |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**
**RENDERING SERVICES DURING THE POST-EFFECTIVE DATE PERIOD**

| Name of Professional Person | Position with the applicant | Year Admitted or Years at Position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $700.00 | 0.7 | $490.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $510.00 | 4.7 | $2,397.00 |
| John B. Lord | Paralegal | 23 Years | Bankruptcy | $280.00 | 55.7 | $15,596.00 |
| Sharon A. Ament | Paralegal | 8 Years | Litigation | $210.00 | 8.0 | $1,680.00 |

Total Fees: $20,163.00

**COMPENSATION BY PROJECT CATEGORY**
**DURING POST-EFFECTIVE DATE PERIOD**

| Project Category | Hours | Amount |
|---|---|---|
| Fee Applications – Applicant | 69.10 | $20,163.00 |
| **TOTAL** | **69.10** | **$20,163.00** |

**EXPENSE SUMMARY DURING POST-EFFECTIVE DATE PERIOD**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $88.00 | $0.00 |
| Outside Duplicating | $296.40 | $0.00 |
| PACER | $9.20 | $0.00 |
| SUBTOTAL | $393.60 | $0.00 |
| **TOTAL** | | **$393.60** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Hearing Date:  October 14, 2014, at 10:00 a.m.** |
| | ) | **Objection Deadline:  July 7, 2014, at 4:00 p.m.** |

## FINAL FEE APPLICATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO THE DEBTORS, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 2, 2001 THROUGH FEBRUARY 3, 2014 AND APPROVAL OF POST-EFFECTIVE DATE FEES AND EXPENSES RELATING TO FEE APPLICATIONS

Reed Smith LLP ("Reed Smith" or the "Applicant"), hereby submits this Final Fee Application of Reed Smith LLP, Special Asbestos Products Liability Defense Counsel to the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period April 2, 2001 through February 3, 2014 (the "Application") pursuant to 11 U.S.C. §§ 327, 328, 329, 330 and 331, Federal Rule of Bankruptcy Procedure 2016, Del.Bankr.L.R. 2016-2, the Amended Administrative Order Under 11 U.S.C. §§1059(a) and 331 Establishing Procedures for Interim

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Compensation and Reimbursement of Professionals and Official Committee Members, amending the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (collectively the "Interim Compensation Order"), the Plan (as defined below) and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses promulgated by the Executive Office of the United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).  By this Application, Reed Smith, as special asbestos products liability defense counsel to the above captioned debtors and debtors in possession in these proceedings, seeks final allowance and payment of compensation for legal services performed in the amount of $18,029,661.35 and expenses incurred in the amount of $2,056,764.13 during the period commencing April 2, 2001 through February 3, 2014 (the "Compensation Period").  In addition, Reed Smith seeks approval of Post-Effective Date Period (as defined herein) fees and expenses that were incurred in connection with the fee application process in the combined total amount of $20,556.60 and for an additional amount not to exceed $12,000.00 in connection with any remaining fees or costs to be incurred in the fee application process.   In support hereof, Reed Smith respectfully represents the following:

## I.   FACTUAL BACKGROUND

1.      On April 2, 2001 (the "Petition Date"), each of the above-captioned debtors (collectively,  the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2.      Prior to effective date of the Debtors' Plan (as defined below), the Debtors continued in possession of their property and, as debtors-in-possession, operated their businesses and managed their affairs.

3.      The Debtors' cases are being jointly administered pursuant to an Order of the Bankruptcy Court dated as of the Petition Date.

4.      Since the Petition Date, the U.S. Trustee has appointed the following creditors' committees:   Official Committee of Unsecured Creditors, Official Committee of Asbestos Personal Injury Claimants, and Official Committee of Asbestos Property Damage Claimants (collectively, the "Committees").  No trustee has been appointed in these cases.

