# EXHIBIT A

# REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES DURING THE COMPENSATION PERIOD

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Daniel I. Booker | Partner | Litigation | 2008 | 860.00 | 0.8 | $688.00 |
| Lawrence Kill | Partner | Litigation | 2008 | 720.00 | 2.5 | $1,800.00 |
| Kyle O. Sollie | Partner | Business and Finance | 2010, 2013 2014 | 636.31 | 18.3 | $11,644.50 |
| Michael E. Lowenstein | Partner | Litigation | 2008 | 620.00 | 16.1 | $9,982.00 |
| Mark L. Weyman | Partner | Litigation | 2008 | 615.00 | 12.0 | $7,380.00 |
| James J. Restivo Jr. | Partner | Litigation | 2001-2012 | 581.70 | 2,961.8 | $1,722,868.00 |
| Michael A. Jacobs | Partner | Business and Finance | 2010 | 580.00 | 0.3 | $174.00 |
| James C. Martin | Partner | Litigation | 2003, 2013 | 617.84 | 6.7 | $4,139.50 |
| David Ziegler | Partner | Bankruptcy | 2010 | 575.00 | 2.3 | $1,322.50 |
| W. Thomas McGough, Jr. | Partner | Litigation | 2004 | 560.00 | 3.3 | $1,848.00 |
| Joseph S. Luchini | Partner | Litigation | 2011-2014 | 560.74 | 126.2 | $70,765.50 |
| Donna M. Doblick | Partner | Litigation | 2009 | 545.00 | 21.5 | $11,717.50 |
| Antony B. Klapper | Partner | Litigation | 2006-2009, 2011-2013 | 542.35 | 3,473.2 | $1,883,704.00 |
| Paul M. Singer | Partner | Bankruptcy | 2001, 2003-2004, 2007 | 542.34 | 12.2 | $6,616.50 |
| Thomas Hill | Partner | Litigation | 2012 | 535.00 | 3.5 | $1,872.50 |
| David C. Evans | Partner | Litigation | 2006 | 671.67 | 22.8 | $15,314.00 |
| Theodor J. van Stephoudt | Economist | Business and Finance | 2014 | $575.00 | 13.0 | $7,475.00 |
| Linda S. Husar | Partner | Litigation | 2009-2013 | 525.80 | 122.8 | $64,567.80 |
| Douglas E. Cameron | Partner | Litigation | 2001-2014 | 519.78 | 9,236.70 | $4,801,088.25 |
| Lawrence S. Sher | Partner | Litigation | 2008 | 515.00 | 3.7 | $1,905.50 |
| Harold J. Engel | Partner | Litigation | 2006-2006 | 514.53 | 396.0 | $203,755.00 |


| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Lawrence E. Flatley | Partner | Litigation | 2001-2012 | 510.05 | 3,241.9 | $1,653,530.00 |
| Lasagne Wilhite | Associate | Litigation | 2009 | 490.00 | 1.5 | $735.00 |
| Sara A. Lima | Associate/ Counsel | Business and Finance | 2013-2014 | 473.92 | 65.8 | 31,184.00 |
| Alexandra P. E. Sampson | Associate | Business and Finance | 2013-2014 | 457.77 | 8.3 | $3,799.50 |
| Gregory L. Taddonio | Partner | Bankruptcy | 2009 | 435.00 | 0.1 | $43.50 |
| Margaret L. Sanner | Of Counsel | Litigation | 2006-2008 | 426.83 | 1,308.7 | $558,587.50 |
| Thomas M. Freeman | Partner | Litigation | 2004-2005 | 418.32 | 15.7 | $6,546.75 |
| Traci Sands Rea | Assoc./Partner | Litigation | 2001-2003, 2006-2011 | 415.28 | 2,014.2 | $836,438.50 |
| Eric A. Schaffer | Partner | Bankruptcy | 2002 | 405.00 | 0.3 | $121.50 |
| Brian T. Himmel | Partner | Litigation | 2007-2008 | 401.91 | 178.6 | $71,782.00 |
| Paul Waters | Of Counsel | Litigation | 2006 | 400.00 | 167.1 | $66,840.00 |
| Christine A. Kohler | Associate | Labor and Employment | 2012 | 390.00 | 2.3 | $897.00 |
| Kathy K. Condo | Partner | Litigation | 2003-2004, 2012 | 385.06 | 217.8 | $83,845.75 |
| Carol J. Gatewood | Of Counsel | Litigation | 2003-2004 | 380.95 | 1,455.0 | $554,275.00 |
| Margaret Rutkowski | Associate | Litigation | 2006-2009 | 382.52 | 794.3 | $303,836.50 |
| Louis A Naugle | Partner | Litigation | 2003, 2008 | 381.36 | 9.9 | $3,775.50 |
| Stephanie L. Mendelsohn | Partner | Regulatory | 2004-2005 | 380.54 | 16.7 | $6,336.00 |
| George L Stewart | Partner | Litigation | 2003 | 380.00 | 48.9 | $18,582.00 |
| Thomas J. Burns | Of Counsel | Bankruptcy | 2009 | 376.49 | 5.7 | $2,146.00 |
| Jesse J. Ash | Associate | Litigation | 2006-2009 | 367.63 | 613.4 | $225,506.00 |
| Jaime S. Reichardt | Associate | Business and Finance | 2010 | 380.00 | 13.9 | $5,282.00 |
| Kathleen M.K. Owen | Associate | Litigation | 2007, 2009- | 366.58 | 76.7 | $28,116.50 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| | | | 2011 | | | |
| Bradford F. Whitman | Counsel | Environmental | 2002 | 360.00 | 0.8 | $288.00 |
| Mary L. Perry | Of Counsel | Litigation | 2003 | 350.00 | 26.7 | $9,345.00 |
| Allison M. Lefrak | Assoicate | Litigation | 2006 | 350.00 | 19.1 | $6,685.00 |
| Joshua C. Lewis | Associate | Bankruptcy | 2007-2009 | 345.65 | 30.6 | $10,577.00 |
| Michael N. DiCanio | Associate | Litigation | 2009 | 345.00 | 4.3 | $1,483.50 |
| Andrew J. Trevelise | Partner | Litigation | 2001-2002 | 343.27 | 86.8 | $29,795.50 |
| Gordon Yu | Associate | Business and Finance | 2013-2014 | 340.00 | 7.7 | $2,618.00 |
| Gregory J. Sagstetter | Associate | Litigation | 2013 | 335.00 | 6.5 | $2,177.50 |
| Jeanne S. Lofgren | Associate | Business and Finance | 2009 | 330.00 | 14.4 | $4,752.00 |
| Richard W. Roberts | Associate | Litigation | 2006 | 330.00 | 62.5 | $20,625.00 |
| Laura A. Maines | Associate | Litigation | 2007 | 325.00 | 86.1 | $27,982.50 |
| Mara D. Matheke | Associate | Labor and Employment | 2012 | 320.00 | 23.5 | $7,520.00 |
| James W. Bentz | Partner | Litigation | 2001-2005 | 316.59 | 1,772.4 | $561,100.00 |
| Dustin Pickens | Associate | Litigation | 2007-2008 | 313.78 | 185.2 | $58,112.00 |
| Melissa J. Keppel | Associate | Litigation | 2006 | 310.00 | 30.6 | $9,486.00 |
| Kristen Giannone Hindley | Associate | Litigation | 2008 | 305.00 | 28.8 | $8,784.00 |
