# EXHIBIT B

## EXPENSE SUMMARY DURING COMPENSATION PERIOD

| Expense Category | Service Provider (if Applicable) | Litigation & Lit. Counseling | ZAI Science Trial |
|---|---|---|---|
| Telephone Expenses | SoundPath | $1,709.21 | $616.33 |
| Telephone Outside | Chorus Call, Global Crossing | $5,529.31 | 1,202.90 |
| Scanning/Conversion | OnSite, | $21,194.28 | $182.00 |
| Telephone Hearing Expense | CourtCall | $30.00 | -- |
| Duplicating/Printing/Scanning | Reed Smith LLP | $117,907.85 | $21,727.35 |
| Outside Duplicating | Parcels, Digital Legal, Foamcore, Court House Copy, Miles & Stockbridge, Barrister, Perma, New Media, Ditto, LA Bes, SSA, New Media, OnSite | $119,137.67 | $77,464.61 |
| Postage Expense | USPS | $1,220.91 | 217.81 |
| Courier Service | FedEx, Parcels | $4,332.91 | 3,230.50 |
| Courier Service – Outside | FedEx, Parcels, UPS, Jet, American Expediting | $21,259.52 | $2,419.67 |
| Express Mail | USPS | $2,285.85 | -- |
| Documentation Charge | Pacer, Driven, Lind Hall Library Services, IDEX, National Resource Council, Instant Information Sys., Parcels DDR, All-State Int., Orange County Court, Secretary of Labor, | $13,815.77 | $77,464.61 |
| Transcript expense | IDEX, J&J Transcribers, Ruanne McArthur, McCarter & English, Atkinson-Baker, Brown Reporting, Fernandez & Assoc., Decklin, Naegeli Reporting | $24,000.17 | $21,129.58 |
| Legal Research | Lexis/Nexis | $1,113.36 | $1,318.54 |
| Legal Research | Westlaw | $36,377.41 | $52,580.67 |
| Advance (Lexis Refund) | Lexis/Nexis | ($199.58) | -- |
| Deposition Expense | McCorkle Court Reporters, IDEX | $18,234.09 | $156.75 |
| Color Printing | Reed Smith | $108.90 | $744.48 |
| Expense Advance | Mine Safety Health Admin. | ($1,063.00) | -- |
| Outside Database | Pacer | $4,532.54 | $40.30 |
| IKON Copy Service | IKON | $19,084.61 | -- |
| Filing Fees | Misc. | $1,453.24 | -- |
| Drawings Expense | Precise Lit. Tech. | $1,976.13 | $206.50 |
| Document Research Fee | Dunn & Bradstreet | $18.11 | -- |
| Outside Database | CourtLink | $185.47 | -- |
| Court Reporter Expense | Esquire Reporting, Dreyer | $2,461.12 | -- |
| Telecopy Expense | Reed Smith | $1,009.75 | $28.75 |
| Audio Visual & Other Copying | TN State Library Archives | $42.25 | -- |
| Internal Database Charge | Reed Smith | $4.20 | -- |
| Consulting Fees | Environmental Int'l. Corp., John A. Kerns (Mediation), JAMS (Mediation) | $863,835.56 | -- |
| Private Investigators | Neilson & MacRitche | $1,411.75 | -- |

| Search Expense | IDEX | $690.00 | -- |
|---|---|---|---|
| Subpoena Service Expense | First Records Retrieval | $979.47 | -- |
| Certified Copies | Misc. Courts | $25.70 | -- |
| Legal Fees/Expense | Ogletree, Deakins, Nash (Use of Office) | -- | $41.10 |
| Legal Services | Act Mediation, Orange Co. Superior Court | $6,019.00 | -- |
| Deposit Reimbursement | | ($1,033.50) | -- |
| General Expense: Ticketing Fee | | -- | $72.00 |
| Transportation | | $1,793.33 | $229.71 |
| Air Travel Expense | | $126,207.89 | $32,500.64 |
| Rail Travel Expense | | $3,618.30 | $27.00 |
| Lodging | | $56,707.45 | $9,530.06 |
| Taxi Expense | | $10,485.12 | $2,398.96 |
| Auto Rental | | $1,102.09 | $266.99 |
| Mileage Expense | | $5,448.50 | 1,454.24 |
| Meal Expense | | $42,716.93 | $3,776.69 |
| Travel Agent Costs | | $30.00 | |
| Parking/Tolls/Other Transportation | | $3,121.35 | $117.75 |
| Binding Charge | Reed Smith | $318.00 | $234.00 |
| Document Production (Duplicating) Expense | Reed Smith | $217.50 | $150.00 |
| Other Databases - Library Search | Dialog | $261.63 | -- |
| General Expense: | See Quarterly Fee Applications | $240,048.40 | $1,546.16 |
| Secretarial Overtime | Reed Smith | $40,595.60 | $10,522.50 |
| | **TOTAL:** | **$1,822,362.12** | **$247,392.56** |
| | Court Reductions: | | $12,990.55 |
| | **COMBINED GRAND TOTAL** | | **$2,056,764.13** |