# EXHIBIT C

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                          Invoice Number      2549676
7500 Grace Drive                          Invoice Date        04/30/14
Columbia, Maryland 21044                  Client Number        172573
USA
```

================================================================================

Re: W. R. Grace & Co.
(60029)   Fee Applications-Applicant

```
                    Fees                                   20,163.00
                    Expenses                                  393.60
                                                         ------------

            TOTAL BALANCE DUE UPON RECEIPT                $20,556.60
                                                         ============
```

- 2 -

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


    W.R. Grace & Co.                        Invoice Number       2549676
    7500 Grace Drive                        Invoice Date        04/30/14
    Columbia, Maryland 21044                Client Number        172573
    USA                                     Matter Number         60029
```

===============================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 28, 2014

| Date | Name | | Hours |
|------|------|---|------|
| 02/04/14 | Ament | E-mails re: billing matters for monthly/quarterly fee applications. | .10 |
| 02/06/14 | Ament | Review and calculate fees and expenses relating to 51st quarterly fee application (.50); prepare spreadsheet re: 51st quarterly fee application (.10); draft narrative re: 51st quarterly fee application (.20); draft summary re: 51st quarterly fee application (.20). | 1.00 |
| 02/07/14 | Ament | Complete spreadsheet relating to 51st quarterly fee application (.10); complete summary re: 51st quarterly fee application (.20); complete narrative for 51st quarterly fee application (.10); provide 51st quarterly fee application to A. Muha for review (.10). | .50 |
| 02/07/14 | Muha | Review and revise quarterly fee application materials. | .40 |
| 02/10/14 | Ament | Review A. Muha notes relating to 51st quarterly fee application (.10); finalize summary to 51st quarterly fee application (.10); finalize narrative to 51st quarterly fee application (.10); e-mail summary and narrative to 51st quarterly fee application J. | .40 |

```
172573 W. R. Grace & Co.                                Invoice Number  2549676
60029  Fee Applications-Applicant                       Page      2
       April 30, 2014
```

| Date | Name | | Hours |
|---|---|---|---|
| | | Lord to DE filing (.10). | |
| 02/10/14 | Cameron | Review fee application materials. | .40 |
| 02/10/14 | Muha | Review and revise fee and expense detail for Jan. 2014 monthly application. | .30 |
| 02/11/14 | Ament | Review e-mail relating to 51st quarterly fee application. | .10 |
| 02/11/14 | Cameron | Emails re: fee application, claim payments. | .30 |
| 02/12/14 | Lord | Review and revise Reed Smith 51st quarterly fee application for the period October-December 2013. | .80 |
| 02/12/14 | Muha | Emails with S. Lima re: fee application guidelines and revisions to expense and fee details for Jan. 2014 monthly application. | .20 |
| 02/13/14 | Ament | Attention to billing matters (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .20 |
| 02/13/14 | Lord | Continue work on 51st quarterly fee application (.3); research and e-mail to debtors' counsel re: effective date and trigger for final fees (.4) | .70 |
| 02/14/14 | Ament | E-mails re: billing matters (.10); Review e-mail from J. Lord re: notice of effective date relating to plan. (.10). | .20 |
| 02/14/14 | Lord | Finalize, e-file and serve Reed Smith 51st monthly fee application. | .50 |
| 02/14/14 | Muha | Attend to issues re: revisions to Jan. 2014 fee and expense invoices for fee application, and email from J. Lord re: final fee application. | .20 |

- 3 -

```
172573  W. R. Grace & Co.                                Invoice Number  2549676
60029   Fee Applications-Applicant                       Page     3
        April 30, 2014
```

