# EXHIBIT D

**VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)**

I, Douglas E. Cameron, Esquire, verify as follows:

1. I am a partner with the applicant firm, Reed Smith LLP ("Reed Smith"), and have been admitted to the bar of the Commonwealth of Pennsylvania since 1984 and the bar of the State of West Virginia since 1997. Reed Smith has rendered professional services in these cases primarily as special asbestos products liability defense counsel to the debtors.

2. I have read the foregoing final application of Reed Smith for compensation and reimbursement of expenses (the "Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, as well as after reasonable inquiry, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R.2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: May 5, 2014

By: /s/ *Douglas E. Cameron*

- 1 -