IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| **Debtors.** | ) | |
| | ) | Re: Docket No. 32095 |

**DECLARATION OF SERVICE REGARDING:**

1. **NOTICE OF MOTION FOR AN ORDER IMPLEMENTING THE PLAN'S DISCHARGE OF PREPETITION LITIGATION CLAIMS AND THE RELATED INJUNCTION WHERE CLAIMANTS DID NOT FILE PROOFS OF CLAIM**
2. **MOTION FOR AN ORDER IMPLEMENTING THE PLAN'S DISCHARGE OF PREPETITION LITIGATION CLAIMS AND THE RELATED INJUNCTION WHERE CLAIMANTS DID NOT FILE PROOFS OF CLAIM**

I, James H. Myers, state as follows:

---

[1] The Reorganized Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 300 North Continental Boulevard, Suite 570, El Segundo, California 90245.

2. At the direction of Pachulski, Stang, Ziehl & Jones, LLP., co-counsel to the debtors and debtors in possession in the above-captioned cases, I caused the above-referenced documents to be served on the Affected Parties referenced in Exhibit A. Except as noted in Exhibit A, all parties were served on May 2, 2014.

3. All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 5th day of May 2014 at Paramount, California.

James H. Myers

# EXHIBIT A

# WR Grace & Co. et al

Total number of parties: 6

### Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 56564 | DINAPOLI, JOHN, AND LOUIS R. VITIELLO, D/B/A MENOTOMY TRUCKING INC., 9 MIRIAM ST #2 PO BOX 639, LEXINGTON, MA, 02173 | US Mail (1st Class) |
| 56564 | ISG RESOURCES, DANIEL D. DYKSTRA ESQ., 701 PIERCE ST #200, SIOUX CITY, IA, 51102 | US Mail (1st Class) |
| 56564 | JOHN DINAPOLI, DBA MENOTOMY TRUCKING, (RE: DINAPOLI, JOHN), C/O LOUIS R VITIELLO ESQ, 4 REDCOAT LN, LEXINGTON, MA, 02420 | US Mail (1st Class) |
| 56564 | JOSEPH T PAPETTI ESQ., (RE: COUNSEL TO JOHN H & ELIZABETH MORGAN), 92 HIGH ST STE 32, MEDFORD, MA, 02155 | US Mail (1st Class) |
| 56595 | JOSEPH T PAPETTI ESQ., (RE: COUNSEL TO JOHN H & ELIZABETH MORGAN), 92 HIGH ST S-T41, MEDFORD, MA, 02155<br>*served on 5-5-14* | US Mail (1st Class) |
| 56564 | SHANNON, WILLIAM, S. LESTER RALPH, 88 KING ST, REDDING, MA, 01867 | US Mail (1st Class) |

Subtotal for this group: 6