IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter 11

W.R. Grace

                                        Case No. 01-01139 (JKF)

            Debtor

## FINAL APPLICATION OF LUKINS & ANNIS, P.S.
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO ZAI CLAIMANTS*
## FOR THE PERIOD FROM JULY 2002 THROUGH DECEMBER 15, 2004

Name of Applicant:                            LUKINS & ANNIS, P.S.

Authorized to Provide
Professional Services to:                      ZAI CLAIMANTS

Date of Retention:                            As of July 22, 2002

Period for which compensation and
reimbursement is sought:                   July 2002 through Dec. 15, 2004

Amount of Compensation sought as
actual, reasonable and necessary:      $ 539,289.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:    $ 42,716.68

This is an: ___ interim    X    final application

The total time expended for fee application preparation is approximately N/A hours and the corresponding compensation requested is approximately $ -0- .

If this is not the first application filed, disclose the following for each prior application:

|  |  | Requested |  | Approved |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| See attached |  |  |  |  |  |
|  |  |  |  |  |  |

**Local Form 101 (Fee Application Cover Sheet)**

*Lukins & Annis, P.S. was appointed as Additional Special Counsel to the ZAI Claimants pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508), as approved by the Court by Order dated August 26, 2002 (D.I. 2617)

| Date Filed | Docket # | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of expenses |
|---|---|---|---|---|---|---|
| 11/15/02 | 3010 | 07/21/02-09/30/02 | $37,691.00 | $3,422.38 | Paid | Paid |
| 12/04/02 | 3109 | 10/01/02-10/31/02 | $24,143.00 | $728.96 | Paid | Paid |
| 02/10/03 | 3358 | 11/01/02-11/30/02 | $32,033.00 | $629.26 | Paid | Paid |
| 02/27/03 | 3432 | 12/01/02-12/31/02 | $32,330.00 | $1,262.74 | Paid | Paid |
| 04/09/03 | 3640 | 01/01/03-01/31/03 | $41,977.00 | $2,033.90 | Paid | Paid |
| 05/06/03 | 3741 | 02/01/03-02/28/03 | $22,950.00 | $3,192.89 | Paid | Paid |
| 06/02/03 | 3843 | 03/01/03-03/31/03 | $40,463.00 | $7,696.91 | Paid | Paid |
| 07/21/03 | 4081 | 04/01/03-04/30/03 | $35,032.00 | $3,697.08 | Paid | Paid |
| 07/31/03 | 4120 | 05/01/03-05/31/03 | $30,578.00 | $2,063.15 | Paid | Paid |
| 08/15/03 | 4282 | 06/01/03-06/30/03 | $40,623.00 | $1,480.01 | Paid | Paid |
| 10/09/03 | 4554 | 07/01/03-07/31/03 | $56,280.00 | $5,564.54 | Paid | Paid |
| 12/08/03 | 4789 | 08/01/03-08/31/03 | $37,790.00 | $3,851.92 | Paid | Paid |
| 12/23/03 | 4870 | 09/01/03-09/30/03 | $28,605.00 | $2,501.11 | Paid | Paid |
| 03/10/04 | 5255 | 10/01/03-10/31/03 | $13,755.00 | $335.38 | Paid | Paid |
| 04/26/04 | 5483 | 11/01/03-11/30/03 | $3,497.00 | $193.59 | Paid | Paid |
| 04/26/04 | 5475 | 12/01/03-12/31/03 | $608.00 | $112.93 | Paid | Paid |
| 07/23/04 | 6019 | 01/01/04-01/31/04 | $0.00 | $695.68 | Paid | Paid |
| 07/23/04 | 6020 | 02/01/04-02/29/04 | $0.00 | $389.65 | Paid | Paid |
| 07/23/04 | 6021 | 03/01/04-03/31/04 | $39.00 | $22.39 | Paid | Paid |
| 09/20/04 | 6423 | 04/01/04-04/30/04 | $277.00 | $18.23 | Paid | Paid |
| 09/20/04 | 6424 | 05/01/04-05/31/04 | $1,911.00 | $124.50 | Paid | Paid |
| 09/20/04 | 6425 | 06/01/04-06/30/04 | $1,443.00 | $3.02 | Paid | Paid |
| 01/11/05 | 7526 | 08/01/04-08/31/04 | $112.00 | $125.41 | Paid | Paid |
| 01/12/05 | 7530 | 09/01/04-09/30/04 | $9,611.00 | $25.79 | Paid | Paid |
| 02/15/05 | 7780 | 10/1/04-10/31/04 | $47,541.00 | $2,538.15 | Paid | Paid |
| 02/15/05 | 7780 | 12/1/04-12/15/04 | $0.00 | $7.11 | Paid | Paid |
| | | | $539,289.00 | $42,716.68 | | |

