## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139 (KJC) |
| Reorganized Debtors. | Jointly Administered |

**Hearing Date: October 14, 2014 at 10:00 a.m. (ET)**
**Objection Deadline: July 7, 2014 at 4:00 p.m. (ET)**

### NOTICE OF FINAL APPLICATION OF LUKINS & ANNIS, P.S. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE PERIOD FROM JULY 21, 2002 THROUGH DECEMBER 15, 2004

PLEASE TAKE NOTICE that counsel for Lukins & Annis, P.S., has filed and served the **Final Application of Lukins & Annis, P.S. for Allowance of Compensation and Reimbursement of Expenses as ZAI Additional Special Counsel for the Period from July 21, 2002 through December 15, 2004** (the "Final Fee Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Final Fee Application must be made in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **July 7, 2014 at 4:00 p.m. (ET)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE you must serve a copy of the objection or response, on or before the Objection Deadline, upon (i) the undersigned; (ii) co-counsel for the Reorganized Debtors, John Donley, Esq., and Adam Paul, Esq., Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654 (Fax number 312-862-2000), Roger Higgins, The Law Offices of Roger Higgins, LLC, 1 North Bishop Street, Suite 14, Chicago, IL 60607 (Fax number 312-577-0737); and Laura Davis Jones, Esq., and James E. O'Neill, Esq., Pachuiski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P0. Box 8705, Wilmington, DE 19899-8705 (Courier

19801) (fax number 302-652-4400); (iii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esq., Stroock & Stroock & Lavan, 180 Maiden Lane, New York, NY 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esq., Duane, Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246 (fax number 302-657-4901); (iv) counsel to the Official Committee of Property Damage Claimants, Scott L. Baena, Esq., Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, 23rd Floor, Miami, FL 33131 (fax number 305-374-7593), and Michael B. Joseph, Esq., Ferry Joseph & Pearce, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899 (fax number 302-575-1714); (v) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esq., Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 (fax number 212-644-6755), and Marla Eskin, Esq., Campbell & Levine, LLC, 222 Delaware Avenue, Suite 1620, Wilmington, DE 19801 (fax number 302-426-9947); (vi) counsel to the DIP Lenders, J. Douglas Bacon, Esq., Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 (fax number 312-993-9767); (vii) the Office of the United States Trustee, Attn: Richard L. Schepacarter, Esq., 844 N. King Street, Wilmington, DE 19801 (fax number 302-573-6497); (viii) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Esq., Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (fax number 212-715-8000); and (ix) co-counsel to the Official Committee of Equity Holders, Teresa K.D. Currier, Esq., Saul Ewing, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Final Fee Application will be heard before the Honorable Kevin J. Carey, United States Bankruptcy Judge, on **October 14, 2014 at 10:00 a.m. (ET)**, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware.

-2-

<u>IF YOU DO NOT RESPOND TO THE FINAL FEE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FINAL FEE APPLICATION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.</u>

Dated:      May 5, 2014                          Respectfully submitted,
Wilmington, Delaware

**PEPPER HAMILTON LLP**


By: /s/ David M. Fournier
David M. Fournier (DE No. 2812)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19801
Phone: (302) 777-6500
Fax:    (302) 421-8390
fournierd@pepperlaw.com

*Attorneys for Lukins & Annis, P.S.*

-3-

#26000729 v1