## CERTIFICATE OF SERVICE

I, David M. Fournier, hereby certify that on the 5th day of May, 2014, I caused the foregoing **Final Application of Lukins & Annis, P.S. for Allowance of Compensation and Reimbursement of Expenses as ZAI Additional Special Counsel for the Period from July 21, 2002 through December 15, 2004** to be served upon the parties on the attached service list in the manner indicated.

    /s/ David M. Fournier
David M. Fournier (DE No. 2812)

#26000729 v1

| | |
|---|---|
| Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Timothy P. Cairns, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>**Email**: **ljones@pszjlaw.com**<br>         **tcairns@pszjlaw.com**<br>         **joneill@pszjlaw.com**<br>**Hand Deliver** | John Donley, Esq.<br>Adam Paul, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>**Email: john.donley@kirkland.com**<br>         **adam.paul@kirkland.com**<br>**First-Class Mail** |
| Richard L. Schepacarter, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2311<br>Wilmington, DE 19801<br>**Email: richard.schepacarter@usdoj.gov**<br>**Hand Deliver** | Michael R. Lastowski, Esq.<br>Duane Morris, LLP<br>222 Delaware Ave, 16th Floor<br>Wilmington, DE 19801<br>**Email: mlastowski@duanemorris.com**<br>**Hand Deliver** |
| Michael B. Joseph, Esq.<br>Ferry Joseph & Pearce, P.A.<br>824 Market Street, 10th Floor<br>P.O. Box 1351<br>Wilmington, DE 19899<br>**Email: mjoseph@ferryjoseph.com**<br>**Hand Deliver** | Marla R. Eskin, Esq.<br>Mark T. Hurford, Esq.<br>Campbell & Levine, LLC<br>222 Delaware Avenue, Suite 1620<br>Wilmington, DE 19801<br>**Email: meskin@camlev.com**<br>         **mhurford@camlev.com**<br>**Hand Deliver** |
| Teresa K.D. Currier, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19899<br>**Email: tcurrier@saul.com**<br>**Hand Deliver** | John C. Phillips, Jr., Esq.<br>Philips, Goldman & Spence, P.A.,<br>1200 North Broom Street<br>Wilmington, DE 19806<br>**Email: jcp@pgslaw.com**<br>**Hand Deliver** |
| R. Karl Hill, Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>**Email: khill@svglaw.com**<br>**Hand Deliver** | Attn: Mark Shelnitz, Esq.<br>Senior Vice President and General Counsel<br>W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044<br>**Email: mark.shelnitz@grace.com**<br>**First-Class Mail** |
| Warren H. Smith<br>Warren H. Smith and Associates<br>2235 Ridge Road, Suite 105<br>Rockwall, TX 75087<br>**Email: whsmith@whsmithlaw.com**<br>**First-Class Mail** | Roger Higgins, Esq.<br>The Law Offices of Roger Higgins, LLC<br>1 North Bishop Street, Suite 14<br>Chicago, IL 60607-1823<br>**Email: rhiggins@rogerhigginslaw.com**<br>**First-Class Mail** |

#26000729 v1

-3-

Douglas Bacon, Esq.
David S. Heller, Esq.
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
**Email: douglas.bacon@lw.com**
        **david.heller@lw.com**
**First-Class Mail**

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982
**Email: lkruger@stroock.com,**
        **kpasquale@stroock.com**
**First-Class Mail**

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000
**Email: einselbuch@capdale.com**
**First-Class Mail**

Scott L. Baena, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131
**Email: sbaena@bilzin.com**
**First-Class Mail**

Roger Frankel, Esq.
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC 20037
**Email: rfrankel@frankelwyron.com**
**First-Class Mail**

Thomas M. Mayer, Esq.
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Email: tmayer@kramerlevin.com**
        **pbentley@kramerlevin.com**
**First-Class Mail**

Alan B. Rich, Esq.
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX 75270
**Email: alan@alanrichlaw.com**
**First-Class Mail**

#26000729 v1