EXHIBIT 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |

## SUMMARY APPLICATION OF VENABLE LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2013 THROUGH DECEMBER 31, 2013

| | |
|---|---|
| Name of Applicant: | **Venable LLP ("Venable")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered June 24, 2009, effective as of May 22, 2009** |
| Period for which compensation and reimbursement is sought: | **December 1, 2013 through December 31, 2013** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$19,879.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$0.00** |

This is a _x_ monthly ___ interim ___ final application.

This is Venable's monthly application for interim compensation of services for the interim fee period December 1, 2013 through December 31, 2013 (the "Fee Period"). The following applications were filed in the Chapter 11 cases:

---

[1] The Reorganized Debtors comprise the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| November 5, 2009 | 11/1/2008-6/30/2009 | $709,294.00 | $6,405.06 | $706,595.00 | $6,405.06 |
| November 5, 2009 | 7/1/2009-7/31/2009 | $50,849.50 | $75,008.99 | Interim approval[2] | Interim approval |
| November 24, 2009 | 8/1/2009-8/31/2009 | $134,090.00 | $102,335.48 | Interim approval | Interim approval |
| November 24, 2009 | 9/1/2009-9/30/2009 | $306,602.00 | $118,095.92 | Interim approval | Interim approval |
| November 24, 2009 | July-September 2009 | $491,541.50 | $295,440.39 | $491,292.50 | $295,440.39 |
| February 26, 2010 | 10/1/2009-10/31/2009 | $479,238.00 | $266,326.39 | Interim approval[3] | Interim approval |
| April 16, 2010 | 11/1/2009-11/30/2009 | $398,519.00 | $163,488.22 | Interim approval | Interim approval |
| April 30, 2010 | 12/1/2009-12/31/2009 | $305,242.96 | $108,454.93 | Interim approval | Interim approval |
| May 3, 2010 | October-December 2009 | $1,182,999.96 | $538,269.54 | $1,179,018.46 | $538,269.54 |
| May 19, 2010 | 1/1/2010-1/31/2010 | $271,084.25 | $97,840.12 | Interim approval[4] | Interim approval |
| May 19, 2010 | 2/1/2010-2/28/2010 | $157,136.50 | $17,784.35 | Interim approval | Interim approval |
| May 19, 2010 | 3/1/2010-3/31/2010 | $7,968.00 | $640.70 | Interim approval | Interim approval |
| May 19, 2010 | January-March 2010 | $436,188.75 | $116,265.17 | $436,188.75 | $116,265.17 |
| August 18, 2011 | 4/1/2010-4/30/2010 | $2,500.00 | $162.02 | Interim approval | Interim approval[5] |
| August 18, 2011 | 5/1/2010-5/31/2010 | $9,000.00 | $3.50 | Interim approval | Interim approval |
| August 18, 2011 | April-June 2010 | $11,500.00 | $165.52 | $11,500.00 | $165.52 |
| May 2, 2014 | July 2010-Sepember 2013 | $209,779.50 | $5,434.06 | Application pending | Application pending |

---

[2] The fees and expenses requested in the July through September 2009 interim monthly applications were approved on an interim basis pursuant to the Order entered by this Court on March 19, 2010.
[3] The fees and expenses requested in the October through December 2009 interim monthly applications were approved on an interim basis pursuant to the Order entered by this Court on June 7, 2010.
[4] The fees and expenses requested in the January through March 2010 interim monthly applications were approved on an interim basis pursuant to the Order entered by this Court on September 13, 2010.
[5] The fees and expenses requested in the April and May 2011 interim monthly application were approved on an interim basis pursuant to the order entered by this Court on September 20, 2011.

7772515-v1

The Venable attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Laura S. Bouyea | Associate | 2003 | Business | $495.00 | 35.2 | $17,424.00 |
| Darek S. Bushnaq | Partner | 1997 | Business | $550.00 | 2.1 | $1,155.00 |
| | | | | Total for all attorneys | | $18,579.00 |

Grand Total for Fees     $18,579.00
Blended Rate     $498.10

The Venable paralegal who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Dorothy M. Dierdorff | Paralegal | 1998 | Business | $250.00 | 5.2 | $1,300.00 |
| | | | | Total for all paralegals | | $1,300.00 |

Grand Total for Fees     $1,300.00
Blended Rate     $250.00

**Compensation by Matter**

| Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|
| Advice Concerning Fee Application Matters | 42.5 | $19,879.00 |
| | Total | $19,879.00 |

