IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | Objection Deadline: July 8, 2014 at 4:00 p.m. |
| | ) | Hearing: October 14, 2014 at 9:00 a.m. |

**COVER SHEET TO THE FOURTH QUARTERLY AND FINAL FEE APPLICATION OF LINCOLN PARTNERS ADVISORS LLC AS FINANCIAL ADVISOR TO DAVID T. AUSTERN, FORMER ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, AND ROGER FRANKEL, SUCCESSOR ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE FOURTH QUARTERLY PERIOD FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014 AND THE FINAL FEE PERIOD FROM SEPTEMBER 1, 2009 THROUGH FEBRUARY 3, 2014**

| | |
|---|---|
| **Name of Applicant:** | Lincoln Partners Advisors LLC ("**Lincoln**") |
| **Authorized to Provide Professional Services to:** | • David T. Austern, Asbestos Personal Injury Future Claimants' Representative ("**Former FCR**"), from September 1, 2009 through May 16, 2013<br><br>• Roger Frankel, Asbestos Personal Injury Future Claimants' Representative ("**Successor FCR**"), from May 16, 2013 through February 3, 2014 |
| **Date of Retention:** | • As financial advisor to the Former FCR: As of September 1, 2009, pursuant to Order entered by the Court on November 18, 2009 [Dkt. No. 23785]<br><br>• As financial advisor to the Successor FCR: As of May 16, 2013, pursuant to Order entered by the Court on July 31, 2013 [Dkt. No. 30903][1] |

---

[1] Pursuant to this Court's Order authorizing Roger Frankel's retention of Lincoln as his financial advisor, Lincoln is authorized to file a single consolidated final fee application covering all of the fees and expenses incurred by Lincoln in connection with its financial advisory services provided to David T. Austern and Roger Frankel [Dkt. No. 30903 ¶ 4].

| Periods for which Compensation and Reimbursement is Sought: | Fourth Quarterly Period As Financial Advisor to the Successor FCR: January 1, 2014 through February 3, 2014 | Final Fee Period As Financial Advisor to the Former FCR and Successor FCR: September 1, 2009 through February 3, 2014 |
|---|---|---|
| **Total Fees Requested in this Final Fee Application:** | $75,000.00 | $2,920,000.00[2] |
| **Total Expenses Requested in this Final Fee Application:** | $3,603.24 | $34,998.27[3] |
| **Total Fees & Expenses Requested in this Final Fee Application:** | $78,603.24 | $2,954,998.27 |
| **Total Fees Previously Approved:** | To Be Considered with this Final Fee Application | $2,755,000.00[4] |
| **Total Expenses Previously Approved:** | To Be Considered with this Final Fee Application | $30,692.87[5] |
| **Total Hours:** | 147.90 | 4,361.00 |

---

[2] The total fees requested is equal to the **sum** of all fees previously approved by this Court pursuant to Lincoln's quarterly fee applications for the period September 1, 2009 - September 30, 2013, **plus** the fees requested in Lincoln's quarterly fee applications for the periods October 1, 2013 - December 31, 2013 ($90,000.00) and January 1, 2014 - February 3, 2014 ($75,000.00).

[3] The total expenses requested is equal to the **sum** of all expenses previously approved by this Court pursuant to Lincoln's quarterly fee applications for the period September 1, 2009 - September 30, 2013, **plus** the expenses requested in Lincoln's quarterly fee applications for the periods October 1, 2013 - December 31, 2013 (702.16, which reflects an agreed reduction of $191.30 from the requested expenses), and January 1, 2014 - February 3, 2014 ($3,603.24).

[4] This total is the **sum** of Lincoln's approved fees as reflected in its quarterly fee applications from September 1, 2009 - September 30, 2013. As of the date of this Final Fee Application, approval of Lincoln's quarterly fee applications for October 1, 2013 - December 31, 2013 and January 1, 2014 - February 3, 2014 remains pending before this Court.

[5] This total is the **sum** of Lincoln's approved expenses as reflected in its quarterly fee applications from September 1, 2009 - September 30, 2013. As of the date of this Final Fee Application, approval of Lincoln's quarterly fee applications for October 1, 2013 - December 31, 2013 and January 1, 2014 - February 3, 2014 remains pending before this Court.

