IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) ) | Case No. 01-1139 (KJC) Jointly Administered |
| Reorganized Debtors. | ) ) ) | |

## AFFIDAVIT

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

Jason Solganick, being duly sworn, deposes and says:

1. I am a Director at Lincoln Partners Advisors LLC ("Lincoln"), financial advisor to David T. Austern, former Asbestos PI Future Claimants' Representative, and Roger Frankel, successor Asbestos PI Future Claimants' Representative, in the above captioned cases.

2. I am familiar with the services performed by Lincoln as set forth in the Fourth Quarterly and Final Fee Application of Lincoln for the fourth quarterly period from January 1, 2014 through February 3, 2014 and for the final fee period from September 1, 2009 through February 3, 2014 (the "Final Fee Application").

3. I have reviewed the Final Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, as amended, dated April 17, 2002, and I believe the Final Fee Application to be in compliance therewith.

/S/ JASON SOLGANICK
Jason Solganick

Sworn to and subscribed before me
This 6th day of May 2014

/S/ MICHELLE L. ROTH
Notary Public
My commission expires: 4/27/17