# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No.** _____ |

## ORDER APPROVING FINAL FEE APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE PERIOD FROM DECEMBER 15, 2004 THROUGH FEBRUARY 3, 2014

Upon consideration of the final fee application (the "Application") of The Scott Law Group, P.S. ("SLG" or Applicant") retained by the ZAI Claimants in the above captioned case seeking the entry of an Order for allowance of compensation and reimbursement of expenses on a final basis for the period from December 15, 2004 through and including February 3, 2014 (the "Application Period"); and this Court having determined that all of the requirements of sections 327, 328, 330, 331 and 503(b) of the Bankruptcy Code as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the applicable Local Rules have been satisfied; and it further appearing that the expenses incurred were actual, reasonable and necessary; and it appearing that notice of the Application was appropriate; and after due deliberation and sufficient good cause appearing therefore; it is hereby

ORDERED that the Application is approved on a final basis; and it is further

ORDERED that SLG is granted a full and final allowance of compensation for professional services that were rendered to the ZAI Claimants during the Application Period, in the amount of $178,155.00**;** and it is further

2

ORDERED that SLG is granted a full and final allowance of the reimbursement of expenses incurred during the Application Period in the amount of $12,587.60; and it is further

ORDERED that Reorganized Debtor is authorized and directed to make prompt payment to SLG in an amount sufficient to satisfy all fees and expenses, less any payments already received by the SLG on account of such fees and expenses; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: October _____, 2014
         Wilmington, Delaware

                                                          _____
                                                          The Honorable Kevin J. Carey
                                                          United States Bankruptcy Judge