## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on the 6th day of May 2014, I caused a copy of the foregoing *Final Application of The Scott Law Group, P.S. for Compensation and for Reimbursement of Expenses for the Period from December 15, 2014 through February 3, 2014* to be served upon the parties on the attached service list via U.S. Mail, First Class, postage pre-paid.

May 6, 2014                                                                /s/ William A. Hazeltine
Date                                                                              William A. Hazeltine

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Richard L. Schepacarter, Esq.
Trial Attorney
U.S. Department of Justine
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael R. Lastowski, Esq.
Duane Morris LLP
222 Delaware Avenue, 16th Floor
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, 10th Floor
P.O. Box 1351
Wilmington, DE 19899

Mark T. Hurford, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Attn: Mark Shelnitz
Senior Vice President and General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

Adam Paul, Esq.
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654

Roger Higgins, Esq.
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823

David S. Heller, Esq.
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Rudolph J. Massa, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

Michael Magzamen, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Scott L. Baena, Esq.
Bilzin Sumberg
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Roger Frankel, Esq.
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC  20037

Alan B. Rich, Esq.
Law Offices of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX  75270