## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Reorganized Debtors. | ) | **Objection Deadline:** July 7, 2014 at 4:00 p.m. (prevailing Eastern time) |
| | ) | **Hearing Date:** October 14, 2014 at 10:00 a.m. (prevailing Eastern time) |

## SUMMARY OF VERIFIED FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., *ET AL.*, FOR THE INTERIM PERIOD FROM APRIL 2, 2001 THROUGH FEBRUARY 3, 2014

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **April 2, 2001 through February 3, 2014** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$155,582,791.10** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$44,676,058.42** |
| This is a: __ monthly __ interim **x** final application. | |

---

[1]   The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.  Pursuant to a final decree entered by the Court on March 19, 2014, *see* [Docket No. 31880], the cases of forty-five additional Reorganized Debtors were closed.

Summary of Quarterly Fee Applications:[2]

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 2, 2001 [Docket No. 775] | April - June 2001 | $1,753,799.50 | $155,393.83 | $4,565,461.00[3] | $321,555.72 |
| November 7, 2001 [Docket No. 1090] | July - September 2001 | $1,392,534.50 | $81,482.19 | | |
| February 7, 2002 [Docket No. 1644] | October – December 2001 | $1,423,332.50 | $84,679.70 | | |
| June 10, 2002 [Docket No. 2195] | January - March 2002 | $1,281,702.50 | $102,514.38 | $1,281,702.50[4] | $101,656.38 |
| September 3, 2002 [Docket No. 2636] | April - June 2002 | $989,110.00 | $67,169.24 | $981,666.50[5] | $67,169.24 |
| November 27, 2002 [Docket No. 3085] | July - September 2002 | $918,624.50 | $135,434.17 | $918,624.50[6] | $134,478.90 |
| March 4, 2003 [Docket No. 3460] | October - December 2002 | $459,440.50 | $18,595.84 | $459,440.50[7] | $18,467.74 |
| May 15, 2003 [Docket No. 3798] | January - March 2003 | $524,147.50 | $16,881.70 | $524,045.50[8] | $16,881.70 |
| August 27, 2003 [Docket No. 4347] | April - June, 2003 | $359,637.00 | $11,258.32 | $357,346.00[9] | $11,183.48 |
| November 18, 2003 [Docket No. 4713] | July - September 2003 | $533,606.00 | $20,062.56 | $533,606.00[10] | $20,062.56 |
| February 25, 2004 [Docket No. 5167] | October - December 2003 | $757,520.00 | $20,717.44 | $756,838.00[11] | $20,717.44 |

---

[2]   Any capitalized terms not defined in this summary have the meaning ascribed to them in the *Final Fee Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for the Interim Period from April 2, 2001 Through February 3, 2014.*

[3]   The fees and expenses requested in the April-June, 2001, July-September, 2001 and October-December, 2001, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002. [Docket No. 3091].

[4]   The fees and expenses requested in the January-March, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2002. [Docket No. 2797].

[5]   The fees and expenses requested in the April-June, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002. [Docket No. 3092].

[6]   The fees and expenses requested in the July-September, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 14, 2003. [Docket No. 3511].

[7]   The fees and expenses requested in the October-December, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 28, 2003. [Docket No. 4157].

[8]   The fees and expenses requested in the January-March, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 22, 2003. [Docket No. 4480].

[9]   The fees and expenses requested in the April-June, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 15, 2003. [Docket No. 4827].

[10]   The fees and expenses requested in the July-September, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 26, 2004. [Docket No. 5482].

[11]   The fees and expenses requested in the October-December, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2004. [Docket No. 5822].

KE 30607454

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 17, 2004 [Docket No. 5593] | January - March 2004 | $1,136,980.50 | $56,439.68 | $1,134,755.00[12] | $56,439.68 |
| October 6, 2004 [Docket No. 6551] | April - June 2004 | $924,700.00 | $35,634.14 | $918,960.50[13] | $35,557.55 |
| November 17, 2004 [Docket No. 6976] | July – September 2004 | $2,306,619.50 | $106,410.37 | $2,298,879.00[14] | $105,176.56 |
| February 14, 2005 [Docket No. 7777] | October – December 2004 | $2,286,400.00 | $112,633.42 | $2,279,008.50[15] | $110,200.64 |
| June 15, 2005 [Docket No. 8630] | January - March 2005 | $2,848,868.50 | $162,848.11 | $2,833,566.00[16] | $162,482.21 |
| August 8, 2005 [Docket No. 9149] | April - June 2005 | $2,895,797.50 | $143,582.75 | $2,894,660.00[17] | $143,530.87 |
| October 28, 2005 [Docket No. 10929] | July - September 2005 | $4,663,156.50 | $379,003.22 | $4,655,239.50[18] | $378,588.48 |
| February 14, 2006 [Docket No. 11784] | October - December 2005 | $4,984,415.00 | $456,005.52 | $4,978,349.00[19] | $453,367.08 |
| May 15, 2006 [Docket No. 12423] | January - March 2006 | $4,952,085.50 | $1,256,676.49 | $4,942,401.50[20] | $1,256,429.49 |
| August 14, 2006 [Docket No. 12969] | April - June 2006 | $5,096,175.75 | $1,333,149.79 | $5,096,175.50[21] | $1,331,919.73 |
| November 14, 2006 [Docket No. 13674] | July - September 2006 | $5,992,881.00 | $987,943.71 | $5,984,268.75[22] | $986,255.71 |

---

[12]    The fees and expenses requested in the January-March, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 27, 2004.  [Docket No. 6465].

[13]    The fees and expenses requested in the April-June, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on January 25, 2005.  [Docket No. 7622].

[14]    The fees and expenses requested in the July-September, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 22, 2005.  [Docket No. 8081].

[15]    The fees and expenses requested in the October-December, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 29, 2005.  [Docket No. 8728].

[16]    The fees and expenses requested in the January-March, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 26, 2005.  [Docket No. 9513].

[17]    The fees and expenses requested in the April-June, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 19, 2005.  [Docket No. 11402].

[18]    The fees and expenses requested in the July-September, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 24, 2006.  [Docket No. 12121].

[19]    The fees and expenses requested in the October-December, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2006.  [Docket No. 12660].

[20]    The fees and expenses requested in the January-March, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 25, 2006.  [Docket No. 13298].

[21]    The fees and expenses requested in the April-June, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 18, 2006.  [Docket No. 14069].

[22]    The fees and expenses requested in the July-September, 2006, interim monthly Applications were approved on an interim basis pursuant to the amended order entered by this Court on May 3, 2007.  [Docket No. 15494].

KE 30607454

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| February 14, 2007 [Docket No. 14567] | October - December 2006 | $5,156,698.00 | $2,730,927.75 | $5,155,238.00[23] | $2,730,927.75 |
| May 15, 2007 [Docket No. 15668] | January - March 2007 | $5,552,359.00 | $1,913,453.63 | $5,547,606.50[24] | $1,913,453.63 |
| August 14, 2007 [Docket No. 16563] | April - June 2007 | $5,806,017.50 | $5,289,061.49 | $5,801,255.00[25] | $5,289,061.49 |
| November 14, 2007 [Docket No. 17370] | July - September 2007 | $6,025,266.00 | $6,648,308.35 | $6,009,675.50[26] | $6,648,308.35 |
| February 14, 2008 [Docket No. 18049] | October - December 2007 | $7,183,739.50 | $4,071,771.01 | $7,179,358.50[27] | $4,071,035.37 |
| May 15, 2008 [Docket No. 18725] | January - March 2008 | $7,263,172.00 | $4,742,857.17 | $7,258,924.50[28] | $4,740,246.26 |
| August 14, 2008 [Docket No. 19317] | April - June 2008 | $5,838,105.50 | $2,737,629.13 | $5,837,573.00[29] | $2,735,591.33 |
| November 14, 2008 [Docket No. 20039] | July - September 2008 | $6,748,525.00 | $636,917.13 | $6,746,495.50[30] | $633,229.34 |
| February 16, 2009 [Docket No. 20731] | October - December 2008 | $7,741,360.50 | $1,290,505.69 | $7,724,905.50[31] | $1,289,347.54 |
| May 15, 2009 [Docket No. 21725] | January - March 2009 | $11,105,186.50 | $2,965,262.20 | $10,198,760.20[32] | $2,964,767.50 |
| August 28, 2009 [Docket No. 23030] | April - June 2009 | $6,993,800.50 | $2,316,977.21 | $6,594,833.00[33] | $2,315,190.63 |

---

[23]  The fees and expenses requested in the October-December, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 20, 2007. [Docket No. 16105].

[24]  The fees and expenses requested in the January-March, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 25, 2007. [Docket No. 16916].

[25]  The fees and expenses requested in the April-June, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 13, 2007. [Docket No. 17629].

[26]  The fees and expenses requested in the July-September, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 12, 2008. [Docket No. 18270].

[27]  The fees and expenses requested in the October-December, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 23, 2008. [Docket No. 18989]

[28]  The fees and expenses requested in the January-March, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 1, 2008. [Docket No. 19663].

[29]  The fees and expenses requested in the April-June, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 17, 2008. [Docket No. 20283].

[30]  The fees and expenses requested in the July-September, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 1, 2009. [Docket No. 21173].

[31]  The fees and expenses requested in the October-December, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 7, 2009. [Docket No. 22354].

[32]  The fees and expenses requested in the January-March, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 28, 2009. [Docket No. 23352].

[33]  The fees and expenses requested in the April-June, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 11, 2009. [Docket No. 23996].

KE 30607454

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| December 9, 2009 [Docket No. 23980] | July - September 2009 | $6,408,883.65 | $1,166,546.10 | $6,407,674.15[34] | $1,166,546.10 |
| February 23, 2010 [Docket No. 24327] | October - December 2009 | $3,387,893.00 | $966,793.14 | $3,387,163.00[35] | $959,355.64 |
| June 23, 2010 [Docket No. 24972] | January - March 2010 | $1,503,227.50 | $229,950.28 | $1,503,227.50[36] | $228,637.78 |
| September 30, 2010 [Docket No. 25538] | April - June 2010 | $980,039.50 | $401,280.99 | $980,039.50[37] | $401,280.99 |
| December 2, 2010 [Docket No. 25852] | July - September 2010 | $562,760.50 | $23,282.73 | $562,760.50[38] | $17,430.32 |
| March 21, 2011 [Docket No. 26604] | October - December 2010 | $768,334.50 | $21,608.29 | $768,334.50[39] | $16,425.12 |
| May 16, 2011 [Docket No. 26936] | January - March 2011 | $1,419,734.00 | $40,150.39 | $1,418,667.00[40] | $39,971.39 |
| September 13, 2011 [Docket No. 27613] | April - June 2011 | $2,165,605.50 | $78,788.68 | $2,162,103.00[41] | $78,639.68 |
| November 23, 2011 [Docket No. 28027] | July - September 2011 | $847,526.50 | $32,343.05 | $847,526.50[42] | $32,343.05 |
| February 15, 2012 [Docket No. 28538] | October - December 2011 | $483,607.50 | $11,495.65 | $483,607.50[43] | $11,495.65 |
| May 24, 2012 [Docket No. 28971] | January – March 2012 | $1,238,051.50 | $15,500.45 | $1,238,051.50[44] | $15,500.45 |

---

[34]  The fees and expenses requested in the July-September, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 19, 2010.  [Docket No. 24470].

[35]  The fees and expenses requested in the October-December, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 7, 2010.  [Docket No. 24917].

[36]  The fees and expenses requested in the January-March, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 13, 2010.  [Docket No. 25397].

[37]  The fees and expenses requested in the April-June, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 10, 2010.  [Docket No. 25905].

[38]  The fees and expenses requested in the July-September, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 25, 2011.  [Docket No. 26627].

[39]  The fees and expenses requested in the October-December, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 30, 2011.  [Docket No. 27188].

[40]  The fees and expenses requested in the January-March, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 20, 2011.  [Docket No. 27622].

[41]  The fees and expenses requested in the April-June, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 14, 2011.  [Docket No. 28150].

[42]  The fees and expenses requested in the July-September, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 23, 2012.  [Docket No. 28705].

[43]  The fees and expenses requested in the October-December, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 14, 2012.  [Docket No. 29054].

[44]  The fees and expenses requested in the January-March, 2012, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2012.  [Docket No. 29746].

KE 30607454

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 23, 2012 [Docket No. 29504] | April – June 2012 | $986,840.00 | $25,532.24 | $986,840.00[45] | $25,532.24 |
| December 11, 2012 [Docket No. 30038] | July - September 2012 | $1,416,777.00 | $26,961.99 | $1,416,777.00[46] | $26,961.99 |
| April 1, 2013 [Docket No. 30459] | October - December 2012 | $1,657,730.50 | $31,425.99 | $1,657,730.50[47] | $31,425.99 |
| June 19, 2013 [Docket No. 30759] | January - March 2013 | $1,587,846.00 | $59,992.66 | $1,587,846.00[48] | $59,992.66 |
| September 24, 2013 [Docket No. 31160] | April - June 2013 | $1,760,946.00 | $81,367.23 | $1,760,946.00[49] | $81,367.23 |
| January 7, 2014 [Docket No. 31578] | July - September 2013 | $690,235.00 | $8,924.51 | $690,235.00[50] | $8,924.51 |
| April 17, 2014 [Docket No. 32032] (the "Fifty-First Quarterly Application")[51] | October - December 2013 | $1,165,709.50 | $35,213.42 | Pending | Pending |

The K&E attorneys who rendered professional services in these cases during the Final Fee Period are:

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| David Abramowicz | Associate | 2010 | Litigation | 33.60 | $380.00 | $12,768.00 |
| F Wade Ackerman | Associate | 2004 | Litigation | 292.50 | $405.00 | $118,462.50 |
| | | | | 165.70 | $435.00 | $72,079.50 |
| | | | | 169.10 | $475.00 | $80,322.50 |
| Ellen T Ahern | Partner | 1992 | Litigation | 877.90 | $525.00 | $460,897.50 |
| | | | | 1,704.20 | $545.00 | $928,789.00 |
| | | | | 1,511.40 | $570.00 | $861,498.00 |
| | | | | 1,072.60 | $615.00 | $659,649.00 |

---

[45] The fees and expenses requested in the April-June, 2012, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 11, 2012. [Docket No. 30036].

[46] The fees and expenses requested in the July-September, 2012, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 27, 2013. [Docket No. 30440].

[47] The fees and expenses requested in the October-December, 2013, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 31, 2013. [Docket No. 30907].

[48] The fees and expenses requested in the January-March, 2013, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 24, 2013. [Docket No. 31158].

[49] The fees and expenses requested in the April-June, 2013, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 17, 2013. [Docket No. 31482].

[50] The fees and expenses requested in the July-September, 2013, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 31, 2013. [Docket No. 31963].

[51] The hearing on the Fifty-First Quarterly Fee Application is scheduled for May 28, 2014.

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Kristina Alexander | Associate | 2010 | Restructuring | 469.20 | $365.00 | $171,258.00 |
| | | | | 177.80 | $385.00 | $68,453.00 |
| | | | | 20.70 | $430.00 | $8,901.00 |
| | | | | 25.40 | $445.00 | $11,303.00 |
| | | | | 3.00 | $475.00 | $1,425.00 |
| Matthew J Antinossi | Associate | 1999 | Employee Benefits | 2.80 | $295.00 | $826.00 |
| | | | | 52.00 | $395.00 | $20,540.00 |
| Susan A Arbeit | Associate | 2004 | Restructuring | 66.90 | $270.00 | $18,063.00 |
| Jeffrey M Armington | Law Clerk; Associate | 2009 | General; Restructuring | 11.80 | $205.00 | $2,419.00 |
| | | | | 37.80 | $475.00 | $17,955.00 |
| Sashi Athota | Associate | 2006 | Restructuring | 8.50 | $295.00 | $2,507.50 |
| | | | | 215.20 | $310.00 | $66,712.00 |
| | | | | 4.50 | $330.00 | $1,485.00 |
| Martin C Attea | Associate | 1999 | Corporate | 12.10 | $265.00 | $3,206.50 |
| Pamela J Auerbach | Partner | 1994 | Litigation | 43.80 | $535.00 | $23,433.00 |
| Janet S Baer | Of Counsel; Partner | 1982 | Restructuring | 524.80 | $495.00 | $259,776.00 |
| | | | | 585.70 | $510.00 | $298,707.00 |
| | | | | 993.90 | $580.00 | $576,462.00 |
| | | | | 562.00 | $625.00 | $351,250.00 |
| | | | | 1,154.70 | $655.00 | $756,328.50 |
| | | | | 1,325.30 | $685.00 | $907,830.50 |
| | | | | 2,491.40 | $745.00 | $1,856,093.00 |
| | | | | 1,826.80 | $755.00 | $1,379,234.00 |
| | | | | 2,298.90 | $795.00 | $1,827,625.50 |
| | | | | 219.40 | $835.00 | $183,199.00 |
| Tara M Bahn | Associate | 2004 | Environmental | 2.10 | $625.00 | $1,312.50 |
| Adam Balfour | Associate | 2008 | Corporate | 6.90 | $505.00 | $3,484.50 |
| Rana Barakat | Associate | 2008 | Litigation | 214.60 | $540.00 | $115,884.00 |
| | | | | 252.80 | $575.00 | $145,360.00 |
| | | | | 511.60 | $625.00 | $319,750.00 |
| | | | | 395.70 | $675.00 | $267,097.50 |
| | | | | 17.80 | $715.00 | $12,727.00 |
| | | | | 12.30 | $750.00 | $9,225.00 |
| James L Baribeau | Associate | 2006 | Corporate | 18.10 | $490.00 | $8,869.00 |
| | | | | 166.50 | $530.00 | $88,245.00 |
| | | | | 36.90 | $565.00 | $20,848.50 |
| | | | | 61.70 | $610.00 | $37,637.00 |
| Amanda C Basta | Associate | 2002 | Litigation | 215.30 | $360.00 | $77,508.00 |
| | | | | 1,235.60 | $365.00 | $450,994.00 |
| | | | | 983.50 | $400.00 | $393,400.00 |
| | | | | 782.70 | $435.00 | $340,474.50 |
| | | | | 1,033.30 | $465.00 | $480,484.50 |
| | | | | 835.30 | $500.00 | $417,650.00 |
| | | | | 37.70 | $520.00 | $19,604.00 |
| Peter A Bellacosa | Partner | 1989 | Litigation | 0.50 | $460.00 | $230.00 |
| Ryan B Bennett | Associate | 2000 | Restructuring | 26.10 | $360.00 | $9,396.00 |
| | | | | 827.00 | $405.00 | $334,935.00 |
| | | | | 139.00 | $420.00 | $58,380.00 |
| Derek S Bentsen | Associate | 2004 | Litigation | 85.00 | $275.00 | $23,375.00 |

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Justin Bernbrock | Associate | 2012 | Restructuring | 24.10 | $430.00 | $10,363.00 |
| | | | | 27.70 | $495.00 | $13,711.50 |
| David M Bernick, P.C. | Partner; Of Counsel | 1978 | Litigation | 527.70 | $655.00 | $345,643.50 |
| | | | | 391.50 | $665.00 | $260,347.50 |
| | | | | 110.80 | $715.00 | $79,222.00 |
| | | | | 340.90 | $750.00 | $255,675.00 |
| | | | | 263.50 | $825.00 | $217,387.50 |
| | | | | 816.60 | $845.00 | $690,027.00 |
| | | | | 1,089.20 | $870.00 | $947,604.00 |
| | | | | 1,458.80 | $915.00 | $1,334,802.00 |
| | | | | 1,775.10 | $955.00 | $1,695,220.50 |
| | | | | 100.30 | $995.00 | $99,798.50 |
| Jack N Bernstein | Partner | 1995 | Employee Benefits | 64.50 | $835.00 | $53,857.50 |
| | | | | 5.80 | $880.00 | $5,104.00 |
| | | | | 4.10 | $930.00 | $3,813.00 |
| Kevin Bettsteller | Associate | 2006 | Corporate | 1.70 | $750.00 | $1,275.00 |
| Salvatore F Bianca | Associate | 2003 | Restructuring; Litigation | 59.90 | $405.00 | $24,259.50 |
| | | | | 868.00 | $420.00 | $364,560.00 |
| | | | | 1,109.40 | $455.00 | $504,777.00 |
| | | | | 288.40 | $465.00 | $134,106.00 |
| | | | | 808.00 | $480.00 | $387,840.00 |
| | | | | 607.90 | $485.00 | $294,831.50 |
| | | | | 654.20 | $510.00 | $333,642.00 |
| | | | | 1,239.90 | $520.00 | $644,748.00 |
| Brant W Bishop, P.C. | Associate | 1996 | Litigation | 8.80 | $330.00 | $2,904.00 |
| | | | | 5.40 | $350.00 | $1,890.00 |
| Samuel Blatnick | Associate | 2003 | Restructuring; Litigation | 320.30 | $255.00 | $81,676.50 |
| | | | | 1,136.80 | $315.00 | $358,092.00 |
| | | | | 686.70 | $320.00 | $219,744.00 |
| | | | | 1,105.90 | $360.00 | $398,124.00 |
| | | | | 530.00 | $365.00 | $193,450.00 |
| | | | | 1,184.80 | $375.00 | $444,300.00 |
| | | | | 580.90 | $395.00 | $229,455.50 |
| | | | | 680.30 | $435.00 | $295,930.50 |
| | | | | 112.10 | $475.00 | $53,247.50 |
| | | | | 379.00 | $500.00 | $189,500.00 |
| | | | | 422.20 | $535.00 | $225,877.00 |
| | | | | 224.60 | $550.00 | $123,530.00 |
| Heather Bloom | Associate | 2008 | Litigation | 448.00 | $295.00 | $132,160.00 |
| | | | | 1,337.90 | $320.00 | $428,128.00 |
| | | | | 754.40 | $375.00 | $282,900.00 |
| | | | | 22.20 | $405.00 | $8,991.00 |

8

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Deanna D Boll | Associate; Partner | 1998 | Restructuring | 63.90 | $320.00 | $20,448.00 |
| | | | | 268.60 | $360.00 | $96,696.00 |
| | | | | 26.50 | $465.00 | $12,322.50 |
| | | | | 82.80 | $485.00 | $40,158.00 |
| | | | | 13.40 | $520.00 | $6,968.00 |
| | | | | 726.00 | $545.00 | $395,670.00 |
| | | | | 837.10 | $575.00 | $481,332.50 |
| | | | | 1,831.00 | $625.00 | $1,144,375.00 |
| | | | | 2,657.00 | $675.00 | $1,793,475.00 |
| | | | | 1,049.50 | $735.00 | $771,382.50 |
| | | | | 711.90 | $775.00 | $551,722.50 |
| Bradley J Bondi | Partner | 1999 | Litigation | 27.30 | $455.00 | $12,421.50 |
| Justin S Brooks | Associate | 2009 | Litigation | 296.00 | $355.00 | $105,080.00 |
| | | | | 1,411.30 | $415.00 | $585,689.50 |
| | | | | 203.40 | $445.00 | $90,513.00 |
| | | | | 25.10 | $500.00 | $12,550.00 |
| | | | | 180.10 | $535.00 | $96,353.50 |
| Michelle H Browdy | Partner | 1990 | Litigation | 331.10 | $400.00 | $132,440.00 |
| | | | | 304.00 | $420.00 | $127,680.00 |
| | | | | 11.70 | $445.00 | $5,206.50 |
| | | | | 805.10 | $480.00 | $386,448.00 |
| | | | | 1,152.40 | $625.00 | $720,250.00 |
| Daniel R Brown | Associate | 2009 | Restructuring | 19.80 | $540.00 | $10,692.00 |
| Craig A Bruens | Partner | 1999 | Restructuring | 1,212.10 | $590.00 | $715,139.00 |
| | | | | 257.80 | $645.00 | $166,281.00 |
| Robert T Buday, P.C. | Partner | 1991 | Real Estate | 1.00 | $410.00 | $410.00 |
| Holly Bull | Of Counsel | 1997 | Restructuring | 1,738.00 | $280.00 | $486,640.00 |
| | | | | 493.30 | $490.00 | $241,717.00 |
| | | | | 749.50 | $530.00 | $397,235.00 |
| | | | | 444.70 | $565.00 | $251,255.50 |
| | | | | 22.50 | $605.00 | $13,612.50 |
| Angela M Butcher | Associate | 2006 | Litigation | 20.30 | $510.00 | $10,353.00 |
| Stephen H Butler | Associate | 2009 | Taxation | 5.80 | $335.00 | $1,943.00 |
| | | | | 8.90 | $635.00 | $5,651.50 |
| | | | | 5.40 | $670.00 | $3,618.00 |
| | | | | 26.40 | $745.00 | $19,668.00 |
| | | | | 8.20 | $790.00 | $6,478.00 |
| Grant H Caldis | Associate | 2006 | Corporate | 20.00 | $565.00 | $11,300.00 |
| Brooke L Cavanaugh | Associate | 2010 | Restructuring | 86.70 | $365.00 | $31,645.50 |
| Cameron Cheetham | Of Counsel | 1996 | Restructuring | 12.20 | $730.00 | $8,906.00 |
| Christopher C Chiou | Associate | 2004 | Litigation | 251.10 | $235.00 | $59,008.50 |
| | | | | 593.00 | $245.00 | $145,285.00 |
| | | | | 1,554.50 | $275.00 | $427,487.50 |
| | | | | 165.70 | $285.00 | $47,224.50 |
| | | | | 554.70 | $315.00 | $174,730.50 |
| | | | | 7.00 | $355.00 | $2,485.00 |
| | | | | 17.30 | $375.00 | $6,487.50 |
| | | | | 9.70 | $405.00 | $3,928.50 |
| | | | | 0.20 | $435.00 | $87.00 |
| | | | | 2.50 | $475.00 | $1,187.50 |

