**Exhibit B**

**Summary of Quarterly Fee Applications Filed during the Final Fee Period**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 2, 2001 [Docket No. 775] | April - June 2001 | $1,753,799.50 | $155,393.83 | $4,565,461.00[3] | $321,555.72 |
| November 7, 2001 [Docket No. 1090] | July - September 2001 | $1,392,534.50 | $81,482.19 | | |
| February 7, 2002 [Docket No. 1644] | October – December 2001 | $1,423,332.50 | $84,679.70 | | |
| June 10, 2002 [Docket No. 2195] | January - March 2002 | $1,281,702.50 | $102,514.38 | $1,281,702.50[4] | $101,656.38 |
| September 3, 2002 [Docket No. 2636] | April - June 2002 | $989,110.00 | $67,169.24 | $981,666.50[5] | $67,169.24 |
| November 27, 2002 [Docket No. 3085] | July - September 2002 | $918,624.50 | $135,434.17 | $918,624.50[6] | $134,478.90 |
| March 4, 2003 [Docket No. 3460] | October - December 2002 | $459,440.50 | $18,595.84 | $459,440.50[7] | $18,467.74 |
| May 15, 2003 [Docket No. 3798] | January - March 2003 | $524,147.50 | $16,881.70 | $524,045.50[8] | $16,881.70 |
| August 27, 2003 [Docket No. 4347] | April - June, 2003 | $359,637.00 | $11,258.32 | $357,346.00[9] | $11,183.48 |
| November 18, 2003 [Docket No. 4713] | July - September 2003 | $533,606.00 | $20,062.56 | $533,606.00[10] | $20,062.56 |
| February 25, 2004 [Docket No. 5167] | October - December 2003 | $757,520.00 | $20,717.44 | $756,838.00[11] | $20,717.44 |

---

[3]  The fees and expenses requested in the April-June, 2001, July-September, 2001 and October-December, 2001, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002. [Docket No. 3091].

[4]  The fees and expenses requested in the January-March, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2002. [Docket No. 2797].

[5]  The fees and expenses requested in the April-June, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002. [Docket No. 3092].

[6]  The fees and expenses requested in the July-September, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 14, 2003. [Docket No. 3511].

[7]  The fees and expenses requested in the October-December, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 28, 2003. [Docket No. 4157].

[8]  The fees and expenses requested in the January-March, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 22, 2003. [Docket No. 4480].

[9]  The fees and expenses requested in the April-June, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 15, 2003. [Docket No. 4827].

[10]  The fees and expenses requested in the July-September, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 26, 2004. [Docket No. 5482].

[11]  The fees and expenses requested in the October-December, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2004. [Docket No. 5822].

KE 30607454

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 17, 2004 [Docket No. 5593] | January - March 2004 | $1,136,980.50 | $56,439.68 | $1,134,755.00[12] | $56,439.68 |
| October 6, 2004 [Docket No. 6551] | April - June 2004 | $924,700.00 | $35,634.14 | $918,960.50[13] | $35,557.55 |
| November 17, 2004 [Docket No. 6976] | July – September 2004 | $2,306,619.50 | $106,410.37 | $2,298,879.00[14] | $105,176.56 |
| February 14, 2005 [Docket No. 7777] | October – December 2004 | $2,286,400.00 | $112,633.42 | $2,279,008.50[15] | $110,200.64 |
| June 15, 2005 [Docket No. 8630] | January - March 2005 | $2,848,868.50 | $162,848.11 | $2,833,566.00[16] | $162,482.21 |
| August 8, 2005 [Docket No. 9149] | April - June 2005 | $2,895,797.50 | $143,582.75 | $2,894,660.00[17] | $143,530.87 |
| October 28, 2005 [Docket No. 10929] | July - September 2005 | $4,663,156.50 | $379,003.22 | $4,655,239.50[18] | $378,588.48 |
| February 14, 2006 [Docket No. 11784] | October - December 2005 | $4,984,415.00 | $456,005.52 | $4,978,349.00[19] | $453,367.08 |
| May 15, 2006 [Docket No. 12423] | January - March 2006 | $4,952,085.50 | $1,256,676.49 | $4,942,401.50[20] | $1,256,429.49 |
| August 14, 2006 [Docket No. 12969] | April - June 2006 | $5,096,175.75 | $1,333,149.79 | $5,096,175.50[21] | $1,331,919.73 |
| November 14, 2006 [Docket No. 13674] | July - September 2006 | $5,992,881.00 | $987,943.71 | $5,984,268.75[22] | $986,255.71 |

---

[12]  The fees and expenses requested in the January-March, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 27, 2004.  [Docket No. 6465].

