## Exhibit C

## Final Reports Filed by the Fee Auditor during the Final Fee Period

| Final Report | Date Filed | Docket No. |
|---|---|---|
| Fee Auditor's Final Report Regarding Interim Application of Kirkland & Ellis LLP for the First, Second, Third Interim Fee Periods | 10/24/02 | 2866 |
| Fee Auditor's Final Report Regarding Fourth Interim Quarterly Application of Kirkland & Ellis LLP | 08/15/02 | 2544 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Fifth Interim Fee Period | 11/08/02 | 2953 |
| Amended Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Sixth Interim Fee Period | 02/05/03 | 3318 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Seventh Interim Fee Period | 04/15/03 | 3668 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Eighth Interim Fee Period | 07/17/03 | 4068 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Ninth Interim Fee Period | 10/21/03 | 4595 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Tenth Interim Fee Period | 03/04/04 | 5217 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Eleventh Interim Fee Period | 05/28/04 | 5659 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twelfth Interim Fee Period | 08/25/04 | 6258 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Thirteenth Interim Period | 11/18/04 | 6978 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Fourteenth Interim Period | 03/07/05 | 7976 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Fifteenth Interim Period | 06/06/05 | 8560 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Sixteenth Interim Period | 09/09/05 | 9376 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Seventeenth Interim Period | 11/18/05 | 11109 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Eighteenth Interim Period | 03/09/06 | 12017 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Nineteenth Interim Period | 05/25/06 | 12523 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twentieth Interim Period | 09/08/06 | 13177 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twenty-First Interim Period | 12/05/06 | 13927 |

KE 30607454

| Final Report | Date Filed | Docket No. |
|---|---|---|
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twenty-Second Interim Period | 03/08/07 | 14804 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twenty-Third Interim Period | 06/06/07 | 15973 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twenty-Fourth Interim Period | 08/31/07 | 16733 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twenty-Fifth Interim Period | 12/03/07 | 17529 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twenty-Sixth Interim Period | 02/26/08 | 18122 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twenty-Seventh Interim Period | 05/28/08 | 18798 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twenty-Eighth Interim Period | 08/29/08 | 19426 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twenty-Ninth Interim Period | 11/21/08 | 20115 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Thirteenth Interim Period | 03/09/09 | 20948 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Thirty-First Interim Period | 05/06/09 | 21550 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Thirty-Second Interim Period | 09/15/09 | 23239 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Thirty-Third Interim Period | 12/03/09 | 23926 |
| Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Thirty-Fourth Interim Period | 02/25/10 | 24361 |
| Fee Auditor's Final Report Regarding Thirty-Fifth Quarterly Fee Application of Kirkland & Ellis LLP for the Interim Period of October 1, 2009 Through December 31, 2009 | 05/10/10 | 24749 |
| Fee Auditor's Final Report Regarding Thirty-Sixth Quarterly Fee Application of Kirkland & Ellis LLP for the Interim Period of January 1, 2010 Through March 31, 2010 | 09/03/10 | 25333 |
| Fee Auditor's Final Report Regarding Thirty-Seventh Quarterly Fee Application of Kirkland & Ellis LLP for the Interim Period of April 1, 2010 Through June 30, 2010 | 11/18/10 | 25773 |
| Fee Auditor's Final Report Regarding Thirty-Eighth Quarterly Fee Application of Kirkland & Ellis LLP for the Interim Period of July 1, 2010 Through September 30, 2010 | 02/24/11 | 26408 |
| Fee Auditor's Final Report Regarding Thirty-Ninth Quarterly Fee Application of Kirkland & Ellis LLP for the Interim Period of October 1, 2010 Through December 31, 2010 | 05/03/11 | 26861 |
| Fee Auditor's Final Report Regarding Fortieth Quarterly Fee Application of Kirkland & Ellis LLP for the Interim Period of January 1, 2011 Through March 31, 2011 | 07/01/11 | 27208 |

KE 30607454

| Final Report | Date Filed | Docket No. |
|---|---|---|
| Fee Auditor's Final Report Regarding Forty-First Quarterly Fee Application of Kirkland & Ellis LLP for the Interim Period of April 1, 2011 Through June 30, 2011 | 09/29/11 | 27695 |
| Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Second Interim Period | 02/20/12 | 28548 |
| Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Third Interim Period | 05/09/12 | 28900 |
| Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fourth Interim Period | 08/13/12 | 29449 |
| Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fifth Interim Period | 11/19/12 | 29920 |
| Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Sixth Interim Period | 03/07/13 | 30382 |
| Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Seventh Interim Period | 07/17/13 | 30840 |
| Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Eighth Interim Period | 09/06/13 | 31080 |
| Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Ninth Interim Period | 11/26/13 | 31404 |
| Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fiftieth Interim Period | 03/11/14 | 31838 |

KE 30607454