## Exhibit D

## K&E's Expenses on Behalf of the Debtors During the Final Fee Period

| Service Description | Amount |
| --- | --- |
| 4" Binders | $256.00 |
| 5" Binders | $68.00 |
| Airfare | $1,651,992.37 |
| Appearance Fees | $12,533.00 |
| Bates Labels/Print & Affix | $27.95 |
| Bates Labels/Print/Endorse | $31.50 |
| Binding | $6,038.00 |
| Calendar/Court Services | $1,600.00 |
| Car Rental | $83,835.78 |
| Cash Credits | -$67,507.57 |
| Catering Expenses | $28,795.27 |
| CD-ROM Duplicates/Master | $21,764.00 |
| CD-ROM Master | $2,648.00 |
| Color Copies or Prints | $190,415.40 |
| Color Copies or Prints (11x17) | $67.50 |
| Color Transparencies | $159.00 |
| Computer Database Research | $1,310,625.66 |
| Court Reporter Fee/Deposition | $739,870.13 |
| Court Reporter Fee/Trial | $1,384.51 |
| Document Services Overtime | $22,648.98 |
| DVD Duplicates/Master | $2,241.00 |
| DVD Master | $10.00 |
| Electronic Data Storage | $42,344.39 |
| Exhibit Labels per Sheet | $939.85 |
| Expert Fees | $5,306,381.16 |
| Expert Meals | $39.44 |
| Fax Telephone Charge | $1,692.73 |
| Filing Fees | $14,450.70 |
| Foreign Local Counsel | $21,193.89 |
| Hard Drive Inventory | $470.54 |
| In-house Messenger Services | $8.00 |
| Inter-Library Loan | $67,306.29 |
| Investigators | $70,285.32 |

KE 30607454

| Service Description | Amount |
| --- | --- |
| Leased Equipment | $3,236.00 |
| Legal Files Storage/Retrieval | $4,683.90 |
| Local Transportation | $60,483.64 |
| Medical Consultant Fees | $81,908.22 |
| Miscellaneous Office Expenses | $131,428.58 |
| Other Court Costs and Fees | $395.50 |
| Other Travel Expenses | $63,153.25 |
| Other Trial Expenses | $413,713.55 |
| Outside Computer Services | $1,036,235.89 |
| Outside Copy/Binding Services | $2,404,564.86 |
| Outside Messenger Services | $66,708.22 |
| Outside Paralegal Assistance | $4,268.60 |
| Outside Printing Services | $3,607.68 |
| Outside Retrieval Service | $267,988.26 |
| Outside Video Services | $331,164.85 |
| Overnight Delivery | $423,097.44 |
| Oversize Copies or Prints | $278.10 |
| Overtime Meals - Attorney | $56,334.41 |
| Overtime Meals - Legal Assistant | $4,268.70 |
| Overtime Meals - Non-Attorney | $26,772.90 |
| Overtime Transportation | $138,904.57 |
| Postage | $2,384.15 |
| Process Server Fees | $14,422.48 |
| Production Blowbacks | $4,359.00 |
| Professional Fees | $24,431,280.49 |
| Professional Meals | $879.58 |
| Rental Expenses | $1,052,286.16 |
| RightFAX Charge | $21.00 |
| Scanned Images | $86,043.00 |
| Secretarial Overtime | $372,103.44 |
| Standard Copies or Prints | $1,251,170.89 |
| Tabs/Indexes/Dividers | $12,889.85 |
| Third Party Fax Charges | $27,667.87 |
| Third Party Telephone Charges | $209,229.91 |
| Transportation to/from airport | $232,927.29 |
| Travel Expense | $1,036,749.62 |

KE 30607454

| Service Description | Amount |
|---|---:|
| Travel Meals | $526,114.82 |
| Trial Exhibits | $28,576.50 |
| Trial Office Expenses | $174,031.23 |
| U.S. Local Counsel Fees | $55,585.61 |
| U.S. Local Counsel Meals | $935.56 |
| Witness Fees | $10,539.99 |
| Working Meals/K&E and Others | $122,284.99 |
| Working Meals/K&E Only | $10,781.24 |
| **Total** | **$44,721,078.58** |
| **Adjustments per Omnibus Fee Orders** | **($45,020.16)** |
| **Total Expenses Requested for the Final Fee Period** | **$44,676,058.42** |