## Exhibit E

### Summary of Monthly and Quarterly Fee Applications
### Filed in Adv. Pro. Nos. 02-2210 and 02-2211

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| August 8, 2002 [Docket No. 152] | 6/1 – 6/30/03 | $312,859.50 | $8,190.80 | Interim Approval | Interim Approval |
| October 2, 2002 [Docket No. 305] | 7/1 – 7/31/02 | $510,439.50 | $20,999.68 | Interim Approval | Interim Approval |
| October 3, 2002 [Docket No. 306] | 8/1 – 8/31/02 | $642,293.00 | $25,776.96 | Interim Approval | Interim Approval |
| October 30, 2002 [Docket No. 340] | 9/1 – 9/30/02 | $616,189.00 | $153,949.87 | Interim Approval | Interim Approval |
| November 27, 2002 [Docket No. 391] | June – September, 2002 | $2,081,781.00 | $208,917.31 | $2,081,781.00 | $208,917.31 |
| December 6, 2002 [Docket No. 400] | 10/1 – 10/31/02 | $169,288.50 | $56,363.97 | Interim Approval | Interim Approval |
| January 13, 2003 [Docket No. 420] | 11/1 – 11/30/02 | $137,002.00 | $25,796.30 | Interim Approval | Interim Approval |
| January 30, 2003 [Docket No. 426] | 12/1 – 12/31/02 | $25,927.50 | $6,270.27 | Interim Approval | Interim Approval |
| March 4, 2003 [Docket No. 450] | October – December, 2002 | $332,218.00 | $88,430.54 | $332,218.00 | $88,430.54 |
| March 4, 2003 [Docket No. 448] | 1/1 – 1/31/03 | $48,491.00 | $14,561.75 | Interim Approval | Interim Approval |
| April 2, 2003 [Docket No. 468] | 2/1 – 2/28/03 | $43,920.50 | $1,766.17 | Interim Approval | Interim Approval |
| April 29, 2003 [Docket No. 488] | 3/1 – 3/31/03 | $38,680.50 | $166.77 | Interim Approval | Interim Approval |
| May 15, 2003 [Docket No. 498] | January – March, 2003 | $131,092.00 | $16,494.69 | $131,092.00 | $16,494.69 |
| June 3, 2003 [Docket No. 509] | 4/1 – 4/30/03 | $8,340.00 | $2,293.06 | Interim Approval | Interim Approval |
| July 11, 2003 [Docket No. 530] | 5/1 – 5/31/03 | $27,139.50 | $1,632.51 | Interim Approval | Interim Approval |
| July 31, 2003 [Docket No. 535] | 6/1 – 6/30/03 | $18,806.00 | $12.08 | Interim Approval | Interim Approval |
| August 27, 2003 [Docket No. 555] | April – June, 2003 | $54,285.50 | $3,937.65 | $54,285.50 | $3,937.65 |
| September 5, 2003 [Docket No. 558] | 7/1 – 7/31/03 | $3,918.50 | $176.05 | Interim Approval | Interim Approval |
| October 3, 2003 [Docket No. 577] | 8/1 – 8/31/03 | $4,233.50 | $55.77 | Interim Approval | Interim Approval |

KE 30607454

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| November 6, 2003 [Docket No. 591] | 9/1 – 9/30/03 | $3,776.50 | $90.09 | Interim Approval | Interim Approval |
| November 26, 2003 [Docket No. 598] | 10/1 – 10/31/03 | $1,112.50 | $152.65 | Interim Approval | Interim Approval |
| December 29, 2003 [Docket No. 610] | 11/1 – 11/30/03 | $3,013.50 | $46.45 | Interim Approval | Interim Approval |
| February 2, 2004 [Docket No. 624] | 12/1 – 12/31/03 | $5,880.00 | $116.94 | Interim Approval | Interim Approval |
| March 5, 2004 [Docket No. 638] | 1/1 – 1/31/04 | $4,034.50 | $140.19 | Interim Approval | Interim Approval |
| April 2, 2004 [Docket No. 647] | 2/1 – 2/29/04 | $4,353.00 | $0.00 | Interim Approval | Interim Approval |
| May 3, 2004 [Docket No. 657] | 3/1 – 3/31/04 | $3,775.00 | $0.95 | Interim Approval | Interim Approval |
| July 29, 2004 [Docket No. 674] | 6/1 – 6/30/04 | $1,860.00 | $0.00 | Interim Approval | Interim Approval |
| November 4, 2010 [Docket No. 764] | July, 2003 – June, 2004 | $35,967.00 | $779.09 | $35,967.00 | $779.09 |

