# Exhibit A

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| A.B.C. Supply | Hendricks Holding Company, Inc. | Current |
| Allied Signal | Honeywell Advanced Composites Inc. | Current |
| Honeywell (Gomar) - Linden, New Jersey | Honeywell Specialty Materials, LLC | Current |
| Allstate Insurance Company | Vincent P. Loeffler | Current |
| Amoco Chemicals Co. | BP Biofuels North America LLC | Current |
| Amoco Corporation | BP Exploration and Development Inc. | Current |
| Amoco Oil Co. | | |
| Amoco Shipping Company | | |
| Arco Petroleum Products Co. | | |
| Atlantic Richfield | | |
| BP | | |
| BP - Carson, CA | | |
| BP Amoco Chemical - Chicago, IL | | |
| BP Amoco PLC | | |
| BP Chemicals | | |
| BP Energy Ltd. | | |
| BP International Ltd. | | |
| BP of America | | |
| BP Oil Corporation | | |
| Remet (Ny) Mrl Inds | | |
| Attorney General of the State of Georgia | State of Georgia | Current |
| Georgia Department of Revenue | | |
| Bank of America | Merrill Lynch (Asia Pacific) Limited | Current |
| Bank of America, N.A. | | |
| Bank of Boston | | |
| BASF Corp. | BASF Americas Corporation | Current |
| Engelhard Corporation | BASFin | Current |
| First Union | Wachovia Investors, Inc. | Current |
| First Union Bank | | |
| First Union National | | |
| Wachovia | | |

KE 31146565

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a K&E Client | Status |
|---|---|---|
| Wachovia Bank & Trust Company, N.A. Wachovia Bank N.A. | | |
| GEICO | McLane Company, Inc. | Current |
| | McLane Southern, Inc. | Current |
| National Casualty Co. of America | Nationwide Property and Casualty Company | Current |
| | Nationwide Property Mutual Fire Insurance Company | Current |
| SOF Investments LLC SOF Investments LP | SOF Investments Limited | Current |
| Tony Roma's a/k/a/ Romacorp, Inc. | C. Scott Perry | Current |
| | Michael J. Fabian | Current |
| UBS O'Connor LLC | UBS AG, Hong Kong Branch | Current |
| | UBS Securities Hong Kong Limited | Current |