## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | Re: Docket No. 32137 |

### DECLARATION OF SERVICE REGARDING:

### ONE HUNDRED-FORTY-SECOND MONTHLY APPLICATION OF BMC GROUP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 300 North Continental Boulevard, Suite 570, El Segundo, California 90245.

---

[1] The Reorganized Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company and H-G Coal Company.

2. On May 6, 2014, I caused the above-referenced document to be served on the Interested Parties referenced in Exhibit A.

3. All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 7th day of May 2014 at Paramount, California.

*[signature]*

James H. Myers

# EXHIBIT A

# WR Grace & Co. et al

**Total number of parties: 22**

### Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 56601 | ATTORNEY AND COUNSELOR, ALAN B. RICH, ESQUIRE, (RE: HON. ALEX. M SANDERS JR.,PDFCR), 4244 RENAISSANCE TOWER, 1201 ELM STREET, DALLAS,, TX, 75270 | US Mail (1st Class) |
| 56601 | BILZIN SUMBERG, SCOTT L BAENA ESQ, (RE: ATTY FOR OFF CTTE ASB PD CLMTS), 1450 BRICKELL AVE 23RD FL, MIAMI, FL, 33131 | US Mail (1st Class) |
| 56601 | CAMPBELL & LEVINE, LLC, MR ESKIN, ESQ, MT HURFORD, ESQ, (RE: COUNSEL TO ASBESTOS PI TRUST), 222 DELAWARE AVENUE, SUITE 1620, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 56601 | CAMPBELL & LEVINE, LLC, PHILIP E. MILCH, ESQUIRE, (RE: COUNSEL TO ASBESTOS P1 TRUST), 1700 GRANT BUILDING, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 56601 | CAPLIN & DRYSDALE, CHARTERED, ELIHU INSELBUCH, ESQUIRE, (RE: COUNSEL TO ASBESTOS P1 COMMITTEE), 600 LEXINGTON AVENUE, 2L FLOOR, NEW YORK, NY, 10022-6000 | US Mail (1st Class) |
| 56601 | DUANE MORRIS LLP, MICHAEL R LASTOWSKI, ESQ, (RE: OFFICIAL COMMITTEE OF UNSECURED CREDITORS), 222 DELAWARE AVE, 16TH FLOOR, WILMINGTON, DE, 19801-1246 | US Mail (1st Class) |
| 56601 | DUANE MORRIS LLP, RUDOLPH J MASSA ESQ, (RE: ATTY FOR OFF CTTE UNSEC CRD), 30 S 17TH ST, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 56601 | FERRY, JOSEPH AND PEARCE, P A, MICHAEL B JOSEPH, ESQ & THEODORE J TACCONELLI, ESQ, (RE: (COUNSEL TO ASBESTOS PD COMMITTEE)), 824 MARKET STREET, SUITE 1000, P O BOX 1351, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 56601 | FRANKEL WYRON LLP WRG, ROGER FRANKEL, ESQUIRE, (RE: THE FUTURE CLAIMANTS' REP), 2101 L. STREET, N.W., SUITE 800, WASHINGTON, DC, 20037 | US Mail (1st Class) |
| 56601 | KIRKLAND & ELLIS LLP, JOHN DONLEY, ESQ, ADAM PAUL, ESQ, (RE: CO-COUNSEL TO REORGANIZED DEBTOR), 300 NORTH LASALLE, CHICAGO, IL, 60654 | US Mail (1st Class) |
| 56601 | KRAMER LEVIN NAFTALIS & FRANKEL LLP, DAVID E BLABEY, JR, (RE: EQUITY COMMITTEE), 1177 AVENUE OF THE AMERICAS, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 56601 | LATHAM & WATKINS, DAVID S. HELLER, ESQ., SEARS TOWER, SUITE 5800, 233 SOUTH WACKER DRIVE, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 56601 | PACHULSKI STANG ZIEHL & JONES LLP, L DAVIS JONES, ESQ, JE O'NEILL, ESQ, (RE: COUNSEL TO REORGANIZED DEBTORS), 919 NORTH MARKET ST, 17 1H FLOOR, WILMINGTON, DE, 19899-8705 | US Mail (1st Class) |
| 56601 | PHILLIPS, GOLDMAN & SPENCE, P.A., JOHN C. PHILLIPS, JR., ESQUIRE, (RE: CO-COUNSELFOR ROGER FRANKEL FCR), 1200 NORTH BROOM STREET, WILMINGTON, DE, 19806 | US Mail (1st Class) |
| 56601 | SAUL EWING, TERESA K D CURRIER, ESQ, (RE: (COUNSEL TO EQUITY COMMITTEE)), 222 DELAWARE AVENUE, SUITE 1200, P O BOX 1266, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 56601 | SEITZ, VAN OGTROP & GREEN, P.A., R. KARL HILL, ESQUIRE, (RE: COUNSEL TO PD FUTURE CLAIMANT REP), 222 DELAWARE AVENUE, SUITE 1500, P.O. BOX 68, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 56601 | STROOCK & STROOCK & LAVAN LLP, MICHAEL MAGZAMEN ESQ, (RE: ATTY FOR OFF CTTE UNSEC CRD), 180 MAIDEN LN, NEW YORK, NY, 10038 | US Mail (1st Class) |
| 56601 | THE BAYARD FIRM, STEVEN M. YODER, ESQ., 222 DELAWARE AVENUE, SUITE 900, P.O. BOX 25130, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 56601 | THE LAW OFCS OF ROGER HIGGINS, LLC, ROGER J. HIGGINS, ESQUIRE, (RE: COUNSEL TO REORGANIZED DEBTOR), 1 NORTH BISHOP STREET, SUITE 14, CHICAGO, IL, 60607-1823 | US Mail (1st Class) |
| 56601 | US DEPT OF JSTCE, OFC OF THE US TTE, RICHARD L. SCHEPACARTER, TRIAL ATTY, (RE: UNITED STATES TRUSTEE), 844 KING STREET, SUITE 2207, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 56601 | W. R. GRACE & CO., ATTN: MARK SHELNITZ, (RE: REORGANIZED DEBTOR), 7500 GRACE DRIVE, COLUMBIA, MD, 21044 | US Mail (1st Class) |
| 56601 | WARREN H SMITH & ASSOC, WARREN H SMITH, (RE: FEE AUDITOR), 2235 RIDGE RD STE 105, ROCKWALL, TX, 75087 | US Mail (1st Class) |

**Subtotal for this group: 22**

WR Grace & Co. et al

*page 4 of 4*