**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re:  Docket No. 32135 |

**CERTIFICATE OF SERVICE**

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on the 14th day of February 14, 2014, I caused a true and correct copy of the *Final Fee Application of Reed Smith LLP, Special Asbestos Products Liability Defense Counsel to The Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period April 2, 2001 Through February 3, 2014 and Approval of Post-Effective Date Fees and Expenses Relating to Fee Applications* (the "Application") to be served via First Class United States Mail upon the parties on the service list attached hereto as Exhibit A.

In addition, I caused a true and correct copy of the Notice of the Application to be served via First Class United States Mail upon the parties on the service list attached hereto as Exhibit B.

By:  /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
kgwynne@reedsmith.com