# EXHIBIT A

# EXHIBIT A

**W.R. Grace & Co.**
**Case No. 01-01139 (KJC)**
**Core Group Service List/Labels**
**Document No. 34089**

**VIA FIRST CLASS MAIL**

Michael B. Joseph, Esquire
Ferry & Joseph & Pearce, P.A.
P.O. Box 1351
824 Market Street, Suite 1000
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**

Teresa K. D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Adam Paul, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**VIA FIRST CLASS MAIL**

James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19899-8705

**VIA FIRST CLASS MAIL**

Richard L. Schepacarter
Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Mark Shelnitz, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**VIA FIRST CLASS MAIL**

Rudolph J. Massa, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

**VIA FIRST CLASS MAIL**

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 S. Biscayne Blvd.
Miami, FL 33131-2336

**VIA FIRST CLASS MAIL**

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

**VIA FIRST CLASS MAIL**

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

**VIA FIRST CLASS MAIL**

Michael Magzamen, Esquire
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

**VIA FIRST CLASS MAIL**

Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road
Suite 105
Rockwall, TX  75087

**VIA FIRST CLASS MAIL**

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Ave. of the Americas
New York, NY  10036

**VIA FIRST CLASS MAIL**

Roger J. Higgins, Esquire
The Law Offices of Roger Higgins LLC
111 East Wacker Drive, Suite 2800
Chicago, IL 60601

**VIA VIA FIRST CLASS MAIL**

Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue
Suite 1620
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Michael R. Lastowski, Esquire
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

John C. Phillips, Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

**VIA FIRST CLASS MAIL**
R. Karl Hill, Esq.
Seitz, VanOgtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Alan B. Rich, Esq.
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX 75270

**VIA FIRST CLASS MAIL**
Roger Frankel, Esquire
Frankel Wyron LLP
2101 L Street, N.W., Suite 800
Washington, DC 20037