# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-01139 (KJC) |
| | ) |
| Debtors. | ) **Jointly Administered** |
| | ) |
| | ) Objection Deadline: August 15, 2014 at 4:00 p.m. |
| | ) Hearing Date: October 14, 2014 at 10:00 a.m. |

## AMENDED NOTICE OF FILING APPLICATION OF SAUL EWING LLP'S FOR FINAL ALLOWANCE AND APPROVAL OF COMPENSATION AND EXPENSE REIMBURSEMENT FOR THE PERIOD FROM MAY 18, 2009 THROUGH FEBRUARY 3, 2014

TO:   All Parties Requesting Notice
       Debtors and Debtors-in-Possession
       Counsel to the Debtors
       Counsel to the Debtors' Post-Petition Lenders
       Counsel to the Official Committee of Unsecured Creditors
       Counsel to the Official Committee of Asbestos Claimants
       Counsel to the Official Committee of Asbestos Property Damage Claimants
       Office of the United States Trustee

     PLEASE TAKE NOTICE that on April 30, 2014 the **Final Fee Application of Saul Ewing LLP, Co-Counsel to the Official Committee of Equity Security Holders, for Final Allowance of Compensation and Reimbursement of Expenses for the Period from May 18, 2009 through February 3, 2014** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 and served in accordance with the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members.

     PLEASE TAKE FURTHER NOTICE that the Application requests payment of compensation in the amount $736,486.07 and reimbursement of expenses in the amount of $13,166.29 for the period of May 18, 2009 through February 3, 2014.

     PLEASE TAKE FURTHER NOTICE that any objection to the Application must be filed with the U.S. Bankruptcy Court, and served upon: (i) counsel for the Official Committee of Equity Holders: Saul Ewing LLP, 222 Delaware Avenue, Wilmington, Delaware 19899 (Attn:

Teresa K.D. Currier, Esq.) and Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 (Attn: Philip Bentley, Esq.); (ii) counsel for the Official Committee of Asbestos Claimants: (a) Campbell & Levine, LLC, 1201 N. Market Street, 15th Floor, Wilmington, Delaware 19801 (Attn: Matthew G. Zaleski, III, Esq.); (b) Caplin & Drysdale, Chartered, 399 Park Avenue, 36th Floor, New York, New York 10022 (Attn: Elihu Inselbuch, Esq.); and (c) Caplin & Drysdale, Chartered, One Thomas Circle, N.W., Washington, D.C. 20005-5802 (Attn: Peter Van N. Lockwood, Esq.); (iii) Debtors, W.R. Grace, 7500 Grace Drive, Columbia, Maryland 21044 (Attn: David B. Siegel, Senior VP and General Counsel); (iv) Debtors' counsel: (a) Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (Attn: James H.M. Sprayregen, Esq.) and (b) Pachulski Stang Ziehl Young & Jones, 919 Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Attn: Laura Davis Jones, Esq.); (v) Office of the United States Trustee, 844 King Street, Room 2311, Wilmington, Delaware 19801 (Attn: Frank Perch, Esq.); (vi) counsel for the Official Committee of Unsecured Creditors: (a) Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Lewis Kruger, Esq.), and (b) Duane Morris & Heckscher LLP, P.C., 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (Attn: Michael Lastowski, Esq.); (vii) counsel to the Official Committee of Asbestos Property Damage Claimants, (a) Bilzin Sumberg Dunn Baena Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (Attn: Scott L. Baena, Esq.), and (b) Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (Attn: Michael B. Joseph, Esq.); (viii) Counsel to the Post-Petition Lenders: (a) Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (Attn: J. Douglas Bacon, Esq.), and (b) The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (Attn: Steven M. Yoder, Esq.), **so as to be received by August 15, 2014 at 4:00 p.m. prevailing Eastern Time.**

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE FINAL FEE APPLICATION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE, 19801 ON **OCTOBER 14, 2014 AT 10:00 A.M.**

SAUL EWING LLP

By:  /s/ Teresa K.D. Currier
     Teresa K.D. Currier (No. 3080)
     222 Delaware Avenue
     P.O. Box 1266
     Wilmington, DE 198899
     (302) 421-6800

*Counsel to Official Committee of Equity Security Holders*

Dated: May 8, 2014