# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**SUMMARY OF APPLICATION OF FOLEY HOAG LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO W.R. GRACE & CO., ET AL. FOR THE
INTERIM PERIOD FROM OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

| | |
|---|---|
| Name of Applicant: | Foley Hoag LLP |
| Authorized to Provide Professional<br>Services to: | W.R. Grace & Co.,<br>Debtors and Debtors-in-Possession |
| Date of Retention: | September 30, 2005, *nunc pro tunc* July 1, 2005 |
| Period for Which Compensation and<br>Reimbursement is Sought: | October 1, 2013 through October 31, 2013 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation Sought as
Actual, Reasonable and Necessary:      $68,212.24 (80% of $85,265.30;
                                        remaining 20% to be sought as part of
                                        quarterly application)

Amount of Expense Reimbursement Sought
as Actual, Reasonable and Necessary:    $1,065.03

This is a __X__ monthly _____ quarterly __X__ interim _____ final application

The total time expended for fee application preparation is approximately __2.0__ hours and the corresponding compensation requested is approximately __$1,200.00__.

Prior fee applications:

| Period Covered | Date Filed | Requested | | | Approved | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | | Expenses | Fees | | Expenses |
| 08/01/05 - 08/31/05 | 03/28/06 | $ | 25,669.50 | $     34.55 | $ | 25,669.50 | $     34.55 |
| 09/01/05 - 09/30/05 | 10/31/05 | $ | 26,289.00 | $     11.64 | $ | 26,289.00 | $     11.64 |
| 10/01/05 - 10/31/05 | 11/28/05 | $ | 27,633.50 | $    355.67 | $ | 27,633.50 | $    355.67 |
| 11/01/05 - 11/30/05 | 12/28/05 | $ | 16,109.00 | $     18.91 | $ | 16,109.00 | $     18.91 |
| 12/01/05 - 12/31/05 | 01/31/06 | $ | 13,522.50 | $      3.50 | $ | 13,522.50 | $      3.50 |
| 01/01/06 - 01/31/06 | 03/27/06 | $ | 9,535.50 | $     49.85 | $ | 9,535.50 | $     49.85 |
| 02/01/06 - 02/28/06 | 03/29/06 | $ | 10,474.00 | $     42.75 | $ | 10,474.00 | $     42.75 |
| 03/01/06 - 03/31/06 | 04/28/06 | $ | 13,346.50 | $     48.42 | $ | 13,346.50 | $     48.42 |
| 04/01/06 - 04/30/06 | 06/27/06 | $ | 14,568.50 | $      2.24 | $ | 14,568.50 | $      2.24 |
| 05/01/06 - 05/31/06 | 06/28/06 | $ | 28,346.50 | $    219.20 | $ | 28,346.50 | $    219.20 |
| 06/01/06 - 06/30/06 | 07/31/06 | $ | 22,530.00 | $     24.92 | $ | 22,530.00 | $     24.92 |
| 07/01/06 - 07/31/06 | 09/11/06 | $ | 9,114.00 | $      - | $ | 9,114.00 | $      - |
| 08/01/06 - 08/31/06 | 09/28/06 | $ | 3,104.50 | $    119.61 | $ | 3,104.50 | $    119.61 |
| 09/01/06 - 09/30/06 | 10/31/06 | $ | 3,778.50 | $     26.52 | $ | 3,778.50 | $     26.52 |
| 10/01/06 - 10/31/06 | 11/30/06 | $ | 1,941.50 | $      - | $ | 1,941.50 | $      - |

