# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-01139 (JKF) (Jointly Administered) |
| Debtors. | Objection Deadline: Hearing Date: TBD only if necessary |

## SUMMARY OF APPLICATION OF FOLEY HOAG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO W.R. GRACE & CO., ET AL. FOR THE INTERIM PERIOD FROM JANUARY 1, 2014 THROUGH JANUARY 31, 2014

| | |
|---|---|
| Name of Applicant: | Foley Hoag LLP |
| Authorized to Provide Professional Services to: | W.R. Grace & Co., Debtors and Debtors-in-Possession |
| Date of Retention: | September 30, 2005, *nunc pro tunc* July 1, 2005 |
| Period for Which Compensation and Reimbursement is Sought: | January 1, 2014 through January 31, 2014 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation Sought as
Actual, Reasonable and Necessary:

$39,817.44 (80% of $49,771.80;
remaining 20% to be sought as part of
quarterly application)

Amount of Expense Reimbursement Sought
as Actual, Reasonable and Necessary:

$55.77

This is a __X__ monthly ____ quarterly __X__ interim ____ final application

The total time expended for fee application preparation is approximately __2.0__ hours and the
corresponding compensation requested is approximately __$1,200.00__ .

Prior fee applications:

| Period Covered | Date Filed | Requested | | Approved | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| 08/01/05 - 08/31/05 | 03/28/06 | $ 25,669.50 | $ 34.55 | $ 25,669.50 | $ 34.55 |
| 09/01/05 - 09/30/05 | 10/31/05 | $ 26,289.00 | $ 11.64 | $ 26,289.00 | $ 11.64 |
| 10/01/05 - 10/31/05 | 11/28/05 | $ 27,633.50 | $ 355.67 | $ 27,633.50 | $ 355.67 |
| 11/01/05 - 11/30/05 | 12/28/05 | $ 16,109.00 | $ 18.91 | $ 16,109.00 | $ 18.91 |
| 12/01/05 - 12/31/05 | 01/31/06 | $ 13,522.50 | $ 3.50 | $ 13,522.50 | $ 3.50 |
| 01/01/06 - 01/31/06 | 03/27/06 | $ 9,535.50 | $ 49.85 | $ 9,535.50 | $ 49.85 |
| 02/01/06 - 02/28/06 | 03/29/06 | $ 10,474.00 | $ 42.75 | $ 10,474.00 | $ 42.75 |
| 03/01/06 - 03/31/06 | 04/28/06 | $ 13,346.50 | $ 48.42 | $ 13,346.50 | $ 48.42 |
| 04/01/06 - 04/30/06 | 06/27/06 | $ 14,568.50 | $ 2.24 | $ 14,568.50 | $ 2.24 |
| 05/01/06 - 05/31/06 | 06/28/06 | $ 28,346.50 | $ 219.20 | $ 28,346.50 | $ 219.20 |
| 06/01/06 - 06/30/06 | 07/31/06 | $ 22,530.00 | $ 24.92 | $ 22,530.00 | $ 24.92 |
| 07/01/06 - 07/31/06 | 09/11/06 | $ 9,114.00 | $ - | $ 9,114.00 | $ - |
| 08/01/06 - 08/31/06 | 09/28/06 | $ 3,104.50 | $ 119.61 | $ 3,104.50 | $ 119.61 |
| 09/01/06 - 09/30/06 | 10/31/06 | $ 3,778.50 | $ 26.52 | $ 3,778.50 | $ 26.52 |
| 10/01/06 - 10/31/06 | 11/30/06 | $ 1,941.50 | $ - | $ 1,941.50 | $ - |

