### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
                                        :    Case No. 01-01139 (KJC)
W. R. Grace & Co., et al.,              :
                                        :    Jointly Administered
          Reorganized Debtors.          :
                                        :    Objections Due: July 11, 2014 at 4:00 p.m. (ET)
                                        :
-----------------------------------------------------------------x
```

## NOTICE OF APPLICATION

TO:   (1) The Reorganized Debtors; (2) Counsel to the Reorganized Debtors; (3) Office of the United States Trustee; (4) Counsel to the Official Committee of Unsecured Creditors; (5) Counsel to the Official Committee of Personal Injury Claimants; (6) Counsel to the Official Committee of Property Damage Claimants; (7) Counsel to the debtor-in-possession lenders (the "DIP Lenders"); and (8) Counsel to the Official Committee of Equity Holders.

**PLEASE TAKE NOTICE THAT** the Final Fee Application of Buchanan Ingersoll & Rooney PC, for Allowance of Compensation and Reimbursement of Expenses Incurred as Former Co-Counsel to the Official Committee of Equity Holders for the period from October 26, 2001 through May 21, 2009 (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Application seeks final allowance of fees in the amount of $1,687,895.50 and expenses in the amount of $55,894.12.

**PLEASE TAKE FURTHER NOTICE THAT** objections to the Application, if any, are required to be filed on or before **July 11, 2014 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the Bankruptcy Court, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the objection so as to be received by the Objection Deadline on: (i) co-counsel for the Reorganized Debtors, Adam Paul, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654 (Fax number 312-862-2000), Roger Higgins, The Law Offices of Roger Higgins, LLC, 1 North Bishop Street, Suite 14, Chicago, IL 60607 (Fax number 312-577-0737); and James E. O'Neill, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, PO. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors, Michael Magzamen, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) counsel to the Official Committee of Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022

(fax number 212-644-6755), and Maria Eskin, Esquire, Campbell & Levine, LLC, 222 Delaware Avenue, Suite 1620, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); (vii) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000); (viii) co-counsel to the Official Committee of Equity Holders, Teresa K.D. Currier, Esquire, Saul Ewing, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, DE 19801 (fax number 302-421-6813) and (ix) former co-counsel to the Official Committee of Equity Holders, Buchanan Ingersoll & Rooney PC, 919 North Market Street, Suite 1500, Wilmington, DE 19801, Attn: Mary F. Caloway, Esquire (fax number 302-552-4209).

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: May 12, 2014
Wilmington, Delaware

**BUCHANAN INGERSOLL & ROONEY PC**

/s/  Mary F. Caloway
Mary F. Caloway (No. 3059)
919 North Market Street, Suite 1500
Wilmington, Delaware 19801
T: (302) 552-4200
F: (302) 552-4295
mary.caloway@bipc.com

*Former Co-Counsel to the Official Committee of Equity Holders*

2