IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> W. R. Grace & Co., *et al.*, <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 01-01139 (KJC) <br><br> Jointly Administered <br><br> RE: Docket No. 32164 |

## AFFIDAVIT OF TAMMY R. ROGERS, PARALEGAL

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

    I, Tammy R. Rogers, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service was made on May 12, 2014. I certify further that copies of the following document were caused to be served upon the parties identified on the attached service list via the manner indicated:

**FINAL FEE APPLICATION OF BUCHANAN INGERSOLL & ROONEY PC
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM OCTOBER 26, 2001 THROUGH MAY 21, 2009**

Tammy R. Rogers

SWORN AND SUBSCRIBED before me this ____ day of May 2014.

*[Notary seal: ANNETTE FAY DYE, MY COMMISSION EXPIRES June 7, 2015, NOTARY PUBLIC, STATE OF DELAWARE]*

Annette Fay Dye

## VIA HAND DELIVERY

Clerk of the Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

The Office of the United States Trustee
Attn: Frank J. Perch, Esquire
844 N. King Street
Wilmington, Delaware 19801

Teresa K. D. Currier, Esquire
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19801

*co-counsel to the Official Committee of Equity Holders*

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
PO. Box 8705
Wilmington, DE 19899-8705

The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, Delaware 19899

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, Delaware 19801-1246

Maria Eskin, Esquire
Campbell & Levine, LLC
222 Delaware Avenue
Suite 1620
Wilmington, Delaware 19801

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street
Suite 904
P.O. Box 1351
Wilmington, Delaware 19899

**VIA FIRST CLASS MAIL**

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, Illinois 60606

*counsel to the DIP Lenders*

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131

*counsel to the Official Committee of Property Damage Claimants,*

Michael Magzamen, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, New York 10038-4982

*counsel to the Official Committee of Unsecured Creditors*

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York 10022

*counsel to the Official Committee of Equity Holders*

Adam Paul
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*co-counsel for the Reorganized Debtors*

Roger Higgins
The Law Offices of Roger Higgins, LLC
1 North Bishop Street
Suite 14
Chicago, IL 60607

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, New York 10022

*counsel to the Official Committee of Personal Injury Claimants*