**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (KJC)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Reorganized Debtors.** | ) | Objection Deadline: July 11, 2014 at 4:00 p.m. |
|  | ) | Hearing: October 14, 2014 at 10:00 a.m. |

**FOURTH QUARTERLY AND FINAL FEE APPLICATION OF ORRICK,
HERRINGTON & SUTCLIFFE LLP AS BANKRUPTCY CO-COUNSEL TO
DAVID T. AUSTERN, FORMER ASBESTOS PI FUTURE CLAIMANTS'
REPRESENTATIVE, AND ROGER FRANKEL, SUCCESSOR ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION OF
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE FOURTH QUARTERLY PERIOD
FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014 AND THE FINAL FEE
PERIOD FROM FEBRUARY 6, 2006 THROUGH FEBRUARY 3, 2014**

Pursuant to 11 U.S.C. §§ 330, 331, and 503 of the United States Code, Rule 2016 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the Local

Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "Local Rules"), Orrick, Herrington & Sutcliffe LLP ("Orrick"), as

bankruptcy co-counsel to David T. Austern, the former asbestos personal injury future claimants'

representative, and Roger Frankel, the successor asbestos personal injury future claimants'

representative, hereby submits this combined fourth quarterly and final fee application

(collectively, the "Final Fee Application") for final allowance of (i) compensation for

professional services rendered by Orrick and reimbursement of actual and necessary expenses

incurred during the fourth quarterly period from January 1, 2014 through February 3, 2014 (the

"Fourth Quarterly Period") in the amount of $196,364.25 in fees and $9,728.20 in expenses; and

(ii) compensation for professional services rendered by Orrick and reimbursement of actual and

necessary expenses incurred from February 6, 2006 through February 3, 2014 (the "Final Fee Period") in the amount of $27,004,456.50 in fees and $2,168,891.33 in expenses, for a total award of $29,173,347.83.  In support of this Final Fee Application, Orrick respectfully represents as follows:

<u>**Jurisdiction**</u>

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for relief sought herein are Sections 330, 331, and 503 of the Bankruptcy Code, Rule 2016 of the Bankruptcy Rules, and Rule 2016-2 of the Local Rules.

<u>**Factual Background of the Chapter 11 Cases**</u>

**A.  The Chapter 11 Cases**

2.  On April 2, 2001, W.R. Grace & Co. and certain of its affiliates (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases").

3.  After years of litigation and negotiation, the Debtors filed the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as modified through December 23, 2010 (as amended from time to time, the "Plan").

4.  This Court confirmed the Plan by order entered January 31, 2011 [Dkt. No. 26155] (the "Confirmation Order").  The Confirmation Order was appealed to the United States District Court for the District of Delaware [Case No. 11-199 (lead case)], which confirmed the Plan by

order issued January 30, 2012 [Dkt. No. 166].  On June 11, 2012, the District Court issued an Amended Memorandum Opinion [Dkt. No. 217] and Amended Order [Dkt. No. 218] clarifying and expanding the discussion in its prior opinion and, once more, overruling all objections and confirming the Plan in its entirety.

5.    Five parties appealed the District Court's orders confirming the Plan.  The United States Court of Appeals for the Third Circuit affirmed the District Court's rulings in four of the five appeals.  The parties resolved the fifth appeal in a settlement approved by this Court [Dkt. No. 31604], and the Third Circuit then entered an order dismissing that appeal [3d Cir., Case No. 12-1402, Feb. 3, 2014].  The Plan became effective on February 3, 2014 (the "Effective Date") [Dkt. No. 31732].

## B.  The Appointment of the Former FCR, the Successor FCR, and Orrick as Bankruptcy Counsel

6.    On May 24, 2004, the Court appointed David T. Austern as the legal representative for future asbestos personal injury claimants in these Chapter 11 Cases (the "Former FCR").  The Former FCR served as the asbestos personal injury future claimants' representative in these Chapter 11 Cases until his death on May 16, 2013.

7.    In 2006, the Former FCR sought and received Court approval to retain Orrick as his bankruptcy counsel, effective as of February 6, 2006.  Orrick served as the Former FCR's bankruptcy counsel from February 6, 2006 until the time of his death on May 16, 2013.

8.    Following the Former FCR's death, the Court appointed Roger Frankel as the successor asbestos personal injury future claimants' representative in these Chapter 11 Cases (the "Successor FCR"), effective as of May 16, 2013.  The Successor FCR sought and received Court approval to continue to retain Orrick as his bankruptcy counsel, effective as of May 16, 2013. [Employment Application, Dkt. No. 30718; Approval Order, Dkt. No. 30902].  Orrick served as

bankruptcy counsel to the Successor FCR from May 16, 2013 through February 3, 2014. Accordingly, this Final Fee Application covers the period from February 6, 2006 through February 3, 2014.

### Orrick's Monthly and Quarterly Fee Applications

9.    The Administrative Order[1] in these Chapter 11 Cases approved and set forth certain procedures for the interim and monthly payment of professional fees and reimbursement of expenses, subject to final approval of the Court.  Pursuant to the Administrative Order, Orrick filed with the Court, and served on the required parties, monthly and quarterly fee applications for the period February 6, 2006 through February 3, 2014.

10. As of May 9, 2014, the Debtors had paid to Orrick, pursuant to the Administrative Order, eighty percent (80%) of its professional fees and one hundred percent (100%) of its expenses itemized in Orrick's monthly fee applications from the time period February 6, 2006 through September 30, 2013, as well as the twenty percent (20%) fee holdbacks as allowed by the Court's Orders, for a total payment of $28,624,511.93.  Orrick has also received payment from the Debtors in connection with its quarterly fee application for the period October 1, 2013 through February 3, 2014, in the amount of $424,918.20 (80% fees) and $17,688.15 (100% expenses).  Accordingly, an aggregate amount of $106,229.55[2] remains due and owing from the Debtors to Orrick.

