**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                              )
**In re:**                                                  )         **Chapter 11**
                                                              )
**W.R. GRACE & CO., et al.,**                  )         **Case No. 01-1139 (KJC)**
                                                              )
                    **Reorganized Debtors.**   )         Objection Deadline: July 11, 2014 at 4:00 p.m.
_____)    Hearing: October 14, 2014 at 10:00 a.m.


**COVER SHEET TO THE FOURTH QUARTERLY AND FINAL FEE APPLICATION
OF ORRICK, HERRINGTON & SUTCLIFFE LLP AS BANKRUPTCY CO-COUNSEL
TO DAVID T. AUSTERN, FORMER ASBESTOS PI FUTURE CLAIMANTS'
REPRESENTATIVE, AND ROGER FRANKEL, SUCCESSOR ASBESTOS PI FUTURE
CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION OF
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND
NECESSARY EXPENSES INCURRED FOR THE FOURTH QUARTERLY PERIOD
FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014 AND THE FINAL FEE
<u>PERIOD FROM FEBRUARY 6, 2006 THROUGH FEBRUARY 3, 2014</u>**

| **Name of Applicant:** | Orrick, Herrington & Sutcliffe LLP ("**Orrick**") |
|---|---|
| **Authorized to Provide Professional Services to:** | • David T. Austern, Former Asbestos Personal Injury Future Claimants' Representative ("**Former FCR**"), from February 6, 2006 through May 15, 2013<br><br>• Roger Frankel, Successor Asbestos Personal Injury Future Claimants' Representative ("**Successor FCR**"), from May 16, 2013 through February 3, 2014[1] |
| **Date of Retention:** | • As bankruptcy co-counsel to the Former FCR: As of February 6, 2006, pursuant to Order entered by the Court on May 8, 2006 [Dkt. No. 12379]<br><br>• As bankruptcy co-counsel to the Successor FCR: As of May 16, 2013, pursuant to Order entered by the Court on July 31, 2013 [Dkt. No. 30902] |

---

[1] Pursuant to this Court's Order authorizing the Successor FCR's retention of Orrick as his bankruptcy co-counsel, Orrick is authorized to file a single consolidated final fee application covering all of the fees and expenses incurred in connection with its bankruptcy services provided to the Former FCR and the Successor FCR [Dkt. No 30902].

| **Periods for which Compensation and Reimbursement is Sought:** | **Fourth Quarterly Period As Bankruptcy Co-Counsel to the Successor FCR**: January 1, 2014 - February 3, 2014 | **Final Fee Period As Bankruptcy Co-Counsel to the Former FCR and Successor FCR:** February 6, 2006 - February 3, 2014 |
|---|---:|---:|
| **Total Fees Requested in this Final Fee Application:** | $196,364.25 | $27,004,456.50[2] |
| **Total Expenses Requested in this Final Fee Application:** | $9,728.20 | $2,168,891.33[3] |
| **Total Fees & Expenses Requested in this Final Fee Application:** | $206,092.45 | $29,173,347.83 |
| **Total Fees Previously Approved:** | To Be Considered with this Final Fee Application | $26,473,308.75[4] |
| **Total Expenses Previously Approved:** | To Be Considered with this Final Fee Application | $2,151,203.18[5] |
| **Total Hours:** | 316.60 | 46,517.20 |

---

[2] The total fees requested in this Final Fee Application is equal to the **sum** of all fees previously approved by this Court pursuant to Orrick's 1st through 30th quarterly fee applications ($26,196,872.25), as bankruptcy co-counsel to the Former FCR, and 1st through 2nd quarterly fee applications ($276,436.50), as bankruptcy co-counsel to the Successor FCR **plus** the fees requested in Orrick's 3rd and 4th quarterly fee applications for October 1, 2013 - December 31, 2013 ($334,783.50) and January 1, 2014 - February 3, 2014 ($196,364.25) in connection with bankruptcy services provided to the Successor FCR, which, as of the date of this Final Fee Application, remain pending before this Court.

[3] The amount of final expense reimbursement requested in this Final Fee Application is equal to the **sum** of all expenses previously approved by this Court pursuant to Orrick's 1st through 30th quarterly fee applications ($2,142,479.72), as bankruptcy co-counsel to the Former FCR, and 1st through 2nd quarterly fee applications ($8,723.46), as bankruptcy co-counsel to the Successor FCR **plus** the expenses requested in Orrick's 3rd and 4th quarterly fee applications for October 1, 2013 - December 31, 2013 ($7,959.95) and January 1, 2014 - February 3, 2014 ($9,728.20) in connection with expenses incurred while providing bankruptcy services to the Successor FCR, which, as of the date of this Final Fee Application, remain pending before this Court.

[4] This total is the **sum** of Orrick's approved fees for its 1st through 30th quarterly fee applications as bankruptcy co-counsel to the Former FCR, **plus** Orrick's approved fees for its 1st and 2nd quarterly fee applications as bankruptcy co-counsel to the Successor FCR.

[5] This total is the **sum** of Orrick's approved expenses for its 1st through 30th quarterly fee applications as bankruptcy co-counsel to the Former FCR, **plus** Orrick's approved expenses for its 1st and 2nd quarterly fee applications as bankruptcy co-counsel to the Successor FCR.

This is an _____ interim __X__ final application.

Pursuant to Section 2.1.1(b) of the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., *et al.*, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified through December 23, 2010, and Section VIII of the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified through December 23, 2010, Orrick will submit invoices to the above-captioned Reorganized Debtors for services rendered and expenses incurred after February 3, 2014.

