**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (KJC) |
| | ) | |
|       **Reorganized Debtors.** | ) | |
| | ) | |

## **VERIFICATION**

**DISTRICT OF COLUMBIA, TO WIT:**

Debra L. Felder, after being duly sworn according to law, deposes and says:

1. I am a Senior Associate in the applicant law firm Orrick, Herrington & Sutcliffe LLP ("Orrick") and have been admitted *pro hac vice* to appear in these cases.

2. I have personally performed certain of the legal services rendered by Orrick as bankruptcy co-counsel to David T. Austern, former asbestos personal injury future claimants' representative (the "Former FCR"), and Roger Frankel, successor asbestos personal injury future claimants' representative (the "Successor FCR"), and am familiar with the work performed on behalf of the Former and Successor FCRs by the lawyers, legal assistants, and other professionals of Orrick as set forth in the *Fourth Quarterly and Final Fee Application of Orrick, Herrington & Sutcliffe LLP as Bankruptcy Co-Counsel to David T. Austern, Former Asbestos PI Future Claimants' Representative, and Roger Frankel, Successor Asbestos PI Future Claimants' Representative, for Compensation of Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from February 6, 2006 through February 3, 2014* (the "Final Fee Application").

3. I have reviewed the Final Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, as amended, dated April 17, 2002, and I believe the Final Fee Application to be in compliance therewith.

                                                      */s/ DEBRA L. FELDER*
                                                      DEBRA L. FELDER

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 12th DAY OF MAY 2014

*/s/ MICHELLE JORDAN*
Notary Public
My commission expires: April 30, 2016

OHSUSA:757357999.2