IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: July 11, 2014 at 4:00 pm |
| | ) | Hearing Date: October 14, 2014 at 10:00 am |

## SUMMARY OF THE FINAL VERIFIED APPLICATION OF FORMAN PERRY WATKINS KRUTZ & TARDY LLP FOR REIMBURSEMENT OF EXPENSES AND COMPENSATION FOR SERVICES IN EXCESS OF THE ORDINARY COURSE PROFESSIONAL CAP FOR THE PERIODS FROM APRIL 1, 2006 THROUGH OCTOBER 31, 2007

| | |
|---|---|
| Name of Applicant: | **Forman Perry Watkins Krutz & Tardy LLP** |
| Authorized to Provide Professional services to: | **W.R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **October 31, 2005** (Ordinary Course Professional) |
| Period for Which Compensation and Reimbursement is Sought: | **April 1, 2006 Through October 31, 2007** |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | **$3,304,539.00**[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | **$330,626.87**[3] |

This is a: ___ Monthly ___ Quarterly Application _X_ Final Application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] This amount includes all reductions to fees and $1,725.00 for preparation of this fee application.

[3] This amount includes all reductions to expenses.

The total time expended for preparation of this fee application is approximately 5 hours and the corresponding compensation requested is approximately $1,725.00 (which has been included in the above fee compensation total).

**Previous Fee Applications:**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| April 25, 2007 | 4/1/2006 – 3/31/2007[4] | $1,763,152.50 | $253,394.42 | $1,697,634.00[5] | $252,688.93 |
| May 30, 2007 | 4/1 – 4/30/2007 | $323,470.00 | $12,245.78 | $323,470.00 | $12,245.78 |
| July 25, 2007 | 5/1 – 5/31/2007 | $237,299.00 | $28,086.70 | $237,299.00 | $28,086.70 |
| August 7, 2007 | 6/1 – 6/30/2007 | $227,158.50 | $32,208.49 | $227,158.50 | $32,208.49[6] |
| October 31, 2007 | 7/1/2007 – 7/31/2007 | $215,279.00 | $337.03 | $215,279.00 | $337.03 |
| January 30, 2008 | 8/1/2007 – 8/31/2007 | $228,313.50 | $24.18 | $228,313.50 | $24.18 |
| January 30, 2008 | 9/1/2007 – 9/30/2007 | $169,774.50 | $356.83 | $169,774.50 | $356.83 |
| January 30, 2008 | 10/1/2007 – 10/31/2007 | $203,885.50 | $4,678.93 | $203,885.50 | $4,678.93 |

[*This section of the page intentionally left blank.*]

---

[4] Forman Perry submitted an application on April 25, 2007 for compensation for unreimbursed expenses and fees in excess of the OCP cap for the fee periods April 1, 2006 through March 31, 2007. Forman Perry had not previously filed a fee application in this matter. Pursuant to the *Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals As It Pertains to Forman Perry Watkins Krutz & Tardy LLP* dated April 2, 2007, Forman Perry was permitted to file fee applications for excess OCP fees and unreimbursed expenses for "all previous months and any future month" in which it incurred same. Therefore, Forman Perry's first fee application covered all excess fees and unreimbursed expenses incurred over a period of several months prior to the Court's April 2, 2007 Order. Since that time, all necessary fee applications have been filed on a monthly basis.

[5] Forman Perry received partial compensation and reimbursement of expenses for the April 2006 through October 2006 fee periods in the form of standard OCP monthly payments. Therefore, the amounts indicated in the fee application covering April 1, 2006 through March 31, 2007 represented the unpaid excess fees and unreimbursed expenses minus the normal course (paid or expected) OCP payments for those time periods.

The fees and expenses requested in the April 2006 through March 2007 "catch-up" application were approved on an interim basis by this Court on June 25, 2007. Subsequently, in the Court's order approving quarterly fee applications for the Twenty-Fourth Period, the Court approved $1,697,634.00 in fees and $252,688.93 in expenses which reflects a reduction of $65,518.50 in fees and $705.49 in expenses.

[6] In the Court's order approving quarterly fee applications for the Twenty-Fifth Period, the Court approved $70,963.06 in expenses which reflects a reduction of $1,577.91. For purposes of this application, we have noted the reduction in the last month of the period.

