IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 11 2014 at 4:00 p.m. |
| | ) | Hearing date: October 14, 2014 at 10:00 a.m. |

**FINAL FEE APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P., SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 19, 2001 THROUGH FEBRUARY 3, 2014 AND APPROVAL OF POST-EFFECTIVE DATE FEES AND EXPENSES RELATING TO FEE APPLICATIONS**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **July 19, 2001 – February 3, 2014** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$1,038,748.50** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of expense reimbursement sought as
Actual, reasonable, and necessary:          **$26,630.21**

Amount of Post-Effective Date Fees
Sought                                      **$10,077.00**

This is a:                                  **Final Fee Application**

Prior Monthly Fee Applications Filed:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2002 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February | $5,473.50 | $52.58 | $4,378.80 | $52.58 |

| | 28, 2003 | | | | |
|---|---|---|---|---|---|
| April 8, 2003 | October 1, 2002-December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003-March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003-March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003-April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003-October 31, 2003 | $9,657.50 | $154.31 | $9,657.50 | $154.31 |
| March 8, 2004 | November 1, 2003-November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003-December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003-December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004-January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004-March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004-April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004-May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004-September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, | July 1, 2004 – | $32,707.00 | $589.95 | $32,707.00 | $589.95 |

| 2004 | September 30, 2004 | | | | |
|---|---|---|---|---|---|
| December 1, 2004 | October 1, 2004-October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004-November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004-December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005-January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005-February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | $19,661.50 | $125.63 |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 – August 31, 2005 | $9,440.00 | $54.18 | $7,552.00 | $54.18 |
| November 4, 2005 | September 1, 2005 – September 30, 2005 | $2,772.00 | $14.03 | $2,217.60 | $14.03 |
| November 23, 2005 | July 1, 2005 – September 30, 2005 | $22,367.00 | $83.48 | $22,367.00 | $83.48 |
| December 16, 2005 | October 1, 2005 – October 31, 2005 | $4,735.50 | $27.51 | $3,788.40 | $27.51 |
| March 10, 2006 | November 1, 2005 – November 30, 2005 | $1,819.50 | $24.02 | $1,455.60 | $24.02 |
| March 27, 2006 | December 1, 2005 – December 31, 2005 | $7,582.50 | $26.28 | $6,066.00 | $26.28 |
| April 20, 2006 | October 1, 2005 – December 31, 2005 | $14,137.50 | $77.81 | $14,137.50 | $77.81 |
| April 20, 2006 | January 1, 2006 – January 31, 2006 | $8,997.00 | $58.95 | $7,197.60 | $58.95 |
| April 20, 2006 | February 1, 2006 – February 28, 2006 | $7,574.50 | $127.34 | $6,059.60 | $127.34 |
| April 20, 2006 | March 1, 2006 – March 31, 2006 | $6,120.50 | $11.93 | $4,896.40 | $11.93 |
| June 8, 2006 | April 1, 2006 – April 30, 2006 | $4,012.50 | $185.69 | $3,210.00 | $185.69 |
| June 9, 2006 | January 1, 2006 – March 31, 2006 | $22,692.00 | $198.22 | $22,692.00 | $198.22 |
| July 10, 2006 | May 1, 2006 – May 31, 2006 | $18,733.50 | $116.00 | $14,986.80 | $116.00 |
| August 2, 2006 | June 1, 2006 – June 30, 2006 | $1,459.00 | $9,179.83 | $1,167.20 | $9,179.83 |

