# EXHIBIT A

The Nelson Mullins Riley & Scarborough, L.L.P. professionals and paraprofessionals who rendered professional services in these cases during the compensation period are:

| Name of Professional Person | Position with the applicant | Department | Number of Years in Case | Blended rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward D. Barnhill | Partner | Real Estate | 3 | $260.60 | 10.3 | 2,694.50 |
| M.D. Bryan | Partner (no longer employed) | Corporate | 3 | $478.85 | 1.3 | 622.50 |
| W. Bobo | Partner | Corporate | 1 | $375.00 | 11.4 | 4,275.00 |
| Betsy Johnson Burn | Partner (no longer employed) | Bankruptcy | 9 | $204.95 | 85.4 | 17,503.00 |
| George B. Cauthen | Partner | Bankruptcy | 4 | $266.96 | 33.6 | 8,970.00 |
| J.S. Claypoole | Partner | Corporate/Real Estate | 1 | $285.00 | 0.5 | 142.50 |
| David M. Cleary | Partner (No longer employed) | Environmental | 4 | $286.11 | 533.20 | 152,552.00 |
| Karen Crawford | Partner | Environmental | 2 | $254.17 | 1.2 | 305.00 |
| Bernard F. Hawkins, Jr. | Partner | Environmental | 11 | $240.24 | 765 | 183,784.00 |
| Cory E. Manning | Partner | Business Litigation | 2 | $257.56 | 157.8 | 40,643.00 |
| John C. McElwaine | Partner | Environmental | 1 | $195.00 | 14.4 | 2,808.00 |
| Joseph M. Melchers | Partner (No longer employed) | Environmental | 3 | $242.74 | 510 | 123,795.00 |
| J.N. Plowman | Partner (no longer employed) | Real Estate | 1 | $315.00 | 27.5 | 8,662.50 |
| N.J. Smith | Partner | Environmental | 10 | $292.55 | 197.90 | 57,895.50 |
| M.P. Seiffert | Partner (no longer employed) | Commercial | 1 | $260.00 | 7.9 | 2,054.00 |
| R.S. Stillwell | Partner | Business Litigation | 1 | $310.00 | 6.2 | 1,922.00 |

| Name of Professional Person | Position with the applicant | Department | Number of Years in Case | Blended rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| S.K. Taylor | Partner | Environmental | 1 | $245.00 | 7.9 | 1,935.50 |
| Linda K. Barr | Of Counsel (no longer employed) | Bankruptcy | 1 | $215.00 | 0.2 | 43.00 |
| Rose-Marie T. Carlisle | Of Counsel | Environmental | 10 | $238.03 | 657.50 | 156,502.00 |
| G.P. Caulk | Of Counsel | Corporate/Real Estate | 1 | $275.00 | 0.7 | 192.50 |
| J.E. Holmes | Of Counsel | Corporate | 4 | $257.69 | 19.9 | 5,128.00 |
| Mary Ellen Ternes | Of-Counsel (no longer employed) | Environmental | 3 | $214.45 | 100.9 | 21,638.00 |
| Kevin J. Heiser | Associate (No longer employed) | Bankruptcy | 2 | $172.72 | 101.9 | 17,600.00 |
| B. Keith Poston | Associate | Bankruptcy | 1 | $220.00 | 0.2 | 44.00 |
| D.B. Rustin | Associate | Business Litigation | 1 | $220.00 | 9 | 1,980.00 |
| Childs Cantey | Summer Associate (no longer employed) | Environmental | 1 | $75.00 | 78.6 | 5,895.00 |
| Nicole Capuano | Summer Associate (No longer employed) | Environmental | 1 | $75.00 | 32.8 | 2,460.00 |
| Meredith George | Summer Associate (no longer employed) | Environmental | 1 | $75.00 | 11.9 | 892.50 |
| Allison Smith | Summer Associate (no longer employed) | Environmental | 1 | $75.00 | 19.3 | 1,447.50 |
| D. Stafford | Summer Associate (no longer employed) | Environmental | 1 | $75.00 | 10.6 | 795.00 |
| Karen Brown | Paralegal (No longer | Environmental | 3 | $124.76 | 1,042.3 | 130,037.50 |

