# EXHIBIT B

## EXPENSE SUMMARY DURING COMPENSATION PERIOD

| Expense Category | Amount |
| --- | --- |
| Telephone | $1,099.48 |
| Westlaw | $234.22 |
| LEXIS | $1,489.69 |
| PACER | $206.82 |
| Standard Copies | $1,827.70 |
| Fed-Ex | $1,878.37 |
| Telecopy | $4.00 |
| Outside Delivery Service | $540.11 |
| Title Abstraction | $25.00 |
| Photocopies | $17.05 |
| Outside Copy Service | $1,182.15 |
| Courier | $160.50 |
| Deposition Preparation | $105.96 |
| Environmental Tests | $44.00 |
| Travel Expenses | $2,776.05 |
| Court Reporter | $2,982.30 |
| Outside Services | $10,372.13 |
| Computer Assisted Research | $1,039.56 |
| Outside Research Services | $583.38 |
| Court Filing Fee | $46.16 |
| Postage | $15.58 |
| | |
| **Total Fees** | $26,630.21 |