# EXHIBIT C

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel.  
7500 Grace Drive  
Columbia, MD  21044

May 9, 2014  
Invoice 1493617  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 05/09/14 |
| doeBilling Matter # | 100088 | |
| Name of Matter: | Fee Applications | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/06/14 | Drafting final fee application.<br>B.K. POSTON | 9.20 hrs. | 255.00/hr | $2,346.00 |
| 05/06/14 | Begin review of fee applications to compile fees by timekeeper and expenses.<br>L.K. HANN | 6.80 hrs. | 155.00/hr | $1,054.00 |
| 05/07/14 | Drafting and revising final fee application.<br>B.K. POSTON | 9.10 hrs. | 255.00/hr | $2,320.50 |
| 05/07/14 | Continue review of fee applications to compile fees by timekeeper and prepare summary of expenses.<br>L.K. HANN | 7.40 hrs. | 155.00/hr | $1,147.00 |
| 05/08/14 | Drafting and revising final fee application.<br>B.K. POSTON | 9.00 hrs. | 255.00/hr | $2,295.00 |
| 05/08/14 | Continue review of filed fee applications and prepare summary of fees broken down by timekeeper.<br>L.K. HANN | 2.90 hrs. | 155.00/hr | $449.50 |
| 05/08/14 | Review final fee application in preparation for filing.<br>L.K. HANN | 3.00 hrs. | 155.00/hr | $465.00 |

**Total Fees for Legal Services** .................................................................... **$10,077.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.K. POSTON | 27.30 | 255.00 | 6,961.50 |
| L.K. HANN | 20.10 | 155.00 | 3,115.50 |
| TOTAL | 47.40 | 212.59 | 10,077.00 |

**Net current billing for this invoice** ................................................................... **$10,077.00**

**GRAND TOTAL** ........................................................................................... **$10,077.00**

W. R. Grace & Co.

May 9, 2014
Invoice 1493617  Page 2

### REMITTANCE COPY
Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000
accounts.receivable@nelsonmullins.com

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044
United States of America

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 05/09/14 |
| doeBilling Matter # | 100088 | |
| Name of Matter: | Fee Applications | |

| | |
|---|---:|
| Fees for Professional Services | $10,077.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| Net current billing for this invoice ................................................................ | $10,077.00 |
| | |
| **GRAND TOTAL** ........................................................................................... | **$10,077.00** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

#### ELECTRONIC PAYMENT INSTRUCTIONS

| Domestic Wire Transfer | Foreign Wire (USD) Transfer | Automated Clearing House (ACH) Transfer |
|---|---|---|
| **Receiving Bank:** Columbus Bank & Trust (CB&T) 1148 Broadway Columbus, GA 31901 **ABA Number:** 061100606 **Beneficiary Customer:** Nelson Mullins Riley & Scarborough LLP Operating Account **Beneficiary Account:** 1002720611 | **Intermediary Bank:** Standard Chartered Bank New York, NY **SWIFT Code:** SCBLUS33 **Beneficiary Bank:** Synovus Bank Birmingham, AL **SWIFT Code:** FICOUS44 **Beneficiary Customer:** Nelson Mullins Riley & Scarborough LLP Operating Account **Beneficiary Account:** 1002720611 | **Beneficiary Bank:** NBSC a division of Synovus Bank PO Box 1798 Sumter, SC 29151-1798 **ABA Number:** 053200666 **Beneficiary Customer:** Nelson Mullins Riley & Scarborough LLP Operating Account **Beneficiary Account:** 1002720611 |

Wire Reference Field: Note the NMRS Invoice and Matter Number