# EXHIBIT D

**VERIFICATION PURSUANT TO DEL. BANKR.L.R. 2016-2(f) AND 28 U.S.C. §1746(2)**

I, Bernard.F. Hawkins, Jr., Esquire, verify as follows:

1. I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P. ("Nelson Mullins"), and have been admitted to the bar of the State of South Carolina since 1990. Nelson Mullins has rendered professional services in these cases primarily as special counsel to the debtors.

2. I have read the foregoing final application of Nelson Mullins for compensation and reimbursement of expenses (the "Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, as well as after reasonable inquiry, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.L.R.2016-2, and the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: May 12, 2014

By: /s/ *Bernard F. Hawkins, Jr.*