## VERIFICATION

STATE OF DELAWARE     )
                      )   SS:
NEW CASTLE COUNTY     )

        Mary F. Caloway, Esquire, after being duly sworn according to law, deposes and says:

    1.    I am a Shareholder in the applicant firm, Buchanan Ingersoll & Rooney PC, and have been admitted to the bar of the Supreme Court of Delaware since 1992.

    2.    I am thoroughly familiar with all of the work performed on behalf of the ZAI Claimants by BIR's lawyers and professionals and have performed many of the legal services rendered.

    3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
MARY F. CALOWAY

SWORN TO AND SUBSCRIBED before me this 12th day of May 2014.

_____
Notary Public
My Commission Expires: June 7, 2015

[Notary Seal: ANNETTE FAY DYE, MY COMMISSION EXPIRES June 7, 2015, NOTARY PUBLIC, STATE OF DELAWARE]