# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**AFFIDAVIT OF LISA L. COGGINS, ESQUIRE**

STATE OF DELAWARE   :
                    :  ss.
NEW CASTLE COUNTY   :

LISA L. COGGINS, ESQUIRE, being duly sworn, deposes and says:

1. I am an associate of the firm of Ferry, Joseph & Pearce, P.A. ("Applicant"), counsel to the Official Committee of Asbestos Property Damage Claimants ("the PD Committee").

2. All of the services for which compensation is sought were rendered for and on behalf of the PD Committee solely in connection with these cases. No agreement or understanding exists between the Applicant and any other persons, other than members of the Applicant, for the sharing of compensation received in connection with these cases.

3. I have read the Final Application and know the contents thereof. The contents are true and correct to the best of my knowledge. I have personally performed many of the services rendered by the Applicant and am familiar with the other work performed on behalf of the PD Committee by the professionals and staff in this firm. I have reviewed Del. Bankr. LR 2016-2 and I believe that the Final Application complies therewith.

*/s/ Lisa L. Coggins*
Lisa L. Coggins, Esquire

SWORN TO AND SUBSCRIBED before me this 12th day of May, 2014.

*/s/ Diane R. Troiano*
Notary Public

DIANE R. TROIANO
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 23, 2014