# EXHIBIT B

## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:(302) 575-1714

WR Grace PD Committee                                to    Jan 31 2014

Inv #:    50004

RE:    WR Grace PD Committee

### SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 15.60 | 5,242.50 |
| B17 | Committee, Creditors', Noteholders' or Equity | 0.80 | 316.00 |
| B18 | Fee Applications, Others - | 3.70 | 862.00 |
| B25 | Fee Applications, Applicant - | 3.50 | 711.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.10 | 39.50 |
| B36 | Plan and Disclosure Statement - | 7.30 | 2,883.50 |
| B37 | Hearings - | 0.60 | 237.00 |
| | Total | 31.60 | $10,292.00 |

### SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 5.30 | 1,643.00 |
| Theodore J. Tacconelli | 395.00 | 19.20 | 7,584.00 |
| Legal Assistant - KC | 150.00 | 7.10 | 1,065.00 |
| Total | | 31.60 | $10,292.00 |

### DISBURSEMENT SUMMARY

Total Disbursements                                              $81.03

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jan-02-14 | Case Administration - Review notice of address change and forward same to KC | 0.10 | LLC |
| | Case Administration - Review subsequent notice of address change and forward same to KC | 0.10 | LLC |
| | Case Administration - Memo from TJT re: case status, research and respond to same | 0.20 | KC |
| | Fee Applications, Applicant - Prepare draft invoice for Nov. 2013 fee application, to T. Tacconelli for review of same | 0.30 | KC |
| Jan-04-14 | Fee Applications, Applicant -Review and revise Ferry Joseph and Pearce November prebill | 0.30 | TJT |
| Jan-06-14 | Case Administration - Memo from T. Tacconell re: case status, research and respond to same, confer with TJT re: same | 0.30 | KC |
| | Case Administration - Review notices of change of address forwarded by LLC 1.2.2014, review 2002 service list re: same | 0.20 | KC |
| | Fee Applications, Others - E-mail to L. Flores re: status of Bilzin Nov. 2013 monthly fee application | 0.10 | KC |
| | Fee Applications, Applicant - Revisions to November 2013 invoice for monthly fee app and finalize for efiling | 0.30 | KC |
| | Fee Applications, Applicant - Draft November 2013 monthly fee application, to LLC for review | 0.30 | KC |
| Jan-07-14 | Fee Applications, Applicant - Review Nov. 2013 monthly fee app for filing | 0.10 | LLC |
| | Case Administration - Review Request for Removal from Service List by County of Sonoma | 0.10 | TJT |
| | Fee Applications, Others - Review docket for objections to Bilzin's 50th Quarterly fee application for July-Sept. 2013 | 0.10 | KC |
| | Fee Applications, Others - Draft certificate of no objection to Bilzin's 50th Quarterly fee application for July-Sept. 2013; to LLC for review | 0.20 | KC |
| | Fee Applications, Others - Review docket for objections to Bilzin's October 2013 fee application | 0.10 | KC |
| | Fee Applications, Others - Draft certificate of no objection to Bilzin's October 2013 fee application, to LLC for review of same | 0.20 | KC |
| | Fee Applications, Applicant - Review docket for objections to 50th Quarterly fee application for July-Sept. 2013 | 0.10 | KC |
| | Fee Applications, Applicant - Draft certificate of no objection to 50th Quarterly fee application for July-Sept. 2013, to LLC for review | 0.20 | KC |
| | Fee Applications, Applicant - Review docket for objections to October 2013 fee application | 0.10 | KC |
| | Fee Applications, Applicant - Draft certificate of no objection to October 2013 fee application, to LLC for review of same | 0.20 | KC |
| Jan-08-14 | Case Administration - Review notice of removal from mailing list and forward same to KC | 0.10 | LLC |
| | Case Administration - Review Motion to Authorize Debtors to Enter Into Exit Financing Commitment with attachments | 1.30 | TJT |
| | Case Administration - Review notice of withdrawal from LLC; review and revise 2002 service list re: same | 0.20 | KC |
| | Fee Applications, Applicant - Prepare Nov. 2013 fee application for efiling, efile and service of same | 0.30 | KC |
| Jan-09-14 | Case Administration - Review notice of address change and forward same to KC | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Case Administration - Retrieve certain information re: Committee professionals, letter to same re: current status of case, debtor's likely emergence from bankruptcy and confer with TJT re: same | 1.70 | LLC |
| | Case Administration - Confer with KC re: retrieving updated information for Committee professionals | 0.10 | LLC |
| | Case Administration - Review Notice of Change of Address re: Flynn Scale Services | 0.10 | TJT |
| | Case Administration - Review Dow Jones article re: emergence from Chapter 11 | 0.10 | TJT |
| | Case Administration - Review draft of letter to PD Committee professionals re: case ending issues | 0.10 | TJT |
| | Case Administration - Conference with LLC re: letter to PD Committee professionals | 0.10 | TJT |
| | Case Administration - Review notice of change of address forwarded from LLC, review 2002 service list re: same | 0.10 | KC |
| Jan-10-14 | Case Administration - Confer with TJT re: letter to Committee professionals and related issue | 0.20 | LLC |
| | Case Administration - Confer with TJT and KC re: status of Committee letter and additional information for same | 0.30 | LLC |
