# EXHIBIT C

# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                        February 1, 2014 to    Feb 03 2014

Inv  #:              50630

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 0.70 | 276.50 |
| B36 | Plan and Disclosure Statement - | 0.60 | 237.00 |
| B45 | Professional Retention Issues - | 0.50 | 197.50 |
| | Total | 1.80 | $711.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Theodore J. Tacconelli | 395.00 | 1.80 | 711.00 |
| Total | | 1.80 | $711.00 |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-01-14 | *Case Administration* - Review three miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review Stipulation of Dismissal re: Adversary No. 01-8810 | 0.10 | TJT |
| | *Case Administration* - Review Stipulation of Dismissal re: C. A. No. 01-412 | 0.10 | TJT |
| | *Case Administration* - Review Notice of Address Change for PIFCR | 0.10 | TJT |
| | *Professional Retention Issues* - Review PIFCR's Motion to Retain Frankel Wyron LLP with attachments | 0.50 | TJT |
| Feb-03-14 | *Case Administration* - Review Notice of Address Change re: R. Wyron | 0.10 | TJT |
| | *Case Administration* - Review five miscellaneous certificates of no objection filed by Debtors | 0.10 | TJT |
| | *Case Administration* - Review 2nd Supplemental Declaration by R. Frankel | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Stipulation of Dismissal re: Appeal 12-1402 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Order granting Stipulation of Dismissal re: Appeal 12-1402 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re: status of Effective Date | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Notice of Effective Date and note deadlines | 0.20 | TJT |
| | Totals | 1.80 | |

**Total Fees & Disbursements**                                               $711.00