# EXHIBIT D

***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:   (302) 575-1714

WR Grace PD Committee                                February 4, 2013 to    May 12 2014

                                                                                                                                      Inv  #:            50631

RE:     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 9.20 | 2,020.00 |
| B18 | Fee Applications, Others - | 16.00 | 3,888.00 |
| B25 | Fee Applications, Applicant - | 52.40 | 13,796.00 |
| **Total** | | **77.60** | **$19,704.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 310.00 | 50.40 | 15,624.00 |
| Paralegal - MAG | 150.00 | 7.00 | 1,050.00 |
| Legal Assistant - KC | 150.00 | 20.20 | 3,030.00 |
| **Total** | | **77.60** | **$19,704.00** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-04-14 | *Case Administration* - Review notice of effective date and confer with DJF re: same | 0.20 | LLC |
| Feb-05-14 | *Fee Applications, Applicant* - Draft Dec. 2013 monthly fee app, to LLC | 0.30 | KC |
| Feb-06-14 | *Case Administration* - Review change of address, revisions to 2002 service list | 0.20 | KC |
| Feb-19-14 | *Case Administration* - Discussion with TJT re: case status, update tracking chart | 0.10 | KC |
| Feb-20-14 | *Fee Applications, Others* - Review docket for objections to Bilzin Nov. 2013 fee app; draft certificate of no objection and cos to same; to LLC | 0.30 | KC |
|  | *Fee Applications, Others* - Review docket for objections to Bilzin Dec. 2013 fee app; draft certificate of no objection and cos to same; to LLC | 0.30 | KC |
|  | *Fee Applications, Applicant* - Draft FJP Jan. 2014 invoice as exhibit for monthly fee app | 0.20 | KC |
| Feb-21-14 | *Fee Applications, Others* - Review e-mail from L. Flores; download Bilzin 51st Quarterly fee app; prepare notice, cos to same | 0.50 | KC |
|  | *Fee Applications, Applicant* - Begin preparation for 51st Quarterly fee application | 0.50 | KC |
| Feb-22-14 | *Fee Applications, Others* - Review Bilzin 51st Quarterly fee application for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review CNO re: Bilzin Dec. 2013 fee app | 0.10 | LLC |
|  | *Fee Applications, Others* - Review CNO re: Bilzin Nov. 2013 fee app | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review Dec. 2013 fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review CNO re: Nov. 2013 fee app | 0.10 | LLC |
| Feb-25-14 | *Case Administration* - Confer with KC re: status of certain filings | 0.10 | LLC |
|  | *Fee Applications, Others* - Format certificate of no objection to Bilzin Nov. 2013 fee app for filing; efile and service of same | 0.30 | KC |
|  | *Fee Applications, Others* - Format Bilzin Dec. 2013 certificate of no objection for efiling, efile, service of same | 0.30 | KC |
|  | *Fee Applications, Others* - Prepare Bilzin 51st Quarterly fee app for efiling, efile same | 0.40 | KC |
|  | *Fee Applications, Others* - Service of Bilzin 51st Quarterly fee app; coordinate service of Notice of same to 2002 service list | 0.20 | KC |
| Feb-26-14 | *Case Administration* - Confer with TJT re: status | 0.10 | LLC |
|  | *Fee Applications, Others* - Revisions to draft invoice for Jan. 2013 monthly fee app | 0.10 | KC |
|  | *Fee Applications, Applicant* - Prepare Dec. 2013 fee app for efiling, efile and service of same | 0.30 | KC |
|  | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: Nov 2013 fee app for efiling, efile and service of same | 0.20 | KC |
| Feb-27-14 | *Fee Applications, Applicant* - Review 51st Quarterly fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Complete draft of 51st Quarterly fee app; to LLC for review of same | 0.50 | KC |
| Feb-28-14 | *Case Administration* - Trade emails with KC re: upcoming deadlines | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Prepare 51st Quarterly fee app for filing, efile and coordinate service of same | 0.40 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-04-14 | *Case Administration* - Review notice of address change and forward same to KC | 0.10 | LLC |
| Mar-12-14 | *Fee Applications, Applicant* - Complete draft of January, 2014 monthly fee application, to LLC | 0.30 | KC |
| Mar-14-14 | *Case Administration* - Review notice of removal from mailing list and forward same to KC | 0.10 | LLC |
| Mar-19-14 | *Case Administration* - Review filing notice for removal from mailing list and forward same to KC | 0.10 | LLC |
| Mar-21-14 | *Fee Applications, Others* - Review Bilzin January 2014 fee app for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review January 2014 fee app for filing | 0.10 | LLC |
| Mar-24-14 | *Fee Applications, Others* - Prepare January 2014 monthly fee application for efiling, efile and service of same | 0.30 | KC |
|  | *Fee Applications, Applicant* - Prepare January 2014 monthly fee application for efiling, efile and service of same | 0.30 | KC |
| Mar-26-14 | *Fee Applications, Others* - Review docket for objections to Bilzin 51st Quarterly fee application for Oct. 1-Dec. 31, 2013 | 0.10 | KC |
