IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | **Re: Docket No. _____** |

**ORDER APPROVING AND ALLOWING FIFTY-SECOND QUARTERLY AND FINAL FEE APPLICATION REQUEST OF FERRY, JOSEPH & PEARCE, P.A. FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF APRIL 18, 2001 THROUGH FEBRUARY 3, 2014 AND APPROVAL OF POST-EFFECTIVE DATE FEES AND EXPENSES**

Upon consideration of the Fifty-second Quarterly and Final Fee Application Request of Ferry, Joseph & Pearce, P.A. ("Applicant") for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 18, 2001 Through February 3, 2014 and Approval Of Post-effective Date Fees and Expenses (the "Application"), and the Court having found that the relief sought therein is reasonable and necessary, IT IS HEREBY ORDERED as follows:

1. The Application is APPROVED on a final basis;

2. Any objections not made to the Application are waived and any objections made to the Application are overruled with prejudice;

3. The Court approves and allows Applicant compensation for professional services in the amount of $2,063,274.00 and of reimbursement of out-of-pocket expenses in the amount of $264,221.32 during the Final Fee Period.

4.  The Court approves and allows Applicant compensation for professional services in the amount of $19,704.00 and expenses incurred in the amount of $1,420.35 during the Post Effective Date period.

5.  The Debtors are authorized and directed to issue payment to Applicant of the approved fees and expenses, less amounts previously paid.

Dated: _____, 2014

                                                    The Honorable Kevin J. Carey, Judge
                                                    United States Bankruptcy Court