**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: July 11, 2014 @ 4:00 p.m.** |
| | ) | **Hearing Date: October 14, 2014 @ 10:00 a.m.** |
| | ) | |

**NOTICE OF FINAL APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., ET AL., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES; AND OF ELIZABETH WARREN, SPECIAL BANKRUPTCY COUNSULTANT TO CAPLIN & DRYSDALE, CHARTERED**

TO:  (1) The Reorganized Debtors; (2) Office of the United States Trustee; (3) Counsel for the WRG Asbestos PT Trust; (4) Counsel for the Asbestos PT Future Claimants Representative; (5) Counsel for the Asbestos PD Futures Claimants Representative; (6) Counsel for the WRG Asbestos PD Trust (7A); (7) Counsel for the WRG Asbestos PD Trust (7B); and (8) Counsel for the CDN ZAI PD Claims Fund.

Caplin & Drysdale, Chartered, Counsel to the Official Committee of Asbestos Personal Injury Claimants, has filed and served the Final Application of Caplin & Drysdale, Chartered for April 12, 2001 through February 3, 2014, seeking fees in the amount of $22,510,174.75 and expenses in the amount of $3,932,840.61 and, for Elizabeth Warren, Special Bankruptcy Consultant, fees in the amount of $4,725.00 (the "Final Fee Application").

Objections or responses to the Final Fee Application, if any, must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, on or before May 5, 2014 at 4:00 p.m.

At the same time, you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Reorganized Debtors, Adam Paul, Kirkland & Ellis

{C0361380.1 }

LLP, 300 North LaSalle, Chicago, IL 60654 (Fax number 312-862-2000), Roger Higgins, The Law Offices of Roger Higgins, LLC, 1 North Bishop Street, Suite 14, Chicago, IL 60607 (Fax number 312-577-0737); and James O'Neill, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, PO Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (Fax number 302-652-4400); (ii) counsel to the Official Committee of Unsecured Creditors, Michal Magzamen, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (Fax number 212-806-6006), and Michael R. Lastowski, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (Fax number 302-657-4901); (iii) counsel to the Official Committee of Property Damage Claimants, Scott L. Baena, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (Fax number 305-374-7593), an Michael B. Joseph, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (Fax number 302-575-1714); (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Caplin & Drysdale, Chartered, 399 Park Avenue, 36th Floor, New York, New York 10022 (Fax number 212-644-6755), and Mark T. Hurford, Campbell & Levine, LLC, 222 Delaware Avenue, Suite 1620, Wilmington, Delaware 19801 (Fax number 302-426-9947); (v) counsel to the DIP Lenders, J. Douglas Bacon, Lathan & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (Fax number 312-993-9767), and The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (Fax number 302-658-6395); (vi) the Office of the United States Trustee, Attn: Richard Schepacarter, 844 N. King Street, Wilmington, Delaware 19801 (Fax number 302-573-6497); (vii) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022

{C0361380.1 }

(Fax number 212-715-8000); and (viii) co-counsel to the Official Committee of Equity Holders, Teresa K.D. Currier, Saul Ewing, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, DE 19801.

A HEARING ON THE FINAL APPLICATION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM #5, WILMINGTON, DELAWARE 19801 **ON OCTOBER 14, 2014 AT 10:00 A.M.**

        CAMPBELL & LEVINE, LLC

        */s/ Mark T. Hurford*
        Mark T. Hurford (I.D. #3299)
        222 Delaware Avenue, Suite 1620
        Wilmington, DE 19801
        (302) 426-1900

        *Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Dated: May 12, 2014

{C0361380.1 }