# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | Objection Deadline: May 7, 2014 at 4:00 p.m. |

**FIFTY-SECOND INTERIM APPLICATION OF CAPLIN & DRYSDALE,
CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., ET AL., FOR INTERIM
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

| | |
|---|---|
| Name of Application: | Caplin & Drysdale, Chartered |
| Authorized to Provide<br>Professional Services to: | The Official Committee of Asbestos<br>Claimants of the above-captioned<br>debtor and debtor-in-possession |
| Date of Retention: | June 13, 2001 *nunc pro tunc*<br>To April 12, 2001 |
| Period for which<br>Compensation and<br>Reimbursement are sought: | January 1, 2014 through<br>February 3, 2014 |
| Amount of Compensation<br>Sought as actual, reasonable<br>And necessary | <u>$98,303.25</u> |
| Amount of Expense<br>Reimbursement sought as<br>actual, reasonable<br>and necessary | <u>$584.01</u> |

This is an:    _x_  interim    __  final application.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Debtor. | ) | Jointly Administered |

**FIFTY-SECOND INTERIM APPLICATION OF CAPLIN & DRYSDALE,
CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy

Procedure, and the Administrative Order, Pursuant to Sections 105(a) and 331 of the Bankruptcy

Code, Establishing Procedures for Interim Compensation and Reimbursement of Expenses of

Professionals (the "Administrative Order"), the law firm of Caplin & Drysdale, Chartered

("Caplin & Drysdale") hereby submits this fifty-second interim application ("Fifty-Second

Interim Application") for an Order awarding it interim compensation for professional legal

services rendered as national counsel to the Official Committee of Asbestos Personal Injury

Claimants (the "Committee") of the debtor, W. R. Grace & Co., et al., ("Debtor"), in an amount

of $98,303.25, together with reimbursement of Caplin & Drysdale's actual and necessary

expenses incurred in the amount of $584.01, for the period commencing January 1, 2014 through

February 3, 2014 (the "Application Period").  In support of this Fifty-Second Interim

Application, Caplin & Drysdale respectfully represents as follows:

**IV. JURISDICTION**

1.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1334.

## II.    BACKGROUND

2.      On April 2, 2001 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 under Title 11 of the United States Code (the "Bankruptcy Code").

3.      From the Petition Date through the date of this Fifty-Second Interim Application, the Debtor has continued to operate its businesses and manage its properties as debtor-in-possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On April 12, 2001, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.

5.      On May 3, 2001, the Committee filed and served its Application For Entry Of An Order Nunc Pro Tunc As Of April 12, 2001 authorizing the employment of Caplin & Drysdale as national counsel for the Committee.  On June 13, 2001, the Court entered an order, approving the retention application.

## III.    RELIEF REQUESTED

6.      Through this Fifty-Second Interim Application, Caplin & Drysdale seek allowance and payment of $98,303.25 in fees for services rendered during the Application Period and reimbursement of $584.01 for reasonable and necessary expenses incurred during the Application Period.  Thus, Caplin & Drysdale seeks allowance and payment in the total amount of $98,887.26.

7.      Caplin & Drysdale has received no payment and no promises for payment from any source for services rendered during the Application Period in connection with the case. There exists no agreement or understanding between Caplin & Drysdale and any other person for the sharing of any compensation to be received for services rendered by Caplin & Drysdale in the case.

8.    All services for which compensation is requested by Caplin & Drysdale pursuant to this Application were performed for or on behalf of the Committee in this case.

9.    This is Caplin & Drysdale' Fifty-Second Interim Application.

### IV.    SUMMARY OF SERVICES RENDERED

10.    The professionals at Caplin & Drysdale who have provided services to or for the Committee in this case and their standard hourly rates during the Application Period were as follows:

| Name | Position | Years Experience | Rate |
|------|----------|------------------|------|
| Elihu Inselbuch (EI) | Member | 52 | $1,100 |
| Peter V. Lockwood (PVL) | Member | 48 | $975/487.50 |
| Trevor W. Swett (TWS) | Member | 33 | $770 |
| Ann C. McMillan (ACM) | Member | 30 | $675 |
| Rita C. Tobin (RCT) | Of Counsel | 24 | $555 |
| Andrew J. Sackett (AJS) | Of Counsel | 9 | $450 |
| Eugenia Benetos (EB) | Paralegal | 11 | $235 |
| Sara Joy DelSavio (SJD) | Paralegal | 10 | $235 |

11.    Caplin & Drysdale has maintained detailed records of the time spent in the rendition of professional services for the Committee during the Application Period. Attached hereto as Exhibit A and incorporated herein by reference is a true and correct copy of the monthly billing statement prepared for the services rendered in this case by Caplin & Drysdale (the "Billing Statement"). The Billing Statement is in the same form regularly used by Caplin & Drysdale to

{C0356446.1 }                                          4

bill its clients for services rendered and includes the date that the services were rendered, a detailed, contemporaneous narrative description of the services, the amount of time spent for each service and the designation of the professional who performed the service.  In addition, attached hereto as Exhibit B and incorporated herein by reference is a summary by category of the professional services provided during the Application Period.

