# Exhibit B

Case 01-01139-AMC Doc 32174-3 Filed 05/12/14 Page 1 of 4

**EXHIBIT B**

**CUMULATIVE SUMMARY OF INTERIM APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY
CLAIMANTS OF W.R. GRACE & CO., ET AL., COMPANY
FOR THE PERIOD APRIL 12, 2001 THROUGH FEBRUARY 3, 2014**

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours For The Period 04/12/2001 - 02/03/2014 | Total Fees For The Period 04/12/2001 – 02/03/2014 |
|---|---|---|
| Asset Analysis and Recovery | 24.7 | $ 13,840.50 |
| Asset Disposition | 8.9 | 5,461.50 |
| Business Operations | 70.4 | 42,598.50 |
| Case Administration | 5,681.1 | 1,807,513.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 1,877.4 | 787,360.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | 91.0 | 47,498.00 |
| Committee, Creditors', Noteholders' or Equity Holders' | 180.2 | 106,327.00 |
| Employee Benefits/Pension | 21.4 | 14,922.00 |
| Employment Applications, Applicant | 62.3 | 18,649.50 |
| Employment Applications, Others | 89.2 | 42,674.00 |
| Fee Applications, Applicant | 1,037.3 | 369,257.50 |
| Fee Applications, Others | 125.2 | 49,926.00 |
| Financing | 5.4 | 4,521.00 |
| Hearings | 412.1 | 322,110.00 |
| Litigation and Litigation Consulting | 29,107.8 | 13,164,313.50 |
| Plan & Disclosure Statement | 6,424.3 | 4,057,765.00 |
| Relief from Stay Proceedings | 3.5 | 2,417.00 |
| Tax Issues | 139.2 | 56,206.00 |

- 2 -

| Project Category | Total Hours For The Period 04/12/2001 - 02/03/2014 | Total Fees For The Period 04/12/2001 – 02/03/2014 |
|---|---|---|
| Tax Litigation | 29.7 | 10,175.00 |
| Travel-Non-Working | 1,895.7 | 510,783.25 |
| Valuation | 5.5 | 3,775.00 |
| ZAI Science Trial | 5.9 | 1,688.00 |
| Fraudulent Auditor Matters | .5 | 170.00 |
| Fee Auditor Matters | 196.6 | 99,674.00 |
| **Totals** | **47,495.3** | **$21,539,626.25** |
| **Sealed Air Adversary Proceeding (Fraudulent Conveyance)** Total | | $970,548.50 |
| **Total Fee Amount Billed** | | $22,510,174.75 |

- 3 -

## CUMULATIVE EXPENSE SUMMARY

| Expense Category | Total Expenses For The Period 04/12/2001 – 02/03/2014 |
|---|---:|
| Computer Assisted Research | $ 432,105.33 |
| Pacer Database Charges | 378.76 |
| Research Material | 12,428.21 |
| Air Freight & Express Mail | 25,403.80 |
| Outside Local Deliveries | 4,484.35 |
| Filing Fees | 164.75 |
| Outside Fax Service | 12.00 |
| Conference Meals | 14,418.22 |
| Outside Photocopy Service | 328,949.34 |
| Professional Fees & Expert Witness Fees | 2,198,016.15 |
| Court Reporting/Transcript Service | 220,225.49 |
| Miscellaneous Client Advances | 65,093.76 |
| Air & Train Transportation | 222,616.74 |
| Meals Related to Travel | 30,561.84 |
| Travel Expenses – Hotel Charges | 130,642.25 |
| Travel Expenses – Ground Transportation | 86,070.23 |
| Travel Expenses – Miscellaneous | 2,411.90 |
| Travel Expenses – LD Calls on Hotel Bill | 1,956.43 |
| Local Transportation - DC | 7,151.31 |
| Local Transportation – NY | 657.52 |
| Xeroxing | 116,337.45 |
| Postage | 7,015.59 |
| Overtime Meals | 26.20 |
| Telecopier | 2,397.40 |
| Long Distance –Credit Card | 1,080.99 |
| Long Distance Telephone – DC | 2,608.37 |
| NYO Long Distance Telephone | 16,318.80 |
| Use of Cell/Home Phone | 3,216.99 |
| Conference Call Services | 90.44 |
| **TOTAL** | $ **3,932,840.61** |