IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Debtor. | ) | |

**Objection Date: July 11, 2014 at 4:00 p.m.**
**Hearing Date: October 14, 2014 at 10:00 a.m.**

### CERTIFICATION OF ELIHU INSELBUCH

Elihu Inselbuch, pursuant to Local Rule 2016-2 of the United States Bankruptcy

Court for the District of Delaware, states as follows:

1.   I am a member with the law firm of Caplin & Drysdale, Chartered, Counsel to the

Official Committee of Asbestos Personal Injury Claimants in the above-captioned matter.  I

submit this Certification in connection with the *Final Application of Caplin & Drysdale,*

*Chartered, Counsel to the Official Committee of Asbestos Personal Injury Claimants of W.R.*

*Grace & Co., et. al., for Compensation and Reimbursement of Expenses; and of Elizabeth*

*Warren, Special Bankruptcy Consultant to Caplin & Drysdale, Chartered* (the "Final

Application").

2.    I hereby certify that I have reviewed the Rules of this Court and the foregoing

Final Application comports with those Rules.

I certify, under penalty of perjury, that the foregoing statements made by me are true to

the best of my knowledge, information, and belief.



Elihu Inselbuch

Dated: May 12, 2014