IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Debtor. | ) | |

**Objection Date: July 11, 2014 at 4:00 p.m.**
**Hearing Date: October 14, 2014 at 10:00 a.m.**

## ORDER GRANTING FINAL APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., ET AL., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES; AND OF ELIZABETH WARREN, SPECIAL BANKRUPTCY CONSULTANT TO CAPLIN & DRYSDALE, CHARTERED

Caplin & Drysdale, Chartered ("Caplin & Drysdale"), as counsel to the Official Committee of Asbestos Personal Injury Claimants, filed a final application for allowance of compensation and reimbursement of expenses for April 12, 2001 through February 3, 2014 (the "Final Application"). The Court has reviewed the Final Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

ORDERED that the Final Application is GRANTED on a final basis. Debtors shall pay to Caplin & Drysdale the sum of $22,510,174.75 as compensation and $3,932,840.61 as reimbursement of expenses, for a total of $26,443,015.36 for services rendered and disbursements incurred by Caplin & Drysdale for the period April 12, 2001 through February 3, 2014, less any amounts previously paid in connection with the interim fee applications.

ORDERED that to the extent Caplin & Drysdale has incurred fees and expenses in addition to the foregoing, Caplin & Drysdale may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and Amended Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as my be reflected in any such supplemental fee application.

Dated: _____          _____
                                        Honorable Kevin J. Carey
                                        United States Bankruptcy Judge