IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> W. R. Grace & Co., *et al.*, <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 01-01139 (KJC) <br><br> Jointly Administered <br><br> RE: Docket No. 32172 |

### AFFIDAVIT OF TAMMY R. ROGERS, PARALEGAL

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

I, Tammy R. Rogers, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service was made on May 12, 2014. I certify further that copies of the following document were caused to be served upon the parties identified on the attached service list via the manner indicated:

**FINAL FEE APPLICATION OF BUCHANAN INGERSOLL & ROONEY PC
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

_____
Tammy R. Rogers

SWORN AND SUBSCRIBED before me this 12 day of May 2014.

_____

KATHLEEN A. MURPHY
ATTORNEY AT LAW

Admitted by the Supreme Court of Delaware
to practice law in Delaware and authorized to perform
notarial acts pursuant to Title 29, Delaware Code, Chapter 43

**VIA HAND DELIVERY**

Clerk of the Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

The Office of the United States Trustee
Attn: Frank J. Perch, Esquire
844 N. King Street
Wilmington, Delaware 19801

Teresa K. D. Currier, Esquire
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19801

*co-counsel to the Official Committee of Equity Holders*

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
PO. Box 8705
Wilmington, DE 19899-8705

The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, Delaware 19899

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, Delaware 19801-1246

Maria Eskin, Esquire
Campbell & Levine, LLC
222 Delaware Avenue
Suite 1620
Wilmington, Delaware 19801

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street
Suite 904
P.O. Box 1351
Wilmington, Delaware 19899

## VIA FIRST CLASS MAIL

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, Illinois 60606

*counsel to the DIP Lenders*

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131

*counsel to the Official Committee of Property Damage Claimants,*

Michael Magzamen, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, New York 10038-4982

*counsel to the Official Committee of Unsecured Creditors*

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York 10022

*counsel to the Official Committee of Equity Holders*

Adam Paul
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*co-counsel for the Reorganized Debtors*

Roger Higgins
The Law Offices of Roger Higgins, LLC
1 North Bishop Street
Suite 14
Chicago, IL 60607

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, New York 10022

*counsel to the Official Committee of Personal Injury Claimants*