IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: Mon., June 2, 2014 at 4:00 p.m.** |
| | ) | **Hearing Date: Tues., Oct. 14, 2014 at 10:00 a.m.** |

## NOTICE OF APPLICATION

TO: PARTIES ON THE 2002 SERVICE LIST

PLEASE TAKE NOTICE that on May 12, 2014 the Application of W.D. Hilton, Jr. For Final Approval And Allowance Of Compensation For Services Rendered And Reimbursement of Expenses as A Consultant To The Official Committee Of Asbestos Property Damage Claimants (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that the Application requests approval and allowance of compensation in the amount of **$ 35,137.50 for services rendered and $1,763.37 for expense reimbursement.**

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed **on or before Monday, June 2, 2014 at 4:00 p.m. prevailing Eastern Time** with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the service list attached hereto.

A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY ON **Tuesday, October 14, 2014 at 10:00 a.m.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 12, 2014                                    FERRY, JOSEPH & PEARCE, P.A.

 /s/ Lisa L. Coggins
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
*Counsel to the Official Committee of Asbestos Property Damage Claimants*

**SERVICE LIST**

By First Class Mail and E-mail:

Warren H. Smith
Warren H. Smith and Associates, P.C.
2235 Ridge Road
Suite 105
Rockwall, TX 75087
feeaudit@whsmithlaw.com

By Hand Delivery:

Richard L. Schepacarter, Esq.
Office of the U.S. Trustee
844 King Street, Rm 2207
Wilmington, DE 19801

The Bayard Firm
222 Delaware Avenue Suite 900
P.O. Box 25130
Wilmington, Delaware 19899

By E-mail:

Richard.Finke@grace.com

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszyj.com
jo'neill@pszyj.com

Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Kathleen Campbell Davis, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Ste. 1620
Wilmington, DE 19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, Ste. 1600
Wilmington, DE 19801
mlastowski@duanemorris.com

Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
tcurrier@saul.com

Roger J. Higgins, P.C
The Law Offices of Roger Higgins, LLC
111 East Wacker Dr., Ste. 2800
Chicago, IL 60601
rhiggins@rogerhigginslaw.com

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000
pvnl@capdale.com

Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
kpasquale@stroock.com

Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Avenue, 23rd Floor
Miami FL 33131-3456
jsakalo@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com