UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING APPLICATION OF DIES AND HILE, LLP FOR FINAL APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS**

Dies & Hile, LLP (the "Applicant"), by and through undersigned counsel, filed a final application (the "Final Application") for approval of fees in the amount of $194,130.00 and reimbursement of expenses in the amount of $110,990.13 incurred by the Applicant during the period of September 26, 2005 through September 30, 2006.  The court has reviewed the Final Application and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S. C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application.  Accordingly, it is hereby

ORDERED that the Final Application is GRANTED on a final basis.

ORDERED that to the extent that the Applicant has incurred fees and expenses in addition to the foregoing, the Applicant may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and Amended Administrative Order and submitting a certificate of no objection and order to the

Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application.

Dated:_____                    _____
                                                 Honorable Kevin J. Carey
                                                 United States Bankruptcy Judge