# APPENDIX B



**GRANTED**

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| HEINRICH BECK, individually and on behalf of a class of similarly situated individuals,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>ATLANTIC COAST PLC, a Foreign Corp.  )<br>DIGITAL MILLENIUM, INC., SALAMAN  )<br>ZAFAR, and JOHN DOES A through L,  )<br>)<br>Defendants.  )<br>) | C.A. No. 303-VCS |

## ORDER

Having considered the Rule 60(b)(6) Motion for Relief filed on behalf of the firm Lukins & Annis, P.S. ("Lukins"), the firm is granted relief from the provisions of the Final Judgment And Order requiring the attorneys of Lukins to submit a copy of this Court's Opinion dated February 11, 2005 with any admission *pro hac vice* filed by or on behalf of any member of that firm in any Court in the State of Delaware. For reasons set out in the Motion, the Court finds that such relief is granted in the interest of justice.

So Ordered this ____ day of _____, 2008.

_____
Vice Chancellor Strine

1

| | |
|---|---|
| This document constitutes a ruling of the court and should be treated as such. | |
| **Court:** | DE Court of Chancery Civil Action |
| **Judge:** | Leo E Strine |
| **File & Serve Transaction ID:** | 21487132 |
| **Current Date:** | Sep 12, 2008 |
| **Case Number:** | 303-VCS |
| **Case Name:** | CLOSED 02/28/05 Beck, Heinrich et al vs Atlantic Coast PLC et al |

/s/ Judge Leo E Strine