## CERTIFICATE OF SERVICE

I, Michael J. Custer, hereby certify that on the 12th day of May, 2014, I caused copies of **Lukins & Annis, P.S.'s Reply Re: Motion for an Allocation of the ZAI Class Action Common Fund Fee Award, the Declaration of Terence R. Whitten, and the Supplemental Declaration of Jed W. Morris** to be served upon the parties on the attached service list by first-class mail, or in the manner indicated.

    /s/ Michael J. Custer
Michael J. Custer (DE No. 4843)

#26224426 v1

-2-

| | |
|---|---|
| William D. Sullivan, Esq.<br>Sullivan Hazeltine Allinson LLC<br>901 North Market Street<br>Suite 1300<br>Wilmington, DE 19801<br>**Hand Deliver**<br>**Email: bsullivan@sha-llc.com** | Darrell W. Scott, Esq.<br>The Scott Law Group, P.S.<br>926 W. Sprague Avenue<br>Chronicle Building, Suite 680<br>Spokane, WA 99201<br>**First-Class Mail**<br>**Email: scottgroup@me.com** |
| Edward J. Westbrook, Esq.<br>Richardson, Patrick, Westbrook & Brickman, LLC<br>1037 Chuck Dawley Blvd., Bldg. A<br>Mt. Pleasant, S.C. 29464<br>**First-Class Mail**<br>**Email: ewestbrook@rpwb.com** | Elizabeth Cabraser, Esq.<br>Lieff, Cabraser, Heimann & Bernstein, L.L.P.<br>Embarcadero Center West<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-3339<br>**First-Class Mail**<br>**Email: ecabraser@lchb.com** |
| Jeffrey W. Gettleman, Esq.<br>Adam Paul, Esq.<br>Lisa Esayian, Esq.<br>Kirkland & Ellis LLP<br>300 N. LaSalle<br>Chicago, IL, 60654<br>**First-Class Mail**<br>**Email: jeffrey.gettleman@kirkland.com,**<br>   **adam.paul@kirkland.com,**<br>   **lisa.esayian@kirkland.com** | Michael Magzamen, Esq.<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Scott L. Baena, Esq.<br>Bilzin, Sumberg, Baena, Price & Axelrod<br>1450 Brickeli Ave., 23rd Floor<br>Miami, FL 33131-3456 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>600 Lexington Avenue, 21st Floor<br>New York, NY 10022 |
| Thomas M. Mayer, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Richard H. Wyron, Esq.<br>Frankei Wyron LLP<br>2101 L Street, NW<br>Washington, DC 20037 |
| James E. O'Neill, Esq.<br>Pachuiski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>**Hand Deliver**<br>**Email: joneill@pszjlaw.com** | Michael R. Lastowski, Esq.<br>Duane, Morris LLP<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801 |
| Michael B. Joseph, Esq.<br>Ferry Joseph & Pearce, P.A.<br>824 Market Street, Suite 904<br>Wilmington, DE 19801 | Maria Eskin, Esq.<br>Campbell & Levine, LLC<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801 |

#26224426 v1

-3-

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington, DE 1980 I

Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Main Street, Suite 1910, LC 201
Dallas, TX 75202
**First-Class Mail**
**Email: arich@alanrichlaw.com**

Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Edward B. Cottingham, Jr.
Cottingham Law Firm, LLC
317 Wingo Way, Ste. 303
Mt. Pleasant, SC 29464


Roger J. Higgins, Esq.
The Law Offices of Roger Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
**First-Class Mail**
**Email: rhiggins@rogerhigginslaw.com**

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Tancred Schiavoni, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Richard L. Schepecarter
Office of the U.S. Trustee
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

M. Dawes Cooke, Jr., Esq.
Barnwell Whaley Patterson & Helms LLC
288 Meeting St., Ste 200 (29401)
Post Office Drawer H
Charleston, SC 29402
**First-Class Mail**
**Email: mdc@barnwell-whaley.com**

#26224426 v1