IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**APPLICATION OF HILSOFT NOTIFICATIONS FOR
FINAL APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE
<u>OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS</u>**

Name of Applicant:                     Hilsoft Notifications

Authorized to provide
professional services to:              Official Committee of Asbestos Property Damage
                                       Claimants

Date of retention:                     September 23, 2002

Final Compensation Period:             March 13, 2002 through June 30, 2008

mount of compensation sought
as actual reasonable and necessary:    <u>$166,487.84</u>[1]

Amount of expense reimbursement
sought as actual reasonable and
necessary:                             <u>$4,235.83</u>[2]

This is an: ___ interim <u>X</u> final application

---

[1] Reflects reduction based on review and recommendations by Fee Auditor. However, it is noted that the Fee Auditor did not review Doc # 16714.

[2] Reflects expenses approved for interim applications based on Fee Auditor review and recommendations.

MIAMI 4142877.1 74817/15537
664521                                 1

| | HISTORY OF FEES AND COSTS REQUESTED AND FEES AND COSTS APPROVED | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | App Doc # | Fees Requested | Expenses Requested | Covering Dates | Order Doct # | Order File Date | Fees Approved | Expenses Approved |
| 09/18/02 | 2700 | $15,735.00 | $28.54 | 03/13/02-06/30/02 | 3092 | 11/25/02 | $15,735.00 | $28.54 |
| 11/04/02 | 2932 | $1,995.00 | $5.96 | 8/1/02-8/31/02 | 3511 | 03/14/03 | $1,995.00 | $5.96 |
| 03/16/05 | 8040 | $14,322.50 | $6.04 | 1/1/05-3/31/05 | 9513 | 09/27/05 | $14,322.50 | $6.04 |
| 02/15/06 | 11820 | $20,571.25 | $269.06 | 10/1/05-12/31/05 | 12660 | 06/16/06 | $20,571.25 | $269.06 |
| 06/08/06 | 12620 | $510.00 | $5.55 | 01/01/06-03/31/06 | | | | |
| 07/13/00 | 12793 | $20,940.42 | $15.94 | 10/1/04 - 11/30/04 | 13298 | 09/26/06 | $21,450.42 | $21.49 |
| 05/22/07 | 15771 | $62,712.50 | $2,661.73 | 1/1/07-3/31/07 | 16916 | 09/25/07 | $62,712.50 | $2,661.73 |
| 08/13/07 | 16549 | $4,320.00 | $200.55 | 4/1/07-6/30/07 | 17629 | 12/13/07 | $4,320.00 | $200.55 |
| 08/30/07 | 16714 | $90.00 | $0.00 | 7/1/07 - 7/31/07 | N/A | N/A | $90.00 | N/A |
| 09/04/08 | 19463 | $28,427.42 | $1,042.46 | 4/1/08-6/30/08 | 20283 | 12/17/2008 | $25,291.17 | $1,042.46 |
| TOTAL | | $169,624.09 | $4,235.83 | | | | $166,487.84 | $4,235.83 |

