## EXHIBIT "A"

## CERTIFICATION

1.     **Hilsoft Notifications** (the "Applicant") previously submitted interim applications for approval of compensation and reimbursement of expenses and certified compliance with Del.Bankr.LR 2016-2(f).

2.     The Applicant is no longer in business as a stand-alone entity and, as counsel to the PD Committee, I submit this certification on Applicant's behalf.

I HEREBY CERTIFY that the foregoing is true and correct.

Dated: May 12, 2014

                                  BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                                  Counsel to the Official Committee of Asbestos Property Damage Claimants
                                  1450 Brickell Avenue, Suite 2300
                                  Miami, Florida 33131
                                  Telephone:  (305) 374-7580
                                  Facsimile: (305) 374-7593

                                  By:     /s/ Jay M. Sakalo
                                          Jay M. Sakalo