IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**APPLICATION OF LECG, LLC FOR FINAL APPROVAL
AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL
<u>COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR</u>**

| | |
|---|---|
| Name of Applicant: | LECG, LLC |
| Authorized to provide professional services to: | Official Committee of Asbestos Property Damage Claimants |
| Date of retention: | Retention order entered on May 12, 2005, <u>Nunc</u> <u>Pro</u> <u>Tunc</u>, to February 17, 2005 |
| Final Compensation Period: | January 1, 2005 through April 30, 2005 |
| Amount of compensation sought as actual reasonable and necessary: | <u>$414,412.25</u> |
| Amount of expense reimbursement sought as actual reasonable and necessary: | <u>$3,541.01</u> |

This is an: ___ interim  <u>X</u> final application

| HISTORY OF FEES/COSTS REQUESTED AND FEES/COSTS APPROVED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Filed | App Doc # | Fees Requested | Expenses Requested | Covering Dates | Order Doct # | Order File Date | Fees Approved | Expenses Approved |
| 7/18/05 | 9004 | $79,496.75 | $493.74 | 1/1/05-3/31/05 | 9513 | 09/27/05 | $79,496.75 | $493.74 |
| 11/9/05 | 11020 | $334,915.50 | $3,047.27 | 4/1/05-6/30/05 | 11402 | 12/21/05 | $334,915.50 | $3,047.27 |
| TOTAL | | $414,412.25 | $3,541.01 | | | | $414,412.25 | $3,541.01 |

**ATTACHMENT B**

| CUMULATIVE SUMMARY OF HOURS FOR FINAL COMPENSATION PERIOD | | | | | | |
|---|---|---|---|---|---|---|
| Name of Professional Person | Position of Applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
| John Salomon | Managing Director | N/A | N/A | $595.00 | 1.50 | $892.50 |
| Daniel Regard | Managing Director | N/A | N/A | $595.00 | 14.30 | $8,508.50 |
| A. J. Gravel | Expert/Director | N/A | N/A | $575.00 | 1.00 | $575.00 |
| James Haas | Director | N/A | N/A | $575.00 | 182.80 | $105,110.00 |
| Stephen Sellick | Director | N/A | N/A | $575.00 | 8.40 | $4,830.00 |
| Alan Madian | Expert/Director | N/A | N/A | $575.00 | 16.90 | $9,717.50 |
| Steven A. Wolf | Principal | N/A | N/A | $475.00 | 56.00 | $26,600.00 |
| Forest McCluer | Sr. Managing Con | N/A | N/A | $370.00 | 10.90 | $4,033.00 |
| Karen Sweetland | Senior Consultant | N/A | N/A | $350.00 | 42.60 | $14,910.00 |
| Susan Press | Sr. Researcher | N/A | N/A | $350.00 | 3.00 | $1,050.00 |
| Sencer Ecer | Sr. Economist | N/A | N/A | $350.00 | 5.50 | $1,925.00 |
| Craig Fennell | Sr. Consultant | N/A | N/A | $350.00 | 16.50 | $5,775.00 |
| Dan Rachlis | Sr. Consultant | N/A | N/A | $350.00 | 17.00 | $5,950.00 |
| Andrew Rakicsany | Sr. Consultant | N/A | N/A | $350.00 | 96.10 | $33,635.00 |
| Darius Singpurwalla | Sr. Consultant | N/A | N/A | $350.00 | 48.00 | $16,800.00 |
| Sean Walsh | Sr. Consultant | N/A | N/A | $350.00 | 44.00 | $15,400.00 |
| Julie Corley | Managing Cons. | N/A | N/A | $300.00 | 26.80 | $8,040.00 |
| Courtney Fletcher | Managing Cons. | N/A | N/A | $300.00 | 90.80 | $27,240.00 |
| Nathan Basseen | Senior Associate | N/A | N/A | $185.00 | 94.80 | $17,538.00 |
| Joseph Sremack | Senior Associate | N/A | N/A | $185.00 | 100.50 | $18,592.50 |
| Jeffrey Slover | Sr. Associate | N/A | N/A | $185.00 | 46.90 | $8,676.50 |
| Erich Siemon | Sr. Associate | N/A | N/A | $185.00 | 114.40 | $21,164.00 |
| Lisa Simpson | Sr. Associate | N/A | N/A | $185.00 | 11.00 | $2,035.00 |
| Charlesa Ceres | Research Anal. | N/A | N/A | $160.00 | 12.00 | $1,920.00 |
| Joshua Newborn | Research Anal. | N/A | N/A | $160.00 | 128.00 | $20,480.00 |
| Daniel Ofori-Addo | Research Anal. | N/A | N/A | $160.00 | 46.00 | $7,360.00 |
| April Wu | Research Anal. | N/A | N/A | $160.00 | 32.50 | $5,200.00 |
| Wenonah Elms | Research Anal. | N/A | N/A | $160.00 | 55.50 | $8,880.00 |
| Eric Carr | Associate | N/A | N/A | $150.00 | 17.50 | $2,625.00 |
| Nathan Petek | Associate | N/A | N/A | $150.00 | 4.00 | $600.00 |
| Sanjay Rupani | Associate | N/A | N/A | $150.00 | 10.00 | $1,500.00 |

