## EXHIBIT "A"
## CERTIFICATION

1. **LECG, LLC** (the "Applicant") previously submitted interim applications for approval of compensation and reimbursement of expenses and certified compliance with Del.Bankr.LR 2016-2(f).

2. The Applicant is no longer in business as a stand-alone entity and, as counsel to the PD Committee, I submit this certification on Applicant's behalf.

I HEREBY CERTIFY that the foregoing is true and correct.

Dated: May 12, 2014

                              BILZIN SUMBERG BAENA PRICE & AXELROD LLP
                              Counsel to the Official Committee of Asbestos Property Damage Claimants
                              1450 Brickell Avenue, Suite 2300
                              Miami, Florida 33131
                              Telephone: (305) 374-7580
                              Facsimile: (305) 374-7593

                              By: /s/ Jay M. Sakalo
                                      Jay M. Sakalo