UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING APPLICATION OF LECG, LLC FOR FINAL APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR**

LECG, LLC (the "Applicant"), by and through undersigned counsel, filed a final application (the "Final Application") for approval of fees in the amount of $414,412.25 and reimbursement of expenses in the amount of $3,541.01 incurred by the Applicant during the period of January 1, 2005 through April 30, 2005.  The court has reviewed the Final Application and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S. C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application.  Accordingly, it is hereby

ORDERED that the Final Application is GRANTED on a final basis.

Dated:_____          _____
                                                                                              Honorable Kevin J. Carey
                                                                                              United States Bankruptcy Judge