UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FINAL APPLICATION OF THE OFFICIAL COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS FOR REIMBURSEMENT OF EXPENSES
TO COMMITTEE MEMBERS AND THEIR COUNSEL**

| | |
|---|---|
| Name of Applicant: | Official Committee of Asbestos Property Damage Claimants |
| Authorized to Provide Professional Services to: | N/A |
| Date of Appointment: | April 12, 2001 |
| Final Compensation Period | April 9, 2001 through June 30, 2008 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary in interim applications: | $179,788.28[1] |
| Supplemental Expenses being sought in this final application, not previously requested: | $5,969.22 |

This is an ___ interim __X__ final Statement.

---

[1] Reflects reduction based on review and recommendations by Fee Auditor. However, it is noted that the Fee Auditor did not review Doc # 9211, 12614 and 13545.

| | HISTORY OF EXPENSES REQUESTED AND EXPENSES APPROVED | | | | | |
|---|---|---|---|---|---|---|
| Date Filed | App Doc # | Expenses Requested | Covering Dates | Order Doct # | Order File Date | Expenses Approved |
| 07/02/01 | 1069 | $11,462.59 | 04/09/01 - 05/31/01 | | | |
| 08/06/01 | 884 | $24,412.74 | 06/01/01 - 06/30/01 | | | |
| 09/25/01 | 961 | $13,702.68 | 07/01/01 - 07/31/01 | | | |
| 11/09/01 | 1103 | $6,492.42 | 08/01/01 - 09/30/01 | | | |
| 02/07/02 | 1641 | $9,456.87 | 10/1/01 - 12/31/01 | 3091 | 11/25/02 | $65,527.30 |
| 04/05/02 | 1901 | $29,699.57 | 1/1/02 - 2/28/02 | | | |
| 05/10/02 | 2040 | $3,561.98 | 3/1/02 - 3/31/02 | | | |
| 06/28/02 | 2296 | $8,321.04 | 4/1/02 - 5/31/02 | 3092 | 11/25/02 | $41,582.59 |
| 10/21/02 | 2850 | $3,060.26 | 6/1/02 - 8/31/02 | | | |
| 11/06/02 | 2943 | $81.19 | 09/01/02 - 9/30/02 | 3511 | 03/14/03 | $3,141.45 |
| 06/04/03 | 3876 | $1,880.35 | 10/01/02 - 04/30/03 | 4480 | 09/22/03 | $1,813.94 |
| 03/15/05 | 8022 | $2,914.73 | 04/01/04 - 10/31/04 | 8728 | 06/29/05 | $2,742.22 |
| 03/16/05 | 8041 | $2,066.73 | 01/01/04 - 03/31/05 | 9513 | 09/27/05 | $2,066.73 |
| 08/19/05 | 9211 | $130.00 | 5/1/05 - 5/30/05 | N/A | N/A | N/A |
| 08/23/05 | 9239 | $1,688.36 | 06/1/05 - 06/30/05 | 11402 | 12/21/05 | $1,688.36 |
| 02/15/06 | 11821 | $1,479.12 | 10/01/05 - 12/31/05 | 12660 | 06/16/06 | $1,479.12 |
| 03/31/06 | 12188 | $4,186.93 | 01/24/06 - 03/22/06 | 13298 | 09/26/06 | $4,186.93 |
| 06/08/06 | 12614 | $51,770.89 | 4/1/06 - 4/30/06 | N/A | N/A | N/A |
| 10/31/06 | 13545 | $1,436.27 | 7/1/06 - 9/30/06 | N/A | N/A | N/A |
| 08/05/08 | 19241 | $2,222.48 | 4/1/08 - 6/30/08 | 20283 | 12/17/08 | $2,222.48 |
| 05/12/14 | Pending | $5,969.22 | 4/9/01 - 6/30/08 | Pending | Pending | $5,969.22 |

| | | | | |
|---|---|---|---|---|
| **TOTAL** | | $185,996.42 | | $132,420.34 |

2

# ATTACHMENT B

## SUMMARY OF HOURS

### NOT APPLICABLE

## COMPENSATION BY PROJECT CATEGORY

### NOT APPLICABLE

## SUPPLEMENTAL EXPENSE SUMMARY

| | |
|---|---|
| **Prudential Insurance Company** | $3,580.86 |
| **Pacific Freeholds** | $2,388.36 |
| **TOTAL** | $5,969.22 |

**PLEASE REFER TO ATTACHMENT "B-1"
ATTACHED HERETO FOR FURTHER DETAIL**

3

**ATTACHMENT "B-1"**

**REPORT OF EXPENSES**

**FOR**

**MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS AND THEIR COUNSEL**

**W. R. GRACE & CO., et al.**

**NAME:**

Joe Schwartz
Riker Danzig Scherer Hyland & Perretti
1 Speedwell Avenue
Headquarters Plaza
P.O. Box 1981
Morristown, NJ  07962
BUSINESS      (973) 538-0800
FAX               (973) 538-1984

**SUPPLEMENTAL EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 4/12/01 through 10/25/07 | See Attached | $3,580.86 |
| | **TOTAL EXPENSES** | **$3,580.86** |

ATTACHMENT "B-2"

REPORT OF EXPENSES

FOR

MEMBERS OF OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE
CLAIMANTS AND THEIR COUNSEL

