UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING FINAL APPLICATION
OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY
DAMAGE CLAIMANTS FOR REIMBURSEMENT OF EXPENSES TO
<u>COMMITTEE MEMBERS AND THEIR COUNSEL</u>**

The Official Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through undersigned counsel, filed a final application (the "<u>Final Application</u>") for approval of reimbursement of expenses in the amount of $185,757.40 incurred by the PD Committee during the period of April 9, 2001 through June 30, 2008 and for payment of supplemental expenses requested in the Final Application in the amount of $5,969.22.  The court has reviewed the Final Application and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application.  Accordingly, it is hereby

ORDERED that the Final Application is GRANTED on a final basis.  Debtors are authorized to pay the PD Committee the amount of $5,569.22 for the supplemental expenses requested in the Final Application.

ORDERED that to the extent that the PD Committee has incurred expenses in addition to the foregoing, the PD Committee may file one or more supplemental fee applications by

following the interim compensation procedures set forth in the Administrative Order and Amended Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application.

Dated:_____     _____
                                                            Honorable Kevin J. Carey
                                                            United States Bankruptcy Judge