**CERTIFICATE OF SERVICE**

I, Lisa L. Coggins, Esquire, hereby certify that on this 12th day of May, 2014, I caused one copy of the foregoing Application of Conway, Del Genio, Gries & Co., LLC For Final Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Asbestos Property Damage Claimants (the "Application") to be served upon the parties listed in Exhibit A in the manner indicated and one copy of the Notice of the Application, to be served upon the parties listed in Exhibit B in the manner indicated.

Upon penalty of perjury I declare that the foregoing is true and correct.

/s/ Lisa L. Coggins
Lisa L. Coggins (No. 4234)

# EXHIBIT A

**By First Class Mail and E-mail:**
Warren H. Smith
Warren H. Smith and Associates, P.C.
2235 Ridge Road
Suite 105
Rockwall, TX 75087
feeaudit@whsmithlaw.com

**By Hand Delivery:**
Richard L. Schepacarter, Esq.
Office of the U.S. Trustee
844 King Street, Room 2207
Wilmington, DE 19801

The Bayard Firm
222 Delaware Avenue, Ste. 900
P.O. Box 25130
Wilmington, DE 19899

**By E-mail:**
Richard.Finke@grace.com

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszyj.com
jo'neill@pszyj.com

Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Kathleen Campbell Davis, Esquire
Campbell & Levine, LLC
222 Delaware Ave., Ste 1620
Wilmington, DE 19801
meskin@del.camlev.com

Michael R. Lastowski, Esquire
Duane Morris, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
mlastowski@duanemorris.com

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com

Teresa K.D. Currier, Esquire
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
tcurrier@saul.com

Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
111 East Wacker Dr., Ste. 2800
Chicago, IL 60601
rhiggins@rogerhigginslaw.com

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
600 Lexington Ave., 21st Floor
New York, NY 10022-6000
pvnl@capdale.com

Jay M. Sakalo, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
1450 Brickell Avenue, 23rd Floor
Miami FL 33131-3456
jsakalo@bilzin.com

Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
kpasquale@stroock.com

**Exhibit "B"**

***First Class Mail***
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

***First Class Mail***
Richard A. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite, 2207
Wilmington, DE 19801

***First Class Mail***
John C. Phillips, Jr. Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

***First Class Mail***
Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

***First Class Mail***
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

***First Class Mail***
Richard B. Shiro
WRG Asbestos PD Trust
c/o Wilmington Trust
Attn: Corporate Trust Administration
1100 North Market Street
Wilmington, DE 19890-1625

***First Class Mail***
Marla Rosoff Eskin, Esq.
Mark T. Hurford, Esq..
Campbell & Levine, LLC
222 Delaware Avenue, Ste, 1620
Wilmington, DE 19801

***First Class Mail***
William D. Sullivan, Esq.
Sullivan Hazeltine Allinson, LLC
901 N. Market Str, suite 1300
Wilmington, DE 19801

***First Class Mail***
Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Ste, Suite 400
Wilmington, DE 19801

***First Class Mail***
David M. Fournier, Esq.
James C. Carignan, Esq.
Pepper Hamilton, LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 1899-1709

***First Class Mail***
John Donley, Esq.
Adam Paul, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654

***First Class Mail***
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins LLC
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823

***First Class Mail***
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

***First Class Mail***
Roger Frankel
Frankel Wyron LLP
2101 L Street, N.W. Suite 800
Washington, DC 20037

***First Class Mail***
Alan B. Rich, Esquire
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

***First Class Mail***
Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958

***First Class Mail***
Deborah S. Williamson, Esq.
Cox Smith Matthews Incorporated
112 East Pecan Street, Suite 1800
San Antonio, TX 78205

***First Class Mail***
Edward J. Westbrook, Esq.
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, South Carolina 29464

***First Class Mail***
Edward B. Cottingham, Jr., Esq.
The Cottingham Law Firm
317 Wingo Way, Suite 303
P.O. Box 810
Mt. Pleasant, SC 29465

***First Class Mail***
M. Dawes Cooke, Esq.
Barnwell Whaley Patterson & Helms, LLC
288 Meeting St., Suite 200
P.O. Drawer H
Charleston, SC 29402

***First Class Mail***
B. Thomas Florence,
Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC 20036

***First Class Mail***
Philip E. Milch, Esq.
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

***First Class Mail***
Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

***First Class Mail***
Ann McMillan, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.,
Suite 1100
Washington, DC 20005-5802

***First Class Mail***
Robert M. Horkovich, Esq.
Robert Y. Chung, Esq.
Anderson Kill, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

***First Class Mail***
James C. Melville, Esq.
Kaplan, Strangis, and Kaplan, P.A.
90 South Seventh Street, Suite 5500
Minneapolis, MN 55402

***First Class Mail***
Edward Steiner, Esq.
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

***First Class Mail***
John R. Knapp, Jr. Esq.
Miller Nash, LLP
4400 Two Union Street
601 Union Street
Seattle, Washington, 98101-2352

***First Class Mail***
David E. Blabey, Jr., Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

***First Class Mail***
Greg A. Lowry, Esq.
Locke Lord., LLP
2200 Ross Avenue, ste. 2200
Dallas, Texas 75201

***First Class Mail***
Edward C. Toole, Jr., Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

***First Class Mail***
Mark Hankin
Lou Hiban
Hankin Management Co.
P.O. Box 26767
Elkins Park, PA 19027.

***First Class Mail***
Michael R. Sew Hoy
Civil Division
U.S. Dept. Of Justice
1100 L. Street, N.W.
Room 10048
Washington D.C. 20005

***First Class Mail***
Scott W. Wert, Esq.
Roger Heath, Esq.
Foster & Sear, LLP
817 Greenview Drive
Grand Prairie, TX 75050

***Foreign First Class Mail***
Yves Lauzon, Esq.
Michel Belanger, Esq,
Lauzon Belanger Lesperance Inc.
286 Rue St-Paul Ouest
Bureau 100
Montréal, Quebec
H2Y 2A3

***First Class Mail***
Jonathan W. Young
Michael B. Kind
Edwards Wildman Palmer LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229