## EXHIBIT "A"

## CERTIFICATION

1. I have been designated by **Bilzin Sumberg Baena Price & Axelrod LLP** ("Bilzin Sumberg") as the professional with responsibility in this case for compliance with Del.Bankr.LR 2016-2(f).

2. I have read the Bilzin Sumberg's application for compensation and reimbursement of expenses (the "Final Application"). The Final Application complies with the Del.Bankr.LR 2016-2(f).

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by Bilzin Sumberg and generally accepted by Bilzin Sumberg's clients.

4. In seeking reimbursement for the expenditures described on Exhibit C, the Bilzin Sumberg is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that Bilzin Sumberg has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by Del.Bankr.LR 2016-2(e)).

MIAMI 4140949.3 74817/15537

5.      In seeking reimbursement for any service provided by the third party, Bilzin Sumberg is seeking reimbursement only for the amount actually paid by Bilzin Sumberg to the third party.

I HEREBY CERTIFY that the foregoing is true and correct.

Dated:  May 12, 2014

                                              **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Counsel to the Official Committee of Asbestos Property Damage Claimants
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593


By:   /s/ Jay M. Sakalo
       Scott L. Baena (Admitted Pro Hac Vice)
       Jay M. Sakalo (Admitted Pro Hac Vice)