**EXHIBIT B**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

1.  **Case Administration – 15537 – 203 hours ($775.00)**

    This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and conference calls/meetings with the major creditor constituencies and the Debtors.

    Bilzin Sumberg's focus on the administration of these consolidated cases during the Interim Compensation Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in these consolidated cases.

    During the Interim Compensation Period, Bilzin Sumberg spent time tracking and researching developments that implicate property damage claims specifically and asbestos issues generally.

2.  **Debtors' Business Operations – 15538 –4.2 hours ($2,310.00)**

    During the Application Period, the Bilzin Sumberg reviewed the motion to make contribution to the qualified settlement fund.

3.  **Applicant's Fee Applications – 15543 – 19.8 hours ($7,515.50)**

    This matter covers time expended preparing monthly and quarterly fee applications for Bilzin Sumberg. During the Interim Compensation Period, Bilzin Sumberg expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application.

Additionally, Bilzin Sumberg attended to research and various calls and conferences in preparation for filing final fee applications.

4. **Hearings – 15544 – .7 hours ($240.00)**

This matter covers preparation for and attendance at hearings. During the Interim Compensation Period, Bilzin Sumberg reviewed the hearing agenda and matters set for hearing, advised PD Committee members regarding same and arranged for participation in the hearing.

5. **Plan & Disclosure Statement - 15554 - 17.4 hours ($10,638.00)**

During the Interim Compensation Period, Bilzin Sumberg attended to the anticipated effective date of plan and various open issues, including proposed Sealed Air settlement, authorization to execute same and closing documents,

6. **Creditors Committee - 15539 - .3 ($225.00)**

During the Interim Compensation Period, Bilzin Sumberg attended to several calls from Committee members and reviewed court papers requested by Committee members.

7. **Fee Application of Others – 15545 – 2.8 hours ($732.50)**

During the Application Period, the Bilzin Sumberg began preparations for final fee applications.