**<u>EXHIBIT C</u>**



February 28, 2014

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   248928

Client No. 74817

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH January 31, 2014

### CLIENT SUMMARY

**BALANCE AS OF- 01/31/14**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| **.15537 -** 01- Case Administration | $775.00 | $390.84 | $1,165.84 |
| **.15538 -** 02 - Debtors' Business Operations | $460.00 | $0.00 | $460.00 |
| **.15539 -** 03 - Creditors Committee | $225.00 | $0.00 | $225.00 |
| **.15543 -** 07 - Applicant's Fee Application | $7,515.50 | $0.00 | $7,515.50 |
| **.15544 -** 08 - Hearings | $240.00 | $0.00 | $240.00 |
| **.15554 -** 18 - Plan & Disclosure Statement | $10,638.00 | $0.00 | $10,638.00 |
| **.17781 -** 30 - Fee Application of Others | $732.50 | $0.00 | $732.50 |
| *Client Total* | *$20,586.00* | *$390.84* | *$20,976.84* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 8.00 | $750.00 | $6,000.00 |
| Sakalo, Jay M | 14.20 | $575.00 | $8,165.00 |
| Snyder, Jeffrey I | 1.20 | $495.00 | $594.00 |
| Sakalo, Jay M | 0.80 | $575.00 | $460.00 |
| Snyder, Jeffrey I | 1.60 | $495.00 | $792.00 |
| Donaire, Gloria | 1.90 | $250.00 | $475.00 |
| Flores, Luisa M | 16.40 | $250.00 | $4,100.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*        **$20,586.00**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Long Distance Telephone | $56.24 |
| Pacer - Online Services | $316.60 |
| Copies | $18.00 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$390.84* |

| TOTAL BALANCE DUE THIS PERIOD | $20,976.84 |
|---|---|

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 01/06/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/07/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/08/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/09/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/10/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/13/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/14/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/15/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/16/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/17/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/21/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/22/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/23/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/24/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/27/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/28/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/29/14 | SLB | 0.40 | 300.00 | Telephone conference from Jamie Hopkins regarding status and background of PD claims. |
| 01/29/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/30/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |
| 01/31/14 | GD | 0.10 | 25.00 | Review docket activity in bankruptcy court and district court and email to J. Sakalo thereon. |

**PROFESSIONAL SERVICES**                                                                                           **$775.00**

MIAMI 4061410.1 74817/15537

 **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

## COSTS ADVANCED

| | | |
|---|---|---|
| 09/30/13 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q32013; DATE: 10/4/2013 - Account#BILSUM | 144.30 |
| 12/31/13 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: BILSUM-Q42013; DATE: 1/8/2014 - Account#BILSUM | 172.30 |
| 01/15/14 | Long Distance Telephone (212)735-2569; 1 Mins. | 0.76 |
| 01/15/14 | Long Distance Telephone (312)984-7759; 1 Mins. | 0.76 |
| 01/16/14 | Long Distance Telephone (302)778-6407; 2 Mins. | 1.52 |
| 01/17/14 | Long Distance Telephone (312)984-7759; 1 Mins. | 0.76 |
| 01/21/14 | Long Distance Telephone (312)862-3120; 13 Mins. | 9.88 |
| 01/22/14 | Long Distance Telephone (512)476-4394; 43 Mins. | 32.68 |
| 01/24/14 | Long Distance Telephone (972)369-0646; 2 Mins. | 1.52 |
| 01/28/14 | Long Distance Telephone (312)862-2259; 5 Mins. | 3.80 |
| 01/28/14 | Long Distance Telephone (210)554-5275; 5 Mins. | 3.80 |
| 01/29/14 | Long Distance Telephone (509)455-3978; 1 Mins. | 0.76 |
| 01/09/14 | Copies 120 pgs @ 0.10/pg | 12.00 |
| 01/21/14 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/24/14 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 01/24/14 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 01/24/14 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 01/24/14 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 01/24/14 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 01/27/14 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 01/27/14 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 01/27/14 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**                                                                                 **$390.84**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.40 | $750.00 | $300.00 |
| Donaire, Gloria | 1.90 | $250.00 | $475.00 |
| *TOTAL* | *2.30* | | *$775.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Long Distance Telephone | $56.24 |
| Pacer - Online Services | $316.60 |
| Copies | $18.00 |

MIAMI 4061410.1 74817/15537

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |
|---|---|
| *TOTAL* | *$390.84* |

| | |
|---|---|
| **CURRENT BALANCE DUE THIS MATTER** | **$1,165.84** |

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| 12/02/13 | JMS | 0.80 | 460.00 | Review motion to make contribution to qualified settlement fund. |
|----------|-----|------|--------|------------------------------------------------------------------|

