UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING FIFTY-SECOND INTERIM AND
FINAL FEE APPLICATION REQUEST OF BILZIN SUMBERG BAENA PRICE &
AXELROD LLP FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS
FOR THE PERIOD OF APRIL 9, 2001 THROUGH FEBRUARY 3, 2014**

Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg"), counsel to the Official Committee of Asbestos Property Damage Claimants (the "PD Committee") filed a final application (the "Final Application") (i) for approval of fees in the amount of $11,837,680.74 and reimbursement of expenses in the amount of $5,248,546.60 incurred by Bilzin Sumberg during the period of April 9, 2001 through February 3, 2014; (ii) payment of $20,976.84 as compensation for legal services rendered and costs incurred during the period of January 1, 2014 through February 3, 2014 (the "Interim Compensation Period"); and (iii) payment of $5,558.55, which represents the holdback pending on prior interim fee applications. The court has reviewed the Final Application and finds that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

ORDERED that the Final Application is GRANTED on a final basis.[1]  Debtors shall pay Bilzin Sumberg $20,976.84 as compensation for legal services rendered and costs incurred during the Interim Compensation Period and $5,558.55, which represents the holdback pending on prior interim fee application.

ORDERED that to the extent that the Applicant has incurred fees and expenses in addition to the foregoing, the Applicant may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and Amended Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application.

Dated:_____        _____
                                     Honorable Kevin J. Carey
                                     United States Bankruptcy Judge

---

[1] Bilzin Sumberg's request for a fee enhancement will be addressed by separate findings of fact and conclusions of law entered by the Court.