IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING FINAL APPLICATION OF ANDERSON KILL P.C.
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM
MARCH 17, 2005 THROUGH FEBRUARY 3, 2014**

Anderson Kill P.C. ("Anderson Kill"), as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants, filed a final application for allowance of compensation and reimbursement of expenses for March 17, 2005 through February 3, 2014 (the "Final Application"). The Court has reviewed the Final Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

ORDERED that the Final Application is GRANTED on a final basis. Debtors shall pay to Anderson Kill the sum of $12,371,586.00 as compensation and $116,017.39 as reimbursement of expenses, for a total of $12,487,306.39 for services rendered and disbursements incurred by Anderson Kill for the period March 17, 2005 through February 3, 2014, less any amounts previously paid in connection with the interim fee applications.

ORDERED that to the extent Anderson Kill has incurred fees and expenses in addition to the foregoing, Anderson Kill may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and Amended

{C0361434.1 }

Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as my be reflected in any such supplemental fee application.

Dated: _____

_____
Honorable Kevin J. Carey
United States Bankruptcy Judge

{C0361434.1 }