IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING FINAL APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR APRIL 12, 2001 THROUGH FEBRUARY 3, 2014**

Legal Analysis Systems, Inc. ("Legal Analysis"), as financial advisor to the Official Committee of Asbestos Personal Injury Claimants, filed a final application for allowance of compensation and reimbursement of expenses for July 30, 2007 through February 3, 2014 (the "Final Application"). The Court has reviewed the Final Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

ORDERED that the Final Application is GRANTED on a final basis. Debtors shall pay to Legal Analysis the sum of $6,531,074.75 as compensation and $63,808.08 as reimbursement of expenses, for a total of $6,594,882.83 for services rendered and disbursements incurred by Legal Analysis for the period April 12, 2001 through February 3, 2014, less any amounts previously paid in connection with the interim fee applications.

ORDERED that to the extent Legal Analysis has incurred fees and expenses in addition to the foregoing, Legal Analysis may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and

{C0361357.1 }

Amended Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as my be reflected in any such supplemental fee application.

Dated: _____

                                              Honorable Kevin J. Carey
                                              United States Bankruptcy Judge