**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: July 11, 2014 at 4:00 p.m.** |
| | ) | **Hearing Date:  October 14, 2014 at 10:00 a.m.** |
| | ) | |

**FINAL FEE APPLICATION FOR APPROVAL OF REIMBURSEMENT OF EXPENSES OF THE MEMBERS OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF APRIL 13, 2001 THROUGH FEBRUARY 3, 2014**

| | |
|---|---|
| Name of Applicant: | The Official Committee of Asbestos Personal Injury Claimants |
| Committee Formation Date: | April 12, 2001 |
| Period for which reimbursement is sought: | April 13, 2001 through February 3, 2014 |
| Total Amount of Expense Reimbursement sought as actual, reasonable and necessary for applicable period: | $35,944.02 |

This is an: _____monthly ____ ____ interim ____**X**_____ final application.

This is the Fifteenth consolidated application for reimbursement of expenses of the Members of the Official Committee of Asbestos Claimants.

**CUMULATIVE EXPENSE SUMMARY**

| Date Filed | Period Covered | Requested | Approved |
|---|---|---|---|
| 7/2/02 | April 13, 2001 through February 28, 2002 | $8,040.83 | $7,725.73 |
| 11/14/02 | April 1, 2002 through June 30, 2002 | $4,179.59 | $3,831.26 |
| 3/18/03 | April 1, 2002 through December 31, 2002 | $1,298.08 | $1,298.08 |
| 2/14/05 | October 1, 2004 through December 31, 2004 | $235.66 | $235.66 |
| 11/15/05 | July 1, 2005 through September 30, 2005 | $610.25 | $610.25 |
| 8/15/06 | April 1, 2006 through June | $801.19 | $801.19 |

{C0360398.1 }

|  |  |  |  |
|---|---|---|---|
|  | 30, 2006 |  |  |
| 2/15/07 | October 1, 2006 through December 31, 2006 | $2,195.81 | $1,630.47 |
| 8/15/07 | April 1, 2007 through June 30, 2007 | $1,770.24 | $1,770.24 |
| 11/15/07 | July 1, 2007 through September 30, 2007 | $420.10 | $420.10 |
| 2/15/08 | October 1, 2007 through December 31, 2007 | $1,560.45 | $1,560.45 |
| 5/16/08 | January 1, 2008 through March 31, 2008 | $4,638.12 | $4,638.12 |
| 8/14/08 | April 1, 2008 through June 30, 2008 | $1,577.46 | $1,577.46 |
| 11/21/08 | July 1, 2008 through September 30, 2008 | $21,670.01 | $9,635.01 |
| 2/13/09 | October 1, 2008 through December 31, 2008 | $120.00 | $120.00 |
| 8/17/09 | January 1, 2009 through June 30, 2009 | $90.00 | $90.00 |
| **Total** |  | **$49,207.79** | **$35,944.02** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |
| | ) **Objection Date: July 11, 2014 at 4:00 p.m.** |
| | ) **Hearing Date: October 14, 2014 at 10:00 a.m.** |

## FINAL APPLICATION FOR APPROVAL OF REIMBURSEMENT OF EXPENSES OF THE MEMBERS OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF APRIL 12, 2001 THROUGH FEBRUARY 3, 2014

Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Members (the "Administrative Order"), the Official Committee of Asbestos Claimants ("ACC") hereby submits this Final Expense Application ("Final Application") for reimbursement of actual and necessary expenses of committee members and their counsel in the total amount of $35,944.02 for the period commencing April 12, 2001 through February 3, 2014 (the "Period"). In support of this Final Application, the ACC represents as follows:

### JURISDICTION

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1334.

{C0360398.1 }

## BACKGROUND

2.  On April 2, 2001 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 under Title 11 of the United States Code (the "Bankruptcy Code").

3.  From the Petition Date through the date of this Application, the Debtors have continued to operate their businesses and manage their properties as debtors-in-possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.  On April 12, 2001, the Office of the United States Trustee appointed the Asbestos Personal Injury Claimants Committee pursuant to section 1102 of the Bankruptcy Code consisting of the following members: (i) John Smutko, c/o Cooney & Conway (ii) Harvey Blair, c/o Goldberg, Persky, & White (iii) Steven Jones, c/o Baron & Budd, P.C. (iv) John Russell, c/o Jacobs & Crumplar, PA (v) Roberta Jeffrey, c/o Kazan, McClain, Edises, Simon & Abrams (vi) Thomas J. Jones, c/o Michael Kelley, Esquire (vii) Royce N. Ryan, c/o McGarvey, Heberling Sullivan & McGarvey, PC (viii) Jeanette Parent, c/o Ness & Motley, P.A. (ix) Nathan Phillips, Jr.., c/o Robins, Cloud, Greenwood, & Lubel (x) Beverly Mauldin, c/o Silber Pearlman, LLP (xi) Anthony Angiuli, c/o Weitz & Luxenberg.

5.  The ACC represents the interests of the asbestos claimants in these cases.

## RELIEF REQUESTED

6.  This is the Final Application request the ACC has submitted for allowance and payment of expenses. The ACC requests reimbursement of expenses incurred by the ACC in the total amount of $35,944.02 during the Period. Applications for interim approval of this total amount have been previously filed with this Court.

{C0360398.1 }

7. The ACC has only applied for reimbursement of actual and necessary out-of-pocket disbursements in connection with meetings the ACC held, meetings related to ACC matters, and hearings held during the Period.

8. The costs and expenses incurred by the ACC members' counsel in connection with these meetings were actual and necessary to the preservation of the Debtors' Chapter 11 estates in accordance with to §330(a)(2) and are allowable administrative expenses pursuant to §503 of the Bankruptcy Code.

9. The ACC seeks allowance of reimbursement of expenses in the total amount of $35,944.02 for actual and necessary expenses incurred by the above- identified member and their representatives in connection with the ACC's business during the Period.

**WHEREFORE**, the ACC respectfully requests that the Debtors be authorized and directed to make any unpaid payments to the ACC in the aggregate sum of $35,944.02 for reimbursement of actual and necessary expenses incurred during the Period and for this Court to grant such other and further relief as it may deem just and proper.

        CAMPBELL & LEVINE, LLC

        */s/ Mark T. Hurford*
        Mark T. Hurford (I.D. #4229)
        222 Delaware Avenue, Suite 1620
        Wilmington, DE  19801
        (302) 426-1900

        Counsel for the Official Committee of Asbestos Claimants

Dated:  May 12, 2014

{C0360398.1 }