**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING FINAL APPLICATION OF THE MEMBERS OF THE OFFICIAL**
**COMMITTEE OF ASBESTOS CLAIMANTS FOR THE PERIOD OF APRIL 13, 2001**
**THROUGH FEBRUARY 3, 2014**

The Official Committee of Asbestos Personal Injury Claimants ("ACC"), filed a final

application for reimbursement of expenses for April 13, 2001 through February 3, 2014 (the

"Final Application").  The Court has reviewed the Final Application and finds that: (a) the Court

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final

Application, and any hearing on the Final Application, was adequate under the circumstances;

and (c) all persons with standing have been afforded the opportunity to be heard on the Final

Application.  Accordingly, it is hereby

ORDERED that the Final Application is GRANTED on a final basis.  Debtors shall

reimburse the ACC for $35,944.02 of expenses, less any amounts previously paid in connection

with the interim fee applications.


**(Remainder of Page Intentionally Left Blank)**

ORDERED that to the extent ACC has additional expenses in addition to the foregoing, the ACC may file one or more supplemental fee applications by following the interim compensation procedures set forth in the Administrative Order and Amended Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application.

Dated: _____

                                                  _____
Honorable Kevin J. Carey
United States Bankruptcy Judge