**APPENDIX B**

| Date | TKPR Name | Client | Matter | Cost Code | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 10/3/2013 | Felder, Debra | 17367 | 8 | WESTN | $87.64 | |
| 10/21/2013 | Wyron, Richard | 17367 | 8 | DUPLI | $115.20 | 1152 Copies |
| 8/26/2013 | Wyron, Richard | 17367 | 8 | TRV | $10.00 | VENDOR: American Express INVOICE#: 130925 DATE: 9/25/2013 By Total - DC 017367 000008 9442 BANK FIRM 9442 B |
| 10/8/2013 | Wyron, Richard | 17367 | 8 | AIR | $174.96 | VENDOR: Wyron, Richard H.; INVOICE#: 100813; DATE: 10/8/2013  - dc/dd/s#173157/bm - Travel to NY for Trust Meetings 10/2/13 |
| 10/8/2013 | Wyron, Richard | 17367 | 8 | TRV | $5.32 | VENDOR: Wyron, Richard H.; INVOICE#: 100813; DATE: 10/8/2013  - dc/dd/s#173157/bm - Travel to NY for Trust Meetings 10/2/13 |
| 10/8/2013 | Wyron, Richard | 17367 | 8 | PARK | $7.20 | VENDOR: Wyron, Richard H.; INVOICE#: 100813; DATE: 10/8/2013  - dc/dd/s#173157/bm - Travel to NY for Trust Meetings 10/2/13 |
| 10/25/2013 | Reyes, Patricia | 17367 | 11 | POST | $276.64 | POSTAGE |
| 10/25/2013 | Reyes, Patricia | 17367 | 11 | POST | $8.20 | POSTAGE |
| 10/25/2013 | Wyron, Richard | 17367 | 8 | DUPLI | $0.30 | 3 Copies |
| 10/25/2013 | Frankel, Roger | 17367 | 11 | DUPLI | $17.60 | 176 Copies |
| | | | | | | |
| Total | | | | | $703.06 | |

**APPENDIX B**

| Date | TKPR Name | Client | Matter | Cost Code | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 10/4/2013 | Washington, DC, Office | 17367 | 8 | OSSVCS | $277.10 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32013; DATE: 10/4/2013 - DC-DC\id#174434\mkm-Public Access to Court Electronic Records 7/01-9/30/2013 acct. # OH0272 |
| 10/4/2013 | Fullem, Debra O'Denise | 17367 | 11 | OSSVCS | $69.30 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32013; DATE: 10/4/2013 - DC-DC\id#174434\mkm-Public Access to Court Electronic Records 7/01-9/30/2013 acct. # OH0272 |
| 10/4/2013 | Fullem, Debra O'Denise | 17367 | 11 | OSSVCS | $43.00 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32013; DATE: 10/4/2013 - DC-DC\id#174434\mkm-Public Access to Court Electronic Records 7/01-9/30/2013 acct. # OH0272 |
| 10/4/2013 | Felder, Debra | 17367 | 13 | OSSVCS | $83.90 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32013; DATE: 10/4/2013 - DC-DC\id#174434\mkm-Public Access to Court Electronic Records 7/01-9/30/2013 acct. # OH0272 |
| 10/4/2013 | Washington, DC, Office | 17367 | 8 | OSSVCS | $0.30 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32013; DATE: 10/4/2013 - DC-DC\id#174434\mkm-Public Access to Court Electronic Records 7/01-9/30/2013 acct. # OH0272 |
| 10/4/2013 | Washington, DC, Office | 17367 | 11 | OSSVCS | $62.40 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q32013; DATE: 10/4/2013 - DC-DC\id#174434\mkm-Public Access to Court Electronic Records 7/01-9/30/2013 acct. # OH0272 |
| 10/21/2013 | Wyron, Richard | 17367 | 8 | TEL | $0.00 | VENDOR: Arkadin / Conference Plus, Inc. INVOICE#: 191663102013 DATE: 10/31/2013 |

