

Todd C. Schiltz
302-467-4225 Direct
302-467-4201 Fax
todd.schiltz@dbr.com

*Law Offices*

222 Delaware Avenue
Suite 1410
Wilmington, DE
19801-1621

(302) 467-4200
(302) 467-4201 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

May 16, 2014

David D. Bird, Esquire
Clerk of the Court
United States Bankruptcy Court
For the District of Delaware
824 N. Market Street
Wilmington, DE  19801

**In Re:  W.R. Grace & Co., et al.; Case No. 01-01139-JKF**

Dear Mr. Bird:

Would you please remove me from the mailing matrix in the above matter on behalf of American Employers Insurance Company, Employers Commercial Union, n/k/a One Beacon American Company and Unigard Insurance Company.

All other attorneys from our firm listed on the mailing maitrix should remain.

Sincerely yours,

Todd C. Schiltz

TCS/cet
cc:  Counsel of Record (via CM/ECF)

*Established* 1849