IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Docket No. 32028 |

**CERTIFICATION OF NO OBJECTION REGARDING THE INTERIM APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., ET AL., FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014 (DOCKET NO. 32028)**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on April 17, 2014 an interim application ("Application") [Docket No. 32028] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{C0362011.1 }

2.  Objections to the Application were to be filed and served on or before May 7, 2014. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

Dated: May 19, 2014

                CAPLIN & DRYSDALE, CHARTERED
                Elihu Inselbuch
                600 Lexington Avenue
                21st Floor
                New York, NY 10022-6000
                (212) 319-7125

                -and-

                CAPLIN & DRYSDALE, CHARTERED
                Peter Van N. Lockwood
                One Thomas Circle, N.W.
                Washington, D.C. 20005
                (202) 862-5000

                - and -

                CAMPBELL & LEVINE, LLC

                */s/ Mark T. Hurford*
                Mark T. Hurford (I.D. #3299)
                Kathleen Campbell Davis (I.D. #4229)
                222 Delaware Avenue, Ste 1620
                Wilmington, DE 19899
                (302) 426-1900

                *Counsel for the Official Committee*
                *of Asbestos Personal Injury Claimants*