IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01339 |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| _____ | ) | |

**NOTICE OF APPEARANCE**

Please note the appearance of Ari D. Kunofsky as counsel for the United States.

Date:  May 19, 2014

                                                CHARLES M. OBERLY, III
                                                United States Attorney

                                                KATHRYN KENEALLY
                                                Assistant Attorney General
                                                Tax Division

                                                 /s/ Ari D. Kunofsky_____
                                                ARI D. KUNOFSKY
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 227
                                                Washington, D.C.  20044
                                                202-353-9187 (v)
                                                202-514-6866 (f)
                                                Ari.D.Kunofsky@tax.usdoj.gov

2

**CERTIFICATE OF SERVICE**

      I certify that I served this Notice of Appearance by filing it with the Clerk of the Court's CM/ECF system on May 19, 2014.

Date: May 19, 2014

                                                /s/ Ari D. Kunofsky  
                                                ARI D. KUNOFSKY  
                                                Trial Attorney, Tax Division  
                                                U.S. Department of Justice