**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF SERVICE

I, Mark T. Hurford, Esquire, do hereby certify that on the 12th day of May 2014, I caused a copy of the following documents to be served on the attached service list via first class mail:

- **Notice of Final Application For Approval of Reimbursement of Expenses of The Members of The Official Committee of Asbestos Claimants For The Period of April 13, 2001 Through February 3, 2014 [Docket No. 32195]**

- **Notice of Final Application of Legal Analysis Systems, Inc. For Compensation And Reimbursement of Expenses For April 12, 2001 Through February 3, 2014 [Docket No. 32193]**

- **Notice of Anderson Kill P.C.'S Final Fee Application For The Period of March 17, 2005 Through February 3, 2014 For Compensation of Services Rendered And Reimbursement of Expenses As Special Insurance Counsel For The Official Committee of Asbestos Personal Injury Claimants of W. R. Grace & Co., e*t al.* [Docket No. 32192]**

- **Notice of Final Application of Campbell And Levine, LLC For Compensation And Reimbursement of Expenses For June 16, 2001 Through February 3, 2014 [Docket No. 32191]**

- **Notice of Final Application of Charter Oak Financial Consultants, LLC For Compensation And Reimbursement of Expenses For July 30, 2007 Through February 3, 2014 [Docket No. 32177]**

{C0362032.1 }

- **Notice of Final Application of Caplin & Drysdale, Chartered, Counsel To The Official Committee of Asbestos Personal Injury Claimants of W.R. Grace & Co., Et Al., For Compensation And Reimbursement of Expenses; And of Elizabeth Warren, Special Bankruptcy Consultant To Caplin & Drysdale, Chartered [Docket No. 32174]**

                CAMPBELL & LEVINE, LLC

                */s/ Mark T. Hurford*
                Mark T. Hurford (I.D. #3299)
                222 Delaware Avenue, Suite 1620
                Wilmington, DE 19801
                (302) 426-1900

                *Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Dated: May 19, 2014