IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (KJC) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING THE FIFTEENTH[1]
APPLICATION OF DELOITTE TAX LLP FOR THE PERIOD
OF JULY 1, 2013, THROUGH FEBRUARY 2, 2014

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fifteenth Application of Deloitte Tax LLP for the Period of July 1, 2013, through February 2, 2014 (the "Application").

BACKGROUND

1.      Deloitte Tax LLP ("Deloitte Tax") was retained to provide tax services to the Debtors and Debtors-in-Possession. In the Application, Deloitte Tax seeks approval of fees totaling $259,464.50 and expenses totaling $156.20 for its services from July 1, 2013, through February 2, 2014. Pursuant to discussions with Debtor's counsel, we are reviewing in this final report only Deloitte Tax's fees and expenses billed through December 31, 2013, and we will address Deloitte Tax's fees and expenses for January 1, 2014, through February 3, 2014 in conjunction with our review of its final fee application. Thus, for the period of July 1, 2013, through December 31, 2013 (the "Application Period"), Deloitte Tax seeks approval of fees totaling $203,967.00 and expenses totaling $150.03.

---

[1] Although this is the Fifteenth Quarterly Application which Deloitte Tax has filed in the case, the Application encompasses the Fiftieth through Fifty-Second Interim Application Periods.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Deloitte Tax 51Q 7.13-3.14.wpd

2.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served an initial report on Deloitte Tax based upon our review, and we received a response from Deloitte Tax, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3.     We noted that during the Application Period, Deloitte Tax billed a total of $12,829.50 under the project category "Global Rewards Services." Pursuant to our request, Deloitte Tax provided us with the current Statement of Work governing the Global Rewards Services, which we reviewed. We noted that for the month of December 2013, the hourly rates charged for this

engagement appeared to exceed those authorized by the Statement of Work.[2] We asked Deloitte Tax about these hourly rates, and Deloitte Tax responded:

> With apologies, there was an error in determining the applicable rates to be charged.... The error in determining the applicable rates unfortunately carried over into our original monthly fee applications for December 2013 and January 2014....
>
> The net impact of this error resulted in an overcharge of $846 for December 2013:

|  |  | as per original fee application | | as corrected | | overcharge |
|---|---|---|---|---|---|---|
| SHURIN, ALEXANDER | 1.2 | $525 | $630.00 | $350 | $420.00 | $210.00 |
| TIAN, XIAO WU | 3.2 | $430 | $1,376.00 | $275 | $880.00 | $496.00 |
| TROTMAN, SEAN P | 1.4 | $700 | $980.00 | $600 | $840.00 | $140.00 |
| **GLOBAL REWARDS SERVICES** | **5.8** |  | **$2,986.00** |  | **$2,140.00** | **$846.00** |

We appreciate Deloitte Tax's response and recommend a reduction of $846.00 in fees.

4.  We note that Deloitte Tax billed $864.50 in fees under the project category "Puerto Rico Tax Compliance." This is in addition to $3,474.50 in fees billed for the same project in Deloitte Tax's prior fee application, making the total billed to Puerto Rico Tax Compliance

---

[2]In the Work Order Number 2013-1, dated January 15, 2013, between Deloitte Tax and W.R. Grace & Co., the following hourly rates are authorized:

    Tax Director         $500 per hour
    Tax Manager       $350 per hour
    Tax Senior          $275 per hour

However, on the December 2013 monthly application, Deloitte Tax billed these services at the following hourly rates:

    Tax Director         $700 per hour
    Tax Manager       $525 per hour
    Tax Senior          $430 per hour

$4,339.00.[3] In response to our request, Deloitte Tax provided us with a copy of the engagement letter for this project, which we reviewed. We noted that the engagement letter appeared to limit the fees for the project to $3,500.00, unless additional issues needed to be addressed or increased complexity was encountered, in which case Deloitte Tax was to contact the debtors about the billing arrangement.[4] We asked Deloitte Tax to explain why its fees for the project exceeded $3,500.00, and Deloitte Tax responded:

> We determined the $7,735 credit[5] to be applied in the Sept. 2013 monthly application based upon correspondence with the client which identified only the fees in May 2013 ($1,981), June 2013 ($654.50), July 2013 ($516), and August 2013 ($8,048.50) as creating the need for the Sept. 2013 credit. Upon reflection, we agree the fees from Feb. 2013 ($65), Mar. 2013 ($623) and April 2013 ($151) also should have been captured as part of the fees subject to the ... engagement letter. As such, we agree our fee applications for these periods reflect $839 in excess of the agreed-upon fee reflected in (the engagement letter) and, thus, should not be paid.

We appreciate Deloitte Tax's response and note that the $839.00 reduction reduces the total billed for this engagement to $3,500.00. Thus, we recommend a reduction of $839.00 in fees.

<u>Specific Time and Expense Entries</u>

---

[3] This amount also takes into account a credit of $7,735.00 which Deloitte Tax issued on this project in its September 2013 monthly fee application.

[4] According to the engagement letter dated January 25, 2013, between Deloitte Tax and W.R. Grace & Co.:

> The Deloitte Tax fees and expenses for the preparation of the tax return are $3,500.00, plus reasonable out-of-pocket expenses and an allocation of estimated administrative and technology costs incurred.... This estimate assumes that the tax returns will involve approximately the same level of complexity and preparation time as last year's returns. In the course of preparing the returns, Deloitte Tax may identify additional issues, which may require Deloitte Tax to discuss a change in our fee estimate with you. If Deloitte Tax finds that there is an increased level of complexity or if additional services are necessary in order to complete the returns previously outlined, Deloitte Tax will contact you to discuss the billing arrangement related to such out-of-scope services.

[5] *See* n. 3.

**FEE AUDITOR'S FINAL REPORT** - Page 4
wrg FR Deloitte Tax 51Q 7.13-3.14.wpd

5. We noted the following sets of identical or similar time entries:

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 9/11/13 | DLW | 0.40 | 130.00 | working on gathering and validating data for grace bankruptcy fee application submission |
| 9/11/13 | DLW | 0.40 | 130.00 | working on gathering and validating data for grace bankruptcy fee application submission |
| 1/29/14 | FMS | 0.50 | 100.00 | Admin: call regarding DOW assignees with Robert Creighton and Julie Rubidge |
| 1/29/14 | FMS | 0.50 | 100.00 | Conference call regarding DOW assignees with Robert Creighton and Julie Rubidge |

We asked Deloitte Tax to confirm that none of these time entries were duplicates, and Deloitte Tax responded:

> ... Deloitte Tax hereby confirms that such entries are not duplicative. The apparently duplicative time entries listed in this section should have been combined, and the indicated hours and fees should have been totaled under a single daily entry for each of the timekeepers, rather than separately listed.

We accept Deloitte Tax's response and have no objection to these fees.

## CONCLUSION

6. Thus, we recommend approval of $202,282.00 in fees ($203,967.00 minus $1,685.00) and $150.03 in expenses for Deloitte Tax's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas  75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 22nd day of May, 2014.

_____
    Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
Jared Gordon, Director
Deloitte Tax LLP
1700 Market Street
Philadelphia, PA   19103

tscoles@deloitte.com
jgordon@deloitte.com

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Case 01-01139-AMC    Doc 32210    Filed 05/21/14    Page 8 of 8

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**FEE AUDITOR'S FINAL REPORT** - Page 8
wrg FR Deloitte Tax 51Q 7.13-3.14.wpd