IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | No. 01-01139 (KJC) |
| Reorganized Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

PLEASE TAKE NOTICE that John R. Knapp, Jr. and Miller Nash, LLP hereby withdraw their appearance as counsel of record for Plum Creek Timberlands, L.P. ("Plum Creek") in the above-captioned case. Therefore, please remove John R. Knapp, Jr. and Miller Nash, LLP from all service lists in this case.

PLEASE TAKE FURTHER NOTICE that Cairncross & Hempelmann, P.S. and Polsinelli PC hereby enter their appearance as counsel of record for Plum Creek and request to be added to the service list in the above-captioned case. They further request that copies of all notices and pleadings filed in this case be served upon the persons at the addresses, telephone numbers, facsimile numbers, and email addresses indicated below.

{02557304.DOC;1 }48114599.1

Dated: May 20, 2014

| MILLER NASH, LLP | CAIRNCROSS & HEMPELMANN, P.S. |
|---|---|

*/s/ John R. Knapp, Jr.*

John R. Knapp, Jr. (DE Bar No. 3681)
john.knapp@millernash.com
601 Union St., Ste. 4400
Seattle WA 98101-1367
Telephone: (206) 622-8484
Facsimile: (206) 622-7485

Withdrawing Attorneys

*/s/ John R. Rizzardi*

John R. Rizzardi, (WA Bar No. 9388)
E-mail: jrizzardi@cairncross.com
Jessica Tsao (WA Bar No. 44382)
E-mail: jtsao@cairncross.com
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308

POLSINELLI PC

*/s/ Christopher A. Ward*

Christopher A. Ward (DE Bar No. 3877)
cward@polsinelli.com
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

Co-Counsel for Plum Creek Timberlands, L.P.