# Exhibit 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |

Re: Various Docket Numbers[2]

## ORDER APPROVING QUARTERLY
## FEE APPLICATIONS FOR THE FIFTY-FIRST PERIOD

Upon the fifty-first quarterly fee applications (the "Applications")[3] of the Professionals referenced on **Exhibit A** attached hereto for the period of October 1, 2013 through December 31, 2013, (the "Compensation Period"), pursuant to sections 105(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Fed. R. Bankr. P. 2016 and the Amended Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Interim Compensation Order"); and it appearing that the Court has jurisdiction to consider the

---

[1]  The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

[2]  Re: Docket Numbers: 31745, 32104, 31777, 32021, 31956, 31746, 31761, 31810, 31739, 31923, 32011, 32016, 31790, 31717, 31808, 31864, 31752, 31664, 32105, 32032, 31882, 31666, 31747, 31897, 31861, 31654, 31829, 31726, 31733, 31734, 31742, 31778, 31665, 31926, 31755, 31862, 32099 and 31712.

[3]  Capitalized terms not defined in this order shall have the meaning ascribed to them in the Interim Compensation Order.

Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and these Applications is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having been given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Applications as modified on **Exhibit A** hereto are granted; and it is further

ORDERED that each of the Professionals is allowed in the amounts set forth in **Exhibit A** (i) compensation for services rendered during the Compensation Period and (ii) reimbursement for actual and necessary expenses incurred during the Compensation Period; and it is further

ORDERED that the Debtors are authorized and directed to make payment to each of the Professionals, 100% of any and all fees and 100% of any and all expenses listed in **Exhibit A** that have not yet been paid pursuant to the Interim Compensation Order, provided, however, that all fees and expenses paid pursuant to this order are subject to final allowance by the Court pursuant to the terms of the Interim Compensation Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: _____, 2014

                                                The Honorable Kevin J. Carey
                                                United States Bankruptcy Judge

# Exhibit A

# EXHIBIT A

## W.R. Grace – 51st Interim Period (October 1, 2013 through December 31, 2013)
## Fee and Expense Chart with Recommendations

| ANDERSON KILL P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31745 | TOTAL: | $269,831.50 | $186.66 | $269,831.50 | $186.66 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32104 | TOTAL: | $248,187.15 | ($1.71) | $248,187.15 | ($1.71) |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31777 | TOTAL: | $9,260.50 | $123.77 | $9,260.50 | $123.77 |

| BLACKSTONE ADVISORY SERVICES L.P.[1] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32021 | TOTAL: | $250,000.00 | $1,261.96 | $250,000.00 | $1,261.96 |

| BMC GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31956 | TOTAL: | $140,822.50 | $10,354.42 | $140,822.50 | $10,354.42 |

---

[1]Blackstone's Application also includes the period of January 1, 2014 through February 3, 2014 (the "Fifty-Second Interim Application Period"). The amounts reflected in this chart include only those fees and expenses billed through the Fifty-First Interim Application Period ending December 31, 2013.

1

| CAMPBELL & LEVINE, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31746 | TOTAL: | $34,481.50 | $4,198.70 | $34,481.50 | $4,198.70 |

| CAPLIN & DRYSDALE, CHARTERED | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31761 | TOTAL: | $69,764.50 | $79.71 | $69,764.50 | $79.71 |

| CAPSTONE ADVISORY GROUP, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31810 | TOTAL: | $83,241.00 | $147.21 | $83,241.00 | $147.21 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31739 | TOTAL: | $46,128.00 | $37,682.55 | $46,128.00 | $37,682.55 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31923 | TOTAL: | $27,861.00 | $0.00 | $27,861.00 | $0.00 |

| DELOITTE TAX LLP (50th through 51st Interim Application Periods)[2],[3] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32011 | TOTAL: | $203,967.00 | $150.03 | $202,282.00 | $150.03 |

---

[2] The Fiftieth through Fifty-First Interim Application Periods include July 1, 2013, through December 31, 2013.

