# Exhibit A

# EXHIBIT A

## W.R. Grace – 51st Interim Period (October 1, 2013 through December 31, 2013)
### Fee and Expense Chart with Recommendations

| ANDERSON KILL P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31745 | TOTAL: | $269,831.50 | $186.66 | $269,831.50 | $186.66 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32104 | TOTAL: | $248,187.15 | ($1.71) | $248,187.15 | ($1.71) |

| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31777 | TOTAL: | $9,260.50 | $123.77 | $9,260.50 | $123.77 |

| BLACKSTONE ADVISORY SERVICES L.P.[1] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32021 | TOTAL: | $250,000.00 | $1,261.96 | $250,000.00 | $1,261.96 |

| BMC GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31956 | TOTAL: | $140,822.50 | $10,354.42 | $140,822.50 | $10,354.42 |

---

[1] Blackstone's Application also includes the period of January 1, 2014 through February 3, 2014 (the "Fifty-Second Interim Application Period"). The amounts reflected in this chart include only those fees and expenses billed through the Fifty-First Interim Application Period ending December 31, 2013.

1

| CAMPBELL & LEVINE, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31746 | TOTAL: | $34,481.50 | $4,198.70 | $34,481.50 | $4,198.70 |

| CAPLIN & DRYSDALE, CHARTERED | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31761 | TOTAL: | $69,764.50 | $79.71 | $69,764.50 | $79.71 |

| CAPSTONE ADVISORY GROUP, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31810 | TOTAL: | $83,241.00 | $147.21 | $83,241.00 | $147.21 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31739 | TOTAL: | $46,128.00 | $37,682.55 | $46,128.00 | $37,682.55 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31923 | TOTAL: | $27,861.00 | $0.00 | $27,861.00 | $0.00 |

| DELOITTE TAX LLP (50th through 51st Interim Application Periods)[2],[3] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32011 | TOTAL: | $203,967.00 | $150.03 | $202,282.00 | $150.03 |

---

[2] The Fiftieth through Fifty-First Interim Application Periods include July 1, 2013, through December 31, 2013.

[3] Deloitte Tax's Application also includes the period of January 1, 2014, through February 3, 2014 (the "Fifty-Second Interim Application Period"). The amounts reflected in this chart include only those fees and expenses billed through the Fifty-First Interim Application Period ending December 31, 2013.

2

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32016 | TOTAL: | $8,439.00 | $715.10 | $8,439.00 | $715.10 |

| FERRY JOSEPH & PEARCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31790 | TOTAL: | $9,641.00 | $1,126.68 | $9,641.00 | $1,126.68 |

| FOLEY HOAG LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31717 | TOTAL: | $118,640.50 | $2,398.06 | $118,640.50 | $2,398.06 |

| FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31808 | TOTAL: | $7,650.00 | $535.35 | $7,650.00 | $535.35 |

| FRANKEL, ROGER | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31864 | TOTAL: | $136,265.25 | $753.70 | $136,265.25 | $753.70 |

| LAW OFFICES OF ROGER J. HIGGINS, LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31752 | TOTAL: | $197,647.50 | $2,144.00 | $197,647.50 | $2,144.00 |

<2>

<5>

<4>

<7>

<11>

<4>

<4>

<3>

<2>
</4></4></11></7></4></5></2>

| THE HOGAN FIRM |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31664 | TOTAL: | $21,829.50 | $944.57 | $21,829.50 | $944.57 |

| KAYE SCHOLER LLP (36th through 51st Interim Application Periods)[4],[5] |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32105 | TOTAL: | $622,662.87 | $426.41 | $502,495.53 | $311.41 |

| KIRKLAND & ELLIS LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32032 | TOTAL: | $1,165,709.50 | $35,213.42 | $1,165,709.50 | $35,213.42 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31882 | TOTAL: | $40,653.00 | $529.11 | $40,563.50 | $529.11 |

| LAUZON BÉLANGER LESPÉRANCE |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31666 | TOTAL: | CDN$2,519.40 | CDN $381.31 | CDN $2,519.40 | CDN $381.31 |

| LEGAL ANALYSIS SYSTEMS, INC. |||||
|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31747 | TOTAL: | $28,976.00 | $0.00 | $28,976.00 | $0.00 |

---

[4] The Thirty-Sixth through Fifty-First Interim Application Periods include January 1, 2010, through December 31, 2013.

[5] Kaye Scholer's Application also includes January 1, 2014, through February 3, 2014 (the "Fifty-Second Interim Application Period"). The amounts reflected in this chart include only those fees and expenses billed through the Fifty-First Interim Application Period ending December 31, 2013.

4

| LINCOLN PARTNERS ADVISORS LLC ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31897 | TOTAL: | $90,000.00 | $893.46 | $90,000.00 | $702.16 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31861 | TOTAL: | $334,783.50 | $7,959.95 | $334,783.50 | $7,959.95 |

| PACHULSKI STANG ZIEHL & JONES LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31654 | TOTAL: | $68,119.00 | $31,542.45 | $68,119.00 | $31,542.45 |

| PHILLIPS, GOLDMAN & SPENCE, P.A. ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31829 | TOTAL: | $5,923.50 | $876.81 | $5,923.50 | $876.81 |

| PRICEWATERHOUSECOOPERS LLP ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31726 | TOTAL: | $1,070,669.23 | $14,304.26 | $1,070,669.23 | $13,947.59 |

| PRICEWATERHOUSECOOPERS LLP (California Water's Edge Tax Project – September 1, 2013-October 31, 2013) ||||| 
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31726 | TOTAL: | $50,673.94 | $0.00 | $50,673.94 | $0.00 |

5

| REED SMITH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31733 | TOTAL: | $42,037.50 | $1,373.84 | $42,037.50 | $1,373.84 |

| RICH, ALAN B. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31734 | TOTAL: | $37,575.00 | $679.48 | $37,575.00 | $679.48 |

| HON. ALEXANDER M. SANDERS, JR. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31742 | TOTAL: | $3,375.00 | $0.00 | $3,375.00 | $0.00 |

| SAUL EWING LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31778 | TOTAL: | $21,180.00 | $494.12 | $21,180.00 | $494.12 |

| SCARFONE HAWKINS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31665 | TOTAL: | CDN $8,153.75 | CDN $1,061.74 | CDN $8,153.75 | CDN $1,061.74 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31926 | TOTAL: | $33,331.50 | $920.05 | $33,331.50 | $920.05 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31755 | TOTAL: | $22,843.50 | $321.52 | $22,843.50 | $321.52 |

| TOWERS WATSON | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31862 | TOTAL: | $26,275.50 | $0.00 | $26,275.50 | $0.00 |

| VENABLE LLP (38th through 50th Interim Application Periods)[6] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 32099 | TOTAL: | $209,779.50 | $5,434.06 | $209,384.77 | $5,245.41 |

| WOODCOCK WASHBURN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 31712 | TOTAL: | $6,262.50 | $0.00 | $6,262.50 | $0.00 |

---

[6] The Thirty-Eighth through Fiftieth Interim Application Periods include July 1, 2010, through September 30, 2013.

7