IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |
| | ) | |

**DECLARATION OF RICHARD FINKE UNDER PERJURY IN SUPPORT OF AMENDMENTS TO SCHEDULES "E" OF LIABILITIES OF W.R. GRACE & CO. (CASE NO. 01-01139-KJC)**

1. As the authorized agent of W. R. Grace & Co., the corporation named in this case, I declare under penalty of perjury that I have read the preceding amended schedules, and that they are true and correct to the best of my knowledge, information and belief.

Dated: May 21, 2014

_Richard C. Finke_
Richard C. Finke
Vice President and Associate General Counsel
W. R. Grace & Co.

---

[1] The Reorganized Debtors comprise the following entities: W. R. Grace & Co., W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc., Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation.