# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Re: Docket No. 32215 and 32226** |

## <u>SECOND AMENDED</u> NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 28, 2014, AT 11:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

## <u>THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.</u>

## <u>CONTINUED MATTERS</u>:

1. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

   <u>Response Deadline</u>: September 12, 2008, at 4:00 p.m.

   <u>Responses Received</u>:

   a. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

   b. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

   <u>Related Documents</u>: None.

   <u>Status</u>: This matter is continued to the next omnibus hearing date.

---

[1] The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

2.  Reorganized Debtors' Objection to the Remaining Claims for the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036)

    Response Deadline: May 22, 2014, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a.  [Proposed] Order Regarding the Remaining Claims for the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036, Exhibit A)

    Status: This matter is continued until September 10, 2014, at 10:00 a.m.

**QUARTERLY FEE APPLICATIONS:**

3.  Fifty-First Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2013 through December 31, 2013

    Related Documents:

    a.  Certification of Counsel Regarding Fifty-First Quarter Project Category Summary [Filed: 5/21/14] (Docket No. 32211)

    b.  Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Fifty-First Period [Filed: 5/22/14] (Docket No. 32213)

    c.  [Signed] Order Approving Quarterly Fee Applications for the Fifty-First Period [Filed: 5/23/14] (Docket No. 32216)

    Status: The Court has entered an order on this matter.

**UNCONTESTED MATTERS:**

4.  Thirtieth Omnibus Objection to Employee Claims (Substantive Objection) [Filed: 4/23/14] (Docket No. 32037)

    Response Deadline: May 23, 2014, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    a.  [Proposed] Order Disallowing Employee Claims (Substantive Objection) [Filed: 4/23/14] (Docket No. 32037, Exhibit A)

    b.  Certification of No Objection Regarding Thirtieth Omnibus Objection to Employee Claims (Substantive Objection) [Filed: 5/27/14] (Docket No. 32225)

    c.    **[Signed] Order Disallowing Employee Claims (Substantive Objection) [Filed: 5/27/14] (Docket No. 32228)**

<u>Status:</u>  **The Court has entered an order on this matter.**

5.    Motion for an Order Implementing the Plan's Discharge of Prepetition Litigation Claims and the Related Injunction Where Claimants Did Not File Proofs of Claim [Filed: 5/1/14] (Docket No. 32095)

<u>Response Deadline:</u> May 21, 2014, at 4:00 p.m.

<u>Responses Received:</u> None as of the date of this Notice of Agenda.

<u>Related Documents:</u>

    a.    [Proposed] Order Implementing the Plan's Discharge of Prepetition Litigation Claims and the Related Injunction Where Claimants Did Not File Proofs of Claim [Filed: 5/1/14] (Docket No. 32095, Exhibit A)

    b.    Certification of No Objection Regarding Motion for an Order Implementing the Plan's Discharge of Prepetition Litigation Claims and the Related Injunction Where Claimants Did Not File Proofs of Claim [Filed: 5/23/14] (Docket No. 32220)

    c.    **[Signed] Order Implementing the Plan's Discharge of Prepetition Litigation Claims and the Related Injunction Where Claimants Did Not File Proofs of Claim [Filed: 5/27/14] (Docket No. 32227)**

<u>Status:</u>  **The Court has entered an order on this matter.**

Dated: May 27, 2014

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

3

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors