IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. Grace & Co., <u>et al.</u>,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Related Docket Nos. 32127, 32128, 32133 |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowski, hereby certify that on May 5, 2014, I caused a copy of the following to be served upon the parties indicated on the service list attached hereto as Exhibit A by first class mail:

(1) *Notice of Filing of Fifty-Second and Final Fee Application of Stroock & Stroock & Lavan LLP for Compensation and for Reimbursement of Expenses for the Period from April 12, 2001 through February 3, 2014* [D.I. 32127];

(2) *Notice of Filing of Final Fee Application of Duane Morris LLP for Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period April 17, 2001 through February 3, 2014* [D.I. 32128]; and

(3) *Notice of Forty-First Quarterly and Final Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses* [D.I. 32133].

Dated: May 28, 2014         */s/ Michael R. Lastowski*
                             Michael R. Lastowski (DE ID 3982)
                             DUANE MORRIS LLP
                             222 Delaware Avenue, Suite 1600
                             Wilmington, DE  19801

DM3\2855219.1

# EXHIBIT A

## W.R. GRACE NOTICE OF APPLICATION SERVICE LIST

| | |
|---|---|
| Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | Richard L. Schepacarter, Trial Attorney<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| R. Thomas Florence, Executive Director<br>WRG Asbestos PI Trust<br>c/o ARPC<br>1220 19th Street NW, Suite 700<br>Washington, DC 20036 | Marla Eskin, Esquire<br>Mark Hurford, Esquire<br>Campbell & Levine, LLC<br>222 Delaware Avenue, 16th Floor<br>Wilmington, DE 19801 |
| Philip E. Milch, Esquire<br>Campbell & Levine, LLC<br>1700 Grant Building<br>Pittsburgh, PA 15219 | Ann McMillan, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle NW, Suite 1100<br>Washington, DC 20005 |
| Robert M. Horkovich, Esquire<br>Robert Y. Chung, Esquire<br>Anderson Kill P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | James C. Melville, Esq.<br>Kaplan Strangis and Kaplan P.A.<br>5500 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402 |

| | |
|---|---|
| Edward Steiner, Esquire<br>Keating Muething & Klecamp PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH  45202 | R. Karl Hill, Esquire<br>Seitz VanOgtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801 |
| Yves Lauzon, Esquire<br>Michael Belanger, Esquire<br>Lauzon Belanger Lesperance Inc.<br>286, Rue St-Paul Ouest<br>Bureau 100<br>Montreal, Quebec<br>H2Y 2A3 | Richard B. Schiro<br>WRG Asbestos PD Trust<br>2706 Fairmount Street<br>Dallas, TX  75201-1958 |
| Deborah D. Williamson, Esquire<br>Cox Smith Matthews Incorporated<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX  78205 | M. Dawes Cooke, Esquire<br>Barnwell Whaley Patterson & Helms LLC<br>P.O. Drawer H<br>Charleston, SC  29402 |
| Edward B. Cottingham, Jr., Esquire<br>The Cottingham Law Firm<br>317 Wingo Way, Suite 303<br>P.O. Box 810<br>Mt. Pleasant, SC  29465 | Mark Shelnitz<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD  21044 |

DM3\2855219.1

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806 | John Donley, Esquire<br>Adam Paul, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL  60654 |
| Daniel K. Hogan, Esquire<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE  19806 | Mark Shelnitz<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD  21044 |
| Alan B. Rich, Esquire<br>4244 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX  75270 | Roger Frankel, Esquire<br>Frankel Wyron LLP<br>2101 L Street, NW, Suite 800<br>Washington, DC  20037 |
| Roger J. Higgins, Esquire<br>The Law Offices of Roger Higgins LLC<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL  60601 | |