# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. GRACE & CO., et al.,<br><br>Reorganized Debtors. | CHAPTER 11<br><br>Case No. 01-01139 (KJC)<br>Jointly Administered<br><br>**Relates to D.I. 31986** |

## CERTIFICATION OF COUNSEL REGARDING EXTENSION
## OF DEADLINE FOR SUBMISSION OF RULE 706 EXPERT REPORT

The undersigned counsel to Lukins & Annis, P.S., ("**Lukins & Annis**") hereby certifies as follows regarding the proposed *Order Extending Deadline to Submit Rule 706 Expert Report* attached hereto as Exhibit A:

1. On April 3, 2014, the Court entered the *Order Appointing Rule 706 Expert Regarding Lukins & Annis Fee Allocation Claim* (the "**Rule 706 Expert Order**") [Docket No. 31986], establishing Judith K. Fitzgerald (**"Judge Fitzgerald"**) as a Federal Rule of Evidence 706 expert to issue a report and recommendation (the "**Report**") to the Court with respect to the Motion of Lukins & Annis P.S. For An Allocation Of The ZAI Class Action Common Fund Fee Award.

2. The Rule 706 Expert Order sets forth a deadline for submission of Judge Fitzgerald's Report. Pursuant to paragraph 7 of the Rule 706 Expert Order, the Expert is to deliver a copy of the Report to the parties and to the Court within thirty (30) days after submission Lukins & Annis's reply brief (the "**Expert Report Deadline**"). Lukins & Annis filed its reply brief on May 12, 2014 (Docket No. 32181). Accordingly, the 706 Expert Report is currently due on June 11, 2014.

#26675031 v2

3. The parties and Judge Fitzgerald have conferred and have agreed, subject to the Court's approval, to extend the Expert Report Deadline to June 30, 2014.

4. Attached hereto as <u>Exhibit A</u> is a proposed order, in a form approved by Judge Fitzgerald and the parties, extending the Expert Report Deadline to June 30, 2014.

WHEREFORE, Lukins & Annis respectfully requests that the Court enter the proposed form of Order attached hereto as <u>Exhibit A</u>.

Dated: May 29, 2014　　　　　　　　　　Respectfully submitted,
Wilmington, Delaware

**PEPPER HAMILTON LLP**

By: /s/ David M. Fournier
David M. Fournier (DE No. 2812)
Michael J. Custer (DE No. 4843)
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19801
Phone: (302) 777-6500
Fax:    (302) 421-8390
fournierd@pepperlaw.com
custerm@pepperlaw.com

*Attorneys for Lukins & Annis, P.S.*

-2-

#26675031 v2