# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. GRACE & CO., et al.,<br><br>               Reorganized Debtors. | Chapter 11<br><br>Case No. 01-01139 (KJC)<br>Jointly Administered<br><br>**Relates to D.I. 31986** |

## ORDER EXTENDING DEADLINE TO SUBMIT RULE 706 EXPERT REPORT

UPON the *Certification of Counsel Regarding Extension of Deadline for Submission of Rule 706 Expert Report* (the "**Certification**"), and having given due consideration to the Certification, and this Court possessing jurisdiction to consider the Certification, and the relief requested in the Certification being just and proper,

IT IS HEREBY ORDERED that the Expert Report Deadline[1] set forth in the Court's Order Appointing Rule 706 Expert Regarding Lukins & Annis Fee Allocation Claim (D.I. 31986) is extended to and including June 30, 2014.

Dated: _____, 2014
       Wilmington, DE

                                                                            _____
                                                                           Kevin J. Carey
                                                                           United States Bankruptcy Judge

---

[1] "Expert Report Deadline" shall have the meaning ascribed to it in the Certification.

#26675031 v2