## **CERTIFICATE OF SERVICE**

I, David M. Fournier, hereby certify that on the 29th day of May, 2014, I caused the foregoing **Certification of Counsel Regarding Extension of Deadline for Submission of Rule 706 Expert Report** to be served upon the parties on the attached service list by first-class mail, or in the manner indicated.

      /s/ David M. Fournier
David M. Fournier (DE No. 2812)

#26745340 v1

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
901 North Market Street
Suite 1300
Wilmington, DE 19801
**Hand Deliver**
**Email: bsullivan@sha-llc.com**

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, WA 99201
**First-Class Mail**
**Email: scottgroup@me.com**

Edward J. Westbrook, Esq.
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, S.C. 29464
**First-Class Mail**
**Email: ewestbrook@rpwb.com**

Elizabeth Cabraser, Esq.
Lieff, Cabraser, Heimann & Bernstein, L.L.P.
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339
**First-Class Mail**
**Email: ecabraser@lchb.com**

Jeffrey W. Gettleman, Esq.
Adam Paul, Esq.
Lisa Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL, 60654
**First-Class Mail**
**Email: jeffrey.gettleman@kirkland.com,**
        **adam.paul@kirkland.com,**
        **lisa.esayian@kirkland.com**

Michael Magzamen, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esq.
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickeli Ave., 23rd Floor
Miami, FL 33131-3456

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
600 Lexington A venue, 21st Floor
New York, NY 10022

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Richard H. Wyron, Esq.
Frankei Wyron LLP
2101 L Street, NW
Washington, DC 20037

James E. O'Neill, Esq.
Pachuiski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
**Hand Deliver**
**Email: joneill@pszjlaw.com**

Michael R. Lastowski, Esq.
Duane, Morris LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Maria Eskin, Esq.
Campbell & Levine, LLC
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801

#26745340 v1

| | |
|---|---|
| Teresa K.D. Currier, Esq.<br>Saul Ewing LLP<br>222 Delaware Avenue<br>Wilmington, DE 1980 I | John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806 |
| Alan B. Rich, Esq.<br>Law Office of Alan B. Rich, Esq.<br>1201 Main Street, Suite 1910, LC 201<br>Dallas, TX 75202<br>**First-Class Mail**<br>**Email: arich@alanrichlaw.com** | Tancred Schiavoni, Esq.<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 |
| Karl Hill, Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 | Richard L. Schepecarter, Esq.<br>Office of the U.S. Trustee<br>844 N. King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 |
| Edward B. Cottingham, Jr.<br>Cottingham Law Firm, LLC<br>317 Wingo Way, Ste. 303<br>Mt. Pleasant, SC 29464 | M. Dawes Cooke, Jr., Esq.<br>Barnwell Whaley Patterson & Helms LLC<br>288 Meeting St., Suite 200 (29401)<br>Post Office Drawer H<br>Charleston, SC 29402<br>**First-Class Mail**<br>**Email: mdc@barnwell-whaley.com** |
| Roger J. Higgins, Esq.<br>The Law Offices of Roger Higgins<br>1 North Bishop Street<br>Suite 14<br>Chicago, IL 60607-1823<br>**First-Class Mail**<br>**Email: rhiggins@rogerhigginslaw.com** | |