# Exhibit 9

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------X
                                  )
                                  ) Chapter 11
 In re:                           ) Case No. 01-01139
                                  ) (JKF)
 W.R. GRACE & CO., et al.,        ) (Jointly
                                  ) Administered)
         Debtors.                 )
                                  )
                                  )
---------------------------------X


Deposition of MOLLIE K. SPRINKLE

Washington, DC

Friday, February 23, 2007


Pages 1-65

Job No: 179509

Reported by: Denise Vickery, RMR-CRR

1            THE WITNESS:  Oh, that would be -- there

2 was only one page to the list that came up.

3 BY MR. SPEIGHTS:

4     Q.  Okay.

5     A.  I'm sorry.

6     Q.  Now, are you aware of any other indices

7 relating to documents maintained at Boca Raton within

8 the legal group?  Not just limited to Anderson.  I'm

9 just generically, are there other lists down there they

10 have for their documents?

11     A.  Oh, yes.  They have a documents retention

12 policy down there, too, and format, you know, the way

13 they handle things.

14     Q.  Is that document retention policy essentially

15 the same as the document retention policy at your

16 office?

17     A.  Yes, it is.

18     Q.  Describe generally what that is.

19     A.  When it comes to anything related to the

20 Chapter 11, the orders are very clear.  Absolutely

21 nothing is to be destroyed that even remotely relates

22 to it.  That's it.

Page 33

1   Q.  What I'm trying to find out is, if you were in
2   Boca Raton and you wanted to find out what existed
3   relating to Anderson?
4   A.  Uh-huh.
5   Q.  Is there some short-cut to do it or to assist
6   you, other than just going to a big room and start
7   looking?  Is there a list of files?  Is there an
8   index?  Can you go to the computer and hit some
9   buttons, et cetera?
10  A.  I am certain that there is because I've
11  asked Mr. Finke about that, and I have not been down
12  there to see it.  So I'm sure that they have a system.
13  I understand that they're in a special room that is not
14  specifically locked, but the whole office is locked,
15  you know, when obviously they aren't there.
16  Q.  Well, what has Mr. Finke reported to you about
17  indices or lists or any other way that would assist in
18  locating certain documents?
19  A.  I didn't discuss with him how he locates his
20  documents specifically there in, you know, in specific
21  terms.  I just talked asked him specifically what
22  happens with the documents there so that I would know