IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | Re: Docket Nos. 32217, 32218 and 32219 |

DECLARATION OF SERVICE REGARDING:

| | |
|---|---|
| Docket No. 32217 | AMENDMENTS TO SCHEDULES "E" OF LIABILITIES OF W. R. GRACE & CO. (CASE NO. 01-01139-KJC) |
| | DECLARATION OF RICHARD FINKE UNDER PERJURY IN SUPPORT OF AMENDMENTS TO SCHEDULES "E" OF LIABILITIES OF W.R. GRACE & CO. (CASE NO. 01-01139-KJC) |
| Docket No. 32218 | AMENDMENTS TO SCHEDULES "E" OF LIABILITIES OF W. R. GRACE & CO.-CONN. (CASE NO. 01-01140-KJC) |
| | DECLARATION OF RICHARD FINKE UNDER PERJURY IN SUPPORT OF AMENDMENTS TO SCHEDULES "E" OF LIABILITIES OF W.R. GRACE & CO.-CONN. (CASE NO. 01-01140-KJC) |
| Docket No. 32219 | AMENDMENTS TO SCHEDULES "F" OF LIABILITIES OF REMEDIUM GROUP, INC. (CASE NO. 01-01194-KJC) |
| | DECLARATION OF RICHARD FINKE UNDER PERJURY IN SUPPORT OF AMENDMENTS TO SCHEDULES "F" OF LIABILITIES OF REMEDIUM GROUP, INC. (CASE NO. 01-01194-KJC) |

I, Mireya Carranza, state as follows:

---

[1] The Reorganized Debtors comprise the following entities: W. R. Grace & Co., W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc., Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation.

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 444 North Nash Street, El Segundo, California 90245.

2. On May 23, 2014, at the direction of Pachulski Stang Ziehl & Jones LLP, co-counsel to the reorganized debtors in the above-captioned cases, the above-referenced documents served on the Affected Parties Listed in Exhibit A via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

Exhibit A    Those parties who have requested special notice and the Core Group
             Address List regarding Docket Nos. 32217, 32218 and 32219

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 29 day of May 2014 at Paramount, California.

