IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

## DECLARATION OF SERVICE REGARDING:

Exhibit 1     NOTICE OF AMENDMENTS TO SCHEDULES "E" OF LIABILITIES
OF W.R. GRACE & CO. (CASE NO. 01-01139-KJC)
[custom sample attached hereto]

Exhibit 2     NOTICE OF AMENDMENTS TO SCHEDULES "E" OF LIABILITIES
OF W.R. GRACE & CO.-CONN. (CASE NO. 01-01140-KJC)
[custom sample attached hereto]

Exhibit 3     NOTICE OF AMENDMENTS TO SCHEDULES "F" OF LIABILITIES
OF REMEDIUM GROUP, INC. (CASE NO. 01-01194-KJC)
[custom sample attached hereto]

I, James H. Myers, state as follows:

1.     I am over eighteen years of age and I believe the statements contained herein are true

based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy

Management Corporation), 300 North Continental Boulevard, Suite 570, El Segundo, California

90245.

///

---

[1] The Reorganized Debtors comprise the following 17 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

2.      On May 23, 2014, at the direction of the Law Offices of Roger Higgins, LLC, co-counsel to the reorganized debtors in the above-captioned cases, the above-referenced documents were served on the parties referenced in Exhibits A through C via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

Exhibit A        The Affected Parties Address List regarding Exhibit 1

Exhibit B        The Affected Parties Address List regarding Exhibit 2

Exhibit C        The Affected Parties Address List regarding Exhibit 3

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 27 day of May 2014 at Paramount, California.

James H. Myers

EXHIBIT 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |
| | ) | |

### NOTICE OF AMENDMENTS TO SCHEDULES "E" OF LIABILITIES OF
### W.R. GRACE & CO. (CASE NO. 01-01139-KJC)

| Name | Amended Amt | Original Schedule Amt | Schedule ID |
|---|---|---|---|
| NAME<br>STREET ADDRESS<br>CITY, STATE ZIP | $X,XXX.XX | $XX.XX | XXXXX |

**PLEASE TAKE NOTICE** that on May 23, 2014, W.R. Grace & Co.. filed its *Amendments to Schedules of Liabilities – Schedule E of W.R. Grace & Co. (Case No. 01-01139-KJC)*, (the "Amendments") with the United States Bankruptcy Court for the District of Delaware. Outlined is the original scheduled claim amount, if applicable, of the affected party receiving this notice and the corresponding amended amount now being listed for the claim by the appropriate debtor.

**PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments and who disagrees with the amount and/or classification of liability set forth in the Amendments as outlined above (or attached) may file a proof of claim for the amount and/or classification it deems appropriate. The bar date for filing proofs of claim is 21 days from the date of this Notice, or June 13, 2014 (the "Bar Date").

**PLEASE TAKE FURTHER NOTICE,** that proof of claim forms can be obtained from Rust Consulting, Inc., the Claims Processing Agent, toll- free at 1-800-432-1909 or visit the Grace chapter 11 website at www.bmcgroup.com/wrgrace to request a claim form.

**PLEASE TAKE FURTHER NOTICE** that if you have any questions regarding the Amendments you should contact BMC Group, Inc. at (888) 909-0100 or by email to wrgraceinfo@bmcgroup.com.

**PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments and who fails to file a proof of claim prior to the Bar Date will be bound by the classification and/or amount of liability set forth in the Amendments.

---

[1]    The Reorganized Debtors comprise the following entities: W. R. Grace & Co., W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc., Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Bankr. P. 1009 and Rule 1009-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the following entities will receive a copy of the Amendments: (i) those parties that are affected by the Amendments; (ii) the United States Trustee; and (iii) all parties who have requested notice pursuant to Fed. R. Bankr. P. 2002.

Dated:  May 23, 2014

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP


_____/s/ James E. O'Neill_____

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
(302) 652-4400


Co-Counsel for the Reorganized Debtors

2

[THIS PAGE INTENTIONALLY LEFT BLANK]



3



‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖02156807624988
NAME
STREET ADDRESS
CITY, STATE ZIP

4

**EXHIBIT 2**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |
| | ) |

## NOTICE OF AMENDMENTS TO SCHEDULES "E" OF LIABILITIES OF
## W.R. GRACE & CO.-CONN. (CASE NO. 01-01140-KJC)

| Name | Amended Amt | Original Schedule Amt | Schedule ID |
|---|---|---|---|
| NAME<br>STREET ADDRESS<br>CITY, STATE ZIP | $XX,XXX.XX | XXX | XXXXX |

**PLEASE TAKE NOTICE** that on May 23, 2014, W.R. Grace & Co.-Conn. filed its *Amendments to Schedules of Liabilities – Schedule E of W.R. Grace & Co.-Conn. (Case No. 01-01140-KJC)*, (the "Amendments") with the United States Bankruptcy Court for the District of Delaware. Outlined is the original scheduled claim amount, if applicable, of the affected party receiving this notice and the corresponding amended amount now being listed for the claim by the appropriate debtor.

**PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments and who disagrees with the amount and/or classification of liability set forth in the Amendments as outlined above (or attached) may file a proof of claim for the amount and/or classification it deems appropriate. The bar date for filing proofs of claim is 21 days from the date of this Notice, or June 13, 2014 (the "Bar Date").

**PLEASE TAKE FURTHER NOTICE**, that proof of claim forms can be obtained from Rust Consulting, Inc., the Claims Processing Agent, toll- free at 1-800-432-1909 or visit the Grace chapter 11 website at www.bmcgroup.com/wrgrace to request a claim form.

**PLEASE TAKE FURTHER NOTICE** that if you have any questions regarding the Amendments you should contact BMC Group, Inc. at (888) 909-0100 or by email to wrgraceinfo@bmcgroup.com.

**PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments and who fails to file a proof of claim prior to the Bar Date will be bound by the classification and/or amount of liability set forth in the Amendments.

---

[1] The Reorganized Debtors comprise the following entities: W. R. Grace & Co., W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc., Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Bankr. P. 1009 and Rule 1009-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the following entities will receive a copy of the Amendments: (i) those parties that are affected by the Amendments; (ii) the United States Trustee; and (iii) all parties who have requested notice pursuant to Fed. R. Bankr. P. 2002.

Dated:  May 23, 2014

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

_____/s/_ James E. O'Neill_____

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Reorganized Debtors

2

[THIS PAGE INTENTIONALLY LEFT BLANK]



3



02156808624996
NAME
STREET ADDRESS
CITY, STATE ZIP

4

EXHIBIT 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) |
| | ) |

### NOTICE OF AMENDMENTS TO SCHEDULES "F" OF LIABILITIES OF
### REMEDIUM GROUP, INC. (CASE NO. 01-01194-KJC)

| Name | Amended Amt | Original Schedule Amt | Schedule ID |
|---|---|---|---|
| NAME<br>STREET ADDRESS<br>CITY, STATE ZIP | $X.XX | $XX,XXX.XX | XXXXX |

**PLEASE TAKE NOTICE** that on May 23, 2014, Remedium Group, Inc. filed its *Amendments to Schedules of Liabilities – Schedule F of Remedium Group, Inc. (Case No. 01-01194-KJC)*, (the "Amendments") with the United States Bankruptcy Court for the District of Delaware. Outlined is the original scheduled claim amount, if applicable, of the affected party receiving this notice and the corresponding amended amount now being listed for the claim by the appropriate debtor.

**PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments and who disagrees with the amount and/or classification of liability set forth in the Amendments as outlined above (or attached) may file a proof of claim for the amount and/or classification it deems appropriate. The bar date for filing proofs of claim is 21 days from the date of this Notice, or June 13, 2014 (the "Bar Date").

**PLEASE TAKE FURTHER NOTICE**, that proof of claim forms can be obtained from Rust Consulting, Inc., the Claims Processing Agent, toll- free at 1-800-432-1909 or visit the Grace chapter 11 website at www.bmcgroup.com/wrgrace to request a claim form.

---

[1]     The Reorganized Debtors comprise the following entities: W. R. Grace & Co., W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc., Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation.

**PLEASE TAKE FURTHER NOTICE** that if you have any questions regarding the Amendments you should contact BMC Group, Inc. at (888) 909-0100 or by email to wrgraceinfo@bmcgroup.com.

**PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments and who fails to file a proof of claim prior to the Bar Date will be bound by the classification and/or amount of liability set forth in the Amendments.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Bankr. P. 1009 and Rule 1009-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the following entities will receive a copy of the Amendments: (i) those parties that are affected by the Amendments; (ii) the United States Trustee; and (iii) all parties who have requested notice pursuant to Fed. R. Bankr. P. 2002.

