## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 32123 |
| | ) | |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 32123 (SEVENTEENTH QUARTERLY AND FINAL APPLICATION OF THE HOGAN FIRM FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS FOR THE INTERIM FEE PERIOD FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Seventeenth Quarterly and Final Application of The Hogan Firm for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Representative Counsel for the Canadian ZAI Claimants for the Interim Period from January 1, 2014 through February 3, 2014 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, May 27, 2014.

Dated: May 30, 2014                    Respectfully submitted,

                            By:    /s/ Daniel K. Hogan
                                   Daniel K. Hogan (DE Bar No. 2814)
                                   THE HOGAN FIRM
                                   1311 Delaware Avenue
                                   Wilmington, Delaware 19806
                                   Telephone: 302.656.7540
                                   Facsimile: 302.656.7599
                                   Email: dkhogan@dkhogan.com
                                   **Counsel to the Representative Counsel As Special Counsel for the Canadian ZAI Claimants**