IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 32239 |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 32239

Comes now, The Hogan Firm, and respectfully requests that the Court withdraw the Certificate of No Objection Regarding the Seventeenth Quarterly and Final Application of Lauzon Bélanger Lespérance for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Interim Fee Period from January 1, 2014 through February 3, 2014, that was filed on May 30, 2014, as document number 32239 from the case record.

Dated: May 30, 2014                    Respectfully submitted,

By:   */s/ Daniel K. Hogan*
      Daniel K. Hogan (DE Bar No. 2814)
      THE HOGAN FIRM
      1311 Delaware Avenue
      Wilmington, Delaware 19806
      Telephone: 302.656.7540
      Facsimile: 302.656.7599
      Email: dkhogan@dkhogan.com
      **Counsel to the Representative Counsel for the Canadian ZAI Claimants**