IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

Objection Deadline: May 27, 2014 at 4:00 p.m.
Hearing Date: To be determined, if necessary

### NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING ONE HUNDRED-FORTY-SECOND MONTHLY APPLICATION OF BMC GROUP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014 [DOCKET NO. 32137]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *One Hundred-Forty-Second Monthly Application of BMC Group for Compensation for Services Rendered and Reimbursement of Expenses as Claims Reconciliation and Solicitation Consultant to the Debtors for the Period from January 1, 2014 through February 3, 2014* (the "Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than May 27, 2014.

---

[1] The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

DOCS_DE:186178.15 91100/001

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay BMC $76,697.20, which represents 80% of the fees ($95,871.50), and $8,624.58, which represents 100% of the expenses requested in the Application for the period January 1, 2014 through February 3, 2014, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: May 30, 2014

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel to Debtors and Debtors-in-Possession