IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |
| | ) | |

**DECLARATION OF SERVICE REGARDING:**

Docket No. 32228     ORDER DISALLOWING EMPLOYEE CLAIMS (SUBSTANTIVE) [Re: Docket Nos. 32037 and 32225]

I, Mabel Soto, state as follows:

1.  I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 300 North Continental Boulevard, Suite 570, El Segundo, California 90245.

2.  On June 2, 2014, at the direction of the Law Offices of Roger Higgins, LLC, co-counsel to the reorganized debtors in the above-captioned cases, I caused the above-referenced document to be served on the parties referenced in Exhibit A via the mode of service described therein.

///

---

[1] The Reorganized Debtors comprise the following entities: W. R. Grace & Co., W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc., Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation..

Exhibit A        Address List regarding Docket No. 32228
- Those parties who have requested special notice and the Core Group are referenced in Service List 56937
- The Affected Parties are referenced in Service List 56938

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 3rd day of June 2014 at Paramount, California.

_____

Mabel Soto

# EXHIBIT A

# WR Grace & Co. et al

**Total number of parties: 93**

### Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 56938 | AKERS, JOHN F, ONE STURGES HWY, WESTPORT, CT, 06880 | US Mail (1st Class) |
| 56937 | ANDERSON KILL P.C., RM HORKOVICH, ESQ, RY CHUNG, ESQ, (RE: SP INS COV ATTY-CTEE ASB PI CLMNTS), 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1182 | US Mail (1st Class) |
| 56937 | ATTORNEY AND COUNSELOR, ALAN B. RICH, ESQUIRE, (RE: HON. ALEX. M SANDERS JR.,PDFCR), 4244 RENAISSANCE TOWER, 1201 ELM STREET, DALLAS,, TX, 75270 | US Mail (1st Class) |
| 56938 | BARCLAY, PERCY, AVE STA CRUZ 949, DEPT 202, MI FLORES, LIMA18 PERU | US Mail (1st Class) |
| 56937 | BARNWELL WHALEY PATERSON ET AL, M DAWES COOKE JR. ESQ, (RE: EDWARD COTTINGHAM ZAI TRUSTEE), 288 MEETING ST, STE 200 (29401), POST OFFICE DRAWER H, CHARLESTON, SC, 29402 | US Mail (1st Class) |
| 56937 | BARNWELL WHALEY PATRSN & HELMS LLC, M. DAWES COOKE, ESQUIRE, (RE: COUNSEL FOR ASBESTOS PD TRUST 7B), P.O. DRAWER H, CHARLESTON, SC, 29402 | US Mail (1st Class) |
| 56938 | BENFORD, AUDREY, 13856 RUSSELL ZEPP DR, CLARKSVILLE, MD, 21029 | US Mail (1st Class) |
| 56938 | BENFORD, AUDREY M, 13856 RUSSELL ZEPP DR, CLARKSVILLE, MD, 21029 | US Mail (1st Class) |
| 56938 | BOLDUC, J P, C/O GEORGE J MARCUS, MARCUS CLEGG & MISTRETTA PA, 100 MIDDLE ST - EAST TOWER, PORTLAND, ME, 04101 | US Mail (1st Class) |
| 56937 | CAIRNCROSS & HEMPELMANN PS, JOHN R RIZZARDI, JESSICA TSAO, (RE: PLUM CREEK TIMBERLANDS LP), 524 SECOND AVENUE, STE 500, SEATTLE, WA, 98104-2323 | US Mail (1st Class) |
