**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE | : | |
| | : | Chapter 11 |
| W. R. GRACE & CO. | : | |
| | : | Case No. 01-01139 (KJC) |
| Debtor. | : | Related Docket Item: 32073 |

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO**
**ONE HUNDRED AND THIRTY-SECOND MONTHLY FEE APPLICATION OF**
**PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS**
**FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014**

On April 29, 2014, PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax

Consultants to the Debtors filed its  One Hundred and Thirty-Second Monthly Fee Application

for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2014

Through February 3, 2014 (Docket No. 32073) (the "Application").  The notice filed with the

Application provided an objection deadline of 4:00 pm (Eastern Standard Time) on May 19,

2014.  The undersigned hereby certifies that no answer, objection or any responsive pleading

with respect to the Application has been filed with the Court.

Pursuant to the Administrative Order Pursuant to Sections 105 and 331 of the Bankruptcy

Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals dated December 31, 2001 ("the Order"), the Debtor is authorized to pay PwC

$619,778.80 which represents eighty percent (80%) of the fees and $11,665.45 which represents

100% of the expenses requested in the Application upon the filing of this Certification and

without the need for entry of a Court order approving the Application.

02411:PLDG:10236976.DOC.1

Dated:  June 9, 2014                SMITH, KATZENSTEIN & JENKINS LLP

/s/Kathleen M. Miller
Kathleen Miller (I.D.  No. 2898)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone:  302-652-8400
Facsimile:  302-652-8405
Email: Kmiller@skjlaw.com

Attorneys for PricewaterhouseCoopers LLP

## CERTIFICATE OF SERVICE

I hereby certify that on the **9th** day of **June 2014** a copy of the *No Order Required Certification of No Objection to One Hundred and Thirty-Second Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2014 Through February 3, 2014* was served on the following parties in the manner herein indicated:

Mark Shelnitz, Senior Vice President and
General Counsel
Richard C. Finke, Esquire
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
VIA U.S. MAIL / E-MAIL IN
PDF FORMAT TO
mark.shelnitz@grace.com
richard.finke@grace.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young &
Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
VIA E-MAIL IN PDF FORMAT
TO  ljones@pszjlaw.com

Neil Glassman, Esq.
Kathryn Sallie, Esq.
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT
TO nglassman@bayardlaw.com

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
VIA E-MAIL IN PDF FORMAT
TO mlastowski@duanemorris.com

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
VIA E-MAIL IN PDF FORMAT
TO ttacconelli@ferryjoseph.com

Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street
Suite 300
Wilmington, DE 19801
VIA E-MAIL IN PDF FORMAT
TO mhurford@camlev.com

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue
Wilmington DE  19801
VIA E-MAIL IN PDF FORMAT
TO tcurrier@saul.com.

Richard Schepacarter
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801
VIA U.S. MAIL

Roger J. Higgins, Esq.
The Law Offices of Roger Higgins, LLC
111 East Wacker Dr.
Suite 2800
Chicago, IL 60601
VIA E-MAIL IN PDF FORMAT TO
rhiggins@rogerhigginslaw.com

02411:PLDG:10236976.DOC.1

Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
VIA E-MAIL IN PDF FORMAT
TO douglas.bacon@lw.com and
carol.hennessey@lw.com

Denise K. Wildes, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
VIA E-MAIL IN PDF FORMAT TO
dwildes@stroock.com

Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
VIA E-MAIL IN PDF FORMAT
TO jsakalo@bilzin.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
VIA E-MAIL IN PDF FORMAT
TO pvnl@capdale.com

Philip Bentley, Esq.
Kramer, Levin, Naftalis &
Frankel, LLP
919 Third Avenue
New York, NY 10022
VIA E-MAIL IN PDF FORMAT
TO pbentley@kramerlevin.com

Warren H. Smith
Warren H. Smith & Associates
2235 Ridge Road
Suite 105
Rockwall, TX 75087
VIA U.S. MAIL/E-MAIL IN AN
ELECTRONIC FORMAT TO
feeaudit@whsmithlaw.com

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
VIA E-MAIL IN PDF FORMAT
TO joneill@pszyj.com

*/s/Kathleen M. Miller*
Kathleen M. Miller (ID No. 2898)