IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Reorganized Debtors.** | ) | |
| | ) | |

**DECLARATION OF SERVICE REGARDING:**

Docket     NOTICE OF REORGANIZED DEBTORS' MOTION FOR AN ORDER
No. 32250  EXTENDING THE CHAPTER 11 PLAN DEADLINE BY WHICH THE
           REORGANIZED DEBTORS MAY OBJECT TO CLAIMS

REORGANIZED DEBTORS' MOTION FOR AN ORDER EXTENDING
THE CHAPTER 11 PLAN DEADLINE BY WHICH THE REORGANIZED
DEBTORS MAY OBJECT TO CLAIMS [excluding Certificate of Service]

I, Mireya Carranza, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 300 North Continental Boulevard, Suite 570, El Segundo, California 90245.

2. On June 11, 2014, at the direction of the Law Offices of Roger Higgins, LLC, co-counsel to the reorganized debtors in the above-captioned cases, I caused the above-referenced documents to be served on the Parties referenced in Exhibit A via the mode of service described therein.

---

[1] The Reorganized Debtors comprise the following entities: W. R. Grace & Co., W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc., Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation..

Exhibit A	The Affected Parties Address List regarding Docket No. 32250

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 12 day of June 2014 at Paramount, California.

*signature*
Mireya Carranza

**EXHIBIT A**

# WR Grace & Co. et al

Total number of parties: 96

### Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 57054 | 3M CO - FKA MINNESOTA MINING AND MANUFACTURING CO, C/O ANN MARIE HANRAHAN ESQ, OFFICE OF THE GENERAL COUNSEL, 3M CENTER PO BOX 33428, SAINT PAUL, MN, 55133-3428 | US Mail (1st Class) |
| 57054 | AKZO NOBEL SURFACE CHEMISTRY LLC, ATTN LAWRENCE BURDICK ESQ, THOMPSON HINE LLP, AUSTIN LANDING I, 10050 INNOVATION DR STE 400, DAYTON, OH, 45342-4934 | US Mail (1st Class) |
| 57054 | ANDREWS & KURTH LLP, (RE: WEATHERFORD INTERNATIONAL INC), 450 LEXINGTON AVE 15TH FL, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 57054 | ARCHER JR, DAVID L, 129 WOOD CIR, IOWA PARK, TX, 76367-1127 | US Mail (1st Class) |
| 57054 | ARCHER, MICHELLE B, 129 WOOD CIR, IOWA PARK, TX, 76367-1127 | US Mail (1st Class) |
| 57054 | ARGO PARTNERS, (TRANSFEROR: IRVING SHAFFER AS TRUSTEE SHAFFER REAL), 12 WEST 37TH ST, 9TH FLOOR, NEW YORK, NY, 10018 | US Mail (1st Class) |
| 57054 | ARIZONA DEPT OF REVENUE, BANKRUPTCY LITIGATION SECTION, 1600 W MONROE, PHOENIX, AZ, 85007 | US Mail (1st Class) |
| 57054 | ARMSTRONG WORLD INDUSTRIES INC, ATTN KENNETH L JACOBS ESQ, 2500 COLUMBIA AVE, LANCASTER, PA, 17522 | US Mail (1st Class) |
| 57054 | BANTA, DR CHARLES J, C/O GEOFFREY B SPENCER, 2005 WOODBROOK DR, DENTON, TX, 76205 | US Mail (1st Class) |
| 57054 | BNSF RAILWAY COMPANY, 2600 LOU MENK DR, FORT WORTH, TX, 76131-2828 | US Mail (1st Class) |
