## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (KJC) |
| | ) Jointly Administered |
| Debtors | ) |
| | ) **Objection Deadline: July 16, 2014 at 4:00 p.m. EST** |
| | ) **Hearing Date:  October 14, 2014 at 10:00 a.m. EST** |
| | ) |
| | ) **Related Docket No. 32131** |

**NOTICE OF REVISED FINAL APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 24, 2006 THROUGH FEBRUARY 28, 2009**

PLEASE TAKE NOTICE that on June 18, 2014 the *Revised Final Application of Sullivan Hazeltine Allinson LLC for Compensation and for Reimbursement of Expenses for the Period from July 24, 2001 through February 28, 2009* (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware  19801 and served in accordance with the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members.

PLEASE TAKE FURTHER NOTICE that the Application requests payment of compensation in the amount of $88,944.50 and reimbursement of expenses in the amount of $54,581.90 for the period of July 24, 2006 through February 28, 2009.

PLEASE TAKE FURTHER NOTICE that any objection to the Application must be filed with the U.S. Bankruptcy Court, and served upon:  (i) co-counsel for the Reorganized Debtors, Adam Paul, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL  60654; Roger Higgins, The Law Offices of Roger Higgins, LLC, 1 North Bishop Street, Suite 14, Chicago, IL  60607; and James E. O'Neill, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE  19899-8705; (ii) counsel to the Official Committee of Unsecured Creditors, Michael Magzamen, Esq., Stroock & Stroock & Lavan, 180 Maiden Lane, New York, NY  10038-4982; and Michael R. Lastowski, Esq., Duane Morris LLP, 222 Delaware Avenue, Suite 1600, Wilmington, DE  19801-1659; (iii) counsel to the Official Committee of Property Damage Claimants, Scott L. baena, Esq., Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL  33131; and Michael B. Joseph, Esq., Ferry, Joseph & Pearce, P.A. 824 Market Street, Suite 1000, Wilmington, DE  19801; (iv) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esq., Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY  10022; and Marla Eskin, Esq., Campbell & Levine, LLC, 222 Delaware Avenue, Suite 1620, Wilmington, DE  19801; (v) counsel to the DIP Lenders, J. Douglas Bacon, Esq., Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL  60606; and The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE   19899; (vi) the Office of the United States Trustee, Attn: Richard L.

Schepacarter, Esq., 844 N. King Street, Wilmington, DE 19801; (vii) counsel to the Official Committee of Equity Holders, Thomas M. Mayer, Esq., Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; and (viii) co-counsel to the Official Committee of Equity Holders, Teresa K.D. Currier, Esq., Saul Ewing, 222 Delaware Avenue, Suite 1200, P.O. Box 1266, Wilmington, DE 19801, **so as to be received by July 16, 2014 at 4:00 p.m. prevailing Eastern Time.**

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE FINAL FEE APPLIATION WILL BE HALD BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, FIFTH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801 ON **OCTOBER 14, 2014 AT 10:00 A.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Date:   June 18, 2014
      Wilmington, DE              **SULLIVAN · HAZELTINE · ALLINSON** LLC

                                  */s/ William A. Hazeltine*
                                  William D. Sullivan (No. 2820)
                                  William A. Hazeltine (No. 3294)
                                  901 North Market Street, Suite 1300
                                  Wilmington, DE 19801
                                  Tel: (302) 428-8191
                                  Fax: (302) 428-8195

                                  *Counsel for ZAI Claimants*