# IN THE UNITED STATE BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 32123, 32124, & 32125 |
| | ) | |
| | ) | **Objection Deadline: July 1, 2014 @ 4:00 p.m.** |
| | ) | **Hearing Date: July 8, 2014 @ 10:00 a.m.** |

## NOTICE OF MOTION

TO:   Debtors' Counsel, Counsel for the Official Committee of Unsecured Creditors, The United States Trustee and all other parties directly affected by this motion.

The Hogan Firm, Lauzon Bélanger Lespérance and Scarfone Hawkins LLP (collectively "Claimants' Counsel") as counsel for the Canadian ZAI Claimants have filed their Motion for Leave to File Amended Seventeenth Quarterly Applications and Final Applications which seeks entry of an order allowing Claimants' Counsel to file amended seventeenth quarterly applications and final applications.

You are required to file a response to the attached motion on or before **July 1, 2014, at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon Movant's attorney:

Daniel K. Hogan, Esquire
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540

**HEARING ON THE MOTION WILL BE HELD ON JULY 8, 2014, AT 10:00 A.M.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

June 18, 2014                                             By:   */s/Daniel K. Hogan*
                                                                         Daniel K. Hogan (#2814)