# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re:  Docket Nos. 32123, 32124, 32125 & |
| | ) | _____ |
| | ) | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED SEVENTEENTH QUARTERLY APPLICATIONS AND FINAL APPLICATIONS

Upon the Motion of The Hogan Firm, Scarfone Hawkins LLP, and Lauzon Bélanger Lespérance as counsel for the Canadian ZAI Claimants (collectively "Claimants' Counsel") in the above-captioned bankruptcy case, for Leave to File Amended Seventeenth Quarterly Application and Final Application pursuant to Fed. R. Bankr. P. 2016 and 9006(b)(1) (the "Motion"); and the Court having reviewed the Motion and exhibits related thereto; and the Court having been satisfied that sufficient notice of the Motion has been provided and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that:

1. The Motion is granted.

2. Claimants' Counsel is allowed to file their Proposed Amended Applications beyond the final application deadline of May 5, 2014.

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2014

_____

Kevin J. Carey
United States Bankruptcy Judge