# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Pittsburgh Corning Corporation, | Bankruptcy No. 00-22876 |
| Debtor(s) | Chapter 11 |
| | **Related to Doc. No. 9260** |
| | |
| In re: | |
| North American Refractories | Bankruptcy No. 02-20198 |
| Company, *et al.* | Chapter 11 |
| Debtor(s) | **Related to Doc. No. 7835** |
| | |
| In re: | |
| Mid-Valley, Inc., *et al.* and | Bankruptcy No. 03-35592 **(CLOSED)** |
| DII Industries LLC | Chapter 11 |
| Debtor(s) | **Related to Doc. No. 2839** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT DELAWARE

| | |
|---|---|
| In Re: | |
| Owens Corning, *et al.,* | Bankruptcy No. 00-3837 **(CLOSED)** |
| Debtor(s) | Chapter 11 |
| | **Related to Doc. No. 21068** |
| | |
| W.R. Grace & Co., *et al.* | Bankruptcy No. 01-1139 |
| Debtor(s) | Chapter 11 |
| | **Related to Doc. No. 30404** |
| | |
| USG Corporation, *et al.,* | Bankruptcy No. 01-2094 **(CLOSED)** |
| Debtor(s) | Chapter 11 |
| | **Related to Doc. No. 12682** |
| | |
| United States Mineral Products Company, | Bankruptcy No. 01-2471 **(CLOSED)** |
| *et al.* | Chapter 11 |
| Debtor(s) | **Related to Doc. No. 3989** |
| | |
| Kaiser Aluminum Corporation, *et al.* Bankruptcy | No. 02-10429 |
| Debtor(s) | Chapter 11 |
| | **Related to Doc. No.** |
| | |
| The Flintkote Company Bankruptcy | No. 04-11300 |
| Debtor(s) | Chapter 11 |
| | **Related to Doc. No. 7436** |
| | |
| Armstrong World Industries, Inc., *et al.* | Bankruptcy No. 00-4471 **(CLOSED)** |
| Debtor(s) | Chapter 11 |
| | **Related to Doc. No. 10782** |

| | |
|---|---|
| ACandS, Inc., *et al.*<br>    Debtor(s) | Bankruptcy No. 02-12687 **(CLOSED)**<br>Chapter 11<br>**Related to Doc. No. 3721** |
| Combustion Engineering, Inc. Bankruptcy<br>    Debtor(s) | No. 03-10495 **(CLOSED)**<br>Chapter 11<br>**Related to Doc. No. 3476** |

AFFIDAVIT

AND NOW, comes Karl A. Schieneman, Esquire, by and through his counsel, Warner Mariani, Esquire, who states as follow:

1. Karl A. Schieneman, Esquire, was appointed as the E-Discovery Special Master this matter,

2. Attorney Schieneman files the attached Affidavit pursuant to the Order dated April 15, 2013, filed at *In re: Pittsburgh Corning Corporation, Debtor*, Bankruptcy No. 00-22876, Western District of Pennsylvania (Document No. 9310).

Dated: June 18, 2014

/s/ Warner Mariani
Warner Mariani, Esquire
PA ID# 61968

WARNER MARIANI, LLC
428 Forbes Avenue, Suite 1600
Pittsburgh, PA 15219

(412) 281-3360