AFFIDAVIT

AND NOW, comes Karl A. Schieneman, Esquire, appointed E-Discovery Special Master this matter, and sets forth as follows and attests, pursuant to the Order dated April 15, 2013, filed at Case No. 00-22876 (Document No. 9310), that he and his employees, agents, experts and any other person or related entity:

(a) Used the 2019 Exhibits solely for the purpose of the NCWB Proceeding;

(b) Did not share or distribute any of the 2019 Exhibits (in whole or in part) with any person or entity other than what was expressly authorized by an Order of NCWB, DEB or PAWB;

(c) Did not and will not publicly disclose the identity of any individual listed in any of the 2019 Exhibits other than what was expressly authorized by an Order of NCWB, DEB or PAWB; and,

(d) Retrieved, collected and permanently destroyed all copies of the 2019 Exhibit Production, including any and all subparts or subsets, regardless of whether any or all of the 2019 Exhibit data was merged with any other data.

This Affidavit is being signed under penalty of perjury.

_____
Karl A. Schieneman, Esquire