**Exhibit 2**

<u>Pleadings from the Docket</u>

1. Memorandum Opinion [D.I. 14014]

2. Bar Date for individual ZAI Claims [D.I. 18934]

3. Notice of Filing an Amended Proof of Claim of Marco Barbanti (Zonolite Attic Insulation) [D.I. 2133]

4. Motion For Summary Judgment Filed by W.R. Grace [D.I. 4009]

5. Motion for Summary Judgment [D.I. 4018]

6. Notice of Withdrawal and Substitution of Counsel [D.I. 7641]

7. Motion to Approve Class Settlement and Certification of the ZAI Class [D.I. 20275]

8. Edward J. Westbrook's Declaration in Support of the Class' Motion for Preliminary Approval of the Settlement [D.I. 20276]

9. Limited Objection to Motion to Approve Settlement- Lukins & Annis P.S. (D.I. 20383]

10. Class Notice [D.I. 20529 Att.2]

11. Revised Order and Notice Re ZAI Motion for Preliminary Approval of ZAI Class Settlement and Provisional Class Certification [D.I. 20535]

12. Declaration of Service Regarding: Notice of the US. ZAl Class Action Settlement, Exhibit A [D.I. 20870]

13. Order Approving Motion of the U.S. ZAI Class for Final Approval of a Class Settlement. [D.I. 21174]

14. Motion of ZAI Class Counsel for a Common Fund Fee Ward [D.I. 31718]

15. Partial Joinder of Lukins & Annis, P.S. in Motion of ZAI Class Counsel for a Common Fund Fee Award, and Counter-Motion to Stay Disbursement of any Common Fund Fee Award Pending Resolution of All Common Fund Fee Allocation Disputes and all exhibits A-C thereto [D.I. 31794]

16. ZAI Class Counsel's Opposition to Motion of Lukins & Annis P.S. for an Allocation of the ZAI Class Action Common Fund Fee and all exhibits A-K

thereto, including the Parties Fee Details bate stamped numbers 00001-00604 [D.I. 31911]

17. Reply of Lukins & Annis P.S. to Reply of ZAI Class Counsel in Support of Motion for a Common Fund Fee Award and in Response to Lukins & Annis' Counter-Motion [D.I. 31950]

18. Order Granting Motion of ZAI Class Counsel for a Common Fund Fee Award [D.I. 31985]

19. Order Appointing Rule 706 Expert Regarding Lukins & Annis, P.S. Fee Allocation Claim [D.I. 31986]

20. Motion to Allow Motion of Lukins & Annis, P.S. for an Allocation of the ZAI Class Action Common Fund Fee Award and all Exhibits A-C thereto [D.I. 32034]

21. Response of Reorganized Debtors' to the Motion of Lukins & Annis, P.S. for an Allocation of the ZAI Class Action Common Fund Fee Award and Exhibit A thereto [D.I. 32058]

22. Response to the Lukins & Annis Motion for Allocation of the ZAI Class Action Common Fund Fee Award -Edward B. Cottingham, Jr and Attachments 1-3 thereto [D.I. 32061]

23. Response of Judge Alexander M. Sanders, Jr., PD FCR to Motion of Lukins and Annis for Common Fund Fee Award [D.I. 32062]

24. Objection to Motion of Lukins & Annis, P.S. for an Allocation of the ZAI Class Action Common Fund Fee Award - ZAI Claimants and Attachment 1 and Exhibits A-K thereto [D.I. 32063]

25. Final Application of Lukins & Annis, P.S., as ZAI Additional Special Counsel for the period July 21, 2002 to December 14, 2004 [D.I. 32138]

26. Lukin and Annis P.S.'s Reply to Motion for an Allocation of the Fee Award [D.I. 32181]

27. Declaration of Terrence R. Whitten, formerly Managing Partner and Firm President of L&A [D.I. 32182]

28. Supplemental Declaration of Jed W. Morris [D.I. 32183]

29. Declaration in Support of ZAI Class Counsel's Opposition to Motion of Lukins & Annis, P.S. for an Allocation of the ZAI Class Action Common Fund Fee Award (Kristy L. Bergland) [D.I. 32247]

Referenced case law from all Parties and additional independent research, including the following cases:

