IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy No. 01-1139 (KJC) |
| W.R. GRACE & CO., et al[1]., | ) | Jointly Administered |
| | ) | |
| Reorganized Debtors. | ) | Chapter 11 |
| | ) | |

CERTIFICATE OF SERVICE

    I, Lara E. Shipkovitz, of Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222, certify that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the 25th day of June, 2014, I served a copy of the Rule 706 Expert Report of Judith K. Fitzgerald on the following parties on the attached list via electronic and overnight mail.

Dated:  June 25, 2014                                                                              /s/ Lara E. Shipkovitz
                                                                                               Lara E. Shipkovitz, Esquire (Pa. Id. 307272)
                                                                                               Tucker Arensberg, P.C.
                                                                                               1500 One PPG Place
                                                                                               Pittsburgh, Pennsylvania 15222
                                                                                               (412) 594-3944
                                                                                               lshipkovitz@tuckerlaw.com

---

[1]  The Reorganized Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-i Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. *(f/k/a* Grace Cocoa Management, Inc.), DECManagement Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC, Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## **SERVICE LIST**

**Service via electronic mail:**

David M. Fournier, Esq.
FOURNIED@pepperlaw.com

Elizabeth Cabraser, Esq.
ECABRASER@lchb.com

James E. O'Neill, Esq.
jo'neill@pszjlaw.com

Darrell Scott, Esq.
darrellscott@mac.com

ewestbrook@rpwb.com;

Alan Rich, Esq.
arich@alanrichlaw.com

Jeffrey Gettleman, Esq.
jeffrey.gettleman@kirkland.com

Jed Morris, Esq.
jmorris@lukins.com

Laura Black, Esq.
lblack@lukins.com

M. Dawes Cooke, Esq.
mdc@barnwell-whaley.com

Michael J. Custer, Esq.
custerm@pepperlaw.com

**Service via Overnight Mail:**

The Honorable Kevin J. Carey
824 North Market Street, 5th Floor
Wilmington, DE 19801