IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (KJC) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING FOURTH
QUARTERLY AND FINAL FEE APPLICATION OF ROGER FRANKEL, ASBESTOS
PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES FOR THE FOURTH QUARTERLY PERIOD FROM
JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014 AND THE FINAL
FEE PERIOD FROM MAY 16, 2013 THROUGH FEBRUARY 3, 2014**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fourth Quarterly and Final Fee Application of Roger Frankel, Asbestos PI Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses for the Fourth Quarterly Period from January 1, 2014 through February 3, 2014 and the Final Fee Period from May 16, 2013 through February 3, 2014 (the "Application").

## BACKGROUND

1.  Roger Frankel was retained as Asbestos Personal Injury Future Claimants' Representative. In the Application, Roger Frankel seeks approval of fees and expenses as follows: fees totaling $120,096.50 and expenses totaling $2,546.80 for his services from January 1, 2014 through February 3, 2014 (the "Fifty-Second Interim Period"),[1] and final approval of fees totaling

---

[1] Although this is the fourth quarterly fee application which Roger Frankel has filed in the case, the period covered by the Application coincides with the Fifty-Second Interim Period.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Frankel Final.wpd

$509,937.50[2] and expenses totaling $4,314.78[3] for his services from May 16, 2013 through February 3, 2014 (the "Final Application Period").

2.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

### Fifty-Second Interim Period

3.     We have no issues with, or objections to, Roger Frankel's fees and expenses for the Fifty-Second Interim Period, and thus we did not send an initial report to Roger Frankel.

---

[2] We note that the total of the fees requested in Roger Frankel's three prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is $509,937.50. There have been no reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, and thus Frankel has deducted no sums from this amount to arrive at the figure he seeks of $509,937.50. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[3] We note that the total of the expenses requested in Roger Frankel's three prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is $4,314.78. There have been no reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, and thus Frankel has deducted no sums from this amount to arrive at the figure he seeks of $4,314.78. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

4.   Thus, we recommend approval of $120,096.50 in fees and $2,546.80 in expenses for Roger Frankel's services for the Fifty-Second Interim Period.

**Prior Interim Applications**

5.   We note that we previously filed the following final reports for Roger Frankel's prior interim applications, which final reports we incorporate by reference herein, and we also note the following orders that ruled on Roger Frankel's prior interim fee applications:

49th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Ninth Interim Period (Docket #31404), filed on or about November 26, 2013, in which we recommended approval of fees totaling $142,683.00 and expenses totaling $251.40. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Ninth Period, dated December 17, 2013 (Docket #31482).

50th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fiftieth Interim Period (Docket #31838), filed on or about March 11, 2014, in which we recommended approval of fees totaling $110,892.75 and expenses totaling $762.88. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fiftieth Period, dated March 11, 2014 (Docket #31963).

51st Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fifty-First Interim

Application Period (Docket #32197), filed on or about May 13, 2014, in which we recommended approval of fees totaling $136,265.25 and expenses totaling $753.70.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifty-First Period</u>, dated May 23, 2014 (Docket #32216).

6. We have reviewed the final reports and orders allowing fees and expenses for the prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods.

## CONCLUSION

7. Thus, we recommend final approval of $509,937.50[4] in fees and $4,314.78[5] in expenses for Roger Frankel's services for the Final Application Period.

---

[4] We note that the total of the fees requested in Roger Frankel's three prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is $509,937.50.  There have been no reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, and thus Frankel has deducted no sums from this amount to arrive at the figure he seeks of $509,937.50.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[5] We note that the total of the expenses requested in Roger Frankel's three prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is $4,314.78.  There have been no reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, and thus Frankel has deducted no sums from this amount to arrive at the figure he seeks of $4,314.78.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 27th day of June, 2014.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

dfelder@orrick.com

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899