**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., *et al.*,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (KJC)** |
| **Debtors.** | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING FIRST QUARTERLY AND FINAL FEE APPLICATION OF FRANKEL WYRON LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 16, 2014 THROUGH FEBRUARY 3, 2014**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the First Quarterly and Final Fee Application of Frankel Wyron LLP for Compensation for Services Rendered and Reimbursement of Expenses for the Period from January 16, 2014 through February 3, 2014 (the "Application").

**BACKGROUND**

1. Frankel Wyron LLP ("Frankel Wyron") was retained as bankruptcy co-counsel to Roger Frankel, the Asbestos Personal Injury Future Claimants' Representative. In the Application, Frankel Wyron seeks interim and final approval of fees totaling $56,087.50 and expenses totaling $2,347.44 for its services from January 16, 2014 through February 3, 2014 (the "Fifty-Second Interim Period" or "Final Application Period"). Frankel Wyron was retained by order of the Court dated February 21, 2014, *nunc pro tunc* to January 16, 2014. This is the first and only fee application which Frankel Wyron has filed in this case.

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense

entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We emailed questions to Frankel Wyron based upon our review, and we received a response from Frankel Wyron, portions of which response are quoted herein.

## DISCUSSION

3. We noted the following travel expenses for which more information was needed:

| | | |
|---|---|---|
| 2/28/2014 | Hotel 2/2/2014 to 2/3/2014 | 307.64 |
| 2/28/2014 | Meals 2/2/2014 to 2/3/2014 | 49.96 |
| 2/28/2014 | Travel 2/2/2014 to 2/3/2014 | 803.29 |
| 1/31/2014 | Hotel 1/22/2014 to 1/23/2014 | 520.73 |
| 1/31/2014 | Meals 1/22/2014 to 1/23/2014 | 28.95 |
| 1/31/2014 | Travel 1/22/2014 to 1/23/2014 | 626.87 |
| 1/31/2014 | Travel 1/28/2014 | 10.00 |
| | TOTAL EXPENSES | 2,347.44 |

In response to our request, Frankel Wyron provided the itemization attached as Response Exhibit A, as well as the following information:

Hotels

| | | | | |
|---|---|---|---|---|
| 1/22 - 1/23 | one night | Waldorf | New York City | $449 + taxes |
| 2/2 - 2/3 | one night | Waldorf | New York City | 265.05 + taxes |

Meals

| | | | |
|---|---|---|---|
| 1/23 | NY | breakfast / one person | $28.95 |
| 2/2 | DC | dinner / one person | $24.63 |
| 2/3 | NY | breakfast / one person | $25.33 |

Travel

| | | | |
|---|---|---|---|
| 1/22 | Train from DC to NY | One-way Coach Class | $283.00 |

| | | | |
|---|---|---|---|
| 1/23 | Train from NY to DC | One-way | $248.00 |

Note: Travel was in First Class for a total fare of $359.00. We adjusted the bill by $111.00 and thus charged only the then Coach (Acela Business Class) fare of $248.00.

| | | | |
|---|---|---|---|
| 2/2 | Flight from DC to NY | One-way | $418.00 |

Note: Travel was in First Class for a total fare of $457.00. We adjusted the bill by $39.00 and thus charged only the then Coach fare of $418.00.

| | | | |
|---|---|---|---|
| 2/3 | Train from NY to DC | One-way | $236.00 |

Note: Travel was in First Class for a total fare of $347.00. We adjusted the bill by $111.00 and thus charged only the then Coach (Acela Business Class) fare of $236.00.

We accept Frankel Wyron's response and have no objection to these expenses.[1]

## CONCLUSION

4. Thus, we recommend approval of $56,087.50 in fees and $2,347.44 in expenses for Frankel Wyron's services for the Fifty-Second Interim Period, as well as final approval of $56,087.50 in fees and $2,347.44 in expenses for Frankel Wyron's services for the Final Application Period.

[1]We note that each of the hotel and meal expenses were less than our recommended guidelines for the cities in question. We also note that Frankel Wyron's train fares were reduced to business class, which is the least expensive fare on the Acela. Thus, we have no objection to these expenses.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:__________________________________

Warren H. Smith
Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 28th day of June, 2014.

__________________________________
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Richard H. Wyron
Frankel Wyron LLP
2101 L Street, N.W., Suite 800
Washington, DC 20037

rwyron@frankelwyron.com

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899