**RESPONSE EXHIBIT A**

| Date Incurred | Category | Description | Amount | Adjustments | Amount Charged to Client |
|---|---|---|---|---|---|
| **NY Effective Date Planning Meeting** | | | | | |
| 1/22/14 | Mileage | Travel to BWI  42.7 miles x 0.56 | $ 23.91 | $ - | $ 23.91 |
| 1/22/14 | Toll | ICC toll | $ 3.35 | $ - | $ 3.35 |
| 1/22/14 | Train | BWI to NY - coach class | $ 283.00 | $ - | $ 283.00 |
| 1/22/14 | Taxi | Taxi to dinner | $ 15.00 | $ - | $ 15.00 |
| 1/23/14 | Hotel | Waldorf - one night - $449 + taxes | $ 520.73 | $ - | $ 520.73 |
| 1/23/14 | Meals | Breakfast - one person | $ 28.95 | $ - | $ 28.95 |
| 1/23/14 | Taxi | Taxi to dinner | $ 14.00 | $ - | $ 14.00 |
| 1/23/14 | Train | NY to BWI - first class | $ 359.00 | $ 111.00 | $ 248.00 |
| 1/23/14 | Parking | Parking at BWI Rail Station | $ 13.00 | $ - | $ 13.00 |
| 1/23/14 | Toll | ICC toll | $ 2.70 | $ - | $ 2.70 |
| 1/23/14 | Mileage | Travel from BWI   42.7 miles x 0.56 | $ 23.91 | $ - | $ 23.91 |
| Total - this trip | | | $ 1,287.55 | $ 111.00 | $ 1,176.55 |
| **DC Meeting with Lincoln Int'l** | | | | | |
| 1/28/14 | Taxi | Taxi to meeting | $ 10.00 | $ - | $ 10.00 |
| **NY Closing** | | | | | |
| 2/2/14 | Mileage | Travel to DCA   22.8 x 0.56 | $ 12.77 | $ - | $ 12.77 |
| 2/2/14 | Meals | Dinner during travel | $ 24.63 | $ - | $ 24.63 |
| 2/2/14 | Airfare | To LGA - first class | $ 457.00 | $ 39.00 | $ 418.00 |
| 2/2/14 | Taxi | Taxi from LGA to Hotel | $ 40.00 | $ - | $ 40.00 |
| 2/3/14 | Hotel | Waldorf - one night - $265.05 + taxes | $ 307.64 | $ - | $ 307.64 |
| 2/3/14 | Meals | Breakfast - one person | $ 25.33 | $ - | $ 25.33 |
| 2/3/14 | Subway | To Penn Station | $ 2.75 | $ - | $ 2.75 |
| 2/3/14 | Train | To Union Station - first class | $ 347.00 | $ 111.00 | $ 236.00 |
| 2/3/14 | Taxi | Taxi from Union Station to DCA | $ 20.00 | $ - | $ 20.00 |
| 2/3/14 | Parking | Parking at DCA - Effective Date Closing | $ 61.00 | $ - | $ 61.00 |
| 2/3/14 | Mileage | Travel from DCA   22.8 x 0.56 | $ 12.77 | $ - | $ 12.77 |
| Total - this trip | | | $ 1,310.89 | $ 150.00 | $ 1,160.89 |
| **Total Expenses** | | | $ 2,608.44 | $ 261.00 | $ 2,347.44 |