**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.**, *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (KJC)** |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE THIRD QUARTERLY AND**
**FINAL FEE APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A.**
<u>**FOR THE PERIOD OF MAY 24, 2004 THROUGH FEBRUARY 3, 2014**</u>

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Third Quarterly and Final Fee Application of Phillips, Goldman & Spence, P.A. for the Period of May 24, 2004 through February 3, 2014</u> (the "Application").

**BACKGROUND**

1.     Phillips, Goldman & Spence, P.A. ("PG&S"), was retained as local counsel to David T. Austern, the former Future Asbestos PI Claimants' Representative, and was subsequently retained as local counsel to Roger Frankel, Mr. Austern's successor.[1]   In the Application, PG&S seeks approval of fees and expenses as follows: fees totaling $3,085.50 and expenses totaling $27.37 for its services from January 1, 2014 through February 3, 2014 (the "Fifty-Second Interim Period");[2] and

---

[1]Roger Frankel succeeded Mr. Austern as the Future Claimants' Asbestos PI Representative upon Mr. Austern's passing on May 16, 2013.

[2]Although this is PG&S' third quarterly fee application as Roger Frankel's counsel, the period covered in the application coincides with the Fifty-Second Interim Period.

final approval of fees totaling $1,013,240.00[3] and expenses totaling $61,067.70[4] for its services from

May 24, 2004 through February 3, 2014 (the "Final Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained

herein, we reviewed in detail the Application in its entirety, including each of the time and expense

entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule

2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware,

Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued

January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent

established in the United States Bankruptcy Court for the District of Delaware, the United States

District Court for the District of Delaware, and the Third Circuit Court of Appeals.

### DISCUSSION

### Fifty-Second Interim Period

3.      We had no issues with, or objections to, PG&S' fees and expenses for the Fifty-

Second Interim Period, and thus we did not send an initial report to PG&S.

---

[3] We note that the total of the fees requested in PG&S' 40 prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is $1,013,924.50. It appears that PG&S has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, to arrive at the figure it seeks of $1,013,240.00. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[4] We note that the total of the expenses requested in PG&S' 40 prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is $61,067.70. There have been no reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, and thus PG&S has deducted no sums from this amount to arrive at the figure it seeks of $61,067.70. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

4.      Thus, we recommend approval of $3,085.50 in fees and $27.37 in expenses for PG&S' services for the Fifty-Second Interim Period.

**Prior Interim Applications**

5.      We note that we previously filed the following final reports for PG&S' prior interim applications, which final reports we incorporate by reference herein, and we also note the following orders that ruled on PG&S' prior interim fee applications:

13th Period:    Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirteenth Interim Period (Docket #7013), filed on or about November 22, 2004, in which we recommended approval of fees totaling $5,034.50. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirteenth Period, dated January 26, 2005 (Docket #7622).

14th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Fourteenth Interim Period (Docket #7982), filed on or about March 8, 2005, in which we recommended approval of fees totaling $10,863.00 and expenses totaling $1,722.87. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fourteenth Interim Period, dated March 22, 2005 (Docket #8081).

15th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Fifteenth Interim Period (Docket #8561), filed on or about June 6, 2005, in which we recommended approval

of fees totaling $20,646.00 and expenses totaling $1,018.20.    These
recommendations were adopted in the <u>Order Approving Quarterly Fee
Applications for the Fifteenth Period</u>, dated June 29, 2005 (Docket #8728).

16th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications
with No Fee or Expense Issues for the Sixteenth Interim Period</u> (Docket
#9387), filed on or about September 12, 2005, in which we recommended
approval of fees totaling $16,747.50 and expenses totaling $2,665.29. These
recommendations were adopted in the <u>Order Approving Quarterly Fee
Applications for the Sixteenth Period</u>, dated September 27, 2005 (Docket
#9513).

