## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (KJC)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING THE ONE HUNDRED FORTY-FORTH AND ONE HUNDRED FORTY-FIFTH MONTHLY FEE APPLICATIONS AND THE FINAL APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 17, 2001 THROUGH FEBRUARY 3, 2014

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the One Hundred Forty-Fourth and One Hundred Forty-Fifth Monthly Fee Applications and the Final Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 17, 2001 through February 3, 2014 (the "Applications").

### BACKGROUND

1.      Duane Morris LLP ("Duane Morris") was retained as co-counsel to the Official Committee of Unsecured Creditors. In the Applications, Duane Morris seeks approval of fees and expenses as follows: fees totaling $5,118.50 and expenses totaling $28.00 for its services from January 1, 2014 through January 31, 2014 (the "One Hundred Forty-Fourth Monthly Fee Application"); fees totaling $2,544.00 and no expenses for its services from February 1, 2014 through February 3, 2014 (the "One Hundred Forty-Fifth Monthly Fee Application"); and final

approval of fees totaling $3,165,467.40[1] and expenses totaling $147,931.99[2] for its services from

April 17, 2001 through February 3, 2014 (the "Final Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained

herein, we reviewed in detail the Applications in their entirety, including each of the time and

expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330,

Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of

Delaware, Amended Effective February 1, 2014 (the "Local Rules"), and the United States Trustee

Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for

consistency with precedent established in the United States Bankruptcy Court for the District of

Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court

of Appeals.  We served an initial report on Duane Morris based upon our review, and we received

a response from Duane Morris, portions of which response are quoted herein.

---

[1]We note that the total of the fees requested in Duane Morris' 51 prior fee applications, plus the
compensation requested in the One Hundred Forty-Fourth and One Hundred Forty-Fifth Monthly Fee
Applications, is $3,123,032.40.  It appears that Duane Morris has deducted from this amount almost all of
the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in
paragraph 10, to arrive at the figure it seeks of $3,165,467.40.  (*See* n. 3(b) and (c) for an explanation of
which Court-approved reductions were not deducted by Duane Morris.)  We note that the Court has ruled
on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim
Period.

[2]We note that the total of the expenses requested in Duane Morris' 51 prior fee applications, plus the
expenses requested in the One Hundred Forty-Fourth and One Hundred Forty-Fifth Monthly Fee
Applications, is $152,156.23.  It appears that Duane Morris has deducted from this amount almost all of
the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in
paragraph 10, to arrive at the figure it seeks of $147,931.99.  (*See* n. 5 for an explanation of which Court-
approved reductions were not deducted by Duane Morris.)  We note that the Court has ruled on the First
through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

## DISCUSSION

### One Hundred Forty-Fourth Monthly Fee Application

3.        We have no issues with, or objections to, Duane Morris' One Hundred Forty-Fourth Monthly Fee Application.

4.        Thus, we recommend approval of $5,118.50 in fees and $28.00 in expenses for Duane Morris' services for the One Hundred Forty-Fourth Monthly Application Period.

### One Hundred Forty-Fifth Monthly Fee Application

5.        We have no issues with, or objections to, Duane Morris' One Hundred Forty-Fifth Monthly Fee Application.

6.        Thus, we recommend approval of $2,544.00 in fees for Duane Morris' services for the One Hundred Forty-Fifth Monthly Application Period.

### Final Application Period

7.        We noted that although Duane Morris had requested final approval of fees totaling $3,165,467.40, we calculated Duane Morris' final fees at $3,100,655.40, for a difference of $64,812.00.[3]  We asked Duane Morris whether or not it agreed with our calculation of its final fee

---

[3]The reasons for the discrepancy are as follows:

>        a.        On page 2 of the Final Application, Duane Morris lists for the First, Second, and Third Quarterly Periods total allowed fees of $41,314.50, $9,490.50, $12,885.00, and $68,886.50, for a total of $132,576.50.  However, the fees approved by the Court for the First, Second, and Third Quarterly Periods totaled only $68,886.50.  The difference between the two totals is $63,690.00.

>        b.        On page 3 of the Final Application, Duane Morris lists for the Twenty-Ninth Quarterly Period total allowed fees of $136,632.50.  However, the fees approved by the Court for the Twenty-Ninth Quarterly Period totaled only $136,284.50.  The reason for the $348.00 disparity is that Duane Morris failed to deduct a Court-approved reduction of $348.00 for this period.

