IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (KJC) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE FINAL
SUMMARY OF THE MONTHLY AND QUARTERLY INTERIM
VERIFIED APPLICATIONS OF GRANT THORNTON LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD FROM JULY 1, 2012 – FEBRUARY 3, 2014**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Final Summary of the Monthly and Quarterly Interim Verified Applications of Grant Thornton LLP for Compensation for Services and Reimbursement of Expenses for the Period from July 1, 2012 – February 3, 2014 (the "Application").

## BACKGROUND

1.      Grant Thornton LLP ("Grant Thornton") was retained as tax and accounting advisor to the Debtors. In the Application, Grant Thornton seeks approval of fees and expenses as follows: fees totaling $20,201.50 and no expenses for its services from January 1, 2014 through February 3, 2014 (the "Fifty-Second Interim Period"); and final approval of fees totaling $651,843.50[1] and

---

[1] We note that the total of the fees requested in Grant Thornton's four prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is $822,483.88. It does not appear that Grant Thornton has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, to arrive at the figure it seeks of $651,843.50. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Grant Thornton Final.wpd

expenses totaling $47,201.75[2] for its services from July 1, 2012 through February 3, 2014 (the "Final Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

### Fifty-Second Interim Period

3.  We have no issues with, or objections to, Grant Thornton's fees and expenses for the Fifty-Second Interim Period, and thus we did not send an initial report to Grant Thornton.

4.  Thus, we recommend approval of $20,201.50 in fees for Grant Thornton's services for the Fifty-Second Interim Period.

### Prior Interim Applications

---

[2]We note that the total of the expenses requested in Grant Thornton's four prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is $47,201.75. It does not appear that Grant Thornton has deducted from this amount any of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, to arrive at the figure it seeks of $47,201.75. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

5.      We note that we previously filed the following final reports for Grant Thornton's prior interim applications, which final reports we incorporate by reference herein, and we also note the following orders that ruled on Grant Thornton's prior interim fee applications:

46th Period:    Fee Auditor's Amended Final Report Regarding the First Quarterly Application of Grant Thornton LLP for the Interim Period of July 1, 2012 through September 30, 2012 (Docket #30317), filed on or about February 22, 2013, in which we recommended approval of fees totaling $504,562.50 and expenses totaling $40,222.05, reflecting our recommended reductions of $6,242.00 in fees and $1,381.28 in expenses, as further explained in paragraphs 4, 7, 10-12, 14, and 16-20 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Sixth Period, dated March 27, 2013 (Docket #30440).

47th Period:    Fee Auditor's Final Report Regarding the Second Quarterly Fee Application of Grant Thornton LLP for the Interim Period of October 1, 2012 through December 31, 2012 (Docket #30823), filed on or about July 10, 2013, in which we recommended approval of fees totaling $65,437.50 and expenses totaling $2,969.33, reflecting our recommended reductions of $170,640.38 in fees and $215.00 in expenses, as further explained in paragraphs 3, 5, and 7 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Seventh Period, dated July 31, 2013 (Docket #30907).

48th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Ninth Interim Period (Docket #31404), filed on or about November 26, 2013, in which we recommended approval of fees totaling $20,000.00. This recommendation was adopted in the Order Approving Quarterly Fee Applications for the Forty-Ninth Period, dated December 17, 2013 (Docket #31482).

50th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fiftieth Interim Period (Docket #31838), filed on or about March 11, 2014, in which we recommended approval of fees totaling $35,400.00 and expenses totaling $2,414.09. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fiftieth Period, dated March 11, 2014 (Docket #31963).

6. We have reviewed the final reports and orders allowing fees and expenses for the prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods.

FEE AUDITOR'S FINAL REPORT - Page 5
wrg FR Grant Thornton Final.wpd

## CONCLUSION

7.      Thus, we recommend final approval of $645,601.50 in fees ($651,843.50[3] minus $6,242.00)[4] and $45,605.47 in expenses ($47,201.75[5] minus $1,596.28)[6] for Grant Thornton's services for the Final Application Period.

---

[3] We note that the total of the fees requested in Grant Thornton's four prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is $822,483.88. It does not appear that Grant Thornton has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, to arrive at the figure it seeks of $651,843.50. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[4] This reduction reflects the Court-approved reduction of $6,242.00 for the Forty-Sixth Interim Period, which was not previously deducted by Grant Thornton.

[5] We note that the total of the expenses requested in Grant Thornton's four prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is $47,201.75. It does not appear that Grant Thornton has deducted from this amount any of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, to arrive at the figure it seeks of $47,201.75. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[6] This reduction reflects the Court-approved reductions of $1,381.28 for the Forty-Sixth Interim Period and $215.00 for the Forty-Seventh Interim Period, which were not previously deducted by Grant Thornton.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
   Warren H. Smith
   Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas  75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 8th day of July, 2014.

_____
Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
Mark Margulies
Grant Thornton LLP
1301 International Parkway
Suite 300
Fort Lauderdale, FL 33323

mathew.abraham@us.gt.com
mark.margulies@us.gt.com

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Kenneth Pasquale
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark T. Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899