IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (KJC) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING FIRST[1]
FEE APPLICATION OF DELOITTE FINANCIAL ADVISORY
SERVICES LLP FOR COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED IN PROVIDING CERTAIN
DUE DILIGENCE SERVICES TO THE DEBTORS AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE
PERIOD FROM OCTOBER 1, 2007 THROUGH DECEMBER 31, 2007

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the First Fee Application of Deloitte Financial Advisory Services LLP for Compensation for Professional Services Rendered in Providing Certain Due Diligence Services to the Debtors and Reimbursement of Expenses Incurred for the Period from October 1, 2007 through December 31, 2007 (the "Application").

BACKGROUND

1.      Deloitte Financial Advisory Services LLP ("Deloitte FAS") was retained to provide due diligence services to the Debtors. In the Application, Deloitte FAS sought final approval of fees totaling $100,000.00 and expenses totaling $3,375.55 for its services from October 1, 2007 through

---

[1] Although Deloitte FAS did not entitle the Application a "final" application, it requests final approval of all fees and expenses. Thus, we have reviewed the Application as a final fee application, and our recommendations are contingent upon the Court and the U.S. Trustee having no objection to the Application. *See* paragraph 3.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Deloitte FAS Final.wpd

December 31, 2007. This was Deloitte FAS' first and only fee application in the case.

2.    In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

### Final Application Period

3.    We note that the Application was filed on February 14, 2008. We previously reviewed the Application as an interim application, and issued our final report on June 9, 2008.[2] On May 27, 2014, we asked Deloitte's in-house counsel, Anthony Scoles, if a final fee application had been filed for Deloitte FAS, and Mr. Scoles responded as follows:

> With respect to the fee application of Deloitte Financial Advisory Services LLP (DFAS), it appears that they provided a limited amount of services from October 1, 2007 through December 31, 2007. DFAS filed a single fee application in connection with these services on April 11, 2008, at docket number 18047. Since this was the only fee application filed by DFAS it should have been captioned as the "First and Final Application". However, it was mistakenly filed as the "First Application". Since we thought the First and Final Application had been filed, we did not re-file a separate final application with the court for DFAS.

---

[2]*See* paragraph 4.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Deloitte FAS Final.wpd

We note that, although the Application was not entitled a "final" application, Deloitte FAS requested final court approval of its fees and expenses in the prayer for relief. Thus, it appears to us that the Application satisfies the requirements of a final fee application even though it may not have been titled as such. Mr Scoles subsequently advised us that debtors' local counsel saw no need for the Application to be amended, provided it was acceptable to us. However, the recommendations in our report are made subject to the satisfaction of the Court and the U.S. Trustee that the Application meets the requirements of a final fee application.

**Prior Interim Application**

4. We note that we previously filed the following final report for Deloitte FAS' prior interim application, which final report we incorporate by reference herein, and we also note the following order that ruled on Deloitte FAS' prior interim fee application:

27th Period: <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Seventh Interim Period</u> (Docket #18887), filed on or about June 9, 2008, in which we recommended approval of fees totaling $100,000.00 and expenses totaling $3,375.55. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Seventh Period</u>, dated June 23, 2008 (Docket #18989).

5. We have reviewed the final report and order allowing fees and expenses for the prior interim period, and we do not believe there is any reason to change any of the amounts awarded for the prior interim period.

## CONCLUSION

6.        Thus, we recommend final approval of $100,000.00 in fees and $3,375.55 in expenses for Deloitte FAS' services for the Final Application Period.

> Respectfully submitted,
>
> **WARREN H. SMITH & ASSOCIATES, P.C.**
>
> By: _____
> Warren H. Smith
> Texas State Bar No. 18757050
>
> 2235 Ridge Road, Suite 105
> Rockwall, Texas  75087
> 214-698-3868
> 214-722-0081 (fax)
> whsmith@whsmithlaw.com
>
> **FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 8th day of July, 2014.

_____
Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
Jared Gordon, Director
Deloitte Tax LLP
1700 Market Street
Philadelphia, PA   19103

Anthony Scoles
Assistant General Counsel
Deloitte LLP
30 Rockefeller Plaza
New York, NY  10112-0015

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899