**Exhibit B**
**AlixPartners, LLC**
**Chapter 11 Engagements with Success Fee Opportunities**
**For the Period 1995 to 2004**

| Company Name | Company Description | Assignment | Success Fee Arrangement | Success Fees Collected | Hourly Fees Collected |
|---|---|---|---|---|---|
| Acterna (New York – So. District) | Manufacturer and marketer of instruments, software and services used by communications providers | Serve as Chief Restructuring Officer during the Chapter 11 reorganization | Bonus for confirmation of a plan of reorganization | $1,000,000 | $3,382,000 |
| American Rice (Texas – So. District) | Producer and Marketer of Food Products | Interim COO and financial restructuring | Bonus for improved operating and financial performance | $50,000 | $1,698,000 |
| AmeriServe (Delaware) | Food distributor | Serve as Chief Restructuring Officer during the Chapter 11 reorganization | Bonus for confirmation of a plan of reorganization | $2,500,000 | $4,718,000 |
| APS Holding Corp. (Delaware) | Automotive parts retailer | Interim CEO, turnaround, develop plan of reorganization and asset dispositions | Percentage of asset sales and bonus for confirmation of reorganization | $1,000,000 | $3,817,000 |
| Cityscape (New York – So. District) | Sub-prime lender | Financial advisory role related to cash flow improvement, financial restructuring, Chapter 11 preparation and development of plan of reorganization | Improvement in operating expenses, bonus if foreign operations no longer require US funding, and bonus for confirmation of reorganization | $450,000 | $1,747,000 |
| DirecTV Latin America (Delaware) | Satellite television and broadband services | Serve as Chief Restructuring Officer during the Chapter 11 reorganization. | Bonus upon confirmation of a plan of reorganization | $1,238,000 | $8,794,000 |
| Exide Technologies (Delaware) | Battery manufacturer | Chief Financial Officer and Chief Restructuring Officer in Chapter 11 | $1,500,000 payable at consummation of Plan of Reorganization $750,000 based on timing of consummation of Plan of Reorganization $750,000 based on EBITDAR improvement. | $3,000,000 (negotiated) | $19,530,000 |
| Forstmann & Company (New York – So. District) | Textile manufacturer | Interim CEO, turnaround and debt restructuring in Chapter 11 | Bonus for confirmation of plan of reorganization. | $785,000 | $2,617,000 |
| Fruit of the Loom (Delaware) | Apparel manufacturer | Financial advisory role to assist company with its Chapter 11 reorganization | Bonus for confirmation of plan of reorganization | $2,500,000 | $4,092,000 |

02/18/04

**Exhibit B**
**AlixPartners, LLC**
**Chapter 11 Engagements with Success Fee Opportunities**
**For the Period 1995 to 2004**

| Company Name | Company Description | Assignment | Success Fee Arrangement | Success Fees Collected | Hourly Fees Collected |
|---|---|---|---|---|---|
| Genuity, Inc. (New York – So. District) | Website and data center management | Serve as Chief Financial Officer during wind-down and liquidation. | Bonus based on exceeding targeted distributions to creditors | $1,200,000 | $3,060,000 |
| Goss Graphics (Delaware) | Designer and manufacturer of high tech web offset press systems for newspapers and commercial printers | Financial and operational consulting to assist the company with an orderly exit from Chapter 11. | Bonus upon confirmation of plan of reorganization. | $250,000 | $400,000 |
| Harnischfeger (Delaware) | Heavy equipment manufacturer | Chief restructuring officer and CFO to assist with the company's reorganization and completing a plan of reorganization in Chapter 11 | Bonus for confirmation of plan of reorganization | $1,500,000 | $8,592,000 |
| Hayes Lemmerz International (Delaware) | Automotive wheel manufacturer | Chief restructuring officer and CFO to assist with the company's reorganization and developing a plan of reorganization in Chapter 11 | Bonus upon (i) confirmation of a plan of reorganization or (ii) the closing of a sale or sales of a majority of the assets of the Company | $1,500,000 | $16,583,000 |
| LTV Corporation (Ohio – No. District) | Steel manufacturer | Chief Restructuring Officer | Bonus upon (i) confirmation of a plan of reorganization or (ii) the closing of a sale of more than 50% o the business within 18 months of beginning of engagement | $828,000 | $7,659,000 |
| Maidenform (New York – So. District) | Women's clothing manufacturer | Interim President, operational restructuring and financial restructuring | Bonus for EBITDA improvement and bonus for increase in market value of company | $237,000 | $1,922,000 |
| Micro Warehouse (Delaware) | Online computer reseller | Served as CFO, COO and Treasurer through Chapter 11 restructuring process. | Bonus upon completion of a sale of US major business segment or US operating assets | $1,000,000 | $2,405,000 |
| Quality Stores (Michigan – W. District) | Agricultural specialty merchant | Preference claim calculations and collections | Bonus paid as a percentage of each preference claim recovery and a percentage of waived claims for administrative and unsecured creditors | $2,221,000 | $4,035,000 |
| Sabratek (Delaware) | Medical device manufacturer | CEO and Chief Restructuring Officer in Chapter 11 | Bonus as a percent of the consideration tendered as a result of a transaction | $1,062,000 | $4,816,000 |

02/18/04

**Exhibit B**
**AlixPartners, LLC**
**Chapter 11 Engagements with Success Fee Opportunities**
**For the Period 1995 to 2004**

| Company Name | Company Description | Assignment | Success Fee Arrangement | Success Fees Collected | Hourly Fees Collected |
|---|---|---|---|---|---|
| Sunterra (Maryland) | Time Share Resorts | Financial consultants | "Confirmation Incentive Fee" ranging between $3.5 and $4 million based on the timing of the resolution of the bankruptcy case and the value distributed to the unsecured creditors | $4,223,000 | $12,162,000 |
| United Financial Companies (Delaware) | Sub-prime lender | Interim CEO, financial advisory role to consider opportunities for re-capitalization and debt restructuring, develop plan of reorganization in Chapter 11 and Plan Administrator | Percentage of sale of assets and bonus for confirmation or reorganization<br><br>Plan administrator | $2,000,000<br><br>$1,500,000 | $9,841,000<br><br>$1,586,000 |
| Wheeling Pittsburgh (Ohio – No. District) | Integrated steel manufacturer | Restructuring consultants during Chapter 11 reorganization | Bonus upon confirmation of a plan of reorganization | $600,000 | $4,647,000 |
| Woodward & Lothrop (New York – So. District) | Department store chain | Plan administrator for Chapter 11 liquidation | Percentage of net distributable value of estate in excess of planned distribution to creditors | $4,830,000 | $3,868,000 |
| Zenith Electronics (Delaware) | Electronics manufacturer | Chief Restructuring Officer in Chapter 11 | Bonus for confirmation of reorganization | $1,400,000 | $5,525,000 |

02/18/04