**Exhibit C**
**AlixPartners, LLC**
**Engagements with Success Fee Opportunities**
**For the Period 1995 to 2004**

| Company Description | Assignment | Success Fee Arrangement | Success Fees Collected | Hourly Fees Collected |
|---|---|---|---|---|
| Insurance brokerage, administrative services, as well as a wide range of financial and consulting services | Implementation of new employee benefits system | Bonus for successful implementation of new system and successful transition of administration to outside third party | $188,000 | $400,000 |
| Manufacturer and marketer of instruments, software and services used by communications providers | Serve as Chief Restructuring Officer during the Chapter 11 reorganization | Bonus for confirmation of a plan of reorganization | $1,000,000 | $3,382,000 |
| Food distributor | Claims negotiation and processing. | Bonus based on exceeding targeted distributions to creditors. | $400,000 | $1,729,000 |
| Healthcare provider | Interim CFO and Chief Restructuring Officer | Bonus for EBITDA improvement, bonus on sale or debt refinancing and bonus for new contracts | $100,000 | $644,000 |
| Automotive distribution, logistics and transportation services | Financial advisor to the company regarding its turnaround plan and assist in developing strategy and tactics to implement improvements | Bonus paid for improvement to operating profit and for restructuring of debt | $1,864,000 | $2,913,000 |
| Producer and Marketer of Food Products | Interim COO and financial restructuring | Bonus for improved operating and financial performance | $50,000 | $1,698,000 |
| Manufacturer and distributor of hot water heaters | Interim CEO, profit improvement and turnaround of company | Bonus for achieving certain balance sheet initiatives and percentage of net income improvement | $762,000 | $4,182,000 |
| Food distributor | Serve as Chief Restructuring Officer during the Chapter 11 reorganization | Bonus for confirmation of a plan of reorganization | $2,500,000 | $4,718,000 |
| Automotive parts retailer | Interim CEO, turnaround, develop plan of reorganization and asset dispositions | Percentage of asset sales and bonus for confirmation of reorganization | $1,000,000 | $3,817,000 |
| Sub-prime lender | Financial advisory role related to cash flow improvement, financial restructuring, Chapter 11 preparation and development of plan of reorganization | Improvement in operating expenses, bonus if foreign operations no longer require US funding, and bonus for confirmation of reorganization | $450,000 | $1,747,000 |
| Retailer of women's clothes | Interim CEO, turnaround and sale of company | Percentage of proceeds from sale of company | $384,000 | $2,473,000 |
| Manufactures, sells and distributes clinical diagnostic instruments | Financial advisor to assist the company management in developing and implementing a restructuring strategy | Bonus for a successful out of court debt restructuring or upon approval of a pre-packaged or pre-planned filing | $500,000 | $1,458,000 |

Shading represents engagements NOT in Chapter 11.    02/18/04

**Exhibit C**
**AlixPartners, LLC**
**Engagements with Success Fee Opportunities**
**For the Period 1995 to 2004**

| Company Description | Assignment | Success Fee Arrangement | Success Fees Collected | Hourly Fees Collected |
|---|---|---|---|---|
| Satellite television and broadband services | Serve as Chief Restructuring Officer during the Chapter 11 reorganization. | Bonus upon confirmation of a plan of reorganization | $1,238,000 | $8,794,000 |
| Medical device manufacturer | Performance improvement | Percentage of benefits, including reduction of expenses, improved productivity, increased sales, one-time cash or balance sheet benefits. | $1,700,000 | $2,261,000 |
| Battery manufacturer | Chief Financial Officer and Chief Restructuring Officer in Chapter 11 | $1,500,000 payable at consummation of Plan of Reorganization $750,000 based on timing of consummation of Plan of Reorganization $750,000 based on EBITDAR improvement. | $3,000,000 (negotiated) | $19,530,000 |
| Manufacturing conglomerate | Financial and restructuring advisors | Bonus for successful completion of financing, completion of restructuring, avoidance of bankruptcy and operating profit improvement. | $3,294,000 | $5,755,000 |
| Financing company | Financial advisory role related to financial restructuring, review of business plan, Chapter 11 preparation. | Percentage of debt obligations that are restructured. | $4,541,000 | $1,955,000 |
| Textile manufacturer | Interim CEO, turnaround and debt restructuring in Chapter 11 | Bonus for confirmation of plan of reorganization. | $785,000 | $2,617,000 |
| Provides engineering services and products to petroleum/gas, power, pharmaceutical, chemical/petrochemical industries. | Serve as CFO and Treasurer and restructuring advisor to the company to manage the treasury function and implement cash management initiatives to improve liquidity and reduce costs. | Bonus paid based on the percentage of annual free cash flow increase and based on cost reductions; bonus for continuing interim management roles | $3,312,000 | $11,184,000 |
| Apparel manufacturer | Financial advisory role to assist company with its Chapter 11 reorganization | Bonus for confirmation of plan of reorganization | $2,500,000 | $4,092,000 |
| Website and data center management | Serve as Chief Financial Officer during wind-down and liquidation. | Bonus based on exceeding targeted distributions to creditors | $1,200,000 | $3,060,000 |
| Designer and manufacturer of high tech web offset press systems for newspapers and commercial printers | Financial and operational consulting to assist the company with an orderly exit from Chapter 11. | Bonus upon confirmation of plan of reorganization. | $250,000 | $400,000 |
| Medical device manufacturer | Financial advisory role to assist the company in improving its financial position | Bonus for implementation of initiatives to reduce expenses, improve productivity, enhance margins, increase sales or generate one-time cash or balance sheet benefits | $11,908,000 | $4,733,000 |

