Exhibit D

## Summary of AlixPartners Ch. 11 Success Fee Engagements

| Client Engagement | Success Fee | Hourly Fees | Total | SF % of Total |
|---|---:|---:|---:|---:|
| Acterna | $ 1,000 | $ 3,382 | $ 4,382 | 23% |
| American Rice | 50 | 1,698 | 1,748 | 3% |
| AmeriServe | 2,500 | 4,718 | 7,218 | 35% |
| APS Holding Corp. | 1,000 | 3,817 | 4,817 | 21% |
| Cityscape | 450 | 1,747 | 2,197 | 20% |
| DirecTV Latin America | 1,238 | 8,794 | 10,032 | 12% |
| Exide Technologies | 3,000 | 19,530 | 22,530 | 13% |
| Forstmann & Company | 785 | 2,617 | 3,402 | 23% |
| Fruit of the Loom | 2,500 | 4,092 | 6,592 | 38% |
| Genuity | 1,200 | 3,060 | 4,260 | 28% |
| Goss Graphics | 250 | 400 | 650 | 38% |
| Harnischfeger | 1,500 | 8,592 | 10,092 | 15% |
| Hayes Lemmerz International | 1,500 | 16,583 | 18,083 | 8% |
| LTV Corporation | 828 | 7,659 | 8,487 | 10% |
| Maidenform | 237 | 1,922 | 2,159 | 11% |
| Micro Warehouse | 1,000 | 2,405 | 3,405 | 29% |
| Quality Stores | 2,221 | 4,035 | 6,256 | 36% |
| Sabratek | 1,062 | 4,816 | 5,878 | 18% |
| Sunterra | 4,223 | 12,162 | 16,385 | 26% |
| United Financial Companies | 3,500 | 11,427 | 14,927 | 23% |
| Wheeling Pittsburgh | 600 | 4,647 | 5,247 | 11% |
| Woodward & Lothrop | 4,830 | 3,868 | 8,698 | 56% |
| Zenith Electronics | 1,400 | 5,525 | 6,925 | 20% |
| Average | $ 1,603 | $ 5,978 | $ 7,581 | 23% |
| Burlington | 2,600 | 4,952 | 7,552 | 34% |
| Average for Large Cases (1) | 3,253 | 8,547 | 11,801 | 28% |
| Range for Cases: | | | | |
|  Low | 50 | 400 | NA | 3% |
|  High | 4,830 | 19,530 | NA | 56% |

Note:
(1) Defined as Success Fees greater than $2.0 million