Exhibit E

## Summary of AlixPartners Non-Ch. 11 Success Fee Engagements

| Client Engagement | Success Fee | Hourly Fees | Total | SF % of Total |
|---|---|---|---|---|
| Example 1 | $ 188 | $ 400 | $ 588 | 32% |
| Example 2 | 400 | 1,729 | 2,129 | 19% |
| Example 3 | 100 | 644 | 744 | 13% |
| Example 4 | 1,864 | 2,913 | 4,777 | 39% |
| Example 5 | 762 | 4,182 | 4,944 | 15% |
| Example 6 | 384 | 2,473 | 2,857 | 13% |
| Example 7 | 500 | 1,458 | 1,958 | 26% |
| Example 8 | 1,700 | 2,261 | 3,961 | 43% |
| Example 9 | 3,294 | 5,755 | 9,049 | 36% |
| Example 10 | 4,541 | 1,955 | 6,496 | 70% |
| Example 11 | 3,312 | 11,184 | 14,496 | 23% |
| Example 12 | 11,908 | 4,733 | 16,641 | 72% |
| Example 13 | 1,500 | 525 | 2,025 | 74% |
| Example 14 | 4,462 | 12,297 | 16,759 | 27% |
| Example 15 | 2,190 | 3,805 | 5,995 | 37% |
| Example 16 | 250 | 4,320 | 4,570 | 5% |
| Example 17 | 127 | 647 | 774 | 16% |
| Example 18 | 6,766 | 15,300 | 22,066 | 31% |
| Example 19 | 462 | 283 | 745 | 62% |
| Example 20 | 1,022 | 231 | 1,253 | 82% |
| Example 21 | 860 | 2,076 | 2,936 | 29% |
| Example 22 | 5,700 | 18,309 | 24,009 | 24% |
| Example 23 | 1,350 | 3,477 | 4,827 | 28% |
| Example 24 | 368 | 382 | 750 | 49% |
| Example 25 | 5,329 | 6,296 | 11,625 | 46% |
| Example 26 | 679 | 6,628 | 7,307 | 9% |
| Example 27 | 527 | 2 | 529 | 100% |
| Example 28 | 142 | 219 | 361 | 39% |
| Example 29 | 850 | 1,606 | 2,456 | 35% |
| Example 30 | 950 | 224 | 1,174 | 81% |
| Example 31 | 1,000 | 2,059 | 3,059 | 33% |
| Example 32 | 215 | 1,632 | 1,847 | 12% |
| Example 33 | 3,700 | 3,396 | 7,096 | 52% |
| Example 34 | 100 | 720 | 820 | 12% |
| Average | $ 1,985 | $ 3,651 | $ 5,636 | 38% |
| Burlington | 2,600 | 4,952 | 7,552 | 34% |
| Average for Large Cases (1) | 5,120 | 8,303 | 13,423 | 38% |
| Range for Cases: | | | | |
| Low | 100 | 2 | NA | 5% |
| High | 11,908 | 18,309 | NA | 100% |

Note:

(1)  Defined as Success Fees greater than $2.0 million