**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | **Re: 32259** |

**ZAI CLASS COUNSEL'S RESPONSE TO
REPORT OF JUDGE FITZGERALD**

ZAI Class Counsel hereby submits its response to the *Rule 706 Expert Report of Judith K. Fitzgerald* (D.I. 32259), as set forth below.

1.     Based on documents Lukins & Annis ("L&A") first submitted in connection with its *Reply Re: Motion for Allocation of the ZAI Common Fund Fee Award* ("Reply", D.I. 32182), specifically the Minutes of the Meeting of the Board of Directors of Lukins & Annis PS, dated February 15, 2005, attached as Exhibit A to the Declaration of Terence R. Whitten included with that Reply, Judge Fitzgerald reached two factually erroneous conclusions at page 19 of her report.

2.     Judge Fitzgerald concluded that ". . . Scott made affirmative representations that L&A would receive a fee and an agreement in principle would be reached as to pending contingency cases, including the W.R. Grace bankruptcy litigation," and that Scott "promis[ed] to reach a fee arrangement with L&A at a later date."

3.     The subject Minutes do not support the conclusion that Scott made affirmative representations that L&A would receive a fee, that an agreement in principle would be reached, or that The Scott Law Group "promis[ed]" to reach a fee arrangement with L&A.   Attached hereto as exhibit "A" to the Supplemental Declaration of Darrell W.

1

2

Scott is a letter from The Scott Law Group to L&A setting forth The Scott Law Group's position and proposal to L&A in respect of L&A's potential claim to attorney fees in ZAI matters.

Dated: July 7, 2014
       Wilmington, Delaware

                              SULLIVAN HAZELTINE ALLISON LLC

| THE SCOTT LAW GROUP, P.S. | */s/ William D. Sullivan* |
|---|---|
| Darrell W. Scott | William D. Sullivan (No. 2820) |
| 926 W. Sprague Avenue | Elihu E. Allinson, III (No. 3476) |
| Chronicle Building, Suite 680 | 901 North Market Street, Suite 1300 |
| Spokane, Washington 99201 | Wilmington, Delaware 19801 |
| | |
| RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| Edward J. Westbrook | Elizabeth Cabraser |
| 1037 Chuck Dawley Blvd., Bldg. A | Embarcadero Center West |
| Mt. Pleasant, South Carolina  29464 | 275 Battery Street, 30th Floor |
| | San Francisco, CA  94111-3339 |

*ZAI CLASS COUNSEL*