IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**SUPPLEMENTAL DECLARATION OF DARRELL W. SCOTT
IN SUPPORT OF ZAI CLASS COUNSEL'S
RESPONSE TO REPORT OF JUDGE FITZGERALD**

I, Darrell W. Scott, hereby declare as follows:

1. The Minutes of the Meeting of the Board of Directors of Lukins & Annis PS ("Minutes") reference a proposal by The Scott Law Group regarding a potential fee splitting agreement with Lukins & Annis. Attached hereto as Exhibit "A" is a true and correct copy of a letter I sent to L&A's president, Terence R. Whitten, dated September 15, 2005, which sets forth The Scott Law Group's position and proposal to L&A in respect of L&A's potential claim to attorney fees in ZAI matters, as referenced in the Minutes.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED: July 7, 2014

_____
DARRELL W. SCOTT

DECLARATION OF DARRELL W. SCOTT: 1