## CERTIFICATE OF SERVICE

I, David M. Fournier, hereby certify that on the 7th day of July, 2014, I caused the foregoing **Lukins & Annis P.S.'s Response to Rule 706 Expert Report of Judith K. Fitzgerald** to be served upon the parties on the attached service list by first-class mail, or in the manner indicated.

    /s/ David M. Fournier
David M. Fournier (DE No. 2812)

#28466063 v1

Judith K. Fitzgerald, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
**First-Class Mail**
**Email: jfitzgerald@tuckerlaw.com**

William D. Sullivan, Esq.
Sullivan Hazeltine Allinson LLC
901 North Market Street
Suite 1300
Wilmington, DE 19801
**Hand Deliver**
**Email: bsullivan@sha-llc.com**

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, WA 99201
**First-Class Mail**
**Email: scottgroup@me.com**

Edward J. Westbrook, Esq.
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, S.C. 29464
**First-Class Mail**
**Email: ewestbrook@rpwb.com**

Elizabeth Cabraser, Esq.
Lieff, Cabraser, Heimann & Bernstein, L.L.P.
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339
**First-Class Mail**
**Email: ecabraser@lchb.com**

Jeffrey W. Gettleman, Esq.
Adam Paul, Esq.
Lisa Esayian, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL, 60654
**First-Class Mail**
**Email: jeffrey.gettleman@kirkland.com,**
    **adam.paul@kirkland.com,**
    **lisa.esayian@kirkland.com**

Michael Magzamen, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Scott L. Baena, Esq.
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickeli Ave., 23rd Floor
Miami, FL 33131-3456

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
600 Lexington A venue, 21 sr Floor
New York, NY 1 0022

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1 0022

Richard H. Wyron, Esq.
Frankei Wyron LLP
2101 L Street, NW
Washington, DC 20037

James E. O'Neill, Esq.
Pachuiski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
**Hand Deliver**
**Email: joneill@pszjlaw.com**

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

#28466063 v1

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

Maria Eskin, Esq.
Campbell & Levine, LLC
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware A venue
Wilmington, DE 1980 I

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Alan B. Rich, Esq.
Law Office of Alan B. Rich, Esq.
1201 Main Street, Suite 1910, LC 201
Dallas, TX 75202
**First-Class Mail**
**Email: arich@alanrichlaw.com**

Tancred Schiavoni, Esq.
O'Melveny & Myers LLP
Seven Times Square
New York, NY 10024

Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware A venue, Suite 1500
Wilmington, DE 19801

Richard L. Schepecarter
Office of the U.S. Trustee
844 N. King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Edward B. Cottingham, Jr.
Cottingham Law Firm, LLC
317 Wingo Way, Ste. 303
Mt. Pleasant, SC 29464

M. Dawes Cooke, Jr., Esq.
Barnwell Whaley Patterson & Helms LLC
288 Meeting St., Suite 200 (29401)
Post Office Drawer H
Charleston, SC 29402
**First-Class Mail**
**Email: mdc@barnwell-whaley.com**

Roger J. Higgins, Esq.
The Law Offices of Roger Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607-1823
**First-Class Mail**
**Email: rhiggins@rogerhigginslaw.com**

#28466063 v1

**#28466063 v1**