IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Re: D.I. 32275** |

## DECLARATION OF SUPPLEMENTAL SERVICE

I, William D. Sullivan, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am a member of SULLIVAN · HAZELTINE · ALLINSON LLC, 901 North Market Street, Suite 1300, Wilmington, DE 19801.

3. On the 7th of July, 2014 under my direction and supervision, service of the *ZAI Class Clounsel's Response to Report of Judge Fitzgerald* was made on Judith K. Fitzgerald, Esq., Tucker Arensberg, P.C., 1 PPG Place, Suite 1500, Pittsburgh, PA 15222 via U.S. Mail, First Class, postage pre-paid.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  July 8, 2014
         Wilmington, DE                         **SULLIVAN · HAZELTINE · ALLINSON LLC**

                                                 */s/ William D. Sullivan*
                                                 William D. Sullivan (No. 2820)
                                                 Elihu E. Allinson III (No. 3476)
                                                 901 North Market Street, Suite 1300
                                                 Wilmington, DE 19801
                                                 Tel: (302) 428-8191
                                                 Fax: (302) 428-8195

1