# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (KJC)<br>Jointly Administered<br><br>Related Docket Nos. 32122 and 32127 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 32122

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Fifty-Second and Final Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from April 12, 2001 through February 3, 2014* (the "Application") [Docket No. 32122] filed on May 5, 2014.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Corrected Notice of Application [Docket No. 32127] filed on May 5, 2014, objections to the Application were to be filed and served no later than July 1, 2014 at 4:00 p.m.

Dated: July 8, 2014
Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1246
Telephone:   (302)-657-4900
Facsimile:   (302)-657-4901
Email:   mlastowski@duanemorris.com
           rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*

DM3\2954492.1