# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et*. *al*., | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 32254 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 32254 MOTION FOR LEAVE TO FILE AMENDED SEVENTEENTH QUARTERLY APPLICATIONS AND FINAL APPLICATIONS

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to The Hogan Firm, Scarfone Hawkins LLP, and Lauzon Bélanger Lespérances' (hereinafter "Claimants' Counsel") Motion for Leave to File Amended Seventeenth Quarterly Applications and Final Applications (the "Motion") for entry of an order allowing Claimants' Counsel to each file an amended quarterly and final fee application after the expiration of the May 5, 2014, application deadline. The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than 4:00 p.m., ET, July 1, 2014.

Dated: July 9, 2014                              Respectfully submitted,

By:    */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: dkhogan@dkhogan.com
**Counsel to the Representative Counsel As Special Counsel for the Canadian ZAI Claimants**