IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et</u> <u>al.</u>, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No.** _____ |

**ORDER APPROVING ZAI CLASS COUNSEL'S MOTION FOR LEAVE TO FILE ITS REPLY TO LUKINS & ANNIS, P.S.'s RESPONSE TO RULE 706 EXPERT REPORT OF JUDITH K. FITZGERALD**

Upon consideration of the *Motion of ZAI Class Counsel for Leave to File Its Reply to Lukins & Annis, P.S.'s Response to Rule 706 Expert Report of Judith K. Fitzgerald* (the "Motion"); and no previous motion for such relief having been made; it is hereby:

ORDERED that the Motion for Leave to File a Reply is granted; and it is further

ORDERED that the Reply shall be considered part of the record in this contested matter.

Dated: _____, 2014
       Wilmington, Delaware

                                                The Honorable Kevin J. Carey
                                                United States Bankruptcy Judge