IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 16, 2014, AT 10:00 A.M. BEFORE
THE HONORABLE KEVIN J. CAREY**

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

Any party participating telephonically shall make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), **no later than 12:00 p.m., July 15, 2014**

**CONTINUED MATTERS:**

1.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m.

    Responses Received:

    a.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

    b.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

    Related Documents: None.

    Status: This matter is continued to the next omnibus hearing date.

---

[1] The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

**UNCONTESTED MATTERS:**

2. Debtors' Motion for an Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtors May Object to Claims [Filed: 6/11/14] (Docket No. 32250)

   Response Deadline: June 25, 2014, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Extending Plan Claims Objection Deadline Through January 30, 2015 [Filed: 6/11/14] (Docket No. 32250, Exhibit A)

   b. Certification of No Objection Regarding Debtors' Motion for an Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtors May Object to Claims [Filed: 7/7/14] (Docket No. 32274)

   Status: No parties have objected to the relief requested in the Motion. Accordingly, the Reorganized Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Motion.

3. Claimants' Counsels' Motion for Leave to File Amended Seventeenth Quarterly Applications and Final Applications [Filed: 6/18/14] (Docket No. 32254)

   Response Deadline: July 1, 2014, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Granting Motion for Leave to File Amended Seventeenth Quarterly Applications and Final Applications [Filed: 6/18/14] (Docket No. 32254)

   b. Certification of No Objection Regarding Claimants' Counsels' Motion for Leave to File Amended Seventeenth Quarterly Applications and Final Applications [Filed: 7/9/14] (Docket No. 32282)

   Status: No parties have objected to the relief requested in the Motion. Accordingly, the Claimants have filed a certification of no objection and respectfully request the entry of the order attached to the Motion.

**QUARTERLY FEE APPLICATION:**

4. Forty-Seventh (Cumulative) Quarterly Interim Fee Application of Blackstone Advisory Partners L.P. as Financial Advisor to W. R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of October 1, 2013 Through February 3, 2014 [Filed: 4/15/14] (Docket No. 32021)

   Response Deadline: May 5, 2014, at 4:00 p.m.

   Responses Received: None.

DOCS_DE:194105.2 91100/001

Related Documents:

a.  Fee Auditor's Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Fifty-First Interim Application Period [Filed: 5/13/14] (Docket No. 32197)

b.  [Signed] Order Approving Quarterly Fee Applications for the Fifty-First Period [Filed: 5/23/14] (Docket No. 32216)

c.  Fee Auditor's Final Report Regarding the Restructuring Fee Sought in the Forty-Seventh (Cumulative) Quarterly Interim Fee Application of Blackstone Advisory Partners L.P. for the Period of October 1, 2013 through February 3, 2014 [Filed 7/7/14] (Docket No. 32272)

d.  Certification of Counsel Regarding Forty-Seventh (Cumulative) Quarterly Interim Fee Application of Blackstone Advisory Partners L.P. as Financial Advisor to W. R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of October 1, 2013 Through February 3, 2014 [Filed: 7/14/14] (Docket No. 32289)

*[Remainder of Page Intentionally Left Blank]*

<u>Status:</u> This matter will go forward for approval of only the Restructuring Fee sought in the Forty-Seventh (Cumulative) Quarterly Interim Fee Application. The Court has already approved compensation and reimbursement of expenses for the period October 1, 2013 through December 31, 2013 (Docket No. 32216).

Dated: July 14, 2014

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors