IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (KJC) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE FIFTY-FIFTH MONTHLY AND FINAL FEE APPLICATION OF SAUL EWING LLP FOR (I) ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014; AND (II) FINAL ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 18, 2009 THROUGH FEBRUARY 3, 2014**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fifty-Fifth Monthly and Final Fee Application of Saul Ewing LLP for (I) Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2014 through February 3, 2014; and (II) Final Allowance of Compensation and Reimbursement of Expenses for the Period from May 18, 2009 through February 3, 2014 (the "Application").

### BACKGROUND

1.   Saul Ewing LLP ("Saul Ewing") was retained as co-counsel to the Official Committee of Equity Holders. In the Application, Saul Ewing seeks approval of fees and expenses as follows: fees totaling $7,013.50 and expenses totaling $578.76 for its services from January 1, 2014 through February 3, 2014 (the "Fifty-Second Interim Period"), and final approval of fees totaling

$736,486.07[1] and expenses totaling $13,166.29[2] for its services May 18, 2009 through February 3, 2014 (the "Final Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We emailed questions to Saul Ewing based upon our review, and we received a response from Saul Ewing, portions of which response are quoted herein.

## DISCUSSION

### Fifty-Second Interim Period

---

[1] We note that the total of the fees requested in Saul Ewing's 19 prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is $739,063.50. It appears that Saul Ewing has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 6, to arrive at the figure it seeks of $736,486.07. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[2] We note that the total of the expenses requested in Saul Ewing's 19 prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is $13,166.29. It does not appear that Saul Ewing has deducted from this amount any of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 6, to arrive at the figure it seeks of $13,166.29. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

3. We have no issues with, or objections to, Saul Ewing's fees and expenses for the Fifty-Second Interim Period.

4. Thus, we recommend approval of $7,013.50 in fees and $578.76 in expenses for Saul Ewing's services for the Fifty-Second Interim Period.

## Final Application Period

5. We noted that although Saul Ewing requested final approval of fees totaling $736,486.07, we calculated Saul Ewing's final fees at $735,655.50, for a difference of $830.57. We provided Saul Ewing with our calculations, and Saul Ewing responded: "We have checked the numbers and you are right, both about the expenses and the time." Thus, we recommend that Saul Ewing's fee request be reduced by $830.57.

## Prior Interim Applications

6. We note that we previously filed the following final reports for Saul Ewing's prior interim applications, which final reports we incorporate by reference herein, and we also note the following orders that ruled on Saul Ewing's prior interim fee applications:

33rd Period:   Fee Auditor's Final Report Regarding Fee Application of Saul Ewing LLP for the Thirty-Third Interim Period (Docket #23800), filed on or about November 20, 2009, in which we recommended approval of fees totaling $67,440.00 and expenses totaling $8.10, reflecting our recommended reduction of $943.00 in fees, as further explained in paragraph 3 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Third Period, dated December 11, 2009 (Docket #23996).

34th Period: Fee Auditor's Final Report Regarding the Quarterly Fee Application of Saul Ewing LLP for the Period of July 1, 2009 through September 30, 2009 (Docket #24358), filed on or about February 25, 2010, in which we recommended approval of fees totaling $100,164.50 and expenses totaling $1,885.72, reflecting our recommended reduction of $690.00 in fees, as further explained in paragraph 3 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Fourth Period, dated March 19, 2010 (Docket #24470).

35th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Thirty-Fifth Interim Period (Docket #24856), filed on or about May 28, 2010, in which we recommended approval of fees totaling $60,202.50 and expenses totaling $946.66. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Fifth Period, dated June 7, 2010 (Docket #24917).

36th Period: Fee Auditor's Final Report Regarding the Quarterly Fee Application of Saul Ewing LLP for the Period January 1, 2010 through March 31, 2010 (Docket #25336), filed on or about September 3, 2010, in which we recommended approval of fees totaling $49,397.00 and expenses totaling $1,658.77, reflecting our recommended reduction of $550.00 in fees, as further explained in paragraph 3 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-

Sixth Period, dated September 13, 2010 (Docket #25397).

37th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Seventh Interim Period (Docket #25850), filed on or about December 2, 2010, in which we recommended approval of fees totaling $23,691.00 and expenses totaling $1,471.55. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Seventh Period, dated December 10, 2010 (Docket #25905).

38th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Eighth Interim Period (Docket #26519), filed on or about March 9, 2011, in which we recommended approval of fees totaling $32,623.00 and expenses totaling $412.65. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Eighth Period, dated March 25, 2011 (Docket #26627).

