## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.**, *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (KJC)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING DELOITTE TAX LLP'S ONE HUNDRED SIXTH MONTHLY APPLICATION AND APPLICATION OF DELOITTE TAX LLP FOR FINAL ALLOWANCE AND APPROVAL OF COMPENSATION AND EXPENSE REIMBURSEMENT FOR THE PERIOD FROM DECEMBER 20, 2004 THROUGH FEBRUARY 2, 2014

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding Deloitte Tax LLP's One Hundred Sixth Monthly Application and Application of Deloitte Tax LLP for Final Allowance and Approval of Compensation and Expense Reimbursement for the Period from December 20, 2004 through February 2, 2014 (the "Applications").

### BACKGROUND

1.      Deloitte Tax LLP ("Deloitte Tax") was retained to provide tax services to the Debtors and Debtors-in-Possession.  In the Applications, Deloitte Tax seeks approval of fees and expenses as follows: fees totaling $55,497.50 and expenses totaling $6.17 for its services from January 1, 2014 through March 15, 2014 (the "Fifty-Second Interim Period"); and final approval of fees totaling

$1,801,830.30[1] and expenses totaling $13,215.73[2] for its services from December 20, 2004, through February 2, 2014 (the "Final Application Period").

2.    In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Deloitte Tax based upon our review, and we received a response from Deloitte Tax, portions of which response are quoted herein.

### DISCUSSION

### Fifty-Second Interim Period

---

[1]We note that the total of the fees requested in Deloitte Tax's 15 prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is $1,843,187.30. It does not appear that Deloitte Tax has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 8, to arrive at the figure it seeks of $1,801,830.30. (*See* paragraph 6 for an explanation of which Court-approved reductions were not deducted by Deloitte Tax.) We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[2]We note that the total of the expenses requested in Deloitte Tax's 15 prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is $14,320.51. It appears that Deloitte Tax has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 8, to arrive at the figure it seeks of $13,215.73. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

3.       We noted that Deloitte Tax billed $157.50 in fees under the project category "Global Rewards Services."  Pursuant to our request, Deloitte Tax provided us with the current Statement of Work governing the Global Rewards Services, which we reviewed.  We noted that for the month of January 2014, the hourly rate charged for this engagement appeared to exceed that which was authorized by the Statement of Work.[3]  We asked Deloitte Tax about this hourly rate, and Deloitte Tax responded:

> With apologies, there was an error in determining the applicable rates to be charged....  The error in determining the applicable rates unfortunately carried over into our original monthly fee applications for December 2013 and January 2014....
>
> The net impact of this error resulted in an overcharge of $52.50 for January 2014:

|  |  | as per original fee application | | as corrected | | overcharge |
|---|---|---|---|---|---|---|
| Shurin, Alexander Sandy | 0.3 | $525 | $157.50 | $350 | $105.00 | $52.50 |

We appreciate Deloitte Tax's response and recommend a reduction of $52.50 in fees.

4.       We noted that Deloitte Tax's fee request includes $6,850.00 in fees for fee application preparation that were incurred after February 3, 2014, the Effective Date of the debtor's plan of reorganization.  Because these fees were incurred after the Effective Date, they are beyond the scope of our review, and we offer no recommendation concerning the fees in this report.

5.       Thus, we recommend approval of $48,595.00 in fees ($55,497.50 minus $52.50 and excluding $6,850.00 in post-Effective Date fees) and $6.17 in expenses for Deloitte Tax's services for the Fifty-Second Interim Period.

---

[3]In the Work Order Number 2013-1, dated January 15, 2013, between Deloitte Tax and W.R. Grace & Co., an hourly rate of $350.00 per hour is authorized for Tax Managers.  However, in the January 2014 monthly fee application, Deloitte Tax billed the time of its Tax Manager at $525.00 per hour.

## Final Application Period

6.        We noted that Deloitte Tax  requested final approval of fees totaling $1,801,830.30.

However, we calculated Deloitte Tax's final fees at $1,800,006.30,[4] for a difference of $1,824.00.[5]

We explained our calculations to Deloitte Tax, and Deloitte Tax responded:   "We have no further

comments or disagreements with the ...findings reflected in paragraphs 1 – 6 of the initial report."

We appreciate Deloitte Tax's response, and recommend that Deloitte Tax's final fee request be

reduced by $1,824.00.

7.        We noted that Deloitte Tax  requested final approval of expenses totaling $13,215.73.

However, we calculated Deloitte Tax's final expense amount at $13,215.51, for a difference of

---

[4]This sum does not reflect any reductions recommended for the Fifty-Second Interim Period.

