**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § § | Chapter 11 |
| W.R. Grace & CO., et al., | § § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § § § | |

**NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 32286: ENTERED IN ERROR**

PLEASE TAKE NOTICE that the undersigned attorney hereby requests the Clerk of the Court to withdraw the Fee Auditor's Final Report Regarding Final Fee Application of the Estate of David T. Austern, Former Asbestos PI Future Claimants' Representative, by His Personal Representative, for (I) Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 24, 2004 Through June 30, 2012 and (II) Waiver of Certification Requirement of Local Rule 2016-2(G), filed at Docket No. 32286.

Date: July 15, 2014

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
      Warren H. Smith
      Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**