IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (KJC) |
| ) | |
| Reorganized Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Re: Docket No. 32290** |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 16, 2014, AT 10:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY

## THIS HEARING HAS BEEN CANCELED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.

**CONTINUED MATTERS:**

1.  Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m.

    Responses Received:

    a.  Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

    b.  Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

    Related Documents: None.

    Status: This matter is continued to the next omnibus hearing date.

---

[1] The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

DOCS_DE:194105.4 91100/001

**UNCONTESTED MATTERS:**

2. Debtors' Motion for an Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtors May Object to Claims [Filed: 6/11/14] (Docket No. 32250)

   Response Deadline: June 25, 2014, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Extending Plan Claims Objection Deadline Through January 30, 2015 [Filed: 6/11/14] (Docket No. 32250, Exhibit A)

   b. Certification of No Objection Regarding Debtors' Motion for an Order Extending the Chapter 11 Plan Deadline By Which the Reorganized Debtors May Object to Claims [Filed: 7/7/14] (Docket No. 32274)

   c. **[Signed] Order Extending Plan Claims Objection Deadline Through January 30, 2015 [Filed: 7/14/14] (Docket No. 32291)**

   **Status:** The Court has entered an order on this matter.

3. Claimants' Counsels' Motion for Leave to File Amended Seventeenth Quarterly Applications and Final Applications [Filed: 6/18/14] (Docket No. 32254)

   Response Deadline: July 1, 2014, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Granting Motion for Leave to File Amended Seventeenth Quarterly Applications and Final Applications [Filed: 6/18/14] (Docket No. 32254)

   b. Certification of No Objection Regarding Claimants' Counsels' Motion for Leave to File Amended Seventeenth Quarterly Applications and Final Applications [Filed: 7/9/14] (Docket No. 32282)

   c. **[Signed] Order Granting Motion for Leave to File Amended Seventeenth Quarterly Application and Final Applications [Filed: 7/15/14] (Docket No. 32297)**

   **Status:** The Court has entered an order on this matter.

**QUARTERLY FEE APPLICATION:**

4. Forty-Seventh (Cumulative) Quarterly Interim Fee Application of Blackstone Advisory Partners L.P. as Financial Advisor to W. R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of October 1, 2013 Through February 3, 2014 [Filed: 4/15/14] (Docket No. 32021)

Response Deadline: May 5, 2014, at 4:00 p.m.

Responses Received: None.

Related Documents:

a.  Fee Auditor's Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Fifty-First Interim Application Period [Filed: 5/13/14] (Docket No. 32197)

b.  [Signed] Order Approving Quarterly Fee Applications for the Fifty-First Period [Filed: 5/23/14] (Docket No. 32216)

c.  Fee Auditor's Final Report Regarding the Restructuring Fee Sought in the Forty-Seventh (Cumulative) Quarterly Interim Fee Application of Blackstone Advisory Partners L.P. for the Period of October 1, 2013 through February 3, 2014 [Filed 7/7/14] (Docket No. 32272)

d.  Certification of Counsel Regarding Forty-Seventh (Cumulative) Quarterly Interim Fee Application of Blackstone Advisory Partners L.P. as Financial Advisor to W. R. Grace & Co. and Affiliates for Compensation and Reimbursement of Expenses Incurred for the Period of October 1, 2013 Through February 3, 2014 [Filed: 7/14/14] (Docket No. 32289)

e.  **[Signed] Order Approving Restructuring Fee [Filed: 7/15/14] (Docket No. 32298)**

*[Remainder of Page Intentionally Left Blank]*

**Status:** **The Court has entered an order on this matter.**

Dated: July 15, 2014

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill/*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors