IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related to Docket No.32191** |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION REGARDING THE
FINAL APPLICATION OF CAMPBELL & LEVINE, LLC
FOR APPROVAL AND ALLOWANCE OF COMPENSATION OF SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND
ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS
PERSONAL INJURY CLAIMANTS OF W.R. GRACE, *et al.*
<u>FOR THE PERIOD OF JUNE 16, 2001 THROUGH FEBRUARY 3, 2014</u>**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Campbell & Levine, LLC ("Campbell & Levine"), submitted on May 12, 2014, a final application ("Application") [Docket No. 32191] for services rendered and reimbursement of expenses incurred as Delaware and associated counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before July 11, 2014 at 4:00 p.m. No objections to the Application have been received by the

{C0372093.1 }

undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

Dated: July 15, 2014

                                         CAMPBELL & LEVINE, LLC

                                         */s/ Mark T. Hurford*
                                         Mark T. Hurford (I.D. #3299)
                                         Kathleen Campbell Davis (I.D. #4229)
                                         222 Delaware Avenue, Suite 1620
                                         Wilmington, DE 19801
                                         (302) 426-1900

                                         *Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants*