IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 32192** |

**CERTIFICATION OF NO OBJECTION REGARDING
THE FINAL FEE APPLICATION OF ANDERSON KILL, P.C., FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS SPECIAL INSURANCE COUNSEL FOR
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY
CLAIMANTS OF W. R. GRACE & CO., ET AL FOR THE PERIOD OF
MARCH 17, 2005 THROUGH FEBRUARY 3, 2014 (DOCKET NO. 32192)**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1.  Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Anderson Kill, P.C. ("AK"), submitted on May 12, 2014 a final fee application ("Application") [Docket No. 32192] for services rendered and reimbursement of expenses incurred as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{C0372097.1 }

2. Objections to the Application were to be filed and served on or before July 11, 2014. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

Dated: July 15, 2014

          ANDERSON KILL, P.C.
          Robert Y. Chung
          1251 Avenue of the Americas
          New York, NY 10020-1182
          (212) 278-1039

          -and-

          CAMPBELL & LEVINE, LLC

          */s/Mark T. Hurford*
          Mark T. Hurford (I.D. #3299)
          Kathleen Campbell Davis (I.D. #4229)
          222 Delaware Avenue, Ste 1620
          Wilmington, DE 19899
          (302) 426-1900

          *Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants*