IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 32193** |

**CERTIFICATION OF NO OBJECTION REGARDING
THE FINAL APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC., FOR
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY
CLAIMANTS OF W.R. GRACE & CO., *et al.* FOR THE PERIOD OF
APRIL 12, 2001 THROUGH FEBRUARY 3, 2014 (DOCKET NO. 32193)**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify the following:

1.       Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of

Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§

105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members, signed

by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative

Order"), Legal Analysis Systems, Inc., submitted on May 12, 2014 a final application

("Application") [Docket No. 32193] for services rendered and reimbursement of

expenses incurred as asbestos-related bodily injury consultant to the Official Committee

of Asbestos Personal Injury Claimants in the above-referenced cases.

*(Remainder of Page Intentionally Left Blank)*

{C0372091.1 }

2.     Objections to the Application were to be filed and served on or before July 11, 2014.   No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

Dated: July 16, 2014

                              LEGAL ANALYSIS SYSTEMS, INC

                              Mark A. Peterson
                              970 Calle Arroyo
                              Thousand Oaks, CA  91360

                              *Asbestos-Related Bodily Injury Consultant*
                              *for the Official Committee of Asbestos*

                                        - and -

                              CAMPBELL & LEVINE, LLC

                              */s/ Mark T. Hurford*
                              Mark T. Hurford (I.D. #3299)
                              Kathleen Campbell Davis (I.D. #4229)
                              222 Delaware Avenue, Ste 1620
                              Wilmington, DE  19899
                              (302) 426-1900

                              Counsel for the Official Committee
                              of Asbestos Personal Injury Claimants