## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (KJC) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING JANUARY 2014 MONTHLY APPLICATION, FEBRUARY 2014 MONTHLY APPLICATION, AND FINAL VERIFIED APPLICATION OF THE LAW OFFICES OF ROGER J. HIGGINS, LLC, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2011 THROUGH FEBRUARY 3, 2014**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the January 2014 Monthly Application, February 2014 Monthly Application, and Final Verified Application of the Law Offices of Roger J. Higgins, LLC, for Compensation for Services and Reimbursement of Expenses for the Period from January 1, 2011, through February 3, 2014 (the "Applications").

## BACKGROUND

1.     The Law Offices of Roger J. Higgins, LLC ("Higgins"), was retained as co-counsel to the Debtors and Debtors-in-Possession.  In the Applications, Higgins seeks approval of fees and expenses as follows:  fees totaling $120,032.50 and expenses totaling $1,665.88 for its services from January 1, 2014 through January 31, 2014 (the "January 2014 Monthly Application"); fees totaling $11,685.00 and no expenses for its services from February 1, 2014 through February 3, 2014 (the

"February 2014 Monthly Application"); and final approval of fees totaling $3,046,118.00[1] and expenses totaling $73,603.47[2] for its services from January 1, 2011 through February 3, 2014 (the "Final Application" or "Final Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We emailed an inquiry to Higgins based upon our review, and we received a response from Higgins, portions of which response are reflected herein.

**DISCUSSION**

---

[1]We note that the total of the fees requested in Higgins' 12 prior fee applications, plus the compensation sought for January 2014 and February 2014, is $3,048,318.50.  It appears that Higgins has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 7, to arrive at the figure it seeks of $3,046,118.00.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[2]We note that the total of the expenses requested in Higgins' 12 prior fee applications, plus the expenses sought for January 2014 and February 2014, is $73,691.05.  It appears that Higgins has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 7, to arrive at the figure it seeks of $73,603.47.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

**January 2014**

3.      We have no issues with, or objections to, the fees and expenses in Higgins' January

2014 Monthly Application.

4.      Thus, we recommend approval of $120,032.50 in fees and $1,665.88 in expenses for

Higgins' services for January 2014.

**February 2014**

5.      We have no issues with, or objections to, the fees and expenses in Higgins' February

2014 Monthly Application.

6.      Thus, we recommend approval of $11,685.00 in fees for Higgins' services for

February 2014.

**Prior Interim Applications**

7.      We note that we previously filed the following final reports for Higgins' prior interim

applications, which final reports we incorporate by reference herein, and we also note the following

orders that ruled on Higgins' prior interim fee applications:

40th Period:      Fee Auditor's Final Report Regarding Quarterly Interim Application of Baer

                  Higgins Fruchtman LLC for the Interim Period from January 1, 2011 through

                  March 31, 2011 (Docket #27536), filed on or about August 31, 2011, in

                  which we recommended approval of fees totaling $340,732.50 and expenses

                  totaling $20,407.62, reflecting our recommended reductions of $1,140.00 in

                  fees and $12.10 in expenses, as further explained in paragraphs 3 and 5 of

                  that final report.  These recommendations were adopted in the Order

                  Approving Quarterly Fee Applications for the Fortieth Period, dated

September 20, 2011 (Docket #27622).

41st Period: <u>Fee Auditor's Final Report Regarding Quarterly Interim Application of Baer Higgins Fruchtman LLC for the Interim Period from April 1, 2011 through June 30, 2011</u> (Docket #27667), filed on or about September 27, 2011, in which we recommended approval of fees totaling $443,342.50 and expenses totaling $15,238.14.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-First Period</u>, dated December 14, 2011 (Docket #28150).

42nd Period: <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Forty-Second Interim Period</u> (Docket #28548), filed on or about February 20, 2012, in which we recommended approval of fees totaling $359,307.50 and expenses totaling $7,656.14.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Second Period</u>, dated March 23, 2012 (Docket #28705).

