IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al., | ) | Case No. 01-01139 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |
| _____ | ) | |

**ORDER GRANTING AMENDED SEVENTEENTH QUARTERLY APPLICATION AND FINAL APPLICATION OF THE HOGAN FIRM FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE REPRESENTATIVE COUNSEL FOR THE CANADIAN ZAI CLAIMANTS FOR THE INTERIM FEE PERIOD FROM JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014 AND THE FINAL FEE PERIOD DECEMBER 21, 2009 THROUGH FEBRUARY 3, 2014**

The Hogan Firm ("Applicant"), counsel to Lauzon Bélanger Lespérance and Scarfone Hawkins LLP ("Representative Counsel"), filed its Amended Seventeenth Quarterly Application and Final Application for Compensation for Services Rendered and Reimbursement of Expenses for the Interim Fee Period from January 1, 2014 through February 3, 2014 and for the Final Fee Period December 21, 2009 through February 3, 2014 (the "Application"). The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is

ORDERED that the Application is GRANTED on an interim basis. Debtors shall pay to The Hogan Firm the sum of $15,477.00 as compensation and $938.16 as reimbursement of expenses, for a total of $16,415.16 for services rendered and disbursements incurred by The Hogan Firm for the period January 1, 2014 through February 3, 2014, less any amounts previously paid in connection with the monthly fee applications, and

ORDERED that the Application is GRANTED on a final basis. Debtors shall pay to The Hogan Firm the sum of $630,776.00 as compensation and $27,913.77 as reimbursement of

expenses, for a total of $658,689.77 for services rendered and disbursements incurred by The Hogan Firm for the final period December 21, 2009 through February 3, 2014, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____

                                            Kevin J. Carey
                                            United States Bankruptcy Judge