# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: April 16, 2014 @ 4:00 p.m. |
| | ) | Hearing Date: Only if Objection is Timely Filed |
| | ) | |

## FORTY-SEVENTH MONTHLY APPLICATION OF SCARFONE HAWKINS LLP
## AS SPECIAL COUNSEL FOR THE CANADIAN ZAI CLAIMANTS

| | |
|---|---|
| Name of Applicant: | Scarfone Hawkins LLP |
| Authorized to Provide Professional Services to: | Canadian Zonolite Attic Insulation Claimants ("Canadian ZAI Claimants") |
| Date of Retention: | March 19, 2010 *nunc pro tunc* December 21, 2009 |
| Period for which compensation and reimbursement is sought: | January 1, 2014 through February 3, 2014[1] |
| Amount of compensation sought as actual, reasonable and necessary: | CDN $   38,812.50 |
| Amount of expense reimbursement (includes Harmonized Sales Tax of 13%[2]) sought as actual, reasonable and necessary: | CDN $   5,051.45 |

This is Applicant's Forty-Seventh Monthly Application.

[Remainder of Page Intentionally Left Blank]

---

[1] Pursuant to the Notice of Occurrence of the Effective Date of the Debtors' First Amended Joint Plan of Reorganization (the "Plan") filed on February 13, 2014 [Docket No. 31732], the effective date of the Plan is February 3, 2014; accordingly, this Application covers the period January 1, 2014 through February 3, 2014. Any additional time spent for these matters will be requested in the final fee application.

[2] On July 1, 2010, the Harmonized Sales Tax (HST) took effect in Ontario and is applied to most purchases and transactions. The 13% HST replaces the federal goods and services tax (GST) and the provincial sales tax (PST).

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:**

| Date Filed | Period Covered | Requested Fees (CDN $) | Requested Expenses (CDN $) | Paid Fees (CDN $) | Paid Expenses (CDN $) |
|---|---|---|---|---|---|
| 04/30/2010 Dkt. #24697 | December 21, 2009 – March 31, 2010 | $ 98,678.75 Reduction - $708.50 | $ 10,399.55 | $ 78,943.00 $ 19,027.25 | $ 10,399.55 |
| 06/01/2010 Dkt. #24878 | April 1, 2010 – April 30, 2010 | $ 14,765.25 | $ 812.67 | $ 11,812.20 $ 2,953.05 | $ 812.67 |
| 06/30/2010 Dkt. #25015 | May 1, 2010 – May 31, 2010 | $ 21,221.25 | $ 3,327.71 | $ 16,977.00 $ 4,244.25 | $ 3,327.71 |
| 07/30/2010 Dkt. #25127 | June 1, 2010 – June 30, 2010 | $ 23,507.50 | $ 2,994.15 | $ 18,806.00 $ 4,701.50 | $ 2,994.15 |
| 08/31/2010 Dkt. #25297 | July 1, 2010 – July 31, 2010 | $ 17,232.50 | $ 2,259.90 | $ 13,786.00 $ 3,446.50 | $ 2,259.90 |
| 09/29/2010 Dkt. #25497 | August 1, 2010 – August 31, 2010 | $ 10,663.75 | $ 1,403.95 | $ 8,531.00 $ 2,132.75 | $ 1,403.95 |
| 10/29/2010 Dkt. #25666 | September 1, 2010 – September 30, 2010 | $ 5,833.75 | $ 2,153.94 | $ 4,667.00 $ 1,166.75 | $ 2,153.94 |
| 12/03/2010 Dkt. #25858 | October 1, 2010 – October 31, 2010 | $ 6,840.00 | $ 897.99 | $ 5,472.00 $ 1,368.00 | $ 897.99 |
| 01/05/2011 Dkt. #26018 | November 1, 2010 – November 30, 2010 | $ 5,030.00 | $ 653.90 | $ 4,024.00 $ 1,006.00 | $ 653.90 |
| 01/28/2011 Dkt. #26132 | December 1, 2010 – December 31, 2010 | $ 11,478.75 | $ 1,513.55 | $ 9,183.00 $ 2,295.75 | $ 1,513.55 |
| 03/08/2011 Dkt. #26512 | January 1, 2011 – January 31, 2011 | $ 22,076.25 | $ 4,516.93 | $ 17,661.00 $ 4,415.25 | $ 4,516.93 |
| 04/01/2011 Dkt. #26700 | February 1, 2011 – February 28, 2011 | $ 13,196.25 | $ 2,535.34 | $ 10,557.00 $ 2,639.25 | $ 2535.34 |
| 05/12/2011 Dkt. #26925 | March 1, 2011 – March 31, 2011 | $ 6,217.50 | $ 808.28 | $ 4,974.00 $ 1,243.50 | $ 808.28 |
| 06/10/2011 Dkt. #27068 | April 1, 2011 – April 30, 2011 | $ 17,471.25 | $ 2,475.77 | $ 13,977.00 $ 3,494.25 | $ 2,475.77 |
| 06/30/2011 Dkt. #27196 | May 1, 2011 – May 31, 2011 | $ 3,720.00 | $ 493.40 | $ 2,976.00 $ 744.00 | $ 493.40 |
| 08/04/2011 Dkt. #27374 | June 1, 2011 – June 30, 2011 | $ 7,965.00 | $ 1,067.51 | $ 6,372.00 $ 1,593.00 | $ 1,067.51 |
| 08/31/2011 Dkt. #27534 | July 1, 2011 – July 31, 2011 | $ 7,597.50 | $ 989.49 | $ 6,078.00 $ 1,519.50 | $ 989.49 |
| 10/04/2011 Dkt. #27716 | August 1, 2011 – August 31, 2011 | $ 6,483.75 | $ 851.59 | $ 5,187.00 $ 1,296.75 | $ 851.59 |
| 11/14/2011 Dkt. #27939 | September 1, 2011 – September 30, 2011 | $ 15,104.64 | $ 4,604.40 | $ 12,083.71 $ 3,020.93 | $ 4,604.40 |

