**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (KJC)** |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE MONTHLY APPLICATIONS**
**FOR JULY 2008 THROUGH FEBRUARY 2009, THE FINAL APPLICATION, AND**
**THE REVISED FINAL APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM JULY 24, 2006 THROUGH FEBRUARY 28, 2009**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Monthly Applications for July 2008 through February 2009, the Final Application, and the Revised Final Application of Sullivan Hazeltine Allinson LLC for Compensation for Services and Reimbursement of Expenses for the Period from July 24, 2006 through February 28, 2009 (the "Applications").

**BACKGROUND**

1.      Sullivan Hazeltine Allinson LLC (and formerly William D. Sullivan and William D. Sullivan, LLC (all collectively, "Sullivan")), was appointed as local counsel to the Zonolite Attic Insulation ("ZAI") Claimants.  In the Applications, Sullivan seeks approval of fees and expenses as follows:  fees totaling $15,092.00 and expenses totaling $16,980.54 for its services from July 1, 2008 through February 28, 2008 (the "July 2008 through February 2009 Monthly Applications"); and final

approval of fees totaling $88,944.50[1],[2] and expenses totaling $54,581.90[3],[4] for its services from July 24, 2006 through February 28, 2009 (the "Final Application Period").

2.        In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We emailed an

---

[1]In its original Final Application, Sullivan sought final approval of fees totaling $84,216.50.  We advised Sullivan that we calculated its final fees at $88,944.50 and provided Sullivan with our calculations, whereupon, Sullivan filed its Revised Final Application in which it changed its final fee request to $88,944.50.

[2]We note that the total of the fees requested in Sullivan's eight prior fee applications, plus the compensation sought in the July 2008 through February 2009 Monthly Applications, is $88,944.50.  The Court has ordered no reductions for the prior interim periods, which periods are discussed in more detail in paragraph 5, and thus Sullivan has deducted no sums from this amount to arrive at the figure it seeks of $88,944.50.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[3]In its original Final Application, Sullivan sought final approval of expenses totaling $54,400.95.  We advised Sullivan that we calculated its final expenses at $54,628.96 and provided Sullivan with our calculations, whereupon, Sullivan filed its Revised Final Application in which it changed its final expense request to $54,581.90.

[4]We note that the total of the expenses requested in Sullivan's eight prior fee applications, plus the expenses sought in the July 2008 through February 2009 Monthly Applications, is $54,628.96.  The Court has ordered no reductions for the prior interim periods, which periods are discussed in more detail in paragraph 5, and thus Sullivan has deducted no sums from this amount to arrive at the figure it seeks of $54,581.90.

inquiry to Sullivan based upon our review, and we received a response from Sullivan, portions of which response are reflected herein.

## DISCUSSION

### July 2008 through February 2009 Monthly Applications

3.      We have no issues with, or objections to, Sullivan's fees and expenses in the July 2008 through February 2009 Monthly Applications.

4.      Thus, we recommend approval of $15,092.00 in fees and $16,980.54 in expenses for Sullivan's July 2008 through February 2009 Monthly Applications.

### Prior Interim Applications

5.      We note that we previously filed the following final reports for Sullivan's prior interim applications, which final reports we incorporate by reference herein, and we also note the following orders that ruled on Sullivan's prior interim fee applications:

22nd Period:   Fee Auditor's Final Report Regarding Fee Application of William D. Sullivan, LLC for the Twenty-Second Interim Period (Docket #14769), filed on or about March 6, 2007, in which we recommended approval of fees totaling $2,340.00.   This recommendation was adopted in the Order Approving Quarterly Fee Applications for the Twenty-Second Period, dated May 3, 2007 (Docket #15494).

23rd Period:   Fee Auditor's Final Report Regarding Fee Application of William D. Sullivan, LLC, for the Twenty-Third Interim Period (Docket #16007), filed on or about June 11, 2007, in which we recommended approval of fees totaling $11,422.50 and expenses totaling $1,193.11.   These

recommendations were adopted in the <u>Order Approving Quarterly Fee</u> <u>Applications for the Twenty-Third Period</u>, dated June 20, 2007 (Docket #16105).

24th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of William D.</u> <u>Sullivan, LLC, for the Twenty-Fourth Interim Period</u> (Docket #16706), filed on or about August 30, 2007, in which we recommended approval of fees totaling $16,942.50 and expenses totaling $5,190.91. These recommendations were adopted in the <u>Order Approving Quarterly Fee</u> <u>Applications for the Twenty-Fourth Period</u>, dated September 25, 2007 (Docket #16916).

25th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of William D.</u> <u>Sullivan, LLC, for the Twenty-Fifth Interim Period</u> (Docket #17541), filed on or about December 4, 2007, in which we recommended approval of fees totaling $9,922.50 and expenses totaling $2,074.14. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the</u> <u>Twenty-Fifth Period</u>, dated December 13, 2007 (Docket #17629).

26th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of William D.</u> <u>Sullivan, LLC, for the Twenty-Sixth Interim Period</u> (Docket #18235), filed on or about March 6, 2008, in which we recommended approval of fees totaling $2,119.00 and expenses totaling $690.00. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the</u> <u>Twenty-Sixth Period</u>, dated March 12, 2008 (Docket #18270).

27th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Seventh Interim Period (Docket #18887), filed on or about June 9, 2008, in which we recommended approval of fees totaling $3,258.00 and expenses totaling $993.21.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Seventh Period, dated June 23, 2008 (Docket #18989).

28th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Eighth Interim Period (Docket #19535), filed on or about September 15, 2008, in which we recommended approval of fees totaling $9,656.00 and expenses totaling $20,572.24.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Eighth Period, dated October 1, 2008 (Docket #19663).

29th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Ninth Interim Period (Docket #20150), filed on or about November 26, 2008, in which we recommended approval of fees totaling $18,192.00 and expenses totaling $6,934.81.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Ninth Period, dated December 17, 2008 (Docket #20283).

6.    We have reviewed the final reports and orders allowing fees and expenses for the

prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods.

## CONCLUSION

7.      Thus, we recommend final approval of $88,944.50[5] in fees and $54,581.90[6],[7] in expenses for Sullivan's services for the Final Application Period.

---

[5]We note that the total of the fees requested in Sullivan's eight prior fee applications, plus the compensation sought in the July 2008 through February 2009 Monthly Applications, is $88,944.50. The Court has ordered no reductions for the prior interim periods, which periods are discussed in more detail in paragraph 5, and thus Sullivan has deducted no sums from this amount to arrive at the figure it seeks of $88,944.50. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[6]We note that the total of the expenses requested in Sullivan's eight prior fee applications, plus the expenses sought in the July 2008 through February 2009 Monthly Applications, is $54,628.96. The Court has ordered no reductions for the prior interim periods, which periods are discussed in more detail in paragraph 5, and thus Sullivan has deducted no sums from this amount to arrive at the figure it seeks of $54,581.90. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[7]Although Sullivan has requested final approval of expenses totaling $54,581.90, we calculate Sullivan's final expenses at $54,628.96, for a difference of $47.06. Because this $47.06 difference is in the estate's favor, we inquire no further on this issue.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
       Warren H. Smith
       Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 18th day of July, 2014.

_____
       Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
William D. Sullivan
William A. Hazeltine
Sullivan Hazeltine Allinson LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899