IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| _____ | ) | |
| In re: | ) | Chapter 11 |
|  | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
|  | ) | |
| Reorganized Debtors. | ) | Objection Deadline: July 1, 2014 at 4:00 p.m. |
|  | ) | Hearing Date: October 14, 2014 at 10:00 a.m. |
| _____ | ) | Ref. No. 32109 and 32261 |

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 32109

On May 2, 2014, the undersigned filed the Final Fee Application of Tre Angeli LLC ("Tre Angeli") as Former Co-Financial Advisor to David T. Austern, Former Asbestos PI Future Claimants' Representative ("FCR"), for Compensation for Services Rendered and Reimbursement of Expenses Incurred from March 3, 2008 through August 31, 2009 [Docket No. 32109] (the "Final Fee Application").

The Final Fee Application seeks the award of final compensation for services rendered and expenses incurred in connection with Tre Angeli's services to the FCR in these Chapter 11 cases from March 3, 2008 through August 31, 2009 in the amount of $870,000.00 in fees and $4,568.88 in expenses, for a total of $874,568.88 (collectively, the "Final Fees and Expenses").

On June 27, 2014, the Fee Auditor filed a Final Report Regarding the Final Fee Application with the Court, which recommends final approval of the Final Fees and Expenses without adjustment [Docket No. 32261] (the "Final Report").

The undersigned hereby certifies that, as of the date hereof, other than the Final Report, she has received no answer, objection or other responsive pleading to the Final Fee Application. The undersigned further certifies that she has caused the Court's docket in the above-captioned

cases to be reviewed and, other than the Final Report, no answer, objection or other responsive pleading to the Final Fee Application appears thereon. Pursuant to the Final Fee Application, objections were to be filed no later than July 1, 2014.

    WHEREFORE, the undersigned respectfully requests that the proposed Order as filed with the Final Fee Application be entered by the Court.

    ORRICK, HERRINGTON & SUTCLIFFE LLP

    By: */S/ DEBRA L. FELDER*
        Debra L. Felder, admitted *pro hac vice*
        1152 15th Street, N.W.
        Washington, DC  20005-1706
        (202) 339-8400
        (202) 339-8500 (facsimile)

    —and—

    FRANKEL WYRON LLP
    Richard H. Wyron, admitted *pro hac vice*
    2101 L Street, N.W., Suite 800
    Washington, DC  20037
    (202) 903-0700
    (202) 627-3002 (facsimile)

    —and—

    PHILLIPS, GOLDMAN & SPENCE, P.A.
    John C. Phillips, Jr. (#110)
    1200 North Broom Street
    Wilmington, DE 19806
    (302) 655-4200
    (302) 655-4210 (facsimile)

    *Co-Counsel to Roger Frankel, Asbestos PI*
    *Future Claimants' Representative*

Dated: July 17, 2014