IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | Objection Deadline: July 1, 2014 at 4:00 p.m. |
| | ) | Hearing Date: October 14, 2014 at 10:00 a.m. |
| | ) | Ref. Nos. 32114 and 32260 |

### CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 32114

On May 2, 2014, the undersigned filed the Fourth Quarterly and Final Fee Application of Roger Frankel, Asbestos PI Future Claimants' Representative ("FCR"), for Compensation of Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred During the Fourth Quarterly Period from January 1, 2014 through February 3, 2014, and During the Final Fee Period from May 16, 2013 through February 3, 2014 [Docket No. 32114] (collectively, the "Final Fee Application").

The Final Fee Application seeks the award of final compensation for services rendered and expenses incurred in connection with the FCR's services in these Chapter 11 cases from May 16, 2013 through February 3, 2014 in the amount of $509,937.50 in fees and $4,314.78 in expenses, for a total of $514,252.28 (collectively, the "Final Fees and Expenses").

On June 26, 2014, the Fee Auditor filed a Final Report Regarding the Final Fee Application with the Court, which recommends final approval of the Final Fees and Expenses without adjustment [Docket No. 32260] (the "Final Report").

1

The undersigned hereby certifies that, as of the date hereof, other than the Final Report, he has received no answer, objection or other responsive pleading to the Final Fee Application. The undersigned further certifies that he has caused the Court's docket in the above-captioned cases to be reviewed and, other than the Final Report, no answer, objection or other responsive pleading to the Final Fee Application appears thereon. Pursuant to the Final Fee Application, objections were to be filed no later than July 1, 2014.

WHEREFORE, the undersigned respectfully requests that the proposed Order as filed with the Final Fee Application be entered by the Court.

>*/S/ ROGER FRANKEL*
> Roger Frankel, Asbestos PI Future
> Claimants' Representative
> FRANKEL WYRON LLP
> 2101 L Street, N.W., Suite 800
> Washington, DC  20037
> (202) 903-0700
> (202) 627-3002 (facsimile)

Dated: July 17, 2014

## **CERTIFICATE OF SERVICE**

     I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on July 17, 2014, I caused a copy of the *Certification of Counsel Regarding Docket No. 32114* to be served upon those persons listed on the attached Service List by first class mail, postage prepaid.

                              */S/ DEBRA O. FULLEM*
                              Debra O. Fullem
                              Orrick, Herrington & Sutcliffe LLP