# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____
                                                          )
**In re:**                                                )    **Chapter 11**
                                                          )
**W.R. GRACE & CO., et al.,**                             )    **Case No. 01-1139 (KJC)**
                                                          )
        **Reorganized Debtors.**           )    Objection Deadline: July 1, 2014 at 4:00 p.m.
                                                          )    Hearing Date: October 14, 2014 at 10:00 a.m.
_____ )    Ref. No. 32112 and 32263

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 32112

On May 2, 2014, the undersigned filed the First Quarterly and Final Fee Application of Frankel Wyron LLP ("FW LLP") as Bankruptcy Co-Counsel to Roger Frankel, Asbestos PI Future Claimants' Representative ("FCR"), for Compensation of Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from January 16, 2014 through February 3, 2014 [Docket No. 32112] (the "Final Fee Application").

The Final Fee Application seeks the award of final compensation for services rendered and expenses incurred in connection with FW LLP's services to the FCR in these Chapter 11 cases from January 16, 2014 through February 3, 2014 in the amount of $56,087.50 in fees and $2,347.44 in expenses, for a total of $58,434.94 (collectively, the "Final Fees and Expenses").

On June 27, 2014, the Fee Auditor filed a Final Report Regarding the Final Fee Application with the Court, which recommends final approval of the Final Fees and Expenses without adjustment [Docket No. 32263] (the "Final Report").

The undersigned hereby certifies that, as of the date hereof, other than the Final Report, he has received no answer, objection or other responsive pleading to the Final Fee Application. The undersigned further certifies that he has caused the Court's docket in the above-captioned

cases to be reviewed and, other than the Final Report, no answer, objection or other responsive pleading to the Final Fee Application appears thereon. Pursuant to the Final Fee Application, objections were to be filed no later than July 1, 2014.

WHEREFORE, the undersigned respectfully requests that the proposed Order as filed with the Final Fee Application be entered by the Court.

FRANKEL WYRON LLP

By: */S/ RICHARD H. WYRON*
    Richard H. Wyron, admitted *pro hac vice*
    2101 L Street, N.W., Suite 800
    Washington, DC  20037
    (202) 903-0700
    (202) 627-3002 (facsimile)

—and—

ORRICK, HERRINGTON & SUTCLIFFE LLP
Debra L. Felder, admitted *pro hac vice*
1152 15th Street, N.W.
Washington, DC  20005-1706
(202) 339-8400
(202) 339-8500 (facsimile)

—and—

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (facsimile)

*Co-Counsel to Roger Frankel, Asbestos PI*
*Future Claimants' Representative*

Dated: July 17, 2014