IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                    )
**In re:**                                          )         **Chapter 11**
                                                    )
**W.R. GRACE & CO., et al.,**          )         **Case No. 01-1139 (KJC)**
                                                    )
                **Reorganized Debtors.**      )         Objection Deadline: July 7, 2014 at 4:00 p.m.
                                                    )         Hearing Date: October 14, 2014 at 10:00 a.m.
_____)        Ref. No. 32132 and 32303

## CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 32132

On May 5, 2014, the undersigned filed the Final Fee Application of the Estate of David T. Austern, Former Asbestos PI Future Claimants' Representative ("FCR"), for (I) Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 24, 2004 through June 30, 2012 and (II) Waiver of Certification Requirement of Local Rule 2016-2(G) [Docket No. 32132] (the "Final Fee Application").

The Final Fee Application seeks the award of final compensation for services rendered and expenses incurred in connection with the FCR's services in these Chapter 11 cases from May 24, 2004 through June 30, 2012 in the amount of $332,700.00 in fees and $19,209.39 in expenses, for a total of $351,909.39 (collectively, the "Final Fees and Expenses").

On July 16, 2014, the Fee Auditor filed a Final Report Regarding the Final Fee Application with the Court, which recommends final approval of the Final Fees and Expenses without adjustment [Docket No. 32303] (the "Final Report").

The undersigned hereby certifies that, as of the date hereof, other than the Final Report, she has received no answer, objection or other responsive pleading to the Final Fee Application. The undersigned further certifies that she has caused the Court's docket in the above-captioned

cases to be reviewed and, other than the Final Report, no answer, objection or other responsive pleading to the Final Fee Application appears thereon.  Pursuant to the Final Fee Application, objections were to be filed no later than July 7, 2014.

WHEREFORE, the undersigned respectfully requests that the proposed Order as filed with the Final Fee Application be entered by the Court.

            ORRICK, HERRINGTON & SUTCLIFFE LLP

            By:*/S/ DEBRA L. FELDER*
                Debra L. Felder, admitted *pro hac vice*
                1152 15th Street, N.W.
                Washington, DC  20005-1706
                (202) 339-8400
                (202) 339-8500 (facsimile)

—and—

            FRANKEL WYRON LLP
            Richard H. Wyron, admitted *pro hac vice*
            2101 L Street, N.W., Suite 800
            Washington, DC  20037
            (202) 903-0700
            (202) 627-3002 (facsimile)

—and—

            PHILLIPS, GOLDMAN & SPENCE, P.A.
            John C. Phillips, Jr. (#110)
            1200 North Broom Street
            Wilmington, DE 19806
            (302) 655-4200
            (302) 655-4210 (facsimile)

            *Co-Counsel to Roger Frankel, Asbestos PI*
            *Future Claimants' Representative*

Dated: July 17, 2014