## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (KJC)** |
| **Debtors.** | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE ONE HUNDRED
FORTY-NINTH MONTHLY FEE APPLICATION AND THE ONE
HUNDRED FIFTIETH MONTHLY AND FINAL FEE APPLICATION
OF KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR
(I) COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS
FOR THE PERIOD FROM FEBRUARY 1, 2014 THROUGH
FEBRUARY 3, 2014; AND (II) FINAL ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS
FOR THE PERIOD FROM JULY 18, 2001 THROUGH FEBRUARY 3, 2014**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the One Hundred Forty-Ninth Monthly Fee Application and the One Hundred Fiftieth Monthly and Final Fee Application of Kramer Levin Naftalis & Frankel LLP for (I) Compensation and Reimbursement of Disbursements for the Period from February 1, 2014 through February 3, 2014; and (II) Final Allowance of Compensation and Reimbursement of Disbursements for the Period from July 18, 2001 through February 3, 2014 (the "Applications").

### BACKGROUND

1.    Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") was retained as co-counsel to the Official Committee of Equity Holders. In the Applications, Kramer Levin seeks approval of fees and expenses as follows: fees totaling $19,217.50 and expenses totaling $21.20 for its services

from January 1, 2014, through January 31, 2014 (the "One Hundred Forty-Ninth Monthly

Application"); fees totaling $2,836.00 and no expenses for its services from February 1, 2014,

through February 3, 2014 (the "One Hundred Fiftieth Monthly Fee Application"); and final approval

of fees totaling $5,516,261.95[1] and expenses totaling $345,823.57[2] for its services from July 18,

2001 through February 3, 2014 (the "Final Application Period").

     2.     In conducting this audit and reaching the conclusions and recommendations contained

herein, we reviewed in detail the Applications in their entirety, including each of the time and

expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330,

Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of

Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C.

§ 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent

established in the United States Bankruptcy Court for the District of Delaware, the United States

District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an

initial report on Kramer Levin based upon our review, and we received a response from Kramer

---

[1]We note that the total of the fees requested in Kramer Levin's 50 prior fee applications, plus the
compensation sought in the One Hundred Forty-Ninth and One Hundred Fiftieth Monthly Applications,
is $5,543,736.75. It appears that Kramer Levin has deducted from this amount all of the reductions
ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 9, to
arrive at the figure it seeks of $5,516,261.95. We note that the Court has ruled on the First through Fifty-
First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[2]We note that the total of the expenses requested in Kramer Levin's 50 prior fee applications, plus the
expenses sought in the One Hundred Forty-Ninth and One Hundred Fiftieth Monthly Applications, is
$345,466.17. It does not appear that Kramer Levin has deducted from this amount any of the reductions
ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 9, to
arrive at the figure it seeks of $345,823.57. We note that the Court has ruled on the First through Fifty-
First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

Levin, portions of which response are quoted herein.

## DISCUSSION

### One Hundred Forty-Ninth Monthly Application

3.      We have no issues with, or objections to, the fees and expenses requested in the One Hundred Forty-Ninth Monthly Application.

4.      Thus, we recommend approval of $19,217.50 in fees and $21.20 in expenses for Kramer Levin's One Hundred Forty-Ninth Monthly Application.

### One Hundred Fiftieth Monthly Application

5.      We have no issues with, or objections to, the fees and expenses requested in the One Hundred Fiftieth Monthly Application.[3]

6.      Thus, we recommend approval of $2,836.00 in fees for Kramer Levin's One Hundred Fiftieth Monthly Fee Application.

### Final Application Period

#### General Issues

7.      We noted that Kramer Levin had requested final approval of fees totaling $5,516,261.95.  However, we calculated Kramer Levin's final fees at $5,522,344.75, for a difference of $6,082.80.  We also noted that Kramer Levin had requested final approval of expenses totaling $345,823.57, but we calculated Kramer Levin's final expenses at $339,730.68, for a difference of $6,092.89.  We provided Kramer Levin with our calculations and asked Kramer Levin to review the

---

[3]We noted that although Kramer Levin requested no expenses in the One Hundred Fiftieth Monthly Application, there was expense detail attached to the Application supporting expenses of $9.80 for "Document Retrieval Fees."  However, as this amount is *de minimis* and the error is in favor of the estate, we recommend no further adjustment to Kramer Levin's expenses.

list of prior interim applications in paragraph 9.  Kramer Levin responded:

