## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (KJC)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING THE FINAL FEE APPLICATION OF THE SCOTT LAW GROUP, P.S., FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 15, 2004 THROUGH FEBRUARY 3, 2014

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Final Fee Application of The Scott Law Group, P.S., for Compensation and Reimbursement of Expenses for the Period from December 15, 2004, through February 3, 2014  (the "Application").

### BACKGROUND

1.      Darrell W. Scott, formerly with Lukins & Annis, P.S. ("Lukins & Annis"), and currently with The Scott Law Group, P.S. ("The Scott Law Group"), was retained as special counsel for the Zonolite Attic Insulation ("ZAI") Claimants.  In the Application, The Scott Law Group seeks

final approval of fees totaling $178,155.00[1] and expenses totaling $12,587.60[2] for its services from

December 15, 2004 through February 3, 2014 (the "Final Application Period").

2.        In conducting this audit and reaching the conclusions and recommendations contained

herein, we reviewed in detail the Application in its entirety, including each of the time and expense

entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule

2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware,

Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established

in the United States Bankruptcy Court for the District of Delaware, the United States District Court

for the District of Delaware, and the Third Circuit Court of Appeals.  We had no issues with, or

objections to, the Application, and thus we did not send an initial report to The Scott Law Group.

## DISCUSSION

## Prior Interim Applications

3.        We note that we previously filed the following final reports for The Scott Law

Group's prior interim applications, which final reports we incorporate by reference herein, and we

---

[1]We note that the total of the fees requested in The Scott Law Group's 14 prior fee applications
is $178,155.00.  The Court ordered no reductions for the prior interim periods, which periods are
discussed in more detail in paragraph 3, and thus The Scott Law Group has deducted no sums from this
amount to arrive at the figure it seeks of $178,155.00.  We note that the Court has ruled on the First
through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[2]We note that the total of the expenses requested in The Scott Law Group's 14 prior fee
applications is $12,587.60.  The Court ordered no reductions for the prior interim periods, which periods
are discussed in more detail in paragraph 3, and thus The Scott Law Group has deducted no sums from
this amount to arrive at the figure it seeks of $12,587.60.  We note that the Court has ruled on the First
through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

also note the following orders that ruled on The Scott Law Group's prior interim fee applications:

16th Period:    Fee Auditor's Final Report Regarding Fee Application of The Scott Law Group P.S. for the Sixteenth Interim Period (Docket #9388), filed on or about September 12, 2005, in which we recommended approval of fees totaling $777.50. This recommendation was adopted in the Order Approving Quarterly Fee Applications for the Sixteenth Period, dated September 27, 2005 (Docket #9513).

17th Period:    Fee Auditor's Final Report Regarding Fee Application of The Scott Law Group P.S. for the Seventeenth Interim Period (Docket #11110), filed on or about November 18, 2005, in which we recommended approval of fees totaling $4,629.00. This recommendation was adopted in the Order Approving Quarterly Fee Applications for the Seventeenth Interim Period, dated December 21, 2005 (Docket #11402).

18th Period:    Fee Auditor's Final Report Regarding Fee Application of The Scott Law Group P.S. for the Eighteenth Interim Period (Docket #11934), filed on or about March 3, 2006, in which we recommended approval of fees totaling $15,992.50 and expenses totaling $1,729.71. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Eighteenth Period, dated March 27, 2006 (Docket #12121).

19th Period:    Fee Auditor's Final Report Regarding Fee Application of The Scott Law Group P.S. for the Nineteenth Interim Period (Docket #12549), filed on or about May 30, 2006, in which we recommended approval of fees totaling

$23,735.00 and expenses totaling $1,365.27. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Nineteenth Period</u>, dated June 16, 2006 (Docket #12660).

20th Period:     <u>Fee Auditor's Final Report Regarding Fee Application of The Scott Law Group P.S. for the Twentieth Interim Period</u> (Docket #13179), filed on or about September 8, 2006, in which we recommended approval of fees totaling $9,239.00. This recommendation was adopted in the <u>Order Approving Quarterly Fee Applications for the Twentieth Period</u>, dated September 26, 2006 (Docket #13298).

