IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (KJC) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE FINAL
APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC,
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM JULY 22, 2002 THROUGH SEPTEMBER 30, 2007**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Final Application of Richardson Patrick Westbrook & Brickman, LLC, for Compensation for Services and Reimbursement of Expenses for the Period from July 22, 2002 through September 30, 2007 (the "Application").

### BACKGROUND

1.      Richardson Patrick Westbrook & Brickman, LLC ("Richardson"), was appointed as lead counsel to the Zonolite Attic Insulation ("ZAI") Claimants. In the Application, Richardson

seeks final approval of fees totaling $2,729,034.75[1] and expenses totaling $688,699.19[2] for its services from July 22, 2002 through September 30, 2007 (the "Final Application Period").

2.    In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We emailed an inquiry to Richardson based upon our review, and we received a response from Richardson, portions of which response are quoted herein.

## DISCUSSION

### Final Application Period

---

[1] We note that the total of the fees requested in Richardson's 20 prior fee applications is $2,736,069.75. It appears that Richardson has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 4, to arrive at the figure it seeks of $2,729,034.75. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[2] We note that the total of the expenses requested in Richardson's 20 prior fee applications is $688,699.19. It does not appear that Richardson has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 4, to arrive at the figure it seeks of $688,699.19. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.


3. We noted that Richardson had requested final approval of fees totaling $2,729,034.75, but we calculated Richardson's final fees at $2,730,036.75, for a difference of $1,002.00. We provided Richardson with our calculations, and Richardson responded: "We agree with you..." We appreciate Richardson's response and recommend that Richardson's final fee request be increased by $1,002.00.[3]

### Prior Interim Applications

4. We note that we previously filed the following final reports for Richardson's prior interim applications, which final reports we incorporate by reference herein, and we also note the following orders that ruled on Richardson's prior interim fee applications:

6th Period:   Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Sixth Interim Period (Docket #3295), filed on or about January 30, 2003, in which we recommended approval of fees totaling $170,069.50 and expenses totaling $43,828.33, reflecting our recommended reduction of $177.05 in expenses, as further explained in paragraph 10 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Sixth Period, dated March 14, 2003 (Docket #3511).

7th Period:   Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Seventh Interim Period (Docket #3617),

---

[3]We would ordinarily not recommend approval of amounts in addition to those requested by the applicant. However, we note that the additional fees which we have recommended have been previously approved by the Court. Thus, provided the Court and the U.S. Trustee have no objection, we recommend final approval of these additional fees.

|                | |
|---|---|
| | filed on or about April 4, 2003, in which we recommended approval of fees totaling $381,999.00 and expenses totaling $73,630.02, reflecting our recommended reduction of $1,015.50 in fees, as further explained in paragraphs 5 and 6 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Seventh Period</u>, dated July 28, 2003 (Docket #4157). |
| 8th Period: | <u>Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Eighth Interim Period</u> (Docket #3996), filed on or about July 2, 2003, in which we recommended approval of fees totaling $608,141.50 and expenses totaling $166,979.50. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Eighth Period</u>, dated September 22, 2003 (Docket #4480). |
| 9th Period: | <u>Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Ninth Interim Period</u> (Docket #4438 ), filed on or about September 17, 2003, in which we recommended approval of fees totaling $479,492.50 and expenses totaling $269,925.05. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Ninth Period</u>, dated December 15, 2003 (Docket #4827). |
| 10th Period: | Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Thirteenth Interim Period (Docket #6984), filed on or about November 18, 2004, in which we recommended |

**FEE AUDITOR'S FINAL REPORT**- Page 4
wrg FR Richardson Final v4.wpd

           approval of fees totaling $314,476.75 and expenses totaling $72,160.55.[4] The Court awarded $314,476.75 in fees and $72,160.55 in expenses in the <u>Order Regarding Motion to Amend Orders with Regards to Certain Quarterly Fee Applications</u>, dated December 29, 2004 (Docket #7396).[5]

11th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Thirteenth Interim Period</u> (Docket #6984), filed on or about November 18, 2004, in which we recommended

---

[4] We note that in our final report for the Tenth Interim Period, we recommended approval of only $166,471.51 in fees and $72,160.55 in expenses for the Tenth Interim Period because the ZAI Claimants' counsel were over budget for the ZAI Science Trial litigation. *See* <u>Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC, for the Tenth Interim Period</u> (Docket #5218), at ¶3. We note that per Richardson's retention order, the Court had set a total budget for ZAI counsel of $1.5 million in fees and $500,000 in expenses for prosecuting the ZAI Science Trial, and on July 28, 2003, the Court entered an Order increasing the budget by $950,000 per side for additional attorney fees and expenses. *See* <u>Order</u> (Docket #4155). This is the budget we relied on when we made our recommendation in our final report for the Tenth Interim Period. However, on September 27, 2004, an order was entered that further increased the litigation budget in the ZAI Science Trial by $750,000.00 per side for additional attorneys' fees and expenses. *See* <u>Order Approving Joint Motion of Debtors and ZAI Claimants to Increase Budget for ZAI Science Trial</u> (Docket #6476). Upon the Court's approval of the budget increase in the September 27th order, the ZAI Claimants' counsel were within budget. Therefore, in our final report for the Thirteenth Interim Period we revised our previous recommendation for the Tenth Interim Period so as to recommend approval of Richardson's entire request of $314,476.75 in fees and $72,160.55 in expenses. *See* <u>Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Thirteenth Interim Period</u> (Docket #6984), n1.

