## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.**, *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (KJC)** |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE ONE HUNDRED
FIFTY-FIRST MONTHLY APPLICATION AND THE FINAL FEE APPLICATION
OF REED SMITH LLP FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
APRIL 2, 2001 THROUGH FEBRUARY 3, 2014 AND APPROVAL OF POST-
EFFECTIVE DATE FEES AND EXPENSES RELATING TO FEE APPLICATIONS**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee

auditor in the above-captioned bankruptcy proceedings, regarding the One Hundred Fifty-First

Monthly Application and the Final Fee Application of Reed Smith LLP for Compensation for

Services Rendered and Reimbursement of Expenses for the Period of April 2, 2001 through February

3, 2014 and Approval of Post-Effective Date Fees and Expenses Relating to Fee Applications (the

"Applications").

### BACKGROUND

1.      Reed Smith LLP ("Reed Smith") was retained as special asbestos products liability

defense counsel to the Debtors.  In the Applications, Reed Smith seeks approval of fees and expenses

as follows: fees totaling $27,064.00 and expenses totaling $58.54 for its services from January 1,

2014 through January 31, 2014 (the "One Hundred Fifty-First Monthly Application"); final approval

of fees totaling $18,029,661.35[1] and expenses totaling $2,056,764.13[2] for its services from April 2,

2001 through February 3, 2014 (the "Final Application Period"); and Post-Effective Date fees

totaling $20,163.00 and expenses totaling $393.60, plus an additional amount not to exceed

$12,000.00 ("Post-Effective Date Fees and Expenses").

2.    In conducting this audit and reaching the conclusions and recommendations contained

herein, we reviewed in detail the Application in its entirety, including each of the time and expense

entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule

2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware,

Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued

January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent

established in the United States Bankruptcy Court for the District of Delaware, the United States

District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We emailed an

inquiry to Reed Smith based upon our review, and we received a response from Reed Smith, portions

of which response are quoted herein.

---

[1]We note that the total of the fees requested in Reed Smith's 49 prior fee applications, plus the
compensation sought in the One Hundred Fifty-First Monthly Application, is $18,046,191.85.  It appears
that Reed Smith has deducted from this amount all of the reductions ordered by the Court for the prior
periods, which periods are discussed in more detail in paragraph 7, to arrive at the figure it seeks of
$18,029,661.35.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no
ruling has been made on the Fifty-Second Interim Period.

[2]We note that the total of the expenses requested in Reed Smith's 49 prior fee applications, plus the
expenses sought in the One Hundred Fifty-First Monthly Application, is $2,069,774.68.  It appears that
Reed Smith has deducted from this amount all of the reductions ordered by the Court for the prior
periods, which periods are discussed in more detail in paragraph 7, to arrive at the figure it seeks of
$2,056,764.13.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no
ruling has been made on the Fifty-Second Interim Period.

**DISCUSSION**

**One Hundred Fifty-First Monthly Application**

3.        We have no issues with, or objections to, the fees and expenses in Reed Smith's One Hundred Fifty-First Monthly Application.

4.        Thus, we recommend approval of $27,064.00 in fees and $58.54 in expenses for Reed Smith's One Hundred Fifty-First Monthly Application.

**Final Application Period**

5.        We noted that Reed Smith had requested final approval of fees totaling $18,029,661.35, however, we calculated Reed Smith's final fees at $18,029,541.35, for a difference of $120.00.   We noted that Reed Smith had requested final approval of expenses totaling $2,056,764.13, however, we calculated Reed Smith's final expenses at $2,057,142.77, for a difference of $378.64.  We provided Reed Smith with our calculations, and Reed Smith responded: "Having looked over what you sent, we now can confirm that we're in agreement with your calculation of RS's total approved fees and expenses."  We appreciate Reed Smith's response and recommend that Reed Smith's final fee request be reduced by $120.00 and its final expense request be increased by $378.64.[3]

**Post-Effective Date Fees and Expenses**

6.        We note that Reed Smith also requested approval of fees totaling $20,163.00 and expenses totaling $393.60, plus an additional amount not to exceed $12,000.00, for work performed

---

[3]We would ordinarily not recommend approval of amounts in addition to those requested by the applicant.  However, we note that the additional expenses which we have recommended have been previously approved by the Court.  Thus, provided the Court and the U.S. Trustee have no objection, we recommend final approval of these additional expenses.

and expenses incurred after February 3, 2014, the Effective Date of the debtors' plan of reorganization.  Because these fees and expenses were incurred, or will be incurred, after the Effective Date, they are beyond the scope of our review, and we offer no recommendation concerning these fees and expenses in this report.  Furthermore, as these fees and expenses are not included in the totals for which Reed Smith seeks final approval, we do not reference them in our conclusion below.

