# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (KJC)** |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING FOURTH[1]
QUARTERLY AND FINAL FEE APPLICATION OF ORRICK,
HERRINGTON & SUTCLIFFE LLP FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES FOR THE FOURTH QUARTERLY PERIOD FROM
JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014 AND THE FINAL
FEE PERIOD FROM FEBRUARY 6, 2006 THROUGH FEBRUARY 3, 2014**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fourth Quarterly and Final Fee Application of Orrick, Herrington & Sutcliffe LLP for Compensation for Services Rendered and Reimbursement of Expenses for the Fourth Quarterly Period from January 1, 2014 through February 3, 2014 and the Final Fee Period from February 6, 2006 through February 3, 2014 (the "Application").

## BACKGROUND

1.      Orrick, Herrington & Sutcliffe LLP ("Orrick") was retained as bankruptcy counsel to David T. Austern, former Asbestos Personal Injury Future Claimants' Representative, and subsequently to Roger Frankel, Successor Asbestos Personal Injury Future Claimants'

---

[1]Although this is the thirty-fourth quarterly fee application which Orrick has filed in the case, it is only the fourth quarterly fee application which Orrick has filed in its capacity as counsel for Roger Frankel, Future Claimants' Representative. The previous quarterly fee applications were filed by Orrick as counsel to the late David Austern when he served as Future Claimants' Representative.

Representative. In the Application, Orrick seeks approval of fees and expenses as follows: fees totaling $196,364.25 and expenses totaling $9,728.20 for its services from January 1, 2014 through February 3, 2014 (the "Fifty-Second Interim Period"), and final approval of fees totaling $27,004,456.50[2] and expenses totaling $2,168,891.33[3] for its services from February 6, 2006 through February 3, 2014 (the "Final Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Orrick based upon our review, and we received a response from Orrick, portions of

---

[2]We note that the total of the fees requested in Orrick's 33 prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is $27,055,579.00. It appears that Orrick has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 7, to arrive at the figure it seeks of $27,004,456.50. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[3]We note that the total of the expenses requested in Orrick's 33 prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is $2,193,737.21. It appears that Orrick has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 7, to arrive at the figure it seeks of $2,168,891.33. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

which response are quoted herein.

## DISCUSSION

### Fifty-Second Interim Period

3.      We noted that the expense detail was missing from Orrick's Application.  Orrick

supplied its expense detail in response to our request.  See Response Exhibit A.  Our questions

concerning Orrick's expenses are addressed in the following paragraph.

4.      We noted the following air fares for which more information was needed:

| | | | |
|---|---|---|---|
| 1/2/2014 | Felder, Debra | AIR | $698.70 VENDOR: American Express INVOICE#: 140125 DATE: 1/25/2014 |
| 1/10/2014 | Wyron, Richard | AIR | $885.12 VENDOR: Wyron, Richard H.; INVOICE#: 011014; DATE: 1/10/2014 - dc/dd/s#176244/bm - Travel to NY for effective Date Planning in NY 1/9/14 - 1/10/14 |
| 1/22/2014 | Felder, Debra | AIR | $349.35 VENDOR: American Express INVOICE#: 140125 DATE: 1/25/2014 |

In response to our request, Orrick provided the following information:

> 1/02/2014 – $698.70 – Debra Felder – travel charge for round-trip, coach class air fare on January 9, 2014 from Reagan National Airport in Washington, DC to LaGuardia Airport in New York, NY on USAir;
>
> 1/10/2014 – $885.12 – Richard Wyron – travel charge for round-trip, coach class air fare on January 9, 2014 from Reagan National Airport in Washington, DC to LaGuardia Airport in New York, NY on USAir; and
>
> 1/22/2014 – $349.35 – Debra Felder – travel charge for one-way, coach class air fare on January 22, 2014 from Reagan National Airport in Washington, DC to LaGuardia Airport in New York, NY on USAir.

We appreciate Orrick's response and have no objection to these expenses.

5.      Thus, we recommend approval of $196,364.25 in fees and $9,728.20 in expenses for Orrick's services for the Fifty-Second Interim Period.

