| **Expenses for Jan 1-February 3 2014** | | | | | | |
|---|---|---|---|---|---|---|
| **Invoice No. 1463062** | | | | | | |
| Date | TKPR Name | Client | Matter | Cost Code | Billed Amt | Narrative |
| 1/2/2014 | Felder, Debra | 17367 | 8 | TRV | $0.00 | VENDOR: American Express INVOICE#: 140125 DATE: 1/25/2014 |
| 1/2/2014 | Felder, Debra | 17367 | 8 | AIR | $698.70 | VENDOR: American Express INVOICE#: 140125 DATE: 1/25/2014 |
| 1/6/2014 | Felder, Debra | 17367 | 8 | TRV | $0.00 | VENDOR: American Express INVOICE#: 140125 DATE: 1/25/2014 |
| 1/7/2014 | Frankel, Roger | 17367 | 8 | TEL | $0.00 | VENDOR: Arkadin / Conference Plus, Inc. INVOICE#: 191663012014 DATE: 1/31/2014 |
| 1/8/2014 | Fullem, Debra O'Denise | 17367 | 8 | OSSVCS | $123.39 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42013; DATE: 1/8/2014 - DC-DC\id#176776\mkm-Public Access to Court Electronic Records 10/01-12/31/2013 acct. # OH0272 |
| 1/8/2014 | Felder, Debra | 17367 | 8 | OSSVCS | $163.59 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42013; DATE: 1/8/2014 - DC-DC\id#176776\mkm-Public Access to Court Electronic Records 10/01-12/31/2013 acct. # OH0272 |
| 1/8/2014 | Fullem, Debra O'Denise | 17367 | 10 | OSSVCS | $42.90 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42013; DATE: 1/8/2014 - DC-DC\id#176776\mkm-Public Access to Court Electronic Records 10/01-12/31/2013 acct. # OH0272 |

| Date | Name | Number | Qty | Code | Amount | Description |
|---|---|---|---|---|---|---|
| 1/8/2014 | Fullem, Debra O'Denise | 17367 | 11 | OSSVCS | $128.49 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42013; DATE: 1/8/2014 - DC-DC\id#176776\mkm-Public Access to Court Electronic Records 10/01-12/31/2013 acct. # OH0272 |
| 1/8/2014 | Fullem, Debra O'Denise | 17367 | 13 | OSSVCS | $25.50 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42013; DATE: 1/8/2014 - DC-DC\id#176776\mkm-Public Access to Court Electronic Records 10/01-12/31/2013 acct. # OH0272 |
| 1/8/2014 | Washington, DC, Office | 17367 | 10 | OSSVCS | $54.90 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42013; DATE: 1/8/2014 - DC-DC\id#176776\mkm-Public Access to Court Electronic Records 10/01-12/31/2013 acct. # OH0272 |
| 1/8/2014 | Washington, DC, Office | 17367 | 11 | OSSVCS | $104.09 | VENDOR: Pacer Service Center; INVOICE#: OH0272-Q42013; DATE: 1/8/2014 - DC-DC\id#176776\mkm-Public Access to Court Electronic Records 10/01-12/31/2013 acct. # OH0272 |
| 1/9/2014 | DeWitt, Amy | 17367 | 8 | WP1 | $0.00 | |
| 1/9/2014 | Benham, Stephanie T. | 17367 | 8 | WP1 | $0.00 | |
| 1/10/2014 | Fullem, Debra O'Denise | 17367 | 8 | DUPLI | $61.70 | 617 Copies |
| 1/10/2014 | Fullem, Debra O'Denise | 17367 | 8 | DUPLI | $57.80 | 578 Copies |
| 1/10/2014 | Wyron, Richard | 17367 | 8 | AIR | $885.12 | VENDOR: Wyron, Richard H.; INVOICE#: 011014; DATE: 1/10/2014 - dc/dd/s#176244/bm - Travel to NY for effective Date Planning in NY 1/9/14 - 1/10/14 |
| 1/10/2014 | Wyron, Richard | 17367 | 8 | LTRV | $5.60 | VENDOR: Wyron, Richard H.; INVOICE#: 011014; DATE: 1/10/2014 - dc/dd/s#176244/bm - Travel to NY for effective Date Planning in NY 1/9/14 - 1/10/14 |

