## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.**, ***et al.***, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (KJC)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING APPLICATION OF KIRKLAND & ELLIS LLP FOR THE MONTHLY INTERIM PERIOD FROM JANUARY 1, 2014, THROUGH FEBRUARY 3, 2014 AND THE FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 2, 2001 THROUGH FEBRUARY 3, 2014

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Application of Kirkland & Ellis LLP for the Monthly Interim Period from January 1, 2014, through February 3, 2014 and the Final Fee Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses for the Period from April 2, 2001 through February 3, 2014 (the "Applications").

### BACKGROUND

1.      Kirkland & Ellis LLP ("K&E") was retained as counsel to the Debtors.  In the Applications, K&E seeks approval of fees and expenses as follows: fees totaling $1,473,374.00 and expenses totaling $57,174.18 for its services from January 1, 2014, through February 3, 2014 (the

"January 2014 Monthly Interim Period"), and final approval of fees totaling $155,582,791.10[1] and expenses totaling $44,676,058.42[2] for its services from April 2, 2001 through February 3, 2014 (the "Final Application Period").

2.    In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We emailed an inquiry to K&E based upon our review, and we received a response from K&E, portions of which response are quoted herein.

**DISCUSSION**

---

[1] We note that the total of the fees requested in K&E's 51 prior fee applications, plus the compensation sought for the January 2014 Monthly Interim Period, is $154,400,885.65.  It appears that K&E has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 8, to arrive at the figure it seeks of $155,582,791.10.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[2] We note that the total of the expenses requested in K&E's 51 prior fee applications, plus the expenses sought for the January 2014 Monthly Interim Period, is $44,402,519.30.  It appears that K&E has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 8, to arrive at the figure it seeks of $44,676,058.42.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

## January 2014 Monthly Interim Period

3.      We note for informational purposes that Kirkland & Ellis billed the time of the

following partners at rates in excess of $1,000.00 per hour:

Keith S. Crow, P.C.    12.70 hours at $1,035.00 per hour, for total fees of $13,144.50

John Donley, P.C.      85.30 hours at $1,025.00 per hour, for total fees of $87,432.50

Scott J. Gordon        24.90 hours at $1,025.00 per hour, for total fees of $25,522.50

Todd F. Maynes, P.C. 8.50 hours at $1,225.00 per hour, for total fees of $10,412.50

Christian O. Nagler    4.50 hours at $1,015.00 per hour, for total fees of $4,669.00

4.      We noted the following air fares for which more information was needed:

| 1/02/2014 | 1,116.02 | J. Michael Jones, Airfare, New York, NY, 01/08/2014 to 01/09/2014, Client meetings |
|---|---|---|
| 1/10/2014 | 1,318.84 | Adam Paul, Airfare, New York, NY, 01/22/2014 to 01/23/2014, Meetings |
| 1/17/2014 | 1,141.44 | J. Michael Jones, Airfare, New York, NY, 01/22/2014 to 01/23/2014, Client meetings |
| 1/24/2014 | 1,432.53 | Adam Paul, Airfare, New York, NY, 02/03/2014 to 02/05/2014, Meetings |

In response to our inquiry, K&E stated:

Please see the attached chart to find the information you requested regarding certain flights.  Please note that for the first class flights, the fares were charged at the lowest refundable coach class fare.

K&E's chart is attached as Response Exhibit 1.  We note that the $1,116.02 and $1,141.44 round

trip fares from Chicago to New York (LaGuardia) both included a business class leg.  We researched

the cost of a flexible, economy, round trip fare from O'Hare to LaGuardia and found the cost to be

$1,083.00.[3]  Thus, we recommend that reimbursement for both of these fares be reduced to

---

[3]This fare includes the cost of one checked bag.

