**WR Grace - January 1-February 3 Airfare**

| Date | Amount | Description | Airline(s) | Departure Airport | Destination Airport | Departure Airport | Destination Airport | Class of Fare | One-Way or Round Trip |
|---|---|---|---|---|---|---|---|---|---|
| 1/2/2014 | 1,116.02 | J. Michael Jones, Airfare, New York, NY, 01/08/2014 to 01/09/2014, Client meetings | United for round trip flights | O'Hare - Chicago | La Guardia - NY | | | Business Class (CH-NY); Economy (NY-CH) | Round Trip |
| 1/10/2014 | 1,318.84 | Adam Paul, Airfare, New York, NY, 01/22/2014 to 01/23/2014, Meetings | United for all legs of trip | O'Hare - Chicago | La Guardia - NY | La Guardia - NY | Denver Intl - CO to Eagle County - Vail, CO | First Class (CH-NY)*; Economy (NY-CO) | 3 One-Way Trips Total (flew from NY to CO, instead of back to CH) |
| 1/17/2014 | 1,141.44 | J. Michael Jones, Airfare, New York, NY, 01/22/2014 to 01/23/2014, Client meetings | United for round trip flights | O'Hare - Chicago | La Guardia - NY | | | Business Class (CH-NY); Economy (NY-CH) | Round Trip |
| 1/24/2014 | 1,432.53 | Adam Paul, Airfare, New York, NY, 02/03/2014 to 02/05/2014, Meetings | United for all legs of trip | O'Hare - Chicago | La Guardia - NY | La Guardia - NY | Denver Intl - CO to Salt Lake City Intl - UT | Business Class (CH-NY); First Class* (NY-CO); Economy (CO-UT) | 3 One-Way Trips Total (flew from NY to UT, instead of back to CH) |

*No additional charge for flying First Class - same price as lowest refundable coach fare*