## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (KJC)** |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING ANDERSON KILL P.C.'S QUARTERLY FEE APPLICATION FOR THE FIFTY-SECOND INTERIM PERIOD OF JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014 AND FINAL FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 17, 2005 THROUGH FEBRUARY 3, 2014**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding Anderson Kill P.C.'s Quarterly Fee Application for the Fifty-Second Interim Period of January 1, 2014 through February 3, 2014 and Anderson Kill P.C.'s Final Fee Application for Compensation for Services Rendered and Reimbursement of Expenses for the Period of March 17, 2005 through February 3, 2014 (the "Applications").

### BACKGROUND

1.    Anderson Kill P.C. ("AK") was retained as special insurance counsel to the Official Committee of Asbestos Personal Injury Claimants.  In the Applications, AK seeks approval of fees and expenses as follows: fees totaling $289,942.50 and expenses totaling $1,575.62 for its services from January 1, 2014, through February 3, 2014 (the "Fifty-Second Interim Period"), and final

approval of fees totaling \$12,371,586.00[1] and expenses totaling \$116,017.39[2] for its services from

March 17, 2005 through February 3, 2014 (the "Final Application Period").

2.        In conducting this audit and reaching the conclusions and recommendations contained

herein, we reviewed in detail the Application in its entirety, including each of the time and expense

entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule

2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware,

Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications

for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued January 30,

1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the

District of Delaware, and the Third Circuit Court of Appeals.

### DISCUSSION

### Fifty-Second Interim Period

3.        We have no issues with, or objections to, AK's fees and expenses for the Fifty-

Second Interim Period, and thus we did not send an initial report to AK.

---

[1]We note that the total of the fees requested in AK's 34 prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is \$12,371,586.00.  It does not appear that AK has deducted from this amount any of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, to arrive at the figure it seeks of \$12,371,586.00.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[2]We note that the total of the expenses requested in AK's 34 prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is \$116,017.39.  It does not appear that AK has deducted from this amount any of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, to arrive at the figure it seeks of \$116,017.39.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

4.      Thus, we recommend approval of $289,942.50 in fees and $1,575.62 in expenses for AK's services for the Fifty-Second Interim Period.

**Prior Interim Applications**

5.      We note that we previously filed the following final reports for AK's prior interim applications, which final reports we incorporate by reference herein, and we also note the following orders that ruled on AK's prior interim fee applications:

18th Period:      Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Eighteenth Interim Period (Docket #12019), filed on or about March 9, 2006, in which we recommended approval of fees totaling $16,348.00 and expenses totaling $186.75. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Eighteenth Period, dated March 27, 2006 (Docket #12121).

19th Period:      Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Nineteenth Interim Period (Docket #12525), filed on or about May 25, 2006, in which we recommended approval of fees totaling $7,283.00 and expenses totaling $129.06. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Nineteenth Period, dated June 16, 2006 (Docket #12660).

20th Period:      Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twentieth Interim Period (Docket

#13183), filed on or about September 8, 2006, in which we recommended approval of fees totaling $17,264.50 and expenses totaling $46.48. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twentieth Period, dated September 26, 2006 (Docket #13298).

21st Period:  Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-First Interim Period (Docket #13963), filed on or about December 8, 2006, in which we recommended approval of fees totaling $214,295.00 and expenses totaling $844.80. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-First Period, dated December 19, 2006 (Docket #14069).

22nd Period:  Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Second Interim Period (Docket #14868), filed on or about March 15, 2007, in which we recommended approval of fees totaling $84,800.00 and expenses totaling $596.91. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Second Period, dated May 3, 2007 (Docket #15494).

23rd Period:  Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Third Interim Period (Docket #16037), filed on or about June 13, 2007, in which we recommended

approval of fees totaling $74,785.00 and expenses totaling $525.88. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Third Period</u>, dated June 20, 2007 (Docket #16105).

24th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fourth Interim Period</u> (Docket #16786), filed on or about September 10, 2007, in which we recommended approval of fees totaling $21,533.00 and expenses totaling ($152.20). These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fourth Period</u>, dated September 25, 2007 (Docket #16916).

25th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fifth Interim Period</u> (Docket #17542), filed on or about December 4, 2007, in which we recommended approval of fees totaling $54,146.50 and expenses totaling $2,665.63. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fifth Period</u>, dated December 13, 2007 (Docket #17629).

26th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Sixth Interim Period</u> (Docket #18176), filed on or about February 29, 2008, in which we recommended approval of fees totaling $330,831.00 and expenses totaling $2,643.22.

These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Sixth Period</u>, dated March 12, 2008 (Docket #18270).

