## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (KJC) |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING THE FINAL APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR DECEMBER 1, 2003 THROUGH JULY 31, 2008

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Final Application of Latham & Watkins LLP for Compensation and for Reimbursement of Expenses for December 1, 2003 through July 31, 2008 (the "Application").

### BACKGROUND

1.  Latham & Watkins LLP ("Latham & Watkins") was retained as special environmental counsel and special tax counsel to the Debtors. In the Application, Latham & Watkins seeks final approval of fees totaling $748,745.20[1] and expenses totaling $19,992.80[2] for its services from

---

[1] We note that the total of the fees requested in Latham & Watkins' 15 prior fee applications is $778,535.00. The Court ordered no reductions for the prior interim periods, which periods are discussed in more detail in paragraph 4, nevertheless, Latham & Watkins seeks approval of only $748,745.20. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[2] We note that the total of the expenses requested in Latham & Watkins' 15 prior fee applications is $20,137.57. It appears that Latham & Watkins has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 4, to arrive at the figure it seeks of $19,992.80. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

**FEE AUDITOR'S FINAL REPORT** - Page 1
wrg FR Latham Final ver2.wpd

December 1, 2003 through July 31, 2008 (the "Final Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We emailed an inquiry to Latham & Watkins based upon our review, and we received a response from Latham & Watkins, portions of which response are quoted herein.

## DISCUSSION

### Final Application Period

3.      We noted that Latham & Watkins had requested final approval of fees totaling $748,745.20, however, we calculated Latham & Watkins' final fees at $767,200.50, for a difference of $18,455.30. In addition, we noted that Latham & Watkins had requested final approval of expenses totaling $19,992.80, however, we calculated Latham & Watkins' final expenses at $20,102.32, for a difference of $109.52. We provided our calculations to Latham & Watkins, and Latham & Watkins responded: "We agree with your numbers..." Accordingly, we recommend that Latham & Watkins' final fee request be increased by $18,455.30 and its final expense request be

increased by $109.52.[3]

## Prior Interim Applications

4.   We note that we previously filed the following final reports for Latham & Watkins' prior interim applications, which final reports we incorporate by reference herein, and we also note the following orders that ruled on Latham & Watkins' prior interim fee applications:

13th Period:   Fee Auditor's Final Report Regarding Fee Application of Latham & Watkins LLP for the Thirteenth Interim Period (Docket #6979) filed on or about November 18, 2004, in which we recommended approval of fees totaling $211,719.00 and expenses totaling $6,892.25, reflecting our recommended reduction of $35.25 in expenses, as further explained in paragraph 4 of that final report. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirteenth Period, dated January 26, 2005 (Docket #7622).

14th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Fourteenth Interim Period (Docket #7982), filed on or about March 8, 2005, in which we recommended approval of fees totaling $93,064.00 and expenses totaling $5,400.76. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fourteenth Period, dated March 22, 2005 (Docket

---

[3]We would ordinarily not recommend approval of an amount greater than that requested by the applicant. However, we note that the additional fee and expense amounts which we have recommended were previously approved by the Court. Thus, provided the Court and the U.S. Trustee have no objection, we recommend final approval of the additional fees and expenses.

#8081).

15th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Fifteenth Interim Period (Docket #8561), filed on or about June 6, 2005, in which we recommended approval of fees totaling $103,141.00 and expenses totaling $4,617.85. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fifteenth Period, dated June 29, 2005 (Docket #8728).

16th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Sixteenth Interim Period (Docket #9387), filed on or about September 12, 2005, in which we recommended approval of fees totaling $85,502.50 and expenses totaling $1,103.82. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Sixteenth Period, dated September 27, 2005 (Docket #9513).

17th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Seventeenth Interim Period (Docket #11168), filed on or about November 28, 2005, in which we recommended approval of fees totaling $52,528.00 and expenses totaling $1,882.24. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Seventeenth Period, dated December 21, 2005 (Docket #11402).

