**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (KJC)** |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE FIFTY-SECOND
QUARTERLY AND FINAL FEE APPLICATION OF FERRY, JOSEPH &
PEARCE, P.A., FOR APPROVAL AND ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF APRIL 18, 2001 THROUGH FEBRUARY 3, 2014
AND APPROVAL OF POST-EFFECTIVE DATE FEES AND EXPENSES**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fifty-Second Quarterly and Final Fee Application of Ferry, Joseph & Pearce, P.A., for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 18, 2001 through February 3, 2014 and Approval of Post-Effective Date Fees and Expenses (the "Application").

**BACKGROUND**

1.      Ferry, Joseph & Pearce, P.A. ("Ferry Joseph"), was retained as counsel to the Official Committee of Asbestos Property Damage Claimants.  In the Application, Ferry Joseph seeks approval of fees and expenses as follows:  fees totaling $11,003.00 and expenses totaling $81.03 for its services from January 1, 2014 through February 3, 2014 (the "Fifty-Second Interim Period"); final

approval of fees totaling $2,063,274.00[1] and expenses totaling $264,221.32[2] for its services from

April 18, 2001 through February 3, 2014 (the "Final Application Period"); and post-Effective Date

fees totaling $19,704.00 and expenses totaling $1,420.35 (the "Post-Effective Date Fees and

Expenses").

2.    In conducting this audit and reaching the conclusions and recommendations contained

herein, we reviewed in detail the Application in its entirety, including each of the time and expense

entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule

2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware,

Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent

established in the United States Bankruptcy Court for the District of Delaware, the United States

District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We emailed an

inquiry to Ferry Joseph based upon our review, and we received a response from Ferry Joseph,

---

[1]We note that the total of the fees requested in Ferry Joseph's 49 prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, and the fees awarded in the Sealed Air Adversary Proceedings (*see* paragraph 5),  is $2,063,411.50.  It appears that Ferry Joseph has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 6, to arrive at the figure it seeks of $2,063,274.00.  We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[2]We note that the total of the expenses requested in Ferry Joseph's 49 prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, and the expenses awarded in the Sealed Air Adversary Proceedings (*see* paragraph 5), is $264,355.30.  It appears that Ferry Joseph has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 6, to arrive at the figure it seeks of $264,221.32.  We note that the Court has ruled on the First through Fifty-Second Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

portions of which response are quoted herein.

## DISCUSSION

### Fifty-Second Interim Period

3.      We noted the following similar time entries:

| 01/29/14 | LLC | 0.20 | 62.00 | *Case Administration* - Confer with T. Tacconelli re: approval of exit financing and debtors expected effective date and related issues. |
|---|---|---|---|---|
| 01/29/14 | LLC | 0.20 | *62.00* | *Case Administration* - Confer with TJT re: approval of exit financing and debtor's expected effective date and related issues. |

We asked Ferry Joseph if one of the entries was a duplicate, and Ferry Joseph responded: "It does appear that one of the ... entries is a duplicate and we're fine with a $62.00 deduction from our fee request." We appreciate Ferry Joseph's response and recommend a reduction of $62.00 in fees.

4.      Thus, we recommend approval of $10,941.00 in fees ($11,003.00 minus $62.00) and $81.03 in expenses for Ferry Joseph's services for the Fifty-Second Interim Period.

### Final Application Period

5.      We note that included in Ferry Joseph's final fee request are fees totaling $68,884.00 and expenses totaling $13,095.85 which the Court approved for Ferry Joseph in fraudulent conveyance Adversary Proceeding Nos. 02-2210 and 02-2211 (the "Sealed Air Proceedings"). We did not review these fees and expenses, and we therefore make no recommendation, and take no position, concerning their final approval in this report.

### Prior Interim Applications

6.      We note that we previously filed the following final reports for Ferry Joseph's prior interim applications, which final reports we incorporate by reference herein, and we also note the

following orders that ruled on Ferry Joseph's prior interim fee applications:

1st - 3rd Periods:    <u>Fee Auditor's Final Report Regarding Interim Application of Ferry & Joseph, P.A. for the First, Second, and Third Interim Periods</u> (Docket #2848), filed on or about October 21, 2002, in which we recommended approval of fees totaling $63,965.50 and expenses totaling $15,948.32. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the First, Second and Third Periods</u>, dated November 25, 2002 (Docket #3091).

