<u>**CERTIFICATE OF SERVICE**</u>

I, David M. Fournier, hereby certify that on the 30th day of July, 2014, I caused

the foregoing **Certification of Counsel Regarding Final Application of Lukins & Annis, P.S.**

**for Allowance of Compensation and Reimbursement of Expenses as ZAI Additional**

**Special Counsel for the Period from July 21, 2002 through December 15, 2004** to be served

upon the parties on the attached service by first-class mail, postage prepaid.


 /s/ David M. Fournier
David M. Fournier (DE No. 2812)

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

John Donley, Esq.
Adam Paul, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Richard L. Schepacarter, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

Michael R. Lastowski, Esq.
Duane Morris, LLP
222 Delaware Ave, 16th Floor
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry Joseph & Pearce, P.A.
824 Market Street, 10th Floor
P.O. Box 1351
Wilmington, DE 19899

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, DE 19899

John C. Phillips, Jr., Esq.
Philips, Goldman & Spence, P.A.,
1200 North Broom Street
Wilmington, DE 19806

R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Attn: Mark Shelnitz, Esq.
Senior Vice President and General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Warren H. Smith
Warren H. Smith and Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

Roger Higgins, Esq.
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823

Douglas Bacon, Esq.
David S. Heller, Esq.
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Scott L. Baena, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131

#29092398 v1

Roger Frankel, Esq.
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC 20037

Thomas M. Mayer, Esq.
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Alan B. Rich, Esq.
Law Office of Alan B. Rich
1201 Elm Street, Suite 4244
Dallas, TX 75270

#29092398 v1