IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket Nos. |
| | ) 9180, 24416, 24417, 24512, 24519, |
| | ) 24526, 24660, 25157 |
| | ) |
| Official Committee of Asbestos Personal Injury Claimants and Official Committee of Asbestos Property Damage Claimants, et al., | ) Adv. Docket No. 02-2210 |
| | ) [Lead Docket] |
| | ) |
| Plaintiffs, | ) Re: Docket Nos. |
| v. | ) 375,461,469,472,480,515,569,683,699, |
| | ) 700, 701,728,744,762 |
| Sealed Air Corporation and Cryovac, Inc., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| Official Committee of Asbestos Personal Injury Claimants and Official Committee of Asbestos Property Damage Claimants, et al., | ) Adv. Docket No. 02-2211 |
| | ) |
| | ) Hearing: December 13, 2010 |
| Plaintiffs, | ) Agenda No. 6 |
| v. | ) |
| Fresenius Medical Care Holdings, Inc. and National Medical Card, Inc., | ) |
| | ) |
| Defendants. | ) |

**ORDER APPROVING REMAINING FEE APPLICATIONS RELATING TO
FRADULENT CONVEYANCE ADVERSARY PROCEEDINGS AND ALLOWING THE
PAYMENT OF REMAINING HOLDBACKS FOR SERVICES RENDERED**

This cause, coming to be heard on the Renewed Fee Motion[1] of the Debtors, Kirkland & Ellis LLP, Pachulski, Stang, Ziehl and Jones LLP, Bilzin Sumberg Baena Price & Axelrod, Conway DelGenio Gries & Co., LLC, Ferry Joseph & Pearce P.A., Hamilton, Rabinovitz & Associates, Inc, W.D. Hilton, and Caplin & Drysdale, (collectively, the "Applicants") for entry of an Order approving certain remaining fee applications referenced on Exhibit 1 attached hereto (the "Applications") and allowing the payment of the remaining Holdbacks owed to the Applicants in the Adversary Proceedings pursuant to sections 105(a) and 331 of the Bankruptcy Code and the Amended Order Under 11 U.S.C. 105(a) Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (Docket No. 1949); and it appearing that the Court has jurisdiction to consider the Revised Fee Motion and Applications and the relief requested therein in accordance with 28 U.S.C. 157 and 1334; and it appearing that venue of this proceeding and the Revised Fee Motion and Applications is proper in this district pursuant to 28 U.S.C. 1408 and 1409; and due and proper notice having been given; and it appearing that the relief requested in the Revised Fee Motion and Applications is in the best interest of the Debtors and their estates and creditors; and the Court being fully advised in the premises and after due deliberation and sufficient cause appearing therefore, IT IS HERBY ORDERED:

1. The Revised Fee Motion and the Applications are granted.

2. The Applicants are allowed the amounts set forth in Exhibit 1 (i) in compensation for services rendered during the compensation periods and (ii) as reimbursement for actual and necessary expenses incurred during the compensation periods.

---

[1] Capitalized terms not defined herein shall have the same meaning as those defined terms in the Revised Fee Motion.

3.   The Debtors are authorized and directed to make 100% payment of any and all fees and expenses listed on Exhibit 1 to the Applicants that have not yet been paid pursuant to the Interim Compensation Order; provided, however, that all fees and expenses paid pursuant to this Order are subject to final allowance by the Court pursuant to the terms of the Interim Compensation Order.

4.   The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this order.

Dated: 12/10, 2010

Judith K. Fitzgerald
Honorable Judith K. Fitzgerald
U.S. Bankruptcy Judge

SJS

## Exhibit 1
### Summary of Outstanding Fee Applications

### Kirkland & Ellis LLP

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 11/4/2010 (#764) | $ 35,967.00[1] | $ 779.09 | $ 7,820.60 |

### Pachulski, Stang, Ziehl & Jones LLP

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 11/4/2010 (#765) | $ 19,446.00 | $ 4,402.80 | $ 3,889.20 |

### Bilzin Sumberg Baena Price & Axelrod LLP

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 11/5/2010 (#766) | $10,886.00 | $ 1.20 | $ 2,177.20 |

### Conway DelGenio Gries & Co. LLP

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 4/3/2003 (#469) | $364,913.00 | $ 14,648.76 | $ 72,982.60 |
| 4/9/2003 (#472) | $278,191.25 | $ 18,149.73 | $ 55,538.25 |
| 4/22/2003 (#480) | $286,012.88 | $ 6,028.91 | $ 57,202.58 |
| 6/11/2003 (#515) | $126,846.00 | $ 152.15 | $ 25,369.20 |
| 9/26/2003 (#569) | $ 59,153.00 | $ 134.88 | $ 11,830.60 |
| Total | $750,203.13 | $ 24,465.67 | $223,023.23 |

### Ferry Jospeh & Pearce P.A.

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 11/15/2004 (#699) | $ 3,852.00 | $ 136.51 | $ 770.40 |
| 11/15/2004 (#700) | $ 2,407.50 | $ 390.21 | $ 481.50 |
| 3/21/2005 (#728) | $ 2,970.00 | $ 350.36 | $ 594.00 |

---

[1] The original monthly applications requested a total of $35,183.00. However, in preparing the quarterly application, an error was found. Of that amount, $28,146.40 was paid, leaving a balance now due of $7,820.60 as reflected in the table above.

1

DOCS_DE:165220.1

| | | | |
|---|---|---|---|
| 11/5/2010 (#768) | $ 5,536.50 | $ 742.22 | $1,107.30 |
| 11/5/2010 (#769) | $ 2,544.00 | $4,874.05 | $1,267.20[2] |
| Totals | $17,310.00 | $6,493.35 | $4,220.40 |

Hamilton, Rabinovitz, Associates, Inc.

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 11/25/2002 (#375) | $175,700.00 | $ 5,099.04 | $35,140.00 |
| 3/25/2003 (#461) | $ 47,825.00 | $ 0 | $ 9,565.00 |
| Totals | $223,525.00 | $ 5,099.04 | $44,795.00 |

W. D. Hilton, Jr.

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 11/5/2010 (#767) | $18,600.00 | $1,763.37 | $3,720.00 |

Caplin & Drysdale

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 8/16/2004 (#683) | $ 283.00 | $0 | $ 283.00[3] |
| 11/15/2004 (#701) | $ 6,411.50 | $0 | $1,282.30 |
| 8/12/2005 (#9180) | $ 8,030.50 | $0 | $1,606.10 |
| Totals | $14,725.00 | $0 | $3,171.40 |

---

[2] This includes 80% of the fee of $948.00 ($758.40) that was requested in the May 2005 monthly application which has not previously been paid.

[3] This includes full compensation for the fees requested in the 7th Quarterly application which had not been previously requested or paid.

2

DOCS_DE:165220.1