IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., *et al.*, | ) Case No. 01-1139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS PF W.R. GRACE & CO., suing of behalf of the Chapter 11 Bankruptcy estate of W.R. GRACE & CO., et al., | ) |
| | ) Adv. No. 02-2210 |
| Plaintiffs, | ) [LEAD DOCKET] |
| Against | ) |
| SEALED AIR CORPORATION and CRYOVAC, INC., | ) |
| Defendants. | ) |
| | ) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing on behalf of the Chapter 11 Bankruptcy Estate of W.R. Grace & CO., et al., | ) Adv. No. 02-2211 |
| Plaintiffs, | ) |
| Against | ) |
| FRESENIUS MEDICAL CARE HOLDINGS, INC. and NATIONAL MEDICAL CARE, INC. | ) **Affects Dockets 02-2210 and 02-2211** |
| Defendants. | ) |

{D0005984:1}

**SECOND MONTHLY FEE APPLICATION OF PROFESSOR ELIZABETH WARREN, SPECIAL BANKRUPTCY CONSULTANT TO CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered, on behalf of Professor Elizabeth Warren |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | October 22, 2001, *nunc pro tunc* to September 12, 2001 |
| Period for which compensation and reimbursement is sought: | October 1, 2002 through October 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,350.00 (80% of $1,687.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $00 |

This is a: __X__ monthly _____ interim _____ final application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 11/04/02 | 9/01/02 through 9/30/02 | $1,080.00 (80% of $1,350.00) | $ .00 | Pending | Pending |
| 11/05/02 | 10/01/02 through 10/31/02 | $1,350.00 (80% of $1,687.50) | $ .00 | Pending | Pending |

## SUMMARY OF COMPENSABLE TIME OF PROFESSOR ELIZABETH WARREN
## FOR BILLING PERIOD OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

| Name | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Elizabeth Warren | 2.5 | $675 | $1,687.50 |
| Total | 2.5 | | $1,687.50 |

### COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 10/01/02 through 10/31/02 | Total Fees for the Period 10/01/02 through 10/31/02 |
|---|---|---|
| Fraudulent Conveyance Adv. Proceeding | 2.5 | $1,687.50 |
| **Grand totals** | 2.5 | $1,687.50 |

### EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period October 1, 2002 through October 31, 2002 |
|---|---|---|
| Outside Reproduction & Courier Service | | $.00 |
| In-House Reproduction ($0.15 per page) | | $.00 |
| Facsimile ($0.15 per page) | | $.00 |
| Federal Express | | $.00 |
| Long Distance Telephone Calls | | $.00 |
| Air & Train Transportation | | $.00 |
| Meal Expense | | $.00 |
| Messenger Service | | $.00 |
| Local Transportation | | $.00 |
| Miscellaneous Exp | | $.00 |
| Conference Meals | | $.00 |

| | | |
|---|---|---|
| Postage | | $.00 |
| Research Material | | $.00 |
| Westlaw/Lexis | | $.00 |
| Professional Fees & Expert Witness Fees | | $.00 |
| Court Reporting/Transcript Service | | $.00 |
| Travel – Ground Transportation | | $.00 |
| Travel – Hotel Charges | | $.00 |
| Travel – Miscellaneous | | $.00 |
| **Total:** | | **$ 0.00** |

CAPLIN & DRYSDALE, CHARTERED

/s/Elihu Inselbuch
Elihu Inselbuch
399 Park Avenue, 27th Floor
New York, NY  10022
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC
Mark T. Hurford (I.D. #3299)
800 King Street, Suite 300
Wilmington, Delaware 19801
 (302) 426-1900

