## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO.,** *et al.*, | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (KJC)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING THE APPLICATION OF ZAI (CLASS 7B) TRUSTEE, EDWARD B. COTTINGHAM, JR., FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES RELATING TO PLAN IMPLEMENTATION FOR THE PERIOD OF DECEMBER 1, 2013 THROUGH FEBRUARY 3, 2014

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Application of ZAI (Class 7B) Trustee, Edward B. Cottingham, Jr., for Compensation for Services and Reimbursement of Expenses Relating to Plan Implementation for the Period of December 1, 2013 through February 3, 2014</u> (the "Application").

### BACKGROUND

1.    Edward B. Cottingham, Jr. ("Mr. Cottingham"), is the Class 7B Trustee in the Asbestos PD Trust Agreement ("PD Trust Agreement"), which PD Trust Agreement is annexed as Exhibit 3 to the Exhibit Book for the <u>Debtor's First Amended Joint Plan of Reorganization as Modified through December 23, 2010</u> (the "Plan"), and his appointment as Class 7B Trustee of the PD Trust Agreement was approved by the Court in the order confirming the Plan.[1]    In the

---

[1] *See* Section IV.G.4. of the <u>Recommended Findings of Fact, Conclusions of Law and Order Regarding Confirmation of First Amended Joint Plan of Reorganization as Modified through December 23, 2010</u> (Docket #26155) (the "Confirmation Order"), entered January 31, 2011.

Application, Mr. Cottingham seeks final approval of fees totaling $33,570.00 and expenses totaling $1,175.96 for his services for the period of December 1, 2013 through February 3, 2014 (the "Final Application Period"). This is the first and final application filed by Mr. Cottingham in these cases.

2.    In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2014, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We emailed an inquiry to Mr. Cottingham's counsel based upon our review, and we received a response from Mr. Cottingham's counsel, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3.    We note that pursuant to the terms of the Confirmation Order, the Asbestos PD Trust (the "PD Trust") was to be created and funded on the Effective Date of the Plan, which was February 3, 2014. We note that the bulk of the fees and expenses sought by Mr. Cottingham in this Application pertained to services performed on or before the February 3, 2014 Effective Date and prior to the formation of the PD Trust. However, we further note that the fees and expenses which were billed by Mr. Cottingham appear to be directly related to the formation and funding of the PD

Trust and therefore necessary for the implementation of the Plan. Thus, we have no objection to Mr. Cottingham's fees and expenses on the basis that they were incurred prior to formation of the PD Trust.

<u>Specific Expense Entries</u>

4.      We noted a dinner expense of $118.99 incurred on February 2, 2014, which exceeded our recommended cap of $70.00 per person in New York City. We asked Mr. Cottingham's counsel about this expense, and he responded:

> We spoke with Mr. Cottingham, he advised that he was the only one eating but that he had no breakfast or lunch, and therefore ate well at dinner. Nevertheless, he is prepared to accept the recommended reduction.

We appreciate Mr. Cottingham's response and recommend a reduction of $48.99 in expenses.

5.      We noted that included in the Application were the following entries for services performed and expenses incurred after February 3, 2014, the Effective Date of the Plan:

| 2/4/2014 | $2,160.00 | 4.80 | Travel back to Charleston - flight delayed twice[2] |
| 2/4/2014 | $51.37 | | Lunch and Dinner returning from New York (Feb 04 '14 at Charlotte International Airport) |
| 2/4/2014 | $41.00 | | Cab to Airport |

Because these fees and expenses were incurred after the Effective Date, they are beyond the scope of our review, and we offer no recommendation, and take no position, concerning the fees and expenses in this report.

---

[2]According to the Application, the actual travel time was double this amount of time, but the time was discounted by one-half.

**FEE AUDITOR'S FINAL REPORT** - Page 3
wrg FR Cottingham Trustee ver2.wpd

## CONCLUSION

6.    Thus, we recommend final approval of $31,410.00 in fees ($33,570.00 excluding

$2,160.00 in post-Effective Date fees)[3]  and $1,034.60 in expenses ($1,175.96 minus $48.99[4] and

excluding $92.37 in post-Effective Date expenses)[5] for Mr. Cottingham's services for the Final

Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

---

[3]*See* paragraph 4.

[4]*See* paragraph 3.

[5]*See* paragraph 4.

**FEE AUDITOR'S FINAL REPORT** - Page 4
wrg FR Cottingham Trustee ver2.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 5th day of August, 2014.

_____

Warren H. Smith

# SERVICE LIST
## Notice Parties

**Counsel for the Applicant**
William D. Sullivan
Seth Brostoff
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY  10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899