EXPENSES FOR FEBRUARY 2014

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|---|---|---|
| 2/2/2014 | Round Trip Coach Airfare (DFW-LGA) | $1,352.00 |
| 2/2/2014 | Taxi to Hotel | $37.83 |
| 2/2/2014 | Dinner | $33.00 |
| 2/2/2014 | Hotel | $272.48 |
| 2/3/2014 | Airport Parking | $55.13 |
| | Total | $1,750.44 |