By-Request for Assistance and Consideration

Date, 7-25-2014

U.S. Bankruptcy Court - Clerk
District of Delaware
824 - North Market St., 3rd - Floor
Wilmington, Delaware (19801)

Re.:

Case-Name - W.R. Grace & Co. (et-al) Ch. 11
Case-No. - 01-01139 (Jointly-adm., (Hon.-JKF.)

Subj.:

"Creditor" - Burrell Johnson, JR.,
(Addressee) 2615 - Fernwood Avenue
Dallas, Texas (75216)

Dear Hon. Clerk,
Hello - I would like To ask (By-Request) for The (Status) of The Above-Named (Pending) Case, (Please)

Any assistance and Consideration Taken In This Matter, Will-Be Deeply-Appreciated.

By - U.S. War-Veteran, Burrell Johnson, Jr.