## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (KJC) |
| | ) (Jointly Administered) |
| Reorganized Debtors. | ) |
| | ) **Hearing Date: September 10, 2014, at 10:00 a.m.** |
| | ) **Objection Deadline: September 3, 2014 at 4:00 p.m.** |

## NOTICE OF THIRTY-FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS RELATING TO THE TANTALO LANDFILL (SUBSTANTIVE OBJECTION)

On or about August 4, 2014, the above-captioned reorganized debtors (the "
Reorganized Debtors") filed the *Thirty-First Omnibus Objection to Certain Claims Relating to
the Tantalo Landfill (Substantive Objection)* (the "Objection") with the United States Bankruptcy
Court for the District of Delaware.  The Debtors will serve copies of the Objection (with all
Exhibits) on (i) the office of the United States Trustee; (ii) counsel to the WRG Asbestos PI
Trust; (iii) counsel to the Asbestos PI Future Claimants Representative; (iv) counsel to the
Asbestos PD Future Claimants Representative; (v) counsel to the  WRG Asbestos PD Trust (7A);
(vi) Counsel for the WRG Asbestos PD Trust (7B); (vii) Counsel for the CDN ZAI PD Claims
Fund; (viii) those parties that requested service and notice of papers in accordance with Fed. R.
Bankr. P. 2002; and (iv) the Claimants who filed the four Tantalo Claims that are the subject of
this Objection.  Responses to the relief requested in the Objection, if any, must be in writing and

---

[1]      The Reorganized Debtors comprise the following entities: W. R. Grace & Co., W. R.
Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New
Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation,
Grace Europe, Inc., Grace International Holdings, Inc., Grace PAR Corporation, W. R. Grace
Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development
Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group,
Inc. and Water Street Corporation.

be filed with the Bankruptcy Court no later than 4:00 p.m. (prevailing Eastern time) on

**September 3, 2014 at 4:00 p.m.**

If you file a response to the Objection, at the same time, you must also serve a

copy of the response upon the following parties: (i) co-counsel for the Reorganized Debtors,

Adam Paul, Kirkland & Ellis LLP, 300 N. LaSalle, Chicago, IL 60654 (fax 312-862-2200),

Roger J. Higgins, The Law Offices of Roger Higgins, LLC, 1 North Bishop Street, Suite 14,

Chicago, IL 60607 (fax 312-577-0737), and James E. O'Neill, Pachulski Stang Ziehl & Jones

LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705

(Courier 19801) (fax 302-652-4400); (ii) counsel to the Official Committee of Unsecured

Creditors, Michael Magzamen, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, NY

10038-4982 (fax 212-806-6006), and Michael R. Lastowski, Duane, Morris & Heckscher, LLP,

1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246 (fax 302-657-4901); (iii)

counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena,

Bilzin, Sumberg, Baena, Price & Axelrod, 1450 Brickell Avenue, Suite 2300, Miami, FL 33131

(fax 305-374-7593), and Michael B. Joseph, Ferry & Joseph, P.A., 824 Market Street, Suite 904,

P.O. Box 1351, Wilmington, DE 19899 (fax 302-575-1714); (iv) counsel to the Official

Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Caplin & Drysdale,

Chartered, 375 Park Avenue, 35th Floor, New York, NY 10152-3500 (fax 212-644-6755), and

Marla Eskin, Campbell & Levine, LLC, 222 Delaware Avenue, Suite 1620, Wilmington, DE

19801 (fax 302-426-9947); (v) counsel to the Official Committee of Equity Holders, Thomas M.

Mayer, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022 (fax

212-715-8000), and Teresa K.D. Currier, Saul Ewing LLP, 222 Delaware Avenue P.O. Box

2

1266, Wilmington, DE 19899-1397 (fax 302-421-6813); (vi) counsel to the Asbestos PI Future

Claimants' Representative, Richard H. Wyron, Orrick, Herrington & Sutcliffe LLP, 1152 15th

Street, NW, Washington, DC 20005 (fax 202-339-8500), and John C. Phillips, Jr., Phillips,

Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806 (fax 302-655-

4210); (vii) the Office of the United States Trustee, Attn: Richard L. Schepecarter, Esquire, 844

N. King Street, Wilmington, Delaware  19801 (fax number 302-573-6497); and (viii) counsel to

the Asbestos PD Future Claimants' Representative, Karl Hill, Seitz, Van Ogtrop & Green, P.A.,

222 Delaware Avenue, Suite 1500, P.O. Box 68, Wilmington, DE 19899 (fax 302-888-0606),

and Alan B. Rich, Law Office of Alan B. Rich, Esq., 1201 Elm Street, Suite 4244, Dallas, TX

75270 (fax 214-749-0325).

Any response should contain the following:

A. a caption setting forth the name of the Court, the name of the Debtors, the case number, and the title of the Objection to which the Response is directed;

B. the name of the claimant, his/her/its claim number, and a description of the basis for the amount of the claim;

C. the specific factual basis and supporting legal argument upon which the party will rely in opposing the Objection;

D. any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim;

E. the name, address, telephone number, and fax number of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Debtors should communicate with respect to the claim or the objection and who possesses authority to reconcile, settle, or otherwise resolve the objection to the Disputed Claim on behalf of the claimant.

If you file a response to the Objection, you should be prepared to argue that response at the September 3, 2014 hearing (the "Claims Hearing") unless you reach an agreement with the Debtors' counsel to continue or resolve your matter. You need not respond to the Objection or appear at the Claims Hearing if you do not object to the relief requested in the Objection. If you do not timely file and serve a response to the Objection, the relief requested in the Objection may be granted without further notice to you. Failure to timely file a response to the Objection shall be deemed (i) a waiver of your right to respond to the Objection and (ii) your consent to the relief requested in the Objection respecting your claim.

IF NO RESPONSES ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE OBJECTION WILL BE HELD BEFORE THE HONORABLE KEVIN J. CAREY AT THE UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, FIFTH FLOOR, COURTROOM 5, WILMINGTON, DELAWARE 19801, ON **SEPTEMBER 10, 2014, AT 10:00 A.M.** PREVAILING EASTERN TIME.

[Remainder of Page Intentionally Left Blank]

4

The Debtors reserve the right to file and serve a reply to a claimant's response.  **If you have any questions regarding your claim(s) you should contact BMC at (800) 655-1129. If you have any questions regarding the Objection, please call Roger J. Higgins at (312) 666-0431.**

Dated: August __4__, 2014

KIRKLAND & ELLIS LLP
Adam Paul
John Donley
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street, Suite 14
Chicago, IL 60607
(312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
(302) 652-4400

Co-Counsel for the Reorganized Debtors

5