## Exhibit L

**12/8/00 WDNY Order re Answer to Third Amended Complaint**

FILED
U.S. DISTRICT COURT
W D [illegible]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENECA MEADOWS, INC. and MACEDON HOMES, INC., <br><br> Plaintiffs <br><br> vs. <br><br> EVANS CHEMETICS DIVISION OF HAMPSHIRE CHEMICAL CORP.; EVANS CHEMETICS DIVISION OF W.R. GRACE & CO.; EVANS CHEMETICS DIVISION OF W.R. GRACE & CO. - CONN.; EVANS RESEARCH AND DEVELOPMENT CORPORATION; FISHER BODY DIVISION OF GENERAL MOTORS CORP.; GTE CORPORATION; GTE PRODUCTS CORPORATION; GTE SYLVANIA INCORPORATED; GENERAL MOTORS CORPORATION; GENERAL TELEPHONE & ELECTRONICS CORPORATION; GOULDS PUMPS, INCORPORATED; GOULDS PUMPS (N.Y.), INC.; HAMPSHIRE CHEMICAL CORP.; NORTH AMERICAN PHILIPS CORPORATION; OSRAM SYLVANIA INC.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; SALES AFFILIATES, INC.; SYLVANIA ELECTRIC PRODUCTS, INC.; SYLVANIA ELECTRICAL PRODUCTS INC.; W.R. GRACE & CO.; W.R. GRACE & CO. - CONN. <br><br> Defendants. | CIVIL ACTION NO. 95-CV-6400L <br><br><br> STIPULATION AND ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs and defendants that defendants consent to plaintiffs filing a Third Amended Complaint.

Pursuant to the provisions of the Case Management Order, no response to the Third Amended Complaint is required from any party with the exception of Zotos International, Inc. and Sales Affiliates, Inc. The answers of the remaining defendants to the Second Amended Complaint are deemed to be responsive to the Third Amended Complaint; provided, however, that no party shall be prohibited from filing an answer or other response

#189

to the Third Amended Complaint. Responsive pleadings, if any, shall be accomplished in accordance with the Case Management Order and the Federal and Local Rules of Civil Procedure.

Phase II discovery under the Case Management Order is reopened for the purpose of permitting discovery as to new matters alleged in the Third Amended Complaint and shall be completed within 120 days after service of the Third Amended Complaint.

The Third Amended Complaint shall be filed and served within fifteen (15) days from the date of entry of this Order.

Ronald G. Hull, Esq., of Counsel
Underberg & Kessler LLP
1800 Chase Square
Rochester, New York 14604

Craig A. Slater, Esq.
Harter, Secrest & Emery
One HSBC Center
Suite 3550
Buffalo, New York 14203-2884

Phillip H. Gitlen, Esq.
Whiteman, Osterman & Hanna
One Commerce Plaza
Albany, New York 12260

R. William Stephens, Esq.
Raichle, Banning, Weiss & Stephens
410 Main Street
Buffalo, New York 14202-3702

Kevin Hogan, Esq.
PHILLIPS, LYTLE, HITCHCOCK, BLAINE & HUBER
3400 Marine Midland Center
Buffalo, New York 14203

Richard A. Palumbo, Esq.
BOYLAN, BROWN, CODE, FOWLER, VIGDOR & WILSON, LLP
2400 Chase Square
Rochester, New York 14604

**SO ORDERED:**

Hon. William Bauer
United States Magistrate Judge

Dated: Rochester, New York
____________, 2000

to the Third Amended Complaint. Responsive pleadings, if any, shall be accomplished in accordance with the Case Management Order and the Federal and Local Rules of Civil Procedure.

Phase II discovery under the Case Management Order is reopened for the purpose of permitting discovery as to new matters alleged in the Third Amended Complaint and shall be completed within 120 days after service of the Third Amended Complaint.

The Third Amended Complaint shall be filed and served within fifteen (15) days from the date of entry of this Order.

---

Ronald G. Hull, Esq., of Counsel
Underberg & Kessler LLP
1800 Chase Square
Rochester, New York 14604

_____
Phillip H. Gitlen, Esq.
Whiteman, Osterman & Hanna
One Commerce Plaza
Albany, New York 12260

Kevin Hogan, Esq.
PHILLIPS, LYTLE, HITCHCOCK,
    BLAINE & HUBER
3400 Marine Midland Center
Buffalo, New York 14203

---

Craig A. Slater, Esq.
Harter, Secrest & Emery
One HSBC Center
Suite 3550
Buffalo, New York 14203-2884

R. William Stephens, Esq.
Raichle, Banning, Weiss & Stephens
410 Main Street
Buffalo, New York 14202-3702

Richard A. Palumbo, Esq.
BOYLAN, BROWN, CODE, FOWLER,
    VIGDOR & WILSON, LLP
2400 Chase Square
Rochester, New York 14604

---

**SO ORDERED:**

_____
Hon. William Bauer
United States Magistrate Judge

Dated: Rochester, New York
_____, 2000

to the Third Amended Complaint. Responsive pleadings, if any, shall be accomplished in accordance with the Case Management Order and the Federal and Local Rules of Civil Procedure.

Phase II discovery under the Case Management Order is reopened for the purpose of permitting discovery as to new matters alleged in the Third Amended Complaint and shall be completed within 120 days after service of the Third Amended Complaint.

The Third Amended Complaint shall be filed and served within fifteen (15) days from the date of entry of this Order.

