# Exhibit M

## WDNY Stipulation & Order

UNITED STATES DISTRICT COURT
Western District of New York

| | |
|---|---|
| SENECA MEADOWS, INC., <br><br> Plaintiff, <br> vs. <br><br> ECI LIQUIDATING, INC., et al., <br><br> Defendants. | STIPULATION OF DISCONTINUANCE AND DISMISSAL AND BAR ORDER <br><br> Case Number: 95-CV-6400L <br><br> Hon. David G. Larimer |

It is hereby STIPULATED and AGREED, by and between the undersigned, the attorneys of record for Plaintiffs Seneca Meadows, Inc. and Macedon Homes, Inc. and Defendants GTE CORPORATION, GTE PRODUCTS CORPORATION, GTE SYLVANIA INCORPORATED, GENERAL TELEPHONE & ELECTRONICS CORPORATION, NORTH AMERICAN PHILIPS CORPORATION, OSRAM, SYLVANIA, INC., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, SYLVANIA ELECTRICAL PRODUCTS, INC. (the "GTE Defendants"), that the claims of Plaintiffs and the counterclaims of the GTE Defendants in the above-captioned litigation be discontinued and dismissed with prejudice, without costs to any party and without right to appeal.

Underberg & Kessler LLP

_____
Ronald G. Hull, Esq.
Attorneys for Plaintiffs
300 Bausch & Lomb Place
Rochester, New York 14604

Foley Hoag LLP

_____
Robert Sanoff, Esq.
Attorneys for GTE Defendants
155 Seaport Boulevard
Boston, Massachusetts 02210

Upon reading the above Stipulation, it is ORDERED that the claims of Seneca Meadows, Inc. and Macedon Homes, Inc. in the above-captioned litigation are DISMISSED WITH PREJUDICE.

It is further ORDERED that all claims and cross-claims by any party or entity against the GTE Defendants, their subsidiaries, predecessors, successors, parents, affiliates, and related companies, and the past, present and future owners, directors, officers, trustees, shareholders, agents, employees and assigns of any of the aforementioned entities, are hereby BARRED insofar as such claims arise out of or are related to the above-captioned matter.

SO ORDERED: _____    Dated: January 9, 2006
Hon. David G. Larimer
United States District Judge

::ODMA\PCDOCS\FHBOSTON\3141280\1