E<small>XHIBIT</small> **N**

**WDNY Dismissal Order**

TED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

SENECA MEADOWS, INC., et al.,

Plaintiffs,

ORDER

95-CV-6400L

v.

ECI LIQUIDATING, INC., et al.,

Defendants.

_____

On April 20, 2006, this Court entered a decision, after trial, dismissing plaintiffs' claims against defendant Goulds Pumps, Inc. Judgment was entered to that effect on May 11, 2006.

Several party defendants are still listed on the docket sheet of the Court as active parties. That should not be the case.

Defendants, ECI Liquidating, Evans Chemetics, Inc., Evans Chemetics Division of Hampshire Chemical Corp., Evans Chemetics Divison of W.R. Grace & Co., Inc., Evans Chemetics Divison of W.R. Grace & Co. - Conn., Inc. and Hampshire Chemical Corp., were or now are subdivisions or subsidiaries of W. R. Grace & Co. On advice of plaintiffs' counsel, W. R. Grace & Co. is now in bankruptcy and plaintiffs have pursued the claim raised here in that bankruptcy court proceeding. Therefore, all these referenced defendants should be dismissed and the case closed as to them.

Defendants, Fisher Body Division of General Motors Corp., Fisher Guide Division of General Motors Corp., and General Motors Corporation have all settled their claims with plaintiffs, and these defendants should be terminated and the case closed as to them.

Sale Affiliates, Inc. is a subsidiary of Zotos International, Inc., and the case should be closed as to these defendants as well. The matter has either been settled or dismissed as to the third-party plaintiff, the prosecuted third-party action against Sales Affiliates, Inc. and Zotos International, Inc.

This case should be CLOSED in its entirety.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
      May 15, 2006.

- 2 -