IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 4th day of August, 2014, I caused a

copy of the following document to be served on the individuals on the attached service list in the

manner indicated:

**NOTICE OF THIRTY-FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS RELATING TO THE TANTALO LANDFILL (SUBSTANTIVE OBJECTION); AND**

**THIRTY-FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS RELATING TO THE TANTALO LANDFILL (SUBSTANTIVE OBJECTION) [WITH EXHIBITS A THROUGH N].**

_____
James E. O'Neill (Bar No. 4042)

---

[1]   The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

WR Grace – Tantalo Landfill Claim Objection Service List
Case No. 01-1139
Document No. 194661
03 – First Class Mail

**First Class Mail**
(Counsel for GTE Operations Support Inc. & GTE)
To Whom it May Concern
Harter Secrest & Emery LLP
One HSBC Center, Suite 3550
Buffalo, NY  14203-2884

**First Class Mail**
(Counsel for GTE Operations Support Inc. & GTE)
Craig Slater, Esquire
The Slater Law Firm, PLLC
26 Mississippi Street – Suite 400
Buffalo, NY  14203-3014

**First Class Mail**
(Counsel for Seneca Meadows Inc. and
Macedon Homes Inc.)
Ronald G. Hull, Esquire
Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY  14604