# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Hearing Date: October 14, 2014, 9:00 a.m. ET |

### CERTIFICATION OF COUNSEL REGARDING DOCKET NO. 32074
(FINAL FEE APPLICATION OF COUNSEL TO THE PD FCR)

The undersigned hereby certifies that:

1.   Other than comments from the Fee Auditor in his final report, found at Doc. No. 32364, as of the date hereof, the undersigned has received no answer, objection or other responsive pleading to the "Amended Final Application of Alan B. Rich, Esq. For Compensation for Services and Reimbursement of Expenses as Counsel to the Legal Representative for Future Asbestos-related Property Damage Claimants," which included within it the fee application for the truncated final quarter from January 1, 2014 to February 3, 2014 (the "Application").

2.   The Fee Auditor's Final Report noted a mathematical error in the fees sought for the final quarterly period (January 1, 2014 to February 3, 2014) in the amount of $150.00 in the Debtors' favor.  While $68,325 was billed, $68,175 was the correct amount.  Therefore, since the Debtors have already paid 80% of the bills submitted for the final quarter ($68,325 was submitted and $54,660 was paid), assuming court approval at the fee hearing for payment of the final 20%, the Debtors would be required to pay $13,515.[1]

---

[1] Computed as follows: the correct quarterly total, $68,175 x .2, minus $120 (which is the amount of the $150 overage already paid.).  That figure may be further reduced, as discussed in paragraph 3.

3. The Fee Auditor also noted that there were minor errors in the amounts sought for final fees and expenses from prior periods. The Fee Auditor recommended that the undersigned's final fee request be reduced by $35.00, and the final expense request be reduced by $18.00, a total of $53.00. This difference may be set-off from the payment of the remaining balance from the final quarterly payment, requiring the Debtors to pay $13,462 rather than $13,515.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Elm Street, Suite 4244
Dallas, Texas 75270
Tel: (214) 744-5100
Fax: (214) 744-5101
arich@alanrichlaw.com

COUNSEL TO JUDGE ALEXANDER M. SANDERS, JR., LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 6th day of August, 2014, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____