# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., *et al.*, | § | Jointly Administered |
| | § | Case No. 01-01139 (KJC) |
| Debtors. | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING THE FINAL FEES AND EXPENSES OF SOCHA, PERCZAK, SETTER & ANDERSON, P.C. FOR THE PERIOD OF NOVEMBER 1, 2006 THROUGH FEBRUARY 28, 2007

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the final fees and expenses of Socha, Perczak, Setter & Anderson, P.C.

## BACKGROUND

1.  Socha, Perczak, Setter & Anderson, P.C. ("Socha"), was retained as an ordinary course professional ("OCP") to provide legal services to the Debtors and Debtors-in-Possession. Socha did not file a final fee application in these cases, however, we were asked by Debtors' counsel to perform a final review of Socha's fees and expenses. During the course of its work on the case, Socha sought and obtained interim approval for fees totaling $80,217.50 and expenses totaling $16,158.32[1] for its services from November 1, 2006 through February 28, 2007 (the "Final Application Period"). Our recommendations are contingent upon there being no objection by the Court or the United States Trustee to final approval of Socha's fees and expenses.

2.  In the course of conducting our original audit and reaching the conclusions and

---

[1] These amounts reflect fees and expenses billed in excess of the $50,000.00 OCP cap.

recommendations contained in our interim final report, we reviewed in detail the prior interim application listed below in its entirety, including each of the time and expense entries included in the exhibits to that application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"),[2] and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

### Prior Interim Application

3.  We note that we previously filed the following final report for Socha's prior interim application, which final report we incorporate by reference herein, and we also note the following order that ruled on Socha's prior interim fee application:

24th Period: <u>Fee Auditor's Final Report Regarding Fee Application of Socha, Perczak, Setter & Anderson, P.C. for the Twenty-Fourth Interim Period</u> (Docket #16775), filed on or about September 7, 2007, in which we recommended approval of fees totaling $80,217.50 and expenses totaling $16,158.32, reflecting our recommended reduction of $125.00 in fees, as further explained in paragraph 3 of that final report. These recommendations were

---

[2] We relied upon the version of the Local Rules with the effective date of February 1, 2006 in our review of the interim application.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Socha Final.wpd

adopted in the <u>Order Approving Quarterly Fee Applications for the Twenty-Fourth Period</u>, dated September 25, 2007 (Docket #16916).

4. We have reviewed the final report and order allowing fees and expenses for the prior interim period, and we do not believe there is any reason to change any of the amounts awarded for the prior interim period.

## CONCLUSION

5. Thus, we recommend final approval of $80,217.50 in fees and $16,158.32 in expenses for Socha's services for the Final Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

2235 Ridge Road, Suite 105
Rockwall, Texas 75087
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 8th day of August, 2014.

_____
Warren H. Smith

# SERVICE LIST
### Notice Parties

**The Applicant**[3]
David M. Setter
Socha, Perczak, Setter & Anderson, P.C.
Denver Financial Center Tower
1775 Sherman Street, Suite 1925
Denver, CO 80203

**The Debtors**
Richard Finke
Assistant General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**United States Trustee**
Richard Schepacarter
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801

**Counsel for the Debtors**
John Donley
Adam Paul
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel to the Official Committee of Unsecured Creditors**
Denise Wildes
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena
Jay Sakalo
Bilzin, Sumberg, Baena, Price & Axelrod
1450 Brickell Avenue, Suite 2300
Miami, FL 33131

Michael B. Joseph
Theodore J. Tacconelli
Lisa Coggins
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000

Marla R. Eskin
Mark Hurford
Kathleen Campbell Davis
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

**Counsel to the Official Committee of Equity Holders**
Philip Bentley
David E. Blabey, Jr.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

---

[3] This is the most recent contact information we have for the applicant.

Teresa K.D. Currier
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899