# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (KJC) |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |
| | ) | **Related Docket Nos.: 32174, 32359** |
| | ) | |

**ORDER GRANTING FINAL APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., <u>ET AL.</u>, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES; AND OF ELIZABETH WARREN, SPECIAL BANKRUPTCY CONSULTANT TO CAPLIN & DRYSDALE, CHARTERED**

Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), as counsel to the Official Committee of Asbestos Personal Injury Claimants, filed a final application for allowance of compensation and reimbursement of expenses for April 12, 2001 through February 3, 2014 [DI 32174] (the "**Final Application**"). The Court has reviewed the Final Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby:

ORDERED that the Final Application is GRANTED on a final basis in the amount of $21,394,084.25 in compensation and $3,901,565.44 as reimbursement of expenses, for a total of $25,295,649.69 for the period from April 12, 2001 through February 3, 2014.

ORDERED that to the extent Caplin & Drysdale has incurred fees and expenses in addition to the foregoing, Caplin & Drysdale may file one or more supplemental fee applications by following the interim compensation procedures set forth in the

Administrative Order and Amended Administrative Order and submitting a certificate of no objection and order to the Court for final approval of such fees and expenses as my be reflected in any such supplemental fee application.

Dated: _____, 2014  _____
Honorable Kevin J. Carey
United States Bankruptcy Judge