# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, Esquire, do hereby certify that on the 7th day of August 2014, I caused a copy of the following documents to be served on the attached service lists in the manner indicated:

- **Certification of Counsel Regarding the Fifty-Second Interim Application and the Final Application of Caplin & Drysdale, Chartered, Counsel To The Official Committee of Asbestos Personal Injury Claimants of W.R. Grace & Co., Et Al., For Compensation And Reimbursement of Expenses; And of Elizabeth Warren, Special Bankruptcy Consultant To Caplin & Drysdale, Chartered**

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (I.D. #3299)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
(302) 426-1900

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Dated: August 7, 2014

{C0375981.1 }