W. R. Grace NEW 2002 Service List
Case No. 01-1139 (KJC)
Doc. No. 191999

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

Richard L. Schepacarter, Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Ste. 1300
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Roger Heath, Esquire
Foster & Seal, L.P.
817 Greenview Drive
Grand Prairie, Texas 75050

Francis A. Monaco, Jr.
Kevin J. Mangan
Matthew P. Ward
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

{C0361290.1 }

| | |
|---|---|
| David M. Fournier, Esquire<br>James C. Carignan, Esquire<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 North Market Street<br>Wilmington, DE  19801 | John Donley, Esquire<br>Adam Paul, Esquire<br>Ryan Hehner, Esquire<br>Jeffrey Gettleman, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL  60654 |
| Roger J. Higgins, Esquire<br>The Law Offices of Roger Higgins, LLC<br>1 North Bishop Street, Suite 14<br>Chicago, IL  60607-1823 | Daniel K. Hogan, Esquire<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE  19806 |
| Richard B. Schiro, Corporate Trust Administration<br>WRG Asbestos PD Trust<br>c/o Wilmington Trust<br>1100 N. Market Street<br>Wilmington, DE  19890-1625 | R. Karl Hill, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE  19899 |
| Alan B. Rich, Esquire<br>Attorney and Counselor<br>4244 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX  75270 | Deborah D. Williamson, Esquire<br>Cox Smith Matthews Incorporated<br>112 E. Pecan Street, Suite 1800<br>San Antonio, TX  78205 |

Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd., Bldg A
Mt. Pleasant, SC  29464

Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
Mt. Pleasant, SC  29464

M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Ste 200
Charleston, SC  29401

B. Thomas Florence, Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC  20036

Ann McMillan, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005-5802

Robert M. Horkovich, Esquire
Robert Y. Chung, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

{C0361290.1 }

Case 01-01139-AMC    Doc 32376-3    Filed 08/07/14    Page 4 of 5

James C. Melville, Esquire
Kaplan, Strangis and Kaplan, P.A.
90 South Seventh Street, Suite 5500
Minneapolis, MN  55402

W. R. Grace & Co.
Attn:  Mark Shelnitz
7500 Grace Drive
Columbia, MD  21044

Roger Frankel, Esquire
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC  20037

Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX  75201-1958

David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Greg A. Lowry, Esquire
Locke Lord, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201

Edward E. Steiner, Esquire
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202

John R. Knapp, Jr., Esquire
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA  98101-2352

{C0361290.1 }

| | |
|---|---|
| Edward C. Toole, Jr., Esquire<br>Pepper Hamilton LLP<br>300 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103-2799 | Mark Hankin<br>Lou Hiban<br>Hankin Management Company<br>P.O. Box 26767<br>Elkins Park, PA 19027 |
| Michael R. Sew Hoy, Civil Division<br>U.S. Department of Justice<br>1100 L. Street, N.W., Room 10048<br>Washington, DC 20005 | Yves Lauzon, Esquire<br>Michel Belanger, Esquire<br>Lauzon Belanger Lesperance Inc.<br>286 Saint-Paul West, Suite 100<br>Montréal, Quebec H2Y 2A3<br>CANADA |
| Jonathan W. Young<br>Michael B. Kind<br>Edwards Wildman Palmer LLP<br>225 West Wacker Drive<br>Chicago, Illinois 60606-1229 | |

{C0361290.1 }