IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 01-1139 (KJC)<br>Jointly Administered |

### NOTICE OF ENTRY OF APPEARANCE AND REQUEST TO BE INCLUDED ON REORGANIZED DEBTORS' NEW SERVICE LIST

**PLEASE TAKE NOTICE** that the firms listed below hereby appear as counsel for Norfolk Southern Railway Company ("Northern Southern"), a creditor and party-in-interest and, under Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, request that all notices given or required to be given and all papers served or required to be served in these cases be given to and served on:

| | |
|---|---|
| David J. Baldwin, Esquire<br>Etta R. Mayers, Esquire<br>**Potter Anderson & Corroon LLP**<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: dbaldwin@potteranderson.com<br>          emayers@potteranderson.com | Kevin M. Andris, Esquire<br>**Norfolk Southern Railway Company, Law Department**<br>Three Commercial Place<br>Norfolk, VA 23510-9242<br>Telephone: (757) 533-4940<br>Facsimile: (757) 533-4943<br>Email: kevin.andris@nscorp.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request,

complaint, or demand, statements of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including Northern Southern with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by Northern Southern.

**PLEASE TAKE FURTHER NOTICE** that Northern Southern intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of Northern Southern to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) the right of Northern Southern to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of Northern Southern to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Northern Southern is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Northern Southern expressly hereby preserves and asserts in these cases.

Dated: August 7, 2014  
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ David J. Baldwin

David J. Baldwin (DE Bar No. 1010)  
Etta R. Mayers (DE Bar No. 4164)  
1313 North Market Street, 6th Floor  
Wilmington, DE 19801  
Telephone: (302) 984-6033  
Facsimile: (302) 658-1192

*Attorneys for Norfolk Southern Railway Company*

1146154

3