## CERTIFICATE OF SERVICE

I, David J. Baldwin, hereby certify that I am not less than 18 years of age and that on this 7th day of August 2014, I caused a true and correct copy of the foregoing **Notice of Entry of Appearance and Request to be Included on Reorganized Debtors' New Service List** to be served upon the parties listed below *via* first class mail, postage pre-paid.

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899

Adam C. Paul, Esq.
John Donley, Esq.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Roger J. Higgins, Esq.
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL 60607

Under penalty of perjury, I declare the foregoing is true and correct.

David J. Baldwin (DE Bar No. 1010)