# Exhibit 1

| Fee Period | Fees | Expenses | Quarterly Period | Quarterly Total Fees Approved | Quarterly Total Expenses Approved |
|---|---|---|---|---|---|
| 01/10/2002 - 09/30/2002 | $500,528.33 | $11,962.48 | 1st. 2nd & 3rd Q | $500,528.33 | $11,778.78 |
| 10/01/2002 - 10/31/2002 | $79,729.00 | $3,022.43 | | | |
| 11/01/2002 - 11/30/2002 | $91,198.00 | $13,082.89 | | | |
| 12/01/2002 - 12/31/2002 | $99,717.50 | $3,941.77 | | | |
| Sub Monthly Total | $270,644.50 | $20,047.09 | 4th Q | $263,914.19 | $19,977.27 |
| 01/01/2003 - 01/31/2003 | $343,731.17 | $7,670.04 | | | |
| 02/01/2003 - 02/28/2003 | $53,135.96 | $554.24 | | | |
| 03/01/2003 - 03/31/2003 | $47,690.15 | $1,212.82 | | | |
| Sub Monthly Total | $444,557.28 | $9,437.10 | 5th Q | $444,280.26 | $9,296.54 |
| 04/01/2003 - 04/30/2003 | $71,174.34 | $1,863.75 | | | |
| 05/01/2003 - 05/31/2003 | $38,773.62 | $192.96 | | | |
| 06/01/2003 - 06/30/2003 | $62,357.17 | $546.79 | | | |
| Sub Monthly Total | $172,305.13 | $2,603.50 | 9th Q | $166,142.09 | $2,594.86 |
| 07/01/2003 - 07/31/2003 | $60,799.65 | $1,191.98 | | | |
| 08/01/2003 - 08/31/2003 | $28,446.71 | $865.06 | | | |
| 09/01/2003 - 09/30/2003 | $24,978.97 | $167.05 | | | |
| Sub Monthly Total | $114,225.33 | $2,224.09 | 10th Q | $112,016.95 | $2,224.09 |
| 10/01/2003 - 10/31/2003 | $124,579.22 | $3,640.12 | | | |
| 11/01/2003 - 11/30/2003 | $167,848.20 | $10,882.52 | | | |
| 12/01/2003 - 12/31/2003 | $130,873.45 | $5,081.79 | | | |
| Sub Monthly Total | $423,300.87 | $19,604.43 | 11th Q | $422,981.51 | $19,604.43 |
| 01/01/2004 - 01/31/2004 | $352,386.59 | $10,231.48 | | | |
| 02/01/2004 - 02/29/2004 | $84,980.14 | $1,538.06 | | | |
| 03/01/2004 - 03-31/2004 | $83,245.40 | $1,910.25 | | | |
| Sub Monthly Total | $520,612.13 | $13,679.79 | 12th Q | $513,685.23 | $13,680.49 |
| 04/01/2004 - 04/30/2004 | $127,191.42 | $2,503.45 | | | |
| 05/01/2004 - 05/31/2004 | $84,511.26 | $2,749.03 | | | |
| 06/01/2004 - 06/30/2004 | $104,712.19 | $725.38 | | | |
| Sub Monthly Total | $316,414.87 | $5,977.86 | 13th Q | $315,627.89 | $5,799.86 |
| 07/01/2004 - 07/31/2004 | $227,510.41 | $981.41 | | | |
| 08/01/2004 - 08/31/2004 | $144,664.48 | $4,650.43 | | | |

| Fee Period | Fees | Expenses | Quarterly Period | Quarterly Total Fees Approved | Quarterly Total Expenses Approved |
|---|---|---|---|---|---|
| 09/01/2004 - 09/30/2004 | $182,143.12 | $23,234.78 | | | |
| Sub Monthly Total | $554,318.01 | $28,866.62 | 14th Q | $550,318.00 | $28,866.62 |
| 10/01/2004 - 10/31/2004 | $313,180.30 | $17,929.28 | | | |
| 11/01/2004 - 11/30/2004 | $290,906.16 | $6,188.23 | | | |
| 12/01/2004 - 12/31/2004 | $287,575.35 | $7,571.78 | | | |
| Sub Monthly Total | $891,661.81 | $31,689.29 | 15th Q | $842,531.26 | $28,010.99 |
| 01/01/2005 - 01/31/2005 | $374,672.51 | $4,146.11 | | | |
| 02/01/2005 - 02/28/2005 | $487,066.73 | $2,109.42 | | | |
| 03/01/2005 - 03/31/2005 | $259,719.83 | $2,173.71 | | | |
| Sub Monthly Total | $1,121,459.07 | $8,429.24 | 16th Q | $1,103,292.46 | $8,429.23 |
