# Exhibit 2

# Exhibit 2
# To Fee Application
# Summary of PwC's Fees By Professional
# For the period January 2014

**Professional Profiles**
**W.R. Grace & Co. Time Tracking - Global Restructuring**
**For the period January 2014**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ron Gale | Tax Principal | 20+ | Japan / Italy / Lux Integration Transaction | 605 | 5.3 | 3,206.50 |
| Michael Urse | Tax Partner | 30+ | Japan / Italy / Lux Integration Transaction | 875 | 6.8 | 5,950.00 |
| David Shapiro | Tax Principal | 18+ | Japan / Italy / Lux Integration Transaction | 840 | 0.6 | 504.00 |
| Todd Chesla | Tax Director | 8+ | Japan / Italy / Lux Integration Transaction | 425 | 7.5 | 3,187.50 |
| Valery Civilio | Tax Principal | 17+ | Japan / Italy / Lux Integration Transaction | 813 | 2.1 | 1,707.30 |
| Francois Antoine | Tax Manager | 7+ | Japan / Italy / Lux Integration Transaction | 494 | 6.0 | 2,964.00 |
| Thomas Dirick | Tax Manager | 7+ | Japan / Italy / Lux Integration Transaction | 494 | 6.0 | 2,964.00 |
| | | | | **Total** | **34.3** | **20,483.30** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court**

| | | |
|---|---|---|
| **Totals** | **0** | **$ 0** |

## Summary of PwC's Fees By Project Category:
## For the period January 2014

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |

| | | |
|---|---|---|
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | **34.3** | **$20,483.30** |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | | |

| | | |
|---|---|---|
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **34.3** | **$20,483.30** |

The nature of the work performed by PwC during the covered period included the following.

The Applicant provided the following tax services:

(i) Research, analysis, discussions and preparation of PowerPoint slide deck outlining proposed cash management strategy for Luxembourg holding company structure.

(ii) Research, analysis, discussions and preparation of PowerPoint slide deck outlining proposed Italy and Japan transactions including additional alternatives to avoid combined 304 issue.

(iii) PwC Luxembourg's involvement with the above including direct correspondence with WR Grace in Europe.

(iv) PwC Luxembourg correspondence with Grace US regarding potential inclusion of second US shareholder in Grace Luxembourg.