## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al.,[1] ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Reorganized Debtors. ) | |
| ) | |

### DECLARATION OF SUPPLEMENTAL SERVICE REGARDING:

Docket No. 32366

THIRTY-FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS RELATING TO THE TANTALO LANDFILL (SUBSTANTIVE OBJECTION

NOTICE OF THIRTY-FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS RELATING TO THE TANTALO LANDFILL (SUBSTANTIVE OBJECTION

CERTIFICATE OF SERVICE OF JAMES E. O'NEILL [1 of 2]

CERTIFICATE OF SERVICE OF JAMES E. O'NEILL [2 of 2]

I, James H. Myers, state as follows:

1.  I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 300 North Continental Boulevard, Suite 570, El Segundo, California 90245.

///

---

[1] The Reorganized Debtors comprise the following entities: W. R. Grace & Co., W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC, Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc., Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. and Water Street Corporation..

2. On August 8, 2014, at the direction of the Law Offices of Roger Higgins, LLC, co-counsel to the reorganized debtors in the above-captioned cases, I caused the above-referenced documents to be served on the party referenced in Exhibit A via the mode of service described therein.

Exhibit A      The Affected Party Address List regarding Docket No. 32366

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 12th day of August 2014 at Paramount, California.

_____
James H. Myers

**EXHIBIT A**

# WR Grace & Co. et al

Total number of parties: 1

### Exhibit A - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 57597 | ROBERT SANOFF, FOLEY HOAG GTE-CLAIMS 420/15528, (RE: GTE-CLAIMS 420 & 15528), SEAPORT WORLD TRADE CENTER WEST, 155 SEAPORT BOULEVARD, BOSTON, MA, 02210-2600 | Federal Express Overnight |

Subtotal for this group: 1