| Date | Description | Period | Amount |
|---|---|---|---:|
| 4/4/2002 | Copies (Copier #3) | (4/1/02 -- 4/30/02) | 249.50 |
| 6/4/2002 | Copies (Copier #1) | (5/1/02 -- 5/31/02) | 7.75 |
| 6/4/2002 | Copies (Copier #2) | (5/1/02 -- 5/31/02) | 7.75 |
| 7/5/2002 | Copies (Copier #1) | (6/1/02 -- 6/30/02) | 90.50 |
| 7/5/2002 | Copies (Copier #2) | (6/1/02 -- 6/30/02) | 46.75 |
| 7/5/2002 | Copies (Copier #3) | (6/1/02 -- 6/30/02) | 58.75 |
| 8/2/2002 | Copies (Copier #1) | (7/1/02 -- 7/31/02) | 1.00 |
| 8/2/2002 | Copies (Copier #2) | (7/1/02 -- 7/31/02) | 101.50 |
| 8/2/2002 | Copies (Copier #3) | (7/1/02 -- 7/31/02) | 40.75 |
| 9/9/2002 | Copies (Copier #1) | 8/1/02 - 8/31/02 | 62.75 |
| 9/9/2002 | Copies (Copier #2) | 8/1/02 - 8/31/02 | 102.25 |
| 9/9/2002 | Copies (Copier #3) | 8/1/02 - 8/31/02 | 134.50 |
| 10/1/2002 | Copies (Copier #3) | 9/1/02 - 9/30/02 | 149.00 |
| 11/1/2002 | Copies (Copier #1) | 10/1/02 - 10/31/02 | 57.50 |
| 4/1/2003 | Copies (Copier #3) | 3/1/03 - 3/31/03 | 21.25 |
| 5/5/2003 | Copies (Copier #1) | 4/1/03 - 4/30/03 | 20.75 |
| 1/5/2004 | Copies (Copier #3) | 12/1/03 - 12/31/03 | 10.00 |
| 2/5/2004 | Copies (Copier #3) | 1/1/04 - 1/31/04 | 109.00 |
| 3/5/2004 | Copies (Copier #1) | 2/1/04 - 2/29/04 | 32.00 |
| 10/5/2004 | Copies (Copier #1) | 9/1/04 - 9/30/04 | 3.50 |
| 10/5/2004 | Copies (Copier #2) | 9/1/04 - 9/30/04 | 43.25 |
| 11/5/2004 | Copies (Copier #3) | 10/1/04 - 10/31/04 | 16.00 |
| 1/3/2005 | Copies (Copier #1) | 12/1/04 - 12/31/04 | 41.50 |
| 1/3/2005 | Copies (Copier #2) | 12/1/04 - 12/31/04 | 23.00 |
| 1/3/2005 | Copies (Copier #3) | 12/1/04 - 12/31/04 | 157.25 |
| 2/4/2005 | Copies (Copier #3) | 1/1/05 - 1/31/05 | 257.75 |
| 3/7/2005 | Copies (Copier #3) | 2/1/05 - 2/18/05 | 4.00 |
| 4/1/2005 | Copies (Copier #3) | 3/1/05 - 3/31/05 | 73.75 |
| 6/3/2005 | Copies (Copier #3) | 5/1/05 - 5/31/05 | 7.25 |
| 7/1/2005 | Copies (Copier #3) | 6/1/05 - 6/30/05 | 57.50 |
| 8/4/2005 | Copies (Copier #1) | 7/1/05 - 7/31/05 | 183.50 |
| 8/4/2005 | Copies (Copier #2) | 7/1/05 - 7/31/05 | 713.75 |
| 8/4/2005 | Copies (Copier #3) | 7/1/05 - 7/30/05 | 580.00 |
| 9/9/2005 | Copies (Copier #1) | 8/1/05 - 8/31/05 | 0.25 |
| 9/9/2005 | Copies (Copier #3) | 8/1/05 - 8/31/05 | 13.25 |
| 2/1/2006 | Copies (Copier #3) | 1/1/06 - 1/31/06 | 229.25 |
| | | | **3,708.00** |
| | | | |
| 3/1/2006 | Copies (Copier #2) | 2/1/06 - 2/28/06 | 16.75 |
| 4/5/2006 | A/E  Copies - Copier # | 3/1/06 - 3/31/06 | 6.25 |
| | | | **23.00** |

