| Posting Date | Expense | Description | Itinerary | Amount | Response |
|---|---|---|---|---|---|
| 5/20/2002 | Airfare | American Express (DAS) 4/21/02 - 4/23/02 Attendance of hearing before Judge Fitzgerald on and meeting with counsel and experts on fraudulent transfer action. | Charleston/ Pittsburgh/ Miami/ Charleston | $2,116.00 | Coach from Charleston to Pittsburgh on US Air ($542.50); First Class from Pittsburgh to Miami on US Air ($942.50); First Class from Miami to Charleston on Delta ($631.00) |
| 6/6/2002 | Airfare | American Express  Daniel A. Speights 5/19/02 - 5/22/02  Hearing before Judge Fitzgerald in Wilmington and status conference before Judge Wolin in Newark. | Savannah/ Atlanta/ Philadelphia/ Newark/ Charlotte/ Savannah | $1,295.00 | Coach from Savannah to Philadelphia through Atlanta on Delta Airlines ($642.00); First Class from Newark to Savannahh through Charlotte ($653.00) |
| 6/6/2002 | Airfare | American Express  Daniel A. Speights 5/28/02 - 5/30/02  Meetings with counsel, Martin Dies, et al in Wilmington, De. | Charleston/ Philadelphia/ Washington/ Atlanta / Charleston | $1,071.50 | Coach from Charleston to Philadelphia on US Air ($547.50); Coach from Washington National to Charleston on US Air ($524.00) |
| 8/7/2002 | Airfare | American Express  Daniel A. Speights  7/21/02 - 7/24/02  Attendance at hearing before Judge Fitzgerald. | Charleston / Philadelphia/ Charleston | $1,204.25 | First Class from Charleston to Philadelphia on US Air via Charlotte ($652.25); Coach from Philadelphia to Charleston via US Air ($552.00) |
| 8/30/2002 | Airfare | American Express, Inc. - 8/8/02 - 8/9/02  Meeting with Martin Dies & Russell Budd in Dallas | | $1,384.00 | Coach round trip From Savannah to Dallas and back to Savannah via American Airlines  ($1,384.00) |
| 10/8/2002 | Airfare | American Express, Inc. - 8/29/02 - 8/30/02 Attendance at McGovern mediation session in NYC. | | $1,219.50 | Coach from Savannah to Newark via Continental Airlines ($602.00); First Class from Philadelphia to Savannah via US Air ($617.50) |

| 11/27/2002 | Airfare | Daniel A. Speights - MBNA America  11/25/02 - 11/27/02  Attendance at Court ordered settlement conference in Newark. | | $1,338.50 | First Class from Tampa to Philadelphia via US Air $738.00); coach from Newark to Savannah on Continental Airlines ($600.50) |
|---|---|---|---|---|---|
| 3/14/2003 | Airfare | MBNA America - 1/26/03  1/29/03  Hearing before Judge Fitzgerald | Phila/ Savannah | $642.00 | From Philadelphia to Savannah on Delta Airlines one way ($642.00) - coach fair |
| 3/14/2003 | Airfare | MBNA America - 1/21/03 - 1/22/03  Grace meeting in New York | Savannah/ New York | $571.00 | Coach from Savannah to New York via Delta Airlines ($571.00) one way |
| 3/14/2003 | Airfare | MBNA America - 1/21/03 - 1/22/03  Grace meeting in New York | Newark/ Savannah | $550.50 | Coach from Newark to Savannah on Continental Airlines one wayy ($550.50) |
| 4/25/2003 | Airfare | Daniel A. Speights, Attorney  American Express 4/10/03 - 4/11/03  Meeting with Counsel and experts in Miami. | | $973.00 | Round trip from Savannah to Miami and back to Savannah on Delta Airlines (one way coach and one way first class) |
| 6/10/2003 | Airfare | American Express, Inc  Daniel A. Speights 5/12/03-5/13/03  Meeting with Judge Wolin | Savannah/ New York/ Savannah | $1,121.50 | Coach fare from Savannah to New York on Delta ($561.00); Coach fare from Newark to Savannah on Continental Airlines ($560.50) |
| 11/17/2003 | | American Express  Daniel A. Speights  11/12/03 - 11/14/03  Meeting with Dave Siegel, Bob Beber, Richard Finke and Martin Dies.  **Pro-rata Expenses:** | Sav / Atlanta / New Orleans/ Atlanta / Sav. | $472.50 | Round trip from Savannah to New Orleans (one way coach and one way first class).  Fare pro rated 50%. |
| 12/3/2003 | Airfare | American Express, Inc., 10/21/03 - 10/22/03 Meeting with Legal Representative Nominee. **(Pro Rata expenses)** | Sav/ NY/ Sav | $565.25 | Coach fare from Savannah to New York on Delta Airlines and New York to Savannah. Fare pro rated 50%. |
| 4/9/2004 | Airfare | American Express, Inc. 3/3/04 - 3/4/04  Meeting with Grace Committee members, at al in Washington, DC | Columbia/ Washington | $448.10 | Coach fare from Columbia to Washington, D.C. on U.S. Air |

