UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (KJC) |
| | : | (Jointly Administered) |
| Debtors | : | |
| | : | **Rel. Dkt. 32379** |

**ORDER GRANTING MOTION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, TO ALLOW AMENDMENT TO ITS FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>JANUARY 10, 2002 THROUGH FEBRUARY 3, 2014 TO BE DEEMED TIMELY FILED</u>**

The Court, having considered the Motion of PricewaterhouseCoopers LLP ("PwC"), pursuant to Fed. R. Bankr. P. 9006(b)(1) to allow its Amended Final Fee Application for Allowance of Compensation and Reimbursement of Expenses for the Period January 10, 2002 through February 3, 2014 (the "Amended Final Application") to be deemed timely filed (the "Motion") and any responses thereto, and finds that: (i) the Motion has been properly noticed in accordance with all applicable statutes and rules; (ii) notice and opportunity to be heard were sufficient under the circumstances; (iii) and there is cause to grant the relief requested in the Motion. Accordingly,

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The Amended Final Application is deemed to be timely filed.

Date: _____                    _____
                                                                    Kevin J. Carey
                                                                    United States Bankruptcy Judge

02411:PLDG:10247945.DOCX.1