IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 32300** |

**NOTICE OF WITHDRAWAL OF THE CERTIFICATION OF
NO OBJECTION REGARDING THE FINAL FEE APPLICATION
OF CAMPBELL & LEVINE, LLC FOR APPROVAL AND ALLOWANCE OF
COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL
COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE,
ET AL. FOR THE PERIOD OF JUNE 16, 2001 THROUGH FEBRUARY 3, 2014**

     PLEASE TAKE NOTICE that the Certification of No Objection Regarding the Final Fee Application of Campbell & Levine, LLC for Approval and Allowance of Compensation of Services Rendered and Reimbursement of Expenses as Delaware and Associated Counsel to the Official Committee of Asbestos Personal Injury Claimants of W.R. Grace, et al. for the Period of June 16, 2001 through February 3, 2014 [Doc. No. 32300] is hereby withdrawn.

Dated: August 25, 2014
Wilmington, Delaware

                                        CAMPBELL & LEVINE, LLC

                                        By: */s/ Mark T. Hurford*
                                        Mark T. Hurford (DE No. 3299)
                                        222 Delaware Avenue, Suite 1620
                                        Wilmington, DE 19801
                                        (302) 426-1900
                                        (302) 426-9947 (facsimile)
                                        mhurford@camlev.com

                                        *Delaware and Associated Counsel for the*
                                        *Official Committee of Asbestos Claimants*

{C0378156.1 }