# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
*In re*

**W. R. Grace & Co.,** *et al.*,

       **Reorganized Debtors.**

----------------------------------------------------------------x

Chapter 11

Case No. 01-01139 (KJC)

Jointly Administered

Objections Due:  July 11, 2014 at 4:00 p.m. (ET)

## <u>AMENDED[1] FINAL FEE APPLICATION OF BUCHANAN INGERSOLL & ROONEY PC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 24, 2004 THROUGH JUNE 30, 2006</u>

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll & Rooney PC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Retention: | September 24, 2004 |
| Period for which compensation and reimbursement is sought: | September 24, 2004 through June 30, 2006 |
| Amount of fees to be approved as actual, reasonable and necessary: | $90,334.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $19,575.65 |

This is an: __ interim   X    final application

Fees incurred in connection with the preparation, filing and service of this Final Fee Application will be billed directly to the Reorganized Debtors.

---

[1] **The original filed Application contained a mathematical error pointed out by the fee auditor.  As a result, the total amounts requested have been increased accordingly.**

**Prior applications:**

| Application | Period Covered | Date filed (Dkt #) | CNO filed (Dkt #) | Fees | Expenses |
|---|---|---|---|---|---|
| 1st Monthly | September 24-October 31, 2004 | 11/29/2004 (7044) | 2/9/2005 (7731) | $13,472.00 | $74.40 |
| 2nd Monthly | November, 2004 | 1/12/2005 (7528) | 2/14/2005 (7768) | $5,765.00 | $2,317.07 |
| 3rd Monthly | December, 2004 | 5/4/2005 (8366) | 6/28/2005 (8692) | $5,815.50 | $1,542.81 |
| **First Quarterly** | **September 24, 2004-December 31, 2004** | **8/12/2005 (9187)** | | **$25,052.50** | **$3,934.28** |
| 4th Monthly | January, 2005 | 5/4/2005 (8367) | 7/7/2005 (8951) | $6,297.00 | $4,167.75 |
| 5th Monthly | February, 2005 | 5/4/2005 (8368) | 7/7/2005 (8952) | $6,066.50 | $698.29 |
| 6th Monthly | March, 2005 | 5/4/2005 (8369) | 7/7/2005 (8953) | $1,128.00 | $47.64 |
| **Second Quarterly** | **January-March, 2005** | **8/12/2005 (9188)** | | **$13,491.50** | **$4,913.68** |
| 7th Monthly | April, 2005 | No application filed | N/A | N/A | N/A |
| 8th Monthly | May, 2005 | 8/9/2005 (9155) | 9/14/2005 (9425) | $3,835.00 | $508.16 |
| 9th Monthly | June, 2005 | 8/9/2005 (9157) | 9/14/2005 (9427) | $2,737.00 | $1,102.30 |
| **Third Quarterly** | **April-June, 2005** | **9/28/2005 (9524)** | | **$6,332.00** | **$1,610.46** |
| 10th Monthly | July, 2005 | 9/13/2005 (9416) | 10/18/2005 (9682) | $477.50 | $110.56 |
| 11th Monthly | August, 2005 | 9/14/2005 (9417) | 10/18/2005 (9683) | $5,127.50 | $3,184.52 |
| 12th Monthly | September, 2005 | 12/27/2005 (11437) | 2/15/2006 | $7,404.50 | $1,110.57 |
| **Fourth Quarterly** | **July-September, 2005** | **2/20/2006 (11861)** | | **$13,009.50** | **$4,385.83** |
| 13th Monthly | October, 2005 | 12/27/2005 (11441) | 2/15/2006 | $2,729.00 | $0.00 |

