IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, James E. O'Neill, hereby certify that on the __8__ day of September, 2014, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 11, 2014, AT 11:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY**

James E. O'Neill (Bar No. 4042)

---

[1] The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

W. R. Grace NEW 2002 Service List (Fax)
Case No. 01-1139 (KJC)
Document No. 192396
01 – HAND DELIVERY
01 – OVERNIGHT DELIVERY
03 – VIA EMAIL
37 – VIA FACSIMILE

*(Counsel to Reorganized Debtors)*
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705

*HAND DELIVERY*
*(United States Trustee)*
Richard L. Schepacarter, Trial Attorney
U. S. Department of Justice
Office of the U. S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

*OVERNIGHT DELIVERY*
*(Asbestos PD Trust (7A))*
Richard B. Schiro, Corporate Trust Administration
WRG Asbestos PD Trust
c/o Wilmington Trust
1100 N. Market Street
Wilmington, DE 19890-1625

*VIA EMAIL*
*(Counsel to Reorganized Debtor)*
Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823
**Email: rhiggins@rogerhigginslaw.com**

*VIA EMAIL*
*(ZAI Trustee)*
Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
Mt. Pleasant, SC 29464
**Email: ecottingham@zaitrust.com**

*VIA EMAIL*
*(Creditor)*
Mark Hankin
Lou Hiban
Hankin Management Company
P.O. Box 26767
Elkins Park, PA 19027
**Email: mhankin@hankinmanagement.com;
lou@hankinmangement.com**

*VIA FACSIMILE*
*(Co-Counsel for Roger Frankel FCR)*
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
**Fax No. 302-655-4210**

VIA FACSIMILE
*(Counsel to Representative Counsel to Canadian ZAI Claimants)*
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
**Fax No. 302-656-7599**

VIA FACSIMILE
*(Counsel to PD Future Claimant Representative)*
R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
**Fax No. 302-888-0606**

**VIA FACSIMILE**
*(Counsel to Asbestos PI Trust)*
Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE  19801
**Fax No. 302-426-9947**

**VIA FACSIMILE**
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee and the ZAI Claimants)*
William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Ste. 1300
Wilmington, DE  19801
**Fax No. 302-428-8195**

**VIA FACSIMILE**
*(Counsel to Samson Hydrocarbons)*
Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
**Fax No. 302-656-2769**

**VIA FACSIMILE**
*(Counsel to BNSF Railway Company)*
David M. Fournier, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE  19801
**Fax No. 302-421-8390**

**VIA FACSIMILE**
*(Counsel to Mark Hankin and Hanmar Associates MLP)*
David M. Fournier, Esquire
James C. Carignan, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE  19801
**Fax No. 302-421-8390**

**VIA FACSIMILE**
*(Co-Counsel to Reorganized Debtor)*
John Donley, Esquire
Adam Paul, Esquire
Ryan Hehner, Esquire
Jeffrey Gettleman, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL  60654
**Fax No. 312-862-2200**

**VIA FACSIMILE**
*(Reorganized Debtor)*
W. R. Grace & Co.
Attn: Mark Shelnitz
7500 Grace Drive
Columbia, MD  21044
**Fax No. 410-531-4545**

**VIA FACSIMILE**
*(The Future Claimants' Representative)*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC  20037
**Fax No. 202-627-3002**

**VIA FACSIMILE**
*(Counsel to Hon. Alex. M. Sanders Jr., PDFCR)*
Alan B. Rich, Esquire
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, TX  75270
**Fax No. 214-744-5101**

**VIA FACSIMILE**
*(Trustee - Asbestos PD Trust (7A))*
Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX  75201-1958
**Fax No. 214-521-3838**

**VIA FACSIMILE**
*(Counsel for Asbestos PD Trust (7A))*
Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
**Fax No. 210-226-8395**

**VIA FACSIMILE**
*(Counsel for ZAI Claimants)*
Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook &
Brickman, LLC
1037 Chuck Dawley Blvd., Bldg A
Mt. Pleasant, SC 29464
**Fax No. 843-727-6688**

**VIA FACSIMILE**
*(Counsel for Edward B. Cottingham, Jr., ZAI Trustee))*
M. Dawes Cooke, Esquire
Barnwell Whaley Patterson & Helms LLC
288 Meeting Street, Ste 200
Charleston, SC 29401
**Fax No. 843-577-7708**

**VIA FACSIMILE**
*(Asbestos PI Trust)*
B. Thomas Florence, Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC 20036
**Fax No. 202-797-3619**

**VIA FACSIMILE**
*(Counsel to Asbestos PI Trust)*
Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
**Fax No. 412-261-5066**

**VIA FACSIMILE**
*(Counsel to Asbestos PI Committee)*
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, NY 10022-6000
**Fax No. 212-379-6001**

**VIA FACSIMILE**
*(Counsel to Asbestos PI Committee)*
Ann McMillan, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005-5802
**Fax No. 202-429-3301**

