## EXHIBIT I

## The Tantalo Claims

| CLAIMANT | CLAIM NO. | AMOUNT | PRIORITY | DATE FILED |
|---|---|---|---|---|
| GTE Operations Support, Inc. ("GTE") | 420 | $20,000,000 plus interest (Contingent) | General Unsecured | 9/18/01 |
| Seneca Meadows, Inc. | 4073 | $20,000,000 (Contingent) | General Unsecured | 3/18/03 |
| Macedon Homes, Inc. | 4074 | $20,000,000 (Contingent) | General Unsecured | 3/18/03 |
| GTE | 15528 | $20,000,000 plus interest (Contingent) | General Unsecured | 2/7/05 |

DOCS_DE:194658.1 91100/001