IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 32394 |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 11, 2014[2], AT 11:00 A.M. BEFORE
THE HONORABLE KEVIN J. CAREY**

The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

**PLEASE NOTE THIS HEARING HAS BEEN CANCELLED BY THE COURT
AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTERS:**

1. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Response Deadline: September 12, 2008, at 4:00 p.m.

    Responses Received:

    a. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523).

    b. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

---

[1] The Reorganized Debtors consist of the following 17 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., Darex Puerto Rico, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Gloucester New Communities Company, Inc., Grace Chemical Company of Cuba, Grace Energy Corporation, Grace Europe, Inc., Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace PAR Corporation, W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Kootenai Development Company, Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), and Water Street Corporation.

[2] This hearing has been rescheduled by the Court from September 10, 2014 at 10:00 a.m. to September 11, 2014 at 11:00 a.m.

DOCS_DE:195132.2 91100/001

Related Documents: None.

Status: This matter is continued to the next omnibus hearing date.

2. Reorganized Debtors' Objection to the Remaining Claims for the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036)

   Response Deadline: May 22, 2014, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Regarding the Remaining Claims for the Internal Revenue Service (Substantive) [Filed: 4/22/14] (Docket No. 32036, Exhibit A)

   Status: This matter has been continued to a date to be determined.

**UNCONTESTED MATTERS:**

3. Thirty-First Omnibus Objection to Certain Claims Relating to the Tantalo Landfill (Substantive Objection) [Filed: 8/4/14] (Docket No. 32366)

   Response Deadline: September 3, 2014, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

   a. [Proposed] Order Disallowing Certain Claims Relating to the Tantalo Landfill (Substantive Objection) [Filed: 8/4/14] (Docket No. 32366, Exhibit A)

   b. Certification of No Objection Regarding Thirty-First Omnibus Objection to Certain Claims Relating to the Tantalo Landfill (Substantive Objection) [Filed: 9/5/14] (Docket No. 32393)

*[Remainder of Page Intentionally Left Blank]*

**Status:** The Court has indicated that an order will be entered on this matter. No hearing is necessary.

Dated: September 8, 2014

KIRKLAND & ELLIS LLP
John Donley
Adam Paul
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

and

THE LAW OFFICES OF ROGER HIGGINS, LLC
Roger J. Higgins
1 North Bishop Street
Suite 14
Chicago, IL 60607
Telephone: (312) 666-0431

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel for the Reorganized Debtors