**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE | : | |
| | : | Chapter 11 |
| W. R. GRACE & CO. | : | |
| | : | Case No. 01-01139 (KJC) |
| | : | (Jointly Administered) |
| Debtor. | : | |
| | : | Related Docket Item: 32386 |

**CERTIFICATE OF NO OBJECTION TO**
**MOTION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX**
**CONSULTANTS FOR DEBTORS, TO ALLOW AMENDMENT TO ITS FINAL**
**APPLICATION FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 10, 2002**
**THROUGH FEBRUARY 3, 2014 TO BE DEEMED TIMELY FILED**

On August 25, 2014, PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants to the Debtors filed its *Motion of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, to Allow Amendment to Its Final Application for Allowance of Compensation and Reimbursement of Expenses for the Period January 10, 2002 Through February 3, 2014 to Be Deemed Timely Filed* (Docket No. 32386) (the "Motion"). The notice filed with the Motion provided an objection deadline of 4:00 pm (Eastern Standard Time) on September 9, 2014. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

02411:PLDG:10249587.DOC.1

Accordingly, counsel hereby respectfully requests that the Order, attached to the Motion be entered at the Court's convenience.

Dated: September 11, 2014                SMITH, KATZENSTEIN & JENKINS LLP

/s/*Kathleen M. Miller*
Kathleen Miller (I.D. No. 2898)
The Corporate Plaza
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
Email: Kmiller@skjlaw.com

Attorneys for PricewaterhouseCoopers LLP