IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mark T. Hurford, Esquire, do hereby certify that on the 12th day of September 2014, I caused a copy of the foregoing document to be served on Exhibit A (Entire Application) and Exhibit B (Notice Only) via first class mail.

CAMPBELL & LEVINE, LLC

*/s/ Mark T. Hurford*
Mark T. Hurford (I.D. #3299)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
(302) 426-1900
Mhurford@camlev.com

*Counsel for the Official Committee of Asbestos Personal Injury Claimants*

Dated: September 12, 2014

{C0380604.1 }