### EXHIBIT B

### The Grace Subsidiaries

## THE GRACE SUBSIDIARIES

| Case Name | Case No. |
|---|---|
| Darex Puerto Rico, Inc. | 01-01150 (KJC) |
| Dewey and Almy, LLC | 01-01152 (KJC) |
| Gloucester New Communities Company, Inc. | 01-01160 (KJC) |
| Grace Chemical Company of Cuba | 01-01163 (KJC) |
| Grace Energy Corporation | 01-01166 (KJC) |
| Grace Europe, Inc. | 01-01168 (KJC) |
| Grace International Holdings, Inc. | 01-01172 (KJC) |
| Grace PAR Corporation | 01-01174 (KJC) |
| W. R. Grace Capital Corporation | 01-01179 (KJC) |
| W. R. Grace Land Corporation | 01-01180 (KJC) |
| Guanica-Caribe Land Development Corporation | 01-01183 (KJC) |
| Hanover Square Corporation | 01-01184 (KJC) |
| Kootenai Development Company | 01-01186 (KJC) |
| Remedium Group, Inc. | 01-01194 (KJC) |
| Water Street Corporation | 01-01196 (KJC) |