# EXHIBIT C

## Open Claims Transferred to Grace-Conn.

## OPEN CLAIMS TRANSFERRED TO GRACE-CONN.

| CLAIM NO. | CLAIMANT | CHAPTER 11 CASE | ASSERTED LIABILITY | PLAN CLASS | CLAIM AGAINST GRACE-CONN | NOTES |
|---|---|---|---|---|---|---|
| 18552 | SGH Enterprises, f/k/a Samson Hydrocarbons | Grace Energy Corporation | $92,717,705.03 | 9 | Yes | Amends claim 18527 |
| 18527 | SGH Enterprises | Grace Energy Corporation | $92,717,705.03 | 9 | Yes | Amends claim 13946 |
| 13946 | SGH Enterprises | Grace Energy Corporation | $7,958,774.60 | 1 | Yes | |
| | | **Total:** | **$193,394,184.66** | | | |