IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 32310 |

**CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 32310
(AMENDED SEVENTEENTH QUARTERLY AND FINAL APPLICATION OF
SCARFONE HAWKINS FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR
THE CANADIAN ZAI CLAIMANTS FOR THE INTERIM FEE PERIOD FROM
JANUARY 1, 2014 THROUGH FEBRUARY 3, 2014 AND THE FINAL FEE PERIOD
DECEMBER 21, 2009 THROUGH FEBRUARY 3, 2014)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Amended Seventeenth Quarterly and Final Application of Scarfone Hawkins for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel for the Canadian ZAI Claimants for the Interim Fee Period from January 1, 2014 through February 3, 2014 and the Final Fee Period December 21, 2009 through February 3, 2014 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m., ET, September 16, 2014.

Dated: September 18, 2014        Respectfully submitted,

By:    */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: dkhogan@dkhogan.com
**Counsel to the Representative Counsel for the
Canadian ZAI Claimants**