## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

*In re*                                                      :   **Chapter 11**
                                                        :
                                                        :   **Case No. 01-01139 (KJC)**
**W. R. Grace & Co., *et al.*,**                             :
                                                        :   **Jointly Administered**
        **Reorganized Debtors.**            :
                                                        :   RE: Docket No. 32388
                                                        :

-------------------------------------------------------------x

### AFFIDAVIT OF TAMMY R. ROGERS, PARALEGAL

STATE OF DELAWARE:
SS:
NEW CASTLE COUNTY:

      I, Tammy R. Rogers, certify that I am, and at all times during the service, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service was made on August 26, 2014.  I certify further that copies of the following document were caused to be served upon the parties identified on the attached list via the manner indicated:

### AMENDED[1] FINAL FEE APPLICATION OF BUCHANAN INGERSOLL & ROONEY PC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 24, 2004 THROUGH JUNE 30, 2006

_____

Tammy R. Rogers

SWORN AND SUBSCRIBED before me this 23rd day of September 2014.

NOTARY

ANNETTE FAY NYE
MY COMMISSION
EXPIRES
June 7, 2015
NOTARY PUBLIC
STATE OF DELAWARE

_____

[1] The original filed Application contained a mathematical error pointed out by the fee auditor.  As a result, the total amounts requested have been increased accordingly.

## VIA HAND DELIVERY

Clerk of the Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

The Office of the United States Trustee
Attn: Frank J. Perch, Esquire
844 N. King Street
Wilmington, Delaware 19801

Teresa K. D. Currier, Esquire
Saul Ewing
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19801

*co-counsel to the Official Committee of Equity Holders*

James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
PO. Box 8705
Wilmington, DE 19899-8705

The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, Delaware 19899

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, Delaware 19801-1246

Maria Eskin, Esquire
Campbell & Levine, LLC
222 Delaware Avenue
Suite 1620
Wilmington, Delaware 19801

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street
Suite 904
P.O. Box 1351
Wilmington, Delaware 19899

**<u>VIA FIRST CLASS MAIL</u>**

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, Illinois 60606

*counsel to the DIP Lenders*

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131

*counsel to the Official Committee of Property Damage Claimants,*

Michael Magzamen, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, New York 10038-4982

*counsel to the Official Committee of Unsecured Creditors*

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, New York 10022

*counsel to the Official Committee of Equity Holders*

Adam Paul
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

*co-counsel for the Reorganized Debtors*

Roger Higgins
The Law Offices of Roger Higgins, LLC
1 North Bishop Street
Suite 14
Chicago, IL 60607

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, New York 10022

*counsel to the Official Committee of Personal Injury Claimants*