# Blackstone Advisory Partners L.P.

November 27, 2013

Mr. Hudson La Force III
Senior Vice President and Chief Financial Officer
W. R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Deal Fee:                                                                                                             $        5,000,000.00

Expenses processed for the period through November 27, 2013:[1]

| | | |
|---|---:|---:|
| Airfare | $    500.00 | |
| Ground Transportation | 1,987.06 | |
| Meals | 9,768.02 | |
| Document Production | 5,996.90 | |
| Research | 877.15 | |
| Publishing Services | 359.33 | 19,488.46 |
| **Total Amount Due** | | **$  5,019,488.46** |

**Please wire transfer funds to:**

JP Morgan Chase
One Chase Manhattan Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Partners L.P.
Account Receivable Dept. 16th Floor
Account # 066-287472

**Invoice Number: 76602**

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Partners L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W. R. Grace & Co.**
**Detail of Expenses Processed**
**Through November 27, 2013**
**Invoice No. 1587**

**Airfare**

| | | |
|---|---|---|
| Schumacher (round trip flight to/from Bozeman, MT from/to Newark, NJ) | 09/27/13 - 10/01/13 | 300.00 |
| Schumacher (round trip flight to/from Bozeman, MT from/to Newark, NJ) | 10/04/13 - 10/09/13 | 200.00 |
| | Subtotal - Airfare | $ 500.00 |

**Ground Transportation**

| | | |
|---|---|---|
| Bogrand (weeknight taxi home from Blackstone after working late) | 07/22/13 | 18.60 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 07/24/13 | 16.50 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 07/25/13 | 10.10 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 07/27/13 | 14.50 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 07/29/13 | 8.30 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 07/30/13 | 8.90 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 08/01/13 | 13.70 |
| Bogrand (weekend taxi home from Blackstone) | 08/03/13 | 10.00 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 08/05/13 | 18.50 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 08/06/13 | 8.30 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 08/07/13 | 6.50 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 08/28/13 | 15.50 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 08/30/13 | 11.25 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/03/13 | 18.00 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/04/13 | 9.00 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/05/13 | 8.00 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/06/13 | 9.50 |
| Bogrand (weekend taxi home from Blackstone) | 09/07/13 | 9.50 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/09/13 | 13.50 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/12/13 | 8.30 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/13/13 | 7.80 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/16/13 | 9.00 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/18/13 | 8.30 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/20/13 | 16.50 |
| Bogrand (weekend taxi home from Blackstone) | 09/21/13 | 8.50 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/23/13 | 9.00 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/24/13 | 10.00 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/25/13 | 8.50 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/26/13 | 9.50 |
| Bogrand (weekend taxi to Blackstone from home) | 09/28/13 | 9.00 |
| Bogrand (weekend taxi home from Blackstone) | 09/28/13 | 8.50 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 09/30/13 | 9.50 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 10/01/13 | 13.70 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 10/02/13 | 8.30 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 10/03/13 | 8.30 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 10/04/13 | 14.30 |
| Bogrand (weekend taxi to Blackstone from home) | 10/05/13 | 7.80 |
| Bogrand (weekend taxi home from Blackstone) | 10/05/13 | 11.90 |
| Bogrand (weekend taxi to Blackstone from home) | 10/06/13 | 7.80 |
| Bogrand (weekend taxi home from Blackstone) | 10/06/13 | 8.30 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 10/07/13 | 16.10 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 10/09/13 | 8.30 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 10/10/13 | 8.40 |
| Bogrand (weekend taxi to Blackstone from home) | 10/13/13 | 11.30 |
| Bogrand (weekend taxi home from Blackstone) | 10/13/13 | 12.60 |
| Bogrand (weeknight taxi home from Blackstone after working late) | 10/14/13 | 6.00 |
| Chen (weekend taxi home from Blackstone) | 06/01/13 | 10.80 |
| Chen (weekend taxi to Blackstone from home) | 06/02/13 | 9.60 |
| Chen (weekend taxi home from Blackstone) | 06/02/13 | 8.40 |
| Chen (weeknight taxi home from Blackstone after working late) | 06/03/13 | 9.00 |
| Chen (weeknight taxi home from Blackstone after working late) | 06/04/13 | 8.40 |
| Chen (weeknight taxi home from Blackstone after working late) | 06/05/13 | 9.50 |
| Chen (weeknight taxi home from Blackstone after working late) | 06/06/13 | 9.00 |
| Chen (weekend taxi to Blackstone from home) | 06/08/13 | 6.60 |
| Chen (weekend taxi home from Blackstone) | 06/08/13 | 8.90 |
| Chen (weeknight taxi home from Blackstone after working late) | 07/15/13 | 8.90 |
| Chen (weeknight taxi home from Blackstone after working late) | 07/16/13 | 9.00 |
| Chen (weeknight taxi home from Blackstone after working late) | 07/19/13 | 10.10 |
| Chen (weekend taxi home from Blackstone) | 08/04/13 | 8.40 |
| Chen (weeknight taxi home from Blackstone after working late) | 08/05/13 | 10.70 |
| Chen (weeknight taxi home from Blackstone after working late) | 08/06/13 | 8.40 |
| Chen (weeknight taxi home from Blackstone after working late) | 08/07/13 | 9.00 |
| Chen (weeknight taxi home from Blackstone after working late) | 08/08/13 | 10.10 |
| Chen (weekend taxi home from Blackstone) | 08/11/13 | 9.60 |
| Chen (weeknight taxi home from Blackstone after working late) | 09/09/13 | 9.50 |
| Chen (weeknight taxi home from Blackstone after working late) | 09/10/13 | 9.50 |
| Chen (weeknight taxi home from Blackstone after working late) | 09/11/13 | 9.50 |
| Chen (weeknight taxi home from Blackstone after working late) | 09/13/13 | 9.00 |
| Chen (weeknight taxi home from Blackstone after working late) | 10/02/13 | 9.00 |

