**NAME OF COMPANY:** Blackstone
**ADDREss:** 345 Park
**INVOICE #:** 471361
**DATE:** 10/2/13
**ORDERED BY:** Zelda
**OFFICE NO.:** 43
**TIME:** 23

BERKELEY CATERERS, INC.
437 MADISON AVENUE
NEW YORK, N.Y. 10022
TEL. 832-8121, 832-8156
FAX: 832-6443
WWW.BERKELEYCATERERSNY.COM
EMAIL: BERKCATER@MSN.COM

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| 15 | Schumacher | |
| | Asst. mini | |
| | Bowl | |
| | Deliver to: | |

SALE: 187.50
DELIVERY: 18.75
SUBTOTAL: 206.25
TAX: 18.30
SUBTOTAL: 224.55
GRATUITY: 19.00
TOTAL: 243.55

Re 766411

RC 76641

**NAME OF COMPANY:** Berkshire
**ADDRESS:** 345 Park
**TEL./EXT:** 
**FAX:**
**ORDERED BY:** Zeller
**INVOICE #** 471362
**DATE:** 10/2/13
**OFFICE NO.**
**FLOOR:** 43
**TIME:** 23
**NO. OF DISHES TO BE PICKED UP:**

BERKELEY CATERERS, INC.
437 MADISON AVENUE
NEW YORK, N.Y. 10022
TEL. 832-8121, 832-8158
FAX: 832-6443
WWW.BERKELEYCATERERSNY.COM
EMAIL: BERKCATER@MSN.COM

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| | (15) | |
| | Schumacher | |
| | Aunt Helen | |
| | Bell | |

**DELIVER TO:**

☐ PLASTIC   ☐ CHINA
☐ TABLECLOTH   ☐ NAPKINS   ☐ SERVICE UTENSILS
☐ ICE   ☐ PICKLES   ☐ DRESSINGS   ☐ BREAD/ROLLS

**SIGNATURE:** RC 76641
**NAME:**
**EXP. DATE:**
**V-CODE:**   **ZIP-CODE:**
**CREDIT CARD NO.**

| | |
|---|---|
| SALE | 187 50 |
| DELIVERY | 18 75 |
| SUBTOTAL | 206 25 |
| TAX | 18 30 |
| SUBTOTAL | 224 55 |
| GRATUITY | 19 |
| TOTAL | 243 55 |

THIS IS YOUR INVOICE. DO NOT DESTROY -
SEND TO ACCOUNTING FOR PAYMENT.

CATERER'S COPY - SIGN & RETURN

RC 76641
NAME OF COMPANY: Blackstone   INVOICE # 481,285
ADDRESS: 345-Park   DATE: 10/2/13
TEL/EXT:   FAX:   ORDERED BY: John

BERKELEY CATERERS, INC.
437 MADISON AVENUE
NEW YORK, N.Y. 10022
TEL. 832-8121, 832-8156
FAX: 832-6443
WWW.BERKELEYCATERERSNY.COM
EMAIL: BERKCATER@MSN.COM

OFFICE NO. 43
FLOOR:
18
TIME:
NO. OF DISHES TO BE PICKED UP:

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| | 15 | |
| | Sandwiches | |
| | Pasta | |
| | Salad | Schumacher |
| | Sl Fruit | |
| | Brownies & Cookies | |

DELIVER TO:

☐ PLASTIC  ☐ CHINA
☐ TABLECLOTH  ☐ NAPKINS  ☐ SERVICE UTENSILS
☐ ICE  ☐ PICKLES  ☐ DRESSINGS  ☐ BREAD/ROLLS
SIGNATURE: RC: 76641
NAME:   EXP. DATE:
V-CODE:   ZIP-CODE:
CREDIT CARD NO.

SALE: 371.25
DELIVERY: 37.25
SUBTOTAL: 408.50
TAX: 36.25
SUBTOTAL: 444.75
GRATUITY: 37.25
TOTAL: $479.00

$482.00

THIS IS YOUR INVOICE. DO NOT DESTROY -
SEND TO ACCOUNTING FOR PAYMENT.

