## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| W. R. Grace & Co., *et al*, | : | Case No: 01-01139 (KJC) |
| | : | |
| Debtor. | : | Hearing Date: October 14, 2013 @ 10:00 a.m. |
| | : | Objection Deadline: September 26, 2104 at 4:00 p.m. |
| | : | Extended by consent for the U. S. Trustee |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2014, the United States Trustee's Objection to the Fifty-Second Interim and Final Fee Application Request of Bilzin Sumberg Baena Price & Axelrod LLP for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of April 9, 2001 Through February 3, 2014 and Request for Fee Enhancement for Services in Connection with Fraudulent Transfer Litigation Against Sealed Air Corporation, Cryovac, Inc. and Fresenius Medical Care Holdings (D. I. 32190) was caused to be served via email and/or regular mail to the following persons:

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131
Email: jsakalo@bilzin.com
Email: sbaena@bilzin.com

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl &Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
Email: jo'neill@pszjlaw.com

Roger J. Higgins, Esquire
The Law Offices of Roger Higgins, LLC
1 North Bishop Street, Suite 14
Chicago, IL 60607-1823
Email: rhiggins@rogerhigginslaw.com

John C. Phillips, Jr., Esquire
Phillips, Goldman &Spence, PA
1200 North Broom Street
Wilmington, DE 19806

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

R. Karl Hill, Esquire
Seitz, Van Ogtrop &Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Richard B. Schiro, Corporate Trust
Administration
WRG Asbestos PD Trust
c/o Wilmington Trust
1100 N. Market Street
Wilmington, DE 19890-1625

Mark T. Hurford, Esquire
Campbell &Levine, LLC
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801

William D. Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
901 N. Market Street, Ste. 1300
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

David M. Fournier, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
Wilmington, DE 19801

Francis A. Monaco, Jr., Esquire
Kevin J. Mangan, Esquire
Matthew P. Ward, Esquire
Womble Carlyle Sandridge &Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

David J. Baldwin, Esquire
Etta R. Mayers, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19801

John Donley, Esquire
Adam Paul, Esquire
Ryan Helmer, Esquire
Jeffrey Gettleman, Esquire
Kirkland &Ellis LLP
300 North LaSalle
Chicago, IL 60654

Warren H. Smith
Warren H. Smith &Associates
2235 Ridge Road, Suite 105
Rockwall, TX 75087

W. R. Grace & Co.
Attn: Mark Shelnitz
7500 Grace Drive
Columbia, MD 21044

Richard Wyron, Esquire
Frankel Wyron LLP
2101 L Street, NW, Suite 800
Washington, DC 20037

Alan B. Rich, Esquire
Attorney and Counselor
4244 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Richard B. Schiro
WRG Asbestos PD Trust
2706 Fairmount Street
Dallas, TX 75201-1958

Deborah D. Williamson, Esquire
Cox Smith Matthews Incorporated
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205

Edward J. Westbrook, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd., Bldg A
Mt. Pleasant, SC 29464

Edward B. Cottingham, Jr., Esquire
The Cottingham Law Firm
317 Wingo Way, Suite 303
Mt. Pleasant, SC 29464

M. Dawes Cooke, Esquire
Barnwell Whaley Patterson &Helms LLC
288 Meeting Street, Ste 200
Charleston, SC 29401

B. Thomas Florence, Executive Director
WRG Asbestos PI Trust
c/o ARPC
1220 19th Street NW, Suite 700
Washington, DC 20036

Philip E. Milch, Esquire
Campbell &Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

Elihu Inselbuch, Esquire
Caplin &Drysdale, Chartered
600 Lexington Avenue, 21St Floor
New York, NY 10022-6000

Ann McMillan, Esquire
Caplin &Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005-5802

Robert M. Horkovich, Esquire
Robert Y. Chung, Esquire
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

James C. Melville, Esquire
Kaplan, Strangis and Kaplan, P.A.
90 South Seventh Street, Suite 5500
Minneapolis, MN 55402

Edward E. Steiner, Esquire
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202

John R. Knapp, Jr., Esquire
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352

David E. Blabey, Jr., Esquire
Kramer Levin Naftalis &Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Greg A. Lowry, Esquire
Locke Lord, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

Edward C. Toole, Jr., Esquire
Pepper Hamilton LLP
300 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Mark Hankin
Lou Hiban
Hankin Management Company
P.O. Box 26767
Elkins Park, PA 19027

Michael R. Sew Hoy, Civil Division
U.S. Department of Justice
1100 L. Street, N.W., Room 10048
Washington, DC 20005

Scott W. Wert, Esquire
Roger Heath, Esquire
Foster &Sear, LLP
817 Greenview Drive
Grand Prairie, TX 75050

Jonathan W. Young, Esquire
Edwards Wildman Palmer LLP
225 West Wacker Drive
Chicago, IL 60606-1229

John R. Rizzardi, Esquire
Jessica Tsao, Esquire
Cairncross & Hempelmann, PS
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

Ari D. Kunofsky, Trial Attorney
U. S. Department of Justice, Tax Division
PO Box 227
Washington, DC 20044

Kevin M. Andris, Esquire
Norfolk Southern Railway Company, Law Dept.
Three Commercial Place
Norfolk, VA 23510-9242

Yves Lauzon, Esquire
Michel Belanger, Esquire
Lauzon Belanger Lesperance Inc.
286 Saint-Paul West, Suite 100
Montreal, Quebec H2Y 2A3
CANADA

/s/Richard L. Schepacarter
Richard L. Schepacarter
Trial Attorney