## By-Request for Assistance and Consideration

Date, 9-24-14

U.S. Bankruptcy Court-Clerk
District of Delaware
824 Market St., 6th Floor (Room-6)
Wilmington, Delaware (19801)

Ref.: ("Debtors")
Case-Name - W.R. Grace & Co., (et-al) Ch.-11
Case-No. - 01-01139 "Jointly-adm." (Hon.-JKF)

Subj.:
Creditor - Burrell Johnson, Jr.,
(Addressee) 2615 Fernwood Avenue
Dallas, Texas (75216)

Dear Hon. Clerk,
Hello - I would like to ask (By-Request) for the (Status) of the Above-Named (Pending) Creditors Case?

Any Assistance and Consideration Taken In This Matter, Will Be Deeply Appreciated.

By - U.S. War-Veteran, Burrell Johnson, Jr.,

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
Energy Future Holdings Corp. Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
Grand Central Station, P.O. Box 4613
New York, NY 10163-4613

**PROOF OF CLAIM**

COURT USE ONLY

Name of Debtor: W.R. Grace & Co., (et-al)
Case Number: 01-01139

FILED
2014 OCT -3 AM 9: 11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

NOTE: Do not use this form to make a claim for an administrative expense that arises **after** the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.

Name and address where notices should be sent:

BAR(23) MAIL ID *** 000083859141 ***
EFH POC 05-15-2014 (CREDITOR,CREDNUM) 1001209053
BERRELL JOHNSON
2615 FERNWOOD AVE
DALLAS TX 75216-3142

Telephone number: 469-279-3833  Email:

☒ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

Telephone number:    Email:

COURT USE ONLY

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $12,475), earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☒ Up to $2,775 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority: $ 2,775

1. Amount of Claim as of Date Case Filed: $ _____
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   If all or part of the claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest charges.

2. Basis for Claim: _____
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: ___ ___ ___ ___
   3a. Debtor may have scheduled account as: CUSTOMER NO. 13754310
   (See instruction #3a)

4. Secured Claim (See instruction #4)
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

   Nature of property or right of setoff:
   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $ _____
   Annual Interest Rate ___ % ☐ Fixed or ☐ Variable
   (when case was filed)

   Amount of arrearage and other charges, as of time case was filed, included in secured claim, if any:
   $ _____
   Basis for perfection: _____
   Amount of Secured Claim: $ _____
   Amount Unsecured: $ _____

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ _____    (See instruction #6)
7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)
8. **Documents:** Attach **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8 and definition of "redacted".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

9. **Signature:** (See instruction #9)    Check the appropriate box:
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their    ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attached a copy of power of attorney, if any.)    authorized agent. (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)
I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Burrell Johnson, Jr.    (Signature) Burrell Johnson, Jr.
Title: _____
Company: _____
(Date) 9-24-14

Address, telephone number, and email (if different from notice address above):
_____
Telephone number: 469-279-3833
Email: _____

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.