## Exhibit C-2

**Letter dated August 14, 2006, from the Kentucky Environmental and Public Protection Cabinet**



ERNIE FLETCHER
GOVERNOR

**ENVIRONMENTAL AND PUBLIC PROTECTION CABINET**
DEPARTMENT FOR ENVIRONMENTAL PROTECTION
DIVISION OF WASTE MANAGEMENT
14 REILLY ROAD
FRANKFORT, KENTUCKY 40601-1190
www.kentucky.gov

LAJUANA S. WILCHER
SECRETARY

August 14, 2006

COUNTY: Daviess
FACILITY: W.R. Grace & Co.
I.D. #: AI 71507
SECTION: Main
SENT BY: SLM    BRANCH: SFB

Mr. Paul Bucens, PE, Project Manager
Remedium Group, Inc
A Subsidiary of W.R.Grace & Company
62 Whittemore Avenue
Cambridge, MA 02140

Re:   W.R. Grace / Hampshire Chemical
      Corrective Action Report
      AI 71507 (formerly #972)   MARS#: 3917
      Daviess County

Dear Mr. Bucens:

    The Kentucky Division of Waste Management (the Division) has reviewed the Corrective Action Plan Implementation Report dated June 30, 2006.

    The Division finds that this completes the remedial measures set forth in Agreed Orders DWM-30270-029 and DWM-19664/DOW-19650. Future activities planned for this site includes all inspections, maintenance and monitoring.

    Therefore, pursuant to Kentucky Revised Statute (KRS) 224.01-400 (18) (b), the release is now managed in a manner that minimizes the harmful affects of the release and protects human health, safety and the environment.

    Please be advised that the above cited compliance applies only to the specified release and the Division reserves the right to require further remedial action or corrective measures should they be warranted by additional information or further development.

    We appreciate your work in completing the remediation of this site. If you have any questions, I may be contacted by telephone at (502) 564-6716, extension 263, or by email at susan.mallette@ky.gov.

Sincerely,

Susan L. Mallette

Susan L. Mallette, PG
Geologist Registered
Superfund Branch

SLM/slm
c:   Scott Melliere, Grace, Owensboro
ec:  Fazi Sherkat, Wesley Turner, KDWM

Printed on Recycled Paper
An Equal Opportunity Employer M/F/D