## EXHIBIT A-1

**Lease-Related Claims**

In re: W.R. GRACE CO., et al
OMNIBUS 33 : EXHIBIT A-1 – NO LIABILITY CLAIMS

| | Creditor Name/ Address | Claim Number | Case Number | Case Name | Total Claim Dollars*/ Claim Class** | | Basis of Objection |
|---|---|---|---|---|---|---|---|
| 1 | JEW, H ANTHONY & VIOLET W<br>1331 N CALIFORNIA BLVD 5TH FL<br>PO BOX 8177<br>WALNUT CREEK, CA 94596 | 66 | 01-01139 | W.R. GRACE & CO. | UNKNOWN<br>CONTINGENT<br>UNLIQUIDATED | (U) | Debtors' records show no amount owed |
| 2 | GERMAN AMERICAN REAL ESTATE CORP<br>C/O JOHN W HATHAWAY<br>701 5TH AVE STE 4600<br>SEATTLE, WA 98104 | 877 | 01-01139 | W.R. GRACE & CO. | $0.00<br>UNKNOWN<br>CONTINGENT | (S)<br>(U) | Debtors' records show no amount owed |
| 3 | MARSHALLS OF MA INC<br>770 COCHITUATE RD<br>ATTN LEGAL DEPARTMENT - SUSAN BEAUMONT<br>FRAMINGHAM, MA 01701 | 13233 | 01-01140 | W.R. GRACE & CO.-CONN. | UNKNOWN<br>CONTINGENT<br>UNLIQUIDATED | (A) | Debtors' records show no amount owed |
| | | | | Totals: | $0.00 | (S) | |

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

* Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.
** (A) Administrative   (S) Secured   (P) Priority   (U) Unsecured