# Exhibit C

**Proof of Payment**



**COX | SMITH**

ATTORNEYS

February 11, 2014

Meghan Bishop DeBard

mdebard@coxsmith.com
210.554.5504

Anne McGinness Kearse, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465

Re: Distribution from WR Grace Asbestos PD Trust – *In re W.R. Grace & Co., et al.*, Jointly Admin. Case No. 01-01139 (JFK), United States Bankruptcy Court, District of Delaware

Dear Ms. Kearse,

Cox Smith Matthews Incorporated represents Richard Schiro, the Class 7A Trustee for the WR Grace Asbestos PD Trust. As I discussed by phone last week with your assistant, enclosed is a distribution check from the WR Grace Asbestos PD Trust, payable to Motley Rice LLC for distribution to its clients. This distribution is made in connection with various settlement orders entered in the above-referenced Bankruptcy Case, specifically, those entered as Docket Nos. 17436, 17440, 17438, 17437, 17434, 17462, 17435, and 17439.

The claim to which each payment corresponds is delineated in the memo line of the check, along with the name of the original claimant.

If you have any questions, please contact me at 210-554-5504.

Very truly yours,

*Meghan E.B. DeBard*

Meghan E.B. DeBard

w/ permission
mAC

Encls.

Circular 230 disclosure: Pursuant to Department of Treasury Circular 230, this correspondence is not intended or written to be used, and may not be used by the recipient, for the purposes of avoiding any federal tax penalty which may be asserted.

AUSTIN    DALLAS    EL PASO    MCALLEN    SAN ANTONIO

COX SMITH MATTHEWS INCORPORATED
112 East Pecan Street | Suite 1800
San Antonio, TX 78205
210 554 5500 tel | 210 226 8395 fax
COXSMITH.COM

5087228.1

```
CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING
```

**WRG ASBESTOS PD TRUST**
**CLASS 7A DISTRIBUTION ACCOUNT**
**RICHARD B. SCHIRO, TRUSTEE**
2706 FAIRMOUNT ST.
DALLAS, TX 75201

TEXAS CAPITAL BANK, NA
DALLAS, TX 75201
32-1797/1110

**3260**

2/7/2014

PAY TO THE ORDER OF   MOTLEY RICE LLC                                     $ **10,589.00

Ten Thousand Five Hundred Eighty-Nine and 00/100************************************************** DOLLARS

MOTLEY RICE LLC
28 BRIDGESIDE BL
PO BOX 1792
MOUNT PLEASANT, SC 29465

*Richard B. Schiro*

MEMO  POC# 3512 - THE CHURCH OF ST HELENA OF MI

⑈003260⑈ ⑆111017979⑆ 111107823 2⑈

---

WRG ASBESTOS PD TRUST / CLASS 7A DISTRIBUTION ACCOUNT / RICHARD B. SCHIRO, TRUSTEE                     3260

MOTLEY RICE LLC                                                                 2/7/2014

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 1/27/2014 | Bill | POC-3512 | 10,589.00 | 10,589.00 | | 10,589.00 |
| | | | | | Check Amount | 10,589.00 |

Class 7 A Distribution    POC# 3512 - THE CHURCH OF ST HELENA O                                 10,589.00

---

WRG ASBESTOS PD TRUST / CLASS 7A DISTRIBUTION ACCOUNT / RICHARD B. SCHIRO, TRUSTEE                     3260

MOTLEY RICE LLC                                                                 2/7/2014

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 1/27/2014 | Bill | POC-3512 | 10,589.00 | 10,589.00 | | 10,589.00 |
| | | | | | Check Amount | 10,589.00 |

**PAYMENT RECORD**

Class 7 A Distribution    POC# 3512 - THE CHURCH OF ST HELENA O                                 10,589.00

29702 649917 (9/13)   017851   Rev 11/11

# FEDERAL EXPRESS
# REQUEST FORM

DATE: February 11, 2014

TO:    Anne McGinness Kearse, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, South Carolina 29465

FROM:   *Name:*    **Meghan Bishop DeBard**
            *Direct Dial:*   5504

E-MAIL NOTIFICATION: mdebard@coxsmith.com

CONTACT PHONE:

BILLING INFO: 35369.1

## COMMENTS:

## DELIVERY OPTION:

DELIVERY ADDRESS: Business

SERVICE TYPE REQUEST: Priority Overnight (next day by 10:30)

SPECIAL SERVICES: **BILL TO: 2468-0957-7**

INTERNATIONAL SERVICES:

ADDITIONAL INSURANCE REQUESTED:

If yes, enter amount of additional insurance:

## MAILROOM USE ONLY

ENTERED BY: _____        CHECKED BY: _____

Ref: MDEBARD/35369.1  Date: 11Feb14    SHIPPING:  0.00
Dep: 35369.1              Wgt: 0.30 LBS  SPECIAL:   0.00
                          DV:              HANDLING:  0.00
             Svcs: PRIORITY OVERNIGHT  0.00 TOTAL:
               TRCK: 9852 6646 4265

*Charged to Rec. Acct*