5.      On July 19, 2001, the Bankruptcy Court approved the Debtors' retention of Reed Smith as their special asbestos products liability defense counsel *nunc pro tunc* to April 2, 2001 (the "Retention Order").  The Retention Order authorizes the Debtors to compensate Reed Smith at Reed Smith's hourly rates charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.  The Bankruptcy Court further approved an expansion of the scope of Reed Smith's representation of the Debtors in an order dated July 17, 2008.

6.      On January 31, 2011, this Court entered the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010 (D.I. 26155) and on February 15, 2011, this Court entered the Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended Through December 23, 2010 (D.I. 26289) (collectively, the "Confirmation Order"), pursuant to which this Court approved and confirmed the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., *et al*., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants'

Representative, and the Official Committee of Equity Security Holders as Modified Through December 23, 2010 (D.I. 6368) (as amended and conformed pursuant to the Confirmation Order, the "Plan").

7.      On February 3, 2014, the Debtors' Plan became effective (the "Effective Date").

### II.    COMPENSATION AND REIMBURSEMENT OF EXPENSES

8.      Reed Smith submits this Application for final allowance of reasonable compensation for actual and necessary professional services and for reimbursement of actual and necessary out-of-pocket expenses incurred in representing the Debtors as their special asbestos products liability defense counsel.  All included services and costs for which Reed Smith seeks compensation were performed for, or on behalf of, the Debtors.

9.      Reed Smith seeks final allowance of compensation in the amount of $18,029,661.35 for legal services rendered and final reimbursement in the amount of $2,056,764.13 for expenses incurred and disbursed during the Compensation Period.  Reed Smith also seeks final approval and payment of fees and expenses incurred in the combined total amount of $20,556.60 in connection with the fee application process for the period February 4, 2014 through April 25, 2014 and for additional amounts not to exceed $12,000.00 in connection with any remaining fee application matters (the "Post-Effective Date Period").

10.     For the Court's review, summaries containing the names of each Reed Smith professional and paraprofessional rendering services to the Debtors during the Compensation Period and Post-Effective Date Period, their customary billing rates, the time expended by each

professional and paraprofessional,[2] and the total value of time incurred by each professional and paraprofessional are attached as Exhibit A.  In addition, Exhibit A contains summaries of the services provided by Reed Smith during the Compensation Period, identified by project task categories.

11.     Exhibit B contains a breakdown of expenses incurred and disbursed by Reed Smith during both the Compensation Period and Post-Effective Date Period.  These sums are broken down into categories of charges including, *inter alia*, telephone charges, special or hand delivery charges, documentation charges, transcription charges, postage, facsimile and photocopying charges.

### III.     ANALYSIS AND NARRATIVE DESCRIPTION OF SERVICES RENDERED AND TIME EXPENDED

12.     Section 330(a) of the Bankruptcy Code provides, in pertinent part, that bankruptcy courts may award "reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person."  See 11 U.S.C. § 330(a)(1)(A).  The attorneys requesting compensation from the bankruptcy estate bear the burden of demonstrating to the Court that the services performed and fees incurred were reasonable.

13.     In determining the amount of reasonable compensation to be awarded, the Court shall consider, pursuant to Section 330(a)(3) of the Bankruptcy Code, the nature, extent, and the value of such services, taking into account all relevant factors, including: (A) the time spent on such services, (B) the rates charged for such services, (C) whether the services were necessary to

---

[2]  Reed Smith's fees and expenses currently incurred during the Post-Effective Date Period through April 25, 2014 are attached as Exhibit C.  These Post-Effective Date Period amounts are not included in the Compensation Period summaries found in Exhibit A.

the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title, (D) whether the services were performed within a reasonable time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed, (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy filed, and (F) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.    See 11 U.S.C. § 330(a)(3)(A)-(F).

14.    To date, Reed Smith has filed one hundred fifty-one (151) monthly fee applications for the period April 2, 2001 through January 31, 2014 and fifty (50) interim fee applications for the period April 2, 2001 through December 31, 2013 (collectively, "Fee Applications Filed to Date").

15.    This Court has previously approved on an interim basis Reed Smith's requested compensation in the amount of $17,974,652.35 and expenses in the amount of $2,056,764.13 for the period April 2, 2001 through January 31, 2014.