| Kathleen A. Murphy | Associate | Bankruptcy | 2009 | 305.00 | 5.2 | $1,586.00 |
| Stephanie H. Espinosa | Associate | Litigation | 2010-2012 | 302.62 | 463.4 | $140,231.80 |
| Barbara C. Stiverson | Paralegal | Litigation | 2012 | 295.00 | 0.4 | $118.00 |
| Andrew C. Bernasconi | Associate | Litigation | 2006 | 295.00 | 80.8 | $23,836.00 |
| Jasmine S. Horton | Associate | Litigation | 2012 | 295.00 | 5.7 | $1,681.50 |
| Rebecca E. Aten | Associate | Litigation | 2005-2009 | 292.21 | 1,342.4 | $392,258.00 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Katharine V. Jackson | Associate | Litigation | 2008 | 290.00 | 0.8 | $232.00 |
| Jennifer Smokelin | Associate | Environmental | 2003 | 270.00 | 44.4 | $11,988.00 |
| Christopher Hoffman | Associate | Litigation | 2008 | 270.00 | 3.8 | $1,026.00 |
| Nancy A. Sheliga | Analyst | Business and Regulatory | 2007 | 265.00 | 1.8 | $477.00 |
| John L. Schoenecker | Associate | Litigation | 2006-2007 | 263.11 | 245.8 | $64,673.50 |
| Elizabeth A. Ransom | Associate | Litigation | 2006 | 260.00 | 70.0 | $18,200.00 |
| Chananya Kunvatanagarn | Associate | Litigation | 2008 | 260.00 | 4.7 | $1,222.00 |
| Alexandria C. Samuel | Associate | Litigation | 2007-2009 | 254.02 | 123.5 | $31,371.00 |
| Stephen J. DelSole | Associate | Litigation | 2001-2002 | 252.27 | 101.1 | $25,505.00 |
| Dana A. Blanton | Associate | Litigation | 2005 | 335.23 | 13.2 | $4,425.00 |
| Catherine R. Nguyen | Associate | Litigation | 2007 | 250.00 | 54.9 | $13,725.00 |
| Evelien Verpeet | Associate | Litigation | 2005 | 250.00 | 14.8 | $3,700.00 |
| Kevin L. Jayne | Associate | Litigation | 2005, 2007 | 249.98 | 47.0 | $11,749.00 |
| Danielle D. Rawls | Associate | Litigation | 2006-2009 | 248.74 | 284.7 | $70,817.50 |
| Natalie C. Metropulos | Associate | Litigation | 2007-2008 | 248.08 | 112.9 | $28,008.00 |
| Richard A. Keuler, Jr. | Associate | Bankruptcy | 2002-2004 | 246.96 | 45.1 | $11,138.00 |
| William S. Stickman IV | Associate | Litigation | 2006 | 245.00 | 2.7 | $661.50 |
| Daniel Z. Herbst | Associate | Litigation | 2006-2007 | 244.26 | 92.5 | $22,594.50 |
| Nicholas R. Pagliari | Associate | Bankruptcy | 2004 | 240.00 | 26.4 | $6,336.00 |
| Andrew T. Quesnelle | Associate | Litigation | 2007 | 240.00 | 10.0 | $2,400.00 |
| Nathan R. Fennessy | Associate | Litigation | 2007 | 240.00 | 78.7 | $18,888.00 |
| William J. Sheridan | Associate | Litigation | 2007 | 240.00 | 35.0 | $8,400.00 |
| Joseph E. Culleiton | Associate | Litigation | 2003 | 235.00 | 209.4 | $49,209.00 |
| Andrew J. Muha | Assoc./Partner | Litigation | 2001-2014 | $230.00 | 2,292.80 | $534,730.00 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Michael H. Sampson | Associate | Litigation | 2003 | 230.00 | 24.5 | $5,635.00 |
| Christopher P. Bailey | Snr. Lit Supp. Analyst | Litigation Support | 2012 | 230.00 | 2.6 | $598.00 |
| Jennifer Kelleher | Associate | Bankruptcy | 2001 | 225.00 | 1.5 | $337.50 |
| Rosa Copeland Miller | Associate | Litigation | 2002-2003 | 220.40 | 201.6 | $44,432.50 |
| Lizeth Sanchez | Paralegal | Litigation | 2012 | 210.00 | 14.6 | $3,066.00 |
| Meeghan E. Ramsey | Paralegal | Litigation | 2009 | 210.00 | 94.7 | $19,887.00 |
| Benjamin Holmes | Snr. Lit. Supp. Analyst | Litigation | 2009 | 210.00 | 36.5 | $7,665.00 |