|  Date    | Name  |                                      | Hours |
| -------- | ----- | ------------------------------------ | ----- |
| 02/25/14 | Ament | Provide information to A. Muha relating to preparation of final fee application. | .10 |
| 02/26/14 | Ament | Prepare invoices received relating to Jan. monthly fee application (.10); draft fee application (.10); draft spreadsheet for same (.10); review notes received from A. Muha relating to billing matters (.10). | .40 |
| 02/28/14 | Ament | Attention to billing matters for Jan. monthly fee application (.10); various e-mails re: same (.10); calculate fees and expenses for Jan. monthly fee application (.20); prepare spreadsheet re: same (.10); draft 151st monthly fee application (.20); provide fee application to A. Muha for review (.10); finalize 151st monthly fee application (.10); e-mail same to J. Lord for DE filing (.10); e-mails with A. Muha and J. Lord re: final fee application (.20). | 1.20 |
| 02/28/14 | Lord  | Revise, finalize and e-file Reed Smith's 151st monthly fee application. | 1.30 |
| 02/28/14 | Muha  | Final review of and revisions to Jan. 2014 monthly fee application, and conference with S. Ament re: procedure for final fee app. | .50 |
| 03/04/14 | Ament | E-mails with J. Lord re: Dec. monthly CNO (.10); attention to billing matters on monthly fee applications (.10); e-mail to D. Cameron and A. Muha re: same (.10). | .30 |
| 03/05/14 | Lord  | Draft and e-file CNO to Reed Smith December 2013 monthly fee application. | .40 |
| 03/06/14 | Lord  | Work on aggregate summary charts for use in final fee application re: course of case | 3.20 |

```
172573 W. R. Grace & Co.                          Invoice Number  2549676
60029  Fee Applications-Applicant                 Page     4
       April 30, 2014


   Date    Name                                                    Hours
--------  -----------                                              -----

03/06/14  Muha           Research and analysis of notice of         .50
                         effective date and other materials
                         for filing of final fee
                         application.

03/07/14  Ament          Attention to billing matters               .70
                         (.10); e-mail to D. Cameron and A.
                         Muha re: same (.10); review e-mail
                         from A. Muha relating to final fee
                         application and future billing
                         process (.10); e-mail to J. Lord
                         re: same (.10); various follow-up
                         e-mails with team re: same (.30).

03/07/14  Lord           Communicate with A. Muha and D.           1.10
                         Cameron re: final fee application
                         issues (.4); communicate with P.
                         Cunniff at PSZJ re: final fee app.
                         issue (.2); work on final fee
                         application (.5)

03/07/14  Muha           Work on materials for final fee            .90
                         application, and multiple emails
                         with RS team re: same.

03/10/14  Lord           Initial draft of final fee                1.20
                         application (1.0); communicate
                         with A. Muha and S. Ament re: same
                         (.2)

03/10/14  Muha           Multiple emails and meeting with           .60
                         D. Cameron re: final fee
                         application issues.

03/11/14  Ament          Various e-mails with J. Lord re:           .10
                         final fee application matters.

03/11/14  Lord           Work on final fee application             2.60
                         calculations spreadsheet

03/12/14  Muha           Emails and conferences with S.             .70
                         Greives, N. Shaw and S. Ament re:
                         final fee application preparation
                         and related issues.

03/13/14  Lord           Work on final fee application             2.20
                         calculation charts.
```

- 5 -

```
172573 W. R. Grace & Co.                              Invoice Number  2549676
60029  Fee Applications-Applicant                     Page     5
       April 30, 2014
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/13/14 | Muha | Additional emails with fee application team re: final fee application issues. | .40 |
| 03/14/14 | Lord | Continue work on final fee application calculation charts. | 2.40 |
| 03/18/14 | Lord | Continue draft of final fee application narrative and logistics of charts. | 1.10 |
| 03/18/14 | Lord | Communicate with fee auditor re: final fee app. issue re: charts. | .10 |
| 03/19/14 | Lord | Communicate draft of final fee application re: work on aggregate fee application and timekeeper charts (4.2); communicate with fee auditor re: final fee application inquiry (.1). | 4.30 |
| 03/20/14 | Lord | Continue draft of final fee application re: work on aggregate fee application and timekeeper charts | .70 |
| 03/21/14 | Lord | Continue draft of final fee application re: work on aggregate fee application and timekeeper charts (4.2) | 1.50 |
| 03/31/14 | Lord | Review and revise additional calculations for final fee application charts. | .70 |
| 04/01/14 | Lord | Continue draft/work on charts for final fee application.. | 1.50 |
| 04/02/14 | Lord | Continue draft/work on charts for final fee application. | .50 |
| 04/03/14 | Lord | Continue draft/work on charts for final fee application. | 2.20 |
| 04/04/14 | Lord | Continue draft/work on charts for final fee application. | 1.40 |
| 04/07/14 | Lord | Continue draft/work on final fee application. | 1.10 |

```
172573   W. R. Grace & Co.                                    Invoice Number  2549676
60029    Fee Applications-Applicant                           Page     6
         April 30, 2014


   Date     Name                                                              Hours
---------  -----------                                                        -----

04/08/14   Ament          Meet with A. Muha re:                                 .10
                          certification of counsel re: 50th
                          quarter project category summary
                          received from Kirkland & Ellis.

04/09/14   Ament          Review various spreadsheets to                        .20
                          assist J. Lord in preparation of
                          final fee application.