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Darrell W. Scott | Partner, Litigation Dept., 13-15 years as attorney | $300-$405 | 1063.25 | $367,124.00 |
| Burke D. Jackowich | Associate, Litigation Dept., 2 years as attorney | $120 | 35.20 | $4,044.00 |
| Kelly E. Konkright | Associate, Litigation Dept., 1-2 years as attorney | $120-$130 | 208.20 | $20,769.00 |
| Kristy L. Bergland | Paralegal, Litigation Dept., 23-25 years in position | $130-$165 | 917.10 | $139,130.00 |
| Betty A. Olson | Legal Assistant, Real Estate Dept., 18 years in position | $80 | .60 | $48.00 |
| Samantha Batorson | Legal Assistant, Litigation Dept., 10 years in position | $80 | 30.50 | $2,440.00 |
| Samantha Simatos | Legal Assistant, Litigation Dept., 11 years in position | $90 | 5.0 | $450.00 |
| Barbara Hurley | Legal Assistant, Litigation Dept., 3 years in position | $100 | 12.10 | $1,210.00 |
| Elizabeth Rutherford | Legal Assistant, Litigation Dept., 8 years in position | $70 | 56.90 | $3,983.00 |
| Sarah Capelli | Legal Intern, Litigation Dept., 6 months in position | $70 | 1.30 | $91.00 |
| **TOTALS** | | | **2,330.15** | **$539,289.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 14-Hearings | 4.50 | $1,350.00 |
| 20-Travel, non-working | 197.70 | $26,131.00 |
| 22-ZAI Science Trial | 2,127.95 | $511.808.00 |
| **TOTALS** | **2,330.15** | **$539,289.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Computer Assisted Legal Research | $303.20 |
| Long Distance Telephone | $839.84 |
| Outside Telephone Services | $3,166.11 |
| Facsimile ($1.00 per page) | $1,000.00 |
| Postage | $1,205.40 |

| Courier & Express Carriers | $2,888.44 |
|---|---|
| In-House Duplicating | $9,250.71 |
| Outside Duplicating | $994.70 |
| Lodging | $3,513.87 |
| Transportation | $658.06 |
| Air Travel Expense | $7,164.68 |
| Taxi | $400.88 |
| Mileage | $1,638.73 |
| Travel Meals | $397.01 |
| Parking | $171.50 |
| Books/Videos | $508.11 |
| Expert Services | $6,963.88 |
| Other | $1,654.98 |

Lukins & Annis P.S. has received full payment for fees and expenses for which final allowance is requested pursuant to this Final Application.

Chapter 11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. GRACE & CO., et al.,<br><br>      Debtors. | NO. 01-01139-KJC |

**FINAL APPLICATION OF LUKINS & ANNIS, P.S. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE PERIOD JULY 22, 2002 THROUGH DECEMBER 15, 2004**

Pursuant to the Court's Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 establishing procedures for interim compensation and reimbursement of expenses for professionals and official committee members signed April 17, 2002 (the "Amended Administrative Order"), amending the Court's Administrative Order pursuant to §§ 105(a) and 331 of the Bankruptcy Code establishing procedures for allowance and payment of monthly interim compensation and reimbursement of expenses of professionals, entered May 3,

FINAL APPLICATION FOR LUKINS & ANNIS, P.S. FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES: 1

2001, the law firm of Lukins & Annis, P.S. hereby files this final application of Lukins & Annis, P.S. for compensation and reimbursement of expenses for the period July 22, 2002 through December 15, 2004.

By this final fee application Lukins & Annis, P.S. seeks the final allowance of compensation in the amount of $539,289.00, and reimbursement of expenses in the amount of $42,716.68.

By this Court's Order effective July 22, 2002, Lukins & Annis, P.S. was appointed as ZAI Additional Special Counsel to prosecute the ZAI "Science Trial" issues on behalf of the ZAI Claimants (the "Court Appointment Order"). Pursuant to the Court's Interim Compensation Order and Amended Interim Compensation Order, Lukins & Annis, P.S. submitted monthly and quarterly fee applications for the periods July 22, 2002 through December 15, 2004.[1]

By this final fee application, Lukins & Annis, P.S. requests that the Court approve the final allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred by Lukins & Annis, P.S. for the period of July 22, 2002 through December 15, 2004. The monthly and quarterly fee applications provide a detailed description of the services provided and the expenses incurred for the applicable periods.

---

[1] Darrell Scott left the employ of Lukins & Annis, P.S. to form his own law firm on December 15, 2004.

FINAL APPLICATION FOR LUKINS & ANNIS, P.S. FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES: 2

At all relevant times, Lukins & Annis, P.S. has been a disinterested person as that term is defined in § 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the estate as provided in the Affidavit of Darrell W. Scott filed June 7, 2002.

Lukins & Annis, P.S. may have in the past represented, may currently represent, and may represent parties in interest in connection with matters unrelated to the Debtors and the Chapter 11 cases. Representations were made by Darrell W. Scott for Lukins & Annis, P.S. in the prior fee applications as follows:

1. L&A believes that the Applications were in compliance with the requirements of Del.Bankr.LR 2016-2.

2. L&A performed the services for which they are seeking compensation under its Court Appointment effective as of July 22, 2002.

3. During the Fee Period, L&A received no payment, nor received any promises for payment, from any other source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases.

4. Pursuant to Fed. R. Bank. P. 2016(b), L&A has not shared, nor has it agreed to share: (a) any compensation received or to be received with another party or person other than with the partners, counsel and associates of L&A; or

FINAL APPLICATION FOR LUKINS & ANNIS, P.S. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES: 3

(b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

In summary, Lukins & Annis, P.S. request that the Court enter an Order providing for the final approval of all prior fee applications as contemplated in the Court's Interim and Amended Administrative Orders relating to interim and final compensation.

DATED this 2nd day of May, 2014.

LUKINS & ANNIS, P.S.

By: _____
MICHAEL A. MAURER, President

FINAL APPLICATION FOR LUKINS & ANNIS, P.S. FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES: 4