**WHEREFORE**, Venable respectfully requests (a) that the fees and expenses herein be authorized and approved as administrative expenses of the Debtors' estates as requested in the Interim and Final Verified Application of Venable LLP for

-3-

7772515-v1

Compensation for Services and Reimbursement of Expenses as Special Counsel to W. R. Grace & Co., et al., for the Fifty-First through Fifty-Second Quarters from October 1, 2013 through February 3, 2014, and Final Verified Application of Venable LLP for Compensation for Services and Reimbursement of Expenses as Special Counsel to W. R. Grace & Co., et al. for the Period from November 1, 2008 through September 30, 2013, filed simultaneously herewith; and (b) that this Court grant such other relief as is equitable and just.

Wilmington, Delaware
Dated: May 5, 2014

Respectfully submitted,

VENABLE LLP

/s/ Darek S. Bushnaq
Darek S. Bushnaq
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

Special Counsel for the Debtors and Debtors in Possession

Monthly Statement of Venable LLP Fee
Detail December 1, 2013 through December 31, 2013

**Advice Concerning Fee Application Matters**

| TKPR | DATE | HRS | RATE | AMT | NARRATIVE |
|---|---|---|---|---|---|
| BOUYEA, LAURA S. | 12/7/2013 | 2.1 | 495.00 | 1,039.50 | REVIEW FEE APPLICATIONS |
| BOUYEA, LAURA S. | 12/8/2013 | 6.1 | 495.00 | 3,019.50 | REVIEW AND REVISE FEE APPLICATIONS |
| BOUYEA, LAURA S. | 12/9/2013 | 0.1 | 495.00 | 49.50 | ADDRESS FILING OF FEE APPLICATION |
| DIERDORFF, DOROTHY M. | 12/9/2013 | 0.5 | 250.00 | 125.00 | WORK ON FEE APPLICATIONS |
| DIERDORFF, DOROTHY M. | 12/11/2013 | 0.8 | 250.00 | 200.00 | WORK ON FEE APPLICATIONS |
| DIERDORFF, DOROTHY M. | 12/12/2013 | 2.4 | 250.00 | 600.00 | WORK ON FEE APPLICATIONS |
| DIERDORFF, DOROTHY M. | 12/13/2013 | 1.5 | 250.00 | 375.00 | WORK ON FEE APPLICATIONS |
| BOUYEA, LAURA S. | 12/13/2013 | 0.1 | 495.00 | 49.50 | ADDRESS FILING OF FEE APPLICATIONS |
| BOUYEA, LAURA S. | 12/14/2013 | 4.1 | 495.00 | 2,029.50 | REVIEW AND REVISE FEE APPLICATIONS |
| BUSHNAQ, DAREK S. | 12/18/2013 | 0.7 | 550.00 | 385.00 | ATTENTION TO FEE APPLICATION PREPARATION |
| BOUYEA, LAURA S. | 12/18/2013 | 0.2 | 495.00 | 99.00 | DRAFT FEE APPLICATIONS |
| BUSHNAQ, DAREK S. | 12/27/2013 | 0.1 | 550.00 | 55.00 | TELEPHONE CALL WITH L. BOUYEA RE: FEE APPLICATION PREPARATION |
| BOUYEA, LAURA S. | 12/27/2013 | 0.1 | 495.00 | 49.50 | CORRESPONDENCE WITH D. BUSHNAQ RE: FEE APPLICATIONS |
| BOUYEA, LAURA S. | 12/28/2013 | 1.0 | 495.00 | 495.00 | DRAFT FEE APPLICATIONS |
| BOUYEA, LAURA S. | 12/29/2013 | 9.0 | 495.00 | 4,455.00 | REVIEW AND REVISE FEE APPLICATIONS |
| BUSHNAQ, DAREK S. | 12/30/2013 | 0.9 | 550.00 | 495.00 | REVIEW DOCUMENTS RE: FEE APPLICATIONS |
| BOUYEA, LAURA S. | 12/30/2013 | 4.8 | 495.00 | 2,376.00 | DRAFT FEE APPLICATIONS |
| BUSHNAQ, DAREK S. | 12/31/2013 | 0.4 | 550.00 | 220.00 | EMAILS RE: PREPARATION OF FEE APPLICATIONS |
| BOUYEA, LAURA S. | 12/31/2013 | 7.6 | 495.00 | 3,762.00 | DRAFT FEE APPLICATIONS |
| | | | | 19,879.00 | |