# SUMMARY OF QUARTERLY FEE APPLICATIONS FILED DURING THE FINAL FEE PERIOD:  SEPTEMBER 1, 2009 THROUGH FEBRUARY 3, 2014

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses as of May 5, 2014 | | Amounts Outstanding | CNO or COC | Approval Order |
|---|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/Expenses | Dated Filed (DI No.) | Dated Filed (DI No.) |
| **Financial Advisor to David T. Austern (Former FCR)** | | | | | | | | |
| 5/25/10 DI 24834 | 9/1/09- 9/30/09 | $50,000.00 | $251.49 | $50,000.00 | $251.49 | $0.00 | 6/2/10 DI 24885 | 6/7/10 DI 24917 |
| 5/21/10 DI 24819 | 10/1/09- 12/31/09 | $200,000.00 | $2,769.33 | $200,000.00 | $2,769.33 | $0.00 | 9/10/10 DI 25393 | 9/13/10 DI 25397 |
| 5/21/10 DI 24820 | 1/1/10- 3/31/10 | $225,000.00 | $571.89 | $225,000.00 | $571.89 | $0.00 | 9/10/10 DI 25393 | 9/13/10 DI 25397 |
| 11/8/10 DI 25718 | 4/1/10- 6/30/10 | $200,000.00 | $2,896.38 | $200,000.00 | $2,896.38 | $0.00 | 12/6/10 DI 25866 | 12/10/10 DI 25905 |
| 1/14/11 DI 26075 | 7/1/10- 9/30/10 | $165,000.00 | $451.81 | $165,000.00 | $451.81 | $0.00 | 3/24/11 DI 26623 | 3/25/11 DI 26627 |
| 3/25/11 DI 26634 | 10/1/10- 12/31/10 | $200,000.00 | $371.83 | $200,000.00 | $371.83 | $0.00 | 6/28/11 DI 27178 | 6/30/11 DI 27188 |
| 5/17/11 DI 26945 | 1/1/11- 3/31/11 | $145,000.00 | $626.82 | $145,000.00 | $626.82 | $0.00 | 9/19/11 DI 27620 | 9/20/11 DI 27622 |
| 8/16/11 DI 27443 | 4/1/11- 6/30/11 | $180,000.00 | $3,342.16 | $180,000.00 | $3,342.16 | $0.00 | 12/12/11 DI 28143 | 12/14/11 DI 28150 |
| 1/13/12 DI 28356 | 7/1/11- 9/30/11 | $170,000.00 | $988.86 | $170,000.00 | $988.86 | $0.00 | 3/12/12 DI 28658 | 3/23/12 DI 28705 |
| 3/27/12 DI 28726 | 10/1/11- 12/31/11 | $185,000.00 | $3,517.90 | $185,000.00 | $3,480.90 | $0.00 | 6/11/12 DI 29040 | 6/14/12 DI 29054 |
| 9/14/12 DI 29624 | 1/1/12- 3/31/12 | $125,000.00 | $675.88 | $125,000.00 | $675.88 | $0.00 | 12/10/12 DI 30020 | 12/11/12 DI 30036 |
| 9/14/12 DI 29625 | 4/1/12- 6/30/12 | $190,000.00 | $4,031.95 | $190,000.00 | $4,031.95 | $0.00 | 12/10/12 DI 30020 | 12/11/12 DI 30036 |
| 11/26/12 DI 29933 | 7/1/12- 9/30/12 | $185,000.00 | $2,043.07 | $185,000.00 | $1,990.33 | $0.00 | 3/18/13 DI 30405 | 3/27/13 DI 30440 |
| 5/1/13 DI 30578 | 10/1/12- 12/31/12 | $200,000.00 | $4,286.56 | $200,000.00 | $4,286.56 | $0.00 | 7/23/13 DI 30865 | 7/31/13 DI 30907 |
| 9/13/13 DI 31130 | 1/1/13- 3/31/13 | $70,000.00 | $361.64 | $70,000.00 | $361.64 | $0.00 | 12/12/13 DI 31456 | 12/17/13 DI 31482 |

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses as of May 5, 2014 | | Amounts Outstanding | CNO or COC | Approval Order |
|---|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/Expenses | Dated Filed (DI No.) | Dated Filed (DI No.) |
| 9/13/13 DI 31263 | 4/1/13-5/15/13 | $46,000.00 | $111.28 | $46,000.00 | $111.28 | $0.00 | 12/12/13 DI 31456 | 12/17/13 DI 31482 |
| **Financial Advisor to Roger Frankel (Successor FCR)** | | | | | | | | |
| 9/13/13 DI 31264 | 5/16/13-6/30/13 | $79,000.00 | $152.88 | $79,000.00 | $152.88 | $0.00 | 12/12/13 DI 31456 | 12/17/13 DI 31482 |
| 12/5/13 DI 31434 | 7/1/13-9/30/13 | $140,000.00 | $3,330.88 | $140,000.00 | $3,330.88 | $0.00 | 3/28/14 DI 31947 | 3/26/14 DI 31963 |
| 3/21/14 DI 31897 | 10/1/13-12/31/13 | $90,000.00 | $893.46 | $72,000 (80% fees – approval pending) | $702.16 (includes agreed reduction – approval pending) | $18,000.00 (20% fee holdback – approval pending) | TBD | Set for hearing on May 28, 2014 |
| To Be Consider-ed with this Final Fee App | 1/1/14-2/3/14 | $75,000.00 | $3,603.24 | $60,000 (80% fees – approval pending) | $3,603.24 (100% expenses – approval pending) | $15,000 (20% fee holdback – approval pending) | TBD | Set for hearing on October 14, 2014 |
| TOTAL | 9/1/09-2/3/14 | $2,920,000.00 | $35,279.31 | $2,887,000.00 | $34,998.27 | $33,000.00 (fees) $0.00 (expenses) | -- | -- |