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Shirley S Cho | Partner | 1997 | Restructuring | 40.20 | $615.00 | $24,723.00 |
| Thomas W Christopher | Partner | 1985 | Corporate | 413.70 | $825.00 | $341,302.50 |
| | | | | 128.90 | $865.00 | $111,498.50 |
| | | | | 8.00 | $915.00 | $7,320.00 |
| | | | | 1.00 | $995.00 | $995.00 |
| Brandi L Chudoba | Associate | 2004 | Litigation | 3.80 | $395.00 | $1,501.00 |
| Tobias D Chun | Associate | 1996 | Environmental | 23.10 | $360.00 | $8,316.00 |
| | | | | 25.10 | $375.00 | $9,412.50 |
| Kenneth S Clark | Associate | 2006 | Litigation | 422.00 | $240.00 | $101,280.00 |
| | | | | 0.70 | $315.00 | $220.50 |
| David A Codevilla | Associate | 1996 | Environmental | 159.50 | $295.00 | $47,052.50 |
| | | | | 49.00 | $340.00 | $16,660.00 |
| | | | | 23.90 | $350.00 | $8,365.00 |
| | | | | 30.70 | $365.00 | $11,205.50 |
| Kevin J Coenen | Associate | 1997 | Taxation | 21.90 | $335.00 | $7,336.50 |
| Barak Cohen | Associate | 2003 | Litigation | 267.00 | $325.00 | $86,775.00 |
| | | | | 338.30 | $360.00 | $121,788.00 |
| | | | | 712.40 | $365.00 | $260,026.00 |
| Jeanne T Cohn-Connor | Of Counsel; Partner | 1985 | Environmental | 48.80 | $500.00 | $24,400.00 |
| | | | | 27.20 | $595.00 | $16,184.00 |
| | | | | 19.30 | $625.00 | $12,062.50 |
| | | | | 8.10 | $665.00 | $5,386.50 |
| | | | | 5.10 | $765.00 | $3,901.50 |
| Grant R Cornehls | Associate | 2000 | Litigation | 32.30 | $225.00 | $7,267.50 |
| Jennifer W Cowen | Associate | 2005 | Litigation | 78.10 | $315.00 | $24,601.50 |
| | | | | 7.40 | $355.00 | $2,627.00 |
| Jason H Cowley | Associate | 2004 | Litigation | 121.90 | $245.00 | $29,865.50 |
| John K D Crisham | Associate | 2005 | Litigation | 17.20 | $315.00 | $5,418.00 |
| Keith S Crow, P.C. | Partner | 1986 | Corporate | 27.80 | $995.00 | $27,661.00 |
| | | | | 12.70 | $1,035.00 | $13,144.50 |
| Kyle T Cutts | Associate | 2008 | Litigation | 172.30 | $295.00 | $50,828.50 |
| | | | | 25.60 | $320.00 | $8,192.00 |
| Andre Davis | Associate | 2001 | Restructuring | 36.60 | $300.00 | $10,980.00 |
| Brian E Davis | Associate | 1998 | Real Estate | 18.50 | $265.00 | $4,902.50 |
| | | | | 2.50 | $295.00 | $737.50 |
| Thad Davis | Associate; Partner | 2005 | Taxation | 6.00 | $430.00 | $2,580.00 |
| | | | | 21.60 | $480.00 | $10,368.00 |
| | | | | 4.70 | $550.00 | $2,585.00 |
| | | | | 0.70 | $845.00 | $591.50 |
| Thomas A Day | Associate | 2000 | Taxation | 47.00 | $235.00 | $11,045.00 |
| | | | | 1.50 | $280.00 | $420.00 |
| Edwin S del Hierro, P.C. | Partner | 1986 | Corporate | 2.00 | $915.00 | $1,830.00 |
| Dominic DeMatties | Partner | 2003 | Employee Benefits | 13.70 | $650.00 | $8,905.00 |
| Ron DeRose | Associate | 2003 | Corporate | 57.80 | $470.00 | $27,166.00 |
| Matthew F Dexter | Associate; Partner | 2005 | Litigation | 8.40 | $615.00 | $5,166.00 |
| | | | | 26.00 | $630.00 | $16,380.00 |
| | | | | 4.80 | $665.00 | $3,192.00 |
| Katherine Deibert | Associate | 2004 | Corporate | 6.40 | $575.00 | $3,680.00 |

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Michael Dierkes | Associate | 2001 | Litigation | 83.70 | $360.00 | $30,132.00 |
| | | | | 199.70 | $390.00 | $77,883.00 |
| | | | | 835.60 | $400.00 | $334,240.00 |
| | | | | 495.60 | $435.00 | $215,586.00 |
| | | | | 330.00 | $465.00 | $153,450.00 |
| | | | | 97.40 | $485.00 | $47,239.00 |
| | | | | 536.70 | $520.00 | $279,084.00 |
| | | | | 11.30 | $550.00 | $6,215.00 |
| John Donley, P.C. | Partner | 1985 | Litigation | 1.00 | $445.00 | $445.00 |
| | | | | 0.20 | $545.00 | $109.00 |
| | | | | 119.90 | $565.00 | $67,743.50 |
| | | | | 371.00 | $675.00 | $250,425.00 |
| | | | | 25.50 | $725.00 | $18,487.50 |
| | | | | 0.20 | $775.00 | $155.00 |
| | | | | 345.00 | $825.00 | $284,625.00 |
| | | | | 1,328.40 | $865.00 | $1,149,066.00 |
| | | | | 1,469.30 | $910.00 | $1,337,063.00 |
| | | | | 1,217.20 | $965.00 | $1,174,598.00 |
| | | | | 85.30 | $1,025.00 | $87,432.50 |
| Dominic E Draye | Associate | 2009 | Litigation | 7.80 | $485.00 | $3,783.00 |
| Timothy A Duffy, P.C. | Partner | 1994 | Litigation | 314.50 | $595.00 | $187,127.50 |
| | | | | 45.00 | $625.00 | $28,125.00 |
| Nia Dukov | Associate | 2008 | Litigation | 27.50 | $540.00 | $14,850.00 |
| | | | | 22.20 | $575.00 | $12,765.00 |
| | | | | 160.40 | $625.00 | $100,250.00 |
| | | | | 275.40 | $675.00 | $185,895.00 |
| | | | | 34.30 | $715.00 | $24,524.50 |
| | | | | 7.70 | $750.00 | $5,775.00 |
| Laura M Durity | Law Clerk; Associate | 2007 | General; Litigation | 67.50 | $185.00 | $12,487.50 |
| | | | | 274.90 | $275.00 | $75,597.50 |
| | | | | 397.60 | $295.00 | $117,292.00 |
| | | | | 92.60 | $350.00 | $32,410.00 |
| Katie L Einspanier | Associate | 2009 | Litigation | 125.80 | $625.00 | $78,625.00 |
| | | | | 84.20 | $675.00 | $56,835.00 |
| Carter W Emerson, P.C. | Partner; Of Counsel | 1972 | Corporate | 30.40 | $710.00 | $21,584.00 |
| | | | | 16.20 | $745.00 | $12,069.00 |
| | | | | 0.80 | $875.00 | $700.00 |
| | | | | 1.30 | $925.00 | $1,202.50 |
| Steven A Engel | Associate | 2003 | Litigation | 27.60 | $430.00 | $11,868.00 |
| | | | | 73.10 | $465.00 | $33,991.50 |
| Susan Engel | Partner | 2003 | Litigation | 5.60 | $485.00 | $2,716.00 |
| | | | | 71.60 | $680.00 | $48,688.00 |
| | | | | 46.20 | $745.00 | $34,419.00 |
| | | | | 39.50 | $785.00 | $31,007.50 |

11

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Lisa G Esayian | Partner | 1991 | Litigation | 43.30 | $430.00 | $18,619.00 |
| | | | | 141.00 | $460.00 | $64,860.00 |
| | | | | 460.20 | $545.00 | $250,809.00 |
| | | | | 703.40 | $570.00 | $400,938.00 |
| | | | | 821.90 | $675.00 | $554,782.50 |
| | | | | 1,282.10 | $735.00 | $942,343.50 |
| | | | | 713.30 | $775.00 | $552,807.50 |
| | | | | 690.40 | $815.00 | $562,676.00 |
| | | | | 640.50 | $855.00 | $547,627.50 |
| | | | | 618.70 | $870.00 | $538,269.00 |
| | | | | 106.90 | $920.00 | $98,348.00 |
| Rashad W Evans | Associate | 2007 | Restructuring | 80.10 | $390.00 | $31,239.00 |
| | | | | 371.50 | $440.00 | $163,460.00 |
| | | | | 215.50 | $470.00 | $101,285.00 |
| Thomas L Evans | Partner | 1994 | Taxation | 7.70 | $630.00 | $4,851.00 |
| Korin K Ewing | Associate | 2000 | Litigation | 200.60 | $455.00 | $91,273.00 |
| | | | | 1,113.20 | $485.00 | $539,902.00 |
| Kellye L Fabian | Associate | 2000 | Litigation | 148.40 | $195.00 | $28,938.00 |
| | | | | 314.00 | $230.00 | $72,220.00 |
| | | | | 174.30 | $265.00 | $46,189.50 |
| | | | | 30.40 | $295.00 | $8,968.00 |
| R Scott Falk, P.C. | Partner | 1989 | Corporate | 1.50 | $975.00 | $1,462.50 |
| Christine A Farmer | Associate | 2011 | Restructuring | 4.10 | $410.00 | $1,681.00 |
| | | | | 1.00 | $430.00 | $430.00 |
| Peter A Farrell | Law Clerk; Associate | 2006 | General; Litigation | 182.30 | $175.00 | $31,902.50 |
| | | | | 39.80 | $185.00 | $7,363.00 |
| | | | | 91.40 | $240.00 | $21,936.00 |
| | | | | 150.00 | $275.00 | $41,250.00 |
| | | | | 172.60 | $315.00 | $54,369.00 |
| | | | | 92.40 | $350.00 | $32,340.00 |
| | | | | 795.40 | $395.00 | $314,183.00 |
| | | | | 1,454.70 | $430.00 | $625,521.00 |
| | | | | 148.90 | $465.00 | $69,238.50 |
| Markus Feil | Partner | 2002 | Corporate | 12.60 | $795.00 | $10,017.00 |
| Heather L Fowler | Associate | 2005 | Restructuring | 38.30 | $395.00 | $15,128.50 |
| | | | | 84.20 | $415.00 | $34,943.00 |
| Brandon Fox | Associate | 2000 | Litigation | 14.40 | $230.00 | $3,312.00 |
| Laura L Fraedrich | Partner | 1995 | International Trade | 0.70 | $850.00 | $595.00 |
| Kelly K Frazier | Partner | 1997 | Restructuring | 6.30 | $485.00 | $3,055.50 |
| Theodore L Freedman | Partner | 1976 | Restructuring | 244.80 | $575.00 | $140,760.00 |
| | | | | 4.80 | $640.00 | $3,072.00 |
| | | | | 354.30 | $695.00 | $246,238.50 |
| | | | | 62.50 | $725.00 | $45,312.50 |
| | | | | 659.10 | $775.00 | $510,802.50 |
| | | | | 1,045.00 | $810.00 | $846,450.00 |
| | | | | 2,122.40 | $850.00 | $1,804,040.00 |
| | | | | 2,716.60 | $915.00 | $2,485,689.00 |
| | | | | 673.00 | $965.00 | $649,445.00 |

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Jonathan Friedland | Partner | 1994 | Restructuring | 881.10 | $530.00 | $466,983.00 |
| | | | | 1,175.80 | $540.00 | $634,932.00 |
| | | | | 356.20 | $635.00 | $226,187.00 |
| Andrew Fromm | Associate | 2008 | Litigation | 83.80 | $295.00 | $24,721.00 |
| | | | | 141.70 | $320.00 | $45,344.00 |
| | | | | 19.90 | $375.00 | $7,462.50 |
| Andrea L Frost | Associate | 2004 | Restructuring | 168.30 | $270.00 | $45,441.00 |
| | | | | 953.70 | $280.00 | $267,036.00 |
| | | | | 619.20 | $330.00 | $204,336.00 |
| | | | | 21.50 | $350.00 | $7,525.00 |
| | | | | 46.20 | $395.00 | $18,249.00 |
| | | | | 444.00 | $415.00 | $184,260.00 |
| | | | | 325.90 | $465.00 | $151,543.50 |
| | | | | 52.50 | $490.00 | $25,725.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 42.30 | $490.00 | $20,727.00 |
| | | | | 7.50 | $515.00 | $3,862.50 |
| Noah J Gellner | Associate | 2007 | Corporate | 15.00 | $390.00 | $5,850.00 |
| | | | | 68.20 | $440.00 | $30,008.00 |
| | | | | 74.90 | $470.00 | $35,203.00 |
| Jeffrey Gettleman | Partner | 1974 | Restructuring | 323.80 | $730.00 | $236,374.00 |
| | | | | 768.10 | $795.00 | $610,639.50 |
| | | | | 849.10 | $835.00 | $708,998.50 |
| | | | | 284.10 | $885.00 | $251,428.50 |
| Michael A Glick | Associate | 2009 | Litigation | 17.30 | $405.00 | $7,006.50 |
| James Golden | Associate | 2005 | Litigation | 203.70 | $275.00 | $56,017.50 |
| | | | | 57.70 | $315.00 | $18,175.50 |
| | | | | 70.30 | $355.00 | $24,956.50 |
| | | | | 43.30 | $395.00 | $17,103.50 |
| | | | | 290.50 | $435.00 | $126,367.50 |
| | | | | 638.70 | $465.00 | $296,995.50 |
| | | | | 18.40 | $510.00 | $9,384.00 |
| John P Gonsoulin | Associate | 2001 | Litigation | 58.80 | $485.00 | $28,518.00 |
| Scott J Gordon | Partner | 1995 | Corporate | 1.00 | $800.00 | $800.00 |
| | | | | 8.80 | $845.00 | $7,436.00 |
| | | | | 64.00 | $940.00 | $60,160.00 |
| | | | | 0.50 | $995.00 | $497.50 |
| | | | | 24.90 | $1,025.00 | $25,522.50 |
| Jason Gott | Associate | 2012 | Restructuring | 11.20 | $430.00 | $4,816.00 |
| Britt C Grant | Associate | 2008 | Litigation | 33.90 | $540.00 | $18,306.00 |
| | | | | 10.30 | $585.00 | $6,025.50 |
| | | | | 56.60 | $625.00 | $35,375.00 |
| Christopher T Greco | Associate | 2007 | Restructuring | 266.20 | $335.00 | $89,177.00 |
| | | | | 982.20 | $390.00 | $383,058.00 |
| | | | | 418.80 | $415.00 | $173,802.00 |
| | | | | 337.50 | $470.00 | $158,625.00 |
| | | | | 78.80 | $505.00 | $39,794.00 |
| | | | | 15.40 | $550.00 | $8,470.00 |
| | | | | 4.00 | $590.00 | $2,360.00 |
| | | | | 3.10 | $640.00 | $1,984.00 |
| | | | | 0.30 | $715.00 | $214.50 |

13

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Nicole L Greenblatt | Associate | 2004 | Restructuring | 175.50 | $535.00 | $93,892.50 |
| H Boyd Greene, IV | Associate | 2006 | Government Contracts | 5.50 | $495.00 | $2,722.50 |
| Amanda E Gregory | Associate | 2004 | Litigation | 58.00 | $315.00 | $18,270.00 |
| | | | | 99.70 | $355.00 | $35,393.50 |
| Ashley S Gregory | Partner | 2000 | Corporate | 176.30 | $800.00 | $141,040.00 |
| | | | | 47.80 | $825.00 | $39,435.00 |
| | | | | 102.70 | $945.00 | $97,051.50 |
| | | | | 98.40 | $995.00 | $97,908.00 |
| William H Grignon | Associate | 2003 | Litigation | 21.00 | $435.00 | $9,135.00 |
| Samuel M Gross | Law Clerk; Associate | 2006 | Restructuring | 57.80 | $175.00 | $10,115.00 |
| | | | | 55.30 | $295.00 | $16,313.50 |
| | | | | 421.40 | $310.00 | $130,634.00 |
| | | | | 145.80 | $370.00 | $53,946.00 |
| | | | | 4.10 | $390.00 | $1,599.00 |
| | | | | 19.10 | $640.00 | $12,224.00 |
| | | | | 25.60 | $675.00 | $17,280.00 |
| Anthony Grossi | Associate | 2010 | Restructuring | 7.70 | $445.00 | $3,426.50 |
| Mark E Grummer | Partner | 1976 | Environmental | 526.50 | $365.00 | $192,172.50 |
| | | | | 293.90 | $420.00 | $123,438.00 |
| | | | | 60.10 | $445.00 | $26,744.50 |
| | | | | 209.80 | $495.00 | $103,851.00 |
| | | | | 321.30 | $515.00 | $165,469.50 |
| | | | | 1,143.80 | $645.00 | $737,751.00 |
| | | | | 115.90 | $665.00 | $77,073.50 |
| Tammi Guthrie | Associate | 2012 | Intellectual Property | 1.20 | $495.00 | $594.00 |
| | | | | 14.90 | $520.00 | $7,748.00 |
| Barbara M Harding | Partner | 1988 | Litigation | 1,012.10 | $480.00 | $485,808.00 |
| | | | | 3,433.40 | $515.00 | $1,768,201.00 |
| | | | | 2,201.60 | $550.00 | $1,210,880.00 |
| | | | | 1,985.10 | $585.00 | $1,161,283.50 |
| | | | | 2,010.40 | $635.00 | $1,276,604.00 |
| | | | | 7.60 | $685.00 | $5,206.00 |
| Timothy S Hardy | Partner | 1972 | Environmental | 240.90 | $445.00 | $107,200.50 |
| | | | | 91.00 | $470.00 | $42,770.00 |
| Richard C Harlan | Associate | 2004 | Litigation | 51.50 | $315.00 | $16,222.50 |
| Inbal Hasbani | Associate | 2010 | Restructuring | 24.50 | $445.00 | $10,902.50 |
| | | | | 55.90 | $475.00 | $26,552.50 |
| Michael J Hauswirth | Associate | 2000 | Taxation | 4.60 | $235.00 | $1,081.00 |
| | | | | 23.20 | $330.00 | $7,656.00 |
| Charles H Heenan | Associate | 2006 | Corporate | 29.60 | $440.00 | $13,024.00 |
| | | | | 50.30 | $490.00 | $24,647.00 |
| Ryan M Hehner | Associate | 2013 | Restructuring | 257.10 | $430.00 | $110,553.00 |
| | | | | 162.70 | $450.00 | $73,215.00 |
| Margaret Hermes | Associate | 2008 | Employee Benefits | 6.90 | $495.00 | $3,415.50 |
| | | | | 2.50 | $575.00 | $1,437.50 |

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Jason P Hernandez | Associate | 2005 | Litigation | 96.70 | $240.00 | $23,208.00 |
| | | | | 58.80 | $275.00 | $16,170.00 |
| | | | | 121.90 | $395.00 | $48,150.50 |
| | | | | 104.10 | $435.00 | $45,283.50 |
| | | | | 1.50 | $465.00 | $697.50 |
| Stephen E Hessler | Partner | 2002 | Restructuring | 7.00 | $880.00 | $6,160.00 |
| Roger J Higgins | Associate | 1997 | Restructuring | 426.90 | $235.00 | $100,321.50 |
| | | | | 287.60 | $320.00 | $92,032.00 |
| | | | | 205.00 | $345.00 | $70,725.00 |
| | | | | 33.00 | $385.00 | $12,705.00 |
| | | | | 361.20 | $390.00 | $140,868.00 |
| Samuel Hollander | Associate | Pending | Intellectual Property | 1.10 | $430.00 | $473.00 |
| | | | | 3.50 | $450.00 | $1,575.00 |
| Ye (Cecilia) Hong | Associate | 2007 | Corporate | 5.90 | $520.00 | $3,068.00 |
| | | | | 40.10 | $550.00 | $22,055.00 |
| Vicki V Hood | Partner | 1977 | Employee Benefits | 0.60 | $510.00 | $306.00 |
| | | | | 24.60 | $615.00 | $15,129.00 |
| | | | | 26.10 | $645.00 | $16,834.50 |
| | | | | 10.10 | $675.00 | $6,817.50 |
| | | | | 0.90 | $970.00 | $873.00 |
| William F Hurley | Contract Attorney | 1991 | Restructuring | 259.00 | $270.00 | $69,930.00 |
| John S Irving, Jr. | Partner | 1965 | Labor & Employment | 1.20 | $440.00 | $528.00 |
| Nicholas O Isaacson | Associate | 1998 | Corporate | 19.50 | $365.00 | $7,117.50 |
| Anna Isman | Associate | 2006 | Restructuring | 271.80 | $445.00 | $120,951.00 |
| | | | | 308.70 | $465.00 | $143,545.50 |
| | | | | 62.20 | $505.00 | $31,411.00 |
| William B Jacobson | Partner | 1994 | Litigation | 1,006.30 | $450.00 | $452,835.00 |
| | | | | 2,444.30 | $495.00 | $1,209,928.50 |
| | | | | 27.60 | $540.00 | $14,904.00 |
| Neal Jagtap | Associate | 2008 | Litigation | 87.80 | $320.00 | $28,096.00 |
| Margaret Jantzen | Associate | 2008 | Litigation | 469.90 | $375.00 | $176,212.50 |
| Michael D Jones | Partner | 1986 | Litigation | 2.00 | $705.00 | $1,410.00 |
| Mike Jones | Associate | 2011 | Restructuring | 232.10 | $430.00 | $99,803.00 |
| | | | | 629.30 | $495.00 | $311,503.50 |
| | | | | 444.90 | $565.00 | $251,368.50 |
| | | | | 315.80 | $595.00 | $187,901.00 |
| Raina A Jones | Law Clerk; Associate | 2006 | General; Litigation | 79.20 | $175.00 | $13,860.00 |
| | | | | 327.90 | $240.00 | $78,696.00 |
| | | | | 356.20 | $275.00 | $97,955.00 |
| | | | | 594.40 | $315.00 | $187,236.00 |
| | | | | 643.50 | $350.00 | $225,225.00 |
| Daryl L Joseffer | Associate | 2000 | Litigation | 1.30 | $315.00 | $409.50 |
| | | | | 4.30 | $335.00 | $1,440.50 |
| | | | | 14.60 | $350.00 | $5,110.00 |

15

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| James W Kapp | Associate; Partner | 1997 | Restructuring | 523.70 | $395.00 | $206,861.50 |
| | | | | 164.20 | $415.00 | $68,143.00 |
| | | | | 404.70 | $425.00 | $171,997.50 |
| | | | | 790.50 | $470.00 | $371,535.00 |
| | | | | 428.90 | $510.00 | $218,739.00 |
| | | | | 318.80 | $545.00 | $173,746.00 |
| | | | | 304.70 | $610.00 | $185,867.00 |
| | | | | 263.00 | $675.00 | $177,525.00 |
| | | | | 1.60 | $700.00 | $1,120.00 |
| Alex L Karan | Partner | 2000 | Litigation | 242.50 | $485.00 | $117,612.50 |
| | | | | 1,053.30 | $540.00 | $568,782.00 |
| Andrew M Kaufman, P.C. | Partner | 1974 | Corporate | 0.60 | $570.00 | $342.00 |
| | | | | 1.50 | $635.00 | $952.50 |
| Natalie H Keller | Associate; Partner | 1997 | Taxation | 28.70 | $365.00 | $10,475.50 |
| | | | | 87.60 | $385.00 | $33,726.00 |
| | | | | 99.90 | $390.00 | $38,961.00 |
| | | | | 48.20 | $415.00 | $20,003.00 |
| | | | | 22.20 | $425.00 | $9,435.00 |
| | | | | 14.30 | $450.00 | $6,435.00 |
| | | | | 6.10 | $490.00 | $2,989.00 |
| | | | | 6.20 | $515.00 | $3,193.00 |
| | | | | 13.70 | $545.00 | $7,466.50 |
| | | | | 19.30 | $590.00 | $11,387.00 |
| | | | | 18.60 | $735.00 | $13,671.00 |
| | | | | 3.70 | $825.00 | $3,052.50 |
| | | | | 3.00 | $925.00 | $2,775.00 |
| Alexandra S Kelly | Associate | 2003 | Restructuring | 10.20 | $320.00 | $3,264.00 |
| Ritu Kelotra | Law Clerk; Associate | 2008 | General; Litigation | 60.50 | $185.00 | $11,192.50 |
| | | | | 448.90 | $275.00 | $123,447.50 |
| | | | | 366.00 | $295.00 | $107,970.00 |
| | | | | 16.70 | $375.00 | $6,262.50 |
| Michael H Kerr | Partner | 1972 | Corporate | 2.50 | $660.00 | $1,650.00 |
| Patrick J King | Law Clerk; Associate | 2007 | General; Litigation | 228.40 | $185.00 | $42,254.00 |
| | | | | 338.30 | $275.00 | $93,032.50 |
| | | | | 570.70 | $295.00 | $168,356.50 |
| | | | | 932.30 | $350.00 | $326,305.00 |
| | | | | 1,193.00 | $375.00 | $447,375.00 |
| | | | | 94.80 | $430.00 | $40,764.00 |
| | | | | 1.50 | $585.00 | $877.50 |
| | | | | 1.90 | $625.00 | $1,187.50 |
| Antony B Klapper | Partner | 1996 | Litigation | 30.60 | $475.00 | $14,535.00 |
| | | | | 394.30 | $545.00 | $214,893.50 |
| Marcus Klie | Associate | 2008 | Corporate | 0.30 | $620.00 | $186.00 |
| Maura Klugman | Associate | 2009 | Litigation | 49.20 | $500.00 | $24,600.00 |
| | | | | 9.30 | $535.00 | $4,975.50 |