[13]  The fees and expenses requested in the April-June, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on January 25, 2005.  [Docket No. 7622].

[14]  The fees and expenses requested in the July-September, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 22, 2005.  [Docket No. 8081].

[15]  The fees and expenses requested in the October-December, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 29, 2005.  [Docket No. 8728].

[16]  The fees and expenses requested in the January-March, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 26, 2005.  [Docket No. 9513].

[17]  The fees and expenses requested in the April-June, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 19, 2005.  [Docket No. 11402].

[18]  The fees and expenses requested in the July-September, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 24, 2006.  [Docket No. 12121].

[19]  The fees and expenses requested in the October-December, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2006.  [Docket No. 12660].

[20]  The fees and expenses requested in the January-March, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 25, 2006.  [Docket No. 13298].

[21]  The fees and expenses requested in the April-June, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 18, 2006.  [Docket No. 14069].

[22]  The fees and expenses requested in the July-September, 2006, interim monthly Applications were approved on an interim basis pursuant to the amended order entered by this Court on May 3, 2007.  [Docket No. 15494].

KE 30607454

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| February 14, 2007 [Docket No. 14567] | October - December 2006 | $5,156,698.00 | $2,730,927.75 | $5,155,238.00[23] | $2,730,927.75 |
| May 15, 2007 [Docket No. 15668] | January - March 2007 | $5,552,359.00 | $1,913,453.63 | $5,547,606.50[24] | $1,913,453.63 |
| August 14, 2007 [Docket No. 16563] | April - June 2007 | $5,806,017.50 | $5,289,061.49 | $5,801,255.00[25] | $5,289,061.49 |
| November 14, 2007 [Docket No. 17370] | July - September 2007 | $6,025,266.00 | $6,648,308.35 | $6,009,675.50[26] | $6,648,308.35 |
| February 14, 2008 [Docket No. 18049] | October - December 2007 | $7,183,739.50 | $4,071,771.01 | $7,179,358.50[27] | $4,071,035.37 |
| May 15, 2008 [Docket No. 18725] | January - March 2008 | $7,263,172.00 | $4,742,857.17 | $7,258,924.50[28] | $4,740,246.26 |
| August 14, 2008 [Docket No. 19317] | April - June 2008 | $5,838,105.50 | $2,737,629.13 | $5,837,573.00[29] | $2,735,591.33 |
| November 14, 2008 [Docket No. 20039] | July - September 2008 | $6,748,525.00 | $636,917.13 | $6,746,495.50[30] | $633,229.34 |
| February 16, 2009 [Docket No. 20731] | October - December 2008 | $7,741,360.50 | $1,290,505.69 | $7,724,905.50[31] | $1,289,347.54 |
| May 15, 2009 [Docket No. 21725] | January - March 2009 | $11,105,186.50 | $2,965,262.20 | $10,198,760.20[32] | $2,964,767.50 |
| August 28, 2009 [Docket No. 23030] | April - June 2009 | $6,993,800.50 | $2,316,977.21 | $6,594,833.00[33] | $2,315,190.63 |

---

[23]  The fees and expenses requested in the October-December, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 20, 2007.  [Docket No. 16105].

[24]  The fees and expenses requested in the January-March, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 25, 2007.  [Docket No. 16916].

[25]  The fees and expenses requested in the April-June, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 13, 2007.  [Docket No. 17629].

[26]  The fees and expenses requested in the July-September, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 12, 2008.  [Docket No. 18270].

[27]  The fees and expenses requested in the October-December, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 23, 2008.  [Docket No. 18989]

[28]  The fees and expenses requested in the January-March, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 1, 2008.  [Docket No. 19663].

[29]  The fees and expenses requested in the April-June, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 17, 2008.  [Docket No. 20283].

[30]  The fees and expenses requested in the July-September, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 1, 2009.  [Docket No. 21173].

[31]  The fees and expenses requested in the October-December, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 7, 2009.  [Docket No. 22354].

[32]  The fees and expenses requested in the January-March, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 28, 2009.  [Docket No. 23352].

[33]  The fees and expenses requested in the April-June, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 11, 2009.  [Docket No. 23996].