## Adv. Pro. Nos. 02-2210 and 02-2211
## Summary of Hours Billed by Attorneys and Paraprofessionals

| Attorney | Position with the Applicant and Year Admitted | | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|---|
| Janet S Baer | Of Counsel; Partner | 1982 | Restructuring | 50.00<br>164.90<br>4.10 | $580.00<br>$625.00<br>$655.00 | $29,000.00<br>$103,062.50<br>$2,685.50 |
| David M Bernick, P.C. | Partner | 1978 | Litigation | 290.50<br>13.90 | $665.00<br>$715.00 | $193,182.50<br>$9,938.50 |
| Samuel Blatnick | Associate | 2003 | Restructuring | 5.50 | $320.00 | $1,760.00 |
| Michelle H Browdy | Partner | 1991 | Litigation | 814.60<br>12.80 | $420.00<br>$445.00 | $342,132.00<br>$5,696.00 |
| David A Codevilla | Associate | 1996 | Environmental | 265.50 | $365.00 | $96,907.50 |
| Susan Engel | Associate | 2003 | Litigation | 36.40 | $295.00 | $10,738.00 |
| Lisa G Esayian | Partner | 1991 | Litigation | 241.00 | $430.00 | $103,630.00 |
| Kellye L Fabian | Associate | 2000 | Litigation | 16.70<br>39.50 | $265.00<br>$295.00 | $4,425.50<br>$11,652.50 |
| Theodore L Freedman | Partner | 1976 | Restructuring | 12.20 | $640.00 | $7,808.00 |
| Mark E Grummer | Partner | 1976 | Environmental | 559.40<br>1.40 | $420.00<br>$445.00 | $234,948.00<br>$623.00 |
| Roger J Higgins | Associate | 1997 | Restructuring | 12.20 | $390.00 | $4,758.00 |
| James W Kapp | Partner | 1997 | Restructuring | 21.50<br>36.40 | $470.00<br>$510.00 | $10,105.00<br>$18,564.00 |
| Christopher Landau, P.C. | Partner | 1990 | Litigation | 30.20 | $480.00 | $14,496.00 |
| Christian J Lane | Associate | 1997 | Restructuring | 21.60<br>5.80<br>7.40 | $410.00<br>$420.00<br>$445.00 | $8,856.00<br>$2,436.00<br>$3,293.00 |
| Elli Leibenstein | Partner | 1992 | Litigation | 475.30<br>3.20 | $430.00<br>$455.00 | $204,379.00<br>$1,456.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 74.20<br>13.00 | $625.00<br>$665.00 | $46,375.00<br>$8,645.00 |
| Scott A McMillin, P.C. | Associate; Partner | 1996 | Litigation | 185.20<br>801.00<br>4.70 | $380.00<br>$385.00<br>$410.00 | $70,376.00<br>$308,385.00<br>$1,927.00 |
| Reed S Oslan, P.C. | Partner | 1987 | Litigation | 2.00 | $490.00 | $980.00 |
| Andrew R Running | Partner | 1982 | Litigation | 60.40 | $480.00 | $28,992.00 |
| Pratibha J Shenoy | Associate | 2001 | Taxation | 10.70 | $280.00 | $2,996.00 |
| S Jonathan Silverman | Partner | 1992 | Litigation | 0.10 | $430.00 | $43.00 |
| Michael B Slade | Associate | 1999 | Litigation | 23.60 | $350.00 | $8,260.00 |
| Renee D Smith | Partner | 1995 | Litigation | 33.60 | $390.00 | $13,104.00 |
| Christopher B Sullivan | Partner | 1995 | Litigation | 40.80 | $390.00 | $15,912.00 |
| Keith E Villmow, P.C. | Partner | 1993 | Taxation | 0.50 | $560.00 | $280.00 |
| David J Zott, P.C. | Partner | 1986 | Litigation | 477.30 | $475.00 | $226,717.50 |
| **Totals for Attorneys** | | | | **4,869.10** | | **$2,159,525.00** |