- 2 -

| Period Covered | Date Filed | Requested | | | | Approved | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Fees | | Expenses | | Fees | | Expenses | |
| 11/01/06 - 11/30/06 | 12/28/06 | $ | 2,088.50 | $ | 55.71 | $ | 2,088.50 | $ | 55.71 |
| 12/01/06 - 12/31/06 | 01/29/07 | $ | 2,557.50 | $ | - | $ | 2,557.50 | $ | - |
| 01/01/07 - 01/31/07 | 03/07/07 | $ | 4,871.00 | $ | 27.09 | $ | 4,871.00 | $ | 27.09 |
| 02/01/07 - 02/28/07 | 03/28/07 | $ | 3,675.50 | $ | 39.51 | $ | 3,675.50 | $ | 39.51 |
| 03/01/07 - 03/31/07 | 05/02/07 | $ | 2,426.50 | $ | 46.50 | $ | 2,426.50 | $ | 46.50 |
| 04/01/07 - 04/30/07 | 06/01/07 | $ | 6,579.00 | $ | - | $ | 6,579.00 | $ | - |
| 05/01/07 - 05/31/07 | 06/28/07 | $ | 3,736.00 | $ | 55.08 | $ | 3,736.00 | $ | 55.08 |
| 06/01/07 - 06/30/07 | 07/30/07 | $ | 6,336.00 | $ | 26.10 | $ | 6,336.00 | $ | 26.10 |
| 07/01/07 - 07/31/07 | 08/28/07 | $ | 4,742.00 | $ | 41.52 | $ | 4,742.00 | $ | 41.52 |
| 08/01/07 - 08/31/07 | 09/28/07 | $ | 3,785.00 | $ | 45.36 | $ | 3,785.00 | $ | 45.36 |
| 09/01/07 - 09/30/07 | 10/30/07 | $ | 6,360.00 | $ | 8.07 | $ | 6,360.00 | $ | 8.07 |
| 10/01/07 - 10/31/07 | 11/28/07 | $ | 20,744.50 | $ | 32.61 | $ | 20,744.50 | $ | 32.61 |
| 11/01/07 - 11/30/07 | 02/11/08 | $ | 16,655.00 | $ | 5,337.35 | $ | 16,655.00 | $ | 5,337.35 |
| 12/01/07 - 12/31/07 | 02/12/08 | $ | 9,012.50 | $ | 785.75 | $ | 9,012.50 | $ | 785.75 |
| 01/01/08 - 01/31/08 | 02/28/08 | $ | 5,702.50 | $ | 14.30 | $ | 5,702.50 | $ | 14.30 |
| 02/01/08 - 02/29/08 | 03/28/08 | $ | 9,296.00 | $ | 61.51 | $ | 9,296.00 | $ | 61.51 |
| 03/01/08 - 03/31/08 | 04/28/08 | $ | 6,450.50 | $ | 10.08 | $ | 6,450.50 | $ | 10.08 |
| 04/01/08 - 04/30/08 | 05/28/08 | $ | 7,966.50 | $ | - | $ | 7,966.50 | $ | - |
| 05/01/08 - 05/31/08 | 06/30/08 | $ | 12,509.00 | $ | 107.37 | $ | 12,509.00 | $ | 107.37 |
| 06/01/08 - 06/30/08 | 07/29/08 | $ | 27,053.50 | $ | 1,856.55 | $ | 27,053.50 | $ | 1,856.55 |
| 07/01/08 - 07/31/08 | 09/02/08 | $ | 28,893.82 | $ | 9.84 | $ | 28,893.82 | $ | 9.84 |
| 08/01/08 - 08/31/08 | 09/29/08 | $ | 16,498.00 | $ | 40.76 | $ | 16,498.00 | $ | 40.76 |

4195048.1

| Period Covered | Date Filed | Requested | | | Approved | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | | Fees | Expenses |
| 09/01/08 – 09/30/08 | 10/28/08 | $ 5,198.00 | $ 125.00 | | $ 5,198.00 | $ 125.00 |
| 10/01/08 – 10/31/08 | 12/01/08 | $ 12,825.50 | $ 131.40 | | $ 12,825.50 | $ 131.40 |
| 11/01/08 – 11/30/08 | 12/30/08 | $451,925.32 | $ 63.72 | | $451,925.32 | $ 63.72 |
| 12/01/08 – 12/31/08 | 01/28/09 | $ 7,627.50 | $ 10.25 | | $ 7,627.50 | $ 10.25 |
| 01/01/09 – 01/31/09 | 03/04/09 | $ 6,813.00 | $ 4,315.82 | | $ 6,813.00 | $ 4,315.82 |
| 02/01/09 – 02/28/09 | 03/30/09 | $ 8,482.50 | $ 51.72 | | $ 8,482.50 | $ 51.72 |
| 03/01/09 – 03/31/09 | 04/28/09 | $ 55,220.50 | $ 64.99 | | $ 55,220.50 | $ 64.99 |
| 04/01/09 – 04/30/09 | 06/02/09 | $ 65,020.00 | $ 1,256.33 | | $ 65,020.00 | $ 1,256.33 |
| 05/01/09 – 05/31/09 | 06/30/09 | $ 54,181.25 | $ 1,364.86 | | $ 54,181.25 | $ 1,364.86 |
| 06/01/09 – 06/30/09 | 07/28/09 | $ 27,814.50 | $ 521.42 | | $ 27,814.50 | $ 521.42 |
| 07/01/09 – 07/31/09 | 08/28/09 | $ 12,702.00 | $ 35.88 | | $ 12,702.00 | $ 35.88 |
| 08/01/09 – 08/31/09 | 09/28/09 | $ 16,368.00 | $ 51.00 | | $ 16,368.00 | $ 51.00 |
| 09/01/09 – 09/30/09 | 10/28/09 | $ 13,263.00 | $ 58.38 | | $ 13,263.00 | $ 58.38 |
| 10/01/09 – 10/31/09 | 11/30/09 | $ 21,282.00 | $ 149.24 | | $ 21,048.00 | $ 149.20 |
| 11/01/09 – 11/30/09 | 12/28/09 | $ 16,380.00 | $ 69.25 | | $ 16,380.00 | $ 62.27 |
| 12/01/09 – 12/31/09 | 01/28/10 | $ 12,040.50 | $ 34.56 | | $ 12,040.50 | $ 34.56 |
| 01/01/10 – 01/31/10 | 03/01/10 | $ 18,646.00 | $ 9.66 | | $ 18,646.00 | $ 9.66 |
| 02/01/10 – 02/28/10 | 03/29/10 | $ 22,295.50 | $ 201.09 | | $ 22,295.50 | $ 201.09 |
| 03/31/10 – 03/31/10 | 04/28/10 | $ 40,107.00 | $ 77.85 | | $ 40,107.00 | $ 77.85 |
| 04/01/10 – 04/30/10 | 05/28/10 | $ 12,322.00 | $ 1.95 | | $ 12,322.00 | $ 1.95 |
| 05/01/10 – 05/31/10 | 06/28/10 | $ 10,492.00 | $ 83.77 | | $ 10,492.00 | $ 83.77 |
| 06/01/10 – 06/30/10 | 07/28/10 | $ 22,082.00 | $ 2.73 | | $ 22,082.00 | $ 2.73 |