- 2 -

| Period Covered | Date Filed | Requested | | | Approved | | |
|---|---|---|---|---|---|---|---|
| | | Fees | | Expenses | Fees | | Expenses |
| 11/01/06 - 11/30/06 | 12/28/06 | $ | 2,088.50 | $    55.71 | $ | 2,088.50 | $    55.71 |
| 12/01/06 - 12/31/06 | 01/29/07 | $ | 2,557.50 | $      - | $ | 2,557.50 | $      - |
| 01/01/07 - 01/31/07 | 03/07/07 | $ | 4,871.00 | $    27.09 | $ | 4,871.00 | $    27.09 |
| 02/01/07 - 02/28/07 | 03/28/07 | $ | 3,675.50 | $    39.51 | $ | 3,675.50 | $    39.51 |
| 03/01/07 - 03/31/07 | 05/02/07 | $ | 2,426.50 | $    46.50 | $ | 2,426.50 | $    46.50 |
| 04/01/07 - 04/30/07 | 06/01/07 | $ | 6,579.00 | $      - | $ | 6,579.00 | $      - |
| 05/01/07 - 05/31/07 | 06/28/07 | $ | 3,736.00 | $    55.08 | $ | 3,736.00 | $    55.08 |
| 06/01/07 - 06/30/07 | 07/30/07 | $ | 6,336.00 | $    26.10 | $ | 6,336.00 | $    26.10 |
| 07/01/07 - 07/31/07 | 08/28/07 | $ | 4,742.00 | $    41.52 | $ | 4,742.00 | $    41.52 |
| 08/01/07 - 08/31/07 | 09/28/07 | $ | 3,785.00 | $    45.36 | $ | 3,785.00 | $    45.36 |
| 09/01/07 - 09/30/07 | 10/30/07 | $ | 6,360.00 | $     8.07 | $ | 6,360.00 | $     8.07 |
| 10/01/07 - 10/31/07 | 11/28/07 | $ | 20,744.50 | $    32.61 | $ | 20,744.50 | $    32.61 |
| 11/01/07 - 11/30/07 | 02/11/08 | $ | 16,655.00 | $ 5,337.35 | $ | 16,655.00 | $ 5,337.35 |
| 12/01/07 - 12/31/07 | 02/12/08 | $ | 9,012.50 | $   785.75 | $ | 9,012.50 | $   785.75 |
| 01/01/08 - 01/31/08 | 02/28/08 | $ | 5,702.50 | $    14.30 | $ | 5,702.50 | $    14.30 |
| 02/01/08 - 02/29/08 | 03/28/08 | $ | 9,296.00 | $    61.51 | $ | 9,296.00 | $    61.51 |
| 03/01/08 - 03/31/08 | 04/28/08 | $ | 6,450.50 | $    10.08 | $ | 6,450.50 | $    10.08 |
| 04/01/08 - 04/30/08 | 05/28/08 | $ | 7,966.50 | $      - | $ | 7,966.50 | $      - |
| 05/01/08 - 05/31/08 | 06/30/08 | $ | 12,509.00 | $   107.37 | $ | 12,509.00 | $   107.37 |
| 06/01/08 - 06/30/08 | 07/29/08 | $ | 27,053.50 | $ 1,856.55 | $ | 27,053.50 | $ 1,856.55 |
| 07/01/08 - 07/31/08 | 09/02/08 | $ | 28,893.82 | $     9.84 | $ | 28,893.82 | $     9.84 |
| 08/01/08 - 08/31/08 | 09/29/08 | $ | 16,498.00 | $    40.76 | $ | 16,498.00 | $    40.76 |