---

[1] The "Administrative Order" refers collectively to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002 [Dkt. No. 1949] and the Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001 [Dkt. No. 198].

[2] $106,229.55 is calculated as follows:  $66,956.70 (20% fee holdback for October 1, 2013-December 31, 2013) **plus** $39,272.85 (20% fee holdback for January 1, 2014-February 3, 2014).

### Request for Approval of Compensation and Reimbursement
### Of Expenses for the Fourth Quarterly Period and Final Fee Period

11. By this Final Fee Application, Orrick respectfully requests that the Court award final compensation for services rendered and reimbursement of expenses incurred in connection with Orrick's service as bankruptcy co-counsel during the Final Fee Period, in the aggregate amount of $27,004,456.50 in fees and $2,168,891.33 in expenses, for a total award of $29,173,347.83.

12. In support of this Final Fee Application, Orrick incorporates herein by reference its quarterly fee applications for the periods February 6, 2006 through February 3, 2014. Below is a summary of same:

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses as of May 9, 2014 | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/ Expenses | Dated Filed (DI No.) |
| Bankruptcy Co-Counsel to David T. Austern, Former FCR | | | | | | | |
| 6/29/06 D.I. 12731 (1st Quarterly) | 1/1/06-3/31/06 | $206,292.25 | $7,501.32 | $206,292.25 | $7,501.32 | $0.00 | 9/26/06 D.I. 13298 |
| 8/21/06 D.I. 13027 (2nd Quarterly) | 4/1/06-6/30/06 | $456,045.25 | $14,568.92 | $456,045.25 | $14,568.92 | $0.00 | 12/19/06 D.I. 14069 |
| 11/16/06 D.I. 13686 (3rd Quarterly) | 7/1/06-9/30/06 | $558,019.75 | $25,651.67 | $558,019.75 | $25,651.67 | $0.00 | 3/30/07 D.I. 15044 |
| 2/21/07 D.I. 14630 (4th Quarterly) | 10/1/06-12/31/06 | $841,070.00 | $98,378.95 | $829,995.50 | $97,603.44 | $0.00 | 6/20/07 D.I. 16105 |
| 8/9/07 D.I. 16516 (5th Quarterly) | 1/1/07-3/31/07 | $1,098,668.00 | $57,670.14 | $1,098,668.00 | $56,678.49 | $0.00 | 9/25/07 D.I. 16916 |
| 11/5/07 D.I. 17290 (6th Quarterly) | 4/1/07-6/30/07 | $1,021,931.50 | $168,071.15 | $1,011,439.00 | $168,071.15 | $0.00 | 12/13/07 D.I. 17629 |
| 1/11/08 D.I. 17801 (7th Quarterly) | 7/1/07-9/30/07 | $1,318,928.25 | $506,330.27 | $1,318,928.25 | $494,922.82 | $0.00 | 3/12/08 D.I. 18270 |

| Application | | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses as of May 9, 2014 | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/ Expenses | Dated Filed (DI No.) | |
| 4/29/08 D.I. 18631 (8th Quarterly) | 10/1/07- 12/31/07 | $2,577,801.25 | $276,906.50 | $2,577,801.25 | $271,707.53 | $0.00 | 6/23/08 D.I. 18989 |
| 8/4/08 D.I. 19222 (9th Quarterly) | 1/1/08- 3/31/08 | $2,834,348.75 | $436,062.97 | $2,815,254.75 | $432,017.97 | $0.00 | 10/1/08 D.I. 19663 |
| 10/2/08 D.I. 19694 (10th Quarterly) | 4/1/08- 6/30/08 | $1,060,594.00 | $96,239.02 | $1,060,241.50 | $96,109.01 | $0.00 | 12/7/08 D.I. 20283 |
| 11/25/08 D.I. 20136 (11th Quarterly) | 7/1/08- 9/30/08 | $1,205,058.75 | $69,698.64 | $1,205,058.75 | $69,589.08 | $0.00 | 4/2/09 D.I. 21173 |
| 4/13/09 D.I. 21255 (12th Quarterly) | 10/1/08- 12/31/08 | $1,133,553.25 | $95,017.93 | $1,133,333.25 | $94,922.93 | $0.00 | 7/7/09 D.I. 22354 |
| 6/25/09 D.I. 22253 (13th Quarterly) | 1/1/09- 3/31/09 | $1,497,820.75 | $56,151.13 | $1,495,903.25 | $56,047.01 | $0.00 | 9/28/09 D.I. 23352 |
| 9/15/09 D.I. 23243 (14th Quarterly | 4/1/09- 6/30/09 | $1,300,578.75 | $44,857.50 | $1,295,685.75 | $44,857.50 | $0.00 | 12/11/09 D.I. 23996 |
| 11/20/09 D.I. 23807 (15th Quarterly) | 7/1/09- 9/30/09 | $1,674,330.00 | $57,526.76 | $1,674,330.00 | $57,172.92 | $0.00 | 3/19/10 D.I. 24470 |
| 3/2/10 D.I. 24397 (16th Quarterly) | 10/1/09- 12/31/09 | $1,091,059.75 | $45,541.09 | $1,091,059.75 | $45,541.09 | $0.00 | 6/7/10 D.I. 24917 |
| 3/3/09 D.I. 20904 (17th Quarterly) | 1/1/10- 3/31/10 | $949,778.00 | $30,135.35 | $948,928.00 | $29,968.35 | $0.00 | 9/13/10 D.I. 25397 |
| 11/8/10 D.I. 25720 (18th Quarterly) | 4/1/10- 6/30/10 | $640,112.00 | $13,586.57 | $640,112.00 | $13,586.57 | $0.00 | 12/10/10 D.I. 25905 |
| 1/14/11 D.I. 26076 (19th Quarterly) | 7/1/10- 9/30/10 | $321,026.50 | $4,390.47 | $321,026.50 | $4,390.47 | $0.00 | 3/24/11 D.I. 26623 |