### SUMMARY OF QUARTERLY FEE APPLICATIONS FILED DURING THE FINAL FEE PERIOD: FEBRUARY 6, 2006 – FEBRUARY 3, 2014

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses as of May 9, 2014 | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/ Expenses | Dated Filed (DI No.) |
| **Bankruptcy Co-Counsel to David T. Austern, Former FCR** | | | | | | | |
| 6/29/06 D.I. 12731 (1st Quarterly) | 1/1/06-3/31/06 | $206,292.25 | $7,501.32 | $206,292.25 | $7,501.32 | $0.00 | 9/26/06 D.I. 13298 |
| 8/21/06 D.I. 13027 (2nd Quarterly) | 4/1/06-6/30/06 | $456,045.25 | $14,568.92 | $456,045.25 | $14,568.92 | $0.00 | 12/19/06 D.I. 14069 |
| 11/16/06 D.I. 13686 (3rd Quarterly) | 7/1/06-9/30/06 | $558,019.75 | $25,651.67 | $558,019.75 | $25,651.67 | $0.00 | 3/30/07 D.I. 15044 |
| 2/21/07 D.I. 14630 (4th Quarterly) | 10/1/06-12/31/06 | $841,070.00 | $98,378.95 | $829,995.50 | $97,603.44 | $0.00 | 6/20/07 D.I. 16105 |
| 8/9/07 D.I. 16516 (5th Quarterly) | 1/1/07-3/31/07 | $1,098,668.00 | $57,670.14 | $1,098,668.00 | $56,678.49 | $0.00 | 9/25/07 D.I. 16916 |
| 11/5/07 D.I. 17290 (6th Quarterly) | 4/1/07-6/30/07 | $1,021,931.50 | $168,071.15 | $1,011,439.00 | $168,071.15 | $0.00 | 12/13/07 D.I. 17629 |
| 1/11/08 D.I. 17801 (7th Quarterly) | 7/1/07-9/30/07 | $1,318,928.25 | $506,330.27 | $1,318,928.25 | $494,922.82 | $0.00 | 3/12/08 D.I. 18270 |
| 4/29/08 D.I. 18631 (8th Quarterly) | 10/1/07-12/31/07 | $2,577,801.25 | $276,906.50 | $2,577,801.25 | $271,707.53 | $0.00 | 6/23/08 D.I. 18989 |

3

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses as of May 9, 2014 | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/ Expenses | Dated Filed (DI No.) |
| 8/4/08 D.I. 19222 (9th Quarterly) | 1/1/08-3/31/08 | $2,834,348.75 | $436,062.97 | $2,815,254.75 | $432,017.97 | $0.00 | 10/1/08 D.I. 19663 |
| 10/2/08 D.I. 19694 (10th Quarterly) | 4/1/08-6/30/08 | $1,060,594.00 | $96,239.02 | $1,060,241.50 | $96,109.01 | $0.00 | 12/7/08 D.I. 20283 |
| 11/25/08 D.I. 20136 (11th Quarterly) | 7/1/08-9/30/08 | $1,205,058.75 | $69,698.64 | $1,205,058.75 | $69,589.08 | $0.00 | 4/2/09 D.I. 21173 |
| 4/13/09 D.I. 21255 (12th Quarterly) | 10/1/08-12/31/08 | $1,133,553.25 | $95,017.93 | $1,133,333.25 | $94,922.93 | $0.00 | 7/7/09 D.I. 22354 |
| 6/25/09 D.I. 22253 (13th Quarterly) | 1/1/09-3/31/09 | $1,497,820.75 | $56,151.13 | $1,495,903.25 | $56,047.01 | $0.00 | 9/28/09 D.I. 23352 |
| 9/15/09 D.I. 23243 (14th Quarterly | 4/1/09-6/30/09 | $1,300,578.75 | $44,857.50 | $1,295,685.75 | $44,857.50 | $0.00 | 12/11/09 D.I. 23996 |
| 11/20/09 D.I. 23807 (15th Quarterly) | 7/1/09-9/30/09 | $1,674,330.00 | $57,526.76 | $1,674,330.00 | $57,172.92 | $0.00 | 3/19/10 D.I. 24470 |
| 3/2/10 D.I. 24397 (16th Quarterly) | 10/1/09-12/31/09 | $1,091,059.75 | $45,541.09 | $1,091,059.75 | $45,541.09 | $0.00 | 6/7/10 D.I. 24917 |
| 3/3/09 D.I. 20904 (17th Quarterly) | 1/1/10-3/31/10 | $949,778.00 | $30,135.35 | $948,928.00 | $29,968.35 | $0.00 | 9/13/10 D.I. 25397 |
| 11/8/10 D.I. 25720 (18th Quarterly) | 4/1/10-6/30/10 | $640,112.00 | $13,586.57 | $640,112.00 | $13,586.57 | $0.00 | 12/10/10 D.I. 25905 |
| 1/14/11 D.I. 26076 (19th Quarterly) | 7/1/10-9/30/10 | $321,026.50 | $4,390.47 | $321,026.50 | $4,390.47 | $0.00 | 3/24/11 D.I. 26623 |
| 3/25/11 D.I. 26635 (20th Quarterly) | 10/1/10-12/31/10 | $303,224.75 | $3,984.67 | $302,144.75 | $3,953.67 | $0.00 | 6/30/11 D.I. 27188 |
| 5/17/11 D.I. 26946 (21st Quarterly) | 1/1/11-3/31/11 | $480,156.25 | $14,901.02 | $480,156.25 | $14,626.02 | $0.00 | 9/20/11 D.I. 27622 |
| 8/16/11 D.I. 27440 (22nd Quarterly) | 4/1/11-6/30/11 | $711,762.00 | $6,450.32 | $711,762.00 | $6,450.32 | $0.00 | 12/14/11 D.I. 28150 |