The Forman Perry attorneys who rendered professional services in these cases during the fee periods covered by this Final Fee Application are:

| Name of Professional | Position with Applicant and Years Admitted to Practice When Services Were Rendered | | Hourly Billing Rate | Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| KRUTZ, FRED | Partner | 29 Years | $435.00 | 128.8 | $56,028.00 |
| WATKINS, JR., WALTER G. | Partner | 28 Years | $435.00 | 63.2 | $27,492.00 |
| MULHOLLAND, DANIEL J | Sr. Associate | 21 Years | $345.00 | 233.5 | $80,557.50 |
| CROFT, MARCY B. | Partner | 9 Years | $345.00 | 316.3 | $109,123.50 |
| CRUMP, RICHARD | Partner | 25 Years | $340.00 | 1.2 | $408.00 |
| MCLEOD, CHAN E. | Associate | 3 Years, 11 Months | $185.00 | 90.5 | $16,742.50 |
| DEARMAN, TANYA K. | Associate | 2 Years, 10 Months | $185.00 | 134.8 | $24,938.00 |
| HANNULA, BRIAN B. | Associate | 3 Years, 11 Months | $185.00 | 40.2 | $7,437.00 |
| METCALF, JOSHUA J. | Associate | 5 Years, 11 Months | $195.00 | 310.8 | $60,606.00 |
| GARNER, SHARON M. | Associate | 5 Years, 11 Months | $195.00 | 3.0 | $585.00 |
| HUTH, JONATHAN K. | Sr. Associate | 6 Years, 11 Months | $225.00 | 33.5 | $7,537.50 |
| CALHOUN, ASHLEY | Associate | 3 Years, 4 Months | $185.00 | 298.3 | $55,185.50 |
| RATLIFF, MARY MARGARET | Sr. Associate | 4 Years, 11 Months | $225.00 | 524.9 | $118,102.50 |
| RAGGIO, JOHN W. | Associate | 3 Years, 9 Months | $200.00 | 1.4 | $280.00 |
| KAMRANI, NATASHA M. | Sr. Associate | 6 Years, 9 Months | $225.00 | 1.4 | $315.00 |
| PUJOL, PATRICE | Sr. Associate | 11 Years, 11 Months | $225.00 | 2.2 | $495.00 |
| BUFFINGTON, KEVIN A. | Associate | 2 Years, 10 Months | $185.00 | 224.7 | $41,569.50 |
| BLUMROSEN, AMY J. | Sr. Associate | 9 Years, 9 Months | $225.00 | 1.4 | $315.00 |
| MOELLER, EVAN A. | Associate | 1 Year, 9 Months | $185.00 | 1.1 | $203.50 |
| CARSON, HEATHER J. | Associate | 1 Year, 10 Months | $185.00 | 28.6 | $5,291.00 |
| SUMMERLIN, AMANDA | Associate | 4 Years, 11 Months | $185.00 | 18.3 | $3,385.50 |
| SNEDDON, CEEJAYE | Associate | 1 Year, 10 Months | $185.00 | 170.8 | $31,598.00 |
| **TOTAL FOR ATTORNEYS** | | | | **2628.9** | **$ 648,195.50** |

*[This section of the page intentionally left blank.]*

The paraprofessionals of Forman Perry who rendered professional services in these cases during the fee periods covered by this Final Fee Application are:

| Name of Paraprofessional | | Position with Applicant and Number of Years as a Paraprofessional | Hourly Billing Rate | Hours Billed | Total Compensation |
| --- | --- | --- | --- | --- | --- |
| Last Name | First Name | | | | |
| ALAYA | STEPHANIE D. | Paralegal/Document Analyst | 6 Months | $95.00 | 2.6 | $247.00 |
| ALDERSON | JUSTIN M. | Paralegal | 3 Years, 2 Months | $95.00 | 738.7 | $70,176.50 |
| ALLEN | DEBORAH S. | Paralegal/Document Analyst | 1 Year, 8 Months | $95.00 | 347.8 | $33,041.00 |
| ARMSTRONG | ANGELA | Paralegal/Document Analyst | 9 Months | $95.00 | 51.2 | $4,864.00 |
| ALLEN | JUDY D. | Paralegal/Document Analyst | 1 Year, 4 Months | $95.00 | 143.2 | $13,604.00 |
| ANDERSON | SHAN | Paralegal/Document Analyst | 2 Years, 4 Months | $95.00 | 7.2 | $684.00 |
| AVERY | MAYA D. | Paralegal/Document Analyst | 7 Months | $95.00 | 14.6 | $1,387.00 |
| BARTON | JANEKIA W. | Paralegal/Document Analyst | 10 Months | $95.00 | 66.7 | $6,336.50 |
| BATES | TRACEY C. | Paralegal/Document Analyst | 2 Years | $95.00 | 714.7 | $67,896.50 |
| BAXLEY | ALICE L. | Paralegal/Document Analyst | 10 Months | $95.00 | 8.5 | $807.50 |
| BENNINGHOFF | COURTNEY E. | Paralegal/Document Analyst | 2 Years, 3 Months | $95.00 | 368.1 | $34,969.50 |
| BLACKMON | ERICA M. | Paralegal/Document Analyst | 1 Year, 4 Months | $95.00 | 74.8 | $7,106.00 |
| BOLER | KIM L. | Paralegal/Document Analyst | 1 Year, 4 Months | $95.00 | 223.1 | $21,194.50 |
| BOWIE | BRIDGETT T. | Paralegal/Document Analyst | 3 Years, 4 Months | $95.00 | 117.6 | $11,172.00 |
| BRELAND | SUSAN | Sr. Paralegal/Document Analyst | 3 Years, 2 Months | $95.00 | 1029.5 | $97,802.50 |
| BROWN | BRIAN W. | Paralegal/Document Analyst | 4 Years, 4 Months | $95.00 | 60.6 | $5,757.00 |
| BRYANT | ROBERT NEIL | Paralegal/Document Analyst | 3 Years, 4 Months | $95.00 | 30.4 | $2,888.00 |
| BUTLER | ASHLEY N. | Paralegal/Document Analyst | 1 Year, 6 Months | $95.00 | 513.8 | $48,811.00 |
| BYRD | KIM A. | Paralegal/Document Analyst | 2 Years, 4 Months | $95.00 | 795.1 | $75,534.50 |
| COUSIN | THELMA B. | Paralegal/Document Analyst | 10 Months | $95.00 | 201.2 | $19,114.00 |
| CRABTREE | CHERYL L. | Paralegal/Document Analyst | 3 Years | $95.00 | 404.4 | $38,418.00 |
| CRAINE | RHONDA | Paralegal/Document Analyst | 16 Years, 3 Months | $95.00 | 5.4 | $513.00 |
| CRUMP | DEVIN D. | Paralegal/Document Analyst | 6 Months | $95.00 | 57.8 | $5,491.00 |
| CRUMP-RILEY | ESANDRA D. | Paralegal/Document Analyst | 1 Year, 11 Months | $95.00 | 1155.8 | $109,801.00 |
| DAVIS | LACEY E. | Paralegal/Document Analyst | 2 Years | $95.00 | 549.6 | $52,212.00 |
| DAVIS | JACKIE A. | Paralegal/Document Analyst | 1 Year, 4 Months | $95.00 | 343.9 | $32,670.50 |
| DEEMER, JR. | WILLIAM M. | Sr. Paralegal/Document Analyst | 9 Years, 4 Months | $95.00 | 194.2 | $18,449.00 |
| DELAUGHTER | PATRICIA M. | Paralegal/Document Analyst | 2 Years, 10 Months | $95.00 | 35.9 | $3,410.50 |
| DIAL | MAYA M. | Sr. Paralegal/Document Analyst | 5 Years, 10 Months | $95.00 | 363.4 | $34,523.00 |
| DINKINS | SHIVOCHIE | Paralegal/Document Analyst | 3 Years, 10 Months | $95.00 | 63.8 | $6,061.00 |
| DURHAM | S. MARCHUNE | Paralegal/Document Analyst | 7 Years, 4 Months | $95.00 | 71.4 | $6,783.00 |
| EPPS | REGINA D. | Paralegal/Document Analyst | 1 Year, 8 Months | $95.00 | 1212.9 | $115,225.50 |
| ESTES | JACKIE F. | Paralegal/Document Analyst | 5 Years, 10 Months | $95.00 | 14.2 | $1,349.00 |
| FICKLIN | ASHLEY M. | Paralegal/Document Analyst | 3 Years, 4 Months | $95.00 | 1271.6 | $120,802.00 |
| FORD | JACKIE D. | Paralegal/Document Analyst | 2 Years, 2 Months | $95.00 | 2.6 | $247.00 |
| FOREST-WILDER | MACHANDRA | Paralegal/Document Analyst | 2 Years | $95.00 | 1237.8 | $117,591.00 |
| GRANT | CATHY M. | Paralegal/Document Analyst | 9 Months | $95.00 | 59.0 | $5,605.00 |
| GRAY | SHIRLEY A. | Paralegal/Document Analyst | 1 Year, 10 Months | $95.00 | 1614.2 | $153,349.00 |
| HAGER | CHERLYN | Paralegal | 3 Years, 4 Months | $95.00 | 0.4 | $38.00 |
| HAIRSTON | DARCUS L. | Paralegal/Document Analyst | 10 Months | $95.00 | 0.6 | $57.00 |
| HALES | MICHELLE W. | Sr. Paralegal/Document Analyst | 2 Years, 6 Months | $95.00 | 554.5 | $52,677.50 |
| HALES | TONIA M. | Paralegal | 1 Year, 8 Months | $95.00 | 17.9 | $1,700.50 |
| HATCH | BRIDGET | Paralegal/Document Analyst | 2 Years, 4 Months | $95.00 | 246.4 | $23,408.00 |
| HITCHOCK | JAY | Paralegal/Document Analyst | 1 Year, 4 Months | $95.00 | 4.7 | $446.50 |
| HUBBS | LESHUNDA R. | Paralegal/Document Analyst | 10 Months | $95.00 | 62.1 | $5,899.50 |
| HUTTON | PRISCILLA | Paralegal/Document Analyst | 1 Year, 5 months | $95.00 | 1624.4 | $154,318.00 |
| INGLE | SHONDRA L. | Paralegal/Document Analyst | 1 Year, 4 Months | $95.00 | 280.4 | $26,638.00 |
| JACKSON | CLAY | Paralegal/Document Analyst | 2 Years, 10 Months | $95.00 | 73.1 | $6,944.50 |

| Name of Paraprofessional | | Position with Applicant and Number of Years as a Paraprofessional | Hourly Billing Rate | Hours Billed | Total Compensation |
| --- | --- | --- | --- | --- | --- |
| Last Name | First Name | | | | |
| JEFFCOATS | CHRISTEL A. | Paralegal | 9 Years, 4 Months | $105.00 | 10.5 | $1,102.50 |
| JEFFERSON | KIMBERLY L. | Paralegal/Document Analyst | 10 Months | $95.00 | 65.7 | $6,241.50 |
| JOHNSON | SALLIE D. | Paralegal/Document Analyst | 10 Months | $95.00 | 50.3 | $4,778.50 |
| KALAHAR | JULIE C. | Paralegal/Document Analyst | 1 Year, 10 Months | $95.00 | 144.8 | $13,756.00 |
| KELLY | SHARON | Paralegal/Document Analyst | 3 Years, 4 Months | $95.00 | 359.7 | $34,171.50 |
| KNIGHT | MARY H. | Paralegal/Document Analyst | 10 Months | $95.00 | 11.6 | $1,102.00 |
| LANCASTER | LEA ANNE | Paralegal/Document Analyst | 2 Years, 4 Months | $95.00 | 5.8 | $551.00 |
| KEELER | VALENCIA | Paralegal/Document Analyst | 9 Years, 3 Months | $95.00 | 44.4 | $4,218.00 |
| LAURO | VALERIE M. | Paralegal/Document Analyst | 2 Years, 6 Months | $95.00 | 135.8 | $12,901.00 |
| LIPSEY | MARY | Paralegal/Document Analyst | 1 Year, 10 Months | $95.00 | 97.3 | $9,243.50 |
| MARTIN | EBONIQUE | Paralegal/Document Analyst | 10 Months | $95.00 | 68.1 | $6,469.50 |
| MCGEE | RODNEY | Paralegal | 2 Years, 4 Months | $95.00 | 12.6 | $1,197.00 |
| MAYS | SHELIA | Paralegal/Document Analyst | 9 Months | $95.00 | 605.7 | $57,541.50 |
| MCKINNEY-POPE | KRISTIE N. | Paralegal/Document Analyst | 2 Years, 4 Months | $95.00 | 465.7 | $44,241.50 |
| MCLIN | JOYCE | Paralegal/Document Analyst | 7 Months | $95.00 | 25.4 | $2,413.00 |
| MCMILLAN | SHELLY B. | Sr. Paralegal/Document Analyst | 5 Years, 9 Months | $95.00 | 914.8 | $86,906.00 |
| MERRITT | SHERLITERCE | Paralegal/Document Analyst | 3 Years, 8 Months | $95.00 | 364.2 | $34,599.00 |
| MILLENBAH | PHYLLIS | Paralegal/Document Analyst | 9 Months | $95.00 | 65.6 | $6,232.00 |
| MILLER | VIRGINIA | Sr. Paralegal/Document Analyst | 4 Years, 4 Months | $95.00 | 871.5 | $82,792.50 |
| MILLS | MARILYN | Legal Assistant | 20 Years, 4 Months | $95.00 | 2.7 | $256.50 |
| MITCHELL | DANA K. | Paralegal/Document Analyst | 1 Year, 6 Months | $95.00 | 1321.5 | $125,542.50 |
| MOORE | JONI L. | Paralegal/Document Analyst | 1 Year, 9 Months | $95.00 | 668.8 | $63,536.00 |
| MOORE | DWANESE | Paralegal/Document Analyst | 7 Months | $95.00 | 9.4 | $893.00 |
| MORGAN | THERESA | Paralegal/Document Analyst | 7 Years, 1 Month | $95.00 | 55.0 | $5,225.00 |
| MURRAY | KELSEY Y. | Paralegal/Document Analyst | 10 Months | $95.00 | 47.1 | $4,474.50 |
| MYERS | MARIAH M. | Paralegal/Document Analyst | 1 Year, 8 Months | $95.00 | 202.4 | $19,228.00 |
| NORWOOD | KELSEY | Paralegal/Document Analyst | 5 months | $95.00 | 138.0 | $13,110.00 |
| OLSON | JUANITA | Sr. Paralegal/Document Analyst | 10 Years, 1 Month | $95.00 | 19.3 | $1,833.50 |
| PARKS | JENNIFER | Legal Assistant | 2 Years, 10 Months | $95.00 | 66.2 | $6,289.00 |
| PAYTON | SHANTAYE Q. | Paralegal/Document Analyst | 5 Years, 6 Months | $95.00 | 273.0 | $25,935.00 |
| PEETS | HALEY E. | Paralegal/Document Analyst | 2 Years, 1 Month | $95.00 | 1637.6 | $155,572.00 |
| PENNINGTON | SHARRON | Paralegal/Document Analyst | 7 Years, 4 Months | $95.00 | 223.8 | $21,261.00 |
| POLK | SUSAN K. | Paralegal/Document Analyst | 1 Year, 4 Months | $95.00 | 339.3 | $32,233.50 |
| POLLARD | VICKIE L. | Paralegal/Document Analyst | 3 Years, 11 Months | $95.00 | 1.6 | $152.00 |
| REDMOND | TAMMIE A. | Sr. Paralegal/Document Analyst | 3 Years, 3 Months | $95.00 | 192.4 | $18,278.00 |
| REEDY | HOLLY | Paralegal/Document Analyst | 7 Months | $95.00 | 17.7 | $1,681.50 |
| RHODES | KRISTIE N. | Paralegal/Document Analyst | 5 Years, 8 Months | $95.00 | 15.5 | $1,472.50 |
| ROBIRDS | CHELSEA D. | Paralegal/Document Analyst | 7 Months | $95.00 | 42.0 | $3,990.00 |
| SANDERS | JENNIFER L. | Paralegal/Document Analyst | 1 Year, 4 Months | $95.00 | 388.1 | $36,869.50 |
| SAYLES | BARBARA | Paralegal/Document Analyst | 1 Year, 1 Month | $95.00 | 626.2 | $59,489.00 |
| SIMS | TYLER | Paralegal/Document Analyst | 3 Months | $95.00 | 424.8 | $40,356.00 |
| SMITH | GLINDA R. | Sr. Paralegal/Document Analyst | 13 Years, 10 Months | $95.00 | 148.9 | $14,145.50 |
| SMITH | JENNIFER L. | Paralegal/Document Analyst | 6 Months | $95.00 | 3.2 | $304.00 |
| SMITH | NINA W. | Paralegal | 2 Years, 7 Months | $95.00 | 1.4 | $133.00 |
| SPEIR | ANDREW | Law Clerk - 2nd Year | 2 Years, 4 Months | $105.00 | 4.8 | $504.00 |
| SPIRES | MARY | Paralegal/Document Analyst | 6 Months | $95.00 | 14.8 | $1,406.00 |
| TAYLOR | RENEE L. | Paralegal/Document Analyst | 1 Year, 10 Months | $95.00 | 24.4 | $2,318.00 |
| THOMAS | RITA J. | Paralegal | 6 Years, 8 Months | $95.00 | 34.7 | $3,296.50 |
| THOMPSON | DEMITRESS L. | Paralegal/Document Analyst | 10 Months | $95.00 | 1.0 | $95.00 |
| TOIGO | DANTE W. | Paralegal/Document Analyst | 2 Years, 4 Months | $95.00 | 1511.5 | $143,592.50 |
| TROLIO | BILL H. | Paralegal/Document Analyst | 7 Months | $95.00 | 411.9 | $39,130.50 |

| Name of Paraprofessional | | Position with Applicant and Number of Years as a Paraprofessional | Hourly Billing Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Last Name | First Name | | | | |
| WALKER | JIMMY D | Paralegal/Document Analyst | 2 Years, 6 Months | $95.00 | 528.4 | $50,198.00 |
| WANSLEY | TENE' D. | Sr. Paralegal | 4 Years, 4 Months | $105.00 | 0.4 | $42.00 |
| WARD | COURTNEY | Paralegal | 10 Years, 3 Months | $95.00 | 11.3 | $1,073.50 |
| WARREN | J. TYLER | Paralegal | 1 Year, 4 Months | $95.00 | 19.0 | $1,805.00 |
| WATKINS | LARRY D. | Sr. Paralegal | 3 Years, 9 Months | $105.00 | 34.4 | $3,612.00 |
| WILLIAMS | KIMBERLYN L. | Paralegal/Document Analyst | 10 Months | $95.00 | 130.4 | $12,388.00 |
| WILLIAMS | NAKEISHA | Paralegal/Document Analyst | 6 Months | $95.00 | 8.1 | $769.50 |
| WILLIAMSON | ANNA L. | Sr. Paralegal | 13 Years, 4 Months | $105.00 | 5.7 | $598.50 |
| WOLF | PAUL A. | Paralegal/Document Analyst | 2 Years, 4 Months | $95.00 | 142.1 | $13,499.50 |
| YOUNG | ASHLEE C. | Paralegal/Document Analyst | 1 Year, 5 months | $95.00 | 703.1 | $66,794.50 |
| TOTAL FOR PARAPROFESSIONALS | | | | | 31803.2 | $3,021,862.00 |

Grand Total for Fees: $3,670,057.50
&lt;Minus OCP Payment Received&gt; - $300,000.00
Blended Rate: $106.59/Hour

## Compensation By Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 21 | Claims Analysis Objection and Resolution (Asbestos) | 34003.3 | $3,546,777.50 |
| 30 | Hearings | 51.1 | $19,012.50 |
| 32 | Fee Applications, Applicant | 378.7 | $104,267.50 |
| TOTAL FEES FOR ALL MATTERS | | 34433.1 | $3,670,057.50 |
| &lt;MINUS OCP PAYMENT RECEIVED&gt; | | | &lt;$300,000.00&gt; |
| TOTAL FEES REQUESTED FOR ALL MATTERS | | | $3,370,057.50 |

*[This section of the page intentionally left blank.]*

## Expense Summary

| Service Description | Amount |
|---|---|
| Airfare | $42,140.15 |
| Car Rental | $2,696.01 |
| Computer Research/Internet | $574.60 |
| Computer Westlaw Research | $727.04 |
| Court Reporter Fee/Deposition | $5,490.36 |
| Court Costs | $11.76 |
| Delivery Services | $6.79 |
| Equipment | $37.88 |
| Express Mail | $3,690.23 |
| Filing Fees | $756.00 |
| Hotel | $36,199.43 |
| Meeting Space for Deposition | $221.32 |
| Mileage Reimbursement | $460.51 |
| Miscellaneous Tips | $48.27 |
| Office Supplies | $18.33 |
| Other Travel Expenses | $8,200.10 |
| Outside Computer Consultant | $73,975.60 |
| Outside Copy Services | $17,830.18 |
| Outside Copy/Binding Services/Document Preparation Services | $93,933.57 |
| Outside Messenger Service | $297.27 |
| Outside Video Service | $1,395.00 |
| Parking Fees | $96.50 |
| Photocopy | $16,939.35 |
| Postage | $9.66 |
| Porcess Server Fee | $16,146.56 |
| Remote Wireless Access | $6.98 |
| Rental Car | $162.80 |
| Service of Subpoenas | $606.05 |
| Taxi Fare | $80.00 |
| Telephone | $63.09 |
| Working Meals/FPWK&T and Others | $2,510.74 |
| Working Meals/FPWK&T Only | $6,000.23 |
| **TOTAL EXPENSES REQUESTED** | **$331,332.36** |

Wilmington, Delaware  
Dated: May 12, 2014

Respectfully Submitted,

FORMAN PERRY WATKINS KRUTZ & TARDY, LLP

*/s/ Marcy Bryan Croft*

Marcy Bryan Croft

200 South Lamar St., Suite 100  
Jackson, Mississippi 39201  
Telephone: 601.960.8630

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline:  May 21, 2014 at 4:00 p.m. |
| | ) Hearing Date: October 14, 2014 at 10:00 a.m. |

**FINAL VERIFIED APPLICATION OF FORMAN PERRY WATKINS KRUTZ &
TARDY LLP FOR REIMBURSEMENT OF EXPENSES AND
COMPENSATION FOR SERVICES IN EXCESS OF THE ORDINARY COURSE
PROFESSIONAL CAP FOR THE PERIODS
FROM APRIL 1, 2006 THROUGH OCTOBER 31, 2007**

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, this Court's April 2, 2007 Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals as it Pertains to Forman Perry Watkins Krutz & Tardy LLP, which authorizes Forman Perry to seek compensation in excess of the $50,000 monthly OCP cap

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

and the $800,000 aggregate case OCP cap, the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Amended Interim Compensation Order"), Del.Bankr.LR 2016-2, and the Order Pursuant to 11 § 1107(a) and 1108 Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors' Business (Docket No, 197), which was later amended on December 10, 2002 (Docket No. 3126) and July 24, 2006 (Docket No. 12855) (as amended, collectively, the "OCP Orders"), the law firm of Forman Perry Watkins Krutz & Trady LLP ("Forman Perry"), ordinary course professional ("OCP") for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") in their Chapter 11 cases, hereby files this Final Verified Application of Forman Perry Watkins Krutz & Tardy LLP for Reimbursement of Expenses and Compensation for Services in Excess of the Ordinary Course Professional Cap For the Periods From April 1, 2006 Through October 31, 2007 ("Final Fee Application").

By and through this Final Fee Application, Forman Perry seeks final allowance of compensation in the amount of $3,304,539.00 and reimbursement of actual and necessary expenses in the amount of $330,626.87 for a total of $3,635,165.87, or one-hundred percent (100%) of all compensation and expense reimbursement requested, for the period April 1, 2006 through October 31, 2007 ("the Fee Period"), and payment of any unpaid portion of such fees and costs.

In support of this Final Fee Application, Forman Perry respectfully states as follows:

2

## BACKGROUND

### Retention of Forman Perry

1. On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. Forman Perry was retained by the Debtors as an ordinary course professional on October 31, 2005 to conduct third party discovery with respect to Debtors' asbestos personal injury claimants. By this Court's order dated April 2, 2007, the Debtors were authorized to permit Forman Perry to seek compensation in excess of the $50,000 monthly OCP cap and the $800,000 aggregate case OCP cap. This Order authorized Forman Perry to file fee applications for approval of its excess OCP fees in accordance with this Court's interim compensation order requirements and other applicable rules and orders of this Court "for all previous months and any future month" in which it incurs excess OCP fees. This Court retained jurisdiction to hear and determine all matters arising from the implementation of the order.

### Fees and Expenses Allowed on an Interim Basis

3. Pursuant to the procedures set forth in the Interim Compensation, as amended by the Amended Interim Compensation Order, the OCP Orders, and the Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals As It Pertains to Forman Perry Watkins Krutz & Tardy LLP dated April 2, 2007, Forman Perry was allowed to apply for prior and future monthly compensation for fees in excess of the OCP cap and reimbursement of expenses, and the notice parties listed in the

3

Amended Interim Compensation Order may object to such request. If no party objected to the Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, Forman Perry was allowed to submit to the Court a certification of no objection whereupon the Debtors were authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

4. Furthermore, and also pursuant to the Amended Interim Compensation Order, within 45 days of the end of each quarter, Forman Perry was to file and serve upon the parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court granted the relief requested by the Quarterly Fee Application, the Debtors were authorized and directed to pay the professional 100% of the fees and expenses requested in the monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the monthly Fee Applications. Any payment made pursuant to the monthly Fee Applications or a Quarterly Fee Application was then subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

5. This Final Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is submitted for the reimbursement of expenses and compensation for services rendered in excess of the OCP cap. The work completed and represented in this Final Fee Application covers the following fee periods:

*[This section of the page intentionally left blank.]*

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| April 25, 2007 Docket No. 15310 | 4/1/2006 – 3/31/2007[2] | $1,763,152.50 | $253,394.42 | $1,697,634.00[3] | $252,688.93 |
| May 30, 2007 Docket No. 15926 | 4/1 – 4/30/2007 | $323,470.00 | $12,245.78 | $323,470.00 | $12,245.78 |
| July 25, 2007 Docket No. 16390 | 5/1 – 5/31/2007 | $237,299.00 | $28,086.70 | $237,299.00 | $28,086.70 |
| August 7, 2007 Docket No. 16502 | 6/1 – 6/30/2007 | $227,158.50 | $32,208.49 | $227,158.50 | $32,208.49[4] |
| October 31, 2007 Docket No. 17264 | 7/1/2007 – 7/31/2007 | $215,279.00 | $337.03 | $215,279.00 | $337.03 |
| January 30, 2008 Docket No. 17948 | 8/1/2007 – 8/31/2007 | $228,313.50 | $24.18 | $228,313.50 | $24.18 |
| January 30, 2008 Docket No. 17949 | 9/1/2007 – 9/30/2007 | $169,774.50 | $356.83 | $169,774.50 | $356.83 |
| January 30, 2008 Docket No. 17950 | 10/1/2007 – 10/31/2007 | $203,885.50 | $4,678.93 | $203,885.50 | $4,678.93 |

6. The fees and expenses allowed on an interim basis for which final allowance is sought hereby were submitted as part of Forman Perry's monthly and quarterly fee applications. They are further detailed in the formal summary submitted with this application. Information as

---

[2] Forman Perry submitted an application on April 25, 2007 for compensation for unreimbursed expenses and fees in excess of the OCP cap for the fee periods April 1, 2006 through March 31, 2007. Forman Perry had not previously filed a fee application in this matter. Pursuant to the *Order Granting Leave in Accordance with the Orders Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals As It Pertains to Forman Perry Watkins Krutz & Tardy LLP* dated April 2, 2007, Forman Perry was permitted to file fee applications for excess OCP fees and unreimbursed expenses for "all previous months and any future month" in which it incurred same. Therefore, Forman Perry's first fee application covered all excess fees and unreimbursed expenses incurred over a period of several months prior to the Court's April 2, 2007 Order. Since that time, all necessary fee applications have been filed on a monthly basis.

[3] Forman Perry received partial compensation and reimbursement of expenses for the April 2006 through October 2006 fee periods in the form of standard OCP monthly payments. Therefore, the amounts indicated in the fee application covering April 1, 2006 through March 31, 2007 represented the unpaid excess fees and unreimbursed expenses minus the normal course (paid or expected) OCP payments for those time periods.

The fees and expenses requested in the April 2006 through March 2007 "catch-up" application were approved on an interim basis by this Court on June 25, 2007. Subsequently, in the Court's order approving quarterly fee applications for the Twenty-Fourth Period, the Court approved $1,697,634.00 in fees and $252,688.93 in expenses which reflects a reduction of $65,518.50 in fees and $705.49 in expenses.

[4] In the Court's order approving quarterly fee applications for the Twenty-Fifth Period, the Court approved $70,963.06 in expenses which reflects a reduction of $1,577.91. For purposes of this application, we have noted the reduction in the last month of the period.

to the services rendered, the professionals and paraprofessionals who rendered those services, and the expenses incurred, are also available in the interim applications (and exhibits thereto) filed in accordance with this Court's orders and referred to in the chart above as well as in the Quarterly Applications of Forman Perry (Docket Nos. 16581 and 17996), incorporated fully herein by reference.

## Requested Relief

7. By this Final Fee Application, Forman Perry requests that the Court approve the final allowance of compensation for professional services rendered in excess of the OCP cap and the reimbursement of actual and necessary expenses incurred by Forman Perry for the fee periods from April 1, 2006 through October 31, 2007, and payment of any unpaid portion of such fees and costs. As stated above, the full scope of services provided and the related expenses incurred are fully described in the applications previously filed with the Court.

## Disinterestedness

8. As disclosed in the following affidavit:

   a. Affidavit of Disinterestedness of Marcy B. Croft in Support of Forman Perry Watkins Krutz & Tardy LLP's Retention as an Ordinary Course Professional, filed December 19, 2005.

Forman Perry does not hold or represent any interest adverse to the estates, and has been, at all relevant times, a disinterested person as that term is defined in relevant sections of the bankruptcy code.

9. Forman Perry may have in the past represented, may currently represent, and likely in the future will represent, parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases. Forman Perry disclosed in the Affidavit its connection to parties-in-interest that it has been able to ascertain using its reasonable efforts. Forman Perry will update

the Affidavit when necessary and when Forman Perry becomes aware of material new information.

## REPRESENTATIONS

10. Forman Perry believes that its Final Verified Application complies with the requirements of Del.Bankr.LR 2016-2 and the relevant orders of the Court.

11. Forman Perry performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor, or other person.

12. During the fee periods, Forman Perry has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases other than the OCP and interim compensation payments pursuant to the Amended Interim Compensation Order.

13. Forman Perry submitted invoices through the normal OCP process to Debtors for review and payment for compensation and reimbursement of expenses for the April 2006 through March 2007 fee period and April 2007 fee period. Forman Perry received partial compensation and reimbursement for these fee periods in the form of normal course OCP payments. Therefore, the amounts requested in the fee applications are <u>only the remaining</u> unpaid excess OCP fees and unreimbursed expenses for those time periods.

14. Pursuant to Fed. R. Bank. P. 2016(b), Forman Perry has not shared, nor has it agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of Forman Perry, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, Forman Perry respectfully requests that the Court enter an order providing that, for the period April 1, 2006 through October 31, 2007, a final allowance be made to Forman Perry in the amount of $3,304,539.00 and reimbursement of actual and necessary expenses in the amount of $330,626.87 for a total of $3,635,165.87, or one-hundred percent (100%) of all compensation and expense reimbursement requested; that Debtors be authorized and directed to pay to Forman Perry the outstanding amount of such sums; and for such other and further relief as this court deems proper.

Wilmington, Delaware
Dated: May 12, 2014

Respectfully Submitted,

FORMAN PERRY WATKINS KRUTZ & TARDY, LLP

*Marcy Bryan Croft*

200 South Lamar St., Suite 100
Jackson, Mississippi 39201
Telephone: 601.960.8630

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**VERIFICATION**

| | | |
|---|---|---|
| STATE OF MISSISSIPPI | ) | |
| | ) | ss. |
| COUNTY OF HINDS | ) | |

Marcy B. Croft, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant law firm Forman Perry Watkins Krutz & Tardy LLP ("Forman Perry") and have been admitted to the Bar of the Supreme Court of Mississippi since 1998.

2. I have personally performed many of the legal services rendered by Forman Perry as counsel to the above-captioned debtors and debtors in possession (the "Debtors"), and I am familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of Forman Perry.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.  I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and submit that the Application substantially complies with such rules.

_____
Marcy B. Croft

SWORN AND SUBSCRIBED
Before me this the 12th day of May, 2014

_____
Notary Public
My Commission Expires:

*STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 79210
CYNTHIA C. FULLER
Commission Expires
April 20, 2018
RANKIN COUNTY*