| September 29, 2006 | April 1, 2006 – June 30, 2006 | $24,205.00 | $9,481.52 | $24,205.00 | $9,481.52 |
| September 11, 2006 | July 1, 2006 – July 31, 2006 | $834.00 | $25.85 | $667.20 | $25.85 |
| October 18, 2006 | August 1, 2006 – August 31, 2006 | $1,023.50 | $12.25 | $818.80 | $12.25 |
| October 30, 2006 | September 1, 2006 – September 30, 2006 | $519.50 | $0 | $415.60 | $0 |
| November 22, 2006 | July 1, 2006 – September 30, 2006 | $2,377.00 | $38.10 | $2,377.00 | $38.10 |
| November 22, 2006 | October 1, 2006 – October 31, 2006 | $415.00 | $12.30 | $332.00 | $12.30 |
| December 27, 2006 | November 1, 2006 – November 30, 2006 | $744.00 | $51.47 | $595.20 | $51.47 |
| February 12, 2007 | December 1, 2006 – December 31, 2006 | $1,229.00 | $5.00 | $983.20 | $5.00 |
| March 2, 2007 | January 1, 2007 – January 31, 2007 | $3,260.00 | $54.65 | $2,608.00 | $54.65 |
| March 7, 2007 | October 1, 2006 – December 31, 2006 | $2,388.00 | $68.77 | $2,388.00 | $68.77 |
| March 23, 2007 | February 1, 2007 – February 28, 2007 | $2,977.50 | $1,858.98 | $2,382.00 | $1,858.98 |
| April 24, 2007 | March 1, 2007 – March 31, 2007 | $3,069.00 | $941.40 | $2,455.20 | $941.40 |
| May 14, 2007 | January 1, 2007 – March 31, 2007 | $9,306.50 | $2,855.03 | $9306.50 | $2855.03 |
| May 25, 2007 | April 1, 2007 – April 30, 2007 | $430.00 | $92.00 | $344.00 | $92.00 |
| June 20, 2007 | May 1, 2007 – May 31, 2007 | $863.50 | $22.11 | $690.80 | $22.11 |
| July 11,2007 | June 1, 2007 – June 30, 2007 | $663.00 | $12.38 | $530.40 | $12.38 |
| July 23, 2007 | April 1, 2007 – June 30, 2007 | $1956.50 | $126.49 | $1956.50 | $126.49 |
| August 23, 2007 | July 1, 2007 – July 31, 2007 | $786.50 | $26.41 | $629.20 | $26.41 |
| September 24, 2007 | August 1, 2007- August 31, 2007 | $423.00 | $14.10 | $338.40 | $14.10 |

| January 2, 2008 | September 1, 2007 – September 30, 2007 | $396.00 | $12.94 | $316.80 | $12.94 |
| January 2, 2008 | November 1, 2007 – November 30. 2007 | $176.00 | $44.60 | $140.80 | $44.60 |
| January 9, 2008 | July 1, 2007 – September 30, 2007 | $1,605.50 | $53.45 | $1284.40 | $53.45 |
| January 22, 2008 | December 1, 2007 – December 31, 2007 | $742.00 | $0.00 | $593.60 | $0.00 |
| February 22, 2008 | January 1, 2008 – January 31, 2008 | $1,607.00 | $0.00 | $1,285.60 | $0.00 |
| March 25, 2008 | February 1, 2008- February 29, 2008 | $8,386.00 | $14.25 | $6,708.80 | $14.25 |
| April 29,2008 | March 1, 2008 – March 31, 2008 | $1,865.00 | $2.75 | $1,492.00 | $2.75 |
| May 28, 2008 | October 1, 2007 – December 31, 2007 | $918.00 | $44.60 | $918.00 | $44.60 |