| Name of Professional Person | Position with the applicant | Department | Number of Years in Case | Blended rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| | employed) | | | | | |
| Maureen D. Collett | Paralegal (no longer employed) | Environmental | 1 | $115.00 | 1.3 | 149.50 |
| Leslie Dewey | Paralegal (No longer employed) | Litigation | 1 | $130.00 | 2.8 | 364.00 |
| D.B. Green | Paralegal (No longer employed) | Bankruptcy | 1 | $85.00 | 1.1 | 93.50 |
| Linnea Hann | Paralegal | Bankruptcy | 2 | $141.00 | 4.7 | 663.00 |
| Laurie Jennings | Paralegal | Environmental | 3 | $113.49 | 178.4 | 20,246.00 |
| Jaci L. Lewis | Paralegal (No longer employed) | Bankruptcy | 1 | $90.00 | 3 | 270.00 |
| Lisa D. McInnis | Paralegal (No longer employed) | Bankruptcy | 2 | $90.21 | 2.3 | 207.50 |
| Anne R. Price | Paralegal (no longer employed) | Bankruptcy | 4 | $106.84 | 189.3 | 20,225.50 |
| Kelly K. Smith | Paralegal (No longer employed) | Environmental | 1 | $100.00 | 0.3 | 30.00 |
| Laurie K. Thomas | Paralegal (No longer employed) | Environmental | 2 | $59.46 | 339.2 | 20,170.50 |
| Martha V. Waddell | Paralegal (No longer employed) | Environmental | 3 | $65.13 | 120.4 | 7,842.00 |
| Brook Wright | Paralegal (No longer employed) | Bankruptcy | 4 | $115.11 | 72.6 | 8,357.00 |
| Russell Altman | Research Librarian (No longer employed) | Library Services | 1 | $95.00 | 1.8 | 171.00 |
| Melanie Swaby DuBard | Research Librarian | Library Services | 2 | $95.00 | 2.1 | 199.50 |
| J.M. A'Hearn | Project Assistant (no longer employed) | Business Litigation | 2 | $94.05 | 4.2 | 395.00 |

| Name of Professional Person | Position with the applicant | Department | Number of Years in Case | Blended rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| A. Emory | Project Assistant (no longer employed) | Litigation | 1 | $75.00 | 1.3 | 97.50 |
| Emily Flemming | Project Assistant (No longer employed) | Environmental | 2 | $58.29 | 12.6 | 734.50 |
| Karla Lucas | Project Assistant (no longer employed) | Environmental | 3 | $66.64 | 49.5 | 3,298.50 |
| K. Turner | Project Assistant (no longer employed) | Environmental | 1 | $85.00 | 0.1 | 8.50 |
| Stephanie Weissenstein | Project Assistant (No longer employed) | Environmental | 1 | $55.00 | 0.1 | 5.50 |
| | | | | TOTAL: | 5,444.4 | $1,038,748.50 |
| | | | Blended Rate (excluding Post-Effective Date Fees): | | | $190.79 |
| | | Blended Rate (excluding Post-Effective Date Fees and Paralegal/Other Professional Time): | | | | $249.46 |