| | Case Administration - Further confer with T. Tacconelli re: debtor status and related matters | 0.20 | LLC |
| | Case Administration - Correspondence with J. Sakalo re: case ending matters | 0.20 | TJT |
| | Case Administration - Confer with LLC re: letter to PD Committee professionals re: case ending matter | 0.20 | TJT |
| | Case Administration- Research contact information re: Property Damage Committee Professionals | 0.30 | KC |
| Jan-11-14 | Case Administration - Review documents re: case ending matters | 0.30 | TJT |
| Jan-13-14 | Case Administration - Confer with KC re: status of finalizing letter for Committee professionals | 0.10 | LLC |
| | Case Administration - Follow up emails from KC and TJT re: letter to Committee professionals | 0.20 | LLC |
| | Case Administration - Confer with KC re: letter to PD Committee professionals re: case ending matters | 0.30 | TJT |
| | Case Administration - Review and revise letter to PD Committee professionals re: case ending matters | 0.30 | TJT |
| | Committee, Creditors', Noteholders' or - Review correspondence from J. Sakalo re: Effective Date issues | 0.20 | TJT |
| | Fee Applications, Others - Correspondence with M. Dies re: Dies & Hile final fee app | 0.20 | TJT |
| | Case Administration - Research into contact information, finalize letter from T. Tacconelli re: final fee apps | 0.30 | KC |
| | Case Administration - Discussion with LLC re: contact information, letter from TJT re: final fee apps | 0.10 | KC |
| | Case Administration - Discussions with T. Tacconelli re: letter to professionals re: final fee apps and contacting same | 0.30 | KC |
| | Case Administration - Finalize letter, coordinate service re: mail, fax and e-mail transmission | 0.30 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Case Administration - E,mail from Martin Dies in response to letter, forward same to TJT/ LLC | 0.10 | KC |
| Jan-14-14 | Fee Applications, Others - Confer with TJT re: preparation of final fee app for Committee professionals and follow up e-mail from TJT re: same | 0.30 | LLC |
| | Case Administration - Confer with LLC re: case ending matters | 0.20 | TJT |
| | Case Administration - Review Statement of Amounts Paid to OCP by Debtors | 0.10 | TJT |
| | Fee Applications, Others - Confer with LLC re: final fee app for Dies & Hile | 0.10 | TJT |
| | Fee Applications, Others - Prepare correspondence to M. Dies re: final fee app for Dies & Hile | 0.30 | TJT |
| Jan-15-14 | Fee Applications, Others - Confer with TJT re; issues related to professionals fee apps | 0.10 | LLC |
| | Fee Applications, Others - Review certificate of no objection re: Bilzin Oct. 2013 fee app for filing | 0.10 | LLC |
| | Fee Applications, Applicant - Review certificate of no objection re: Oct. 2013 monthly fee app for filing | 0.10 | LLC |
| | Case Administration - Correspondence with S. Baena re: case ending matters | 0.20 | TJT |
| | Case Administration - Confer with LLC re: case ending matters | 0.10 | TJT |
| | Case Administration - Review three miscellaneous correspondence CNO's filed by Debtors | 0.10 | TJT |
| Jan-16-14 | Case Administration - Review CNO filed by Debtors re: Motion to Approve Settlement with BLG | 0.10 | TJT |
| Jan-17-14 | Case Administration - Review Forbes article re: revision to Exit Financing | 0.10 | TJT |
| Jan-18-14 | Case Administration - Review Supplemental Affidavit by RL&F | 0.10 | TJT |
| | Case Administration - Review Order approving settlement with BLG | 0.10 | TJT |
| | Case Administration - Prepare correspondence to J. Sakalo re: settlement with BLG | 0.20 | TJT |
| | Case Administration - Review Notice of Filing revised Exhibits B-1 and B-4 re: Exit Financing Motion | 0.10 | TJT |
| | Case Administration - Review revised Exhibits B-1 and B-4 Exit Financing Motion | 0.60 | TJT |
| Jan-20-14 | Case Administration -E-mail from KC re: status of certain filings | 0.10 | LLC |
| | Committee, Creditors', Noteholders' or - Review correspondence from J. Sakalo re: plan status update | 0.10 | TJT |
| Jan-21-14 | Fee Applications, Others - Trade emails with KC re: status of filing and preparation of certain fee apps | 0.10 | LLC |
| | Fee Applications, Others - Review certificate of no objection re: Bilzin 50th Quarterly fee app for filing | 0.10 | LLC |
| | Fee Applications, Others - Review certificate of no objection re: Bilzin October 2013 monthly fee app for filing | 0.10 | LLC |
| | Fee Applications, Applicant - Review certificate of no objection re: 50th Quarterly fee application for filing | 0.10 | LLC |
| | Fee Applications, Applicant - Review certificate of no objection re: October 2013 monthly fee app for filing | 0.10 | LLC |
| | Case Administration - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | Fee Applications, Others - Prepare certificate of no objection to Bilzin Oct 2013 monthly fee app for efiling, efile and service of same | 0.30 | KC |
| | Fee Applications, Applicant - Prepare certificate of no objection to Oct 2013 monthly fee app for efiling, efile and service of same | 0.30 | KC |
| Jan-22-14 | Case Administration -Review First Supplemental Declaration by PIFCR | 0.10 | TJT |
| Jan-23-14 | Case Administration - Review First Supplemental Declaration by Orrick | 0.10 | TJT |