|  | *Fee Applications*, Others - Draft certificate of no objection to Bilzin 51st Quarterly fee app for Oct.1, 2013-Dec. 31, 2013; to LLC for review | 0.20 | KC |
|  | *Fee Applications, Applicant* - Review docket for objections to Dec. 2013 monthly fee app | 0.10 | KC |
|  | *Fee Applications, Applicant* - Review docket for objections to 51st Quarterly fee application for Oct. 1-Dec. 31, 2013 | 0.10 | KC |
|  | *Fee Applications, Applicant* - Draft certificate of no objection to Dec. 2013 monthly fee application, to LLC for review | 0.20 | KC |
|  | *Fee Applications, Applicant* - Draft certificate of no objection to 51st Quarterly fee application for Oct. 1- December 31, 2013, to LLC for review | 0.20 | KC |
| Mar-27-14 | *Case Administration* - Confer with KC re: status of matter | 0.10 | LLC |
|  | *Fee Applications, Others* - Review certificate of no objection re: Bilzin 51st Quarterly fee application | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review CNO re: Dec. 2013 fee application for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review certificate of no objection re: 51st Quarterly for filing | 0.10 | LLC |
|  | *Fee Applications, Applicant* -Draft and revise Feb. 2014 invoice, to LLC | 0.20 | KC |
| Mar-28-14 | *Case Administration* - Review notice of removal from mailing list and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - E-mail from M. Guggenberger re: service of pleadings | 0.10 | LLC |
| Mar-31-14 | *Case Administration* - Review order relating to service list and confer with TJT re: same | 0.20 | LLC |
| Apr-01-14 | *Case Administration* - Review Order re: quarterly fee apps and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Confer with T. Tacconelli re: revised service list and review same | 0.10 | LLC |
| Apr-02-14 | *Case Administration* - Confer with KC re: new service list and other case closing issues | 0.30 | LLC |
| Apr-03-14 | *Case Administration* - Review request for service and forward same to KC | 0.10 | LLC |
|  | Case *Administration* -   Update service list and create labels | 1.00 | MAG |
| Apr-07-14 | *Case Administration* - Confer with KC re: status of matter | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Apr-08-14 | *Case Administration* - Trade emails with KC re: retrieving certain orders from the docket | 0.20 | LLC |
| | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
| | *Fee Applications, Applicant* - Research and print all orders approving quarterly fees since 2001 to present | 6.00 | MAG |
| | *Case Administration* - Emails with LLC, MAG re: case status, orders approving quarterly fee apps | 0.10 | KC |
| | *Case Administration* - Discussion with MAG re: final fee application preparation | 0.10 | KC |
| Apr-09-14 | *Case Administration* - Review notice of appearance for BNSF and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review notice of appearance of ZAI claimants and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Review second notice of appearance filed by ZAI and forward to KC | 0.10 | LLC |
| | *Case Administration* - Review additional notice of appearance filed by ZAI and forward same to KC | 0.10 | LLC |
| Apr-10-14 | *Case Administration* - Review notice of appearance filed by Handler (?) Associates and forward same to KC | 0.10 | LLC |
| | *Case Administration* - Update 2002 service list and labels per recent pleadings | 0.30 | KC |
| Apr-15-14 | *Case Administration* - E-mail from Debtor's counsel R. Higgins re: final bills | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review of past fee orders and begin preparation of final fee app | 0.90 | LLC |
| | *Fee Applications, Others* - Review docket for objections re Bilzin Jan. 2014 fee app | 0.10 | KC |
| | *Fee Applications, Others* - Draft Certificate of No Objection to Bilzin Jan. 2014 fee app, to LLC for review of same | 0.30 | KC |
| | *Fee Applications, Applicant* - Review docket for objections re: FJP Jan. 2014 fee app | 0.10 | KC |
| | *Fee Applications, Applicant* - Draft certificate of no objection to Jan. 2014 fee app, to LLC for review of same | 0.30 | KC |
| Apr-16-14 | *Fee Applications, Applicant* - Confer with T. Tacconelli re: final fees | 0.10 | LLC |
| | *Fee Applications, Applicant* - continue working on final fee app | 1.80 | LLC |
| Apr-17-14 | *Case Administration* - E-mail from and confer with TJT re: final fee apps for committee professionals and related issues | 0.30 | LLC |
| Apr-23-14 | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
| Apr-24-14 | *Fee Applications, Others* - Review certificate of no objection re: Bilzin January 2014 fee app for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO re: January 2014 fee app for filing | 0.10 | LLC |
| Apr-25-14 | *Case Administration* - Review notice forwarded from LLC, update 2002 service list | 0.20 | KC |
| | *Fee Applications, Others* - Revision to CNO to Bilzin Jan. 2014 monthly fee app; format for efiling, efile and service of same | 0.30 | KC |