12.    As set forth on Exhibits A and B, Caplin & Drysdale rendered <u>128.6</u> hours of professional services during the Application Period, resulting in legal fees totaling <u>$98,303.25</u> and associated reasonable and necessary expenses totaling <u>$584.01</u>.

13.    The total value of the services rendered by Caplin & Drysdale as shown on Exhibit B, broken down among the persons rendering the services is as follows[*]:

| Name | Hours | Hourly Rate | Value |
|------|-------|-------------|-------|
| Elihu Inselbuch | 3.6 | $1,100 | $3,960.00 |
| Peter Van N. Lockwood | 61.4 | $975 | $59,865.00 |
|  | 31.5 | $487.50 | $15,356.25 |
| Trevor W. Swett | .3 | $770 | $231.00 |
| Ann C. McMillan | 23.5 | $675 | $15,862.50 |
| Rita C. Tobin | 3.1 | $555 | $1,720.50 |
| Andrew J. Sackett | .4 | $450 | 180.00 |
| Eugenia Benetos | 3.7 | $235 | $869.50 |
| Sara Joy DelSavio | 1.1 | $235 | $258.50 |
| **Total** | **128.6** | | **$98,303.25** |

---

[*] Nonworking travel time is billed at one-half the attorney's usual hourly rate.  <u>See</u>  Exhibit A, Task Code .16 for breakdown.

14.     Set forth below are the rates for the expenses incurred by Caplin & Drysdale for which reimbursement is requested pursuant to this Application, as well as the basis for such rates for the identified expense items:

a)   Copy charges:  Caplin & Drysdale charges $0.10 per page for copies and such charge is based on an analysis of the cost to Caplin & Drysdale to make a copy;

b)   Computer research charges:  Caplin & Drysdale passes through on an exact cost basis all computer-assisted research charges; and

c)   Out-going facsimile charges: Caplin & Drysdale charges $0.15 for each page.  These charges are based on an analysis of the cost to Caplin & Drysdale to send facsimile transmissions. Caplin & Drysdale does not pass through to its client's expenses or charges related to incoming facsimile transmissions.

15.     Attached hereto as Exhibit C and incorporated herein by reference is a summary by category of the expenses incurred by Caplin & Drysdale for which reimbursement is requested.  This information also appears on Exhibit A hereto.  Further supporting documentation is available upon request.

16.     The general areas in which Caplin & Drysdale has rendered professional services to the Committee during the Application Period in the Case may be broadly characterized as follows:

a)   providing legal advice with respect to the Committee's powers and duties as an official committee appointed under section 1102 of the Bankruptcy Code;

b)   preparing on behalf of the Committee necessary applications, motions, complaints, answers, orders, agreements and other legal papers;

{C0356446.1 }                                    6

c)    appearing in Court to present necessary motions, applications and pleadings and otherwise protecting the interests of the Committee; and

d)    performing legal services for the Committee necessary and proper in these proceedings.

17.    The generality of the foregoing description is amplified on a day-to-day basis by the Billing Statement attached as Exhibit A.

18.    Thus, through this Fifty-Second Interim Application, Caplin & Drysdale seeks interim allowance and payment of $98,303.25 in fees and $584.01 in expenses.  A Notice of Fifty-Second Interim Application will be filed and served on all parties requesting notice under Bankruptcy Rule 2002.

## V.    ALLOWANCE OF COMPENSATION

19.    Caplin & Drysdale have endeavored to represent the Committee in the most expeditious and economical manner possible.  Further, the professionals at Caplin & Drysdale have coordinated their activities with co-counsel to avoid duplication of effort on behalf of the Committee in the case whenever possible.

WHEREFORE, Caplin & Drysdale, Chartered respectfully requests that the Court enter an Order approving this Application and directing payment of $98,303.25 in fees and reimbursement of $584.01 in expenses, and for such other and further relief as the Court deems just and proper.