**ATTACHMENT B**

| CUMULATIVE SUMMARY OF HOURS FOR FINAL COMPENSATION PERIOD |
|---|

| Name of Professional Person | Position of Applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Todd B. Hilsee | Principal | N/A | N/A | $350.00 | 66.30 | $23,205.00 |
| Todd B. Hilsee | Principal | N/A | N/A | $425.00 | 54.60 | $23,205.00 |
| Todd B. Hilsee | Principal | N/A | N/A | $450.00 | 49.80 | $22,410.00 |
| Lauran Schultz | Professional | N/A | N/A | $350.00 | 1.17 | $409.50 |
| Shannon Wheatman | Associate | N/A | N/A | $325.00 | 75.90 | $24,667.50 |
| Shannon Wheatman | Associate | N/A | N/A | $300.00 | 76.90 | $23,070.00 |
| Shannon Wheatman | Associate | N/A | N/A | $250.00 | 13.00 | $3,250.00 |
| Barbara A. Coyle | Professional | N/A | N/A | $275.00 | 36.75 | $10,106.25 |
| Barbara A. Coyle | Professional | N/A | N/A | $250.00 | 16.90 | $4,225.00 |
| Barbara A. Coyle | Professional | N/A | N/A | $325.00 | 0.50 | $162.50 |
| Gina M. Intrepido | Professional | N/A | N/A | $325.00 | 33.50 | $10,887.50 |
| Gina M. Intrepido | Professional | N/A | N/A | $300.00 | 31.30 | $9,390.00 |
| Gina M. Intrepido | Professional | N/A | N/A | $250.00 | 28.30 | $7,075.00 |
| Gina M. Intrepido | Professional | N/A | N/A | $225.00 | 6.70 | $1,507.50 |
| Ann B. Renaldi | Professional | N/A | N/A | $225.00 | 10.90 | $2,452.50 |
| Philip Turicik | Staff | N/A | N/A | $175.00 | 1.25 | $218.75 |
| Nicole A. Fritz | Staff | N/A | N/A | $125.00 | 1.60 | $200.00 |
| Carla Peak | Associate | N/A | N/A | $95.00 | 2.33 | $221.67 |
| Carla Peak | Associate | N/A | N/A | $125.00 | 1.75 | $218.75 |
| Carla Peak | Associate | N/A | N/A | $200.00 | 5.58 | $1,116.67 |
| Sandy Lee Brown | Staff | N/A | N/A | $150.00 | 5.83 | $875.00 |
| Staff | Staff | N/A | N/A | $100.00 | 7.50 | $750.00 |
| | | | | SubTotal: | 528.37 | $169,624.08 |
| | | | LESS 50% TRAVEL DISCOUNT | | | |
| LESS ADJUSTMENT | | | | | | |
| PLUS ADJUSTMENT | | | | | | |
| | | | | GRAND TOTAL | | $169,624.08 |
| | | | | Blended Rate:  $ | | $321.03 |

| CUMULATIVE COMPENSATION BY PROJECT CATEGORY FOR FINAL COMPENSATION PERIOD | | |
|---|---|---|
| **PROJECT CATEGORY** | **TOTAL HOURS** | **TOTAL FEES** |
| Litigation Consulting | 114.2 | $32,052.50 |
| Claims Administration/Objections (Asbestos) | 138.28 | $42,021.67 |
| Notice Planning | 276.3033 | $95,549.92 |
| **Subtotal** | **528.7833** | **$169,624.09** |
| **Less 50% travel discount** | | |
| **Less Adjustment** | | |
| **Plus Adjustment** | | |
| **Total** | **528.7833** | **$169,624.09** |

| CUMULATIVE EXPENSE SUMMARY FOR FINAL COMPENSATION PERIOD | |
|---|---:|
| In-House copies | $26.60 |
| Outside copies | $0.00 |
| Postage | $246.00 |
| Overnight Delivery | $194.80 |
| Outside Courier/Messanger Services | $0.00 |
| Long Distance Telephone Charges | $214.38 |
| Computerized Research - Westlaw/PACER | $279.59 |
| **Travel Expenses** | $0.00 |
| Miscellaneous Travel Expenses | $416.80 |
| Lodging | $484.77 |
| Airfare | $2,038.81 |
| Meals | $155.38 |
| Parking - Mileage- cabs | $178.70 |
| Less Adjustment | $0.00 |
|  | $0.00 |
| **TOTAL** | **$4,235.83** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**APPLICATION OF HILSOFT NOTIFICATIONS FOR
FINAL APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE
OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS**

Hilsoft Notifications (the "Applicant"), consultants to the Official Committee of Asbestos Property Damage Claimants ("PD Committee") of the above-captioned debtors (the "Debtors") in this Court, hereby submits its final application (the "Final Application") pursuant to 11 U.S.C. §§ 330 and 331 and in accordance with the Administrative Fee Order (defined below) for approval and allowance of compensation for services rendered and for reimbursement of expenses incurred in connection therewith, respectfully represents as follows:

### I. Introduction

1. Applicant, as consultants to the PD Committee, seeks final approval and allowance, pursuant to section 331 of the Bankruptcy Code of compensation for the professional services rendered by Applicant as consultants for the PD Committee from March 13, 2002 through June 30, 2008 (the "Final Compensation Period") in the aggregate amount of $166,487.84 representing 528.37 hours of professional services and (ii) reimbursement of actual and necessary expenses incurred by the Applicant during the Final Compensation Period in connection with the rendition of such professional services in the aggregate amount of $4,235.83.