| Brant Yeman | Case Analyst | N/A | N/A | $140.00 | 26.00 | $3,640.00 |
|---|---|---|---|---|---|---|
| Opal Green | Case Assistant | N/A | N/A | $95.00 | 7.30 | $693.50 |
| Janice Inghram | Case Assistant | N/A | N/A | $95.00 | 0.80 | $76.00 |
| Constance Carrol | Case Assistant | N/A | N/A | $95.00 | 2.00 | $190.00 |
| Cora Mandepat | Case Assistant | N/A | N/A | $95.00 | 2.20 | $209.00 |
| Subcontractors | Case Assistant | N/A | N/A | $75.00 | 57.40 | $4,305.00 |
| | | | | | | |
| | | | | **SubTotal:** | **1,450.90** | $416,676.00 |
| | | | **LESS 50% TRAVEL DISCOUNT** | | | 2,263.75 |
| | | | | | | |
| | | | | | | |
| | | | | **GRAND TOTAL** | | $414,412.25 |
| | | | | **Blended Rate:  $** | | $285.62 |

| CUMULATIVE COMPENSATION BY PROJECT CATEGORY FOR FINAL COMPENSATION PERIOD | | |
|---|---|---|
| **PROJECT CATEGORY** | **TOTAL HOURS** | **TOTAL FEES** |
| Case Administration | 87.9 | $38,535.50 |
| Creditor's Committee | 5.2 | $2,990.00 |
| Travel | 13.5 | $4,527.50 |
| Accounting/Auditing | 1 | $475.00 |
| Data Analysis | 894.5 | $205,143.50 |
| Business Analysis | 12 | $4,200.00 |
| Valuation | 54.9 | $11,086.00 |
| Litigation Consulting | 46.4 | $16,050.00 |
| Claims Administration/Objections (Asbestos) | 335.5 | $133,668.50 |
| **Subtotal** | **1450.9** | **$416,676.00** |
| **Less 50% travel discount** | | **$2,263.75** |
| **Less Adjustment** | | |
| **Plus Adjustment** | | |
| **Total** | **1450.9** | **$414,412.25** |

| CUMULATIVE EXPENSE SUMMARY FOR FINAL COMPENSATION PERIOD | |
| --- | ---: |
| In-House copies | $214.50 |
| Outside copies | $205.83 |
| Postage | $0.00 |
| Overnight Delivery | $51.60 |
| Outside Courier/Messanger Services | $0.00 |
| Long Distance Telephone Charges | $34.79 |
| Long Distance Fax Transmissions (Long distance charges only) | $0.00 |
| Telecopies | $0.00 |
| Computerized Research - Westlaw/PACER | $0.00 |
| Expert Fees and Costs | $0.00 |
| Data Entry | $0.00 |
| Meals | $445.54 |
| Parking & Mileage | $0.00 |
| Retrieval Services | $82.00 |
| Messenger Services | $18.94 |
| Committee Meeting Costs | $0.00 |
| Court Reporters/Transcripts/Video Deposition Services | $0.00 |
| Professional Services | $0.00 |
| Less Cost Credit | $0.00 |
| Searches/Title/Name/Corp Searches | $0.00 |
| Miscellaneous | $0.00 |
| Overtime A/C | $0.00 |
| PublicAtion | $0.00 |
| Filing Fees | $0.00 |
| CD/DVD Duplication | $0.00 |
| Internet Connection - Outside Services | $0.00 |
| **Travel Expenses** | |
| Miscellaneous Travel Expenses | $20.00 |
| Lodging | $652.38 |
| Airfare | $850.70 |
| Meals | $407.78 |
| Parking - Mileage- cabs | $556.95 |
| | $0.00 |
| | |
| | |
| | |
| | |
| **TOTAL** | **$3,541.01** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | Chapter 11 | |
| ) | | |
| W.R. Grace & Co., *et al.*, ) | Case No. 01-01139 (KJC) | |
| ) | (Jointly Administered) | |
| Debtors. ) | | |