W. R. GRACE & CO., et al.

**NAME:**

Thomas J. Brandi
Terrence Edwards
Law Offices of Thomas J. Brandi
44 Montgomery Street, Suite 1050
San Francisco, CA  94104
BUSINESS        (415) 989-1800
FAX             (415) 989-1801

**SUPPLEMENTAL EXPENSES FOR MEETING(S)**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| 4/8/07 | Airfare from San Francisco to Pittsburgh | $2,153.20 |
| 4/9/07 | Car Rental | $38.08 |
| 9/1/01 | Hotel Sheraton, College Park, GA | $197.08 |
|  | **TOTAL EXPENSES** | **$2,388.36** |

MIAMI 4144360.1 74817/15537                          4

**ATTACHMENT "B - 3"**

| CUMULATIVE PD COMMITTEE TRAVEL AND MISCELLANEOUS EXPENSES FOR FINAL APPLICATION PERIOD | |
|---|---:|
| Catholic Archdiocese of New Orleans | $23,896.42 |
| The Prudential Insurance Company of America | $9,527.11 |
| Princeton University | $10,807.38 |
| Marco Barbanti | $66,917.13 |
| Paul Price | $5,827.21 |
| Anderson Memorial Hospital | $66,632.81 |
| Pacific Freeholds | $2,388.36 |
| **TOTAL** | **$185,996.42** |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FINAL APPLICATION
OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY
DAMAGE CLAIMANTS FOR REIMBURSEMENT OF EXPENSES TO
<u>COMMITTEE MEMBERS AND THEIR COUNSEL</u>**

Pursuant to this Court's May 3, 2001 Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "<u>Administrative Order</u>"), the Official Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through undersigned counsel, hereby submits this final application (the "<u>Final Application</u>"). In support hereof, the Applicant respectfully represents as follows:

### I.  BACKGROUND

1. On April 2, 2001 (the "<u>Petition Date</u>"), the above-captioned debtors (the "<u>Debtors</u>") filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

2. On April 2, 2001, the Court entered its Order directing the joint administration of the Debtors' chapter 11 cases.

3. On April 12, 2001, the Office of the United States Trustee appointed the PD Committee in this case consisting of Mr. Marco Barbanti, Princeton University, Pacific Freeholds and Prudential Insurance Company. The PD Committee held its organizational meeting on that day and selected Mr. Marco Barbanti to serve as its Chairman. Thereafter, the PD Committee was expanded to include Paul Price, Anderson Memorial Hospital and the Archdiocese of New Orleans. The PD Committee subsequently elected Mr. Dan Speights, representative of Anderson Memorial Hospital, as Co-Chairman of the PD Committee.

4. The PD Committee represents the interests of the asbestos property damage claimants in the Consolidated Cases.

5. At the PD Committee's initial meeting held on April 12, 2001, at which all original PD Committee members were present, the PD Committee chose to retain Bilzin Sumberg Dunn Baena Price & Axelrod LLP ("Bilzin Sumberg"), by and through Scott L. Baena, Esq., as its counsel to represent it in all matters during the pendency of these cases.

6. By Statement, dated May 22, 2001, Bilzin Sumberg sought Court approval for its retention as counsel to the PD Committee nunc pro tunc to April 9, 2001. No objections were filed and a certificate of no objection was filed with the Court.

7. By order dated June 21, 2001 (the "Retention Order"), the Court authorized the PD Committee to retain Bilzin Sumberg nunc pro tunc to April 9, 2001, pursuant to 11 U.S.C. §§ 1103 and 328, on a general retainer basis, to represent the PD Committee in these cases. The Retention Order conditioned Bilzin Sumberg's compensation on approval by this Court.

## II.     RELIEF REQUESTED

8. Accordingly, the PD Committee submits this Final Application, pursuant to Sections 328, 330, 331 and 503(b) of the Bankruptcy Code, Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), the Administrative Order, and in accordance with U.S. Department of Justice, Executive Office for United States Trustee's Guidelines for Reviewing Statements for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 (the "Guidelines"). The PD Committee requests final approval of the reimbursement of expenses in the amount of $185,757.50 for the actual and necessary expenses incurred by the PD Committee during the period of April 9, 2001 through June 30, 2008 (the "Final Compensation Period"), and payment of the supplemental expenses requested in this Final Application in the amount of $5,969.22.

9. The PD Committee has only applied for reimbursement of actual and necessary out-of-pocket disbursements in accordance with § 330(a)(2) of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Guidelines.

WHEREFORE, the PD Committee respectfully requests the Court to enter an order (i) awarding the final sum of $185,757.50, as reimbursement for actual and necessary expenses incurred by the PD Committee during the Final Compensation Period; (ii) authorizing the Debtors to pay the supplemental expenses requested in this Final Application in the amount of $5,969.22; and (iii) granting such other and further relief as the Court deems appropriate.

Dated: May 12, 2014          Respectfully submitted,

                                      BILZIN SUMBERG BAENA PRICE &
                                      AXELROD LLP
                                      Counsel to the Official Committee of Asbestos Property Damage Claimants
                                      1450 Brickell Avenue, Suite 2300
                                      Miami, Florida 33131
                                      Telephone: (305) 374-7580
                                      Facsimile: (305) 374-7593

                                      By:    /s/ Jay M. Sakalo
                                            Scott L. Baena (Admitted Pro Hac Vice)
                                            Jay M. Sakalo (Admitted Pro Hac Vice)