**PROFESSIONAL SERVICES**                                                                        **$460.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Sakalo, Jay M | 0.80 | $575.00 | $460.00 |
| *TOTAL* | *0.80* | | *$460.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                              **$460.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE:  03 - Creditors Committee**

| 01/28/14 | SLB | 0.30 | 225.00 | Review Court papers requested by Committee members. |

**PROFESSIONAL SERVICES** $225.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $750.00 | $225.00 |
| *TOTAL* | *0.30* | | *$225.00* |

**CURRENT BALANCE DUE THIS MATTER** $225.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

RE:  07 - Applicant's Fee Application

| 01/06/14 | LMF | 0.40 | 100.00 | Review and analysis matter of outstanding fees. |
|---|---|---|---|---|
| 01/09/14 | JIS | 0.60 | 297.00 | Review and revise November/December prebills. |
| 01/16/14 | LMF | 1.20 | 300.00 | Begin research regarding filing of final fee applications in Delaware and contact local counsel for assistance with same. |
| 01/21/14 | LMF | 1.40 | 350.00 | Prepare notices and summaries for November and December 2013 fees and costs, and continue research and compiling documents in preparation for final fee application. |
| 01/22/14 | SLB | 1.70 | 1,275.00 | Interoffice conference with Jay Sakalo and Jeffrey Snyder regarding final fee application and related issues (.7); telephone conference with M. Dies regarding same (1.0). |
| 01/22/14 | JIS | 1.20 | 594.00 | Telephone conference with M. Dies (1.0); internal conference with S. Baena and J. Sakalo regarding same (.7). |
| 01/23/14 | SLB | 0.20 | 150.00 | Telephone call from M. Dies regarding final fee application. |
| 01/23/14 | JMS | 0.40 | 230.00 | Telephone conference with K. Adelsberg at CDG regarding final fee apps. |
| 01/24/14 | SLB | 0.60 | 450.00 | Telephone call from Ed Westbrook regarding final fee applications (.3); telephone call to D. Speights regarding same (.3). |
| 01/24/14 | LMF | 1.60 | 400.00 | Office conference with attorneys and research in preparation for final fee applications. |
| 01/24/14 | JMS | 0.30 | 172.50 | Emails with R. Mangus regarding final fee application. |
| 01/24/14 | JIS | 0.60 | 297.00 | Confer with L. Flores regarding final fee application preparation; consider need for separate fee application for fraudulent transfer litigation and whether such application is to be filed in district court pursuant to 2002 order withdrawing reference; discuss with S. Baena. |
| 01/27/14 | LMF | 1.20 | 300.00 | Continue organizing and compiling documents in preparation for final fee application for Bilzin and telephone conference with Fee Auditor and accounting department. |
| 01/28/14 | SLB | 0.50 | 375.00 | Telephone conference with M. Schwartz regarding final fee application. |
| 01/28/14 | LMF | 3.70 | 925.00 | Continue preparing for final fee application for Bilzin. |
| 01/30/14 | SLB | 0.50 | 375.00 | Telephone conference with D. Scott, Jay Sakalo and follow discussion with Jay Sakalo regarding final fee applications. |
| 01/30/14 | LMF | 3.70 | 925.00 | Office conferences regarding Bilzin Sumberg outstanding fees and research with respect to same in bankruptcy case and adversary proceeding. |

PROFESSIONAL SERVICES                                                                                    $7,515.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 3.50 | $750.00 | $2,625.00 |
| Sakalo, Jay M | 0.70 | $575.00 | $402.50 |
| Snyder, Jeffrey I | 1.20 | $495.00 | $594.00 |
| Snyder, Jeffrey I | 1.20 | $495.00 | $594.00 |
| Flores, Luisa M | 13.20 | $250.00 | $3,300.00 |
| *TOTAL* | *19.80* | | *$7,515.50* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**CURRENT BALANCE DUE THIS MATTER**                                           **$7,515.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| 01/27/14 | LMF | 0.50 | 125.00 | Submit confirmation for telephone hearing to E. Westbrook (.2); obtain hearing agenda for attorney's review and arrange for attendance at hearing by phone (.3);. |
| 01/29/14 | JMS | 0.20 | 115.00 | Attend hearing. |

PROFESSIONAL SERVICES                                        $240.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $575.00 | $115.00 |
| Flores, Luisa M | 0.50 | $250.00 | $125.00 |
| *TOTAL* | *0.70* | | *$240.00* |

CURRENT BALANCE DUE THIS MATTER                             $240.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