| Date | Name | | | | Amount | Description |
|---|---|---|---|---|---|---|
| 10/21/2013 | Wyron, Richard | 17367 | 8 | OSREP | $6.60 | VENDOR: Williams Lea Inc.; INVOICE#: I-13110271; DATE: 11/1/2013  -  DC-DC\id#174314\mkm-Oct. 2013 outside reproduction, LMF |
| 10/25/2013 | Fullem, Debra O'Denise | 17367 | 11 | EXPDEL | $9.07 | VENDOR: United Parcel Service INVOICE#: 0000003195XX443 DATE: 11/2/2013 |
| 10/25/2013 | Fullem, Debra O'Denise | 17367 | 11 | EXPDEL | $9.07 | VENDOR: United Parcel Service INVOICE#: 0000003195XX443 DATE: 11/2/2013 |
| 10/25/2013 | Fullem, Debra O'Denise | 17367 | 11 | EXPDEL | $9.07 | VENDOR: United Parcel Service INVOICE#: 0000003195XX443 DATE: 11/2/2013 |
| 10/25/2013 | Fullem, Debra O'Denise | 17367 | 11 | EXPDEL | $9.07 | VENDOR: United Parcel Service INVOICE#: 0000003195XX443 DATE: 11/2/2013 |
| 11/11/2013 | Frankel, Roger | 17367 | 11 | DUPLI | $6.60 | 66 Copies |
| 11/15/2013 | Reyes, Patricia | 17367 | 10 | POST | $27.60 | POSTAGE |
| 11/15/2013 | Reyes, Patricia | 17367 | 10 | POST | $591.60 | POSTAGE |
| 11/15/2013 | Frankel, Roger | 17367 | 10 | DUPLI | $324.00 | 3240 Copies |
| 11/15/2013 | Frankel, Roger | 17367 | 10 | DUPLI | $1,285.60 | 12856 Copies |
| 11/15/2013 | Frankel, Roger | 17367 | 10 | DUPLI | $961.20 | 9612 Copies |
| 11/18/2013 | Felder, Debra | 17367 | 8 | DUPLI | $1.80 | 18 Copies |
| 11/18/2013 | Felder, Debra | 17367 | 8 | DUPLI | $0.80 | 8 Copies |
| 11/18/2013 | Fullem, Debra O'Denise | 17367 | 8 | DUPLI | $339.60 | 3396 Copies |
| 11/19/2013 | Fullem, Debra O'Denise | 17367 | 8 | DUPLI | $49.50 | 495 Copies |
| 11/19/2013 | Fullem, Debra O'Denise | 17367 | 8 | DUPLI | $261.90 | 2619 Copies |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.30 | 63 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.60 | 66 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.80 | 58 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.00 | 60 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.50 | 35 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.70 | 37 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.60 | 56 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.10 | 61 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.30 | 53 Pages Printed |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.60 | 56 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.00 | 20 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.20 | 22 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.00 | 20 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.20 | 22 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.60 | 36 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.60 | 36 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.30 | 33 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.50 | 35 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.50 | 55 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.30 | 63 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.00 | 60 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.70 | 67 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.30 | 53 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.90 | 59 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.30 | 53 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.90 | 59 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.60 | 6 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.70 | 7 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.90 | 9 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.00 | 10 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.20 | 12 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.10 | 1 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.10 | 1 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.10 | 1 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |

**APPENDIX B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.60 | 16 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.70 | 17 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.80 | 8 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.90 | 9 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.50 | 5 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.60 | 6 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.70 | 7 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.70 | 7 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.90 | 9 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.40 | 14 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.40 | 14 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.60 | 16 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.90 | 69 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.60 | 16 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.60 | 6 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.20 | 22 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.00 | 20 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.90 | 39 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.60 | 26 Pages Printed |

**APPENDIX B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.60 | 26 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.70 | 7 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $10.90 | 109 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.90 | 9 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.60 | 16 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.60 | 26 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.00 | 20 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.00 | 10 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.30 | 63 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.60 | 66 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.80 | 58 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.00 | 60 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.50 | 35 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.70 | 37 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.60 | 56 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.10 | 61 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.30 | 53 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.60 | 56 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.00 | 20 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.20 | 22 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.00 | 20 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.20 | 22 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.60 | 36 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.60 | 36 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.30 | 33 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.50 | 35 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.50 | 55 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.30 | 63 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.00 | 60 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.70 | 67 Pages Printed |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.30 | 53 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.90 | 59 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.30 | 53 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.90 | 59 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.60 | 6 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.70 | 7 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.90 | 9 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.00 | 10 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.20 | 12 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.10 | 1 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.10 | 1 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.10 | 1 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.60 | 16 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.70 | 17 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.80 | 8 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.90 | 9 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.50 | 5 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.60 | 6 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.70 | 7 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.70 | 7 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.90 | 9 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.40 | 14 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.40 | 14 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.60 | 16 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.90 | 29 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.30 | 63 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.60 | 66 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.80 | 58 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.00 | 60 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.50 | 35 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.70 | 37 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.60 | 56 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.10 | 61 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.30 | 53 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.60 | 56 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.00 | 20 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.20 | 22 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.00 | 20 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.20 | 22 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.60 | 36 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.60 | 36 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.30 | 33 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.50 | 35 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.50 | 55 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.30 | 63 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.00 | 60 Pages Printed |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.30 | 53 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.70 | 67 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.90 | 59 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.30 | 53 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.90 | 59 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.60 | 6 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.70 | 7 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.90 | 9 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.00 | 10 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.20 | 12 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.10 | 1 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.10 | 1 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.10 | 1 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.10 | 1 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.70 | 17 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.60 | 16 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.80 | 8 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.90 | 9 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.50 | 5 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.60 | 6 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.70 | 7 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.70 | 7 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.90 | 9 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |

**APPENDIX B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.40 | 14 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.40 | 14 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.60 | 16 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.90 | 29 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.90 | 69 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.60 | 16 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.60 | 6 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.20 | 22 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.00 | 20 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.90 | 39 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.60 | 26 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.60 | 26 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.70 | 7 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $10.90 | 109 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.90 | 9 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.60 | 16 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.60 | 26 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.00 | 20 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 11/22/2013 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.00 | 10 Pages Printed |
| 11/25/2013 | Frankel, Roger | 17367 | 10 | DUPLI | $6.60 | 66 Copies |

**APPENDIX B**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/26/2013 | Frankel, Roger | 17367 | 10 | POST | $179.40 | POSTAGE |
| 11/26/2013 | Frankel, Roger | 17367 | 10 | DUPLI | $52.60 | 526 Copies |
| 11/30/2013 | Fullem, Debra O'Denise | 17367 | 8 | OT | $0.00 | |
| | | | | | | |
| Total | | | | | $5,204.28 | |

**APPENDIX B**

| Date | TKPR Name | Client | Matter | Cost Code | Billed Amt | Narrative |
|---|---|---|---|---|---|---|
| 11/15/2013 | Fullem, Debra O'Denise | 17367 | 11 | EXPDEL | $9.03 | VENDOR: United Parcel Service INVOICE#: 0000003195XX473 DATE: 11/23/2013 |
| 11/15/2013 | Fullem, Debra O'Denise | 17367 | 11 | EXPDEL | $9.03 | VENDOR: United Parcel Service INVOICE#: 0000003195XX473 DATE: 11/23/2013 |
| 11/15/2013 | Fullem, Debra O'Denise | 17367 | 11 | EXPDEL | $9.03 | VENDOR: United Parcel Service INVOICE#: 0000003195XX473 DATE: 11/23/2013 |
| 11/15/2013 | Fullem, Debra O'Denise | 17367 | 11 | EXPDEL | $9.03 | VENDOR: United Parcel Service INVOICE#: 0000003195XX473 DATE: 11/23/2013 |
| 11/18/2013 | Felder, Debra | 17367 | 8 | EXPDEL | $12.35 | VENDOR: United Parcel Service INVOICE#: 0000003195XX473 DATE: 11/23/2013 |
| 11/18/2013 | Felder, Debra | 17367 | 8 | EXPDEL | $17.30 | VENDOR: United Parcel Service INVOICE#: 0000003195XX473 DATE: 11/23/2013 |
| 11/18/2013 | Felder, Debra | 17367 | 8 | EXPDEL | $13.08 | VENDOR: United Parcel Service INVOICE#: 0000003195XX473 DATE: 11/23/2013 |
| 11/18/2013 | Felder, Debra | 17367 | 8 | EXPDEL | $16.93 | VENDOR: United Parcel Service INVOICE#: 0000003195XX473 DATE: 11/23/2013 |
| 11/18/2013 | Felder, Debra | 17367 | 8 | EXPDEL | $22.31 | VENDOR: United Parcel Service INVOICE#: 0000003195XX473 DATE: 11/23/2013 |
| 11/20/2013 | Fullem, Debra O'Denise | 17367 | 8 | OSREP | $13.20 | VENDOR: Williams Lea Inc.; INVOICE#: I-13120207; DATE: 12/1/2013  -  NY-NY\id#175506\mkm-Nov. 2013 LMF, outside reproduction |
| 12/4/2013 | Reyes, Patricia | 17367 | 11 | DUPLI | $2.80 | 28 Copies |
| 12/4/2013 | Reyes, Patricia | 17367 | 13 | DUPLI | $3.80 | 38 Copies |

**APPENDIX B**

| Date | Name | | | | Amount | Description |
|---|---|---|---|---|---|---|
| 12/5/2013 | Reyes, Patricia | 17367 | 11 | POST | $24.40 | POSTAGE |
| 12/5/2013 | Reyes, Patricia | 17367 | 11 | POST | $291.84 | POSTAGE |
| 12/5/2013 | Felder, Debra | 17367 | 8 | DUPLI | $1.80 | 18 Copies |
| 12/5/2013 | Reyes, Patricia | 17367 | 11 | DUPLI | $844.80 | 8448 Copies |
| 12/5/2013 | Frankel, Roger | 17367 | 13 | DUPLI | $23.20 | 232 Copies |
| 12/5/2013 | Reyes, Patricia | 17367 | 13 | DUPLI | $683.80 | 6838 Copies |
| 12/5/2013 | Fullem, Debra O'Denise | 17367 | 11 | EXPDEL | $9.17 | VENDOR: United Parcel Service INVOICE#: 0000003195XX493 DATE: 12/7/2013 |
| 12/5/2013 | Fullem, Debra O'Denise | 17367 | 13 | EXPDEL | $9.17 | VENDOR: United Parcel Service INVOICE#: 0000003195XX493 DATE: 12/7/2013 |
| 12/5/2013 | Fullem, Debra O'Denise | 17367 | 11 | EXPDEL | $9.17 | VENDOR: United Parcel Service INVOICE#: 0000003195XX493 DATE: 12/7/2013 |
| 12/5/2013 | Fullem, Debra O'Denise | 17367 | 13 | EXPDEL | $9.17 | VENDOR: United Parcel Service INVOICE#: 0000003195XX503 DATE: 12/14/2013 |
| 12/18/2013 | Felder, Debra | 17367 | 8 | DUPLI | $8.00 | 80 Copies |
| 12/31/2013 | Felder, Debra | 17367 | 8 | PRINT | $0.20 | 2 Pages Printed |
| Total | | | | | $2,052.61 | |