[3] Deloitte Tax's Application also includes the period of January 1, 2014, through February 3, 2014 (the "Fifty-Second Interim Application Period"). The amounts reflected in this chart include only those fees and expenses billed through the Fifty-First Interim Application Period ending December 31, 2013.

| DUANE MORRIS LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32016 | TOTAL: | $8,439.00 | $715.10 | $8,439.00 | $715.10 |

| FERRY JOSEPH & PEARCE, P.A. ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31790 | TOTAL: | $9,641.00 | $1,126.68 | $9,641.00 | $1,126.68 |

| FOLEY HOAG LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31717 | TOTAL: | $118,640.50 | $2,398.06 | $118,640.50 | $2,398.06 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31808 | TOTAL: | $7,650.00 | $535.35 | $7,650.00 | $535.35 |

| FRANKEL, ROGER ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31864 | TOTAL: | $136,265.25 | $753.70 | $136,265.25 | $753.70 |

| LAW OFFICES OF ROGER J. HIGGINS, LLC ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31752 | TOTAL: | $197,647.50 | $2,144.00 | $197,647.50 | $2,144.00 |

| THE HOGAN FIRM | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31664 | TOTAL: | $21,829.50 | $944.57 | $21,829.50 | $944.57 |

| KAYE SCHOLER LLP (36th through 51st Interim Application Periods)[4],[5] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32105 | TOTAL: | $622,662.87 | $426.41 | $502,495.53 | $311.41 |

| KIRKLAND & ELLIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32032 | TOTAL: | $1,165,709.50 | $35,213.42 | $1,165,709.50 | $35,213.42 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31882 | TOTAL: | $40,653.00 | $529.11 | $40,563.50 | $529.11 |

| LAUZON BÉLANGER LESPÉRANCE | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31666 | TOTAL: | CDN$2,519.40 | CDN $381.31 | CDN $2,519.40 | CDN $381.31 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31747 | TOTAL: | $28,976.00 | $0.00 | $28,976.00 | $0.00 |

---

[4] The Thirty-Sixth through Fifty-First Interim Application Periods include January 1, 2010, through December 31, 2013.

[5] Kaye Scholer's Application also includes January 1, 2014, through February 3, 2014 (the "Fifty-Second Interim Application Period"). The amounts reflected in this chart include only those fees and expenses billed through the Fifty-First Interim Application Period ending December 31, 2013.

4

| LINCOLN PARTNERS ADVISORS LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31897 | TOTAL: | $90,000.00 | $893.46 | $90,000.00 | $702.16 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31861 | TOTAL: | $334,783.50 | $7,959.95 | $334,783.50 | $7,959.95 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31654 | TOTAL: | $68,119.00 | $31,542.45 | $68,119.00 | $31,542.45 |

| PHILLIPS, GOLDMAN & SPENCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31829 | TOTAL: | $5,923.50 | $876.81 | $5,923.50 | $876.81 |

| PRICEWATERHOUSECOOPERS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31726 | TOTAL: | $1,070,669.23 | $14,304.26 | $1,070,669.23 | $13,947.59 |

| PRICEWATERHOUSECOOPERS LLP (California Water's Edge Tax Project – September 1, 2013-October 31, 2013) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31726 | TOTAL: | $50,673.94 | $0.00 | $50,673.94 | $0.00 |

5

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31733 | TOTAL: $42,037.50 | $1,373.84 | $42,037.50 | $1,373.84 |

| RICH, ALAN B. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31734 | TOTAL: $37,575.00 | $679.48 | $37,575.00 | $679.48 |

| HON. ALEXANDER M. SANDERS, JR. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31742 | TOTAL: $3,375.00 | $0.00 | $3,375.00 | $0.00 |

| SAUL EWING LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31778 | TOTAL: $21,180.00 | $494.12 | $21,180.00 | $494.12 |

| SCARFONE HAWKINS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31665 | TOTAL: CDN $8,153.75 | CDN $1,061.74 | CDN $8,153.75 | CDN $1,061.74 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31926 | TOTAL: $33,331.50 | $920.05 | $33,331.50 | $920.05 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31755 | TOTAL: | $22,843.50 | $321.52 | $22,843.50 | $321.52 |

| TOWERS WATSON | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31862 | TOTAL: | $26,275.50 | $0.00 | $26,275.50 | $0.00 |

| VENABLE LLP (38th through 50th Interim Application Periods)[6] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32099 | TOTAL: | $209,779.50 | $5,434.06 | $209,384.77 | $5,245.41 |

| WOODCOCK WASHBURN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31712 | TOTAL: | $6,262.50 | $0.00 | $6,262.50 | $0.00 |

---

[6] The Thirty-Eighth through Fiftieth Interim Application Periods include July 1, 2010, through September 30, 2013.

7