Mireya Carranza

# EXHIBIT A

# WR Grace & Co. et al

Total number of parties: 50

### Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 56826 | ANDERSON KILL P.C., RM HORKOVICH, ESQ, RY CHUNG, ESQ, (RE: SP INS COV ATTY-CTEE ASB PI CLMNTS), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1182 | US Mail (1st Class) |
| 56826 | ATTORNEY AND COUNSELOR, ALAN B. RICH, ESQUIRE, (RE: HON. ALEX. M SANDERS JR.,PDFCR), 4244 RENAISSANCE TOWER, 1201 ELM STREET, DALLAS,, TX, 75270 | US Mail (1st Class) |
| 56826 | BARNWELL WHALEY PATERSON ET AL, M DAWES COOKE JR. ESQ, (RE: EDWARD COTTINGHAM ZAI TRUSTEE), 288 MEETING ST, STE 200 (29401), POST OFFICE DRAWER H, CHARLESTON, SC, 29402 | US Mail (1st Class) |
| 56826 | BARNWELL WHALEY PATRSN & HELMS LLC, M. DAWES COOKE, ESQUIRE, (RE: COUNSEL FOR ASBESTOS PD TRUST 7B), P.O. DRAWER H, CHARLESTON, SC, 29402 | US Mail (1st Class) |
| 56826 | CAIRNCROSS & HEMPELMANN PS, JOHN R RIZZARDI, JESSICA TSAO, (RE: PLUM CREEK TIMBERLANDS LP), 524 SECOND AVENUE, STE 500, SEATTLE, WA, 98104-2323 | US Mail (1st Class) |
| 56826 | CAMPBELL & LEVINE, LLC, MR ESKIN, ESQ, MT HURFORD, ESQ, (RE: COUNSEL TO ASBESTOS PI TRUST), 222 DELAWARE AVENUE, SUITE 1620, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 56826 | CAMPBELL & LEVINE, LLC, PHILIP E. MILCH, ESQUIRE, (RE: COUNSEL TO ASBESTOS P1 TRUST), 1700 GRANT BUILDING, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 56826 | CAPLIN & DRYSDALE, CHARTERED, ANN MCMILLAN, ESQUIRE, (RE: COUNSEL TO ASBESTOS P1 COMMITTEE), ONE THOMAS CIRCLE, N.W., STE 1100, WASHINGTON, DC, 20005-5802 | US Mail (1st Class) |
| 56826 | CAPLIN & DRYSDALE, CHARTERED, ELIHU INSELBUCH, ESQUIRE, (RE: COUNSEL TO ASBESTOS P1 COMMITTEE), 600 LEXINGTON AVENUE, 2L FLOOR, NEW YORK, NY, 10022-6000 | US Mail (1st Class) |
| 56826 | COTTINGHAM LAW FIM LLC, EDWARD B COTTINGHAM JR TRUSTEE, (RE: ZAI TRUST), 317 WINGO WAY, STE 303, MT. PLEASANT, SC, 29464 | US Mail (1st Class) |
| 56826 | COX SMITH MATTHEWS INCORPORATED, DEBORAH D. WILLIAMSON, ESQUIRE, (RE: COUNSELFOR ASBESTOS PD TRUST 7A), 112 E. PECAN STREET, SUITE 1800, SAN ANTONIO, TX, 78205 | US Mail (1st Class) |
| 56826 | EDWARDS WILDMAN PALMER LLP, JONATHAN YOUNG, MICHAEL KIND, (RE: CNA COMPANIES), 225 WEST WACKER DRIVE, CHICAGO, IL, 60606-1229 | US Mail (1st Class) |
| 56826 | FOSTER & SEAR LLP, ROGER HEATH ESQ, (RE: ASBESTOS CREDITORS), 817 GREENVIEW DRIVE, GRAND PRAIRIE, TX, 75050 | US Mail (1st Class) |
| 56826 | FRANKEL WYRON LLP WRG, ROGER FRANKEL, ESQUIRE, (RE: THE FUTURE CLAIMANTS' REP), 2101 L. STREET, N.W., SUITE 800, WASHINGTON, DC, 20037 | US Mail (1st Class) |
| 56826 | HANKIN MANAGEMENT COMPANY, MARK HANKIN, LOU HIBAN, (RE: HANMAR), PO BOX 26767, ELKINS PARK, PA, 19027 | US Mail (1st Class) |
| 56826 | KAPLAN, STRANGIS AND KAPLAN, P.A., JAMES C. MELVILLE, ESQ., (RE: ASBESTOS PI TRUST), 5500 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN, 55402 | US Mail (1st Class) |
| 56826 | KEATING MUETHING & KIEKAMP PLL, EDWARD STEINER, ESQ., (RE: ASBESTOS PI TRUST), ONE EAST FOURTH STREET, SUITE 1400, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 56826 | KIRKLAND & ELLIS LLP, JOHN DONLEY, ESQ, ADAM PAUL, ESQ, (RE: CO-COUNSEL TO REORGANIZED DEBTOR), 300 NORTH LASALLE, CHICAGO, IL, 60654 | US Mail (1st Class) |
| 56826 | KRAMER LEVIN NAFTALIS & FRANKEL LLP, DAVID E BLABEY, JR, (RE: EQUITY COMMITTEE), 1177 AVENUE OF THE AMERICAS, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 56826 | LATHAM & WATKINS, DAVID S. HELLER, ESQ., SEARS TOWER, SUITE 5800, 233 SOUTH WACKER DRIVE, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 56826 | LAUZON BELANGER LESPERANCE INC., Y LAUZON, ESQ, M. BELANGER, ESQ, (RE: COUNSEL TO CANADIAN ZAI CLAIMANTS), 286, RUE ST-PAUL OUEST, BUREAU 100, MONTREAL, QC, H2Y 2A3 CANADA | US Mail (1st Class) |
| 56826 | LOCKE LORD LLP, GREG A LOWRY ESQ, (RE: SAMSON HYDROCARBONS), 2200 ROSS AVENUE, STE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 56826 | MISSOURI DEPARTMENT OF REVENUE, GARY L. BARNHART, BANKRUPTCY UNIT, PO BOX 475, JEFFERSON CITY, MO, 65105-0475 | US Mail (1st Class) |
| 56826 | MONZACK MERSKY MCLAUGHLIN ET AL, RACHEL B MERSKY ESQ, (RE: SAMSON HYDROCARBONS), 1201 N ORANGE STREET, STE 400, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 56826 | NEW JERSEY ATTY GENERAL'S OFFICE, MARGARET A. HOLLAND, DEPUTY ATTY GENERAL-DIVISION OF LAW, R.J HUGHES JUSTICE COMPLEX, POB 106, TRENTON, NJ, 08625 | US Mail (1st Class) |
| 56826 | OFFICE OF ATTORNEY GENERAL, CHRISTOPHER R. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL, 21 S. 12TH ST, 3RD FL, PHILADELPHIA, PA, 19107-3603 | US Mail (1st Class) |
| 56826 | PACHULSKI STANG ZIEHL & JONES LLP, L DAVIS JONES, ESQ, JE O'NEILL, ESQ, (RE: COUNSEL TO REORGANIZED DEBTORS), 919 NORTH MARKET ST, 17 1H FLOOR, WILMINGTON, DE, 19899-8705 | US Mail (1st Class) |

## Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 56826 | PEPPER HAMILTON LLP, EDWARD C TOOLE JR ESQ, (RE: BNSF RAILWAY COMPANY), 3300 TWO LOGAN SQUARE, EIGHTEENTH AND ARCH STREETS, PHILADELPHIA, PA, 19103-2799 | US Mail (1st Class) |
| 56826 | PEPPER HAMILTON, LLP, DAVID M FOURNIER, JAMES C CARIGNAN, (RE: HANMAR & BNSF RAILWAY CO), 1313 MARKET STREET, STE 5100, PO BOX 1709, WILMINGTON, DE, 19899-1709 | US Mail (1st Class) |
| 56826 | PHILLIPS, GOLDMAN & SPENCE, P.A., JOHN C. PHILLIPS, JR., ESQUIRE, (RE: CO-COUNSELFOR ROGER FRANKEL FCR), 1200 NORTH BROOM STREET, WILMINGTON, DE, 19806 | US Mail (1st Class) |
| 56826 | POLSINELLI PC, CHRISTOPHER A WARD, (RE: PLUM CREEK TIMBERLANDS LP), 222 DELAWARE AVENUE, STE 1101, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 56826 | RACHEL JEANNE LEHR, DEPUTY ATTORNEY GENERAL, OFFICE OF THE ATTORNEY GENERAL, R.J.HUGHES JUSTICE COMPLEX, POB 093, TRENTON, NJ, 08625 | US Mail (1st Class) |
| 56826 | RICHARDSON PATRICK WESTBROOK ET AL, EDWARD J WESTBROOK ESQ, (RE: COUNSEL TO ZAI CLAIMANTS), 1037 CHUCK DAWLEY BLVD, BLDG A, MT. PLEASANT, SC, 29464 | US Mail (1st Class) |
| 56826 | SEITZ, VAN OGTROP & GREEN, P.A., R. KARL HILL, ESQUIRE, (RE: COUNSEL TO PD FUTURE CLAIMANT REP), 222 DELAWARE AVENUE, SUITE 1500, P.O. BOX 68, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 56826 | STATE OF TENNESSEE, GINA BAKER HANTEL, ESQ., ATTNY GEN OFFICE BANKRUPTCY DIV, 425 5TH AVE NORTH, FLOOR 2, NASHVILLE, TN, 37243 | US Mail (1st Class) |
| 56826 | STEVEN B. FLANCHER, ESQ., ASSISTANT ATTORNEY GENERAL, DEPARTMENT OF ATTORNEY GENERAL, REV & COLLECTIONS DIV, POB 30754, LANSING, MI, 48909 | US Mail (1st Class) |
| 56826 | THE BAYARD FIRM, STEVEN M. YODER, ESQ., 222 DELAWARE AVENUE, SUITE 900, P.O. BOX 25130, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 56826 | THE COTTINGHAM LAW FIRM, EDWARD B. COTTINGHAM, JR., ESQUIRE, (RE: TRUSTEE - ASBESTOS PD TRUST 7B), 317 WINGO WAY, SUITE 303, P.O. BOX 810, MT. PLEASANT, SC, 29465 | US Mail (1st Class) |
| 56826 | THE HOGAN FIRM, DANIEL K. HOGAN, ESQUIRE, (RE: COUNSEL TO CANADIAN ZAI CLAIMANTS), 1311 DELAWARE AVENUE, WILMINGTON, DE, 19806 | US Mail (1st Class) |
| 56826 | THE LAW OFCS OF ROGER HIGGINS, LLC, ROGER J. HIGGINS, ESQUIRE, (RE: COUNSEL TO REORGANIZED DEBTOR), 1 NORTH BISHOP STREET, SUITE 14, CHICAGO, IL, 60607-1823 | US Mail (1st Class) |
| 56826 | TN ATTORNEY GENERAL'S OFFICE,, PAUL G. SUMERS, ESQ., BANKR. UNIT, P.O. BOX 20207, NASHVILLE, TN, 37202-0207 | US Mail (1st Class) |
| 56826 | UNITED STATES DEPT OF JUSTICE, ARI D KUNOFSKY, TRIAL ATTORNEY, TAX DIVISION, PO BOX 227, WASHINGTON, DC, 20044 | US Mail (1st Class) |
| 56826 | UNITED STATES OF AMERICA, MICHAEL R SEW HOY, CIVIL DIVISON, US DEPT OF JUSTICE, 1100 L STREET NW, ROOM 10048, WASHINGTON, DC, 20005 | US Mail (1st Class) |
| 56826 | US DEPT OF JSTCE, OFC OF THE US TTE, RICHARD L. SCHEPACARTER, TRIAL ATTY, (RE: UNITED STATES TRUSTEE), 844 KING STREET, SUITE 2207, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 56826 | W. R. GRACE & CO., ATTN: MARK SHELNITZ, (RE: REORGANIZED DEBTOR), 7500 GRACE DRIVE, COLUMBIA, MD, 21044 | US Mail (1st Class) |
| 56826 | W. R. GRACE & CO., ATTN: RICHARD FINKE, (RE: REORGANIZED DEBTOR), 7500 GRACE DRIVE, COLUMBIA, MD, 21044 | US Mail (1st Class) |
| 56826 | WOMBLE CARLYLE SANDRIDGE & RICE LLP, F MONACO JR, K MANGAN, M WARD, (RE: STATE OF MONTANA, CROWN), 222 DELAWARE AVENUE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 56826 | WRG ASBESTOS PI TRUST DO ARPC, B. THOMAS FLORENCE, EXEC DIR, (RE: ASBESTOS PI TRUST), 1220 19TH STREET NW, SUITE 700, WASHINGTON, DC, 20036 | US Mail (1st Class) |
| 56826 | WRG ASBESTOS PD TRUST, RICHARD B. SCHIRO, (RE: TRUSTEE -ASBESTOS PD TRUST 7A), 2706 FAIRMOUNT STREET, DALLAS, TX, 75201-1958 | US Mail (1st Class) |
| 56826 | WRG ASBSTS PD TRUST DO WLMNGTON TR, RICHARD B. SCHIRO, (RE: ASBESTOS PD TRUST 7A), ATTN: CORPORATE TRUST ADMIN, 1100 N. MARKET STREET, WILMINGTON, DE, 19890-1625 | US Mail (1st Class) |

**Subtotal for this group: 50**