Dated:  May 23, 2014

KIRKLAND & ELLIS LLP
Adam C. Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
(312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

_____/s/ James E. O'Neill_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Reorganized Debtors

2

[THIS PAGE INTENTIONALLY LEFT BLANK]



3



02156809563290
NAME
STREET ADDRESS
CITY, STATE ZIP

4

EXHIBIT A

# WR Grace & Co. et al

**Total number of parties: 24**

## Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 56807 | IDAHO STATE TAX COMMISSION, PO BOX 56, BOISE, ID, 83756-0056 | US Mail (1st Class) |
| 56807 | MAINE REVENUE SERVICES, PO BOX 1064, AUGUSTA, ME, 04332-1064 | US Mail (1st Class) |
| 56807 | MONTANA DEPT OF REVENUE, PO BOX 8021, HELENA, MT, 59604-8021 | US Mail (1st Class) |
| 56807 | NEBRASKA DEPT OF REVENUE, PO BOX 94818, LINCOLN, NE, 68509-4818 | US Mail (1st Class) |
| 56807 | TAXATION AND REVENUE DEPT, PO BOX 25127, SANTA FE, NM, 87504-5127 | US Mail (1st Class) |
| 56807 | UTAH STATE TAX COMMISSION, 210 N 1950, W SALT LAKE CITY, UT, 84134-0300 | US Mail (1st Class) |
| 56807 | VERMONT DEPT OF TAXES, CORPORATE INCOME TAX, 133 STATE ST, MONTPELIER, VT, 05633-1401 | US Mail (1st Class) |
| 56807 | WEST VIRGINIA STATE TAX DEPT, INTERNAL AUDITING DIVISION, PO BOX 1202, CHARLESTON, WV, 25324-1202 | US Mail (1st Class) |

**Subtotal for this group: 8**

# EXHIBIT B

## Exhibit B - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 56808 | ALABAMA DEPT OF REVENUE, PO BOX 327435, MONTGOMERY, AL, 36132-7435 | US Mail (1st Class) |
| 56808 | ALABAMA DEPT OF REVENUE, PO BOX 919, LITTLE ROCK, AR, 72203-0919 | US Mail (1st Class) |
| 56808 | COMPTROLLER OF MARYLAND, REVENUE ADMINISTRATION DIV, ANNAPOLIS, MD, 21411-0001 | US Mail (1st Class) |
| 56808 | MICHIGAN DEPT OF TREASURY, PO BOX 30804, LANSING, MI, 48909 | US Mail (1st Class) |
| 56808 | MISSOURI DEPT OF REVENUE, PO BOX 3365, JEFFERSON CITY, MO, 65105-3365 | US Mail (1st Class) |
| 56808 | OKLAHOMA TAX COMMISSION, INCOME TAX, PO BOX 26800, OKLAHOMA CITY, OK, 73126-0800 | US Mail (1st Class) |
| 56808 | PENNSYLVANIA DEPT OF REVENUE, PAYMENT ENCLOSED, PO BOX 280427, HARRISBURG, PA, 17128-0427 | US Mail (1st Class) |
| 56808 | SOUTH CAROLINA, DEPT OF REVENUE, CORPORATE TAXABLE, COLUMBIA, SC, 29214-0033 | US Mail (1st Class) |
| 56808 | STATE OF NEW JERSEY, DIVISION OF TAXATION, REVENUE PROCESSING CENTER, PO BOX 666, TRENTON, NJ, 08646-0666 | US Mail (1st Class) |
| 56808 | STATE OF RHODE ISLAND, DIVISION OF TAXATION, ONE CAPITOL HILL STE 9, PROVIDENCE, RI, 02908-5811 | US Mail (1st Class) |
| 56808 | TENNESSEE DEPT OF REVENUE, ANDREW JACKSON STATE OFFICE BLDG, 500 DEADERICK ST, NASHVILLE, TN, 37242 | US Mail (1st Class) |
| 56808 | TENNESSEE DEPT OF REVENUE, ANDREW JACKSON STATE OFFICE BDG, 500 DEADERICK ST, NASHVILLE, TN, 37242 | US Mail (1st Class) |
| 56808 | VIRGINIA DEPT OF TAXATION, PO BOX 1500, RICHMOND, VA, 23218-1500 | US Mail (1st Class) |

Subtotal for this group:  13

EXHIBIT C

**Exhibit C - WR Grace & Co. et al**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 56809 | FAIR HARBOR CAPITAL LLC, (TRANSFEROR: ICI EXPLOSIVES USA INC OB OF ORICK USA), ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY, 10023 | US Mail (1st Class) |
| 56809 | ICI EXPLOSIVES USA INC ON BEHALF OF ORICK USA, TOM JEFFREY, 33101 EAST QUINCY AVE, WATKINS, CO, 80137 | US Mail (1st Class) |
| 56809 | KIRKLAND & ELLIS, 300 NORTH LASALLE, CHICAGO, IL, 60654 | US Mail (1st Class) |

**Subtotal for this group: 3**

WR Grace & Co. et al