| 56937 | CAMPBELL & LEVINE, LLC, MR ESKIN, ESQ, MT HURFORD, ESQ, (RE: COUNSEL TO ASBESTOS PI TRUST), 222 DELAWARE AVENUE, SUITE 1620, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 56937 | CAMPBELL & LEVINE, LLC, PHILIP E. MILCH, ESQUIRE, (RE: COUNSEL TO ASBESTOS P1 TRUST), 1700 GRANT BUILDING, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 56937 | CAPLIN & DRYSDALE, CHARTERED, ANN MCMILLAN, ESQUIRE, (RE: COUNSEL TO ASBESTOS P1 COMMITTEE), ONE THOMAS CIRCLE, N.W., STE 1100, WASHINGTON, DC, 20005-5802 | US Mail (1st Class) |
| 56937 | CAPLIN & DRYSDALE, CHARTERED, ELIHU INSELBUCH, ESQUIRE, (RE: COUNSEL TO ASBESTOS P1 COMMITTEE), 600 LEXINGTON AVENUE, 2L FLOOR, NEW YORK, NY, 10022-6000 | US Mail (1st Class) |
| 56938 | CONFEDERACION DE PENSIONADOS DE COLOMBIA, C/O ERNESTO FORERO VARGAS, TRASVERSAL 6 NO 27-10 PISO 6, BOGOTA,  COLOMBIA | US Mail (1st Class) |
| 56938 | CONFEDERACION DE PENSIONADOS DE COLUMBIA, C/O NICOLAS J GUTIERREZ JR ESQ, GUTIERREZ ZARRALUQUI & FRANCO LLP, DOUGLAS ENTRANCE SOUTH TOWER, 806 DOUGLAS RD STE 625, CORAL GABLES, FL, 33134 | US Mail (1st Class) |
| 56938 | CONFEDERACION DE PENSIONADOS DE COLUMBIA, C/O NICOLAS J GUTIERREZ JR ESQ, GUTIERREZ ZARRALUQUI & FRANCO LLP, DOUGLAS ENTRANCE SOUTH TOWER, 806 DOUGLAS RD STE 625, CORAL GABLES, FL, 33134 | US Mail (1st Class) |
| 56937 | COTTINGHAM LAW FIM LLC, EDWARD B COTTINGHAM JR TRUSTEE, (RE: ZAI TRUST), 317 WINGO WAY, STE 303, MT. PLEASANT, SC, 29464 | US Mail (1st Class) |
| 56937 | COX SMITH MATTHEWS INCORPORATED, DEBORAH D. WILLIAMSON, ESQUIRE, (RE: COUNSELFOR ASBESTOS PD TRUST 7A), 112 E. PECAN STREET, SUITE 1800, SAN ANTONIO, TX, 78205 | US Mail (1st Class) |
| 56938 | DUFFY, EDWARD W, 5601 DUNROBIN DR, UNIT 5302, SARASOTA, FL, 34238-8504 | US Mail (1st Class) |
| 56938 | DUFFY, EDWARD W, 5601 DUNROBIN DR, UNITE 5302, SARASOTA, FL, 34238-8504 | US Mail (1st Class) |
| 56937 | EDWARDS WILDMAN PALMER LLP, JONATHAN YOUNG, MICHAEL KIND, (RE: CNA COMPANIES), 225 WEST WACKER DRIVE, CHICAGO, IL, 60606-1229 | US Mail (1st Class) |
| 56938 | ELIGIBLE PERSONS AS DEFINED ON & COVERED, BY WR GRACE & CO SERP 1/1/1993, C/O ROBERT PILIERO ESQ, MICHELMAN & ROBINSON LLP, 800 THIRD AVE 24TH FL, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 56938 | ELIGIBLE PERSONS AS DEFINED ON & COVERED, BY WR GRACE & CO SERP 1/1/1993, C/O LAURENCE J KAISER ESQ, PILIERO GOLDSTEIN KAISER & MITCHELL, 10 E 53RD ST, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 56938 | ELIGIBLE PERSONS AS DEFINED ON & COVERED, UNDER WR GRACE & CO SERP 1/1/1993, C/O LAURENCE J KAISER ESQ, PILIERO GOLDSTEIN KAISER & MITCHELL LLP, 10 E 53RD ST, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 56938 | ELIGIBLE PERSONS AS DEFINED ON & COVERED, BY WR GRACE & CO SERP 1/1/1993, C/O BERNARD SCHULTE, 5 OSPREY CT, OCEAN RIDGE, FL, 33435 | US Mail (1st Class) |
| 56938 | ELIGIBLE PERSONS AS DEFINED ON AND COVER, C/O BERNARD SCHULTE, 5 OSPREY CT, OCEAN RIDGE, FL, 33435 | US Mail (1st Class) |
| 56938 | ERHART JR, CHARLES H, 149 E 73RD ST, NEW YORK, NY, 10021 | US Mail (1st Class) |
| 56938 | ERHART JR, CHARLES H, 15 PIPER ROAD, UNIT J125, SCARBOROUGH, ME, 04074 | US Mail (1st Class) |

## Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 56938 | ERHART JR, CHARLES H, 149 E 73D ST, NEW YORK, NY, 10021 | US Mail (1st Class) |
| 56938 | ESTATE OF EBEN W PYNE, LILLIAN STOKES PYNE-CORBIN, 81 FRALEIGH HILL RD, MILLBROOK, NY, 12545 | US Mail (1st Class) |
| 56938 | EUSTIS, ALBERT A, C/O DAVID A EUSTIS, EXECUTOR, 1446 RUGBY RD, CHARLOTTESVILLE, VA, 22903 | US Mail (1st Class) |
| 56937 | FOSTER & SEAR LLP, ROGER HEATH ESQ, (RE: ASBESTOS CREDITORS), 817 GREENVIEW DRIVE, GRAND PRAIRIE, TX, 75050 | US Mail (1st Class) |
| 56938 | FOX, DR MARYE ANN, 5926 SAGEBRUSH RD, LA JOLLA, CA, 92037 | US Mail (1st Class) |
| 56938 | FOX, DR MARYE ANN, NORTH CAROLINA STATE UNIV, OFFICE OF THE CHANCELLOR, 20 WATAUGA CLUB DR, BOX 7001/A HOLLADAY HALL, RALEIGH, NC, 27695-7001 | US Mail (1st Class) |
| 56937 | FRANKEL WYRON LLP WRG, ROGER FRANKEL, ESQUIRE, (RE: THE FUTURE CLAIMANTS' REP), 2101 L. STREET, N.W., SUITE 800, WASHINGTON, DC, 20037 | US Mail (1st Class) |
| 56938 | FRICK, JAMES W, 720 S COLLIER BLVD UNIT #306, MARCO ISLAND, FL, 34145 | US Mail (1st Class) |
| 56938 | FURLOTTE, PAUL V, 620 MASTERS WAY, PALM BEACH GARDNS, FL, 33418 | US Mail (1st Class) |
| 56938 | GOERGE J MARCUS, (RE: BENFORD, AUDREY M), MARCUS CLEGG & MISTRETTA PA, 100 MIDDLE ST - EAST TOWER, PORTLAND, ME, 04101 | US Mail (1st Class) |
| 56938 | GRACE, MARGARET F, 11 ELDERSFIELDS RD, MANHASSET, NY, 11030 | US Mail (1st Class) |
| 56938 | GRACE, MARGARET F, C/O BRESLOW & WALKER LLP, ATTN: JOEL M WALKER, 767 THIRD AVE, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 56938 | GRACE, MARGARET F, C/O BRESLOW & WALKER LLP, ATTN JOEL M WALKER, 767 THIRD AVE, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 56938 | GRAF, CARL N, 115 FIELD POINT CIR, GREENWICH, CT, 06830 | US Mail (1st Class) |
| 56937 | HANKIN MANAGEMENT COMPANY, MARK HANKIN, LOU HIBAN, (RE: HANMAR), PO BOX 26767, ELKINS PARK, PA, 19027 | US Mail (1st Class) |
| 56938 | HEMPHILL, ADLEY W, 110 QUAIL HOLLOW DR, PINEHURST, NC, 28374 | US Mail (1st Class) |
| 56938 | HEMPHILL, ADLEY W, 1600 MORGANTON RD, LOT X1, PINEHURST, NC, 28374-6958 | US Mail (1st Class) |
| 56938 | JENKINS, GEORGE P, C/O RICHARD JENKINS, 170 GATES AVE, MONTCLAIR, NJ, 07042 | US Mail (1st Class) |
| 56938 | JENKINS, GEORGE P, 459 PASSAIC AVE APT 146, WEST CALDWELL, NJ, 07005-7459 | US Mail (1st Class) |
| 56937 | KAPLAN, STRANGIS AND KAPLAN, P.A., JAMES C. MELVILLE, ESQ., (RE: ASBESTOS PI TRUST), 5500 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN, 55402 | US Mail (1st Class) |
| 56937 | KEATING MUETHING & KIEKAMP PLL, EDWARD STEINER, ESQ., (RE: ASBESTOS PI TRUST), ONE EAST FOURTH STREET, SUITE 1400, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 56937 | KIRKLAND & ELLIS LLP, JOHN DONLEY, ESQ, ADAM PAUL, ESQ, (RE: CO-COUNSEL TO REORGANIZED DEBTOR), 300 NORTH LASALLE, CHICAGO, IL, 60654 | US Mail (1st Class) |
| 56937 | KRAMER LEVIN NAFTALIS & FRANKEL LLP, DAVID E BLABEY, JR, (RE: EQUITY COMMITTEE), 1177 AVENUE OF THE AMERICAS, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 56937 | LATHAM & WATKINS, DAVID S. HELLER, ESQ., SEARS TOWER, SUITE 5800, 233 SOUTH WACKER DRIVE, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 56937 | LAUZON BELANGER LESPERANCE INC., Y LAUZON, ESQ, M. BELANGER, ESQ, (RE: COUNSEL TO CANADIAN ZAI CLAIMANTS), 286, RUE ST-PAUL OUEST, BUREAU 100, MONTREAL, QC, H2Y 2A3 CANADA | US Mail (1st Class) |
| 56938 | LAVEN, DONALD J, 8667 SE ANTIGUA WAY, JUPITER, FL, 33458 | US Mail (1st Class) |
| 56938 | LIGHT, RONALD K, 19106 SE CORAL REEF LN, JUPITER, FL, 33458 | US Mail (1st Class) |
| 56937 | LOCKE LORD LLP, GREG A LOWRY ESQ, (RE: SAMSON HYDROCARBONS), 2200 ROSS AVENUE, STE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 56938 | MCQUADE, LAWRENCE C, 125 E 72 ST, NEW YORK, NY, 10021 | US Mail (1st Class) |
| 56938 | MCQUADE, LAWRENCE C, 125 E 72ND ST, NEW YORK, NY, 10021 | US Mail (1st Class) |
| 56938 | MELISSA PUELICHER TRUST, C/O M&I INSTITUTIONAL SERVICES, ATTN C KUYKENDALL, 111 EAST KILBOURN AVE STE 200, MILWAUKEE, WI, 53202 | US Mail (1st Class) |
| 56938 | MELISSA PUELICHER TRUST, ATTN: HENRY E FULDNER, GODFREY & KAHN SC, 780 N WATER ST, MILWAUKEE, WI, 53202 | US Mail (1st Class) |
| 56938 | MILLIKEN, ROGER, 627 OTIS BLVD, SPARTANBURG, SC, 29302 | US Mail (1st Class) |
| 56937 | MONZACK MERSKY MCLAUGHLIN ET AL, RACHEL B MERSKY ESQ, (RE: SAMSON HYDROCARBONS), 1201 N ORANGE STREET, STE 400, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 56937 | PACHULSKI STANG ZIEHl & JONES LLP, L DAVIS JONES, ESQ, JE O'NEILL, ESQ, (RE: COUNSEL TO REORGANIZED DEBTORS), 919 NORTH MARKET ST, 17 1H FLOOR, WILMINGTON, DE, 19899-8705 | US Mail (1st Class) |
| 56938 | PAGANUCCI, MARILYN, 33 ROPE FERRY RD, HANOVER, NH, 03755 | US Mail (1st Class) |
| 56938 | PAGANUCCI, MARILYN, DASCHBACH COOPER HOTCHKISS & C, ATTN THOMAS C CSATARI ESQ, PO BOX 191, LEBANON, NH, 03766 | US Mail (1st Class) |

## Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 56938 | PENSION BENEFIT GUARANTY CORPORATION, BRAD Q ROGERS ESQ, OFFICE OF THE GENERAL COUNSEL, 1200 K ST NW STE 340, WASHINGTON, DC, 20005-4026 | US Mail (1st Class) |
| 56938 | PENSION BENEFIT GUARANTY CORPORATION, C/O BRAD Q ROGERS ESQ, OFFICE OF THE GENERAL COUNSEL, 1200 K ST NW STE 340, WASHINGTON, DC, 20005-4026 | US Mail (1st Class) |
| 56938 | PENSION BENEFIT GUARANTY CORPORATION, C/O PAULA A GALBRAITH, 919 N MARKET ST 16TH FLR, PO BOX 8705, WILMINGTON, DE, 19899-8705 | US Mail (1st Class) |
| 56937 | PEPPER HAMILTON LLP, EDWARD C TOOLE JR ESQ, (RE: BNSF RAILWAY COMPANY), 3300 TWO LOGAN SQUARE, EIGHTEENTH AND ARCH STREETS, PHILADELPHIA, PA, 19103-2799 | US Mail (1st Class) |
| 56937 | PEPPER HAMILTON, LLP, DAVID M FOURNIER, JAMES C CARIGNAN, (RE: HANMAR & BNSF RAILWAY CO), 1313 MARKET STREET, STE 5100, PO BOX 1709, WILMINGTON, DE, 19899-1709 | US Mail (1st Class) |
| 56937 | PHILLIPS, GOLDMAN & SPENCE, P.A., JOHN C. PHILLIPS, JR., ESQUIRE, (RE: CO-COUNSELFOR ROGER FRANKEL FCR), 1200 NORTH BROOM STREET, WILMINGTON, DE, 19806 | US Mail (1st Class) |
| 56937 | POLSINELLI PC, CHRISTOPHER A WARD, (RE: PLUM CREEK TIMBERLANDS LP), 222 DELAWARE AVENUE, STE 1101, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 56937 | RICHARDSON PATRICK WESTBROOK ET AL, EDWARD J WESTBROOK ESQ, (RE: COUNSEL TO ZAI CLAIMANTS), 1037 CHUCK DAWLEY BLVD, BLDG A, MT. PLEASANT, SC, 29464 | US Mail (1st Class) |
| 56937 | SEITZ, VAN OGTROP & GREEN, P.A., R. KARL HILL, ESQUIRE, (RE: COUNSEL TO PD FUTURE CLAIMANT REP), 222 DELAWARE AVENUE, SUITE 1500, P.O. BOX 68, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 56938 | STURGIS, WILLIAM B, 209 WILMINGTON RD, GREENVILLE, SC, 29615 | US Mail (1st Class) |
| 56938 | STURGIS, WILLIAM B, MARTHA E STURGIS, 209 WILMINGTON RD, GREENVILLE, SC, 29615 | US Mail (1st Class) |
| 56937 | THE BAYARD FIRM, STEVEN M. YODER, ESQ., 222 DELAWARE AVENUE, SUITE 900, P.O. BOX 25130, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 56937 | THE COTTINGHAM LAW FIRM, EDWARD B. COTTINGHAM, JR., ESQUIRE, (RE: TRUSTEE - ASBESTOS PD TRUST 7B), 317 WINGO WAY, SUITE 303, P.O. BOX 810, MT. PLEASANT, SC, 29465 | US Mail (1st Class) |
| 56937 | THE HOGAN FIRM, DANIEL K. HOGAN, ESQUIRE, (RE: COUNSEL TO CANADIAN ZAI CLAIMANTS), 1311 DELAWARE AVENUE, WILMINGTON, DE, 19806 | US Mail (1st Class) |
| 56937 | THE LAW OFCS OF ROGER HIGGINS, LLC, ROGER J. HIGGINS, ESQUIRE, (RE: COUNSEL TO REORGANIZED DEBTOR), 1 NORTH BISHOP STREET, SUITE 14, CHICAGO, IL, 60607-1823 | US Mail (1st Class) |
| 56937 | UNITED STATES DEPT OF JUSTICE, ARI D KUNOFSKY, TRIAL ATTORNEY, TAX DIVISION, PO BOX 227, WASHINGTON, DC, 20044 | US Mail (1st Class) |
| 56937 | UNITED STATES OF AMERICA, MICHAEL R SEW HOY, CIVIL DIVISON, US DEPT OF JUSTICE, 1100 L STREET NW, ROOM 10048, WASHINGTON, DC, 20005 | US Mail (1st Class) |
| 56937 | US DEPT OF JSTCE, OFC OF THE US TTE, RICHARD L. SCHEPACARTER, TRIAL ATTY, (RE: UNITED STATES TRUSTEE), 844 KING STREET, SUITE 2207, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 56938 | VAN DELFT-HAYTEMA, ANKIE, 120 COOPER DR, PO BOX 5, SANTEE, SC, 29142 | US Mail (1st Class) |
| 56938 | VAN DELFT-HAYTEMA, ANKIE, C/O DRS. A.B. NOORDS, KENNEMERSTRAATWEG 79/C, ALKMAAR, 1814 GC NETHERLANDS (HOLLAND) | US Mail (1st Class) |
| 56938 | VANCE, GRACE S, MAHONEY COHEN & CO, 1065 AVE OF THE AMERICAS - 12TH FL, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 56937 | W. R. GRACE & CO., ATTN: MARK SHELNITZ, (RE: REORGANIZED DEBTOR), 7500 GRACE DRIVE, COLUMBIA, MD, 21044 | US Mail (1st Class) |
| 56937 | W. R. GRACE & CO., ATTN: RICHARD FINKE, (RE: REORGANIZED DEBTOR), 7500 GRACE DRIVE, COLUMBIA, MD, 21044 | US Mail (1st Class) |
| 56937 | WOMBLE CARLYLE SANDRIDGE & RICE LLP, F MONACO JR, K MANGAN, M WARD, (RE: STATE OF MONTANA, CROWN), 222 DELAWARE AVENUE, STE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 56937 | WRG ASBESTOS PI TRUST DO ARPC, B. THOMAS FLORENCE, EXEC DIR, (RE: ASBESTOS PI TRUST), 1220 19TH STREET NW, SUITE 700, WASHINGTON, DC, 20036 | US Mail (1st Class) |
| 56937 | WRG ASBESTOS PD TRUST, RICHARD B. SCHIRO, (RE: TRUSTEE -ASBESTOS PD TRUST 7A), 2706 FAIRMOUNT STREET, DALLAS, TX, 75201-1958 | US Mail (1st Class) |
| 56937 | WRG ASBSTS PD TRUST DO WLMNGTON TR, RICHARD B. SCHIRO, (RE: ASBESTOS PD TRUST 7A), ATTN: CORPORATE TRUST ADMIN, 1100 N. MARKET STREET, WILMINGTON, DE, 19890-1625 | US Mail (1st Class) |

**Subtotal for this group: 93**