| 57054 | BRASFIELD & GORRIE LLC, BRADLEY ARANT BOULT CUMMINGS L, 1819 5TH AVE N, BIRMINGHAM, AL, 35203 | US Mail (1st Class) |
| 57054 | CENTURY INDEMNITY COMPANY ET AL, C/O LEONARD P GOLDBERGER ESQ, WHITE AND WILLIAMS LLP, 1800 ONE LIBERTY PL, PHILADELPHIA, PA, 19103-7395 | US Mail (1st Class) |
| 57054 | CITIBANK NA INC, ATTN TREVOR S HOUSTON CFA, INSTITUTIONAL RECOVERY MANAGEMENT, 388 GREENWICH ST, 21ST FL, NEW YORK, NY, 10013 | US Mail (1st Class) |
| 57054 | CITY OF SAN ANTONIO PUBLIC SERVICE, PO BOX 1771, 145 NAVARRO, SAN ANTONIO, TX, 78296 | US Mail (1st Class) |
| 57054 | CNA COMPANIES, WILDMAN, HARROLD, ALLEN & DIXO, JEFFREY L GANSBERG, 225 W WACKER DR, STE 3000, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 57054 | COMMONWEALTH OF MASSACHUSETTS, LITIGATION BUREAU - BANKRUPTCY UNIT, BOX 9564, BOSTON, MA, 02114-9564 | US Mail (1st Class) |
| 57054 | CPI PACKAGING INC, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 57054 | CRYOVAC INC & CERTAIN AFFILIATES LISTED ON ANNEX A, C/O SEALED AIR CORPORATION, ATTN: H KATHERINE WHITE, PARK 80 E, SADDLE BROOK, NJ, 07663 | US Mail (1st Class) |
| 57054 | CUMMINGS PROPERTIES LLC, C/O SUSAN F BRAND ESQ, 200 W CUMMINGS PARK, WOBURN, MA, 01801 | US Mail (1st Class) |
| 57054 | DOW CHEMICAL COMPANY, THE, ATTN: KATHLEEN MAXWELL LEGAL DEPT, 2030 DOW CENTER/OFFICE 732, MIDLAND, MI, 48674 | US Mail (1st Class) |
| 57054 | ESTATE OF JEFFREY CHWALA, ATTORNEY DANIEL R FREUND, PO BOX 222, EAU CLAIRE, WI, 54702-0222 | US Mail (1st Class) |
| 57054 | ETHYL CORPORATION, C/O ANDREE M CULLENS/DAVID M BIENVENU JR, TAYLOR PROTER BROOKS AND PHILLIPS, BANK ONE CENTRE 8TH FLR, 451 FLORIDA ST, BATON ROUGE, LA, 70801 | US Mail (1st Class) |
| 57054 | FLORIDA DEPT OF REVENUE, PO BOX 6668, TALLAHASSEE, FL, 32314-6668 | US Mail (1st Class) |
| 57054 | FRESENIUS MEDICAL CARE HOLDINGS INC, DAVID S ROSENBLOOM ESQ, MCDERMOTT WILL & EMERY, 227 W MONROE ST, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 57054 | GAF CORP G-I HOLDINGS AND ITS AFFILIATES, C/O JOSEPH LUBERTAZZI JR ESQ, MCCARTER & ENGLISH LLP, FOUR GATEWAY CENTER, 100 MULBERRY ST, NEWARK, NJ, 07102 | US Mail (1st Class) |
| 57054 | GAMMA HOLDING NV, C/O MICHAEL DAM, GENERAL COUNSEL, PO BOX 80, 5700 AB HELMOND, THE NETHERLANDS | US Mail (1st Class) |
| 57054 | GERMAN AMERICAN REAL ESTATE CORP, C/O JOHN W HATHAWAY, 701 5TH AVE STE 4600, SEATTLE, WA, 98104 | US Mail (1st Class) |
| 57054 | GREY, ESQ, JOSEPH, (RE: THE HOME INSURANCE COMPANY), STEVENS & LEE, 300 DELAWARE AVE # 800, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 57054 | GTE OPERATIONS SUPPORT INC, C/O CRAIG A SLATER ESQ, HARTER SECREST & EMERY LLP, 12 FOUNTAIN PLAZA STE 400, BUFFALO, NY, 14202-2293 | US Mail (1st Class) |
| 57054 | GTE OPERATIONS SUPPORT INC, HARTER SECREST & EMERY, ATTN: CRAIG A SLATER, TWELVE FOUNTAIN PLAZA STE 400, BUFFALO, NY, 14202 | US Mail (1st Class) |

# Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 57054 | HAMPSHIRE CHEMICAL CORP, C/O DILWORTH PAXSON LLP, ANNE MARIE P KELLEY ESQ, LIBERTYVIEW-STE 700, 457 HADDONFIELD RDPO BOX 2570, CHERRY HILL, NJ, 08034 | US Mail (1st Class) |
| 57054 | HOME SAVING TERMITE CONTROL INC, C/O PRINDLE DECKER & AMARO, 310 GOLDEN SHORE 4TH FL, LONG BEACH, CA, 90802 | US Mail (1st Class) |
| 57054 | INDIANA DEPT OF REVENUE, 100 N SENATE AVE, BANKRUPTCY SECTION ROOM N-203, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 57054 | INDIANA DEPT OF REVENUE, BANKRUPTCY SECTION N-240, 100 N SENATE AVE, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 57054 | IOWA DEPT OF REVENUE, STATE OF IOWA, ACCOUNTS RECEIVABLE, PO BOX 10330, DES MOINES, IA, 50306-0330 | US Mail (1st Class) |
| 57054 | JEW, H ANTHONY & VIOLET W, 1331 N CALIFORNIA BLVD 5TH FL, PO BOX 8177, WALNUT CREEK, CA, 94596 | US Mail (1st Class) |
| 57054 | KITTL, SAMANTHA, ATTORNEY DANIEL R FREUND, PO BOX 222, EAU CLAIRE, WI, 54702-0222 | US Mail (1st Class) |
| 57054 | LAW OFFICES OF JOHN E WALL JR, (RE: ARCHER JR, DAVID L), 5728 PROSPECT AVE, SUITE 2001, DALLAS, TX, 75208-7284 | US Mail (1st Class) |
| 57054 | LAW OFFICES OF JOHN E WALL JR, (RE: ARCHER, MICHELLE B), 5728 PROSPECT AVE, SUITE 2001, DALLAS, TX, 75208-7284 | US Mail (1st Class) |
| 57054 | LEDWIN ESQ, MARK G, (RE: ROYAL INDEMNITY COMPANY), WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, 3 GANNETT DR, WHITE PLAINS, NY, 10604-3407 | US Mail (1st Class) |
| 57054 | LOS ANGELES COUNTY TAX COLLECTOR, PO BOX 54018, ATTN CAROLYNE HEAROD, LOS ANGELES, CA, 90054-0018 | US Mail (1st Class) |
| 57054 | MACEDON HOMES INC, C/O RONALD G HULL ESQ, UNDERBERG & KESSLER LLP, 1800 CHASE SQ, ROCHESTER, NY, 14604 | US Mail (1st Class) |
| 57054 | MARK HANKIN & HANMAR ASSOC MLP, HANKIN MANAGEMENT COMPANY, PO BOX 26767, ELKINS PARK, PA, 19027 | US Mail (1st Class) |
| 57054 | MARK HANKIN & HANMAR ASSOC MLP, PO BOX 26767, ELKINS PARK, PA, 19027 | US Mail (1st Class) |
| 57054 | MARK HANKIN AND HANMAR ASSOCIATES MLP, PEPPER HAMILTON LLP, HERCULES PLAZA SET 5100, 1313 N MARKET ST, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 57054 | MARSHALLS OF MA INC, 770 COCHITUATE RD, ATTN LEGAL DEPARTMENT - SUSAN BEAUMONT, FRAMINGHAM, MA, 01701 | US Mail (1st Class) |
| 57054 | MEGTEC SYSTEMS INC, C/O REBECCA H SIMONI ESQ, VON BRIESEN & ROPER SC, 411 E WISCONSIN AVE STE 700, MILWAUKEE, WI, 53202 | US Mail (1st Class) |
| 57054 | MONZACK MERSKY MCLAUGHLIN & BROWDER PA, (RE: SAMSON HYDROCARBONS COMPANY), RACHEL B MERSKY ESQ, 1201 N ORANGE STREET, STE 400, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 57054 | MONZACK MERSKY MCLAUGHLIN & BROWDER PA, (RE: SGH ENTERPRISES INC FORMERLY KNOWN AS SAMSON H), RACHEL B MERSKY ESQ, 1201 N ORANGE STREET, STE 400, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 57054 | MONZACK MERSKY MCLAUGHLIN & BROWDER PA, (RE: SGH ENTERPRISES INC FKA SAMSON HYDROCARB), RACHEL B MERSKY ESQ, 1201 N ORANGE STREET, STE 400, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 57054 | MORRIS, WAYNE, C/O GARY E YARDUMIAN, PRINDLE DECKER & AMARRO, 310 GOLDEN SHORE 4TH FLR, LONG BEACH, CA, 90802 | US Mail (1st Class) |
| 57054 | NATIONAL UNION FIRE INSURANCE CO OF PITTSBURGH PA, C/O AIG LAW DEPT - BANKRUPTCY, MICHELLE A LEVITT ESQ, 70 PINE ST, 31ST FLR, NEW YORK, NY, 10270 | US Mail (1st Class) |
| 57054 | NEW JERSEY DIV OF EMPLOYER ACCTS, (REF: CC PARTNERS), STATE OF NEW JERSEY, PO BOX 077, TRENTON, NJ, 08625-0077 | US Mail (1st Class) |
| 57054 | NEW JERSEY DIVISION OF TAXATION, P O BOX 245, TRENTON, NJ, 08695 USA | US Mail (1st Class) |
| 57054 | NORFOLK SOUTHERN RAILWAY COMPANY, C/O WILLIAM H JOHNSON, THREE COMMERCIAL PLACE, NORFOLK, VA, 23510-9242 | US Mail (1st Class) |
| 57054 | NOVAK SITE RD/RA PRP GROUP, C/O RICHARD G PLACEY ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS LLP, 1105 N MARKET ST FL 1, WILMINGTON, DE, 19801-1237 | US Mail (1st Class) |
| 57054 | NOVAK SITE RD/RA PRP GROUP, RICHARD G PLACEY ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS LLP, 1105 N MARKET ST 15TH FL, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 57054 | OHIO BUREAU OF WORKERS COMP, LAW SECTION BANKRUPTCY UNIT, PO BOX 15398, COLUMBUS, OH, 43215-0398 | US Mail (1st Class) |
| 57054 | OHIO BUREAU OF WORKERS COMPENSATION, 30 W SPRING ST, PO BOX 15567, COLUMBUS, OH, 43215-0567 | US Mail (1st Class) |
| 57054 | OHIO DEPT OF TAXATION, REBECCA L DAUM, PO BOX 530, 30 E BROAD ST 23RD FLR, COLUMBUS, OH, 43216 | US Mail (1st Class) |
| 57054 | ONE BEACON AMERICA INSURANCE COMPANY, DRINKER BIDDLE & REATH LLP, JOSEPH N ARGENTINA JR, 1100 N MARKET ST, STE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |

## Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 57054 | ONE BEACON AMERICA INSURANCE COMPANY, DRINKLE BIDDLE & REATH LLP, 1100 N MARKET ST STE 1000, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 57054 | PENNSYLVANIA DEPT OF REVENUE, (REF: CCHP, INC.), BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 57054 | PENNSYLVANIA DEPT OF REVENUE, (REF: AMICON, INC), BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 57054 | PENNSYLVANIA DEPT OF REVENUE, (REF: MRA STAFFING SYSTEMS), BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 57054 | PEPPER HAMILTON LLP, (RE: MARK HANKIN & HANMAR ASSOC MLP), JAMES C CARIGNAN ESQ, DAVID M FOURNIER ESQ, HERCULES PLAZA, SUITE 5100, 1313 MARKET ST, PO BOX 1709, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 57054 | PEPPER HAMILTON LLP, (RE: BNSF RAILWAY COMPANY), EDWARD C TOOLE JR / ANNE MARIE AAROSON, 3000 TWO LOGAN SQUARE, 18TH & ARCH STREETS, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 57054 | PEPPER HAMILTON LLP, (RE: BNSF RAILWAY COMPANY), JAMES C CARIGNAN ESQ, DAVID M FOURNIER ESQ, HERCULES PLAZA, SUITE 5100, 1313 MARKET ST, PO BOX 1709, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 57054 | ROBERTSON-CECO CORPORATION, GREGG R HAGUE ESQ, SPERLING & SLATER, 55 W MONROE, CHICAGO, IL, 60603 | US Mail (1st Class) |
| 57054 | ROYAL INDEMNITY COMPANY, C/O CARL J PERNICONE ESQ, WILSON ELSER MOSKOWITZ ET AL, 150 E 42ND ST, NEW YORK, NY, 10017-5639 | US Mail (1st Class) |
| 57054 | SAMSON HYDROCARBONS COMPANY, LOCKE LIDDELL & SAPP LLP, C/O PETER A FRANKLIN III, 2200 ROSS AVE, SUITE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 57054 | SAMSON HYDROCARBONS COMPANY, C/O DOUG SKIERSKI, LOCKE LORD BISSELL & LIDDELL LLP, 2200 ROSS AVE STE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 57054 | SAMSON HYDROCARBONS COMPANY, LOCKE LORD BISSELL & LIDDELL LLP, MELISSA S HAYWARD, 2200 ROSS AVE STE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 57054 | SAMSON HYDROCARBONS COMPANY, C/O GREG LOWRY, LOCKE LORD BISSELL & LIDDELL LLP, 2200 ROSS AVE STE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 57054 | SEALED AIR CORPORATION, ATTN: NORMAN D FINCH JR, 200 RIVERFRONT BLVD, ELMWOOD PARK, NJ, 07407 | US Mail (1st Class) |
| 57054 | SEALED AIR CORPORATION US, SEALED AIR CORPORATION, ATTN H KATHERINE WHITE, 200 RIVERFRONT BLVD, ELMWOOD PARK, NJ, 07407-1033 | US Mail (1st Class) |
| 57054 | SEATON INSURANCE COMPANY, DRINKER BIDDLE & REATH LLP, JOSEPH N ARGENTINA JR, 1100 N MARKET ST, STE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |
| 57054 | SEATON INSURANCE COMPANY, DRINKLE BIDDLE & REATH LLP, ATTN JOSEPH N. ARGENTINA JR ESQ, 1100 N MARKET ST STE 1000, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 57054 | SENECA MEADOWS INC, C/O RONALD G HULL ESQ, UNDERBERG & KESSLER LLP, 300 BAUSCH & LOMB PL, ROCHESTER, NY, 14604 | US Mail (1st Class) |
| 57054 | SEQUA CORPORATION, C/O REBECCA H SIMONI ESQ, VON BRIESEN & ROPER SC, 411 E WISCONSIN AVE STE 700, MILWAUKEE, WI, 53202 | US Mail (1st Class) |
| 57054 | SGH ENTERPRISES INC, FKA SAMSON HYDROCARBONS COMPANY, C/O GREG LOWRY LOCKE LORD LLP, 2200 ROSS AVE SUITE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 57054 | SGH ENTERPRISES INC FKA SAMSON HYDROCARB, GREG LOWRY, LOCKE LORD LLP, 2200 ROSS AVE STE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 57054 | SHELL CHEMICAL LP, ATTN: CREDIT MANAGER ROOM 1584 C, ONE SHELL PLAZA, 910 LOUISIANA ST, HOUSTON, TX, 77002 | US Mail (1st Class) |
| 57054 | SMOLKER, GARY S, 4720 LINCOLN BLVD #280, MARINA DEL REY, CA, 90292 | US Mail (1st Class) |
| 57054 | SOSNICK ESQ, FREDRIC, (RE: CITIBANK NA INC), SHEARMAN & STERLING, 599 LEXINGTON AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 57054 | STATE OF MONTANA RISK MANAGEMENT & TORT, ATTORNEY GENERAL, BANKRUPTCY UNIT, PO BOX 201440, HELENA, MT, 59620-1440 | US Mail (1st Class) |
| 57054 | STATE OF MONTANA RISK MANAGEMENT & TORT DEFENS DIV, C/O ATTORNEY GENERAL, BANKRUPTCY UNIT, PO BOX 201440, HELENA, MT, 59620-1440 | US Mail (1st Class) |
| 57054 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, OFFICE OF THE ATTORNEY GENERAL, COLLECTION DIVISION - BANKRUPTCY SECTION, PO BOX 12548, AUSTIN, TX, 78711-2548 | US Mail (1st Class) |
| 57054 | THE FMCH GROUP, (RE: FRESENIUS MEDICAL CARE HOLDINGS INC), C/O FRESENIUS MEDICAL CARE NA CORP HEADQUARTERS, CORPORATE LAW DEPT, 95 HAYDEN AVE, LEXINGTON, MA, 02420-9192 | US Mail (1st Class) |
| 57054 | THE HOME INSURANCE COMPANY, IN LIQUIDATION, C/O MERRIMACK SUPERIOR COURT, 163 N MAIN ST, CONCORD, NH, 03301-5001 | US Mail (1st Class) |
| 57054 | UNITED STATES ENVIRONMENTAL PROTECTION A, US DEPARTMENT OF JUSTICE, ENVIRONMENTAL ENFORCEMENT SECTION, ENVIRONMENT AND NATURAL RESOURCES DIVISION, DENVER, CO, 80202 | US Mail (1st Class) |
| 57054 | WASTE MANAGEMENT - RMC, 2625 W GRANDVIEW STE #150, PHOENIX, AZ, 85023 | US Mail (1st Class) |

# Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 57054 | WEATHERFORD INTERNATIONAL INC, 2000 ST JAMES PLACE, HOUSTON, TX, 77056 | US Mail (1st Class) |
| 57054 | WOMBLE CARLYLE SANDRIDGE RICE PLLC, (RE: STATE OF MONTANA RISK MANAGEMENT & TORT DEFENS), FRANCIS MONACO, KEVIN MANGAN, MATTHEW WARD, 222 DELAWARE AVENUE, SUITE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 57054 | WOMBLE CARLYLE SANDRIDGE RICE PLLC, (RE: STATE OF MONTANA RISK MANAGEMENT & TORT), FRANCIS MONACO, KEVIN MANGAN, MATTHEW WARD, 222 DELAWARE AVENUE, SUITE 1501, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 57054 | WRIGHT, JIM, 12693 RIVERVIEW CT, HUNTLEY, IL, 60142-7639 | US Mail (1st Class) |

**Subtotal for this group: 96**