1. Beck v. Atlantic Coast PLC (868 A.2d 840) (2005)

2. Ecclestone, Moffett & Humphrey, P.C. Ogne, Jinks (177 Mich. App. 74 (1989)

3. Auguston v. Linea Aerea Nacional-Chile S.A. (LAN-Chile), 76 F 3.d 658 (1996)

4. Ausler v. Ramsey, 73 Wash.App. 231 (1994)

5. Ryan v. State, 112 Wash, App. 896 (2002)

6. Estate of Falco, 188 Cal.App.3d 1004 (1987)

7. B. Dahlenburg Bonar, P.S.C. v. Waite, Schneider, Bayless., 373 S.W.3d 419 (2012)

8. Barth v. Fieger, Not Reported in N.W.2d (2013)

9. Kopelman and Associates, L.C. v. Collins, 196 W. Va. 489 (1996)

10. Plunkett & Cooney, P.C. v. Capitol Bancorp Ltd., 212 Mich. App. 325 (1995)

11. Telectronics Pacing Systems, Inc., 137 F.Supp.2d 1029 (2001)

12. In re Diet Drugs (Phentermine/Fenflramine/Dexfenflurammine) 401 F.3d 143 (2005)

13. Evans v. TIN, Inc., Slip Copy (2013)

14. High Sulfur Content Gasoline Products Liability Litigation, 517 F. 3d 220 (2008)

15. L-tryptophan Cases, 518 N.W.2d 616 (1994)

16. La Mantia v. Durst, 234 N.J. Super, 534 (1989)

17. Gunter v. Ridgewood Energy Corp., 223 F3d 190 (2000)

18. Cendant Corp. Securities Litigation, 404 F. 3d 173 (2005)

19. Sullivan v. DB Investments, Inc. 667 F. 3d 273 (2011)

20. Drazin v. Horizon Blue Cross Blue Shield of New Jersey, Inc., 528 Fed. Appx. 211 (2013)

21. Prudential Ins. Co. America Sales Practice Litigation, 148 F.3d 283 (1998)

22. Nutraquest, Inc., 434 F.3d 639 (2006)

23. Montrose Medical Group Participating Savings Plan v. Bulger, 243 F.3d 773 (2001)

24. Jorstad v. IDS Realty Trust, 643 F.2d 1305 (1981)

25. Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992)

26. Dewey v. Volkswagen Aktiengesellschaft, --- F.App'x. ----, 2014 WL 542224 (3d. Cir. 2014) (not published in the Federal Reporters)

27. Milliron v. T-Mobile USA, Inc., 423 F.App'x 131 (3d Cir. 2011).

28. Boeing Co. v. Van Gemert, 444 U.S. 472, 478, 100 S. Ct. 745 (1980).

29. In re Domestic Air Transp. Antitrust Litig., 148 F.R.D. 297 (N.D.Ga.1993)

30. Rossi v. Proctor & Gamble Co., 2013 WL 5523098 (D.N.J., Oct. 3, 2013)(not published in the Federal Reporters)

31. In re Rite Aid Corp. Secs. Litig., 396 F.3d 294 (3d Cir.2005)

32. Serrano v. Sterling Testing Sys. Inc., 711 F.Supp. 2d 402 (E.D. Pa 2010).

33. Boyd v. Coventry Health Care Inc., --- F.R.D. ----, 2014 WL 359567 (D.Md. Jan. 31, 2014)

34. Lofton v. Fairmont Specialty Ins. Managers, Inc., 367 S.W.3d 593 (Ky. 2012)

35. In re Bank One Shareholders Class Action, 96 F.Supp.2d 789, 790 (N.D. Ill. 2000)

36. Gottlieb v. Barry, 43 F.3d 474, 489 (10th Cir. 1994)

37. In re Fine Paper Antitrust Litig., 751 F.2d 562, 602 (3d. Cir. 1984)

38. Cowdrey v. Galveston Railroad Co., 93 U.S. 352, 3 Otto 352, 23 L.Ed. 950 (1876)

39. In re Enron Corp. Securities, Derivative & "ERISA" Litigation, 2008 WL 2714176

40. Bode v. Dellarciprete, 892 F.2d 1177 (3d Cir. 1990)

41. In re Fid./Micron Sec. Litig., 167 F.3d 735 (1st Cir. 1999)

42. Class Plaintiffs v. Jaffe & Schlesinger, P.A., 19 F.3d 1306 (9th Cir. 1994)

43. Sprague v. Ticonic Nat'l Bank, 307 U.S. 161 (1939)

44. Augustson v. Linea Aerea Nacional-Chile, 76 F.3d 658 (5th Cir. 1996).

45. In re Teletronics Pacing Sys., Inc 137 F.Supp.2d 1029 (2001)

46. Matheny v. Farley, 66 W.Va. 680 (1910)

Statutes/Treatises

1. Washington Rules of Professional Conduct 1.16

2. Rule 71 of the Washington State Rules of Civil Procedure

3. Federal Rule of Bankruptcy Procedure 7023

4. Federal Rule of Bankruptcy Procedure 2016

5. Fed. R. Civ. P. 23

5. Fed. R. Civ. P. 54

6. 11U.S.C. 330

7. 7A C.J.S. ATTORNEY & CLIENT § 360 (database updated June 2014)

Not submitted on Record

1. Correspondence from David M. Fournier, L&A's Counsel (letter dated June 3, 2014)

2. Correspondence from The Scott Law Group (Declaration of Kristy L. Bergland dated June 2, 2014)

3. Correspondence from Edward J. Westbrook (letter dated May 28, 2014).