17th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications
with No Fee or Expense Issues for the Seventeenth Interim Period</u> (Docket
#11168), filed on or about November 28, 2005, in which we recommended
approval of fees totaling $13,901.00 and expenses totaling $1,598.79. These
recommendations were adopted in the <u>Order Approving Quarterly Fee
Applications for the Seventeenth Period</u>, dated December 21, 2005 (Docket
#11402).

18th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications
with No Fee or Expense Issues for the Eighteenth Interim Period</u> (Docket
#12019), filed on or about March 9, 2006, in which we recommended
approval of fees totaling $25,658.50 and expenses totaling $420.57. These
recommendations were adopted in the <u>Order Approving Quarterly Fee

Applications for the Eighteenth Period, dated March 27, 2006 (Docket #12121).

19th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Nineteenth Interim Period (Docket #12525), filed on or about May 25, 2006, in which we recommended approval of fees totaling $23,140.50 and expenses totaling $153.38.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Nineteenth Period, dated June 16, 2006 (Docket #12660).

20th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twentieth Interim Period (Docket #13183), filed on or about September 8, 2006, in which we recommended approval of fees totaling $20,182.00 and expenses totaling $1,421.01.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twentieth Period, dated September 26, 2006 (Docket #13298).

21st Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-First Interim Period (Docket #13963), filed on or about December 8, 2006, in which we recommended approval of fees totaling $13,278.00 and expenses totaling $4,384.36.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-First Period, dated December 19, 2006 (Docket

#14069).

22nd Period:     <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u> <u>with No Fee or Expense Issues for the Twenty-Second Interim Period</u> (Docket #14868), filed on or about March 15, 2007, in which we recommended approval of fees totaling $30,594.00 and expenses totaling $1,597.70.  These recommendations were adopted in the <u>Order Approving</u> <u>Quarterly Fee Applications for the Twenty-Second Period</u>, dated May 3, 2007 (Docket #15494).

23rd Period:     <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee</u> <u>Applications with No Fee or Expense Issues for the Twenty-Third Interim</u> <u>Period</u> (Docket #16037), filed on or about June 13, 2007, in which we recommended approval of fees totaling $33,336.00 and expenses totaling $1,314.03.  These recommendations were adopted in the <u>Order Approving</u> <u>Quarterly Fee Applications for the Twenty-Third Period</u>, dated June 20, 2007 (Docket #16105).

24th Period:     <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u> <u>with No Fee or Expense Issues for the Twenty-Fourth Interim Period</u> (Docket #16786), filed on or about September 10, 2007, in which we recommended approval of fees totaling $37,085.50 and expenses totaling $1,028.38.  These recommendations were adopted in the <u>Order Approving Quarterly Fee</u> <u>Applications for the Twenty-Fourth Period</u>, dated September 25, 2007 (Docket #16916).

25th Period:  <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fifth Interim Period</u> (Docket #17542), filed on or about December 4, 2007, in which we recommended approval of fees totaling $54,596.50 and expenses totaling $2,627.26.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fifth Period</u>, dated December 13, 2007 (Docket #17629).

26th Period:  <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Sixth Interim Period</u> (Docket #18176), filed on or about February 29, 2008, in which we recommended approval of fees totaling $40,104.50 and expenses totaling $2,207.66.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Sixth Period</u>, dated March 12, 2008 (Docket #18270).

27th Period:  <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Seventh Interim Period</u> (Docket #18887), filed on or about June 9, 2008, in which we recommended approval of fees totaling $39,915.50 and expenses totaling $2,256.33.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Seventh Period</u>, dated June 23, 2008 (Docket #18989).

28th Period:  <u>Fee Auditor's Final Report Regarding Fee Application of Phillips, Goldman</u>

& Spence, P.A., for the Twenty-Eighth Interim Period (Docket #19355), filed on or about August 21, 2008, in which we recommended approval of fees totaling $60,078.00 and expenses totaling $2,296.10, reflecting our recommended reduction of $160.00 in fees, as further explained in paragraph 3 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Eighth Period, dated October 1, 2008 (Docket #19663).

29th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Ninth Interim Period (Docket #20150), filed on or about November 26, 2008, in which we recommended approval of fees totaling $33,861.00 and expenses totaling $2,298.75. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Ninth Period, dated December 17, 2008 (Docket #20283).

30th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirtieth Interim Period (Docket #21063), filed on or about March 21, 2009, in which we recommended approval of fees totaling $27,323.00 expenses totaling $2,666.07. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirtieth Period, dated April 2, 2009 (Docket #21173).

31st Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-First Interim Period (Docket

#22047), filed on or about June 10, 2009, in which we recommended approval of fees totaling $34,403.00 and expenses totaling $1,608.81. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-First Period</u>, dated July 7, 2009 (Docket #22354).

32nd Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Thirty-Second Interim Period</u> (Docket #23240), filed on or about September 15, 2009, in which we recommended approval of fees totaling $56,699.50 and expenses totaling $2,764.55. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Second Period</u>, dated September 28, 2009 (Docket #23352).

33rd Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Thirty-Fourth Interim Period</u> (Docket #24438), filed on or about March 11, 2010, in which we recommended approval of fees totaling $57,460.00 and expenses totaling $2,418.33. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Fourth Period</u>, dated March 19, 2010 (Docket #24470).

34th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-First Interim Period</u> (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $103,561.50 and expenses

totaling $1,372.56. These recommendations were adopted in the <u>Order</u> <u>Approving Quarterly Fee Applications for the Forty-First Period</u>, dated December 14, 2011 (Docket #28150).

35th Period:     <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee</u> <u>Applications with *De Minimis* or No Fee or Expense Issues for the Forty-First</u> <u>Interim Period</u> (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $25,559.00 and expenses totaling $2,835.06. These recommendations were adopted in the <u>Order</u> <u>Approving Quarterly Fee Applications for the Forty-First Period</u>, dated December 14, 2011 (Docket #28150).

36th Period:     <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee</u> <u>Applications with *De Minimis* or No Fee or Expense Issues for the Forty-First</u> <u>Interim Period</u> (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $27,180.00 and expenses totaling $1,896.21. These recommendations were adopted in the <u>Order</u> <u>Approving Quarterly Fee Applications for the Forty-First Period</u>, dated December 14, 2011 (Docket #28150).

37th Period:     <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee</u> <u>Applications with *De Minimis* or No Fee or Expense Issues for the Forty-First</u> <u>Interim Period</u> (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $8,370.00 and expenses totaling $249.61. These recommendations were adopted in the <u>Order</u>

*Approving Quarterly Fee Applications for the Forty-First Period*, dated December 14, 2011 (Docket #28150).

38th Period:    *Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Forty-First Interim Period* (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $13,980.00 and expenses totaling $84.30. These recommendations were adopted in the *Order Approving Quarterly Fee Applications for the Forty-First Period*, dated December 14, 2011 (Docket #28150).

39th Period:    *Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Forty-First Interim Period* (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $5,655.00 and expenses totaling $59.20. These recommendations were adopted in the *Order Approving Quarterly Fee Applications for the Forty-First Period*, dated December 14, 2011 (Docket #28150).

40th Period:    *Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Forty-First Interim Period* (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $26,373.50 and expenses totaling $222.15, reflecting our recommended reduction of $475.00 in fees, as further explained in footnote 14 of that final report. These

recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-First Period</u>, dated December 14, 2011 (Docket #28150).

41st Period:      <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-First Interim Period</u> (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $32,337.00 and expenses totaling $207.21. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-First Period</u>, dated December 14, 2011 (Docket #28150).

42nd Period:      <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Second Interim Period</u> (Docket #28548), filed on or about February 20, 2012, in which we recommended approval of fees totaling $7,384.00 and expenses totaling $212.76. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Second Period</u>, dated March 23, 2012 (Docket #28705).

43rd Period:      <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Third Interim Period</u> (Docket #28900), filed on or about May 9, 2012, in which we recommended approval of fees totaling $21,194.00 and expenses totaling $7,615.34. These recommendations were adopted in the <u>Order Approving</u>

Quarterly Fee Applications for the Forty-Third Period, dated June 14, 2012 (Docket #29054).

44th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fourth Interim Period (Docket #29449), filed on or about August 13, 2012, in which we recommended approval of fees totaling $15,222.00 and expenses totaling $35.47. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Fourth Period, dated October 19, 2012 (Docket #29746).

45th Period: Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fifth Interim Period (Docket #29988), filed on or about December 4, 2012, in which we recommended approval of fees totaling $10,808.00 and expenses totaling $1,891.30. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Fifth Period, dated December 11, 2012 (Docket #30036).

46th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Sixth Interim Period (Docket #30382), filed on or about March 7, 2013, in which we recommended approval of fees totaling $10,452.00 and expenses totaling $967.17. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Sixth Period, dated March 27, 2013

(Docket #30440).

47th Period:  Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Seventh Interim Period (Docket #30840), filed on or about July 17, 2013, in which we recommended approval of fees totaling $7,352.00 and expenses totaling $869.67.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Seventh Period, dated July 31, 2013 (Docket #30907).

48th Period:  Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Eighth Interim Period (Docket #31080), filed on or about September 6, 2013, in which we recommended approval of fees totaling $12,148.50 and expenses totaling $1,034.51, reflecting our recommended reduction of $49.50 in fees, as further explained in footnote 16 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Eighth Period, dated September 24, 2013 (Docket #31158).

49th Period:  Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Ninth Interim Period (Docket #31404), filed on or about November 26, 2013, in which we recommended approval of fees totaling $15,213.00 and expenses totaling $1,041.07.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Ninth Period, dated December 17,

2013 (Docket #31482).

50th Period:      Fee Auditor's Combined Final Report Regarding Those Fee Applications

with *De Minimis* or No Fee or Expense Issues for the Fiftieth Interim Period

(Docket #31838), filed on or about March 11, 2014, in which we

recommended approval of fees totaling $6,534.00 and expenses totaling

$1,101.49.  These recommendations were adopted in the Order Approving

Quarterly Fee Applications for the Fiftieth Period, dated March 31, 2014

(Docket #31963).

51st Period:      Fee Auditor's Combined Final Report Regarding Those Fee Applications

with *De Minimis* or No Fee or Expense Issues for the Fifty-First Interim

Application Period (Docket #32197), filed on or about May 13, 2014, in

which we recommended approval of fees totaling $5,923.50 and expenses

totaling $876.81.  These recommendations were adopted in the Order

Approving Quarterly Fee Applications for the Fifty-First Period, dated May

23, 2014 (Docket #32216).

6.      We have reviewed the final reports and orders allowing fees and expenses for the

prior interim periods, and we do not believe there is any reason to change any of the amounts

awarded for the prior interim periods.

## CONCLUSION

7.      Thus, we recommend final approval of $1,013,240.00[5] in fees  and $61,067.70[6] in

expenses for PG&S' services for the Final Application Period.


                              Respectfully submitted,

                              **WARREN H. SMITH & ASSOCIATES, P.C.**


                    By:_____
                              Warren H. Smith
                              Texas State Bar No. 18757050


                    2235 Ridge Road, Suite 105
                    Rockwall, Texas 75087
                    214-698-3868
                    214-722-0081 (fax)
                    whsmith@whsmithlaw.com


                    **FEE AUDITOR**

---

[5]We note that the total of the fees requested in PG&S' 40 prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is $1,013,924.50.  It appears that PG&S has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, to arrive at the figure it seeks of $1,013,240.00.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[6]We note that the total of the expenses requested in PG&S' 40 prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is $61,067.70.  There have been no reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, and thus PG&S has deducted no sums from this amount to arrive at the figure it seeks of $61,067.70.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 28th day of June, 2014.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
John C. Phillips
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899