>        c.        On page 3 of the Final Application, Duane Morris lists for the Thirty-First Quarterly Period total allowed fees of $78,318.00.  However, the fees approved by the Court for

request at $3,100,655.40, and Duane Morris responded that "we agree with your comments." We appreciate Duane Morris' response and recommend that its final fee request be reduced by $64,812.00.

8.    We noted that although Duane Morris had requested final approval of expenses totaling $147,931.99, we calculated Duane Morris' final expense total at $147,494.99,[4] for a difference of $437.00.[5]  We asked Duane Morris whether or not it agreed with our calculation of its final expense request at $147,494.99, and Duane Morris responded: "We agree with your comments."  We appreciate Duane Morris' response and recommend that its final expense request be reduced by $437.00.

---

the Thirty-First Quarterly Period totaled only $77,544.00.  The reason for the $774.00 disparity is that Duane Morris failed to deduct a Court-approved reduction of $774.00 for this period.

These discrepancies ($63,690.00 + $348.00 + $774.00) total $64,812.00.  When $64,812.00 is subtracted from Duane Morris' final fee request of $3,165,467.40, the result is $3,100,655.40.

[4]This amount does not reflect the expense reductions recommended in this report for photocopies.

[5]The reasons for the discrepancy are as follows:

    a.    On page 2 of the Final Application, Duane Morris lists for the Eighth Quarterly Period total allowed expenses of $1,415.62.  However, the expenses approved by the Court for the Eighth Quarterly Period totaled only $1,319.72.  The reason for the $95.90 disparity is that Duane Morris failed to deduct a Court-approved reduction of $95.90 for this period.

    b.    On page 3 of the Final Application, Duane Morris lists for the Thirty-First Quarterly Period total allowed expenses of $3,788.25.  However, the expenses approved by the Court for the Thirty-First Quarterly Period totaled only $3,572.93.  The reason for the $215.32 disparity is that Duane Morris failed to deduct a Court-approved reduction of $215.32 for this period.

    c.    On page 4 of the Final Application, Duane Morris lists for the Thirty-Fifth Quarterly Period total allowed expenses of $4,393.13.  However, the expenses approved by the Court for the Thirty-Fifth Quarterly Period totaled only $4,267.35.  The reason for the $125.78 disparity is that Duane Morris failed to deduct a Court-approved reduction of $125.78 for this period.

These discrepancies ($95.90 + $215.32 + $125.78) total $437.00.  When $437.00 is subtracted from Duane Morris' final expense request of $147,931.99, the result is $147,494.99.

9.      We noted that, effective February 1, 2006, the maximum allowed  rate for photocopies in this district was decreased from $0.15 to $0.10 per page.[6]  We note that between February 1, 2006, and September 30, 2007, Duane Morris billed $497.40 for in-house photocopies at a rate of $0.15 per page.  We asked Duane Morris if it would agree to reduce these photocopy charges to $0.10 per page, and Duane Morris responded: "We agree with your comments."  We appreciate Duane Morris' response and recommend a reduction of $165.80 in expenses.[7]

**Prior Interim Applications**

10.      We note that we previously filed the following final reports for Duane Morris' prior interim applications, which final reports we incorporate by reference herein, and we also note the orders that ruled on Duane Morris' prior interim fee applications:

1st - 3rd Periods:      Fee Auditor's Final Report Regarding Interim Application of Duane Morris LLP  for the First, Second, and Third Interim Periods (Docket #2873), filed on or about October 24, 2002, in which we recommended approval of fees totaling $68,886.50 and expenses totaling $16,576.41, reflecting our recommended reduction of $12,153.00 in fees, as further explained in paragraphs 6, 7 and 10 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the First, Second and Third Periods, dated November 25, 2002 (Docket #3091).

4th Period:      Fee Auditor's Final Report Regarding Fee Application of Duane Morris LLP for the Fourth Interim Period (Docket #2492), filed on or about August 5,

---

[6]*See* Local Rule 2016-2(e)(iii).

[7]If the copies had been billed at $.10 per page, the cost would have been $331.60.  Thus, the copies were over billed by $165.80.

**FEE AUDITOR'S FINAL REPORT** - Page 5
wrg FR Duane Morris Final v3.wpd

2002, in which we recommended approval of fees totaling $37,486.50 and expenses totaling $5,113.59, reflecting our recommended reduction of $1,273.00 in fees, as further explained in paragraph 6 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fourth Period</u>, dated October 9, 2002 (Docket #2797).

5th Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Duane Morris LLP for the Fifth Interim Period</u> (Docket #2944), filed on or about November 6, 2002, in which we recommended approval of fees totaling $49,098.00 and expenses totaling $4,181.96, reflecting our recommended reduction of $1,225.00 in fees, as further explained in paragraph 6 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifth Period</u>, dated November 25, 2002 (Docket #3092).

6th Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Duane Morris LLP for the Sixth Interim Period</u> (Docket #3337), filed on or about February 6, 2003, in which we recommended approval of fees totaling $89,652.00 and expenses totaling $8,038.01, reflecting our recommended reduction of $301.00 in fees, as further explained in paragraphs 6 and 7 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Sixth Period</u>, dated March 14, 2003 (Docket #3511).

7th Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Duane Morris LLP for the Seventh Interim Period</u> (Docket #3709), filed on or about April 24, 2003, in which we recommended approval of fees totaling $61,292.50 and

expenses totaling $3,757.47.  The Court approved fees totaling $61,880.50 and expenses totaling $3,757.47 in the <u>Order Approving Quarterly Fee Applications for the Seventh Period</u>, dated July 28, 2003 (Docket #4157).

8th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Duane Morris LLP for the Eighth Interim Period</u> (Docket #4060), filed on or about July 15, 2003, in which we recommended approval of fees totaling $32,900.90 and expenses totaling $1,319.72, reflecting our recommended reduction of $95.90 in expenses, as further explained in paragraph 4 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Eighth Period</u>, dated September 22, 2003 (Docket #4480).

9th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Duane Morris LLP for the Ninth Interim Period</u> (Docket #4469), filed on or about September 23, 2003, in which we recommended approval of fees totaling $32,863.50 and expenses totaling $3,789.95.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Ninth Period</u>, dated December 15, 2003 (Docket #4827).

10th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Duane Morris LLP for the Tenth Interim Period</u> (Docket #5000), filed on or about January 27, 2004, in which we recommended approval of fees totaling $40,040.50 and expenses totaling $351.60.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Tenth Period</u>, dated April 26, 2004 (Docket #5482).

11th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues  for the Eleventh  Interim Period</u> (Docket #5675), filed on or about June 1, 2004, in which we recommended approval of fees totaling $64,624.50 and expenses totaling $756.78.   These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Eleventh Period</u>, dated June 16, 2004 (Docket #5822).

12th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twelfth Interim Period</u> (Docket #6320), filed on or about September 3, 2004, in which we recommended approval of fees totaling $45,639.00 and expenses totaling $1,378.35.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twelfth Period</u>, dated September 27, 2004 (Docket #6465).

13th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirteenth Interim Period</u> (Docket #7013), filed on or about November 22, 2004, in which we recommended approval of fees totaling $77,218.00 and expenses totaling $3,909.57.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirteenth Period</u>, dated January 26, 2005 (Docket #7622).

14th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Fourteenth Interim Period</u> (Docket #7982), filed on or about March 8, 2005, in which we recommended approval

of fees totaling $55,509.00 and expenses totaling $783.31. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fourteenth Period</u>, dated March 22, 2005 (Docket #8081).

15th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Fifteenth Interim Period</u> (Docket #8561), filed on or about June 6, 2005, in which we recommended approval of fees totaling $100,271.00 and expenses totaling $10,120.25. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifteenth Period</u>, dated June 29, 2005 (Docket #8728).

16th Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Duane Morris for the Sixteenth Interim Period</u> (Docket #9353), filed on or about September 7, 2005, in which we recommended approval of fees totaling $74,968.00 and expenses totaling $3,686.77, reflecting our recommended reduction $2,419.00 in fees, as further explained in paragraph 3 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Sixteenth Period</u>, dated September 27, 2005 (Docket #9513).

17th Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Duane Morris for the Seventeenth Interim Period</u> (Docket #11108), filed on or about November 18, 2005, in which we recommended approval of fees totaling $43,824.50 and expenses totaling $1,148.39, reflecting our recommended reduction of $1,430.00 in fees, as  further explained in paragraph 3 of that final report.

These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Seventeenth Period</u>, dated December 21, 2005 (Docket #11402).

18th Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Duane Morris for the Eighteenth Interim Period</u> (Docket #11920), filed on or about March 1, 2006, in which we recommended approval of fees totaling $54,044.00 and expenses totaling $2,943.36, reflecting our recommended reduction $230.00 in fees, as further explained in paragraph 3 of that final report.   These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Eighteenth Period</u>, dated March 27, 2006 (Docket #12121).

19th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Nineteenth Interim Period</u> (Docket #12525), filed on or about May 25, 2006, in which we recommended approval of fees totaling $51,287.00 and expenses totaling $2,277.70.   These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Nineteenth Period</u>, dated June 16, 2006 (Docket #12660).

20th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twentieth Interim Period</u> (Docket #13183), filed on or about September 8, 2006, in which we recommended approval of fees totaling $47,740.50 and expenses totaling $942.69.   These recommendations were adopted in the <u>Order Approving Quarterly Fee</u>

Applications for the Twentieth Period, dated September 26, 2006 (Docket #13298).

21st Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-First Interim Period (Docket #13963), filed on or about December 8, 2006, in which we recommended approval of fees totaling $55,469.00 and expenses totaling $3,022.31. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-First Period, dated December 19, 2006 (Docket #14069).

22nd Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Second  Interim Period (Docket #14868), filed on or about March 15, 2007, in which we recommended approval of fees totaling $89,965.00 and expenses totaling $2,032.77. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Second Period, dated May 3, 2007 (Docket #15494).

23rd Period:   Fee Auditor's Final Report Regarding Fee Application of Duane Morris for the Twenty-Third Interim Period (Docket #15972), filed on or about June 6, 2007, in which we recommended approval of fees totaling $111,677.00 and expenses totaling $1,031.40, reflecting our recommended reduction of $419.35 in expenses, as further explained in paragraph 3 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Third Period, dated June 20, 2007 (Docket

#16105).

24th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fourth Interim Period</u> (Docket #16786), filed on or about September 10, 2007, in which we recommended approval of fees totaling $83,795.00 and expenses totaling $962.79. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fourth Period</u>, dated September 25, 2007 (Docket #16916).

25th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fifth Interim Period</u> (Docket #17542), filed on or about December 4, 2007, in which we recommended approval of fees totaling $59,857.50 and expenses totaling $9,248.40. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fifth Period</u>, dated December 13, 2007 (Docket #17629).

26th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Sixth Interim Period</u> (Docket #18176), filed on or about February 29, 2008, in which we recommended approval of fees totaling $103,117.00 and expenses totaling $2,899.55. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Sixth Period</u>, dated March 12, 2008 (Docket #18270).

27th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Duane Morris for</u>

the Twenty-Seventh Interim Period (Docket #18763), filed on or about May 21, 2008, in which we recommended approval of fees totaling $105,659.50 and expenses totaling $4,180.57, reflecting our recommended reductions of $1,704.00 in fees and $429.94 in expenses, as further explained in paragraphs 3 and 4 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Seventh Period, dated June 23, 2008 (Docket #18989).

28th Period:    Fee Auditor's Final Report Regarding Fee Application of Duane Morris for the Twenty-Eighth Interim Period (Docket #19475), filed on or about September 5, 2008, in which we recommended approval of fees totaling $123,914.50 and expenses totaling $11,487.69, reflecting our recommended reductions of $214.50 in fees and $396.70 in expenses, as further explained in paragraphs 3, 4 and 5 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Eighth Period, dated October 1, 2008 (Docket #19663).

29th Period:    Fee Auditor's Final Report Regarding Fee Application of Duane Morris for the Twenty-Ninth Interim Period (Docket #20106), filed on or about November 20, 2008, in which we recommended approval of fees totaling $136,284.50 and expenses totaling $3,249.13, reflecting our recommended reductions of $348.00 in fees and $1,322.91 in expenses, as further explained in paragraphs 3, 4, 5 and 6 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Ninth Period, dated December 17, 2008 (Docket #20283).

30th Period:    Fee Auditor's Final Report Regarding Fee Application of Duane Morris for the Thirtieth Interim Period (Docket #21008), filed on or about March 15, 2009, in which we recommended approval of fees totaling $77,335.00 and expenses totaling $3,148.16, reflecting our recommended reduction of $200.05 in expenses, as further explained in paragraphs 3 and 4 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirtieth Period, dated April 2, 2009 (Docket #21173).

31st Period:    Fee Auditor's Final Report Regarding Fee Application of Duane Morris for the Thirty-First Interim Period (Docket #21571), filed on or about May 7, 2009, in which we recommended approval of fees totaling $77,544.00 and expenses totaling $3,572.93, reflecting our recommended reductions of $774.00 in fees and $215.32 in expenses, as further explained in paragraphs 3, 4, and 5 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-First Period, dated July 7, 2009 (Docket #22354).

32nd Period:    Fee Auditor's Final Report Regarding Fee Application of Duane Morris for the Thirty-Second Interim Period (Docket #23212), filed on or about September 10, 2009 in which we recommended approval of fees totaling $115,412.00 and expenses totaling $3,153.13, reflecting our recommended reductions of $29.00 in fees and $450.45 in expenses, as further explained in paragraphs 3 and 4 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-

<u>Second Period</u>, dated September 28, 2009 (Docket #23352).

33rd Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Duane Morris for the Thirty-Third Interim Period</u> (Docket #23791), filed on or about November 18, 2009, in which we recommended approval of fees totaling $175,331.00 and expenses totaling $3,835.98, reflecting our recommended reduction of $279.25 in expenses, as further explained in paragraph 3 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Third Period</u>, dated December 11, 2009 (Docket #23996).

34th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Duane Morris for the Thirty-Fourth Interim Period</u> (Docket #24403), filed on or about March 4, 2010, in which we recommended approval of fees totaling $210,367.00 and expenses totaling $3,687.67, reflecting our recommended reduction of $661.85 in expenses, as further explained in paragraphs 3 and 4 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Fourth Period</u>, dated March 19, 2010 (Docket #24470).

35th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Duane Morris for the Thirty-Fifth Interim Period</u> (Docket #24603), filed on or about April 12, 2010, in which we recommended approval of fees totaling $82,744.50 and expenses totaling $4,267.35, reflecting our recommended reductions of $154.00 in fees and $125.78 in expenses, as further explained in paragraphs 3 and 4 of that final report.  These recommendations were adopted in the

Order Approving Quarterly Fee Applications for the Thirty-Fifth Period, dated June 7, 2010 (Docket #24917).

36th Period:    Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Thirty-Sixth Interim Period (Docket #25384), filed on or about September 10, 2010, in which we recommended approval of fees totaling $54,047.50 and expenses totaling $2,234.02.    These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Sixth Period, dated September 13, 2010 (Docket #25397).

37th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Seventh Interim Period (Docket #25850), filed on or about December 2, 2010, in which we recommended approval of fees totaling $28,776.50 and expenses totaling $1,596.18.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Seventh Period, dated December 10, 2010 (Docket #25905).

38th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Eighth Interim Period (Docket #26519), filed on or about March 9, 2011, in which we recommended approval of fees totaling $20,520.00 and expenses totaling $1,182.88.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Eighth Period, dated March 25, 2011 (Docket #26627).

39th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Ninth Interim Period</u> (Docket #27116), filed on or about June 21, 2011, in which we recommended approval of fees totaling $23,319.00 and expenses totaling $988.07.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Ninth Period</u>, dated June 30, 2011 (Docket #27188).

40th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fortieth Interim Period</u> (Docket #27507), filed on or about August 25, 2011, in which we recommended approval of fees totaling $71,648.50 and expenses totaling $1,614.28, reflecting our recommended reductions of $87.50 in fees and $54.74 in expenses, as further explained in footnotes 10 and 11 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fortieth Period</u>, dated September 20, 2011 (Docket #27622).

41st Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-First Interim Period</u> (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $75,393.50 and expenses totaling $1,358.93, reflecting our recommended reduction of $35.00 in fees, as further explained in footnote 10 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee</u>

Applications for the Forty-First Period, dated December 14, 2011 (Docket #28150).

42nd Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Second Interim Period (Docket #28548), filed on or about February 20, 2012, in which we recommended approval of fees totaling $16,836.00 and expenses totaling $813.77. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Second Period, dated March 23, 2012 (Docket #28705).

43rd Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Third Interim Period (Docket #28900), filed on or about May 9, 2012, in which we recommended approval of fees totaling $14,999.00 and expenses totaling $556.06. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Third Period, dated June 14, 2012 (Docket #29054).

44th Period: Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fifth Interim Period (Docket #29988), filed on or about December 4, 2012, in which we recommended approval of fees totaling $19,835.50 and expenses totaling $824.98. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Fifth Period, dated December 11, 2012 (Docket #30036).

45th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fifth Interim Period</u> (Docket #29988), filed on or about December 4, 2012, in which we recommended approval of fees totaling $18,115.00 and expenses totaling $753.82.   These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Fifth Period</u>, dated December 11, 2012 (Docket #30036).

46th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Sixth Interim Period</u> (Docket #30382), filed on or about March 7, 2013, in which we recommended approval of fees totaling $14,535.00 and expenses totaling $435.55.   These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Sixth Period</u>, dated March 27, 2013 (Docket #30440).

47th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Seventh Interim Period</u> (Docket #30840), filed on or about July 17, 2013, in which we recommended approval of fees totaling $23,928.50 and expenses totaling $1,348.27.   These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Seventh Period</u>, dated July 31, 2013 (Docket #30907).

48th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Eighth Interim</u>

Period (Docket #31080), filed on or about September 6, 2013, in which we recommended approval of fees totaling $29,380.50 and expenses totaling $124.42.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Eighth Period</u>, dated September 24, 2013 (Docket #31158).

49th Period:  <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Forty-Ninth Interim Period</u> (Docket #31404), filed on or about November 26, 2013, in which we recommended approval of fees totaling $20,955.00 and expenses totaling $1,277.48.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Ninth Period</u>, dated December 17, 2013 (Docket #31482).

50th Period:  <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Fiftieth Interim Period</u> (Docket #31838), filed on or about March 11, 2014, in which we recommended approval of fees totaling $15,858.00 and expenses totaling $796.47.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fiftieth Period</u>, dated March 11, 2014 (Docket #31963).

51st Period:  <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Fifty-First Interim Application Period</u> (Docket #32197), filed on or about May 13, 2014, in which we recommended approval of fees totaling $8,439.00 and expenses

totaling $715.10.   These recommendations were adopted in the <u>Order</u> <u>Approving Quarterly Fee Applications for the Fifty-First Period</u>, dated May 23, 2014 (Docket #32216).

11.      We have reviewed the final reports and orders allowing fees and expenses for the prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods, with the exception of the Eighteenth Interim Period.   Due to a clerical error in the order submitted to the Court, the approved expenses were listed as $2,943.36, when the correct amount was $2,934.36, for a difference of $9.00.   However, because Duane Morris' final expense request was calculated based upon the correct expense total of $2,934.36, no additional reduction to Duane Morris' final expense request is necessary.

## CONCLUSION

12.      Thus, we recommend final approval of $3,100,655.40 in fees ($3,165,467.40[8] minus

---

[8]We note that the total of the fees requested in Duane Morris' 51 prior fee applications, plus the compensation requested in the One Hundred Forty-Fourth and One Hundred Forty-Fifth Monthly Fee Applications, is $3,123,032.40.   It does not appear that Duane Morris has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 10, to arrive at the figure it seeks of $3,165,467.40.   We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

$64,812.00)^9$ and $147,329.19 in expenses ($147,931.99$^{10}$ minus $602.80)^{11}$ for Duane Morris'

services for the Final Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____

      Warren H. Smith
      Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

---

[9]This amount includes a reduction of $63,690.00 due to a mathematical error in the Application, as well as Court-approved reductions totaling $1,122.00 not previously deducted by Duane Morris.  *See* paragraph 7 and n.3.

[10]We note that the total of the expenses requested in Duane Morris' 51 prior fee applications, plus the expenses requested in the One Hundred Forty-Fourth and One Hundred Forty-Fifth Monthly Fee Applications, is $152,156.23.  It does not appear that Duane Morris has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 10, to arrive at the figure it seeks of $147,931.99.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[11]This amount includes Court-approved reductions totaling $437.00 not previously deducted by Duane Morris (*see* paragraph 8 and n. 5), as well as a reduction of $165.80 for photocopying charges (*see* paragraph 9).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 1st of July, 2014.

_____

Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
Michael R. Lastowski
Richard W. Riley
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

**Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**Counsel to the Official Committee of Property**