Shading represents engagements NOT in Chapter 11.                                                                                                02/18/04

**Exhibit C**
**AlixPartners, LLC**
**Engagements with Success Fee Opportunities**
**For the Period 1995 to 2004**

| Company Description | Assignment | Success Fee Arrangement | Success Fees Collected | Hourly Fees Collected |
|---|---|---|---|---|
| Heavy equipment manufacturer | Chief restructuring officer and CFO to assist with the company's reorganization and completing a plan of reorganization in Chapter 11 | Bonus for confirmation of plan of reorganization | $1,500,000 | $8,592,000 |
| Automotive wheel manufacturer | Chief restructuring officer and CFO to assist with the company's reorganization and developing a plan of reorganization in Chapter 11 | Bonus upon (i) confirmation of a plan of reorganization or (ii) the closing of a sale or sales of a majority of the assets of the Company | $1,500,000 | $16,583,000 |
| National satellite broadband communications provider | Assist the company in identifying and evaluating alternative strategies for the company. | Bonus for improvement on plan performance | $1,500,000 | $525,000 |
| Provider of cable, internet access and telephony to northern portion of Germany. | Served as Geschaftsfuhrer and CFO to improve the operations of the company and the operation of the Financial Department | Bonus paid based on (i) percentage of increase in EBITDA, (ii) percentage of any savings achieved as a result of settlements negotiated, and (iii) upon recapitalization enterprise value of the company | $4,462,000 | $12,297,000 |
| Investment partnership | Served as general partner and managed the wind down of the operations of the partnership as expeditiously as is reasonable while maximizing value | Bonus paid (i) as a percentage of gross asset sales as a "carried interest," (ii) percentage of invested capital of the partnership, and (iii) percentage of gross proceeds of asset sales | $2,190,000 | $3,805,000 |
| Hotel ownership and management in the US and Canada | Interim CFO through completion of audit and filing of 10Ks and 10Qs. | Bonus upon closing of any restructured or new debt | $250,000 | $4,320,000 |
| Steel manufacturer | Chief Restructuring Officer | Bonus upon (i) confirmation of a plan of reorganization or (ii) the closing of a sale of more than 50% o the business within 18 months of beginning of engagement | $828,000 | $7,659,000 |
| Drug distributor | Interim CFO of division | Percentage of cost reductions | $127,000 | $647,000 |
| Women's clothing manufacturer | Interim President, operational restructuring and financial restructuring | Bonus for EBITDA improvement and bonus for increase in market value of company | $237,000 | $1,922,000 |
| Online computer reseller | Served as CFO, COO and Treasurer through Chapter 11 restructuring process. | Bonus upon completion of a sale of US major business segment or US operating assets | $1,000,000 | $2,405,000 |
| Car rental company | Interim CEO, turnaround and sale of company | Improvement in operating results through reduction of expenses and capital expenditures and percentage of proceeds from sale of company | $6,766,000 | $15,300,000 |
| Manufacturer and marketer of mobile electronic systems | Assist management in more efficient use of working capital and review of business plan | Common stock options | $462,000 | $283,167 |

Shading represents engagements NOT in Chapter 11.                                                                                           02/18/04

**Exhibit C**
**AlixPartners, LLC**
**Engagements with Success Fee Opportunities**
**For the Period 1995 to 2004**

| Company Description | Assignment | Success Fee Arrangement | Success Fees Collected | Hourly Fees Collected |
|---|---|---|---|---|
| Manufacturer of industrial air control valves | Assist in redeeming equity ownership from equity holders | Bonus for successful completion of equity buyback | $1,022,000 | $231,000 |
| HMO | Acting CFO, financial restructuring and business plan development | Flat fee and stock options | $860,000 | $2,076,000 |
| Auto parts manufacturer | Interim CEO, turnaround and sale of company | Bonus for EBITDA improvement | $5,700,000 | $18,309,000 |
| Agricultural specialty merchant | Preference claim calculations and collections | Bonus paid as a percentage of each preference claim recovery and a percentage of waived claims for administrative and unsecured creditors | $2,221,000 | $4,035,000 |
| Movie theatre developer and operator | Financial and restructuring advisor | Bonus for completion of the restructuring or reorganization of the company | $1,350,000 | $3,477,000 |
| Retail pharmacy and sundries | Financial advisor to assist the company in realizing financial benefits from initiatives | Bonus paid on measurable improvements through reductions in inventory or accounts receivable | $368,000 | $382,000 |
| Transportation & logistics Company | Develop and implement profit improvement strategies | Percentage of increase in market value of company | $5,329,000 | $6,296,000 |
| Truck rental company | Interim CEO and operational and financial restructuring | Bonus for EBITDA improvement | $679,000 | $6,628,000 |
| Medical device manufacturer | CEO and Chief Restructuring Officer in Chapter 11 | Bonus as a percent of the consideration tendered as a result of a transaction | $1,062,000 | $4,816,000 |
| Residential home developer/builder | Financial advisor | Bonus upon completion of a sale of the company | $527,000 | $2,000 |
| Coal mining operation | Debt restructuring | Bonus for securing long-term financing | $142,000 | $219,000 |
| Time Share Resorts | Financial consultants | "Confirmation Incentive Fee" ranging between $3.5 and $4 million based on the timing of the resolution of the bankruptcy case and the value distributed to the unsecured creditors | $4,223,000 | $12,162,000 |
| Time Share Resorts | Post-confirmation negotiation and collection of claims | Bonus paid as a percentage of each preference claim recovery | $850,000 | $1,606,000 |
| Retailer | Financial advisory role to develop strategy to exit a troubled investment | Flat fee for successful implementation of strategy | $950,000 | $224,000 |
| Automotive parts manufacturer | Financial advisor | Bonus for successfully renegotiating the bank lines of credit | $1,000,000 | $2,059,135 |

Shading represents engagements NOT in Chapter 11.                                                                                                              02/18/04

**Exhibit C**
**AlixPartners, LLC**
**Engagements with Success Fee Opportunities**
**For the Period 1995 to 2004**

| Company Description | Assignment | Success Fee Arrangement | Success Fees Collected | Hourly Fees Collected |
|---|---|---|---|---|
| Automotive parts manufacturer | Review of manufacturing systems and procedures, implementation of recommended changes and assist in daily management of manufacturing operations | Percentage of net income improvement | $215,000 | $1,632,000 |
| Sports apparel manufacturer | Interim CEO, debt restructuring, turnaround and sale of company | Bonus for securing short-term financing, bonus for arranging long-term financing and percentage of proceeds from sale of company | $3,700,000 | $3,396,000 |
| Sub-prime lender | Interim CEO, financial advisory role to consider opportunities for re-capitalization and debt restructuring, develop plan of reorganization in Chapter 11 and Plan Administrator | Percentage of sale of assets and bonus for confirmation or reorganization  Plan administrator | $2,000,000  $1,500,000 | $9,841,000  $1,586,000 |
| Manufacturer of specialty fibers and products | Financial and operational advisory role | Bonus paid based on implementation of initiatives to reduce expenses, improve productivity, increase sales or generate one-time cash benefits | $100,000 | $720,000 |
| Integrated steel manufacturer | Restructuring consultants during Chapter 11 reorganization | Bonus upon confirmation of a plan of reorganization | $600,000 | $4,647,000 |
| Department store chain | Plan administrator for Chapter 11 liquidation | Percentage of net distributable value of estate in excess of planned distribution to creditors | $4,830,000 | $3,868,000 |
| Electronics manufacturer | Chief Restructuring Officer in Chapter 11 | Bonus for confirmation of reorganization | $1,400,000 | $5,525,000 |

Shading represents engagements NOT in Chapter 11.                                                                                                         02/18/04