39th Period: Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Ninth Interim Period (Docket #27116), filed on or about June 21, 2011, in which we recommended approval of fees totaling $25,565.00 and expenses totaling $497.89. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Ninth Period, dated June 30, 2011 (Docket #27188).

40th Period: Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fortieth Interim Period (Docket #27507), filed on or about August 25, 2011, in which we recommended approval of fees totaling $38,964.50 and expenses totaling $399.58, reflecting our recommended reductions of $250.00 in fees and $140.43 in expenses, as further explained in footnotes 14 and 15 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fortieth Period, dated September 20, 2011 (Docket #27622).

41st Period: Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-First Interim Period (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $40,542.00 and expenses totaling $391.64. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-First Period, dated December 14, 2011 (Docket #28150).

42nd Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Second Interim Period (Docket #28548), filed on or about February 20, 2012, in which we recommended approval of fees totaling $29,770.00 and expenses totaling $359.80. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Second Period, dated March 23,

2012 (Docket #28705).

43rd Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Third Interim Period (Docket #28900), filed on or about May 9, 2012, in which we recommended approval of fees totaling $30,010.50 and expenses totaling $283.15. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Third Period, dated June 14, 2012 (Docket #29054).

44th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fourth Interim Period (Docket #29449), filed on or about August 13, 2012, in which we recommended approval of fees totaling $31,791.50 and expenses totaling $609.54. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Fourth Period, dated October 19, 2012 (Docket #29746).

45th Period: Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fifth Interim Period (Docket #29988), filed on or about December 4, 2012, in which we recommended approval of fees totaling $26,513.50 and expenses totaling $374.71. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Fifth Period, dated December 11, 2012 (Docket #30036).

46th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Sixth Interim Period (Docket #30382), filed on or about March 7, 2013, in which we recommended approval of fees totaling $28,671.50 and expenses totaling $396.41. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Sixth Period, dated March 27, 2013 (Docket #30440).

47th Period: Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Seventh Interim Period (Docket #30840), filed on or about July 17, 2013, in which we recommended approval of fees totaling $26,806.00 and expenses totaling $635.17. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Seventh Period, dated July 31, 2013 (Docket #30907).

48th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Eighth Interim Period (Docket #31080), filed on or about September 6, 2013, in which we recommended approval of fees totaling $34,060.00 and expenses totaling $444.30. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Eighth Period, dated September 24, 2013 (Docket #31158).

49th Period: Fee Auditor's Final Report Regarding the Seventeenth Quarterly Fee

<u>Application of Saul Ewing LLP for the Period from April 1, 2013, through June 30, 2013</u> (Docket #31217), filed on or about October 14, 2013, in which we recommended approval of fees totaling $31,726.50 and expenses totaling $630.12, reflecting our recommended reduction of $975.00 in fees, as further explained in paragraph 4 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Ninth Period</u>, dated December 17, 2013 (Docket #31482).

50th Period: <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fiftieth Interim Period</u> (Docket #31838), filed on or about March 11, 2014, in which we recommended approval of fees totaling $29,523.00 and expenses totaling $547.22. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fiftieth Period</u>, dated March 31, 2014 (Docket #31963).

51st Period: <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fifty-First Interim Application Period</u> (Docket #32197), filed on or about May 13, 2014, in which we recommended approval of fees totaling $21,180.00 and expenses totaling $494.12. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifty-First Period</u>, dated May 23, 2014 (Docket #32216).

7.   We have reviewed the final reports and orders allowing fees and expenses for the

prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods.

## CONCLUSION

8. Thus, we recommend final approval of $735,655.50 in fees ($736,486.07[3] minus $830.57)[4] and $13,025.86 in expenses ($13,166.29[5] minus $140.43)[6] for Saul Ewing's services for the Final Application Period.

---

[3]We note that the total of the fees requested in Saul Ewing's 19 prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is $739,063.50. It appears that Saul Ewing has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 6, to arrive at the figure it seeks of $736,486.07. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[4]*See* paragraph 5.

[5]We note that the total of the expenses requested in Saul Ewing's 19 prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is $13,166.29. It does not appear that Saul Ewing has deducted from this amount any of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 6, to arrive at the figure it seeks of $13,166.29. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[6]This amount reflects a Court-approved reduction of $140.43 for the Fortieth Interim Period, not previously deducted by Saul Ewing. *See* paragraph 6.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 15th day of July, 2014.

_____
    Warren H. Smith

## SERVICE LIST
<u>Notice Parties</u>

**The Applicant**
Teresa K. D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Kenneth Pasquale
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036