[5]Of this amount, $1,685.00 is the fee reduction which we recommended for Deloitte Tax's Fifteenth
Quarterly Application (July 1, 2013, through December 31, 2013), which was not deducted from Deloitte
Tax's final fee request.  The remaining $139.00 can be traced to Deloitte Tax's Fourth Quarterly
Application covering the period of April 1, 2007 through September 30, 2007.  The sum of the fees
included in Deloitte Tax's monthly applications for that period totaled $88,158.00.  However, Deloitte
Tax mistakenly requested approval of fees totaling $88,297.00, for an overcharge of $139.00.  (The
Court's fee award is based on the correct amount.)  When the two sums ($1,685.00 and $139.00) are
subtracted from Deloitte Tax's final fee request, the result is $1,800,006.30.

$0.22.[6]  We explained our calculations to Deloitte Tax, and Deloitte Tax responded:  "We have no

further comments or disagreements with the ... findings reflected in paragraphs 1 – 6 of the initial

report."[7]  We appreciate Deloitte Tax's response and recommend that Deloitte Tax's final expense

request be reduced by $0.22.

**Prior Interim Applications**

8.      We note that we previously filed the following final reports for Deloitte Tax's prior

interim applications, which final reports we incorporate by reference herein, and we also note the

following orders that ruled on Deloitte Tax's prior interim fee applications:

16th Period:      Fee Auditor's Combined Final Report Regarding Those Fee Applications

with No Fee or Expense Issues for the Sixteenth Interim Period (Docket

#9387), filed on or about September 12, 2005, in which we recommended

---

[6]The reasons for this discrepancy can be traced to Deloitte Tax's Second, Third, Fourth, and Twelfth
Quarterly Fee Applications and are listed below:

| Interim Fee Application | Expenses Listed by Deloitte Tax on Table 1 of Final Application | Expenses Approved by the Court | Difference |
|---|---|---|---|
| Second | $261.50 | $0.00 | $261.50 |
| Third | $13.00 | $0.00 | $13.00 |
| Fourth | $3,676.00 | $2,571.00 | $1,105.00 |
| Twelfth | $0.00 | $16.28 | ($16.28) |
| **TOTAL:** | **$3,950.50** | **$2,587.28** | **$1,363.22** |

Thus, it appears that the adjustments in Table 1 of the Application should total $1,363.22, rather than
$1,363.00.  When $1,363.22 in adjustments are subtracted from Deloitte Tax's requested expenses of
$14,578.73 (see Table 1 of the Application), the result is $13,215.51.

[7]Paragraph 7 of this report was formerly paragraph 6 of our initial report.

approval of fees totaling $273,951.00 and expenses totaling $1,986.00.
These recommendations were adopted in the <u>Order Approving Quarterly Fee
Applications for the Sixteenth Period</u>, dated September 27, 2005 (Docket
#9513).

23rd Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee
Applications with No Fee or Expense Issues for the Twenty-Third Interim
Period</u> (Docket #16037), filed on or about June 13, 2007, in which we
recommended approval of fees totaling $154,373.00.   These
recommendations were adopted in the <u>Order Approving Quarterly Fee
Applications for the Twenty-Third Period</u>, dated June 20, 2007 (Docket
#16073).

24th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee
Applications with No Fee or Expense Issues for the Twenty-Fourth Interim
Period</u> (Docket #16786), filed on or about September 10, 2007, in which we
recommended approval of fees totaling $90,835.00.  These recommendations
were adopted in the <u>Order Approving Quarterly Fee Applications for the
Twenty-Fourth Period</u>, dated September 25, 2007 (Docket #16916).

26th Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Deloitte Tax LLP
for the Twenty-Sixth Interim Period</u> (Docket #18132), filed on or about
February 27, 2008, in which we recommended approval of fees totaling
$87,547.00 and expenses totaling $2,571.00, reflecting our recommended
reductions of $611.00 in fees and $1,105.00 in expenses, as further explained

in paragraphs 3 and 4 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Sixth Period</u>, dated March 12, 2008 (Docket #18270).

29th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Ninth Interim Period</u> (Docket #20150), filed on or about November 26, 2008, in which we recommended approval of fees totaling $37,915.00.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Ninth Period</u>, dated December 17, 2008 (Docket #20283).

31st Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Deloitte Tax LLP for the Thirty-First Interim Period</u> (Docket #21951), filed on or about June 2, 2009, in which we recommended approval of fees totaling $185,396.00 and expenses totaling $2,880.00, reflecting our recommended reduction of $2,946.00 in fees, as further explained in paragraphs 3, 4 and 5 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-First Period</u>, dated July 7, 2009 (Docket #22354).

32nd - 34th Period:    <u>Fee Auditor's Final Report Regarding Quarterly Fee Application of Deloitte Tax LLP for the Period January 1, 2009 through September 30, 2009</u> (Docket #24828), filed on or about May 24, 2010, in which we recommended approval of fees totaling $95,054.00 and expenses totaling $2,143.00, reflecting our recommended reduction of $30,417.00 in fees,

as further explained in paragraphs 4, 5 and 6 of that final report. These recommendations were adopted in the <u>Revised Order Approving Quarterly Fee Applications for the Thirty-Fifth Period</u>, dated June 7, 2010 (Docket #24917).

35th - 37th Period:  <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Seventh Interim Period</u> (Docket #25850), filed on or about December 2, 2010, in which we recommended approval of fees totaling $115,058.00 and expenses totaling $13.00. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Seventh Period</u>, dated December 10, 2010 (Docket #25905).

38th Period:  <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Ninth Interim Period</u> (Docket #27116), filed on or about June 21, 2011, in which we recommended approval of fees totaling $27,387.00 and expenses totaling $31.00. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Ninth Period</u>, dated June 30, 2011 (Docket #27188).

39th – 40th Period:  <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fortieth Interim Period</u> (Docket #27507), filed on or about August 25, 2011, in which we recommended approval of fees totaling

$64,439.35 and expenses totaling $107.47.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fortieth Period</u>, dated September 20, 2011 (Docket #27622).

41st Period: <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Forty-Second Interim Period</u> (Docket #28548), filed on or about February 20, 2012, in which we recommended approval of fees totaling $43,513.00 and expenses totaling $27.54.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Second Period</u>, dated March 23, 2012 (Docket #28705).

42nd Period: <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Forty-Fourth Interim Period</u> (Docket #29449), filed on or about August 13, 2012, in which we recommended approval of fees totaling $23,657.00 and expenses totaling $16.28.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Fourth Period</u>, dated October 19, 2012 (Docket #29746).

43rd - 46th Periods: <u>Fee Auditor's Final Report Regarding Thirteenth Application of Deloitte Tax LLP for the Period of October 1, 2011, through September 30, 2012</u> (Docket #30376), filed on or about March 6, 2013, in which we recommended approval of fees totaling $38,921.00 and expenses totaling $104.30, reflecting our recommended reduction of $7,383.00 in fees, as

further explained in paragraphs 3 and 4 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Sixth Period</u>, dated March 27, 2013 (Docket #30440).

47th - 49th Periods:  <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fiftieth Interim Period</u> (Docket #31838), filed on or about March 11, 2014, in which we recommended approval of fees totaling $304,180.45 and expenses totaling $3,179.72.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fiftieth Period</u>, dated March 11, 2014 (Docket #31963).

50th - 51st Period:  <u>Fee Auditor's Final Report Regarding The Fifteenth Application of Deloitte Tax LLP for the Period of July 1, 2013, through February 2, 2014</u> (Docket #32210), filed on or about May 21, 2014, in which we recommended approval of fees totaling $202,282.00 and expenses totaling $150.03, reflecting our recommended reduction of $1,685.00 in fees, as further explained in paragraphs 3 and 4 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifty-First Period</u>, dated May 23, 2014 (Docket #32216).

9.    We have reviewed the final reports and orders allowing fees and expenses for the prior interim periods, and we do not believe there is any reason to change any of the amounts

awarded for the prior interim periods.

## CONCLUSION

10.     Thus, we recommend final approval of $1,793,103.80 in fees ($1,801,830.30[8] minus

$1,876.50[9] and excluding $6,850.00[10] in post-Effective Date fees) and $13,215.51 in expenses

($13,215.73[11] minus $0.22)[12] for Deloitte Tax's services for the Final Application Period.

---

[8]We note that the total of the fees requested in Deloitte Tax's 15 prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is $1,843,187.30. It does not appear that Deloitte Tax has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 8, to arrive at the figure it seeks of $1,801,830.30. (*See* paragraph 6 for an explanation of which Court-approved reductions were not deducted by Deloitte Tax.) We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[9]This amount reflects a Court-approved reduction of $1,685.00 for the Fiftieth and Fifty-First Interim Periods, not previously deducted by Deloitte Tax (*see* n. 5), as well as a $52.50 reduction for the Fifty-Second Interim Period (*see* paragraph 3), and a $139.00 reduction to correct a mathematical error in Deloitte Tax's final fee request (*see* n. 5).

[10]*See* paragraph 4.

[11]We note that the total of the expenses requested in Deloitte Tax's 15 prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is $14,320.51. It appears that Deloitte Tax has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 8, to arrive at the figure it seeks of $13,215.73. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[12]This amount reflects a $0.22 reduction to correct an error in Deloitte Tax's final expense request. *See* paragraph 7.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas  75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

### CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 15th day of July, 2014.

_____
        Warren H. Smith

**SERVICE LIST**
<u>Notice Parties</u>

<u>The Applicant</u>
Jared Gordon, Director
Deloitte Tax LLP
1700 Market Street
Philadelphia, PA  19103

Anthony Scoles
Assistant General Counsel
Deloitte LLP
30 Rockefeller Plaza
New York, NY  10112-0015

<u>The Debtors</u>
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

<u>United States Trustee</u>
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

<u>Counsel for the Debtors</u>
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

<u>Counsel to the Official Committee of Unsecured Creditors</u>
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

<u>Counsel to the Official Committee of Property Damage Claimants</u>
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

<u>Counsel to the Official Committee of Personal Injury Claimants</u>
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

**Counsel to the Official Committee of Equity
Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899