43rd Period: <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Forty-Third Interim Period</u> (Docket #28900), filed on or about May  9, 2012, in which we recommended approval of fees totaling $307,055.00 and expenses totaling $5,955.81, reflecting our recommended reduction of $62.50 in fees, as further explained in footnote 10 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-</u>

Third Period, dated June 14, 2012 (Docket #29054).

44th Period:  Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fourth Interim Period (Docket #29449), filed on or about August 13, 2012, in which we recommended approval of fees totaling $292,480.00 and expenses totaling $6,106.45. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Fourth Period, dated October 19, 2012 (Docket #29746).

45th Period:  Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fifth Interim Period (Docket #29988), filed on or about December 4, 2012, in which we recommended approval of fees totaling $192,137.50 and expenses totaling $2,838.97. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Fifth Period, dated December 11, 2012 (Docket #30036).

46th Period:  Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Sixth Interim Period (Docket #30382), filed on or about March 7, 2013, in which we recommended approval of fees totaling $114,125.00 and expenses totaling $2,350.40. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Sixth Period, dated March 27, 2013 (Docket #30440).

47th Period:     Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Seventh Interim Period (Docket #30840), filed on or about July 17, 2013, in which we recommended approval of fees totaling $163,978.50 and expenses totaling $3,528.77.   These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Seventh Period, dated July 31, 2013 (Docket #30907).

48th Period:     Fee Auditor's Final Report Regarding Quarterly Application of The Law Offices of Roger J. Higgins, LLC, for the Interim Period from January 1, 2013 through March 31, 2013 (Docket #30764), filed on or about June 20, 2013, in which we recommended approval of fees totaling $202,682.00 and expenses totaling $1,880.81, reflecting our recommended reductions of $855.50 in fees and $75.49 in expenses as further explained in paragraphs 3 and 4 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Eighth Period, dated September 24, 2013 (Docket #31158).

49th Period:     Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Ninth Interim Period (Docket #31404), filed on or about November 26, 2013, in which we recommended approval of fees totaling $167,485.00 and expenses totaling $2,125.47.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Ninth Period, dated December 17,

2013 (Docket #31482).

50th Period:     Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fiftieth Interim Period (Docket #31838), filed on or about March 11, 2014, in which we recommended approval of fees totaling $133,427.50 and expenses totaling $1,705.00, reflecting our recommended reduction of $142.50 in fees, as further explained in footnote 11 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fiftieth Period, dated March 31, 2014 (Docket #31963).

51st Period:     Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fifty-First Interim Application Period (Docket #32197), filed on or about May 13, 2014, in which we recommended approval of fees totaling $197,647.50 and expenses totaling $2,144.00.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fifty-First Period, dated May 23, 2014 (Docket #32216).

8.     We have reviewed the final reports and orders allowing fees and expenses for the prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods.

**CONCLUSION**

9.    Thus, we recommend final approval of $3,046,118.00[3] in fees and $73,603.46 in expenses ($73,603.47[4] minus $0.01)[5] for Higgins' services for the Final Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
　　　Warren H. Smith
　　　Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas  75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

---

[3]We note that the total of the fees requested in Higgins' 12 prior fee applications, plus the compensation sought for January 2014 and February 2014, is $3,048,318.50.  It appears that Higgins has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 7, to arrive at the figure it seeks of $3,046,118.00.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[4]We note that the total of the expenses requested in Higgins' 12 prior fee applications, plus the expenses sought for January 2014 and February 2014, is $73,691.05.  It appears that Higgins has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 7, to arrive at the figure it seeks of $73,603.47.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[5]We noted that although Higgins requested final approval of expenses totaling $73,603.47, we calculated Higgins' final expenses at $73,603.46, for a difference of $0.01.  The reason for the discrepancy is that on p. 2 of the Final Application, Higgins listed its expenses for the Forty-Fourth Interim Period as $6,106.46, when the correct amount of expenses was $6,106.45. Thus, we recommend that Higgins' final expense request be reduced by $0.01 to correct the error.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 17th day of July, 2014.

_____

Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Roger J. Higgins
The Law Offices of Roger J. Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL 60601

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899