**Summary of Monthly Fee and Expense Invoice Statements for Compensation Period (Continued):**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 12/15/2011 Dkt.#28163 | October 1, 2011- October 31, 2011 | $ 3,735.00 Reduction- $ 573.75 | $ 2,705.74 | $ 2,988.00 $ 173.25 | $ 2,705.74 |
| 01/25/2012 Dkt.#28414 | November 1, 2011- November 30, 2011 | $ 3,450.00 Reduction- $ 510.00 | $ 448.50 | $ 2,760.00 $ 180.00 | $ 448.50 |
| 2/21/2012 Dkt.#28556 | December 1, 2011- December 31, 2011 | $ 2,599.75 Reduction- $ 150.00 | $ 337.84 | $ 2,079.00 $ 369.75 | 337.84 |
| 3/9/2012 Dkt.#28647 | January 1, 2012- January 31, 2012 | $ 3,435.00 | $ 449.79 | $ 2,748.00 $ 529.50 | $ 449.79 |
| 4/17/2012 Dkt.#28788 | February 1, 2012- February 29, 2012 | $ 7,451.25 | $ 978.82 | $ 5,961.00 $ 1,496.25 | $ 978.82 |
| 5/4/2012 Dkt.#28879 | March 1, 2012- March 31, 2012 | $ 4,796.25 | $ 627.60 | $ 3,837.00 $ 730.50 | $ 627.60 |
| 6/1/2012 Dkt.#29011 | April 1, 2012- April 30, 2012 | $ 2,812.50 | $ 368.23 | $ 2,250.00 $ 562.50 | 368.23 |
| 7/5/2012 Dkt.#29105 | May 1, 2012- May 31, 2012 | $ 3,236.25 | $ 420.71 | $ 2,589.00 $ 647.25 | 420.71 |
| 8/8/2012 Dkt.#29419 | June 1, 2012- June 30, 2012 | $ 2,486.25 Reduction- $ 183.75 | $ 323.21 | $ 1,989.00 $ 313.50 | 323.21 |
| 9/5/2012 Dkt.#29578 | July 1, 2012- July 31, 2012 | $ 3,603.75 | $ 468.49 | $ 2,883.00 $ 720.75 | $ 468.49 |
| 10/5/2012 Dkt.#29740 | August 1, 2012- August 31, 2012 | $ 2,272.50 | $ 295.43 | $ 1,818.00 $ 454.50 | $ 295.43 |
| 10/26/2012 Dkt.#29819 | September 1, 2012- September 30, 2012 | $ 1,867.50 | $ 242.78 | $ 1,494.00 $ 373.50 | $ 242.78 |
| 12/18/2012 Dkt.#30063 | October 1, 2012- October 31, 2012 | $ 1,578.75 | $ 205.24 | $ 1,263.00 $ 315.75 | $ 205.24 |
| 1/18/2013 Dkt.#30168 | November 1, 2012- November 30, 2012 | $ 2,130.00 | $ 276.90 | $ 1,704.00 $ 426.00 | $ 276.90 |
| 2/21/2013 Dkt.#30304 | December 1, 2012- December 31, 2012 | $ 1,631.25 | $ 215.00 | $ 1,305.00 $ 326.25 | $ 215.00 |
| 3/19/2013 Dkt.#30414 | January 1, 2013- January 31, 2013 | $ 1,740.00 | $ 226.20 | $ 1,392.00 $ 348.00 | $ 226.20 |
| 4/26/2013 Dkt.#30557 | February 1, 2013- February 28, 2013 | $ 2,942.50 | $ 382.53 | $ 2,354.00 $ 588.50 | $382.53 |

| | | | | | |
|---|---|---|---|---|---|
| 5/24/2013 Dkt. #30669 | March 1, 2013- March 31, 2013 | $1,737.50 | $225.87 | $1,390.00 $347.50 | $225.87 |
| 6/27/2013 Dkt. #30780 | April 1, 2013- April 30, 2013 | $2,388.75 | $313.46 | $1,911.00 $477.75 | $313.46 |
| 7/26/2013 Dkt. #30880 | May 1, 2013- May 31, 2013 | $2,493.75 | $325.55 | $1,995.00 $498.75 | $325.55 |
| 8/13/2013 Dkt. #30959 | June 1, 2013- June 30, 2013 | $2,137.50 | $277.88 | $1,710.00 $427.50 | $277.88 |
| 9/23/2013 Dkt. #31153 | July 1, 2013- July 31, 2013 | $3,060.00 | $397.80 | $2,448.00 $612.00 | $397.80 |
| 9/26/2013 Dkt. #31168 | August 1, 2013- August 31, 2013 | $1,938.75 | $252.04 | $1,551.00 $387.75 | $252.04 |
| 10/29/2013 Dkt. #31275 | September 1, 2013- September 30, 2013 | $2,226.25 | $292.66 | $1,781.00 $445.25 | $292.66 |
| 11/22/2013 Dkt. #31384 | October 1, 2013- October 31, 2013 | $3,203.75 | $416.49 | $2,563.00 $640.75 | $416.49 |
| 1/7/2014 Dkt. #31571 | November 1, 2013- November 30, 2013 | $2,187.50 | $286.12 | $1,750.00 $437.50 | $286.12 |
| 1/21/2014 Dkt. #31616 | December 1, 2013- December 31, 2013 | $2,762.50 | $359.13 | Pending | Pending |

**Fee Detail by Professional for the Period of January 1, 2014, through February 3, 2014:**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate[3] (including changes) | Total Billed Hours | Total Fees (CDN $) |
|---|---|---|---|---|
| David Thompson | Partner, 25 Years; 1988 | $575.00 | 46.10 | $26,507.50 |
| Matthew G. Moloci | Partner, 15 Years; 1998 | $475.00 | 23.60 | $11,210.00 |
| Cindy Yates | Law Clerk, 31 Yrs. | $150.00[4] | 7.30 | $1,095.00 |
| Grand Total | | | 77.00 | $38,812.50 |
| Blended Rate | | | | $504.06 |
| Blended Rate (excluding Law Clerk time) | | | | $541.14 |

---

[3] Scarfone Hawkins LLP increased its hourly rates as of February 1, 2013.
[4] Scarfone Hawkins LLP increased its Law Clerk hourly fee as of March 1, 2013

**Monthly Compensation by Matter Description for the Period of January 1, 2014, through February 3, 2014:**

| Project Category | Total Hours | Total Fees (CDN $) |
|---|---|---|
| 04 - Case Administration | 74.80 | $38,417.50 |
| 11 - Fee Applications, Applicant | 2.20 | $395.00 |
| 12 – Fee Applications, Others | 0.00 | 0.00 |
| 14 – Hearings | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 20 - Travel (Non-Working) | 0.00 | 0.00 |
| 24 – Other | 0.00 | 0.00 |
| TOTAL | 77.00 | $38,812.50 |

**Monthly Expense Summary for the Period January 1, 2014, through February 3, 2014:**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopies (In House) | | 0.00 |
| Postage | | 0.00 |
| Travel – Meals | | 0.00 |
| Travel – Accommodations | | 0.00 |
| Travel – Airline | | 0.00 |
| Travel – Taxi & Parking | | 0.00 |
| Long Distance Calls | | $5.82 |
| Harmonized Sales Tax (HST) 13% | | $5,045.63 |
| TOTAL | | $5,051.45 |

PLEASE TAKE NOTICE that Scarfone Hawkins LLP (the "Applicant") has today filed this Notice of Monthly Fee and Expenses Invoice for January 1, 2014 through February 3, 2014, (this "Monthly Fee Statement")[5] pursuant to the Modified Order Granting The Canadian ZAI

---

[5] Applicant's Invoice for January 1, 2014, through February 3, 2014, is attached hereto as **Exhibit A**.

Claimants' Application for Appointment of Special Counsel [Docket No. 24508] and the

Amended Administrative Order Under 11 U.S.C., §§ 105(a) and 331 Establishing Revised

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and

Official Committee Members [Docket No. 1949].

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee

Statement, if any, must be filed on or before April 16, 2014, at 4:00 p.m. (prevailing Eastern Time)

(the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware,

824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that you must also serve a copy of any such

response or objection upon the Notice Parties so as to be received by the Notice Parties on or

before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline,

the Applicant shall file or cause to be filed with the Court, and serve on the Notice Parties, a

certificate of no objection, certifying that no objection, or a partial objection, has been filed with

the Court relative to this Application, whichever is applicable, after which the Debtors are

authorized and required to pay the Applicant an amount equal to (a) eighty percent (80%) of the

fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement or

(b) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to

any objection. All fees and expenses in this Monthly Fee Statement will be included in the next

quarterly application for compensation and reimbursement of expenses to be filed and served by

the Applicant at a later date, and will be subject to objections at such time.

PLEASE TAKE FURTHER NOTICE that Applicant respectfully requests that, for the

period January 1, 2014 through February 3, 2014, an allowance be made to Scarfone Hawkins LLP

for compensation in the amount of CDN $38,812.50 and actual and necessary expenses in the amount of CDN $5,051.45 (Includes 13% Harmonized Sales Tax) for a total allowance of CDN $43,863.95; Actual Interim Payment of CDN $31,050.00 (80% of the allowed fees) and reimbursement of CDN $5,051.45 (100% of the allowed expenses) be authorized for a total payment of CDN $36,101.45; and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that Applicant believes that the Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Amended Administrative Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustee. A true and correct copy of the Certification of David Thompson is attached hereto as **Exhibit B**.

Dated: March 25, 2014                     Respectfully submitted,

                                          By:    */s/ Daniel K. Hogan*
                                                 Daniel K. Hogan (DE Bar No. 2814)
                                                 THE HOGAN FIRM
                                                 1311 Delaware Avenue
                                                 Wilmington, Delaware 19806
                                                 Telephone: 302.656.7540
                                                 Facsimile: 302.656.7599
                                                 Email: dkhogan@dkhogan.com

                                                 **Counsel to the Representative Counsel as Special
                                                 Counsel for the Canadian ZAI Claimants**

# EXHIBIT A

W.R. GRACE & CO., et al.
CDN ZAI CLASS ACTION

U.S. FEE APPLICATION
DATE:
February 3, 2014
OUR FILE NO: 05L121

## Scarfone Hawkins LLP
### B A R R I S T E R S   A N D   S O L I C I T O R S

ONE JAMES STREET SOUTH
14TH FLOOR
P.O. BOX 926, DEPOT #1
HAMILTON, ONTARIO
L8N 3P9

TELEPHONE
905-523-1333

TELEFAX
905-523-5878

H.S.T. REGISTRATION NO.   873984314 RT – 0001

### CANADIAN ZAI MONTHLY FEE APPLICATION
### (January 1, 2014 – February 3, 2014)

| DATE | PROFESSIONAL SERVICE | LAWYER | RATE/HR | HOURS | AMOUNT |
|------|----------------------|--------|---------|-------|--------|
| 01 /02/14 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 01 /02/14 | receipt of and respond to class member inquiries re status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 01 /03/14 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 01 /03/14 | Emails from and David Thompson and Cindy Yates regarding review and reconciliations in preparation for Grace emergence from bankruptcy | MGM | $475.00 | 0.10 | $47.50 |
| 01 /06/14 | receipt of and respond to class member inquiries re: status of US Appeals, CDN ZAI settlement and Grace's emergence from court protection | DT | $575.00 | 0.30 | $172.50 |
| 01 /07/14 | emails to and from Vasuda Sinha re: arrange meeting | DT | $575.00 | 0.10 | $57.50 |
| 01 /07/14 | emails to and from Vasuda Sinha re: Zonolite and Grace status | DT | $575.00 | 0.10 | $57.50 |
| 01 /07/14 | further emails to and from Vasuda Sinha, etc., confirm telephone conference call | DT | $575.00 | 0.30 | $172.50 |
| 01 /07/14 | emails to and from Dan Hogan, review Grace motion re: settlement with bank lender group, memo to file | DT | $575.00 | 0.80 | $460.00 |
| 01 /07/14 | discuss and review with Matt Moloci re: Zonolite and Grace status | DT | $575.00 | 1.00 | $575.00 |
| 01 /07/14 | review claims administration binder of documents, memo to file, letter to Michel Belanger and Careen Hannouche | DT | $575.00 | 1.00 | $575.00 |
| 01 /07/14 | further emails to and from Michel Belanger, follow-up memo to Matt Moloci re: Zonolite and Grace status | DT | $575.00 | 0.30 | $172.50 |

| 01 /07/14 | Email from Dan Hogan regarding anticipation of Grace emergence from Bankruptcy; email from Vasuda Sinha and Orestes Pasparakis requesting teleconference; email from David Thompson to Michel Belanger and Careen Hannouche regarding status of proceedings and follow-up; further emails from Thompson and Belanger; review CDN ZAI PD Settlement documents and proceedings; conferences with Thompson | MGM | $475.00 | 1.20 | $570.00 |
|---|---|---|---|---|---|
| 01 /08/14 | review claim administration binder in preparation for telephone conference call with Grace's counsel, review notes from September | DT | $575.00 | 1.00 | $575.00 |
| 01 /08/14 | receipt of and respond to various class member inquiries re: status of US appeals and CDN ZAI settlement, discuss with MGM, letter to Don Pinchin, etc. | DT | $575.00 | 0.50 | $287.50 |
| 01 /08/14 | Conferences with David Thompson in preparation for teleconference with Grace Canada counsel and in anticipation of Grace emergence from bankruptcy; review various issues and next steps | MGM | $475.00 | 0.60 | $285.00 |
| 01 /09/14 | receipt of and respond to class member inquiries, re status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 01 /14/14 | receipt of and respond to various class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 01 /14/14 | telephone conference call with Orestes Pasparakis and Vasuda Sinha, discuss with Matt Moloci, follow-up with Michel Belanger and Careen Hannouche, etc. | DT | $575.00 | 0.50 | $287.50 |
| 01 /14/14 | emails to and from Careen Hannouche to arrange telephone conference | DT | $575.00 | 0.10 | $57.50 |
| 01 /14/14 | meeting - David Thompson, Matt Moloci and Cindy Yates to review and discuss status, steps going forward, etc., update and refresh | DT | $575.00 | 1.50 | $862.50 |
| 01 /14/14 | receipt of and respond to class member inquiries re: status of US appeals and CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 01 /14/14 | emails to and from Vasuda Sinha | DT | $575.00 | 0.10 | $57.50 |
| 01 /14/14 | Review Amended Minutes of Settlement, settlement documents and receive correspondences and decision of U.S. Bankruptcy Court; prepare for and attend teleconference with Orestes Pasparakis, Vasuda Sinha and David Thompson regarding steps toward Effective Date and final resolution of Canadian CCAA proceeding; further conference with Thompson; email report from Thompson to Michel Belanger and Careen Hannouche at Lauzon, Belanger; email summary from Sinha in follow-up to teleconference; | MGM | $475.00 | 0.80 | $380.00 |

| | | | | | |
|---|---|---|---|---|---|
| | review; email from Hannouche; email to Thompson regarding scheduling of teleconference with Belanger and Hannouche; email from Thompson to Don Pinchin proposing meeting | | | | |
| 01 /14/14 | Conference with Cindy Yates and David Thompson; review various documents, ledgers, prior accounts; discuss status and reconciliation toward conclusion of matter, accounts and reconciliation through to anticipated Effective Date of Grace proceedings | MGM | $475.00 | 1.60 | $760.00 |
| 01 /15/14 | Emails from and to Careen Hannouche regarding scheduling of proposed teleconference; email from David Thompson to Vasuda Sinha in follow-up to teleconference and issues regarding settlement trust and claims administration | MGM | $475.00 | 0.10 | $47.50 |
| 01 /16/14 | telephone conference call - David Thompson and Matt Moloci with Michel Belanger and Careen Hannouche, follow-up memo to file | DT | $575.00 | 0.50 | $287.50 |
| 01 /16/14 | Emails from and to Careen Hannouche regarding proposed teleconference; teleconference with Hannouche, Michel Belanger and Thompson; update; discuss issues and steps through to Effective Date and CDN ZAI Property Claims Administration; emails from and to David Thompson with attached draft disbursement account and reconciliation | MGM | $475.00 | 0.50 | $237.50 |
| 01 /19/14 | review binder of materials, memo to Ashlee White, follow-up email to Don Pinchin, etc. | DT | $575.00 | 0.50 | $287.50 |
| 01 /20/14 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement implementation | DT | $575.00 | 0.30 | $172.50 |
| 01 /21/14 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement implementation | DT | $575.00 | 0.30 | $172.50 |
| 01 /22/14 | further review of binder of materials, follow-up email to Don Pinchin | DT | $575.00 | 1.00 | $575.00 |
| 01 /22/14 | emails to and from Don Pinchin regarding a meeting and follow-ups | DT | $575.00 | 0.10 | $57.50 |
| 01 /22/14 | receipt of and respond to class member inquiries re: status of implementation of CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 01 /22/14 | Email from Vasuda Sinha with attached draft Trust Agreement; review; email from David Thompson to Michel Belanger and Careen Hannouche forwarding draft Trust Agreement for review; email reply from Thompson to Sinha regarding draft Trust Agreement | MGM | $475.00 | 0.20 | $95.00 |
| 01 /22/14 | Email from David Thompson to Don Pinchin to schedule meeting for review of expert's role in CDN ZAI PD claims administration | MGM | $475.00 | 0.10 | $47.50 |

| 01 /23/14 | emails to and from Vasuda Sinha | DT | $575.00 | 0.10 | $57.50 |
|---|---|---|---|---|---|
| 01 /23/14 | review draft trust agreement, etc., memo to file | DT | $575.00 | 0.50 | $287.50 |
| 01 /23/14 | letter to Michel Belanger and Careen Hannouche re: arrange telephone conference | DT | $575.00 | 0.40 | $230.00 |
| 01 /23/14 | follow-up with Don Pinchin, emails to and from him | DT | $575.00 | 0.10 | $57.50 |
| 01 /23/14 | emails to and from Careen Hannouche re: parties to be removed from action, memos to and from MGM | DT | $575.00 | 0.20 | $115.00 |
| 01 /23/14 | emails to and from Vasuda Sinha | DT | $575.00 | 0.10 | $57.50 |
| 01 /23/14 | emails to and from Careen Hannouche re: trust agreement | DT | $575.00 | 0.30 | $172.50 |
| 01 /23/14 | emails to and from Careen Hannouche re: confirm telephone case conference to discuss trust agreement | DT | $575.00 | 0.10 | $57.50 |
| 01 /23/14 | further follow-up with Don Pinchin to arrange meeting | DT | $575.00 | 0.10 | $57.50 |
| 01 /23/14 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement implementation | DT | $575.00 | 0.30 | $172.50 |
| 01 /23/14 | Email from Vasuda Sinha regarding proposed teleconference with counsel for US Debtors and Trust to address trust transfer for CDN ZAI PD Fund; review draft trust agreement email from Don Pinchin to schedule meeting to address CDN ZAI PD claims administration and expert assistance; email from Careen Hannouche regarding communications with Merchant Law Group for removal of Grace from Canadian legal proceedings; email reply to Hannouche; further emails from and to Hannouche; email from Thompson to Vasuda regarding proposed teleconference; email reply from Sinha; further email from Thompson to Pinchin regarding proposed meeting; email from Thompson to Hannouche and Michel Belanger regarding draft Trust Agreement, trust funds and addressing various issues; email reply to Thompson; further emails from Thompson and Hannouche regarding issues and proposed teleconference for review and discussion | MGM | $475.00 | 1.80 | $855.00 |
| 01 /24/14 | prepare for telephone conference call, discuss and review with Matt Moloci | DT | $575.00 | 0.60 | $345.00 |
| 01 /24/14 | telephone conference call – David Thompson, Matt Moloci with Michel Belanger and Careen Hannouche re trust agreement | DT | $575.00 | 1.00 | $575.00 |
| 01 /24/14 | telephone conference call – David Thompson, Matt Moloci with Grace counsel, etc., letter to Michel Belanger and Careen Hannouche, memo to Cynthia | DT | $575.00 | 1.00 | $575.00 |

| | Miskas, etc. | | | | |
|---|---|---|---|---|---|
| 01 /24/14 | telephone discussion with Vasuda Sinha, memo to Matt Moloci, memo to Cynthia Miskas, etc., letter to Michel Belanger | DT | $575.00 | 0.30 | $172.50 |
| 01 /24/14 | review trust agreement, memo to file re: changes to trust agreement, follow-up with FirstOntario Credit Union, discuss with Joe Speranzini, etc. | DT | $575.00 | 0.50 | $287.50 |
| 01 /24/14 | finalize draft email to Michel Belanger and Careen Hannouche, email to FirstOntario Credit Union | DT | $575.00 | 0.30 | $172.50 |
| 01 /24/14 | Conference with David Thompson regarding draft Trust Agreement provided by Grace Canada counsel relating to CDN ZAI Property Damage settlement funds payment and claims administration | MGM | $475.00 | 0.20 | $95.00 |
| 01 /24/14 | Teleconference with David Thompson, Michel Belanger and Careen Hannouche; discuss draft Trust Agreement, separate agreement between CDN Representative Counsel and Collectiva as Claims Administrator, Pinchin Environmental as expert for claims administration process, possible amendments to claims administration process, discontinuance of actions against Grace companies, communications with Evatt Merchant at Merchant Law Group and Keith Ferbers at Aikins, Macaulay, and proposed meetings among Representative Counsel and Collectiva | MGM | $475.00 | 0.50 | $237.50 |
| 01 /24/14 | Teleconference with Grace Canada counsel, Vasuda Sinha, regarding various issues concerning settlement, draft Trust Agreement and steps through to Effective Date; email from Sinha with attached draft Trust Agreement; review | MGM | $475.00 | 0.30 | $142.50 |
| 01 /24/14 | Teleconference with Deborah Williams, Meghan Bishop DeBard, Mike Jones, Orestes Pasparakis, Vasuda Sinha and David Thompson regarding process and issues concerning transfer and payment of CDN ZAI Property Damage settlement funds | MGM | $475.00 | 0.40 | $190.00 |
| 01 /25/14 | review, amend and revise draft CDN ZAI PD Claims Fund Trust Agreement, memo to Ashlee White, memo to Matt Moloci | DT | $575.00 | 1.00 | $575.00 |
| 01 /27/14 | emails to and from Careen Hannouche, follow-up on trust agreement | DT | $575.00 | 0.30 | $172.50 |
| 01 /27/14 | memos to and from Matt Moloci, amend draft Trust Agreement, etc. | DT | $575.00 | 0.30 | $172.50 |
| 01 /27/14 | receipt and review MGM memo, letter to Paul Lakin | DT | $575.00 | 0.40 | $230.00 |
| 01 /27/14 | receipt various emails, etc., memos to and from Matt Moloci, follow-ups with Cynthia Miskas, etc. | DT | $575.00 | 0.40 | $230.00 |

| | | | | |
|---|---|---|---|---|
| 01 /27/14 | various emails to and from counsel; discuss with Sue McCormick, memos to and from Cynthia Miskas, follow-up discussion with Matt Moloci, follow-up re: wire transfer information, etc. | DT | $575.00 | 1.00 | $575.00 |
| 01 /27/14 | memo to Ashlee White, memo to Matt Moloci re: transfer of funds | DT | $575.00 | 0.30 | $172.50 |
| 01 /27/14 | discuss with Matt Moloci, further emails to and from counsel, etc., and follow-ups | DT | $575.00 | 0.30 | $172.50 |
| 01 /27/14 | Email from David Thompson to Michel Belanger and Careen Hannouche in follow-up to teleconferences with Grace counsel, transfer of settlement funds, trust agreement and claims administration; email from Hannouche regarding follow-up with Merchant Law Group; telephone message to Evatt Merchant; teleconference with Evatt Merchant; email to Evatt Merchant in follow-up to teleconference regarding dismissal of Canadian actions as against Grace parties and other settlement issues; further emails to and from Thompson, Belanger and Hannouche | MGM | $475.00 | 0.60 | $285.00 |
| 01 /27/14 | Email from David Thompson with attached revised draft Trust Agreement; review; email reply to Thompson with comments and proposed changes to draft Trust Agreement; conference with Thompson regarding issues and further changes; email from Thompson to Grace counsel with attached revised Trust Agreement | MGM | $475.00 | 0.40 | $190.00 |
| 01 /27/14 | Emails from and to David Thompson, Cynthia Miskas, Sue McCormick and Paul Lakin of FirstOntario Credit Union regarding banking arrangements and anticipated receipt of settlement funds by wire transfer | MGM | $475.00 | 0.30 | $142.50 |
| 01 /27/14 | Various emails from and to Grace counsel concerning wire transfer and payment of CDN ZAI PD Settlement Funds; conference telephone message to Vasuda Sinha; teleconference with Orestes Pasparakis and Sinha; further emails from David Thompson to Grace counsel; further email from Roger Higgins with attached Grace Funds Flow Memorandum; review; further emails from David Thompson, Roger Higgins and Meghan Bishop DeBard | MGM | $475.00 | 0.70 | $332.50 |
| 01 /28/14 | follow-up emails to counsel, follow-up email to FirstOntario | DT | $575.00 | 0.40 | $230.00 |
| 01 /28/14 | further emails to and from US counsel, etc., re: wire transfer of monies, etc. | DT | $575.00 | 0.30 | $172.50 |
| 01 /28/14 | emails to and from Roger Higgins re wire transfer of funds | DT | $575.00 | 0.10 | $57.50 |
| 01 /28/14 | further emails to and from US counsel, memos to and from Joe Speranzini, follow-up with Paul Lakin, etc. | DT | $575.00 | 0.30 | $172.50 |

| | | | | | |
|---|---|---|---|---|---|
| 01 /28/14 | emails to and from Sue McCormick and Cynthia Miskas, follow-up with Paul Lakin, etc. | DT | $575.00 | 0.30 | $172.50 |
| 01 /28/14 | receipt of and respond to various class member inquiries, etc., re status of CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 01 /28/14 | emails to and from Paul Lakin | DT | $575.00 | 0.10 | $57.50 |
| 01 /28/14 | emails to and from Paul Lakin at FirstOntario, follow-up email to Roger Higgins, etc. | DT | $575.00 | 0.30 | $172.50 |
| 01 /28/14 | receipt Vasuda Sinha email, email to her, discuss with Matt Moloci, etc. | DT | $575.00 | 0.40 | $230.00 |
| 01 /28/14 | telephone discussion with Meghan DeBard, follow-up memo to Sue McCormick and Paul Lakin | DT | $575.00 | 0.30 | $172.50 |
| 01 /28/14 | Teleconference with Grace Canada counsel Vasuda Sinha regarding CDN ZAI PD Settlement Funds payment and possible conversion and flow-through Norton Rose; conference with David Thompson; provide update and discuss alternatives; emails from Thompson to and from Grace counsel regarding banking arrangements for wire transfer of CDN ZAI PD Settlement Funds; emails to Thompson; conferences with Thompson; email to all counsel proposing solution to payment, currency conversion and wire transfer issues | MGM | $475.00 | 0.70 | $332.50 |
| 01 /28/14 | Emails from David Thompson to Paul Lakin of FirstOntario Credit Union; conference with Thompson and Lakin regarding wire transfer of CDN ZAI PD Settlement Funds to FirstOntario Credit Union | MGM | $475.00 | 0.40 | $190.00 |
| 01 /28/14 | Email from David Thompson to Grace Canada counsel with revised draft Trust Agreement; review revisions | MGM | $475.00 | 0.10 | $47.50 |
| 01 /28/14 | Email from Gabrielle Durstein of Hogan Law Firm with attached 16th Quarterly Fee Application of Scarfone Hawkins for review and approval; email from Cindy Yates to Durstein with attached signed Certification of application | MGM | $475.00 | 0.10 | $47.50 |
| 01 /28/14 | Email from Vasuda Sinha with attached 42nd Information Officer's Report; review; email from David Thompson to Sinha confirming receipt; email to Evatt Merchant and Keith Ferbers addressing 42 Information Officer's Report, issues and obligations under terms of settlement concerning Canadian civil actions; email from Thompson | MGM | $475.00 | 0.50 | $237.50 |
| 01 /29/14 | memo to Sue McCormick, email to Paul Lakin, receipt Roger Higgins email, etc., memo to file | DT | $575.00 | 1.00 | $575.00 |
| 01 /29/14 | emails to and from counsel | DT | $575.00 | 0.10 | $57.50 |

| 01 /29/14 | discuss with Matt Moloci, prepare draft press release, etc., review binder of materials, etc., follow-up on claims administration protocol | DT | $575.00 | 1.00 | $575.00 |
|---|---|---|---|---|---|
| 01 /29/14 | memos to and from Sue McCormick, receipt Paul Lakin email | DT | $575.00 | 0.10 | $57.50 |
| 01 /29/14 | emails to and from Keith Ferbers, further emails to and from Keith Ferbers | DT | $575.00 | 0.10 | $57.50 |
| 01 /29/14 | memos to and from Sue McCormick, etc., follow-up with FirstOntario | DT | $575.00 | 0.10 | $57.50 |
| 01 /29/14 | follow-up to arrange telephone conference call with Keith Ferbers | DT | $575.00 | 0.10 | $57.50 |
| 01 /29/14 | email to all counsel, re: new wire transfer information, etc. | DT | $575.00 | 0.30 | $172.50 |
| 01 /29/14 | review file re: arrangements with Ferbers and Merchant, discuss and review with Matt Moloci | DT | $575.00 | 1.00 | $575.00 |
| 01 /29/14 | review Ferbers and Merchant arrangements, etc., discuss with Matt Moloci, memos to and from Matt Moloci, emails to and from US counsel, confirm amount and wire transfer information, follow-up with bank, re: wire transfer fee and money transfer details, etc. | DT | $575.00 | 1.00 | $575.00 |
| 01 /29/14 | review with Matt Moloci, telephone Nick Mastroluisi, revisit arrangements with Ferbers and Merchant, review Careen Hannouche email and materials, follow-up on wire transfer information, etc. | DT | $575.00 | 1.00 | $575.00 |
| 01 /29/14 | Emails from Paul Lakin of FirstOntario and David Thompson regarding CDN ZAI PD Settlement Funds payment, trust account, wire transfer of CDN funds; various emails from Thompson, Lakin, accounting staff, bank staff and Grace counsel regarding wire transfer and routing; email from Roger Higgins with revised Grace – Updated Funds Flow Memorandum; review | MGM | $475.00 | 0.60 | $285.00 |
| 01 /29/14 | Conferences with David Thompson; review CDN ZAI Representative Counsel fee application, monthly/quarterly fee applications and accounts and co-counsel agreements; emails from and to Thompson; emails from and to Keith Ferbers and Thompson scheduling teleconference and addressing issues through to and after Effective Date; review file and documents; teleconference with Nick Mastroluisi and Thompson regarding fee applications and tax treatment; reconcile and further review in anticipation of CDN ZAI PD Settlement Funds payment on Effective Date | MGM | $475.00 | 1.60 | $760.00 |
| 01 /29/14 | Various emails from Gabrielle Durstein of The Hogan Firm with attached Certificates of No Objection for service and filing; review | MGM | $475.00 | 0.10 | $47.50 |

| 01 /30/14 | email to Dan Hogan | DT | $575.00 | 0.10 | $57.50 |
|---|---|---|---|---|---|
| 01 /30/14 | detailed memo to Cindy Yates re: flow of funds memo, receipt Roger Higgins email and memo | DT | $575.00 | 1.00 | $575.00 |
| 01 /30/14 | review funds transfer memo, email to counsel, review with Cindy Yates, follow-up with Paul/Sue at FirstOntario | DT | $575.00 | 0.80 | $460.00 |
| 01 /30/14 | discuss and review with Matt Moloci, memo to Cindy Yates, emails to and from Careen Hannouche, review Meghan DeBard email, follow-up with FirstOntario, etc. | DT | $575.00 | 0.50 | $287.50 |
| 01 /30/14 | telephone discussion with Keith Ferbers | DT | $575.00 | 0.40 | $230.00 |
| 01 /30/14 | telephone message to Evatt Merchant, memos to and from Cindy Yates, follow-up email to Careen Hannouche, follow-up email to Orestes Pasparakis and Vasuda Sinha | DT | $575.00 | 0.30 | $172.50 |
| 01 /30/14 | emails to and from Keith Ferbers | DT | $575.00 | 0.30 | $172.50 |
| 01 /30/14 | Email from Meghan Bishop DeBard addressing Grace -- Draft Funds Flow Memorandum and error in bank swift code; email reply from Thompson to DeBard; further emails from DeBard and Thompson regarding banking information; email from Sue Varaljai of FirstOntario confirming swift code for wire transfer; email reply from DeBard | MGM | $475.00 | 0.20 | $95.00 |
| 01 /30/14 | Email from David Thompson to Michel Belanger and Careen Hannouche with attached Memorandum and Proposed Distributions of CDN ZAI PD Settlement Funds and payments to counsel; review; further email from Thompson to Belanger and Hannouche; email reply from Hannouche with further inquiry; email reply from Thompson to Hannouche answering inquiry; further email from Hannouche; email to Thompson regarding transfers to co-counsel following Effective Date; email from Thompson to Cindy Yates regarding wire transfer to co-counsel; email from Yates to Hannouche to confirm wire transfer instructions between co-counsel; email reply from Hannouche | MGM | $475.00 | 0.30 | $142.50 |
| 01 /30/14 | Teleconference with David Thompson and Keith Ferbers; discuss various issues regarding anticipated Effective Date, final order, payment of CDN ZAI PD Settlement Funds, dismissal of Canadian actions as against Grace parties, Asbestos PI Trust and claims procedures, CCAA stay order and Thundersky claims and action; telephone voice message to Evatt Merchant regarding status, next steps and issues; email from Thompson to Ferbers | MGM | $475.00 | 0.80 | $380.00 |

1

| | | | | | |
|---|---|---|---|---|---|
| | with attached Fee Order of Justice Fitzgerald; email from Ferbers regarding Manitoba Health action against Grace; further emails from Thompson and Ferbers regarding Manitoba Health action | | | | |
| 01 /30/14 | Email from David Thompson to Vasuda Sinha and Orestes Pasparakis in follow-up to draft Trust Agreement; email from Sinha with proposed changes to draft Trust Agreement; review and consider | MGM | $475.00 | 0.20 | $95.00 |
| $01 /30/14 | receipt and review detailed memo from David Thompson re: settlement | LC | $150.00 | 0.30 | $45.00 |
| 01 /30/14 | meeting with David Thompson to review wire transfer of funds | LC | $150.00 | 0.30 | $45.00 |
| 01 /30/14 | review file and dockets in preparation of account | LC | $150.00 | 1.00 | $150.00 |
| 01 /30/14 | draft account and review with David Thompson | LC | $150.00 | 1.00 | $150.00 |
| 01 /30/14 | memo from David Thompson, draft memo re proposed distribution, review with David Thompson | LC | $150.00 | 1.00 | $150.00 |
| 01 /30/14 | email to Careen Hannouche and Michel Belanger with respect to proposed distribution | LC | $150.00 | 0.20 | $30.00 |
| 01 /30/14 | review file, email to Careen Hannouche and Michel Belanger with respect to wire transfer information | LC | $150.00 | 0.30 | $45.00 |
| 01 /30/14 | review protocol with David Thompson with respect to wire transfer of funds | LC | $150.00 | 0.20 | $20.00 |
| 01 /31/14 | receipt of and respond to class member inquiries re: status of CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 01 /31/14 | receipt and review Higgins email and funds flow memo, etc. | DT | $575.00 | 0.50 | $287.50 |
| 01 /31/14 | receipt Vasuda Sinha email and voice mail message, memo to Ashlee White, etc., amend draft trust agreement | DT | $575.00 | 0.40 | $230.00 |
| 01 /31/14 | amend and revise trust agreement, amend and revise further | DT | $575.00 | 0.50 | $287.50 |
| 01 /31/14 | finalize flow of funds memo, discuss and review with Cindy Yates, discuss and review with Matt Moloci, etc. | DT | $575.00 | 0.50 | $287.50 |
| 01 /31/14 | discuss with Matt Moloci re: trust agreement | DT | $575.00 | 0.10 | $57.50 |
| 01 /31/14 | receipt Matt Moloci email, follow-up re: trust agreement, etc., memo to file, emails to and from Dan Hogan | DT | $575.00 | 0.50 | $287.50 |
| 01 /31/14 | discuss and review with Matt Moloci, amend and revise draft trust agreement | DT | $575.00 | 0.40 | $230.00 |
| 01 /31/14 | emails to and from Keith Ferbers, etc., follow-up with bookkeeping department, etc., memos to and from Cindy Yates, memos to and from Matt Moloci, follow-up with Careen Hannouche and Michel Belanger, emails to Vasuda Sinha and Orestes Pasparakis | DT | $575.00 | 1.00 | $575.00 |
| 01 /31/14 | telephone to Vasuda Sinha, memo to Ashlee White | DT | $575.00 | 0.30 | $172.50 |

1

| 01 /31/14 | receipt multiple emails from Roger Higgins, etc., receipt Jim Melville several emails, etc. | DT | $575.00 | 0.40 | $230.00 |
|---|---|---|---|---|---|
| 01 /31/14 | Teleconference with Vasuda Sinha regarding draft Trust Agreement and proposed changes; email from Vasuda Sinha regarding proposed changes to draft Trust Agreement for CDN ZAI PD Settlement Fund; email from David Thompson to Ashlee White directing change to draft Trust Agreement; email from White to Grace Canada counsel with attached revised draft Trust Agreement; teleconference with Sinha and Peter Lockie of Norton Rose regarding draft Trust Agreement and Scarfone Hawkins LLP as Trustee; emails to and from Sinha and Thompson regarding issue of LLP as Trustee; review, research and resolve issue; further teleconferences with Sinha regarding further changes to draft Trust Agreement; further conferences with Thompson; emails to and from Thompson regarding proposed draft changes to Trust Agreement to provide for death or dissolution of Trustee; email from Sinha requesting blackline versions of changes to draft Trust Agreement; email from White to Sinha with attached blackline version | MGM | $475.00 | 2.20 | $1,045.00 |
| 01 /31/14 | Email from Roger Higgins with updated draft Grace – Funds Flow Memorandum; review; email from Jim Melville regarding proposed changes to Memorandum; further email from Higgins with further revised draft Grace – Funds Flow Memorandum and summarizing changes; further email from Melville with proposed changes to memorandum; email reply from Higgins; email from Higgins with final execution copy of Grace – Funds Flow Memorandum; further email clarification from Higgins | MGM | $475.00 | 0.60 | $285.00 |
| 01 /31/14 | Emails from and to Cindy Yates and David Thompson regarding CDN ZAI PD Settlement Funds, receipt and payment in anticipation of receipt following Effective Date and trust transfers; conferences with Thompson | MGM | $475.00 | 0.20 | $95.00 |
| 01 /31/14 | Emails from and to Keith Ferbers and David Thompson regarding anticipated Effective Date, CDN ZAI PD Settlement Funds payment and distribution, dismissal of Manitoba actions as against Grace parties and related issues; email from Thompson to Dan Hogan inquiring regarding final order for Plan Confirmation; email from Thompson to Evatt Merchant in follow-up regarding other Canadian actions and dismissal as against Grace parties; further conferences with | MGM | $475.00 | 0.40 | $190.00 |

1

|  | Thompson |  |  |  |  |
|---|---|---|---|---|---|
| 01 /31/14 | Emails from and to David Thompson and Vasuda Sinha regarding press release, publication of CDN ZAI PD Claims Fund, Trustee, contact and website information to deal with inquiries and claims administration; emails from and to IT Support and conferences with Chris Greig and Thompson regarding email, telephone line and website set-up and publication; further emails from and to Thompson and Sinha regarding information and publication | MGM | $475.00 | 0.50 | $287.50 |
| 01 /31/14 | Emails from Keith Ferbers to and from Vasuda Sinha and Orestes Pasparakis regarding Asbestos Personal Injury Trust and claims process; review; email reply from Sinha to Ferbers | MGM | $475.00 | 0.10 | $47.50 |
| 01 /31/14 | review dockets for period January, 2014, amend dockets, review disbursements, discuss with David Thompson, draft account, review with David Thompson, assemble account into form required by U.S. Bankruptcy Court, email to Karen Harvey enclosing monthly fee application for the period of January, 2014 | LC | $150.00 | 2.00 | $300.00 |
| 02 /01/14 | several emails to and from Vasuda Sinha, review trust agreement, review PI Trust provisions, etc., memos to and from Matt Moloci | DT | $575.00 | 1.00 | $575.00 |
| 02 /01/14 | follow-up email to Dan Hogan re settlement protocol | DT | $575.00 | 0.10 | $57.50 |
| 02 /01/14 | emails to and from Evatt Merchant, memos to and from Matt Moloci | DT | $575.00 | 0.20 | $115.00 |
| 02 /01/14 | emails to and from Meghan DeBard, memos to and from Matt Moloci | DT | $575.00 | 0.30 | $172.50 |
| 02 /01/14 | Email from Meaghan Bishop DeBard addressing Final CDN ZAI PD Fund Trust Agreement and issues; emails to and from Bishop DeBard and Michael Jones; teleconference with Bishop DeBard and Jones; emails to and from David Thompson addressing issues and teleconference | MGM | $475.00 | 0.40 | $190.00 |
| 02 /02/14 | receipt and respond to class member inquiries re: status of CDN ZAI settlement | DT | $575.00 | 0.30 | $172.50 |
| 02 /02/14 | emails to and from Matt Moloci and Evatt Merchant, follow-up email to Careen Hannouche and Michel Belanger | DT | $575.00 | 0.20 | $115.00 |
| 02 /02/14 | email to Dan Hogan | DT | $575.00 | 0.10 | $57.50 |
| 02 /03/14 | receipt M. Jones' email, emails to and from Paul Lakin, etc., memo to Matt Moloci, follow-up with accounting re: wire transfer | DT | $575.00 | 0.40 | $190.00 |
| 02 /03/14 | follow-ups with Don Pinchin, emails to and from Dan Hogan, memos to and from Matt Moloci, arrange telephone conference call, | DT | $575.00 | 0.60 | $287.50 |

1

| | | | | | |
|---|---|---|---|---|---|
| | emails to and from Keith Ferbers | | | | |
| 02 /03/14 | receipt multiple emails from Roger Higgins, discuss with Matt Moloci, follow-up with FirstOntario, etc. | DT | $575.00 | 0.50 | $287.50 |
| 02 /03/14 | emails to and from Dan Hogan | DT | $575.00 | 0.10 | $57.50 |
| 02 /03/14 | emails to and from Keith Ferbers and follow-ups | DT | $575.00 | 0.30 | $172.50 |
| 02 /03/14 | emails to and from Keith Ferbers, locate and send order, etc., and requested information and documentation, etc. | DT | $575.00 | 0.50 | $287.50 |
| 02 /03/14 | review present website content, follow-up to revise, amend and streamline, memo to Cindy Yates | DT | $575.00 | 0.50 | $287.50 |
| 02 /03/14 | preliminary, quick review of Asbestos PI Trust TDP's, memo to Matt Moloci, consider content for website | DT | $575.00 | 1.00 | $575.00 |
| 02 /03/14 | review, amend and revise website content and media release, memo to Cindy Yates | DT | $575.00 | 0.30 | $172.50 |
| 02 /03/14 | amend and revise website content and media release | DT | $575.00 | 0.30 | $172.50 |
| 02 /03/14 | finalize new website content, discuss and review with Cindy Yates | DT | $575.00 | 0.30 | $172.50 |
| 02 /03/14 | Email from Michael Jones in follow-up to teleconference and Trust Agreement issues and providing Grace closing call information; conferences with David Thompson regarding payment of CDN ZAI PD Settlement Funds status and routing, follow-up with Grace counsel regarding draft CDN ZAI PD Trust Agreement, follow-up with Evatt Merchant and Keith Ferbers regarding dismissal of Canadian actions as against Grace parties and follow-up with Lauzon Belanger regarding CDN ZAI PD Claims Administration; telephone call to Keith Ferbers; discuss Effective Date, closing documents and motions seeking dismissal of Manitoba proceedings as against Grace parties; email from Dan Hogan with attached order approving settlement with Bank Lenders; receive multiple emails from various counsel regarding closing arrangements; further conferences with Thompson regarding issues and closing arrangements | MGM | $475.00 | 3.20 | $1,520.00 |
| 02 /03/14 | receipt email from David Thompson, review website content, review updated recent developments, meet with Thompson to discuss, post new website content to internet | LC | $150.00 | 1.00 | $150.00 |
| | | | **SUB-TOTAL** | **77.00** | **$38,812.50** |

1

| TIMEKEEPER | ID | HOURS | RATE | TOTAL | PLUS 13% H.S.T |
|---|---|---|---|---|---|
| DAVID THOMPSON<br>25 years - 1988 | DT | 46.10 | $575.00 | $26,507.50 | $3,445.98 |
| MATTHEW G. MOLOCI<br>15 years - 1998 | MGM | 23.60 | $475.00 | $11,210.00 | $1,457.30 |
| LAW CLERK<br>Cindy Yates<br>31 years - 1982 | CY | 7.30 | $150.00 | $1,095.00 | $142.35 |
| SUB-TOTAL: | | 77.00 | | $38,812.50 | $5,045.63 |
| TOTAL FEES AND TAXES: | | | | | $43,858.15 |

DISBURSEMENTS SUMMARY

| DATE | DISBURSEMENT | HST EXEMPT | HST NON-EXEMPT | PLUS 13% H.S.T. | TOTAL |
|---|---|---|---|---|---|
| 01/01/14<br>02/03/14 | Long Distance Calls – Various calls | | $5.15 | $0.67 | $5.82 |
| TOTAL DISBURSEMENTS: | | | $5.15 | $0.67 | $5.82 |

| TOTAL FEES AND APPLICABLE TAXES: | $43,863.95 |
|---|---|

THIS IS OUR FEE APPLICATION,
Per:


SCARFONE HAWKINS LLP
E. & O.E.

*Del. Bankr. LR 2016-2(e)(iii) allows for
$.10 per page for photocopies.

# EXHIBIT B

## CERTIFICATION PURSUANT TO DEL, BANKR. LR. 2016-2(f)

PROVINCE OF ONTARIO    :
                       : ss
CITY OF HAMILTON       :

    I, David Thompson, after being duly sworn according to law, depose and say as follows:

    1.    I am a partner of the applicant firm, Scarfone Hawkins LLP (the "Firm").

    2.    On February 9, 2006, the CCAA Court entered an Order appointing Lauzon Bélanger inc. and Scarfone Hawkins LLP as Representative Counsel ("Representative Counsel").

    3.    On March 19, 2010, this Court signed a Modified Order appointing Representative Counsel as Special Counsel ("Special Counsel") for the Canadian ZAI Claimants *nunc pro tunc* to December 21, 2009, through the effective date of the plan.

    4.    Special Counsel has rendered professional services as counsel for the Canadian ZAI Claimants.

    5.    I am familiar with the other work performed on behalf of Special Counsel by the lawyers and paraprofessionals of the Firm.

    6.    I have reviewed the foregoing monthly application of Scarfone Hawkins as Special Counsel and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application is correct and materially complies with the applicable orders, rules, guidelines and requirements as set forth by, this Bankruptcy Court and the Executive Office for the United States Trustee.

    I verify under penalty of perjury that the foregoing is true and correct.

                      David Thompson

SWORN AND SUBSCRIBED
Before me this __19__ day of March, 2014.

Notary Public
My Commission Expires: _____

Cindy Lee Yates, a Commissioner, etc.,
City of Hamilton, for Scarfone Hawkins LLP,
Barristers and Solicitors.
Expires March 21, 2015.