> ... Kramer Levin has performed a reconciliation of its fees, and has determined that the discrepancy is attributable to the fact that over the course of the case, when the Fee Auditor proposed a reduction in fees or expenses, Kramer Levin generally applied the reduction to *fees*, even when the Fee Auditor was requesting a write-off of *expenses*.  Thus, while the Fee Auditor's and Kramer Levin's final numbers for each of fees and expenses differ by over $6,000, the Fee Auditor and Kramer Levin are almost completely in agreement with respect to the *total* requested fees and expenses, with a difference of only $0.29.[4]  In view of this, Kramer Levin would agree to a reduction in total requested fees and expenses of $0.29, but otherwise submits that the total requested fees and expenses are correct.

We understand Kramer Levin's response and differ only in that we calculate the total of Kramer Levin's fees plus expenses to be $5,862,075.43, which differs from Kramer Levin's calculation of $5,862,085.52 by $10.09.  However, in order to accurately reflect the Court's orders for the prior interim periods, we recommend that Kramer Levin's final fee request be increased by $6,082.80 and its final expense request be reduced by $6,092.89.

<u>Twentieth through Twenty-Fifth Interim Periods</u>

8.    We noted that between February 1, 2006, and June 30, 2007, Kramer Levin billed $4,549.50 for in-house photocopies at a rate of $.15 per page.  However, since February 1, 2006, the maximum allowed rate for photocopies in this district is $0.10 per page.[5]  The cost of the copies at $.10 per page would have been $3,033.00.  Thus, we asked Kramer Levin whether it would agree to a reduction of $1,516.50 to correct the error.  Kramer Levin responded: "Kramer Levin agrees to

---

[4]... [T]he Fee Auditor's total number for fees ($5,522,344.75) and expenses ($339,740.48) is $5,862,085.23.  Kramer Levin's total number for fees ($5,516,261.95) and expenses ($345,823.57) is $5,862,085.52, a difference of $0.29.  It should be noted that these final figures include the additional $9.80 in expenses referenced in the second paragraph of this letter above.

[5]Pursuant to Del. Bankr. L.R. 2016-2(e)(iii) (Eff. Feb. 1, 2006): "The motion shall state the requested rate for copying charges (which shall not exceed $.10 per page),...."

the $1,516.50 reduction that the Fee Auditor has proposed." We appreciate Kramer Levin's response and recommend an additional reduction of $1,516.50 in expenses for the Twentieth through Twenty-Fifth Interim Periods.

## Prior Interim Applications

9.    We note that we previously filed the following final reports for Kramer Levin's prior interim applications, which final reports we incorporate by reference herein, and we also note the following orders that ruled on Kramer Levin's prior interim fee applications:

2nd - 3rd Periods:    Amended Fee Auditor's Final Report Regarding Interim Application of Kramer Levin Naftalis & Frankel, LLP for the Second and Third Interim Periods (Docket #3034) filed on or about November 19, 2002, in which we recommended approval of fees totaling $176,976.00 and expenses totaling $17,114.64, reflecting our recommended reduction of $917.50 in fees and $1,425.00 in expenses, as further explained in paragraphs 8, 9 and 11 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the First, Second and Third Periods, dated November 25, 2002 (Docket #3091).

4th Period:    Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Kramer Levin Naftalis & Frankel, LLP (Docket #2456) filed on or about July 29, 2002, in which we recommended approval of fees totaling $83,570.00 and expenses totaling $6,666.66, reflecting our recommended reductions of $9,195.00 in fees and $297.00 in expenses, as further explained in paragraphs 4, 6, 7 and 8 of that final report. These

recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fourth Period</u>, dated October 9, 2002 (Docket #2797).

5th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Kramer Levin Naftalis & Frankel, LLP for the Fifth Interim Period</u> (Docket #3026) filed on or about November 19, 2002, in which we recommended approval of fees totaling $74,418.50 and expenses totaling $5,015.76, reflecting our recommended credit of $1,000.00 in fees, as further explained in paragraph 5 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifth Period</u>, dated November 25, 2002 (Docket #3092).

6th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Kramer Levin Naftalis & Frankel, LLP for the Sixth Interim Period</u> (Docket #3363) filed on or about February 10, 2003, in which we recommended approval of fees totaling $86,576.50 and expenses totaling $9,737.19, reflecting our recommended reductions of $690.00 in fees and $333.50 in expenses, as further explained in paragraphs 4 through 9 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Sixth Period</u>, dated March 14, 2003 (Docket #3511).

7th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Kramer Levin Naftalis & Frankel, LLP for the Seventh Interim Period</u> (Docket #3732) filed on or about May 1, 2003, in which we recommended approval of fees totaling $70,445.00 and expenses totaling $3,575.61. These recommendations were

adopted in the <u>Order Approving Quarterly Fee Applications for the Seventh Period</u>, dated July 28, 2003 (Docket #4157).

8th Period:       <u>Fee Auditor's Final Report Regarding Fee Application of Kramer Levin Naftalis & Frankel, LLP for the Eighth Interim Period</u> (Docket #3990) filed on or about July 2, 2003, in which we recommended approval of fees totaling $51,487.00 and expenses totaling $1,619.93. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Eighth Period</u>, dated September 22, 2003 (Docket #4480).

9th Period:       <u>Fee Auditor's Final Report Regarding Fee Application of Kramer Levin Naftalis & Frankel, LLP for the Ninth Interim Period</u> (Docket #4338) filed on or about August 26, 2003, in which we recommended approval of fees totaling $27,447.00 and expenses totaling $1,839.08. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Ninth Period</u>, dated December 15, 2003 (Docket #4827).

10th Period:      <u>Fee Auditor's Final Report Regarding Fee Application of Kramer Levin Naftalis & Frankel, LLP for the Tenth Interim Period</u> (Docket #5079) filed on or about February 6, 2004, in which we recommended approval of fees totaling $34,092.00 and expenses totaling $497.86. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Tenth Period</u>, dated April 26, 2004 (Docket #5482).

11th Period:      <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications With No Fee or Expense Issues for the Eleventh Interim Period</u> (Docket

#5675) filed on or about June 1, 2004, in which we recommended approval of fees totaling $45,266.00 and expenses totaling $2,046.18. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Eleventh Period</u>, dated June 16, 2004 (Docket #5822).

12th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twelfth Interim Period</u> (Docket #6320), filed on or about September 3, 2004, in which we recommended approval of fees totaling $31,674.50 and expenses totaling $1,451.43. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twelfth Period</u>, dated September 27, 2004 (Docket #6465).

13th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirteenth Interim Period</u> (Docket #7013), filed on or about November 22, 2004, in which we recommended approval of fees totaling $48,415.50 and expenses totaling $1,840.66. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirteenth Period</u>, dated January 26, 2005 (Docket #7622).

14th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues of for the Fourteenth Interim Period</u> (Docket #7982), filed on or about March 8, 2005, in which we recommended approval of fees totaling $47,550.00 and expenses totaling $995.20.   These

recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fourteenth Interim Period</u>, dated March 22, 2005 (Docket #8081).

15th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Kramer Levin Naftalis & Frankel, LLP for the Fifteenth Interim Period</u> (Docket #8556) filed on or about June 6, 2005, in which we recommended approval of fees totaling $400,556.50 and expenses totaling $14,265,04, reflecting our recommended reductions of $5,960.50 in fees and $141.00 in expenses, as further explained in paragraphs 3, 4, 5, 6, and 9 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifteenth Period</u>, dated June 29, 2005 (Docket #8728).

16th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Sixteenth Interim Period</u> (Docket #9387), filed on or about September 12, 2005, in which we recommended approval of fees totaling $183,897.00 and expenses totaling $12,593.68. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Sixteenth Period</u>, dated September 27, 2005 (Docket #9513).

17th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Seventeenth Interim Period</u> (Docket #11168), filed on or about November 28, 2005, in which we recommended approval of fees totaling $74,471.50 and expenses totaling $3,641.49. These

recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Seventeenth Period</u>, dated December 21, 2005 (Docket #11402).

18th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Eighteenth Interim Period</u> (Docket #12019), filed on or about March 9, 2006, in which we recommended approval of fees totaling $79,556.00 and expenses totaling $5,348.72. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Eighteenth Period</u>, dated March 27, 2006 (Docket #12121).

19th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Nineteenth Interim Period</u> (Docket #12525), filed on or about May 25, 2006, in which we recommended approval of fees totaling $75,544.50 and expenses totaling $2,953.30. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Nineteenth Period</u>, dated June 16, 2006 (Docket #12660).

20th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twentieth Interim Period</u> (Docket #13183), filed on or about September 8, 2006, in which we recommended approval of fees totaling $74,750.00 and expenses totaling $5,452.00. These recommendations were adopted in the <u>Order Approving Quarterly Fee</u>

<u>Applications for the Twentieth Period</u>, dated September 26, 2006 (Docket #13298).

21st Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-First Interim Period</u> (Docket #13963), filed on or about December 8, 2006, in which we recommended approval of fees totaling $74,596.00 and expenses totaling $2,815.18.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-First Period</u>, dated December 19, 2006 (Docket #14069).

22nd Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Second  Interim Period</u> (Docket #14868), filed on or about March 15, 2007, in which we recommended approval of fees totaling $147,269.00 and expenses totaling $4,500.72.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Second Period</u>, dated May 3, 2007 (Docket #15494).

23rd Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Third Interim Period</u> (Docket #16037), filed on or about June 13, 2007, in which we recommended approval of fees totaling $238,312.00 and expenses totaling $14,195.38.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Third Period</u>, dated June 20, 2007

(Docket #16105).

24th Period:     Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fourth Interim Period (Docket #16786), filed on or about September 10, 2007, in which we recommended approval of fees totaling $163,379.00 and expenses totaling $14,632.63. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Fourth Period, dated September 25, 2007 (Docket #16916).

25th Period:     Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fifth Interim Period (Docket #17542), filed on or about December 4, 2007, in which we recommended approval of fees totaling $187,246.00 and expenses totaling $19,482.62. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Fifth Period, dated December 13, 2007 (Docket #17629).

26th Period:     Fee Auditor's Final Report Regarding Fee Application of Kramer, Levin, Naftalis & Frankel LLP for the Twenty-Sixth Interim Period (Docket #18131), filed on or about February 27, 2008, in which we recommended approval of fees totaling $206,837.50 and expenses totaling $7,651.40, reflecting our recommended reductions of $1,782.00 in fees and $1,572.00 in expenses, as further explained in paragraphs 3, 4, 5 and 6 of that final report. These recommendations were adopted in the Order Approving

Quarterly Fee Applications for the Twenty-Sixth Period, dated March 12, 2008 (Docket #18270).

27th Period:    Fee Auditor's Final Report Regarding Fee Application of Kramer, Levin, Naftalis & Frankel LLP for the Twenty-Seventh Interim Period (Docket #18740), filed on or about May 19, 2008, in which we recommended approval of fees totaling $396,339.00 and expenses totaling $75,483.43, reflecting our recommended reductions of $1,897.50 in fees and $1,351.19 in expenses, as further explained in paragraphs 3, 4, 5 and 6 of that final report.   These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Seventh Period, dated June 23, 2008 (Docket #18989).

28th Period:    Fee Auditor's Final Report Regarding Fee Application of Kramer, Levin, Naftalis & Frankel LLP for the Twenty-Eighth Interim Period (Docket #19357), filed on or about August 21, 2008, in which we recommended approval of fees totaling $247,304.75 and expenses totaling $8,838.00, reflecting our recommended reductions of $198.00 in fees and $195.91 in expenses, as further explained in paragraphs 3, 4, and 5 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Eighth Period, dated October 1, 2008 (Docket #19663).

29th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Ninth Interim Period (Docket

#20150), filed on or about November 26, 2008, in which we recommended approval of fees totaling $240,744.75 and expenses totaling $11,571.63. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Ninth Period</u>, dated December 17, 2008 (Docket #20283).

30th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirtieth Interim Period</u> (Docket #21063), filed on or about March 21, 2009, in which we recommended approval of fees totaling $271,548.00 and expenses totaling $6,211.59.

These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirtieth Period</u>, dated April 2, 2009 (Docket #21173).

31st Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Kramer, Levin, Naftalis & Frankel LLP for the Thirty-First Interim Period</u> (Docket #21517), filed on or about May 4, 2009, in which we recommended approval of fees totaling $206,706.00 and expenses totaling $8,976.63, reflecting our recommended reductions of $1,270.00 in fees and $50.00 in expenses, as further explained in paragraphs 3, 4 and 5 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-First Period</u>, dated July 7, 2009 (Docket #22354).

32nd Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Thirty-Second Interim Period</u> (Docket #23240), filed on or about September 15, 2009, in which we

recommended approval of fees totaling $197,494.00 and expenses totaling $5,059.19, reflecting our recommended reduction of $56.00 in fees, as further explained in footnote 11 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Second Period</u>, dated September 28, 2009 (Docket #23352).

33rd Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Third Interim Period</u> (Docket #23927), filed on or about December 3, 2009, in which we recommended approval of fees totaling $215,996.50 and expenses totaling $5,645.60. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Third Period</u>, dated December 11, 2009 (Docket #23996).

34th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Kramer, Levin, Naftalis & Frankel LLP for the Thirty-Fourth Interim Period</u> (Docket #24366), filed on or about February 26, 2010, in which we recommended approval of fees totaling $169,905.50 and expenses totaling $20,322.43, reflecting our recommended reduction of $336.00 in fees, as further explained in paragraph 3 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Fourth Period</u>, dated March 19, 2010 (Docket #24470).

35th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Thirty-Fifth Interim</u>

Period (Docket #24856), filed on or about May 28, 2010, in which we recommended approval of fees totaling $68,306.75 and expenses totaling $3,366.52. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Fifth Period, dated June 7, 2010 (Docket #24917).

36th Period:    Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Thirty-Sixth Interim Period (Docket #25384), filed on or about September 10, 2010, in which we recommended approval of fees totaling $47,226.50 and expenses totaling $2,139.19. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Sixth Period, dated September 13, 2010 (Docket #25397).

37th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Seventh Interim Period (Docket #25850), filed on or about December 2, 2010, in which we recommended approval of fees totaling $14,079.00 and expenses totaling $650.36. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Seventh Period, dated December 10, 2010 (Docket #25905).

38th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Eighth Interim Period (Docket #26519), filed on or about March 9, 2011, in which we recommended

approval of fees totaling $5,229.00 and expenses totaling $131.96.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Eighth Period</u>, dated March 25, 2011 (Docket #26627).

39th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Ninth Interim Period</u> (Docket #27116), filed on or about June 21, 2011, in which we recommended approval of fees totaling $16,846.00 and expenses totaling $247.86.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Ninth Period</u>, dated June 30, 2011 (Docket #27188).

40th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fortieth Interim Period</u> (Docket #27507), filed on or about August 25, 2011, in which we recommended approval of fees totaling $54,094.50 and expenses of totaling $2,044.81.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fortieth Period</u>, dated September 20, 2011 (Docket #27622).

41st Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-First Interim Period</u> (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $91,902.50 and expenses

totaling $2,126.83, reflecting our recommended reduction of $16.24 in expenses, as further explained in footnote 13 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-First Period</u>, dated December 14, 2011 (Docket #28150).

42nd Period:     <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Second Interim Period</u> (Docket #28548), filed on or about February 20, 2012, in which we recommended approval of fees totaling $49,894.00 and expenses totaling $2,308.18. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Second Period</u>, dated March 23, 2012 (Docket #28705).

43rd Period:     <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Third Interim Period</u> (Docket #28900), filed on or about May  9, 2012, in which we recommended approval of fees totaling $13,989.00 and expenses totaling $93.02. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Third Period</u>, dated June 14, 2012 (Docket #29054).

44th Period:     <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fourth Interim Period</u> (Docket #29449), filed on or about August 13, 2012, in which we

recommended approval of fees totaling $35,118.50 and expenses totaling $152.90. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Fourth Period</u>, dated October 19, 2012 (Docket #29746).

45th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fifth Interim Period</u> (Docket #29988), filed on or about December 4, 2012, in which we recommended approval of fees totaling $40,781.00 and expenses totaling $1,404.21. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Fifth Period</u>, dated December 11, 2012 (Docket #30036).

46th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Sixth Interim Period</u> (Docket #30382), filed on or about March 7, 2013, in which we recommended approval of fees totaling $31,544.00 and expenses totaling $816.69. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Sixth Period</u>, dated March 27, 2013 (Docket #30440).

47th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Seventh Interim Period</u> (Docket #30840), filed on or about July 17, 2013, in which we recommended approval of fees totaling $60,523.50 and expenses

totaling $3,617.71.   These recommendations were adopted in the <u>Order</u> <u>Approving Quarterly Fee Applications for the Forty-Seventh Period</u>, dated July 31, 2013 (Docket #30907).

48th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u> <u>with *De Minimis* or No Fee or Expense Issues for the Forty-Eighth Interim</u> <u>Period</u> (Docket #31080), filed on or about September 6, 2013, in which we recommended approval of fees totaling $137,895.50 and expenses totaling $6,557.86.  These recommendations were adopted in the <u>Order Approving</u> <u>Quarterly Fee Applications for the Forty-Eighth Period</u>, dated September 24, 2013 (Docket #31158).

49th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee</u> <u>Applications with *De Minimis* or No Fee or Expense Issues for the Forty-</u> <u>Ninth Interim Period</u> (Docket #31404), filed on or about November 26, 2013, in which we recommended approval of fees totaling $137,082.50 and expenses totaling $11,367.36.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Ninth Period</u>, dated December 17, 2013 (Docket #31481).

50th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee</u> <u>Applications with *De Minimis* or No Fee or Expense Issues for the Fiftieth</u> <u>Interim Period</u> (Docket #31838), filed on or about March 11, 2014, in which we recommended approval of fees totaling $24,844.00 and expenses totaling $114.05, reflecting our recommended reduction of $353.65 in expenses, as

further explained in Appendix A of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fiftieth Period</u>, dated March 31, 2014 (Docket #31963).

51st Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fifty-First Interim Period</u> (Docket #32197), filed on or about May 13, 2014, in which we recommended approval of fees totaling $40,563.50 and expenses totaling $529.11, reflecting our recommended reduction of $89.50 in fees, as further explained in footnote 10 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifty-First Period</u>, dated May 23, 2014 (Docket #32216).

10.    We have reviewed the final reports and orders allowing fees and expenses for the prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods, except for the Second and Third Interim Periods.  Specifically, in the order submitted to the Court for the Second and Third Interim Periods, Kramer Levin's fee award is listed as $176,976.00 when it should have been $174,086.50.  In order to correct this error, we recommend that Kramer Levin's final fee request be reduced by an additional $2,889.50 in fees.[6]

**CONCLUSION**

11.    Thus, we recommend final approval of $5,519,455.25 in fees ($5,516,261.95[7] plus

_____

[6]We advised Kramer Levin of our intention to recommend a $2,889.50 fee reduction to correct the error, and Kramer Levin responded: "Kramer Levin agrees to the proposed reduction of $2,889.50."

[7]We note that the total of the fees requested in Kramer Levin's 50 prior fee applications, plus the compensation sought in the One Hundred Forty-Ninth and One Hundred Fiftieth Monthly Applications,

$3,193.30)[8],[9] and $338,214.18 in expenses ($345,823.57[10] minus $7,609.39)[11] for Kramer Levin's

services for the Final Application Period.

---

is $5,543,736.75.  It appears that Kramer Levin has deducted from this amount all of the reductions
ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 9, to
arrive at the figure it seeks of $5,516,261.95.  We note that the Court has ruled on the First through Fifty-
First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[8]This $3,193.30 net increase is the sum of our recommended $6,082.80 increase to correct the amount of
Kramer Levin's final fee request (*see* paragraph 7) and our recommended reduction of $2,889.50 to
correct an error in the order approving Kramer Levin's fees for the Second and Third Interim Periods
(*see* paragraph 10).

[9]We would ordinarily not recommend approval of an amount greater than that requested by the applicant.
However, we note that the additional fee amount which we have recommended was previously approved
by the Court.  Thus, provided the Court and the U.S. Trustee have no objection, we recommend final
approval of the additional fees.

[10]We note that the total of the expenses requested in Kramer Levin's 50 prior fee applications, plus the
expenses sought in the One Hundred Forty-Ninth and One Hundred Fiftieth Monthly Applications, is
$345,466.17.  It does not appear that Kramer Levin has deducted from this amount any of the reductions
ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 9, to
arrive at the figure it seeks of $345,823.57.  We note that the Court has ruled on the First through Fifty-
First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[11]This $7,609.39 reduction is the sum of our recommended $6,092.89 reduction to correct the amount of
Kramer Levin's final expense request (*see* paragraph 7), and our recommended reduction of $1,516.50
for the Twentieth through Twenty-Fifth Interim Periods (*see* paragraph 8).

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
     Warren H. Smith
     Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, TX 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 19th day of July, 2014.

_____
     Warren H. Smith

## SERVICE LIST
<u>Notice Parties</u>

**<u>The Applicant</u>**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**<u>The Debtors</u>**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**<u>United States Trustee</u>**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**<u>Counsel for the Debtors</u>**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**<u>Counsel to the Official Committee of Unsecured Creditors</u>**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**<u>Counsel to the Official Committee of Property Damage Claimants</u>**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**<u>Counsel to the Official Committee of Personal Injury Claimants</u>**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

**<u>Co-Counsel to the Official Committee of Equity Holders</u>**
Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899