21st Period:     <u>Fee Auditor's Final Report Regarding Fee Application of The Scott Law Group P.S. for the Twenty-First Interim Period</u> (Docket #13971), filed on or about December 8, 2006, in which we recommended approval of fees totaling $17,131.50. This recommendation was adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-First Period</u>, dated December 19, 2006 (Docket #14069).

22nd Period:     <u>Fee Auditor's Final Report Regarding Fee Application of The Scott Law Group P.S. for the Twenty-Second Interim Period</u> (Docket #14768), filed on or about March 6, 2007, in which we recommended approval of fees totaling $18,939.00. This recommendation was adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Second Period</u>, dated May 3, 2007 (Docket #15494).

23rd Period:     <u>Fee Auditor's Final Report Regarding Fee Application of The Scott Law</u>

Group P.S. for the Twenty-Third Interim Period (Docket #15978), filed on or about June 6, 2007, in which we recommended approval of fees totaling $11,576.00 and expenses totaling $20.00.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Third Period, dated June 20, 2007 (Docket #16105).

24th Period:    Fee Auditor's Final Report Regarding Fee Application of The Scott Law Group P.S. for the Twenty-Fourth Interim Period (Docket #16705), filed on or about August 30, 2007, in which we recommended approval of fees totaling $41,687.00 and expenses totaling $1,978.67.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Fourth Period, dated September 25, 2007 (Docket #16916).

25th Period:    Fee Auditor's Final Report Regarding Fee Application of The Scott Law Group P.S. for the Twenty-Fifth Interim Period (Docket #17540), filed on or about December 4, 2007, in which we recommended approval of fees totaling $16,460.00 and expenses totaling $3,553.76.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Fifth Period, dated December 13, 2007 (Docket #17629).

26th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Sixth Interim Period (Docket #18176), filed on or about February 29, 2008, in which we recommended approval of fees totaling $1,091.00.  This recommendation was adopted in the

Order Approving Quarterly Fee Applications for the Twenty-Sixth Period, dated March 12, 2008 (Docket #18270).

27th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Seventh Interim Period (Docket #18887), filed on or about June 9, 2008, in which we recommended approval of fees totaling $805.00.  This recommendation was adopted in the Order Approving Quarterly Fee Applications for the Twenty-Seventh Period, dated June 23, 2008 (Docket #18989).

28th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Eighth Interim Period (Docket #19535), filed on or about September 15, 2008, in which we recommended approval of fees totaling $8,860.00 and expenses totaling $1,450.55.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Eighth Period, dated October 1, 2008 (Docket #19663).

29th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Ninth Interim Period (Docket #20150), filed on or about November 26, 2008, in which we recommended approval of fees totaling $7,232.50 and expenses totaling $2,489.64.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Ninth Period, dated December 17, 2008 (Docket #20283).

4.      We have reviewed the final reports and orders allowing fees and expenses for the prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods.

**CONCLUSION**

5.      Thus, we recommend final approval of $178,155.00[3] in fees and $12,587.60[4] in expenses for The Scott Law Group's services for the Final Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

---

[3]We note that the total of the fees requested in The Scott Law Group's 14 prior fee applications is $178,155.00.  The Court ordered no reductions for the prior interim periods, which periods are discussed in more detail in paragraph 3, and thus The Scott Law Group has deducted no sums from this amount to arrive at the figure it seeks of $178,155.00.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[4]We note that the total of the expenses requested in The Scott Law Group's 14 prior fee applications is $12,587.60.  The Court ordered no reductions for the prior interim periods, which periods are discussed in more detail in paragraph 3, and thus The Scott Law Group has deducted no sums from this amount to arrive at the figure it seeks of $12,587.60.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 23rd day of July, 2014.

_____

Warren H. Smith

**SERVICE LIST**
Notice Parties

**Applicant**
Darrell W. Scott
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 680
Spokane, WA 99201

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899