[5] This Order modified the Court's original award of $166,471.51 in fees and $72,160.55 in expenses approved in the <u>Order Approving Quarterly Fee Applications for the Tenth Period</u>, dated April 26, 2004 (Docket #5482).

approval of fees totaling $50,460.00 and expenses totaling $17,216.00.[6] The Court awarded $50,460.00 in fees and $17,216.00 in expenses in the Order Regarding Motion to Amend Orders with Regards to Certain Quarterly Fee Applications, dated December 29, 2004 (Docket #7396).[7]

12th Period:   Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Thirteenth Interim Period (Docket #6984), filed on or about November 18, 2004, in which we recommended

---

[6] We note that in our final report for the Eleventh Interim Period, we recommended approval of $0.00 in fees and $0.00 in expenses for the Eleventh Interim Period because the ZAI Claimants' counsel were over budget for the ZAI Science Trial litigation. See Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC, for the Eleventh Interim Period (Docket #5662), at ¶ 3. We note that per Richardson's retention order, the Court set a total budget for ZAI counsel of $1.5 million in fees and $500,000 in expenses for prosecuting the ZAI Science Trial, and on July 28, 2003, the Court entered an Order increasing the budget by $950,000 per side for additional attorney fees and expenses. See Order (Docket #4155). This is the budget we relied on when we made our recommendation in our final report for the Eleventh Interim Period. However, on September 27, 2004, an order was entered that further increased the litigation budget in the ZAI Science Trial by $750,000.00 per side for additional attorneys' fees and expenses. See Order Approving Joint Motion of Debtors and ZAI Claimants to Increase Budget for ZAI Science Trial (Docket #6476). Upon the Court's approval of the September 27, 2004 budget increase, the ZAI Claimants' counsel were within budget. Therefore, in our final report for the Thirteenth Interim Period we revised our previous recommendation for the Eleventh Interim Period so as to recommend approval of Richardson's entire request of $50,460.00 in fees and $17,216.00 in expenses. See Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Thirteenth Interim Period (Docket #6984), n1.

[7] This Order modified the Court's original award of $0.00 in fees and $0.00 in expenses approved in the Order Approving Quarterly Fee Applications for the Eleventh Period, dated June 16, 2004 (Docket #5822).

      approval of fees totaling $60,060.00 and expenses totaling $4,551.24.[8] The Court awarded $60,060.00 in fees and $4,551.24 in expenses in the <u>Order Regarding Motion to Amend Orders with Regards to Certain Quarterly Fee Applications</u>, dated December 29, 2004 (Docket #7396).[9]

13th Period: <u>Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Thirteenth Interim Period</u> (Docket #6984), filed on or about November 18, 2004, in which we recommended approval of fees totaling $29,557.50. This recommendation was adopted in the <u>Order Approving Quarterly Fee Applications for the Thirteenth Period</u>, dated January 26, 2005 (Docket #7622).

---

[8]We note that in our final report for the Twelfth Interim Period, we recommended approval of $0.00 in fees and $0.00 in expenses for the Twelfth Interim Period because the ZAI Claimants' counsel were over budget for the ZAI Science Trial litigation. *See* <u>Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC, for the Twelfth Interim Period</u> (Docket #6249), at ¶ 3. We note that per Richardson's retention order, the Court set a total budget for ZAI counsel of $1.5 million in fees and $500,000 in expenses for prosecuting the ZAI Science Trial, and on July 28, 2003, the Court entered an Order increasing the budget by $950,000 per side for additional attorney fees and expenses. *See* <u>Order</u> (Docket #4155). This is the budget we relied on when we made our recommendation in our final report for the Twelfth Interim Period. However, on September 27, 2004, an order was entered that further increased the litigation budget in the ZAI Science Trial by $750,000.00 per side for additional attorneys' fees and expenses. *See* <u>Order Approving Joint Motion of Debtors and ZAI Claimants to Increase Budget for ZAI Science Trial</u> (Docket #6476). Upon the Court's approval of the September 27, 2004 budget increase, the ZAI Claimants' counsel were within budget. Therefore, in our final report for the Thirteenth Interim Period we revised our previous recommendation for the Twelfth Interim Period so as to recommend approval of Richardson's entire request of $60,060.00 in fees and $4,551.24 in expenses. *See* <u>Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Thirteenth Interim Period</u> (Docket #6984), n1.

[9]This Order modified the Court's original award of $0.00 in fees and $0.00 in expenses approved in the <u>Order Approving Quarterly Fee Applications for the Twelfth Period</u>, dated September 27, 2004 (Docket #6465).

14th Period: Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Fourteenth Interim Period (Docket #7945), filed on or about March 3, 2005, in which we recommended approval of fees totaling $57,536.50 and expenses totaling $374.29. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fourteenth Period, dated March 22, 2005 (Docket #8081).

15th Period: Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Fifteenth Interim Period (Docket #8574), filed on or about June 8, 2005, in which we recommended approval of fees totaling $241,808.50 and expenses totaling $37,283.69, reflecting our recommended reduction of $2,017.50 in fees, as further explained in paragraph 4 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fifteenth Period, dated June 29, 2005 (Docket #8728).

16th Period: Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Sixteenth Interim Period (Docket #9380), filed on or about September 9, 2005, in which we recommended approval of fees totaling $35,015.00 and expenses totaling $2,096.79. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Sixteenth Period, dated September 27, 2005 (Docket #9513).

17th Period: Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Seventeenth Interim Period (Docket #11057), filed on or about November 14, 2005, in which we recommended approval of fees totaling $20,350.00 and expenses totaling $37.20. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Seventeenth Period, dated December 21, 2005 (Docket #11402).

18th Period: Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Eighteenth Interim Period (Docket #11933), filed on or about March 3, 2006, in which we recommended approval of fees totaling $16,587.50 and expenses totaling $401.08. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Eighteenth Period, dated March 27, 2006 (Docket #12121).

19th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Nineteenth Interim Period (Docket #12526), filed on or about May 25, 2006, in which we recommended approval of fees totaling $17,652.50. This recommendation was adopted in the Order Approving Quarterly Fee Applications for the Nineteenth Period, dated June 16, 2006 (Docket #12660).

21st Period: Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Twenty-First Interim Period (Docket

#13970), filed on or about December 8, 2006, in which we recommended approval of fees totaling $40,570.00 and expenses totaling $38.40. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-First Period</u>, dated December 19, 2006 (Docket #14069).

22nd Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Twenty-Second Interim Period</u> (Docket #14774), filed on or about March 6, 2007, in which we recommended approval of fees totaling $12,312.50. This recommendation was adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Second Period</u>, dated May 3, 2007 (Docket #15494).

23rd Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Twenty-Third Interim Period</u> (Docket #15977), filed on or about June 6, 2007, in which we recommended approval of fees totaling $34,167.50. This recommendation was adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Third Period</u>, dated June 20, 2007 (Docket #16105).

24th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Twenty-Fourth Interim Period</u> (Docket #16704), filed on or about August 30, 2007, in which we recommended approval of fees totaling $99,805.00. This recommendation was adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fourth</u>

<span style="margin-left:2em"></span>*Period*, dated September 25, 2007 (Docket #16916).

25th Period: <span style="margin-left:2em"></span>Fee Auditor's Final Report Regarding Fee Application of Richardson Patrick Westbrook & Brickman, LLC for the Twenty-Fifth Interim Period (Docket #17539), filed on or about December 4, 2007, in which we recommended approval of fees totaling $52,940.00. This recommendation was adopted in the Order Approving Quarterly Fee Applications for the Twenty-Fifth Period, dated December 13, 2007 (Docket #17629).

26th Period: <span style="margin-left:2em"></span>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Sixth Interim Period (Docket #18176), filed on or about February 29, 2008, in which we recommended approval of fees totaling $7,035.00. This recommendation was adopted in the Order Approving Quarterly Fee Applications for the Twenty-Sixth Period, dated March 12, 2008 (Docket #18270).

5. <span style="margin-left:1em"></span>We have reviewed the final reports and orders allowing fees and expenses for the prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods.

**CONCLUSION**

6. <span style="margin-left:1em"></span>Thus, we recommend final approval of $2,730,036.75 in fees ($2,729,034.75[10] plus

---

[10]We note that the total of the fees requested in Richardson's 20 prior fee applications is $2,736,069.75. It appears that Richardson has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 4, to arrive at the figure it seeks of $2,729,034.75. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

$1,002.00)[11] and $688,522.14 in expenses ($688,699.19[12] minus $177.05)[13] for Richardson's services for the Final Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

---

[11] *See* paragraph 3.

[12] We note that the total of the expenses requested in Richardson's 20 prior fee applications is $688,699.19. It does not appear that Richardson has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 4, to arrive at the figure it seeks of $688,699.19. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[13] This is the amount of the Court-approved reduction for the Sixth Interim Period, not previously deducted by Richardson. *See* paragraph 4.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 25th day of July, 2014.

                                              Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**
Edward J. Westbrook
Richardson Patrick Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29464

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899