**Prior Interim Applications**

7.    We note that we previously filed the following final reports for Reed Smith's prior interim applications, which final reports we incorporate by reference herein, and we also note the following orders that ruled on Reed Smith's prior interim fee applications:

1st - 3rd Periods:    Amended Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP for the First, Second and Third Interim Periods (Docket #3037) filed on or about November 19, 2002, in which we recommended approval of fees totaling $887,790.87 and expenses totaling $80,790.87, reflecting our recommended reductions of $8,898.50 in fees and $6,593.09 in expenses, as further explained in paragraphs 7, 8 and 9 of that final report.  The Court approved $875,629.50 in fees and $80,790.87 in expenses in the Order Approving Quarterly Fee Applications for the First, Second and Third Periods, dated November 25, 2002 (Docket #3091).

4th Period:    Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP for the Fourth Interim Period (Docket #2490) filed on or about August 2,

2002, in which we recommended approval of fees totaling $347,641.00 and expenses totaling $134,139.09, reflecting our recommended reduction of $16,060.50 in fees, as further explained in paragraphs 8, 9 and 10 of that final report. The Court approved $360,087.00 in fees and $134,139.09 in expenses in the <u>Order Approving Quarterly Fee Applications for the Fourth Period</u>, dated October 9, 2002 (Docket #2797).

5th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP for the Fifth Interim Period</u> (Docket #3025) filed on or about November 19, 2002, in which we recommended approval of fees totaling $478,383.75 and expenses totaling $159,602.71, reflecting our recommended reduction of $80.00 in fees, as further explained in paragraph 10 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifth Period</u>, dated November 25, 2002 (Docket #3092).

6th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP for the Sixth Interim Period</u> (Docket #3354) filed on or about February 7, 2003, in which we recommended approval of fees totaling $510,169.00 and expenses totaling $39,339.33, reflecting our recommended reduction of $886.50 in fees, as further explained in paragraphs 8 and 9 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Sixth Period</u>, dated March 14, 2003 (Docket #3511).

7th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP</u>

for the Seventh Interim Period (Docket #3678) filed on or about April 17, 2003, in which we recommended approval of fees totaling $325,039.25 and expenses totaling $63,325.59, reflecting our recommended reduction of $120.00 in fees, as further explained in paragraph 9 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Seventh Period, dated July 28, 2003 (Docket #4157).

8th Period:     Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP for the Eighth Interim Period (Docket #4324) filed on or about August 25, 2003, in which we recommended approval of fees totaling $482,068.00 and expenses totaling $55,326.31, reflecting our recommended reductions of $33.50 in fees and $2,389.19 in expenses, as further explained in paragraphs 6 and 9 and footnote 1 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Eighth Period, dated September 22, 2003 (Docket #4480).

9th Period:     Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP for the Ninth Interim Period (Docket #4573) filed on or about October 13, 2003, in which we recommended approval of fees totaling $580,295.75 and expenses totaling $60,419.25, reflecting our recommended reduction of $167.23 in expenses, as further explained in paragraph 7 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Ninth Period, dated December 15, 2003 (Docket #4827).

10th Period:    Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP

for the Tenth Interim Period (Docket #5070) filed on or about February 5, 2004, in which we recommended approval of fees totaling $390,186.00 and expenses totaling $24,495.00.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Tenth Period, dated April 26, 2004 (Docket #5482).

11th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications With No Fee or Expense Issues for the Eleventh Interim Period (Docket #5675) filed on or about June 1, 2004, in which we recommended approval of fees totaling $47,094.00 and expenses totaling $5,237.78.   These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Eleventh Period, dated June 16, 2004 (Docket #5822).

12th Period:   Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twelfth Interim Period (Docket #6320), filed on or about September 3, 2004, in which we recommended approval of fees totaling $53,760.00 and expenses totaling $3,065.81.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twelfth Period, dated September 27, 2004 (Docket #6465).

13th Period:   Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirteenth Interim Period (Docket #7013), filed on or about November 22, 2004, in which we recommended approval of fees totaling $86,273.00 and expenses totaling

$3,153.01. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirteenth Period</u>, dated January 26, 2005 (Docket #7622).

14th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Fourteenth Interim Period</u> (Docket #7982), filed on or about March 8, 2005, in which we recommended approval of fees totaling $47,586.50 and expenses totaling $1,926.34. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fourteenth Interim Period</u>, dated March 22, 2005 (Docket #8081).

15th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP for the Fifteenth Interim Period</u> (Docket #8564), filed on or about June 7, 2005, in which we recommended approval of fees totaling $279,969.75 and expenses totaling $7,166.00. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifteenth Period</u>, dated June 29, 2005 (Docket #8728).

16th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Sixteenth Interim Period</u> (Docket #9387), filed on or about September 12, 2005, in which we recommended approval of fees totaling $175,664.50 and expenses totaling $6,520.74. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Sixteenth Period</u>, dated September 27, 2005 (Docket

#9513).

17th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Seventeenth Interim Period (Docket #11168), filed on or about November 28, 2005, in which we recommended approval of fees totaling $129,548.00 and expenses totaling $4,719.72. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Seventeenth Period, dated December 21, 2005 (Docket #11402).

18th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Eighteenth Interim Period (Docket #12019), filed on or about March 9, 2006, in which we recommended approval of fees totaling $227,979.50 and expenses totaling $8,085.26. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Eighteenth Period, dated March 27, 2006 (Docket #12121).

19th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Nineteenth Interim Period (Docket #12525), filed on or about May 25, 2006, in which we recommended approval of fees totaling $306,678.00 and expenses totaling $14,008.71. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Nineteenth Period, dated June 16, 2006 (Docket #12660).

20th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications
with No Fee or Expense Issues for the Twentieth Interim Period (Docket
#13183), filed on or about September 8, 2006, in which we recommended
approval of fees totaling $438,864.75 and expenses totaling $18,855.75.
These recommendations were adopted in the Order Approving Quarterly Fee
Applications for the Twentieth Period, dated September 26, 2006 (Docket
#13298).

21st Period:    Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP
for the Twenty-First Interim Period (Docket #13918), filed on or about
December 5, 2006, in which we recommended approval of fees totaling
$737,009.00 and expenses totaling $15,429.98, reflecting our recommended
reductions of $144.00 in fees and $2,838.25 in expenses as further explained
in paragraphs 3 and 5 of that final report.  These recommendations were
adopted in the Order Approving Quarterly Fee Applications for the Twenty-
First Period, dated December 19, 2006 (Docket #14069).

22nd Period:    Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP
for the Twenty-Second Interim Period (Docket #14773), filed on or about
March 6, 2007, in which we recommended approval of fees totaling
$962,227.00 and expenses totaling $30,971.64, reflecting our recommended
reduction of $1,086.00 in fees, as further explained in paragraph 3 of that
final report.  These recommendations were adopted in the Order Approving
Quarterly Fee Applications for the Twenty-Second Period, dated May 3, 2007

(Docket #15494).

23rd Period:    Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP for the Twenty-Third Interim Period (Docket #15891), filed on or about May 29, 2007, in which we recommended approval of fees totaling $973,015.00 and expenses totaling $27,090.88, reflecting our recommended reduction of $150.00 in expenses, as further explained in paragraph 5 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Third Period, dated June 20, 2007 (Docket #16105).

24th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fourth Interim Period (Docket #16692), filed on or about August 29, 2007, in which we recommended approval of fees totaling $1,635,499.00 and expenses totaling $58,241.23, reflecting our recommended reductions of $87.00 in fees and $249.00 in expenses, as further explained in paragraphs 3 and 7 of that final report. The Court approved $1,635,499.00 in fees and $58,490.23 in expenses in the Order Approving Quarterly Fee Applications for the Twenty-Fourth Period, dated September 25, 2007 (Docket #16916).

25th Period:    Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP for the Twenty-Fifth Interim Period (Docket #17538), filed on or about December 4, 2007, in which we recommended approval of fees totaling $1,326,205.50 and expenses totaling $196,640.15, reflecting our

recommended reduction of $108.00 in fees, as further explained in paragraph 5 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fifth Period</u>, dated December 13, 2007 (Docket #17629).

26th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP for the Twenty-Sixth Interim Period</u> (Docket #18091), filed on or about February 21, 2008, in which we recommended approval of fees totaling $1,173,193.50 and expenses totaling $105,756.21, reflecting our recommended reductions of $1,032.50 in fees and $38.00 in expenses, as further explained in paragraphs 3 and 5 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Sixth Period</u>, dated March 12, 2008 (Docket #18270).

27th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP for the Twenty-Seventh Interim Period</u> (Docket #18765), filed on or about May 21, 2008, in which we recommended approval of fees totaling $1,101,601.50 and expenses totaling $91,839.69. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Seventh Period</u>, dated June 23, 2008 (Docket #18989).

28th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Eighth Interim Period</u> (Docket #19535), filed on or about September 15, 2008, in which we recommended

approval of fees totaling $551,429.00 and expenses totaling $81,263.75. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Eighth Period</u>, dated October 1, 2008 (Docket #19663).

29th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Reed Smith LLP for the Twenty-Ninth Interim Period</u> (Docket #19968), filed on or about January 17, 2008, in which we recommended approval of fees totaling $758,230.50 and expenses totaling $31,637.92, reflecting our recommended reduction of $456.25 in expenses, as further explained in paragraphs 4 and 5 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Ninth Period</u>, dated December 17, 2008 (Docket #20283).

30th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirtieth Interim Period</u> (Docket #21063), filed on or about March 21, 2009, in which we recommended approval of fees totaling $572,574.00 and expenses totaling $118,418.69. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirtieth Period</u>, dated April 2, 2009 (Docket #21173).

31st Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-First Interim Period</u> (Docket #22047), filed on or about June 10, 2009, in which we recommended approval of fees totaling $739,148.00 and expenses totaling $225,259.96.

These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-First Period</u>, dated July 7, 2009 (Docket #22354).

32nd Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Thirty-Second Interim Period</u> (Docket #23240), filed on or about September 15, 2009, in which we recommended approval of fees totaling $476,666.50 and expenses totaling $211,601.03.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Second Period</u>, dated September 28, 2009 (Docket #23352).

33rd Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Third Interim Period</u> (Docket #23927), filed on or about December 3, 2009, in which we recommended approval of fees totaling $167,206.50 and expenses totaling $41,537.15.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Third Period</u>, dated December 11, 2009 (Docket #23996).

34th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Thirty-Fourth Interim Period</u> (Docket #24438), filed on or about March 11, 2010, in which we recommended approval of fees totaling $110,343.00 and expenses totaling $47,361.97.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Fourth Period</u>, dated

March 19, 2010 (Docket #24470).

35th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Thirty-Fifth Interim Period</u> (Docket #24856), filed on or about May 28, 2010, in which we recommended approval of fees totaling $81,097.50 and expenses totaling $17,991.64. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Fifth Period</u>, dated June 7, 2010 (Docket #24917).

36th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Thirty-Sixth Interim Period</u> (Docket #25384), filed on or about September 10, 2010, in which we recommended approval of fees totaling $83,541.50 and expenses totaling $8,576.90. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Sixth Period</u>, dated September 13, 2010 (Docket #25397).

37th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Seventh Interim Period</u> (Docket #25850), filed on or about December 2, 2010, in which we recommended approval of fees totaling $42,698.00 and expenses totaling $2,705.01. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Seventh Period</u>, dated December 10, 2010 (Docket #25905).

38th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Eighth Interim Period</u> (Docket #26519), filed on or about March 9, 2011, in which we recommended approval of fees totaling $18,657.00 and expenses totaling $971.94. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Eighth Period</u>, dated March 25, 2011 (Docket #26627).

39th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Ninth Interim Period</u> (Docket #27116), filed on or about June 21, 2011, in which we recommended approval of fees totaling $41,003.60 and expenses totaling $1,475.84. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Ninth Period</u>, dated June 30, 2011 (Docket #27188).

40th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fortieth Interim Period</u> (Docket #27507), filed on or about August 25, 2011, in which we recommended approval of fees totaling $77,833.00 and expenses totaling $15,542.94. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fortieth Period</u>, dated September 20, 2011 (Docket #27622).

41st Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee</u>

Applications with *De Minimis* or No Fee or Expense Issues for the Forty-First Interim Period (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $49,504.50 and expenses totaling $1,320.38.   These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-First Period</u>, dated December 14, 2011 (Docket #28150).

42nd Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Second Interim Period (Docket #28548), filed on or about February 20, 2012, in which we recommended approval of fees totaling $32,156.00 and expenses totaling $1,289.01.   These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Second Period</u>, dated March 23, 2012 (Docket #28705).

43rd Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Third Interim Period (Docket #28900), filed on or about May 9, 2012, in which we recommended approval of fees totaling $66,750.00 and expenses totaling $5,297.95.   These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Third Period</u>, dated June 14, 2012 (Docket #29054).

44th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fourth Interim

*Period* (Docket #29449), filed on or about August 13, 2012, in which we recommended approval of fees totaling $155,029.50 and expenses totaling $12,759.89. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Fourth Period</u>, dated October 19, 2012 (Docket #29746).

45th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fifth Interim Period</u> (Docket #29988), filed on or about December 4, 2012, in which we recommended approval of fees totaling $84,942.00 and expenses totaling $9,760.16. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Fifth Period</u>, dated December 11, 2012 (Docket #30036).

46th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Sixth Interim Period</u> (Docket #30382), filed on or about March 7, 2013, in which we recommended approval of fees totaling $31,287.50 and expenses totaling $1,331.60, reflecting our recommended reduction of $286.00 in fees, as further explained in footnote 14 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Sixth Period</u>, dated March 27, 2013 (Docket #30440).

47th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-</u>

Seventh Interim Period (Docket #30840), filed on or about July 17, 2013, in which we recommended approval of fees totaling $16,979.00 and expenses totaling $840.80. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Seventh Period, dated July 31, 2013 (Docket #30907).

48th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Eighth Interim Period (Docket #31080), filed on or about September 6, 2013, in which we recommended approval of fees totaling $32,574.00 and expenses totaling $756.93. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Eighth Period, dated September 24, 2013 (Docket #31158).

49th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Ninth Interim Period (Docket #31404), filed on or about November 26, 2013, in which we recommended approval of fees totaling $56,764.00 and expenses totaling $940.54. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Ninth Period, dated December 17, 2013 (Docket #31482).

50th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fiftieth Interim Period (Docket #31838), filed on or about March 11, 2014, in which we

recommended approval of fees totaling $10,271.50 and expenses totaling $671.70.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fiftieth Period</u>, dated March 31, 2014 (Docket #31963).

51st Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fifty-First Interim Application Period</u> (Docket #32197), filed on or about May 13, 2014, in which we recommended approval of fees totaling $42,037.50 and expenses totaling $1,373.84.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifty-First Period</u>, dated May 23, 2014 (Docket #32216).

8.    We have reviewed the final reports and orders allowing fees and expenses for the prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods, except for the following:

Fifth Period:    As noted in Footnote 5 of the Final Application, Reed Smith requested fees totaling $478,463.75 in its Fifth Interim Application, but the correct amount of fees was $478,189.75, for a difference of $274.00.  The order which was submitted to the Court also contained this error.  No further reduction to Reed Smith's final fee request is necessary because Reed Smith used the correct amount of $478,189.75 in calculating its final fee request.

Tenth Period:    In the order submitted to the Court, Reed Smith's approved expenses

are listed as $24,495.00, however, the correct amount of Reed Smith's expense request was $24,495.64, for a difference of $0.64. No adjustment to Reed Smith's final expense request is necessary because Reed Smith used the correct amount of $24,495.64 in calculating its final expense request.

Twenty-Fifth Period:   In the order submitted to the Court, Reed Smith's approved fees are listed as $1,326,205.50, however, the correct amount of Reed Smith's approved fees was $1,326,206.50, for a difference of $1.00.  No additional adjustment to Reed Smith's final fee request is necessary because the $1.00 correction is reflected in our recommended fee adjustment in paragraph 5.

## CONCLUSION

9.      Thus, we recommend final approval of $18,029,541.35 in fees ($18,029,661.35[4]

---

[4]We note that the total of the fees requested in Reed Smith's 49 prior fee applications, plus the compensation sought in the One Hundred Fifty-First Monthly Application, is $18,046,191.85.  It appears that Reed Smith has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 7, to arrive at the figure it seeks of $18,029,661.35.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

minus $120.00)[5] and $2,057,142.77 in expenses ($2,056,764.13[6] plus $378.64)[7],[8] for Reed Smith's services for the Final Application Period.[9]

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
      Warren H. Smith
      Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

---

[5]*See* paragraph 5.

[6]We note that the total of the expenses requested in Reed Smith's 49 prior fee applications, plus the expenses sought in the One Hundred Fifty-First Monthly Application, is $2,069,774.68.  It appears that Reed Smith has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 7, to arrive at the figure it seeks of $2,056,764.13.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[7]*See* paragraph 5.

[8]We would ordinarily not recommend approval of amounts in addition to those requested by the applicant.  However, we note that the additional expenses which we have recommended have been previously approved by the Court.  Thus, provided the Court and the U.S. Trustee have no objection, we recommend final approval of these additional expenses.

[9]As noted in paragraph 6, we make no recommendation concerning Reed Smith's Post-Effective Date Fees and Expenses, as we believe these to be beyond the scope of our review.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 25th day of July, 2014.

_____

Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Kurt F. Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

James J. Restivo, Jr.
Douglas E. Cameron
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

**Counsel to the Official Committee of Equity Holders**

Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899