## Twentieth through Twenty-Fifth Interim Periods

6.      We note that, effective February 1, 2006, the Delaware Local Rules were amended so as to allow a maximum of 10¢ per page for photocopies.  We noted that between February 1, 2006, and June 30, 2007, Orrick was charging 15¢ per page for its in-house photocopies.  We calculated that, during this time period, Orrick billed $41,126.70 for in-house photocopies.  We asked Orrick if it would accept a reduction to 10¢ per page for the copies, and Orrick responded:

> We have reviewed our in-house photocopying charges from February 1, 2006 through June 30, 2007, and agree that Orrick inadvertently charged 15 cents per page rather than the maximum amount of 10 cents per page as required by the Delaware Local Rules and Trustee Guidelines.  Orrick agrees that its photocopying charges should be reduced to 10 cents per page, which totals $27,417.80 for the February 1, 2006 through June 30, 2007 time period ($41,126.70/0.15 = 274,178 copies * 0.10 = $27,417.80).  Accordingly, Orrick agrees to a reduction of $13,708.90 ($41,126.70 - $27,417.80) to reflect the adjustment in photocopying charges from 15 cents per page to 10 cents per page.

We appreciate Orrick's response and recommend a reduction of $13,708.90 in expenses for the Twentieth through Twenty-Fifth Interim Periods.

## Prior Interim Applications

7.      We note that we previously filed the following final reports for Orrick's prior interim applications, which final reports we incorporate by reference herein, and we also note the following orders that ruled on Orrick's prior interim fee applications:

20th Period:      Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twentieth Interim Period (Docket #13183), filed on or about September 8, 2006, in which we recommended

approval of fees totaling $206,292.25 and expenses totaling $7,501.32. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twentieth Period</u>, dated September 26, 2006 (Docket #13298).

21st Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-First Interim Period</u> (Docket #13963), filed on or about December 8, 2006, in which we recommended approval of fees totaling $456,045.25 and expenses totaling $14,568.92. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-First Period</u>, dated December 19, 2006 (Docket #14069).

22nd Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Second Interim Period</u> (Docket #14868), filed on or about March 15, 2007, in which we recommended approval of fees totaling $558,019.75 and expenses totaling $25,651.67.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Second Period</u>, dated May 3, 2007 (Docket #15494).

23rd Period:   <u>Fee Auditor's Final Report Regarding the Fee Application of Orrick, Herrington & Sutcliffe LLP for the Twenty-Third Interim Period</u> (Docket #16005), filed on or about June 8, 2007, in which we recommended approval of fees totaling $829,995.50 and expenses totaling $97,603.44, reflecting our

recommended reductions of $11,074.50 in fees and $775.51 in expenses, as further explained in paragraphs 3, 4, 5, 6, 7, 8 and 9 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Third Period</u>, dated June 20, 2007 (Docket #16105).

24th Period:    <u>Fee Auditor's Final Report Regarding the Fee Application of Orrick, Herrington & Sutcliffe LLP for the Twenty-Fourth Interim Period</u> (Docket #16766), filed on or about September 6, 2007, in which we recommended approval of fees totaling $1,098,668.00 and expenses totaling $56,678.49, reflecting our recommended reduction of $991.65 in expenses as further explained in paragraph 3 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fourth Period</u>, dated September 25, 2007 (Docket #16916).

25th Period:    <u>Fee Auditor's Final Report Regarding the Fee Application of Orrick, Herrington & Sutcliffe LLP for the Twenty-Fifth Interim Period</u> (Docket #17528), filed on or about December 3, 2007, in which we recommended approval of fees totaling $1,011,439.00 and expenses totaling $168,071.15, reflecting our recommended reduction of $10,492.50 in fees, as further explained in paragraph 3 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fifth Period</u>, dated December 13, 2007 (Docket #17629).

26th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Orrick, Herrington</u>

& Sutcliffe LLP for the Twenty-Sixth Interim Period (Docket #18242), filed on or about March 7, 2008, in which we recommended approval of fees totaling $1,318,928.25 and expenses totaling $494,922.82, reflecting our recommended reductions of $11,407.45 in expenses, as further explained in paragraphs 3, 5 and 7 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Sixth Period, dated March 12, 2008 (Docket #18270).

27th Period:    Fee Auditor's Final Report Regarding Fee Application of Orrick, Herrington & Sutcliffe LLP for the Twenty-Seventh Interim Period (Docket #18923), filed on or about June 18, 2008, in which we recommended approval of fees totaling $2,577,801.25 and expenses totaling $271,707.53, reflecting our recommended reductions of $5,198.90 in expenses, as further explained in paragraphs 3, 4, and 5 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Seventh Period, dated June 23, 2008 (Docket #18989).

28th Period:    Fee Auditor's Final Report Regarding Fee Application of Orrick, Herrington & Sutcliffe LLP for the Twenty-Eighth Interim Period (Docket #19561), filed on or about September 18, 2008, in which we recommended approval of fees totaling $2,815,254.75 and expenses totaling $432,017.97, reflecting our recommended reductions of $19,094.00 in fees and $4,045.00 in expenses, as further explained in paragraphs 3, 4, 5, and 6 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee

Applications for the Twenty-Eighth Period, dated October 1, 2008 (Docket #19663).

29th Period:   Fee Auditor's Final Report Regarding Fee Application of Orrick, Herrington & Sutcliffe LLP for the Twenty-Ninth Interim Period (Docket #20107), filed on or about November 20, 2008, in which we recommended approval of fees totaling $1,060,241.50 and expenses totaling $96,109.01, reflecting our recommended reductions of $352.50 in fees and $130.01 in expenses, as further explained in paragraphs 3 and 4 of that final report.   These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Ninth Period, dated December 17, 2008 (Docket #20283).

30th Period:   Fee Auditor's Final Report Regarding Fee Application of Orrick, Herrington & Sutcliffe LLP for the Thirtieth Interim Period (Docket #21064), filed on or about March 23, 2009, in which we recommended approval of fees totaling $1,205,058.75 and expenses totaling $69,589.08, reflecting our recommended reduction of $109.56 in expenses, as further explained in paragraph 4 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirtieth Period, dated April 2, 2009 (Docket #21173).

31st Period:   Fee Auditor's Final Report Regarding Fee Application of Orrick, Herrington & Sutcliffe LLP for the Thirty-First Interim Period (Docket #21963), filed on or about June 2, 2009, in which we recommended approval of fees totaling

$1,133,333.25 and expenses totaling $94,922.93, reflecting our recommended reductions of $220.00 in fees and $95.00 in expenses, as further explained in paragraphs 3 and 6 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-First Period, dated July 7, 2009 (Docket #22354).

32nd Period:    Fee Auditor's Final Report Regarding Fee Application of Orrick, Herrington & Sutcliffe LLP for the Thirty-Second Interim Period (Docket #23284), filed on or about September 18, 2009, in which we recommended approval of fees totaling $1,495,903.25 and expenses totaling $56,047.01, reflecting our recommended reductions of $1,917.50 in fees and $104.12 in expenses, as further explained in paragraphs 3, 5, 7 and 8 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Second Period, dated September 28, 2009 (Docket #23352).

33rd Period:    Fee Auditor's Final Report Regarding Fee Application of Orrick, Herrington & Sutcliffe LLP for the Thirty-Third Interim Period (Docket #23879), filed on or about November 30, 2009, in which we recommended approval of fees totaling $1,295,685.75 and expenses totaling $44,857.50, reflecting our recommended reduction of $4,893.00 in fees, as further explained in paragraphs 4 and 5 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Third Period, dated December 11, 2009 (Docket #23996).

34th Period:   Fee Auditor's Final Report Regarding Fee Application of Orrick, Herrington & Sutcliffe LLP for the Thirty-Fourth Interim Period (Docket #24398), filed on or about March 3, 2010, in which we recommended approval of fees totaling $1,674,330.00 and expenses totaling $57,172.92, reflecting our recommended reduction of $353.84 in expenses, as further explained in paragraphs 3 and 4 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Fourth Period, dated March 19, 2010 (Docket #24470).

35th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Thirty-Fifth Interim Period (Docket #24856), filed on or about May 28, 2010, in which we recommended approval of fees totaling $1,091,059.75 and expenses totaling $45,541.09.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Fifth Period, dated June 7, 2010 (Docket #24917).

36th Period:   Fee Auditor's Final Report Regarding Fee Application of Orrick, Herrington & Sutcliffe LLP for the Thirty-Sixth Interim Period (Docket #25252), filed on or about August 23, 2010, in which we recommended approval of fees totaling $948,928.00 and expenses totaling $29,968.35, reflecting our recommended reductions of $850.00 in fees and $167.00 in expenses, as further explained in paragraphs 4, 5, and 6 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee

Applications for the Thirty-Sixth Period, dated September 13, 2010 (Docket #25397).

37th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Seventh Interim Period (Docket #25850), filed on or about December 2, 2010, in which we recommended approval of fees totaling $640,112.00 and expenses totaling $13,586.57.

These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Seventh Period, dated December 10, 2010 (Docket #25905).

38th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Eighth Interim Period (Docket #26519), filed on or about March 9, 2011, in which we recommended approval of fees totaling $321,026.50 and  expenses totaling $4,390.47.

These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Eighth Period, dated March 25, 2011 (Docket #26627).

39th Period:    Fee Auditor's Final Report Regarding Fee Application of Orrick, Herrington & Sutcliffe LLP for the Thirty-Ninth Interim Period (Docket #26860), filed on or about May 3, 2011, in which we recommended approval of fees totaling $302,144.75 and expenses totaling $3,953.67, reflecting our recommended reductions of $1,080.00 in fees and $31.00 in expenses, as further explained in paragraphs 3 and 4 of that final report.  These recommendations were

adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Ninth Period</u>, dated June 30, 2011 (Docket #27188).

40th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Fortieth Interim Period</u> (Docket #27507), filed on or about August 25, 2011, in which we recommended approval of fees totaling $480,156.25 and expenses totaling $14,626.02, reflecting our recommended reduction of $275.00 in expenses, as further explained in footnote 12 of that final report.    These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fortieth Period</u>, dated September 20, 2011 (Docket #27622).

41st Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Forty-First Interim Period</u> (Docket #27672), filed on or about September 28, 2011, in which we recommended approval of fees totaling $711,762.00 and expenses totaling $6,450.32.    These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-First Period</u>, dated December 14, 2011 (Docket #28150).

42nd Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Forty-Second Interim Period</u> (Docket #28548), filed on or about February 20, 2012, in which we recommended approval of fees totaling $486,275.25 and expenses totaling

$7,227.60, reflecting our recommended reduction of $154.00 in expenses, as further explained in footnote 12 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Second Period</u>, dated March 23, 2012 (Docket #28705).

43rd Period:    <u>Fee Auditor's Final Report Regarding Quarterly Interim Fee Application of Orrick, Herrington & Sutcliffe LLP for the Period of October 1, 2011 Through December 31, 2011</u> (Docket #28890), filed on or about May 7, 2012, in which we recommended approval of fees totaling $201,122.00 and expenses totaling $2,685.72, reflecting our recommended reductions of $1,067.50 in fees and $87.00 in expenses, as further explained in paragraphs 4, 5 and 7 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Third Period</u>, dated June 14, 2012 (Docket #29054).

44th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fourth Interim Period</u> (Docket #29449), filed on or about August 13, 2012, in which we recommended approval of fees totaling $462,548.25 and expenses totaling $7,444.37.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Fourth Period</u>, dated October 19, 2012 (Docket #29746).

45th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-</u>

<u>Fifth Interim Period</u> (Docket #29988), filed on or about December 4, 2012, in which we recommended approval of fees totaling $433,048.75 and expenses totaling $5,718.97, reflecting our recommended reductions of $81.00 in fees and $210.00 in expenses, as further explained in footnote 21 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Fifth Period</u>, dated December 11, 2012 (Docket #30036).

46th Period:    <u>Fee Auditor's Final Report Regarding Quarterly Interim Fee Application of Orrick, Herrington & Sutcliffe LLP for the Period of July 1, 2012, Through September 30, 2012</u> (Docket #30298), filed on or about February 19, 2013, in which we recommended approval of fees totaling $553,578.25 and expenses totaling $6,113.97, reflecting our recommended reduction of $51.50 in expenses, as further explained in paragraphs 5 and 6 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Sixth Period</u>, dated March 27, 2013 (Docket #30440).

47th Period:    <u>Fee Auditor's Final Report Regarding Quarterly Interim Fee Application Orrick, Herrington & Sutcliffe LLP for the Period of October 1, 2012 Through December 31, 2012</u> (Docket #30540), filed on or about April 23, 2013, in which we recommended approval of fees totaling $382,951.50 and expenses totaling $3,983.65, reflecting our recommended reduction of $659.27 in expenses, as further explained in paragraphs 4 and 5 of that final

report.  These recommendations were adopted in the <u>Order Approving</u> <u>Quarterly Fee Applications for the Forty-Seventh Period</u>, dated July 31, 2013 (Docket #30907).

48th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u> <u>with *De Minimis* or No Fee or Expense Issues for the Forty-Eighth Interim</u> <u>Period</u> (Docket #31080), filed on or about September 6, 2013, in which we recommended approval of fees totaling $293,944.50 and expenses totaling $632.05.  These recommendations were adopted in the <u>Order Approving</u> <u>Quarterly Fee Applications for the Forty-Eighth Period</u>, dated September 24, 2013 (Docket #31158).

49th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u> <u>with *De Minimis* or No Fee or Expense Issues for the Forty-Ninth Interim</u> <u>Period</u> (Docket #31404), filed on or about November 26, 2013, in which we recommended approval of fees totaling $151,218.00 and expenses totaling $2,735.14, as advisor to David T. Austern.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-</u> <u>Ninth Period</u>, dated December 17, 2013 (Docket #31482).

49th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u> <u>with *De Minimis* or No Fee or Expense Issues for the Forty-Ninth Interim</u> <u>Period</u> (Docket #31404), filed on or about November 26, 2013, in which we recommended approval of fees totaling $137,865.00 and expenses totaling $4,909.25, as advisor to Roger Frankel.  These recommendations were

adopted in the <u>Order Approving Quarterly Fee Applications for the Forty-Ninth Period</u>, dated December 17, 2013 (Docket #31482).

50th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fiftieth Interim Period</u> (Docket #31838), filed on or about March 11, 2014, in which we recommended approval of fees totaling $138,571.50 and expenses totaling $3,814.21.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fiftieth Period</u>, dated March 31, 2014 (Docket #31963).

51st Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fifty-First Interim Application Period</u> (Docket #32197), filed on or about May 13, 2014, in which we recommended approval of fees totaling $334,783.50 and expenses totaling $7,959.95.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifty-First Period</u>, dated May 23, 2014 (Docket #32216).

8.    We have reviewed the final reports and orders allowing fees and expenses for the prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods.

## CONCLUSION

9.      Thus, we recommend final approval of $27,004,456.50[4] in fees and $2,155,182.43 in expenses ($2,168,891.33[5] minus $13,708.90)[6] for Orrick's services for the Final Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

---

[4]We note that the total of the fees requested in Orrick's 33 prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is $27,055,579.00.  It appears that Orrick has  deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 7, to arrive at the figure it seeks of $27,004,456.50.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[5]We note that the total of the expenses requested in Orrick's 33 prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is $2,193,737.21.  It appears that Orrick has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 7, to arrive at the figure it seeks of $2,168,891.33.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[6]This is the amount of our recommended expense reduction for the Twentieth through Twenty-Fifth Interim Periods.  *See* paragraph 6.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 26th day of July, 2014.

_____
Warren H. Smith

## SERVICE LIST
### Notice Parties

**The Applicant**
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899