| Date | Name | | | | Amount | Description |
|---|---|---|---|---|---|---|
| 1/10/2014 | Wyron, Richard | 17367 | 8 | PARK | $36.00 | VENDOR: Wyron, Richard H.; INVOICE#: 011014; DATE: 1/10/2014 - dc/dd/s#176244/bm - Travel to NY for effective Date Planning in NY 1/9/14 - 1/10/14 |
| 1/13/2014 | Reyes, Patricia | 17367 | 8 | WP | $0.00 | WR GRACE LABELS Word Processing; 00:02 |
| 1/13/2014 | Wyron, Richard | 17367 | 8 | TRV | $0.00 | VENDOR: American Express INVOICE#: 140125 DATE: 1/25/2014 |
| 1/13/2014 | Felder, Debra | 17367 | 8 | TRV | $0.00 | VENDOR: American Express INVOICE#: 140125 DATE: 1/25/2014 |
| 1/13/2014 | Felder, Debra | 17367 | 8 | AIR | $698.70 | VENDOR: American Express INVOICE#: 140125 DATE: 1/25/2014 |
| 1/19/2014 | Wyron, Richard | 17367 | 8 | TAXI | $50.90 | VENDOR: XYZ INVOICE#: 1516686 DATE: 1/22/2014 |
| 1/21/2014 | Fullem, Debra O'Denise | 17367 | 10 | POST | $113.15 | POSTAGE |
| 1/21/2014 | Fullem, Debra O'Denise | 17367 | 12 | POST | $113.15 | POSTAGE |
| 1/21/2014 | Fullem, Debra O'Denise | 17367 | 12 | POST | $8.20 | POSTAGE |
| 1/21/2014 | Williams Lea, DC office | 17367 | 10 | PRINT | $50.20 | 502 Pages Printed |
| 1/21/2014 | Williams Lea, DC office | 17367 | 10 | PRINT | $51.00 | 510 Pages Printed |
| 1/21/2014 | Williams Lea, DC office | 17367 | 12 | PRINT | $50.20 | 502 Pages Printed |
| 1/21/2014 | Williams Lea, DC office | 17367 | 12 | PRINT | $51.00 | 510 Pages Printed |
| 1/21/2014 | Williams Lea, DC office | 17367 | 12 | PRINT | $0.20 | 2 Pages Printed |
| 1/22/2014 | Felder, Debra | 17367 | 8 | TRV | $0.00 | VENDOR: American Express INVOICE#: 140125 DATE: 1/25/2014 |
| 1/22/2014 | Felder, Debra | 17367 | 8 | AIR | $349.35 | VENDOR: American Express INVOICE#: 140125 DATE: 1/25/2014 |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.30 | 63 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.90 | 59 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.70 | 67 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.40 | 64 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.30 | 23 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.70 | 37 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.40 | 34 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.80 | 68 Pages Printed |

| Date | Name | | | Type | Amount | Description |
|---|---|---|---|---|---|---|
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.40 | 64 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.40 | 64 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $7.20 | 72 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.50 | 5 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.50 | 5 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.70 | 7 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.30 | 3 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.40 | 4 Pages Printed |
| 1/23/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.60 | 26 Pages Printed |
| 1/23/2014 | Felder, Debra | 17367 | 8 | TAXI | $48.99 | VENDOR: Felder, Debra; INVOICE#: 012314; DATE: 1/23/2014 - dc/dd/s#176826/bm - Meeting in NY re effective date issues in NY 1/9/14 |
| 1/23/2014 | Felder, Debra | 17367 | 8 | PARK | $22.00 | VENDOR: Felder, Debra; INVOICE#: 012314; DATE: 1/23/2014 - dc/dd/s#176826/bm - Meeting in NY re effective date issues in NY 1/9/14 |
| 1/23/2014 | Felder, Debra | 17367 | 8 | TRVML | $10.64 | VENDOR: Felder, Debra; INVOICE#: 012314; DATE: 1/23/2014 - dc/dd/s#176826/bm - Meeting in NY re effective date issues in NY 1/9/14 |
| 1/24/2014 | Frankel, Roger | 17367 | 8 | TAXI | $50.90 | VENDOR: XYZ; INVOICE#: 1518154; DATE: 02/05/2014 - NY-NY\id#177339\mkm-VENDOR: XYZ INVOICE#: 1518154 DATE: 02/05/2014  taxi acct. # 37000 |
| 1/28/2014 | Felder, Debra | 17367 | 8 | BUSML | $104.79 | VENDOR: Flik Compass Group USA; INVOICE#: X19994414; DATE: 01/31/2014 - DC-DC\id#177663\mkm-Catering period 4'14 ended Jan. 2014 |
| 1/29/2014 | Fullem, Debra O'Denise | 17367 | 8 | DUPLI | $89.40 | 894 Copies |
| 1/29/2014 | Fullem, Debra O'Denise | 17367 | 8 | CLDUPL | $187.69 | 1877 Copies |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.20 | 12 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $20.40 | 204 Pages Printed |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $18.90 | 189 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.10 | 51 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $12.00 | 120 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.90 | 39 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $20.70 | 207 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $19.80 | 198 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.90 | 69 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.60 | 6 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $8.40 | 84 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $7.20 | 72 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.10 | 21 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $12.60 | 126 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $10.80 | 108 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $21.60 | 216 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $23.10 | 231 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $20.70 | 207 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $20.70 | 207 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $10.50 | 105 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.90 | 9 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.40 | 24 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.80 | 18 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.30 | 33 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.60 | 66 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $21.00 | 210 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $7.50 | 75 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.20 | 12 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $20.40 | 204 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $18.90 | 189 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $5.10 | 51 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $20.70 | 207 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $19.80 | 198 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.90 | 69 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.60 | 6 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $8.40 | 84 Pages Printed |

| Date | Name | | | Type | Amount | Description |
|---|---|---|---|---|---|---|
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $7.20 | 72 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.10 | 21 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $12.60 | 126 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $10.80 | 108 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $21.60 | 216 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $23.10 | 231 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $20.70 | 207 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $10.50 | 105 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $0.90 | 9 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $2.40 | 24 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $1.80 | 18 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.30 | 33 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $3.30 | 33 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.60 | 66 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $21.00 | 210 Pages Printed |
| 1/29/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $7.50 | 75 Pages Printed |
| 1/29/2014 | Fullem, Debra O'Denise | 17367 | 8 | PRINT | $0.60 | 6 Pages Printed |
| 1/29/2014 | Fullem, Debra O'Denise | 17367 | 8 | EXPDEL | $25.28 | VENDOR: Federal Express Corp INVOICE#: 255188117 DATE: 2/6/2014 |
| 1/29/2014 | Fullem, Debra O'Denise | 17367 | 9 | EXPDEL | $18.56 | VENDOR: Federal Express Corp INVOICE#: 255188117 DATE: 2/6/2014 |
| 1/30/2014 | Fullem, Debra O'Denise | 17367 | 8 | DUPLI | $103.29 | 1033 Copies |
| 1/31/2014 | Fullem, Debra O'Denise | 17367 | 8 | POST | $553.25 | POSTAGE |
| 1/31/2014 | Fullem, Debra O'Denise | 17367 | 8 | POST | $10.00 | POSTAGE |
| 1/31/2014 | Fullem, Debra O'Denise | 17367 | 8 | DUPLI | $1,721.11 | 17212 Copies |
| 1/31/2014 | Williams Lea, DC office | 17367 | 8 | PRINT | $6.30 | 63 Pages Printed |
| 2/4/2014 | Felder, Debra | 17367 | 8 | AIR | $310.89 | VENDOR: Felder, Debra; INVOICE#: 020414; DATE: 2/4/2014 - dc/dd/s#177167/bm - Conference with plan proponents re effective date documents in NY 1/15/14 - 1/23/14 |

| Date | Name | | | Category | Amount | Description |
|---|---|---|---|---|---|---|
| 2/4/2014 | Felder, Debra | 17367 | 8 | TAXI | $67.26 | VENDOR: Felder, Debra; INVOICE#: 020414; DATE: 2/4/2014 - dc/dd/s#177167/bm - Conference with plan proponents re effective date documents in NY 1/15/14 - 1/23/14 |
| 2/4/2014 | Felder, Debra | 17367 | 8 | PARK | $40.00 | VENDOR: Felder, Debra; INVOICE#: 020414; DATE: 2/4/2014 - dc/dd/s#177167/bm - Conference with plan proponents re effective date documents in NY 1/15/14 - 1/23/14 |
| 2/4/2014 | Felder, Debra | 17367 | 8 | TRV | $440.39 | VENDOR: Felder, Debra; INVOICE#: 020414; DATE: 2/4/2014 - dc/dd/s#177167/bm - Conference with plan proponents re effective date documents in NY 1/15/14 - 1/23/14 |
| 2/4/2014 | Felder, Debra | 17367 | 8 | TRVML | $34.79 | VENDOR: Felder, Debra; INVOICE#: 020414; DATE: 2/4/2014 - dc/dd/s#177167/bm - Conference with plan proponents re effective date documents in NY 1/15/14 - 1/23/14 |
| 2/4/2014 | Felder, Debra | 17367 | 8 | AIR | $631.24 | VENDOR: Felder, Debra; INVOICE#: 020414A; DATE: 2/4/2014 - dc/dd/s#177167/bm - Participate in effective date closing of plan in NY 2/2/14 - 2/3/14 |
| 2/4/2014 | Felder, Debra | 17367 | 8 | PARK | $42.00 | VENDOR: Felder, Debra; INVOICE#: 020414A; DATE: 2/4/2014 - dc/dd/s#177167/bm - Participate in effective date closing of plan in NY 2/2/14 - 2/3/14 |

| Date | Name | | | | Amount | Description |
|---|---|---|---|---|---|---|
| 2/4/2014 | Felder, Debra | 17367 | 8 | TRV | $463.33 | VENDOR: Felder, Debra; INVOICE#: 020414A; DATE: 2/4/2014 - dc/dd/s#177167/bm - Participate in effective date closing of plan in NY 2/2/14 - 2/3/14 |
| 2/4/2014 | Felder, Debra | 17367 | 8 | TRVML | $2.28 | VENDOR: Felder, Debra; INVOICE#: 020414A; DATE: 2/4/2014 - dc/dd/s#177167/bm - Participate in effective date closing of plan in NY 2/2/14 - 2/3/14 |
| 2/6/2014 | Fullem, Debra O'Denise | 17367 | 8 | DUPLI | $204.39 | 2044 Copies |
| **Total** | | | | | **$ 9,728.20** | |