$1,083.00, for a total reduction of $91.46.  We inquired further of K&E concerning the $1,318.84 fare from Chicago to New York (LaGuardia) to Denver to Vail, and the $1,432.53 fare from Chicago to New York (LaGuardia) to Denver to Salt Lake City, and based upon K&E's response, determined that the return legs from New York to Vail and from New York to Salt Lake City were occasioned by matters other than those pertaining to W.R. Grace.  Because we do not believe the estate should be responsible for the added expense of the flights to Vail and Salt Lake City, we recommend that reimbursement for both of these trips be reduced to $1,083.00, which is the cost of a flexible, economy round-trip fare from Chicago to New York (LaGuardia) and back to the professional's home in Chicago.  This results in a total reduction of $585.37.  Thus, for the foregoing flights, we recommend a reduction of $676.83 in expenses.

5.    We noted the following meal expense which slightly exceeded our recommended cap for New York City:

| | | |
|---|---|---|
| 1/02/2014 | 225.00 | Adam Paul, Travel Meal with Others, New York, NY, Meeting, Dinner for 3 people |

Our recommended dinner cap for New York is $70.00 per person, or $210.00 for three people.  We asked K&E if it would accept a reduction for this expense to $210.00, and K&E responded: "K&E accepts the $15.00 reduction for the meal expense incurred on January 2, 2014."  We appreciate K&E's response and recommend a reduction of $15.00 in expenses.

6.    Thus, we recommend approval of $1,473,374.00 in fees and $56,482.35 in expenses ($57,174.18 minus $691.83) for K&E's services for the January 2014 Monthly Interim Period.

### Final Application Period

7.    We note that included in K&E's final fee request are fees totaling $2,634,559.50 and expenses totaling $318,559.28 which the Court approved for K&E in fraudulent conveyance Adversary Proceeding Nos. 02-2210 and 02-2211 (the "Sealed Air Proceedings").  We did not

review these fees and expenses, and we therefore make no recommendation, and take no position, concerning their final approval in this report.

<u>**Prior Interim Applications**</u>

8.      We note that we previously filed the following final reports for K&E's prior interim applications, which final reports we incorporate by reference herein, and we also note the following orders that ruled on K&E's prior interim fee applications:

1st - 3rd Periods:    <u>Fee Auditor's Final Report Regarding Interim Application of Kirkland & Ellis for the First, Second, and Third Interim Periods</u> (Docket #2866), filed on or about October 24, 2002, in which we recommended approval of fees totaling $4,544,238.00 and expenses totaling $321,555.72, reflecting our recommended reduction of $25,428.00 in fees, as further explained in paragraphs 9, 13, 16 and 17 of that final report.  The Court approved $4,565,461.00 in fees and $321,555.72 in expenses in the <u>Order Approving Quarterly Fee Applications for the First, Second and Third Periods</u>, dated November 25, 2002 (Docket #3091).

4th Period:    <u>Fee Auditor's Final Report Regarding Fourth Interim Quarterly Fee Application of Kirkland & Ellis for the Fourth Period</u> (Docket #2544), filed on or about August 15, 2002, in which we recommended approval of fees totaling $1,245,118.95 and expenses totaling $98,053.90, reflecting our recommended reductions of $36,583.55 in fees and $4,460.48 in expenses, as further explained in paragraphs 4, 6, 8, 12, 15 and 21 of that final report. The Court approved $1,281,702.50 in fees and $101,656.38 in expenses in the <u>Order Approving Quarterly Fee Applications for the Fourth Period</u>, dated

October 9, 2002 (Docket #2797).

5th Period:     <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Fifth Interim Period</u> (Docket #2953), filed on or about November 8, 2002, in which we recommended approval of fees totaling $981,666.50 and expenses totaling $67,169.24, reflecting our recommended reduction of $7,443.50 in fees, as further explained in paragraphs 6, 7 and 12 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifth Period</u>, dated November 25, 2002 (Docket #3092).

6th Period:     <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Sixth Interim Period</u> (Docket #3318), filed on or about February 5, 2003, in which we recommended approval of fees totaling $918,624.50 and expenses totaling $134,478.90, reflecting our recommended reduction of $955.27 in expenses, as further explained in paragraphs 9 and 11 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Sixth Period</u>, dated March 14, 2003 (Docket #3511).

7th Period:     <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Seventh Interim Period</u> (Docket #3668), filed on or about April 15, 2003, in which we recommended approval of fees totaling $459,440.50 and expenses totaling $18,467.74, reflecting our recommended reduction of $128.10 in expenses, as further explained in paragraphs 9 and 10 of that final report.  These recommendations were adopted in the <u>Order Approving</u>

Quarterly Fee Applications for the Seventh Period, dated July 28, 2003 (Docket #4157).

8th Period:     Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Eighth Interim Period (Docket #4068), filed on or about July 17, 2003, in which we recommended approval of fees totaling $524,045.50 and expenses totaling $16,881.70, reflecting our recommended reduction of $102.00 in fees, as further explained in paragraph 8 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Eighth Period, dated September 22, 2003 (Docket #4480).

9th Period:     Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Ninth Interim Period (Docket #4595), filed on or about October 21, 2003, in which we recommended approval of fees totaling $357,346.00 and expenses totaling $11,183.48, reflecting our recommended reductions of $2,291.00 in fees and $74.84 in expenses, as further explained in paragraphs 5, 6 and 8 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Ninth Period, dated December 15, 2003 (Docket #4827).

10th Period:    Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Tenth Interim Period (Docket #5217), filed on or about March 4, 2004, in which we recommended approval of fees totaling $533,606.00 and expenses totaling $20,062.56. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Tenth Period, dated

April 26, 2004 (Docket #5482).

11th Period:    Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Eleventh Interim Period (Docket #5659), filed on or about May 28, 2004, in which we recommended approval of fees totaling $756,838.00 and expenses totaling $20,717.44, reflecting our recommended reduction of $682.00 in fees, as further explained in paragraph 3 of that final report.

These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Eleventh Period, dated June 16, 2004 (Docket #5822).

12th Period:    Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Twelfth Interim Period (Docket #6258), filed on or about August 25, 2004, in which we recommended approval of fees totaling $1,134,755.00 and expenses totaling $56,439.68, reflecting our recommended reduction of $2,225.50 in fees, as further explained in paragraph 6 of that final report.

These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twelfth Period, dated September 27, 2004 (Docket #6465).

13th Period:    Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Thirteenth Interim Period (Docket #6978), filed on or about November 18, 2004, in which we recommended approval of fees totaling $918,960.50 and expenses totaling $35,557.55, reflecting our recommended reductions of $5,739.50 in fees and $76.59 in expenses, as further explained in paragraphs 3, 4 and 5 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirteenth

Period, dated January 26, 2005 (Docket #7622).

14th Period: Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Fourteenth Interim Period (Docket #7976), filed on or about March 7, 2005, in which we recommended approval of fees totaling $2,298,879.00 and expenses totaling $105,176.56, reflecting our recommended reductions of $7,740.50 in fees and $1,233.81 in expenses, as further explained in paragraphs 3, 7, 8, 10 and 11 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fourteenth Period, dated March 22, 2005 (Docket #8081).

15th Period: Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Fifteenth Interim Period (Docket #8560), filed on or about June 6, 2005, in which we recommended approval of fees totaling $2,279,008.50 and expenses totaling $110,200.64, reflecting our recommended reductions of $7,391.50 in fees and $2,432.78 in expenses, as further explained in paragraphs 5, 6, 8, 9 and 11 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fifteenth Period, dated June 29, 2005 (Docket #8728).

16th Period: Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Sixteenth Interim Period (Docket #9376), filed on or about September 9, 2005, in which we recommended approval of fees totaling $2,833,566.00 and expenses totaling $162,482.21, reflecting our recommended reductions of $15,302.50 in fees and $365.90 in expenses, as further explained in paragraphs 3, 5, 6, and 7 of that final report. These recommendations were

adopted in the <u>Order Approving Quarterly Fee Applications for the Sixteenth Period</u>, dated September 27, 2005 (Docket #9513).

17th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Seventeenth Interim Period</u> (Docket #11139), filed on or about November 22, 2005, in which we recommended approval of fees totaling $2,894,660.00 and expenses totaling $143,530.87, reflecting our recommended reductions of $1,137.50 in fees and $51.88 in expenses, as further explained in paragraphs 3 and 5 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Seventeenth Period</u>, dated December 21, 2005 (Docket #11402).

18th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Eighteenth Interim Period</u> (Docket #12017), filed on or about March 9, 2006, in which we recommended approval of fees totaling $4,655,239.50 and expenses totaling $378,588.48, reflecting our recommended reductions of $7,917.00 in fees and $414.74 in expenses, as further explained in paragraphs 4, 5, 6, and 7 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Eighteenth Period</u>, dated March 27, 2006 (Docket #12121).

19th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Nineteenth Interim Period</u> (Docket #12626), filed on or about June 12, 2006, in which we recommended approval of fees totaling $4,978,349.00 and expenses totaling $453,367.08, reflecting our recommended reductions of $6,066.00 in fees and $2,638.44 in expenses, as further explained in

paragraphs 4, 5, and 6 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Nineteenth Period, dated June 16, 2006 (Docket #12660).

20th Period:    Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Twentieth Interim Period (Docket #13177), filed on or about September 8, 2006, in which we recommended approval of fees totaling $4,942,401.50 and expenses totaling $1,256,429.49, reflecting our recommended reductions of $9,684.00 in fees and $247.00 in expenses, as  further explained in paragraphs 4, 5, 6, 7 and 8 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twentieth Period, dated September 26, 2006 (Docket #13298).

21st Period:    Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Twenty-First Interim Period (Docket #13927), filed on or about December 5, 2006, in which we recommended approval of fees totaling $5,096,175.50 and expenses totaling $1,331,919.73,  reflecting our recommended reduction of $1,230.06 in expenses, as  further explained in paragraphs 7, 8, 10 and 11 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-First Period, dated December 19, 2006 (Docket #14069).

22nd Period:    Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Twenty-Second Interim Period (Docket #14804), filed on or about March 8, 2007, in which we recommended approval of fees totaling $5,984,268.75 and expenses totaling $986,255.71, reflecting our recommended reductions of

$8,612.25 in fees and   $1,688.00 in expenses, as further explained in paragraphs 3, 6, 8, 13 and 14 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Second Period</u>, dated May 3, 2007 (Docket #15494).

23rd Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Twenty-Third Interim Period</u> (Docket #15973), filed on or about June 6, 2007, in which we recommended approval of fees totaling $5,155,238.00 and expenses totaling $2,730,927.75, reflecting our recommended reduction of $1,460.00 in fees, as further explained in paragraph 3 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Third Period</u>, dated June 20, 2007 (Docket #16105).

24th Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Twenty-Fourth Interim Period</u> (Docket #16773), filed on or about August 31, 2007, in which we recommended approval of fees totaling $5,547,606.50 and expenses totaling $1,913,453.63, reflecting our recommended reduction of $4,752.50 in fees, as further explained in paragraphs 3 and 4 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fourth Period</u>, dated September 25, 2007 (Docket #16916).

25th Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis for the Twenty-Fifth Interim Period</u> (Docket #17529), filed on or about December 3, 2007, in which we recommended approval of fees totaling $5,801,255.00

and expenses totaling $5,289,061.49, reflecting our recommended reduction of $4,762.50 in fees, as further explained in paragraphs 3 and 4 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fifth Period</u>, dated December 13, 2007 (Docket #17629).

26th Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twenty-Sixth Interim Period</u> (Docket #18122), filed on or about February 26, 2008, in which we recommended approval of fees totaling $6,009,675.50 and expenses totaling $6,648,308.35, reflecting our recommended reduction of $15,590.50 in fees, as further explained in paragraphs 3 and 4 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Sixth Period</u>, dated March 12, 2008 (Docket #18270).

27th Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twenty-Seventh Interim Period</u> (Docket #18798), filed on or about May 28, 2008, in which we recommended approval of fees totaling $7,179,358.50 and expenses totaling $4,071,035.37, reflecting our recommended reductions of $4,381.00 in fees and $735.64 in expenses, as further explained in paragraphs 3 and 5 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Seventh Period</u>, dated June 23, 2008 (Docket #18989).

28th Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis</u>

LLP for the Twenty-Eighth Interim Period (Docket #19426), filed on or about August 29, 2008, in which we recommended approval of fees totaling $7,258,924.50 and expenses totaling $4,740,246.26, reflecting our recommended reductions of $4,247.50 in fees and $2,610.91 in expenses, as further explained in paragraphs 3, 4, 6, 7, 8, and 9 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Eighth Period, dated October 1, 2008 (Docket #19663).

29th Period:    Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Twenty-Ninth Interim Period (Docket #20115), filed on or about November 21, 2008, in which we recommended approval of fees totaling $5,837,573.00 and expenses totaling $2,735,591.33, reflecting our recommended reductions of $532.50 in fees and $2,037.80 in expenses, as further explained in paragraphs 7, 8 and 9 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Ninth Period, dated December 17, 2008 (Docket #20283).

30th Period:    Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Thirtieth Interim Period (Docket #20948), filed on or about March 9, 2009, in which we recommended approval of fees totaling $6,746,495.50 and expenses totaling $633,229.34, reflecting our recommended reductions of $2,029.50 in fees and $3,687.79 in expenses, as further explained in paragraphs 3, 4, 5, 6 and 7 of that final report. These recommendations were

adopted in the <u>Order Approving Quarterly Fee Applications for the Thirtieth Period</u>, dated April 2, 2009 (Docket #21173).

31st Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Thirty-First Interim Period</u> (Docket #21550), filed on or about May 6, 2009, in which we recommended approval of fees totaling $7,724,905.50 and expenses totaling $1,289,347.54, reflecting our recommended reductions of $16,455.00 in fees and $1,158.15 in expenses, as further explained in paragraphs 4, 7 and 8 of that final report.   These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-First Period</u>, dated July 7, 2009 (Docket #22354).

32nd Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Thirty-Second Interim Period</u> (Docket #23239), filed on or about September 15, 2009, in which we recommended approval of fees totaling $10,198,760.20 and expenses totaling $2,964,767.50, reflecting our recommended reductions of $906,426.30 in fees and $494.70 in expenses, as further explained in paragraphs 3, 16  and 17 of that final report.   These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Second Period</u>, dated September 28, 2009 (Docket #23352).

33rd Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Thirty-Third Interim Period</u> (Docket #23926), filed on or about December 3, 2009, in which we recommended approval of fees totaling $6,594,833.00 and expenses totaling $2,315,190.63, reflecting our

recommended reductions of $398,967.50 in fees and $1,786.58 in expenses, as further explained in paragraphs 3, 5, 6, 8, 9, 12, 13 and 14 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Third Period</u>, dated December 11, 2009 (Docket #23996).

34rd Period:   <u>Fee Auditor's Final Report Regarding Fee Application of Kirkland & Ellis LLP for the Thirty-Fourth Interim Period</u> (Docket #24361), filed on or about February 25, 2010, in which we recommended approval of fees totaling $6,407,674.15 and expenses totaling $1,166,546.10, reflecting our recommended reduction of $1,209.50 in fees, as further explained in paragraph 9 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Fourth Period</u>, dated March 19, 2010 (Docket #24470).

35th Period:   <u>Fee Auditor's Final Report Regarding the Thirty-Fifth Quarterly Fee Application of Kirkland & Ellis LLP for the Interim Period of October 1, 2009 through December 31, 2009</u> (Docket #24749), filed on or about May 10, 2010, in which we recommended approval of fees totaling $3,387,163.00 and expenses totaling $959,355.64, reflecting our recommended reductions of $730.00 in fees and $7,437.50 in expenses, as further explained in paragraphs 3, 5 and 9 of that final report.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Fifth Period</u>, dated June 7, 2010 (Docket #24917).

36th Period:   <u>Fee Auditor's Final Report Regarding Thirty-Sixth Quarterly Fee Application</u>

of Kirkland & Ellis LLP for the Interim Period of January 1, 2012 through March 31, 2010 (Docket #25333), filed on or about September 3, 2010, in which we recommended approval of fees totaling $1,503,227.50 and expenses totaling $228,637.78, reflecting our recommended reduction of $1,312.50 in expenses, as further explained in paragraph 6 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Sixth Period, dated September 13, 2010 (Docket #25397).

37th Period:   Fee Auditor's Final Report Regarding Thirty-Seventh Quarterly Fee Application of Kirkland & Ellis LLP for the Interim Period of April 1, 2010 through June 30, 2010 (Docket #25773), filed on or about November 18, 2010, in which we recommended approval of fees totaling $980,039.50 and expenses totaling $401,280.99.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Seventh Period, dated December 10, 2010 (Docket #25905).

38th Period:   Fee Auditor's Final Report Regarding Thirty-Eighth Quarterly Fee Application of Kirkland & Ellis LLP for the Interim Period of July 1, 2010 through September 30, 2010 (Docket #26408), filed on or about February 24, 2011, in which we recommended approval of fees totaling $562,760.50 and expenses totaling $17,430.32, reflecting our recommended reduction of $5,852.41 in expenses, as further explained in paragraph 3 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Eighth Period, dated March 25, 2011 (Docket

#26627).

39th Period:   Fee Auditor's Final Report Regarding Thirty-Ninth Quarterly Fee Application of Kirkland & Ellis LLP for the Interim Period of October 1, 2010 through December 31, 2010 (Docket #26861), filed on or about May 3, 2011, in which we recommended approval of fees totaling $768,334.50 and expenses totaling $16,425.52, reflecting our recommended reduction of $5,182.77 in expenses, as further explained in paragraph 5 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Ninth Period, dated June 30, 2011 (Docket #27188).

40th Period:   Fee Auditor's Final Report Regarding the Fortieth Quarterly Fee Application of Kirkland & Ellis LLP for the Interim Period of January 1, 2011 through March 31, 2011 (Docket #27208), filed on or about July 1, 2011, in which we recommended approval of fees totaling $1,418,667.00 and expenses totaling $39,971.39, reflecting our recommended reductions of $1,067.00 in fees and $179.00 in expenses, as further explained in paragraphs 3, 4 and 7 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fortieth Period, dated September 20, 2011 (Docket #27622).

41st Period:   Fee Auditor's Final Report Regarding Forty-First Quarterly Fee Application of Kirkland & Ellis LLP for the Interim Period of April 1, 2011 through June 30, 2011 (Docket #27695), filed on or about September 29, 2011, in which we recommended approval of fees totaling $2,162,103.00 and expenses totaling

$78,639.68, reflecting our recommended reductions of $3,502.50 in fees and $149.00 in expenses, as further explained in paragraphs 3, 6 and 7 of that final report.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-First Period, dated December 14, 2011 (Docket #28150).

42nd Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Forty-Second Interim Period (Docket #28548), filed on or about February 20, 2012, in which we recommended approval of fees totaling $847,526.50 and expenses totaling $32,343.05.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Second Period, dated March 23, 2012 (Docket #28705).

43rd Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Forty-Third Interim Period (Docket #28900), filed on or about May 9, 2012, in which we recommended approval of fees totaling $483,607.50 and expenses totaling $11,495.65. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Third Period, dated June 14, 2012 (Docket #29054).

44th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Forty-Fourth Interim Period (Docket #29449), filed on or about August 13, 2012, in which we recommended approval of fees totaling $1,238,051.50 and expenses totaling

$15,500.45.  These recommendations were adopted in the <u>Order Approving</u> <u>Quarterly Fee Applications for the Forty-Fourth Period</u>, dated October 19, 2012 (Docket #29746).

45th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee</u> <u>Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fifth</u> <u>Interim Period</u> (Docket #29988), filed on or about December 4, 2012, in which we recommended approval of fees totaling $986,840.00 and expenses totaling $25,532.24.  These recommendations were adopted in the <u>Order Approving</u> <u>Quarterly Fee Applications for the Forty-Fifth Period</u>, dated December 11, 2012 (Docket #30036).

46th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with</u> <u>*De Minimis* or No Fee or Expense Issues for the Forty-Sixth Interim Period</u> (Docket #30382), filed on or about March 7, 2013, in which we recommended approval of fees totaling $1,416,777.00 and expenses totaling $26,961.99. These recommendations were adopted in the <u>Order Approving Quarterly Fee</u> <u>Applications for the Forty-Sixth Period</u>, dated March 27, 2013 (Docket #30440).

47th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee</u> <u>Applications with *De Minimis* or No Fee or Expense Issues for the Forty-</u> <u>Seventh Interim Period</u> (Docket #30840), filed on or about July 17, 2013, in which we recommended approval of fees totaling $1,657,730.50 and expenses totaling $31,425.99.  These recommendations were adopted in the <u>Order</u> <u>Approving Quarterly Fee Applications for the Forty-Seventh Period</u>, dated

July 31, 2013 (Docket #30907).

48th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with

_De Minimis_ or No Fee or Expense Issues for the Forty-Eighth Interim Period

(Docket #31080), filed on or about September 6, 2013, in which we

recommended approval of fees totaling $1,587,846.00 and expenses totaling

$59,992.66.  These recommendations were adopted in the Order Approving

Quarterly Fee Applications for the Forty-Eighth Period, dated September 24,

2013 (Docket #31158).

49th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with

_De Minimis_ or No Fee or Expense Issues for the Forty-Ninth Interim Period

(Docket #31404), filed on or about November 26, 2013, in which we

recommended approval of fees totaling $1,760,946.00 and expenses totaling

$81,367.23.  These recommendations were adopted in the Order Approving

Quarterly Fee Applications for the Forty-Ninth Period, dated December 17,

2013 (Docket #31482).

50th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with

_De Minimis_ or No Fee or Expense Issues for the Fiftieth Interim Period

(Docket #31838), filed on or about March 11, 2014, in which we

recommended approval of fees totaling $690,235.00 and expenses totaling

$8,924.51.  These recommendations were adopted in the Order Approving

Quarterly Fee Applications for the Fiftieth Period, dated March 31, 2014

(Docket #31963).

51st Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with

*De Minimis* or No Fee or Expense Issues for the Fifty-First Interim

Application Period (Docket #32197), filed on or about May 13, 2014, in which

we recommended approval of fees totaling $1,165,709.50 and expenses

totaling $35,213.42.  These recommendations were adopted in the Order

Approving Quarterly Fee Applications for the Fifty-First Period, dated May

23, 2014 (Docket #32216).

9.    We have reviewed the final reports and orders allowing fees and expenses for the prior

interim periods, and we do not believe there is any reason to change any of the amounts awarded for

the prior interim periods, except for the Eighteenth Interim Period.  In the order submitted to the

Court,  K&E's approved fees were listed as $4,655,239.50, however, the correct amount of K&E's

approved fees was $4,656,193.50, for a difference of $954.00.  Thus, we recommend that K&E's final

fee request be increased by $954.00 to correct the error.

**CONCLUSION**

10.    Thus, we recommend final approval of $152,949,185.60 in fees ($155,582,791.10[4]

plus $954.00[5] and excluding Sealed Air Fees of $2,634,559.50)[6] and $44,356,807.31 in expenses

---

[4]We note that the total of the fees requested in K&E's 51 prior fee applications, plus the compensation sought for the January 2014 Monthly Interim Period, is $154,400,885.65.  It appears  that K&E has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 8, to arrive at the figure it seeks of $155,582,791.10.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[5]This is the amount of the adjustment needed to correct K&E's fee award for the Eighteenth Interim Period.  *See* paragraph 9.

[6]*See* paragraph 7.

($44,676,058.42[7] minus $691.83[8] and excluding Sealed Air Expenses of $318,559.28)[9] for K&E's services for the Final Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
    Warren H. Smith
    Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas  75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

---

[7]We note that the total of the expenses requested in K&E's 51 prior fee applications, plus the expenses sought for the January 2014 Monthly Interim Period, is $44,402,519.30.  It appears that K&E has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 8, to arrive at the figure it seeks of $44,676,058.42.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[8]This is the amount of our recommended reduction for the January 2014 Monthly Interim Period.

[9]*See* paragraph 7.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 28th day of July, 2014.

_____

Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
John Donley
Adam C. Paul
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899