27th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Seventh Interim Period</u> (Docket #18887), filed on or about June 9, 2008, in which we recommended approval of fees totaling $136,058.50 and expenses totaling $69.88. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Seventh Period</u>, dated June 23, 2008 (Docket #18989).

28th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Eighth Interim Period</u> (Docket #19535), filed on or about September 15, 2008, in which we recommended approval of fees totaling $250,420.50 and expenses totaling $3,199.44. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Eighth Period</u>, dated October 1, 2008 (Docket #19663).

29th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Anderson Kill & Olick P.C. for the Twenty-Ninth Interim Period</u> (Docket #19969), filed on or about November 7, 2008, in which we recommended approval of fees totaling $522,325.00 and expenses totaling $5,735.76, reflecting our recommended reduction of $143.25 in expenses, as further explained in

paragraph 3 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Ninth Interim Period</u>, dated December 17, 2008 (Docket #20283).

30th Period:     <u>Fee Auditor's Final Report Regarding Fee Application of Anderson Kill & Olick P.C. for the Thirtieth Interim Period</u> (Docket #20492), filed on or about January 9, 2009, in which we recommended approval of fees totaling $447,536.00 and expenses totaling $2,675.02, reflecting our recommended reductions of $1,580.00 in fees and $222.30 in expenses, as further explained in paragraphs 3 and 5 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirtieth Interim Period</u>, dated April 2, 2009 (Docket #21173).

31st Period:     <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-First Interim Period</u> (Docket #22047), filed on or about June 10, 2009, in which we recommended approval of fees totaling $578,214.50 and expenses totaling $4,659.16. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-First Period</u>, dated July 7, 2009 (Docket #22354).

32nd Period:     <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Thirty-Second Interim Period</u> (Docket #23240), filed on or about September 15, 2009, in which we recommended approval of fees totaling $750,505.00 and expenses totaling $7,987.34. These recommendations were adopted in the <u>Order Approving</u>

Quarterly Fee Applications for the Thirty-Second Period, dated September 28, 2009 (Docket #23352).

33rd Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Third Interim Period (Docket #23927), filed on or about December 3, 2009, in which we recommended approval of fees totaling $986,833.00 and expenses totaling $11,359.81. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Third Period, dated December 11, 2009 (Docket #23996).

34th Period:   Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Thirty-Fourth Interim Period (Docket #24438), filed on or about March 11, 2010, in which we recommended approval of fees totaling $1,199,112.00 and expenses totaling $22,671.58. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-Fourth Period, dated March 19, 2010 (Docket #24470).

35th Period:   Fee Auditor's Final Report Regarding Eighteenth Interim Fee Application of Anderson Kill & Olick P.C. for the Period of October 1, 2009 Through December 31, 2009 (Docket #24600), filed on or about April 9, 2010, in which we recommended approval of fees totaling $632,205.50 and expenses totaling $8,688.60, reflecting our recommended reduction of $338.00 in fees, as further explained in paragraph 3 of that final report. These

recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Fifth Interim Period</u>, dated June 7, 2010 (Docket #24917).

36th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Thirty-Sixth Interim Period</u> (Docket #25384), filed on or about September 10, 2010, in which we recommended approval of fees totaling $454,788.00 and expenses totaling $8,691.58.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Sixth Period</u>, dated September 13, 2010 (Docket #25397).

37th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Seventh Interim Period</u> (Docket #25850), filed on or about December 2, 2010, in which we recommended approval of fees totaling $477,320.50 and expenses totaling $3,175.40. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Seventh Period</u>, dated December 10, 2010 (Docket #25905).

38th Period:    <u>Fee Auditor's Final Report Regarding Twenty-First Interim Fee Application of Anderson Kill & Olick P.C. for the Period of July 1, 2010 through September 30, 2010</u> (Docket #26232), filed on or about February 10, 2011, in which we recommended approval of fees totaling $522,461.00 and expenses totaling $2,732.24, reflecting our recommended reduction of

$6,009.00 in expenses, as further explained in paragraph 4 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Eighth Interim Period</u>, dated March 25, 2010 (Docket #26627).

39th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Ninth Interim Period</u> (Docket #27116), filed on or about June 21, 2011, in which we recommended approval of fees totaling $452,438.50 and expenses totaling $1,862.82.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Ninth Period</u>, dated June 30, 2011 (Docket #27188).

40th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Fortieth Interim Period</u> (Docket #27507), filed on or about August 25, 2011, in which we recommended approval of fees totaling $440,943.00 and expenses totaling ($1,471.63).  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fortieth Period</u>, dated September 20, 2011 (Docket #27622).

41st Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Forty-First Interim Period</u> (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $360,916.50 and expenses

totaling $327.07.   These recommendations were adopted in the <u>Order</u> <u>Approving Quarterly Fee Applications for the Forty-First Period</u>, dated December 14, 2011 (Docket #28150).

42nd Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u> <u>with</u> <u>*De Minimis*</u> <u>or No Fee or Expense Issues for the Forty-Second Interim</u> <u>Period</u> (Docket #28548), filed on or about February 20, 2012, in which we recommended approval of fees totaling $226,658.50 and expenses totaling $426.29.   These recommendations were adopted in the <u>Order Approving</u> <u>Quarterly Fee Applications for the Forty-Second Period</u>, dated March 23, 2012 (Docket #28705).

43rd Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u> <u>with</u> <u>*De Minimis*</u> <u>or No Fee or Expense Issues for the Forty-Third Interim</u> <u>Period</u> (Docket #28900), filed on or about May 9, 2012, in which we recommended approval of fees totaling $233,851.00 and expenses totaling $6,479.80.  These recommendations were adopted in the <u>Order Approving</u> <u>Quarterly Fee Applications for the Forty-Third Period</u>, dated June 14, 2012 (Docket #29054).

44th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u> <u>with</u> <u>*De Minimis*</u> <u>or No Fee or Expense Issues for the Forty-Fourth Interim</u> <u>Period</u> (Docket #29449), filed on or about August 13, 2012, in which we recommended approval of fees totaling $402,648.50 and expenses totaling $4,061.99.  These recommendations were adopted in the <u>Order Approving</u>

Quarterly Fee Applications for the Forty-Fourth Period, dated October 19, 2012 (Docket #29746).

45th Period:    Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Forty-Fifth Interim Period (Docket #29988), filed on or about December 4, 2012, in which we recommended approval of fees totaling $336,373.00 and expenses totaling $3,705.65.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Fifth Period, dated December 11, 2012 (Docket #30036).

46th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Forty-Sixth Interim Period (Docket #30382), filed on or about March 7, 2013, in which we recommended approval of fees totaling $297,555.00 and expenses totaling $2,896.74.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Sixth Period, dated March 27, 2013 (Docket #30440).

47th Period:    Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with De Minimis or No Fee or Expense Issues for the Forty-Seventh Interim Period (Docket #30840), filed on or about July 17, 2013, in which we recommended approval of fees totaling $341,590.50 and expenses totaling $121.57.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Seventh Period, dated

July 31, 2013 (Docket #30907).

48th Period:   Fee Auditor's Final Report Regarding Quarterly Fee Application of Anderson Kill & Olick P.C. for the Forty-Eighth Interim Period of January 1, 2013 through March 31, 2013 (Docket #30831), filed on or about July 12, 2013, in which we recommended approval of fees totaling $392,131.50 and expenses totaling $124.41, reflecting our recommended reduction of $243.00 in fees, as further explained in paragraph 3 of that final report.   These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Eighth Period, dated September 24, 2013 (Docket #31158).

49th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Ninth Interim Period (Docket #31404), filed on or about November 26, 2013, in which we recommended approval of fees totaling $225,014.50 and expenses totaling ($204.50).   These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Ninth Period, dated December 17, 2013 (Docket #31482).

50th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fiftieth Interim Period (Docket #31838), filed on or about March 11, 2014, in which we recommended approval of fees totaling $320,465.00 and expenses totaling $418.01.   These recommendations were adopted in the Order Approving

<u>Quarterly Fee Applications for the Fiftieth Period</u>, dated March 11, 2014 (Docket #31963).

51st Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Fifty-First Interim Application Period</u> (Docket #32197), filed on or about May 13, 2014, in which we recommended approval of fees totaling $269,831.50 and expenses totaling $186.66.    These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifty-First Period</u>, dated May 23, 2014 (Docket #32216).

6.    We have reviewed the final reports and orders allowing fees and expenses for the prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods.

## CONCLUSION

7.    Thus, we recommend final approval of $12,369,425.00 in fees ($12,371,586.00[3]

---

[3]We note that the total of the fees requested in AK's 34 prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, is $12,371,586.00.  It does not appear that AK has deducted from this amount any of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, to arrive at the figure it seeks of $12,371,586.00.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

minus $2,161.00)[4] and $109,642.84 in expenses ($116,017.39[5] minus $6,374.55)[6] for AK's services

for the Final Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas  75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

---

[4]This is the amount of the Court-approved reductions for the prior interim periods, not previously deducted by AK.  *See* paragraph 5.

[5]We note that the total of the expenses requested in AK's 34 prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, is $116,017.39.  It does not appear that AK has deducted from this amount any of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 5, to arrive at the figure it seeks of $116,017.39.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[6]This is the amount of the Court-approved reductions for the prior interim periods, not previously deducted by AK.  *See* paragraph 5.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 29th day of July, 2014.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Robert Y. Chung
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899