18th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications

|  |  |
|---|---|
|  | with No Fee or Expense Issues for the Eighteenth Interim Period (Docket #12019), filed on or about March 9, 2006, in which we recommended approval of fees totaling $2,827.00 and expenses totaling $53.28. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Eighteenth Period, dated March 27, 2006 (Docket #12121). |
| 21st Period: | Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-First Interim Period (Docket #13963), filed on or about December 8, 2006, in which we recommended approval of fees totaling $16,407.50. This recommendation was adopted in the Order Approving Quarterly Fee Applications for the Twenty-First Period, dated December 19, 2006 (Docket #14069). |
| 22nd Period: | Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Second Interim Period (Docket #14868), filed on or about March 15, 2007, in which we recommended approval of fees totaling $49,194.50 and expenses totaling $46.58. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Second Period, dated May 3, 2007 (Docket #15494). |
| 23rd Period: | Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Third Interim Period (Docket #16037), filed on or about June 13, 2007, in which we |

recommended approval of fees totaling $7,766.00 and expenses totaling $4.34. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Third Period, dated June 20, 2007 (Docket #16105).

24th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fourth Interim Period (Docket #16786), filed on or about September 10, 2007, in which we recommended approval of fees totaling $32,095.00 and expenses totaling $31.16. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Fourth Period, dated September 25, 2007 (Docket #16916).

25th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fifth Interim Period (Docket #17542), filed on or about December 4, 2007, in which we recommended approval of fees totaling $26,461.00 and expenses totaling $69.57. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Fifth Period, dated December 13, 2007 (Docket #17629).

26th Period: Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Seventh Interim Period (Docket #18887), filed on or about June 9, 2008, in which we recommended approval of fees totaling $4,998.00. This recommendation was adopted in the

|  |  |
|---|---|
|  | Order Approving Quarterly Fee Applications for the Twenty-Seventh Period, dated June 23, 2008 (Docket #18989). |
| 27th Period: | Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Seventh Interim Period (Docket #18887), filed on or about June 9, 2008, in which we recommended approval of fees totaling $31,147.50. This recommendation was adopted in the Order Approving Quarterly Fee Applications for the Twenty-Seventh Period, dated June 23, 2008 (Docket #18989). |
| 28th Period: | Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Eighth Interim Period (Docket #19535), filed on or about September 15, 2008, in which we recommended approval of fees totaling $22,566.00 and expenses totaling $0.47. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Eighth Period, dated October 1, 2008 (Docket #19663). |
| 29th Period: | Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Ninth Interim Period (Docket #20150), filed on or about November 26, 2008, in which we recommended approval of fees totaling $39,118.00. This recommendation was adopted in the Order Approving Quarterly Fee Applications for the Twenty-Ninth Period, dated December 17, 2008 (Docket #20283). |

5.      We have reviewed the final reports and orders allowing fees and expenses for the prior interim periods, and we do not believe there is any reason to change any of the amounts awarded for the prior interim periods, except for the Fourteenth Interim Period.  In the order submitted to the Court for that period, Latham & Watkins' approved fees were listed as $93,064.00, but the correct amount of fees was $81,729.50, for a difference of $11,334.50.  However, Latham & Watkins' final fee request, and our recommended adjustments to Latham & Watkins' final fee request,[4] both take into account this error.  Thus, no additional adjustment to Latham & Watkins' final fee request is necessary.

## CONCLUSION

6.      Thus, we recommend final approval of $767,200.50 in fees ($748,745.20[5] plus $18,455.30)[6] and $20,102.32 in expenses ($19,992.80[7] plus $109.52)[8] for Latham & Watkins' services for the Final Application Period.

---

[4] *See* paragraph 3.

[5] We note that the total of the fees requested in Latham & Watkins' 15 prior fee applications is $778,535.00.  The Court ordered no reductions for the prior interim periods, which periods are discussed in more detail in paragraph 4, nevertheless, Latham & Watkins seeks approval of only $748,745.20.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[6] *See* paragraph 3.

[7] We note that the total of the expenses requested in Latham & Watkins' 15 prior fee applications is $20,137.57.  It appears that Latham & Watkins has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 4, to arrive at the figure it seeks of $19,992.80.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[8] *See* paragraph 3.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 29th day of July, 2014.

_____
    Warren H. Smith

## SERVICE LIST
### Notice Parties

**The Applicant**
Nicholas J. DeNovio
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004-1304

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899