4th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Ferry & Joseph, P.A. for the Fourth Interim Period</u> (Docket #2453), filed on or about July 29, 2002, in which we recommended approval of fees totaling $22,724.00 and expenses totaling $9,421.63.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fourth Period</u>, dated October 9, 2002 (Docket #2797).

5th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Ferry & Joseph, P.A. for the Fifth  Interim Period</u> (Docket #2909), filed on or about October 30, 2002, in which we recommended approval of fees totaling $26,013.00 and expenses totaling $10,994.77, reflecting our recommended reduction of $100.00 in fees, as further explained in paragraph 7 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifth Period</u>, dated November 25, 2002 (Docket #3092).

6th  Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Ferry & Joseph,</u>

P.A. for the Sixth Interim Period (Docket #3313), filed on or about February 4, 2003, in which we recommended approval of fees totaling $20,551.50 and expenses totaling $8,125.92.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Sixth Period, dated March 14, 2003 (Docket #3511).

7th Period:    Fee Auditor's Final Report Regarding Fee Application of Ferry & Joseph, P.A. for the Seventh Interim Period (Docket #3620), filed on or about April 7, 2003, in which we recommended approval of fees totaling $13,491.00 and expenses totaling $3,512.76.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Seventh Period, dated July 28, 2003 (Docket #4157).

8th Period:    Fee Auditor's Final Report Regarding Fee Application of Ferry & Joseph, P.A. for the Eighth Interim Period (Docket #3986), filed on or about July 1, 2003,  in which we recommended approval of fees totaling $11,570.00 and expenses totaling $2,710.56.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Eighth Period, dated September 22, 2003 (Docket #4480).

9th Period:    Fee Auditor's Final Report Regarding Fee Application of Ferry & Joseph, P.A. for the Ninth Interim Period (Docket #4436), filed on or about September 17, 2003, in which we recommended approval of fees totaling $12,260.00 and expenses totaling $4,478.85.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Ninth

<u>Period</u>, dated December 15, 2003 (Docket #4827).

10th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Ferry & Joseph,</u>
<u>P.A. for the Tenth Interim Period</u> (Docket 5004), filed on or about January
28, 2004, in which we recommended approval of fees totaling $15,486.00
and expenses totaling $2,747.01.  These recommendations were adopted in
the <u>Order Approving Quarterly Fee Applications for the Tenth Period</u>, dated
April 26, 2004 (Docket #5482).

11th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u>
<u>With No Fee or Expense Issues for the Eleventh Interim Period</u> (Docket
#5675), filed on or about June 1, 2004, in which we recommended approval
of fees totaling $20,083.00 and expenses totaling $6,548.00.  These
recommendations were adopted in the <u>Order Approving Quarterly Fee</u>
<u>Applications for the Eleventh Period</u>, dated June 16, 2004 (Docket #5822).

12th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u>
<u>With No Fee or Expense Issues for the Twelfth Interim Period</u> (Docket
#6076), filed on or about July 30, 2004, in which we recommended approval
of fees totaling $26,263.00 and expenses totaling $9,834.18.  These
recommendations were adopted in the <u>Order Approving Quarterly Fee</u>
<u>Applications for the Twelfth Period</u>, dated September 27, 2004 (Docket
#6465).

13th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee</u>
<u>Applications With No Fee or Expense Issues for the Thirteenth Interim</u>

<u>Period</u> (Docket #7013), filed on or about November 22, 2004, in which we recommended approval of fees totaling $21,139.00 and expenses totaling $4,809.32. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirteenth Period</u>, dated January 26, 2005 (Docket 7622).

14th Period: <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Fourteenth Interim Period</u> (Docket #7982), filed on or about March 8, 2005, in which we recommended approval of fees totaling $21,683.50 and expenses totaling $2,494.79. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fourteenth Interim Period</u>, dated March 22, 2005 (Docket #8081).

15th Period: <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Fifteenth Interim Period</u> (Docket #8561), filed on or about June 6, 2005, in which we recommended approval of fees totaling $23,449.00 and expenses totaling $2,479.28. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fifteenth Period</u>, dated June 29, 2005(Docket #8728).

16th Period: <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Sixteenth Interim Period</u> (Docket #9387), filed on or about September 12, 2005, in which we recommended approval of fees totaling $29,152.50 and expenses totaling $7,868.55. These

recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Sixteenth Period</u>, dated September 27, 2005 (Docket #9513).

17th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Seventeenth Interim Period</u> (Docket #11168), filed on or about November 28, 2005, in which we recommended approval of fees totaling $26,662.00 and expenses totaling $6,377.91. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Seventeenth Period</u>, dated December 21, 2005 (Docket #11402).

18th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Eighteenth Interim Period</u> (Docket #12019), filed on or about March 9, 2006, in which we recommended approval of fees totaling $47,464.50 and expenses totaling $8,938.14. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Eighteenth Period</u>, dated March 27, 2006 (Docket #12121).

19th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Nineteenth Interim Period</u> (Docket #12525), filed on or about May 25, 2006, in which we recommended approval of fees totaling $71,624.00 and expenses totaling $8,222.53. These recommendations were adopted in the <u>Order Approving Quarterly Fee</u>

Applications for the Nineteenth Period, dated June 16, 2006 (Docket #12660).

20th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twentieth Interim Period (Docket #13183), filed on or about September 8, 2006, in which we recommended approval of fees totaling $50,212.00 and expenses totaling $6,111.34. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twentieth Period, dated September 26, 2006 (Docket #13298).

21st Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-First Interim Period (Docket #13963), filed on or about December 8, 2006, in which we recommended approval of fees totaling $36,798.00 and expenses totaling $5,268.23. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-First Period, dated December 19, 2006 (Docket #14069).

22nd Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Second  Interim Period (Docket #14868), filed on or about March 15, 2007, in which we recommended approval of fees totaling $60,260.00 and expenses totaling $6,143.79. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Second Period, dated May 3, 2007

(Docket #15494).

23rd Period:    Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Third Interim Period (Docket #16037), filed on or about June 13, 2007, in which we recommended approval of fees totaling $77,219.00 and expenses totaling $5,774.46. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Third Period, dated June 20, 2007 (Docket #16105).

24th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fourth Interim Period (Docket #16786), filed on or about September 10, 2007, in which we recommended approval of fees totaling $75,695.50 and expenses totaling $14,240.18. The Court approved $75,565.50 in fees and $14,240.18 in expenses in the Order Approving Quarterly Fee Applications for the Twenty-Fourth Period, dated September 25, 2007 (Docket #16916).

25th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Fifth Interim Period (Docket #17542), filed on or about December 4, 2007, in which we recommended approval of fees totaling $68,668.50 and expenses totaling $7,867.33. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Fifth Period, dated December 13, 2007 (Docket #16729).

26th Period:    <u>Fee Auditor's Final Report Regarding Fee Application of Ferry & Joseph,</u>
<u>P.A. for the Twenty-Sixth Interim Period</u> (Docket #18078), filed on or about
February 20, 2008, in which we recommended approval of fees totaling
$59,923.50 and expenses totaling $6,036.36, reflecting our recommended
reduction of $133.98 in expenses, as further explained in paragraph 3 of that
final report.  These recommendations were adopted in the <u>Order Approving</u>
<u>Quarterly Fee Applications for the Twenty-Sixth Period</u>, dated March 12,
2008 (Docket #18270).

27th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u>
<u>with No Fee or Expense Issues for the Twenty-Seventh Interim Period</u>
(Docket #18887), filed on or about June 9, 2008, in which we recommended
approval of fees totaling $60,791.00 and expenses totaling $2,670.17.  These
recommendations were adopted in the <u>Order Approving Quarterly Fee</u>
<u>Applications for the Twenty-Seventh Period</u>, dated June 23, 2008 (Docket
#18989).

28th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications</u>
<u>with No Fee or Expense Issues for the Twenty-Eighth Interim Period</u> (Docket
#19535), filed on or about September 15, 2008, in which we recommended
approval of fees totaling $70,496.00 and expenses totaling $5,495.38.  These
recommendations were adopted in the <u>Order Approving Quarterly Fee</u>
<u>Applications for the Twenty-Eighth Period</u>, dated October 1, 2008 (Docket
#19663).

29th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Twenty-Ninth Interim Period (Docket #20150), filed on or about November 26, 2008, in which we recommended approval of fees totaling $76,689.00 and expenses totaling $6,802.66.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Twenty-Ninth Period, dated December 17, 2008 (Docket #20283).

30th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirtieth Interim Period (Docket #21063), filed on or about March 21, 2009, in which we recommended approval of fees totaling $54,906.00 and expenses totaling $5,128.81.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirtieth Period, dated April 2, 2009 (Docket #21173).

31st Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-First Interim Period (Docket #22047), filed on or about June 10, 2009, in which we recommended approval of fees totaling $66,825.00 and expenses totaling $7,354.39.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Thirty-First Period, dated July 7, 2009 (Docket #22354).

32nd Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Thirty-Second Interim Period (Docket #23240), filed on or about September 15, 2009, in which we

recommended approval of fees totaling $90,249.00 and expenses totaling $5,239.78.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Second Period</u>, dated September 28, 2009 (Docket #23352).

33rd Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Third Interim Period</u> (Docket #23927), filed on or about December 3, 2009, in which we recommended approval of fees totaling $97,953.50 and expenses totaling $3,512.22.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Third Period</u>, dated December 11, 2009 (Docket #23996).

34th Period:   <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Thirty-Fourth Interim Period</u> (Docket #24438), filed on or about March 11, 2010, in which we recommended approval of fees totaling $101,584.50 and expenses totaling $8,798.98.  These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Fourth Period</u>, dated March 19, 2010 (Docket #24470).

35th Period:   <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with <i>De Minimis</i> or No Fee or Expense Issues for the Thirty-Fifth Interim Period</u> (Docket #24856), filed on or about May 28, 2010, in which we recommended approval of fees totaling $72,675.00 and expenses totaling

$4,651.73, reflecting our recommended reduction of $37.50 in fees, as further explained in footnote 12 of that final report. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Fifth Period</u>, dated June 7, 2010 (Docket #24917).

36th Period:    <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Thirty-Sixth Interim Period</u> (Docket #25384), filed on or about September 10, 2010, in which we recommended approval of fees totaling $50,734.50 and expenses totaling $9,397.41. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Sixth Period</u>, dated September 13, 2010 (Docket #25397).

37th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Seventh Interim Period</u> (Docket #25850), filed on or about December 2, 2010, in which we recommended approval of fees totaling $35,303.00 and expenses totaling $2,642.07. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Seventh Period</u>, dated December 10, 2010 (Docket #25905).

38th Period:    <u>Fee Auditor's Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Eighth Interim Period</u> (Docket #26519), filed on or about March 9, 2011, in which we recommended approval of fees totaling $26,451.00 and expenses totaling $1,713.24. These

recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Eighth Period</u>, dated March 25, 2011 (Docket #26627).

39th Period: <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with No Fee or Expense Issues for the Thirty-Ninth Interim Period</u> (Docket #27116), filed on or about June 21, 2011, in which we recommended approval of fees totaling $24,634.00 and expenses totaling $1,869.65. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Thirty-Ninth Period</u>, dated June 30, 2011 (Docket #27188).

40th Period: <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fortieth Interim Period</u> (Docket #27507), filed on or about August 25, 2011, in which we recommended approval of fees totaling $44,706.00 and expenses totaling $2,116.13. These recommendations were adopted in the <u>Order Approving Quarterly Fee Applications for the Fortieth Period</u>, dated September 20, 2011 (Docket #27622).

41st Period: <u>Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-First Interim Period</u> (Docket #28070), filed on or about December 2, 2011, in which we recommended approval of fees totaling $39,422.00 and expenses totaling $1,908.37. These recommendations were adopted in the <u>Order</u>

*Approving Quarterly Fee Applications for the Forty-First Period*, dated December 14, 2011 (Docket #28150).

42nd Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Second Interim Period (Docket #28548), filed on or about February 20, 2012, in which we recommended approval of fees totaling $19,075.00 and expenses totaling $560.88. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Second Period, dated March 23, 2012 (Docket #28705).

43rd Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Third Interim Period (Docket #28900), filed on or about May 9, 2012, in which we recommended approval of fees totaling $19,938.00 and expenses totaling $1,267.30. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Third Period, dated June 14, 2012 (Docket #29054).

44th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fourth Interim Period (Docket #29449), filed on or about August 13, 2012, in which we recommended approval of fees totaling $21,177.00 and expenses totaling $1,976.09. These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Fourth Period, dated October 19,

2012 (Docket #29746).

45th Period:    Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Fifth Interim Period (Docket #29988), filed on or about December 4, 2012, in which we recommended approval of fees totaling $22,383.50 and expenses totaling $1,893.15.   These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Fifth Period, dated December 11, 2012 (Docket #30036).

46th Period:    Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Sixth Interim Period (Docket #30382), filed on or about March 7, 2013, in which we recommended approval of fees totaling $13,780.50 and expenses totaling $1,653.69.   These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Sixth Period, dated March 27, 2013 (Docket #30440).

47th Period:    Fee Auditor's Amended Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Seventh Interim Period (Docket #30840), filed on or about July 17, 2013, in which we recommended approval of fees totaling $14,764.50 and expenses totaling $548.80.   These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Seventh Period, dated July 31, 2013 (Docket #30907).

48th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Eighth Interim Period (Docket #31080), filed on or about September 6, 2013, in which we recommended approval of fees totaling $20,510.00 and expenses totaling $3,273.78.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Eighth Period, dated September 24, 2013 (Docket #31158).

49th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Forty-Ninth Interim Period (Docket #31404), filed on or about November 26, 2013, in which we recommended approval of fees totaling $17,280.00 and expenses totaling $1,485.29.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Forty-Ninth Period, dated December 17, 2013 (Docket #31482).

50th Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications with *De Minimis* or No Fee or Expense Issues for the Fiftieth Interim Period (Docket #31838), filed on or about March 11, 2014, in which we recommended approval of fees totaling $9,190.00 and expenses totaling $1,003.58.  These recommendations were adopted in the Order Approving Quarterly Fee Applications for the Fiftieth Period, dated March 11, 2014 (Docket #31963).

51st Period:   Fee Auditor's Combined Final Report Regarding Those Fee Applications

with *De Minimis* or No Fee or Expense Issues for the Fifty-First Interim

Application Period (Docket #32197), filed on or about May 13, 2014, in

which we recommended approval of fees totaling $9,641.00 and expenses

totaling $1,126.68.   These recommendations were adopted in the Order

Approving Quarterly Fee Applications for the Fifty-First Period, dated May

23, 2014 (Docket #32216).

7.      We have reviewed the final reports and orders allowing fees and expenses for the

prior interim periods, and we do not believe there is any reason to change any of the amounts

awarded for the prior interim periods.

### Request for Post-Effective Date Fees and Expenses

8.      We note that in addition to its final fee and expense request, but not included in its

total fees and expenses, Ferry Joseph has requested fees totaling $19,704.00 and expenses totaling

$1,420.35 for work performed and expenses incurred after February 3, 2014, the Effective Date of

the debtors' plan of reorganization.   Because these fees and expenses were incurred after the

Effective Date, they are beyond the scope of our review, and we offer no recommendation or opinion

concerning these fees and expenses in this report.

**CONCLUSION**

9.      Thus, we recommend final approval of $1,994,328.00 in fees ($2,063,274.00[3] minus

$62.00[4] and excluding $68,884.00 in Sealed Air fees)[5] and $251,125.47 in expenses ($264,221.32[6]

excluding $13,095.85 in Sealed Air expenses)[7] for Ferry Joseph's services for the Final Application

Period.[8]

---

[3]We note that the total of the fees requested in Ferry Joseph's 49 prior fee applications, plus the compensation sought for the Fifty-Second Interim Period, and the fees awarded in the Sealed Air Adversary Proceedings (*see* paragraph 5), is $2,063,411.50. It appears that Ferry Joseph has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 6, to arrive at the figure it seeks of $2,063,274.00. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[4]This is the amount of our recommended reduction for the Fifty-Second Interim Period. *See* paragraph 3.

[5]*See* paragraph 5.

[6]We note that the total of the expenses requested in Ferry Joseph's 49 prior fee applications, plus the expenses sought for the Fifty-Second Interim Period, and the expenses awarded in the Sealed Air Adversary Proceedings (*see* paragraph 5), is $264,355.30. It appears that Ferry Joseph has deducted from this amount all of the reductions ordered by the Court for the prior periods, which periods are discussed in more detail in paragraph 6, to arrive at the figure it seeks of $264,221.32. We note that the Court has ruled on the First through Fifty-First Interim Periods, but no ruling has been made on the Fifty-Second Interim Period.

[7]*See* paragraph 5.

[8]In addition to its final fee and expense request, but not included in its total fees and expenses, Ferry Joseph requested approval of post-Effective Date fees totaling $19,704.00 and expenses totaling $1,420.35. We make no recommendation, and offer no opinion, concerning Ferry Joseph's post-Effective Date fees and expenses in this report. *See* paragraph 8.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas  75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 31st day of July, 2014.

_____
        Warren H. Smith

# SERVICE LIST

<u>**Applicant**</u>
Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

<u>**The Debtors**</u>
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

<u>**United States Trustee**</u>
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

<u>**Counsel for the Debtors**</u>
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

<u>**Counsel to the Official Committee of Unsecured Creditors**</u>
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

<u>**Co-Counsel to the Official Committee of Property Damage Claimants**</u>
Scott L. Baena
Jay M. Sakalo
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

<u>**Counsel to the Official Committee of Personal Injury Claimants**</u>
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

<u>**Counsel to the Official Committee of Equity Holders**</u>
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899