Counsel for the Official Committee
 of Asbestos Personal Injury Claimants

Dated:  November 5, 2002

## EXHIBIT A

### Fraudulent Conveyance Adv. Proceeding (2.50 Hours; $ 1,687.50)

| Date | Time | Description |
|---|---|---|
| 10/2 | .50 | Read court-proposed alternatives to deal with Cybergenics, discussed with Peter Lockwood. |
| 10/4 | .50 | Discuss Cybergenics alternatives with Peter Lockwood. |
| 10/9 | 1.25 | Reading Cybergenics documents, emailing with academics regarding possible amicus brief. |
| 10/18 | .25 | Continued discussion with Peter Lockwood of strategies regarding creditors' committees, appointment of a trustee and Cybergenics. |

**Total Task Code .30**          **2.50 hours**

{D0005985:1}

## EXHIBIT B

**Fraudulent Conveyance Adv. Proceeding (2.50 Hours; $ 1,687.50)**

Services rendered in this category relate to the analysis of asbestos claims against the Debtors.

**Total Task Code .30**          **2.5**

{D0005987:1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS PF W.R. GRACE & CO., suing of behalf of the Chapter 11 Bankruptcy estate of W.R. GRACE & CO., et al., | ) | |
| | ) | Adv. No. 02-2210 |
| Plaintiffs, | ) | [LEAD DOCKET] |
| | ) | |
| Against | ) | |
| | ) | |
| SEALED AIR CORPORATION and CRYOVAC, INC., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS and OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS OF W.R. GRACE & CO., suing on behalf of the Chapter 11 Bankruptcy Estate of W.R. Grace & CO., et al., | ) | Adv. No. 02-2211 |
| Plaintiffs, | ) | |
| Against | ) | |
| FRESENIUS MEDICAL CARE HOLDINGS, INC. and NATIONAL MEDICAL CARE, INC. | ) | **Affects Dockets 02-2210 and 02-2211** |
| Defendants. | ) | |

{D0005963:1}

## CERTIFICATE OF SERVICE

I, Aileen F. Maguire, of Campbell & Levine, LLC, hereby certify that on November 5, 2002, I caused a copy of the foregoing to be served upon the Notice Parties in accordance with the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members [Docket No. 1949].

Aileen F. Maguire

Dated: November 5, 2002

{D0005963:1 }

**HAND DELIVERY**
David S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

**HAND DELIVERY**
Mark S. Chehi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899-0636

**HAND DELIVERY**
Scott L. Baena, Esq., Robert Turken, Esq.
Mitchell E. Widom, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

**HAND DELIVERY**
Laura Davis Jones, Esq.
David W. Carickhoff, Esq.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899

**HAND DELIVERY**
Michael R. Lastowski, Esq.
Duane Morris & Heckscher LLP
1000 North Market Street, Suite 1200
Wilmington, DE 19801

**HAND DELIVERY**
Theresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**HAND DELIVERY**
William H. Sudell, Jr., Esq.
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

**Hand Delivery**
Frank Perch, Esq.
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

**HAND DELIVERY**
Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry & Joseph P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801

**HAND DELIVERY**
Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Moshe Sassoon, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

**HAND DELIVERY**
Jerel Ellington, Esq.
U.S. Department of Justice
999 18th Street, Suite 945 – North Tower
Denver, CO 80202

**HAND DELIVERY**
Brad N. Friedman, Esq.
Rachel S. Fleishman, Esq.
Milberg Weiss Bershad Hynes & Learch
One Pennsylvania Plaza
New York, NY 10019

**HAND DELIVERY**
Henry Wasserstein, Esq.
Sheila Birnbaum, Esq.
Bert Wolf, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**HAND DELIVERY**
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**HAND DELIVERY**
David M. Bernick, Esq.
Michelle Browdy, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**HAND DELIVERY**
Thomas Mayer, Esq., Phil Bentley, Esq.
Gary Becker, Esq.
Kramer Levin Naftlis & Frankel LLP
919 Third Avenue
New York, NY 10022

**HAND DELIVERY**
William S. Katchen, Esq
Duane Morris
744 Broad Street, Suite 1200
Newark, NJ 07102-3889

{D0005998:1 }