_____
Ronald G. Hull, Esq., of Counsel
Underberg & Kessler LLP
1800 Chase Square
Rochester, New York 14604

/s/ Craig A. Slater
_____
Craig A. Slater, Esq.
Harter, Secrest & Emery
One HSBC Center
Suite 3550
Buffalo, New York 14203-2884

_____
Phillip H. Gitlen, Esq.
Whiteman, Osterman & Hanna
One Commerce Plaza
Albany, New York 12260

_____
R. William Stephens, Esq.
Raichle, Banning, Weiss & Stephens
410 Main Street
Buffalo, New York 14202-3702

_____
Kevin Hogan, Esq.
PHILLIPS, LYTLE, HITCHCOCK,
  BLAINE & HUBER
3400 Marine Midland Center
Buffalo, New York 14203

_____
Richard A. Palumbo, Esq.
BOYLAN, BROWN, CODE, FOWLER,
  VIGDOR & WILSON, LLP
2400 Chase Square
Rochester, New York 14604

**SO ORDERED:**

_____
Hon. William Bauer
United States Magistrate Judge

Dated: ~~Rochester~~ Buffalo, New York
       October 17, 2000

to the Third Amended Complaint. Responsive pleadings, if any, shall be accomplished in accordance with the Case Management Order and the Federal and Local Rules of Civil Procedure.

Phase II discovery under the Case Management Order is reopened for the purpose of permitting discovery as to new matters alleged in the Third Amended Complaint and shall be completed within 120 days after service of the Third Amended Complaint.

The Third Amended Complaint shall be filed and served within fifteen (15) days from the date of entry of this Order.

| | |
|---|---|
| Ronald G. Hull, Esq., of Counsel<br>Underberg & Kessler LLP<br>1800 Chase Square<br>Rochester, New York  14604 | Craig A. Slater, Esq.<br>Harter, Secrest & Emery<br>One HSBC Center<br>Suite 3550<br>Buffalo, New York  14203-2884 |
| Phillip H. Gitlen, Esq.<br>Whiteman, Osterman & Hanna<br>One Commerce Plaza<br>Albany, New York  12260 | R. William Stephens, Esq.<br>Raichle, Banning, Weiss & Stephens<br>410 Main Street<br>Buffalo, New York  14202-3702 |
| Kevin Hogan, Esq.<br>PHILLIPS, LYTLE, HITCHCOCK,<br>   BLAINE & HUBER<br>3400 Marine Midland Center<br>Buffalo, New York  14203 | Richard A. Palumbo, Esq.<br>BOYLAN, BROWN, CODE, FOWLER,<br>   VIGDOR & WILSON, LLP<br>2400 Chase Square<br>Rochester, New York  14604 |

**SO ORDERED:**

_____
Hon. William Bauer
United States Magistrate Judge

Dated:  Rochester, New York
            _____, 2000

to the Third Amended Complaint. Responsive pleadings, if any, shall be accomplished in accordance with the Case Management Order and the Federal and Local Rules of Civil Procedure.

Phase II discovery under the Case Management Order is reopened for the purpose of permitting discovery as to new matters alleged in the Third Amended Complaint and shall be completed within 120 days after service of the Third Amended Complaint.

The Third Amended Complaint shall be filed and served within fifteen (15) days from the date of entry of this Order.

| | |
|---|---|
| Ronald G. Hull, Esq., of Counsel<br>Underberg & Kessler LLP<br>1800 Chase Square<br>Rochester, New York  14604 | Craig A. Slater, Esq.<br>Harter, Secrest & Emery<br>One HSBC Center<br>Suite 3550<br>Buffalo, New York  14203-2884 |
| Phillip H. Gitlen, Esq.<br>Whiteman, Osterman & Hanna<br>One Commerce Plaza<br>Albany, New York  12260 | R. William Stephens, Esq.<br>Raichle, Banning, Weiss & Stephens<br>410 Main Street<br>Buffalo, New York  14202-3702<br>_/s/ Richard R. Palumbo_ |
| Kevin Hogan, Esq.<br>PHILLIPS, LYTLE, HITCHCOCK,<br>  BLAINE & HUBER<br>3400 Marine Midland Center<br>Buffalo, New York  14203 | Richard A. Palumbo, Esq.<br>BOYLAN, BROWN, CODE, FOWLER,<br>  VIGDOR & WILSON, LLP<br>2400 Chase Square<br>Rochester, New York  14604 |

**SO ORDERED:**

_/s/ William Bauer_
Hon. William Bauer
United States Magistrate Judge

Dated:  Rochester, New York
        DECEMBER 28, 2000

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Seneca Meadows, Inc.

                                 Plaintiff(s)

   v.                                             6:95-cv-06400

ECI Liquidating, Inc

                                 Defendant(s)

---

PLEASE take notice of the entry of an ORDER filed on 12/29/00, of which the within is a copy, and entered 1/12/01 upon the official docket in this case.   (Document No. 189 .)


Dated:   Rochester, New York
         January 12, 2001


                                           RODNEY C. EARLY, Clerk
                                           U.S. District Court
                                           Western District of New York
                                           2120 U.S. Courthouse
                                           100 State Street
                                           Rochester, New York 14614

Enclosure
TO:
        Robert E. Glanville, Esq.
        Kevin M. Hogan, Esq.
        Terry M. Richman, Esq.
        Ronald G. Hull, Esq.
        Craig A. Slater, Esq.
        Angela M. Demerle, Esq.
        Angela M. Demerle, Esq.
        Angela M. Demerle, Esq.
        Philip H. Gitlen, Esq.
        Molly M.A. Brown, Esq.
        Michael G. Sterthous, Esq.
        Richard A. Palumbo, Esq.
        R. William Stephens, Esq.