| 04/01/2005 - 04/30/2005 | $148,877.00 | $754.16 | | | |
| 05/01/2005 - 05/31/2005 | $54,918.60 | $303.06 | | | |
| 06/01/2005 - 06/30/2005 | $36,751.30 | $89.39 | | | |
| Sub Monthly Total | $240,546.90 | $1,146.61 | 17th Q | $239,067.30 | $1,146.61 |
| 07/01/2005 - 07/31/2005 | $194,446.50 | $22,856.48 | | | |
| 08/01/2005 - 08/31/2005 | $112,861.40 | $1,318.21 | | | |
| 09/01/2005 - 09/30/2005 | $147,275.40 | $2,395.04 | | | |
| Sub Monthly Total | $454,583.30 | $26,569.73 | 18th Q | $450,767.30 | $26,569.73 |
| 10/01/2005 - 10/31/2005 | $413,786.00 | $30,647.50 | | | |
| 11/01/2005 - 11/30/2005 | $190,733.60 | $7,343.64 | | | |
| 12/01/2005 - 12/31/2005 | $220,549.75 | $20,180.16 | | | |
| Sub Monthly Total | $825,069.35 | $58,171.30 | 19th Q | $825,069.35 | $58,171.30 |
| 01/01/2006 - 01/31/2006 | $510,370.25 | $5,119.77 | | | |
| 02/01/2006 - 02/28/2006 | $212,048.30 | $1,362.01 | | | |
| 03/01/2006 - 03/31/2006 | $131,491.60 | $1,031.24 | | | |
| Sub Monthly Total | $853,910.15 | $7,513.02 | 20th Q | $853,910.15 | $7,513.01 |
| 04/01/2006 - 04/30/2006 | $126,336.90 | $856.41 | | | |
| 05/01/2006 - 05/31/2006 | $79,988.00 | $468.23 | | | |
| 06/01/2006 - 06/30/2006 | $50,286.70 | $772.69 | | | |
| Sub Monthly Total | $256,611.60 | $2,097.33 | 21st Q | $256,575.60 | $2,097.33 |
| 07/01/2006 - 07/31/2006 | $137,136.30 | $1,963.05 | | | |

| Fee Period | Fees | Expenses | Quarterly Period | Quarterly Total Fees Approved | Quarterly Total Expenses Approved |
|---|---|---|---|---|---|
| 08/01/2006 - 08/31/2006 | $145,509.30 | $6,158.20 | | | |
| 09/01/2006 - 09/30/2006 | $157,199.10 | $2,792.62 | | | |
| Sub Monthly Total | $439,844.70 | $10,913.87 | 22nd Q | $439,844.65 | $10,913.87 |
| 10/01/2006 - 10/31/2006 | $285,943.44 | $8,092.41 | | | |
| 11/01/2006 - 11/30/2006 | $281,457.87 | $7,912.30 | | | |
| 12/01/2006 - 12/31/2006 | $184,421.33 | $1,928.49 | | | |
| Sub Monthly Total | $751,822.64 | $17,933.20 | 23rd Q | $751,822.64 | $17,933.20 |
| 01/01/2007 - 01/31/2007 | $470,217.32 | $4,634.99 | | | |
| 02/01/2007 - 02/28/2007 | $397,090.33 | $2,575.45 | | | |
| 03/01/2007 - 03/31/2007 | $138,070.25 | $8,130.03 | | | |
| Sub Monthly Total | $1,005,377.90 | $15,340.47 | 24th Q | $1,005,377.90 | $15,340.47 |
| 04/01/2007 - 04/30/2007 | $209,550.51 | $1,591.91 | | | |
| 05/01/2007 - 05/31/2007 | $93,857.48 | $595.89 | | | |
| 06/01/2007 - 06/30/2007 | $45,234.25 | $247.16 | | | |
| Sub Monthly Total | $348,642.24 | $2,434.96 | 25th Q | $348,642.26 | $8,530.06 |
| 07/01/2007 - 07/31/2007 | $149,838.66 | $294.27 | | | |
| 08/01/2007 - 08/31/2007 | $103,825.65 | $198.51 | | | |
| 09/01/2007 - 09/30/2007 | $128,460.25 | $2,798.46 | | | |
| Sub Monthly Total | $382,124.56 | $3,291.24 | 26th Q | $382,124.55 | $3,291.24 |
| 10/01/2007 - 10/31/2007 | $253,471.97 | $6,762.07 | | | |
| 11/01/2007 - 11/30/2007 | $179,858.96 | $6,547.69 | | | |
| 12/01/2007 - 12/31/2007 | $169,031.11 | $9,241.43 | | | |
| Sub Monthly Total | $602,362.04 | $22,551.19 | 27th Q | $602,362.04 | $22,551.19 |
| 01/01/2008 - 01/31/2008 | $492,939.25 | $6,397.61 | | | |
| 02/01/2008 - 02/29/2008 | $431,064.43 | $5,685.64 | | | |
| 03/01/2008 - 03/31/2008 | $46,265.39 | $1,062.03 | | | |
| Sub Monthly Total | $970,269.07 | $13,145.28 | 28th Q | $970,270.83 | $13,145.28 |
| 04/01/2008 -04/30/2008 | $169,579.81 | $2,688.33 | | | |
| 05/01/2008 - 05/31/2008 | $80,537.06 | $560.69 | | | |
| 06/01/2008 - 06/30/2008 | $77,482.80 | $2,298.34 | | | |
| Sub Monthly Total | $327,599.67 | $5,547.36 | 29th Q | $327,599.66 | $5,547.36 |

| Fee Period | Fees | Expenses | Quarterly Period | Quarterly Total Fees Approved | Quarterly Total Expenses Approved |
|---|---|---|---|---|---|
| Darex Project | $148,991.34 | $791.22 | | $148,991.34 | $791.22 |
| 07/01/2008 - 07/31/2008 | $181,139.23 | $5,971.28 | | | |
| 08/01/2008 - 08/31/2008 | $120,864.23 | $5,246.39 | | | |
| 09/01/2008 - 09/30/2008 | $132,879.17 | $1,987.52 | | | |
| Sub Monthly Total | $434,882.63 | $13,205.19 | 30th Q | $434,450.83 | $13,205.19 |
| 10/01/2008 - 10/31/2008 | $402,967.92 | $11,948.24 | | | |
| 11/01/2008 - 11/30/2008 | $249,693.51 | $12,993.14 | | | |
| 12/01/2008 - 12/31/2008 | $235,143.02 | $2,736.14 | | | |
| Sub Monthly Total | $887,804.45 | $27,677.52 | 31st Q | $887,804.53 | $27,677.52 |
| 01/01/2009 - 01/31/2009 | $535,818.92 | $30,654.33 | | | |
| 02/01/2009 - 02/28/2009 | $499,347.54 | $4,785.11 | | | |
| 03/01/2009 - 03/31/2009 | $136,761.31 | $3,602.91 | | | |
| Sub Monthly Total | $1,171,927.77 | $39,042.35 | 32nd Q | $1,171,927.72 | $27,102.25 |
| Advisory Service Project | $149,994.00 | $17,492.95 | | $149,994.00 | $17,492.95 |
| 04/01/2009 - 04/30/2009 | $285,215.42 | $1,581.35 | | | |
| 05/01/2009 - 05/31/2009 | $92,465.10 | $1,051.85 | | | |
| 06/01/2009 - 06/30/2009 | $66,418.75 | $1,887.31 | | | |
| Sub Monthly Total | $444,099.27 | $4,520.51 | 33rd Q | $444,099.25 | $4,520.51 |
| Darex Project | $36,647.48 | $78.81 | | $36,647.48 | $78.81 |
| Darex Project | $51,264.56 | $40.00 | | $51,264.56 | $40.00 |
| 07/01/2009 - 07/31/2009 | $191,112.19 | $1,899.54 | | | |
| 08/01/2009 - 08/31/2009 | $144,315.12 | $779.83 | | | |
| 09/01/2009 - 09/30/2009 | $165,264.38 | $7,275.80 | | | |
| Sub Monthly Total | $500,691.69 | $9,955.17 | 34th Q | $500,691.65 | $9,955.17 |
| 10/01/2009 - 10/31/2009 | $249,840.90 | $4,141.90 | | | |
| 11/01/2009 - 11/30/2009 | $244,074.00 | $11,307.59 | | | |
| 12/01/2009 - 12/31/2009 | $225,637.53 | $6,275.99 | | | |
| Sub Monthly Total | $719,552.43 | $21,725.48 | 35th Q | $719,476.21 | $21,725.48 |
| 01/01/2010 - 01/31/2010 | $518,581.87 | $9,697.93 | | | |
| 02/01/2010 - 02/28/2010 | $464,903.54 | $10,112.89 | | | |
| 03/01/2010 - 03/30/2010 | $46,385.76 | $942.94 | | | |

| Fee Period | Fees | Expenses | Quarterly Period | Quarterly Total Fees Approved | Quarterly Total Expenses Approved |
|---|---|---|---|---|---|
| Sub Monthly Total | $1,029,871.17 | $20,753.76 | 36th Q | $1,029,802.58 | $20,753.76 |
| 04/01/2010 - 04/30/2010 | $283,253.37 | $3,845.92 | | | |
| 05/01/2010 - 05/31/2010 | $134,392.90 | $1,963.35 | | | |
| 06/01/2006 - 06/30/2006 | $103,136.04 | $1,203.66 | | | |
| Sub Monthly Total | $520,782.31 | $7,012.93 | 37th Q | $520,782.32 | $7,012.93 |
| 07/01/2010 - 07/31/2010 | $283,704.21 | $4,235.51 | | | |
| 08/01/2010 - 08/31/2010 | $214,447.65 | $5,105.41 | | | |
| 09/01/2010 - 09/30/2010 | $215,424.18 | $3,285.38 | | | |
| Sub Monthly Total | $713,576.04 | $12,626.30 | 38th Q | $712,554.20 | $12,626.30 |
| 10/01/2010 - 10/31/2010 | $328,744.07 | $3,597.50 | | | |
| 11/01/2010 - 11/30/2010 | $276,620.88 | $16,249.11 | | | |
| 12/01/2010 - 12/31/2010 | $144,023.98 | $4,104.45 | | | |
| Sub Monthly Total | $749,388.93 | $23,951.06 | 39th | $749,272.10 | $23,951.06 |
| 01/01/2011 - 01/31/2011 | $522,087.31 | $4,258.88 | | | |
| 02/01/2011 - 02/28/2011 | $192,485.69 | $20,908.00 | | | |
| 03/01/2011 - 03/31/2011 | $103,633.96 | $2,852.75 | | | |
| Sub Monthly Total | $818,206.96 | $28,019.63 | 40th Q | $818,206.96 | $28,019.63 |
| Shared Services Project | $44,428.80 | $1,403.26 | | $44,428.80 | $1,403.26 |
| Controls Optimization Project | $2,828.72 | $0.00 | | $2,828.72 | $0.00 |
| Controls Optimization Project | $26,876.76 | $374.50 | | $26,876.76 | $374.50 |
| Controls Optimization Project | $20,792.56 | $105.00 | | $20,792.56 | $105.00 |
| Darex Project | $67,003.30 | $618.15 | | $67,003.30 | $618.15 |
| 04/01/2011 - 04/30/2011 | $207,649.88 | $2,005.84 | | | |
| 05/01/2011 - 05/31/2011 | $133,353.39 | $5,321.29 | | | |
| 06/01/2011 - 06/30/2011 | $91,721.45 | $795.65 | | | |
| Sub Monthly Total | $432,724.72 | $8,122.78 | 41st Q | $432,724.72 | $8,122.78 |
| Darex Project | $35,958.86 | $2,685.42 | | $35,958.86 | $2,685.42 |
| 07/01/2011 - 07/31/2011 | $200,123.07 | $2,304.02 | | | |
| 08/01/2011 - 08/31/2011 | $222,528.80 | $3,532.57 | | | |
| 09/01/2011 - 09/30/2011 | $259,945.54 | $5,200.15 | | | |
| Sub Monthly Total | $682,597.41 | $11,036.74 | 42nd Q | $682,597.42 | $11,036.74 |

| Fee Period | Fees | Expenses | Quarterly Period | Quarterly Total Fees Approved | Quarterly Total Expenses Approved |
|---|---|---|---|---|---|
| Darex Project | $24,039.11 | $94.80 | | $24,039.11 | $94.80 |
| Global Restructuring Project | $69,807.20 | $0.00 | | $69,807.20 | $0.00 |
| Supp. Global Restructuring Project | $5,160.65 | $0.00 | | $5,160.65 | $0.00 |
| Global Restructuring Project | $206,388.60 | $0.00 | | $206,388.60 | $0.00 |
| 10/01/2011 - 12/31/2011 | $624,259.32 | $23,359.11 | | | |
| Sub Monthly Total | $624,259.32 | $23,359.11 | 43rd Q | $624,115.33 | $23,359.11 |
| Global Restructuring Project | $95,701.10 | $0.00 | | $95,701.10 | $0.00 |
| 01/01/2012 - 02/29/2012 | $654,149.02 | $19,845.07 | | | |
| 03/01/2012 - 03/31/2012 | $43,789.53 | $420.14 | | | |
| Sub Monthly Total | $697,938.55 | $20,265.21 | 44th Q | $697,938.55 | $20,265.21 |
| Global Restructuring Project | $154,000.31 | $4,083.72 | | $154,000.31 | $4,083.72 |
| 04/01/2012 - 04/30/2012 | $218,990.18 | $988.07 | | | |
| 05/01/2012 - 05/31/2012 | $166,116.96 | $3,780.45 | | | |
| 06/01/2012 - 06/30/2012 | $191,253.19 | $3,489.46 | | | |
| Sub Monthly Total | $576,360.33 | $8,257.98 | 45th Q | $576,360.33 | $8,091.74 |
| Global Restructuring Project | $43,914.97 | $0.00 | | $43,914.97 | $0.00 |
| Darex Project | $57,618.23 | $2,628.39 | | $57,618.23 | $2,628.39 |
| 07/01/2012 - 07/31/2012 | $288,765.87 | $21,545.16 | | | |
| 08/01/2012 - 08/31/2012 | $298,822.33 | $5,125.96 | | | |
| 09/01/2012 - 09/30/2012 | $226,826.17 | $9,675.17 | | | |
| Sub Monthly Total | $814,414.37 | $36,346.29 | 46th Q | $814,414.37 | $36,346.28 |
| Darex Project | $24,000.97 | $0.00 | | $24,000.97 | $0.00 |
| 10/01/2012 - 10/31/2012 | $460,584.44 | $9,077.72 | | | |
| 11/01/2012 - 11/30/2012 | $281,485.43 | $6,127.86 | | | |
| 12/01/2012 - 12/31/2012 | $212,895.86 | $3,332.05 | | | |
| Sub Monthly Total | $954,965.73 | $18,537.63 | 47th Q | $954,965.73 | $18,537.63 |
| 01/01/2013 - 02/28/2013 | $553,674.92 | $25,390.46 | | | |
| 03/01/2013 - 03/31/2013 | $113,276.68 | $486.00 | | | |
| Sub Monthly Total | $666,951.60 | $25,876.46 | 48th Q | $666,951.60 | $25,876.46 |
| 04/01/2013 - 04/30/2013 | $337,293.23 | $2,388.29 | | | |

| Fee Period | Fees | Expenses | Quarterly Period | Quarterly Total Fees Approved | Quarterly Total Expenses Approved |
|---|---|---|---|---|---|
| 05/01/2013 - 05/31/2013 | $165,026.96 | $3,792.27 | | | |
| 06/01/2013 - 06/30/2013 | $128,367.74 | $521.88 | | | |
| **Sub Monthly Total** | **$630,687.93** | **$6,702.44** | 49th Q | $630,687.93 | $6,690.78 |
| Global Restructuring Project | $45,136.23 | $0.00 | | $45,136.23 | $0.00 |
| IRS Audit Project | $15,664.60 | $0.00 | | $15,664.60 | $0.00 |
| 07/01/2013 - 07/31/2013 | $342,020.52 | $6,145.35 | | | |
| 08/01/2013 - 08/31/2013 | $313,250.29 | $7,258.63 | | | |
| 09/01/2013 - 09/30/2013 | $285,720.39 | $5,319.45 | | | |
| **Sub Monthly Total** | **$940,991.20** | **$18,723.43** | 50th Q | $940,991.20 | $18,707.00 |
| IRS Audit Project | $9,930.13 | $0.00 | | $9,930.13 | $0.00 |
| Darex Project | $89,300.36 | $0.00 | | $89,300.36 | $0.00 |
| Darex Project | $20,301.54 | $0.00 | | $20,301.54 | $0.00 |
| 10/01/2013 - 10/31/2013 | $459,441.21 | $6,949.79 | | | |
| 11/01/2013 - 11/30/2013 | $321,838.32 | $4,879.27 | | | |
| 12/01/2013 - 12/31/2013 | $289,389.70 | $2,475.20 | | | |
| **Sub Monthly Total** | **$1,070,669.23** | **$14,304.26** | 51st Q | $1,070,669.23 | $13,947.59 |
| Water's Edge Election Project | $50,673.94 | $0.00 | | $50,673.94 | $0.00 |
| | | | | | |
| **Approved Total**\*\* | | | | $30,266,661.48 | $760,941.15 |
| | | | | | |
| | | | | | |
| 01/01/2014 - 02/03/2014 | $774,723.51 | $11,665.45 | | $774,723.51 | $11,665.45 |
| *Global Restructuring Project* | *$20,483.30* | *$0.00* | | *$20,483.30* | *$0.00* |
| **Total Final Application** | | | | $31,061,868.29 | $772,606.60 |
| | | | | | |
| | | | | | |
| \*\*PwC agreed to reductions in various billing periods | | | | | |