| Posting Date | Expense | Description | Itinerary | Amount |
| --- | --- | --- | --- | --- |
| 5/20/2002 | Airfare | American Express (DAS) 4/21/02 - 4/23/02 Attendance of hearing before Judge Fitzgerald on and meeting with counsel and experts on fraudulent transfer action. | Charleston/ Pittsburgh/ Miami/ Charleston | $2,116.00 |
| 6/6/2002 | Airfare | American Express  Daniel A. Speights 5/19/02 - 5/22/02  Hearing before Judge Fitzgerald in Wilmington and status conference before Judge Wolin in Newark. | Savannah/ Atlanta/ Philadelphia/ Newark/ Charlotte/ Savannah | $1,295.00 |
| 6/6/2002 | Airfare | American Express  Daniel A. Speights 5/28/02 - 5/30/02  Meetings with counsel, Martin Dies, et al in Wilmington, De. | Charleston/ Philadelphia/ Washington/ Atlanta / Charleston | $1,071.50 |
| 8/7/2002 | Airfare | American Express  Daniel A. Speights  7/21/02 - 7/24/02  Attendance at hearing before Judge Fitzgerald. | Charleston / Philadelphia/ Charleston | $1,204.25 |
| 8/30/2002 | Airfare | American Express, Inc. - 8/8/02 - 8/9/02  Meeting with Martin Dies & Russell Budd in Dallas | | $1,384.00 |
| 10/8/2002 | Airfare | American Express, Inc. - 8/29/02 - 8/30/02 Attendance at McGovern mediation session in NYC. | | $1,219.50 |
| 11/27/2002 | Airfare | Daniel A. Speights - MBNA America  11/25/02 - 11/27/02  Attendance at Court ordered settlement conference in Newark. | | $1,338.50 |
| 3/14/2003 | Airfare | MBNA America - 1/26/03  1/29/03  Hearing before Judge Fitzgerald | Phila/ Savannah | $642.00 |
| 3/14/2003 | Airfare | MBNA America - 1/21/03 - 1/22/03  Grace meeting in New York | Savannah/ New York | $571.00 |
| 3/14/2003 | Airfare | MBNA America - 1/21/03 - 1/22/03  Grace meeting in New York | Newark/ Savannah | $550.50 |
| 4/25/2003 | Airfare | Daniel A. Speights, Attorney  American Express 4/10/03 - 4/11/03  Meeting with Counsel and experts in Miami. | | $973.00 |
| 6/10/2003 | Airfare | American Express, Inc  Daniel A. Speights  5/12/03-5/13/03  Meeting with Judge Wolin | Savannah/ New York/ Savannah | $1,121.50 |
| 11/17/2003 | | American Express  Daniel A. Speights  11/12/03 - 11/14/03  Meeting with Dave Siegel, Bob Beber, Richard Finke and Martin Dies.  **Pro-rata Expenses:….** | Sav / Atlanta / New Orleans/ Atlanta / Sav. | $472.50 |

| Date | Type | Description | Route | Amount |
|---|---|---|---|---|
| 12/3/2003 | Airfare | American Express, Inc., 10/21/03 - 10/22/03 Meeting with Legal Representative Nominee. **(Pro Rata expenses)** | Sav/ NY/ Sav | $565.25 |
| 4/9/2004 | Airfare | American Express, Inc. 3/3/04 - 3/4/04 Meeting with Grace Committee members, at al in Washington, DC… | Columbia/ Washington | $448.10 |
| 4/9/2004 | Airfare | American Express, Inc. 3/3/04 - 3/4/04 Meeting with Grace Committee members, at al in Washington, DC… | Washington, DC / Charleston | $539.10 |
| 9/10/2004 | Airfare | Daniel A. Speights  Attorney  American Express 8/24/04 - 8/25/04 Meeting of PD Committee w/ Debtor in Washington, DC… | Charleston/ Washington Reagan National Airport/ Charleston | $473.70 |
| 10/26/2004 | Airfare | American Express  Daniel A. Speights  10/24/04 - 10/25/04  Attendance at hearing in Wilmington, DE. | | $328.93 |
| 11/5/2004 | Airfare | American Express, Inc.  10/13/04 - 10/14 04 Meetings w/ Legal Representative of Asbestos Committees and Debtors (Principals only) in Washington, DC | Chas / Washington | $149.60 |
| 11/5/2004 | Airfare | American Express, Inc.  10/13/04 - 10/14 04 Meetings w/ Legal Representative of Asbestos Committees and Debtors (Principals only) in Washington, DC | Washington / Charleston | $359.10 |
| 11/5/2004 | Airfare | American Express (DAS) 10/7 - 10/8/04  Travel for attendance at multiple meeting with Counsel, PD Negotiating Committee, FCA and Debtor. | Charleston / Washington/ Savannah | $481.80 |
| 12/8/2004 | Airfare | American Express  Daniel A. Speights  12/5/04 - 12/7/04  Travel for attendance at Seminar and meetings in NYC.  **(Pro-rata share)** | | $167.68 |
| 2/8/2005 | Airfare | American Express, Inc.  1/9/05 - 1/11/05  Meetings w/ Counsel in Miami.  **(pro rata expenses)** | Charleston/ Ft. Lauderdale/ Charleston | $272.60 |
| 9/13/2005 | Airfare | American Express, Inc (CAR)  - 8/18/05 - 8/19/05  PD Estimation Meeting in Washington. | Charleston/ Washington/ Charleston | $441.15 |
| 9/13/2005 | Airfare | American Express, Inc (DAS)  - 8/18/05 - 8/19/05  PD Estimation Meeting in Washington. | Washington / Charleston | $214.20 |

**EXHIBIT B**

| Date | Type | Description | Route | Amount |
|---|---|---|---|---:|
| 10/19/2005 | Airfare | American Express, Inc. - 9/25/05 - 9/26/05 (CAR) Attendance at Grace Bankruptcy Meeting. | Charleston/ Philadelphia | $814.20 |
| 11/16/2005 | Airfare | American Express, Inc. - 9/25/05 - 9/26/05 (CAR) Attendance at Grace Bankruptcy Meeting in Wilmington. | Phila./ Charleston | $614.20 |
| 4/10/2006 | Airfare | American Express, Inc.  3/15/06 - 3/17/06 Attendance at Plan Mediation before Judge Pointer. | Savannah/ LaGuardia/ Savannah | $1,227.10 |
| 5/17/2006 | Airfare | American Express, Inc.  3/22/06  Continuation of Plan Mediation before Judge Pointer. | Charleston / Washington National/ Charleston | $794.10 |
| 5/17/2006 | Airfare | American Express, Inc., 4/16/06 - 4/19/06 Mediation session w/ Unsecured committee in NY. | Newark/ Savannah | $331.60 |
| | | | | $22,181.66 |

| Posting Date | Expense | Description of Trip | Hotel Info. | Amount |
|---|---|---|---|---|
| 5/20/2002 | Hotel | American Express (DAS) 4/21/02 - 4/23/02 Attendance of hearing before Judge Fitzgerald on and meeting with counsel and experts on fraudulent transfer action. | Hotel - Pittsburgh and Miami | $746.00 |
| 6/6/2002 | Hotel | American Express  Daniel A. Speights 5/19/02 - 5/22/02  Hearing before Judge Fitzgerald in Wilmington and status conference before Judge Wolin in Newark. | Hotel - Wilmington | $1,303.15 |
| 6/6/2002 | Hotel | American Express  Daniel A. Speights 5/19/02 - 5/22/02  Hearing before Judge Fitzgerald in Wilmington and status conference before Judge Wolin in Newark. | Hotel - New York | $471.33 |
| 6/6/2002 | Hotel | American Express  Daniel A. Speights 5/28/02 - 5/30/02  Meetings with counsel, Martin Dies, et al in Wilmington, De. | Hotel | $918.07 |
| 8/7/2002 | Hotel | American Express  Daniel A. Speights  7/21/02 - 7/24/02  Attendance at hearing before Judge Fitzgerald. | Rittenhouse Hotel | $576.12 |
| 8/30/2002 | Hotel | American Express, Inc. - 8/8/02 - 8/9/02  Meeting with Martin Dies & Russell Budd in Dallas | Hotel | $318.28 |
| 10/8/2002 | Hotel | American Express, Inc. - 8/29/02 - 8/30/02 Attendance at McGovern mediation session in NYC. | Lodging | $913.84 |
| 11/13/2002 | Hotel | American Express  Daniel A. Speights  11/9/02 - 11/12/02  Meeting with counsel in Miami, FL **(Pro rata share)** | Hotel | $101.57 |
| 11/27/2002 | Hotel | Daniel A. Speights - MBNA America  11/25/02 - 11/27/02  Attendance at Court ordered settlement conference in Newark. | Lodging & dinner | $444.34 |
| 3/14/2003 | Hotel | MBNA America - 1/26/03  1/29/03  Hearing before Judge Fitzgerald | Hotel - **prorata share** | $304.70 |
| 3/14/2003 | Hotel | MBNA America - 1/21/03 - 1/22/03  Grace meeting in New York | Hotel | $312.57 |
| 4/25/2003 | Hotel | Daniel A. Speights, Attorney  American Express 4/10/03 - 4/11/03  Meeting with Counsel and experts in Miami. | Hotel | $335.91 |

| | | | | |
|---|---|---|---|---|
| 6/10/2003 | Hotel | American Express, Inc  Daniel A. Speights  5/12/03-5/13/03  Meeting with Judge Wolin | Hotel | $434.03 |
| 11/17/2003 | Hotel | American Express  Daniel A. Speights  11/12/03 - 11/14/03  Meeting with Dave Siegel, Bob Beber, Richard Finke and Martin Dies.  **Pro-rata Expenses:….** | Hotel | $259.86 |
| 12/3/2003 | Hotel | American Express, Inc., 10/21/03 - 10/22/03  Meeting with Legal Representative Nominee.  **(Pro Rata expenses)** | Hotel | $201.17 |
| 4/9/2004 | Hotel | American Express, Inc.  3/3/04 - 3/4/04  Meeting with Grace Committee members, at al in Washington, DC… | Hotel | $935.47 |
| 9/10/2004 | Hotel | Daniel A. Speights  Attorney  American Express  8/24/04 - 8/25/04  Meeting of PD Committee w/ Debtor in Washington, DC… | Willard Hotel | $436.71 |
| 10/26/2004 | Hotel | American Express  Daniel A. Speights  10/24/04 - 10/25/04  Attendance at hearing in Wilmington, DE….  **(pro rata share)** | Lodging | $128.83 |
| 11/5/2004 | Hotel | American Express, Inc.  10/13/04 - 10/14 04  Meetings w/ Legal Representative of Asbestos Committees and Debtors (Principals only) in Washington, DC | Hotel | $538.51 |
| 11/5/2004 | Hotel | American Express (DAS) 10/7 - 10/8/04  Travel for attendance at multiple meeting with Counsel, PD Negotiating Committee, FCA and Debtor. | Lodging | $566.51 |
| 12/8/2004 | Hotel | American Express  Daniel A. Speights  12/5/04 - 12/7/04  Travel for attendance at Seminar and meetings in NYC.  **(Pro-rata share)** | Sheraton Hotel | $317.79 |
| 2/8/2005 | Hotel | American Express, Inc.  1/9/05 - 1/11/05  Meetings w/ Counsel in Miami.  **(pro rata expenses)** | Hotel | $475.22 |
| 9/13/2005 | Hotel | American Express, Inc (CAR)  - 8/18/05 - 8/19/05  PD Estimation Meeting in Washington. | Lodging | $440.44 |
| 10/10/2005 | Hotel | American Express, Inc.  8/18/05 (DAS) Meeting re Grace Estimation. | Lodging | $366.05 |

| | | | | |
|---|---|---|---|---:|
| 4/10/2006 | Hotel | American Express, Inc.  3/15/06 - 3/17/06 Attendance at Plan Mediation before Judge Pointer. | Hotel:  Omni Berkshire | $840.55 |
| 5/17/2006 | Hotel | American Express, Inc., 4/16/06 - 4/19/06 Mediation session w/ Unsecured committee in NY. | Lodging | $447.00 |
| | | | | $13,134.02 |