| Date | Type | Description | Route | Amount | Notes |
|---|---|---|---|---|---|
| 4/9/2004 | Airfare | American Express, Inc. 3/3/04 - 3/4/04 Meeting with Grace Committee members, at al in Washington, DC | Washington, DC / Charleston | $539.10 | Coach fare from Washington, D.C. to Charleston on US Air |
| 9/10/2004 | Airfare | Daniel A. Speights Attorney American Express 8/24/04 - 8/25/04 Meeting of PD Committee w/ Debtor in Washington, DC… | Charleston/ Washington Reagan National Airport/ Charleston | $473.70 | Coach fare from Charleston to Washington and Washington to Charleston on US Air. |
| 10/26/2004 | Airfare | American Express Daniel A. Speights 10/24/04 - 10/25/04 Attendance at hearing in Wilmington, DE. | | $328.93 | Coach fare from Charleston to Washington on US Air. (pro rated 50%) |
| 11/5/2004 | Airfare | American Express, Inc. 10/13/04 - 10/14 04 Meetings w/ Legal Representative of Asbestos Committees and Debtors (Principals only) in Washington, DC | Chas / Washington | $149.60 | Coach fare from Washington, D.C. to Charleston on US Air |
| 11/5/2004 | Airfare | American Express, Inc. 10/13/04 - 10/14 04 Meetings w/ Legal Representative of Asbestos Committees and Debtors (Principals only) in Washington, DC | Washington / Charleston | $359.10 | Coach fare from Washington, D.C. to Charleston on US Air |
| 11/5/2004 | Airfare | American Express (DAS) 10/7 - 10/8/04 Travel for attendance at multiple meeting with Counsel, PD Negotiating Committee, FCA and Debtor. | Charleston / Washington/ Savannah | $481.80 | Coach from Charleston to Washington on Delta and Washington to Savannah |
| 12/8/2004 | Airfare | American Express Daniel A. Speights 12/5/04 - 12/7/04 Travel for attendance at Seminar and meetings in NYC. **(Pro-rata share)** | | $167.68 | Coach fares from Savannah to New York and New York to Savannah on Delta Airlies (pro rated 50%) |
| 2/8/2005 | Airfare | American Express, Inc. 1/9/05 - 1/11/05 Meetings w/ Counsel in Miami. **(pro rata expenses)** | Charleston/ Ft. Lauderdale/ Charleston | $272.60 | Coach fares from Charleston to Ft. Lauderdale and Ft. Lauderdale to Charleston on Delta Airlines (pro rated 50%) |
| 9/13/2005 | Airfare | American Express, Inc (CAR) - 8/18/05 - 8/19/05 PD Estimation Meeting in Washington. | Charleston/ Washington/ Charleston | $441.15 | Coach fare from Charleston to Washington and Washington to Charleston on US Air for C. Alan Runyan |
| 9/13/2005 | Airfare | American Express, Inc (DAS) - 8/18/05 - 8/19/05 PD Estimation Meeting in Washington. | Washington / Charleston | $214.20 | Coach fare from Washington, D.C. to Charleston on US Air for Daniel Speights |

| Date | Type | Description | Route | Amount | Notes |
|---|---|---|---|---|---|
| 10/19/2005 | Airfare | American Express, Inc. - 9/25/05 - 9/26/05 (CAR) Attendance at Grace Bankruptcy Meeting. | Charleston/ Philadelphia | $814.20 | Economy fare from Charleston to Philadelphia one way on US Air |
| 11/16/2005 | Airfare | American Express, Inc. - 9/25/05 - 9/26/05 (CAR) Attendance at Grace Bankruptcy Meeting in Wilmington. | Phila./ Charleston | $614.20 | Economi fare from Philadelphia to Charleston one way on US Air |
| 4/10/2006 | Airfare | American Express, Inc.  3/15/06 - 3/17/06 Attendance at Plan Mediation before Judge Pointer. | Savannah/ LaGuardia/ Savannah | $1,227.10 | Economy round trip from Savannah to New York and New York to Savannah |
| 5/17/2006 | Airfare | American Express, Inc.  3/22/06  Continuation of Plan Mediation before Judge Pointer. | Charleston / Washington National/ Charleston | $794.10 | Economy US Air fares fom Charleston to Washington and Washington to Chalreston |
| 5/17/2006 | Airfare | American Express, Inc., 4/16/06 - 4/19/06 Mediation session w/ Unsecured committee in NY. | Newark/ Savannah | $331.60 | Coach fare from Newark to Savannah on Continental Airlines one way (pro rated) |

| Posting Date | Expense | Description of Trip | Hotel Info. | Amount | response |
|---|---|---|---|---|---|
| 5/20/2002 | Hotel | American Express (DAS) 4/21/02 - 4/23/02 Attendance of hearing before Judge Fitzgerald on and meeting with counsel and experts on fraudulent transfer action. | Hotel - Pittsburgh and Miami | $746.00 | One Night Stay at Mandarin Oriental in Miami (Room Rate $269.00, Taxes $31.13, In room dining and other miscellaneous charges $214.59); One night stay at Omni William Penn Hotel in Pittsburgh - total charges $231.28 (no breakdown available) |
| 6/6/2002 | Hotel | American Express Daniel A. Speights 5/19/02 - 5/22/02 Hearing before Judge Fitzgerald in Wilmington and status conference before Judge Wolin in Newark. | Hotel - Wilmington | $1,303.15 | Two nights at Hotel Dupont in Wilmington DE (Room charges $309 and $319, Taxes $50.24, Long Distance $559.06, Hotel and Room Services $65.85) |
| 6/6/2002 | Hotel | American Express Daniel A. Speights 5/19/02 - 5/22/02 Hearing before Judge Fitzgerald in Wilmington and status conference before Judge Wolin in Newark. | Hotel - New York | $471.33 | One night at Paramount Hotel, New York (no breakdown available) |
| 6/6/2002 | Hotel | American Express Daniel A. Speights 5/28/02 - 5/30/02 Meetings with counsel, Martin Dies, et al in Wilmington, De. | Hotel | $918.07 | Two nights at Hotel Dupont in Wilmington DE (Room charges $299 per night, Taxes $47.84, Long Distance $254.73, Hotel and Room Services $17.50) |
| 8/7/2002 | Hotel | American Express Daniel A. Speights 7/21/02 - 7/24/02 Attendance at hearing before Judge Fitzgerald. | Rittenhouse Hotel | $576.12 | 3 nights at Rittenhouse in Philadelphia, includes (Room rate of $400 per night, taxes, room service, meals and telephone calls. Total bill is $1,724.51, pro-rated by 1/3) |
| 8/30/2002 | Hotel | American Express, Inc. - 8/8/02 - 8/9/02 Meeting with Martin Dies & Russell Budd in Dallas | Hotel | $318.28 | One night stay at Melrose Hotel, Dallas, Tx (Room Rate $139.00, taxes $20.85, room service/meals $100.63, long distance $38.39, Misc. $19.41) |
| 10/8/2002 | Hotel | American Express, Inc. - 8/29/02 - 8/30/02 Attendance at McGovern mediation session in NYC. | Lodging | $913.84 | One night at Omni Berkshire Place (no breakdown provided) |

| | | | | | |
|---|---|---|---|---|---|
| 11/13/2002 | Hotel | American Express  Daniel A. Speights 11/9/02 - 11/12/02  Meeting with counsel in Miami, FL **(Pro rata share)** | Hotel | $101.57 | Three Nights at Mandarin Oriental in Miami, (Room rate $359.00, total bill including taxes, room service, telephone calls $1,507.64, pro rated portion for WR Grace $101.57) |
| 11/27/2002 | Hotel | Daniel A. Speights - MBNA America 11/25/02 - 11/27/02  Attendance at Court ordered settlement conference in Newark. | Lodging & dinner | $444.34 | One night at Rittenhouse in Philadelphia, PA (Room rate $295.00, Dinner $55.93, taxes $41.30, Room Service $27.00, telephone calls $21.26, misc $3.85) |
| 3/14/2003 | Hotel | MBNA America - 1/26/03  1/29/03  Hearing before Judge Fitzgerald | Hotel - **prorata share** | $304.70 | One night at Hotel Dupont in Wilmington, room rate $309.00.  Total bill including taxes, room service, telephone and facsimile charges is $504.77.  Pro rated to $304.70 |
| 3/14/2003 | Hotel | MBNA America - 1/21/03 - 1/22/03  Grace meeting in New York | Hotel | $312.57 | One night at Omni Hotel in New York City (Room $249.00, taxes 33.67 and Room Service/meal $39.90) |
| 4/25/2003 | Hotel | Daniel A. Speights, Attorney  American Express  4/10/03 - 4/11/03  Meeting with Counsel and experts in Miami. | Hotel | $335.91 | One night at Intercontinental Hotel in Miami (no breakdown provided) |
| 6/10/2003 | Hotel | American Express, Inc  Daniel A. Speights 5/12/03-5/13/03  Meeting with Judge Wolin | Hotel | $434.03 | One night stay at The Westin New York (Room rate $259.00, taxes $36.32, Misc charge of $9.99, charges of $128.72 (not backup provided). |
| 11/17/2003 | Hotel | American Express  Daniel A. Speights 11/12/03 - 11/14/03  Meeting with Dave Siegel, Bob Beber, Richard Finke and Martin Dies.  **Pro-rata Expenses:….** | Hotel | $259.86 | Two night stay at Omni Hotel in New Orleans.  Total charges $519.72, pro rated for WR Grace $259.86 (breakdown not provided) |
| 12/3/2003 | Hotel | American Express, Inc., 10/21/03 - 10/22/03  Meeting with Legal Representative Nominee.  **(Pro Rata expenses)** | Hotel | $201.17 | One night stay at Omni Berkshire Place, New York. Total charges $402.35, pro rated for WR Grace to $201.17 (no breakdown provided) |
| 4/9/2004 | Hotel | American Express, Inc.  3/3/04 - 3/4/04  Meeting with Grace Committee members, at al in Washington, DC… | Hotel | $935.47 | One night at Willard Hotel in Washington (no breakdown provided) |

| 9/10/2004 | Hotel | Daniel A. Speights  Attorney  American Express  8/24/04 - 8/25/04  Meeting of PD Committee w/ Debtor in Washington, DC… | Willard Hotel | $436.71 | One night at Willard Hotel in Washington (Room rate $299.00, tax $43.36, Long Distance $41.62 and meals $52.73) |
|---|---|---|---|---|---|
| 10/26/2004 | Hotel | American Express  Daniel A. Speights 10/24/04 - 10/25/04  Attendance at hearing in Wilmington, DE…. **(pro rata share)** | Lodging | $128.83 | Two nights at Hotel Dupont, Wilmington. Total charges $386.50, pro rata share for Grace $128.83 (no breakdown provided) |
| 11/5/2004 | Hotel | American Express, Inc.  10/13/04 - 10/14 04  Meetings w/ Legal Representative of Asbestos Committees and Debtors (Principals only) in Washington, DC | Hotel | $538.51 | One night at Hotel Sofitel in Washington D.C. (no breakdown provided) |
| 11/5/2004 | Hotel | American Express (DAS) 10/7 - 10/8/04 Travel for attendance at multiple meeting with Counsel, PD Negotiating Committee, FCA and Debtor. | Lodging | $566.51 | One night stay at Willard Intercontinental (no breakdown provided) |
| 12/8/2004 | Hotel | American Express  Daniel A. Speights 12/5/04 - 12/7/04  Travel for attendance at Seminar and meetings in NYC.  **(Pro-rata share)** | Sheraton Hotel | $317.79 | Two nights at Sheraton Hotel in New York. Total charges $1m271.18, 25% WR Grace pro rate share $317.79 (no breakdown provided) |
| 2/8/2005 | Hotel | American Express, Inc.  1/9/05 - 1/11/05 Meetings w/ Counsel in Miami.  **(pro rata expenses)** | Hotel | $475.22 | Two nights at Biltmore Hotel in Miami, Florida (Room rate $319.00, plus taxes, telephone charges, meals, and miscellaneous charges.  Total charges $914.08, pro rata share for WR Grace $475.22) |
| 9/13/2005 | Hotel | American Express, Inc (CAR)  - 8/18/05 - 8/19/05  PD Estimation Meeting in Washington. | Lodging | $440.44 | One night at Hotel Sofitel in Washington D.C. for C. Alan Runyan (no breakdown provided) |
| 10/10/2005 | Hotel | American Express, Inc.  8/18/05 (DAS) Meeting re Grace Estimation. | Lodging | $366.05 | One night at Hotel Sofitel in Washington D.C. for Dan Speights (no breakdown provided) |
| 4/10/2006 | Hotel | American Express, Inc.  3/15/06 - 3/17/06 Attendance at Plan Mediation before Judge Pointer. | Hotel: Omni Berkshire | $840.55 | Two nights at Omni Berkshire Hotel in New York (no breakdown provided) |

| 5/17/2006 | Hotel | American Express, Inc., 4/16/06 - 4/19/06 Mediation session w/ Unsecured committee in NY. | Lodging | $447.00 | Two nights at The Kitano HBotel in New York (Room rate $340 per night plus taxes, internet, long distance charges and food. Total charges $893.99, pro rata share for WR Grace $447.00 |
|---|---|---|---|---|---|
| | | | | $13,134.02 | |

| | | | | |
|---|---|---|---|---:|
| 4/12/2001 | | Travel to Wilmington, DE for Creditor Formation Meeting: | | |
| 4/12/2001 | JLS | Meals | $ | 4.50 |
| 4/12/2001 | JLS | Ground Transportation - Cab | $ | 6.00 |
| 4/12/2001 | JLS | Parking | $ | 14.00 |
| 5/22/2001 | | Travel to Dallas, Texas for PD Committee Meeting | | |
| 5/22/2001 | JLS | Lodging | $ | 257.68 |
| 5/22/2001 | JLS | Airplane/Train Expense | $ | 1,080.75 |
| 5/23/2001 | JLS | Ground Transportation | $ | 16.00 |
| 8/20/2001 | | Travel to Atlanta, GA for PD Committee meeting | | |
| 8/21/2001 | JLS | Lodging | $ | 272.55 |
| 8/21/2001 | JLS | Ground Transportation Cab | | 6.00 |
| 8/24/2004 | | Travel to Washington, DC for meeting | | |
| 8/24/2004 | JLS | Ground Transportation | $ | 32.00 |
| 8/25/2004 | JLS | Ground Transportation | $ | 8.00 |
| 8/25/2004 | JLS | Ground Transportation – Taxi | $ | 8.00 |
| 8/25/2004 | JLS | Train Expenses | $ | 76.00 |
| 8/25/2004 | JLS | Lodging | $ | 326.33 |
| 1/23/2007 | | Travel to Wilmington, DE for meeting | | |
| 1/23/2007 | CMP | Meals | $ | 18.94 |
| 1/23/2007 | CMP | Airplane/Train Expenses | $ | 226.00 |
| 1/23/2007 | CMP | Ground Transportation | $ | 21.00 |
| | | Travel to Pittsburgh, PA for meeting | | |
| 2/16/2007 | CMP | Airplane/Train Expenses | $ | 11.98 |
| 2/16/2007 | CMP | Airplane/Train Expenses | $ | 396.00 |
| | | Travel to Pittsburgh, PA for meeting | | |
| 2/20/2007 | CMP | Ground Transportation | $ | 19.88 |
| 2/21/2007 | CMP | Ground Transportation | $ | 38.00 |
| 2/21/2007 | JLS | Ground Transportation | $ | 80.00 |
| 2/21/2007 | CMP | Lodging | $ | 238.26 |
| 2/21/2007 | JLS | Lodging | $ | 238.26 |
| 2/21/2007 | JLS | Meals | $ | 9.56 |

Travel to Pittsburgh, PA for meeting

| Date | | Description | | Amount |
|---|---|---|---|---|
| 10/25/2007 | CMP | Parking at Newark Airport | $ | 30.00 |
| 10/25/2007 | CMP | Ground Transportation Cab | $ | 42.00 |
| 10/25/2007 | CMP | Ground Transportation Cab | $ | 45.00 |
| 10/25/2007 | CMP | Meals | $ | 51.22 |
| 10/25/2007 | CMP | Office Center Computer Access – Pittsburgh, PA | $ | 6.95 |

TOTAL                $3,580.86