2

| | | | | | |
|---|---|---|---|---|---|
| 14th Monthly | November, 2005 | 1/20/2006 (11598) | 2/16/2006 | $1,948.00 | $754.67 |
| 15th Monthly | December, 2005 | 1/20/2006 (11599) | 2/16/2006 | $4,906.00 | $313.37 |
| **Nineteenth Quarterly** | **October – December, 2005** | **3/8/2006 (11995)** | | **$9,583.00** | **$1,068.04** |
| 16th Monthly | January, 2006 | 2/16/2006 (11832) | 3/13/2006 (12045) | $4,966.00 | $366.26 |
| 17th Monthly | February, 2006 | 3/14/2006 (12050) | 4/4/2006 | $5,248.00 | $417.58 |
| 18th Monthly | March, 2006 | 4/17/2006 (12246) | 5/8/2006 (12442) | $5,504.00 | $923.11 |
| **Twentieth Quarterly** | **January-March, 2006** | **5/19/2006 (12458)** | **5/19/2006 (12460)** | **$15,718.00** | **$1,706.95** |
| 19th Monthly | April, 2006 | 5/18/2006 (12451) | 6/12/2006 (12630) | $2,232.00 | $171.37 |
| 20th Monthly | May, 2006 | 6/16/2006 (12652) | 7/21/2006 (12841) | $2,968.00 | $413.59 |
| 21st Monthly | June, 2006 | 8/1/2006 (12842) | | $1,948.00 | $1,371.45 |
| **Totals:** | | | | **$90,334.50** | **$19,575.65** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
*In re* : Chapter 11
:
W. R. Grace & Co., *et al.*, : Case No. 01-01139 (KJC)
:
Reorganized Debtors. : Jointly Administered
:
: Objections Due: July 11, 2014 at 4:00 p.m. (ET)
---------------------------------------------------------------x

**FINAL FEE APPLICATION OF BUCHANAN INGERSOLL & ROONEY PC
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 24, 2004
THROUGH JUNE 30, 2006**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532 (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the law firm of Buchanan Ingersoll & Rooney PC (hereinafter, "BIR") hereby submits this application (the "Application") for final approval of reasonable compensation for professional legal services rendered as former co-counsel to the Zonolite Attic Insulation Claimants (the "ZAI Claimants") in the amount of $90,334.50, together with reimbursement for actual and necessary expenses incurred in the amount of $19,575.65, for the period commencing September 24, 2004 through and including June 30, 2006 (the "Final Fee Period")[2]. In support of its Application, BIR respectfully represents as follows:

        1.      By Order dated August 26, 2002 [Docket No. 2617], the ZAI Claimants were authorized to retain William Sullivan (then with the law firm of Elzufon Austin Reardon Tarlov and Mondell) as their local counsel. In September 2004, Mr. Sullivan joined BIR and continued to represent the ZAI Claimants as Delaware co-counsel. Mr. Sullivan left BIR in July

---

[2] Since July, 2006, the ZAI Claimants' Delaware counsel has been Sullivan Hazeltine Allison LLC.

4

2006 and joined the firm of William D. Sullivan, LLC (n/k/a Sullivan Hazeltine Allison LLC) and has continued to represent the ZAI Claimants with that firm[3].

2.     All services for which compensation is requested by BIR were performed for or on behalf of the ZAI Claimants.

## REQUEST FOR FINAL APPROVAL OF FEES AND EXPENSES

3.     This Application covers the Final Fee Period of September 24, 2002 through and including June 30, 2006.  During the Final Fee Period, BIR performed necessary services and incurred out-of-pocket disbursements as Delaware counsel to the ZAI Claimants. As set forth in the prior filed monthly fee applications and quarterly fee applications, in accordance with the factors enumerated in section 330 of the Bankruptcy Code, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs incurred while representing the ZAI Claimants.

## CONCLUSION

WHEREFORE, BIR respectfully requests that (a) final allowance be made to BIR in the sum of (i) $90,334.50 as compensation for necessary professional services rendered to the ZAI Claimants for the Final Fee Period and (ii) $19,575.65 for reimbursement of actual necessary costs and expenses incurred for such Final Fee Period and further requests such other and further relief as this Court may deem just and proper.

---

[3] BIR expended some time on behalf of the ZAI Claimants during July 2006 but is not seeking compensation for those fees.

| | |
|---|---|
| Dated: August 26, 2014<br>Wilmington, Delaware | **BUCHANAN INGERSOLL & ROONEY PC**<br><br>/s/  Mary F. Caloway<br>Mary F. Caloway (No. 3059)<br>Kathleen A. Murphy (No. 5215)<br>919 North Market Street, Suite 1500<br>Wilmington, Delaware 19801<br>T: (302) 552-4200<br>F: (302) 552-4295<br>mary.caloway@bipc.com<br>kathleen.murphy@bipc.com<br><br>*Former Co-Counsel to the ZAI Claimants* |