**VIA FACSIMILE**
*(Special Insurance Coverage Counsel to the Official Committee of Asbestos Personal Injury Claimants )*
Robert M. Horkovich, Esquire
Robert Y. Chung, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
**Fax No. 212-278-1733**

**VIA FACSIMILE**
*(Counsel to Asbestos PI Trust)*
James C. Melville, Esquire
Kaplan, Strangis and Kaplan, P.A.
90 South Seventh Street, Suite 5500
Minneapolis, MN 55402
**Fax No. 612-375-1143**

**VIA FACSIMILE**
*(Counsel to Asbestos PI Trust)*
Edward E. Steiner, Esquire
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
**Fax No. 513-579-6457**

**VIA FACSIMILE**
*(Counsel to Plum Creek Timberlands, L.P.)*
John R. Knapp, Jr., Esquire
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352
**Fax No. 206-622-7485**

**VIA FACSIMILE**
*(Counsel to the Official Committee of Equity Security Holders)*
David E. Blabey, Jr., Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Fax No. 212-715-8000**

**VIA FACSIMILE**
*(Counsel to Samson Hydrocarbons)*
Greg A. Lowry, Esquire
Locke Lord, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
**Fax No. 214-740-8800**

**VIA FACSIMILE**
*(Counsel to BNSF Railway Company)*
Edward C. Toole, Jr., Esquire
Pepper Hamilton LLP
300 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
**Fax No. 215-981-4750**

**VIA FACSIMILE**
*(Creditor)*
Michael R. Sew Hoy, Civil Division
U.S. Department of Justice
1100 L. Street, N.W., Room 10048
Washington, DC 20005
**Fax No. 202-514-9163**

**VIA FACSIMILE**
*(Counsel to Canadian ZAI Claimants)*
Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286 Saint-Paul West, Suite 100
Montréal, Quebec
H2Y 2A3
**Fax No. 514-844-7009**

**VIA FACSIMILE**
*(Counsel to Numberous Asbestos Creditors)*
Scott W. Wert, Esquire
Roger Heath, Esquire
Foster & Sear, L.L.P.
817 Greenview Drive
Grand Prairie, TX 75050
**Fax No. 817-633-5507**

**VIA FACSIMILE**
*(Counsel to the State of Montana)*
Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
**Fax No. 302-252-4330**

**VIA FACSIMILE**
*(Counsel to Continental Casualty Company, Transportation Insurance Company, CAN ClaimPlus, Inc., as successor in interest to RSKCo Services, Inc. f/k/a Transcontinental Technical Services, Inc.)*
Jonathan W. Young, Esquire
Edwards Wildman Palmer LLP
225 West Wacker Drive
Chicago, IL 60606-1229
**Fax No. 855-595-1190**

**VIA FACSIMILE**
*(Counsel to Plum Creek Timberlands, L.P.)*
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
**Fax No. 302-252-0921**

**VIA FACSIMILE**
*(Counsel to Plum Creek Timberlands, L.P.)*
John R. Rizzardi, Esquire
Jessica Tsao, Esquire
Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323
**Fax No. 206-587-2308**

**VIA FACSIMILE**
*(Counsel for the United States)*
Charles M. Oberly, III, US Attorney
Kathryn Keneally, Asst. US Attorney
Ari D. Kunofsky, Trial Attorney
U. S. Department of Justice, Tax Division
PO Box 227
Washington, DC 20044
**Fax No. 202-514-6866**

**VIA FACSIMILE**
*(Counsel for Norfolk Southern Railway Company)*
David J. Baldwin, Esquire
Etta R. Mayers, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801
**Fax No. 302-658-1192**

**VIA FACSIMILE**
*(Counsel for Norfolk Southern Railway Company)*
Kevin M. Andris, Esquire
Norfolk Southern Railway Company, Law Dept.
Three Commercial Place
Norfolk, VA 23510-9242
**Fax No. 757-533-4943**

WR Grace – Tantalo Landfill Claim Objection FAX Service List
Case No. 01-1139
Document No. 194661v2
04 – Facsimile


**Facsimile: 716-853-1616**
(Counsel for GTE Operations Support Inc. & GTE)
To Whom it May Concern
Harter Secrest & Emery LLP
One HSBC Center, Suite 3550
Buffalo, NY  14203-2884

**Facsimile: 716-845-6764**
(Counsel for GTE Operations Support Inc. & GTE)
Craig Slater, Esquire
The Slater Law Firm, PLLC
26 Mississippi Street – Suite 400
Buffalo, NY  14203-3014

**Facsimile: 585-258-2821**
(Counsel for Seneca Meadows Inc. and
Macedon Homes Inc.)
Ronald G. Hull, Esquire
Underberg & Kessler LLP
300 Bausch & Lomb Place
Rochester, NY  14604

**Facsimile: 617-832-7000**
(Counsel for GTE Operations Support Inc. & GTE)
Robert Sanoff
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600