**W. R. Grace & Co.**  
**Detail of Expenses Processed**  
**Through November 27, 2013**  
**Invoice No. 1587**

### Airfare

| Description | Date | Amount |
|---|---|---|
| Chen (weeknight taxi home from Blackstone after working late) | 10/03/13 | 9.00 |
| Chen (weeknight taxi home from Blackstone after working late) | 10/04/13 | 9.50 |
| Chen (weekend taxi home from Blackstone) | 10/05/13 | 15.00 |
| Chen (weekend taxi home from Blackstone) | 10/06/13 | 8.90 |
| Chen (weeknight taxi home from Blackstone after working late) | 10/07/13 | 7.70 |
| Chen (weeknight taxi home from Blackstone after working late) | 10/08/13 | 9.00 |
| Chen (weeknight taxi home from Blackstone after working late) | 10/11/13 | 8.30 |
| Gurharran (weeknight taxi home from Blackstone after working late) | 09/18/13 | 12.50 |
| Gurharran (weeknight taxi home from Blackstone after working late) | 09/20/13 | 14.40 |
| Gurharran (weekend taxi to Blackstone from home) | 09/22/13 | 14.30 |
| Gurharran (weekend taxi home from Blackstone) | 09/22/13 | 24.00 |
| Gurharran (weeknight taxi home from Blackstone after working late) | 09/24/13 | 14.40 |
| Gurharran (weeknight taxi home from Blackstone after working late) | 09/25/13 | 15.00 |
| Hardiman (weekend taxi to Blackstone from home) | 06/30/13 | 8.50 |
| Hardiman (weekend taxi home from Blackstone) | 06/30/13 | 10.00 |
| Hardiman (taxi home from Blackstone on holiday) | 07/04/13 | 14.20 |
| Hardiman (weekend taxi home from Blackstone) | 07/06/13 | 8.50 |
| Schumacher (travel agency fee for booking of train travel to/from Columbia, MD from/to New York, NY on 09/20/14) | 09/20/13 | 40.00 |
| Schumacher (round trip train travel to/from Columbia , MA from/to New York, NY) | 09/20/13 | 369.00 |
| Schumacher (car service to Newark Penn Station in Newark, NJ from home) | 09/25/13 | 105.07 |
| Schumacher (car service home from Newark Penn Station in Newark, NJ) | 09/25/13 | 119.66 |
| Yamamoto (car service to hotel from airport in London, UK) | 06/07/13 | 185.08 |
| Yamamoto (car service to airport from client meeting in London, UK) | 06/07/13 | 166.50 |
| Yamamoto (weeknight taxi home from Blackstone after working late) | 10/03/13 | 12.00 |
| Yamamoto (weekend taxi to Blackstone from home) | 10/05/13 | 13.00 |
| Yamamoto (weekend taxi home from Blackstone) | 10/05/13 | 11.40 |
| Yamamoto (weekend taxi to Blackstone from home) | 10/06/13 | 10.50 |
| Yamamoto (weekend taxi home from Blackstone) | 10/06/13 | 11.75 |
| Yamamoto (weeknight taxi home from Blackstone after working late) | 10/07/13 | 12.50 |
| Yamamoto (weeknight taxi home from Blackstone after working late) | 10/08/13 | 11.55 |
| Yamamoto (weeknight taxi home from Blackstone after working late) | 10/10/13 | 11.30 |
| **Subtotal - Ground Transportation** | | **1,987.06** |

### Meals with Clients

| Description | Date | Amount |
|---|---|---|
| Yamamoto (6 weeknight working dinner meal for BAPLP team @ Blackstone while working late) | 10/03/13 | 160.33 |
| Yamamoto (weekend working lunch meal for 13 people during client meeting held @ Blackstone) | 10/05/13 | 281.97 |
| Yamamoto (weeknight working dinner meal @ Blackstone while working late) | 10/10/13 | 27.26 |
| Schumacher (catered breakfast meal for 15 people during client meeting held @ Blackstone) | 10/02/13 | 243.55 |
| Schumacher (catered breakfast meal for 15 people during client meeting held @ Blackstone) | 10/02/13 | 243.55 |
| Schumacher (catered lunch meal for 15 people during client meeting held @ Blackstone) | 10/02/13 | 482.00 |
| Schumacher (catered lunch meal for 15 people during client meeting held @ Blackstone) | 10/02/13 | 482.00 |
| Schumacher (catered breakfast meal for 15 people during client meeting held @ Blackstone) | 10/03/13 | 243.55 |
| Schumacher (catered breakfast meal for 15 people during client meeting held @ Blackstone) | 10/03/13 | 574.20 |
| Schumacher (catered lunch meal for 15 people during client meeting held @ Blackstone) | 10/03/13 | 574.20 |
| Schumacher (catered breakfast meal for 15 people during client meeting held @ Blackstone) | 10/03/13 | 243.55 |
| Schumacher (catered lunch meal for 15 people during client meeting held @ Blackstone) | 10/04/13 | 481.62 |
| Schumacher (catered breakfast meal for 15 people during client meeting held @ Blackstone) | 10/04/13 | 243.55 |
| Schumacher (catered breakfast meal for 15 people during client meeting held @ Blackstone) | 10/04/13 | 243.55 |
| Bogrand (weekend working lunch meal for 13 people during client meeting held @ Blackstone) | 10/06/13 | 351.90 |
| Bogrand (weekend working dinner meal for 13 people during client meeting held @ Blackstone) | 10/06/13 | 369.09 |
| Schumacher (catered breakfast meal for 14 people during client meeting held @ Blackstone) | 10/07/13 | 243.56 |
| Schumacher (catered lunch meal for 14 people during client meeting held @ Blackstone) | 10/07/13 | 449.98 |
| Schumacher (catered lunch meal for 14 people during client meeting held @ Blackstone) | 10/08/13 | 535.92 |
| Schumacher (catered breakfast meal for 14 people during client meeting held @ Blackstone) | 10/08/13 | 227.08 |
| Schumacher (catered lunch meal for 14 people during client meeting held @ Blackstone) | 10/09/13 | 699.52 |
| Schumacher (catered breakfast meal for 14 people during client meeting held @ Blackstone) | 10/09/13 | 227.08 |
| Bogrand (weeknight working dinner meal for 13 people during client meeting held @ Blackstone) | 10/04/13 | 278.03 |
| Bogrand (weekend working dinner meal for 13 people during client meeting held @ Blackstone) | 10/05/13 | 233.40 |
| **Subtotal - Meals with Clients** | | **8,140.44** |

### Employee Meals

| Description | Date | Amount |
|---|---|---|
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 07/23/13 | 14.25 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 07/31/13 | 20.83 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 08/02/13 | 24.49 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 08/02/13 | 20.89 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 08/06/13 | 25.00 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 08/13/13 | 24.82 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 08/15/13 | 24.17 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 08/30/13 | 24.93 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 09/03/13 | 19.05 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 09/05/13 | 24.91 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 09/06/13 | 24.97 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 09/10/13 | 24.38 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 09/18/13 | 24.91 |

**W. R. Grace & Co.**
**Detail of Expenses Processed**
**Through November 27, 2013**
**Invoice No. 1587**

**Airfare**

| | | |
|---|---|---:|
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 09/21/13 | 24.77 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 09/26/13 | 25.00 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 09/27/13 | 23.97 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 10/01/13 | 24.99 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 10/02/13 | 24.73 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 10/03/13 | 24.78 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 10/04/13 | 24.83 |
| Bogrand (weekend working lunch  meal @ Blackstone) | 10/05/13 | 24.82 |
| Bogrand (weekend working dinner  meal @ Blackstone) | 10/05/13 | 23.35 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 10/08/13 | 24.83 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 10/09/13 | 24.92 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 10/10/13 | 24.99 |
| Bogrand (weeknight working dinner meal @ Blackstone while working late) | 10/11/13 | 24.99 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 06/05/13 | 25.34 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 06/06/13 | 23.78 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 06/07/13 | 24.30 |
| Chen (weekend working dinner meal @ Blackstone) | 06/08/13 | 24.87 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 07/16/13 | 21.03 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 07/17/13 | 21.03 |
| Chen (weekend working dinner meal @ Blackstone) | 07/20/13 | 21.03 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 08/06/13 | 21.03 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 08/07/13 | 24.80 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 08/08/13 | 21.28 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 08/09/13 | 21.42 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 08/12/13 | 25.00 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 09/10/13 | 25.00 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 09/12/13 | 25.00 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 09/13/13 | 25.11 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 10/03/13 | 24.55 |
| Chen (weekend working meal @ Blackstone) | 10/05/13 | 23.00 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 10/07/13 | 23.00 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 10/09/13 | 24.92 |
| Chen (weeknight working dinner meal @ Blackstone while working late) | 10/11/13 | 25.00 |
| Gurharran (weeknight working dinner meal @ Blackstone while working late) | 09/17/13 | 19.96 |
| Gurharran (weeknight working dinner meal @ Blackstone while working late) | 09/18/13 | 22.41 |
| Gurharran (weeknight working dinner meal @ Blackstone while working late) | 09/19/13 | 18.33 |
| Gurharran (weeknight working dinner meal @ Blackstone while working late) | 09/24/13 | 18.34 |
| Gurharran (weeknight working dinner meal @ Blackstone while working late) | 09/25/13 | 20.51 |
| Gurharran (weeknight working dinner meal @ Blackstone while working late) | 09/26/13 | 19.91 |
| Gurharran (weeknight working dinner meal @ Blackstone while working late) | 09/27/13 | 16.62 |
| Gurharran (weeknight working dinner meal @ Blackstone while working late) | 09/30/13 | 16.10 |
| Gurharran (weekend working meal @ Blackstone) | 10/06/13 | 10.00 |
| Gurharran (weeknight working dinner meal @ Blackstone while working late) | 10/09/13 | 24.92 |
| Hardiman (weeknight working dinner meal @ Blackstone while working late) | 06/11/13 | 21.26 |
| Hardiman (weeknight working dinner meal @ Blackstone while working late) | 07/02/13 | 20.00 |
| Hardiman (weeknight working dinner meal @ Blackstone while working late) | 07/03/13 | 7.07 |
| Hardiman (weeknight working dinner meal @ Blackstone while working late) | 07/03/13 | 11.25 |
| Hardiman (weekend working meal @ Blackstone) | 07/06/13 | 10.00 |
| Hardiman (weeknight working dinner meal @ Blackstone while working late) | 07/18/13 | 8.71 |
| Holenstein (weeknight working dinner meal @ Blackstone while working late) | 07/26/13 | 23.61 |
| Levine (weeknight working dinner meal @ Blackstone while working late) | 07/23/13 | 24.57 |
| Schumacher (weeknight working dinner meal @ Blackstone while working late) | 09/25/13 | 9.19 |
| Yamamoto (working meal) | 06/05/13 | 19.16 |
| Yamamoto (working meal) | 06/05/13 | 54.72 |
| Yamamoto (working meal) | 06/06/13 | 48.33 |
| Yamamoto (weeknight working dinner meal @ Blackstone while working late) | 09/10/13 | 23.20 |
| Yamamoto (weeknight working dinner meal @ Blackstone while working late) | 09/11/13 | 23.95 |
| Yamamoto (weeknight working dinner meal @ Blackstone while working late) | 10/03/13 | 23.20 |
| Yamamoto (weekend working meal @ Blackstone) | 10/05/13 | 23.20 |
| **Subtotal - Employee Meals** | | **1,627.58** |

**Document Production**

| | | |
|---|---|---:|
| Bogrand (368 color photocopies calculated @ a rate of $0.285 per page) | 08/06/13 | 104.88 |
| Bogrand (656 color photocopies calculated @ a rate of $0.285 per page) | 08/11/13 | 186.96 |
| Bogrand (286 color photocopies calculated @ a rate of $0.285 per page) | 08/18/13 | 81.51 |
| Bogrand (882 black & white photocopies calculated @ a rate of $0.11 per page) | 08/25/13 | 97.02 |
| Bogrand (268 black & white photocopies calculated @ a rate of $0.11 per page) | 09/01/13 | 29.48 |
| Bogrand (457 black & white photocopies calculated @ a rate of $0.11 per page) | 09/22/13 | 50.27 |
| Bogrand (525 color photocopies calculated @ a rate of $0.285 per page) | 09/22/13 | 149.63 |
| Bogrand (322 color photocopies calculated @ a rate of $0.285 per page) | 09/29/13 | 91.77 |
| Bogrand (11,670 black & white photocopies calculated @ a rate of $0.11 per page) | 10/01/13 | 1,283.70 |
| Bogrand (2,176 black & white photocopies calculated @ a rate of $0.11 per page) | 10/02/13 | 239.36 |
| Bogrand (2,270 color photocopies calculated @ a rate of $0.285 per page) | 10/03/13 | 646.95 |
| Bogrand (482 black & white photocopies calculated @ a rate of $0.11 per page) | 10/04/13 | 42.02 |

**W. R. Grace & Co.**
**Detail of Expenses Processed**
**Through November 27, 2013**
**Invoice No. 1587**

**Airfare**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bogrand (1,485 color photocopies calculated @ a rate of $0.285 per page) | 10/04/13 | 423.22 | |
| Bogrand (450 color photocopies calculated @ a rate of $0.285 per page) | 10/05/13 | 128.25 | |
| Bogrand (3,096 color photocopies calculated @ a rate of $0.285 per page) | 10/07/13 | 882.35 | |
| Bogrand (1,080 color photocopies calculated @ a rate of $0.285 per page) | 10/09/13 | 307.80 | |
| Bogrand (3,170 black & white photocopies calculated @ a rate of $0.11 per page) | 10/10/13 | 348.70 | |
| Chen (1,540 color photocopies calculated @ a rate of $0.285 per page) | 10/10/13 | 438.90 | |
| Gurharran (657 color photocopies calculated @ a rate of $0.285 per page) | 10/01/13 | 187.24 | |
| Hardiman (272 color photocopies calculated @ a rate of $0.285 per page) | 07/14/13 | 77.52 | |
| Hardiman (438 black & white photocopies calculated @ a rate of $0.11 per page) | 07/21/13 | 48.18 | |
| Lai (438 black & white photocopies calculated @ a rate of $0.11 per page) | 09/15/13 | 121.55 | |
| Yamamoto (104 color photocopies calculated @ a rate of $0.285 per page) | 06/09/13 | 29.64 | |
| **Subtotal - Document Production** | | | **5,996.90** |

**Internal Research**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bogrand (online data research) | 08/18/13 | 120.00 | |
| Hardiman (online data research) | 07/21/13 | 49.50 | |
| Kuan Lai (online data research) | 09/08/13 | 93.00 | |
| Kuan Lai (online data research) | 09/15/13 | 97.50 | |
| **Subtotal - Internal Research** | | | **360.00** |

**External Research - Alacra**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Yamamoto (online data research) | 10/16/13 | 517.15 | |
| **Subtotal - External Research - Alacra** | | | **517.15** |

**Publishing Services**

| Description | Date | Amount | Subtotal |
|---|---|---:|---:|
| Bogrand (preparation of presentation materials for meetings) | 08/04/13 | 64.17 | |
| Bogrand (preparation of presentation materials for meetings) | 08/06/13 | 17.50 | |
| Bogrand (preparation of presentation materials for meetings) | 08/18/13 | 110.83 | |
| Bogrand (preparation of presentation materials for meetings) | 08/25/13 | 131.83 | |
| Bogrand (preparation of presentation materials for meetings) | 09/08/13 | 35.00 | |
| **Subtotal - Publishing Services** | | | **359.33** |
| **Total Expenses** | | | **$ 19,488.46** |