CATERER'S COPY - SIGN & RETURN

**NAME OF COMPANY:** RC 76641   Blackstone   **INVOICE #** 481286
**ADDRESS:** 345-Park   **DATE:** 10/2/13
**TEL/EXT:** ____  **FAX:** ____  **ORDERED BY:** John

BERKELEY CATERERS, INC.
437 MADISON AVENUE
NEW YORK, N.Y. 10022
TEL. 832-8121, 832-8156
FAX: 832-6443
WWW.BERKELEYCATERERSNY.COM
EMAIL: BERKCATER@MSN.COM

**OFFICE NO.:** 43
**FLOOR:** 6
**TIME:** ____
**NO. OF DISHES TO BE PICKED UP:** ____

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| | 15 | |
| | Sandwiches | |
| | Pasta | |
| | Salad | |
| | S. Fruit | |
| | Brownies & Cookies | |

Schumacher

DELIVER TO:

☐ PLASTIC   ☐ CHINA
☐ TABLECLOTH   ☐ NAPKINS   ☐ SERVICE UTENSILS
☐ ICE   ☐ PICKLES   ☐ DRESSINGS   ☐ BREAD/ROLLS

**SIGNATURE:** RC 76641
**NAME:** ____  **EXP. DATE:** / /
**V-CODE:** ____  **ZIP-CODE:** ____
**CREDIT CARD NO.:** ____

| SALE | 371 | 25 |
| DELIVERY | 37 | 25 |
| SUBTOTAL | 408 | 50 |
| TAX | 36 | 25 |
| SUBTOTAL | 444 | 75 |
| GRATUITY | 37 | 25 |
| TOTAL | 482 | 00 |

THIS IS YOUR INVOICE. DO NOT DESTROY.
SEND TO ACCOUNTING FOR PAYMENT.

CATERER'S COPY - SIGN & RETURN

**NAME OF COMPANY:** RC 76641 Blackstone
**ADDRESS:** 345 Paul
**TEL/EXT:** _____ **FAX:** _____ **ORDERED BY:** Zelda
**INVOICE #** 471703
**DATE:** 10/3/13

## BERKELEY CATERERS, INC.
437 MADISON AVENUE
NEW YORK, N.Y. 10022
TEL. 832-8121, 832-8156
FAX: 832-6443
WWW.BERKELEYCATERERSNY.COM
EMAIL: BERKCATER@MSN.COM

**OFFICE NO.:** 43
**FLOOR:** _____
**TIME:** _____
**NO. OF DISHES TO BE PICKED UP:** _____

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| Plastic | 15 — Schumacher | Service |
| | Chest Melvin | |
| | JBerne | |

☐ PLASTIC  ☐ CHINA
☐ TABLECLOTH  ☐ NAPKINS  ☐ SERVICE UTENSILS
☐ ICE  ☐ PICKLES  ☐ DRESSINGS  ☐ BREAD/ROLLS

**SIGNATURE:** RC 76641
**NAME:** _____ **EXP. DATE:** _____
**V-CODE:** _____ **ZIP-CODE:** _____
**CREDIT CARD NO.:** _____

| | |
|---|---|
| SALE | 187.50 |
| DELIVERY | 18.75 |
| SUBTOTAL | 206.25 |
| TAX | 18.30 |
| SUBTOTAL | 224.55 |
| GRATUITY | 19.04 |
| TOTAL | 243.59 |

THIS IS YOUR INVOICE. DO NOT DESTROY -
SEND TO ACCOUNTING FOR PAYMENT.

CATERER'S COPY - SIGN & RETURN

RC 76641 — NAME OF COMPANY: Blackstone
ADDRESS: 345 Park
INVOICE # 471704
DATE: 10/3/13
ORDERED BY: Zelda
OFFICE NO.: 43
FLOOR: 7

**BERKELEY CATERERS, INC.**
437 MADISON AVENUE
NEW YORK, N.Y. 10022
TEL. 832-8121, 832-8156
FAX: 832-6443
WWW.BERKELEYCATERERSNY.COM
EMAIL: BERKCATER@MSN.COM

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| | 7pm Service Schumacher | |
| | [illegible] | |
| 15 | [illegible] | |

SALE: 187.50
DELIVERY: 18.75
SUBTOTAL: 206.25
TAX: 18.30
SUBTOTAL: 224.55
GRATUITY: 19.04
TOTAL: 243.59

☐ PLASTIC   ☐ CHINA
☐ TABLECLOTH   ☐ NAPKINS   ☐ SERVICE UTENSILS
☐ ICE   ☐ PICKLES   ☐ DRESSINGS   ☐ BREAD/ROLLS
SIGNATURE: RC 76641
NAME: EXP. DATE:
V-CODE:   ZIP-CODE:
CREDIT CARD NO.

THIS IS YOUR INVOICE. DO NOT DESTROY -
SEND TO ACCOUNTING FOR PAYMENT.

CATERER'S COPY - SIGN & RETURN

RC 76641    Beachdme    INVOICE # 471719

NAME OF COMPANY

ADDRESS 345 Park    DATE 10/9/13

TEL./EXT    FAX:    ORDERED BY Zelda

**BERKELEY CATERERS, INC.**
437 MADISON AVENUE
NEW YORK, N.Y. 10022
TEL. 832-8121, 832-8156
FAX: 832-6443
WWW.BERKELEYCATERERSNY.COM
EMAIL: BERKCATER@MSN.COM

OFFICE NO.
FLOOR 43
TIME
NO. OF DISHES TO BE PICKED UP 10am

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| | 15 | |
| Plastic | | Dave |
| | | Schumacher |
| | Asst Mora | |
| | J Bain | |

DELIVER TO:

☐ PLASTIC    ☐ CHINA
☐ TABLECLOTH    ☐ NAPKINS    ☐ SERVICE UTENSILS
☐ ICE    ☐ PICKLES    ☐ DRESSINGS    ☐ BREAD/ROLLS

SIGNATURE RC 76641
NAME    EXP. DATE
V-CODE:    ZIP-CODE:
CREDIT CARD NO.

SALE 187.50
DELIVERY 18.75
SUBTOTAL 206.25
TAX 18.30
SUBTOTAL 224.55
GRATUITY 19.00
TOTAL 243.55

THIS IS YOUR INVOICE. DO NOT DESTROY -
SEND TO ACCOUNTING FOR PAYMENT.

CATERER'S COPY - SIGN & RETURN

RC 76641   NAME OF COMPANY: Blackstone   INVOICE # 471720

ADDRESS: 345 Park   DATE: 10/4/13

TEL./EXT:   FAX:   ORDERED BY: Zelda

**BERKELEY CATERERS, INC.**
437 MADISON AVENUE
NEW YORK, N.Y. 10022
TEL. 832-8121, 832-8156
FAX: 832-6443
WWW.BERKELEYCATERERSNY.COM
EMAIL: BERKCATER@MSN.COM

OFFICE NO: 43
FLOOR:
TIME:
NO. OF DISHES TO BE PICKED UP: 17

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| Plastic | 15 | 17 AM |
| | | Heavy |
| | Chicken | Chimichen |
| | Asian | |
| | Bone | |

DELIVER TO:

☐ PLASTIC  ☐ CHINA
☐ TABLECLOTH  ☐ NAPKINS  ☐ SERVICE UTENSILS
☐ ICE  ☐ PICKLES  ☐ DRESSINGS  ☐ BREAD/ROLLS

SIGNATURE: RC 76641
NAME:   EXP. DATE:
V-CODE:   ZIP-CODE:
CREDIT CARD NO.:

| | |
|---|---|
| SALE | 187.50 |
| DELIVERY | 18.75 |
| SUBTOTAL | 206.25 |
| TAX | 18.30 |
| SUBTOTAL | 224.55 |
| GRATUITY | 19.02 |
| TOTAL | 243.07 |

THIS IS YOUR INVOICE. DO NOT DESTROY.
SEND TO ACCOUNTING FOR PAYMENT.

CATERER'S COPY - SIGN & RETURN