16.    Descriptions of the services rendered for or on behalf of the Debtors as their special asbestos products liability defense counsel and the time expended are set forth in each of the Fee Applications Filed to Date.  Accordingly, this Application incorporates by reference all Fee Applications Filed to Date.  Reed Smith now seeks final approval of all fees and expenses previously requested in the Fee Applications Filed to Date.

### III.    ANALYSIS AND NARRATIVE DESCRIPTION OF SERVICES RENDERED AND TIME EXPENDED

17.    Section 330(a) of the Bankruptcy Code provides, in pertinent part, that bankruptcy courts may award "reasonable compensation for actual, necessary services rendered by the

trustee, examiner, professional person, or attorney and by any paraprofessional employed by any such person." <u>See</u> 11 U.S.C. § 330(a)(1)(A). The attorneys requesting compensation from the bankruptcy estate bear the burden of demonstrating to the Court that the services performed and fees incurred were reasonable.

18.    In determining the amount of reasonable compensation to be awarded, the Bankruptcy Court shall consider, pursuant to Section 330(a)(3) of the Bankruptcy Code, the nature, extent, and the value of such services, taking into account all relevant factors, including: (A) the time spent on such services, (B) the rates charged for such services, (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title, (D) whether the services were performed within a reasonable time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed, and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title. <u>See</u> 11 U.S.C. § 330(A)-(E).

19.    During the course of these cases, Reed Smith charged and now requests those fees that are customary and charged by most counsel in this marketplace for similar Chapter 11 cases. Billing rates set forth in Reed Smith's Summary of Professionals and Paraprofessionals Rendering Services During the Compensation Period represent customary rates routinely billed to the firm's many clients. (<u>See</u> Exhibit A.) Here, the compensation requested does not exceed the reasonable value of the services rendered. Reed Smith's standard hourly rates for work of this nature are set at a level designed to fairly compensate Reed Smith for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.

20.    In addition, as set forth in its retention application, the Debtors believed that the retention of Reed Smith as its special asbestos products liability defense counsel would be cost-effective and efficient.

21.    Further, the Debtors sought to retain Reed Smith as their special asbestos products liability defense counsel due to its extensive experience and knowledge of asbestos products liability litigation, and because of its expertise, experience and knowledge of certain asbestos-related matters that were likely to arise for the Debtors during the course of these cases.

22.    Reed Smith believes that the Application and the description of services set forth herein for work performed are in compliance with the requirements of Del.Bankr.L.R.2016-2, the Interim Compensation Order, the Plan and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.  A true and correct copy of the Verification of Douglas E. Cameron is attached hereto as Exhibit D.

WHEREFORE, Reed Smith respectfully requests final allowance of compensation for professional services rendered during the Compensation Period in the amount of $18,029,661.35 and final reimbursement of expenses in the amount of $2,056,784.13 and final payment according to the procedures set forth in the Administrative Order.  In addition, by this Application, Reed Smith requests approval and payment of fees and expenses during the Post-Effective Date Period that were incurred in connection with the fee application process in the total amount of $20,556.60 for the period February 4, 2014 through April 25, 2014, and for an additional amount not to exceed $12,000.00 in connection with any remaining fees or costs to be incurred in the fee application process.

Dated: May 5, 2014
   Wilmington, Delaware

          REED SMITH LLP

      By: /s/ Kurt F. Gwynne
        Kurt F. Gwynne (No. 3951)
        1201 Market Street, Suite 1500
        Wilmington, DE  19801
        Telephone:  (302) 778-7500
        Facsimile:  (302) 778-7575
        E-mail:  kgwynne@reedsmith.com

         and

        James J. Restivo, Jr., Esquire
        Douglas E. Cameron, Esquire
        Reed Smith Centre
        225 Fifth Avenue, Suite 1200
        Pittsburgh PA  15222
        Telephone:  (412) 288-3131
        Facsimile:  (412) 288-3063

        Special Asbestos Products Liability Defense
        Counsel to the Debtors