| Angad Katyal | Snr. Lit. Supp. Analyst | Litigation | 2009 | 210.00 | 1.4 | $294.00 |
| Ajay A. Patel | Snr. Lit. Supp. Analyst | litigation | 2009 | 210.00 | 1.3 | $273.00 |
| Yovana A. Burns | Paralegal | Litigation | 2007-2008 | 208.18 | 154.7 | $32,205.00 |
| Maria E. DiChiera | Paralegal | Litigation | 2005-2008 | 206.42 | 358.0 | $73,898.50 |
| John B. Lord | Paralegal | Bankruptcy | 2001-2014 | 200.00 | 6.80 | $200.00 |
| Cristina Stummer | Associate | Litigation | 2003 | 200.00 | 5.0 | $1,000.00 |
| S. Zarina Urrea | Associate | Litigation | 2003 | 200.00 | 44.5 | $8,900.00 |
| Janice E. Falini | Associate | Bankruptcy | 2004 | 200.00 | 3.6 | $720.00 |
| Mark E. Phelps | Paralegal | Litigation | 2006 | 200.00 | 15.0 | $3,000.00 |
| Aaron Thorp | Analyst | Knowledge Management | 2006 | 200.00 | 3.1 | $620.00 |
| Donna E. Lynch | Paralegal | Litigation | 2008 | 200.00 | 16.0 | $3,200.00 |
| Josh E. Martin | Paralegal | Business and Finance | 2014 | 195.00 | 4.2 | $819.00 |
| Sonya Ohri | Paralegal | Litigation | 2007 | 195.00 | 11.4 | $2,223.00 |
| Scott DeMaris | Snr. Research Librarian | Knowledge Management | 2010 | 195.00 | 1.2 | $234.00 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Shari Berkowitz | Snr. Research Librarian | Knowledge Management | 2009 | 190.00 | 1.2 | $228.00 |
| Daniel Cunningham | Specialist | Knowledge Management | 2003, 2009 | 190.00 | 0.8 | $152.00 |
| Mark Pellis | Snr. Research Librarian | Knowledge Management | 2008 | 190.00 | 0.7 | $133.00 |
| Stephanie J. Black | Summer Associate | N/A | 2007 | 190.00 | 1.5 | $285.00 |
| Mathew M. Wrenshall | Summer Associate | N/A | 2007 | 190.00 | 37.8 | $7,182.00 |
| Samantha M. Clancy | Summer Associate | N/A | 2007 | 190.00 | 4.3 | $817.00 |
| Jayme L. Butcher | Associate | Litigation | 2001-2005 | 189.75 | 1,199.3 | $227,572.50 |
| Marguerita T. Young-Jones | Snr. Research Librarian | Knowledge Management | 2008-2010 | 186.86 | 10.2 | $1,906.00 |
| Lisa D. DeMarchi Sleigh | Associate | Litigation | 2001-2003 | 184.90 | 908.1 | $167,907.00 |
| Scott W. Brady | Associate | Litigation | 2002 | 185.00 | 332.0 | $61,420.00 |
| Nicolle R. Snyder Bagnell | Associate | Litigation | 2002 | 185.00 | 2.3 | $425.50 |
| Alice K. Kunkel | Paralegal | Litigation | 2007 | 185.00 | 26.5 | $4,902.50 |
| Aleksandra Chernin | Snr. Research Librarian | Knowledge Management | 2008 | 185.00 | 5.7 | $1,054.50 |
| Margaret A. Garlitz | Paralegal | Litigation | 2006-2009 | 184.78 | 146.5 | $27,070.50 |
| Jennifer L. Taylor-Payne | Paralegal | Litigation | 2006-2009 | 183.76 | 715.2 | $131,423.00 |
| Patricia E. Antezana | Associate | Litigation | 2001-2002 | 183.09 | 49.9 | $9,136.00 |
| Scott M. Cindrich | Associate | New Associate | 2001-2003 | 182.00 | 1,162.9 | $211,650.00 |
| Anthony G. Avitia | Snr. Research Librarian | Knowledge Management | 2008 | 180.00 | 9.5 | $1,710.00 |
| Bryan C. Devine | Associate | New Associate | 2001-2002 | 180.96 | 704.4 | $127,467.50 |
| Jeffrey A. McDaniel | Associate | New Associate | 2001-2002 | 180.05 | 105.8 | $19,049.50 |
| Benjamin J. Sweet | Associate | New Associate | 2002 | 180.00 | 199.0 | $35,820.00 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Lynn D. Williams | Paralegal | Business and Regulatory | 2007 | 180.00 | 2.3 | $414.00 |
| Anne E. Borkovic | Law Clerk | Litigation | 2007 | 180.00 | 2.5 | $450.00 |
| Nora Levine | Manager | Knowledge Management | 2003 | 175.00 | 0.3 | $52.50 |
| Julie K. Masal | Analyst | Knowledge Management | 2008-2009 | 170.81 | 21.1 | $3,604.00 |
| Leslie Lanphear | Law Librarian | Knowledge Management | 2006 | 170.00 | 0.9 | $153.00 |
| Amy E. Denniston | Snr. Research Librarian | Knowledge Management | 2006, 2008-2009 | 167.09 | 19.9 | $3,325.00 |
| Louise A. Beswick | Law Librarian | Knowledge Management | 2006 | 165.00 | 0.3 | $41.25 |
| Elaine Hope DelVecchio | Paralegal | Bankruptcy | 2007 | 160.00 | 19.6 | $3,136.00 |
| Alicia S. Brown | Paralegal | Bankruptcy | 2007 | 160.00 | 0.9 | $144.00 |
| Michelle Jeziorowski | Paralegal | Litigation | 2006 | 160.00 | 55.0 | $8,800.00 |
| Anne L. Salzberg | Analyst | Knowledge Management | 2006-2008 | 157.46 | 33.8 | $5,322.00 |
| Sharon A. Ament | Paralegal | Litigation | 2005-2014 | 155.83 | 1,647.0 | $256,811.50 |
| Valerie A. Frew | Paralegal | Bankruptcy | 2003 | 150.00 | 5.8 | $870.00 |
| James Lillis | Paralegal | Litigation | 2006 | 150.00 | 10.2 | $1,530.00 |
| Cindy R. Tedesco | Paralegal | Litigation | 2006 | 150.00 | 6.0 | $900.00 |
| Martha Susan Haines Rossi | Paralegal | Litigation | 2001-2003 | 142.45 | 608.5 | $86,672.50 |
| Katerina Egoul | Paralegal | Litigation | 2005-2007 | 140.80 | 13.7 | $1,929.00 |
| Mariel T. Howard | Paralegal | Litigation | 2006 | 140.00 | 305.8 | $42,805.00 |
| Jacquis Jones | Paralegal | Litigation | 2008 | 140.00 | 87.4 | $12,236.00 |
| Valerie Slade | Paralegal | Litigation | 2002 | 130.00 | 118.1 | $15,353.00 |
| Keith D. Warren | Paralegal | Bankruptcy | 2001 | 130.00 | 2.9 | $377.00 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Sarah Bruce | Specialist | Knowledge Management | 2006 | 130.00 | 2.7 | $351.00 |
| Mark C. Stirling | Temp. Paralegal | Litigation | 2008 | 130.00 | 66.9 | $8,697.00 |
| Maureen L. Atkinson | Paralegal | Litigation | 2001-2009, 2011 | 128.18 | 1,939.9 | $248,652.50 |
| Cary E. Cox | Paralegal | Litigation | 2006-2007 | 127.41 | 5.8 | $739.00 |
| Daryl F. Horner | Paralegal | Litigation | 2003 | 125.00 | 16.8 | $2,100.00 |
| Melody A. Jones | Paralegal | Litigation | 2002 | 125.00 | 239.4 | $29,925.00 |
| Janet L. Cleversy | Paralegal | Litigation | 2002-2003 | 120.13 | 191.0 | $22,944.00 |
| Kelly Gordon | Paralegal | Bankruptcy | 2001 | 120.00 | 9.1 | $1,092.00 |
| John B. Worobij | Analyst | Knowledge Management | 2005-2006 | 115.87 | 20.8 | $2,410.00 |
| Karen L. Repack | Paralegal | Litigation | 2003 | 115.00 | 10.2 | $1,173.00 |
| Deann L. Dupee | Paralegal | Litigation | 2007 | 115.00 | 27.6 | $3,174.00 |
| Tina Walker Young | Paralegal | Litigation | 2006 | 115.00 | 1.5 | $172.50 |
| Kacey Nero | Clerk | Risk Management | 2008 | 115.00 | 4.6 | $529.00 |
| Karen L. Hindman | Lit. Support | Litigation | 2002-2004 | 110.00 | 169.6 | $18,650.50 |
| Harrison S. Flakker | Analyst | Knowledge Management | 2004 | 110.00 | 1.1 | $121.00 |
| Antoni Stosh Jonjak | Specialist | Knowledge Management | 2011 | 110.00 | 8.5 | $935.00 |
| Jason Jankowski | Research Specialist | Knowledge Management | 2008-2009 | 103.89 | 2.7 | $280.50 |
| Robert H. Radcliffe | Paralegal | Litigation | 2003, 2006, 2009 | 99.41 | 75.1 | $7,465.50 |
| Lisa Lankford | Case Asst./ Paralegal | Bankruptcy | 2003-2009, 20011 | 98.92 | 27.4 | $2,710.50 |
| Ralph Prado III | Library Servcs Tech. | Knowledge Management | 2011 | 98.00 | 1.5 | $147.00 |

| Timekeeper | Position with Applicant | Department | Years in Case | Blended Rate | Total Hrs | Total Comp. |
|---|---|---|---|---|---|---|
| Christine H. Turkaly | Paralegal | Litigation | 2002-2003, 2005-2006 | 93.46 | 641.8 | $59,982.00 |
| Janice E Luksik | Document Specialist | Knowledge Management | 2006 | 90.00 | 1.5 | $135.00 |
| Carey E. Raytik | Paralegal | Litigation | 2002 | 75.00 | 63.4 | $4,755.00 |
| Bruce Campbell | Paraprofessional | Litigation | 2002 | 75.00 | 429.3 | $32,193.75 |
| Eric Gompers | Paraprofessional | Litigation | 2002 | 75.00 | 410.5 | $30,787.50 |
| Andrew Kennedy | Paraprofessional | Litigation | 2002 | 75.00 | 424.3 | $31,822.50 |
| Caroline Nath | Paraprofessional | Litigation | 2002 | 75.00 | 424.0 | $31,800.00 |
| Jamie Paulen | Paraprofessional | Litigation | 2002 | 75.00 | 410.5 | $30,787.50 |
| Ryan Peterson | Paraprofessional | Litigation | 2002 | 75.00 | 407.9 | $30,592.50 |
| Anana Rice | Paraprofessional | Litigation | 2002 | 75.00 | 336.2 | $25,215.00 |
| Joan Turner | Paraprofessional | Litigation | 2002 | 75.00 | 314.5 | $23,587.50 |
| Matthew J. Rippin | Specialist | Litigation | 2006-2007 | 70.00 | 339.8 | $23,786.00 |
| Linda Sullivan | Case Assistant | Litigation | 2007 | 50.00 | 6.0 | $300.00 |
| Lori J. Hagen | Law Librarian | Knowledge Management | 2004 | 115.00 | 2.0 | $230.00 |
| | | | TOTAL: | | 52,122.85 | $18,045,917.85 |
| | | | Court Reductions: | | | ($15,982.50) |
| | | | Additional Reductions:[25] | | | ($274.00) |
| **GRAND TOTAL (INCLUDING COURT AND VOLUNTARY REDUCTIONS):** | | | | | | $18,029,661.35 |
| | | | Blended Rate (excluding Post-Effective Date Fees): | | | $346.22 |
| Blended Rate (excluding Post-Effective Date Fees and Paralegal/Other Professional Time): | | | | | | $413.08 |

---

[25] While preparing this Application, Reed Smith discovered that it requested an incorrect amount in its fifth quarterly fee application. Reed Smith should have requested $478,189.75 and not $478,463.75, a difference of $274.00. Based on the foregoing, Reed Smith voluntarily reduced the amounts requested in this Application by $274.00.

## COMPENSATION BY PROJECT CATEGORY DURING COMPENSATION PERIOD[26]

| Project Category | Hours | Amount |
|---|---|---|
| Asbestos Product Liability Defense (Litigation and Litigation Counseling)[27] | 14,689.85 | $4,256,473.50 |
| Travel - Non Working | 383.15 | $176,902.75 |
| Fee Applications – Applicant | 1,829.90 | $433,260.00 |
| Claims Analysis Objection and Resolution (Asbestos) | 12,563.60 | $5,580,545.00 |
| ZAI Science Trial Fees | 10,962.95 | $2,721,620.00 |
| Hearings | 634.00 | $275,336.50 |
| Records Retention Project (Business Operations) | 64.80 | $21,007.75 |
| Montana Grand Jury Investigation | 9,657.10 | $4,022,574.75 |
| Rockwood Pigments, N.A. | 64.00 | $29,660.00 |
| Property Damage Claim Appeals | 179.00 | $77,846.00 |
| Luis & Heather Santos & Basell USA | 5.70 | $2,146.00 |
| New Jersey | 1.20 | $600.00 |
| PA State Tax Advice | 11.50 | $6,658.00 |
| Correa v. W.R. Grace | 634.70 | $217,625.60 |
| Specifications Inquiry | 302.50 | $160,648.00 |
| Unclaimed Property Advice | 128.00 | $60,962.00 |
| General Employment Advice | 10.90 | $2,052.00 |
| **TOTAL:** | **52,122.85** | **$18,045,917.85** |

---

[26] Reed Smith did not include project category charts in its fee applications through the period ending March 31, 2002. All fees and hours during this period have been placed in Asbestos Product Liability Defense (Litigation and Litigation Counseling).

[27] Reed Smith reported one hour (for a charge of $430) in the Case Administration Project category in previous interim applications. For purposes of convenience, that time and charge is included in the Asbetsos Product Liability Defense (Litigation and Litigation Counseling) project category for this Application.

| | | |
|---|---|---|
| Court Reductions: | | ($15,982.50) |
| Additional Reductions: | | ($274.00) |
| **TOTAL (INCLUDING COURT AND VOLUNTARY REDUCTIONS):** | | **$18,029,661.35** |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES DURING THE POST-EFFECTIVE DATE PERIOD**

| Name of Professional Person | Position with the applicant | Year Admitted or Years at Position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | Partner | 1984 | Litigation | $700.00 | 0.7 | $490.00 |
| Andrew J. Muha | Partner | 2001 | Litigation | $510.00 | 4.7 | $2,397.00 |
| John B. Lord | Paralegal | 23 Years | Bankruptcy | $280.00 | 55.7 | $15,596.00 |
| Sharon A. Ament | Paralegal | 8 Years | Litigation | $210.00 | 8.0 | $1,680.00 |

**Total Fees: $20,163.00**

**COMPENSATION BY PROJECT CATEGORY DURING POST-EFFECTIVE DATE PERIOD**

| Project Category | Hours | Amount |
|---|---|---|
| Fee Applications – Applicant | 69.10 | $20,163.00 |
| TOTAL | 69.10 | $20,163.00 |

**EXPENSE SUMMARY DURING POST-EFFECTIVE DATE PERIOD**

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Duplicating/Printing/Scanning | $88.00 | $0.00 |
| Outside Duplicating | $296.40 | $0.00 |
| PACER | $9.20 | $0.00 |
| SUBTOTAL | $393.60 | $0.00 |
| TOTAL | | $393.60 |