04/09/14   Ament          Various e-mails with J. Lord re:                      .20
                          fee auditor's COC re 50th quarter
                          project category summary in
                          preparation for final fee
                          application.

04/09/14   Ament          Provide J. Lord with fee auditor's                    .10
                          COC re: 50th quarter project
                          category summary for use in final
                          fee application

04/09/14   Lord           Continue draft/work on final fee                     5.00
                          application.

04/10/14   Lord           Continue draft/work on final fee                     4.60
                          application.

04/11/14   Ament          Review e-mail received from J.                        .10
                          Lord re: chart received from fee
                          auditor in preparation for final
                          fee application.

04/11/14   Lord           Continue draft/work on final fee                     2.10
                          application.

04/17/14   Lord           Continue work on preparation of                      3.70
                          charts for final fee application.

04/18/14   Lord           Continue work/prep. of final fee                     2.10
                          application.

04/23/14   Lord           Continue prep/work on final fee                      2.20
                          application.

04/24/14   Lord           Continue work/prep of final fee                      4.50
                          application.

04/24/14   Ament          Assist J. Lord with preparation                       .50
                          for final fee application.

04/24/14   Ament          Review fees and expenses to date                      .10
                          in preparation for final fee
                          application.
```

```
172573  W. R. Grace & Co.                       Invoice Number  2549676
60029   Fee Applications-Applicant              Page    7
        April 30, 2014


04/24/14 Ament           Provide final fees and expenses to     .10
                         J. Lord for final fee application.


04/25/14 Ament           Assist J. Lord with preparation of    1.30
                         final fee application (.70);
                         various e-mails with J. Lord re:
                         final fee application (.20);
                         attention to billing matters re:
                         same  (.20); various e-mails and
                         calls with N. Shaw re: final fee
                         application (.20).
                                                              ------
                                          TOTAL HOURS          69.10


TIME SUMMARY            Hours         Rate           Value
------------------      -------------------------    -------
Douglas E. Cameron       0.70  at  $  700.00  =       490.00
Andrew J. Muha           4.70  at  $  510.00  =     2,397.00
John B. Lord            55.70  at  $  280.00  =    15,596.00
Sharon A. Ament          8.00  at  $  210.00  =     1,680.00

        CURRENT FEES                                                 20,163.00
```

```
172573  W. R. Grace & Co.                              Invoice Number  2549676
60029   Fee Applications-Applicant                     Page    8
        April 30, 2014
```

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/04/14 | PACER | 1.60 |
| 02/06/14 | Duplicating/Printing/Scanning ATTY # 000559: 2 COPIES | .20 |
| 02/06/14 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |
| 02/06/14 | Duplicating/Printing/Scanning ATTY # 000559: 9 COPIES | .90 |
| 02/06/14 | Duplicating/Printing/Scanning ATTY # 000559: 10 COPIES | 1.00 |
| 02/06/14 | Duplicating/Printing/Scanning ATTY # 000559: 10 COPIES | 1.00 |
| 02/06/14 | Duplicating/Printing/Scanning ATTY # 000559: 10 COPIES | 1.00 |
| 02/06/14 | Duplicating/Printing/Scanning ATTY # 000559: 10 COPIES | 1.00 |
| 02/06/14 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 02/06/14 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 02/06/14 | Duplicating/Printing/Scanning ATTY # 000559: 21 COPIES | 2.10 |
| 02/07/14 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 02/07/14 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 02/07/14 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 02/07/14 | Duplicating/Printing/Scanning ATTY # 000559: 10 COPIES | 1.00 |
| 02/07/14 | Duplicating/Printing/Scanning ATTY # 000559: 10 COPIES | 1.00 |
| 02/10/14 | Duplicating/Printing/Scanning ATTY # 000559: 7 COPIES | .70 |
| 02/10/14 | Duplicating/Printing/Scanning ATTY # 000559: 10 COPIES | 1.00 |
| 02/13/14 | Duplicating/Printing/Scanning ATTY # 000559: 21 COPIES | 2.10 |

- 9 -

```
172573  W. R. Grace & Co.                              Invoice Number  2549676
60029   Fee Applications-Applicant                     Page     9
        April 30, 2014


 02/13/14   Duplicating/Printing/Scanning                           2.10
            ATTY # 000559: 21 COPIES

 02/14/14   Duplicating/Printing/Scanning                          23.40
            ATTY # 000559: 234 COPIES

 02/21/14   Outside Duplicating -- VENDOR: DIGITAL LEGAL           296.40
            SERVICES, LLC: Copies, envelopes & postage

 02/25/14   Duplicating/Printing/Scanning                            .80
            ATTY # 000559: 8 COPIES

 02/26/14   Duplicating/Printing/Scanning                           2.10
            ATTY # 000559: 21 COPIES

 02/26/14   Duplicating/Printing/Scanning                            .10
            ATTY # 000559: 1 COPIES

 02/26/14   Duplicating/Printing/Scanning                            .10
            ATTY # 000559: 1 COPIES

 02/26/14   Duplicating/Printing/Scanning                            .10
            ATTY # 000559: 1 COPIES

 02/26/14   Duplicating/Printing/Scanning                           1.40
            ATTY # 000559: 14 COPIES

 02/28/14   Duplicating/Printing/Scanning                          11.70
            ATTY # 000559: 117 COPIES

 02/28/14   Duplicating/Printing/Scanning                            .10
            ATTY # 000559: 1 COPIES

 02/28/14   Duplicating/Printing/Scanning                            .10
            ATTY # 000559: 1 COPIES

 02/28/14   Duplicating/Printing/Scanning                           1.40
            ATTY # 000559: 14 COPIES

 02/28/14   Duplicating/Printing/Scanning                           1.40
            ATTY # 000559: 14 COPIES

 02/28/14   Duplicating/Printing/Scanning                           1.40
            ATTY # 000559: 14 COPIES

 02/28/14   Duplicating/Printing/Scanning                           1.40
            ATTY # 000559: 14 COPIES

 02/28/14   Duplicating/Printing/Scanning                            .10
            ATTY # 000559: 1 COPIES

 02/28/14   Duplicating/Printing/Scanning                            .50
            ATTY # 000559: 5 COPIES

 02/28/14   Duplicating/Printing/Scanning                           2.20
            ATTY # 000559: 22 COPIES

 02/28/14   Duplicating/Printing/Scanning                           1.00
```

```
172573 W. R. Grace & Co.                                  Invoice Number   2549676
60029  Fee Applications-Applicant                         Page      10
       April 30, 2014
```

|  |  |  |
|---|---|---:|
|  | ATTY # 000559: 10 COPIES |  |
| 02/28/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 02/28/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 11 COPIES | 1.10 |
| 02/28/14 | PACER | 7.60 |
| 03/04/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 03/04/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 03/06/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 8 COPIES | .80 |
| 03/07/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 04/01/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/01/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/01/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 04/01/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 4 COPIES | .40 |
| 04/02/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/03/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 04/03/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 04/09/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 21 COPIES | 2.10 |
| 04/09/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 6 COPIES | .60 |
| 04/17/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/17/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 04/17/14 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

```
172573 W. R. Grace & Co.                         Invoice Number  2549676
 60029  Fee Applications-Applicant                Page   11
        April 30, 2014


  04/17/14   Duplicating/Printing/Scanning                            .10
             ATTY # 000559: 1 COPIES

  04/17/14   Duplicating/Printing/Scanning                            .10
             ATTY # 000559: 1 COPIES

  04/17/14   Duplicating/Printing/Scanning                            .10
             ATTY # 000559: 1 COPIES

  04/17/14   Duplicating/Printing/Scanning                            .10
             ATTY # 000559: 1 COPIES

  04/17/14   Duplicating/Printing/Scanning                            .20
             ATTY # 000559: 2 COPIES

  04/17/14   Duplicating/Printing/Scanning                            .20
             ATTY # 000559: 2 COPIES

  04/17/14   Duplicating/Printing/Scanning                            .10
             ATTY # 000559: 1 COPIES

  04/17/14   Duplicating/Printing/Scanning                            .10
             ATTY # 000559: 1 COPIES

  04/24/14   Duplicating/Printing/Scanning                           1.40
             ATTY # 000559: 14 COPIES

  04/25/14   Duplicating/Printing/Scanning                           2.10
             ATTY # 000559: 21 COPIES

  04/25/14   Duplicating/Printing/Scanning                           2.10
             ATTY # 000559: 21 COPIES

  04/25/14   Duplicating/Printing/Scanning                            .40
             ATTY # 000559: 4 COPIES

  04/25/14   Duplicating/Printing/Scanning                            .90
             ATTY # 000559: 9 COPIES
                              CURRENT EXPENSES                     393.60
                                                                ------------
                              TOTAL BALANCE DUE UPON RECEIPT    $20,556.60
                                                                ============
```