# SUMMARIES RELATING TO FOURTH QUARTERLY PERIOD: JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014

## MONTHLY FEE STATEMENTS FILED FOR FOURTH QUARTERLY PERIOD

| Date Filed (DI No.) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | CNO Filed (DI No.) |
|---|---|---|---|---|---|---|
| 3/24/14 D.I. 31905 | 1/1/14-2/3/14 | $75,000.00 | $3,603.24 | $60,000.00 | $3,603.24 | 4/16/14 D.I. 32022 |
| TOTAL: | 1/1/14-2/3/14 | $75,000.00 | $3,603.24 | $60,000.00 | $3,603.24 | -- |

4

## SUMMARY OF TIME EXPENDED BY
## PROFESSIONAL DURING FOURTH QUARTERLY PERIOD

| Name of Professional | Position | Hourly Billing Rate[6] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | N/A | 51.6 | N/A |
| Jason Solganick | Director | N/A | 41.3 | N/A |
| Sam Jackson | Associate | N/A | 26.7 | N/A |
| Adam Karmali | Analyst | N/A | 28.3 | N/A |
| TOTAL: | | | 147.9 | $75,000.00 |
| **Blended Rate: $507.10** | | | | |

## SUMMARY OF COMPENSATION BY
## PROJECT CATEGORY DURING FOURTH QUARTERLY PERIOD

| Project Category | Hours Billed | Total Fees Requested[7] |
|---|---|---|
| Business Operations | N/A | N/A |
| Case Administration | N/A | N/A |
| Financial Analysis | N/A | N/A |
| Hearings | N/A | N/A |
| TOTAL: | 147.90 | $75,000.00 |

---

[6] Lincoln does not bill on an hourly basis.

[7] Lincoln does not bill on an hourly basis; therefore, a calculation of total fees by hour and hourly billing rate is not applicable.

**SUMMARY OF EXPENSES INCURRED DURING**
**FOURTH QUARTERLY PERIOD**

| Expense Category | Total |
|---|---|
| Travel – Air | $2,873.76 |
| Travel – Taxi and Car Service | $372.00 |
| Travel – Meals | $30.00 |
| Telecommunications | $150.23 |
| PACER and Copies | $177.25 |
| **TOTAL:** | **$3,603.24** |

# SUMMARIES RELATING TO FINAL FEE PERIOD: SEPTEMBER 1, 2009 THROUGH FEBRUARY 3, 2014

**SUMMARY OF TIME EXPENDED BY**
**PROFESSIONAL DURING FINAL FEE PERIOD**

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation[8] |
|---|---|---|---|---|
| Joseph J. Radecki, Jr. | Managing Director | N/A | 1,716.3 | N/A |
| Jason Solganick | Director | N/A | 816.5 | N/A |
| Sam Jackson | Associate | N/A | 121.3 | N/A |
| Claire Burke | Associate | N/A | 889.4 | N/A |
| George Coles | Associate | N/A | 437.7 | N/A |
| Adam Karmali | Analyst | N/A | 117.6 | N/A |
| Benjamin Fischer | Analyst | N/A | 116.9 | N/A |
| Andrew Choi | Analyst | N/A | 145.3 | N/A |
| **TOTAL:** | | | **4,361.0** | **$2,920,000.00** |
| **Blended Rate: $669.57** | | | | |

---

[8] Lincoln does not bill on an hourly basis.

6

## SUMMARY OF COMPENSATION BY
## PROJECT CATEGORY DURING FINAL FEE PERIOD

| Project Category | Hours Billed | Total Fees Requested[9] |
|---|---|---|
| Business Operations | N/A | N/A |
| Case Administration | N/A | N/A |
| Financial Analysis | N/A | N/A |
| Hearings | N/A | N/A |
| **TOTAL:** | **4,361.00** | **$2,920,000.00** |

## SUMMARY OF EXPENSES DURING FINAL FEE PERIOD

| Expense Category | Expenses Requested |
|---|---|
| Telephone | $7,179.65 |
| Express Mail | 647.72 |
| Meals | 535.46 |
| Airfare | 19,457.96 |
| Hotel | 927.39 |
| Transportation | 5,955.02 |
| Miscellaneous | 576.11 |
| **TOTAL:** | **$35,279.31[10]** |

Respectfully submitted,

LINCOLN PARTNERS ADVISORS LLC

By: /S/ JASON SOLGANICK
     Jason Solganick
     Director
     360 Madison Avenue, 21st Floor
     New York, NY  10017
     (212) 277-8115

Dated: May 6, 2014

---

[9] Lincoln does not bill on an hourly basis; therefore, a calculation of total fees by hour and hourly billing rate is not applicable.

[10] This amount does not reflect agreements by Lincoln to reduce its expenses in the aggregate amount of $281.04 in connection with its quarterly fee applications during the time periods October 1, 2011 - December 31, 2011 ($37.00), July 1, 2012 - September 30, 2012 ($52.74), and October 1, 2013 - December 31, 2013 ($191.30).