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca A Koch | Associate | 2005 | Litigation | 1,047.70 | $240.00 | $251,448.00 |
| | | | | 136.80 | $275.00 | $37,620.00 |
| | | | | 124.70 | $315.00 | $39,280.50 |
| | | | | 89.20 | $355.00 | $31,666.00 |
| | | | | 43.20 | $395.00 | $17,064.00 |
| | | | | 338.30 | $435.00 | $147,160.50 |
| | | | | 954.70 | $465.00 | $443,935.50 |
| Joshua Kogan | Partner | 2004 | Corporate | 2.00 | $715.00 | $1,430.00 |
| Megan M Kokontis | Associate | | Restructuring | 23.40 | $385.00 | $9,009.00 |
| | | | | 78.80 | $410.00 | $32,308.00 |
| | | | | 44.10 | $475.00 | $20,947.50 |
| Sharon M Kopman | Associate | 1993 | Restructuring | 2.80 | $485.00 | $1,358.00 |
| Lauren E Kozak | Associate | 2008 | Litigation | 337.30 | $295.00 | $99,503.50 |
| | | | | 208.20 | $320.00 | $66,624.00 |
| Nate Kritzer | Associate | 2009 | Litigation | 1,224.60 | $355.00 | $434,733.00 |
| | | | | 273.70 | $380.00 | $104,006.00 |
| | | | | 27.50 | $445.00 | $12,237.50 |
| | | | | 88.80 | $470.00 | $41,736.00 |
| | | | | 0.90 | $565.00 | $508.50 |
| | | | | 65.90 | $610.00 | $40,199.00 |
| | | | | 10.60 | $630.00 | $6,678.00 |
| | | | | 1.60 | $675.00 | $1,080.00 |
| Alexander Laengsfeld | Associate | 2012 | Corporate | 18.90 | $385.00 | $7,276.50 |
| M Natasha Labovitz | Partner | 1997 | Restructuring | 245.10 | $695.00 | $170,344.50 |
| | | | | 73.30 | $745.00 | $54,608.50 |
| Jeffrey Lamb | Associate | 2006 | Litigation | 6.10 | $430.00 | $2,623.00 |
| Walter R Lancaster | Partner | 1987 | Litigation | 716.70 | $675.00 | $483,772.50 |
| | | | | 1,328.40 | $710.00 | $943,164.00 |
| | | | | 1,160.20 | $750.00 | $870,150.00 |
| Christopher Landau, P.C. | Partner | 1990 | Litigation | 17.30 | $480.00 | $8,304.00 |
| | | | | 71.90 | $510.00 | $36,669.00 |
| | | | | 341.40 | $545.00 | $186,063.00 |
| | | | | 73.50 | $565.00 | $41,527.50 |
| | | | | 185.10 | $745.00 | $137,899.50 |
| | | | | 399.50 | $795.00 | $317,602.50 |
| | | | | 182.70 | $835.00 | $152,554.50 |
| | | | | 114.80 | $875.00 | $100,450.00 |
| | | | | 90.50 | $935.00 | $84,617.50 |
| | | | | 22.20 | $995.00 | $22,089.00 |
| | | | | 18.00 | $1,045.00 | $18,810.00 |
| | | | | 6.50 | $1,150.00 | $7,475.00 |
| Christian J Lane | Associate | 1998 | Real Estate; Restructuring | 316.60 | $350.00 | $110,810.00 |
| | | | | 282.80 | $405.00 | $114,534.00 |
| | | | | 505.20 | $410.00 | $207,132.00 |
| | | | | 883.10 | $420.00 | $370,902.00 |
| | | | | 838.00 | $445.00 | $372,910.00 |
| Devon M Largio | Associate | 2007 | Litigation | 18.90 | $275.00 | $5,197.50 |
| Diego Lecuona | Associate | 2010 | Corporate | 75.20 | $455.00 | $34,216.00 |

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Karen F Lee | Associate | 2009 | Litigation | 308.80 | $295.00 | $91,096.00 |
| | | | | 985.80 | $320.00 | $315,456.00 |
| | | | | 58.60 | $375.00 | $21,975.00 |
| Elli Leibenstein | Partner | 1992 | Litigation | 6.60 | $355.00 | $2,343.00 |
| | | | | 124.40 | $430.00 | $53,492.00 |
| | | | | 46.70 | $455.00 | $21,248.50 |
| | | | | 584.80 | $460.00 | $269,008.00 |
| | | | | 932.80 | $565.00 | $527,032.00 |
| | | | | 1,135.10 | $595.00 | $675,384.50 |
| | | | | 708.10 | $635.00 | $449,643.50 |
| | | | | 873.20 | $685.00 | $598,142.00 |
| | | | | 52.50 | $735.00 | $38,587.50 |
| | | | | 3.30 | $775.00 | $2,557.50 |
| Eric F Leon, P.C. | Partner | 1994 | Litigation | 299.90 | $635.00 | $190,436.50 |
| | | | | 435.10 | $715.00 | $311,096.50 |
| | | | | 3.60 | $765.00 | $2,754.00 |
| | | | | 69.10 | $825.00 | $57,007.50 |
| | | | | 47.00 | $875.00 | $41,125.00 |
| | | | | 86.80 | $945.00 | $82,026.00 |
| Kathryn K Leonard | Associate | 2010 | Corporate | 127.20 | $675.00 | $85,860.00 |
| | | | | 244.50 | $710.00 | $173,595.00 |
| Marc Lewinstein | Associate | 2006 | Restructuring | 80.50 | $390.00 | $31,395.00 |
| | | | | 412.90 | $440.00 | $181,676.00 |
| | | | | 168.90 | $470.00 | $79,383.00 |
| | | | | 62.80 | $520.00 | $32,656.00 |
| Daniel Lewis | Associate | 2008 | Intellectual Property | 6.10 | $675.00 | $4,117.50 |
| Polina Liberman | Associate | 2010 | Taxation | 11.70 | $475.00 | $5,557.50 |
| Russell S Light | Partner | 2001 | Taxation | 1.80 | $870.00 | $1,566.00 |
| Elizabeth M Locke | Associate | 2005 | Litigation | 118.30 | $275.00 | $32,532.50 |
| | | | | 30.50 | $315.00 | $9,607.50 |
| | | | | 11.50 | $355.00 | $4,082.50 |
| | | | | 57.70 | $435.00 | $25,099.50 |
| | | | | 11.50 | $465.00 | $5,347.50 |
| | | | | 3.50 | $510.00 | $1,785.00 |
| Walter H Lohmann, Jr. | Partner | 1983 | Environmental | 1.90 | $825.00 | $1,567.50 |
| | | | | 0.50 | $935.00 | $467.50 |
| Tyler D Mace | Associate; Partner | 2003 | Litigation | 1,394.80 | $285.00 | $397,518.00 |
| | | | | 1,844.20 | $315.00 | $580,923.00 |
| | | | | 263.60 | $325.00 | $85,670.00 |
| | | | | 586.40 | $365.00 | $214,036.00 |
| | | | | 503.40 | $395.00 | $198,843.00 |
| | | | | 483.70 | $435.00 | $210,409.50 |
| | | | | 1,007.40 | $475.00 | $478,515.00 |
| | | | | 1,250.40 | $500.00 | $625,200.00 |
| | | | | 1,459.00 | $535.00 | $780,565.00 |
| | | | | 85.20 | $640.00 | $54,528.00 |
| Lena Mandel | Associate | 1991 | Restructuring | 59.90 | $395.00 | $23,660.50 |
| Dawn D Marchant | Partner | 1990 | Litigation | 1,046.40 | $515.00 | $538,896.00 |

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Sarah R Marmor | Partner | 1993 | Litigation | 195.00 | $350.00 | $68,250.00 |
| | | | | 125.70 | $375.00 | $47,137.50 |
| Peter C Marshall, Jr. | Associate | 2009 | Corporate | 2.00 | $630.00 | $1,260.00 |
| | | | | 10.10 | $675.00 | $6,817.50 |
| | | | | 23.80 | $710.00 | $16,898.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 66.10 | $515.00 | $34,041.50 |
| | | | | 142.70 | $600.00 | $85,620.00 |
| | | | | 30.10 | $625.00 | $18,812.50 |
| | | | | 286.70 | $665.00 | $190,655.50 |
| | | | | 95.10 | $690.00 | $65,619.00 |
| | | | | 58.00 | $795.00 | $46,110.00 |
| | | | | 66.30 | $835.00 | $55,360.50 |
| | | | | 111.20 | $915.00 | $101,748.00 |
| | | | | 65.40 | $955.00 | $62,457.00 |
| | | | | 29.60 | $995.00 | $29,452.00 |
| | | | | 36.00 | $1,045.00 | $37,620.00 |
| | | | | 34.70 | $1,150.00 | $39,905.00 |
| | | | | 8.50 | $1,225.00 | $10,412.50 |
| Kathleen M McClellan | Associate | 2004 | Litigation | 11.40 | $235.00 | $2,679.00 |
| Jamenda McCoy | Associate | 2003 | Litigation | 85.60 | $285.00 | $24,396.00 |
| | | | | 38.80 | $315.00 | $12,222.00 |
| | | | | 87.80 | $325.00 | $28,535.00 |
| Paul L McDonald | Associate | 1999 | Litigation | 141.10 | $365.00 | $51,501.50 |
| Brett H McGurk | Associate | 2000 | Litigation | 115.80 | $375.00 | $43,425.00 |
| | | | | 51.30 | $410.00 | $21,033.00 |
| | | | | 50.40 | $415.00 | $20,916.00 |
| Joshua R McLane | Associate | 2009 | Taxation | 0.20 | $635.00 | $127.00 |
| Janette A McMahan | Partner | 2011 | Corporate | 1.50 | $875.00 | $1,312.50 |
| Scott A McMillin, P.C. | Associate; Partner | 1996 | Litigation | 200.40 | $330.00 | $66,132.00 |
| | | | | 496.30 | $350.00 | $173,705.00 |
| | | | | 502.90 | $380.00 | $191,102.00 |
| | | | | 3.50 | $385.00 | $1,347.50 |
| | | | | 36.80 | $410.00 | $15,088.00 |
| | | | | 4.40 | $425.00 | $1,870.00 |
| | | | | 1,294.70 | $515.00 | $666,770.50 |
| | | | | 1,663.60 | $550.00 | $914,980.00 |
| | | | | 1,543.80 | $580.00 | $895,404.00 |
| | | | | 1,086.10 | $645.00 | $700,534.50 |
| Joel Melendez | Associate | 2008 | Restructuring | 123.80 | $390.00 | $48,282.00 |
| Andres C Mena | Partner | 2001 | Corporate | 225.90 | $625.00 | $141,187.50 |
| | | | | 97.40 | $660.00 | $64,284.00 |
| David E Mendelson | Partner | 1997 | Litigation | 399.00 | $445.00 | $177,555.00 |
| | | | | 1,543.90 | $455.00 | $702,474.50 |
| | | | | 1,743.80 | $500.00 | $871,900.00 |
| | | | | 236.50 | $560.00 | $132,440.00 |
| Bernd Meyer-Loewy | Partner | 1997 | Restructuring | 0.50 | $755.00 | $377.50 |
| | | | | 0.30 | $870.00 | $261.00 |
| J Chad Mitchell | Associate | 1998 | Litigation | 4.00 | $265.00 | $1,060.00 |
| | | | | 46.50 | $300.00 | $13,950.00 |
| Scott A Moehrke, P.C. | Partner | 1989 | Corporate | 3.00 | $995.00 | $2,985.00 |

19

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Joy L Monahan | Associate | 1997 | Restructuring | 393.10 | $350.00 | $137,585.00 |
| | | | | 165.40 | $370.00 | $61,198.00 |
| | | | | 91.00 | $415.00 | $37,765.00 |
| | | | | 307.40 | $440.00 | $135,256.00 |
| | | | | 133.50 | $490.00 | $65,415.00 |
| | | | | 233.30 | $520.00 | $121,316.00 |
| | | | | 15.10 | $565.00 | $8,531.50 |
| Katherine K Moore | Associate | 2005 | Environmental; Corporate | 61.30 | $245.00 | $15,018.50 |
| | | | | 26.40 | $285.00 | $7,524.00 |
| | | | | 18.30 | $295.00 | $5,398.50 |
| Shani Moore Weatherby | Associate | 2007 | Litigation | 262.00 | $350.00 | $91,700.00 |
| | | | | 109.20 | $375.00 | $40,950.00 |
| Kenneth P Morrison, P.C. | Partner | 1983 | Corporate | 9.10 | $510.00 | $4,641.00 |
| Erin E Morrow | Associate | 2005 | Litigation | 59.60 | $240.00 | $14,304.00 |
| Maryam F Mujahid | Associate | 2012 | Environmental | 14.00 | $495.00 | $6,930.00 |
| Jessica R Mullan | Associate | 2007 | Litigation | 18.60 | $295.00 | $5,487.00 |
| Derek Muller | Associate | 2007 | Litigation | 530.70 | $350.00 | $185,745.00 |
| | | | | 804.20 | $375.00 | $301,575.00 |
| | | | | 5.50 | $430.00 | $2,365.00 |
| Shane Mulrooney | Associate | 2012 | Taxation | 7.60 | $545.00 | $4,142.00 |
| | | | | 14.80 | $570.00 | $8,436.00 |
| James H Mutchnik, P.C. | Partner | 1989 | Litigation | 20.10 | $455.00 | $9,145.50 |
| Dennis M Myers, P.C. | Partner | 1991 | Corporate | 42.40 | $995.00 | $42,188.00 |
| | | | | 1.70 | $1,025.00 | $1,742.50 |
| Joseph Nacca | Associate | 2005 | Restructuring | 238.60 | $270.00 | $64,422.00 |
| | | | | 593.80 | $280.00 | $166,264.00 |
| Christian O Nagler | Partner | 1997 | Corporate | 6.30 | $675.00 | $4,252.50 |
| | | | | 25.90 | $725.00 | $18,777.50 |
| | | | | 17.00 | $765.00 | $13,005.00 |
| | | | | 9.80 | $890.00 | $8,722.00 |
| | | | | 4.60 | $1,015.00 | $4,669.00 |
| Adam Nagorski | Associate | 2008 | Litigation | 153.40 | $470.00 | $72,098.00 |
| Matthew E Nirider | Associate | 2006 | Litigation | 323.50 | $275.00 | $88,962.50 |
| | | | | 358.80 | $315.00 | $113,022.00 |
| | | | | 70.00 | $350.00 | $24,500.00 |
| Lyndon E Norley | Partner | 1992 | Restructuring | 0.30 | $655.00 | $196.50 |
| Gerald T Nowak, P.C. | Partner | 1993 | Corporate | 1.60 | $520.00 | $832.00 |
| Jon C Nuckles | Contract Attorney | 1986 | Restructuring | 427.70 | $270.00 | $115,479.00 |
| | | | | 431.80 | $295.00 | $127,381.00 |
| Sven T Nylen | Law Clerk; Associate | 2002 | Real Estate; Restructuring | 52.60 | $140.00 | $7,364.00 |
| | | | | 198.60 | $255.00 | $50,643.00 |
| | | | | 17.30 | $305.00 | $5,276.50 |
| John C O'Quinn | Associate; Partner | 2001 | Litigation | 7.60 | $305.00 | $2,318.00 |
| | | | | 253.70 | $345.00 | $87,526.50 |
| | | | | 93.30 | $380.00 | $35,454.00 |
| | | | | 3.50 | $570.00 | $1,995.00 |
| Maryam L Odom | Associate | 2004 | Restructuring | 3.60 | $395.00 | $1,422.00 |
| | | | | 170.60 | $415.00 | $70,799.00 |
| Julie C Olsen | Associate | 2000 | Real Estate | 5.30 | $265.00 | $1,404.50 |

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Reed S Oslan, P.C. | Partner | 1987 | Litigation | 184.90 | $445.00 | $82,280.50 |
| | | | | 4.00 | $490.00 | $1,960.00 |
| Ashley C Parrish | Associate | 1998 | Litigation | 99.80 | $415.00 | $41,417.00 |
| Adam C Paul | Partner | 1997 | Restructuring | 121.30 | $735.00 | $89,155.50 |
| | | | | 1,463.10 | $795.00 | $1,163,164.50 |
| | | | | 1,133.30 | $835.00 | $946,305.50 |
| | | | | 880.20 | $895.00 | $787,779.00 |
| | | | | 171.50 | $955.00 | $163,782.50 |
| Jeffrey Pawlitz | Associate | 2007 | Restructuring | 0.80 | $335.00 | $268.00 |
| Patrick F Philbin | Partner | 1995 | Litigation | 6.60 | $625.00 | $4,125.00 |
| John R Phillips, III | Associate | 2005 | Litigation | 5.50 | $415.00 | $2,282.50 |
| Geoff Polk | Associate | 2006 | Taxation | 2.00 | $295.00 | $590.00 |
| Linda Potapova | Associate | 2001 | Taxation | 11.00 | $210.00 | $2,310.00 |
| | | | | 16.80 | $280.00 | $4,704.00 |
| Jonah L Price | Associate | 2007 | Corporate | 23.40 | $520.00 | $12,168.00 |
| Charles Quigg | Associate | 2012 | Restructuring | 0.40 | $495.00 | $198.00 |
| Amanda Raad | Associate | 2005 | Litigation | 187.10 | $355.00 | $66,420.50 |
| | | | | 30.50 | $395.00 | $12,047.50 |
| Irene M Reed | Associate | 1998 | Real Estate | 62.10 | $225.00 | $13,972.50 |
| Benjamin Rhode | Associate | 2012 | Restructuring | 74.90 | $430.00 | $32,207.00 |
| Bradley V Ritter | Partner | 1991 | Real Estate | 10.00 | $420.00 | $4,200.00 |
| Donald E Rocap | Partner | 1980 | Taxation | 10.00 | $625.00 | $6,250.00 |
| Aaron Rokach | Associate | 2007 | Taxation | 22.00 | $315.00 | $6,930.00 |
| | | | | 43.30 | $365.00 | $15,804.50 |
| | | | | 8.50 | $390.00 | $3,315.00 |
| Kristin E Rooney | Associate | 1998 | Restructuring | 0.40 | $280.00 | $112.00 |
| Lee P Rudofsky | Associate | 2006 | Litigation | 6.00 | $355.00 | $2,130.00 |
| | | | | 30.40 | $395.00 | $12,008.00 |
| Andrew R Running | Partner | 1982 | Litigation | 636.60 | $470.00 | $299,202.00 |
| | | | | 484.20 | $480.00 | $232,416.00 |
| | | | | 3.30 | $510.00 | $1,683.00 |
| | | | | 121.50 | $525.00 | $63,787.50 |
| | | | | 184.90 | $595.00 | $110,015.50 |
| | | | | 416.70 | $655.00 | $272,938.50 |
| | | | | 306.40 | $695.00 | $212,948.00 |
| | | | | 204.80 | $735.00 | $150,528.00 |
| Robert S Ryland | Partner | 1988 | Litigation | 3.50 | $775.00 | $2,712.50 |
| Edward H Sadtler | Partner | 2000 | Intellectual Property | 1.00 | $835.00 | $835.00 |
| | | | | 5.90 | $885.00 | $5,221.50 |
| Naria K Santa Lucia | Law Clerk; Of Counsel | 2005 | Litigation | 30.40 | $175.00 | $5,320.00 |
| | | | | 44.90 | $315.00 | $14,143.50 |
| Drue A Santora | Associate | 2012 | Corporate | 45.90 | $520.00 | $23,868.00 |
| Joseph U Schorer | Of Counsel | 1978 | Restructuring | 1.00 | $495.00 | $495.00 |
| Rachel Schulman | Of Counsel | 1989 | Restructuring | 10.40 | $460.00 | $4,784.00 |
| | | | | 483.90 | $485.00 | $234,691.50 |
| | | | | 535.50 | $520.00 | $278,460.00 |
| | | | | 236.70 | $595.00 | $140,836.50 |

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Samuel A Schwartz | Associate | 1997 | Restructuring | 559.90 | $320.00 | $179,168.00 |
| | | | | 817.50 | $360.00 | $294,300.00 |
| | | | | 244.80 | $390.00 | $95,472.00 |
| Todd M Schwartz | Associate | 2007 | Restructuring | 26.70 | $710.00 | $18,957.00 |
| Michael E Scoville | Associate | 2006 | Litigation | 6.20 | $455.00 | $2,821.00 |
| Sarah Seewer | Partner | 2002 | Restructuring | 26.50 | $695.00 | $18,417.50 |
| Christian C Semonsen | Partner | 1999 | Environmental | 1.50 | $610.00 | $915.00 |
| | | | | 12.90 | $750.00 | $9,675.00 |
| | | | | 8.50 | $795.00 | $6,757.50 |
| | | | | 0.80 | $840.00 | $672.00 |
| Joseph Serino, Jr., P.C. | Partner | 1988 | Litigation | 59.20 | $710.00 | $42,032.00 |
| Ashley Share | Associate | 2006 | Restructuring | 126.30 | $370.00 | $46,731.00 |
| Jennifer Sheehan | Associate | 2009 | Real Estate | 2.20 | $715.00 | $1,573.00 |
| | | | | 25.00 | $750.00 | $18,750.00 |
| Pratibha J Shenoy | Associate; Of Counsel | 2001 | Taxation | 297.10 | $235.00 | $69,818.50 |
| | | | | 209.70 | $280.00 | $58,716.00 |
| | | | | 12.80 | $330.00 | $4,224.00 |
| | | | | 60.10 | $345.00 | $20,734.50 |
| | | | | 216.70 | $385.00 | $83,429.50 |
| | | | | 37.50 | $400.00 | $15,000.00 |
| | | | | 120.60 | $515.00 | $62,109.00 |
| | | | | 0.50 | $540.00 | $270.00 |
| Michael Shipley | Associate | 2004 | Litigation | 1.30 | $435.00 | $565.50 |
| Michael D Shumsky | Associate; Partner | 2004 | Litigation | 50.50 | $285.00 | $14,392.50 |
| | | | | 326.20 | $315.00 | $102,753.00 |
| | | | | 236.50 | $365.00 | $86,322.50 |
| | | | | 78.70 | $395.00 | $31,086.50 |
| | | | | 150.60 | $435.00 | $65,511.00 |
| | | | | 5.50 | $475.00 | $2,612.50 |
| | | | | 74.40 | $500.00 | $37,200.00 |
| | | | | 282.80 | $535.00 | $151,298.00 |
| | | | | 8.90 | $580.00 | $5,162.00 |
| S Jonathan Silverman | Partner | 1992 | Litigation | 88.10 | $430.00 | $37,883.00 |
| Lori Sinanyan | Associate; Partner | 2000 | Restructuring | 23.30 | $405.00 | $9,436.50 |
| | | | | 739.80 | $440.00 | $325,512.00 |
| | | | | 350.90 | $455.00 | $159,659.50 |
| | | | | 318.60 | $485.00 | $154,521.00 |
| | | | | 25.70 | $510.00 | $13,107.00 |
| | | | | 231.20 | $545.00 | $126,004.00 |
| | | | | 1,271.20 | $560.00 | $711,872.00 |
| | | | | 386.30 | $605.00 | $233,711.50 |
| Gregory L Skidmore | Associate | 2006 | Litigation | 79.80 | $315.00 | $25,137.00 |
| | | | | 8.50 | $355.00 | $3,017.50 |
| | | | | 149.90 | $395.00 | $59,210.50 |
| | | | | 1.20 | $435.00 | $522.00 |
| | | | | 185.90 | $465.00 | $86,443.50 |
| | | | | 24.10 | $510.00 | $12,291.00 |
| | | | | 2.70 | $545.00 | $1,471.50 |
| Aaron Slavutin | Associate | 2010 | Restructuring | 114.20 | $520.00 | $59,384.00 |

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Jacqueline H Sloan | Associate | 1995 | Restructuring | 3.00 | $280.00 | $840.00 |
| | | | | 213.80 | $440.00 | $94,072.00 |
| Coree C Smith | Partner | 2001 | Real Estate | 2.30 | $805.00 | $1,851.50 |
| Douglas G Smith, P.C. | Associate; Partner | 1996 | Litigation | 27.50 | $315.00 | $8,662.50 |
| | | | | 1.00 | $330.00 | $330.00 |
| | | | | 35.40 | $380.00 | $13,452.00 |
| | | | | 18.70 | $385.00 | $7,199.50 |
| | | | | 23.00 | $435.00 | $10,005.00 |
| | | | | 230.20 | $665.00 | $153,083.00 |
| | | | | 10.50 | $815.00 | $8,557.50 |
| | | | | 28.80 | $890.00 | $25,632.00 |
| Renee D Smith | Partner | 1995 | Litigation | 26.20 | $390.00 | $10,218.00 |
| | | | | 535.00 | $515.00 | $275,525.00 |
| | | | | 734.60 | $550.00 | $404,030.00 |
| | | | | 21.00 | $580.00 | $12,180.00 |
| Bennett L Spiegel | Partner | 1985 | Restructuring | 42.20 | $445.00 | $18,779.00 |
| | | | | 613.60 | $685.00 | $420,316.00 |
| | | | | 105.50 | $690.00 | $72,795.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 69.80 | $625.00 | $43,625.00 |
| | | | | 22.40 | $995.00 | $22,288.00 |
| | | | | 0.40 | $1,045.00 | $418.00 |
| | | | | 10.20 | $1,125.00 | $11,475.00 |
| Brian T Stansbury | Associate; Partner | 2002 | Litigation | 445.80 | $325.00 | $144,885.00 |
| | | | | 303.10 | $360.00 | $109,116.00 |
| | | | | 1,781.40 | $365.00 | $650,211.00 |
| | | | | 900.40 | $400.00 | $360,160.00 |
| | | | | 922.00 | $435.00 | $401,070.00 |
| | | | | 853.30 | $465.00 | $396,784.50 |
| | | | | 941.20 | $500.00 | $470,600.00 |
| | | | | 601.70 | $520.00 | $312,884.00 |
| | | | | 1,607.60 | $550.00 | $884,180.00 |
| | | | | 17.80 | $600.00 | $10,680.00 |
| | | | | 16.60 | $665.00 | $11,039.00 |
| | | | | 36.70 | $725.00 | $26,607.50 |
| | | | | 8.60 | $760.00 | $6,536.00 |
| Kenneth W Starr | Partner | 1973 | Litigation | 1.40 | $705.00 | $987.00 |
| R Timothy Stephenson | Partner | 1990 | Labor & Employment | 8.00 | $350.00 | $2,800.00 |
| Jane D Stiegman | Law Clerk; Associate | 2002 | General; Environmental | 25.40 | $125.00 | $3,175.00 |
| | | | | 3.50 | $150.00 | $525.00 |
| | | | | 63.00 | $325.00 | $20,475.00 |
| | | | | 84.60 | $340.00 | $28,764.00 |
| | | | | 15.20 | $375.00 | $5,700.00 |
| | | | | 11.60 | $395.00 | $4,582.00 |
| Dominik Stuehler | Associate | 2004 | Corporate | 0.80 | $530.00 | $424.00 |
| Nara Sugino | Associate | 2001 | Taxation | 46.30 | $235.00 | $10,880.50 |
| | | | | 59.60 | $280.00 | $16,688.00 |
| Christopher B Sullivan | Associate; Partner | 1995 | Litigation | 241.30 | $350.00 | $84,455.00 |
| | | | | 315.90 | $365.00 | $115,303.50 |
| | | | | 228.50 | $390.00 | $89,115.00 |

KE 30607454

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Paul D Tanaka | Associate | 2000 | Environmental | 16.70 | $560.00 | $9,352.00 |
| John Tangren | Associate | 2003 | Litigation | 13.00 | $395.00 | $5,135.00 |
| Rosanna M Taormina | Associate | 2005 | Litigation | 235.90 | $245.00 | $57,795.50 |
| | | | | 108.90 | $275.00 | $29,947.50 |
| | | | | 177.80 | $285.00 | $50,673.00 |
| Vincente Tennerelli | Associate | 2008 | Restructuring | 31.30 | $335.00 | $10,485.50 |
| | | | | 9.80 | $365.00 | $3,577.00 |
| Henry A Thompson, II | Associate | 2006 | Litigation | 609.00 | $240.00 | $146,160.00 |
| | | | | 882.40 | $275.00 | $242,660.00 |
| | | | | 999.10 | $315.00 | $314,716.50 |
| | | | | 647.00 | $350.00 | $226,450.00 |
| | | | | 127.70 | $395.00 | $50,441.50 |
| | | | | 13.30 | $430.00 | $5,719.00 |
| LeighAnne Thompson | Associate | 2010 | Employee Benefits | 21.70 | $360.00 | $7,812.00 |
| William E Trachman | Associate | 2006 | Litigation | 250.30 | $240.00 | $60,072.00 |
| | | | | 225.40 | $275.00 | $61,985.00 |
| Tia Trout-Perez | Associate | 2008 | Litigation | 9.40 | $295.00 | $2,773.00 |
| Tammy A Tsoumas | Associate | 2007 | Litigation | 99.00 | $330.00 | $32,670.00 |
| | | | | 28.20 | $350.00 | $9,870.00 |
| Laurence A Urgenson | Partner | 1976 | Litigation | 171.30 | $600.00 | $102,780.00 |
| | | | | 445.10 | $610.00 | $271,511.00 |
| | | | | 1,605.10 | $745.00 | $1,195,799.50 |
| | | | | 513.20 | $795.00 | $407,994.00 |
| | | | | 691.60 | $835.00 | $577,486.00 |
| | | | | 591.10 | $925.00 | $546,767.50 |
| Rafael J Valdes | Associate | 2007 | Restructuring | 18.60 | $470.00 | $8,742.00 |
| Jeffrey B Wall | Associate | 2006 | Litigation | 5.50 | $455.00 | $2,502.50 |
| Xiaojie Wang | Associate | 2002 | Taxation | 27.10 | $235.00 | $6,368.50 |
| Edward W Warren, P.C. | Of Counsel | 1969 | Environmental | 16.50 | $695.00 | $11,467.50 |
| Ingrid Warren | Contract Attorney | 1996 | Restructuring | 19.30 | $270.00 | $5,211.00 |
| Brad Weiland | Associate | 2008 | Restructuring | 35.00 | $505.00 | $17,675.00 |
| | | | | 100.50 | $540.00 | $54,270.00 |
| | | | | 70.00 | $590.00 | $41,300.00 |
| | | | | 2.10 | $625.00 | $1,312.50 |
| | | | | 7.90 | $675.00 | $5,332.50 |
| Beth M Weinstein | Associate | 2007 | Litigation | 49.00 | $350.00 | $17,150.00 |
| Steven M Wellner | Partner | 1985 | Environmental | 27.70 | $505.00 | $13,988.50 |
| Sara E Whyte | Partner | 2005 | Corporate | 8.20 | $795.00 | $6,519.00 |
| P Renee Wicklund | Associate | 1999 | Litigation | 41.00 | $265.00 | $10,865.00 |
| | | | | 100.30 | $300.00 | $30,090.00 |
| Ryan Wilkins | Associate | 2008 | Litigation | 183.70 | $320.00 | $58,784.00 |
| L Mark Wine, P.C. | Partner; Of Counsel | 1970 | Environmental | 0.60 | $505.00 | $303.00 |
| | | | | 1.50 | $540.00 | $810.00 |
| | | | | 16.70 | $775.00 | $12,942.50 |
| | | | | 3.70 | $810.00 | $2,997.00 |
| Daniel E Wolf, P.C. | Partner | 1996 | Corporate | 1.20 | $965.00 | $1,158.00 |

24

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Eric B Wolff | Associate | 1998 | Litigation | 11.30 | $395.00 | $4,463.50 |
| | | | | 34.90 | $435.00 | $15,181.50 |
| | | | | 7.50 | $445.00 | $3,337.50 |
| | | | | 23.50 | $450.00 | $10,575.00 |
| Peter J Wozniak | Associate | 2007 | Litigation | 512.80 | $275.00 | $141,020.00 |
| | | | | 62.70 | $295.00 | $18,496.50 |
| Cheryl Yuan | Associate | 2009 | Corporate | 10.70 | $365.00 | $3,905.50 |
| Clement Yee | Associate | 2009 | Restructuring | 137.20 | $365.00 | $50,078.00 |
| | | | | 290.20 | $415.00 | $120,433.00 |
| William D A Zerhouni | Associate | 2004 | Litigation | 59.40 | $225.00 | $13,365.00 |
| Evan C Zoldan | Associate | 2004 | Litigation | 900.90 | $315.00 | $283,783.50 |
| | | | | 565.80 | $365.00 | $206,517.00 |
| | | | | 387.80 | $395.00 | $153,181.00 |
| | | | | 359.80 | $435.00 | $156,513.00 |
| | | | | 3.00 | $475.00 | $1,425.00 |
| David J Zott, P.C. | Partner | 1986 | Litigation | 39.10 | $475.00 | $18,572.50 |
| **Attorney Totals** | | | | **244,160.00** | | **$128,863,753.50** |

The paraprofessionals of K&E who rendered professional services in these cases during the Final Fee Period are:[52]

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Jesse Aguilar | Legal Assistant | Restructuring | 25.50 | $220.00 | $5,610.00 |
| | | | 8.50 | $225.00 | $1,912.50 |
| | | | 5.70 | $235.00 | $1,339.50 |
| April J Albrecht-Paliga | Technology Services; Litigation Suppt Cons | Litigation | 39.60 | $160.00 | $6,336.00 |
| | | | 246.70 | $165.00 | $40,705.50 |
| | | | 11.80 | $170.00 | $2,006.00 |
| | | | 13.60 | $190.00 | $2,584.00 |
| | | | 306.40 | $200.00 | $61,280.00 |
| | | | 15.40 | $210.00 | $3,234.00 |
| | | | 6.00 | $245.00 | $1,470.00 |
| Matthew J Alexander | Legal Assistant; Law Clerk | Litigation; General | 17.70 | $160.00 | $2,832.00 |
| | | | 105.50 | $205.00 | $21,627.50 |
| Benjamin J Alke | Project Assistant | Litigation | 564.30 | $70.00 | $39,501.00 |
| | | | 245.10 | $90.00 | $22,059.00 |
| Jennifer H Andelova | Other | Admin Services | 19.00 | $130.00 | $2,470.00 |
| Aletheia V Anderson | Project Assistant | Restructuring | 0.20 | $70.00 | $14.00 |
| | | | 137.60 | $95.00 | $13,072.00 |
| | | | 45.00 | $115.00 | $5,175.00 |
| Toni Anderson | Technology Services | Litigation | 6.20 | $165.00 | $1,023.00 |
| | | | 0.50 | $235.00 | $117.50 |
| David Andrews | Legal Assistant | Restructuring | 0.90 | $190.00 | $171.00 |

---

[52]   Any party requiring further information regarding any paraprofessional may contact K&E.

KE 30607454

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Mark J Arnot | Project Assistant | Litigation | 31.70 | $110.00 | $3,487.00 |
| | | | 17.80 | $120.00 | $2,136.00 |
| Elizabeth A Arundel | Legal Assistant | Restructuring | 78.80 | $185.00 | $14,578.00 |
| | | | 171.50 | $215.00 | $36,872.50 |
| Raquel Bacchus | Legal Assistant | Intellectual Property | 6.30 | $250.00 | $1,575.00 |
| Sosun Bae | Law Clerk | General | 22.50 | $175.00 | $3,937.50 |
| Daniel B Baglio | Case Assistant | Restructuring | 102.50 | $60.00 | $6,150.00 |
| Jefferey D Bailey | Law Clerk | Litigation | 27.50 | $195.00 | $5,362.50 |
| Amy M Balkema | Legal Assistant | Litigation | 57.50 | $145.00 | $8,337.50 |
| | | | 18.00 | $160.00 | $2,880.00 |
| | | | 34.50 | $175.00 | $6,037.50 |
| Emelda Basallo | Case Assistant | Litigation | 11.50 | $110.00 | $1,265.00 |
| Benjamin W Bates | Law Clerk | Corporate | 24.30 | $145.00 | $3,523.50 |
| Belinda Beecham-Harris | Case Assistant | Litigation | 68.50 | $115.00 | $7,877.50 |
| Emily M Bell | Law Clerk | General | 15.60 | $195.00 | $3,042.00 |
| Colleen N Benjamin | Legal Assistant | Litigation | 18.50 | $160.00 | $2,960.00 |
| Daniel F Bennett | Project Assistant | Litigation | 117.00 | $70.00 | $8,190.00 |
| Senai T Berayes | Legal Assistant | Litigation | 301.60 | $175.00 | $52,780.00 |
| Alexander L Berg | Law Clerk | General | 29.00 | $185.00 | $5,365.00 |
| Emily Beverage | Case Assistant | Restructuring | 4.70 | $160.00 | $752.00 |
| Tiana A Bey | Legal Assistant | Litigation | 12.80 | $215.00 | $2,752.00 |
| | | | 20.50 | $225.00 | $4,612.50 |
| Deborah L Bibbs | Case Assistant; Legal Assistant | Litigation; Restructuring | 10.50 | $120.00 | $1,260.00 |
| | | | 13.50 | $140.00 | $1,890.00 |
| | | | 1,028.20 | $165.00 | $169,653.00 |
| | | | 1,189.00 | $190.00 | $225,910.00 |
| | | | 1,595.50 | $195.00 | $311,122.50 |
| | | | 1,299.20 | $205.00 | $266,336.00 |
| | | | 374.40 | $215.00 | $80,496.00 |
| | | | 30.60 | $245.00 | $7,497.00 |
| Michael Bidegain | Conflicts Analyst II | Admin Services | 55.00 | $195.00 | $10,725.00 |
| Courtney Biggins | Project Assistant | Litigation | 217.90 | $145.00 | $31,595.50 |
| | | | 36.30 | $150.00 | $5,445.00 |
| Aaron D Birnbaum | Project Assistant | Litigation | 100.50 | $70.00 | $7,035.00 |
| Marjolaine Blake | Project Assistant | Litigation | 125.70 | $175.00 | $21,997.50 |
| | | | 172.70 | $185.00 | $31,949.50 |
| Claire O Bonk | Project Assistant | Restructuring | 106.20 | $105.00 | $11,151.00 |
| Shaun Booth | Case Assistant | Restructuring | 16.70 | $150.00 | $2,505.00 |
| Nina Boras | Project Assistant | Litigation | 25.50 | $145.00 | $3,697.50 |
| David M Boutrous | Case Assistant; Legal Assistant | Litigation | 1,039.30 | $135.00 | $140,305.50 |
| | | | 1,509.90 | $140.00 | $211,386.00 |
| | | | 918.30 | $155.00 | $142,336.50 |
| Wenette Bradford | Project Assistant | Restructuring | 1.00 | $105.00 | $105.00 |
| Karen Bradshaw | Law Clerk | Corporate | 74.00 | $205.00 | $15,170.00 |

26

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Derek J Bremer | Technology Services; Trial Tech Consultant | Litigation | 59.40 | $200.00 | $11,880.00 |
| | | | 487.10 | $205.00 | $99,855.50 |
| | | | 1,519.90 | $240.00 | $364,776.00 |
| | | | 78.10 | $255.00 | $19,915.50 |
| Emily L Bretas | Law Clerk | General | 14.90 | $185.00 | $2,756.50 |
| Andrew Brniak | Case Assistant; Legal Assistant | Restructuring | 62.10 | $125.00 | $7,762.50 |
| | | | 15.10 | $165.00 | $2,491.50 |
| | | | 29.00 | $225.00 | $6,525.00 |
| | | | 83.40 | $240.00 | $20,016.00 |
| | | | 42.10 | $250.00 | $10,525.00 |
| | | | 3.20 | $265.00 | $848.00 |
| Megan M Brown | Project Assistant; Legal Assistant | Litigation | 44.50 | $155.00 | $6,897.50 |
| | | | 1,098.20 | $180.00 | $197,676.00 |
| | | | 1,288.10 | $190.00 | $244,739.00 |
| Kelly Brummet | Project Assistant | Litigation | 63.20 | $135.00 | $8,532.00 |
| | | | 5.80 | $150.00 | $870.00 |
| Allison W Buchner | Law Clerk | General | 10.00 | $195.00 | $1,950.00 |
| Matthew Buckley | Law Clerk | Litigation | 48.60 | $175.00 | $8,505.00 |
| Caroline D Buddensick | Case Assistant; Legal Assistant | Litigation | 1,044.60 | $135.00 | $141,021.00 |
| | | | 132.00 | $140.00 | $18,480.00 |
| | | | 127.70 | $175.00 | $22,347.50 |
| Ashley J Burden | Law Clerk | Litigation | 15.50 | $175.00 | $2,712.50 |
| Heather Burke | Project Assistant | Litigation | 12.50 | $130.00 | $1,625.00 |
| Jessica K Busan | Legal Assistant | Litigation | 51.80 | $200.00 | $10,360.00 |
| Jon D Canty | Technology Services | Litigation | 5.50 | $195.00 | $1,072.50 |
| Raquel Carrillo | Legal Assistant | Litigation | 111.90 | $100.00 | $11,190.00 |
| Stephanie R Cashman | Project Assistant | Litigation | 139.30 | $90.00 | $12,537.00 |
| | | | 152.20 | $110.00 | $16,742.00 |
| Kathleen E Cawley | Legal Assistant | Litigation | 123.50 | $230.00 | $28,405.00 |
| | | | 202.60 | $235.00 | $47,611.00 |
| | | | 79.10 | $245.00 | $19,379.50 |
| | | | 8.00 | $250.00 | $2,000.00 |
| | | | 6.00 | $260.00 | $1,560.00 |
| Amber M Cerveny | Project Assistant | Restructuring | 19.00 | $120.00 | $2,280.00 |
| Jessica Chen | Law Clerk | General | 52.20 | $205.00 | $10,701.00 |
| Jessica Coleman | Case Assistant | Corporate | 3.80 | $200.00 | $760.00 |
| Megan K Coleman | Project Assistant | Litigation | 16.60 | $90.00 | $1,494.00 |
| | | | 60.00 | $110.00 | $6,600.00 |
| Julia P Coney | Legal Assistant | Intellectual Property | 37.00 | $225.00 | $8,325.00 |
| Linda L Cordeiro | Case Assistant | Litigation | 787.70 | $145.00 | $114,216.50 |
| | | | 343.70 | $150.00 | $51,555.00 |
| Elizabeth Cox Arnold | Legal Assistant | Restructuring | 6.20 | $150.00 | $930.00 |
| | | | 22.80 | $180.00 | $4,104.00 |
| Michael A Coyne | Case Assistant; Legal Assistant | Litigation | 667.60 | $105.00 | $70,098.00 |
| | | | 402.20 | $135.00 | $54,297.00 |
| | | | 370.00 | $165.00 | $61,050.00 |
| Mary L Cribbin | Legal Assistant | Litigation | 20.40 | $185.00 | $3,774.00 |

KE 30607454

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| William G Cross | Project Assistant | Restructuring | 16.80<br>81.30 | $130.00<br>$140.00 | $2,184.00<br>$11,382.00 |
| Erin Cullin | Project Assistant | Litigation | 8.90 | $175.00 | $1,557.50 |
| Cara C D'Amato | Conflicts Specialist | Admin Services | 4.80 | $280.00 | $1,344.00 |
| Grace D'Arcy | Law Clerk | Restructuring | 4.90 | $270.00 | $1,323.00 |
| Kimberly Davenport | Case Assistant | Litigation | 41.50<br>252.10<br>238.00 | $120.00<br>$135.00<br>$150.00 | $4,980.00<br>$34,033.50<br>$35,700.00 |
| Adam J Davies | Legal Assistant | Corporate | 5.10 | $260.00 | $1,326.00 |
| Michael Dawson | Case Assistant | Litigation | 38.00 | $150.00 | $5,700.00 |
| Katrina DeCelles | Project Assistant; Legal Assistant | Litigation; Restructuring | 51.40<br>143.50<br>125.20<br>46.80<br>5.40<br>25.80 | $140.00<br>$145.00<br>$155.00<br>$160.00<br>$195.00<br>$205.00 | $7,196.00<br>$20,807.50<br>$19,406.00<br>$7,488.00<br>$1,053.00<br>$5,289.00 |
| David J Delsignore | Project Assistant | Restructuring | 6.50 | $70.00 | $455.00 |
| Lauren DeVault | Project Assistant | Restructuring | 1,030.70<br>372.70<br>58.90 | $130.00<br>$140.00<br>$150.00 | $133,991.00<br>$52,178.00<br>$8,835.00 |
| Lindsay A Dial | Case Assistant | Intellectual Property | 18.80 | $155.00 | $2,914.00 |
| Kenya L Donald | Practice Assistant | Admin Services | 6.00 | $120.00 | $720.00 |
| Lesley A Drinkwater | Project Assistant | Restructuring | 17.20 | $70.00 | $1,204.00 |
| Mahmood Dualeh | Technology Services | Litigation | 28.00<br>2.50 | $215.00<br>$250.00 | $6,020.00<br>$625.00 |
| Gary A Duncan | Legal Assistant | Litigation | 62.50 | $190.00 | $11,875.00 |
| Kenneth W Dyche | Technology Services; Trial Tech Specialist | Litigation | 1.50<br>14.80 | $220.00<br>$250.00 | $330.00<br>$3,700.00 |
| Margo Eckstein | Technology Services | Litigation | 23.50 | $240.00 | $5,640.00 |
| Terry Ellis | Case Assistant | Restructuring | 21.50 | $115.00 | $2,472.50 |
| Michael C Engelbrecht | Project Assistant | Litigation | 49.50 | $120.00 | $5,940.00 |
| Andrew Erskine | Project Assistant | Litigation | 1,027.80<br>1,389.30 | $150.00<br>$155.00 | $154,170.00<br>$215,341.50 |
| Judith Everett | Legal Assistant | Litigation | 6.00 | $230.00 | $1,380.00 |
| Paul Fabsik | Legal Assistant | Restructuring | 12.80 | $220.00 | $2,816.00 |
| Lesley Fairley | Legal Assistant | Litigation | 14.00<br>253.00<br>100.10 | $175.00<br>$255.00<br>$260.00 | $2,450.00<br>$64,515.00<br>$26,026.00 |
| Kristen Kelly Farnsworth | Legal Assistant | Intellectual Property | 1.80 | $190.00 | $342.00 |
| Tanya R Fawcett | Case Assistant | Corporate | 2.50 | $65.00 | $162.50 |
| Michael S Fellner | Legal Assistant | Litigation | 13.50<br>2.00 | $180.00<br>$190.00 | $2,430.00<br>$380.00 |
| Terry Fernbach | Contract Legal Asst | Restructuring | 10.50 | $150.00 | $1,575.00 |
| Catherine B Filippini | Project Assistant | Litigation | 61.30 | $70.00 | $4,291.00 |
| Charles R Finlen | Case Assistant | Litigation | 26.30 | $105.00 | $2,761.50 |

KE 30607454

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Timothy J Fitzsimmons | Legal Assistant | Litigation | 1,136.30 | $175.00 | $198,852.50 |
| | | | 1,003.90 | $180.00 | $180,702.00 |
| | | | 863.00 | $190.00 | $163,970.00 |
| | | | 950.00 | $200.00 | $190,000.00 |
| | | | 1,038.50 | $225.00 | $233,662.50 |
| | | | 2,098.50 | $230.00 | $482,655.00 |
| | | | 1,192.50 | $240.00 | $286,200.00 |
| | | | 0.50 | $270.00 | $135.00 |
| | | | 0.50 | $300.00 | $150.00 |
| Vivian J Fong | Law Clerk | General | 83.20 | $205.00 | $17,056.00 |
| Paul Fraumann | Legal Assistant | Restructuring | 2.80 | $205.00 | $574.00 |
| | | | 2.10 | $215.00 | $451.50 |
| Nora J Frazier | Case Assistant | Intellectual Property | 312.50 | $115.00 | $35,937.50 |
| Beth Friedman | Legal Assistant | Restructuring | 14.40 | $265.00 | $3,816.00 |
| | | | 6.10 | $275.00 | $1,677.50 |
| | | | 8.10 | $285.00 | $2,308.50 |
| | | | 2.60 | $355.00 | $923.00 |
| Stephanie D Frye | Conflicts Coordinator | Admin Services | 11.00 | $185.00 | $2,035.00 |
| | | | 37.00 | $190.00 | $7,030.00 |
| | | | 30.80 | $195.00 | $6,006.00 |
| | | | 18.40 | $215.00 | $3,956.00 |
| | | | 10.50 | $230.00 | $2,415.00 |
| | | | 5.30 | $245.00 | $1,298.50 |
| Greg A Furtado | Law Clerk | General | 12.00 | $205.00 | $2,460.00 |
| Thomas P Gallo | Investigator Consultant | Admin Services | 12.80 | $300.00 | $3,840.00 |
| | | | 22.50 | $305.00 | $6,862.50 |
| | | | 16.80 | $610.00 | $10,248.00 |
| Jonathan F Ganter | Law Clerk | General | 98.10 | $205.00 | $20,110.50 |
| Maria D Gaytan | Case Assistant; Legal Assistant | Litigation | 161.80 | $135.00 | $21,843.00 |
| | | | 244.30 | $140.00 | $34,202.00 |
| | | | 1,913.20 | $145.00 | $277,414.00 |
| | | | 251.30 | $150.00 | $37,695.00 |
| | | | 1.00 | $200.00 | $200.00 |
| | | | 90.80 | $215.00 | $19,522.00 |
| | | | 26.50 | $230.00 | $6,095.00 |
| | | | 13.70 | $235.00 | $3,219.50 |
| Michael Geiser | Law Clerk | Litigation | 9.00 | $150.00 | $1,350.00 |
| Miriam Geraghty | Project Assistant | Restructuring | 71.50 | $85.00 | $6,077.50 |
| Lauren Gerber | Law Clerk | General | 29.10 | $205.00 | $5,965.50 |
| Marvin R Gibbons, Jr. | Technology Services | Litigation | 232.40 | $210.00 | $48,804.00 |
| | | | 100.90 | $215.00 | $21,693.50 |
| | | | 86.70 | $220.00 | $19,074.00 |
| | | | 66.00 | $225.00 | $14,850.00 |
| | | | 353.90 | $235.00 | $83,166.50 |
| Britton R Giroux | Case Assistant; Legal Assistant | Litigation | 1,169.50 | $135.00 | $157,882.50 |
| | | | 1,990.50 | $140.00 | $278,670.00 |
| | | | 750.10 | $145.00 | $108,764.50 |
| | | | 148.80 | $180.00 | $26,784.00 |
| | | | 384.20 | $190.00 | $72,998.00 |

KE 30607454

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Sheila D Givens | Case Assistant | Litigation | 55.50 | $125.00 | $6,937.50 |
|  |  |  | 46.00 | $145.00 | $6,670.00 |
| Yvette Golan | Law Clerk | Litigation | 220.00 | $125.00 | $27,500.00 |
| Jacob Goldfinger | Legal Assistant | Restructuring | 27.60 | $180.00 | $4,968.00 |
|  |  |  | 12.00 | $205.00 | $2,460.00 |
|  |  |  | 6.20 | $210.00 | $1,302.00 |
|  |  |  | 4.60 | $225.00 | $1,035.00 |
|  |  |  | 42.70 | $235.00 | $10,034.50 |
|  |  |  | 5.60 | $245.00 | $1,372.00 |
|  |  |  | 11.00 | $320.00 | $3,520.00 |
| Jonathan A Goldstein | Law Clerk | General | 9.00 | $125.00 | $1,125.00 |
| Shavone Green | Legal Assistant | Restructuring | 5.00 | $265.00 | $1,325.00 |
| Timothy Greene | Project Assistant | Litigation | 715.70 | $140.00 | $100,198.00 |
|  |  |  | 1,197.90 | $145.00 | $173,695.50 |
|  |  |  | 143.50 | $155.00 | $22,242.50 |
| Alyssa B Greenwald | Law Clerk | General | 129.30 | $175.00 | $22,627.50 |
| Larry M Griffin | Law Clerk | Litigation | 13.50 | $175.00 | $2,362.50 |
| Eric Gross | Project Assistant | Litigation | 39.00 | $140.00 | $5,460.00 |
| Wendi M Gundersen | Law Clerk | General | 18.80 | $195.00 | $3,666.00 |
| Meghan E Guzaitis | Legal Assistant | Litigation | 4.80 | $280.00 | $1,344.00 |
| Michael A Haley | Litigation Suppt Cons | Litigation | 2.00 | $245.00 | $490.00 |
| German A Hall | Technology Services | Litigation | 57.20 | $185.00 | $10,582.00 |
|  |  |  | 11.00 | $195.00 | $2,145.00 |
| Matthew S Halloran | Legal Assistant | Litigation | 10.00 | $215.00 | $2,150.00 |
| Johnathon Hardaway | Law Clerk | Litigation | 30.30 | $185.00 | $5,605.50 |
| Robert P Harrington | Law Clerk | General | 11.60 | $205.00 | $2,378.00 |
| Edrick A Harris | Technology Services | Litigation | 32.30 | $170.00 | $5,491.00 |
|  |  |  | 5.50 | $180.00 | $990.00 |
| Justin L Harris | Legal Assistant | Litigation | 5.30 | $190.00 | $1,007.00 |
| Kelly M Harris | Legal Assistant | Litigation | 2.00 | $205.00 | $410.00 |
| Alun Harris-John | Technology Services | Litigation | 489.70 | $205.00 | $100,388.50 |
|  |  |  | 21.50 | $210.00 | $4,515.00 |
|  |  |  | 1,425.10 | $220.00 | $313,522.00 |
| Mary Anne E Hartigan | Project Assistant | Litigation | 13.00 | $140.00 | $1,820.00 |
| Monica L Hartsock | Project Assistant | Restructuring | 30.60 | $150.00 | $4,590.00 |
| Alex H Hartzler | Project Assistant | Litigation | 7.50 | $150.00 | $1,125.00 |
| Donna J Hatcher | Technology Services | Litigation | 106.80 | $185.00 | $19,758.00 |
|  |  |  | 108.20 | $195.00 | $21,099.00 |
| Meghan M Haynes | Legal Assistant | Litigation; Restructuring | 260.50 | $175.00 | $45,587.50 |
|  |  |  | 393.50 | $205.00 | $80,667.50 |
|  |  |  | 65.00 | $215.00 | $13,975.00 |
| Christopher M Healey | Law Clerk | Restructuring | 7.00 | $205.00 | $1,435.00 |
| Aaron P Heeringa | Administrative; Technology Services | Litigation | 36.00 | $140.00 | $5,040.00 |
|  |  |  | 19.90 | $165.00 | $3,283.50 |
| David Helstowski | Project Assistant | Restructuring | 7.20 | $150.00 | $1,080.00 |
| Donald Henderson | Conflicts Specialist | Admin Services | 3.70 | $280.00 | $1,036.00 |

KE 30607454

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Michael Hensler | Project Assistant | Litigation | 22.00 | $130.00 | $2,860.00 |
| | | | 149.50 | $145.00 | $21,677.50 |
| | | | 243.20 | $160.00 | $38,912.00 |
| David Hernandez | Project Assistant | Restructuring | 68.00 | $160.00 | $10,880.00 |
| | | | 117.50 | $165.00 | $19,387.50 |
| Yolanda Herrera | Project Assistant | Litigation | 2.80 | $165.00 | $462.00 |
| | | | 4.00 | $175.00 | $700.00 |
| Mark E Hervey | Legal Assistant | Litigation | 42.10 | $235.00 | $9,893.50 |
| Robert D Higginbotham | Technology Services | Admin Services | 50.50 | $160.00 | $8,080.00 |
| Daniel Hill | Project Assistant | Restructuring | 22.10 | $190.00 | $4,199.00 |
| | | | 22.00 | $200.00 | $4,400.00 |
| Kimberly Hollingsworth | Legal Assistant | Restructuring | 14.90 | $190.00 | $2,831.00 |
| David C Holman | Law Clerk | General | 67.30 | $205.00 | $13,796.50 |
| Erin Hormozi | Technology Services | Litigation | 34.40 | $170.00 | $5,848.00 |
| | | | 272.80 | $180.00 | $49,104.00 |
| Amber A Horn | Case Assistant | Litigation | 10.50 | $90.00 | $945.00 |
| | | | 1,035.20 | $105.00 | $108,696.00 |
| Jua H Howard | Project Assistant | Litigation | 0.50 | $70.00 | $35.00 |
| Rina-Ann Hunter | Law Clerk | General | 33.90 | $175.00 | $5,932.50 |
| Elizabeth M Hutchins | Project Assistant | Litigation | 89.90 | $160.00 | $14,384.00 |
| Sylvia Igbinovia | Case Assistant | Litigation | 57.50 | $115.00 | $6,612.50 |
| | | | 5.30 | $125.00 | $662.50 |
| | | | 24.40 | $130.00 | $3,172.00 |
| Claude W Irmis | Legal Assistant | Restructuring | 11.30 | $250.00 | $2,825.00 |
| | | | 20.90 | $255.00 | $5,329.50 |
| | | | 3.60 | $265.00 | $954.00 |
| Gina Jankelow | Conflicts Specialist | Admin Services | 13.90 | $180.00 | $2,502.00 |
| Desiree P January | Case Assistant | Litigation | 17.40 | $105.00 | $1,827.00 |
| Judith Jimenez | Legal Assistant | Litigation | 10.80 | $175.00 | $1,890.00 |
| Ayesha Johnson | Case Assistant; Legal Assistant | Litigation | 594.40 | $140.00 | $83,216.00 |
| | | | 789.30 | $145.00 | $114,448.50 |
| | | | 0.50 | $180.00 | $90.00 |
| | | | 193.40 | $190.00 | $36,746.00 |
| | | | 5.30 | $200.00 | $1,060.00 |
| Cheri L Johnson | Legal Assistant | Restructuring | 1.00 | $140.00 | $140.00 |
| Jessica L Johnson | Project Assistant | Litigation | 10.50 | $145.00 | $1,522.50 |
| Kenneth Kates | Project Assistant | Litigation | 71.20 | $140.00 | $9,968.00 |
| Katherine R Katz | Law Clerk | General | 48.90 | $205.00 | $10,024.50 |
| Daniel Kelleher | Legal Assistant | Restructuring | 199.30 | $225.00 | $44,842.50 |
| David L Kern | Legal Assistant | Litigation | 11.50 | $165.00 | $1,897.50 |
| | | | 8.50 | $180.00 | $1,530.00 |
| Michael R Kilgarriff | Project Assistant | Litigation | 625.20 | $145.00 | $90,654.00 |
| | | | 1,672.90 | $150.00 | $250,935.00 |

KE 30607454

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Sorah Kim | Project Assistant | Litigation | 38.80 | $110.00 | $4,268.00 |
| | | | 113.50 | $120.00 | $13,620.00 |
| | | | 104.00 | $130.00 | $13,520.00 |
| | | | 15.50 | $140.00 | $2,170.00 |
| Jonathan Knisley | Project Assistant | Litigation | 72.10 | $140.00 | $10,094.00 |
| Jordan D Knol | Case Assistant | Corporate | 6.10 | $210.00 | $1,281.00 |
| Melissa Knost | Project Assistant | Intellectual Property | 20.50 | $130.00 | $2,665.00 |
| Emily J Knox | Project Assistant | Litigation | 1.30 | $70.00 | $91.00 |
| | | | 30.00 | $80.00 | $2,400.00 |
| | | | 72.90 | $95.00 | $6,925.50 |
| Eugene Kozob | Project Assistant | Corporate | 14.10 | $140.00 | $1,974.00 |
| Ellen J Kratofil | Conflicts Specialist | Admin Services | 60.50 | $200.00 | $12,100.00 |
| | | | 18.00 | $210.00 | $3,780.00 |
| | | | 4.50 | $220.00 | $990.00 |
| | | | 9.90 | $235.00 | $2,326.50 |
| Alison R Kucera | Project Assistant | Intellectual Property | 1.30 | $70.00 | $91.00 |
| Jocelyn C Kuo | Legal Assistant | Restructuring | 10.80 | $215.00 | $2,322.00 |
| Rebecca A Kurysz | Other | Admin Services | 14.50 | $115.00 | $1,667.50 |
| | | | 10.40 | $120.00 | $1,248.00 |
| Seth B Kutnick | Project Assistant | Litigation | 492.70 | $90.00 | $44,343.00 |
| Susan R Lacheman | Technology Services | Litigation | 11.50 | $195.00 | $2,242.50 |
| Christopher Lambert | Legal Assistant | Corporate | 2.80 | $295.00 | $826.00 |
| Rebecca R Landau | Project Assistant | Corporate | 16.00 | $80.00 | $1,280.00 |
| | | | 31.00 | $90.00 | $2,790.00 |
| Travis J Langenkamp | Legal Assistant | Litigation | 4.00 | $130.00 | $520.00 |
| | | | 1,167.80 | $245.00 | $286,111.00 |
| | | | 909.20 | $250.00 | $227,300.00 |
| | | | 569.70 | $260.00 | $148,122.00 |
| | | | 1.00 | $270.00 | $270.00 |
| | | | 1.00 | $290.00 | $290.00 |
| Rosaline Langley | Project Assistant | Litigation | 14.00 | $115.00 | $1,610.00 |
| | | | 26.30 | $130.00 | $3,419.00 |
| Whitney Lappley | Project Assistant | Restructuring | 344.00 | $130.00 | $44,720.00 |
| Beth Larsen | Law Clerk | Corporate | 32.40 | $145.00 | $4,698.00 |
| Eric A Larson | Law Clerk | Litigation | 21.30 | $205.00 | $4,366.50 |
| William T Lauchman | Case Assistant | Litigation | 3.00 | $145.00 | $435.00 |
| Daniel J Lee | Project Assistant | Restructuring | 4.50 | $70.00 | $315.00 |
| Keith R Leluga | Project Assistant | Litigation | 25.00 | $140.00 | $3,500.00 |
| | | | 56.00 | $145.00 | $8,120.00 |
| | | | 13.60 | $155.00 | $2,108.00 |
| | | | 91.50 | $160.00 | $14,640.00 |
| Denise Lesniak | Case Assistant | Litigation | 3.80 | $145.00 | $551.00 |
| Magali Lespinasse Lee | Legal Assistant | Restructuring | 13.20 | $220.00 | $2,904.00 |
| | | | 48.40 | $225.00 | $10,890.00 |
| | | | 70.60 | $235.00 | $16,591.00 |
| Mark Liang | Law Clerk | General | 35.30 | $215.00 | $7,589.50 |

32

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| David Liebowitz | Legal Assistant | Real Estate | 52.80 | $300.00 | $15,840.00 |
| Michael Lim | Loss Prevention Compliance Specialist | Admin Services | 6.30 | $155.00 | $976.50 |
| | | | 4.00 | $165.00 | $660.00 |
| | | | 3.00 | $195.00 | $585.00 |
| Joseph A Little | Law Clerk | General | 14.30 | $185.00 | $2,645.50 |
| Gayle M Lodygowski | Case Assistant | Litigation; Intellectual Property | 5.20 | $65.00 | $338.00 |
| | | | 3.00 | $75.00 | $225.00 |
| | | | 398.80 | $160.00 | $63,808.00 |
| Rhonda Lopera | Legal Assistant | Restructuring | 144.90 | $200.00 | $28,980.00 |
| | | | 1,264.50 | $210.00 | $265,545.00 |
| Tony Lopez | Law Clerk | General | 15.50 | $175.00 | $2,712.50 |
| Marot Lorimer | Legal Assistant | Litigation | 41.60 | $250.00 | $10,400.00 |
| Kimberly K Love | Legal Assistant | Litigation | 16.00 | $155.00 | $2,480.00 |
| | | | 17.30 | $210.00 | $3,633.00 |
| | | | 420.40 | $235.00 | $98,794.00 |
| | | | 710.30 | $240.00 | $170,472.00 |
| | | | 2,111.40 | $250.00 | $527,850.00 |
| | | | 664.80 | $260.00 | $172,848.00 |
| | | | 837.00 | $280.00 | $234,360.00 |
| | | | 843.80 | $295.00 | $248,921.00 |
| | | | 781.10 | $310.00 | $242,141.00 |
| | | | 26.90 | $325.00 | $8,742.50 |
| Viktoria Lovei | Law Clerk | Litigation | 43.90 | $175.00 | $7,682.50 |
| Anne R Lubinsky | Technology Services | Litigation | 25.00 | $165.00 | $4,125.00 |
| | | | 14.00 | $180.00 | $2,520.00 |
| | | | 15.40 | $190.00 | $2,926.00 |
| Brian M Lutz | Law Clerk | Corporate | 25.60 | $145.00 | $3,712.00 |
| Jane B Mackie | Project Assistant | Restructuring | 227.90 | $120.00 | $27,348.00 |
| Emily Malloy | Project Assistant; Legal Assistant | Litigation | 2,023.40 | $140.00 | $283,276.00 |
| | | | 205.90 | $145.00 | $29,855.50 |
| | | | 86.40 | $260.00 | $22,464.00 |
| Thomas Mangne | Technology Services | Litigation | 9.20 | $240.00 | $2,208.00 |
| | | | 1.00 | $250.00 | $250.00 |
| Alan J Mathis | Technology Services | Litigation | 15.00 | $160.00 | $2,400.00 |
| | | | 8.00 | $165.00 | $1,320.00 |
| Blair B Matyszczyk | Project Assistant | Litigation | 58.10 | $135.00 | $7,843.50 |
| Jennifer McCarthy | Legal Assistant | Litigation | 50.70 | $165.00 | $8,365.50 |
| Maureen McCarthy | Legal Assistant | Restructuring | 55.30 | $180.00 | $9,954.00 |
| | | | 176.20 | $185.00 | $32,597.00 |
| | | | 72.10 | $190.00 | $13,699.00 |
| | | | 80.90 | $220.00 | $17,798.00 |
| | | | 153.50 | $225.00 | $34,537.50 |
| | | | 131.40 | $235.00 | $30,879.00 |
| | | | 105.50 | $245.00 | $25,847.50 |
| | | | 33.50 | $260.00 | $8,710.00 |
| | | | 35.80 | $285.00 | $10,203.00 |
| | | | 83.10 | $300.00 | $24,930.00 |
| | | | 85.00 | $315.00 | $26,775.00 |
| | | | 8.70 | $330.00 | $2,871.00 |
| Jennifer L McClintock | Project Assistant | Restructuring | 1.00 | $85.00 | $85.00 |

KE 30607454

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Tracy J McCollom | Project Assistant | Restructuring | 72.20<br>535.80 | $105.00<br>$130.00 | $7,581.00<br>$69,654.00 |
| Katie McCrone | Project Assistant | Restructuring | 329.80 | $150.00 | $49,470.00 |
| David D McGroarty | Case Assistant | Litigation | 16.10 | $105.00 | $1,690.50 |
| Suzanne J McPhail | Legal Assistant | Litigation | 187.20 | $185.00 | $34,632.00 |
| Suzanne J McPhail | Legal Assistant | Litigation | 97.00 | $190.00 | $18,430.00 |
| Christopher L Meatto | Case Assistant | Intellectual Property | 7.80 | $155.00 | $1,209.00 |
| Laura E Mellis | Legal Assistant | International Trade | 400.70<br>2,059.10<br>1,107.60 | $160.00<br>$175.00<br>$180.00 | $64,112.00<br>$360,342.50<br>$199,368.00 |
| Marguerite M Melvin | Legal Assistant | Restructuring | 105.10 | $150.00 | $15,765.00 |
| P Ryan Messier | Case Assistant; Legal Assistant | Litigation | 435.50<br>757.40<br>19.80 | $140.00<br>$145.00<br>$190.00 | $60,970.00<br>$109,823.00<br>$3,762.00 |
| Nathanael F Meyers | Legal Assistant | Restructuring | 64.10 | $150.00 | $9,615.00 |
| Eric B Miller | Project Assistant; Legal Assistant | Restructuring; Litigation | 0.20<br>198.20<br>149.00 | $70.00<br>$160.00<br>$175.00 | $14.00<br>$31,712.00<br>$26,075.00 |
| Sophie Milrom | Case Assistant | Intellectual Property | 6.50 | $150.00 | $975.00 |
| Marc Minarich | Project Assistant | Corporate | 21.10 | $145.00 | $3,059.50 |
| Adam Minarich | Technology Services | Litigation | 1.50 | $180.00 | $270.00 |
| Sabrina M Mitchell | Project Assistant | Restructuring | 368.20<br>617.20 | $70.00<br>$85.00 | $25,774.00<br>$52,462.00 |
| Lauren Mitchell-Dawson | Legal Assistant | Environment | 1.30<br>17.80<br>10.10<br>1.00<br>2.50 | $165.00<br>$200.00<br>$225.00<br>$250.00<br>$295.00 | $214.50<br>$3,560.00<br>$2,272.50<br>$250.00<br>$737.50 |
| Mathias M Mondino | Case Assistant | Litigation | 46.20<br>6.50 | $155.00<br>$165.00 | $7,161.00<br>$1,072.50 |
| LeMar Moore | Law Clerk | General | 42.50 | $205.00 | $8,712.50 |
| Robert E Moore | Technology Services | Litigation | 6.50<br>6.50<br>19.40 | $200.00<br>$205.00<br>$235.00 | $1,300.00<br>$1,332.50<br>$4,559.00 |
| Mary Mortell | Project Assistant | Restructuring | 416.50 | $130.00 | $54,145.00 |
| Michal Moskovich | Project Assistant | Restructuring | 44.80 | $140.00 | $6,272.00 |
| Erin E Murphy | Law Clerk | General | 58.70 | $175.00 | $10,272.50 |
| Wayne Myers | Law Clerk | Litigation | 15.70 | $185.00 | $2,904.50 |
| Michael G Najjarpour | Project Assistant | Restructuring | 153.70 | $140.00 | $21,518.00 |
| Byambasuren Narantuya | Case Assistant | Litigation | 644.20<br>14.80 | $135.00<br>$140.00 | $86,967.00<br>$2,072.00 |
| Maria Negron | Case Assistant | Litigation | 878.20<br>247.00<br>205.30 | $115.00<br>$125.00<br>$135.00 | $100,993.00<br>$30,875.00<br>$27,715.50 |
| Thomas N Nelson, Jr. | Technology Services | Litigation | 5.00 | $200.00 | $1,000.00 |

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Michael D Nicolalda | Project Assistant | Litigation | 49.00<br>156.40 | $120.00<br>$130.00 | $5,880.00<br>$20,332.00 |
| Aaron L Nielson | Law Clerk | General | 35.80 | $175.00 | $6,265.00 |
| Uzoma N Nkwonta | Law Clerk | General | 40.80 | $195.00 | $7,956.00 |
| Laura Now | Project Assistant | Litigation | 15.50 | $150.00 | $2,325.00 |
| A Nowak | Case Assistant | Restructuring | 3.00 | $65.00 | $195.00 |
| Lolita Nurse | Case Assistant | Litigation | 66.60 | $115.00 | $7,659.00 |
| Martin O'Brien | Legal Assistant | Corporate | 28.00 | $330.00 | $9,240.00 |
| Matthew H O'Brien | Law Clerk | Restructuring | 38.40 | $175.00 | $6,720.00 |
| Michelle R O'Brien | Case Assistant | Restructuring | 55.90 | $145.00 | $8,105.50 |
| Emily S O'Connor | Project Assistant | Restructuring | 3.20<br>30.60 | $170.00<br>$180.00 | $544.00<br>$5,508.00 |
| Matthew M O'Connor | Case Assistant | Litigation | 20.00 | $135.00 | $2,700.00 |
| Bridgett Ofosu | Case Assistant | Litigation | 259.00 | $135.00 | $34,965.00 |
| Joseph O'Hara | Project Assistant | Litigation | 29.50 | $145.00 | $4,277.50 |
| Shawn M Olender | Case Assistant | Litigation | 245.90<br>691.20 | $145.00<br>$150.00 | $35,655.50<br>$103,680.00 |
| Elizabeth Ori | Project Assistant | Restructuring | 15.50 | $130.00 | $2,015.00 |
| Robert Orren | Case Assistant; Legal Assistant | Restructuring | 12.10<br>11.60<br>5.00<br>1.00<br>2.30<br>4.10<br>9.10 | $155.00<br>$175.00<br>$180.00<br>$215.00<br>$230.00<br>$245.00<br>$290.00 | $1,875.50<br>$2,030.00<br>$900.00<br>$215.00<br>$529.00<br>$1,004.50<br>$2,639.00 |
| Khalid M Osman | Legal Assistant | Litigation | 7.50<br>286.80<br>924.50 | $200.00<br>$230.00<br>$240.00 | $1,500.00<br>$65,964.00<br>$221,880.00 |
| Carlos A Padilla | Legal Assistant | Litigation | 170.60<br>494.50 | $195.00<br>$205.00 | $33,267.00<br>$101,372.50 |
| Natalya Palma | Legal Assistant | Litigation | 235.70<br>492.90 | $180.00<br>$190.00 | $42,426.00<br>$93,651.00 |
| Isidro N Panizales | Project Assistant | Restructuring | 13.20 | $105.00 | $1,386.00 |
| David M Parker | Case Assistant | Litigation | 1.50 | $150.00 | $225.00 |
| Alicja M Patela | Case Assistant | Litigation | 616.70<br>1,476.30 | $135.00<br>$140.00 | $83,254.50<br>$206,682.00 |
| Anna V Patela-Eisen | Legal Assistant | Litigation | 25.00 | $235.00 | $5,875.00 |
| Joseph A Patrevito | Project Assistant | Restructuring | 51.00<br>12.70 | $90.00<br>$130.00 | $4,590.00<br>$1,651.00 |
| Lidija Pegan | Legal Assistant | Litigation | 10.50 | $195.00 | $2,047.50 |
| Jane Penley | Project Assistant | Restructuring | 112.90<br>25.40 | $145.00<br>$150.00 | $16,370.50<br>$3,810.00 |
| Susan J Perry | Legal Assistant | Restructuring | 27.40<br>3.80 | $260.00<br>$270.00 | $7,124.00<br>$1,026.00 |
| Michelle Peterson | Project Assistant | Restructuring | 44.00<br>33.50 | $150.00<br>$155.00 | $6,600.00<br>$5,192.50 |
| Alexandra S Peurach | Law Clerk | General | 48.80 | $205.00 | $10,004.00 |

35

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Katherine K Phillips | Legal Assistant | Restructuring | 1,041.80 | $180.00 | $187,524.00 |
| | | | 39.00 | $185.00 | $7,215.00 |
| Joshua C Pierce | Case Assistant | Litigation | 320.10 | $105.00 | $33,610.50 |
| | | | 515.40 | $135.00 | $69,579.00 |
| Nicholas W Pilchak | Law Clerk | General | 54.20 | $185.00 | $10,027.00 |
| Melissa Piliere | Case Assistant | Corporate | 15.50 | $65.00 | $1,007.50 |
| Susan Polk | Legal Assistant | Taxation | 16.00 | $180.00 | $2,880.00 |
| Shirley A Pope | Legal Assistant | Litigation | 825.20 | $155.00 | $127,906.00 |
| | | | 1,133.20 | $180.00 | $203,976.00 |
| | | | 676.60 | $190.00 | $128,554.00 |
| | | | 207.10 | $200.00 | $41,420.00 |
| | | | 147.10 | $210.00 | $30,891.00 |
| Robert R Porter | Law Clerk | General | 11.50 | $185.00 | $2,127.50 |
| Bianca Portillo | Project Assistant | Restructuring | 599.80 | $140.00 | $83,972.00 |
| | | | 1,246.50 | $145.00 | $180,742.50 |
| | | | 199.80 | $150.00 | $29,970.00 |
| Catherine E Poulsen | Case Assistant | Restructuring | 2.40 | $185.00 | $444.00 |
| Sharon Powell | Loss Prevention Compliance Specialist | Admin Services | 0.80 | $200.00 | $160.00 |
| Lois Price | Contract Legal Assistant | Restructuring | 36.00 | $150.00 | $5,400.00 |
| Albinas J Prizgintas | Project Assistant | Litigation | 13.80 | $140.00 | $1,932.00 |
| | | | 24.30 | $145.00 | $3,523.50 |
| Shamim A Prodhan | Technology Services | Litigation | 114.50 | $185.00 | $21,182.50 |
| Timothy B Pryzbylski | Legal Assistant | Taxation | 122.00 | $170.00 | $20,740.00 |
| Vidhya Ragunathan | Law Clerk | General | 26.00 | $205.00 | $5,330.00 |
| | | | 16.00 | $215.00 | $3,440.00 |
| Aida A Ramos | Legal Assistant | Litigation | 2.10 | $220.00 | $462.00 |
| | | | 23.10 | $230.00 | $5,313.00 |
| Stephanie A Rein | Case Assistant; Legal Assistant | Litigation | 732.00 | $105.00 | $76,860.00 |
| | | | 1,927.80 | $135.00 | $260,253.00 |
| | | | 1,532.00 | $175.00 | $268,100.00 |
| Roger D Rhoten | Law Clerk | Corporate | 13.80 | $145.00 | $2,001.00 |
| Brian Rittenhouse | Legal Assistant | Litigation | 122.00 | $165.00 | $20,130.00 |
| | | | 58.00 | $175.00 | $10,150.00 |
| Michael F Rocco | Administrative | Admin Services | 0.50 | $165.00 | $82.50 |
| Anne Rogers | Conflicts Specialist | Admin Services | 7.00 | $195.00 | $1,365.00 |
| | | | 22.00 | $235.00 | $5,170.00 |
| Morgan Rohrhofer | Case Assistant; Legal Assistant | Litigation | 146.00 | $145.00 | $21,170.00 |
| | | | 1,898.50 | $150.00 | $284,775.00 |
| | | | 123.90 | $155.00 | $19,204.50 |
| | | | 2.50 | $200.00 | $500.00 |
| Marcela Romero | Case Assistant | Corporate | 0.80 | $65.00 | $52.00 |
| Daniel T Rooney | Legal Assistant | Litigation | 825.70 | $215.00 | $177,525.50 |
| | | | 1,936.10 | $225.00 | $435,622.50 |
| | | | 1,076.90 | $230.00 | $247,687.00 |
| | | | 977.60 | $240.00 | $234,624.00 |
| | | | 1,289.90 | $250.00 | $322,475.00 |
| | | | 10.40 | $290.00 | $3,016.00 |

36

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Michael A Rosenberg | Legal Assistant | Litigation | 213.20 | $160.00 | $34,112.00 |
| | | | 993.90 | $165.00 | $163,993.50 |
| | | | 666.10 | $175.00 | $116,567.50 |
| | | | 279.80 | $200.00 | $55,960.00 |
| | | | 29.60 | $205.00 | $6,068.00 |
| Andrew J Ross | Case Assistant | Litigation | 1,157.50 | $140.00 | $162,050.00 |
| | | | 1,285.90 | $145.00 | $186,455.50 |
| Aaron Rutell | Technology Services | Litigation | 51.50 | $160.00 | $8,240.00 |
| | | | 263.50 | $165.00 | $43,477.50 |
| | | | 522.40 | $190.00 | $99,256.00 |
| Allison Ryan | Project Assistant | Restructuring | 16.70 | $120.00 | $2,004.00 |
| Emily Rybak | Case Assistant | Litigation | 4.50 | $155.00 | $697.50 |
| Nicholas Sabloff | Project Assistant | Restructuring | 43.30 | $130.00 | $5,629.00 |
| Kenneth Sampson | Conflicts Analyst I | Admin Services | 10.70 | $185.00 | $1,979.50 |
| Neal F San Diego | Case Assistant | Litigation | 204.20 | $155.00 | $31,651.00 |
| Karla Sanchez | Project Assistant | Litigation | 633.70 | $135.00 | $85,549.50 |
| | | | 1,027.50 | $140.00 | $143,850.00 |
| Shefali Saxena | Case Assistant | Litigation | 24.70 | $150.00 | $3,705.00 |
| Jamie A Schafer | Law Clerk | General | 22.00 | $215.00 | $4,730.00 |
| Stuart Schmadeke | Case Assistant | Intellectual Property | 8.10 | $145.00 | $1,174.50 |
| Timothy Schmeling | Project Assistant | Restructuring | 6.30 | $190.00 | $1,197.00 |
| Daniel G Schovain | Project Assistant | Litigation | 113.40 | $145.00 | $16,443.00 |
| | | | 81.40 | $150.00 | $12,210.00 |
| Michael G Schultz | Project Assistant | Litigation | 18.10 | $120.00 | $2,172.00 |
| Linda A Scussel | Conflicts Specialist | Admin Services | 94.10 | $175.00 | $16,467.50 |
| | | | 21.60 | $185.00 | $3,996.00 |
| | | | 30.30 | $190.00 | $5,757.00 |
| | | | 30.10 | $215.00 | $6,471.50 |
| | | | 37.20 | $220.00 | $8,184.00 |
| | | | 30.70 | $235.00 | $7,214.50 |
| | | | 22.60 | $250.00 | $5,650.00 |
| | | | 9.20 | $265.00 | $2,438.00 |
| | | | 22.00 | $280.00 | $6,160.00 |
| Bertha Serrano | Legal Assistant | Restructuring | 1.60 | $105.00 | $168.00 |
| | | | 118.20 | $140.00 | $16,548.00 |
| Maxwell Shaffer | Project Assistant | Litigation | 785.30 | $145.00 | $113,868.50 |
| | | | 324.50 | $150.00 | $48,675.00 |
| Alicia L Shah | Law Clerk | General | 55.90 | $175.00 | $9,782.50 |
| Megan M Shaw | Project Assistant | Intellectual Property | 5.00 | $160.00 | $800.00 |
| Sofia Sheth | Case Assistant | Restructuring | 5.20 | $150.00 | $780.00 |
| | | | 2.50 | $180.00 | $450.00 |
| Elizabeth R Sheyn | Law Clerk | Litigation | 10.10 | $195.00 | $1,969.50 |
| Whitney B Shingleton | Legal Assistant | Litigation | 73.50 | $165.00 | $12,127.50 |
| Antonia C Siebert | Legal Assistant | Litigation | 4.50 | $225.00 | $1,012.50 |
| Erin Skowron | Legal Assistant | Litigation | 130.80 | $160.00 | $20,928.00 |
| | | | 309.10 | $165.00 | $51,001.50 |

KE 30607454

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Hayley M Smith | Legal Assistant | Intellectual Property | 2.70 | $355.00 | $958.50 |
| James J Son | Legal Assistant | Litigation | 68.20 | $190.00 | $12,958.00 |
| Kathy E Sorce | Legal Assistant | Litigation | 4.00 | $125.00 | $500.00 |
|  |  |  | 13.50 | $150.00 | $2,025.00 |
| Rachelle M Sorg | Project Assistant | Litigation | 1.00 | $70.00 | $70.00 |
| Antonio Soto | Technology Services | Litigation | 3.50 | $215.00 | $752.50 |
| Carmelo A Soto | Technology Services | Litigation | 45.50 | $215.00 | $9,782.50 |
|  |  |  | 112.50 | $240.00 | $27,000.00 |
| Carrie Sroka | Project Assistant; Legal Assistant | Restructuring | 121.70 | $145.00 | $17,646.50 |
|  |  |  | 15.10 | $230.00 | $3,473.00 |
|  |  |  | 3.90 | $245.00 | $955.50 |
|  |  |  | 4.60 | $275.00 | $1,265.00 |
| Peter Stach | Project Assistant | Restructuring | 26.70 | $150.00 | $4,005.00 |
|  |  |  | 1.10 | $155.00 | $170.50 |
| Katee Stahl | Conflict Analyst | Admin Services | 22.20 | $190.00 | $4,218.00 |
| Terrell D Stansbury | Legal Assistant | Litigation | 1,490.00 | $175.00 | $260,750.00 |
|  |  |  | 1,313.50 | $180.00 | $236,430.00 |
|  |  |  | 962.30 | $190.00 | $182,837.00 |
|  |  |  | 1,174.70 | $195.00 | $229,066.50 |
|  |  |  | 763.50 | $205.00 | $156,517.50 |
| Charisma J Starr | Administrative; Technology Services | Litigation | 4.30 | $100.00 | $430.00 |
|  |  |  | 2.50 | $120.00 | $300.00 |
| Bryan M Stephany | Law Clerk | General | 98.30 | $175.00 | $17,202.50 |
| Michael J Stephensen | Project Assistant | Litigation | 57.00 | $70.00 | $3,990.00 |
| Assaf Sternberg | Case Assistant | Litigation | 72.00 | $145.00 | $10,440.00 |
|  |  |  | 28.50 | $150.00 | $4,275.00 |
| Anton I Stoyanov | Case Assistant | Litigation | 407.30 | $160.00 | $65,168.00 |
|  |  |  | 23.80 | $165.00 | $3,927.00 |
| James R Strohl | Legal Assistant | Restructuring | 222.80 | $215.00 | $47,902.00 |
| Leslie Stubbs | Project Assistant | Litigation | 88.70 | $165.00 | $14,635.50 |
|  |  |  | 17.40 | $175.00 | $3,045.00 |
| Kenneth J Sturek | Legal Assistant | Litigation | 52.30 | $210.00 | $10,983.00 |
|  |  |  | 27.50 | $215.00 | $5,912.50 |
| Rafael M Suarez | Technology Services; Litigation Suppt Cons | Litigation | 11.30 | $165.00 | $1,864.50 |
|  |  |  | 12.50 | $185.00 | $2,312.50 |
|  |  |  | 143.00 | $190.00 | $27,170.00 |
|  |  |  | 48.00 | $195.00 | $9,360.00 |
|  |  |  | 51.50 | $200.00 | $10,300.00 |
|  |  |  | 76.00 | $210.00 | $15,960.00 |
|  |  |  | 9.50 | $245.00 | $2,327.50 |
| Elizabeth A Suehr | Conflicts Specialist | Admin Services | 1.50 | $245.00 | $367.50 |
| Daniel J Sullivan | Law Clerk | General | 121.50 | $185.00 | $22,477.50 |
| Will E Thomas | Technology Services | Litigation | 39.00 | $215.00 | $8,385.00 |
| John N Titley | Law Clerk | Restructuring | 61.50 | $175.00 | $10,762.50 |
| Lorena G Toro | Case Assistant | Restructuring | 19.00 | $130.00 | $2,470.00 |
| Stacie D Torres | Law Clerk | Litigation | 10.00 | $205.00 | $2,050.00 |
| Kenneth Toth | Case Assistant | Litigation | 2.80 | $65.00 | $182.00 |

KE 30607454

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Tommie Turner | Graphics Specialist | Admin Services | 35.60 | $140.00 | $4,984.00 |
| | | | 12.00 | $145.00 | $1,740.00 |
| Charles Tyler | Case Assistant | Litigation | 427.20 | $115.00 | $49,128.00 |
| Laura-Jayne Urso | Legal Assistant | Corporate | 21.40 | $190.00 | $4,066.00 |
| Margaret S Utgoff | Legal Assistant | Litigation | 1,169.40 | $160.00 | $187,104.00 |
| | | | 968.80 | $165.00 | $159,852.00 |
| Christopher J Valeri | Legal Assistant | Corporate | 62.00 | $130.00 | $8,060.00 |
| Gary M Vogt | Legal Assistant | Restructuring; Litigation | 278.10 | $240.00 | $66,744.00 |
| | | | 650.90 | $250.00 | $162,725.00 |
| | | | 3.50 | $255.00 | $892.50 |
| | | | 1.20 | $315.00 | $378.00 |
| Brandon Vongsawad | Law Clerk | General | 9.10 | $205.00 | $1,865.50 |
| Marlynda L Vorv | Legal Assistant | Litigation | 50.50 | $200.00 | $10,100.00 |
| Jennifer D Vosko | Law Clerk | General | 52.70 | $185.00 | $9,749.50 |
| Jared Voskuhl | Project Assistant | Litigation | 613.80 | $145.00 | $89,001.00 |
| | | | 1,356.40 | $150.00 | $203,460.00 |
| | | | 9.30 | $160.00 | $1,488.00 |
| Toni Wallace | Legal Assistant | Restructuring | 12.50 | $140.00 | $1,750.00 |
| | | | 95.30 | $145.00 | $13,818.50 |
| | | | 76.70 | $150.00 | $11,505.00 |
| | | | 192.10 | $190.00 | $36,499.00 |
| | | | 132.90 | $215.00 | $28,573.50 |
| Reyna S Walters | Law Clerk | General | 38.40 | $175.00 | $6,720.00 |
| Kristen Weber | Project Assistant | Restructuring | 361.00 | $130.00 | $46,930.00 |
| | | | 8.50 | $155.00 | $1,317.50 |
| Erica Weber | Project Assistant | Litigation | 14.30 | $135.00 | $1,930.50 |
| Nathaniel F West | Case Assistant | Litigation | 152.80 | $150.00 | $22,920.00 |
| Michael West | Case Assistant | Real Estate | 39.50 | $155.00 | $6,122.50 |
| Ian Whalen | Case Assistant | Litigation | 10.80 | $150.00 | $1,620.00 |
| Sarah B Whitney | Project Assistant | Litigation | 1,209.50 | $145.00 | $175,377.50 |
| | | | 893.80 | $150.00 | $134,070.00 |
| R Joseph Whittingham | Legal Assistant | Litigation | 19.00 | $180.00 | $3,420.00 |
| Carrie L Wildfong | Project Assistant | Restructuring | 219.70 | $150.00 | $32,955.00 |
| | | | 111.40 | $155.00 | $17,267.00 |
| | | | 2.70 | $165.00 | $445.50 |
| | | | 1.30 | $170.00 | $221.00 |
| Bernadette E Williams | Case Assistant | Litigation | 33.50 | $150.00 | $5,025.00 |
| | | | 10.20 | $175.00 | $1,785.00 |
| Shawna A Williams | Legal Assistant | Litigation | 13.50 | $165.00 | $2,227.50 |
| Christopher E Williamson | Legal Assistant | Litigation | 132.90 | $160.00 | $21,264.00 |
| Cheryl Wilson-Griffin | Trial Tech Consultant | Litigation | 35.10 | $265.00 | $9,301.50 |
| Brigitte F Windley | Legal Assistant | Restructuring | 252.30 | $150.00 | $37,845.00 |
| | | | 166.40 | $170.00 | $28,288.00 |
| Jessica E Wood | Legal Assistant | Litigation | 13.60 | $175.00 | $2,380.00 |

39

KE 30607454

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Tiffany J Wood | Project Assistant | Restructuring | 474.10 | $105.00 | $49,780.50 |
| | | | 493.00 | $120.00 | $59,160.00 |
| | | | 572.80 | $130.00 | $74,464.00 |
| | | | 658.20 | $140.00 | $92,148.00 |
| Velma J Worrells | Case Assistant | Litigation | 189.70 | $115.00 | $21,815.50 |
| | | | 310.30 | $130.00 | $40,339.00 |
| | | | 35.30 | $145.00 | $5,118.50 |
| Maria E Yapan | Case Assistant | Restructuring | 59.80 | $100.00 | $5,980.00 |
| | | | 31.60 | $120.00 | $3,792.00 |
| Ian Young | Project Assistant | Corporate | 1,729.20 | $150.00 | $259,380.00 |
| Phillip Zackler | Law Clerk | Corporate | 16.10 | $205.00 | $3,300.50 |
| Sara Zweig | Project Assistant | Litigation | 39.80 | $145.00 | $5,771.00 |
| Library Research | Research Specialist | Admin Services | 25.80 | $110.00 | $2,838.00 |
| | | | 2.90 | $165.00 | $478.50 |
| | | | 181.00 | $175.00 | $31,675.00 |
| | | | 58.40 | $185.00 | $10,804.00 |
| | | | 294.80 | $195.00 | $57,486.00 |
| | | | 168.90 | $200.00 | $33,780.00 |
| | | | 39.30 | $210.00 | $8,253.00 |
| | | | 22.30 | $250.00 | $5,575.00 |
| | | | 13.70 | $265.00 | $3,630.50 |
| **Paraprofessional Totals** | | | **145,681.10** | | **$25,253,919.00** |

KE 30607454

**Compensation by Matter**

| Matter Number | Matter Description | Total Hours Billed | Total Compensation |
|---|---|---|---|
| 16 | Asset Analysis and Recovery | 599.20 | $250,193.00 |
| 17 | Relief from Stay | 1,276.50 | $547,288.00 |
| 18 | Other | 177.90 | $71,395.50 |
| 19 | Claims Analysis, Objection and Resolution (Non-Asbestos) | 7,998.90 | $3,509,488.00 |
| 20 | Case Administration | 19,423.80 | $4,000,123.50 |
| 21 | Claims Analysis, Objection and Resolution (Asbestos) | 127,761.80 | $43,540,828.00 |
| 22 | Contested Matters/Adversary Proceedings | 6,652.00 | $2,551,879.00 |
| 23 | Business Operations | 2,033.20 | $1,150,989.00 |
| 24 | Creditors Noteholders or Equity Holders' | 397.10 | $163,903.00 |
| 25 | Creditors/Shareholders Inquiries | 226.10 | $74,042.50 |
| 26 | Financing | 591.30 | $171,493.00 |
| 27 | Employee Benefits/Pension | 912.40 | $384,187.50 |
| 28 | Litigation and Litigation Consulting | 23,239.20 | $10,116,827.00 |
| 29 | File, Docket, Calendar Maintenance | 600.30 | $58,268.50 |
| 30 | Hearings | 11,254.80 | $5,188,264.50 |
| 31 | Asset Disposition | 581.30 | $279,309.00 |
| 32 | Fee Applications, Applicant | 6,334.40 | $2,480,204.00 |
| 33 | Asset Disposition | 266.70 | $94,206.00 |
| 34 | Lien Issues | 5.50 | $1,975.50 |
| 35 | Fee Applications Others | 654.10 | $252,809.00 |
| 36 | Reclamation Claims | 60.80 | $19,890.50 |
| 37 | Plan and Disclosure Statement | 62,712.20 | $36,639,720.50 |
| 38 | Employment Applications, Others | 1,706.30 | $715,439.50 |
| 39 | Statement of Financial Affairs | 243.00 | $82,278.00 |
| 40 | Business Operations | 4.70 | $1,767.50 |
| 41 | Tax Issues | 1,649.40 | $988,943.50 |
| 42 | Travel non-working | 3,236.20 | $1,665,786.00 |
| 43 | Use, Sale or Lease/Abandonment Property | 70.60 | $26,928.50 |
| 44 | U.S. Trustee | 35.60 | $12,708.50 |
| 45 | Utilities | 55.30 | $18,308.50 |
| 46 | Tax Litigation | 1,700.00 | $647,735.00 |
| 47 | Eminent Domain Proceedings | 43.90 | $11,182.50 |
| 48 | Fraudulent Conveyance Adversary Proceedings | 8,759.40 | $2,530,349.50[1] |

---

[1]    In addition to the Applications filed in the Chapter 11 Cases, K&E filed monthly and quarterly Applications in Adv. Pro. Nos. 02-2210 and 02-2211 for fees and expenses related to matters 48 and 49. Pursuant to the *Order Approving Remaining Fee Applications Relating to Fraudulent Conveyance Adversary Proceedings and Allowing the Payment of Remaining Holdbacks for Services Rendered* [Adv. Docket No. 773], K&E has been paid for the amounts requested in these Applications. For the sake of efficiency, K&E is now including a

| Matter Number | Matter Description | Total Hours Billed | Total Compensation |
|---|---|---|---|
| 49 | Fraudulent Conveyance Travel | 234.50 | $104,884.00 |
| 51 | ZAI Science Trial | 229.40 | $79,124.50 |
| 53 | Valuation | 11.00 | $2,310.00 |
| 54 | Employment Applications, Applicant | 466.30 | $140,384.00 |
| 56 | Libby Appeal, United States vs. Client, | 573.70 | $234,351.00 |
| 57 | Montana Grand Jury Investigation | 102,086.60 | $36,014,945.50 |
| 58 | Criminal Travel Matter, No Third Parties | 2,318.10 | $915,358.50 |
| 59 | Lyondell Reclamation Claims | 182.10 | $66,987.00 |
| 60 | Delphi Preference Defense | 235.40 | $107,216.50 |
| 61 | Credit Agreement Advice | 126.10 | $100,515.00 |
| 62 | High-Yield Notes Offering Advice | 1.50 | $1,147.50 |
| 63 | Exit Credit Facility Advice | 1,106.40 | $736,971.00 |
| **Totals** | | **398,835.00** | **$156,752,906.00** |
| **Reductions per Omnibus Fee Orders** | | | **($1,169,440.90)** |
| **Adjustment on June 2004 Fraudulent Conveyance Monthly Fee Application** | | | **($674.00)** |
| **Total Fees Requested for the Final Fee Period** | | **398,835.00** | **$155,582,791.10** |

| | |
|---|---|
| **Total Fees Requested for the Final Fee Period** | **$155,582,791.10** |
| **Blended Rate** | **$390.09** |

request for final approval of these amounts in this Final Fee Application, rather than filing separate final applications. Summaries of the monthly and quarterly Applications filed in these proceedings, the expenses incurred in these proceedings, and the professionals and paraprofessionals who billed time in these proceedings are included as **Exhibit E**.

42

KE 30607454

**Expense Summary**

| Service Description | Amount |
|---|---|
| 4" Binders | $256.00 |
| 5" Binders | $68.00 |
| Airfare | $1,651,992.37 |
| Appearance Fees | $12,533.00 |
| Bates Labels/Print & Affix | $27.95 |
| Bates Labels/Print/Endorse | $31.50 |
| Binding | $6,038.00 |
| Calendar/Court Services | $1,600.00 |
| Car Rental | $83,835.78 |
| Cash Credits | -$67,507.57 |
| Catering Expenses | $28,795.27 |
| CD-ROM Duplicates/Master | $21,764.00 |
| CD-ROM Master | $2,648.00 |
| Color Copies or Prints | $190,415.40 |
| Color Copies or Prints (11x17) | $67.50 |
| Color Transparencies | $159.00 |
| Computer Database Research | $1,310,625.66 |
| Court Reporter Fee/Deposition | $739,870.13 |
| Court Reporter Fee/Trial | $1,384.51 |
| Document Services Overtime | $22,648.98 |
| DVD Duplicates/Master | $2,241.00 |
| DVD Master | $10.00 |
| Electronic Data Storage | $42,344.39 |
| Exhibit Labels per Sheet | $939.85 |
| Expert Fees | $5,306,381.16 |
| Expert Meals | $39.44 |
| Fax Telephone Charge | $1,692.73 |
| Filing Fees | $14,450.70 |
| Foreign Local Counsel | $21,193.89 |
| Hard Drive Inventory | $470.54 |
| In-house Messenger Services | $8.00 |
| Inter-Library Loan | $67,306.29 |
| Investigators | $70,285.32 |
| Leased Equipment | $3,236.00 |
| Legal Files Storage/Retrieval | $4,683.90 |

43

KE 30607454

| Service Description | Amount |
|---|---|
| Local Transportation | $60,483.64 |
| Medical Consultant Fees | $81,908.22 |
| Miscellaneous Office Expenses | $131,428.58 |
| Other Court Costs and Fees | $395.50 |
| Other Travel Expenses | $63,153.25 |
| Other Trial Expenses | $413,713.55 |
| Outside Computer Services | $1,036,235.89 |
| Outside Copy/Binding Services | $2,404,564.86 |
| Outside Messenger Services | $66,708.22 |
| Outside Paralegal Assistance | $4,268.60 |
| Outside Printing Services | $3,607.68 |
| Outside Retrieval Service | $267,988.26 |
| Outside Video Services | $331,164.85 |
| Overnight Delivery | $423,097.44 |
| Oversize Copies or Prints | $278.10 |
| Overtime Meals - Attorney | $56,334.41 |
| Overtime Meals - Legal Assistant | $4,268.70 |
| Overtime Meals - Non-Attorney | $26,772.90 |
| Overtime Transportation | $138,904.57 |
| Postage | $2,384.15 |
| Process Server Fees | $14,422.48 |
| Production Blowbacks | $4,359.00 |
| Professional Fees | $24,431,280.49 |
| Professional Meals | $879.58 |
| Rental Expenses | $1,052,286.16 |
| RightFAX Charge | $21.00 |
| Scanned Images | $86,043.00 |
| Secretarial Overtime | $372,103.44 |
| Standard Copies or Prints | $1,251,170.89 |
| Tabs/Indexes/Dividers | $12,889.85 |
| Third Party Fax Charges | $27,667.87 |
| Third Party Telephone Charges | $209,229.91 |
| Transportation to/from airport | $232,927.29 |
| Travel Expense | $1,036,749.62 |
| Travel Meals | $526,114.82 |
| Trial Exhibits | $28,576.50 |

KE 30607454

| Service Description | Amount |
|---|---|
| Trial Office Expenses | $174,031.23 |
| U.S. Local Counsel Fees | $55,585.61 |
| U.S. Local Counsel Meals | $935.56 |
| Witness Fees | $10,539.99 |
| Working Meals/K&E and Others | $122,284.99 |
| Working Meals/K&E Only | $10,781.24 |
| **Total** | **$44,721,078.58** |
| **Adjustments per Omnibus Fee Orders** | **($45,020.16)** |
| **Total Expenses Requested for the Final Fee Period** | **$44,676,058.42** |

KE 30607454

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | **Hearing Date: October 14, 2014, at 10:00 a.m.** |
| | ) | **Objection Deadline: July 7, 2014, at 4:00 p.m.** |
| | ) | |

## VERIFIED FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., *ET AL.*, FOR THE INTERIM PERIOD FROM APRIL 2, 2001 THROUGH FEBRUARY 3, 2014

Kirkland & Ellis LLP ("K&E"), counsel for the Debtors and Reorganized Debtors,[2] hereby submits its final fee application (this "Final Fee Application") for final allowance of compensation for services rendered in the amount of $155,582,791.10 and reimbursement of actual and necessary expenses in the amount of $44,676,058.42 for the period from April 2, 2001 through February 3, 2014 (the "Final Fee Period") and payment of any unpaid portion of such allowed fees and expenses, pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P.*

---

[1] The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation. Pursuant to a final decree entered by the Court on March 19, 2014, *see* [Docket No. 31880], the cases of forty-five additional Reorganized Debtors were closed.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Debtors' *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace and Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified Through December 23, 2010* [Docket No. 26368] (the "Plan").

*2014(a) Authorizing the Employment and Retention of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession*, dated May 3, 2001 and effective as of April 2, 2001 [Docket No. 180] (the "Retention Order"), the *Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* [Docket No. 1949] (the "Amended Interim Compensation Order"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules").

In support of this Final Fee Application, K&E respectfully states as follows:

## Jurisdiction and Venue

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012, and § 10.5 of the Plan.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).[3]

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-2.

## Background

4.     On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").  On

---

[3]     The Reorganized Debtors confirm their consent pursuant to Local Bankruptcy Rule 9013-1(f) to the entry of a final order by the Court in connection with this Final Fee Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2

April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. *See* [Docket No. 9] (order directing procedural consolidation).

5.    Pursuant to the Retention Order, the Debtors were authorized to retain K&E as their counsel, effective as of the Petition Date, with regard to the filing and prosecution of the Chapter 11 Cases and all related matters.    The Retention Order authorizes the Debtors to compensate K&E at K&E's hourly rates charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and orders of this Court.

6.    Throughout the course of the Chapter 11 Cases, K&E has filed monthly fee applications (collectively, the "Monthly Fee Applications")[4] and quarterly fee applications (collectively, the "Quarterly Fee Applications"), each of which is covered by this Final Fee Application and incorporated by reference herein.    Attached hereto as **Exhibit B** is a chart that summarizes the current status of each Quarterly Fee Application.

7.    Over the course of these Chapter 11 Cases, K&E has waived $1,170,114.90 in fees and $45,020.16 in expenses.    As of the date of the Final Fee Application, K&E has received $198,495,159.44 from the Reorganized Debtors for fees and expenses incurred by K&E from April 2, 2001 through February 3, 2014.

---

[4]    Each Monthly Fee Application contains a detailed itemization and description of the services that K&E rendered during the respective month.    Each Monthly Fee Application:  (a) identifies the individuals that rendered services in each subject matter; (b) describes each activity or service that each individual performed; and (c) states the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services.  These detailed descriptions demonstrate that K&E was heavily involved in performing services for the Debtors on a daily basis, often including night and weekend work, to meet the needs of the Debtors' estates in these Chapter 11 Cases.

**The Fee Auditor**

8.       Pursuant to an order dated March 18, 2002, the Court appointed Warren H. Smith & Associates, P.C., as fee auditor (the "Fee Auditor") for professional fee and expense review and analysis. *See* [Docket No. 1852] (order appointing the Fee Auditor). During the Chapter 11 Cases, the Fee Auditor has closely scrutinized Quarterly Fee Applications, consulted with the Debtors and other fee applicants about areas of concern in their applications, and filed reports concerning these applications. Since the Fee Auditor's appointment, K&E has worked conscientiously with the Fee Auditor to address and resolve any concerns regarding fee and expense applications by K&E. Attached hereto as **Exhibit C** is a list of final reports filed by the Fee Auditor during the Final Fee Period.

## K&E's Contribution to the Chapter 11 Cases[5]

9.       The Debtors' Chapter 11 Cases were among the longest and most complex restructurings in U.S. history. During the Debtors' nearly thirteen-year stay in Chapter 11, K&E was required to exert truly extraordinary efforts to represent the Debtors' interests and consummate a successful restructuring. As with most reorganizations under chapter 11, each phase of the Debtors' restructuring brought new complex issues and disputes that demanded novel resolution. K&E provided essential services at every stage, including, for example, formulating an innovative and aggressive litigation strategy designed to fairly value the Debtors' asbestos liabilities, vigorously defending the confirmation of the Plan in this Court, the District Court, and the United States Court of Appeals for the Third Circuit (the "Third Circuit"), and negotiating an equitable settlement of remaining issues as well as a highly successfully Exit Financing facility in the waning days of the Chapter 11 Cases.

---

[5]   Since the entry of the Amended Interim Compensation Order, professionals in the Chapter 11 Cases have generally not provided descriptions of its legal services arranged by the Subject Matter (as defined herein) to which those services were billed in either their Quarterly or Monthly Applications. As such, matching up all services provided by K&E over the course of the Reorganized Debtors' nearly thirteen-year bankruptcy to individual Subject Matters would prove particularly burdensome. Although this Final Fee Application includes summaries of the services provided in key Subject Matters and provides totals for the amounts requested in each Subject Matter, this section organizes K&E's contributions to the Chapter 11 Cases in a more general manner.

4

10.    In this section of the Final Fee Application, K&E summarizes its representation of the Debtors in these Chapter 11 Cases and its key contributions to the Debtors' highly successful restructuring.    In light of the below, K&E respectfully submits that its requested fees and expenses are fair and reasonable.

**The Decision to Seek Chapter 11 Protection**

11.    Prior to the Chapter 11 Cases, the Debtors faced asbestos-related liabilities stemming primarily from their asbestos-added products as well as their mining and processing facility in Libby, Montana.    As explained further below, these liabilities were based on both personal injury as well as property damage theories of recovery.

12.    For many years, the Debtors were able to successfully resolve their asbestos-related liabilities primarily through negotiated settlements, as the number of asbestos Claims and the amounts sought in connection with those Claims were generally manageable and predictable. Beginning in 2000, however, the Debtors experienced a sharp increase in asbestos-related personal injury Claims and the amount of money required to resolve such Claims.    At about the same time the Debtors also became defendants in multiple class actions alleging property damages from Zonolite Attic Insulation ("ZAI"), a loose-fill attic insulation product.

13.    Trends in Claims filing and settlement demands showed no sign of returning to pre-2000 levels, and the Debtors' financial picture was worsened by the bankruptcy filings of several of their co-defendants in asbestos-related litigation.    These developments greatly increased the risk that the Debtors would not be able to resolve their asbestos-related liabilities under the state court system.

14.    These mounting asbestos-related liabilities, including an 81% increase in personal injury Claims in 2000 and the first quarter of 2001, put the Debtors in a precarious financial position.    By 2001, the Debtors had already paid out approximately $1.9 billion to resolve

5

asbestos-related litigation. The Debtors anticipated that they would be unable to continue to resolve their asbestos-related liabilities under the state court system and concluded that the increase in these liabilities was a serious threat to core business operations from both an administrative and reputational standpoint. The Debtors' stock price had tumbled to just $1.52 per share by the time the Debtors filed for chapter 11 protection.

15.     In the face of these financial and litigation challenges, on the Petition Date each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. As of the Petition Date, the Debtors were defendants in approximately 65,656 asbestos-related lawsuits, mostly involving approximately 129,191 Claims for personal injury. Following the Petition Date, K&E professionals and para-professionals worked tirelessly for nearly thirteen years to assist the Debtors in resolving their massive liabilities.

16.     In addition to the specific successes discussed below, K&E assisted the Debtors with the day-to-day administration of their Chapter 11 Cases. For instance, K&E coordinated with the Debtors to keep stakeholders fully informed as to the status of the Debtors' reorganization. This aspect of K&E's services included, in part, monitoring the progress of the Chapter 11 Cases and related litigation, assisting with the organization of agendas for omnibus hearings, and compiling status and operating reports for the benefit of the Court and other interested parties. These and similar efforts collectively helped ensure that the representation of the Debtors was comprehensive and diligent, and that, despite the incredible size and complexity of the Chapter 11 Cases, no matters or issues failed to receive the proper consideration or action.

**Stabilizing the Debtors' Operations in Chapter 11**

17.     On the Petition Date, the Debtors filed a motion to approve a debtor-in-possession financing facility (the "DIP Financing"). *See* [Docket No. 26] (emergency motion to approve the DIP Financing). K&E aided the Debtors in consummating this financing. Pursuant to the DIP Financing, the Debtors had available up to $250 million, and K&E helped the Debtors

6

subsequently obtain extensions of their post-petition financing in order to fund crucial postpetition operations. *See, e.g.*, [Docket No. 18315] (order authorizing the Debtors to extend and modify the DIP Financing). K&E also assisted the Debtors in identifying essential trade creditors and obtaining Court approval to pay in the ordinary course the prepetition Claims of such creditors up to the sum of $4.5 million. *See* [Docket No. 195] (stipulation and order granting authority to pay certain trade creditors in the ordinary course).

18.     To ensure a seamless entry into Chapter 11 and to minimize disruption of their ongoing businesses, the Debtors also sought relief to facilitate the continued operation of their business. To this end, K&E worked with the Debtors to obtain authority to, among other things, pay certain prepetition obligations such as certain taxes and employee benefits, maintain their existing bank accounts, business forms, cash management systems, and intercompany agreements, continue certain customer programs and practices, and assume the existing employment contracts of key employees. *See* [Docket Nos. 18, 19, 21, and 561] (orders granting the relief described above).

19.     The weeks following the Petition Day saw the appointment of various committees, including the Unsecured Creditors' Committee, the Asbestos PI Committee, the Asbestos PD Committee, and the Equity Committee. On May 24, 2004, the Court entered an order appointing the Asbestos PI FCR, *see* [Docket No. 5645] (order appoint the Asbestos PI FCR), and on October 21, 2008, entered an order appointing the Asbestos PD FCR. *See* [Docket No. 19818] (order appointing the Asbestos PD FCR). K&E played a key role in consulting, coordinating, and negotiating with these various constituencies throughout the Chapter 11 Cases. K&E remained zealous advocates for the Debtors while still working with and building consensus with these constituencies where possible in order to advance the Debtors' restructuring efforts.

20.     Obtaining the approval of operations-related relief, interfacing with the various committees and other stakeholders, and managing the Debtors' day-to-day bankruptcy-related needs ensured the softest possible landing for the Debtors in chapter 11.  In what ultimately proved to be cases of nearly unprecedented length, a smooth entry and adjustment to life in chapter 11 was essential to a successful reorganization.  K&E continued its unceasing prepetition efforts into these earliest days of the Chapter 11 Cases to set an appropriate course for the Debtors.

**The Preliminary Injunction**

21.     K&E recognized prior to the Chapter 11 Cases that protecting the Debtors' estates and ensuring the Debtors the necessary breathing room to reorganize in chapter 11 also required limited protection for certain non-Debtor affiliates of the Debtors.  Without such protection for these entities, the Debtors may have suffered harm such as depletion of their insurance policies (which were significant estate assets), ongoing indemnification Claims, and the adverse effect of judgments against affiliates due to the possible operation of collateral estoppel on similar issues litigated in the Chapter 11 Cases.  Therefore, on the Petition Date, the Debtors filed the adversary proceeding entitled *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1-1000* (Adv. Pro. No. 01-771).  A temporary restraining order enjoining certain actions against non-debtor third parties, such as non-filing subsidiaries, was entered on April 2, 2001. *See* [Adv. Docket No. 6] (order granting temporary restraining order).  On May 3, 2001, the Court issued a preliminary injunction, *see* [Adv. Docket No. 32] (order granting preliminary injunction), and issued an order granting a modified preliminary injunction on January 22, 2002 (collectively, the "Preliminary Injunction").  *See* [Adv. Docket No. 87] (order granting modified Preliminary Injunction).

22.     In the years following the entry of the Preliminary Injunction, K&E vigorously fought off challenges to the scope of the Preliminary Injunction from parties such as Claimants

8

allegedly injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"), who sought to clarify or amend the Preliminary Injunction by obtaining an order stating that certain litigation by the Libby Claimants was not stayed. Defending the Preliminary Injunction, as well as seeking to broaden its scope by including, among others, certain of the Debtors' insurance carriers as well as BNSF, required K&E to litigate numerous complex matters in this Court, the District Court, and the Third Circuit. K&E's maintenance of the integrity of the original Preliminary Injunction and enlargement of its scope to include additional parties when necessary helped ensure that various parties' attempts to circumvent the Preliminary Injunction would not imperil the Debtors' restructuring efforts.

**The Fraudulent Conveyance Action**

23.    On March 18, 2002, the Official Committees of Asbestos Property Damage and Asbestos Personal Injury Claimants filed adversary complaints in the Chapter 11 Cases against Sealed Air Corporation ("Sealed Air"), Fresenius Medical Care Holdings, Inc. ("Fresenius"), and Cryovac, Inc. ("Cryovac"), former affiliates of the Debtors, asserting various fraudulent transfer Claims based on a sale of assets by the Debtors to Sealed Air and Fresenius in 1996 and 1998 (Adv. Pro. Nos. 02-2210 and 02-2211, collectively, the "Fraudulent Conveyance Action").[6] K&E played an active role in analyzing the effects of the Fraudulent Conveyance Action on the Debtors' efforts to reorganize. On the eve of trial, the parties to the Fraudulent Conveyance Action executed settlements negotiated with K&E's assistance, leading to additional funding from these former affiliates to help resolve the Debtors' asbestos liabilities. *See* [Adv. Docket No. 522] and [Docket No. 8742] (orders approving separate settlements that collectively resolved the Fraudulent Conveyance Action). The Fraudulent Conveyance Action was ultimately dismissed without prejudice. *See* [Adv. Docket No. 754] (order dismissing the case without prejudice).

---

[6]    Pursuant to the *Order re: Fraudulent Conveyance Proceedings* [Docket No. 1789], the committees were authorized by the Court to bring the Fraudulent Conveyance Action.

KE 30607454

24.     Sealed Air, Fresenius, and Cryovac remained key constituents in the Chapter 11 Cases, and K&E coordinated with these parties throughout the Chapter 11 Cases in order to maintain support for an eventual restructuring.  In fact, some issues regarding the Fraudulent Conveyance Action lingered until the very end of the Chapter 11 Cases.  Facing one of the last obstacles to the Debtors' emergence from chapter 11, K&E's litigation and restructuring teams engaged in repeated rounds of negotiation with relevant stakeholders to draft a stipulation and obtain entry of an order dismissing with prejudice the Fraudulent Conveyance Action, as well as other related litigation, in January and February 2014.  *See, e.g.,* [Adv. Docket No. 778] (order dismissing Adv. No. 02-2210 with prejudice).  The Fraudulent Conveyance Action highlights the extraordinary variety of parties and issues that needed to be resolved during the Chapter 11 Cases, adding layers of complexity to the Debtors' cases and requiring persistent efforts by K&E over the course of years to transform multiple competing constituencies and objectives into a successful and equitable reorganization.

**Montana Criminal Litigation**

25.     Large chapter 11 cases inevitably require debtors to have access to professionals with a mastery of areas of the law beyond the Bankruptcy Code.  For example, in these Chapter 11 Cases, protecting the Debtors' estates also required K&E to represent the Debtors during a high-stakes criminal case that threatened to permanently derail the Debtors' restructuring progress.  On February 7, 2005, the U.S. Department of Justice announced an indictment against certain of the Debtors and several former employees relating to the Debtors' former mining and processing activities in Libby, Montana.  *See U.S. v. W. R. Grace*, Case No. CR-05-07-M-DWM (D. Mont).  The indictment accused the defendants of:  (a) conspiracy to violate the Clean Air Act and defraud the United States; (b) violations of the federal Clean Air Act; and (c) obstruction of justice.

KE 30607454

26.    With the defendant Debtors facing fines as high as twice the after-tax profit earned from their Libby operations or twice the alleged loss suffered by victims (plus additional amounts for restitution to victims), K&E represented the Debtors' interests in the United States District Court for the District of Montana.    The Debtors also litigated, albeit unsuccessfully, certain evidentiary issues in the United States Court of Appeals for the Ninth Circuit. *See* 9th Cir. Case No. 06-30524.  K&E devoted substantial amounts of time and effort to this defense of the defendant Debtors as well as the defendant Debtors' related petition for a writ of *certiorari* to the United States Supreme Court.  As a result of K&E's tireless efforts, after a full trial on the merits the defendant Debtors and the executives were acquitted on all charges, thus preserving tremendous value for the Debtors' estates and keeping the Debtors on track for a successful restructuring. *See* [Docket No. 1190] (jury verdict finding the defendant Debtors not guilty on all counts).

**Other Litigation**

27.    K&E's restructuring and litigation teams also assisted in the resolution of numerous other matters during the Chapter 11 Cases.  A fully-inclusive list of every proceeding or Claim against the Debtors during the nearly thirteen year Chapter 11 Cases would be far too voluminous to include in a narrative summary.[7]  A representative sample of issues in which K&E's assistance was critical to the Debtors includes:

(a)    enjoining National Union Fire Insurance Company ("National Union"), the issuer of surety bonds to the Debtors, from making payments under those bonds in connection with two settlement protocols relating to certain asbestos personal injury litigation (*see* Adv. Pro. No. 02-01657);

(b)    nine extensions of the Debtors' exclusive right to file a chapter 11 plan;

(c)    numerous motions from parties attempting to lift the Debtors' automatic stay;

---

[7]    In additional to general litigation matters handled throughout the Chapter 11 Cases, the docket lists twelve distinct adversary proceedings.

(d)     litigation concerning a motion by creditors for recusal of Judge Alfred Wolin from participation in the Chapter 11 Cases and a related writ of mandamus from the Third Circuit (*see* [Docket No. 5600] (writ of mandamus ordering Judge Wolin to recuse himself));

(e)     an adversary proceeding brought by Scotts, a former vermiculite customer of the Debtors, seeking declaratory relief with respect to its alleged entitlements under the Debtors' liability insurance policies (*see* Adv. Pro. No. 04-55083); and

(f)     resolution, often in coordination with separate environmental counsel to the Debtors, of numerous environmental Claims across the country.

In addition to handling many different instances of litigation as described above, K&E also handled numerous appeals of the litigation, often in cases reaching various Courts of Appeal.

**Asbestos PI Claims**

28.     From the Petition Date through 2008, K&E professionals dedicated extensive time and resources toward estimating the Debtors' Asbestos PI liabilities.  K&E's efforts involved developing and seeking approval of case management procedures for Asbestos PI Claims as well as significant supplemental briefing on related issues.  These case management procedures were without precedent at the time they were proposed and approved in these Chapter 11 Cases.  As part of a case management order entered in 2005, *see* [Docket No. 9301] (case management order for Asbestos PI Claims), the Court ordered that all Claimants with Asbestos PI Claims pending as of the Petition Date (other than settled but unpaid Claims) complete detailed questionnaires providing information on, among other things, their medical condition, exposure to the Debtors' products, employment history, and pending lawsuits against other companies.  The review of the approximately 103,000 questionnaires returned before and after the applicable deadline helped the Debtors determine that a substantial percentage contained insufficient or incomplete responses.  K&E's efforts led to subsequent clarifications by the Court regarding the information required of Claimants, resulting in approximately 35,000 supplemental

12

responses. This process played a crucial role in providing a more accurate picture of the Debtors' liabilities related to Asbestos PI Claims than was portrayed by counsel for asbestos Claimants at the outset of the Chapter 11 Cases.

29. The estimation process for which K&E had advocated in both this Court and the District Court culminated with a trial over Asbestos PI Claims in 2008. However, thanks in large part to K&E's ongoing negotiations with the various constituencies, during the trial a settlement was reached with the Asbestos PI Committee, the Asbestos PI FCR, and the Equity Committee establishing the value of the Asbestos PI Claims and a process for resolving those claims through use of a § 524(g) trust and channeling injunction. *See* W. R. Grace & Co. Current Report (Form 8-K) (April 7, 2008) (term sheet describing the agreement). K&E's ability to bring all constituencies to the table after a highly acrimonious dispute was essential to a settlement that finally brought certainty regarding the amount of these liabilities and provided an orderly process for their resolution after years of K&E's advocacy for a realistic assessment of the value of Asbestos PI Claims.

**Asbestos PD Claims, Non-Asbestos Claims, and Asbestos Medical Monitoring Claims**

30. With K&E's assistance, the Debtors obtained an order establishing March 31, 2003 (the "Bar Date") as the last date for filing proofs of Claim for prepetition Claims relating to: (a) Asbestos PD Claims (excluding U.S. ZAI PD Claims); (b) non-Asbestos Claims; and (c) Asbestos Medical Monitoring Claims. *See* [Docket No. 1963] (order establishing the Bar Date and approving forms and a notice program). As a result of the Bar Date, Claimants filed approximately 14,900 proofs of Claim. Analysis of Claims filed before the Bar Date indicated that many Claims were duplicates, represented the same Claim filed against more than one of the Debtors, or provided insufficient (or no) supporting documentation.

31. This analysis was invaluable in weeding out non-meritorious Claims and helping the Debtors avoid unnecessary litigation over many Asbestos PD Claims. In 2005, K&E assisted

13

the Debtors in filing massive omnibus non-substantive and substantive objections, resulting in the expunging of the overwhelming majority of Asbestos PD Claims.  Over the course of the next several years, K&E and the Debtors worked diligently to obtain disallowance or settlement of Asbestos PD Claims across the U.S. and in Canada.  These efforts required K&E to litigate in numerous fora.  An appeal of the disallowance and expungement of 44 Claims filed by the Speights & Runyan firm eventually reached the Third Circuit, which affirmed the disallowance. *See In re W. R. Grace*, Case No. 08-1044 (3d Cir. March 11, 2009).  K&E also litigated (again, up to the Third Circuit) against the certification of a class of Asbestos PD Claimants.  *See, e.g.* [Docket No. 18821] (memorandum opinion of the Court and order denying with prejudice the motion for class certification).  While the majority of Asbestos PD Claims have been resolved thanks in large part to K&E's persistent efforts, K&E has also assisted the Debtors in drafting and executing procedures to efficiently resolve remaining Asbestos PD Claims.

32.    With respect to certain non-Asbestos Claims filed before the Bar Date, K&E helped the Debtors devise an alternative dispute resolution program (the "ADR Program") to liquidate these Claims.  After the ADR Program was approved by the Court, *see* [Docket No. 6853] (order establishing the ADR Program), the Debtors utilized it successfully to settle various Claims, including some which the relevant parties had been litigating for several years prior to the commencement of the Chapter 11 Cases.  K&E's approach to the Debtors' liabilities—litigate when necessary but reach equitable compromises when available—saved the Debtors substantial time, energy and expense as opposed to conducting interminable litigation with uncertain probabilities of success.

**ZAI Claims**

33.    As noted above, the Debtors faced various potential class actions based on ZAI prior to the Petition Date.  K&E helped the Debtors defend against similar actions during the Chapter 11 Cases, including an attempt to file a class proof of Claim for a statewide class from

14

Washington State. *See* [Docket No. 18323] (motion to allow Washington class Proof of Claim). K&E coordinated with Reed Smith LLP on the critical analysis and determination of whether ZAI creates an unreasonable risk of harm. In October, 2004, the Court held a hearing (the "ZAI Science Trial") and ultimately ruled that although ZAI is contaminated with asbestos and can release asbestos fibers, there is no unreasonable risk of harm from ZAI. *See* [Docket No. 14014] (memorandum opinion finding no unreasonable risk of harm from ZAI). In addition, K&E helped the Debtors obtain an order establishing an October 31, 2008 bar date for ZAI Claimants who wished to pursue claims based on a property damage theory of recovery. *See* [Docket No. 18934] (order establishing bar date for ZAI Claimants and approving forms and notices).

34.    Ultimately, after extensive negotiations, K&E assisted the Debtors in entering into a term sheet with the Equity Committee, the US ZAI Claimants' counsel, and the counsel for the Asbestos PD FCR for the resolution of US ZAI PD Claims through a creative class action settlement. *See* [Docket No. 21174] (order approving the settlement). This settlement helped bring a measure of certainty surrounding an issue that had threatened the Debtors' business operations for years and lingered even after the success of the ZAI Science Trial, and was a significant step toward reaching a confirmable plan of reorganization.

**Asset Purchases**

35.    The Debtors' businesses improved markedly as the Chapter 11 Cases progressed, and one result of this improvement was that the Debtors were able to further enhance their business operations by making certain strategic asset acquisitions and dispositions. During the course of the Chapter 11 Cases, the Debtors purchased (and disposed of) certain assets as their business needs dictated. K&E professionals were involved in negotiating and analyzing the efficacy of many of these transactions, and obtaining the Court's approval to bid for various targets and consummate those transactions.

15

**Tax Related Matters**

36.     K&E professionals, including the firm's tax specialists, were extensively involved in efforts to monitor the Debtors' tax situation to ensure that it did not hinder their operations or impede their restructuring efforts.  For example, in order to limit the trading of its shares and prevent a change in control of the Debtors' parent company (which would have negatively impacted the Debtors from a tax perspective), K&E assisted the Debtors in obtaining approval of a motion for an order requiring notice and waiting periods on transfers of the parent's Common Stock.  *See* [Docket No. 7611] (order limiting equity transfers and approving notice procedures).

37.     Additionally, K&E and the Debtors designed a Court-approved plan intended to: (a) establish a more tax-efficient global capital structure; (b) reduce foreign cash taxes; and (c) preserve the Debtors' anticipated U.S. federal consolidated net operating losses.  *See* [Docket No. 17216] (order authorizing the plan described above).  Similarly, K&E negotiated and obtained Court approval of several settlements to resolve complicated tax issues in the Chapter 11 Cases.  These instances are just a few of many in which K&E's wide-ranging expertise across a number of legal specialties aided the Debtor's restructuring efforts.

38.     On November 9, 2012, the Debtors filed a motion to approve a Qualified Settlement Fund ("QSF").  *See* [Docket No. 29878] (motion to approve a QSF).  By establishing a Court-approved QSF before the end of 2012, the Debtors were able to receive a tax deduction in 2012.  K&E coordinated with the Debtors and the Debtors' other various professionals to ensure that this and other value-preserving actions were approved by the Court and properly implemented.

**The Canadian Case**

39.     Although the Debtors' Canadian operating subsidiary Grace Canada, Inc. ("Grace Canada") was not a Debtor in the Chapter 11 Cases, the Debtors believed that Grace Canada could potentially become subject to Asbestos-Related Claims.  Accordingly, the Debtors sought

16

and obtained ancillary relief in Canada. While the Debtors retained separate Canadian counsel to represent them in the Canadian case, a successful restructuring required seamless coordination between K&E and Canadian counsel, to, among other things, ensure recognition of the Court's orders in the Canadian case and to successfully resolve the Debtors' foreign liabilities. K&E provided key advice in negotiating the CDN ZAI Minutes of Settlement to settle all of the Canadian ZAI PD Claims, and subsequently to implement the settlement into the Plan.

**Plans of Reorganization**

40.     Between 2004 and the entry of the Confirmation Order (as described below), K&E assisted the Debtors in formulating and filing various joint plans of reorganization. In each instance, K&E took the lead in drafting the plans as well as the voluminous accompanying documentation, such as disclosure statements. Every step of the way, K&E not only made sure that the plans and related materials were properly documented and supported the Debtors' interests, but also took responsibility for garnering support from interested parties in order to develop a confirmable plan. These continual efforts ultimately led to the development and confirmation of the Plan.

41.     Throughout the Chapter 11 Cases, K&E and the Debtors engaged in repeated, often daily, rounds of negotiations and mediations with relevant constituencies to arrive at a fair valuation of Asbestos PI Claims, without which a reorganization was likely infeasible. Insisting on an accurate and reasonable valuation, K&E and the Debtors pushed the issue to the brink by not settling prior to the estimation trial. This tactic eventually secured a successful settlement during that trial, and by fixing the amount of the Debtors' liabilities related to Asbestos PI Claims at a level which the Debtors could fund, the settlement paved the way for a confirmable Plan. Relatedly, the settlement of the Fraudulent Conveyance Action described above provided the additional funds necessary to fund obligations related to Asbestos PI Claims.

17

42.    Once K&E assisted the Debtors in reaching the monumental settlement of their liabilities for Asbestos PI Claims, K&E's efforts turned toward drafting a disclosure statement and plan incorporating that settlement and other agreements reached with various constituencies subsequent to the Petition Date.    K&E also worked closely with the Debtors and other stakeholders to amend the draft Plan to address certain objections.    K&E obtained bankruptcy approval of the disclosure statement and related solicitation materials, see [Docket No. 20944] (order approving the disclosure statement and related solicitation materials), and the confirmation hearing on the Plan commenced in June 2009 and continued through October 2009, with closing arguments commencing on January 4, 2010 and concluding on January 25, 2010.

43.    Approaching the confirmation hearing required K&E's constant attention to ensure that the culmination of the Debtors' years of litigation and settlement did not stall at this critical juncture in the face of the forty-three objections to the Plan that had been filed by thirty-nine parties.    Given the complexity of the Plan, the critical nature of the proceedings, and the myriad objections to the Plan, the confirmation hearing was an enormous undertaking spanning over sixteen days and including twenty live witnesses, nearly 2,000 pages of pleadings from the Plan Proponents and objecting parties, and 25,000 pages of exhibits.

44.    The Court confirmed the Plan on January 31, 2011 and issued a Clarifying Order on February 15, 2011 recommending that the District Court issue and affirm the confirmation order ([Docket Nos. 26154 and 26289], collectively, the "Confirmation Order") (orders confirming the Plan).

45.    The Plan itself was a testament to K&E's work on behalf of the Debtors.    The Plan seamlessly incorporated the numerous intricate agreements that K&E and the Debtors had negotiated with various parties since the Petition Date, reflecting effective management of a years-long, multi-pronged litigation and negotiation effort.    Equity retained its interests under the Plan, and creditors were paid in full on the Allowed amount of their Claims.    The Plan also

18

makes effective use of the 11 U.S.C. § 524(g) trust mechanism to ensure that the Debtors' efforts postpetition can shift to managing their business operations rather than diverting resources and attention to endless Asbestos-Related Claims resolution issues.

46.    The approximate amount of funding of the asbestos trusts–$4 billion–is far less than what Claimants alleged their Asbestos Claims were worth prepetition, demonstrating that K&E's litigation strategy and negotiation victories saved an enormous amount of value for other stakeholders by reaching a fairer and more realistic valuation of Asbestos-Related Claims. When the Debtors' particularly dire prepetition outlook is taken into consideration, the Plan was a resounding success. However, despite the significant victory of Plan confirmation in 2011, K&E's work on confirmation issues was truly still in its early stages.

47.    In the wake of the Confirmation Order, K&E immediately turned its attention and resources toward resolution of various appeals of the Confirmation Order by parties such as Maryland Casualty Company, BNSF, GEICO Insurance, Republic Insurance, Her Majesty the Queen in Right of Canada ("The Crown"), the state of Montana ("Montana"), Anderson Memorial Hospital ("AMH"), the Libby Claimants, AXA Belgium, Holders of Claims under the Debtors' Pre-petition Credit Facilities (the "Bank Lender Group"), and Garlock Sealing Technologies ("Garlock"). On January 30, 2012, K&E won a major victory for the Debtors when the District Court entered an order overruling all objections and confirming the Plan in its entirety. *See* Case No. 11-199 (lead case) [Docket Nos. 165 and 166] (memorandum opinion and order overruling objections and confirming the Plan).

48.    Among the most persistent in challenging various aspects of the Debtors' restructuring were the Libby Claimants and BNSF. On April 20, 2012, the Debtors filed a motion for approval of settlements with those parties as part of a comprehensive, global resolution among the Debtors, the Libby Claimants, BNSF, and certain insurers, which K&E was integral in structuring and negotiating. *See* [Docket No. 28799] (motion to approve the

settlement). As part of these Court-approved settlements, the Libby Claimants and BNSF withdrew their District Court appeals of the Confirmation Order, and certain insurers agreed not pursue any further confirmation appeals.

49.    The efforts expended by K&E to uphold the Plan in the District Court were just as crucial to the success of the Debtors' reorganization as the significant years-long efforts that had led to a confirmable plan in the first instance. K&E would be called upon repeatedly to work with the Debtors and the Plan Proponents to defend the Plan in the District Court, facing various motions for reargument and to amend and clarify the District Court's order. These efforts involved three days of arguments, approximately 2,000 pages of briefing plus several thousand pages of supporting material, as well as 460 pages of oral argument transcripts. On June 11, 2012, the District Court entered orders which granted the motions of certain parties to clarify or amend its opinion yet, once more, denied or overruled all objections and confirmed the Plan in its entirety. *See* U.S. District Court for the District of Delaware, Case No. 11-199 (lead case) [Docket Nos. 215 and 217] (memorandum opinion and order overruling objections and confirming the Plan).

50.    Numerous parties took various appeals of the Plan to the Third Circuit. To defend the Plan and allow the Debtors to finally emerge from chapter 11, K&E expended significant efforts in briefing and arguing these appeals. This preparation required flawless coordination between K&E's restructuring and litigation professionals to analyze the various bankruptcy questions at issue and formulate an appropriate litigation strategy for defending the Debtors' position on these issues. Following nearly 400 pages of briefing by the Debtors and oral arguments on June 17, 2013, the Third Circuit dismissed the appeal of Garlock on July 24, 2013 and the appeals of Montana, The Crown, and AMH on September 4, 2013.

51.    The dismissal of the above-parties' Third Circuit appeals left only one major confirmation-related issue standing between the Debtors and their emergence from bankruptcy:

the appeal by the Bank Lender Group regarding the appropriate rate of postpetition interest on their Claims.  As the parties awaited an order from the Third Circuit concerning the Bank Lenders' appeal, K&E continued to negotiate with the Bank Lender Group and developed contingency plans that would allow the Effective Date of the Plan to occur in early 2014 even if there were no resolution of the Bank Lender Group appeal by that time, while ensuring that such planning did not prejudice the Debtors' litigation position.

52.     In the last few days of 2013, these negotiations gained significant traction, and the Debtors entered into a settlement with the Bank Lender Group on December 23, 2013.  The Court approved a motion drafted by K&E to approve the settlement on January 17th, 2014, *see* [Docket No. 31604] (order approving the settlement), and on February 3, 2014 the Third Circuit issued an order granting the stipulated dismissal of the Bank Lender Group's appeal.

**Preparation for the Effective Date**

53.     Not all of K&E's efforts on behalf of the Debtors following confirmation of the Plan were focused on defending that confirmation, as a substantial amount of work was necessary in order to preserve value for the Debtors by ensuring a successful implementation of the Plan.  For example, on October 30, 2012, the Debtors filed a motion requesting that the Court approve the Plan Proponents' entry into an agreement to settle in cash the warrant called for by the Plan (rather than physically delivering the warrant on the Effective Date), and the Court granted this motion allowing the Debtors to retain a significant amount of value, through, for example, reduced transaction and compliance costs.  *See* [Docket No. 30025] (order approving the motion).

54.     A significant outstanding issue resolved in the days leading up to Debtors' emergence from chapter 11 was a settlement mutually waiving, releasing, and discharging certain Claims, obligations, and liabilities among the Debtors, Sealed Air, Cryovac, and certain related parties under the documents governing the transaction in which the Debtors' packaging

business merged with Sealed Air. After months of ongoing and sometimes daily negotiations in which K&E was heavily involved, an agreement was signed on February 3, 2014, effectively allowing the various parties to make a clean break from their mutual obligations, thus easing the Debtors' transition out of chapter 11.

55.    K&E also worked to achieve the satisfaction or waiver of the various conditions to the Plan's effectiveness. K&E spent a substantial amount of time coordinating with law firms across the country to ensure the timely dismissal of several actions involving Fresenius and Sealed Air, because such dismissals were necessary to satisfy the conditions to the Plan's effectiveness. These efforts included a substantial amount of contingency planning and strategizing by K&E to prepare for the possibility that the parties to these actions would be uncooperative. In addition, K&E quarterbacked the massive effort of garnering consensus with respect to certain edits to the myriad exhibits to the Plan and other Plan Documents. These edits, made necessary by the substantial passage of time between the filing of the Plan and the Effective Date, were cleared with the vast network of stakeholders in the Chapter 11 Cases after repeated rounds of close scrutiny and planning meetings. *See* [Docket No. 31657] (notice of filing of amended Plan Documents).

56.    These efforts were reflective of the type of effective management and planning necessary to ensure that the Debtors' exit from their lengthy Chapter 11 Cases was a smooth one. This planning required keeping a watchful eye on the big picture issues, such as the Debtors' ability to operate successfully post-Effective Date, while never turning attention away from the day-to-day logistical matters that could easily derail such a complicated effort.

57.    In order to fund its obligations under the Plan and have sufficient liquidity to operate post-Effective Date, the Debtors and their financial advisors decided to pursue a $1.5 billion Exit Financing facility. K&E's corporate and debt finance professionals devoted substantial time and effort to negotiating and drafting a credit agreement and the ancillary

documents necessary to close the facility. K&E's specialists, such as attorneys specializing in real estate and environmental law, also analyzed issues related to their practice areas in order to ensure a successful closing. K&E's restructuring professionals made sure that the Exit Financing facility's terms would not conflict with any relevant Plan provisions and helped obtain the necessary Court approvals. *See* [Docket No. 31648] (order authorizing the Debtors to enter into the exit financing letters and providing related relief). The result of K&E's wide-ranging efforts across practice groups was a highly-successful facility that closed on the Effective Date and allowed the Reorganized Debtors to begin their post-emergence life in solid financial shape.

58.     The Reorganized Debtors that exited chapter 11 were far stronger financially and operationally than the companies that entered bankruptcy nearly thirteen years prior. The Reorganized Debtors' stock price had climbed from a mere $1.52 per share to a robust $92.28 per share. The Reorganized Debtors had continued to grow in chapter 11 both organically and as a result of transactions that K&E helped consummate. The asbestos trusts and the channeling injunction ensured that asbestos liabilities, which had threatened to plague the company indefinitely, would be resolved in a way that allowed the Reorganized Debtors to concentrate on growth and operational improvement rather than claims resolution. K&E's efforts on behalf of the Reorganized Debtors resulted in a chapter 11 case that was an unqualified success, one in which unsecured claims were paid in full and equity retained its value.

### Summary of Services Performed

59.     As outlined above, K&E provided significant professional services to the Debtors in connection with the Chapter 11 Cases during the Final Fee Period. These services were often performed under severe time constraints and were necessary to address a multitude of critical issues both unique to the Chapter 11 Cases and those typically faced by large corporate debtors in similar cases of this magnitude and complexity.

KE 30607454

60.     K&E established, in accordance with the the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 (the "Guidelines") and its internal billing procedures, certain subject matters (each, a "Subject Matter") in connection with the Chapter 11 Cases.   To supplement the description above of K&E's contribution to the Chapter 11 Cases, below is a summary of the professional services rendered by K&E during the Final Fee Period, organized by key Subject Matters where K&E expended a significant number of hours on behalf of the Debtors.[8]   This summary is organized in accordance with K&E's internal system of matter numbers and includes all matter numbers for which K&E is requesting $2,000,000 or more in fees.  The summary also omits any Subject Matter to which K&E has not billed since October of 2009, regardless of the total amount billed.

A.      **Claims Analysis Objection and Resolution (Non-Asbestos) (Matter #19)**

|  |  |
| --- | --- |
| Total Fees: | $3,509,488.00 |
| Total Hours: | 7,998.90 |

61.     This Subject Matter involves time spent:  (a) drafting and seeking approval of motions regarding various procedural issues with respect to non-asbestos Claims, such as the Bar Date and the ADR Program; (b) evaluating alleged and potential non-asbestos Claims against the Debtors; (c) developing strategies concerning the resolution of such Claims; (d) responding to Claimholder issues and inquiries; (e) negotiating and resolving consensual resolutions to various non-asbestos Claims issues;  and  (f) working  closely  with  the  Debtors  and  their  other professionals to prepare for a streamlined and comprehensive Claims management and analysis process.

---

[8]    The summary provided in this section is not intended to be a detailed description of all work performed. Detailed descriptions of the services performed by K&E in each Subject Matter can be found in the time entries that were filed with each Monthly Fee Application.  Additionally, the computerized time records for the Final Fee Period were provided to this Court and the U.S. Trustee.

KE 30607454

**B.**    **Case Administration (Matter #20)**

Total Fees:          $4,000,123.50
Total Hours:         19,423.80

62.    This subject matter includes services rendered in connection with the orderly administration of the Chapter 11 Cases during their thirteen year stay in bankruptcy. K&E attorneys and paraprofessionals managed and coordinated the Chapter 11 Cases, updated files and records of proceedings from the Chapter 11 Cases, formulated and maintained a comprehensive list of critical dates surrounding the Chapter 11 Cases, and assisted the Debtors in fulfilling various duties as debtors and debtors in possession.

**C.**    **Claims Analysis Objection and Resolution (Asbestos) (Matter #21)**

Total Fees:          $43,540,828.00
Total Hours:         127,761.80

63.    This Subject Matter includes legal services similar to those in the Claims Analysis Objection and Resolution (Non-Asbestos) Subject Matter, but in this instance dealing with Asbestos and Asbestos-Related Claims. Simply put, there was no viable path out of chapter 11 for the Debtors without a full and final resolution of their asbestos liabilities. Given the unreasonable initial demands of asbestos Claimants, a substantial amount of effort was necessary in order to ensure that the valuation of the Debtors' asbestos-related liabilities was fair and equitable. The ability to eventually craft various settlements and a confirmed Plan that made use of the § 524(g) trust mechanism and the related channeling injunction allowed the Debtors to make a clean break with these liabilities. This successful resolution, while requiring a large amount of time in its own right to negotiate and design, would not have been possible without the significant efforts of K&E from the earliest stages of the case to, for instance, estimate the value of Asbestos Claims and create procedures for evaluating such Claims.

### D.     Litigation and Litigation Consulting (Matter #28)

| | |
|---|---|
| Total Fees: | $10,116,827.00 |
| Total Hours: | 23,239.20 |

64.     This Subject Matter includes legal services related to litigation matters that were not more appropriately included in a more specific Subject Matter (*e.g.* the Montana Grand Jury Investigation Subject Matter).  A key component of K&E's strategy for the Debtors to emerge successfully from chapter 11 was to aggressively litigate when necessary in order to preserve value for the estate and to fairly and equitably value the Debtors' various liabilities. Representative examples of litigation issues that are included in this Subject Matter are litigation related to Judge Wolin's recusal, litigation concerning various alleged environmental liabilities of the Debtors, and litigation to enjoin National Union from making payments on surety bonds it issued to the Debtors.

### E.     Hearings (Matter #30)

| | |
|---|---|
| Total Fees: | $5,188,264.50 |
| Total Hours: | 11,254.80 |

65.     This subject matter includes legal services K&E rendered in connection with preparing for and attending hearings.

### F.     Fee Applications, Applicant (Matter #32)

| | |
|---|---|
| Total Fees: | $2,480,204.00 |
| Total Hours: | 6,334.40 |

66.     This subject matter includes services performed in connection with K&E's preparation of its myriad Monthly and Interim Fee Applications and related affidavits in accordance with the procedures and standards of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Amended Interim Compensation Order.  These services also include addressing various issues with the Fee Auditor as necessary.

### G.   Plan and Disclosure Statement (Matter #37)

| | |
|---|---|
| Total Fees: | $36,639,720.50 |
| Total Hours: | 62,712.20 |

67.     This Subject Matter involves time spent:  (a) negotiating the terms of, drafting, and filing the Plan and disclosure statement and various related documents, such as the Plan Documents; (b) drafting a motion and to approve the solicitation process and the disclosure statement; (c) analyzing and researching issues regarding potential confirmation objections and numerous related issues with respect to treatment of creditors and parties in interest under the Plan; (d) coordinating with the Debtors' other professionals regarding matters pertaining to solicitation; (e) negotiating with parties in interest to resolve informal and formal objections and potential objections to the Plan; (f) responding to inquiries from numerous parties in interest regarding the disclosure statement, solicitation, and the Plan; (g) drafting the Plan confirmation brief setting forth the Debtors' case in chief in support of Plan confirmation and the declarations in support thereof, as well as the proposed order confirming the Plan and related notices; (h) developing a Plan confirmation strategy addressing a wide range of issues; (i) briefing, arguing, and litigating all of the various appeals to the Confirmation Order; and (j) successfully implementing the Plan by, for example, ensuring the consummation of the various agreements and transactions necessary for the Effective Date to occur and obtaining consensus on updates to the various Plan Documents.

### H.   Montana Grand Jury Investigation (Matter #57)

| | |
|---|---|
| Total Fees: | $36,014,945.50 |
| Total Hours: | 102,086.60 |

68.     This Subject Matter pertains to K&E's representation of the defendants in the Montana criminal litigation more fully described above.  Due to the potentially astronomical cost to the estate of a verdict not in the Debtors' favor, it was absolutely essential that K&E work tirelessly to represent the Debtors' best interests.  Given the enormous potential penalties, an adverse outcome in this litigation may have derailed any chance of a successful reorganization of the Debtors and represented an enormous loss of value for the Debtors' estates, necessarily

27

curtailing creditor recoveries to a great degree. Because of these high stakes, K&E needed to invest substantial time and effort toward this Subject Matter. The result of these efforts–the acquittal of the defendants on all counts–was a crucial turning point in the Chapter 11 Cases.

## Analysis of K&E's Services

69.    A close look at the services performed by K&E during the thirteen years that these Chapter 11 Cases were pending makes clear that K&E used the vast legal expertise of its diverse practice groups in an efficient and effective manner to achieve extraordinary results for the Debtors. K&E's billing efficiency is illustrated by its consistent efforts to maintain an appropriate ratio of partner to associate and of counsel fees during the Chapter 11 Cases. In particular, K&E utilized its restructuring associates, of counsel, and paraprofessionals (with on average lower billing rates) where appropriate to perform myriad day-to-day tasks to pass on a lower overall cost to the Debtors. Where necessary, K&E partners played more of an active, hands-on role to ensure that the Debtors would have immediate access to certain specialized expertise that only experienced K&E partners could deliver. This was particularly true in specialized practice areas outside of K&E's restructuring practice.

70.    Overall K&E attorneys and paraprofessionals billed a total of 398,835.00 hours in the Chapter 11 Cases. The hourly rate for each attorney and paraprofessional who performed services for the Debtors is set forth in the cover sheet to this Final Fee Application. K&E believes its hourly rates compare favorably to the average hourly rates of other law firms employed in these Chapter 11 Cases, and that K&E's overall compensation, as the lead professional firm, is commensurate with K&E's services and the exceptional results delivered to the Debtors. The blended rate for attorneys billing to the Chapter 11 Cases was $526.14, and the blended rate for both attorneys and paraprofessionals was $393.03.

71.    There is simply no roadmap for a successful chapter 11 of the size and length of the Chapter 11 Cases. Yet K&E proved to be the steady hand that helped guide the Debtors

through nearly thirteen years of litigation and negotiation, of successes and setbacks, of historic consensus on complicated and emotionally fraught issues and a seemingly endless procession of new challenges to the Debtors' path out of bankruptcy. The Fee Auditor has previously reviewed and approved the vast majority of fees and expenses requested in this Final Fee Application. The overall amount of professional fees in these cases is no doubt substantial. However, putting these numbers in their proper context–one of the largest and longest chapter 11 cases of all time–the overall amount of compensation requested by K&E is well within the range of reasonableness.

### K&E'S ACTUAL AND NECESSARY EXPENSES

72.      As set forth in **Exhibit D** attached hereto, K&E incurred a total of $44,676,058.42 in expenses on behalf of the Debtors during the Final Fee Period. These charges are intended to reimburse K&E's operating costs directly attributable to representing the Debtors, which are not incorporated into the K&E hourly billing rates. K&E charges external copying and computer research at the provider's cost without markup. Only clients who actually use services of the types set forth in **Exhibit D** of this Final Fee Application are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.

73.      The time constraints imposed by the circumstances of these Chapter 11 Cases required K&E attorneys and other employees to devote substantial time during the evenings and on weekends to perform services on behalf of the Debtors. These services were essential to meet deadlines, to respond to daily inquiries from various creditors and other parties in interest on a timely basis, and to satisfy the demands of the Debtors' business and ensure the orderly administration of their estates given the exigent circumstances of these Chapter 11 Cases. Consistent with firm policy and as further disclosed in the K&E retention application, K&E

29

attorneys and other K&E employees who worked late in the evenings or on weekends were reimbursed for their reasonable meal and transportation costs. K&E's regular practice is not to include components for those charges in overhead when establishing billing rates, but rather to charge its clients for these and all other out-of-pocket disbursements incurred during the regular course of the rendering of legal services.

74.     In addition, due to the location of the Debtors' business, co-counsel, creditors, and other parties in interest in relation to K&E's offices, frequent multi-party telephone conferences involving numerous parties were required. On many occasions, the exigencies and circumstances of the Chapter 11 Cases required overnight delivery of documents and other materials. The disbursements for such services are not included in K&E's overhead for the purpose of setting billing rates and K&E has made every effort to minimize its disbursements in these Chapter 11 Cases. The actual expenses incurred in providing professional services were necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors in these Chapter 11 Cases.

75.     Among other things, K&E makes sure that all overtime meals, travel meals, hotel rates, and airfares are reasonable and appropriate expenses for which to seek reimbursement. In accordance with the Local Bankruptcy Rules, K&E charged the Debtors $.10 per page for copying services and a maximum of $.75 per page for outgoing faxes.

### K&E'S CONTINUING DISINTERESTEDNESS

76.     As disclosed in the *Affidavit of James H.M. Sprayregen in Support of Application for Order Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) Authorizing the Employment and Retention of Kirkland & Ellis as Attorneys for the Debtors and Debtors in Possession, filed April 2, 2001* [Docket No. 11] (as amended by the thirty-four supplemental affidavits filed throughout the Chapter 11 Cases), K&E does not hold or represent any interest adverse to the Reorganized Debtors' estates, and has been a disinterested person throughout the Chapter 11

30

Cases as that term is defined in Section 101(14) of the Bankruptcy Code as modified by Section 1107(b) of the Bankruptcy Code.   In conjunction with the filing of this Final Fee Application, K&E has separately filed a final supplemental affidavit of disinterestedness.

### Representations

77.    K&E believes that the Final Fee Application complies with the requirements of Local Bankruptcy Rule 2016-2 and the Amended Interim Compensation Order.

78.    K&E performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor, or other person.

79.    During the Fee Period, K&E has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Chapter 11 Cases other than the interim compensation payments pursuant to the Amended Interim Compensation Order.

80.    Pursuant to Bankruptcy Rule 2016(b), K&E has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of K&E, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, K&E respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A,** providing that:  (a) for the Final Fee Period, an administrative allowance be made to K&E in the sum of (i) $155,582,791.10 as compensation for reasonable and necessary professional services rendered to the Debtors and (ii) $44,676,058.42 for reimbursement of actual and necessary costs and expenses incurred, for a total of $200,258,849.52; (b) the Reorganized Debtors be authorized and directed to pay to K&E the amount of such sums less any sums previously paid to K&E; and (c) this Court grant such other and further relief as it deems just and equitable.

Dated:      May 6, 2014

Wilmington, Delaware

Respectfully submitted,

Adam C. Paul
John Donley, P.C.
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Counsel for the Debtors and Reorganized Debtors

KE 30607454

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Reorganized Debtors. | ) |  |
|  | ) |  |

## VERIFICATION

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss. |
| COUNTY OF COOK | ) |

Adam C. Paul, after being duly sworn according to law, deposes and says:

1.     I am a partner with the applicant law firm Kirkland & Ellis LLP ("K&E") and have been admitted to the bar of the Supreme Court of Illinois since 2005 and the bar of the District of Columbia since 1999.

2.     I have personally performed many of the legal services rendered by K&E as counsel to the above-captioned Reorganized Debtors, and I am familiar with the other work performed on behalf of the Reorganized Debtors by the lawyers and paraprofessionals of K&E.

3.     I have reviewed the foregoing Final Fee Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

---

[1]     The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation. Pursuant to a final decree entered by the Court on March 19, 2014, see [Docket No. 31880], the cases of forty-five additional Reorganized Debtors were closed.

Moreover, I have reviewed the Local Bankruptcy Rules and submit that the Final Fee Application substantially complies with such rules.

_____
Adam C. Paul

SWORN AND SUBSCRIBED
before me this 6th day of May, 2014

_____
Notary Public
My Commission Expires:

"OFFICIAL SEAL"
Crystal M. Marsh-Sydnor
Notary Public, State of Illinois
My Commission Expires July 28, 2014

2

KE 30607454