KE 30607454

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| December 9, 2009 [Docket No. 23980] | July - September 2009 | $6,408,883.65 | $1,166,546.10 | $6,407,674.15[34] | $1,166,546.10 |
| February 23, 2010 [Docket No. 24327] | October - December 2009 | $3,387,893.00 | $966,793.14 | $3,387,163.00[35] | $959,355.64 |
| June 23, 2010 [Docket No. 24972] | January - March 2010 | $1,503,227.50 | $229,950.28 | $1,503,227.50[36] | $228,637.78 |
| September 30, 2010 [Docket No. 25538] | April - June 2010 | $980,039.50 | $401,280.99 | $980,039.50[37] | $401,280.99 |
| December 2, 2010 [Docket No. 25852] | July - September 2010 | $562,760.50 | $23,282.73 | $562,760.50[38] | $17,430.32 |
| March 21, 2011 [Docket No. 26604] | October - December 2010 | $768,334.50 | $21,608.29 | $768,334.50[39] | $16,425.12 |
| May 16, 2011 [Docket No. 26936] | January - March 2011 | $1,419,734.00 | $40,150.39 | $1,418,667.00[40] | $39,971.39 |
| September 13, 2011 [Docket No. 27613] | April - June 2011 | $2,165,605.50 | $78,788.68 | $2,162,103.00[41] | $78,639.68 |
| November 23, 2011 [Docket No. 28027] | July - September 2011 | $847,526.50 | $32,343.05 | $847,526.50[42] | $32,343.05 |
| February 15, 2012 [Docket No. 28538] | October - December 2011 | $483,607.50 | $11,495.65 | $483,607.50[43] | $11,495.65 |
| May 24, 2012 [Docket No. 28971] | January – March 2012 | $1,238,051.50 | $15,500.45 | $1,238,051.50[44] | $15,500.45 |

---

[34]  The fees and expenses requested in the July-September, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 19, 2010.  [Docket No. 24470].

[35]  The fees and expenses requested in the October-December, 2009, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 7, 2010.  [Docket No. 24917].

[36]  The fees and expenses requested in the January-March, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 13, 2010.  [Docket No. 25397].

[37]  The fees and expenses requested in the April-June, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 10, 2010.  [Docket No. 25905].

[38]  The fees and expenses requested in the July-September, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 25, 2011.  [Docket No. 26627].

[39]  The fees and expenses requested in the October-December, 2010, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 30, 2011.  [Docket No. 27188].

[40]  The fees and expenses requested in the January-March, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 20, 2011.  [Docket No. 27622].

[41]  The fees and expenses requested in the April-June, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 14, 2011.  [Docket No. 28150].

[42]  The fees and expenses requested in the July-September, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 23, 2012.  [Docket No. 28705].

[43]  The fees and expenses requested in the October-December, 2011, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 14, 2012.  [Docket No. 29054].

[44]  The fees and expenses requested in the January-March, 2012, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2012.  [Docket No. 29746].

KE 30607454

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 23, 2012 [Docket No. 29504] | April – June 2012 | $986,840.00 | $25,532.24 | $986,840.00[45] | $25,532.24 |
| December 11, 2012 [Docket No. 30038] | July - September 2012 | $1,416,777.00 | $26,961.99 | $1,416,777.00[46] | $26,961.99 |
| April 1, 2013 [Docket No. 30459] | October - December 2012 | $1,657,730.50 | $31,425.99 | $1,657,730.50[47] | $31,425.99 |
| June 19, 2013 [Docket No. 30759] | January - March 2013 | $1,587,846.00 | $59,992.66 | $1,587,846.00[48] | $59,992.66 |
| September 24, 2013 [Docket No. 31160] | April - June 2013 | $1,760,946.00 | $81,367.23 | $1,760,946.00[49] | $81,367.23 |
| January 7, 2014 [Docket No. 31578] | July - September 2013 | $690,235.00 | $8,924.51 | $690,235.00[50] | $8,924.51 |
| April 17, 2014 [Docket No. 32032] (the "Fifty-First Quarterly Application")[51] | October - December 2013 | $1,165,709.50 | $35,213.42 | Pending | Pending |

---

[45]   The fees and expenses requested in the April-June, 2012, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 11, 2012. [Docket No. 30036].

[46]   The fees and expenses requested in the July-September, 2012, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 27, 2013. [Docket No. 30440].

[47]   The fees and expenses requested in the October-December, 2013, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 31, 2013. [Docket No. 30907].

[48]   The fees and expenses requested in the January-March, 2013, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 24, 2013. [Docket No. 31158].

[49]   The fees and expenses requested in the April-June, 2013, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 17, 2013. [Docket No. 31482].

[50]   The fees and expenses requested in the July-September, 2013, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 31, 2013. [Docket No. 31963].

[51]   The hearing on the Fifty-First Quarterly Fee Application is scheduled for May 28, 2014.

9