KE 30607454

| Paraprofessional | Position with the Applicant | Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|---|
| Nikki A Abel | Project Assistant | Litigation | 188.20 | $95.00 | $17,879.00 |
| Aletheia V Anderson | Project Assistant | Restructuring | 0.80<br>0.80 | $95.00<br>$115.00 | $76.00<br>$92.00 |
| Christopher J Benson | Project Assistant | Litigation | 121.90 | $70.00 | $8,533.00 |
| Erin M Brady | Project Assistant | Litigation | 17.50 | $90.00 | $1,575.00 |
| Stephanie R Cashman | Project Assistant | Litigation | 792.90<br>6.60 | $90.00<br>$110.00 | $71,361.00<br>$726.00 |
| Megan K Coleman | Project Assistant | Litigation | 735.20<br>10.00 | $90.00<br>$110.00 | $66,168.00<br>$1,100.00 |
| Elizabeth Cox Arnold | Legal Assistant | Restructuring | 5.10 | $180.00 | $918.00 |
| Kimberly Davenport | Case Assistant | Litigation | 30.50 | $70.00 | $2,135.00 |
| Adrian K Felix | Legal Assistant | Litigation | 4.00 | $120.00 | $480.00 |
| Michael Geiser | Law Clerk | Litigation | 8.00 | $150.00 | $1,200.00 |
| Miriam Geraghty | Project Assistant | Restructuring | 4.00 | $85.00 | $340.00 |
| Lauren P Hibbe | Legal Assistant | Litigation | 228.70 | $145.00 | $33,161.50 |
| Sorah Kim | Project Assistant | Litigation | 12.00 | $110.00 | $1,320.00 |
| Emily J Knox | Project Assistant | Litigation | 2.80 | $95.00 | $266.00 |
| Seth B Kutnick | Project Assistant | Restructuring | 186.10 | $90.00 | $16,749.00 |
| Rosaline Langley | Project Assistant | Litigation | 4.50 | $130.00 | $585.00 |
| Gayle M Lodygowski | Case Assistant | Litigation | 14.00 | $75.00 | $1,050.00 |
| Rhonda Lopera | Legal Assistant | Restructuring | 2.50 | $200.00 | $500.00 |
| Lauren Mitchell-Dawson | Legal Assistant | Environmental | 31.80 | $200.00 | $6,360.00 |
| Jodi K Newman | Project Assistant | Litigation | 240.10 | $90.00 | $21,609.00 |
| A Nowak | Case Assistant | Litigation | 29.00 | $75.00 | $2,175.00 |
| Bridgett Ofosu | Case Assistant | Litigation | 26.10 | $80.00 | $2,088.00 |
| Joseph A Patrevito | Project Assistant | Restructuring | 318.00 | $90.00 | $28,620.00 |
| Shirley A Pope | Legal Assistant | Litigation | 866.70<br>14.10<br>0.50 | $180.00<br>$190.00<br>$200.00 | $156,006.00<br>$2,679.00<br>$100.00 |
| Melissa A Robbins | Project Assistant | Litigation | 3.00 | $95.00 | $285.00 |
| Sanya Sarich | Law Clerk | Litigation | 22.40 | $150.00 | $3,360.00 |
| Terrell D Stansbury | Legal Assistant | Litigation | 70.50 | $125.00 | $8,812.50 |
| Charisma J Starr | Technology Services | Litigation | 53.20 | $120.00 | $6,384.00 |
| Ryan A Swift | Project Assistant | Litigation | 0.50 | $90.00 | $45.00 |
| Toni Wallace | Legal Assistant | Restructuring | 41.90<br>24.40<br>6.50 | $145.00<br>$150.00<br>$190.00 | $6,075.50<br>$3,660.00<br>$1,235.00 |
| **Totals for Paraprofessionals** | | | **4,124.80** | | **$475,708.50** |

KE 30607454

## Adv. Pro. Nos. 02-2210 and 02-2211
## Summary of the Total Amount of Fees and Expenses

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 48 | Fraudulent Conveyance Adv. Proceeding | 8,759.40 | $2,530,349.50 |
| 49 | Fraudulent Conveyance Travel | 234.50 | $104,884.00 |
| **Totals** | | 8,993.90 | $2,635,233.50 |
| **Adjustment on June 2004 Monthly Fee Application** | | | ($674.00) |
| **Total Fees Requested for the Final Fee Period** | | | $2,634,559.50 |

| Service Description | Amount |
|---|---|
| Airfare | $64,440.77 |
| Binding | $320.25 |
| Calendar/Court Services | $20.00 |
| CD-ROM Duplicates/Master | $1,020.00 |
| Color Copies or Prints | $759.00 |
| Color Copies or Prints (11x17) | $2.25 |
| Computer Database Research | $8,821.02 |
| Court Reporter Fee/Deposition | $36,650.67 |
| Document Services Overtime | $60.99 |
| Exhibit Labels per Sheet | $390.90 |
| Fax Telephone Charge | $135.01 |
| Inter-Library Loan | $130.00 |
| Investigators | $1,542.20 |
| Leased Equipment | $3,236.00 |
| Local Transportation | $237.42 |
| Miscellaneous Office Expenses | $549.45 |
| Outside Messenger Services | $703.83 |
| Other Travel Expenses | $70.00 |
| Outside Copy/Binding Services | $116,614.65 |
| Outside Retrieval Service | $30.06 |
| Overnight Delivery | $7,194.02 |
| Overtime Transportation | $2,464.88 |
| Overtime Meals - Non-Attorney | $360.20 |
| Overtime Meals - Attorney | $72.95 |
| Oversize Copies or Prints | $189.00 |
| Postage | $118.70 |
| Process Server Fees | $137.15 |
| Scanned Images | $261.30 |

KE 30607454

| Service Description | Amount |
|---|---:|
| Secretarial Overtime | $3,260.67 |
| Standard Copies or Prints | $35,126.50 |
| Tabs/Indexes/Dividers | $454.70 |
| Third Party Telephone Charges | $6,101.18 |
| Third Party Fax Charges | $1,899.75 |
| Transportation to/from airport | $1,339.63 |
| Travel Expense | $20,411.68 |
| Travel Meals | $2,693.09 |
| Working Meals/K&E and Others | $739.41 |
| **Total** | **$318,559.28** |

KE 30607454