4195048.1

| Period Covered | Date Filed | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| 07/01/10 – 07/31/10 | 09/01/10 | $ 10,774.00 | $ 86.70 | $ 10,774.00 | $ 86.70 |
| 08/01/10 – 08/31/10 | 09/29/10 | $ 7,686.00 | $ 43.34 | $ 7,686.00 | $ 43.34 |
| 09/01/10 – 09/30/10 | 10/28/10 | $ 9,211.00 | $ 3.70 | $ 9,211.00 | $ 3.70 |
| 10/01/10 – 10/31/10 | 11/30/10 | $ 11,285.00 | $ 331.92 | $ 11,285.00 | $ 331.92 |
| 11/01/10 – 11/30/10 | 12/29/10 | $ 18,422.00 | $ 47.70 | $ 18,422.00 | $ 47.70 |
| 12/01/10 – 12/31/10 | 01/28/11 | $ 10,694.00 | $ 19.00 | $ 10,694.00 | $ 19.00 |
| 01/01/11 – 01/31/11 | 02/28/11 | $ 9,722.50 | $ 9.55 | $ 9,722.50 | $ 9.55 |
| 02/01/11 – 02/28/11 | 04/05/11 | $ 16,764.00 | $ 33.60 | $ 16,764.00 | $ 33.60 |
| 03/01/11 – 03/31/11 | 04/29/11 | $ 11,570.00 | $ - | $ 11,570.00 | $ - |
| 04/01/11 – 04/30/11 | 05/31/11 | $ 3,425.50 | $ 9.60 | $ 3,425.50 | $ 9.60 |
| 05/01/11 – 05/31/11 | 06/28/11 | $ 13,060.50 | $ 145.75 | $ 13,060.50 | $ 145.75 |
| 06/01/11 – 06/30/11 | 07/28/11 | $ 26,000.00 | $ 34.00 | $ 26,000.00 | $ 34.00 |
| 07/01/11 – 07/31/11 | 08/29/11 | $ 20,836.50 | $ 213.15 | $ 20,836.50 | $ 213.15 |
| 08/01/11 – 08/31/11 | 09/28/11 | $ 13,111.00 | $ 27.90 | $ 13,111.00 | $ 27.90 |
| 09/01/11 – 09/30/11 | 10/28/11 | $ 13,515.50 | $ 3.64 | $ 13,515.50 | $ 3.64 |
| 10/01/11 – 10/31/11 | 11/28/11 | $ 12,173.00 | $ 59.09 | $ 12,173.00 | $ 59.09 |
| 11/01/11 – 11/30/11 | 12/29/11 | $ 8,826.50 | $ 2,432.00 | $ 8,826.50 | $ 2,432.00 |
| 12/01/11 – 12/31/11 | 01/30/12 | $ 7,718.50 | $ 656.55 | $ 7,718.50 | $ 656.55 |
| 01/01/12 – 01/31/12 | 02/28/12 | $ 24,330.00 | $ 4,958.15 | $ 24,330.00 | $ 4,958.15 |
| 02/01/12 – 02/29/12 | 03/29/12 | $ 23,373.00 | $ 562.83 | $ 23,373.00 | $ 562.83 |
| 03/01/12 – 03/31/12 | 04/30/12 | $ 8,002.30 | $ 1.69 | $ 8,002.30 | $ 1.69 |
| 04/01/12 – 04/30/12 | 05/29/12 | $ 12,647.90 | $ 39.13 | $ 12,647.90 | $ 39.13 |

4195048.1

| Period Covered | Date Filed | Requested Fees | Expenses | Approved Fees | Expenses |
|---|---|---|---|---|---|
| 05/01/12 – 05/31/12 | 06/28/12 | $ 12,935.00 | $ 69.59 | $ 12,935.00 | $ 69.59 |
| 06/01/12 – 06/30/12 | 07/30/12 | $ 28,106.40 | $ 884.95 | $ 28,106.40 | $ 884.95 |
| 07/01/12 – 07/31/12 | 08/28/12 | $ 11,399.40 | $ 416.74 | $ 11,399.40 | $ 416.74 |
| 08/01/12 – 08/31/12 | 09/28/12 | $ 15,583.00 | $ 44.54 | $ 15,583.00 | $ 44.54 |
| 09/01/12 – 09/30/12 | 10/31/12 | $ 12,236.90 | $ 0 | $ 12,236.90 | $ 0 |
| 10/01/12 – 10/31/12 | 11/29/12 | $ 9,659.40 | $ 2.47 | $ 9,659.40 | $ 2.47 |
| 11/01/12 – 11/30/12 | 12/28/12 | $ 16,257.20 | $ 24.10 | $ 16,257.20 | $ 24.10 |
| 12/01/12 – 12/31/12 | 01/28/13 | $ 34,313.70 | $ 1,162.36 | $ 34,313.70 | $ 1,162.36 |
| 01/01/13 – 01/31/13 | 02/28/13 | $ 7,626.80 | $ 6.70 | $ 7,626.80 | $ 6.70 |
| 02/01/13 – 02/28/13 | 03/28/13 | $ 6,412.20 | $ 32.70 | $ 6,412.20 | $ 32.70 |
| 03/01/13 – 03/31/13 | 04/29/13 | $ 3,986.60 | $ 4.42 | $ 3,986.60 | $ 4.42 |
| 04/01/13 – 04/30/13 | 05/28/13 | $ 6,044.20 | $ 0 | $ 4,835.36* | $ 0 |
| 05/01/13 – 05/31/13 | 06/28/13 | $ $15,946.40 | $ 25.50 | $ 12,757.12* | $ 25.50 |
| 06/01/13 – 06/30/13 | 07/29/13 | $ 18,775.60 | $ 21.83 | $ 15,020.48* | $ 21.83 |
| 07/01/13 – 07/31/13 | 08/28/13 | $ 18,261.20 | $ 19.16 | $ 14,608.96* | $ 19.16 |
| 08/01/13 – 08/31/13 | 09/30/13 | $ 6,815.80 | $ 163.68 | $ 5,452.64* | $ 163.68 |
| 09/01/13 – 09/30/13 | 10/28/13 | $ 66,413.30 | $ 1,152.22 | $ 53,130.64* | $ 1,152.22 |

* 80% approved; remaining 20% sought or to be sought as part of quarterly application.

- 6 -

The Foley Hoag attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 88.5 | $ 56,905.50 |
| Thomas Bevilacqua | Partner | ILAP | $624.00 | 1.5 | $ 936.00 |
| Jacob N. Polatin | Partner | Real Estate | $615.00 | 8.9 | $ 5,473.50 |
| Jesse Alderman | Associate | Environmental | $347.00 | 58.5 | $ 20,299.50 |
| Kevin C. Conroy | Associate | Administrative | $520.00 | 2.1 | $ 1,092.00 |
| Coleen Doyle | Paralegal | Administrative | $254.00 | 2.2 | $ 558.80 |
| | | | | | |
| **TOTAL** | | | | **161.7** | **$ 85,265.30** |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | October |
|---|---|
| Telephone | $ 2.08 |
| Photocopying | $ 13.60 |
| Express Delivery | $ 35.19 |
| Document Production | $ 27.91 |
| Case File Retrieval | $ 225.15 |
| Filing Fees | $ 400.00 |
| Computer Research | $ 361.10 |
| | |
| **TOTAL** | **$ 1,065.03** |

Respectfully submitted,

Seth D. Jaffe (MA BBO # 548217)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000

Dated:  November 29, 2013

4195048.1

## RULE 2016-2(f) CERTIFICATION

I, Seth D. Jaffe, have reviewed the requirements of Rule 2016-2 and certify that the

Summary of Application of Foley Hoag LLP for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to W.R. Grace & Co., et al., for the Interim Period from

October 1, 2013 through October 31, 2013 complies with the Rule.

Respectfully submitted,

Seth D. Jaffe (MA BBO # 548217)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000

Dated:  November 29, 2013

- 8 -

4195048.1

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

4195048.1

## Matter 101 – Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 1.8 | $ 1,157.40 |
| Thomas Bevilacqua | Partner | ILAP | $624.00 | 1.5 | $ 936.00 |
| | | | | | |
| **TOTAL** | | | | 3.3 | $ 2,093.40 |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 12.30 |
| | |
| **TOTAL** | $ 12.30 |

4195048.1



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

November 29, 2013
Invoice No.: 529535
Matter No.: 08743.00101

**Re:     Bankruptcy Matters**

For Professional Services rendered through October 31, 2013

| | |
|---|---:|
| Fees | $2,093.40 |
| Disbursements | 12.30 |
| **Total Fees and Disbursements** | **$2,105.70** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON     WASHINGTON     PARIS     FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 529535
November 29, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 10/29/13 | Jaffe | P230 | Quarterly fee application (1.5). | 1.5 |
| 10/30/13 | Bevilacqua | P230 | Preparation of fee application summary of work in the Moriconi matter (1.5). | 1.5 |
| 10/30/13 | Jaffe | P230 | Revisions to quarterly fee application (.3). | 0.3 |
| | | | **Total Hours** | **3.3** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 529535<br>November 29, 2013<br>Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Thomas Bevilacqua | 1.5 | at | 624.00 | = | 936.00 |
| Seth D. Jaffe | 1.8 | at | 643.00 | = | 1,157.40 |
| **Total Fees** | | | | | **$2,093.40** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 529535
November 29, 2013
Page 4

## Disbursement Summary

| Date | | Amount |
|------|--|--------|
| 10/29/13 | In-House Photocopying | 5.30 |
| 10/31/13 | In-House Photocopying | 4.20 |
| 10/31/13 | In-House Photocopying | 2.80 |
| | **Total Disbursements** | **$12.30** |

| | | |
|--|--|--|
| **Total Fees** | | **$2,093.40** |
| **Total Disbursements** | | **12.30** |
| **Total Fees and Disbursements** | | **$2,105.70** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

November 29, 2013
Invoice No.: 529535
Matter No.: 08743.00101

Re:     **Bankruptcy Matters**

**Total Fees and Disbursements**          <u>**$2,105.70**</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions**<br>CitiBank, N.A.<br>666 5th Avenue, Floor 5<br>New York, NY 10103 | ABA: 221172610<br>Swift #: CITIUS33<br>Account #: 1255513785<br>Beneficiary: Foley Hoag LLP |

Reference
Information:

Client/Matter #: 08743.00101, **Invoice #:** 529535
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:**  W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 1.9 | $ 1,221.70 |
| Jacob N. Polatin | Partner | Real Estate | $615.00 | 8.9 | $ 5,473.50 |
| | | | | | |
| TOTAL | | | | 10.8 | $ 6,695.20 |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $ 0.40 |
| | |
| TOTAL | $ 0.40 |

4195048.1



FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

November 29, 2013
Invoice No.: 529536
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through October 31, 2013

|                        |           |
|------------------------|-----------|
| Fees                   | $6,695.20 |
| Disbursements          | 0.40      |
| **Total Fees and Disbursements** | **$6,695.60** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    PARIS    FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole,
Mass

Invoice No.: 529536
November 29, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 10/02/13 | Polatin | P230 | Review title to Lot 33-174 regarding preparation of GERE (2.4). | 2.4 |
| 10/03/13 | Polatin | P230 | Revise GERE (1.1). | 1.1 |
| 10/04/13 | Polatin | P230 | Revise GERE (2.9). | 2.9 |
| 10/24/13 | Jaffe | P230 | Emails with team regarding Shaffer security obligations (.3) | 0.3 |
| 10/25/13 | Jaffe | P230 | Attention to site security issues, including drafting letter to Mr. Feldman regarding Shaffer responsibilities and emails with team regarding same (1.3); emails with team regarding negotiations with Town (.3). | 1.6 |
| 10/28/13 | Polatin | P230 | Review changes to GERE (.8). | 0.8 |
| 10/31/13 | Polatin | P230 | Review title material for additional GEREs (1.7). | 1.7 |

**Total Hours**     **10.8**

Matter No.: 08743.00102                                  Invoice No.: 529536
Re: Blackburn and Union Privileges Superfund Site, Walpole,        November 29, 2013
Mass                                                              Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 1.9 | at | 643.00 | = | 1,221.70 |
| Jacob N. Polatin | 8.9 | at | 615.00 | = | 5,473.50 |
| **Total Fees** | | | | | **$6,695.20** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole,
Mass

Invoice No.: 529536
November 29, 2013
Page 4

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 10/25/13 | In-House Photocopying | 0.40 |
| | **Total Disbursements** | **$0.40** |

| | | |
|---|---|---|
| **Total Fees** | | $6,695.20 |
| **Total Disbursements** | | 0.40 |
| **Total Fees and Disbursements** | | $6,695.60 |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

November 29, 2013
Invoice No.: 529536
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

   **Total Fees and Disbursements**          **$6,695.60**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account #: 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 529536
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $643.00 | 3.3 | $  2,121.90 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | 3.3 | $  2,121.90 |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

November 29, 2013
Invoice No.: 529537
Matter No.: 08743.00103

**Re:**   **Wells G&H Superfund Site**

For Professional Services rendered through October 31, 2013

Fees                                                                $2,121.90

**Total Fees and Disbursements**                    $2,121.90

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 529537
November 29, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 10/04/13 | Jaffe | P230 | Attention to Central Area allocation issues, including team telephone conference, preparation for same, and telephone call with Ms. Duff regarding same (1.1). | 1.1 |
| 10/24/13 | Jaffe | P230 | Settlement discussion with Mr. Bibler and preparing for same (1.9). | 1.9 |
| 10/28/13 | Jaffe | P230 | Emails with Mr. Bibler and Ms. Duff regarding potential mediation (.3). | 0.3 |
| | | | **Total Hours** | **3.3** |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 529537
November 29, 2013
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|------------|-------|----|------|----|--------|
| Seth D. Jaffe | 3.3 | at | 643.00 | = | 2,121.90 |
| | | | | | |
| **Total Fees** | | | | | **$2,121.90** |

| | |
|---|---|
| **Total Fees** | $2,121.90 |
| **Total Fees and Disbursements** | $2,121.90 |


**FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

November 29, 2013
Invoice No.: 529537
Matter No.: 08743.00103

Re:    **Wells G&H Superfund Site**

      **Total Fees and Disbursements**    **$2,121.90**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions**<br>CitiBank, N.A.<br>666 5th Avenue, Floor 5<br>New York, NY 10103 | ABA: 221172610<br>Swift #: CITIUS33<br>Account #: 1255513785<br>Beneficiary: Foley Hoag LLP |

Reference
Information:

    **Client/Matter #: 08743.00103, Invoice #: 529537**
    **Billing Attorney:** Seth D. Jaffe
    **Wire Originator:** W.R. Grace & Company

## Matter 115 – Town of Acton litigation

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Jesse Alderman | Associate | Environmental | $347.00 | 58.5 | $ 20,299.50 |
| Kevin C. Conroy | Associate | Administrative | $520.00 | 2.1 | $  1,092.00 |
| Coleen Doyle | Paralegal | Administrative | $254.00 | 2.2 | $    558.80 |
| Seth D. Jaffe | Partner | Environmental | $643.00 | 81.5 | $ 52,404.50 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | 144.3 | $ 74,354.80 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $     2.08 |
| Express Delivery | $    35.19 |
| Photocopying | $     0.90 |
| Document Production | $    27.91 |
| Case File Retrieval | $   225.15 |
| Filing Fees | $   400.00 |
| Computer Research | $   361.10 |
|  |  |
| **TOTAL** | $  1,052.33 |

4195048.1


FOLEY
HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

November 29, 2013
Invoice No.: 529538
Matter No.: 08743.00115

Re:     **Town of Acton litigation**

For Professional Services rendered through October 31, 2013

|  |  |
|---|---|
| Fees | $74,354.80 |
| Disbursements | 1,052.33 |
| **Total Fees and Disbursements** | **$75,407.13** |

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 529538
November 29, 2013
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 10/01/13 | Jaffe | P230 | Revising opposition to preliminary injunction motion and reviewing documents and cases for same (1.4); emails and office conferences with Mr. Alderman regarding motion to dismiss (.5); telephone call and email with Mr. Perry at DOJ (.3); emails with Grace team (.6); reviewing issues for motion to dismiss (.8). | 3.6 |
| 10/01/13 | Alderman | P230 | Conference with S. Jaffe to plan for Motion to Dismiss (.3); calculation of due dates for briefs (.1); conducted legal research regarding CERCLA Chapter 113(h) and principles of state preemption (1.0). | 1.4 |
| 10/02/13 | Alderman | P230 | Conducted legal research regarding CERCLA Chapter 113(h) and principles of state preemption (1.4); drafted Memorandum in support of Motion to Dismiss (6.8). | 8.2 |
| 10/02/13 | Jaffe | P230 | Reviewing research for opposition to PI motion and Grace motion to dismiss (2.7); emails with Ms. Muench regarding EPA participation (.4). | 3.1 |
| 10/03/13 | Jaffe | P230 | Revising opposition to motion to dismiss and reviewing research for same (3.2); emails with plaintiffs' counsel and reviewing plaintiffs' motion regarding bankruptcy stay (.6); office conferences and emails with Mr. Alderman regarding motion to dismiss (.5); emails with Ms. Muench at EPA (.2). | 4.5 |
| 10/03/13 | Alderman | P230 | Compiled and filed state record in federal court action (.3); communications with C. Doyle regarding same (.2); conducted research regarding Section 113(h) (3.2); office conferences and emails with S. Jaffe (.5); drafted Memorandum in Support of Motion to Dismiss (2.3). | 6.5 |
| 10/03/13 | Doyle | P230 | File State Court records with USDC Massachusetts. Electronic correspondence with J. Alderman regarding same. | 0.7 |
| 10/04/13 | Alderman | P230 | Compiled exhibits and other materials for district court hearing (.2); prepared | 6.7 |

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 529538
November 29, 2013
Page 3

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| | | | comparison of new motion for preliminary injunction and state court version (.3); drafted memorandum of relevant authority regarding Section 113(h) (5.2); drafted Memorandum in Support of Motion to Dismiss (1.0). | |
| 10/04/13 | Jaffe | P230 | Attend last-minute court hearing and preparation for same (3.2); telephone call and emails with Ms. Duff (.5); telephone calls to and emails with Mr. Rosen at Department of Justice (.7); drafting opposition to preliminary injunction motion and reviewing cases and documents for same (1.9); emails to Mr. Alderman (.2). | 6.5 |
| 10/05/13 | Alderman | P230 | Drafted Memorandum in Support of Motion to Dismiss (3.2). | 3.2 |
| 10/06/13 | Alderman | P230 | Drafted, edited and proofread Memorandum in Support of Motion to Dismiss (3.6). | 3.6 |
| 10/07/13 | Jaffe | P230 | Drafting motion to dismiss and research for same (3.3); emails and office conference with Mr. Alderman (.5); emails with EPA and DOJ (.3); telephone call with Mr. Rosen at DOJ (.3); telephone call and emails with Ms. Duff (.5); reviewing draft letters to bankruptcy court and state and federal officials and emails with plaintiffs' counsel regarding same (.5). | 5.4 |
| 10/07/13 | Alderman | P230 | Prepared and reviewed state preemption cases for Motion to Dismiss brief (.2); compiled information for docket and transmitted same to P. Carver (.2); conferences with S. Jaffe (.3). | 0.7 |
| 10/08/13 | Alderman | P230 | Attention to e-mails from S. Jaffe. | 0.1 |
| 10/08/13 | Jaffe | P230 | Drafting motion to dismiss and research for same (4.1); telephone call and office conference with Mr. Conroy regarding AG contact (.4); telephone calls with Mr. Kimmell and Ms. Kaplan at MassDEP regarding potential intervention (.8); emails with DOJ and EPA counsel (.4); emails with team (.7). | 6.4 |
| 10/08/13 | Conroy | P230 | Conference call with S. Jaffe; office conference with S. Jaffe regarding AG's | 0.5 |

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 529538
November 29, 2013
Page 4

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| | | | office. | |
| 10/09/13 | Jaffe | P230 | Reviewing draft brief and emails with Ms. Duff regarding same (1.1); telephone calls and emails with EPA and DOJ regarding federal and state intervention (2.4). | 3.5 |
| 10/10/13 | Jaffe | P230 | Revising brief in support of motion to dismiss and research for same (2.7); emails with EPA, DOJ, and MassDEP regarding motion to dismiss and intervention (1.4); emails with Ms. Duff (.3); emails with Mr. Alderman regarding briefing issues (.3). | 4.7 |
| 10/10/13 | Alderman | P230 | Attention to e-mails from S. Jaffe (.1); reviewed ARAR tables in ROD (.2). | 0.3 |
| 10/11/13 | Jaffe | P230 | Emails with Ms. Duff and Mr Rosen (at DOJ) regarding motion to dismiss (.4). | 0.4 |
| 10/12/13 | Jaffe | P230 | Revising motion to dismiss brief and reviewing cases and documents for same (2.1); revising opposition to injunction and reviewing cases and documents for same (1.8). | 3.9 |
| 10/13/13 | Jaffe | P230 | Revising motion to dismiss brief, and reviewing documents and cases for same (2.2); revising opposition to injunction, and reviewing documents and cases for same (5.4). | 7.6 |
| 10/13/13 | Alderman | P230 | Attention to e-mail communications with S. Jaffe. | 0.2 |
| 10/14/13 | Alderman | P230 | Compilation and preparation of all paper exhibits for Motion to Dismiss and Opposition to PI Memoranda (.7); Reviewed both Memoranda to input citations and made other revisions (1.6); drafted Motion to Dismiss (.6). | 2.9 |
| 10/15/13 | Jaffe | P230 | Reviewing US intervention papers and emails with Ms. Duff regarding same (1.0); revisions to brief opposing injunction, and reviewing documents and emails with team regarding same (2.2); revisions to motion to dismiss brief and research and emails with team regarding same (1.7); telephone call, email, | 5.3 |

Matter No.: 08743.00115                                             Invoice No.: 529538
Re: Town of Acton litigation                                      November 29, 2013
                                                                              Page 5

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| | | | and office conference with Mr. Conroy regarding potential state intervention (.4). | |
| 10/15/13 | Alderman | P230 | Confirmed Shephard's on all cases (1.1); e-mail communications with J. Guswa regarding completion of affidavit (.1); additional editing and revising of Brief in Support of Motion to Dismiss and Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction (1.8); communications with S. Jaffe regarding same (.2); reviewed EPA Memorandum in Support of Motion to Intervene (.3). | 3.5 |
| 10/15/13 | Conroy | P230 | Office conference with S. Jaffe; telephone call to M. Freeley in AG's office; preparing email to Freeley. | 1.0 |
| 10/16/13 | Conroy | P230 | Preparing email to S. Jaffe. | 0.3 |
| 10/16/13 | Alderman | P230 | Performed research regarding affirmative defense of laches in actions for injunctive relief by a sovereign (2.1); communications with S. Jaffe regarding final revisions (.1). | 2.2 |
| 10/16/13 | Jaffe | P230 | Finalizing motion to dismiss (1.2); finalizing opposition to PI, including final revisions, reviewing documents for same, working with Mr. Guswa on revised affidavit, and office conferences and emails with Mr. Alderman regarding same (3.5); telephone call with DEP counsel and emails with DOJ (.4) | 5.1 |
| 10/17/13 | Jaffe | P230 | Finalizing briefs and affidavits and telephone calls and emails with team regarding same (3.8). | 3.8 |
| 10/17/13 | Alderman | P230 | Presented findings of laches research to S. Jaffe and input string citation in Preliminary Injunction Brief (.5); incorporated comments of L. Duff (.4); conducted final review of both briefs and corrected citations to revised J. Guswa Affidavit and other minor edits (1.1); prepared Guswa and Helgason Affidavits and associated exhibits for filing (.7). | 2.7 |
| 10/17/13 | Doyle | P230 | Electronic correspondence with J. Alderman regarding ECF filing assignment. | 0.1 |
| 10/18/13 | Doyle | P230 | Organize briefs and exhibits and ensure size | 1.4 |

Matter No.: 08743.00115                                   Invoice No.: 529538
Re: Town of Acton litigation                               November 29, 2013
                                                                    Page 6

| <u>Date</u> | <u>Timekeeper</u> | <u>Tsk</u> | <u>Narrative</u> | <u>Hours</u> |
|---|---|---|---|---|
| | | | for filing attachments complies with ECF rules. Electronic correspondence with J. Alderman and S. Jaffe regarding same. | |
| 10/18/13 | Conroy | P230 | Email to S. Jaffe. | 0.3 |
| 10/18/13 | Alderman | P230 | Compiled documents for case docket (.4); compiled, combined and transmitted complete documents from EPA and Grace filings for defense team (.7); prepared all exhibits for filing (.5); communications with C. Doyle regarding file size limits, file compression and other logistics for filing (.5); communications with S. Jaffe regarding filing procedures (.3); reviewed EPA Memoranda (.4) | 2.8 |
| 10/18/13 | Jaffe | P230 | Finalizing PI opposition and motion to dismiss (2.8); reviewing United States filings 1.2). | 4.0 |
| 10/21/13 | Jaffe | P230 | Reviewing EPA affidavit (.5). | 0.5 |
| 10/21/13 | Alderman | P230 | Transmittal of documents to S Martin (.1). | 0.1 |
| 10/24/13 | Jaffe | P230 | Emails with counsel regarding motion practice (.2) | 0.2 |
| 10/25/13 | Jaffe | P230 | Emails with plaintiffs' counsel (.2); reviewing plaintiffs' filings (.7). | 0.9 |
| 10/25/13 | Alderman | P230 | Reviewed Town of Acton Opposition to Motion to Dismiss and related papers (.9) | 0.9 |
| 10/28/13 | Alderman | P230 | Review and analysis of Town of Acton filings and new cases cited (1.9); conference with S. Jaffe to discuss structure for Reply Brief (.4). | 2.3 |
| 10/28/13 | Jaffe | P230 | Attention to response to plaintiffs' court filings, including reviewing plaintiffs' opposition to motion to dismiss and reply brief in support of injunction, preparing notes for reply brief, office conference with Mr. Alderman regarding same, and emails with client team and Department of Justice lawyers regarding same (3.3). | 3.3 |
| 10/29/13 | Alderman | P230 | Drafted Reply Memorandum (6.4). | 6.4 |
| 10/29/13 | Jaffe | P230 | Reviewing briefs and research for reply brief (1.3). | 1.3 |
| 10/30/13 | Jaffe | P230 | Attention to reply brief in support of motion | 3.9 |

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 529538
November 29, 2013
Page 7

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| | | | to dismiss, including reviewing, revising, draft brief, reviewing cases and documents for same, office conference with Mr. Alderman regarding same, and emails with team regarding same (3.9). | |
| 10/30/13 | Alderman | P230 | Attention to docket compilation (.2); additional drafting of Reply Brief and proofread (2.3); drafted Motion for Leave to File Reply brief (.5); conference with S. Jaffe (.2). | 3.2 |
| 10/31/13 | Alderman | P230 | Addition of MCLG language based on A. Sheehan data (.4); conference with S. Jaffe regarding same (.2). | 0.6 |
| 10/31/13 | Jaffe | P230 | Attention to reply brief, including revisions to same, reviewing cases for same, and email and telephone call with Ms. Duff regarding same, and office conference and email with Mr. Alderman regarding same (2.4); attention to technical issues on brief, including emails with Ms. Sheehan regarding affidavit, reviewing draft affidavit and monitoring results table (1.2). | 3.6 |

**Total Hours    144.3**

Matter No.: 08743.00115
Re: Town of Acton litigation

Invoice No.: 529538
November 29, 2013
Page 8

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jesse Alderman | 58.5 | at | 347.00 | = | 20,299.50 |
| Kevin C. Conroy | 2.1 | at | 520.00 | = | 1,092.00 |
| Coleen Doyle | 2.2 | at | 254.00 | = | 558.80 |
| Seth D. Jaffe | 81.5 | at | 643.00 | = | 52,404.50 |
| **Total Fees** | | | | | **$74,354.80** |

Matter No.: 08743.00115                                    Invoice No.: 529538
Re: Town of Acton litigation                                November 29, 2013
                                                                      Page 9

## Disbursement Summary

| Date | | Amount |
|------|--|-------:|
| 10/03/13 | Telephone 14105314210 - Columbia - MD (USA) | 2.08 |
| 10/16/13 | Express Delivery Date: 09/25/13 Delivered To: Middlesex Superior Court 2 200 Trade Cente Woburn, MA | 35.19 |
| 10/03/13 | In-House Photocopying | 0.10 |
| 10/04/13 | In-House Photocopying | 0.80 |
| 10/03/13 | Scanning | 17.40 |
| 10/03/13 | Bates Labeling | 0.15 |
| 10/03/13 | Document Production 1-999 | 0.36 |
| 10/22/13 | Tabs | 10.00 |
| 10/10/13 | Case File Retrieval BEACON HILL RESEARCH INC Retrieval of Middlesex Superior case file for CA No. 2013-4131-J, copies and scans of file 09/27/13 | 225.15 |
| 10/02/13 | Filing & Recording Fees Filing and Recording Fees - Jesse Alderman Filing fee for Notice of Removal from Middlesex Superior Court to U.S. District Court 09/25/13 | 400.00 |
| 09/30/13 | Computer Research, Westlaw Firm User: ALDERMAN,JESSE H | 83.72 |
| 10/04/13 | Computer Research, Westlaw Firm User: ALDERMAN,JESSE H | 277.38 |

|  | **Total Disbursements** | **$1,052.33** |
|--|-------------------------|--------------:|

|  | **Total Fees** | **$74,354.80** |
|--|----------------|---------------:|
|  | **Total Disbursements** | 1,052.33 |
|  | **Total Fees and Disbursements** | **$75,407.13** |



## FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

November 29, 2013
Invoice No.: 529538
Matter No.: 08743.00115

Re:      Town of Acton litigation

Total Fees and Disbursements          <u>$75,407.13</u>

Remittance Address:
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account #: 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #: 08743.00115, Invoice #: 529538**
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company