- 3 -

| Period Covered | Date Filed | Requested | | Approved | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| 09/01/08 – 09/30/08 | 10/28/08 | $ 5,198.00 | $ 125.00 | $ 5,198.00 | $ 125.00 |
| 10/01/08 – 10/31/08 | 12/01/08 | $ 12,825.50 | $ 131.40 | $ 12,825.50 | $ 131.40 |
| 11/01/08 – 11/30/08 | 12/30/08 | $451,925.32 | $ 63.72 | $451,925.32 | $ 63.72 |
| 12/01/08 – 12/31/08 | 01/28/09 | $ 7,627.50 | $ 10.25 | $ 7,627.50 | $ 10.25 |
| 01/01/09 – 01/31/09 | 03/04/09 | $ 6,813.00 | $ 4,315.82 | $ 6,813.00 | $ 4,315.82 |
| 02/01/09 – 02/28/09 | 03/30/09 | $ 8,482.50 | $ 51.72 | $ 8,482.50 | $ 51.72 |
| 03/01/09 – 03/31/09 | 04/28/09 | $ 55,220.50 | $ 64.99 | $ 55,220.50 | $ 64.99 |
| 04/01/09 – 04/30/09 | 06/02/09 | $ 65,020.00 | $ 1,256.33 | $ 65,020.00 | $ 1,256.33 |
| 05/01/09 – 05/31/09 | 06/30/09 | $ 54,181.25 | $ 1,364.86 | $ 54,181.25 | $ 1,364.86 |
| 06/01/09 – 06/30/09 | 07/28/09 | $ 27,814.50 | $ 521.42 | $ 27,814.50 | $ 521.42 |
| 07/01/09 – 07/31/09 | 08/28/09 | $ 12,702.00 | $ 35.88 | $ 12,702.00 | $ 35.88 |
| 08/01/09 – 08/31/09 | 09/28/09 | $ 16,368.00 | $ 51.00 | $ 16,368.00 | $ 51.00 |
| 09/01/09 – 09/30/09 | 10/28/09 | $ 13,263.00 | $ 58.38 | $ 13,263.00 | $ 58.38 |
| 10/01/09 – 10/31/09 | 11/30/09 | $ 21,282.00 | $ 149.24 | $ 21,048.00 | $ 149.20 |
| 11/01/09 – 11/30/09 | 12/28/09 | $ 16,380.00 | $ 69.25 | $ 16,380.00 | $ 62.27 |
| 12/01/09 – 12/31/09 | 01/28/10 | $ 12,040.50 | $ 34.56 | $ 12,040.50 | $ 34.56 |
| 01/01/10 – 01/31/10 | 03/01/10 | $ 18,646.00 | $ 9.66 | $ 18,646.00 | $ 9.66 |
| 02/01/10 – 02/28/10 | 03/29/10 | $ 22,295.50 | $ 201.09 | $ 22,295.50 | $ 201.09 |
| 03/31/10 – 03/31/10 | 04/28/10 | $ 40,107.00 | $ 77.85 | $ 40,107.00 | $ 77.85 |
| 04/01/10 – 04/30/10 | 05/28/10 | $ 12,322.00 | $ 1.95 | $ 12,322.00 | $ 1.95 |
| 05/01/10 – 05/31/10 | 06/28/10 | $ 10,492.00 | $ 83.77 | $ 10,492.00 | $ 83.77 |
| 06/01/10 – 06/30/10 | 07/28/10 | $ 22,082.00 | $ 2.73 | $ 22,082.00 | $ 2.73 |

- 4 -

| Period Covered | Date Filed | Requested | | | Approved | | |
|---|---|---|---|---|---|---|---|
| | | Fees | | Expenses | Fees | | Expenses |
| 07/01/10 – 07/31/10 | 09/01/10 | $ | 10,774.00 | $ 86.70 | $ | 10,774.00 | $ 86.70 |
| 08/01/10 – 08/31/10 | 09/29/10 | $ | 7,686.00 | $ 43.34 | $ | 7,686.00 | $ 43.34 |
| 09/01/10 – 09/30/10 | 10/28/10 | $ | 9,211.00 | $ 3.70 | $ | 9,211.00 | $ 3.70 |
| 10/01/10 – 10/31/10 | 11/30/10 | $ | 11,285.00 | $ 331.92 | $ | 11,285.00 | $ 331.92 |
| 11/01/10 – 11/30/10 | 12/29/10 | $ | 18,422.00 | $ 47.70 | $ | 18,422.00 | $ 47.70 |
| 12/01/10 – 12/31/10 | 01/28/11 | $ | 10,694.00 | $ 19.00 | $ | 10,694.00 | $ 19.00 |
| 01/01/11 – 01/31/11 | 02/28/11 | $ | 9,722.50 | $ 9.55 | $ | 9,722.50 | $ 9.55 |
| 02/01/11 – 02/28/11 | 04/05/11 | $ | 16,764.00 | $ 33.60 | $ | 16,764.00 | $ 33.60 |
| 03/01/11 – 03/31/11 | 04/29/11 | $ | 11,570.00 | $ - | $ | 11,570.00 | $ - |
| 04/01/11 – 04/30/11 | 05/31/11 | $ | 3,425.50 | $ 9.60 | $ | 3,425.50 | $ 9.60 |
| 05/01/11 – 05/31/11 | 06/28/11 | $ | 13,060.50 | $ 145.75 | $ | 13,060.50 | $ 145.75 |
| 06/01/11 – 06/30/11 | 07/28/11 | $ | 26,000.00 | $ 34.00 | $ | 26,000.00 | $ 34.00 |
| 07/01/11 – 07/31/11 | 08/29/11 | $ | 20,836.50 | $ 213.15 | $ | 20,836.50 | $ 213.15 |
| 08/01/11 – 08/31/11 | 09/28/11 | $ | 13,111.00 | $ 27.90 | $ | 13,111.00 | $ 27.90 |
| 09/01/11 – 09/30/11 | 10/28/11 | $ | 13,515.50 | $ 3.64 | $ | 13,515.50 | $ 3.64 |
| 10/01/11 – 10/31/11 | 11/28/11 | $ | 12,173.00 | $ 59.09 | $ | 12,173.00 | $ 59.09 |
| 11/01/11 – 11/30/11 | 12/29/11 | $ | 8,826.50 | $ 2,432.00 | $ | 8,826.50 | $ 2,432.00 |
| 12/01/11 – 12/31/11 | 01/30/12 | $ | 7,718.50 | $ 656.55 | $ | 7,718.50 | $ 656.55 |
| 01/01/12 – 01/31/12 | 02/28/12 | $ | 24,330.00 | $ 4,958.15 | $ | 24,330.00 | $ 4,958.15 |
| 02/01/12 – 02/29/12 | 03/29/12 | $ | 23,373.00 | $ 562.83 | $ | 23,373.00 | $ 562.83 |
| 03/01/12 – 03/31/12 | 04/30/12 | $ | 8,002.30 | $ 1.69 | $ | 8,002.30 | $ 1.69 |
| 04/01/12 – 04/30/12 | 05/29/12 | $ | 12,647.90 | $ 39.13 | $ | 12,647.90 | $ 39.13 |

4225624.1

| Period Covered | Date Filed | Requested | | Approved | |
| | | Fees | Expenses | Fees | Expenses |
|---|---|---|---|---|---|
| 05/01/12 – 05/31/12 | 06/28/12 | $ 12,935.00 | $ 69.59 | $ 12,935.00 | $ 69.59 |
| 06/01/12 – 06/30/12 | 07/30/12 | $ 28,106.40 | $ 884.95 | $ 28,106.40 | $ 884.95 |
| 07/01/12 – 07/31/12 | 08/28/12 | $ 11,399.40 | $ 416.74 | $ 11,399.40 | $ 416.74 |
| 08/01/12 – 08/31/12 | 09/28/12 | $ 15,583.00 | $ 44.54 | $ 15,583.00 | $ 44.54 |
| 09/01/12 – 09/30/12 | 10/31/12 | $ 12,236.90 | $ 0 | $ 12,236.90 | $ 0 |
| 10/01/12 – 10/31/12 | 11/29/12 | $ 9,659.40 | $ 2.47 | $ 9,659.40 | $ 2.47 |
| 11/01/12 – 11/30/12 | 12/28/12 | $ 16,257.20 | $ 24.10 | $ 16,257.20 | $ 24.10 |
| 12/01/12 – 12/31/12 | 01/28/13 | $ 34,313.70 | $ 1,162.36 | $ 34,313.70 | $ 1,162.36 |
| 01/01/13 – 01/31/13 | 02/28/13 | $ 7,626.80 | $ 6.70 | $ 7,626.80 | $ 6.70 |
| 02/01/13 – 02/28/13 | 03/28/13 | $ 6,412.20 | $ 32.70 | $ 6,412.20 | $ 32.70 |
| 03/01/13 – 03/31/13 | 04/29/13 | $ 3,986.60 | $ 4.42 | $ 3,986.60 | $ 4.42 |
| 04/01/13 – 04/30/13 | 05/28/13 | $ 6,044.20 | $ 0 | $ 6,044.20 | $ 0 |
| 05/01/13 – 05/31/13 | 06/28/13 | $ $15,946.40 | $ 25.50 | $ 15,946.40 | $ 25.50 |
| 06/01/13 – 06/30/13 | 07/29/13 | $ 18,775.60 | $ 21.83 | $ 18,775.60 | $ 21.83 |
| 07/01/13 – 07/31/13 | 08/28/13 | $ 18,261.20 | $ 19.16 | $ 14,608.96* | $ 19.16 |
| 08/01/13 – 08/31/13 | 09/30/13 | $ 6,815.80 | $ 163.68 | $ 5,452.64* | $ 163.68 |
| 09/01/13 – 09/30/13 | 10/28/13 | $ 66,413.30 | $ 1,152.22 | $ 53,130.64* | $ 1,152.22 |
| 10/01/13 – 10/31/13 | 11/29/13 | $ 85,265.30 | $ 1,065.03 | $ 68,212.24* | $ 1,065.03 |
| 11/01/13 – 11/30/13 | 12/30/13 | $ $24,976.80 | $ 1,143.55 | $ 19,981.44* | $ 1,143.55 |
| 12/01/13 – 12/31/13 | 01/28/14 | $ 8,398.40 | $ 189.48 | $ 6,718.72* | $ 189.48 |

* 80% approved; remaining 20% sought or to be sought as part of quarterly application.

4225624.1

The Foley Hoag attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $671.00 | 43.3 | $ 29,054.30 |
| Jonathan E. Book | Counsel | Real Estate | $560.00 | 8.1 | $ 4,536.00 |
| Amy E. Boyd | Associate | Environmental | $523.00 | 40.5 | $ 21,181.50 |
| | | | | | |
| **LESS DISCOUNT\*** | | | | | $ -5,000.00 |
| | | | | | |
| **TOTAL** | | | | 91.9 | $ 49,771.80 |

\*An agreed-upon $5,000.00 discount was given this month for fees on the Wells G&H Superfund Site matter.

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | January |
|---|---|
| Telephone | $       14.43 |
| Photocopying | $       41.10 |
| Document Production | $        .24 |
| | |
| **TOTAL** | $       55.77 |

Respectfully submitted,

Seth D. Jaffe (MA BBO # 548217)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Dated: February 28, 2014

4225624.1

## RULE 2016-2(f) CERTIFICATION

I, Seth D. Jaffe, have reviewed the requirements of Rule 2016-2 and certify that the

Summary of Application of Foley Hoag LLP for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to W.R. Grace & Co., et al., for the Interim Period from

January 1, 2014 through January 31, 2014 complies with the Rule.

Respectfully submitted,

Seth D. Jaffe (MA BBO # 548217)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000

Dated:  February 28, 2014

- 8 -

4225624.1

# Exhibit A

4225624.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JANUARY 1, 2014 THROUGH JANUARY 31, 2014

---

[1] The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $671.00 | 0.8 | $    536.80 |
| | | | | | |
| TOTAL | | | | 0.8 | $    536.80 |

### Expenses

| Description | Total |
|---|---|
| Photocopying | $    11.10 |
| | |
| TOTAL | $    11.10 |

4225624.1



# FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

February 28, 2014
Invoice No.: 534590
Matter No.: 08743.00101

**Re:**    **Bankruptcy Matters**

For Professional Services rendered through January 31, 2014

| | |
|---|---|
| Fees | $536.80 |
| Disbursements | 11.10 |
| **Total Fees and Disbursements** | **$547.90** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    PARIS    FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 534590
February 28, 2014
Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 01/29/14 | Jaffe | B110 | Quarterly fee application preparation (.8). | 0.8 |
| | | | **Total Hours** | **0.8** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 534590
February 28, 2014
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 0.8 | at | 671.00 | = | 536.80 |
| **Total Fees** | | | | | **$536.80** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 534590
February 28, 2014
Page 4

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 01/29/14 | In-House Photocopying | 5.10 |
| 01/30/14 | In-House Photocopying | 6.00 |
| | **Total Disbursements** | **$11.10** |

| | |
|---|---|
| **Total Fees** | **$536.80** |
| **Total Disbursements** | **11.10** |
| **Total Fees and Disbursements** | **$547.90** |



FOLEY HOAG LLP

Seth D. Jaffe
617-832-1203
Boston

# <u>REMITTANCE PAGE</u>

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 28, 2014
Invoice No.: 534590
Matter No.: 08743.00101

Re:     **Bankruptcy Matters**

**Total Fees and Disbursements**          <u>$547.90</u>

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions**<br>CitiBank, N.A.<br>666 5th Avenue, Floor 5<br>New York, NY 10103 | ABA: 221172610<br>Swift #: CITIUS33<br>Account #: 1255513785<br>Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 534590
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $671.00 | 2.8 | $ 1,878.80 |
| | | | | | |
| **TOTAL** | | | | 2.8 | $ 1,878.80 |

4225624.1

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

February 28, 2014
Invoice No.: 534591
Matter No.: 08743.00102

**Re:     Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through January 31, 2014

| | |
|---|---|
| Fees | $1,878.80 |
| **Total Fees and Disbursements** | **$1,878.80** |

Seaport West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON     WASHINGTON     PARIS     FOLEYHOAG.COM

Matter No.: 08743.00102                                         Invoice No.: 534591
Re: Blackburn and Union Privileges Superfund Site, Walpole,          February 28, 2014
Mass                                                                      Page 2

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| 01/15/14 | Jaffe | P230 | Emails with Mr. Campbell regarding Shaffer lot sale (.3). | 0.3 |
| 01/21/14 | Jaffe | P230 | Reviewing, revising Mr. Campbell draft response to EPA regarding agreement with Town of Walpole, and emails with team regarding same (1.2). | 1.2 |
| 01/24/14 | Jaffe | P230 | Emails with team regarding agreement with Town and review of EPA comments regarding same (.6). | 0.6 |
| 01/30/14 | Jaffe | P230 | Drafting access agreement for bidders; emails with team regarding same (.7). | 0.7 |
| | | | **Total Hours** | **2.8** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole,
Mass

Invoice No.: 534591
February 28, 2014
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Seth D. Jaffe | 2.8 | at | 671.00 | = | 1,878.80 |
| **Total Fees** | | | | | **$1,878.80** |
| **Total Fees** | | | | | **$1,878.80** |
| **Total Fees and Disbursements** | | | | | **$1,878.80** |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 28, 2014
Invoice No.: 534591
Matter No.: 08743.00102

**Re:**   **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

   **Total Fees and Disbursements**   **$1,878.80**

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account #: 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 534591
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company

## Matter 103 – Wells G&H Superfund Site

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $671.00 | 39.7 | $ 26,638.70 |
| Jonathan E. Brook | Counsel | Real Estate | $560.00 | 8.1 | $ 4,536.00 |
| Amy E. Boyd | Associate | Environmental | $523.00 | 40.5 | $ 21,181.50 |
| | | | | | |
| **LESS DISCOUNT** | | | | | $ -5,000.00 |
| | | | | | |
| **TOTAL** | | | | 88.3 | $ 47,356.20 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $      14.43 |
| Photocopying | $      30.00 |
| Document Production | $        .24 |
| | |
| **TOTAL** | $      44.67 |

 **FOLEY HOAG** LLP

Seth D. Jaffe
617-832-1203
Boston

W.R. Grace & Co.

February 28, 2014
Invoice No.: 534592
Matter No.: 08743.00103

Re:     Wells G&H Superfund Site

For Professional Services rendered through January 31, 2014

| | |
|---|---:|
| Fees | $52,356.20 |
| Less Discount | (5,000.00) |
| Total Fees | $47,356.20 |
| | |
| Fees | $47,356.20 |
| | |
| Disbursements | 44.67 |
| | |
| **Total Fees and Disbursements** | **$47,400.87** |

Matter No.: 08743.00103                                                              Invoice No.: 534592
Re: Wells G&H Superfund Site                                                          February 28, 2014
                                                                                              Page 2

| **Date** | **Timekeeper** | **Tsk** | **Narrative** | **Hours** |
|---|---|---|---|---|
| 01/03/14 | Book | P230 | Review draft purchase agreement re: easement | 0.9 |
| 01/06/14 | Book | P230 | Draft easement agreement; e-mail to S. Jaffe. | 4.5 |
| 01/06/14 | Jaffe | P230 | Emails with Mr. Bibler and mediator regarding mediation arrangements (.3). | 0.3 |
| 01/07/14 | Book | P240 | Review S. Jaffe revisions to Easement Agreement; revise same and e-mail to S. Jaffe. | 0.4 |
| 01/07/14 | Jaffe | P230 | Attention to Central Area mediation, including call with UniFirst and mediator, emails with team, and preparation for mediation (1.7); attention to easement for potential buyer, including review of Book draft, emails with Mr. Book regarding same, and emails with client regarding same (.4). | 2.1 |
| 01/08/14 | Jaffe | P230 | Office conference with Ms. Boyd regarding mediation brief and emails with team, Mr. Bibler, and mediator regarding mediation (1.4). | 1.4 |
| 01/08/14 | Boyd | P230 | Review background materials from S. Jaffe in preparation for meeting about mediation statement (.9); meeting with S. Jaffe about mediation statement (.4); conducted legal research on allocation (.6). | 1.9 |
| 01/10/14 | Jaffe | P230 | Attention to UniFirst and Central area issues, including planning for mediation and reviewing Mr. Guswa scope to define source of off-site contamination (.8). | 0.8 |
| 01/10/14 | Boyd | P230 | Reviewed UniFirst presentation (.4); reviewed JG Environmental technical memoranda to gather background information for mediation statement (.8). | 1.2 |
| 01/13/14 | Boyd | P230 | Prepare for and attend conference call to discuss mediation statement and potential negotiation strategy for mediation on Central Area (.9); review memos prepared by J. Guswa (.8); conduct legal research on application of Gore factors in First Circuit for use in mediation statement (.7). | 2.4 |

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 534592
February 28, 2014
Page 3

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|------------|-----|-----------|-------|
| 01/13/14 | Jaffe | P230 | Reviewing Mr. Guswa proposal regarding source investigation and emails with team regarding same (.7); mediation preparation, including reviewing contract and emails with team regarding same, and team telephone conference on strategic preparation and preparing for same (1.9). | 2.6 |
| 01/14/14 | Boyd | P230 | Conduct legal research for use in mediation brief on Central Area (4.5). | 4.5 |
| 01/15/14 | Boyd | P230 | Draft mediation statement for mediation with UniFirst on Central Area (3.8). | 3.8 |
| 01/15/14 | Jaffe | P230 | Attention to mediation preparation (.8). | 0.8 |
| 01/17/14 | Book | P230 | Review S. Dempsey comments to Easement Agreement; revise same and e-mail to S. Dempsey. | 2.3 |
| 01/17/14 | Jaffe | P230 | Mediation preparation, including reviewing Guswa technical issues and emails and office conference with Ms. Boyd regarding brief (2.2). | 2.2 |
| 01/17/14 | Boyd | P230 | Prepare for and attend meeting with S. Jaffe to discuss mediation brief (1.8); draft mediation statement (3.8). | 5.6 |
| 01/21/14 | Jaffe | P230 | Attention to Central Area allocation mediation, including office conferences with Ms. Boyd, reviewing, revising, draft technical statement from Mr. Guswa, and emails with team regarding same (2.9). | 2.9 |
| 01/21/14 | Boyd | P230 | Draft mediation statement (4.6). | 4.6 |
| 01/22/14 | Boyd | P230 | Conduct legal research on allocation and orphan share for use in mediation statement (1.3); draft mediation statement (3.7). | 5.0 |
| 01/22/14 | Jaffe | P230 | Attention to mediation preparation, reviewing draft technical support document from Mr. Guswa, emails with team regarding same, and emails and office conferences with Ms. Boyd regarding same (2.9). | 2.9 |
| 01/24/14 | Jaffe | P230 | Attention to mediation preparation, including review of technical support document and exhibits, review of draft mediation statement, | 2.8 |

Matter No.: 08743.00103                                          Invoice No.: 534592
Re: Wells G&H Superfund Site                                     February 28, 2014
                                                                           Page 4

| Date | Timekeeper | Tsk | Narrative | Hours |
|------|-----------|-----|-----------|-------|
| | | | and emails with Ms. Boyd and team regarding same (2.8). | |
| 01/24/14 | Boyd | P230 | Draft mediation statement (3.3). | 3.3 |
| 01/25/14 | Jaffe | P230 | Attention to mediation preparation, including reviewing, revising Guswa technical statement and emails to Mr. Guswa regarding same, and revisions to mediation brief and email to Ms. Boyd regarding same (3.7). | 3.7 |
| 01/27/14 | Jaffe | P230 | Attention to Central Area mediation preparation, including reviewing, revising various drafts of technical memorandum, reviewing mediation brief, and emails with team regarding both (2.9). | 2.9 |
| 01/27/14 | Boyd | P230 | Review technical memorandum (2.2); revise mediation statement (1.9). | 4.1 |
| 01/28/14 | Jaffe | P230 | Attention to mediation preparation, including reviewing Guswa memorandum, revising mediation brief, reviewing cases for same, and emails with team (4.2). | 4.2 |
| 01/29/14 | Jaffe | P230 | Attention to mediation preparation, including revisions to technical memorandum; drafting of mediation brief, and reviewing documents and cases for same (4.7). | 4.7 |
| 01/29/14 | Boyd | P230 | Review and revise draft mediation brief (1.8); finalize to send to client and technical group (.3). | 2.1 |
| 01/30/14 | Boyd | P230 | Reviewed comments on mediation brief (.3); incorporated comments and revised brief (.4). | 0.7 |
| 01/30/14 | Jaffe | P230 | Further revisions to brief and technical memorandum, reviewing exhibits, and emails with team regarding same (2.7). | 2.7 |
| 01/31/14 | Jaffe | P230 | Attention to mediation preparation, including revisions to mediation brief and technical memorandum, and emails with team regarding same (2.7). | 2.7 |
| 01/31/14 | Boyd | P230 | Review and revise Technical Memorandum (.9); review and revise mediation statement (.3); circulate both to team (.1). | 1.3 |

**Total Hours**      88.3

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 534592
February 28, 2014
Page 5

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jonathan E. Book | 8.1 | at | 560.00 | = | 4,536.00 |
| Amy E Boyd | 40.5 | at | 523.00 | = | 21,181.50 |
| Seth D. Jaffe | 39.7 | at | 671.00 | = | 26,638.70 |

|  |  |
|---|---|
| **Fees** | $52,356.20 |
| **Less Discount** | (5,000.00) |
| **Total Fees** | $47,356.20 |

To ensure proper credit to your account,
please include remittance page with your payment.

Matter No.: 08743.00103
Re: Wells G&H Superfund Site

Invoice No.: 534592
February 28, 2014
Page 6

### Disbursement Summary

| Date | | Amount |
|------|------|--------|
| 01/07/14 | Telephone 17124320175 - Iowa - IA (USA) | 1.82 |
| 01/13/14 | Telephone 14435358439 - Columbia - MD (USA) | 6.50 |
| 01/13/14 | Telephone 14435358439 - Columbia - MD (USA) | 6.11 |
| 01/28/14 | In-House Color Photocopying | 30.00 |
| 01/28/14 | Document Production 1-999 | 0.24 |
| | **Total Disbursements** | **$44.67** |

| | |
|------|------|
| **Total Fees** | $47,356.20 |
| **Total Disbursements** | 44.67 |
| **Total Fees and Disbursements** | $47,400.87 |



Seth D. Jaffe
617-832-1203
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

February 28, 2014
Invoice No.: 534592
Matter No.: 08743.00103

Re:    **Wells G&H Superfund Site**

**Total Fees and Disbursements**     $47,400.87

**Remittance Address:**
Foley Hoag LLP
Attn: Accounts Receivable
155 Seaport Boulevard
Boston, MA 02210-2600

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions** | ABA: 221172610 |
| CitiBank, N.A. | Swift #: CITIUS33 |
| 666 5th Avenue, Floor 5 | Account #: 1255513785 |
| New York, NY 10103 | Beneficiary: Foley Hoag LLP |

Reference
Information:

**Client/Matter #:** 08743.00103, **Invoice #:** 534592
**Billing Attorney:** Seth D. Jaffe
**Wire Originator:** W.R. Grace & Company