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses as of May 9, 2014 | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/ Expenses | Dated Filed (DI No.) |
| 3/25/11 D.I. 26635 (20th Quarterly) | 10/1/10-12/31/10 | $303,224.75 | $3,984.67 | $302,144.75 | $3,953.67 | $0.00 | 6/30/11 D.I. 27188 |
| 5/17/11 D.I. 26946 (21st Quarterly) | 1/1/11-3/31/11 | $480,156.25 | $14,901.02 | $480,156.25 | $14,626.02 | $0.00 | 9/20/11 D.I. 27622 |
| 8/16/11 D.I. 27440 (22nd Quarterly) | 4/1/11-6/30/11 | $711,762.00 | $6,450.32 | $711,762.00 | $6,450.32 | $0.00 | 12/14/11 D.I. 28150 |
| 1/13/12 D.I. 28355 (23rd Quarterly) | 7/1/11-9/30/11 | $486,275.25 | $7,381.60 | $486,275.25 | $7,227.60 | $0.00 | 3/23/12 D.I. 28705 |
| 3/27/12 D.I. 28724 (24th Quarterly) | 10/1/11-12/31/11 | $202,189.50 | $2,772.72 | $201,122.00 | $2,685.72 | $0.00 | 6/14/12 D.I. 29054 |
| 5/22/12 D.I. 28952 (25th Quarterly) | 1/1/12-3/31/12 | $462,548.25 | $7,444.37 | $462,548.25 | $7,444.37 | $0.00 | 10/9/12 D.I. 29746 |
| 9/14/12 D.I. 29626 (26th Quarterly) | 4/1/12-6/30/12 | $433,129.75 | $5,928.97 | $433,048.75 | $5,718.97 | $0.00 | 12/11/12 D.I. 30036 |
| 11/21/12 D.I. 29923 (27th Quarterly) | 7/1/12-9/30/12 | $553,578.25 | $6,165.47 | $553,578.25 | $6,113.97 | $0.00 | 3/27/13 D.I. 30440 |
| 4/4/13 D.I. 30476 (28th Quarterly) | 10/1/12-12/31/12 | $382,951.50 | $4,642.92 | $382,951.50 | $3,983.65 | $0.00 | 7/31/13 D.I. 30907 |
| 8/30/13 D.I. 31044 (29th Quarterly) | 1/1/13-3/31/13 | $293,944.50 | $632.05 | $293,944.50 | $632.05 | $0.00 | 9/24/13 D.I. 31158 |
| 9/13/13 D.I. 31128 (30th Quarterly) | 4/1/13-5/14/13 | $151,218.00 | $2,735.14 | $151,218.00 | $2,735.14 | $0.00 | 12/17/13 D.I. 31482 |

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses as of May 9, 2014 | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/ Expenses | Dated Filed (DI No.) |
| **Bankruptcy Co-Counsel to Roger Frankel, Successor FCR** | | | | | | | |
| 9/13/13 D.I. 31129 (1st Quarterly) | 5/15/13- 6/30/13 | $137,865.00 | $4,909.25 | $137,865.00 | $4,909.25 | $0.00 | 12/17/13 D.I. 31482 |
| 12/5/13 D.I. 31435 (2nd Quarterly) | 7/1/13- 9/30/13 | $138,571.50 | $3,814.21 | $138,571.50 | $3,814.21 | $0.00 | 3/31/14 D.I. 31963 |
| 3/14/14 D.I. 31861 (3rd Quarterly) | 10/1/13- 12/31/13 | $334,783.50 | $7,959.95 | $267,826.80 (80% fees paid – approval pending) | $7,959.95 (100% expenses paid – approval ending) | $66,956.70 (20% holdback on fees – approval pending) | Set for hearing on May 28, 2014 |
| To Be Considered with this Final Fee Application (4th Quarterly) | 1/1/14- 2/3/14 | $196,364.25 | $9,728.20 | $157,091.40 (80% fees paid – approval pending) | $9,728.20 (100% expenses paid – approval pending) | $39,272.85 (20% holdback on fees – approval pending) | Set for hearing on October 14, 2014 |
| **TOTAL** | | **$27,055,579.00** | **$2,193,737.21** | **$26,898,226.95** (approval pending) | **$2,168,891.33** (approval pending) | **$106,229.55 (fees)** **$0.00 (expenses)** | -- |

## A.    Fourth Quarterly Period

13. Below is a summary of the monthly fee applications filed by Orrick for the Fourth Quarterly Period, a summary of time expended by Orrick during the Fourth Quarterly Period, as well as a summary of fees incurred by project category and a summary of the reasonable and necessary out-of-pocket expenses incurred by Orrick during the Fourth Quarterly Period.

**MONTHLY FEE APPLICATION FILED FOR FOURTH QUARTERLY PERIOD**

| Date Filed (DI No.) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | CNO Filed (DI No.) |
|---|---|---|---|---|---|---|
| 2/25/14 D.I. 31860 | 1/1/14-2/3/14 | $196,364.25 | $9,728.20 | $157,091.40 (80% fees paid – approval pending) | $9,728.20 (100% expenses paid – approval pending) | 4/8/14 D.I. 31992 |
| **TOTAL:** | **1/1/14-2/3/14** | **$196,364.25** | **$9,728.20** | **$157,091.40** | **$9,728.20** | **--** |

**SUMMARY OF TIME EXPENDED BY**
**PROFESSIONAL DURING FOURTH QUARTERLY PERIOD**

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Richard Smith | Partner, M&A and Private Equity 1983 | $905 | 4.40 | $3,982.00 |
| Richard H. Wyron | Partner, Restructuring 1979 | $875 | 48.70 | $40,381.25 |
| **Of Counsel** | | | | |
| Peri Mahaley | Of Counsel, Insurance 1979 | $695 | 15.30 | $10,633.50 |
| Mary Wallace | Of Counsel, Restructuring 1989 | $765 | 29.70 | $22,720.50 |
| **Associates** | | | | |
| Debra L. Felder | Associate, Restructuring 2002 | $685 | 156.90 | $101,654.00 |
| **Paraprofessionals** | | | | |
| Bryan J. Coffey | Analyst | $290 | .50 | $145.00 |
| Debra Fullem | Bankruptcy Specialist | $285 | 58.20 | $16,587.00 |
| Laura Lukasik | Paralegal | $90 | 2.90 | $261.00 |
| **TOTAL:** | | | **316.60** | **$196,364.25** |
| **Blended Rate: $620.23** | | | | |

## SUMMARY OF COMPENSATION BY
## PROJECT CATEGORY DURING FOURTH QUARTERLY PERIOD

| Project Category | Hours Billed | Total Fees Requested |
|---|---|---|
| Compensation of Professionals - Orrick | 10.50 | $3,609.50 |
| Compensation of Professionals - Other | 23.10 | $7,315.00 |
| Insurance | 14.70 | $10,170.50 |
| Litigation | 168.90 | $119,430.00 |
| Plan and Disclosure Statement | 34.90 | $26,930.50 |
| Retention of Professionals - Orrick | 6.80 | $2,989.00 |
| Retention of Professionals - Other | 35.60 | $17,866.00 |
| Travel (Non-Working) | 22.10 | $8,053.75 |
| **TOTAL:** | **316.60** | **$196,364.25** |

## SUMMARY OF EXPENSES INCURRED DURING FOURTH QUARTERLY PERIOD

| Expense Category | Total |
|---|---|
| Duplicating (Color) | $187.70 |
| Duplicating (B/W) | $3,061.78 |
| Express Delivery | $43.90 |
| Meals | $152.51 |
| Pacer | $642.90 |
| Parking | $140.00 |
| Postage | $797.80 |
| Taxi | $218.05 |
| Travel – Air & Train | $3,574.20 |
| Travel – Hotel | $903.76 |
| Travel – Mileage | $5.60 |
| **TOTAL:** | **$9,728.20** |

B.      **Final Fee Period**

14. Below is a summary of time expended by Orrick during the Final Fee Period, as well as a summary of fees incurred by project category and a summary of the reasonable and necessary out-of-pocket expenses incurred by Orrick during the Final Fee Period.

## SUMMARY OF TIME EXPENDED BY
## PROFESSIONAL DURING FINAL FEE PERIOD

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Ansbro | Partner, Litigation 1995 | $570 $625 $690 | 23.00 1,866.40 628.00 | $13,110.00 $1,133,968.75 $407,169.00 |
| Alan Benjamin | Partner, Banking & Finance 1977 | $750 | 9.60 | $7,200.00 |
| William Berry | Partner, Compensation & Benefits 1972 | $620 $760 | 13.70 0.30 | $8,494.00 $228.00 |
| Grady Bolding | Partner, Tax 1977 | $750 | 10.10 | $7,575.00 |
| John P. Cook | Partner, M&A and Private Equity 1996 | $680 | 0.80 | $544.00 |
| Brett Cooper | Partner, Capital Markets 1995 | $680 | 0.10 | $68.00 |
| Peter J. Connors | Partner, Tax 1976 | $895 | 6.90 | $6,175.50 |
| Stephen G. Foresta | Partner, Insurance 1987 | $675 $825 | 24.10 64.70 | $16,267.50 $53,377.50 |
| Roger Frankel | Partner, Restructuring 1971 | $725 $770 $875 $945 $985 $995 | 620.20 716.50 1,420.60 1,312.10 1,565.10 1,122.30 | $440,836.25 $540,578.50 $1,203,912.50 $1,213,758.00 $1,519,313.25 $1,102,559.50 |
| Adam W. Goldberg | Partner, Litigation 1994 | $570 | 3.60 | $2,052.00 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jonathan P. Guy | Partner, Litigation 1993 | $605 | 109.30 | $66,126.50 |
| | | $650 | 77.00 | $50,050.00 |
| | | $720 | 54.20 | $39,024.00 |
| | | $755 | 910.20 | $675,687.25 |
| | | $810 | 22.10 | $16,483.50 |
| Barbara M. Lange | Partner, Corporate & Securities 1994 | $575 | 10.30 | $5,922.50 |
| Robert F. Lawrence | Partner, Energy & Infrastructure 1983 | $600 | 7.10 | $4,260.00 |
| | | $650 | 35.80 | $23,270.00 |
| | | $715 | 28.70 | $20,520.50 |
| | | $750 | 8.60 | $6,450.00 |
| Raymond G. Mullady, Jr. | Partner, Litigation 1983 | $635 | 95.90 | $60,896.50 |
| | | $660 | 252.80 | $166,848.00 |
| | | $695 | 1,197.70 | $813,173.75 |
| | | $710 | 560.00 | $387,979.50 |
| | | $745 | 0.30 | $223.50 |
| Jay K. Musoff | Partner, Litigation 1993 | $625 | 12.70 | $7,937.50 |
| | | $720 | 0.30 | $216.00 |
| John Narducci | Partner, Tax 1998 | $775 | 0.20 | $155.00 |
| | | $810 | 0.20 | $162.00 |
| Mark J. Plumer | Partner, Insurance 1986 | $795 | 18.90 | $15,025.50 |
| | | $835 | 3.80 | $3,173.00 |
| Garret G. Rasmussen | Partner, Antitrust & Competition 1974 | $645 | 219.70 | $141,706.50 |
| | | $700 | 381.70 | $267,190.00 |
| | | $800 | 254.80 | $202,960.00 |
| Jeannie Shin | Partner, M&A and Private Equity 1999 | $715 | 21.20 | $15,158.00 |
| Richard V. Smith | Partner, M&A and Private Equity 1983 | $775 | 192.40 | $135,431.25 |
| | | $815 | 38.80 | $31,622.00 |
| | | $850 | 5.30 | $4,505.00 |
| | | $875 | 24.90 | $21,787.50 |
| | | $905 | 4.40 | $3,982.00 |
| Scott A. Stengel | Partner, Restructuring 1996 | $690 | 67.90 | $46,851.00 |
| Michael T. Stolper | Partner, Insurance 1993 | $585 | 12.00 | $7,020.00 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Christopher Vejnoska | Partner, Mass Torts & Product Liability 1980 | $665 | 2.60 | $1,703.00 |
| Eric C. Wall | Partner, Tax 2002 | $695 | 2.20 | $1,529.00 |
| Richard H. Wyron | Partner, Restructuring 1979 | $645 | 514.10 | $326,337.75 |
| | | $700 | 346.30 | $238,035.00 |
| | | $775 | 1,146.00 | $863,195.00 |
| | | $815 | 1,361.40 | $1,089,125.25 |
| | | $850 | 1,386.90 | $1,161,015.00 |
| | | $875 | 1,068.70 | $920,762.50 |
| **Counsel** | | | | |
| Monique D. Almy | Of Counsel, Restructuring 1987 | $525 | 11.40 | $5,985.00 |
| Wendy Curtis | Special Counsel, Litigation 1998 | $450 | 0.60 | $270.00 |
| Jeffrey D. Hermann | Of Counsel, Restructuring 1977 | $570 | 5.50 | $3,135.00 |
| | | $605 | 2.20 | $1,331.00 |
| Peri Mahaley | Of Counsel, Insurance 1979 | $575 | 163.10 | $93,782.50 |
| | | $605 | 1,704.60 | $1,018,033.50 |
| | | $650 | 778.90 | $504,335.00 |
| | | $665 | 58.90 | $39,168.50 |
| | | $695 | 15.30 | $10,633.50 |
| Dora Mao | Senior Counsel, Structured Finance 1987 | $635 | 0.30 | $190.50 |
| Clayton S. Reynolds | Senior Counsel, Tax 1979 | $700 | 49.40 | $34,580.00 |
| | | $800 | 56.80 | $45,440.00 |
| | | $840 | 13.80 | $11,592.00 |
| Mary A. Wallace | Contract Attorney, Restructuring 1989 | $500 | 25.70 | $12,850.00 |
| | | $550 | 261.80 | $143,990.00 |
| | | $620 | 534.80 | $324,477.00 |
| | | $650 | 140.20 | $91,130.00 |
| | | $675 | 0.30 | $202.50 |
| | | $710 | 31.70 | $22,507.00 |
| | | $740 | 56.00 | $41,440.00 |
| | | $765 | 29.70 | $22,720.50 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Associates | | | | |
| Justin Bagdady | Summer Associate | $270 | 11.20 | $3,024.00 |
| Christopher Britt | Associate, Litigation 2007 | $235 | 56.50 | $13,277.50 |
| | | $270 | 38.40 | $10,368.00 |
| | | $340 | 14.60 | $4,964.00 |
| James Burke | Associate, Litigation 2008 | $285 | 188.30 | $53,665.50 |
| | | $360 | 612.10 | $220,356.00 |
| | | $445 | 121.40 | $54,023.00 |
| | | $530 | 63.60 | $33,708.00 |
| | | $550 | 33.00 | $18,150.00 |
| Matthew W. Cheney | Associate, Restructuring 1997 | $490 | 68.10 | $33,369.00 |
| Charity R. Clark | Associate, Restructuring 2005 | $440 | 169.60 | $74,624.00 |
| | | $470 | 13.00 | $6,110.00 |
| Stephanie M. Cowles | Associate, Litigation 2008 | $270 | 99.70 | $26,919.00 |
| | | $340 | 44.80 | $15,232.00 |
| Jordan Coyle | Associate, Intellectual Property 2008 | $250 | 1.70 | $425.00 |
| Joshua M. Cutler | Associate, Litigation 2003 | $430 | 115.70 | $47,601.00 |
| | | $465 | 165.60 | $77,004.00 |
| | | $500 | 276.80 | $131,425.00 |
| | | $555 | 157.70 | $87,523.50 |
| Alyssa D. Englund | Associate, Restructuring 2001 | $560 | 5.50 | $3,080.00 |
| Debra L. Felder | Associate, Restructuring 2002 | $405 | 591.20 | $237,633.75 |
| | | $430 | 496.50 | $212,957.50 |
| | | $465 | 1,403.40 | $645,257.25 |
| | | $490 | 443.10 | $213,689.00 |
| | | $530 | 806.70 | $420,475.50 |
| | | $560 | 296.30 | $165,928.00 |
| | | $590 | 752.50 | $443,975.00 |
| | | $645 | 993.00 | $634,680.00 |
| | | $650 | 937.80 | $608,107.50 |
| | | $685 | 156.90 | $101,654.00 |
| Zachary Finley | Associate, Banking & Finance 2003 | $540 | 161.80 | $78,219.00 |
| | | $570 | 63.20 | $36,024.00 |
| | | $600 | 160.40 | $96,240.00 |
| | | $645 | 1.20 | $774.00 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Alexandra G. Freidberg | Associate, Environmental 2007 | $270<br>$340 | 83.00<br>16.50 | $22,410.00<br>$5,610.00 |
| Elizabeth Han | Summer Associate | $270 | 11.80 | $3,186.00 |
| Dao Huynh | Associate, Restructuring 2009 | $330 | 34.10 | $11,253.00 |
| Aaron F. Jennings | Summer Associate | $360 | 68.40 | $24,624.00 |
| Nicole M. Jones | Associate, Litigation 2006 | $270<br>$355<br>$400 | 141.00<br>86.20<br>75.40 | $38,070.00<br>$30,601.00<br>$30,160.00 |
| Antony P. Kim | Associate, Antitrust & Competition 2003 | $375<br>$430<br>$465<br>$500<br>$555 | 3.30<br>67.90<br>436.20<br>495.50<br>3.70 | $1,237.50<br>$29,197.00<br>$202,833.00<br>$244,750.00<br>$2,053.50 |
| Daniel Knepper | Associate, Energy & Infrastructure 2006 | $270 | 2.10 | $567.00 |
| Jerome Ku | Associate, Corporate 2002 | $510 | 5.30 | $2,703.00 |
| Erin Langley | Summer Associate | $270 | 15.90 | $4,293.00 |
| Stephen Lessard | Associate, Tax 2008 | $270<br>$575 | 22.80<br>2.40 | $6,156.00<br>$1,380.00 |
| David Lin | Associate, Banking & Finance 2008 | $320 | 4.30 | $1,376.00 |
| Katherine E. Maco | Associate, Securities Litigation & Regulatory Enforcement | $270<br>$340 | 197.70<br>243.00 | $53,379.00<br>$82,620.00 |
| Inessa M. Mirkin | Associate, Litigation 2009 | $355 | 46.00 | $16,330.00 |
| Laura Muldoon | Associate, Litigation 2008 | $250 | 4.10 | $1,025.00 |
| Kimberly Neureiter | Associate, Restructuring 2002 | $375 | 116.20 | $43,575.00 |
| Christopher O'Connell | Associate, Litigation 2003 | $390<br>$430<br>$470 | 18.70<br>191.50<br>269.30 | $7,293.00<br>$82,345.00<br>$126,571.00 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kathleen A. Orr | Associate, Litigation 2001 | $560<br>$620<br>$645 | 42.80<br>644.90<br>3.20 | $23,968.00<br>$399,838.00<br>$2,064.00 |
| John Pitts | Associate, Litigation 2008 | $235<br>$270<br>$340 | 7.30<br>47.20<br>224.40 | $1,715.50<br>$12,744.00<br>$75,786.00 |
| Jonas Robison | Associate, Corporate, 2010 | $375 | 5.40 | $2,025.00 |
| Courtney M. Rogers | Associate, Restructuring 2006 | $270<br>$355<br>$400 | 22.10<br>10.10<br>52.20 | $5,967.00<br>$3,585.50<br>$20,880.00 |
| Donald Snead | Associate, Corporate 2007 | $320<br>$400 | 4.50<br>5.50 | $1,440.00<br>$2,200.00 |
| Emily S. Somers | Associate, Litigation 2006 | $270<br>$355<br>$400 | 170.60<br>482.90<br>156.00 | $44,307.00<br>$168,429.75<br>$62,400.00 |
| Evgenia Sorokina | Associate, Corporate 2003 | $270 | 2.50 | $675.00 |
| Katherine S. Thomas | Associate, Restructuring 2004 | $325<br>$365<br>$390<br>$430<br>$470<br>$500<br>$525 | 92.40<br>17.40<br>27.10<br>165.40<br>264.20<br>34.00<br>4.60 | $30,030.00<br>$6,525.00<br>$10,569.00<br>$71,122.00<br>$124,174.00<br>$17,000.00<br>$2,415.00 |
| Shannon Dawn Venegas | Associate, Litigation 2004 | $325<br>$375<br>$390 | 98.00<br>196.50<br>126.70 | $31,850.00<br>$73,687.50<br>$48,633.00 |
| Annie L. Weiss | Associate, Litigation, 2004 | $375<br>$390<br>$430<br>$470 | 58.50<br>310.70<br>317.40<br>288.00 | $21,937.50<br>$120,198.00<br>$136,482.00<br>$132,093.50 |
| Catharine L. Zurbrugg | Associate, Litigation 2005 | $355<br>$390<br>$440 | 702.90<br>198.80<br>166.60 | $243,707.50<br>$77,532.00<br>$71,764.00 |
| Paraprofessionals | | | | |
| William Addo | Research Specialist | $205<br>$220 | 2.70<br>1.30 | $553.50<br>$286.00 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Rachael M. Barainca | Legal Assistant | $140 | 530.90 | $74,326.00 |
| | | $150 | 633.00 | $94,950.00 |
| | | $160 | 119.30 | $19,088.00 |
| Carrie Barclay | Research Specialist | $230 | 0.30 | $69.00 |
| Caren Bieberman | Librarian | $195 | 3.30 | $643.50 |
| | | $205 | 0.50 | $102.50 |
| James Cangialosi | Legal Assistant | $220 | 1.50 | $330.00 |
| | | $235 | 350.50 | $81,780.00 |
| | | $260 | 483.50 | $123,370.00 |
| Bryan J. Coffey | Analyst | $290 | 0.50 | $145.00 |
| Aaron Cohen | Paralegal | $160 | 2.50 | $400.00 |
| | | $170 | 0.50 | $85.00 |
| Stephen Cruzado | Paralegal | $220 | 7.00 | $1,540.00 |
| | | $230 | 136.40 | $31,372.00 |
| | | $240 | 26.00 | $6,240.00 |
| Alan Dubin | Project Technology | $195 | 5.50 | $1,072.50 |
| | | $205 | 3.90 | $799.50 |
| Yonatan Even | Paralegal | $200 | 14.30 | $2,860.00 |
| Debra O. Fullem | Bankruptcy Research Specialist | $210 | 254.60 | $53,466.00 |
| | | $225 | 164.10 | $36,922.50 |
| | | $245 | 418.60 | $102,557.00 |
| | | $255 | 306.30 | $78,106.50 |
| | | $265 | 403.80 | $107,007.00 |
| | | $270 | 528.80 | $142,776.00 |
| | | $285 | 58.20 | $16,587.00 |
| Aurora Hamilton | Paralegal | $190 | 14.10 | $2,679.00 |
| | | $200 | 20.00 | $4,000.00 |
| | | $220 | 1.50 | $330.00 |
| Saira Hosein | Legal Assistant | $205 | 5.50 | $1,127.50 |
| | | $230 | 3.00 | $690.00 |
| Timothy J. Hoye | Practice Support Project Coordinator | $195 | 105.50 | $20,572.50 |
| | | $210 | 63.20 | $13,272.00 |
| Dmitry Iofe | Project Technology | $180 | 6.00 | $1,080.00 |
| | | $190 | 11.50 | $2,185.00 |
| | | $205 | 1.00 | $205.00 |
| Thomas Kim | Legal Assistant | $180 | 10.50 | $1,890.00 |
| | | $195 | 34.00 | $6,630.00 |
| Karen Jewell | Legal Assistant | $150 | 11.30 | $1,695.00 |
| Edward Lafayette | Legal Assistant | $145 | 30.00 | $4,350.00 |
| Loc Q. Le | Paralegal | $170 | 5.80 | $986.00 |
| Laura Lukasik | Paralegal | $90 | 9.00 | $810.00 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jennifer McClune | Librarian | $185 | 5.50 | $1,017.50 |
| Frances McKeown | Research Specialist | $220 | 1.00 | $220.00 |
| Melanie Merchant | Paralegal | $160 | 2.50 | $400.00 |
| John Mora | Litigation Support Manager | $230<br>$240 | 0.30<br>2.40 | $69.00<br>$576.00 |
| Risa Mulligan | Librarian | $150<br>$170<br>$180 | 0.20<br>23.20<br>16.00 | $30.00<br>$3,944.00<br>$2,880.00 |
| Patricia Parker | Trial Technologist | $205 | 20.10 | $4,120.50 |
| Linda Pietrofere | Senior Legal Assistant | $230 | 31.50 | $7,245.00 |
| Thomas Ryan | Trial Technologist | $205 | 285.50 | $55,862.50 |
| Kirt Suomela | Scientific Advisor | $275<br>$290<br>$305 | 33.30<br>110.80<br>4.50 | $9,157.50<br>$32,132.00<br>$1,372.50 |
| Aaron R. Thorp | Practice Support Project Coordinator | $195<br>$210<br>$220 | 34.40<br>15.60<br>19.00 | $6,708.00<br>$3,276.00<br>$4,180.00 |
| Michael Timpani | Librarian | $195 | 0.50 | $97.50 |
| Elizabeth Y. Walker | Senior Legal Assistant | $240 | 30.50 | $7,320.00 |
| Logan B. West | Legal Assistant | $85<br>$90 | 125.80<br>21.50 | $10,693.00<br>$1,935.00 |
| Gerald Willey | Senior Legal Assistant | $300 | 2.50 | $750.00 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Sub-Total:** | -- | -- | **46,517.20** | **$27,076,209.25**[3] |
| **Agreed Reductions:** | -- | -- | -- | **($51,122.50)**[4] |
| **Orrick Write Offs:** | -- | -- | -- | **($20,630.25)**[5] |
| **TOTAL FEES REQUESTED IN THIS FINAL FEE APPLICATION:** | -- | -- | -- | **$27,004,456.50** |
| **Blended Rate (excludes paralegal and other paraprofessional time):** | **$632.19** | | | |

[3] The data in this chart includes all hours billed and fees incurred by Orrick during the Final Fee Period as compiled by Orrick's accounting department and does not account for certain reductions and write offs agreed to by Orrick during these Chapter 11 Cases.

[4] In connection with Orrick's request for Court approval of its quarterly fee applications, Orrick agreed to reduce its fees in the aggregate amount of $51,122.50, which reductions were approved by the Court. [Dkt. Nos. 16105, 17629, 19663, 20283, 22354, 23352, 23996, 25397, 27188, 29054, 30036]. Orrick is not seeking reimbursement from the Debtors' estates for this amount.

[5] Due to mathematical and clerical errors in certain of its monthly and quarterly fee applications from 2006 and 2007, Orrick did not seek reimbursement from the Debtors' estates for a total of $20,630.25 in fees that it billed for work performed for the Former FCR. Orrick has treated these fees as a write-off (in addition to those fees and expenses it wrote off before being billed) and is not seeking reimbursement for such fees in this Final Fee Application.

## SUMMARY OF COMPENSATION BY
## PROJECT CATEGORY DURING FINAL FEE PERIOD

| Project Category | Hours Billed | Fees Requested |
|---|---|---|
| Case Administration | 358.10 | $60,725.00 |
| Due Diligence | 252.50 | $182,065.00 |
| Compensation of Professionals – Orrick | 1,603.50 | $525,081.50 |
| Compensation of Professionals – Other | 951.30 | $250,898.00 |
| Insurance | 3,729.00 | $2,329,625.50 |
| Litigation | 31,591.50 | $18,966,449.50 |
| Plan and Disclosure Statement | 5,872.70 | $3,825,419.00 |
| Retention of Professionals – Orrick | 276.00 | $110,961.50 |
| Retention of Professionals – Other | 353.40 | $188,338.50 |
| Travel (Non-Working) | 1,258.90 | $430,245.25 |
| Trust Distribution Procedures | 270.30 | $206,400.50 |
| **Sub-Total:** | **46,517.20** | **$27,076,209.25**[6] |
| **Agreed Reductions:** | **--** | **($51,122.50)**[7] |
| **Orrick Write Offs:** | **--** | **($20,630.25)**[8] |
| **TOTAL FEES REQUESTED IN FINAL FEE APPLICATION:** | **--** | **$27,004,456.50** |

[6] The data in this chart includes all hours billed and fees incurred by Orrick during the Final Fee Period as compiled by Orrick's accounting department and does not account for certain reductions and write offs agreed to by Orrick during these Chapter 11 Cases.

[7] In connection with Orrick's request for Court approval of its quarterly fee applications, Orrick agreed to reduce its fees in the aggregate amount of $51,122.50, which reductions were approved by the Court.  [Dkt. Nos. 16105, 17629, 19663, 20283, 22354, 23352, 23996, 25397, 27188, 29054, 30036].  Orrick is not seeking reimbursement from the Debtors' estates for this amount.

[8] Due to mathematical and clerical errors in certain of its monthly and quarterly fee applications from 2006 and 2007, Orrick did not seek reimbursement from the Debtors' estates for a total of $20,630.25 in fees that it billed for work performed for the Former FCR.  Orrick has treated these fees as a write-off (in addition to those fees and expenses it wrote off before being billed) and is not seeking reimbursement for such fees in this Final Fee Application.

**SUMMARY OF EXPENSES INCURRED DURING FINAL FEE PERIOD**

| Expense Category | Expenses Requested |
|---|---|
| Brinks | $92.66 |
| Capitol District Services | $767.82 |
| Color Copies | $1,043.75 |
| CourtCall | $29,685.55 |
| Court Filing Fees | $45.00 |
| Court Messenger Services | $85.00 |
| Court Reporting Services | $32,475.43 |
| Court and Deposition Transcripts | $9,405.20 |
| Desksite Services for Presentations | $720.00 |
| Document Technologies Inc. | $29,067.37 |
| Duplicating/Facsimile | $170,400.15 |
| Equipment Rental/Purchases Estimation Hearing | $12,158.31 |
| Experts | $955,315.93 |
| Litigation Support Services | $7,324.21 |
| Meals | $36,448.56 |
| Pacer | $35,970.81 |
| Parcels Document Retrieval Services | $1,515.55 |
| Parking | $5,819.99 |
| Postage/US Postal and Express Mail | $71,913.60 |
| Staff Overtime | $3,029.03 |
| Subpoena Service | $200.00 |
| Telephone | $6,009.06 |
| Travel – Agent Fees | $74.00 |
| Travel – Air | $203,597.33 |
| Travel – Hotel | $97,548.07 |
| Travel – Mileage | $4,302.88 |
| Travel – Taxi and Tolls | $21,448.75 |
| Travel – Train | $78,097.51 |
| Westlaw/Lexis Research | $344,639.90 |
| Williams Lee Document Services | $34,535.79 |
| **Sub-Total:** | $2,193,737.21 |
| **Agreed Reductions:** | ($24,845.88)[9] |
| **TOTAL EXPENSES REQUESTED IN FINAL FEE APPLICATION** | **$2,168,891.33** |

---

[9] In connection with Orrick's request for Court approval of its quarterly fee applications, Orrick agreed to reduce its expenses in the aggregate amount of $24,845.88, which reductions were approved by the Court. [Dkt. Nos. 16105, 16916, 18270, 18989, 19663, 20283, 21173, 22354, 23352, 24470, 25397, 27188, 27622, 28705, 29054, 30036, 30440, 30907]. Orrick is not seeking reimbursement from the Debtors' estates for this amount.

15. As set forth in Orrick's monthly and quarterly fee applications, in accordance with the factors enumerated in 11 U.S.C. § 330, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of the case, (b) the time expended by Orrick on behalf of the Former and Successor FCRs, (c) the nature and extent of the services rendered, (d) the value of such services to the Former and Successor FCRs, and to the Debtors and their estates in consummating the Plan, and (e) the costs of comparable services other than in a case under this title.  In addition, the out-of-pocket expenses for which reimbursement is sought were actual, reasonable, and necessary costs incurred by Orrick while providing services to the Former and Successor FCRs in connection with these Chapter 11 Cases.

16. Pursuant to Bankruptcy Rule 2016(b), Orrick has not shared and has not agreed to share any compensation it has received with another party or person.  Except with respect to amounts allowed by the Court as compensation for fees and reimbursement of expenses for Roger Frankel's services as the Successor FCR from May 16, 2013 through January 15, 2014, which were paid to Orrick, Orrick has not shared and has not agreed to share any compensation another person or party has received or may receive in connection with these Chapter 11 Cases.

### Review of Applicable Local Rule

17. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of her information, knowledge and belief that this Final Fee Application substantially complies with Rule 2016-2.

### Notice

18. Notice of this Final Fee Application has been served upon the notice parties as specified in the Administrative Order.  Orrick submits that no other or further notice is required.

**No Prior Request**

19. Other than the quarterly and monthly fee applications filed by Orrick in these Chapter 11 Cases, no previous application in respect of the relief requested herein has been made to this or any other Court.

WHEREFORE, for all the foregoing reasons, Orrick respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit A**, as follows:

(i) awarding Orrick final compensation for services rendered and expenses incurred in connection Orrick's service as bankruptcy co-counsel to the Former and Successor FCRs in these Chapter 11 Cases from February 6, 2006 through February 3, 2014, in the amount of $27,004,456.50 in fees and $2,168,891.33 in expenses, for a total award of $29,173,347.83; and (ii) granting such other relief as this Court deems is just and proper.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By: */s/ DEBRA L. FELDER*
    Debra L. Felder, admitted *pro hac vice*
    Columbia Center
    1152 15th Street, NW
    Washington, DC  20005
    (202) 339-8400

 *Bankruptcy Co-Counsel to David T. Austern, Former Asbestos PI Future Claimants' Representative, and Roger Frankel, Successor Asbestos PI Future Claimants' Representative*


Dated: May 12, 2014

23