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses as of May 9, 2014 | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/ Expenses | Dated Filed (DI No.) |
| 1/13/12 D.I. 28355 (23rd Quarterly) | 7/1/11- 9/30/11 | $486,275.25 | $7,381.60 | $486,275.25 | $7,227.60 | $0.00 | 3/23/12 D.I. 28705 |
| 3/27/12 D.I. 28724 (24th Quarterly) | 10/1/11- 12/31/11 | $202,189.50 | $2,772.72 | $201,122.00 | $2,685.72 | $0.00 | 6/14/12 D.I. 29054 |
| 5/22/12 D.I. 28952 (25th Quarterly) | 1/1/12- 3/31/12 | $462,548.25 | $7,444.37 | $462,548.25 | $7,444.37 | $0.00 | 10/9/12 D.I. 29746 |
| 9/14/12 D.I. 29626 (26th Quarterly) | 4/1/12- 6/30/12 | $433,129.75 | $5,928.97 | $433,048.75 | $5,718.97 | $0.00 | 12/11/12 D.I. 30036 |
| 11/21/12 D.I. 29923 (27th Quarterly) | 7/1/12- 9/30/12 | $553,578.25 | $6,165.47 | $553,578.25 | $6,113.97 | $0.00 | 3/27/13 D.I. 30440 |
| 4/4/13 D.I. 30476 (28th Quarterly) | 10/1/12- 12/31/12 | $382,951.50 | $4,642.92 | $382,951.50 | $3,983.65 | $0.00 | 7/31/13 D.I. 30907 |
| 8/30/13 D.I. 31044 (29th Quarterly) | 1/1/13- 3/31/13 | $293,944.50 | $632.05 | $293,944.50 | $632.05 | $0.00 | 9/24/13 D.I. 31158 |
| 9/13/13 D.I. 31128 (30th Quarterly) | 4/1/13- 5/14/13 | $151,218.00 | $2,735.14 | $151,218.00 | $2,735.14 | $0.00 | 12/17/13 D.I. 31482 |
| **Bankruptcy Co-Counsel to Roger Frankel, Successor FCR** | | | | | | | |
| 9/13/13 D.I. 31129 (1st Quarterly) | 5/15/13- 6/30/13 | $137,865.00 | $4,909.25 | $137,865.00 | $4,909.25 | $0.00 | 12/17/13 D.I. 31482 |
| 12/5/13 D.I. 31435 (2nd Quarterly) | 7/1/13- 9/30/13 | $138,571.50 | $3,814.21 | $138,571.50 | $3,814.21 | $0.00 | 3/31/14 D.I. 31963 |
| 3/14/14 D.I. 31861 (3rd Quarterly) | 10/1/13- 12/31/13 | $334,783.50 | $7,959.95 | $267,826.80 (80% fees paid – approval pending) | $7,959.95 (100% expenses paid – approval ending) | $66,956.70 (20% holdback on fees – approval pending) | Set for hearing on May 28, 2014 |
| To Be Considered with this Final Fee Application (4th Quarterly) | 1/1/14- 2/3/14 | $196,364.25 | $9,728.20 | $157,091.40 (80% fees paid – approval pending) | $9,728.20 (100% expenses paid – approval pending) | $39,272.85 (20% holdback on fees – approval pending) | Set for hearing on October 14, 2014 |

| Application | | Requested Fees and Expenses | | Approved/Paid Fees and Expenses as of May 9, 2014 | | Amounts Outstanding | Approval Order |
|---|---|---|---|---|---|---|---|
| Dated Filed (DI No.) | Period Covered | Requested Fees | Requested Expenses | Approved/ Paid Fees | Approved/ Paid Expenses | Fees/ Expenses | Dated Filed (DI No.) |
| **TOTAL** | | **$27,055,579.00** | **$2,193,737.21** | **$26,898,226.95** (approval pending) | **$2,168,891.33** (approval pending) | **$106,229.55 (fees)** $0.00 (expenses) | -- |

## SUMMARIES RELATING TO FOURTH QUARTERLY PERIOD: JANUARY 1, 2014 - FEBRUARY 3, 2014

### MONTHLY FEE APPLICATION FILED FOR FOURTH QUARTERLY PERIOD

| Date Filed (DI No.) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | CNO Filed (DI No.) |
|---|---|---|---|---|---|---|
| 2/25/14 D.I. 31860 | 1/1/14-2/3/14 | $196,364.25 | $9,728.20 | $157,091.40 (80% fees paid – approval pending) | $9,728.20 (100% expenses paid – approval pending) | 4/8/14 D.I. 31992 |
| **TOTAL:** | 1/1/14-2/3/14 | $196,364.25 | $9,728.20 | $157,091.40 | $9,728.20 | -- |

**SUMMARY OF TIME EXPENDED BY**
**PROFESSIONAL DURING FOURTH QUARTERLY PERIOD**

| Name of Professional | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Richard Smith | Partner, M&A and Private Equity 1983 | $905 | 4.40 | $3,982.00 |
| Richard H. Wyron | Partner, Restructuring 1979 | $875 | 48.70 | $40,381.25 |
| **Of Counsel** | | | | |
| Peri Mahaley | Of Counsel, Insurance 1979 | $695 | 15.30 | $10,633.50 |
| Mary Wallace | Of Counsel, Restructuring 1989 | $765 | 29.70 | $22,720.50 |
| **Associates** | | | | |
| Debra L. Felder | Associate, Restructuring 2002 | $685 | 156.90 | $101,654.00 |
| **Paraprofessionals** | | | | |
| Bryan J. Coffey | Analyst | $290 | .50 | $145.00 |
| Debra Fullem | Bankruptcy Specialist | $285 | 58.20 | $16,587.00 |
| Laura Lukasik | Paralegal | $90 | 2.90 | $261.00 |
| **TOTAL:** | | | **316.60** | **$196,364.25** |
| **Blended Rate: $620.23** | | | | |

**SUMMARY OF COMPENSATION BY**
**PROJECT CATEGORY DURING FOURTH QUARTERLY PERIOD**

| Project Category | Hours Billed | Total Fees Requested |
|---|---|---|
| Compensation of Professionals - Orrick | 10.50 | $3,609.50 |
| Compensation of Professionals - Other | 23.10 | $7,315.00 |
| Insurance | 14.70 | $10,170.50 |
| Litigation | 168.90 | $119,430.00 |
| Plan and Disclosure Statement | 34.90 | $26,930.50 |
| Retention of Professionals - Orrick | 6.80 | $2,989.00 |
| Retention of Professionals - Other | 35.60 | $17,866.00 |
| Travel (Non-Working) | 22.10 | $8,053.75 |
| **TOTAL:** | **316.60** | **$196,364.25** |

**SUMMARY OF EXPENSES INCURRED DURING FOURTH QUARTERLY PERIOD**

| Expense Category | Total |
|---|---|
| Duplicating (Color) | $187.70 |
| Duplicating (B/W) | $3,061.78 |
| Express Delivery | $43.90 |
| Meals | $152.51 |
| Pacer | $642.90 |
| Parking | $140.00 |
| Postage | $797.80 |
| Taxi | $218.05 |
| Travel – Air & Train | $3,574.20 |
| Travel – Hotel | $903.76 |
| Travel – Mileage | $5.60 |
| **TOTAL:** | **$9,728.20** |

**SUMMARIES RELATING TO FINAL FEE PERIOD:**
**FEBRUARY 6, 2006 - FEBRUARY 3, 2014**

**SUMMARY OF TIME EXPENDED BY**
**PROFESSIONAL DURING FINAL FEE PERIOD**

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John Ansbro | Partner, Litigation<br>1995 | $570<br>$625<br>$690 | 23.00<br>1,866.40<br>628.00 | $13,110.00<br>$1,133,968.75<br>$407,169.00 |
| Alan Benjamin | Partner, Banking & Finance<br>1977 | $750 | 9.60 | $7,200.00 |
| William Berry | Partner, Compensation & Benefits<br>1972 | $620<br>$760 | 13.70<br>0.30 | $8,494.00<br>$228.00 |
| Grady Bolding | Partner, Tax<br>1977 | $750 | 10.10 | $7,575.00 |
| John P. Cook | Partner, M&A and Private Equity<br>1996 | $680 | 0.80 | $544.00 |
| Brett Cooper | Partner, Capital Markets<br>1995 | $680 | 0.10 | $68.00 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Peter J. Connors | Partner, Tax<br>1976 | $895 | 6.90 | $6,175.50 |
| Stephen G. Foresta | Partner, Insurance<br>1987 | $675<br>$825 | 24.10<br>64.70 | $16,267.50<br>$53,377.50 |
| Roger Frankel | Partner, Restructuring<br>1971 | $725<br>$770<br>$875<br>$945<br>$985<br>$995 | 620.20<br>716.50<br>1,420.60<br>1,312.10<br>1,565.10<br>1,122.30 | $440,836.25<br>$540,578.50<br>$1,203,912.50<br>$1,213,758.00<br>$1,519,313.25<br>$1,102,559.50 |
| Adam W. Goldberg | Partner, Litigation<br>1994 | $570 | 3.60 | $2,052.00 |
| Jonathan P. Guy | Partner, Litigation<br>1993 | $605<br>$650<br>$720<br>$755<br>$810 | 109.30<br>77.00<br>54.20<br>910.20<br>22.10 | $66,126.50<br>$50,050.00<br>$39,024.00<br>$675,687.25<br>$16,483.50 |
| Barbara M. Lange | Partner, Corporate & Securities<br>1994 | $575 | 10.30 | $5,922.50 |
| Robert F. Lawrence | Partner, Energy & Infrastructure<br>1983 | $600<br>$650<br>$715<br>$750 | 7.10<br>35.80<br>28.70<br>8.60 | $4,260.00<br>$23,270.00<br>$20,520.50<br>$6,450.00 |
| Raymond G. Mullady, Jr. | Partner, Litigation<br>1983 | $635<br>$660<br>$695<br>$710<br>$745 | 95.90<br>252.80<br>1,197.70<br>560.00<br>0.30 | $60,896.50<br>$166,848.00<br>$813,173.75<br>$387,979.50<br>$223.50 |
| Jay K. Musoff | Partner, Litigation<br>1993 | $625<br>$720 | 12.70<br>0.30 | $7,937.50<br>$216.00 |
| John Narducci | Partner, Tax<br>1998 | $775<br>$810 | 0.20<br>0.20 | $155.00<br>$162.00 |
| Mark J. Plumer | Partner, Insurance<br>1986 | $795<br>$835 | 18.90<br>3.80 | $15,025.50<br>$3,173.00 |
| Garret G. Rasmussen | Partner, Antitrust & Competition<br>1974 | $645<br>$700<br>$800 | 219.70<br>381.70<br>254.80 | $141,706.50<br>$267,190.00<br>$202,960.00 |
| Jeannie Shin | Partner, M&A and Private Equity<br>1999 | $715 | 21.20 | $15,158.00 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Richard V. Smith | Partner, M&A and Private Equity<br>1983 | $775<br>$815<br>$850<br>$875<br>$905 | 192.40<br>38.80<br>5.30<br>24.90<br>4.40 | $135,431.25<br>$31,622.00<br>$4,505.00<br>$21,787.50<br>$3,982.00 |
| Scott A. Stengel | Partner, Restructuring<br>1996 | $690 | 67.90 | $46,851.00 |
| Michael T. Stolper | Partner, Insurance<br>1993 | $585 | 12.00 | $7,020.00 |
| Christopher Vejnoska | Partner, Mass Torts & Product Liability<br>1980 | $665 | 2.60 | $1,703.00 |
| Eric C. Wall | Partner, Tax<br>2002 | $695 | 2.20 | $1,529.00 |
| Richard H. Wyron | Partner, Restructuring<br>1979 | $645<br>$700<br>$775<br>$815<br>$850<br>$875 | 514.10<br>346.30<br>1,146.00<br>1,361.40<br>1,386.90<br>1,068.70 | $326,337.75<br>$238,035.00<br>$863,195.00<br>$1,089,125.25<br>$1,161,015.00<br>$920,762.50 |
| **Counsel** | | | | |
| Monique D. Almy | Of Counsel, Restructuring<br>1987 | $525 | 11.40 | $5,985.00 |
| Wendy Curtis | Special Counsel, Litigation<br>1998 | $450 | 0.60 | $270.00 |
| Jeffrey D. Hermann | Of Counsel, Restructuring<br>1977 | $570<br>$605 | 5.50<br>2.20 | $3,135.00<br>$1,331.00 |
| Peri Mahaley | Of Counsel, Insurance<br>1979 | $575<br>$605<br>$650<br>$665<br>$695 | 163.10<br>1,704.60<br>778.90<br>58.90<br>15.30 | $93,782.50<br>$1,018,033.50<br>$504,335.00<br>$39,168.50<br>$10,633.50 |
| Dora Mao | Senior Counsel, Structured Finance<br>1987 | $635 | 0.30 | $190.50 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Clayton S. Reynolds | Senior Counsel, Tax 1979 | $700<br>$800<br>$840 | 49.40<br>56.80<br>13.80 | $34,580.00<br>$45,440.00<br>$11,592.00 |
| Mary A. Wallace | Contract Attorney, Restructuring 1989 | $500<br>$550<br>$620<br>$650<br>$675<br>$710<br>$740<br>$765 | 25.70<br>261.80<br>534.80<br>140.20<br>0.30<br>31.70<br>56.00<br>29.70 | $12,850.00<br>$143,990.00<br>$324,477.00<br>$91,130.00<br>$202.50<br>$22,507.00<br>$41,440.00<br>$22,720.50 |
| **Associates** | | | | |
| Justin Bagdady | Summer Associate | $270 | 11.20 | $3,024.00 |
| Christopher Britt | Associate, Litigation 2007 | $235<br>$270<br>$340 | 56.50<br>38.40<br>14.60 | $13,277.50<br>$10,368.00<br>$4,964.00 |
| James Burke | Associate, Litigation 2008 | $285<br>$360<br>$445<br>$530<br>$550 | 188.30<br>612.10<br>121.40<br>63.60<br>33.00 | $53,665.50<br>$220,356.00<br>$54,023.00<br>$33,708.00<br>$18,150.00 |
| Matthew W. Cheney | Associate, Restructuring 1997 | $490 | 68.10 | $33,369.00 |
| Charity R. Clark | Associate, Restructuring 2005 | $440<br>$470 | 169.60<br>13.00 | $74,624.00<br>$6,110.00 |
| Stephanie M. Cowles | Associate, Litigation 2008 | $270<br>$340 | 99.70<br>44.80 | $26,919.00<br>$15,232.00 |
| Jordan Coyle | Associate, Intellectual Property 2008 | $250 | 1.70 | $425.00 |
| Joshua M. Cutler | Associate, Litigation 2003 | $430<br>$465<br>$500<br>$555 | 115.70<br>165.60<br>276.80<br>157.70 | $47,601.00<br>$77,004.00<br>$131,425.00<br>$87,523.50 |
| Alyssa D. Englund | Associate, Restructuring 2001 | $560 | 5.50 | $3,080.00 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Debra L. Felder | Associate, Restructuring 2002 | $405 $430 $465 $490 $530 $560 $590 $645 $650 $685 | 591.20 496.50 1,403.40 443.10 806.70 296.30 752.50 993.00 937.80 156.90 | $237,633.75 $212,957.50 $645,257.25 $213,689.00 $420,475.50 $165,928.00 $443,975.00 $634,680.00 $608,107.50 $101,654.00 |
| Zachary Finley | Associate, Banking & Finance 2003 | $540 $570 $600 $645 | 161.80 63.20 160.40 1.20 | $78,219.00 $36,024.00 $96,240.00 $774.00 |
| Alexandra G. Freidberg | Associate, Environmental 2007 | $270 $340 | 83.00 16.50 | $22,410.00 $5,610.00 |
| Elizabeth Han | Summer Associate | $270 | 11.80 | $3,186.00 |
| Dao Huynh | Associate, Restructuring 2009 | $330 | 34.10 | $11,253.00 |
| Aaron F. Jennings | Summer Associate | $360 | 68.40 | $24,624.00 |
| Nicole M. Jones | Associate, Litigation 2006 | $270 $355 $400 | 141.00 86.20 75.40 | $38,070.00 $30,601.00 $30,160.00 |
| Antony P. Kim | Associate, Antitrust & Competition 2003 | $375 $430 $465 $500 $555 | 3.30 67.90 436.20 495.50 3.70 | $1,237.50 $29,197.00 $202,833.00 $244,750.00 $2,053.50 |
| Daniel Knepper | Associate, Energy & Infrastructure 2006 | $270 | 2.10 | $567.00 |
| Jerome Ku | Associate, Corporate 2002 | $510 | 5.30 | $2,703.00 |
| Erin Langley | Summer Associate | $270 | 15.90 | $4,293.00 |
| Stephen Lessard | Associate, Tax 2008 | $270 $575 | 22.80 2.40 | $6,156.00 $1,380.00 |
| David Lin | Associate, Banking & Finance 2008 | $320 | 4.30 | $1,376.00 |

12

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Katherine E. Maco | Associate, Securities Litigation & Regulatory Enforcement | $270<br>$340 | 197.70<br>243.00 | $53,379.00<br>$82,620.00 |
| Inessa M. Mirkin | Associate, Litigation 2009 | $355 | 46.00 | $16,330.00 |
| Laura Muldoon | Associate, Litigation 2008 | $250 | 4.10 | $1,025.00 |
| Kimberly Neureiter | Associate, Restructuring 2002 | $375 | 116.20 | $43,575.00 |
| Christopher O'Connell | Associate, Litigation 2003 | $390<br>$430<br>$470 | 18.70<br>191.50<br>269.30 | $7,293.00<br>$82,345.00<br>$126,571.00 |
| Kathleen A. Orr | Associate, Litigation 2001 | $560<br>$620<br>$645 | 42.80<br>644.90<br>3.20 | $23,968.00<br>$399,838.00<br>$2,064.00 |
| John Pitts | Associate, Litigation 2008 | $235<br>$270<br>$340 | 7.30<br>47.20<br>224.40 | $1,715.50<br>$12,744.00<br>$75,786.00 |
| Jonas Robison | Associate, Corporate, 2010 | $375 | 5.40 | $2,025.00 |
| Courtney M. Rogers | Associate, Restructuring 2006 | $270<br>$355<br>$400 | 22.10<br>10.10<br>52.20 | $5,967.00<br>$3,585.50<br>$20,880.00 |
| Donald Snead | Associate, Corporate 2007 | $320<br>$400 | 4.50<br>5.50 | $1,440.00<br>$2,200.00 |
| Emily S. Somers | Associate, Litigation 2006 | $270<br>$355<br>$400 | 170.60<br>482.90<br>156.00 | $44,307.00<br>$168,429.75<br>$62,400.00 |
| Evgenia Sorokina | Associate, Corporate 2003 | $270 | 2.50 | $675.00 |
| Katherine S. Thomas | Associate, Restructuring 2004 | $325<br>$365<br>$390<br>$430<br>$470<br>$500<br>$525 | 92.40<br>17.40<br>27.10<br>165.40<br>264.20<br>34.00<br>4.60 | $30,030.00<br>$6,525.00<br>$10,569.00<br>$71,122.00<br>$124,174.00<br>$17,000.00<br>$2,415.00 |
| Shannon Dawn Venegas | Associate, Litigation 2004 | $325<br>$375<br>$390 | 98.00<br>196.50<br>126.70 | $31,850.00<br>$73,687.50<br>$48,633.00 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Annie L. Weiss | Associate, Litigation, 2004 | $375<br>$390<br>$430<br>$470 | 58.50<br>310.70<br>317.40<br>288.00 | $21,937.50<br>$120,198.00<br>$136,482.00<br>$132,093.50 |
| Catharine L. Zurbrugg | Associate, Litigation 2005 | $355<br>$390<br>$440 | 702.90<br>198.80<br>166.60 | $243,707.50<br>$77,532.00<br>$71,764.00 |
| **Paraprofessionals** | | | | |
| William Addo | Research Specialist | $205<br>$220 | 2.70<br>1.30 | $553.50<br>$286.00 |
| Rachael M. Barainca | Legal Assistant | $140<br>$150<br>$160 | 530.90<br>633.00<br>119.30 | $74,326.00<br>$94,950.00<br>$19,088.00 |
| Carrie Barclay | Research Specialist | $230 | 0.30 | $69.00 |
| Caren Bieberman | Librarian | $195<br>$205 | 3.30<br>0.50 | $643.50<br>$102.50 |
| James Cangialosi | Legal Assistant | $220<br>$235<br>$260 | 1.50<br>350.50<br>483.50 | $330.00<br>$81,780.00<br>$123,370.00 |
| Bryan J. Coffey | Analyst | $290 | 0.50 | $145.00 |
| Aaron Cohen | Paralegal | $160<br>$170 | 2.50<br>0.50 | $400.00<br>$85.00 |
| Stephen Cruzado | Paralegal | $220<br>$230<br>$240 | 7.00<br>136.40<br>26.00 | $1,540.00<br>$31,372.00<br>$6,240.00 |
| Alan Dubin | Project Technology | $195<br>$205 | 5.50<br>3.90 | $1,072.50<br>$799.50 |
| Yonatan Even | Paralegal | $200 | 14.30 | $2,860.00 |
| Debra O. Fullem | Bankruptcy Research Specialist | $210<br>$225<br>$245<br>$255<br>$265<br>$270<br>$285 | 254.60<br>164.10<br>418.60<br>306.30<br>403.80<br>528.80<br>58.20 | $53,466.00<br>$36,922.50<br>$102,557.00<br>$78,106.50<br>$107,007.00<br>$142,776.00<br>$16,587.00 |
| Aurora Hamilton | Paralegal | $190<br>$200<br>$220 | 14.10<br>20.00<br>1.50 | $2,679.00<br>$4,000.00<br>$330.00 |
| Saira Hosein | Legal Assistant | $205<br>$230 | 5.50<br>3.00 | $1,127.50<br>$690.00 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Timothy J. Hoye | Practice Support Project Coordinator | $195<br>$210 | 105.50<br>63.20 | $20,572.50<br>$13,272.00 |
| Dmitry Iofe | Project Technology | $180<br>$190<br>$205 | 6.00<br>11.50<br>1.00 | $1,080.00<br>$2,185.00<br>$205.00 |
| Thomas Kim | Legal Assistant | $180<br>$195 | 10.50<br>34.00 | $1,890.00<br>$6,630.00 |
| Karen Jewell | Legal Assistant | $150 | 11.30 | $1,695.00 |
| Edward Lafayette | Legal Assistant | $145 | 30.00 | $4,350.00 |
| Loc Q. Le | Paralegal | $170 | 5.80 | $986.00 |
| Laura Lukasik | Paralegal | $90 | 9.00 | $810.00 |
| Jennifer McClune | Librarian | $185 | 5.50 | $1,017.50 |
| Frances McKeown | Research Specialist | $220 | 1.00 | $220.00 |
| Melanie Merchant | Paralegal | $160 | 2.50 | $400.00 |
| John Mora | Litigation Support Manager | $230<br>$240 | 0.30<br>2.40 | $69.00<br>$576.00 |
| Risa Mulligan | Librarian | $150<br>$170<br>$180 | 0.20<br>23.20<br>16.00 | $30.00<br>$3,944.00<br>$2,880.00 |
| Patricia Parker | Trial Technologist | $205 | 20.10 | $4,120.50 |
| Linda Pietrofere | Senior Legal Assistant | $230 | 31.50 | $7,245.00 |
| Thomas Ryan | Trial Technologist | $205 | 285.50 | $55,862.50 |
| Kirt Suomela | Scientific Advisor | $275<br>$290<br>$305 | 33.30<br>110.80<br>4.50 | $9,157.50<br>$32,132.00<br>$1,372.50 |
| Aaron R. Thorp | Practice Support Project Coordinator | $195<br>$210<br>$220 | 34.40<br>15.60<br>19.00 | $6,708.00<br>$3,276.00<br>$4,180.00 |
| Michael Timpani | Librarian | $195 | 0.50 | $97.50 |
| Elizabeth Y. Walker | Senior Legal Assistant | $240 | 30.50 | $7,320.00 |
| Logan B. West | Legal Assistant | $85<br>$90 | 125.80<br>21.50 | $10,693.00<br>$1,935.00 |
| Gerald Willey | Senior Legal Assistant | $300 | 2.50 | $750.00 |

| Name of Professional | Position, Practice Area, Year of Admission | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Sub-Total:** | -- | -- | 46,517.20 | **$27,076,209.25**[6] |
| **Agreed Reductions:** | -- | -- | -- | **($51,122.50)**[7] |
| **Orrick Write Offs:** | -- | -- | -- | **($20,630.25)**[8] |
| **TOTAL FEES REQUESTED IN THIS FINAL FEE APPLICATION:** | -- | -- | -- | $27,004,456.50 |
| **Blended Rate (excludes paralegal and other paraprofessional time):** | **$632.19** | | | |

---

[6] The data in this chart includes all hours billed and fees incurred by Orrick during the Final Fee Period as compiled by Orrick's accounting department and does not account for certain reductions and write offs agreed to by Orrick during these Chapter 11 Cases.

[7] In connection with Orrick's request for Court approval of its quarterly fee applications, Orrick agreed to reduce its fees in the aggregate amount of $51,122.50, which reductions were approved by the Court. [Dkt. Nos. 16105, 17629, 19663, 20283, 22354, 23352, 23996, 25397, 27188, 29054, 30036]. Orrick is not seeking reimbursement from the Debtors' estates for this amount.

[8] Due to mathematical and clerical errors in certain of its monthly and quarterly fee applications from 2006 and 2007, Orrick did not seek reimbursement from the Debtors' estates for a total of $20,630.25 in fees that it billed for work performed for the Former FCR. Orrick has treated these fees as a write-off (in addition to those fees and expenses it wrote off before being billed) and is not seeking reimbursement for such fees in this Final Fee Application.

## SUMMARY OF COMPENSATION BY
## PROJECT CATEGORY DURING FINAL FEE PERIOD

| Project Category | Hours Billed | Fees Requested |
|---|---|---|
| Case Administration | 358.10 | $60,725.00 |
| Due Diligence | 252.50 | $182,065.00 |
| Compensation of Professionals – Orrick | 1,603.50 | $525,081.50 |
| Compensation of Professionals – Other | 951.30 | $250,898.00 |
| Insurance | 3,729.00 | $2,329,625.50 |
| Litigation | 31,591.50 | $18,966,449.50 |
| Plan and Disclosure Statement | 5,872.70 | $3,825,419.00 |
| Retention of Professionals – Orrick | 276.00 | $110,961.50 |
| Retention of Professionals – Other | 353.40 | $188,338.50 |
| Travel (Non-Working) | 1,258.90 | $430,245.25 |
| Trust Distribution Procedures | 270.30 | $206,400.50 |
| **Sub-Total:** | **46,517.20** | **$27,076,209.25**[9] |
| **Agreed Reductions:** | -- | **($51,122.50)**[10] |
| **Orrick Write Offs:** | -- | **($20,630.25)**[11] |
| **TOTAL FEES REQUESTED IN FINAL FEE APPLICATION:** | -- | **$27,004,456.50** |

---

[9] The data in this chart includes all hours billed and fees incurred by Orrick during the Final Fee Period as compiled by Orrick's accounting department and does not account for certain reductions and write offs agreed to by Orrick during these Chapter 11 Cases.

[10] In connection with Orrick's request for Court approval of its quarterly fee applications, Orrick agreed to reduce its fees in the aggregate amount of $51,122.50, which reductions were approved by the Court. [Dkt. Nos. 16105, 17629, 19663, 20283, 22354, 23352, 23996, 25397, 27188, 29054, 30036]. Orrick is not seeking reimbursement from the Debtors' estates for this amount.

[11] Due to mathematical and clerical errors in certain of its monthly and quarterly fee applications from 2006 and 2007, Orrick did not seek reimbursement from the Debtors' estates for a total of $20,630.25 in fees that it billed for work performed for the Former FCR. Orrick has treated these fees as a write-off (in addition to those fees and expenses it wrote off before being billed) and is not seeking reimbursement for such fees in this Final Fee Application.

**SUMMARY OF EXPENSES INCURRED DURING FINAL FEE PERIOD**

| Expense Category | Expenses Requested |
|---|---:|
| Brinks | $92.66 |
| Capitol District Services | $767.82 |
| Color Copies | $1,043.75 |
| CourtCall | $29,685.55 |
| Court Filing Fees | $45.00 |
| Court Messenger Services | $85.00 |
| Court Reporting Services | $32,475.43 |
| Court and Deposition Transcripts | $9,405.20 |
| Desksite Services for Presentations | $720.00 |
| Document Technologies Inc. | $29,067.37 |
| Duplicating/Facsimile | $170,400.15 |
| Equipment Rental/Purchases Estimation Hearing | $12,158.31 |
| Experts | $955,315.93 |
| Litigation Support Services | $7,324.21 |
| Meals | $36,448.56 |
| Pacer | $35,970.81 |
| Parcels Document Retrieval Services | $1,515.55 |
| Parking | $5,819.99 |
| Postage/US Postal and Express Mail | $71,913.60 |
| Staff Overtime | $3,029.03 |
| Subpoena Service | $200.00 |
| Telephone | $6,009.06 |
| Travel – Agent Fees | $74.00 |
| Travel – Air | $203,597.33 |
| Travel – Hotel | $97,548.07 |
| Travel – Mileage | $4,302.88 |
| Travel – Taxi and Tolls | $21,448.75 |
| Travel – Train | $78,097.51 |
| Westlaw/Lexis Research | $344,639.90 |
| Williams Lee Document Services | $34,535.79 |
| **Sub-Total:** | $2,193,737.21 |
| **Agreed Reductions:** | ($24,845.88)[12] |
| **TOTAL EXPENSES REQUESTED IN FINAL FEE APPLICATION** | **$2,168,891.33** |

---

[12] In connection with Orrick's request for Court approval of its quarterly fee applications, Orrick agreed to reduce its expenses in the aggregate amount of $24,845.88, which reductions were approved by the Court. [Dkt. Nos. 16105, 16916, 18270, 18989, 19663, 20283, 21173, 22354, 23352, 24470, 25397, 27188, 27622, 28705, 29054, 30036, 30440, 30907]. Orrick is not seeking reimbursement from the Debtors' estates for this amount.

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: May 12, 2014            By: */s/ DEBRA L. FELDER*
                                      Debra L. Felder, admitted *pro hac vice*
                                      Columbia Center
                                      1152 15th Street, N.W.
                                      Washington, DC  20005-1706
                                      (202) 339-8400
                                      (202) 339-8500 (fax)

                                      FRANKEL WYRON LLP
                                      Richard H. Wyron, admitted *pro hac vice*
                                      2101 L Street, N.W., Suite 800
                                      Washington, DC  20037
                                      (202) 903-0700
                                      (202) 627-3002 (fax)

                                      -and-

                                      PHILLIPS, GOLDMAN & SPENCE, P.A.
                                      John C. Phillips, Jr. (#110)
                                      1200 North Broom Street
                                      Wilmington, DE 19806
                                      (302) 655-4200
                                      (302) 655-4210 (fax)

                                      *Bankruptcy Co-Counsel to David T. Austern,*
                                      *Former Asbestos PI Future Claimants' Representative, and*
                                      *Roger Frankel, Successor Asbestos PI Future Claimants'*
                                      *Representative*