| June 20, 2008 | April 1, 2008 – April 30, 2008 | $3,760.00 | $.55 | $3,008.00 | $.55 |
|---|---|---|---|---|---|
| July 22, 2008 | May 1, 2008 – May 31, 2008 | $5,263.50 | $73.15 | $4,210.80 | $73.15 |
| July 24, 2008 | June 1, 2008 – June 30, 2008 | $1,716.00 | $15.81 | $1,372.80 | $15.81 |
| July 24, 2008 | January 1, 2008 – March 31, 2008 | $11,858.00 | $17.00 | $11,858.00 | $17.00 |
| August 27, 2008 | July 1, 2008 – July 31, 2008 | $1,236.00 | $.90 | $988.80 | $.90 |
| September 22,2008 | August 1, 2008 – August 31,2008 | $724.00 | $22.96 | $579.20 | $22.96 |
| October 21, 2008 | April 1, 2008 – June 30, 2008 | $10,739.50 | $89.51 | $10,739,50 | $89.51 |
| October 29, 2008 | September 1, 2008 – September 30, 2008 | $2,336.00 | $18.58 | $1,868.80 | $18.58 |
| December 10, 2008 | October 1, 2008 – October 31, 2008 | $6,296.00 | $45.72 | $5,036.80 | $45.72 |
| December  24, 2008 | November 1, 2008- November 30, 2008 | $2,040.00 | $16.06 | $1632.00 | $16.06 |
| January 12, 2009 | July 1, 2008 – September 30, 2008 | $4,296.00 | $42.44 | 4,296.00 | 42.44 |
| February 25, 2009 | December 1, 2008 – December 31, 2008 | $9,427.00 | $14.09 | $7,541.60 | $14.09 |
| March 16, 2009 | January 1, 2009 – January 31, 2009 | $1,974.50 | $54.23 | $1,579.60 | $54.23 |
| June 29, 2009 | October 1, 2008 – December 31, 2008 | $17,763.00 | $75.87 | $17,763.00 | $75.87 |
| June 30, 2009 | February 1, 2009 – February 28, 2009 | $276.00 | $0.00 | $220.80 | $0.00 |
| June 30, 2009 | March 1, 2009 – March 31, 2009 | $200.00 | $10.64 | $160.00 | $10.64 |
| June 30, 2009 | April 1, 2009 – April 30, 2009 | $420.00 | $0.08 | $336.00 | $0.08 |
| July 29, 2009 | January 1, 2009 – March 31, 2009 | $2,450.50 | $64.87 | $2,450.50 | $64.87 |
| September 4, 2009 | June 1, 2009 – June 30, 2009 | $360.00 | $0 | $288.0 | $0 |
| September 4, 2009 | July 1, 2009 – July 31, 2009 | $72.00 | $15.26 | $57.60 | $15.26 |
| September 28, 2009 | August 1, 2009 – August 31, 2009 | $708.00 | $13.88 | $566.40 | $13.88 |
| April 13, 2010 | September 1, 2009 – September 30, 2009 | $94.19 | $10.19 | $94.19 | $10.19 |
| ---- | October 1, 2009 – October 31, 2009 | N/A | N/A | N/A | N/A |
| ---- | November 1, 2009 – November 30, 2009 | N/A | N/A | N/A | N/A |
| April 23, 2010 | December 1, 2009 – December  31, 2009 | $632.00 | $0.00 | $505.60 | $0.00 |
| April 27, 2010 | April 1, 2009 – June 30, 2009 | $780.00 | $0.08 | $780.00 | $0.08 |
| ---- | January 1, 2010 – January 31, 2010 | N/A | N/A | N/A | N/A |
| July 14, 2010 | February 1, 2010 – | $576.00 | $0.00 | $576.00 | $0.00 |

| | February 28, 2010 | | | | |
|---|---|---|---|---|---|
| July 16, 2010 | March 1, 2010 – March 31, 2010 | $459.50 | $0.00 | $459.50 | $0.00 |
| July 15, 2010 | April 1, 2010 – April 30, 2010 | $408.50 | $14.80 | $408.50 | $14.80 |
| ---- | May 1, 2010 - February 28, 2011 | N/A | N/A | N/A | N/A |
| May 3, 2011 | March 1, 2011 – March 31, 2011 | $320.00 | $0.00 | $320.00 | $0.00 |
| June 27, 2011 | April 1, 2011 – April 30, 2011 | $258.00 | $0.00 | $258.00 | $0.00 |
| ___ | May 1, 2011 – May 31, 2011 | N/A | N/A | N/A | N/A |
| August 10, 2011 | June 1, 2011 – June 30, 2011 | $112.00 | $0.00 | $112.00 | $0.00 |
| ___ | July 1, 2011 – August 31, 2011 | N/A | N/A | N/A | N/A |
| October 13, 2011 | September 1, 2011 – September 30, 2011 | $84.00 | $0.00 | $84.00 | $0.00 |
| December 12, 2011 | October 1, 2011 – October 31, 2011 | $70.00 | $0.00 | $70.00 | $0.00 |
| ___ | November 1, 2011 – November 30, 2011 | N/A | N/A | N/A | N/A |
| February 15, 2012 | December 1, 2011 – December 31, 2011 | $114.00 | $0.00 | $114.00 | $0.00 |
| ___ | January 1, 2012 – January 31, 2012 | N/A | N/A | N/A | N/A |
| May 3, 2012 | February 1, 2012 – February 29, 2012 | $58.00 | $2.40 | $58.00 | $2.40 |
| ___ | March 1, 2012 – March 31, 2012 | N/A | N/A | N/A | N/A |
| September 20, 2012 | April 1, 2012 – May 31, 2012 | $87.00 | $28.75 | $87.00 | $28.75 |

Denotes quarterly fee applications

The Nelson Mullins Riley & Scarborough, L.L.P. professionals and paraprofessionals who
rendered professional services in these cases during the compensation period are:

| Name of Professional Person | Position with the applicant | Department | Number of Years in Case | Blended rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward D. Barnhill | Partner | Real Estate | 3 | $260.60 | 10.3 | 2,694.50 |
| M.D. Bryan | Partner (no longer employed) | Corporate | 3 | $478.85 | 1.3 | 622.50 |
| W. Bobo | Partner | Corporate | 1 | $375.00 | 11.4 | 4,275.00 |
| Betsy Johnson Burn | Partner (no longer employed) | Bankruptcy | 9 | $204.95 | 85.4 | 17,503.00 |
| George B. Cauthen | Partner | Bankruptcy | 4 | $266.96 | 33.6 | 8,970.00 |
| J.S. Claypoole | Partner | Corporate/Real Estate | 1 | $285.00 | 0.5 | 142.50 |
| David M. Cleary | Partner (No longer employed) | Environmental | 4 | $286.11 | 533.20 | 152,552.00 |
| Karen Crawford | Partner | Environmental | 2 | $254.17 | 1.2 | 305.00 |
| Bernard F. Hawkins, Jr. | Partner | Environmental | 11 | $240.24 | 765 | 183,784.00 |
| Cory E. Manning | Partner | Business Litigation | 2 | $257.56 | 157.8 | 40,643.00 |
| John C. McElwaine | Partner | Environmental | 1 | $195.00 | 14.4 | 2,808.00 |
| Joseph M. Melchers | Partner (No longer employed) | Environmental | 3 | $242.74 | 510 | 123,795.00 |
| J.N. Plowman | Partner (no longer employed) | Real Estate | 1 | $315.00 | 27.5 | 8,662.50 |
| N.J. Smith | Partner | Environmental | 10 | $292.55 | 197.90 | 57,895.50 |
| M.P. Seiffert | Partner (no longer employed) | Commercial | 1 | $260.00 | 7.9 | 2,054.00 |
| R.S. Stillwell | Partner | Business Litigation | 1 | $310.00 | 6.2 | 1,922.00 |

| Name of Professional Person | Position with the applicant | Department | Number of Years in Case | Blended rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| S.K. Taylor | Partner | Environmental | 1 | $245.00 | 7.9 | 1,935.50 |
| Linda K. Barr | Of Counsel (no longer employed) | Bankruptcy | 1 | $215.00 | 0.2 | 43.00 |
| Rose-Marie T. Carlisle | Of Counsel | Environmental | 10 | $238.03 | 657.50 | 156,502.00 |
| G.P. Caulk | Of Counsel | Corporate/Real Estate | 1 | $275.00 | 0.7 | 192.50 |
| J.E. Holmes | Of Counsel | Corporate | 4 | $257.69 | 19.9 | 5,128.00 |
| Mary Ellen Ternes | Of-Counsel (no longer employed) | Environmental | 3 | $214.45 | 100.9 | 21,638.00 |
| Kevin J. Heiser | Associate (No longer employed) | Bankruptcy | 2 | $172.72 | 101.9 | 17,600.00 |
| B. Keith Poston | Associate | Bankruptcy | 1 | $220.00 | 0.2 | 44.00 |
| D.B. Rustin | Associate | Business Litigation | 1 | $220.00 | 9 | 1,980.00 |
| Childs Cantey | Summer Associate (no longer employed) | Environmental | 1 | $75.00 | 78.6 | 5,895.00 |
| Nicole Capuano | Summer Associate (No longer employed) | Environmental | 1 | $75.00 | 32.8 | 2,460.00 |
| Meredith George | Summer Associate (no longer employed) | Environmental | 1 | $75.00 | 11.9 | 892.50 |
| Allison Smith | Summer Associate (no longer employed) | Environmental | 1 | $75.00 | 19.3 | 1,447.50 |
| D. Stafford | Summer Associate (no longer employed) | Environmental | 1 | $75.00 | 10.6 | 795.00 |
| Karen Brown | Paralegal (No longer | Environmental | 3 | $124.76 | 1,042.3 | 130,037.50 |

| Name of Professional Person | Position with the applicant | Department | Number of Years in Case | Blended rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| | employed) | | | | | |
| Maureen D. Collett | Paralegal (no longer employed) | Environmental | 1 | $115.00 | 1.3 | 149.50 |
| Leslie Dewey | Paralegal (No longer employed) | Litigation | 1 | $130.00 | 2.8 | 364.00 |
| D.B. Green | Paralegal (No longer employed) | Bankruptcy | 1 | $85.00 | 1.1 | 93.50 |
| Linnea Hann | Paralegal | Bankruptcy | 2 | $141.00 | 4.7 | 663.00 |
| Laurie Jennings | Paralegal | Environmental | 3 | $113.49 | 178.4 | 20,246.00 |
| Jaci L. Lewis | Paralegal (No longer employed) | Bankruptcy | 1 | $90.00 | 3 | 270.00 |
| Lisa D. McInnis | Paralegal (No longer employed) | Bankruptcy | 2 | $90.21 | 2.3 | 207.50 |
| Anne R. Price | Paralegal (no longer employed) | Bankruptcy | 4 | $106.84 | 189.3 | 20,225.50 |
| Kelly K. Smith | Paralegal (No longer employed) | Environmental | 1 | $100.00 | 0.3 | 30.00 |
| Laurie K. Thomas | Paralegal (No longer employed) | Environmental | 2 | $59.46 | 339.2 | 20,170.50 |
| Martha V. Waddell | Paralegal (No longer employed) | Environmental | 3 | $65.13 | 120.4 | 7,842.00 |
| Brook Wright | Paralegal (No longer employed) | Bankruptcy | 4 | $115.11 | 72.6 | 8,357.00 |
| Russell Altman | Research Librarian (No longer employed) | Library Services | 1 | $95.00 | 1.8 | 171.00 |
| Melanie Swaby DuBard | Research Librarian | Library Services | 2 | $95.00 | 2.1 | 199.50 |
| J.M. A'Hearn | Project Assistant (no longer employed) | Business Litigation | 2 | $94.05 | 4.2 | 395.00 |

| Name of Professional Person | Position with the applicant | Department | Number of Years in Case | Blended rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| A. Emory | Project Assistant (no longer employed) | Litigation | 1 | $75.00 | 1.3 | 97.50 |
| Emily Flemming | Project Assistant (No longer employed) | Environmental | 2 | $58.29 | 12.6 | 734.50 |
| Karla Lucas | Project Assistant (no longer employed) | Environmental | 3 | $66.64 | 49.5 | 3,298.50 |
| K. Turner | Project Assistant (no longer employed) | Environmental | 1 | $85.00 | 0.1 | 8.50 |
| Stephanie Weissenstein | Project Assistant (No longer employed) | Environmental | 1 | $55.00 | 0.1 | 5.50 |
| | | | | TOTAL: | 5,444.4 | $1,038,748.50 |
| | | Blended Rate (excluding Post-Effective Date Fees): | | | | $190.79 |
| | | Blended Rate (excluding Post-Effective Date Fees and Paralegal/Other Professional Time): | | | | $249.46 |

**COMPENSATION BY PROJECT CATEGORY DURING COMPENSATION PERIOD**

| Project Category | Hours | Amount |
|---|---|---|
| Acton/Concord, MA | 0.9 | $147.5 |
| Aiken-Title V Permit App. Iss. | 193 | $44,741.00 |
| Air Matters | 5.3 | $1,661.00 |
| Alchem Chemical Co. | 87.8 | $24,978.00 |
| Aqua-Tech CERCLA | 9.7 | $1,602.00 |
| Beaco Road Site | 115.1 | $41,567.50 |
| Bill Johns Waste Oil Site-FL | 0.8 | $100.00 |
| Cary Site-NC | 1.2 | $250.50 |
| Charleston | 836.1 | $216,690.00 |
| Coachmen | 0.1 | $5.50 |
| DAREX, Atlanta Facility | 27.5 | $3,795.50 |
| Easthampton, MA Expanding Plant | 62 | $10,579.50 |
| Enoree Site Management | 264.4 | $40,104.00 |
| Expanding Plant, Trenton, NJ | 1.7 | $441.50 |
| Fee Applications | 820 | $115,349.00 |
| FOIA Request | 3.9 | $527.00 |
| General | 610.6 | $103,643.00 |
| Guancia, Puerto Rico | 0.5 | $96.50 |
| Laurens County Property | 9.7 | $2,430.50 |
| Li Tungsten | 933.1 | $194,845.50 |
| Libby EPA Cost Recovery | 139.9 | $14,933.50 |
| Libby Expansion Plants-Albany | 0.2 | $11.00 |
| Libby Expansion Plants-Atlanta, GA | 0.1 | $5.50 |
| Libby Expansion Plants-Beltville, MD | 0.1 | $5.50 |
| Libby Expansion Plants, Billericia | 4.1 | $1,204.50 |
| Libby Expansion Plants-Cambridge,MA | 11 | $1,368.00 |
| Libby Expansion Plants-Dallas | 16.9 | $2,829.00 |
| Libby Expansion Plants-Ellwood City, PA | 0.1 | $5.50 |
| Libby Expansion Plants-Glendale, AZ | 1.6 | $200.00 |
| Libby Expansion Plants-Hialeah, FL | 0.1 | $5.50 |
| Libby Expansion Plants-Highpoint, NC | 0.1 | $5.50 |
| Libby Expansion Plants-Irondale, AL | 0.1 | $5.50 |
| Libby Expansion Plants-Jacksonville, FL | 0.1 | $5.50 |
| Libby Expansion Plants-Newark, CA | 18.6 | $2,677.00 |
| Libby Expansion Plants-Phoenix | 58.8 | $13,475.00 |
| Libby Expansion Plants-Pompano Beach, FL | 0.1 | $5.50 |
| Libby Expansion Plants-Portland | 4.0 | $500.00 |
| Libby Expansion Plants-Rio Piedras, PR | 0.2 | $11.00 |
| Libby Expansion Plants-Santa Ana | 0.1 | $5.50 |
| Libby Expansion Plants-Sharpsburg, PA | 0.2 | $11.00 |
| Libby Expansion Plants-Tampa, FL | 0.1 | $5.50 |
| Libby Expansion Plants-Utica | 0.1 | $5.50 |
| Libby Expansion Plants-Washington, DC | 0.1 | $5.50 |
| Libby Expansion Plants-Wilder, KY | 0.4 | $92.50 |
| Libby, MT-General Environmental | 390 | $65,139.00 |
| Motor Wheel, MI Environmental | 4.5 | $1,250.50 |
| Owensboro Site Management | 97.2 | $22,201.00 |
| Owensboro Site Management Remediation | 0.1 | $5.50 |
| Project Allen | 244.2 | $40,174.00 |
| Quality Maintenance, Inc. | 238.4 | $41,307.00 |

| | | |
|---|---|---|
| Refuse Hideaway Landfill | 20.2 | $4,170.00 |
| Rock Hill Chemical Superfund Site | 1.5 | $335.00 |
| Samson Issues-Casmalia Site | 0.4 | $50.00 |
| Sierra Facility | 28 | $7,600.00 |
| Weedsport, NY | 2.9 | $829.50 |
| Western Minerals Products Site | 175 | $14,565.00 |
| Zotos | 1.5 | $187.50 |
| | | |
| **Total:** | **5,444.4** | **$1,038,748.50** |

## EXPENSE SUMMARY DURING COMPENSATION PERIOD

| Expense Category | Amount |
|---|---|
| Telephone | $1,099.48 |
| Westlaw | $234.22 |
| LEXIS | $1,489.69 |
| PACER | $206.82 |
| Standard Copies | $1,827.70 |
| Fed-Ex | $1,878.37 |
| Telecopy | $4.00 |
| Outside Delivery Service | $540.11 |
| Title Abstraction | $25.00 |
| Photocopies | $17.05 |
| Outside Copy Service | $1,182.15 |
| Courier | $160.50 |
| Deposition Preparation | $105.96 |
| Environmental Tests | $44.00 |
| Travel Expenses | $2,776.05 |
| Court Reporter | $2,982.30 |
| Outside Services | $10,372.13 |
| Computer Assisted Research | $1,039.56 |
| Outside Research Services | $583.38 |
| Court Filing Fee | $46.16 |
| Postage | $15.58 |
| | |
| **Total Fees** | **$26,630.21** |

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES DURING THE POST-EFFECTIVE DATE PERIOD

| Name of Professional Person | Position with the applicant | Years at Position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| B. Keith Poston | Associate | 5 | Bankruptcy | $255.00 | 27.3 | $6,961.50 |
| Linnea K. Hann | Paralegal | 9 | Bankruptcy | $155.00 | 20.1 | $3,115.50 |
| | | | | | | |
| | | | | | Total Fees Post-Effective Date: | $10,077.00 |

### COMPENSATION BY PROJECT CATEGORY DURING POST-EFFECTIVE DATE PERIOD

| Project Category | Hours | Amount |
|---|---|---|
| Fee Applications-Applicant | 47.4 | $10,077.00 |
| TOTAL | 47.4 | $10,077.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 11 2014 at 4:00 p.m. |
| | ) | Hearing date: October 14, 2014 at 10:00 a.m. |

**FINAL FEE APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P., SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 19, 2001 THROUGH FEBRUARY 3, 2014 AND APPROVAL OF POST-EFFECTIVE DATE FEES AND EXPENSES RELATING TO FEE APPLICATIONS**

Nelson Mullins Riley & Scarborough, L.L.P. ("Nelson Mullins" or the "Applicant"), hereby submits this Final Fee Application of Nelson Mullins Riley & Scarborough, L.L.P., Special Counsel to W.R. Grace & Co., *et al.*, for Compensation for Services and Reimbursement of Expenses for the Period of July 19, 2001 through February 3, 2014 (the "Application") pursuant to 11 U.S.C. §§ 327, 328, 329, 330 and 331, Federal Rule of Bankruptcy Procedure 2016, Del.Bankr.L.R. 2016-2, the Amended Administrative Order Under 11 U.S.C. §§1059(a)

---

[2]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members, amending the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (collectively the "Interim Compensation Order"), the Plan (as defined below) and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses promulgated by the Executive Office of the United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A). By this Application, Nelson Mullins, as special counsel to the above captioned debtors and debtors in possession in these proceedings, seeks final allowance and payment of compensation for legal services performed in the amount of $1,038,748.50 and expenses incurred in the amount of $26,630.21 during the period commencing July 19, 2001 through February 3, 2014 (the "Compensation Period"). In addition, Nelson Mullins seeks approval of Post-Effective Date Period (as defined herein) fees and expenses that were incurred in connection with the fee application process in the combined total amount of $10,077.00.   In support hereof, Nelson Mullins respectfully represents the following:

## I.    FACTUAL BACKGROUND

1.  On April 2, 2001 (the "Petition Date"), each of the above-captioned debtors (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2.  Prior to effective date of the Debtors' Plan (as defined below), the Debtors continued in possession of their property and, as debtors-in-possession, operated their businesses and managed their affairs.

3.  The Debtors' cases are being jointly administered pursuant to an Order of the Bankruptcy Court dated as of the Petition Date.

4.  Since the Petition Date, the U.S. Trustee has appointed the following creditors' committees:

Official Committee of Unsecured Creditors, Official Committee of Asbestos Personal Injury Claimants, and Official Committee of Asbestos Property Damage Claimants (collectively, the "Committees"). No trustee has been appointed in these cases.

5.   On July 19, 2001, the Bankruptcy Court approved the Debtors' retention of Nelson Mullins as their special counsel (the "Retention Order"). The Retention Order authorizes the Debtors to compensate Nelson Mullins at Nelson Mullins' hourly rates charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of this Court.

6.   On January 31, 2011, this Court entered the Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified Through December 23, 2010 (D.I. 26155) and on February 15, 2011, this Court entered the Order Clarifying Memorandum Opinion and Order Confirming Joint Plan as Amended Through December 23, 2010 (D.I. 26289) (collectively, the "Confirmation Order"), pursuant to which this Court approved and confirmed the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., *et al.*, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders as Modified Through December 23, 2010 (D.I. 6368) (as amended and confirmed pursuant to the Confirmation Order, the "Plan").

7.   On February 3, 2014, the Debtors' Plan became effective (the "Effective Date").

## II.    COMPENSATION AND REIMBURSEMENT OF EXPENSES

8.   Nelson Mullins submits this Application for final allowance of reasonable compensation for actual and necessary professional services and for reimbursement of actual and necessary out-of-pocket expenses incurred in representing the Debtors as their special counsel. All included services

and costs for which Nelson Mullins seeks compensation were performed for, or on behalf of, the Debtors.

9.  Nelson Mullins seeks final allowance of compensation in the amount of $1,038,748.50 for legal services rendered and final reimbursement in the amount of $26,630.21 for expenses incurred and disbursed during the Compensation Period. Nelson Mullins also seeks final approval and payment of fees and expenses incurred in the combined total amount of $10,077.00 in connection with the fee application process for the period after February 4, 2014 (the "Post-Effective Date Period").

10. For the Court's review, summaries containing the names of each Nelson Mullins professional and paraprofessional rendering services to the Debtors during the Compensation Period and Post-Effective Date Period, their customary billing rates, the time expended by each professional and paraprofessional[3], and the total value of time incurred by each professional and paraprofessional are attached as Exhibit A.   In addition, Exhibit A contains summaries of the services provided by Nelson Mullins during the Compensation Period, identified by project task categories.

11. Exhibit B contains a breakdown of expenses incurred and disbursed by Nelson Mullins during both the Compensation Period and Post-Effective Date Period. These sums are broken down into categories of charges including, inter alia, telephone charges, special or hand delivery charges, documentation charges, transcription charges, postage, facsimile and photocopying charges.

### III.   ANALYSIS AND NARRATIVE DESCRIPTION OF SERVICES RENDERED AND TIME EXPENDED

12. Section 330(a) of the Bankruptcy Code provides, in pertinent part, that bankruptcy courts may award "reasonable compensation for actual, necessary services rendered by the trustee,

---

[3] Nelson Mullins' fees and expenses currently incurred during the Post-Effective Date Period are attached as Exhibit C.  These Post-Effective Date Period amounts are not included in the Compensation Period summaries found in Exhibit A.

examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person." See 11 U.S.C. § 330(a)(1)(A). The attorneys requesting compensation from the bankruptcy estate bear the burden of demonstrating to the Court that the services performed and fees incurred were reasonable.

13. In determining the amount of reasonable compensation to be awarded, the Court shall consider, pursuant to Section 330(a)(3) of the Bankruptcy Code, the nature, extent, and the value of such services, taking into account all relevant factors, including: (A) the time spent on such services, (B) the rates charged for such services, (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title, (D) whether the services were performed within a reasonable time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed, (E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy filed, and (F) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title. See 11 U.S.C. § 330(a)(3)(A)-(F).

14. To date, Nelson Mullins has filed one hundred ten (110) monthly fee applications for the period of April 2, 2001 through February 3, 2014 and thirty-two (32) quarterly fee applications (collectively, "Fee Applications Filed to Date").

15. Descriptions of the services rendered for or on behalf of the Debtors as their special counsel and the time expended are set forth in each of the Fee Applications Filed to Date. Accordingly, this Application incorporates by reference all Fee Applications Filed to Date. Nelson Mullins now seeks final approval of all fees and expenses previously requested in the Fee Applications Filed to Date.

16. During the course of these cases, Nelson Mullins charged and now requests those fees that are customary and charged by most counsel in this marketplace for similar Chapter 11 cases.

Billing rates set forth in Nelson Mullins' Summary of Professionals and Paraprofessionals Rendering Services During the Compensation Period represent customary rates routinely billed to the firm's many clients. (See Exhibit A.)  Here, the compensation requested does not exceed the reasonable value of the services rendered. Nelson Mullins' standard hourly rates for work of this nature are set at a level designed to fairly compensate Nelson Mullins for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.

17. In addition, as set forth in its retention application, the Debtors believed that the retention of Nelson Mullins as its special counsel would be cost effective and efficient.

18. Further, the Debtors sought to retain Nelson Mullins as their special counsel because Nelson Mullins was involved in numerous environmental matters for the Debtors in various support capacities prior to the Petition Date.  Nelson Mullins maintained historical information for numerous sites for which the Debtors were responsible for remediation or were involved in disputes over such responsibility or costs of remediation. Such extensive knowledge of the Debtors' business and environmental claims and defenses allowed an efficient management of such matters after the Petition Date. Continuation of the sensitive efforts involved with such matters compelled not disrupting the strategies for responding to them by substituting less knowledgeable counsel.

19. Nelson Mullins believes that the Application and the description of services set forth herein for work performed are in compliance with the requirements of Del.Bankr.L.R.2016-2, the Interim Compensation Order, the Plan and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.  A true and correct copy of the Verification of Bernard F. Hawkins, Jr. is attached hereto as Exhibit D.

WHEREFORE, Nelson Mullins respectfully requests final allowance of compensation for professional services rendered during the Compensation Period in the amount of $1,038,748.50 and

final reimbursement of expenses in the amount of $26,630.21and final payment according to the procedures set forth in the Administrative Order. In addition, by this Application, Nelson Mullins requests approval and payment of fees and expenses during the Post-Effective Date Period that were incurred in connection with the fee application process in the total amount of $10,077.00 for the period post-February 4, 2014 in connection with any remaining fees or costs to be incurred in the fee application process.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ *B. Keith Poston*

        Bernard F. Hawkins, Jr.
        Federal Bar No. 5310
        E-Mail: bernie.hawkins@nelsonmullins.com
        Newman Jackson Smith
        Federal Bar No. 4962
        E-Mail: jack.smith@nelsonmullins.com
        George B. Cauthen
        Federal Bar No. 81
        E-Mail: george.cauthen@nelsonmullins.com
        B. Keith Poston
        Federal Bar No. 10599
        E-Mail: keith.poston@nelsonmullins.com
        1320 Main Street / 17th Floor
        Post Office Box 11070 (29211-1070)
        Columbia, SC  29201
        (803) 799-2000

Special Counsel to the Debtors

Dated: May 9, 2014
Columbia, South Carolina