## COMPENSATION BY PROJECT CATEGORY DURING COMPENSATION PERIOD

| Project Category | Hours | Amount |
| --- | --- | --- |
| Acton/Concord, MA | 0.9 | $147.5 |
| Aiken-Title V Permit App. Iss. | 193 | $44,741.00 |
| Air Matters | 5.3 | $1,661.00 |
| Alchem Chemical Co. | 87.8 | $24,978.00 |
| Aqua-Tech CERCLA | 9.7 | $1,602.00 |
| Beaco Road Site | 115.1 | $41,567.50 |
| Bill Johns Waste Oil Site-FL | 0.8 | $100.00 |
| Cary Site-NC | 1.2 | $250.50 |
| Charleston | 836.1 | $216,690.00 |
| Coachmen | 0.1 | $5.50 |
| DAREX, Atlanta Facility | 27.5 | $3,795.50 |
| Easthampton, MA Expanding Plant | 62 | $10,579.50 |
| Enoree Site Management | 264.4 | $40,104.00 |
| Expanding Plant, Trenton, NJ | 1.7 | $441.50 |
| Fee Applications | 820 | $115,349.00 |
| FOIA Request | 3.9 | $527.00 |
| General | 610.6 | $103,643.00 |
| Guancia, Puerto Rico | 0.5 | $96.50 |
| Laurens County Property | 9.7 | $2,430.50 |
| Li Tungsten | 933.1 | $194,845.50 |
| Libby EPA Cost Recovery | 139.9 | $14,933.50 |
| Libby Expansion Plants-Albany | 0.2 | $11.00 |
| Libby Expansion Plants-Atlanta, GA | 0.1 | $5.50 |
| Libby Expansion Plants-Beltville, MD | 0.1 | $5.50 |
| Libby Expansion Plants, Billericia | 4.1 | $1,204.50 |
| Libby Expansion Plants-Cambridge, MA | 11 | $1,368.00 |
| Libby Expansion Plants-Dallas | 16.9 | $2,829.00 |
| Libby Expansion Plants-Ellwood City, PA | 0.1 | $5.50 |
| Libby Expansion Plants-Glendale, AZ | 1.6 | $200.00 |
| Libby Expansion Plants-Hialeah, FL | 0.1 | $5.50 |
| Libby Expansion Plants-Highpoint, NC | 0.1 | $5.50 |
| Libby Expansion Plants-Irondale, AL | 0.1 | $5.50 |
| Libby Expansion Plants-Jacksonville, FL | 0.1 | $5.50 |
| Libby Expansion Plants-Newark, CA | 18.6 | $2,677.00 |
| Libby Expansion Plants-Phoenix | 58.8 | $13,475.00 |
| Libby Expansion Plants-Pompano Beach, FL | 0.1 | $5.50 |
| Libby Expansion Plants-Portland | 4.0 | $500.00 |
| Libby Expansion Plants-Rio Piedras, PR | 0.2 | $11.00 |
| Libby Expansion Plants-Santa Ana | 0.1 | $5.50 |
| Libby Expansion Plants-Sharpsburg, PA | 0.2 | $11.00 |
| Libby Expansion Plants-Tampa, FL | 0.1 | $5.50 |
| Libby Expansion Plants-Utica | 0.1 | $5.50 |
| Libby Expansion Plants-Washington, DC | 0.1 | $5.50 |
| Libby Expansion Plants-Wilder, KY | 0.4 | $92.50 |
| Libby, MT-General Environmental | 390 | $65,139.00 |
| Motor Wheel, MI Environmental | 4.5 | $1,250.50 |
| Owensboro Site Management | 97.2 | $22,201.00 |
| Owensboro Site Management Remediation | 0.1 | $5.50 |
| Project Allen | 244.2 | $40,174.00 |
| Quality Maintenance, Inc. | 238.4 | $41,307.00 |

| | | |
|---|---|---|
| Refuse Hideaway Landfill | 20.2 | $4,170.00 |
| Rock Hill Chemical Superfund Site | 1.5 | $335.00 |
| Samson Issues-Casmalia Site | 0.4 | $50.00 |
| Sierra Facility | 28 | $7,600.00 |
| Weedsport, NY | 2.9 | $829.50 |
| Western Minerals Products Site | 175 | $14,565.00 |
| Zotos | 1.5 | $187.50 |
| | | |
| Total: | 5,444.4 | $1,038,748.50 |

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES DURING THE POST-EFFECTIVE DATE PERIOD

| Name of Professional Person | Position with the applicant | Years at Position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| B. Keith Poston | Associate | 5 | Bankruptcy | $255.00 | 27.3 | $6,961.50 |
| Linnea K. Hann | Paralegal | 9 | Bankruptcy | $155.00 | 20.1 | $3,115.50 |
| | | | | Total Fees Post-Effective Date: | | $10,077.00 |

## COMPENSATION BY PROJECT CATEGORY DURING POST-EFFECTIVE DATE PERIOD

| Project Category | Hours | Amount |
|---|---|---|
| Fee Applications-Applicant | 47.4 | $10,077.00 |
| TOTAL | 47.4 | $10,077.00 |