| | Fee Applications, Others - E-mail from L. Flores, download Bilzin's Nov. and Dec. monthly 2014 fee apps | 0.20 | KC |
| | Fee Applications, Others - Review Bilzin Nov. 2013 fee app; revisions to Notice, draft cos, to LLC for review | 0.30 | KC |
| | Fee Applications, Applicant - Review Bilzin Dec. 2013 fee app, revisions to Notice, draft cos, to LLC for review | 0.30 | KC |
| Jan-24-14 | Case Administration - Review correspondence from J. Sakalo re: Stipulation of Dismissal re: Sealed Air/Fresenius adversary case | 0.10 | TJT |
| | Case Administration - Review file re: Sealed Air/Fresenius adversary case | 0.40 | TJT |
| | Case Administration - Review and revise Stipulation of Dismissal re: Sealed Air/Fresenius adversary case | 0.20 | TJT |
| | Case Administration - Correspondence with J. Sakalo re: executed Stipulation of Dismissal re: Sealed Air/Fresenius adversary case | 0.20 | TJT |
| | Committee, Creditors', Noteholders' or - Review correspondence from committee members re: Stipulation of Dismissal re: Sealed Air/Fresenius adversary case | 0.20 | TJT |
| Jan-25-14 | Case Administration - Review Notice of Filing Undisputed Claims Exhibit | 0.10 | TJT |
| | Case Administration - Review Undisputed Claims Exhibit | 0.70 | TJT |
| Jan-27-14 | Case Administration - Complete review of Undisputed Claims Exhibit | 0.60 | TJT |
| | Case Administration - Review certificate of no objection filed by Debtors re: Motion to Approve Addendum to Settlement Agreement with Harper Ins. Co. | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or - Review correspondence from J. Sakalo re: Effective Date documents | 0.10 | TJT |
| | Plan and Disclosure Statement - Review revised Effective Date documents | 2.40 | TJT |
| Jan-28-14 | Case Administration - Review efiling notice of order authorizing exit financing | 0.10 | LLC |
| | Case Administration - Review stipulation of dismissal of Sealed Air/ Fresenius action | 0.10 | LLC |
| | Case Administration - Review Stipulation of Dismissal filed in Adversary No. 02-2210 | 0.10 | TJT |
| | Case Administration - Review order granting Motion to Approve Addendum to Settlement Agreement with Harper Ins. Co. | 0.10 | TJT |
| | Plan and Disclosure Statement - Review Effective Date documents | 1.60 | TJT |
| | Hearings - Review Agenda for 1/29 hearing | 0.10 | TJT |
| | Hearings - Review Amended Agenda for 1/29 hearing - now telephonic only | 0.10 | TJT |
| | Hearings - Prepare for 1/29 hearing | 0.20 | TJT |
| Jan-29-14 | Case Administration - Confer with T. Tacconelli re: approval of exit financing and debtors expected effective date and related issues | 0.20 | LLC |
| | Case Administration - Confer with TJT re: approval of exit financing and debtor's expected effective date and related issues | 0.20 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Fee Applications, Others - Review Bilzin Nov. 2013 monthly fee app for filing | 0.10 | LLC |
| | Fee Applications, Others - Review Bilzin Dec. 2013 monthly fee app for filing | 0.10 | LLC |
| | Case Administration - Review Stipulation of Dismissal filed in Adversary No. 02-2211 | 0.10 | TJT |
| | Case Administration - Review order granting Motion to Approve Exit Financing | 0.10 | TJT |
| | Case Administration - Confer with LLC re: case status | 0.20 | TJT |
| | Plan and Disclosure Statement - Review First Amended Plan re: Effective date issues | 0.30 | TJT |
| | Plan and Disclosure Statement - Review Notice of Filing Effective Date Documents | 0.10 | TJT |
| | Plan and Disclosure Statement - Review exhibits to Notice of Filing Effective Date Documents | 1.60 | TJT |
| | Hearings - Correspondence with J. Sakalo re: hearing today | 0.20 | TJT |
| Jan-30-14 | Case Administration - Review order dismissing Adversary No. 02-2210 | 0.10 | TJT |
| | Case Administration - Confer with LLC re: case status | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -Review correspondence from J. Sakalo re: status re: Effective Date | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or - Review correspondence from committee member re: status re: Effective Date | 0.10 | TJT |
| | Fee Applications, Applicant - Review and revise Ferry Joseph and Pearce December Fee App. | 0.20 | TJT |
| Jan-31-14 | Case Administration - Review order dismissing Adversary No. 02-2211 | 0.10 | TJT |
| | Case Administration - Review four miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | Case Administration - Review Debtor's Objection to Non-Default Rate Interest re: Gulf Pacific with attachment | 0.30 | TJT |
| | Case Administration - Review Stipulation of Dismissal re: Adversary No. 01-8883 | 0.10 | TJT |
| | Case Administration - Review Notice of Filing Amended Undisputed Claims Exhibit | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) - Review Stipulation between Debtors and Dies & Hile withdrawing various claims | 0.10 | TJT |
| | Plan and Disclosure Statement - Continue reviewing Exhibits to Notice of Filing Effective Date Documents | 1.30 | TJT |
| | Fee Applications, Others - Prepare Bilzin Nov. 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| | Fee Applications, Others - Prepare Bilzin Dec. 2013 fee app for efiling, efile and service of same | 0.30 | KC |
| | Fee Applications, Applicant - Revisions to Dec. 2013 invoice as exhibit for Dec. 2013 monthly fee app | 0.20 | KC |
| | Totals | 31.60 | |

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Jan-08-14 | Photocopy Cost | 4.30 |

| Date | Description | Amount |
|---|---|---|
| Jan-14-14 | Photocopy Cost | 1.30 |
| Jan-18-14 | Photocopy Cost | 6.00 |
| Jan-21-14 | Photocopy Cost | 6.80 |
| Jan-23-14 | Photocopy Cost | 0.90 |
| | Photocopy Cost 9 @ 0.10 | 0.90 |
| | Photocopy Cost 8 @ 0.10 | 0.80 |
| Jan-28-14 | Photocopy Cost 8 @ 0.10 | 0.80 |
| | Photocopy Cost 14 @ 0.10 | 1.40 |
| | Photocopy Cost 15 @ 0.10 | 1.50 |
| | Photocopy Cost 16 @ 0.10 | 1.60 |
| | Photocopy Cost 26 @ 0.10 | 2.60 |
| | Photocopy Cost 2 @ 0.10 | 0.20 |
| Jan-29-14 | Photocopy Cost 8 @ 0.10 | 0.80 |
| Jan-30-14 | Photocopy Cost 8 @ 0.10 | 0.80 |
| Jan-31-14 | Photocopy Cost 8 @ 0.10 | 0.80 |
| | Photocopy Cost 114 @ 0.10 | 11.40 |
| | Cost Advance - Pacer Service Center - 10/1/13- 12/31/13 (RSM) Account # FJ0091 | 15.70 |
| | Cost Advance - Pacer Service Center - 10/1/13- 12/31/13 (TJT) Account # FJ0093 | 20.40 |
| | Cost Advance - postage - 1@ $2.03 | 2.03 |

Totals  $81.03

**Total Fees & Disbursements**  $10,373.03