| Date | Description | Hours | Atty |
|---|---|---|---|
|  | *Fee Applications, Applicant* - Prepare certificate of no objection to Jan. 2014 fee app for efilng, efile and service of same | 0.30 | KC |
| Apr-28-14 | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Confer with KC re: status of final fee app | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Confer with KC and TThomas re: retrieval of information related to final fee app and review same | 0.50 | LLC |
| Apr-29-14 | *Case Administration* - Review final fee app filed by fee auditor | 0.10 | LLC |
|  | *Case Administration* - E-mail to KC re: deadline for final fee apps | 0.10 | LLC |
|  | *Fee Applications, Others* - Begin preparation of final fee app for special counsel Dies and Hile | 1.10 | LLC |
| Apr-30-14 | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
|  | *Case Administration* - Review additional notice of appearance and forward same to KC | 0.10 | LLC |
|  | *Fee Applications, Others* - Continued preparation of final fee app for Dies and Hile | 1.60 | LLC |
|  | *Fee Applications, Others* - Email to M. Dies re: additional information for fee app | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Continued preparation of final fee app | 0.70 | LLC |
| May-01-14 | *Fee Applications, Others* - Revise and finalize Dies and Hile fee app and e-mail to M. Dies re: same | 0.30 | LLC |
|  | *Fee Applications, Others* - Trade follow up emails with M. Dies and J. Sakalo re: fee app issues | 0.20 | LLC |
|  | *Fee Applications, Others* - Research case dockets and confer with TJT and J. Sakalo re: Sealed Air Adversary fees | 1.90 | LLC |
|  | *Fee Applications, Applicant* - Further preparation of final fee app | 1.40 | LLC |
|  | *Case Administration* - Update 2002 service list re: Notices of Appearances filed on 4.30 | 0.10 | KC |
| May-02-14 | *Fee Applications, Applicant* - Continued preparation of final fee app | 5.20 | LLC |
|  | *Fee Applications, Applicant* - Assist LLC with preparation of final fee application | 4.00 | KC |
| May-05-14 | *Case Administration* - Review notice of appearance and forward same to KC | 0.10 | LLC |
|  | *Fee Applications, Others* - Trade emails with J. Sakalo and D. Corona re: status of filing fee app for Dies and Hile | 0.20 | LLC |
|  | *Fee Applications, Others* - Trade emails with T. Tacconelli and J. O'Neal re: status of filing fee apps for PD Committee professional | 0.20 | LLC |
|  | *Fee Applications, Applicant* - Continued preparation of final fee app | 4.90 | LLC |
|  | *Case Administration* - Review forwarded entry of appearance | 0.10 | KC |
| May-06-14 | *Fee Applications, Applicant* - Continued preparation of final fee app | 4.20 | LLC |
|  | *Case Administration* - Continue to assist LLC with preparation of final fee application | 3.00 | KC |
| May-07-14 | *Fee Applications, Applicant* - Continued preparation of final fee application | 5.30 | LLC |
| May-08-14 | *Fee Applications, Applicant* - Continued preparation of final fee application | 6.40 | LLC |
| May-09-14 | *Fee Applications, Others* - Trade emails with J. Sakalo re: status of final fee apps | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Continued preparation of final fee app | 2.90 | LLC |
| May-12-14 | *Fee Applications, Others* - Receipt, review and coordinate filing of final fee applications for professionals | 3.00 | LLC |

| | | | |
|---|---|---|---|
| | *Fee Applications, Applicant* - Finish revising and finalizing final fee application | 2.00 | LLC |
| | *Fee Applications, Others* - Review emails with attachments of final fee applications of professionals, download attachments to same, prepare cos, notices for final fee applications for professionals, prepare final fee applications for efiling, efile and coordinate service of same | 3.00 | KC |
| | *Fee Applications, Applicant* - Prepare final fee application for efiling, efile and coordinate service of same | 0.40 | KC |
| | *Fee Applications, Applicant* - Draft and finalize invoice for Feb-May 2014 costs and fees; to LLC for review of same | 0.40 | KC |
| | Totals | 77.60 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Feb-10-14 | Cost Advance - Court Call - 1/29/14 hearing | 30.00 |
| Feb-21-14 | Photocopy Cost 14 @ 0.10 | 1.40 |
| | Photocopy Cost 8 @ 0.10 | 0.80 |
| | Photocopy Cost 9 @ 0.10 | 0.90 |
| | Photocopy Cost 8 @ 0.10 | 0.80 |
| Feb-25-14 | Photocopies: 150 pages @ $.10 per page | 15.00 |
| | Photocopy Cost 7 @ 0.10 | 0.70 |
| | Photocopy Cost 7 @ 0.10 | 0.70 |
| Feb-26-14 | Photocopy Cost 7 @ 0.10 | 0.70 |
| | Photocopy Cost 49 @ 0.10 | 4.90 |
| Feb-27-14 | Photocopy Cost 15 @ 0.10 | 1.50 |
| | Photocopy Cost 11 @ 0.10 | 1.10 |
| Feb-28-14 | Photocopy Cost 11 @ 0.10 | 1.10 |
| | Photocopy Cost 87 @ 0.10 | 8.70 |
| Mar-10-14 | Photocopy Cost 7 @ 0.10 | 0.70 |
| Mar-11-14 | Photocopy Cost 13 @ 0.10 | 1.30 |
| Mar-12-14 | Photocopy Cost 7 @ 0.10 | 0.70 |
| | Photocopy Cost 7 @ 0.10 | 0.70 |
| | Photocopy Cost 8 @ 0.10 | 0.80 |
| | Photocopy Cost 8 @ 0.10 | 0.80 |
| Mar-24-14 | Photocopy Cost 7 @ 0.10 | 0.70 |
| | Photocopy Cost 13 @ 0.10 | 1.30 |
| | Photocopy Cost 8 @ 0.10 | 0.80 |
| Mar-27-14 | Cost Advance - Digital Legal - copies/service (Inv # 80308) | 542.15 |
| Mar-31-14 | Cost Advance - Digital Legal - copies/service (Inv # 80394) | 503.79 |
| Apr-25-14 | Photocopy Cost 18 @ 0.10 | 1.80 |
| Apr-28-14 | Photocopy Cost 6 @ 0.10 | 0.60 |
| | Photocopy Cost 6 @ 0.10 | 0.60 |
| May-01-14 | Cost Advance - Pacer Service Center - 1/1/14- 3/31/14 (TJT) Account # FJ0093 | 23.60 |
| | Cost Advance - Pacer Service Center - 1/1/14- 3/31/14 (RSM) Account # FJ0091 | 14.90 |
| May-02-14 | Photocopy Cost 8 @ 0.10 | 0.80 |
| | Photocopy Cost 1 @ 0.10 | 0.10 |
| | Photocopy Cost 157 @ 0.10 | 15.70 |

| May-12-14 | Cost Advance - copies final fee applications (1086 x .15) | 162.90 |
| | Cost Advance - First Class postage final fee applications 35   x. 1.61 | 56.35 |
| | Cost Advance -   postage International mail 1 @ $2.91 | 2.91 |
| | Cost Advance - postage 1 flat @ $5.05 | 5.05 |
| | Cost Advance - Digital Legal - 2 hand deliveries @ $6.50 | 13.00 |
| | Totals | $1,420.35 |
| | **Total Fees & Disbursements** | **$21,124.35** |