CAPLIN & DRYSDALE


*/s/ Elihu Inselbuch*
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
600 Lexington Avenue at 52nd Street
21st Floor
New York, NY  10022
(212) 379-6000

*National Counsel for Official Committee*
*Of Asbestos Personal Injury Claimants*

Dated: April 17, 2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (KJC) |
| | : | |
| Debtor | : | Jointly Administered |
| | : | Objection Deadline: May 7, 2014 at 4:00 p.m |

**NOTICE OF FIFTY-SECOND INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of Retention: | April 12, 2001 |
| Period for which Compensation and Reimbursement is sought: | January 1, 2014 through February 3, 2014 |
| Total Amount of Compensation sought as actual, reasonable and necessary for applicable period: | $98,303.25 |
| Total Amount of Expense Reimbursement sought as actual, reasonable and necessary for applicable period: | $584.01 |
| Total Amount of Compensation Paid as actual, reasonable and necessary for applicable period: | $0.00 |
| Total Amount of Expense Reimbursement Paid as actual, reasonable and necessary for applicable period: | $0.00 |
| Total Amount of Holdback Fees Sought for applicable period: | $19,660.65 |

{C0356743.1 }

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

| Date Filed; Docket No. | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 04/02/2014; 31983 | January 1-February 3, 2014 | $98,303.25 | $584.01 | $0.00 | $0.00 |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative January 1-February 3, 2014 Hours | Cumulative January 1 – February 3, 2014 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | $.00 | 24.7 | $    13,840.50 |
| Asset Disposition | .0 | .00 | 8.9 | 5,461.50 |
| Business Operations | .0 | .00 | 70.4 | 42,598.50 |
| Case Administration | 3.5 | 2,201.00 | 5,681.1 | 1,807,513.50 |
| Claim Analysis Objection & Resolution (Asbestos) | .0 | .00 | 1,877.4 | 787,360.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | .00 | 91.0 | 47,498.00 |
| Committee, Creditors', Noteholders' or Equity Holders' | .0 | .00 | 180.2 | 106,327.00 |
| Employee Benefits/Pension | .0 | .00 | 21.4 | 14,922.00 |
| Employment Applications, Applicant | .0 | .00 | 62.3 | 18,649.50 |
| Employment Applications, Others | .0 | .00 | 89.2 | 42,674.00 |
| Fee Applications, Applicant | 6.0 | 2,146.00 | 1,037.3 | 369,257.50 |
| Fee Applications, Others | .0 | .00 | 125.2 | 49,926.00 |
| Financing | .0 | .00 | 5.4 | 4,521.00 |
| Hearings | .0 | .00 | 412.1 | 322,110.00 |
| Litigation and Litigation Consulting | .0 | .00 | 29,107.8 | 13,117,093.50 |

{C0056743.1}

2

| | | | | |
|---|---|---|---|---|
| Plan & Disclosure Statement | 87.6 | 78,600.00 | 6,424.3 | 4,057,765.00 |
| Relief from Stay Proceedings | .0 | .00 | 3.5 | 2,417.00 |
| Tax Issues | .0 | .00 | 139.2 | 56,206.00 |
| Tax Litigation | .0 | .00 | 29.7 | 10,175.00 |
| Travel-Non-Working | 31.5 | 15,356.25 | 1,895.7 | 510,783.25 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | .0 | .00 | 196.6 | 99,674.00 |
| **Totals** | **128.6** | **$98,303.25** | **47,495.3** | **21,492,406.25** |

### CUMULATIVE EXPENSE SUMMARY

| Expense Category (Examples) | Total Expenses For The Period 01/01/2014 – 02-03-2014 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $.00 | $        432,105.33 |
| Pacer Database Charges | 23.10 | 378.76 |
| Research Material | .00 | 12,428.21 |
| Air Freight & Express Mail | 11.40 | 25,403.80 |
| Outside Local Deliveries | .00 | 4,484.35 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 14,418.22 |
| Outside Photocopy Service | .00 | 328,949.34 |
| Professional Fees & Expert Witness Fees | .00 | 2,215,805.86 |
| Court Reporting/Transcript Service | .00 | 220,225.49 |
| Miscellaneous Client Advances | .00 | 65,093.76 |
| Air & Train Transportation | .00 | 222,616.74 |
| Meals Related to Travel | 31.25 | 30,561.84 |
| Travel Expenses – Hotel Charges | 407.97 | 130,642.25 |
| Travel Expenses – Ground Transportation | 76.75 | 86,070.23 |
| Travel Expenses – Miscellaneous | .00 | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,956.43 |
| Local Transportation - DC | .00 | 7,151.31 |
| Local Transportation – NY | .00 | 657.52 |
| Xeroxing | .00 | 116,337.45 |
| Postage | 33.54 | 7,015.59 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,397.40 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone – DC | .00 | 2,608.37 |
| NYO Long Distance Telephone | .00 | 16,318.80 |
| Use of Cell/Home Phone | .00 | 3,216.99 |
| Conference Call Services | .00 | 90.44 |
| **TOTAL** | **$        584.01** | **$     3,950,630.32** |

{C0356743.1 }

4

CAPLIN & DRYSDALE


*/s/ Elihu Inselbuch*
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
600 Lexington Avenue at 52nd Street
21st Floor
New York, NY  10022
(212) 379-6000

*National Counsel for Official Committee*
*Of Asbestos Personal Injury Claimants*

Dated: April 17, 2014

## EXHIBIT A

### Case Administration (3.50 Hours; $ 2,201.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.30 | $975 | 1,267.50 |
| Trevor W. Swett | .30 | $770 | 231.00 |
| Rita C. Tobin | .80 | $555 | 444.00 |
| Sara Joy Del Savio | 1.10 | $235 | 258.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/03/14 | PVL | 975.00 | 0.10 | Rv 4 misc. filings |
| 01/06/14 | SJD | 235.00 | 1.10 | Perform docket research and e-mail relevant filings. |
| 01/10/14 | RCT | 555.00 | 0.20 | Review documents re status. |
| 01/17/14 | RCT | 555.00 | 0.20 | Review documents re status. |
| 01/24/14 | RCT | 555.00 | 0.20 | Review documents re status. |
| 01/24/14 | TWS | 770.00 | 0.30 | E-mail from L. LeClair and follow up with PVL. |
| 01/28/14 | PVL | 975.00 | 0.60 | Teleconf. Brickley |
| 01/30/14 | PVL | 975.00 | 0.60 | Teleconf. Hopkins |
| 01/31/14 | RCT | 555.00 | 0.20 | Review documents re status. |

**Total Task Code .04**        **3.50**

### Fee Applications, Applicant (6.00 Hours; $ 2,146.00)

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.30 | $555 | 1,276.50 |
| Eugenia Benetos | 3.70 | $235 | 869.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/14 | EB | 235.00 | 0.20 | Draft and send email response to local counsel re CNO (.1); and perform review of legal docket (.1). |
| 01/06/14 | RCT | 555.00 | 0.70 | Address fee and expense matters. |
| 01/09/14 | RCT | 555.00 | 0.60 | Review pre-bills. |
| 01/10/14 | RCT | 555.00 | 0.60 | Review pre-bills. |
| 01/23/14 | RCT | 555.00 | 0.20 | Review e-mails regarding CNO(.2). |
| 01/23/14 | EB | 235.00 | 0.50 | Draft and send email to local counsel re CNOs (.2); send email to PVNL re final fee application inquiry and T/C with RCT (.3). |
| 01/27/14 | EB | 235.00 | 1.50 | Work on fee application (1.3); update J-drive (.2). |
| 01/27/14 | EB | 235.00 | 0.50 | Perform review of fee application schedule (.2); check with Accounting re payments (.3). |
| 01/28/14 | EB | 235.00 | 0.10 | Draft and send email re wire payment. |
| 01/30/14 | RCT | 555.00 | 0.20 | Address question regarding fee application format and years of experience (.1); confer with EB regarding final fee application (.1). |
| 01/30/14 | EB | 235.00 | 0.70 | Perform review of fee application schedule and create check breakdown (.4); give breakdown to EI and send to accounting and update check binder (.3). |
| 01/31/14 | EB | 235.00 | 0.20 | Perform review of fee application schedule and make updates. |

**Total Task Code .12**       **6.00**

**Plan & Disclosure Statement (87.60 Hours; $ 78,600.00)**

| Professionals | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.60 | $1,100 | 3,960.00 |
| Peter Van N. Lockwood | 60.10 | $975 | 58,597.50 |

{C0056447.1 }

| | | | | | |
|---|---|---|---|---|---|
| Ann C. McMillan | | 23.50 | | $675 | 15,862.50 |
| Andrew J. Sackett | | .40 | | $580 | 180.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/14 | EI | 1,100.00 | 0.10 | Prepare memorandum to R. Horkovich regarding Royal. |
| 01/02/14 | ACM | 675.00 | 1.90 | Teleconference M. Hurford re Committee minutes (.2); exchange e-mails with M. Hurford re same (.1); review Committee minutes (.8); review TDP and Trust Agreement (.8). |
| 01/03/14 | PVL | 975.00 | 0.30 | Rv Eskin emails & reply (.2); rv revised TA re same (.1) |
| 01/03/14 | EI | 1,100.00 | 0.20 | Telephone conference with ACM regarding payment percentage status. |
| 01/03/14 | ACM | 675.00 | 1.40 | Research re history of payment percentage discussions (.9); exchange e-mails with M. Eskin and PVNL re call to discuss documents (.1); teleconference P. Milch re payment percentage and Trust formation issues (.3); teleconference EI re payment percentage (.1). |
| 01/06/14 | PVL | 975.00 | 1.20 | Rv emails & reply re mtg. (.1); rv Wyron email & Shelnitz ltr and reply (.2); teleconf. EI re TA (.2); cn ACM re revised eff. date docs (.5); research re coop agmt. (.2) |
| 01/06/14 | EI | 1,100.00 | 0.60 | Telephone conference with R. Frankel regarding payment percentage status (.1); telephone conference with ACM regarding same (.1); telephone conference with R. Frankel regarding DCPF issues (.1); telephone conference with PVNL regarding closing and Trust issues (.3). |
| 01/06/14 | ACM | 675.00 | 4.20 | Teleconference EI re payment percentage discussions with FCR (.2); exchange e-mails with PVNL, M. Eskin re call scheduling (.1); exchange e-mails with P. Milch re call (.1); teleconference PVNL re Cooperation Agreement and Trust Agreement (.5); review same and Cooperation Agreement history (1.8); review DCPF proposal and exchange e-mails with Committee re same (1.5). |
| 01/06/14 | AJS | 450.00 | 0.20 | Review of emails from ACM and committee members re trust setup. |

{C0356447.1 }

| 01/07/14 | PVL | 975.00 | 0.60 | Rv materials re coop. agmt. and email ACM re same (.2); cn ACM re same (.1); rv emails & reply re exit fin. (.1); rv revised intercreditor agmt (.2) |
| 01/07/14 | ACM | 675.00 | 3.00 | Teleconference P. Milch re closing issues (.2); conference PVNL re Trust Agreement and Cooperation Agreement (.5); exchange e-mails with Committee re DCPF proposal (.3); send e-mail to P. Milch re same (.1); send e-mail to M. Peterson re payment percentage (.2); review Cooperation Agreement history and exchange e-mails with PVNL re same (1.7). |
| 01/08/14 | PVL | 975.00 | 5.00 | Prepare for 1/9 mtg. (1.2); tcn Eskin, Milch, Davis & ACM re eff. date docs. (1.3); rv exit fin. motion (.9); rv Orrick revs. to revised TA and email comments (.2); tcn Frankel, Wyron & Felder re eff. date docs (.5); rv revised coop agmt. (.2); teleconf. Herkovich re eff. date docs. (.3); rv emails re mtg. and reply (.2); rv Herkovich emails & reply (.2) |
| 01/08/14 | ACM | 675.00 | 2.20 | Teleconference PVNL, M. Eskin and K. Davis re Trust Agreement and Cooperation Agreement (1.3); review same (.9). |
| 01/09/14 | PVL | 975.00 | 5.10 | Cn Finke, Paul et al re eff. date docs (4.7); cn Finke, Paul, Frankel, Wyron et al re interest rate issue (.4) |
| 01/10/14 | PVL | 975.00 | 1.60 | Rv revised draft eff. date docs (.5); rv 4 complaints vs. Fresenius and email Coco re same (.9); rv emails and reply re eff. date (.2) |
| 01/13/14 | PVL | 975.00 | 0.30 | Rv revised eff. date docs. |
| 01/13/14 | ACM | 675.00 | 0.80 | Review and revise Cooperation Agreement (.7); exchange e-mails with M. Eskin re same (.1). |
| 01/16/14 | PVL | 975.00 | 0.60 | Cn ACM re TA issue (.4); rv Sinclair memo and draft trust bylaws (.2) |
| 01/16/14 | ACM | 675.00 | 0.60 | Conference PVNL re Trust Agreement (.4); teleconference M. Eskin re Bylaws and Cooperation Agreement (.2). |
| 01/17/14 | PVL | 975.00 | 3.90 | Rv draft eff. date docs and emails re same & reply (2.2); teleconf. Rice (.3); email Sinclair (.1); teleconf. Sinclair re interest issue (1.3) |

{C0356447.1 }

| 01/17/14 | ACM | 675.00 | 1.80 | Exchange e-mails with PVNL and Committee members re Grace exit financing motion (.7); review J. Sinclair memo re same (.3); review Bylaws and send e-mail to M. Eskin re same (.8). |
| 01/18/14 | EI | 1,100.00 | 0.20 | Memorandums regarding interest rate issue. |
| 01/19/14 | PVL | 975.00 | 0.10 | Rv Esayian email re dismissals & reply |
| 01/20/14 | PVL | 975.00 | 2.90 | Rv revised eff. date docs and email re same (1.2); rv Lender order (.1); rv Fresenius-related docs and Esayian email re same & reply (1.6) |
| 01/20/14 | EI | 1,100.00 | 0.20 | Memorandums regarding fresenius settlements. |
| 01/20/14 | ACM | 675.00 | 0.50 | Exchange e-mails with M. Eskin re draft Bylaws (.2); review same (.3). |
| 01/21/14 | PVL | 975.00 | 4.40 | Tcn Paul & Esayian (.8); Prepare for 1/22 mtg. re eff. date (1.6); teleconf. Turetsky (.6); teleconf. Sinclair (1.0); teleconf. Donley, Paul & Esayian (.4) |
| 01/21/14 | ACM | 675.00 | 0.20 | Teleconference M. Eskin re Bylaws (.1); exchange e-mails with PVNL re exit financing motion (.1). |
| 01/22/14 | PVL | 975.00 | 5.30 | Prepare for meeting re eff. date docs including review emails and confs. with Frankel, Wyron & Felder (1.2); conf. Paul, Gettleman, Jones, Esayian, Turetsky, Rosenbloom, Coco, Eskin, Davis, Horkovich, Melville, Frankel, Wyron, Felder, Rich et al (4.1) |
| 01/22/14 | ACM | 675.00 | 0.30 | Exchange e-mails with D. Cohn re TDP and Trust Agreement. |
| 01/23/14 | PVL | 975.00 | 2.90 | Rv eff. date docs and emails re same (1.3); teleconf. Sinclair re interest (1.6) |
| 01/23/14 | ACM | 675.00 | 0.80 | Review revised Trust Agreement (.3); teleconference M. Eskin re Bylaws and Cooperation Agreement (.1); exchange e-mails with D. Cohn re Trust Agreement (.1); review Cooperation Agreement and send e-mail to M. Eskin re same (.3). |
| 01/24/14 | PVL | 975.00 | 4.00 | Rv revised draft eff. date docs and emails re same and email comments to same (2.4); teleconfs. Sinclair re interest issue (1.6) |

{C0356447.1 }

| 01/24/14 | ACM | 675.00 | 0.30 | Send e-mail to TAC designees re Bylaws (.2); exchange e-mails with M. Eskin re same (.1). |
| 01/26/14 | PVL | 975.00 | 0.20 | Rv revised funds flow memo |
| 01/26/14 | ACM | 675.00 | 0.10 | Exchange e-mails with J. Rice re TAC composition. |
| 01/27/14 | PVL | 975.00 | 2.30 | Rv revised draft eff. date docs & emails re same (1.4); teleconf. Sinclair and email Rice et al re interest issue (.9) |
| 01/27/14 | ACM | 675.00 | 0.60 | Teleconference K. Davis, AJS re Medicare reporting (.1); exchange e-mnails with R. Paul re case status (.1); review revised Trust Agreement (.3); exchange e-mailswith PVNL re same (.1). |
| 01/28/14 | PVL | 975.00 | 4.00 | Tcn Rice, Frankel, Wyron, Radecki, Sinclair et al (1.1); rv revised eff. date docs and emails re same (1.2); rv emails re interest issue & reply (.3); teleconf. Barakat (.2); teleconf. Furth (1.2) |
| 01/28/14 | ACM | 675.00 | 1.30 | Teleconference M. Eskin re DCPF (.2); review Cooperation Agreement and send e-mail to M. Eskin re same (.3); exchange e-mails with M. Eskin, PVNL, R. Wyron, M. Jones and TAC re execution of Trust Agreement (.7); send e-mail to M. Eskin re Bylaws (.1). |
| 01/29/14 | PVL | 975.00 | 3.90 | Tcn Donley, Paul, Esayian, & Barakat (.5); teleconf. Donley (.2); tcn J. Carey et al (.1); rv emails & reply re eff. date (.2); draft email to Furth (1.5); teleconf. EI (1.1): rv revised eff. date docs and emails re same (.3) |
| 01/29/14 | EI | 1,100.00 | 1.00 | Telephone conference with PVNL regarding Fresenius issue (.7); telephone conference with R. Horkovich regarding insurance issues (.2); telephone conference with J. Sinclair regarding values (.1). |
| 01/29/14 | ACM | 675.00 | 1.00 | Exchange e-mails with A. Harper re status (.1); review proposed securities filings and e-mail from J. Melville re same (.8); exchange e-mails with J. Melville re same (.1). |
| 01/29/14 | AJS | 450.00 | 0.10 | Phone call w/ pro se claimant re trust status. |
| 01/30/14 | PVL | 975.00 | 4.10 | Teleconfs. Donley (.7); rv emails re eff. date issues & reply (.6); emails Furth (.2); teleconf. EI (.2); teleconf. Rice (.1); teleconf. Horkovich (.2); rv funds |

{C0356447.1 }

|            |     |          |      | flow memo (.3); rv revised eff. date docs (.5); teleconf. Wyron (.3); tcns Furth & Donley (.5); rv revised Abner stip. and email Donley (.2); execute eff. date docs (.3) |
|------------|-----|----------|------|------|
| 01/30/14 | EI | 1,100.00 | 1.30 | Confer with R. Frankel regarding payment percentage (1.0); telephone conferences with ACM regarding same (.2); discuss Trust and DCPF issues with ACM (.1). |
| 01/30/14 | ACM | 675.00 | 1.60 | Teleconference EI re payment percentage (.1); teleconference P. Milch re same (.1); review securities filings and draft memo to TAC re same (1.0); exchange e-mails with PVNL and M. Jones re Trust Agreement signature pages (.2); exchange e-mails with TAC re SEC filings (.2). |
| 01/30/14 | AJS | 450.00 | 0.10 | Phone call w/ EI and ACM re trust status. |
| 01/31/14 | PVL | 975.00 | 2.50 | Rv eff. date docs and emails re same & reply (1.7); teleconf. Donley (.3); teleconf. Wyron (.3); prepare for closing mtg. (.2) |
| 01/31/14 | ACM | 675.00 | 0.70 | Exchange e-mails with TAC and M. Jones re Trust Agreement signature pages (.3); exchange e-mails with TAC and J. Melville re securities filings (.4). |
| 02/02/14 | PVL | 975.00 | 0.30 | Rv emails & reply re eff. date docs |
| 02/02/14 | ACM | 675.00 | 0.20 | Exchange e-mails with M. Jones re signature pages. |
| 02/03/14 | PVL | 975.00 | 4.60 | Consummate POR at K&E NYC |

**Total Task Code   .17        87.60**

**Travel Non - Working (31.50 Hours; $ 15,356.25)**

| Professionals | Number of Hours | Billing Rate | Value |
|---------------|-----------------|--------------|-------|
| Peter Van N. Lockwood | 31.50 | $487.50 | 15,356.25 |

{C0356447.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/08/14 | PVL | 487.50 | 3.90 | To NYC for meeting |
| 01/09/14 | PVL | 487.50 | 5.00 | Travel to K&E (.2); to D.C. (4.8) |
| 01/22/14 | PVL | 487.50 | 12.40 | Travel to NYC and return. |
| 02/03/14 | PVL | 487.50 | 10.20 | Travel to & from NYC |

**Total Task Code   .21        31.50**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | 11.40 |
| Meals Related to Travel | 31.25 |
| Pacer - Database Charges | 23.10 |
| Postage & Air Freight | 33.54 |
| Travel Expenses - Ground Transportation | 76.75 |
| Travel Expenses - Hotel Charges | 407.97 |
| **Total:** | **$584.01** |

## EXHIBIT B

### Case Administration (3.50 Hours; $ 2,201.00)

       Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**       3.50

### Fee Applications, Applicant (6.00 Hours; $ 2,146.00)

       Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee application.

**Total Task Code .12**       6.00

### Plan & Disclosure Statement (87.60 Hours; $ 78,600.00)

       Services rendered in this category pertain to the formulation of a reorganization plan and disclosure statement and confirmation of a reorganization plan.

**Total Task Code .17**       87.60

### Travel-Non - Working (31.50 Hours; $ 15,356.25)

       Services rendered in this category include non-working time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**       31.50

## EXHIBIT C

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | 11.40 |
| Meals Related to Travel | 31.25 |
| Pacer - Database Charges | 23.10 |
| Postage & Air Freight | 33.54 |
| Travel Expenses - Ground Transportation | 76.75 |
| Travel Expenses - Hotel Charges | 407.97 |
| **Total:** | **$584.01** |

{C0356450.1 }

Case 01-01139-KJC    Doc 32028-5    Filed 04/17/14    Page 1 of 2

Grace Asbestos Personal Injury Claimants

Disbursements

Page: 1
2/21/2014

Print Date/Time: 02/21/2014  1:59:20PM

Invoice #

| Client Number: | 4642 | | | | |
|---|---|---|---|---|---|
| Matter | 000 | | | | |
| Atn: | | | | | |

## PREBILL/CONTROL REPORT

Trans Date Range:  1/1/1950  to: 1/31/2014

| Matter | 000 | | | | |
|---|---|---|---|---|---|
| Disbursements | | | | | |

| Bill Cycle: | Monthly | Style: | 11 | Start: | 4/16/2001 | Last Billed : | $0.00 |
|---|---|---|---|---|---|---|---|

Client Retainers Available    $4,806.34    Committed to Invoices:    $3,950,046.41    Remaining:    $4,806.34

Total Expenses Billed To Date    13,655

| Billing Empl: | 0120 | Elihu Inselbuch |
|---|---|---|
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

### Summary by Employee

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 530.27 | 0.00 | 530.27 |
| 0191 | ACM | Ann C McMillan | 0.00 | 19.24 | 0.00 | 19.24 |
| 0380 | EB | Eugenia Benetos | 0.00 | 23.10 | 0.00 | 23.10 |
| 0999 | C&D | Caplin & Drysdale | 0.00 | 11.40 | 0.00 | 11.40 |
| Total Fees | | | 0.00 | 584.01 | 0.00 | 584.01 |

### Detail Time / Expense by Date

| TransNo. | Description | TransType | Trans Date | Work Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3072935 | Federal Express -Delivery to M.Hurford, 12/24/13 | E | 01/09/2014 | 0999 | C&D | | 0.00 | $11.40 | | 0.00 | $11.40 | 11.40 |
| 3073789 | Peter Van N. Lockwood -Snack while on Travel to/from NY, 1/8/14 - 1/14/14 | E | 01/14/2014 | 0020 | PVL | | 0.00 | $10.00 | | 0.00 | $10.00 | 21.40 |
| 3073790 | Peter Van N. Lockwood -Hotel Elysee 1-Night Lodging while on Travel to/from NY, 1/8/14 - 1/14/14 | E | 01/14/2014 | 0020 | PVL | | 0.00 | $407.97 | | 0.00 | $407.97 | 429.37 |
| 3073791 | Peter Van N. Lockwood -Cab Fares, Parking, & Local Transit while on Travel to/from NY, 1/8/14 - 1/14/14 | X | 01/14/2014 | 0020 | PVL | | 0.00 | $54.75 | | 0.00 | $54.75 | 484.12 |
| 3076678 (C0256451.1) | Postage | E | 01/27/2014 | 0020 | PVL | | 0.00 | $14.30 | | 0.00 | $14.30 | 498.42 |

Case 01-01139-KJC    Doc 32028-5    Filed 04/17/14    Page 2 of 2

Client Number: 4642
Matter: 000

Grace Asbestos Personal Injury Claimants
Disbursements

Attn:

Page: 1
2/21/2014
Print Date/Time: 02/21/2014  1:59:20PM

| | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|
| 3073308 | Petty Cash -Meal while on travel to/from NY, 1/22/14 (PVNL) | E 01/30/2014 | 0020 | PVL | 0.00 | $21.25 | 0.00 | $21.25 | 519.67 |
| 3077309 | Petty Cash -Parking at DC Union Station while on travel to/from NY, 1/22/14 (PVNL) | E 01/30/2014 | 0020 | PVL | 0.00 | $22.00 | 0.00 | $22.00 | 541.67 |
| 3077444 | Pacer Service Center -Database Research Charges, 10/1/13 - 12/31/13 (EB) | E 01/30/2014 | 0380 | EB | 0.00 | $23.10 | 0.00 | $23.10 | 564.77 |
| 3079028 | Postage | E 01/31/2014 | 0.191 | ACM | 0.00 | $19.24 | 0.00 | $19.24 | 584.01 |

Total Expenses

Matter Total Fees                   0.00   $584.01   0.00   $584.01
                                                      0.00
Matter Total Expenses                        584.01          584.01

Matter Total              0.00      584.01   0.00   584.01

Prebill Total Fees
Prebill Total Expenses              $584.01          $584.01

Prebill Total             0.00      $584.01   0.00   $584.01

Previous Billings

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 74,007 | 04/22/2010 | 55,577.50 | 137.53 |
| 86,825 | 03/26/2012 | 73,596.50 | 14,719.30 |
| 95,666 | 08/14/2013 | 12,959.00 | 2,591.80 |
| 96,232 | 09/11/2013 | 5,717.00 | 1,143.40 |
| 97,318 | 10/23/2013 | 23,709.00 | 4,744.80 |
| 97,356 | 11/22/2013 | 12,241.50 | 2,448.30 |
| 98,324 | 12/23/2013 | 21,804.00 | 4,360.80 |
| 98,592 | 01/23/2014 | 35,736.20 | 35,736.20 |
| | | 241,340.70 | 65,879.13 |

(C08564611)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on April 17, 2014, I caused a copy of the foregoing to be served upon the Notice Parties in accordance with the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

/s/ Mark T. Hurford
Mark T. Hurford (No. 3299)

Dated: April 17, 2014

{D0284857.1 }

WR Grace 01-1139
Fee Application Notice Parties

Kathryn D. Sallie, Esquire
Rhoads & Sinon, LLP
One South Market Square
12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1426

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue
21st Floor
New York, NY 10022-6000

Richard Schepacarter, Esquire
Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE 19801

Deanna D. Boll, Esquire
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022

Teresa Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

Alan B. Rich, Esq.
Law Office of Alan B. Rich
1201 Elm Street
Dallas, TX 75270

Warren H. Smith
Warren H. Smith & Associates P.C.
2235 Ridge Road
Suite 105
Rockwall, TX 75087

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Richard Frankel, Esquire
Orrick Herrington & Sutcliffe, LLP
1152 15th Street, N.W.
Washington, DC 20005

John Donley, Esquire
Adam Paul, Esquire
Kirkland & Ellis
300 North LaSalle
Chicago, IL 60654

R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub
919 Market Street, Suite 1600
Wilmington, DE 19801

Lewis Kruger, Esquire
Stroock Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Mark Shelnitz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102