MIAMI 4142877.1 74817/15537

2

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. Background

3. On April 2, 2001, each of the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code. The Debtors continue to operate its business and manage their properties as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases have been procedurally consolidated and are being jointly administered. No trustee or examiner has been appointed in this case.

4. On April 12, 2001, the United States Trustee formed the PD Committee. Thereafter, the PD Committee approved the retention of Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg") as its counsel.

5. On September 23, 2002, the Court entered an Order approving the retention of Applicant as consultants to the PD Committee.

6. The Applicant filed ten previous interim fee applications with the Court for allowance of compensation and reimbursement of expenses for services rendered to the PD Committee. This Final Application is submitted pursuant to the terms of the Administrative Order Under §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members approved by the Court on May 3, 2001, as amended by the Court's order of April 17, 2002 (collectively, the "Administrative Fee Order").

7. Applicant received no payment and no promise for payment from any source for services rendered in connection with these cases. There is no agreement or understanding

between Applicant and any other person for the sharing of compensation to be received hereunder.

8. As stated in the Certification of Jay M. Sakalo, Partner at Bilzin Sumberg, attached hereto as Exhibit "A," all of the services for which compensation is sought herein were rendered for and on behalf of the PD Committee solely in connection with these cases.

### III. Summary of Services Rendered

9. In accordance with the Administrative Fee Order and the Local Rules, a summary of the professionals and their corresponding names, hourly rates and the number of hours incurred by each, the number of hours incurred by category and the summary of expenses for the Final Compensation Period are set forth on Attachment B. The hourly rates reflect what Applicant generally charges its other clients for similar services.

### IV. Conclusion

10. Applicant has necessarily and properly expended 528.37 hours of services in the performance of its duties as consultants to the PD Committee during the Final Compensation Period. Such services have a fair market value of $166,487.84. The work involved and thus the time expended, was carefully assigned in light of the expertise required for each particular task.

11. In addition, Applicant incurred actual out-of-pocket expenses in connection with the rendition of services to the PD Committee in the sum of $4,235.83.

12. Applicant has reviewed the requirements set forth in Local Rule 2016-2 and believes that this Final Application complies therewith.

WHEREFORE, Applicant respectfully requests pursuant to the Administrative Fee Order: a) the final approval and allowance, pursuant to section 331 of the Bankruptcy Code of compensation for professional services rendered to the PD Committee during the Final

MIAMI 4142877.1 74817/15537

Compensation Period in the amount of $166,487.84; b) the final approval and allowance of Applicant's out-of-pocket expenses incurred in connection with the rendition of such services during the Final Compensation Period in the amount of $4,235.83; and c) such other relief as the Court deems just.

Dated: May 12, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　BILZIN SUMBERG BAENA PRICE &
　　　　　　　　　　　　　　　　　　　AXELROD LLP
　　　　　　　　　　　　　　　　　　　Counsel to the Official Committee of Asbestos Property
　　　　　　　　　　　　　　　　　　　Damage Claimants
　　　　　　　　　　　　　　　　　　　1450 Brickell Avenue, Suite 2300
　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　Telephone: (305) 374-7580
　　　　　　　　　　　　　　　　　　　Facsimile: (305) 374-7593

　　　　　　　　　　　　　　　　　　　By:     /s/ Jay M. Sakalo
　　　　　　　　　　　　　　　　　　　　　　Scott L. Baena (Admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　　　　Jay M. Sakalo (Admitted Pro Hac Vice)