**APPLICATION OF LECG, LLC FOR FINAL APPROVAL
AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL
COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR**

LECG, LLC (the "Applicant"), consultants to the Official Committee of Asbestos Property Damage Claimants ("PD Committee") of the above-captioned debtors (the "Debtors") in this Court, hereby submits its final application (the "Final Application") pursuant to 11 U.S.C. §§ 330 and 331 and in accordance with the Administrative Fee Order (defined below) for final approval and allowance of compensation for services rendered and for reimbursement of expenses incurred in connection therewith, respectfully represents as follows:

**I. Introduction**

1. Applicant, as consultants to the PD Committee, seeks final approval and allowance, pursuant to section 331 of the Bankruptcy Code of compensation for the professional services rendered by Applicant as consultants for the PD Committee from January 1, 2005 through April 30, 2005 (the "Final Compensation Period") in the aggregate amount of $414,412.25 representing 1450.9 hours of professional services and (ii) reimbursement of actual and necessary expenses incurred by the Applicant during the Final Compensation Period in connection with the rendition of such professional services in the aggregate amount of $3,541.01.

2. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. Background

3. On April 2, 2001, each of the Debtors filed voluntary petitions for reorganization under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as a debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' chapter 11 cases have been procedurally consolidated and are being jointly administered. No trustee or examiner has been appointed in this case.

4. On April 12, 2001, the United States Trustee formed the PD Committee. Thereafter, the PD Committee approved the retention of Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg") as its counsel.

5. By order dated May 12, 2005, the Court authorized the PD Committee to retain the Applicant nunc pro tunc to February 17, 2005, pursuant to 11 U.S.C. §§ 1103 and 328, as consultants to the PD Committee in these cases.

6. The Applicant has filed two previous interim fee applications with the Court for allowance of compensation and reimbursement of expenses for services rendered to the PD Committee. This Final Application is submitted pursuant to the terms of the Administrative Order Under §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members approved by the Court on May 3, 2001 as amended by the Court's order of April 17, 2002 (collectively, the "Administrative Fee Order").

7. Applicant has received no payment and no promise for payment from any source for services rendered in connection with these cases. There is no agreement or understanding between Applicant and any other person for the sharing of compensation to be received hereunder.

8. As stated in the Certification of Jay M. Sakalo, Partner at Bilzin Sumberg, attached hereto as Exhibit "A," all of the services for which compensation is sought herein were rendered for and on behalf of the PD Committee solely in connection with these cases.

### III. Summary of Services Rendered

9. In accordance with the Administrative Fee Order and the Local Rules, a summary of the professionals and their corresponding names, hourly rates and the number of hours incurred by each, the number of hours incurred by category and the summary of expenses for the Final Compensation Period are set forth on Attachment B. The hourly rates reflect what Applicant generally charges its other clients for similar services.

### IV. Conclusion

10. Applicant has necessarily and properly expended 1,450.9 hours of services in the performance of its duties as consultants to the PD Committee during the Final Compensation Period. Such services have a fair market value of $414,412.25. The work involved and thus the time expended, was carefully assigned in light of the expertise required for each particular task.

11. In addition, Applicant incurred actual out-of-pocket expenses in connection with the rendition of services to the PD Committee in the sum of $3,541.01.

12. Applicant has reviewed the requirements set forth in Local Rule 2016-2 and believes that this Final Application complies therewith.

WHEREFORE, Applicant respectfully requests pursuant to the Administrative Fee Order: a) the final approval and allowance, pursuant to section 331 of the Bankruptcy Code of compensation for professional services rendered to the PD Committee during the Final Compensation Period in the amount of $414,412.25 b) the final approval and allowance of Applicant's out-of-pocket expenses incurred in connection with the rendition of such services

during the Final Compensation Period in the amount of $3,541.01; and c) such other relief as the Court deems just.

Dated:  May 12, 2014                             Respectfully submitted,

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
Counsel to the Official Committee of Asbestos Property Damage Claimants
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Telephone:  (305) 374-7580
Facsimile: (305) 374-7593

By:      /s/ Jay M. Sakalo
           Scott L. Baena (Admitted Pro Hac Vice)
           Jay M. Sakalo (Admitted Pro Hac Vice)