RE: **18 - Plan & Disclosure Statement**

| | | | | |
|---|---|---|---|---|
| 01/02/14 | JMS | 0.40 | 230.00 | Telephone conference with M. Dies regarding anticipated effective date and open issues. |
| 01/07/14 | JMS | 0.20 | 115.00 | Emails with R. Hehner regarding un-redacted financing motion. |
| 01/09/14 | JMS | 1.10 | 632.50 | Review motion to approve exit financing for confirmed plan (.9); review email from UST's office regarding same. |
| 01/13/14 | JMS | 1.80 | 1,035.00 | Memo to committee regarding effective date payments. |
| 01/14/14 | SLB | 0.60 | 450.00 | Email from and to D. Hilton, Jay Sakalo and T. Tacconelli regarding final fee applications for committee advisors. |
| 01/14/14 | JMS | 0.70 | 402.50 | Telephone conference with M. Dies and D. Carona regarding effective date questions. |
| 01/15/14 | JMS | 1.10 | 632.50 | Telephone conference with D. Turetsky regarding effective date issues and analysis of same (.9); telephone conference to D. Rosenbloom regarding same (.1); telephone conference to A. Paul regarding same (.1). |
| 01/20/14 | JMS | 0.30 | 172.50 | Email to Committee regarding update on effective date issues. |
| 01/21/14 | SLB | 0.30 | 225.00 | Interoffice conference with Jay Sakalo regarding effective date, etc. |
| 01/21/14 | JMS | 1.10 | 632.50 | Telephone conference with A. Paul regarding effective date timing and issues (.8); email to committee regarding update on same (.3). |
| 01/22/14 | JMS | 0.40 | 230.00 | Telephone conference with M. Dies regarding effective date timing and related matters. |
| 01/22/14 | JIS | 0.40 | 198.00 | Conference with S. Baena and J. Sakalo regarding effective date, final fee application, and related issues. |
| 01/24/14 | SLB | 0.70 | 525.00 | Email from and to Les LeClair regarding dismissal of Abner action (.3); attention to proposed sealed air settlement stipulation and interoffice conference with Jay Sakalo regarding same (.4). |
| 01/24/14 | JMS | 2.20 | 1,265.00 | Review proposed stipulation of dismissal of Sealed Air and Fresenius actions and email to Committee re: authorization to execute same; follow up telephone conference with D. Speights regarding same (.9); telephone conference with E. Westbrook regarding Effective Date timing (.4); emails with A. Paul regarding stipulation and follow up telephone conference with A. Paul regarding same (.9). |
| 01/25/14 | JMS | 0.90 | 517.50 | Begin review of revised effective date documents and email to Committee regarding same. |
| 01/27/14 | SLB | 0.40 | 300.00 | Review effective documents provided by debtors. |
| 01/27/14 | JMS | 0.30 | 172.50 | Emails with J. Gettlemen regarding closing schedule and logistics for effective date. |
| 01/28/14 | JMS | 1.10 | 632.50 | Telephone conference with M. Jones regarding questions about changes to PD Trust Agreement (.3); telephone conference with D. Williamson regarding same (.4); follow up telephone conference with M. Dies regarding same (.4). |
| 01/30/14 | SLB | 1.10 | 825.00 | Interoffice conference with Jay Sakalo regarding effective date and attention to closing documents (.7); emails from D. Speights and interoffice conference with Jay Sakalo regarding execution of closing documents (.4). |
| 01/30/14 | JMS | 1.30 | 747.50 | Conference with S. Baena regarding effective date timing and documents (.3); email to committee regarding update on timing (.3); follow up telephone conference with M. Dies thereon (.4); email exchange with D. Speights regarding same (.3). |
| 01/31/14 | SLB | 0.70 | 525.00 | Emails from and to M.Dies and D. Speights; telephone call from M. Dies regarding closing. |
| 01/31/14 | JMS | 0.30 | 172.50 | Emails with M. Jones regarding plan effective date documents. |

MIAMI 4061410.1 74817/15537



**PROFESSIONAL SERVICES**                                                                 **$10,638.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 3.80 | $750.00 | $2,850.00 |
| Sakalo, Jay M | 13.20 | $575.00 | $7,590.00 |
| Snyder, Jeffrey I | 0.40 | $495.00 | $198.00 |
| *TOTAL* | *17.40* | | *$10,638.00* |

**CURRENT BALANCE DUE THIS MATTER**                                               **$10,638.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| 01/16/14 | JMS | 0.10 | 57.50 | Telephone conference with J. O'Neill regarding final fee apps. |
| 01/31/14 | LMF | 2.70 | 675.00 | Research regarding fees filed for various professionals in of fraudulent transfer matter. |

**PROFESSIONAL SERVICES** $732.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.10 | $575.00 | $57.50 |
| Flores, Luisa M | 2.70 | $250.00 | $675.00 |
| *TOTAL* | *2.80* | | *$732.50* |

**CURRENT BALANCE DUE THIS MATTER** $732.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP